Fill in this information to identify your case:

United States Bankruptcy Court for the:

__**Southern District of Texas**__

Case number (*If known*): _____

Chapter you are filing under:

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                    12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | __Alexander__<br>First name<br>__Emeric__<br>Middle name<br>__Jones__<br>Last name<br><br>Suffix (Sr., Jr, II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | __Alex__<br>First name<br><br>Middle name<br>__Jones__<br>Last name<br><br>__Alexander__<br>First name<br>__E.__<br>Middle name<br>__Jones__<br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | _____<br>First name<br><br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - _5_ _9_ _8_ _9_<br>OR<br>**9**xx - xx - ___ ___ ___ ___ | xxx - xx - ___ ___ ___ ___<br>OR<br>**9**xx - xx - ___ ___ ___ ___ |

Debtor 1    **Alexander**          **E.**              **Jones**
            First Name       Middle Name      Last Name                          Case number *(if known)* _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.  Your Employer Identification Number (EIN), if any.**

___ ___ - ___ ___ ___ ___ ___ ___ ___          ___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN                                              EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___          ___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN                                              EIN

**5.  Where you live**                                     **If Debtor 2 lives at a different address:**

Number      Street                                         Number      Street

**Austin, TX 78735**
City                              State    ZIP Code         City                              State    ZIP Code

**Travis**
County                                                      County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

**c/o Vickie L. Driver STE 425**
Number      Street                                         Number      Street

**2525 McKinnon St.**
P.O. Box                                                    P.O. Box

**Dallas, TX 75201**
City                              State    ZIP Code         City                              State    ZIP Code

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*                                                *Check one:*

☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑  I have another reason. Explain.
   (See 28 U.S.C. § 1408)

☐  I have another reason. Explain.
   (See 28 U.S.C. § 1408)

   **Affiliate case filed in this district (In re: Free**

   **Speech Systems, LLC, Case No. 22-60043)**

Debtor 1    **Alexander** _____ **E.** _____ **Jones** _____
            First Name         Middle Name       Last Name

Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District | When | Case number |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No.
☑ Yes.

Debtor **Free Speech Systems, LLC** _____   Relationship to you **affiliate** _____

District **Southern District of Texas** ___   When **07/29/2022** ___   Case number, if known **22-60043** ___
                                              MM / DD / YYYY

Debtor _____   Relationship to you _____

District _____   When _____   Case number, if known _____
                  MM / DD / YYYY

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    __Alexander__          __E.__          __Jones__                                    Case number *(if known)* _____
            First Name         Middle Name      Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

Number        Street

_____

_____         _____         _____
City                                          State           ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Alexander** | **E.** | **Jones** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:** **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____
_____

If immediate attention is needed, why is it needed?   _____
_____
_____

Where is the property?   _____
Number        Street
_____

_____
City                                    State        ZIP Code

Debtor 1    __Alexander__          __E.__          __Jones__                                    Case number *(if known)* _____
                First Name        Middle Name      Last Name

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | ☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    __Alexander__     __E.__      __Jones__            Case number *(if known)* _____
               First Name       Middle Name      Last Name

## Part 6:  Answer These Questions for Reporting Purposes

**16.** **What kind of debts do you have?**

    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

         ☑ No. Go to line 16b.

         ☐ Yes. Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

         ☐ No. Go to line 16c.

         ☑ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer debts or business debts.

---

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

     ☑ No.   I am not filing under Chapter 7. Go to line 18.

     ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

         ☐ No

         ☐ Yes

---

**18.** **How many creditors do you estimate that you owe?**

☐ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000    ☐ 50,000-100,000    ☐ More than 100,000

☑ 50-99      ☐ 5,001-10,000

☐ 100-199    ☐ 10,001-25,000

☐ 200-999

---

**19.** **How much do you estimate your assets to be worth?**

☐ $0-$50,000      ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion

☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion

☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☑ $1,000,000,001-$10 billion

☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** __/s/ Alex Jones__

     Alex Jones, Debtor 1

     Executed on __11/30/22__
               MM/ DD/ YYYY

Debtor 1 _____
     First Name     Middle Name     Last Name

Case number (if known)_____

---

**Part 6:**    **Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

  **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☐ No. Go to line 16b.
    ☐ Yes. Go to line 17.

  **16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.
    ☐ Yes. Go to line 17.

  16c. State the type of debts you owe that are not consumer debts or business debts.

    _____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

  ☐ No.  I am not filing under Chapter 7. Go to line 18.

  ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☐ No
    ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Part 7:**    **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

  ✗ *Alex Jones*         ✗ _____
  Signature of Debtor 1                Signature of Debtor 2

  Executed on 11 / 30 / 22          Executed on _____
         MM / DD / YYYY                    MM / DD / YYYY

---

Debtor 1     **Alexander**          **E.**              **Jones**                                    Case number *(if known)* _____
             First Name          Middle Name         Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**X** **/s/ Vickie L. Driver**                                Date **12/02/2022**
    Signature of Attorney for Debtor                              MM / DD / YYYY


**Vickie L. Driver**
Printed name

**Crowe & Dunlevy, P. C.**
Firm name

**2525 McKinnon St., Suite 425**
Number        Street


**Dallas**                                               **TX**     **75201**
City                                                     State    ZIP Code


Contact phone **(737)218-6187**          Email address **Dallaseservice@crowedunlevy.com**


**24026886**                                             **TX**
Bar number                                               State

Certificate Number: 15725-TXW-CC-037008086



15725-TXW-CC-037008086

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 29, 2022</u>, at <u>8:09</u> o'clock <u>PM EST</u>, <u>Alexander Jones</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.


