United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 06, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | David M. Zensky |
| Firm | Akin Gump Strauss Hauer & Feld LLP |
| Street | One Bryant Park, 41st Floor |
| City & Zip Code | New York, NY 10036 |
| Telephone | (212) 872-1000 |
| Licensed: State & Number | NY 2176691 |

Seeks to appear as the attorney for this party:

The Sandy Hook Families,** creditors and parties-in-interest

Dated: 12/6/2022   Signed: /s/ David M. Zensky

---

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:   Signed: _____
Deputy Clerk

---

### Order

Signed: December 06, 2022

/s/ Christopher M. Lopez
Christopher Lopez
United States Bankruptcy Judge

---

**Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (collectively, the "Texas Plaintiffs") and David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (collectively, the "Connecticut Plaintiffs", together with the Texas Plaintiffs, the "Sandy Hook Families").