IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 22-33553 |
| | § | |
| ALEXANDER E. JONES | § | |
| | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |

### TRAVIS COUNTY'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS

Notice is hereby given that Jason A. Starks, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

                         **Respectfully submitted,**

                         **DELIA GARZA**
                         Travis County Attorney
                         P.O. Box 1748
                         Austin, TX  78767
                         (512) 854-9092 Telephone
                         (512) 854-9316 Telecopier

By:   */s/ Jason A. Starks*
       **JASON A. STARKS**
       Assistant County Attorney
       Texas Bar No. 24046903
       Jason.Starks@traviscountytx.gov

1096125-1

## CERTIFICATE OF SERVICE

      I, Jason A. Starks, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **9th** day of **December, 2022** and mailed by United States First Class Mail to any party listed below that is not registered.

                                                          /s/ Jason A. Starks
                                                        JASON A. STARKS

**DEBTOR**
Alexander E. Jones
c/o 2525 McKinnon Street, Ste. 425
Dallas, Texas 75201

**DEBTOR'S ATTORNEY**
Vickie L. Driver
Shelby A. Jordan
CROWE & DUNLEVY, P.C.
2525 McKinnon St., Ste. 425
Dallas, Texas 75201
(served electronically)


**U.S. TRUSTEE**
U.S. Trustee's Office
515 Rusk Ave, Ste. 3516
Houston, Texas 77002
(served electronically)

1096125-1