UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| | Debtor | In Re: | Alexander E. Jones |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alinor C. Sterling<br>Koskoff Koskoff & Bieder PC<br>350 Fairfield Avenue, Bridgeport, CT 06604<br>(203) 336-4421<br>asterling@koskoff.com<br>Licensed: CT Bar No. 411754<br>Federal Bar & Number: ct17207 |
|---|---|

| Name of party applicant seeks to appear for: | (See attached Exhibit A) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/9/2022 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                        United States Bankruptcy Judge

## Exhibit A

*List of Names of Parties Applicant seeks to Appear for*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-33553 |
| | § | |
| ALEXANDER E. JONES, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

### LIST OF NAMES OF PARTIES ALINOR C. STERLING SEEKS TO APPEAR FOR

1. David Wheeler
2. Francine Wheeler
3. Jacqueline Barden
4. Mark Barden
5. Nicole Hockley
6. Ian Hockley
7. Jennifer Hensel
8. Donna Soto
9. Carlee Soto Parisi
10. Carlos M. Soto
11. Jillian Soto-Marino
12. William Aldenberg
13. William Sherlach
14. Robert Parker

Dated: December 9, 2022

*/s/ Alinor C. Sterling*
ALINOR C. STERLING(CT Bar No. 411754 / ct17207)
KOSKOFF KOSKOFF & BIEDER
350 FAIRFIELD AVENUE
BRIDGEPORT, CT  06604
asterling@koskoff.com
Telephone: (203) 336-4421
Fax: (203) 368-3244
JURIS #32250