| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of **New York**:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Ira S. Dizengoff<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park, 41st Floor<br>New York, NY 10036<br>(212) 872-1000<br>NY 2565687 |

Seeks to appear as the attorney for this party:

| The Sandy Hook Families,** creditors and parties-in-interest |
|---|
| Dated: 12/12/2022    Signed: /s/ Ira S. Dizengoff |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                         Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                        United States Bankruptcy Judge

**Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (collectively, the "Texas Plaintiffs") and David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (collectively, the "Connecticut Plaintiffs", together with the Texas Plaintiffs, the "Sandy Hook Families").