IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALEXANDER E. JONES, | ) | Case No. 22-33553 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING EMERGENCY MOTION OF THE SANDY
HOOK POST-TRIAL FAMILIES FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the motion ("Motion")[1] of Neil Heslin and Scarlett Lewis (the "Texas Post-Trial Plaintiffs") and David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach and Robert Parker (the "Connecticut Plaintiffs" and, together with the Texas Post-Trial Plaintiffs, the "Sandy Hook Post-Trial Families") for entry of an order (this "Order"):  (a) granting the Sandy Hook Post-Trial Families relief from the automatic stay (i) to allow the Sandy Hook Post-Trial Families' Cases to proceed to final judgment and (ii) once judgments are entered and to the extent the Debtor receives relief from the automatic stay to permit appeals, if any, to proceed, to allow the Sandy Hook Post-Trial Families to respond and participate in appeals processes in the Sandy Hook Post-Trial Families' Cases without further order of the Court; (b) waiving the 14-day stay requirement under Bankruptcy Rule 4001(a)(3); and (c) granting such other and further relief as is just, proper and equitable upon the entry of this Order; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that the relief

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and appropriate notice having been provided under the circumstances of the Motion and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The automatic stay under 11 U.S.C. § 362(a) is immediately modified to (i) allow the Sandy Hook Post-Trial Families' Cases to continue to proceed to entry of final judgment and (ii) once judgments are entered, to allow appeals, if any, to proceed and the Sandy Hook Post-Trial Families to respond and participate in any such appeals without further order of the Court.

3. Notwithstanding Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, this Order shall be effective immediately upon entry of it by the Court.

4. This Court shall retain sole and exclusive jurisdiction with respect to the automatic stay and its application to any actions other than those expressly provided for in this Order.

Dated: _____, 2022

_____
THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE