IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| Alexander E. Jones | ) |
|  | ) Case No. 22-33553 (CML) |
| Debtor | ) |
|  | ) |

**NOTICE OF APPEARANCE**

Elizabeth C. Freeman from the Law Office of Liz Freeman appears as co-counsel in the above-captioned chapter 11 case on behalf of Melissa Haselden, the Subchapter V Trustee (the "Subchapter V Trustee"). Pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 9007, 9008, 9010(b), 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Ms. Freeman requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and by email to:

Elizabeth C. Freeman
Email: liz@lizfreemanlaw.com
LAW OFFICE OF LIZ FREEMAN
PO BOX 61209
Houston, Texas 77208-1209
(832) 779-3580 (Telephone)

December 12, 2022

*/s/ Elizabeth C. Freeman*
**LAW OFFICE OF LIZ FREEMAN**
Elizabeth C. Freeman (TX Bar No. 2400922)
PO Box 61209
Houston, TX 77208-1209
Telephone: (832) 779-3580
Email: liz@lizfreemanlaw.com

*Counsel for Melissa Haselden,*
*Subchapter V Trustee*

34719113v.1

## Certificate of Service

I certify that on December 12, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Elizabeth C. Freeman*
Elizabeth C. Freeman