United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 13, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of ____New York____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Ira S. Dizengoff<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park, 41st Floor<br>New York, NY 10036<br>(212) 872-1000<br>NY 2565687 |
|---|---|

Seeks to appear as the attorney for this party:

| The Sandy Hook Families,** creditors and parties-in-interest |
|---|

| Dated: 12/12/2022 | Signed: /s/ Ira S. Dizengoff |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

| Dated: 12/13/2022 | Signed: /s/ R. Saldana<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Signed: December 13, 2022

_____
Christopher Lopez
United States Bankruptcy Judge