UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 22-33553 (CML) |
| ALEXANDER E. JONES, § | |
| § | CHAPTER 11 |
| DEBTOR. § | |
| § | |

### NOTICE OF APPOINTMENT OF OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, the United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| 1 | **Robert Parker**<br>c/o Ryan Chapple<br>303 Colorado St., Suite 2850<br>Austin, TX 78701<br>ctp.robertparker@gmail.com |
| 2 | **Nicole Hockley**<br>c/o Ryan Chapple<br>303 Colorado St., Suite 2850<br>Austin, TX 78701<br>ctp.nicolehockley@gmail.com |
| 3 | **Jennifer Hensel**<br>c/o Ryan Chapple<br>303 Colorado St., Suite 2850<br>Austin, TX 78701<br>ctp.jenniferhensel@gmail.com |

| | |
|---|---|
| 4 | **David Wheeler**<br>c/o Ryan Chapple<br>303 Colorado St., Suite 2850<br>Austin, TX 78701<br>ctp.davidwheeler@gmail.com |
| 5 | **Leonard Pozner**<br>c/o Avi Moshenberg<br>1001 Fannin, Suite 2400<br>Houston, TX 77002<br>Leonard.pozner.tx@gmail.com |
| 6 | **Scarlett Lewis**<br>c/o Avi Moshenberg<br>1001 Fannin, Suite 2400<br>Houston, TX 77002<br>Scarlett.lewis.tx@gmail.com |

Dated: December 13, 2022,    KEVIN M. EPSTEIN
                             UNITED STATES TRUSTEE


                             */s/ HA M NGUYEN*
                             Ha Nguyen, Trial Attorney
                             CA Bar #305411 | FED ID NO. 3623593
                             United States Department of Justice
                             Office of the United States Trustee
                             515 Rusk Street, Suite 3516
                             Houston, Texas 77002
                             E-mail: Ha.Nguyen@usdoj.gov
                             Cell: 202-590-7962

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on December 13, 2022.

                             */s/ Ha M Nguyen*
                             Ha M Nguyen
                             Trial Attorney