UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-33553 (CML) |
| ALEXANDER E. JONES, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |
| | § | |

**NOTICE OF ORGANIZATIONAL MEETING**
**FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The organizational meeting for the Official Committee of Unsecured Creditors in the above captioned case will be convened by video teleconference on December 19, 2022, at 10:30 am, CST. Members of the committee have been provided with call-in instructions.

Dated: December 13, 2022.

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

/s/ HA M NGUYEN
Ha Nguyen, Trial Attorney
CA Bar #305411 | FED ID NO. 3623593
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: Ha.Nguyen@usdoj.gov
Cell: 202-590-7962

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Organizational Meeting for the Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on December 13, 2022.

/s/ Ha M Nguyen
Ha M. Nguyen