*McCarthy & Holthus, LLP*
*Cole Patton SBN 24037247 || SDTX No. 605717*
*Yoshie Valadez SBN 24091142 || SDTX No. 2979491*
*Nancy Lee SBN 272035 (CA) || SDTX No. 293433*
*MHTbankruptcy@mccarthyholthus.com*
*1255 West 15th Street Suite 1060 Plano, TX 75075*
*Phone: (214) 291-3800*
*Fax:      (214) 291-3801*
*ATTORNEYS FOR CREDITOR*
*TX-22-24181*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| ALEXANDER E. JONES § | | CASE NO.: 22-33553 |
| AKA ALEX JONES § | | |
|    DEBTOR(S) § | | CHAPTER 11 |
| § | | |

### NOTICE OF APPEARANCE

COMES NOW, Yoshie Valadez, of the Law Firm of McCarthy & Holthus, LLP, and hereby gives Notice of Appearance in this cause as Counsel for Creditor, BANK OF AMERICA, N.A., its assignees and/or successors.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

DATED**:**  12/14/2022

        Respectfully Submitted,

        MCCARTHY & HOLTHUS, LLP

        */s/  Yoshie Valadez*
        Cole Patton SBN 24037247 || SDTX No. 605717
        Yoshie Valadez SBN 24091142 || SDTX No. 2979491
        Nancy Lee SBN 272035 (CA) || SDTX No. 293433
        MHTbankruptcy@mccarthyholthus.com
        1255 West 15th Street Suite 1060 Plano, TX 75075
        Phone: (214) 291-3800
        Fax: (214) 291-3801
        Atty File No.: TX-22-24181
        ATTORNEYS FOR CREDITOR

## CERTIFICATE OF SERVICE

      I DO HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served on all parties listed below by U.S. Mail first class postage prepaid or electronically through the Court's ECF System at the email address registered with the Court on 12/14/2022.

By U.S. Mail:

Alexander E. Jones
c/o 2525 McKinnon Street
Suite 425
Dallas, TX 75201

Electronically through the Court's ECF System:

| | | | |
|---|---|---|---|
| COUNSEL FOR DEBTOR(S)<br>Christina Walton Stephenson<br>Crowe & Dunlevy<br>2525 Mckinnon St.<br>Ste 425<br>Dallas, TX 75201 | Francine Wheeler<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Marcel Fontaine<br>Attn: Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street<br>Ste 2400<br>Houston, TX 77002 | Scarlett Lewis<br>Attn: Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams & Aughtry P.C.<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 |
| Vickie L Driver<br>Crowe & Dunlevy, P.C.<br>2525 McKinnon St.<br>Ste 425<br>Dallas, TX 75201 | Francine Wheeler<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Marcel Fontaine<br>Attn: Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams & Aughtry P.C.<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 | Scarlett Lewis<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 |
| Shelby A Jordan<br>Jordan & Ortiz, PC<br>500 N Shoreline<br>Ste 900 N<br>Corpus Christi, TX 78401 | Free Speech Systems, LLC<br>Attn: Raymond William Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218 | Marcel Fontaine<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Travis County<br>Attn: Jason Starks<br>Travis County Attorney's Office<br>P.O. Box 1748<br>Austin, TX 78767 |

McCarthy & Holthus, LLP
TX-22-24181

| | | | |
|---|---|---|---|
| U.S. TRUSTEE<br>US Trustee<br>515 Rusk Ave<br>Suite 3516<br>HOUSTON, TX 77002 | Ian Hockley<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Mark Barden<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Veronique De La Rosa<br>Attn: Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street<br>Ste 2400<br>Houston, TX 77002 |
| Ha Minh Nguyen<br>Office of the United States Trustee<br>515 Rusk St<br>Ste 3516<br>Houston, TX 77002 | Ian Hockley<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Mark Barden<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Veronique De La Rosa<br>Attn: Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams & Aughtry P.C.<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 |
| Jayson B. Ruff<br>Office of the United States Trustee<br>515 Rusk St.<br>Ste. 3516<br>Houston, TX 77002 | Jacqueline Barden<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002 | Veronique De La Rosa<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 |
| Carlee Soto Parisi<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Jacqueline Barden<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Neil Heslin<br>Attn: Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street<br>Ste 2400<br>Houston, TX 77002 | William Aldenberg<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 |
| Carlee Soto Parisi<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Jennifer Hensel<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Neil Heslin<br>Attn: Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams & Aughtry P.C.<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 | William Aldenberg<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 |

| | | | |
|---|---|---|---|
| Carlos M Soto<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Jennifer Hensel<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Neil Heslin<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | William Sherlach<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 |
| Carlos M Soto<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Jillian Soto-Marino<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Nicole Hockley<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | William Sherlach<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 |
| David Wheeler<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Jillian Soto-Marino<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Nicole Hockley<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Francine Wheeler<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 |
| David Wheeler<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Leonard Pozner<br>Attn: Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street<br>Ste 2400<br>Houston, TX 77002 | Robert Parker<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | David Wheeler<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 |
| Donna Soto<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Leonard Pozner<br>Attn: Jarrod B. Martin<br>Chamberlain, Hrdlicka, White, Williams & Aughtry P.C.<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 | Robert Parker<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Jillian Soto-Marino<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 |

| | | | |
|---|---|---|---|
| Donna Soto<br>Attn: Ryan E Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701 | Leonard Pozner<br>Attn: Richard A. Cochrane<br>Akin Gump Strauss Hauer & Feld<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Scarlett Lewis<br>Attn: Avi Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin Street<br>Ste 2400<br>Houston, TX 77002 | Donna Soto<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 |
| Carlos M. Soto<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | William Sherlach<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | William Aldenberg<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Jacqueline Barden<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 |
| Mark Barden<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Veronique De La Rosa<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Marcel Fontaine<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Melissa A. Haselden<br>Attn: Elizabeth Carol Freeman<br>The Law Office of Liz Freeman<br>PO Box 61209<br>Houston, TX 77208-1209 |
| Jennifer Hensel<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Neil Heslin<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Ian Hockley<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Nicole Hockley<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 |
| Scarlett Lewis<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Carlee Soto Parisi<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Robert Parker<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 | Leonard Pozner<br>Attn: Marty L Brimmage<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201 |

McCarthy & Holthus, LLP

*/s/ Yoshie Valadez*
Yoshie Valadez
Atty file no.: TX-22-24181