IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>ALEXANDER E. JONES,<br><br>Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-33553 (CML) <br> ) <br> ) <br> ) |

**NOTICE OF RESET HEARING**
[Relates to ECF No. 38]

**PLEASE TAKE NOTICE** that on December 12, 2022, Neil Heslin and Scarlett Lewis (the "Texas Post-Trial Plaintiffs") and David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach and Robert Parker (the "Connecticut Plaintiffs" and, together with the Texas Post-Trial Plaintiffs, the "Sandy Hook Post-Trial Families"), filed the *Emergency Motion of the Sandy Hook Post-Trial Families for Relief from the Automatic Stay* [ECF No. 38].

**PLEASE TAKE FURTHER NOTICE** that the hearing on this matter previously set for December 16, 2022, at 1:00 p.m., has been reset to **December 19, 2022 at 3:00 p.m. (prevailing Central Time)** in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to call witnesses or introduce exhibits at the hearing must exchange exhibits and file the witness and exhibit lists required by Rule 9013-2 of the Local Rules of the United States Bankruptcy Court for the Southern District of Texas by **noon (prevailing Central Time) on Friday, December 16, 2022**.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted in person, by telephone and by remote video conference. Parties wishing to participate in the hearing telephonically may do so by dialing **1-832-917-1510** and entering conference code **590153** when prompted. Parties may also participate via remote video conference by going to https://www.gotomeet.me/JudgeLopez and clicking the "join the meeting" button. Audio connections by phone are required for all video participants. The meeting code is "JudgeLopez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 14, 2022

Respectfully submitted,

**MCDOWELL HETHERINGTON LLP**
By: */s/ Avi Moshenberg*
Avi Moshenberg
Texas Bar No. 24083532
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 337-5580
Fax: (713) 337-8850
Email: Avi.Moshenberg@mhllp.com
*Counsel for the Texas Plaintiffs*

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**
By: */s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
Tyler W. Greenwood
Texas Bar No. 24123219
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 356-1280
Fax: (713) 658-2553
Email: jarrod.martin@chamberlainlaw.com
*Bankruptcy Counsel for the Texas Plaintiffs*

**CAIN & SKARNULIS PLLC**
By: */s/ Ryan E. Chapple*
Ryan E. Chapple
Texas Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, Texas 78701
Telephone: 512-477-5000
Fax: 512-477-5011
Email: rchapple@cstrial.com
*Counsel for Connecticut Plaintiffs*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
By: */s/ Marty L. Brimmage*
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: rcochrane@akingump.com

*-and-*

David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com
*Bankruptcy Counsel to the Sandy Hook Families*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 14, 2022, a true and correct copy of the foregoing Notice of Hearing was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Marty L. Brimmage*
Marty L. Brimmage