United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 11, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| | Debtor | In Re: | Alexander E. Jones |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alinor C. Sterling<br>Koskoff Koskoff & Bieder PC<br>350 Fairfield Avenue, Bridgeport, CT 06604<br>(203) 336-4421<br>asterling@koskoff.com<br>Licensed: CT Bar No. 411754<br>Federal Bar & Number: ct17207 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | (See attached Exhibit A) |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 12/9/2022 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

## Order

This lawyer is admitted *pro hac vice*.

Signed: December 11, 2022

*[signature]*
Christopher Lopez
United States Bankruptcy Judge

## Exhibit A

*List of Names of Parties Applicant seeks to Appear for*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-33553 |
| | § | |
| ALEXANDER E. JONES, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtor. | § | |

**LIST OF NAMES OF PARTIES ALINOR C. STERLING SEEKS TO APPEAR FOR**

1. David Wheeler
2. Francine Wheeler
3. Jacqueline Barden
4. Mark Barden
5. Nicole Hockley
6. Ian Hockley
7. Jennifer Hensel
8. Donna Soto
9. Carlee Soto Parisi
10. Carlos M. Soto
11. Jillian Soto-Marino
12. William Aldenberg
13. William Sherlach
14. Robert Parker

Dated: December 9, 2022

/s/ *Alinor C. Sterling*
ALINOR C. STERLING(CT Bar No. 411754 / ct17207)
KOSKOFF KOSKOFF & BIEDER
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
asterling@koskoff.com
Telephone: (203) 336-4421
Fax: (203) 368-3244
JURIS #32250

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-33553-cml |
| Alexander E. Jones | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 4 |
| Date Rcvd: Dec 12, 2022 | Form ID: pdf002 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| cr | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850 Austin, TX 78701-4653 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| cr | | David Wheeler |
| cr | | Donna Soto |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |
| cr | | Mark Barden |
| cr | | Nicole Hockley |
| cr | | Robert Parker |
| cr | | William Aldenberg |
| cr | | William Sherlach |

TOTAL: 13 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0541-4        User: ADIuser        Page 2 of 4
Date Rcvd: Dec 12, 2022        Form ID: pdf002        Total Noticed: 9

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Christina Walton Stephenson | on behalf of Debtor Alexander E. Jones Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Jarrod B. Martin | on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jason Starks | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Melissa A Haselden | mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com |
| Melissa A Haselden | on behalf of Interested Party Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com |
| Raymond William Battaglia | on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com |
| Richard A. Cochrane | on behalf of Creditor Nicole Hockley rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor William Aldenberg rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |

District/off: 0541-4      User: ADIuser      Page 3 of 4
Date Rcvd: Dec 12, 2022      Form ID: pdf002      Total Noticed: 9

| | |
|---|---|
| | on behalf of Creditor Leonard Pozner rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Ian Hockley rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Veronique De La Rosa rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Carlos M Soto rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Mark Barden rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Carlee Soto Parisi rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Scarlett Lewis rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Marcel Fontaine rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Donna Soto rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor David Wheeler rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Jennifer Hensel rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Jacqueline Barden rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Francine Wheeler rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Jillian Soto-Marino rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Neil Heslin rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor William Sherlach rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | |
| | on behalf of Creditor Robert Parker rcochrane@akingump.com  jlangmack@akingump.com |
| Ryan E Chapple | |
| | on behalf of Creditor Nicole Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor David Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Carlos M Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor William Aldenberg rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Mark Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Donna Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Robert Parker rchapple@cstrial.com  aprentice@cstrial.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 4 |
| Date Rcvd: Dec 12, 2022 | Form ID: pdf002 | Total Noticed: 9 |

Ryan E Chapple
    on behalf of Creditor William Sherlach rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Jacqueline Barden rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com  aprentice@cstrial.com

Shelby A Jordan
    on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Vickie L Driver
    on behalf of Debtor Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

TOTAL: 53