United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 22-33553 |
| | § | |
| **ALEXANDER E. JONES** | § | (Chapter 11) |
| | § | |
| Debtor. | § | JUDGE CHRISTOPHER M. LOPEZ |
| | § | |

## ORDER GRANTING EXTENSION OF TIME TO FILE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS, AND STATEMENTS OF FINANCIAL AFFAIRS

On December 14th, 2022, Debtor filed his *Motion for an Extension of Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts, and Statements of Financial Affairs*[1] (the "Motion"). The Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, his estate, and his creditors; (iv) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The time within which the Debtor shall file his Schedules and Statements (as such terms are defined in the Motion) is extended pursuant to Bankruptcy Rule 1007(c) to and including January 17, 2023, without prejudice to the Debtor's right to seek an additional extension upon

---

[1] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the Motion.

**ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS, AND STATEMENTS OF FINANCIAL AFFAIRS - Page - 1**

cause therefor.

3. The Debtor and the U.S. Trustee's Office may stipulate to additional extensions for the Debtor to file his Schedules and Statements, subject to the Court's approval.

4. The Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

Signed: December 19, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

**ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS, AND STATEMENTS OF FINANCIAL AFFAIRS - Page - 2**