United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 20, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: Alexander E. Jones | | |

This lawyer, who is admitted to the State Bar of    New York   :

| | |
|---|---|
| Name | Kyle J. Kimpler |
| Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Street | 1285 Avenue of the Americas |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 373-3253 |
| Licensed: State & Number | NY 4721916 |

Seeks to appear as the attorney for this party:

| The Connecticut Plaintiffs,* creditors and parties-in-interest |
|---|
| Dated: 12/20/2022     Signed: */s/ Kyle J. Kimpler* |

COURT USE ONLY: The applicant's state bar reports their status as: _____

Dated:     Signed: _____
                                    Deputy Clerk

### Order

Signed: December 20, 2022

                                Christopher Lopez
                             United States Bankruptcy Judge

---

\*    Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the "Connecticut Plaintiffs").