United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 20, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: Alexander E. Jones | | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Martin J. Salvucci |
| Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Street | 1285 Avenue of the Americas |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 373-3596 |
| Licensed: State & Number | NY 5704887, CO 54386, CA 338773 |

Seeks to appear as the attorney for this party:

The Connecticut Plaintiffs,* creditors and parties-in-interest

| Dated: 12/20/2022 | Signed: */s/ Martin J. Salvucci* |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as:_____

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: December 20, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

---

\*   Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the "Connecticut Plaintiffs").

Doc#: US1:16730169v2