IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| I<small>N RE</small> | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | C<small>ASE</small> N<small>O.</small>  22-33553 |
| | ) | |
| D<small>EBTOR.</small> | ) | (C<small>HAPTER</small> 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1.      Pursuant to 11 U.S.C.§ 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named Debtor as a member of Jordan & Ortiz, P.C.,  and that compensation paid to the firm within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept as the pre-filing retainer: | $146,790.16[1] |
| Prior to the filing of this statement over the past year I have received | $688,118.78 |
| Balance Due | $0.00 |

2.      The source of the compensation paid to me was:
___ Debtor           X Other (Specify): Debtor through Missouri Trust

3.      The source of compensation to be paid to me is:
X  Debtor draws            ____ Other (Specify)

4.      X I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

___ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

---

[1]  I accepted the retainer but will be billing hourly and that is not an indication of a limit or cap on fees in the case.

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed and as set out in the Application of the Debtor]

6. By agreement with the debtor, the above-disclosed fee does not include the following services: none known at this time.

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

12/22/22                   _____
*Date*                         *Signature of Attorney*
                               *Shelby A. Jordan*
                               Jordan & Ortiz, P.C.
                               *Name of Law Firm*