IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ALEXANDER E. JONES** | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on December 21, 2022, Alexander E. Jones ("Debtor") filed his *Application to Employ Crowe & Dunlevy, P.C. as Bankruptcy Co-Counsel* [Docket No. 69]; on December 21, 2022, Debtor filed his *Application to Employ Jordan & Ortiz, P.C. as Co-Counsel* [Docket No. 71] and his *Emergency Motion for Order (1) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* (the "Utility Motion") [Docket No. 70]; and on December 22, 2022, Debtor filed his *Motion for Entry of An Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 74] (collectively, the "Motions")

PLEASE TAKE FURTHER NOTICE that a hearing has been set on the Motions for January 20, 2023, at 11:00 a.m. (prevailing Central Time) in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, TX 77002.

PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the person information setting.

PLEASE TAKE FURTHER NOTICE parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: COURT PROCEDURES (uscourts.gov).

PLEASE TAKE FURTHER NOTICE that hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name. complete the required fields and click "Submit" to complete your appearance.

Dated:  December 23, 2022	Respectfully submitted,

**CROWE & DUNLEVY, P.C.**

By: _/s/ Christina W. Stephenson_____
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
          aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**PROPOSED COUNSEL FOR DEBTOR, ALEXANDER E. JONES**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the referenced Motions were each served by the Court's CM/ECF system on all parties registered to receive such service on the date of filing, and the Utility Motion was additionally served by U.S.P.S. first class mail on all parties indicated in the attached service list within 24 hours of the filing:

City of Austin
4815 Mueller Blvd.
Austin, TX 78723-3573

Texas Gas Service
c/o CT Corporation System
1999 Bryan St.,
STE. 900
Dallas, Texas 75201

Travis County MUD 3
c/o Crossroads Utility Services, LLC
12708 Belcara PL.
Austin, TX 78732

Texas Disposal Systems, Inc.
12200 Carl Rd.
Austin, TX 78747

Netflix, Inc.
c/o CT Corporation System
1999 Bryan St.,
STE 900
Dallas, Texas, 75201

Hulu, LLC
Attn: Legal Department,
2500 Broadway, 2nd Floor,
Santa Monica, CA, 90404

HBOmax
c/o Warner Media
Attn.: Legal Department
30 Hudson Yards
New York NY 10001.

Amazon.com, Inc.:
c/o Corporation Service Company
300 Deschutes Way SW,
Suite 208
MC-CSC1
Tumwater, WA 98501

High Gabriel Water Supply Corporation
d/b/a Texas Water
109 Arroyo Circle
Leander, TX 78641

Spectrum
c/o Charter Communications, Inc.
Attn: Legal Response Operations Center
12405 Powerscourt Drive
Saint Louis, Missouri 63131-3660

Travis County WCID 17
3812 Eck Ln,
Austin, TX 78734t

Sirius XM Holdings, Inc.
Attn: Legal Department
1221 Avenue of the Americas
Floor 11
NEW YORK, NY 10020-1010

AT&T, Inc.
c/o CT Corporation System
1999 Bryan St.,
STE. 900
Dallas, TX 75201

                                              */s/ Christina W. Stephenson*
                                              Christina W. Stephenson