United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 20, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: Alexander E. Jones | | |

This lawyer, who is admitted to the State Bar of   New York  :

| | |
|---|---|
| Name | Martin J. Salvucci |
| Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Street | 1285 Avenue of the Americas |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 373-3596 |
| Licensed: State & Number | NY 5704887, CO 54386, CA 338773 |

Seeks to appear as the attorney for this party:

| The Connecticut Plaintiffs,* creditors and parties-in-interest |
|---|
| Dated: 12/20/2022    Signed: */s/ Martin J. Salvucci* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ |
|---|
| Dated:    Signed: _____  Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: December 20, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

---

\*   Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the "Connecticut Plaintiffs").

Doc#: US1:16730169v2

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-33553-cml |
| Alexander E. Jones | Chapter 11 |
| Official Committee Of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 5 |
| Date Rcvd: Dec 21, 2022 | Form ID: pdf002 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| cr | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850 Austin, TX 78701-4653 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| crcm | + | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 21 2022 20:07:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| cr | | David Wheeler |
| cr | | Donna Soto |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |
| cr | | Mark Barden |
| cr | | Nicole Hockley |
| cr | | Robert Parker |
| cr | | William Aldenberg |
| cr | | William Sherlach |

TOTAL: 13 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 5 |
| Date Rcvd: Dec 21, 2022 | Form ID: pdf002 | Total Noticed: 11 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Christina Walton Stephenson | on behalf of Debtor Alexander E. Jones Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Elizabeth Carol Freeman | on behalf of Interested Party Melissa A Haselden liz@lizfreemanlaw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Jarrod B. Martin | on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jason Starks | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Marty L Brimmage | on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com |

District/off: 0541-4                              User: ADIuser                                Page 3 of 5
Date Rcvd: Dec 21, 2022                     Form ID: pdf002                           Total Noticed: 11

| | |
|---|---|
| | lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Nicole Hockley mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Carlos M Soto mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Mark Barden mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor William Sherlach mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor William Aldenberg mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Francine Wheeler mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Donna Soto mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor David Wheeler mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Neil Heslin mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Leonard Pozner mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Robert Parker mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Ian Hockley mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com<br>lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Melissa A Haselden | mhaselden@haseldenfarrow.com<br>haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com |
| Melissa A Haselden | |

District/off: 0541-4                         User: ADIuser                              Page 4 of 5
Date Rcvd: Dec 21, 2022                      Form ID: pdf002                            Total Noticed: 11

| | |
|---|---|
| | on behalf of Interested Party Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com |
| Nicholas Lawson | on behalf of Creditor Scarlett Lewis nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Leonard Pozner nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Neil Heslin nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Marcel Fontaine nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Veronique De La Rosa nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Raymond William Battaglia | on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com |
| Richard A. Cochrane | on behalf of Creditor Nicole Hockley rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor William Aldenberg rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Ian Hockley rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Carlos M Soto rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Marcel Fontaine rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor David Wheeler rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Jennifer Hensel rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Jacqueline Barden rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Jillian Soto-Marino rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor William Sherlach rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Robert Parker rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Leonard Pozner rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Veronique De La Rosa rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Mark Barden rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Carlee Soto Parisi rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Scarlett Lewis rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Donna Soto rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Francine Wheeler rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Neil Heslin rcochrane@akingump.com  jlangmack@akingump.com |
| Ryan E Chapple | on behalf of Creditor Jacqueline Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com  aprentice@cstrial.com |

| District/off: 0541-4 | User: ADIuser | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: pdf002 | Total Noticed: 11 |

| | |
|---|---|
| Ryan E Chapple | on behalf of Creditor David Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Nicole Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlos M Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Aldenberg rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Mark Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Donna Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Robert Parker rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Sherlach rchapple@cstrial.com  aprentice@cstrial.com |
| Shelby A Jordan | on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vickie L Driver | on behalf of Debtor Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Yoshie Valadez | on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com  yvaladez@mccarthyholthus.com |

TOTAL: 80