**Exhibit A**
**Schleizer Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-33553 |
| | § | |
| ALEXANDER E. JONES | § | (Chapter 11) |
| | § | |
| Debtor. | § | (Joint Administration Requested) |
| | § | |
| | § | JUDGE CHRISTOPHER LOPEZ |
| | § | |

**DECLARATION OF ROBERT SCHLEIZER IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BLACKBRIAR ADVISORS LLC AS FINANCIAL ADVISOR TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

I, Robert Schleizer, state and declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:[1]

1. I am a managing partner with the firm of BlackBriar Advisors LLC ("BlackBriar"). Except as otherwise noted, I have personal knowledge of the matters set forth in this Declaration.

2. I submit this declaration (the "Declaration") in support of the *Application for Entry of an Order Authorizing the Retention and Employment of BlackBriar Advisors LLC as Financial Advisor to the Debtor Effective as of the Petition Date* (the "Application"). The Application seeks to employ and retain BlackBriar as financial advisor for Alexander E. Jones (the "Debtor"). In connection with the proposed employment, BlackBriar anticipates rendering the legal services outlined under Section V of the Application in connection with this case.

3. Insofar as I have been able to ascertain from reviewing the records of the Debtor and the records of BlackBriar, except as otherwise described in this Declaration, I believe that

---

[1] Capitalized terms used but not otherwise defined in this Declaration have the same meaning given to them in the Application.

**DECLARATION OF ROBERT SCHLEIZER IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BLACKBRIAR ADVISORS LLC AS FINANCIAL ADVISOR TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE - Page 2**

BlackBriar qualifies as a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

4. BlackBriar represents no interest adverse to the trustee or to the estate of the Debtor in the matters on which it is to be engaged.

5. I have sporadically worked with counsel for the Debtor, Vickie Driver, in unrelated matters since approximately 2004. BlackBriar has had no additional business, professional, or other connection with the Debtor, creditors, or any other party in interest in this case, or their respective attorneys and accountants, or with the United States Trustee or any person employed in the office of the United States Trustee.

6. BlackBriar intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.

7. The Financial Advisory Services will be performed under the direction of Robert Schleizer, Managing Partner, and Harold Kessler, Managing Director, with additional support from other BlackBriar professionals as required.

8. Subject to the Court's approval under section 330(a) of the Bankruptcy Code, compensation will be payable to BlackBriar at its normal hourly billing rates, plus reimbursement of actual, necessary expenses and other charges incurred by BlackBriar, from funds of the Debtor's estate.  The parties have agreed upon a $200,000.00 initial retainer to be paid to BlackBriar at the time of employment, against which billings will be applied. The current billing rates of the BlackBriar personnel expected to render Financial Advisory Services for the Debtor are as follows:

- Partners and Managing Directors - $500/hour
- Senior Directors - $400/hour
- Directors - $350/hour
- Senior Financial Analysts - $300/hour
- Financial Analysts - $250/hour

9. BlackBriar's hourly rates are set at a level designated to fairly compensate the firm for the work its personnel perform and to cover routine expenses. It is C&D's policy to charge its clients in all areas of practice for all expenses incurred in connection with the client's case. The expenses charged to clients may include, without limitation, photocopying, travel expenses, filing and recording fees, computerized legal research charges and other computer services, and telecopier charges.

10. Prior to the Petition Date, BlackBriar did not render any services to Debtor or receive any monetary sum from Debtor.

11. To the extent that BlackBriar subsequently discovers any facts bearing on this Declaration, this Declaration will be supplemented and those facts will be disclosed to the Court at the earliest opportunity.

12. Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 29, 2022.

*/s/Robert Schleizer (with permission)*
Robert Schleizer

**DECLARATION OF ROBERT SCHLEIZER IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BLACKBRIAR ADVISORS LLC AS FINANCIAL ADVISOR TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE - Page 4**