**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Alexander E. Jones<br>Debtor | Case No.: 22−33553<br>Chapter: 11 |

### NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E−Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at http://www.txs.uscourts.gov.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at http://www.txs.uscourts.gov or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 22-33553-cml
Alexander E. Jones Chapter 11
Official Committee Of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 5 |
| Date Rcvd: Dec 28, 2022 | Form ID: ntctran | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| cr | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850 Austin, TX 78701-4653 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| crcm | + | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 28 2022 20:20:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| cr | | David Wheeler |
| cr | | Donna Soto |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |
| cr | | Mark Barden |
| cr | | Nicole Hockley |
| cr | | Robert Parker |
| cr | | William Aldenberg |
| cr | | William Sherlach |

TOTAL: 13 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 5 |
| Date Rcvd: Dec 28, 2022 | Form ID: ntctran | Total Noticed: 11 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Christina Walton Stephenson | on behalf of Debtor Alexander E. Jones Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Elizabeth Carol Freeman | on behalf of Interested Party Melissa A Haselden liz@lizfreemanlaw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Jarrod B. Martin | on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jason Starks | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Marty L Brimmage | on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com |

| District/off: 0541-4 | User: ADIuser | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: ntctran | Total Noticed: 11 |

lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Nicole Hockley mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Carlos M Soto mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Mark Barden mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor William Sherlach mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor William Aldenberg mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Francine Wheeler mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Donna Soto mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor David Wheeler mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Neil Heslin mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Robert Parker mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Ian Hockley mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage

on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Melissa A Haselden

mhaselden@haseldenfarrow.com
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Melissa A Haselden

| District/off: 0541-4 | User: ADIuser | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: ntctran | Total Noticed: 11 |

on behalf of Interested Party Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Nicholas Lawson
on behalf of Creditor Scarlett Lewis nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
on behalf of Creditor Leonard Pozner nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
on behalf of Creditor Neil Heslin nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
on behalf of Creditor Marcel Fontaine nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
on behalf of Creditor Veronique De La Rosa nick.lawson@mhllp.com  patricia.flores@mhllp.com

Raymond William Battaglia
on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com

Richard A. Cochrane
on behalf of Creditor Nicole Hockley rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor William Aldenberg rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Ian Hockley rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Carlos M Soto rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Marcel Fontaine rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor David Wheeler rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Jennifer Hensel rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Jacqueline Barden rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Jillian Soto-Marino rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor William Sherlach rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Robert Parker rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Leonard Pozner rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Veronique De La Rosa rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Mark Barden rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Carlee Soto Parisi rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Scarlett Lewis rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Donna Soto rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Francine Wheeler rcochrane@akingump.com  jlangmack@akingump.com

Richard A. Cochrane
on behalf of Creditor Neil Heslin rcochrane@akingump.com  jlangmack@akingump.com

Ryan E Chapple
on behalf of Creditor Jacqueline Barden rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com  aprentice@cstrial.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 5 |
| Date Rcvd: Dec 28, 2022 | Form ID: ntctran | Total Noticed: 11 |

Ryan E Chapple
    on behalf of Creditor David Wheeler rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Nicole Hockley rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Carlos M Soto rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor William Aldenberg rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Mark Barden rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Donna Soto rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Robert Parker rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor William Sherlach rchapple@cstrial.com  aprentice@cstrial.com

Shelby A Jordan
    on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Vickie L Driver
    on behalf of Debtor Alexander E. Jones Vickie.Driver@crowedunlevy.com
    elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Yoshie Valadez
    on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com  yvaladez@mccarthyholthus.com

TOTAL: 80