Certificate Number: 14912-TXS-DE-037096013

Bankruptcy Case Number: 22-33553



14912-TXS-DE-037096013

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 10, 2023, at 10:36 o'clock AM EST, Alexander Jones completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: January 10, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor