UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| ALEXANDER E. JONES, | §  CASE NO. 22-33553 |
| | §  (Chapter 11) |
| DEBTOR. | § |
| | § |

## NOTICE OF CONTINUED FIRST MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the meeting of creditors scheduled for January 11, 2023 has been continued to **February 15, 2023 at 9:00 a.m. Central Time.** Any party wishing to participate may call 866-707-5468, then enter the Participant Code 6166997 followed by the pound or hashtag symbol - #.

Dated: January 11, 2023

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By:   /s/ Jayson B. Ruff
       Jayson B. Ruff
       Trial Attorney
       MI State Bar No. P69893
       Office of the United States Trustee
       515 Rusk Avenue, Suite 3516
       Houston, TX 77002
       (713) 718-4650 Ext. 252
       (713) 718-4670 Fax
       Jayson.B.Ruff@usdoj.gov