IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ALEXANDER E. JONES, ) | Case No. 22-33553 (CML) |
| ) | |
| Debtor. ) | |
| ) | |

**VERIFIED STATEMENT OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF
<u>ALEXANDER E. JONES PURSUANT TO BANKRUPTCY RULE 2019</u>**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the chapter 11 case of Alexander E. Jones (the "<u>Debtor</u>" and such case, the "<u>Chapter 11 Case</u>") hereby submits this verified statement (this "<u>Verified Statement</u>"), and in support thereof states as follows.

1. On December 2, 2022, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Southern District of Texas (this "<u>Court</u>"). The Debtor continues in possession of his estate and is managing such estate as a debtor-in-possession pursuant to Bankruptcy Code sections 1107 and 1108. No trustee or examiner has been appointed in this Chapter 11 Case.

2. On December 13, 2022, pursuant to Bankruptcy Code section 1102, the Office of the United States Trustee for the Southern District of Texas appointed six of the Debtor's unsecured creditors to serve as members of the Committee.[1] The Committee currently comprises the following members: (i) Robert Parker; (ii) Nicole Hockley; (iii) Jennifer Hensel; (iv) David Wheeler; (v) Leonard Pozner; and (vi) Scarlett Lewis. Each member of the Committee takes seriously the

---

[1] *See Notice of Appointment of Official Committee of Unsecured Creditors*, dated December 13, 2022 [ECF No. 42].

Committee's role as a fiduciary for the interests of the unsecured creditor body at large, which comprises plaintiffs in pending litigation in Texas and Connecticut stemming from the Debtor's defamatory statements and actions concerning the Sandy Hook massacre.

3. On December 19, 2022, the Committee selected Akin Gump Strauss Hauer & Feld LLP to serve as its counsel in connection with the Chapter 11 Case.

4. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names and addresses of, and the nature and amount of all disclosable economic interests held by, each Committee member in relation to the Debtors. The claims and claim amounts set forth on **Exhibit A** have been provided by the applicable Committee members and by filing this Verified Statement. As such, neither the Committee nor its counsel makes any representation with respect to the amount, allowance, validity, secured status or priority of such claims and each reserves all rights with respect thereto.

5. Nothing contained in this Verified Statement (or **Exhibit A** hereto) should be construed as a limitation upon or waiver of any Committee member's rights to assert, file and/or amend its claim(s) in accordance with applicable law and any orders entered in these cases establishing procedures for filing proofs of claim.

6. The Committee reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

[*Remainder of page intentionally left blank*]

Dated: January 17, 2023				Respectfully submitted,

By: */s/ David M. Zensky*
David M. Zensky

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

*-and-*

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones*

**Exhibit A**

| Name | Address | Nature and Amount of Disclosable Economic Interests[2] |
|---|---|---|
| Robert Parker | c/o Koskoff Koskoff & Bieder PC<br>350 Fairfield Avenue<br>Bridgeport, Connecticut 06604 | Plaintiff in the following cases alleging invasion of privacy by false light; defamation and defamation per se; intentional infliction of emotional distress; and violation of the Connecticut Unfair Trade Practices Act in three consolidated cases on the Complex Litigation Docket of Waterbury, Connecticut: *Lafferty, et al. v. Jones, et al.*, No. X06-UWY-CV18-6046436-S, *Sherlach v. Jones, et al.*, No. X06-UWY-CV18-6046437-S and *Sherlach, et al. v. Jones, et al.*, No. X06-UWY-CV18-6046438-S.  There are also TUFTA claims pending against the Debtor in Adv. Pro. No. 22-03331 before this Court.<br><br>Judgment has been entered for plaintiff and against the Debtor and Free Speech Systems, LLC in the amount of $120,000,000.00 in compensatory damages and $50,099,303.73 in punitive damages. |
| Nicole Hockley | c/o Koskoff Koskoff & Bieder PC<br>350 Fairfield Avenue<br>Bridgeport, Connecticut 06604 | Plaintiff in the following cases alleging invasion of privacy by false light; defamation and defamation per se; intentional infliction of emotional distress; and violation of the Connecticut Unfair Trade Practices Act in three consolidated cases on the Complex Litigation Docket of Waterbury, Connecticut: *Lafferty, et al. v. Jones, et al.*, No. X06-UWY-CV18-6046436-S, *Sherlach v. Jones, et al.*, No. X06-UWY-CV18-6046437-S and *Sherlach, et al. v. Jones, et al.*, No. X06-UWY-CV18-6046438-S.  There are also TUFTA claims pending against the Debtor in Adv. Pro. No. 22-03331 before this Court.<br><br>Judgment has been entered for plaintiff and against the Debtor and Free Speech Systems, LLC in the amount of $73,600,000.00 in compensatory damages and $34,629,303.73 in punitive damages. |

