IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | **Case No. 22-60043** |
| | § | |
|    Debtor. | § | |
| ------------------------------------------------ | § | |
| **In re:** | § | |
| | § | **Chapter 11** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553** |
|    Debtor. | § | |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JANUARY 20, 2023, AT 11:00 A.M. (PREVAILING CENTRAL TIME)

Alexander E. Jones ("Jones" and "Debtor"), debtor and debtor-in-possession in the above-referenced Chapter 11 case, respectfully submits this Witness and Exhibit List for the hearing to be held on January 20, 2023, at 11:00 a.m. (prevailing Central Time) (the "Hearing"):

### WITNESSES

1. Any witness listed or called by any other party.
2. Rebuttal witnesses as necessary; and
3. The Debtor reserves the right to cross-examine any witness called by any other party.

### EXHIBITS

Debtor may offer for admission into evidence any of the following exhibits at the earing:

| Ex. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Declaration of Vickie L. Driver [ECF # 69-2] | | | | |
| 2. | Table of Prior Representations [ECF # 69-3] | | | | |
| 3. | List of Utility Companies [ECF # 70] | | | | |
| 4. | Declaration of Shelby A. Jordan [ECF #71-2] | | | | |

| 5. | Supplemental Declaration of Vickie L. Driver [ECF # 89] | | | | |
|---|---|---|---|---|---|
| 6. | Supplemental Declaration of Shelby Jordan [ECF # 90] | | | | |
| 7. | Employment Agreement | | | | |

Debtor reserves the right to supplement, amend or delete any exhibit prior to the Hearing. Debtor also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Debtor finally reserves the right to introduce exhibits previously admitted.

Respectfully submitted this 18th day of January, 2023.

**CROWE & DUNLEVY, P.C.**

By: */s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**PROPOSED ATTORNEYS FOR ALEXANDER E. JONES**

**CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing document was filed with the Court on January 18, 2023, and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system. Exhibit 7 was served via electronic mail on Debtor's counsel, counsel for the Subchapter V Trustee, counsel for the U.S Trustee and counsel for the Official Committee of Unsecured Creditors for Alexander E. Jones.

                            */s/ Christina W. Stephenson*
                            Christina W. Stephenson