United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-33553 |
| | § | |
| **ALEXANDER E. JONES** | § | (Chapter 11) |
| | § | |
| Debtor. | § | JUDGE CHRISTOPHER M. LOPEZ |
| | § | |

## ORDER REGARDING ADDITIONAL EXTENSION OF TIME FOR DEBTOR TO FILE HIS SCHEDULES AND STATEMENTS

On December 19, 2022, this Court entered an *Order Granting Extension of Time to File Debtor's Schedules of Assets and Liabilities, Schedules of Executory Contracts, and Statements of Financial Affairs* [Docket No. 57], in the above-captioned Chapter 11 case (the "Chapter 11 Case"), extending the initial deadline for the debtor, Alexander E. Jones, (the "Debtor"), to file Schedules and Statements of financial affairs to January 17, 2023 (the "Order"). The Order expressly stated that the Debtor and the U.S. Trustee's Office may stipulate to additional extensions for the Debtor to file his Schedules and Statements, subject to Court approval. Thus, upon consideration of the representations of the Debtor and the U.S. Trustee regarding their agreement concerning an additional extension of the deadline to file the Debtor's Schedules and Statements, the Court finds and concludes that good cause exists for entry of the following order. Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The time within which the Debtor shall file his Schedules and Statements (as such terms are defined in the underlying Motion) is extended pursuant to Bankruptcy Rule 1007(c) to and including February 14, 2023.

2. The Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

Signed: January 20, 2023

_____
Christopher Lopez
United States Bankruptcy Judge