| AO 435<br>(Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Marty L. Brimmage, Jr. | 2. PHONE NUMBER<br>(214) 969-4633 | 3. DATE<br>1/23/2023 |
|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>bkemp@akingump.com | 5. CITY<br>Dallas | 6. STATE TX / 7. ZIP CODE 75201 |
| 8. CASE NUMBER<br>22-33553 | 9. JUDGE<br>Christopher M. Lopez | DATES OF PROCEEDINGS<br>10. FROM 1/20/2023  11. TO 1/20/2023 |
| 12. CASE NAME<br>Alexander E. Jones | | LOCATION OF PROCEEDINGS<br>13. CITY Houston  14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 1/20/23 Hearing |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>/s/ Marty L. Brimmage, Jr. | PROCESSED BY | |
| 19. DATE<br>January 23, 2023 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY