**Alexander Emeric Jones**      **Case No. 22-33553**

## Part 1 - Statement of Cash Receipts and Disbursements
### December 2 to December 31, 2022

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Security Bank #8605 | Chase #3520 | B of A #6078 | B of A #4016 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 25,600 | 57,403 | 51,524 | 7,513 | 10,500 | 3,457 | 1,206 | 21,291 | 485 | 178,980 |
| Cash Receipts* | 6,832 | 190,262 | 0 | 50,000 | 1,202 | 0 | 0 | 0 | 0 | 248,296 |
| Cash Disbursement* | (9,966) | (29,943) | (16,594) | (15) | (1,858) | 0 | 0 | 0 | 0 | (58,376) |
| **Net Cash Flow** | 22,465 | 217,722 | 34,930 | 57,498 | 9,844 | 3,457 | 1,206 | 21,292 | 485 | 368,899 |
| Transfer In | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers Out | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Ending Bank Balance** | 22,465 | 217,722 | 34,930 | 57,498 | 9,844 | 3,457 | 1,206 | 21,292 | 485 | 368,899 |

**Alexander  Emeric Jones**            **Case No.  22-33553**
**Part 7.a. - Payments on Pre Petition Debt**
**December 2 to December 31, 2022**

| Date | Payee | Amount | Description |
|---|---|---|---|
| 12/8/2022 | Bank of America | 1,649 | Mortgage Payment - Rental Property |
| 12/14/2022 | Homepay | 2,873 | Payroll domestic |
| | | 4,522 | |

**Alex Jones**
**Profit and Loss**
December 2022

|  | Total |
|---|---:|
| **Income** | |
|   FreeSpeech Payroll | 60,000 |
|   Interest Income | 2 |
|   Rental Income | 1,200 |
|   Sales of Product Income | 307,978 |
| **Cost of Goods Sold** | -77,956 |
| **Selling Expenses** | -23,214 |
| **Total Income** | $ 268,010 |
| **Payroll deductions** | |
|   Medical Insurance Premiums | 1,537 |
|   Payroll Taxes withheld | 22,312 |
| **Total Payroll deductions** | $ 23,848 |
| **Net Receipts** | $ 244,162 |
| **Expenses** | |
|   Living Expenses | |
|     Total Auto/Trucks/Watercraft | $ 2,111 |
|     Family | |
|       Child Care | 9,380 |
|       Child Support | 2,000 |
|       Groceries | 989 |
|       Homestead | |
|         Maintenance | |
|           Houskeeping | 3,471 |
|           Misc. Supplies and Services | 2,188 |
|         Total Maintenance | $ 5,659 |
|         Phone/Internet | 339 |
|         Utilities | 455 |
|       Total Homestead | $ 6,453 |
|       Meals & Entertainment | 3,571 |
|         Apple/Netflix/Hulu charges | 231 |
|       Total Meals & Entertainment | $ 3,802 |
|       Other | 2,993 |
|       PreNup Obligation | 14,600 |
|       School and Kid's Activities | |
|         Activities | 5,848 |
|       Total School and Kid's Activities | $ 5,848 |
|     Total Family | $ 46,064 |
|     Insurance | 165 |
|   Total Living Expenses | $ 48,339 |
|   Other Expenses | 687 |
|     Bank Charges & Fees | 118 |
|     Business Expenses | 2,817 |
|     Real Estate | |
|       Austin Condos | |
|         Condo HOA | 220 |
|         Condo Insurance | -486 |
|         Condo Property Tax | 13,995 |
|         Condo Utilities and Maintenance | 2,143 |
|       Total Austin Condos | $ 15,872 |
|       Lakehouse | |
|         Lakehouse Maintenance | 525 |
|         Lakehouse Utilities | 40 |
|       Total Lakehouse | $ 565 |
|       Ranch property | 880 |
|       Rental Mortgage Payment | 1,649 |
|     Total Real Estate | $ 18,965 |
|     Rental Storage Units | 1,766 |
|   Total Other Expenses | $ 24,354 |
| **Total Expenses** | $ 72,694 |
| **Net Income** | $ 171,468 |

