IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**FIRST MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD FROM DECEMBER 2, 2022 THROUGH DECEMBER 31, 2022**

| Name of Applicant: | BlackBriar Advisors, LLC | |
|---|---|---|
| Applicant's Role in Case: | Financial Advisor | |
| Date Order of Appointment Signed: | January 20, 2023 (Dkt #112) | |
| | **Beginning of Period** | **End of Period** |
| Time Period Covered in Statement: | 12/02/2022 | 12/31/22 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total Fees Requested in this Statement: | $56,544.00[1] (80% of $70,680.00) | |
| Total Reimbursable Expenses Requested in this Statement: | $3,453.45[2] | |
| **Summary of Fees for the Period Covered by this Statement** | | |
| Professional Fees in this Statement: | $70,680.00 | |
| Total Actual Professional Hours Covered by this Statement: | 157.20 | |
| Average Hourly Rate for Professionals: | $449.62 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| Paraprofessional Fees Requested in this Statement: | $0.00 | |
| Total Actual Paraprofessional Hours Covered by this Statement: | 0.00 | |
| Average Hourly Rate for Paraprofessionals: | $0.00 | |

---

[1] BlackBriar is holding $200,000.00 as a retainer in its IOLTA Account which is included in this fee/expense request.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**FIRST MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 1**

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuan**t to** §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], BlackBriar Advisors, LLC ("BlackBriar"), as Financial Advisor to the Debtor, hereby files its *First Monthly Fee Statement of BlackBriar Advisors, LLC. for Allowance of Compensation for Services Rendered as Financial Advisor to the Debtor for the Period from December 2, 2022 through December 31, 2022* (the "Monthly Fee Statement").

### RELIEF REQUESTED

1. By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, BlackBriar seeks interim payment of $56,544.00 (80% of 70,680.00) as compensation for professional services rendered to the Debtor during the period from December 2, 2022 through December 31, 2022 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $3,453.45, for a total amount of $59,997.45 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2. In support of the Monthly Fee Statement, BlackBriar submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Legal Fees by Category*

**FIRST MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 2**

*as Counsel for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Financial Advisor for the Fee Period*, attached hereto as **Exhibit C**.

3. Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order), and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline:

   a. Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

   b. U.S. Trustee c/o Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

   c. Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

   d. Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

   e. Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

   f. Any other parties that the Court may designate.

**FIRST MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 3**

In light of the nature of the relief requested herein, BlackBriar submits that no further or other notice is required.

4.Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. BlackBriar reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5.Therefore, BlackBriar respectfully submits support for its fees in the amount of $70,680.00 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $3,453.45 for reasonable, actual and necessary expenses incurred during the Fee Period. BlackBriar further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to BlackBriar the amount of $56,544.00[3] which is equal to the sum of 80% of BlackBriar's fees and 100% of BlackBriar's expenses incurred during the Fee Period.

---

[3] Such payment to be made first from any existing retainer funds held by BlackBriar for the Debtor.

**FIRST MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 4**

Houston, TX
Dated: January 27, 2023

                                      **BLACKBRIAR ADVISORS, LLC**

                                      By:  */s/ Bob Schleizer*
                                      Bob Schleizer
                                      2626 Cole Ave., Suite 300
                                      Dallas, TX 75201
                                      Telephone: 214-599-8600
                                      Email: bschleizer@blackbriaradvisors.com


                                      **FINANCIAL ADVISORS FOR DEBTOR ALEXANDER E. JONES**

**CERTIFICATE OF SERVICE**

I certify that on January 27, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

    a.    Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

    b.    U.S. Trustee c/o Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

    c.    Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

    d.    Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

    e.    Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

    f.    Any other parties that the Court may designate.

