| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 (CML) |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of ___New York___ :

| | |
|---|---|
| Name | Ciara A. Sisco |
| Firm | Willkie Farr & Gallagher LLP |
| Street | 787 Seventh Avenue |
| City & Zip Code | New York, New York 10019 |
| Telephone | 212-728-8000 |
| Licensed: State & Number | New York / 5583471 |

Seeks to appear as the attorney for this party:

| The Texas Plaintiffs |
|---|
| Dated: February 9, 2023    Signed: /s/ Ciara A. Sisco |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                Signed: _____
                              Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                _____
                                  United States Bankruptcy Judge