United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 (CML) |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number |
|---|
| Rachel C. Strickland<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>212-728-8000<br>New York / 2964294 |

Seeks to appear as the attorney for this party:

| The Texas Plaintiffs |
|---|
| Dated: February 9, 2023      Signed: /s/ Rachel C. Strickland |

COURT USE ONLY: The applicant's state bar reports their status as: __Currently registered__.

Dated: 02/09/2023      Signed: /s/ Zilde Martinez
                                       Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: February 09, 2023

_____
Christopher Lopez
United States Bankruptcy Judge