United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 (CML) |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Ciara A. Sisco |
| Firm | Willkie Farr & Gallagher LLP |
| Street | 787 Seventh Avenue |
| City & Zip Code | New York, New York 10019 |
| Telephone | 212-728-8000 |
| Licensed: State & Number | New York / 5583471 |

Seeks to appear as the attorney for this party:

The Texas Plaintiffs

Dated: February 9, 2023     Signed: /s/ Ciara A. Sisco

COURT USE ONLY: The applicant's state bar reports their status as: __Currently registered__.

Dated: 02/09/2023     Signed: /s/ Zilde Martinez
                              Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: February 09, 2023

Christopher Lopez
United States Bankruptcy Judge