UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**ALEXANDER E. JONES<br>A/K/A ALEX JONES,**<br><br>     **Debtor.** | Chapter 11<br><br>Case No.: 22-33553 |

NOTICE OF APPEARANCE UNDER
FED. R. BANKR. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR ALL
PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a) AND FED R. BANKR. P. 9007

**PLEASE TAKE NOTICE** that Christopher Hopkins of Paul, Weiss, Rifkind, Wharton & Garrison LLP appears as counsel in the above-captioned chapter 11 case on behalf of Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the "Connecticut Plaintiffs"), creditors and parties in interest, in the above-captioned chapter 11 case.

The Connecticut Plaintiffs, by and through their undersigned counsel, request that all notices, given or required to be given, and all papers served or required to be served, by U.S. Mail and by e-mail, in the above-captioned chapter 11 case, be given to and served upon:

    Christopher Hopkins
    **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
    1285 Avenue of the Americas
    New York, NY 10019-6064
    (212) 373-3000
    (212) 757-3990 (fax)
    chopkins@paulweiss.com

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code, or in rules 2002, 3017 or 9007 of the Federal Rules of

Bankruptcy Procedure, including without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise, which affect or seek to affect this chapter 11 case.

This Notice of Appearance and Request for Notices is not, and shall not be deemed, or construed to be, a waiver of any of the Connecticut Plaintiffs' substantive or procedural rights.

Respectfully submitted this 13th day of February, 2023.

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Christopher Hopkins*
Christopher Hopkins (*pro hac vice* pending)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (fax)
chopkins@paulweiss.com

 -and-

/s/ *Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
(512) 477-5000
(512) 477-5011 (fax)
rchapple@cstrial.com

*Counsel for Connecticut Plaintiffs*

2

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 13, 2023.

*/s/ Ryan E. Chapple*
Ryan E. Chapple
