**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **ALEXANDER E. JONES** | § | **Case No. 22-33553** |
| | § | |
| Debtor. | § | |
| | § | |

**NOTES REGARDING SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On December 2, 2022 (the "Petition Date"), Alexander E. Jones (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").

With the assistance of his Bankruptcy Court approved financial and legal advisors, the Debtor prepared the annexed Schedules of Assets and Liabilities (the "Schedules"), the Statement of Financial Affairs (the "SOFAs" and combined, the "Schedules and SOFAs"), pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to any financial statements.

Although the Debtor's advisors and employees have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. These notes regarding the Debtor's Schedules and SOFAs (the "Notes") comprise an integral part of the Debtor's Schedules and SOFAs and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

Compiling the information necessary to complete the Schedules and SOFAs for this individual debtor was incredibly difficult due to the lack of books and records in any single place. Multiple individuals assisted the Debtor in paying his bills and household expenses, but no budget existed and no bookkeeper reconciled any bank statements.  Bank accounts were used by or on behalf of the Debtor by third parties due to his status as a controversial public media personality.

1.　　　　Amendments. The Debtor reserves the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

2.     <u>Asset Presentation.</u> Most assets and liabilities of the Debtor are fair market value as of December 2, 2022; provided, however, that some adjustments have been made when the information was available subsequent thereto. The Debtor reserves his right to amend or adjust the value of each asset or liability set forth herein.

3.     <u>Liabilities.</u> The Debtor sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtor also reserves the right to change the allocation of liability to the extent additional information becomes available.

4.     <u>Causes of Action.</u> Despite reasonable efforts, the Debtor may not have identified or set forth all of its causes of action against third parties as assets in his Schedules and SOFAs. The Debtor reserves any and all of his rights with respect to any causes of action he may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.     <u>Claim Description.</u> Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on his Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtor also reserves the right to amend his Schedules or SOFAs as necessary or appropriate.

6.     <u>Property and Equipment.</u> The Debtor has not completed a physical inventory or appraisal of all of his owned equipment household goods, jewelry, or other physical assets and any information set forth in the Schedules and SOFAs may be over or understated. Further, nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all of his rights with respect to such issues.

7.     <u>Insurance.</u> The Debtor has, in the past, maintained a variety of insurance policies including property and life. The Debtor's interest in these types of policies is limited to the amount of the premiums that the Debtor has prepaid, if any, as of Petition Date. To the best of the Debtor's knowledge, no such prepayments exist. The Debtor reserves all rights to refunds of any overpayments of premiums paid on any insurance policies.  In addition, the Debtor believes there is no cash value in such policies.

8.     <u>Insiders.</u> In the circumstances where the Bankruptcy Schedules require information regarding insiders, the listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational

purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or apparent or actual authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.      Schedule F—Creditors Holding Unsecured Nonpriority Claims. The liabilities identified in Schedule F are derived from the Debtor's records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by the Debtor to set forth his unsecured obligations. Accordingly, the actual amount of claims against the Debtor may vary from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in this case will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim. Although the Debtor and his professionals have gathered information that the Debtor believes to be reasonable and accurate to the best of his knowledge, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that may occur throughout the duration of this chapter 11 case.

The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule F was incurred or arose, fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtor may not have listed a date for each claim listed on Schedule F.

10.      Schedule G—Executory Contracts. While effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of his rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

11.      The Debtor reserves all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim. The Debtor may be party to certain agreements that have expired by their terms, but all parties continue to operate under the agreement. Out of an abundance of caution, the Debtor has listed such agreements on Schedule G. The Debtor's inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The

Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

12.    <u>Statement of Financial Affairs 19(d) – Financial Statements.</u> The Debtor has tried to remember all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtor reserves his rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

13.    <u>Statement of Financial Affairs 4 and 30 – Payments within One Year to Insider.</u> The information available at the time of filing has been included.

14.    <u>Specific Notes.</u> These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, list, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, list, or continuation sheet.

15.    <u>Totals.</u> All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

16.    <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

17.    <u>General Reservation of Rights.</u> The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of his Schedules and SOFAs as and to the extent necessary as he deems appropriate.

