**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **ALEXANDER E. JONES** | § | **Case No. 22-33553** |
| | § | |
| Debtor. | § | |
| | § | |

**NOTES REGARDING SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On December 2, 2022 (the "Petition Date"), Alexander E. Jones (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").

With the assistance of his Bankruptcy Court approved financial and legal advisors, the Debtor prepared the annexed Schedules of Assets and Liabilities (the "Schedules"), the Statement of Financial Affairs (the "SOFAs" and combined, the "Schedules and SOFAs"), pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to any financial statements.

Although the Debtor's advisors and employees have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. These notes regarding the Debtor's Schedules and SOFAs (the "Notes") comprise an integral part of the Debtor's Schedules and SOFAs and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

Compiling the information necessary to complete the Schedules and SOFAs for this individual debtor was incredibly difficult due to the lack of books and records in any single place. Multiple individuals assisted the Debtor in paying his bills and household expenses, but no budget existed and no bookkeeper reconciled any bank statements. Bank accounts were used by or on behalf of the Debtor by third parties due to his status as a controversial public media personality.

1.      Amendments. The Debtor reserves the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

2.      Asset Presentation. Most assets and liabilities of the Debtor are fair market value as of December 2, 2022; provided, however, that some adjustments have been made when the information was available subsequent thereto. The Debtor reserves his right to amend or adjust the value of each asset or liability set forth herein.

3.      Liabilities. The Debtor sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtor also reserves the right to change the allocation of liability to the extent additional information becomes available.

4.      Causes of Action. Despite reasonable efforts, the Debtor may not have identified or set forth all of its causes of action against third parties as assets in his Schedules and SOFAs. The Debtor reserves any and all of his rights with respect to any causes of action he may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.      Claim Description. Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on his Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtor also reserves the right to amend his Schedules or SOFAs as necessary or appropriate.

6.      Property and Equipment. The Debtor has not completed a physical inventory or appraisal of all of his owned equipment household goods, jewelry, or other physical assets and any information set forth in the Schedules and SOFAs may be over or understated. Further, nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all of his rights with respect to such issues.

7.      Insurance. The Debtor has, in the past, maintained a variety of insurance policies including property and life. The Debtor's interest in these types of policies is limited to the amount of the premiums that the Debtor has prepaid, if any, as of Petition Date. To the best of the Debtor's knowledge, no such prepayments exist. The Debtor reserves all rights to refunds of any overpayments of premiums paid on any insurance policies.  In addition, the Debtor believes there is no cash value in such policies.

8.      Insiders. In the circumstances where the Bankruptcy Schedules require information regarding insiders, the listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational

purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or apparent or actual authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.      Schedule F—Creditors Holding Unsecured Nonpriority Claims. The liabilities identified in Schedule F are derived from the Debtor's records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by the Debtor to set forth his unsecured obligations. Accordingly, the actual amount of claims against the Debtor may vary from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in this case will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim. Although the Debtor and his professionals have gathered information that the Debtor believes to be reasonable and accurate to the best of his knowledge, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that may occur throughout the duration of this chapter 11 case.

The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule F was incurred or arose, fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtor may not have listed a date for each claim listed on Schedule F.

10.      Schedule G—Executory Contracts. While effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of his rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

11.      The Debtor reserves all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim. The Debtor may be party to certain agreements that have expired by their terms, but all parties continue to operate under the agreement. Out of an abundance of caution, the Debtor has listed such agreements on Schedule G. The Debtor's inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The

3

Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

12.    <u>Statement of Financial Affairs 19(d) – Financial Statements.</u> The Debtor has tried to remember all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtor reserves his rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

13.    <u>Statement of Financial Affairs 4 and 30 – Payments within One Year to Insider.</u> The information available at the time of filing has been included.

14.    <u>Specific Notes.</u> These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, list, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, list, or continuation sheet.

15.    <u>Totals.</u> All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

16.    <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

17.    <u>General Reservation of Rights.</u> The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of his Schedules and SOFAs as and to the extent necessary as he deems appropriate.

