IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**SECOND MONTHLY FEE STATEMENT OF JORDAN & ORTIZ, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| **Name of Applicant:** | Jordan & Ortiz, P.C. ("J&O") | |
|---|---|---|
| **Applicant's Role in Case:** | Co-Counsel to Debtor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #105) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 01/01/2023 | 01/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $22,500.00[1] (80% of $28,125.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $102.50[2] | |
| **Summary Attorney Fees for the Period Covered by this Statement** | | |
| **Attorneys Fees in this Statement:** | $26,400.00 | |
| **Total Actual Attorneys Hours Covered by this Statement:** | 44.00 | |
| **Average Hourly Rate for Attorneys:** | $639.20 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| **Paraprofessional Fees Requested in this Statement:** | $1,725.00 | |
| **Total Actual Paraprofessional Hours Covered by this Statement:** | 6.90 | |
| **Average Hourly Rate for Paraprofessionals:** | $250.00 | |

---

[1] Counsel is holding $84,393.51 as a retainer in its IOLTA Account which is included in this fee/expense request.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

Page 1

> **In accordance with the Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals [ECF #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

## RELIEF REQUESTED

1. This is Jordan & Ortiz, P.C.'s ("J&O") second monthly fee statement for compensation (the "Fee Statement") for the period of January 1, 2023 through January 31, 2023 (the "Fee Period") pursuant to the Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals [ECF #106] (the "Interim Compensation Order"). J&O is filing its first amended monthly fee statement for compensation showing that J&O requests: (a) allowance of compensation in the amount of $22,500.00 (80% of $28,125.00) for actual, reasonable, and necessary professional services rendered to the Debtor by J&O and (b) reimbursement of actual, reasonable, and necessary costs and expenses in the amount of $102.50 incurred by J&O during the Fee Period. By this Fee Statement, J&O seeks interim allowance of compensation for services rendered and reimbursement of expenses incurred solely in connection with its work performed on behalf of the Debtor.

## SERVICES RENDERED AND DISBURSEMENTS INCURRED

2. Attached above as Exhibit "A" is the Fee Statement for the period January 1, 2023 through January 31, 2023, which includes a summary of professionals who rendered services to the Debtor during the Fee Period, including each person's billing rate and the fees incurred during the Fee Period summarized by task code and the itemized schedule of expenses within each

category, including description, incurred with the amounts for which reimbursement is requested. Attached as Exhibit "B" is a Task Code breakdown by Attorney and Paralegal.

## NOTICE AND OBJECTION PROCEDURES

3. Pursuant to the Interim Compensation Order notice of this Fee Statement has been provided to:

   a. Debtor Counsel, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com)

   b. U.S. Trustee c/o/ Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

   c. Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com)

   d. Connecticut Plaintiffs, (a) Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

   e. Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

   f. All parties that receive ECF notifications

In light of the nature of the relief requested herein, J&O submits that no further or other notice is required.

4. Pursuant to the Interim Compensation Order (ECF #106), the Notice Parties and parties in interest have 14 days after service of the Monthly Fee Statement to object to the requested fees and expenses. If any Notice Party, or any other party in interest, objects to a Retained

Professional's Monthly Fee Statement, it must serve on the affected Retained Professional and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline. Thereafter, the objecting party and the affected Retained Professional may attempt to resolve the Objection on a consensual basis. If the parties are unable to reach a resolution of the Objection within 14 days after service of the Objection, or such later date as may be agreed upon by the objecting party and the affected Retained Professional, the affected Retained Professional may either: (i) file a response to the Objection with the Court, together with a request for payment of the difference, if any, between the Maximum Payment and the Authorized Payment made to the affected Retained Professional (the "Incremental Amount") and schedule such matter for hearing on at least 14 days' notice; or (ii) forego payment of the Incremental Amount until the next interim or final fee application hearing, at which time the Court will consider and dispose of the Objection if requested by the affected Retained Professional. Failure by a Notice Party, or any other party in interest, to object to a Monthly Fee Statement shall not constitute a waiver of any kind nor prejudice that party's right to object to any Interim Fee Application (as defined below) subsequently filed by a Retained Professional.

