**EXHIBIT B**

**Kirschner Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| Debtor. | ) |

**DECLARATION OF MARC S. KIRSCHNER IN SUPPORT
OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALEXANDER E. JONES TO RETAIN AN EMPLOY TENEO
CAPITAL LLC AS FINANCIAL ADVISOR, EFFECTIVE AS OF JANUARY 19, 2023**

I, Marc S. Kirschner, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare under penalty of perjury as follows:

1. I am a Senior Managing Director at Teneo Capital LLC (together with its subsidiaries and affiliates, "Teneo"). My business address is Teneo Capital LLC, 280 Park Avenue, 4th floor, New York, NY 10017. I am authorized to submit this declaration (the "Declaration") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Alexander E. Jones (the "Debtor") seeking approval to retain and employ Teneo as generalized financial advisor to the Committee.[1]

2. Neither I, Teneo nor any shareholders, officers or employees thereof, insofar as I have been able to ascertain, have any connection with the Committee, the Debtor, the Debtor's creditors or any other parties in interest herein, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, except as set forth herein.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

3.  Teneo has made the following investigation of disinterestedness prior to submitting this Declaration. Teneo has undertaken a review of its conflicts database, which contains the names of clients and other parties interested in particular matters. Teneo requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to conduct a conflicts check through Teneo's database and to enter conflict information regarding new clients or new matters into that database. Thus, a review of that conflicts database should reveal any actual or potential conflicts of interest with respect to any given representation. In particular, an employee of Teneo, under my supervision, entered the names listed on **Schedule 1**, provided to Teneo by Akin Gump (the "Interested Parties") into Teneo's conflicts database and conducted a conflicts check in that database, which review does not account for connections that concluded more than three years before the date of this Declaration.

4.  Based on the results of Teneo's review, it appears that Teneo does not hold or represent any interest adverse to and has no connection, subject to the disclosures set forth below and in **Schedule 2**, with the Interested Parties in the matters upon which Teneo is to be retained in this Chapter 11 Case and is a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

**REPRESENTATION OF PARTIES IN INTEREST**

5.  Teneo represented, represents and, in the future, may represent creditors of the Debtor or other Interested Parties in connection with matters unrelated to the Debtor and this Chapter 11 Case. At this time, Teneo is not aware of any such representations except as noted in **Schedule 2**. If Teneo identifies any further such representations, Teneo shall make further disclosures as may be appropriate at that time.

6. Teneo has represented, may represent and, in the future, will likely represent debtors and creditors' committees in cases unrelated to the Debtor and this Chapter 11 Case wherein one or more of the law firms representing the members of the Committee or other parties in interest serve as or will serve as professionals to members of those committees.

7. Teneo is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14) in that Teneo, its shareholders, employees and officers: (i) are not creditors of the Debtor or insiders in any of Debtor's businesses; (ii) are not and were not, within two (2) years before the Petition Date, an employee of the Debtor or a director, officer or employee of the Debtor's businesses; and (iii) do not have an interest materially adverse to the interests of the Debtor's estate or to any class of creditors, by reason of any direct or indirect relationship to, connection with or interest in the Debtor, or for any other reason.

**PROFESSIONAL COMPENSATION**

8. In recognition of the unique and important circumstances of this Chapter 11 Case, Teneo has agreed to provide its services on a discounted hourly basis. Specifically, Teneo has agreed to discount its customary hourly rate by 30%, except for Marc S. Kirschner, Senior Managing Director, whose customary hourly rate will be discounted by 50%. Teneo has also agreed that such rates will not be subject to any periodic increases.

9. Teneo's standard hourly rates for 2023, along with the discounted hourly rates to be charged in this Chapter 11 Case, are as follows:

| Title | Standard Rates | Discounted Hourly Rates |
|---|---|---|
| Senior Managing Director | $975-$1,300 | $650-$683 |
| Senior Vice President | $725 | $508 |
| Associate/Analyst | $325-$500 | $228-$350 |

3

10. In addition to compensation for professional services rendered by Teneo personnel, Teneo will seek reimbursement for reasonable out-of-pocket expenses incurred by Teneo in connection with services provided to the Committee during the course of the Chapter 11 Case, including but not limited to, costs of travel, lodging, legal counsel, research, communications and applicable taxes and other direct expenses. The Committee will use reasonable efforts to limit Teneo's incurrence of such expenses, including, for example, reducing any travel expenses by holding meetings virtually. The Committee will also work closely with Teneo, Akin Gump and Nardello to ensure that any potential significant expenses to be incurred by Teneo are in the best interests of the Debtor's estate.

11. Teneo will make appropriate applications to the Court pursuant to Bankruptcy Code sections 330 and 331 for compensation of fees and reimbursement of out-of-pocket expenses, in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, applicable U.S. Trustee guidelines, the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals*, dated January 20, 2023 [ECF No. 106] and any other applicable procedures and orders of the Court.

