Attachment - Amended December, 2022 MOR

Part 2:  Asset and Liability Status

Notes:  The December Monthly Operating Report has been amended to reflect certain information incorporated in the Statement of Financial Affairs which includes identification of assets owned and not owned by the Debtor. In addition, corrections have been made based on information not available at the time the original operating report was filed.

| | |
|---|---|
| Part 2 a: | Accounts receivable and costs of sales were corrected based on additional information provided to Debtor from third parties. |
| Part 4 d. | Selling expenses were adjusted based on information provided by third parties. |

Part 5:  Professional Fees and Expenses

| | |
|---|---|
| Part 5 a&b: | No professional fees have been accrued as of December 31, 2022 or January 31, 2023. Provided by The Missouri779384 Trust.  Fees will be accrued when the respective retainers have been exhausted and fee applications are filed. |

Part 7:   Questionnaire – During this reporting period:

| | |
|---|---|
| Part 7 e: | No estimated tax payments for 2022 and 2023 have been made by the debtor pending determination of refund as noted on the balance sheet. |