**Alexander Emeric Jones**  **Case No. 22-33553**

## Part 1 - Statement of Cash Receipts and Disbursements
### January 1-January 31, 2023

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | B of A #4016 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 22,465 | 217,722 | 34,930 | 57,498 | 9,844 | 1,206 | 21,291 | 485 | 365,442 |
| Cash Receipts | 52,910 | | | | 1,202 | 0 | 0 | 0 | 54,112 |
| Cash Disbursements | (134,392) | (20) | (25) | | (72) | 0 | 0 | (30) | (134,539) |
| **Net Cash Flow** | **(59,017)** | **217,702** | **34,905** | **57,498** | **10,974** | **1,206** | **21,292** | **455** | **285,016** |
| Transfer In | 290,195 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 290,195 |
| Transfers Out | | (212,722) | (29,927) | (31,254) | 0 | 0 | (16,292) | 0 | (290,195) |
| **Ending Bank Balance** | **231,178** | **4,980** | **4,978** | **26,244** | **10,974** | **1,206** | **5,000** | **455** | **285,016** |

**Alexander Emeric Jones**      **Case No. 22-33553**
**Part 7.a. - Payments on Pre Petition Debt**
**January 1-January 31, 2023**

| Date | Payee | Amount | Description |
|---|---|---|---|
| 1/30/2023 | Bank of America | 2,024 | Mortgage |
| | | 2,024 | |

**Alex Jones**
**Profit and Loss**
**For the month ended January 31, 2023**

|  | Jan 2023 |
|---|---:|
| **Income** |  |
|   FreeSpeech Payroll | 40,000 |
|   Interest Income | 2 |
|   Rental Income | 1,200 |
|   Sales of Product Income | 370,447 |
|     Cost of Goods Sold | (82,944) |
|     Selling Expense | (187,758) |
|   **Total Sales of Product Income** | **99,745** |
| **Total Income** | **140,948** |
| **Payroll deductions** | - |
|   Child Support- Garnished | 1,846 |
|   Medical Insurance Premiums | 1,029 |
|   Payroll Taxes withheld | 14,320 |
| **Total Payroll deductions** | **17,194** |
| **Net Receipts** | **123,753** |
| **Expenses** | - |
|   Living Expenses | - |
|     Auto/Trucks/Watercraft | - |
|       Auto/Boat Maintenance | 5,364 |
|       Auto/Truck/Boat Insurance | (169) |
|       Boat Storage | 1,148 |
|       Fuel | 533 |
|     **Total Auto/Trucks/Watercraft** | **6,876** |
|     Family | - |
|       Child Care | 21,757 |
|       Child Support | - |
|       Groceries | 1,151 |
|       Homestead | - |
|         Maintenance | 7,868 |
|           Houskeeping | 11,016 |
|           Misc. Supplies and Services | 758 |
|         **Total Maintenance** | **19,642** |
|         Phone/Internet | 1,045 |
|         Property Tax | - |
|         Utilities | 1,807 |
|       **Total Homestead** | **22,494** |
|       Insurance | 39 |
|       Meals & Entertainment | 2,650 |
|         Apple/Netflix/Hulu charges | 469 |
|       **Total Meals & Entertainment** | **3,120** |
|       Medical | 1,797 |
|       Other | (285) |
|       PreNup Obligation | - |
|       School and Kid's Activities | - |
|         Activities | 56 |
|       **Total School and Kid's Activities** | **56** |
|     **Total Family** | **50,129** |
|   **Total Living Expenses** | **57,005** |
|   Other Expenses | - |
|     Bank Charges & Fees | 139 |
|     Business Expenses | 320 |
|     Interest Paid | 375 |
|     Real Estate | - |
|       Austin Condos | - |
|         Condo HOA | 660 |
|         Condo Insurance | 1,057 |
|         Condo Property Tax | - |
|         Condo Utilities and Maintenance | 497 |
|       **Total Austin Condos** | **2,215** |
|       Lakehouse | - |
|         Lakehouse Maintenance | 1,484 |
|         Lakehouse Utilities | - |
|       **Total Lakehouse** | **1,484** |
|       Ranch property | 74 |
|       Rental Mortgage Payment | - |
|     **Total Real Estate** | **3,773** |
|     Rental Storage Units | 1,765 |
|   **Total Other Expenses** | **6,371** |
| **Total Expenses** | **63,377** |
| **Net Operating Income** | **60,377** |
| **Net Income** | **60,377** |