Date:   <u>November 29, 2022</u>          By:     <u>/s/Alexis Preza-Alva</u>


Name:   <u>Alexis Preza-Alva</u>


Title:   <u>Counselor</u>


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Alexander**     **E.**     **Jones** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **Southern District of Texas** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

If you are a individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

| 1 | | |
|---|---|---|
| Robert Parker | What is the nature of the claim?    Litigation Claim | $120,000,000.00 |
| Creditor's Name | | |
| c/o Ryan Chapple | As of the date you file, the claim is: Check all that apply. | |
| Cain & Skarnulis | ☑ Contingent | |
| 303 Colorado St, STE 2850 | ☑ Unliquidated | |
| Number    Street | ☑ Disputed | |
| | ☐ None of the above apply | |
| Austin, TX 78701 | | |
| City    State    Zip Code | Does the creditor have a lien on your property? Unsecured | |
| | ☑ No | |
| Contact | ☐ Yes. | |
| | Total claim (secured and unsecured): | |
| Contact phone | Value of security:    – | |
| | Unsecured Claim: | |

| Debtor 1 | **Alexander** | **E.** | **Jones** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Unsecured claim**

---

**2**

William Aldenberg
Creditor's Name

c/o Ryan Chapple
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number        Street

Austin, TX 78701
City              State        Zip Code

Contact

Contact phone

What is the nature of the claim? _____ Litigation Claim _____   $90,000,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

---

**3**

Ian Hockley
Creditor's Name

c/o Ryan Chapple
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number        Street

Austin, TX 78701
City              State        Zip Code

Contact

Contact phone

What is the nature of the claim? _____ Litigation Claim _____   $81,600,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

---

**4**

Erica Lafferty
Creditor's Name

c/o Ryan Chapple
Cain & Skarnulis PLLC
303 Colorado St., STE 2850
Number        Street

Austin, TX 78701
City              State        Zip Code

Contact

Contact phone

What is the nature of the claim? _____ Litigation Claim _____   $76,000,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

| Debtor 1 | Alexander | E. | Jones | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**5**

**What is the nature of the claim?** _____ Litigation Claim _____     **Unsecured claim** $73,600,000.00

Nicole Hockley
Creditor's Name

c/o Ryan Chapple
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number        Street

Austin, TX 78701
City                State        Zip Code

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:              – _____
Unsecured Claim:                  _____

---

**6**

**What is the nature of the claim?** _____ Litigation Claim _____     $68,800,000.00

Jillian Soto-Marino
Creditor's Name

c/o Ryan Chapple
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number        Street

Austin, TX 78701
City                State        Zip Code

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:              – _____
Unsecured Claim:                  _____

---

**7**

**What is the nature of the claim?** _____ Litigation Claim _____     $66,000,000.00

Carlee Soto Parisi
Creditor's Name

c/o Ryan Chapple
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number        Street

Austin, TX 78701
City                State        Zip Code

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:              – _____
Unsecured Claim:                  _____

Debtor 1    **Alexander**          **E.**              **Jones**                              Case number *(if known)* _____

　　　　　　 First Name          Middle Name        Last Name

|  | | Unsecured claim |
|---|---|---|

**8**

Carlos M. Soto
_____
Creditor's Name

c/o Ryan Chapple
_____
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
_____
Number          Street

Austin, TX 78701
_____
City                State      Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim?        Litigation Claim                    $57,600,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):     _____
Value of security:                    – _____
Unsecured Claim:                        _____

**9**

Mark Barden
_____
Creditor's Name

c/o Ryan Chapple
_____
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
_____
Number          Street

Austin, TX 78701
_____
City                State      Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim?        Litigation Claim                    $57,600,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):     _____
Value of security:                    – _____
Unsecured Claim:                        _____

**10**

David Wheeler
_____
Creditor's Name

c/o Ryan Chapple
_____
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
_____
Number          Street

Austin, TX 78701
_____
City                State      Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim?        Litigation Claim                    $55,000,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):     _____
Value of security:                    – _____
Unsecured Claim:                        _____

Debtor 1    **Alexander**          **E.**          **Jones**
            First Name       Middle Name      Last Name                    Case number *(if known)* _____

|  | | **Unsecured claim** |
|---|---|---|

**11**

Francine Wheeler
_____
Creditor's Name

c/o Ryan Chapple
_____
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number       Street

Austin, TX 78701
City              State      Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim?  _____ Litigation Claim _____        $54,000,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:                – _____
Unsecured Claim:                     _____