---

[2] To the best of counsel's knowledge, the information included herein is accurate as of April 12, 2018.  The amounts set forth herein include only outstanding principal and do not include accrued or unpaid interest or other amounts that may be owing under the applicable debt documents.

| Name | Address | Nature and Amount of Disclosable Economic Interests[2] |
|---|---|---|
| Jennifer Hensel | c/o Koskoff Koskoff & Bieder PC 350 Fairfield Avenue Bridgeport, Connecticut 06604 | Plaintiff in the following cases alleging invasion of privacy by false light; defamation and defamation per se; intentional infliction of emotional distress; and violation of the Connecticut Unfair Trade Practices Act in three consolidated cases on the Complex Litigation Docket of Waterbury, Connecticut: *Lafferty, et al. v. Jones, et al.*, No. X06-UWY-CV18-6046436-S, *Sherlach v. Jones, et al.*, No. X06-UWY-CV18-6046437-S and *Sherlach, et al. v. Jones, et al.*, No. X06-UWY-CV18-6046438-S. There are also TUFTA claims pending against the Debtor in Adv. Pro. No. 22-03331 before this Court.<br><br>Judgment has been entered for plaintiff and against the Debtor and Free Speech Systems, LLC in the amount of $52,000,000.00 in compensatory damages and $27,429,303.73 in punitive damages. |
| David Wheeler | c/o Koskoff Koskoff & Bieder PC 350 Fairfield Avenue Bridgeport, Connecticut 06604 | Plaintiff in the following cases alleging invasion of privacy by false light; defamation and defamation per se; intentional infliction of emotional distress; and violation of the Connecticut Unfair Trade Practices Act in three consolidated cases on the Complex Litigation Docket of Waterbury, Connecticut: *Lafferty, et al. v. Jones, et al.*, No. X06-UWY-CV18-6046436-S, *Sherlach v. Jones, et al.*, No. X06-UWY-CV18-6046437-S and *Sherlach, et al. v. Jones, et al.*, No. X06-UWY-CV18-6046438-S. There are also TUFTA claims pending against the Debtor in Adv. Pro. No. 22-03331 before this Court.<br><br>Judgment has been entered for plaintiff and against the Debtor and Free Speech Systems, LLC in the amount of $55,000,000.00 in compensatory damages and $28,429,303.73 in punitive damages. |
| Leonard Pozner | c/o McDowell Hetherington LLP 1001 Fannin Street Suite 2700 Houston, Texas 77002 | Plaintiff in *Leonard Pozner and Veronique De La Rosa v. Alex E. Jones, Infowars, LLC and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001842, in the 345th District Court of Travis County, alleging claims for defamation and intentional infliction of emotional distress. There are also TUFTA claims pending against the Debtor in Adv. Pro. No. 22-03331 before this Court. |

| Name | Address | Nature and Amount of Disclosable Economic Interests[2] |
|---|---|---|
| Scarlett Lewis | c/o McDowell Hetherington LLP<br>1001 Fannin Street<br>Suite 2700<br>Houston, Texas 77002 | Plaintiff in *Neil Heslin and Scarlett Lewis v. Alex E. Jones and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001835, in the 261st District Court of Travis County, Texas, alleging claims for defamation and intentional infliction of emotional distress. There are also TUFTA claims pending against the Debtor in Adv. Pro. No. 22-03331 before this Court.<br><br>Judgment has been entered for plaintiff and against the Debtor and Free Speech Systems, LLC in the amount of $22,847,962.90 in damages. |

## **CERTIFICATE OF SERVICE**

      I certify that on January 17, 2023, a true and correct copy of the foregoing and the attached exhibit were served electronically on all parties registered to receive electronic notice of filings in this case via the Court's ECF notification system.

                                            */s/ Marty L. Brimmage, Jr.*
                                            Marty L. Brimmage, Jr.