Unaudited - Confidential

## Alex Jones
## Balance Sheet
### As of December 31, 2022

|  | Total |
|---|---:|
| **ASSETS (9)** | |
| **Current Assets** | |
|   Total Bank Accounts | $ 368,899 |
|   Total Accounts Receivable(6) | $ 398,887 |
|   Other Current Assets(5) | |
|     Inventory Platinum | 682,899 |
|     Undeposited Funds | 29,936 |
|   Total Other Current Assets | $ 712,835 |
| **Total Current Assets** | $ 1,480,621 |
| **Fixed Assets(5)** | |
|   Austin Condo 3 (1) | 560,000 |
|   Austin Condo 5-RCGJ LLC (1) (2) | 500,000 |
|   Austin Condo 6 (1) | 524,900 |
|   Homestead (3) | 2,230,000 |
|   Lakehouse (1) | 0 |
|   Rental Property(3) | 120,000 |
|   Vehicles | |
|     Dodge Challenger(4) | 67,795 |
|     Dodge Charger (4) | 72,629 |
|     Ford Expedition (4) | 25,749 |
|   Total Vehicles | $ 166,173 |
| **Other Assets** | |
|   Ranch Property LLC(7) | $ 0 |
| **Total Fixed Assets** | $ 4,101,073 |
| **TOTAL ASSETS** | $ 5,581,694 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
|   Current Liabilities | |
|     Accounts Payable | |
|       Other Payables | 14,600 |
|     Total Accounts Payable | $ 14,600 |
|   Total Current Liabilities | $ 14,600 |
|   Long-Term Liabilities | |
|     Rental Property Mortgage | 40,150 |
|   Total Long-Term Liabilities | $ 40,150 |
| **Total Liabilities** | $ 54,750 |
| **Equity** | |
|   Opening Balance Equity | 5,135,757 |
|     OtherDeposits/Transfers | 171,668 |
|     Gifts | 48,050 |
|   Net Income | 171,468 |
| **Total Equity** | $ 5,526,944 |
| **TOTAL LIABILITIES AND EQUITY** | $ 5,581,694 |

**Notes**

(1)  Real estate for condos reported at cost.

(2) Condo titled to RCGJ LLC - ownership of LLC not confirmed.  It is not expected to be in the Debtor's name.

(3) Property value shown at full acquisition cost; currently a percentge is owed by Erika Jones pursuant to a prenuptual agreement; such percentage will increase to a maximum of 50%.

(4) Vehicles reported at Kelly Blue Book value

(5) Balance sheet exclude ownership in Free Speech Systems LLC (currently in bankruptcy). Other entities that Mr. Jones may have ownership in do not own any known assets or have determinable value as of the date of the fiing.  This is still being analyzed and may result in adjustments to the balance sheet along with  notes 1-4 above and notes 7 and 8 below.

(6) Accounts receivable consist of receivables from product sales and personal appearance/promotion fees due debtor.  The debtor reported a receivalble of $3.97 million on his 2020 Form 1040.  His tax returns for 2021 and 2022 are not complete and we cannot determine how much if any of the receivable is still outstanding as the debtor made no known estimated payments in 2021 or 2022

**(7) Ranch Property owned by an LLC in which debtor has an underdetermined interest.  Cost is $1.56 million.**

**(8) At closing, Condos 3 and 6 were purchased in the Debtor's name.  They were intented to he transferred into the beneficiary trust for the his children.  Transfer documents are expected shortly and will be confirmed.**

**(9) The Debtor's Schedules and Statement of Financial Affaris are not due until February 14, 2023; as such, investigation into the Debtor's assets is ongoing and will be reflected in future MORs as discovered.**