                              */s/ Christina W. Stephenson*
                                  Christina W. Stephenson

# EXHIBIT "A"

### SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Airfare/Train | **$929.60** |
| Mileage | **28.19** |
| Meals | **46.79** |
| Auto | **529.73** |
| Hotel | **1,730.85** |
| Other | **188.29** |

# EXHIBIT "B"

## SUMMARY OF FEES AND EXPENSES BY CATEGORY FOR THE FEE PERIOD

| CATEGORIES | PROFESSIONAL TIME | PARAPROFESSIONAL TIME |
|---|---|---|
| B110 Case Administration | 38.50 | 0.00 |
| B120 Asset Analysis and Recovery | 64.10 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 |
| B140 Relief from Stay/Adequate Protection | 0.00 | 0.00 |
| B150 Meetings of & Communications with Creditors | 2.0 | 0.00 |
| B160 Fee/Employment Applications | 1.30 | 0.00 |
| B170 Fee/Employment Objections | 0.00 | 0.00 |
| B180 Avoidance Action Analysis | 0.00 | 0.00 |
| B185 Assumption/Rejection of Executory Contracts | 0.00 | 0.00 |
| B190 Other Contested Matters | 0.00 | 0.00 |
| B195 Non-Working Travel | 0.00 | 0.00 |
| B210 Business Operations | 51.30 | 0.00 |
| B220 Employee Benefits/Pensions | 0.00 | 0.00 |
| B230 Financing/Cash Collections | 0.00 | 0.00 |
| B240 Tax Issues | 0.00 | 0.00 |
| B250 Real Estate | 0.00 | |
| B260 Board of Directors Matters | 0.00 | |
| B310 Claims Administration and Objections | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 0.00 | 0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.00 | 0.00 |
| B420 Restructurings | 0.00 | 0.00 |
| **TOTALS:** | **157.20** | **0.00** |

# EXHIBIT "C"

# DETAILED RECORD OF FEES FOR THE FEE PERIOD

 

January 27, 2023

Alex E. Jones
c/o Shelby A. Jordan
**Jordan & Ortiz, P.C.**
6207 Bee Cave Road, Suite 120
Austin, TX 78746