18.    <u>Form 107 Specific Notes</u>.

a)    Form 107 Part 2 Number 4 and 5: The Debtor's 2022 W-2 for his work as an employee of Free Speech Systems, as well as certain K-1s were unable to be located prior to the filing date. Estimates from the best information available as of the filing date have been made. Upon the receipt of the actual tax documents, if necessary, amendments will be made.

b)    Form 107 Part 3 Number 6: There are certain checks which are illegible. As of the filing date, the Debtor's advisors are conducting research to determine the recipient and the purpose for the payment. This information will be provided to parties in interest upon completion of research. In addition, the Debtor's advisors were unable to access certain of the Debtor's account statements at Security Bank of Crawford. As of the filing date, the Debtor's legal and financial advisors continue to work with the bank to obtain the requisite approvals for the release of

those statements.  Upon receipt of such statements, if any additional responsive information is located, amendments will be filed disclosing same.

c)      Form 107 Part 5 Number 13:  The Debtor has attempted to remember gifts that are responsive to this request.  However, as of the date of filing, he has been unable to remember each gift that would be responsive to this request.  He believes, to the best of his recollection, that he gave gifts to his children and his wife, and possibly some friends, of items that may exceed $600.00 during the last two years; however, the specific details are not available at this time.  In the event the Debtor recalls some gift responsive to this request, amendments will be filed reflecting same.  Similarly, the Debtor was unable to recall any other specific charitable contributions responsive to Number 14, and if any are discovered, amendments will be made.

d)      Form 107 Part 7 Number 19: The Debtor has transferred property to trusts in the past 10 years; however, as of the date of this filing, not all of the trust agreements have been located.  As such, the disclosure in this section is likely to be amended as such agreements and related transfer documents are located.  Research is ongoing as of this time by the Debtor's financial and legal advisors.

e)      Form 107 Part 8 Number 21: A safe deposit box's existence was revealed to the Debtor's advisors by a bank on the day before this filing was due.  The Debtor is unable to locate the key.  If not located in the near term, the Debtor's advisors will accompany the Debtor to the bank and inspect the contents and amend to reflect same, if any contents of value are located therein.

**Fill in this information to identify your case and this filing:**

Debtor 1    <u>**Alexander**</u>    <u>**E.**</u>    <u>**Jones**</u>
      First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)    First Name       Middle Name       Last Name

United States Bankruptcy Court for the:    <u>**Southern District of Texas**</u>

Case number    <u>**22-33553**</u>

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1 _____
     Street address, if available, or other description

_____

<u>**Austin, TX 78735**</u>
City         State     ZIP Code

<u>**Travis**</u>
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,266,000.00 | $1,633,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

<u>Fee Simple</u>

☐ **Check if this is community property**
    (see instructions)

Debtor 1    __Alexander_____E._____Jones_____     Case number *(if known)* __22-33553_____
             First Name        Middle Name          Last Name

1.2  __Rental Property - WW_____
     Street address, if available, or other description

     _____

     __Austin, TX 78745_____
     City                    State    ZIP Code

     __Travis_____
     County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

> Do not deduct secured claims or exemptions. Put the
> amount of any secured claims on *Schedule D: Creditors
> Who Have Claims Secured by Property.*

**Current value of the**          **Current value of the**
**entire property?**              **portion you own?**
_____$505,000.00_____             _____$505,000.00_____

**Describe the nature of your ownership interest**
**(such as fee simple, tenancy by the entireties, or a**
**life estate), if known.**

__Fee Simple_____

☐ **Check if this is community property**
   (see instructions)

---

1.3  __Lake House_____
     Street address, if available, or other description

     _____

     __Austin, TX 78745_____
     City                    State    ZIP Code

     __Travis_____
     County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

> Do not deduct secured claims or exemptions. Put the
> amount of any secured claims on *Schedule D: Creditors
> Who Have Claims Secured by Property.*

**Current value of the**          **Current value of the**
**entire property?**              **portion you own?**
_____$1,750,000.00_____           _____$1,750,000.00_____

**Describe the nature of your ownership interest**
**(such as fee simple, tenancy by the entireties, or a**
**life estate), if known.**

__Fee Simple_____

☐ **Check if this is community property**
   (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages**
    **you have attached for Part 1. Write that number here**...........................................................................................    →    | $3,888,000.00 |

| Debtor 1 | Alexander | E. | Jones | | Case number (if known) 22-33553 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 Make: | Ford | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | Expedition | ☑ Debtor 1 only | |
| | | ☐ Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| Year: | 2017 | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | | ☐ At least one of the debtors and another | $21,463.00 / $21,463.00 |
| Other information: | | ☐ Check if this is community property (see instructions) | |