18.    <u>Form 107 Specific Notes</u>.

a)    Form 107 Part 2 Number 4 and 5: The Debtor's 2022 W-2 for his work as an employee of Free Speech Systems, as well as certain K-1s were unable to be located prior to the filing date.  Estimates from the best information available as of the filing date have been made.  Upon the receipt of the actual tax documents, if necessary, amendments will be made.

b)    Form 107 Part 3 Number 6: There are certain checks which are illegible.  As of the filing date, the Debtor's advisors are conducting research to determine the recipient and the purpose for the payment.  This information will be provided to parties in interest upon completion of research.  In addition, the Debtor's advisors were unable to access certain of the Debtor's account statements at Security Bank of Crawford.  As of the filing date, the Debtor's legal and financial advisors continue to work with the bank to obtain the requisite approvals for the release of

those statements.  Upon receipt of such statements, if any additional responsive information is located, amendments will be filed disclosing same.

c)      Form 107 Part 5 Number 13:  The Debtor has attempted to remember gifts that are responsive to this request.  However, as of the date of filing, he has been unable to remember each gift that would be responsive to this request.  He believes, to the best of his recollection, that he gave gifts to his children and his wife, and possibly some friends, of items that may exceed $600.00 during the last two years; however, the specific details are not available at this time.  In the event the Debtor recalls some gift responsive to this request, amendments will be filed reflecting same.  Similarly, the Debtor was unable to recall any other specific charitable contributions responsive to Number 14, and if any are discovered, amendments will be made.

d)      Form 107 Part 7 Number 19: The Debtor has transferred property to trusts in the past 10 years; however, as of the date of this filing, not all of the trust agreements have been located.  As such, the disclosure in this section is likely to be amended as such agreements and related transfer documents are located.  Research is ongoing as of this time by the Debtor's financial and legal advisors.

e)      Form 107 Part 8 Number 21: A safe deposit box's existence was revealed to the Debtor's advisors by a bank on the day before this filing was due.  The Debtor is unable to locate the key.  If not located in the near term, the Debtor's advisors will accompany the Debtor to the bank and inspect the contents and amend to reflect same, if any contents of value are located therein.

Fill in this information to identify your case:

| Debtor 1 | **Alexander** | **E.** | **Jones** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number **22-33553**
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City              State  ZIP Code | | _____ City              State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City              State  ZIP Code | | _____ City              State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:**   **Explain the Sources of Your Income**

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For last calendar year:**<br>(January 1 to December 31, _2021_ )<br>　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $617,143.02 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, _2020_ )<br>　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $638,969.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| **For last calendar year:**<br>(January 1 to December 31, _2021_ )<br>　　　　　　　　　　YYYY | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _2020_ )<br>　　　　　　　　　　YYYY | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |

| Debtor 1 | Alexander | E. | Jones | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☑ **No.**    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes.    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.**    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Muniz, L.<br>Creditor's Name<br><br>Number    Street<br>Austin, TX<br>City            State    ZIP Code | 09/23/2022 -<br>10/18/2022 | $16,117.71 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other Admin |
| JPMorgan Chase<br>Creditor's Name<br><br>Number    Street<br><br>City            State    ZIP Code | 10/04/2022-10<br>/25/2022 | $73,458.00 | | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |
| Pattis, Norman A.<br>Creditor's Name<br><br>Number    Street<br>New Haven, CT 06511<br>City            State    ZIP Code | | $160,025.00 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other Retainer |
| Jordan, Shelby A.<br>Creditor's Name<br><br>Number    Street<br>Corpus Christi, TX 78401-0341<br>City            State    ZIP Code | | $110,000.00 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other Attorney |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1   **Alexander**          **E.**          **Jones**                                    Case number *(if known)* 22-33553

First Name          Middle Name          Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Martin, Chris<br>Creditor's Name<br><br>Number    Street<br><br>City          State     ZIP Code | | $110,025.00 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  Retainer |
| Travis County, Texas<br>Creditor's Name<br><br>Number    Street<br><br>City          State     ZIP Code | 12/01/2022-12<br>/02/2022 | $73,811.00 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  Property Taxes |
| Contini Renovations<br>Creditor's Name<br><br>Number    Street<br><br>City          State     ZIP Code | 09/07/2022-10<br>/18/2022 | $17,829.85 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  Home Repair |
| Minton Burton Bassett & Collins<br>Creditor's Name<br><br>Number    Street<br><br>City          State     ZIP Code | 11/23/2022 | $20,000.00 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  Retainer |
| Priority Pay<br>Creditor's Name<br><br>Number    Street<br><br>City          State     ZIP Code | 10/17/2022-11<br>/07/2022 | $104,190.78 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☑ Suppliers or vendors<br>☐ Other |
| Allstate<br>Creditor's Name<br><br>Number    Street<br><br>City          State     ZIP Code | 09/16/2022-11<br>/16/2022 | $22,581.82 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  Insurance |