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. J&O reserves the right to make further application to this Court for allowance of such fees and expenses not included herein, or correct and erroneous or errors set out herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

WHEREFORE, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, J&O respectfully requests: (a) that it be allowed on an interim basis (i) $22,500.00 (80% of fees in the amount of $28,125.00) for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and (ii) reimbursement of $102.50 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtor be authorized and directed to immediately pay to J&O the amount of $22,602.50 which is equal to the sum of 80% of J&O's fees and 100% of J&O's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Dated: February 15, 2023

/s/ Shelby A. Jordan
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
**Jordan & Ortiz, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
           aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I certify that on February 15, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a. Debtor Counsel, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com)

b. U.S. Trustee c/o/ Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c. Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com)

d. Connecticut Plaintiffs, (a) Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e. Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f. All parties that receive ECF notifications

           */s/ Shelby A. Jordan*
           Shelby A. Jordan

# EXHIBIT "A"

**JORDAN & ORTIZ, P.C. DECEMBER INVOICE FOR PERIOD
JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 900
CORPUS CHRISTI, TEXAS  78401-0341
TAX ID NO. 74-2553880
(361) 884-5678

|  |  |
|---|---|
| JONES, ALEX | Page: 1 |
| alexejones1777@gmail.com | February 15, 2023 |
|  | Account No:   5481-002000M |
|  | Statement No:          922213 |

Bankruptcy

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | PREVIOUS BALANCE |  | $77,869.15 |
|  |  |  |  |  | Hours |
| 01/01/2023 | SAJ | B210 | A106 | Call to debtor regarding funding of personal expenses and advances from third parties and issues. | 0.30 |
| 01/03/2023 | SAJ | B120 | A107 | Call to counsel Minton regarding divorce documents for Vickie to review (no reply). | 0.30 |
|  | SAJ | B185 | A108 | Respond to emails from auditors for information regarding consignment agreement through ESG and FSS and send spreadsheet in native format for review. | 0.40 |
|  | SAJ | B190 | A103 | Work on mediation report and update briefing for Isgur statement. | 1.70 |
|  | SAJ | B190 | A107 | Conference with Conn appeal counsel Pattis regarding status of appeal and appellate points reviewed. | 0.80 |
| 01/04/2023 | SAJ | B160 | A107 | Review UST questions and request for further information and complete and email to co-counsel with answers, notice to UST that answer will be forwarded. | 1.00 |
|  | SAJ | B190 | A103 | Continue to work on mediation report briefing on question of dischargeability (evidentiary burden of proof, default; sanctions denying defenses, etc.). | 1.70 |
| 01/05/2023 | SAJ | B110 | A104 | Review and comment to co-counsel on Stipulation by FSS regarding deadline for dischargeability and application to Debtor's case. | 0.20 |
|  | SAJ | B110 | A107 | Emails with co-counsel regarding meeting yesterday with FSS CRO and debtor. | 0.30 |
|  | SAJ | B120 | A108 | Review file for notes and records and contact David Jones to obtain copy of the Missouri Trust (.5); email to co-counsel and response email and further search for documents (.5). | 1.00 |
|  | SAJ | B160 | A107 | Begin review of Jason Ruff's email attaching comments and |  |

Case 22-33553   Document 164   Filed in TXSB on 02/15/23   Page 9 of 15

Page: 2
February 15, 2023
JONES, ALEX
Account No:       5481-002000M
Statement No:             922213
Bankruptcy