12. Teneo has received no retainer in this Chapter 11 Case to represent the Committee, nor has Teneo received any payment or promise of payment during the one-year period prior to the Petition Date. No compensation has been paid or promised to be paid from a source other than the Debtor's estate in this Chapter 11 Case. No promises have been received by Teneo or by its shareholders, officers or employees thereof as to compensation in connection with this Chapter 11 Case other than in accordance with the provisions of the Bankruptcy Code. Teneo has no agreement with any other entity to share with such entity any compensation received by Teneo in

connection with this Chapter 11 Case. Neither the Committee nor any of its members (or their representatives) will be liable for fees or costs incurred by Teneo in connection with the Committee's retention of Teneo in this Chapter 11 Case.

## **INDEMNIFICATION**

13. Teneo requires the Indemnification Provisions described in the Application and cannot proceed without them. Teneo requires these terms in substantially all of its engagements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of February, 2023.

*/s/ Marc S. Kirschner*
Marc S. Kirschner

## Schedule 1

### Schedule of Searched Parties

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | |
|---|---|
| Hensel, Jennifer | Parker, Robert |
| Hockley, Nicole | Pozner, Leonard |
| Lewis, Scarlett | Wheeler, David |

**DEBTOR**

Alexander E. Jones

**OTHER POTENTIAL PARTIES IN INTEREST**[1]

| | |
|---|---|
| Addshoppers, Inc. | Chelsea Green Publishing |
| ADP TotalSource | City of Austin |
| Airco Mechanical, Ltd. | Cloudflare, Inc. |
| Aldenberg, William | Coan, Richard, Chapter 7 Trustee for Debtor Lafferty, Erica |
| Ally Auto | |
| Ally Bank | Constant Contact, Inc. |
| Amazon Marketplace/Amazon Payments, Inc. | CustomTattooNow.com |
| | David Icke Books Limited |
| Amazon Web Services | de la Rosa, Veronica |
| Amazon.com, Inc. | De Lage Landen Financial Services, Inc. |
| American Express | Deese, Stetson |
| American Express National Bank | DirectTV |
| American Media/Reality Zone | eBay |
| Andrews, Christopher | eCommerce CDN, LLC |
| AT&T | Edgecast, Inc. |
| Atomial, LLC | Elevated Solutions Group |
| AWIO Web Services LLC | EPS, LLC |
| Balcones Recycling, Inc. | ERM Protect |
| Barden, Jacqueline | Firestick |
| Barden, Mark | Frost Insurance Agency |
| Biodec, LLC | FW Robert Broadcasting Co. |
| Blott, Jacqueline | Getty Images, Inc. |
| Campco | Gilmore, Brennan |
| Chase Bank | Gracenote |

---

[1] This category includes the list of potential parties in interest provided by the Debtor and the names of utilities and banks identified in the *Debtor's Emergency Motion for Order Under 11 U.S.C. §§ 105(a) and 366(i) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (ii) Approving Deposit Account as Adequate Assurance of Payment, and (iii) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance Payment*, dated December 21, 2022 [ECF No. 70] and the *Debtor's Monthly Operating Report for the Period Ending December 31, 2022*, dated January 24, 2023 [ECF No. 123], respectively.

| | |
|---|---|
| Greenair, Inc. | PQPR Holdings Limited, LLC |
| Haivision Network Video | Precision Camera |
| HBO Max | Precision Oxygen |
| Heslin, Neil | Private Jets, LLC |
| High Gabriel Water Supply Corporation d/b/a Texas Water | Prosperity Bank |
| | Protection 1 Alarm |
| Hockley, Ian | Public Storage |
| Hulu, LLC | Randazza Legal Group, PLLC |
| Impact Fire Services, LLC | RatsMedical.com |
| Independent Publishers Group | Ready Alliance Group, Inc. |
| Iron Mountain, Inc. | Reeves Law, PLLC |
| JCE SEO | Renaissance |
| JW JIB Productions, LLC | Restore America |
| KI4U.com | Richman, Jeremy |
| Konica Minolta Premier Finance | Sadowksi, Christopher |
| Lafferty, Erica | Schmidt, Robert |
| Lair, Justin | Security Bank |
| Lincoln-Remi Group, LLC | Security Bank of Crawford |
| LIT Industrial | Sherlach, William |
| Logo It, LLC | Simon & Schuster |
| Lumen/Level 3 Communications | SintecMedia NYC, Inc. DBA Operative |
| Magento | Sirius XM Holdings, Inc. |
| Marcel Fontaine (deceased) | Skousen, Joel |
| Microsoft Bing Ads | Skyhorse Publishing |
| Microsoft Online, Inc. | SLNT |
| Miller, Sean | Soto, Carlos |
| mongoDB Cloud | Soto, Donna |
| MRJR Holdings, LLC | Soto-Marino, Jillian |
| Music Videos Distributors | Sparkletts & Sierra Springs |
| MVD Entertainment Group | Spectrum Enterprise aka Time Warner Cable |
| Netflix, Inc. | Stamps.com |
| NetSuite Inc. | Stone Edge Technologies, Inc. |
| New Relic | Stratus Technologies |
| Newegg.com | Studio 2426, LLC |
| One Party America, LLC | Synergy North America, Inc. |
| Orkin, Inc. | TD Canada Trust |
| Parisi, Carlee Soto | Texas Comptroller of Public Accounts |
| Payarc | Texas Disposal Systems, Inc. |
| Paymentus | Texas Gas Service |
| Perfect-Imprints.com | Textedly |
| Perkins, Wes | The Creative Group |
| Pipe Hitters Union, LLC | The Hartford |
| PNC Bank | The Steam Team, Inc. |
| Post Hill Press, LLC | Third Coast Graphics, Inc. |
| Poulsen, Debra | Thomas, David |
| Power Reviews, Inc. | Tolentino, Gabriela |