Unaudited - Confidential

# Alex Jones
# Balance Sheet
### As of January 31, 2023

|  | Jan 2023 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Bank of America #2913 | 10,974 |
| Bank of America #4016 | 455 |
| Bank of America #6078 | 5,000 |
| Chase #3520 | 1,206 |
| Chase #7518 | 26,245 |
| PNC #5233 DIP | 231,178 |
| Prosperity Bank #9175 | 4,980 |
| Security Bank #8548 | 4,978 |
| Security Bank #8605 (1) | 0 |
| **Total Bank Accounts** | **285,016** |
| **Accounts Receivable** | |
| Accounts Receivable (2) | 514,446 |
| **Total Accounts Receivable** | **514,446** |
| **Other Current Assets** | |
| Inventory Platinum | 599,955 |
| Petty Cash for Child Care | 1,000 |
| Bitcoin account (3) | 5,982 |
| IRS tax refund receivable (4) | |
| Undeposited Funds | 0 |
| **Total Other Current Assets** | **606,937** |
| **Total Current Assets** | **1,406,399** |
| **Fixed Assets** | 1,412,381 |
| Austin Condo 3 (5) | 0 |
| Austin Condo 5-RCGJ LLC (5) | 0 |
| Austin Condo 6 (5) | 0 |
| Homestead (6) | 1,633,000 |
| Lakehouse (7) | 1,750,000 |
| Ranch Property (7) | 2,189,000 |
| Rental Property (6) | 505,000 |
| Marine Assets (8) | 114,300 |
| Vehicles (9) | |
| Dodge Challenger | 67,795 |
| Dodge Charger | 72,629 |
| Ford Expedition | 25,749 |
| **Total Vehicles** | **280,473** |
| **Total Fixed Assets (11)** | **6,357,473** |
| **TOTAL ASSETS** | **7,763,872** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 0 |
| Other Payables (10) | -584 |
| **Total Accounts Payable** | **-584** |
| **Total Current Liabilities** | **-584** |
| **Long-Term Liabilities** | |
| Rental Property Mortgage | 38,502 |
| **Total Long-Term Liabilities** | **38,502** |
| **Total Liabilities** | **37,918** |

Unaudited - Confidential

# Alex Jones
# Balance Sheet
### As of January 31, 2023

|  | Jan 2023 |
|---|---:|
| **Equity** | |
|   Opening Balance Equity | 7,397,699 |
|   **Owner's Investment** | |
|     OtherDeposits/Transfers | 171,668 |
|   **Total Owner's Investment** | **171,668** |
|   **Owner's Pay & Personal Expenses** | |
|     Gifts (3) | 55,797 |
|   **Total Owner's Pay & Personal Expenses** | **55,797** |
| **Opening Equity** | |
|   Retained Earnings | 40,414 |
|   Net Income | 60,377 |
| **Total Equity** | **7,725,955** |
| **TOTAL LIABILITIES AND EQUITY** | **7,763,872** |
| Notes | 0 |

(1) Security bank account 8605 is in the name of PLJR, LLC, an entity not owned 100% by debtor

(2) Accounts receivable adjusted based on information provided by customer reconciliations.

(3) Debtor received gifts of bitcoin in December 2022 and January 2023

(4) Debtor reported a $3.97 million refund on his 2020 form 1040.  2021 and 2022 income tax returns have not been filed to date.  It is undermined how much, if any of the refund is available to the debtor until the 2021 and 2022 tax returns are filed. Debtor did not appear to make any estimated tax payments in 2022.

(5) Condos were removed due to ownership not in debtor's name

(6) Homestead value adjusted to current market estimate and adjusted for debtor's 50% undivided interest in property

(7) Real estate assets added based on quit claim transfers on December 2, 2022 from 2022 Appeal Trust to debtor.  Value is represented at latest appraised values

(8) Marine assets added based on values obtained from JD Power as of 2/7/23.

(9) Vehicles reported at Kelly Blue Book value

(10) Debtor was subject to litigation that resulted in judgements against him for approximately $1.5 billion.  Judgements are currently on appeal and are not included in the debtors financial statement pending resolution.

(11) Debtor owns interests in several entities that are not presented in this balance sheet as values, if any are indeterminable at this time due to insufficient information.  The entities are listed on the debtor's Statement of Financial Affairs.