---

**12**

Jennifer Hensel
_____
Creditor's Name

c/o Ryan Chapple
_____
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number       Street

Austin, TX 78701
City              State      Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim?  _____ Litigation Claim _____        $52,000,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:                – _____
Unsecured Claim:                     _____

---

**13**

Donna Soto
_____
Creditor's Name

c/o Ryan Chapple
_____
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number       Street

Austin, TX 78701
City              State      Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim?  _____ Litigation Claim _____        $48,000,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:                – _____
Unsecured Claim:                     _____

Debtor 1    __Alexander__          __E.__          __Jones__                    Case number *(if known)* _____
            First Name        Middle Name        Last Name

|  | | Unsecured claim |
|---|---|---|

**14**

William Sherlach
Creditor's Name

c/o Ryan Chapple
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number       Street

Austin, TX 78701
City              State     Zip Code

Contact

Contact phone

What is the nature of the claim?    _____Litigation Claim_____    $36,000,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):    _____
Value of security:                    – _____
Unsecured Claim:                        _____

---

**15**

Jacqueline Barden
Creditor's Name

c/o Ryan Chapple
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number       Street

Austin, TX 78701
City              State     Zip Code

Contact

Contact phone

What is the nature of the claim?    _____Litigation Claim_____    $28,800,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):    _____
Value of security:                    – _____
Unsecured Claim:                        _____

---

**16**

Neil Heslin
Creditor's Name

c/o Jarrod B. Martin
Chamberlain Hrdlicka
1200 Smith Street, STE 1400
Number       Street

Houston, TX 77002
City              State     Zip Code

Contact

Contact phone

What is the nature of the claim?    _____Litigation Claim_____    $2,110,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):    _____
Value of security:                    – _____
Unsecured Claim:                        _____

Debtor 1   **Alexander**        **E.**        **Jones**                     Case number *(if known)* _____

     First Name      Middle Name     Last Name

|  | | **Unsecured claim** |
|---|---|---|

**17**

Scarlett Lewis
_____
Creditor's Name

c/o Jarrod B. Martin
Chamberlain Hrdlicka
1200 Smith Street, STE 1400
_____
Number        Street

Houston, TX 77002
_____
City                State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____ Litigation Claim _____   $2,000,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):        _____
Value of security:                        – _____
Unsecured Claim:                           _____

---

**18**

American Express
_____
Creditor's Name

PO Box 650448
_____
Number        Street

Dallas, TX 75265
_____
City                State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____ Credit Card _____   $150,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):        _____
Value of security:                        – _____
Unsecured Claim:                           _____

---

**19**

_____
Creditor's Name

_____
Number        Street

_____
City                State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes.

Total claim (secured and unsecured):        _____
Value of security:                        – _____
Unsecured Claim:                           _____

Debtor 1 _____Alexander_____   _____E._____   _____Jones_____   Case number *(if known)* _____
First Name          Middle Name          Last Name

**Unsecured claim**

**20**

What is the nature of the claim? _____

_____
Creditor's Name

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

_____
Number       Street

☐ Unliquidated

☐ Disputed

_____

☐ None of the above apply

_____
City              State    Zip Code

**Does the creditor have a lien on your property?**

☐ No

_____
Contact

☐ Yes.

Total claim (secured and unsecured): _____

_____
Contact phone

Value of security: – _____

Unsecured Claim: _____

**Part 2:** Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

**X** _____/s/ Alex Jones_____          **X** _____

Signature of Debtor 1                              Signature of Debtor 2

Date _12/02/2022_____                      Date _____
MM/  DD/  YYYY                                     MM/  DD/  YYYY

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ALEXANDER E. JONES,** | § | **Case No. _____** |
| | § | |
| **Debtor.** | § | **(Joint Administration Requested)** |
| | § | |

## STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(b)

I, Alexander E. Jones, the Debtor in the above-styled bankruptcy proceeding, state under penalty of perjury and pursuant to 11 U.S.C. § 1116(1)(B) that I have no balance sheet, statement of operations, or cash-flow statement.

Dated: December 2, 2022.

/s/Alexander E. Jones
Alexander E. Jones
Debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**     Jones, Alexander E.

Case No. _____

**Debtor**

Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................ $500,000.00

Prior to the filing of this statement I have received .............................................................. $48,193.00

Balance Due ............................................................................................................................ $0.00[1]

2.     The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify)     The Missouri779384 Trust

3.     The source of compensation to be paid to me is:

☐ Debtor          ☑ Other (specify)

4.     ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my

law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.     Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.     Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:
None currently.

---

[1] This is the retainer accepted; this is not any limit or cap on the fees that will be charged in our representation of this Debtor.

Page 1 of 2

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/2/2022
Date

/s/ Vickie L. Driver

Vickie L. Driver
*Signature of Attorney*

Bar Number: 24026886
Crowe & Dunlevy, P. C.
2525 McKinnon St., Suite 425
Dallas, TX 75201
Phone: (737) 218-6187

Crowe & Dunlevy, P. C.
*Name of law firm*