| | Re: | Alexander E. Jones, Debtor In Possession | Case No. 22-33553 | | | |
|---|---|---|---|---|---|---|
| **Billing Period:** | | December 1 through December 31, 2022 | | | | |
| **Invoice No.** | | AJ1201-22 | | | | |
| **Professional Services Rendered:** | | | | | | |
| **Date** | **Professional** | **Description** | | **Hours** | **Amount** | **Task Code** |
| 12/5/2022 | HK | Travel and meet with counsel enroute regarding case matters and scope | | 3.00 | $ 1,500.00 | B110 |
| 12/5/2022 | BS | Travel and meet with counsel enroute regarding case matters and scope | | 3.00 | 1,500.00 | B110 |
| 12/5/2022 | BS | Kick off introductory individual meetings at Shelby Jordan's office -B. Schleizer, V. Driver, A. Gerard & H. Kessler;met with Shelby Jordan & David Jones (2.5); document accumulation and review for case(.9) | | 4.70 | 2,350.00 | B110 |
| 12/5/2022 | HK | Kick off introductory individual meetings at Shelby Jordan's office -B. Schleizer, V. Driver, A. Gerard & H. Kessler;met with Shelby Jordan & David Jones (2.5); prepare asset schedule from counsel records (2.2) | | 3.40 | 1,700.00 | B110 |
| 12/6/2022 | HK | Meetings at Shelby Jordan's office; B. Schleizer, V. Driver, A. Gerard & H. Kessler met with A. Jones (.7)& B. Roe - distribution and accounting analysis - FSS and PQPR(3.5); | | 4.20 | 2,100.00 | B120 |
| 12/6/2022 | HK | Asset schedule preparation(2.0); analysis of attorney documentation(1.0) | | 4.00 | 2,000.00 | B120 |
| 12/6/2022 | BS | Meetings at Shelby Jordan's office; B. Schleizer, V. Driver, A. Gerard & H. Kessler met with A. Jones (.7)& B. Roe - distribution and accounting analysis - FSS and PQPR(2.5); recap with counsel (1.0) | | 4.20 | 2,100.00 | B120 |
| 12/6/2022 | BS | Bank account recap and analysis (1.3); Documentation review; dropbox set up (2.4); recap with counsel (1.0) | | 4.70 | 2,350.00 | B120 |
| 12/6/2022 | HK | B. Schleizer & H. Kessler met with M. Flores - PQPR accounting, ownership, distributrions | | 0.90 | 450.00 | B210 |
| 12/6/2022 | BS | B. Schleizer & H. Kessler met with M. Flores - PQPR accounting, ownership, distributrions | | 0.90 | 450.00 | B210 |
| 12/7/2022 | HK | B. Schleizer & H. Kessler met with S. Mansfield - personal expenses and banking | | 2.50 | 1,250.00 | B210 |
| 12/7/2022 | BS | B. Schleizer & H. Kessler met with S. Mansfield - personal expenses and banking(2.5); move client documents to dropbox(1.6) | | 4.10 | 2,050.00 | B210 |
| 12/8/2022 | HK | B. Schleizer & H. Kessler call with L. Muniz-Jones assistant; expenses admin for client | | 0.60 | 300.00 | B210 |
| 12/8/2022 | BS | B. Schleizer & H. Kessler call with L. Muniz-Jones assistant; expenses admin for client | | 0.60 | 300.00 | B210 |
| 12/8/2022 | HK | Review information sent to us by L. Muniz; review information sent by S. Mansfield; | | 1.60 | 800.00 | B110 |
| 12/8/2022 | HK | update call with V. Driver & B. Schleizer bankruptcy issues; case admin | | 0.50 | 250.00 | B110 |
| 12/8/2022 | BS | update call with V. Driver & B. Schleizer bankruptcy issues; case admin | | 0.50 | 250.00 | B110 |
| 12/8/2022 | BS | Call with David Jones - banking | | 0.40 | 200.00 | B120 |
| 12/9/2022 | HK | Team Meeting call with V. Driver, P. McGill, R. Battaglia, B. Schleizer & H. Kessler re Free Speech issues | | 0.80 | 400.00 | B110 |
| 12/9/2022 | BS | Team Meeting call with V. Driver, P. McGill, R. Battaglia, B. Schleizer & H. Kessler re Free Speech issues | | 0.80 | 400.00 | B210 |
| 12/9/2022 | HK | Document insurance coverage. | | 1.70 | 850.00 | B210 |
| 12/12/2022 | HK | Conference call Stephen Lemmon, V. Driver & B. Schleizer Re: information access David Jones | | 0.80 | 400.00 | B120 |
| 12/12/2022 | HK | Conference call Stephen Lemmon, V. Driver & B. Schleizer Re: information access David Jones | | 0.80 | 400.00 | B120 |
| 12/13/2022 | HK | Review S. Mansfield's emails, updated household expenses & insurance matters | | 2.30 | 1,150.00 | B210 |
| 12/14/2022 | HK | Meetings with A. Jones; P. McGill, T. Enlow; call with M. Boyd of Axios Bank regarding DIP account; emails with S. Mansfield; viewed gun safes in office with T. Enlow | | 8.00 | 4,000.00 | B120 |
| 12/14/2022 | KN | On site Meeting with Alex and David Jones(3.5)s; obtain bank account info; extract current bank activity (4.5) | | 8.00 | 3,200.00 | B120 |
| 12/14/2022 | BS | On site Meeting with Alex and David Jones(2.5); call with Amex and A. Jones (.3); Document accumulation and set up for Initial debtor interview (2.1) | | 4.90 | 2,450.00 | B210 |
| 12/15/2022 | HK | Meeting with A. Jones at his house, viewed one gun safe/locker, Meeting with J. Dalessio & V. Driver | | 3.00 | 1,500.00 | B120 |
| 12/15/2022 | KN | Download and sort bank transactions | | 6.00 | 2,400.00 | B120 |
| 12/16/2022 | HK | Calls with B. Marchand & B. Schleizer DIP account requirements (.4); emails with S. Mansfield - insurance, expenses(.3); Reviewed Initial Report Checklist missing items(1.0) | | 1.70 | 850.00 | B210 |
| 12/16/2022 | KN | Download and sort bank transactions (10 accounts) | | 4.00 | 1,600.00 | B120 |
| 12/16/2022 | BS | Call with counsel - V. Driver - Initial Debtor Interview (.4); preparation for inteview (.8); call with A. Jones re Initial Interview (.2) | | 1.40 | 700.00 | B110 |