If you own or have more than one, list here:

| 3.2 Make: | Dodge | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | Challenger | ☑ Debtor 1 only | |
| | | ☐ Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| Year: | 2019 | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | | ☐ At least one of the debtors and another | $67,575.00 / $67,575.00 |
| Other information: | | ☐ Check if this is community property (see instructions) | |

| 3.3 Make: | Dodge | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | Charger | ☑ Debtor 1 only | |
| | | ☐ Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| Year: | 2020 | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | | ☐ At least one of the debtors and another | $70,618.00 / $70,618.00 |
| Other information: | | ☐ Check if this is community property (see instructions) | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* **22-33553** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

4.1 Make: **Regal Boats**

Model: **28 Express**

Year: **2016**

Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$67,015.00                                                      $67,015.00

If you own or have more than one, list here:

4.2 Make: **Regal Boats**

Model: **24 Fasdeck**

Year: **2015**

Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$47,285.00                                                      $47,285.00

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.....................................................................................** → **$273,956.00**

## Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe........   | TBD once appraisal is complete. |          **unknown**

7. **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music devices; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe........   | TBD once appraisal is complete. |          **unknown**

8. **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe........

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* **22-33553** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**9.  Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe........   | TBD once appraisal is complete. |   _____ unknown

**10.  Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe........   | 2 guns - appraisal conducted; waiting delivery of appraisal. |   _____ unknown

**11.  Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe........   | TBD once appraisal is complete. |   _____ unknown

**12.  Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........   | TBD once appraisal is complete. |   _____ unknown

**13.  Non-farm animals**

*Examples:*  Dogs, cats, birds, horses

☐ No
☑ Yes. Describe........   | 1 Cat |   _____ unknown

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........   | |   _____

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................➔   | **$0.00** |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16.  Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.......................................................................................................   Cash..............   | **$1,000.00** |

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* | 22-33553 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Bank of America #6078 Alexander E. Jones POA David R. Jones | $21,291.31 |
| 17.2. Checking account: | Bank of America #4016 Emric Productions, LLC | $485.27 |
| 17.3. Checking account: | Bank of America #2913 Alexander Jones DBA Magnolia Management, Infowars, Jones Productions | $10,499.75 |
| 17.4. Checking account: | JPMorgan Chase #7518 Alexander E. Jones | $57,498.11 |
| 17.5. Checking account: | JPMorgan Chase #3520 Alexander E. Jones | $1,206.43 |
| 17.6. Checking account: | PNC Bank #5233 Alexander Jones # 22-33553 DIP | $25,591.04 |
| 17.7. Checking account: | Security Bank of Crawford #8548 Alexander Emric Jones | $37,527.77 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

Institution or issuer name:

_____   _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| Free Speech Systems, LLC | 100 % | unknown |
| AEJ Austin Holdings, LLC | 100 % | unknown |
| Guadalupe County Land and Water LLC | 100 % | unknown |
| Magnolia Management, LP | 100 % | unknown |
| Jones Production | 100 % | unknown |
| Emric Productions LLC | 100 % | unknown |
| Jones Report, LLC | 100 % | unknown |
| Jones Productions, LLC | 100 % | unknown |

Debtor 1     __Alexander__         __E.__         __Jones__                    Case number *(if known)* __22-33553__
             First Name        Middle Name      Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
       information about
       them...................

    Issuer name:

    _____     _____

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each
       account separately.

    Type of account:          Institution name:

    401(k) or similar plan:   _____     _____

    Pension plan:             _____     _____

    IRA:                      _____     _____

    Retirement account:       _____     _____

    Keogh:                    _____     _____

    Additional account:       _____     _____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☐ No
    ☑ Yes...................

                     Institution name or individual:

    Other:     __Per Premarital Agreement_____     _____unknown__

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes...................