Debtor 1  **Alexander**          **E.**          **Jones**                                    Case number *(if known)* 22-33553
          First Name          Middle Name          Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| unknown, Payee<br>Creditor's Name | 10/18/2022 | $39,575.12 | | ☐ Mortgage |
| | | | | ☐ Car |
| Number    Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| City          State    ZIP Code | | | | ☑ Other  Unknown |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Erika Wulff Jones<br>Insider's Name | See attachment | $680,803.00 | Unknown | Premarital Agreement |
| Number    Street | | | | |
| Austin, TX 78735<br>City          State    ZIP Code | | | | |
| David Ross Jones<br>Insider's Name | See attachment | $324,415.00 | Unknown | |
| Number    Street | | | | |
| Austin, TX 78735<br>City          State    ZIP Code | | | | |
| Carol Jones<br>Insider's Name | See attachment | $304,000.00 | Unknown | |
| Number    Street | | | | |
| Austin, TX 78735<br>City          State    ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

Debtor 1   **Alexander**          **E.**                    **Jones**                              Case number *(if known)*  22-33553
           First Name            Middle Name              Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number     Street | | | | |
| City          State    ZIP Code | | | | |

<hr>

**Part 4:**  **Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  Marcel Fontaine v. Alex E. Jones, InfoWars, LLC, Free Speech Systems<br><br>Case number  22-01022-hcm | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Austin)<br>Court Name<br>903 San Jacinto Blvd., Suite 322<br>Number     Street<br>Austin, TX 78701<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title  Neil Heslin v. Alexander E. Jones, InfoWars, LLC, Free Speech Systems, LLC and Owen Shroyer<br><br>Case number  22-01023-hcm | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Austin)<br>Court Name<br>903 San Jacinto Blvd., Suite 322<br>Number     Street<br>Austin, TX 78701<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title  Scarlett Lewis v. Alexander E. Jones, InfoWars, LLC, and Free Speech Systems, LLC<br><br>Case number  22-01024-hcm | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Austin)<br>Court Name<br>903 San Jacinto Blvd., Suite 322<br>Number     Street<br>Austin, TX 78701<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title  Gilmore v. Jones et al<br><br>Case number  3:18-cv-00017-NKM-JCH | 320 Assault Libel & Slander | U.S. District Court Western District of Virginia (Charlottesville)<br>Court Name<br>255 W. Main Street Room 304<br>Number     Street<br>Charlottesville, VA 22902<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor 1    **Alexander**          **E.**              **Jones**                                    Case number *(if known)* 22-33553
            First Name             Middle Name         Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  Gilmore v. Jones et al<br><br>Case number  3:18-cv-00017-NKM-JCH | 320 Assault Libel & Slander | U.S. District Court Western District of<br>Virginia (Charlottesville)<br>Court Name<br><br>255 W. Main Street Room 304<br>Number     Street<br><br>Charlottesville, VA 22902<br>City                    State      ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| Case title  Klayman v. Infowars,<br>LLC et al<br><br>Case number  0:20-cv-61912-AMC | 320 Assault Libel & Slander | U.S. District Court for the Southern<br>District of Florida (Ft. Lauderdale)<br>Court Name<br><br>299 East Broward Blvd., #108<br>Number     Street<br><br>Fort Lauderdale, FL 33301<br>City                    State      ZIP Code | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
| Case title  Murdock v. Jones et al<br><br>3:21-cv-13184-<br>Case number  MAS-DEA | 890 Other Statutory Actions | U.S. District Court District of New<br>Jersey (Trenton)<br>Court Name<br><br>402 East State Street<br>Number     Street<br><br>Trenton, NJ 08608<br>City                    State      ZIP Code | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
| Case title  Erica Lafferty, David<br>Wheeler, Francine<br>Wheeler, Jacqueline<br>Barden, Mark Barden,<br>Nicole Hockley, Ian<br>Hockley, Jennifer<br>Hensel, Jeremy Hensel,<br>Jeremy Richman, Donna<br>Soto, Carlee Soto-Parisi,<br>Carlos Soto, Jillian Soto,<br>and William Aldenberg v.<br>Alex Emeric Jones,<br>Infowars, LLC, Free<br>Speech Systems, LLC,<br>Infowars Health, LLC,<br>Prison Planet TV, LLC,<br>Wolfgang Halbig, Corey<br>T. Sklanka, Gensis<br>Communications<br>Network, Inc., and Midas<br>Resources, Inc.<br><br>Case number  22-05004 | Determination of removed claim or<br>cause | U.S. Bankruptcy Court District of<br>Connecticut (Bridgeport)<br>Court Name<br><br>915 Lafayette Boulevard<br>Number     Street<br><br>Bridgeport, CT 06604<br>City                    State      ZIP Code | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
| Case title  William Sherlach v. Alex<br>E. Jones, Free Speech<br>Systems, LLC, Wolfgang<br>Halbig, Cory T. Sklanka,<br>Genesis<br>Communications<br>Network, Inc. and Midas<br>Resources, Inc.<br><br>Case number  22-05005 | Determination of removed claim or<br>cause | U.S. Bankruptcy Court District of<br>Connecticut (Bridgeport)<br>Court Name<br><br>915 Lafayette Boulevard<br>Number     Street<br><br>Bridgeport, CT 06604<br>City                    State      ZIP Code | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |

Debtor 1    **Alexander**      **E.**      **Jones**                      Case number *(if known)* 22-33553
      First Name        Middle Name        Last Name

| | **Nature of the case** | **Court or agency** | **Status of the case** |
|---|---|---|---|
| Case title   William Sherlach v. Alex E. Jones, Free Speech Systems, LLC, Wolfgang Halbig, Cory T. Sklanka, Genesis Communications Network, Inc., and Midas Resources, Inc. <br><br> Case number   22-05006 | Determination of removed claim or cause | U.S. Bankruptcy Court District of Connecticut (Bridgeport) <br> Court Name <br> 915 Lafayette Boulevard <br> Number   Street <br> Bridgeport, CT 06604 <br> City             State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title   Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique de la Rose, Marcel Fontaine v. Info W, LLC, Alex E. Jones, Free Speech Systems, LLC <br><br> Case number   22-06004-mmp | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Waco) <br> Court Name <br> 800 Franklin Avenue, #140 <br> Number   Street <br> Waco, TX 76701 <br> City             State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title   Neil Heslin v. Alex E. Jones et al <br><br> Case number   D-1GN-18-001835 | Defamation | 261st District Court of Travis County Texas <br> Court Name <br><br> Number   Street <br><br> City             State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title   Scarlett Lewis v. Alex E. Jones, et al <br><br> Case number   D1-GN-18-006623 | Defamation | 53rd District Court for Travis County Texas <br> Court Name <br><br> Number   Street <br><br> City             State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title   Leonard Pozner and Veronique De La Rosa v. Alex E. Jones, et al <br><br> Case number   D-1-GN-18-001824 | Defamation | 345th District Court of Travis County Texas <br> Court Name <br><br> Number   Street <br><br> City             State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title   Marcel Fontaine v. Alex E. Jones, et al <br><br> Case number   D1-GN-18-001605 | Defamation | 459th District Court of Travis County Texas <br> Court Name <br><br> Number   Street <br><br> City             State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

| Debtor 1 | Alexander | E. | Jones | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  Lafferty, et al v. Alex Jones, et al<br><br>Case number  UWY-CV-18-6046436-S | Defamation | In the Superior Court of Connecticut<br>Judicial District of Waterbury<br>Court Name<br><br>Number     Street<br><br>City                    State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title  Sherlach v. Jones, et al<br><br>Case number  UWY-CV-18-6046437-S | Defamation | In the Superior Court of Connecticut<br>Judicial District of Waterbury<br>Court Name<br><br>Number     Street<br><br>City                    State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title  Sherlach, et al v. Jones, et al<br><br>Case number  UWY-CV-18-6046438-S | Defamation | In the Superior Court of Connecticut<br>Judicial District of Waterbury<br>Court Name<br><br>Number     Street<br><br>City                    State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | | | |

Explain what happened

☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Alexander**          **E.**              **Jones**                                    Case number *(if known)* 22-33553
_____    _____    _____
First Name         Middle Name        Last Name

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | | |
| Creditor's Name | | | |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _See Global Notes_ | | | |
| Person to Whom You Gave the Gift | | | |
| _____ | | | |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _Lake Hills Church_ | | | $2,000.00 |
| Charity's Name | | | |
| _____ | | | |
| _11521 Bee Caves Rd._ | | | |
| Number    Street | | | |
| _Austin, TX 78758_ | | | |
| City          State    ZIP Code | | | |