|            |     |      |      |                                                                                                                                                                                                    | Hours |
|------------|-----|------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     |      |      | request on J&O and D&G retention applications (.2); emails to co-counsel to coordinate response and not duplicate efforts (.2).                                                                    | 0.40  |
|            | SAJ | B160 | A103 | Work on supplemental declaration in disclosures as needed regarding transactions, assets and work for affiliates.                                                                                  | 0.60  |
|            | SAJ | B190 | A107 | Email to Battaglia (.1); co-counsel regarding status of parties to the mediation and schedule for mediator to contact all parties and form of mediation order (.2).                                | 0.30  |
|            | SAJ | B190 | A104 | Review/analyze and comment on Brauner (.2); summarize mediator's concern about "documents" timing before sending mediation letter (.2).                                                            | 0.40  |
| 01/06/2023 | SAJ | B210 | A106 | Email to debtor regarding return to office and meeting to discuss status of all pending matters.                                                                                                   | 0.30  |
|            | SAJ | B160 | A107 | Email and telephone conference with co-counsel and access to the documents for Missouri Trust funding and related cash use for retainer and work on locating documents.                            | 1.70  |
|            | SAJ | B160 | A109 | Appear for/attend hearings on Kyung and Schwartz.                                                                                                                                                  | 0.50  |
| 01/09/2023 | SAJ | B110 | A106 | Call to client regarding reimbursements of out of pocket connecticut expenses and status per co-counsel.                                                                                           | 0.30  |
|            | SAJ | B110 | A104 | Review/analyze and comment on Utility Order.                                                                                                                                                       | 0.20  |
|            | SAJ | B120 | A106 | Emails and call to debtor (.1); email to co-counsel regarding location of motorhome and security bank lien claim (.1); call to David Jones regarding payment (2).                                  | 0.40  |
|            | SAJ | B160 | A103 | Review and comment on proposed edits to order on interim fees.                                                                                                                                     | 0.30  |
| 01/10/2023 | SAJ | B160 | A104 | Review and comment on first supplemental declaration for employment of J&O (.3); review C&D supplement and issues with payment of fees from retainer first (.1).                                   | 0.40  |
|            | SAJ | B250 | A104 | Review/analyze quitclaim circulation on trust assets returned to estate and work on title issue.                                                                                                   | 0.40  |
| 01/11/2023 | CRM | B160 | A103 | Prepare draft of first interim fee application.                                                                                                                                                    | 1.50  |
|            | SAJ | B150 | A109 | Attend 341 meeting by phone.                                                                                                                                                                       | 0.60  |
|            | SAJ | B150 | A106 | Call to debtor regarding meeting.                                                                                                                                                                  | 0.20  |
|            | SAJ | B120 | A107 | Email to co-counsel regarding motorhome loan paid off and response that debtor began payments (remaining issue-sell motorhome).                                                                    | 0.30  |

| Date | Atty | Task | Act | Description | Hours |
|---|---|---|---|---|---|
| | SAJ | B190 | A107 | Review and respond to inquiries by Judge Isgur (mediator) for detailed financial information and expectation of completion (.2); email to co-counsel and review and respond and conference with Ray Battaglia regarding FSS response (.2). | 0.40 |
| | SAJ | B310 | A103 | Work on outline of claims objections to the Texas and Conn claims to be filed, including issues raised in appeals and issue of dischargeability. | 1.40 |
| 01/12/2023 | SAJ | B130 | A107 | Conference with co-counsel regarding location of state bank of crawford collateral and listing for sale. | 0.20 |
| | SAJ | B160 | A104 | Review/analyze and comment for filing supplement declaration. | 0.20 |
| | SAJ | B160 | A107 | Email and conference with co-counsel regarding Pattis and Reynal applications and retainer deposits paid. | 0.30 |
| 01/13/2023 | SAJ | B110 | A109 | Plan and attend hearing on motion to reconsider by S&L and Schwartz on FSS and objections filed by Alex Jones. | 1.00 |
| | SAJ | B160 | A107 | Conference with Reynal regarding appeal applicant to represent debtor, Alex Jones (.2); conference regarding entry of order starting appeal time (.1); email to Chris Martin regarding handling Alex Jones appeal (.1). | 0.40 |
| | SAJ | B160 | A107 | Emails to and from co-counsel regarding review and edit Supplement to J&O Application to be employed and declaration. | 0.30 |
| | SAJ | B190 | A107 | Review Rule 2004 Exam to PQPR by Plaintiffs; call to PQPR counsel; email from and to co-counsel. | 0.70 |
| | SAJ | B190 | A108 | Email to and from Judge Isgur regarding mediation and availability of financial documents and discussion with co-counsel. | 0.30 |
| 01/15/2023 | SAJ | B210 | A106 | Conference with debtor regarding status and issues to discuss. | 0.20 |
| 01/16/2023 | CRM | B160 | A103 | Continue to work on first interim fee application. | 0.90 |
| | SAJ | B160 | A107 | Conference with Andino Reynal (.2); conference with Chris Martin (.2); conference with Norm Pattis (.2); email to co-counsel regarding retention agreements for Jones estate with each and status and email from co-counsel review and respond (.1). | 0.70 |
| | SAJ | B130 | A108 | Email from Bob Schleizer regarding Missouri Trust and prepaid alimony for 2023 and pull notes to verify. | 0.20 |
| | SAJ | B130 | A107 | Email from and to co-counsel regarding alimony vs prenuptial. | 0.40 |