2

| | |
|---|---|
| Travelers | Water Event – Pure Water Solutions |
| Travis County MUD 3 | Watson, Paul |
| Travis County WCID 17 | Westwood One, LLC |
| Travis County, Texas | Wheeler, Francine |
| U.S. Legal Support | Willow Grove Productions |
| Uline Shipping Supply | Wisconsin Dept. of Revenue |
| Vazquez, Valdemar Rodriguez | WMQM-AM 1600 |
| Verizon Edgecast | WWCR |
| Verizon Wireless | Your Promotional Products, LLC |
| Vultr | Zendesk, Inc. |
| Waste Connections Lone Star, Inc. | Zoom US |

**RELATED CASES**

| | |
|---|---|
| Free Speech Systems, LLC | IWHealth, LLC |
| InfoW, LLC | Prison Planet TV, LLC |

**BANKRUPTCY JUDGES, US TRUSTEE & COURT STAFF (SDTX)**

| | |
|---|---|
| Alonzo, Albert | Laws, Tyler |
| Bradley, David J. | Lopez, Christopher (Judge) |
| Castro, Ana | Miller, Elizabeth |
| Castro, Ruben | Norman, Jeffrey P. (Judge) |
| Chavez, Jeannie | Picota, Kimberly |
| Conrad, Tracey | Portillo, VrianaRios, Mario |
| Do, Linh Thu | Rodriguez, Eduardo V. (Judge) |
| Hansen, Darlene | Saldona, Rosario |
| Isgur, Marvin (Judge) | |
| Jones, David R. (Chief Judge) | |

**NOTICE OF APPEARANCE PARTIES AND/OR COUNSEL, AS OF JANUARY 29, 2023**[2]

| | |
|---|---|
| Bank of America, N.A | McCarthy Holthus, LLP |
| Haselden Farow, PLLC | Melissa A. Haselden |
| John Malone, PLLC | Security Bank of Crawford |
| Law Office of Liz Freeman | Travis County Attorney Office |
| Law Offices of Ray Battaglia, PLLC | |

**COMMITTEE PROFESSIONALS**

Akin Gump Strauss Hauer & Feld LLP
Nardello & Co. LLC

---

[2] This category only includes parties that filed notices of appearance that have not been already listed under other categories.

**DEBTOR PROFESSIONALS**

Blackbriar Advisors LLC  
Crowe & Dunlevy, P.C.

Jordan & Ortiz, P.C.  
Kennerly, LLC

**COUNSEL TO THE SANDY HOOK FAMILIES**

Cain & Skarnulis PLLC  
Chamberlain Hrdlicka  
Kaster Lynch Farrar & Ball, LLP  
Koskoff Koskoff & Bieder PC  
McDowell Hetherington LLP  
Paul, Weiss, Rifkind, Wharton & Garrison LLP  
Willkie Farr & Gallagher LLP

**Schedule 2**

**Listing of Parties in Interest**

**Contract Counterparties** (within the past year):

- Amazon.com and affiliated companies
- Akin Gump Strauss Hauer & Feld LLP
- American Express and affiliated companies
- Bank of America and affiliated companies
- eBay and affiliated companies
- Getty Images
- Iron Mountain
- JPMorgan Chase & Co. and affiliated companies
- Paul, Weiss, Rifkind, Wharton & Garrison LLP
- PNC Bank and affiliates
- Renaissance Technologies LLC
- Stratus Solutions
- Verizon Communications Inc. and affiliated companies
- Waste Connections Inc and affiliated companies
- Willkie Farr & Gallagher LLP
- Zoom Video Communications, INC.