| | Re: | Alexander E. Jones, Debtor In Possession | Case No. 22-33553 | | |
|---|---|---|---|---|---|
| **Billing Period:** | | December 1 through December 31, 2022 | | | |
| **Invoice No.** | | AJ1201-22 | | | |
| 12/17/2022 | HK | Team call - Initial Report Checklist for Debor interview- information requirements/missing documentation | 1.20 | 600.00 | B110 |
| 12/17/2022 | BS | Team call - Initial Report Checklist for Debor interview- information requirements/missing documentation | 1.20 | 600.00 | B110 |
| 12/17/2022 | KN | Team call - Initial Report Checklist for Debor interview- information requirements/missing documentation | 1.20 | 480.00 | B110 |
| 12/17/2022 | KN | Download bank statements and activity | 6.80 | 2,720.00 | B120 |
| 12/18/2022 | HK | Review/finalize Initial Report Checklist; call with C. Stephenson | 1.10 | 550.00 | B110 |
| 12/18/2022 | BS | Review/finalize Initial Report Checklist; call with C. Stephenson | 0.50 | 250.00 | B110 |
| 12/18/2022 | KN | Download bank statements and activity | 1.50 | 600.00 | B110 |
| 12/19/2022 | HK | Various calls updating insurance coverages(1.0); bank balances for Initial Report Checklist(.7); call with Dr. Jones(.4); call with Prosperity Bank regarding setting up DIP bank account(.3) | 2.40 | 1,200.00 | B210 |
| 12/19/2022 | HK | Initial Debtor Interview(1.0) | 1.00 | 500.00 | B150 |
| 12/19/2022 | BS | Initial Debtor Interview | 1.00 | 500.00 | B150 |
| 12/19/2022 | KN | Download/analyze bank statements | 3.50 | 1,400.00 | B120 |
| 12/20/2022 | HK | Calls/texts with Dr. Jones (bank contacts)re DIP account .6; calls with Chase Bank to set-up DIP Deposit account .5; call with K. Norderhaug & B. Schleizer to discuss revenue sources (.9); document review 1.8 | 3.80 | 1,900.00 | B210 |
| 12/20/2022 | HK | Team call - revenue analysis(.9) | 0.90 | 450.00 | B210 |
| 12/20/2022 | KN | Download bank statements/anaylsis | 5.00 | 2,000.00 | B120 |
| 12/21/2022 | HK | Call with C. Stephenson & V. Driver Re: bank accounts & utilities(.6); calls with PNC to set-up DIP Deposit account(.3); modeled forecast template(5.7) | 6.60 | 3,300.00 | B110 |
| 12/21/2022 | BS | Email trustee re MOR;(.1); follow up - Roe distribution analysis(.1); Excel MOR template (.6) | 0.80 | 400.00 | B110 |
| 12/22/2022 | HK | Calls with PNC Re DIP Deposit account(.4); set-up master control request list from all parties to track information flow (3.1) | 3.50 | 1,750.00 | B210 |
| 12/22/2022 | BS | FSS/PQPR Sales reconciliation; forward to team re: income for client | 0.40 | 200.00 | B210 |
| 12/23/2022 | HK | Call with A. Jones, V. Driver & PNC Bank Re: DIP depository account; Call with V. Driver & R. Battaglia Re: Supplement sales reconciliation | 0.70 | 350.00 | B120 |
| 12/23/2022 | BS | Review employment application.6; update master spreadsheet re document status(.7) | 1.30 | 650.00 | B160 |
| 12/28/2022 | HK | Created excel trend analysis of settlement reconciliation(1.9); update calls with V. Driver, C. Stephenson & B. Schleizer(1.8) | 3.70 | 1,850.00 | B110 |
| 12/28/2022 | BS | calls with counsel; key open issues and document needs | 1.80 | 900.00 | B110 |
| 12/29/2022 | HK | Call with S. Mansfield, K. Norderhaug & B. Schleizer Re: upcoming bills & expenses(.8); worked on expense forecast(2.7) | 3.50 | 1,750.00 | B210 |
| 12/29/2022 | BS | Team call re: cash balances and expenses | 0.80 | 400.00 | B210 |
| 12/29/2022 | KN | Review actual expenses from bank activity and client schedules; set up QB; discussion w/ BS, HK, SM (.8) | 7.00 | 2,800.00 | B210 |
| 12/30/2022 | KN | Set Up QB accounting | 2.50 | 1,000.00 | B210 |
| 12/31/2022 | HK | Updated settlement reconciliation, emailed agenda out to participants for next weeks meeting at FSS | 1.80 | 900.00 | B210 |
| 12/31/2022 | KN | Set Up QB accounting | 3.70 | 1,480.00 | B210 |
| | | | **151.20** | **$ 70,680.00** | |
| | | Total hours for Robert Schleizer (BS) | 35.00 | $ 17,500.00 | |
| | | Total hours for Harold Kessler (HK) | 67.00 | 33,500.00 | |
| | | Total hours for Kathy Norderhaug (KN) | 49.20 | 19,680.00 | |
| | | | **151.20** | **$ 70,680.00** | |