    Issuer name and description:

    _____     _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes...................

Debtor 1    __Alexander__          __E.__          __Jones__                          Case number *(if known)*  __22-33553__
            First Name          Middle Name      Last Name

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____          _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes. Give specific information about them....

| See Attached. |
|---|

$0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☑ Yes. Give specific information about them....

| Various Domains |
|---|

$2,500.00

27. **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them....

|  |
|---|

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

| 2020 | Based on 2020 form 1040. Will be offset by 2021 and 2022 income not yet calculated or filed. |
|---|

Federal:     $3,971,111.00

State:     _____

Local:     _____

29. **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☑ Yes. Give specific information..........

| Medical expenses for minor child. |
|---|

Alimony:     _____

Maintenance:     _____

Support:     **unknown**

Divorce settlement:     _____

Property settlement:     _____

| Debtor 1 | Alexander | E. | Jones | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information..........

| Unpaid wages under contract - Free Speech System, LLC | **unknown** |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Lincoln Benefits Life Insurance Policy** | | **$0.00** |
| **CMFG Life Insurance Policy** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information..........

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim................

| Reeves Law, P.C. | **unknown** |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim................

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information..........

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................. →

| **$4,128,710.68** |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* **22-33553** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No

☑ Yes. Describe........ | Mountain Way | **$132,000.00**

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe........

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe........

**41. Inventory**

☑ No

☐ Yes. Describe........

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe........

Name of entity: _____   % of ownership: _____%   _____

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☑ No

☐ Yes. Describe........

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.........

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................** ➜ | **$132,000.00**

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* 22-33553 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes......................... | | _____

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information............. | | _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes......................... | | _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes......................... | | _____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☑ Yes. Give specific information............. | Acreage in Guadalupe County Texas purchased 05/15/2020. | **$1,557,000.00**

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................................→ | **$1,557,000.00**

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. Do you have other property of any kind you did not already list?

*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information............. | Lifetime access to helicopter service - non-transferable. | **$0.00**
| | _____
| | _____

54. Add the dollar value of all of your entries from Part 7. Write that number here.........................................→ | **$0.00**

Debtor 1     __Alexander__          __E.__          __Jones__                    Case number *(if known)* __22-33553__
             First Name          Middle Name       Last Name

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2**..................................................................................................➜     | $3,888,000.00 |

56.  **Part 2: Total vehicles, line 5**                                    $273,956.00

57.  **Part 3: Total personal and household items, line 15**                      $0.00

58.  **Part 4: Total financial assets, line 36**                          $4,128,710.68

59.  **Part 5: Total business-related property, line 45**                  $132,000.00

60.  **Part 6: Total farm- and fishing-related property, line 52**         $1,557,000.00

61.  **Part 7: Total other property not listed, line 54**           +             $0.00

62.  **Total personal property.** Add lines 56 through 61..............   | $6,091,666.68 |   Copy personal property total ➜  +  | $6,091,666.68 |

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62...............................................   | $9,979,666.68 |

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* **22-33553** |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

# SCHEDULE A/B: PROPERTY
### Continuation Page

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

| | |
| --- | --- |
| RXXCTTGAA Trust | unknown |
| Green Leaf Trust | unknown |
| AEJ 2018 Trust - Trustee | unknown |
| Missouri Trust - Settlor & Beneficiary | unknown |
| Georgia Savings #1154 | unknown |
| Rex Savings # 1156 | unknown |
| Charlotte Savings #1152 | unknown |
| Alexander E. Jones Descendent and Beneficiary Trust Agreement | $0.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Alexander**         **E.**         **Jones** | |
| | First Name      Middle Name      Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name      Middle Name      Last Name | |
| United States Bankruptcy Court for the: | **Southern District of Texas** | |
| Case number (if known) | **22-33553** | ☐ Check if this is an amended filing |

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Austin, TX 78735<br><br>Line from *Schedule A/B*: 1.1 | $1,633,000.00 | ☑ $1,633,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 |
| Brief description:<br>TBD once appraisal is complete.<br><br>Line from *Schedule A/B*: 6 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No

   ☐ Yes

Debtor 1  **Alexander**          **E.**                    **Jones**                                    Case number *(if known)* 22-33553
          First Name              Middle Name              Last Name

**Part 2:** **Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2 guns - appraisal conducted; waiting delivery of appraisal.<br><br>Line from *Schedule A/B:*   10 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description:<br>1 Cat<br><br>Line from *Schedule A/B:*   13 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) |

Official Form 106C                    **Schedule C: The Property You Claim as Exempt**                    page 2 of 2