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* 22-33553 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 6:** | **List Certain Losses** |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Crowe & Dunlevy, P. C.<br>Person Who Was Paid<br><br>2525 McKinnon St., Suite 425<br>Number       Street<br><br><br>Dallas, TX 75201<br>City                    State    ZIP Code<br>vickie.driver@crowedunlevy.com<br>Email or website address<br>The Missouri779384 Trust<br>Person Who Made the Payment, if Not You | Attorney's Fee | 12/2/2022 | $48,193.00 |
| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| Jordan, Shelby A.<br>Person Who Was Paid<br><br>500 N. Shoreline Blvd., Suite 900<br>Number       Street<br><br><br>Corpus Christi, TX 78401-0341<br>City                    State    ZIP Code<br>sjordan@jhwclaw.com<br>Email or website address<br>The Missouri779384 Trust<br>Person Who Made the Payment, if Not You | | 11/30/22 | $146,790.16 |

Debtor 1    **Alexander**     **E.**      **Jones**

First Name      Middle Name      Last Name

Case number *(if known)*  22-33553

---

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number      Street | | | |
| City                    State      ZIP Code | | | |

---

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number      Street | | | |
| City                    State      ZIP Code | | | |
| Person's relationship to you _____ | | | |

---

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

---

Debtor 1    **Alexander**          **E.**           **Jones**                                    Case number *(if known)*  22-33553
            First Name          Middle Name      Last Name

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

|  | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code | _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code |  | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Public Storage<br>Name of Storage Facility<br><br>6726 Bee Cave Rd.<br>Number    Street<br><br>Austin, TX 78746<br>City          State    ZIP Code | Muniz, L., David Jones and Alex Jones<br>Name<br><br>_____<br>Number    Street<br><br>Austin, TX<br>City          State    ZIP Code | Household furniture | ☐ No<br>☑ Yes |

Debtor 1   **Alexander**          **E.**          **Jones**

First Name          Middle Name          Last Name

Case number *(if known)* 22-33553

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Public Storage<br>**Name of Storage Facility**<br><br>1800 S. Lamar Blvd.<br>**Number   Street**<br><br><br>Austin, TX 78704<br>**City          State     ZIP Code** | David Jones, Alex Jones<br>**Name**<br><br><br>**Number     Street**<br><br><br>**City                State     ZIP Code** | Household furniture | ☐ No<br>☑ Yes |

---

### Part 9:   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Owner's Name**<br><br>**Number   Street**<br><br><br>**City          State   ZIP Code** | **Number     Street**<br><br><br>**City                State     ZIP Code** | Holding firearms for certain January 6th participants to be provided. | |
| **Owner's Name**<br><br>**Number   Street**<br><br><br>**City          State   ZIP Code** | **Number     Street**<br><br><br>**City                State     ZIP Code** | | |

Debtor 1    **Alexander**          **E.**              **Jones**                                Case number *(if known)*  22-33553
            First Name          Middle Name         Last Name

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | **Governmental unit** | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City          State    ZIP Code | | |
| City          State   ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | **Governmental unit** | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City          State    ZIP Code | | |
| City          State   ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

Debtor 1   **Alexander**          **E.**          **Jones**
          First Name          Middle Name          Last Name

Case number *(if known)* 22-33553

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | | | ☐ Pending |
| | **Court Name** | | ☐ On appeal |
| _____ | | | ☐ Concluded |
| | **Number   Street** | | |
| Case number | | | |
| | **City          State      ZIP Code** | | |

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☑ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Free Speech Systems, LLC | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | | |
| | | EIN:  _2_ _6_ – _1_ _5_ _1_ _0_ _0_ _0_ _5_ |
| **Number      Street** | Name of accountant or bookkeeper | Dates business existed |
| | | |
| Austin, TX 78741 | | From _____ To _____ |
| **City          State    ZIP Code** | | |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| | |
| **Name** | **MM / DD / YYYY** |
| | |
| **Number      Street** | |
| | |
| **City          State    ZIP Code** | |

Debtor 1    **Alexander**          **E.**              **Jones**                              Case number *(if known)*  22-33553
            First Name             Middle Name         Last Name

---

| **Part 12:** | **Sign Below** |
| --- | --- |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X   /s/ Alex Jones
     Signature of Alex Jones, Debtor 1

     Date  02/14/2023

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____        Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).