Case 22-33553   Document 164   Filed in TXSB on 02/15/23   Page 11 of 15

Page: 4
JONES, ALEX
February 15, 2023
Account No:   5481-002000M
Statement No:   922213

Bankruptcy

|            |     |      |      |                                                                                                                                                                                                                                                                         | Hours |
|------------|-----|------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 01/17/2023 | SAJ | B110 | A104 | Review/analyze email 2019 from creditors committee.                                                                                                                                                                                                                     | 0.20  |
|            | SAJ | B110 | A107 | Conference with co-counsel on all pending matters including schedules and research for Missouri Trust and for certain repayments, etc.                                                                                                                                  | 0.70  |
|            | SAJ | B160 | A108 | Review and comment on UST comments to the Blackbriar and Kennerly employment applications.                                                                                                                                                                              | 0.30  |
| 01/18/2023 | SAJ | B110 | A107 | Email from Ray Battaglia regarding cash collateral (.1); call regarding salary and cash collateral budget (.2); review witness and exhibit list (.2).                                                                                                                   | 0.50  |
|            | SAJ | B160 | A107 | Email from Chris Martin and reply (.1); email from Andino Reynal and reply regarding appeal retention (.1); call to Reynal (.2); conference with co-counsel regarding retention and review new list of potential affiliate or related parties conflicts and report none (.3); review Sub-V trustee witness and exhibit list (.1). | 0.80  |
|            | SAJ | B170 | A104 | Review/analyze exhibit and witness lists from Lee and Schwartz and compare to objections by Jones to both (.2); review Sandy Hook Plaintiffs, UST and Debtor's Exhibits and Witness List (.2); prepare for hearing (.4)                                                  | 0.80  |
|            | SAJ | B185 | A104 | Review proposed draft order on executory contracts and comment (.2); review witness and exhibit list for Friday hearing on both executory contract (.2).                                                                                                                | 0.40  |
| 01/19/2023 | SAJ | B185 | A104 | Review/analyze amended witness and exhibit lists by Lee and Schwartz.                                                                                                                                                                                                   | 0.30  |
| 01/20/2023 | CRM | B160 | A109 | Appear for/attend 1/20 hearings                                                                                                                                                                                                                                         | 1.50  |
|            | CRM | B160 | A103 | Revise first fee app in response to interim compensation order and email same.                                                                                                                                                                                          | 1.50  |
|            | SAJ | B160 | A109 | Attend hearing on J&O's Application to be employed and conference with co-counsel.                                                                                                                                                                                      | 1.00  |
|            | SAJ | B170 | A109 | Attend hearing on Lee and Schwartz motions to reconsider on the objections of Alex Jones and others.                                                                                                                                                                    | 1.20  |
| 01/21/2023 | SAJ | B210 | A106 | Conference with debtor regarding summary of FSS CRO issues.                                                                                                                                                                                                             | 0.70  |
| 01/22/2023 | SAJ | B110 | A106 | Conference with client regarding administrative issues and problems with FSS and issues of the administrative claims this estate has with FSS and CRO and other matters (.5); emails to co-counsel for a Monday zoom or conference call with debtor (.5).              | 1.00  |