**Expenses**

| | | |
|---|---|---|
| From attached expense breakdown | | $ 3,453.45 |
| **Total Invoice Amount** | | **$ 74,133.45** |

**BlackBriar Advisors LLC**
**2626 Cole Ave., Suite 300**
**Dallas, TX  75204**

**Alex E. Jones**
**Billing Period:** December 1 through December 31, 2022
**Invoice:** AJ1201-22

| Date | Airfare/Train | Mileage | Meals | Auto | Hotel | Other | Total |
|---|---|---|---|---|---|---|---|
| 1-Dec | - | - | - | - | - | - | - |
| 2-Dec | - | - | - | - | - | - | - |
| 3-Dec | - | - | - | - | - | - | - |
| 4-Dec | - | - | - | - | - | - | - |
| 5-Dec | - | - | - | - | - | 19.98 | 19.98 |
| 6-Dec | 224.00 | - | - | - | - | 114.31 | 338.31 |
| 7-Dec | - | - | - | - | - | - | - |
| 8-Dec | - | - | - | - | - | - | - |
| 9-Dec | - | - | - | - | - | - | - |
| 10-Dec | - | - | - | - | - | - | - |
| 11-Dec | - | - | - | - | - | - | - |
| 12-Dec | - | - | - | - | - | - | - |
| 13-Dec | 576.60 | 14.09 | 46.79 | 514.29 | 1,085.93 | 24.00 | 2,261.70 |
| 14-Dec | - | - | - | - | - | - | - |
| 15-Dec | 129.00 | 14.10 | - | 15.44 | 644.92 | 30.00 | 833.46 |
| 16-Dec | - | - | - | - | - | - | - |
| 17-Dec | - | - | - | - | - | - | - |
| 18-Dec | - | - | - | - | - | - | - |
| 19-Dec | - | - | - | - | - | - | - |
| 20-Dec | - | - | - | - | - | - | - |
| 21-Dec | - | - | - | - | - | - | - |
| 22-Dec | - | - | - | - | - | - | - |
| 23-Dec | - | - | - | - | - | - | - |
| 24-Dec | - | - | - | - | - | - | - |
| 25-Dec | - | - | - | - | - | - | - |
| 26-Dec | - | - | - | - | - | - | - |
| 27-Dec | - | - | - | - | - | - | - |
| 28-Dec | - | - | - | - | - | - | - |
| 29-Dec | - | - | - | - | - | - | - |
| 30-Dec | - | - | - | - | - | - | - |
| 31-Dec | - | - | - | - | - | - | - |
| **Total** | $ 929.60 | $ 28.19 | $ 46.79 | $ 529.73 | $ 1,730.85 | $ 188.29 | $ 3,453.45 |