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Alexander**  **E.**  **Jones** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known) | 22-33553 |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**  Bank of America
Creditor's Name

PO Box 31785
Number   Street

Tampa, FL 33631-3785
City   State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
05/2020

**Describe the property that secures the claim:**

Rental Property - WW
Austin, TX 78745

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ __ __ ___

| $34,389.13 | $505,000.00 | $0.00 |
|---|---|---|

**Remarks:** Debt was incurred May, 2020 assumed when purchased.

| Add the dollar value of your entries in Column A on this page. Write that number here: | $34,389.13 |
|---|---|

Debtor 1    **Alexander**          **E.**              **Jones**                          Case number *(if known)* _22-33553_
            First Name        Middle Name        Last Name

| **Part 1:** | **Additional Page**<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2** _____

Creditor's Name

_____
Number          Street

_____
City              State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

............................................................
:                                                          :
:..........................................................:

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $34,389.13 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alexander**        **E.**        **Jones** |
| | First Name        Middle Name        Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known) | **22-33553** |

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number _____ |
| | When was the debt incurred? |
| Number        Street | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| City        State        ZIP Code | ☐ Unliquidated |
| **Who incurred the debt?** Check one. | ☐ Disputed |
| ☐ Debtor 1 only | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Domestic support obligations |
| ☐ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ At least one of the debtors and another | ☐ Claims for death or person injury while you were intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify _____ |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* 22-33553 |
| | First Name | Middle Name | Last Name | | |

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐  No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑  Yes.

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
| --- | --- | --- |

**4.1** | **All Connecticut Plaintiffs** | | **$473,000,000.00**
Nonpriority Creditor's Name

**c/o Ryan Chapple**
**Cain & Skarnulis PLLC**

**303 Colorado St., STE. 2850**
Number          Street

**Austin, TX 78701**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑  Contingent
☐  Unliquidated
☑  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other. Specify  **Litigation Claim**

---

**4.2** | **American Express** | | **$150,000.00**
Nonpriority Creditor's Name

**PO Box 650448**
Number          Street

**Dallas, TX 75265**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☑  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other. Specify  **Credit Card**

---

**4.3** | **Carlee Soto Parisi** | | **$66,000,000.00**
Nonpriority Creditor's Name

**c/o Ryan Chapple**
**Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**
Number          Street

**Austin, TX 78701**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

**Last 4 digits of account number** _____

**When was the debt incurred?**  2018

**As of the date you file, the claim is:** Check all that apply.
☑  Contingent
☐  Unliquidated
☑  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other. Specify  **Litigation Claim**

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* | 22-33553 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.4**

**Carlos M. Soto**
Nonpriority Creditor's Name

**c/o Ryan Chapple**
**Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**
Number          Street

**Austin, TX 78701**
City                         State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   2018

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Litigation Claim**

**Total claim   $57,600,000.00**

---

**4.5**

**David Wheeler**
Nonpriority Creditor's Name

**c/o Ryan Chapple**
**Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**
Number          Street

**Austin, TX 78701**
City                         State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   2018

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Litigation Claim**

**$55,000,000.00**

---

**4.6**

**Donna Soto**
Nonpriority Creditor's Name

**c/o Ryan Chapple**
**Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**
Number          Street

**Austin, TX 78701**
City                         State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No

Last 4 digits of account number _____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Litigation Claim**

**$48,000,000.00**

---

Debtor 1    __Alexander__        __E.__          __Jones__                     Case number *(if known)* __22-33553__
            First Name        Middle Name      Last Name

---

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.7**   __Erica Lafferty__
Nonpriority Creditor's Name

__c/o Ryan Chapple__
__Cain & Skarnulis PLLC__

__303 Colorado St., STE 2850__
Number        Street

__Austin, TX 78701__
City                 State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   __2018__

**As of the date you file, the claim is: Check all that apply.**
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Litigation Claim**

**$76,000,000.00**

---

**4.8**   __Francine Wheeler__
Nonpriority Creditor's Name

__c/o Ryan Chapple__
__Cain & Skarnulis PLLC__

__303 Colorado St, STE 2850__
Number        Street

__Austin, TX 78701__
City                 State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   __2018__

**As of the date you file, the claim is: Check all that apply.**
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Litigation Claim**