Case 22-33553   Document 164   Filed in TXSB on 02/15/23   Page 12 of 15

JONES, ALEX

Bankruptcy

Page: 5
February 15, 2023
Account No:    5481-002000M
Statement No:         922213

| Date | | | | | Hours |
|---|---|---|---|---|---|
| 01/23/2023 | SAJ | B110 | A108 | Response to Bloomberg call and request for statements, no statement and refer to co-counsel. | 0.20 |
| | SAJ | B110 | A107 | Emails to co-counsel regarding first MOR and meeting with debtor and timing. | 0.30 |
| | SAJ | B160 | A103 | Work on first monthly fee statement pursuant to Court's Interim Fee Order, including Exhibit A. | 0.80 |
| | SAJ | B160 | A107 | Conference with Andino Reynal and Chris Martin regarding Jones estate appeal lawyer fee agreements (.4); email to co-counsel (.1). | 0.50 |
| 01/24/2023 | SAJ | B210 | A106 | Notice of debtor's interview and claim by Plaintiffs regarding new cause of action and new claim to damages and conference with debtor. | 1.40 |
| | SAJ | B210 | A107 | Review full details of interview and demand (.6); telephone conference with Andino Reynal and status of record references made in interview (.4). | 1.00 |
| | SAJ | B210 | A107 | Emails to co-counsel regarding potential issues raised by email demand. | 0.20 |
| | SAJ | B210 | A106 | Second conference with debtor about pulled video footage and confirmation. | 0.40 |
| | SAJ | B160 | A107 | Continue issue of fee agreements for Jones appeal (Chris Martin counsel) (.2); conference with Chris Martin and Andino Reynal (.4). | 0.60 |
| 01/25/2023 | SAJ | B110 | A104 | Review details of first MOR by debtor and email to co-counsel. | 0.30 |
| | SAJ | B110 | A106 | Conference with client regarding MOR and delivery of native format draw spreadsheets and agree no need to attend Thursday meeting. | 0.40 |
| | SAJ | B210 | A104 | Review and comment on issues of failure of McGill to produce projections for sales, expenses in email from co-counsel. | 0.30 |
| | SAJ | B210 | A107 | Conference with Battaglia and email regarding draws of Alex Jones accounting. | 0.30 |
| | SAJ | B160 | A107 | Call and email from Andino Reynal as appeal counsel in Texas cases and email to co-counsel regarding same. | 0.30 |
| | SAJ | B160 | A104 | Review drafts of retention agreements for Reynal and Martin. | 0.30 |
| | SAJ | B160 | A107 | Email and call to client regarding signature on Martin retention agreement. | 0.20 |
| | SAJ | B160 | A107 | Email to co-counsel regarding conversation with Chris Martin to | |