**$54,000,000.00**

---

**4.9**   __Ian Hockley__
Nonpriority Creditor's Name

__c/o Ryan Chapple__
__Cain & Skarnulis PLLC__

__303 Colorado St, STE 2850__
Number        Street

__Austin, TX 78701__
City                 State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number _____

When was the debt incurred?   __2018__

**As of the date you file, the claim is: Check all that apply.**
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Litigation Claim**

**$81,600,000.00**

---

Debtor 1    __Alexander__         __E.__              __Jones__                          Case number *(if known)* __22-33553__
            First Name        Middle Name        Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.10**  __Jacqueline Barden__
Nonpriority Creditor's Name

**c/o Ryan Chapple**
**Cain & Skarnulis PLLC**

__303 Colorado St, STE 2850__
Number      Street

__Austin, TX 78701__
City                    State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    __2018__

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Litigation Claim**

**$28,800,000.00**

---

**4.11**  __Jennifer Hensel__
Nonpriority Creditor's Name

**c/o Ryan Chapple**
**Cain & Skarnulis PLLC**

__303 Colorado St, STE 2850__
Number      Street

__Austin, TX 78701__
City                    State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    __2018__

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Litigation Claim**

**$52,000,000.00**

---

**4.12**  __Jillian Soto-Marino__
Nonpriority Creditor's Name

**c/o Ryan Chapple**
**Cain & Skarnulis PLLC**

__303 Colorado St, STE 2850__
Number      Street

__Austin, TX 78701__
City                    State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number _____

**When was the debt incurred?**    __2018__

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Litigation Claim**

**$68,800,000.00**

---

Debtor 1    __Alexander__          __E.__              __Jones__                                    Case number *(if known)* __22-33553__
           First Name         Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.13** | **Marcel Fontaine, Leonard Pozner and Veronique De La Rosa**

Nonpriority Creditor's Name

**c/o Jarrod B. Martin**
**Chamberlain Hrdlicka**

__1200 Smith Street, STE. 1400__
Number          Street

__Houston, TX 77002__
City          State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Litigation Claim**

Total claim: __unknown__

---

**4.14** | **Mark Barden**

Nonpriority Creditor's Name

**c/o Ryan Chapple**
**Cain & Skarnulis PLLC**

__303 Colorado St, STE 2850__
Number          Street

__Austin, TX 78701__
City          State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   __2018__

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Litigation Claim**

Total claim: $57,600,000.00

---

**4.15** | __Neil Heslin__

Nonpriority Creditor's Name

**c/o Jarrod B. Martin**
**Chamberlain Hrdlicka**

__1200 Smith Street, STE 1400__
Number          Street

__Houston, TX 77002__
City          State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

When was the debt incurred?   __2018__

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Litigation Claim**

Total claim: $2,110,000.00

---

| Debtor 1 | Alexander | E. | Jones | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim

---

**4.16**

**Nicole Hockley**
Nonpriority Creditor's Name

**c/o Ryan Chapple**
**Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**
Number        Street

**Austin, TX 78701**
City                                State        ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    2018

**As of the date you file, the claim is: Check all that apply.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Litigation Claim**

$73,600,000.00

---

**4.17**

**Robert Parker**
Nonpriority Creditor's Name

**c/o Ryan Chapple**
**Cain & Skarnulis**

**303 Colorado St, STE 2850**
Number        Street

**Austin, TX 78701**
City                                State        ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    2018

**As of the date you file, the claim is: Check all that apply.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Litigation Claim**

$120,000,000.00

---

**4.18**

**Scarlett Lewis**
Nonpriority Creditor's Name

**c/o Jarrod B. Martin**
**Chamberlain Hrdlicka**

**1200 Smith Street, STE 1400**
Number        Street

**Houston, TX 77002**
City                                State        ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

When was the debt incurred?    2018

**As of the date you file, the claim is: Check all that apply.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Litigation Claim**

$26,700,000.00

---

Debtor 1    __Alexander__    __E.__    __Jones__      Case number *(if known)* __22-33553__

      First Name      Middle Name      Last Name

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.19**   __Scarlett Lewis and Neil Heslin__      **$22,500,000.00**