JONES, ALEX

Bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  |  |  |  | assure proper accounting of $100k retainer to Martin's firm from only Alex Jones (and not FSS). | 0.40 |  |
|  | SAJ | B190 | A107 | Email from Battaglia regarding discovery and documents and discovery issues. | 0.20 |  |
|  | SAJ | B190 | A107 | Email to and from co-counsel and discuss prior mediation privileged documents to Sub-V trustee. | 0.20 |  |
| 01/26/2023 | CRM | B160 | A103 | Final review and revisions to First Monthly Fee Statement from Shelby Jordan and file same and email to all notice parties. | 0.50 |  |
|  | SAJ | B190 | A107 | Review PQPR discovery issues and privileged documents of FSS or Jones and conference with Lemmon and agree production must include mediation privilege marking. | 0.50 |  |
|  | SAJ | B190 | A107 | Email to co-counsel regarding marking mediation privilege for production and respond to issues of production by co-counsel. | 0.20 |  |
| 01/27/2023 | SAJ | B210 | A107 | Emails to and from co-counsel regarding meeting on current topics. | 0.30 |  |
|  | SAJ | B170 | A103 | Work on december fee statement and work on edits to notice of fees and motion for approval of interim fees. | 1.10 |  |
| 01/30/2023 | SAJ | B160 | A103 | Work on monthly fee application and breakdown on fee application for December 2022. | 2.00 |  |
| 01/31/2023 | CRM | B160 | A103 | Revise First Monthly Invoice per co-counsel email on bulk billing (.9); discuss with Shelby Jordan for his revisions (.1). | 1.00 |  |
|  | SAJ | B190 | A104 | Review emails for production regarding committee and designate those that are privileged (sent from Lemmon's office) and pull and review all Shelby Jordan initiated emails. | 1.30 |  |
|  | SAJ | B210 | A108 | Call to Rob Dew regarding representation of trust and assistance to handle tax, accounting and reporting issues for Litigation trust. | 0.40 |  |
|  | SAJ | B210 | A107 | Discuss source of deposits for Info-W Health monthly royalties and need for turnover to trust the balance in trust account. | 0.30 |  |
|  |  |  |  | For Current Services Rendered | 50.90 | 28,125.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| SHELBY A. JORDAN | Partners | 44.00 | $600.00 | $26,400.00 |
| CHRYSTAL MADDEN | Paralegals | 6.90 | 250.00 | 1,725.00 |

JONES, ALEX

Account No: 5481-002000M
Statement No: 922213

Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| 01/31/2023 | | B110 | E112 | Pacer | 102.50 |
| | | | | Total Expenses | 102.50 |
| | | | | Total Current Work | 28,227.50 |
| | | | | Total Payments | -62,396.65 |
| | | | | Balance Due | $43,700.00 |

## Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 3360.00 | 102.50 |
| B120 | Asset Analysis and Recovery | 1200.00 | 0.00 |
| B130 | Asset Disposition | 480.00 | 0.00 |
| B150 | Meetings of and Communications with Creditors | 480.00 | 0.00 |
| B160 | Fee/Employment Applications | 10125.00 | 0.00 |
| B170 | Fee/Employment Objections | 1860.00 | 0.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 660.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 5220.00 | 0.00 |
| B100 | Administration | 23,385.00 | 102.50 |
| B210 | Business Operations | 3660.00 | 0.00 |
| B250 | Real Estate | 240.00 | 0.00 |
| B200 | Operations | 3,900.00 | 0.00 |
| B310 | Claims Administration and Objections | 840.00 | 0.00 |
| B300 | Claims and Plan | 840.00 | 0.00 |

Your trust account #1 balance is

| | | |
|---|---|---|
| | Opening Balance | $146,790.16 |
| 02/13/2023 | Payment of December Fees (80% of fees and 100% of expenses) | -62,396.65 |
| | Closing Balance | $84,393.51 |

*The entry N/C signifies time spent for which there will be no charge.*

# EXHIBIT "B"

## TASK CODES

| CATEGORIES | ATTORNEY TIME | PARALEGAL TIME |
|---|---|---|
| B110 Case Administration | 5.60 | |
| B120 Asset Analysis and Recovery | 2.00 | |
| B130 Asset Disposition | 0.80 | |
| B140 Relief from Stay/Adequate Protection | | |
| B150 Meetings of & Communications with Creditors | 0.80 | |
| B160 Fee/Employment Applications | 14.00 | 6.90 |
| B170 Fee/Employment Objections | 3.10 | |
| B180 Avoidance Action Analysis | | |
| B185 Assumption/Rejection of Executory Contracts | 1.10 | |
| B190 Other Contested Matters | 8.70 | |
| B195 Non-Working Travel | | |
| B210 Business Operations | 6.10 | |
| B220 Employee Benefits/Pensions | | |
| B230 Financing/Cash Collections | | |
| B240 Tax Issues | | |
| B250 Real Estate | 0.40 | |
| B260 Board of Directors Matters | | |
| B310 Claims Administration and Objections | 1.40 | |
| B320 Plan and Disclosure Statement | | |
| B410 General Bankruptcy Advice/Opinions | | |
| B420 Restructurings | | |
| **TOTALS:** | **44.00** | **6.90** |