Nonpriority Creditor's Name

__c/o Jarrod B. Martin__
__Chamberlain Hrdlicka__

__1200 Smith Street, STE. 1400__

Number      Street

__Houston, TX 77002__

City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Litigation Claim**

---

**4.20**   __William Aldenberg__      **$90,000,000.00**

Nonpriority Creditor's Name

__c/o Ryan Chapple__
__Cain & Skarnulis PLLC__

__303 Colorado St, STE 2850__

Number      Street

__Austin, TX 78701__

City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** __2018__

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Litigation Claim**

---

**4.21**   __William Sherlach__      **$36,000,000.00**

Nonpriority Creditor's Name

__c/o Ryan Chapple__
__Cain & Skarnulis PLLC__

__303 Colorado St, STE 2850__

Number      Street

__Austin, TX 78701__

City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

**When was the debt incurred?** __2018__

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Litigation Claim**

---

| Debtor 1 | Alexander | E. | Jones | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  | | Total claim |
|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

**Total claims from Part 2**

|  |  | | Total claim |
|---|---|---|---|
| 6f. | **Student loans** | 6f. | $0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $1,489,460,000.00 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | $1,489,460,000.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Alexander** First Name | **E.** Middle Name | **Jones** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Southern District of Texas** | |
| Case number (if known) | **22-33553** | |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Elevated Solutions Group, LLC _____ Name _____ Number    Street Austin, TX 78704 _____ City              State    ZIP Code | Agreement to design, production conception, marketing and fulfilment of dietary supplement products Contract to be ASSUMED |
| 2.2 | Free Speech Systems, LLC _____ Name _____ Number    Street Austin, TX 78741 _____ City              State    ZIP Code | Employment Agreement |
| 2.3 | Erika Wulff Jones _____ Name _____ Number    Street Austin, TX 78735 _____ City              State    ZIP Code | Premarital Agreement Contract to be ASSUMED |
| 2.4 | Lease for 2020 Tahoe _____ Name _____ Number    Street _____ City              State    ZIP Code | 2020 Tahoe |

| Debtor 1 | **Alexander** | **E.** | **Jones** | | Case number *(if known)* 22-33553 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.5** Public Storage<br>Name<br>1800 S. Lamar Blvd.<br>Number     Street<br>Austin, TX 78704<br>City                    State      ZIP Code | Household<br>Contract to be: |
| **2.6** Public Storage<br>Name<br>2401 SH-71E<br>Number     Street<br>Austin, TX 78741<br>City                    State      ZIP Code | Household<br>Contract to be: |
| **2.7** Public Storage<br>Name<br>2401 SH-71E<br>Number     Street<br>Austin, TX<br>City                    State      ZIP Code | Household<br>Contract to be: |
| **2.8** Public Storage<br>Name<br>6726 Bee Cave Rd.<br>Number     Street<br>Austin, TX 78746<br>City                    State      ZIP Code | Household<br>Contract to be: |
| **2._**<br>Name<br><br>Number     Street<br><br>City                    State      ZIP Code | |
| **2._**<br>Name<br><br>Number     Street<br><br>City                    State      ZIP Code | |
| **2._**<br>Name<br><br>Number     Street<br><br>City                    State      ZIP Code | |
| **2._**<br>Name<br><br>Number     Street<br><br>City                    State      ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Alexander | E. | Jones |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number (if known) | 22-33553 | | |

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes. In which community state or territory did you live? Texas                    . Fill in the name and current address of that person.

   Jones, Erika Wulff
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____
   City                        State    ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Jones, David | ☑ Schedule D, line 2.1 |
| Name | ☐ Schedule E/F, line _____ |
| _____ | ☐ Schedule G, line _____ |
| Number      Street | |
| _____ | |
| City          State    ZIP Code | |

---

**Fill in this information to identify your case:**

Debtor 1 ___Alexander___ ___E.___ ___Jones___
First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **Southern District of Texas**

Case number    ___22-33553___
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

---

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Describe Employment** |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| **Employment status** | | ☑ Employed  ☐ Not Employed | ☐ Employed  ☑ Not Employed |
| **Occupation** | | Media Personality | |
| **Employer's name** | | Free Speech Systems, LLC | |
| **Employer's address** | | | |
| | | Number Street | Number Street |
| | | | |
| | | | |
| | | Austin, TX 78741 | |
| | | City          State     Zip Code | City          State     Zip Code |
| **How long employed there?** | | _____ | _____ |

| **Part 2:** | **Give Details About Monthly Income** |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.  $43,333.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $43,333.00 | $0.00 |

Debtor 1    **Alexander**      **E.**      **Jones**            Case number *(if known)* 22-33553

First Name        Middle Name        Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here.............................................................➔ | 4. | $43,333.00 | $0.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $14,917.00 | $0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | 5e. | $1,067.00 | $0.00 |
| | 5f. **Domestic support obligations** | 5f. | $1,927.00 | $0.00 |
| | 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $17,911.00 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $25,422.00 | $0.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| | 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: Income from All Other Sources | 8h. + | $104,500.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $104,500.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $129,922.00 + | $0.00 = $129,922.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies     12. $129,922.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Debtor 1    **Alexander**         **E.**              **Jones**                              Case number *(if known)* 22-33553
            First Name          Middle Name         Last Name

1. **Employment information for Debtor 1**

    **Occupation**            Dietary Supplement Sales

    **Employer's name**       Free Speech Systems, LLC

    **Employer's address**

                    Number Street

                    Austin, TX 78741
                    City                              State       Zip Code

    **How long employed there?**

Fill in this information to identify your case:

| Debtor 1 | Alexander | E. | Jones |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number **22-33553**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 14 | ☐ No. ☑ Yes. |
| Child | 5 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $4,577.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $948.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $7,450.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $58.00 |

Debtor 1     **Alexander**     **E.**     **Jones**       Case number *(if known)* 22-33553

First Name       Middle Name       Last Name

| | | Your expenses |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5.    $0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a.    $1,050.00 |
| | 6b. Water, sewer, garbage collection | 6b.    $1,000.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c.    $1,150.00 |
| | 6d. Other. Specify: _____ | 6d.    $0.00 |
| 7. | **Food and housekeeping supplies** | 7.    $1,500.00 |
| 8. | **Childcare and children's education costs** | 8.    $14,417.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9.    $0.00 |
| 10. | **Personal care products and services** | 10.    $0.00 |
| 11. | **Medical and dental expenses** | 11.    $1,500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.    $1,300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.    $4,500.00 |
| 14. | **Charitable contributions and religious donations** | 14.    $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a.    $165.00 |
| | 15b. Health insurance | 15b.    $0.00 |
| | 15c. Vehicle insurance | 15c.    $927.00 |
| | 15d. Other insurance. Specify: _____ | 15d.    $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16.    $40,351.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a.    $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b.    $0.00 |
| | 17c. Other. Specify: _____ | 17c.    $0.00 |
| | 17d. Other. Specify: _____ | 17d.    $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18.    $10,000.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19.    $1,927.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | 20a.    $0.00 |
| | 20b. Real estate taxes | 20b.    $1,167.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c.    $358.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d.    $1,500.00 |
| | 20e. Homeowner's association or condominium dues | 20e.    $800.00 |

Debtor 1    **Alexander**         **E.**              **Jones**                                    Case number *(if known)*  22-33553
            First Name          Middle Name          Last Name

---

21.  **Other.** Specify: _____    21.   **+**  _____ $0.00

22.  **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.                                     22a.   _____ $96,645.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   _____ $0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.    22c.   _____ $96,645.00

23.  **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a.   _____ $129,922.00

   23b. Copy your monthly expenses from line 22c above.              23b.   **–**  _____ $96,645.00

   23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*                    23c.   _____ $33,277.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.       None
   ☐ Yes.

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** | **E.** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number **22-33553**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................. | $3,888,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................... | $6,091,666.68 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................. | $9,979,666.68 |

## Part 2: Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $34,389.13 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $1,489,460,000.00 |
| **Your total liabilities** | $1,489,494,389.13 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*........................................................... | $129,922.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.............................................................. | $96,645.00 |

Debtor 1    __Alexander__        __E.__        __Jones_____        Case number *(if known)* _22-33553_____
      First Name        Middle Name      Last Name

---

**Part 4:**  **Answer These Questions for Administrative and Statistical Records**

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

---

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    _____

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

---

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Alexander** | **E.** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Southern District of Texas** | |
| Case number (if known) | **22-33553** | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _/s/ Alex Jones_____

Alex Jones, Debtor 1

Date _02/14/2023_____
MM/ DD/ YYYY