# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |
| | § | |

**DECLARATION OF FEDERICO REYNAL IN SUPPORT OF
APPLICATION OF DEBTOR FOR AN ORDER AUTHORIZING EMPLOYMENT OF
THE REYNAL LAW FIRM, P.C., AS SPECIAL COUNSEL UNDER 11 U.S.C. 327(e)**

I, Federico Reynal, declare under penalty of perjury as follows:

1. I am an attorney at law duly admitted and in good standing to practice in the State of Texas, United States District Court for the Southern District of Texas, the United States District Court for the Western District of Texas, and the Fifth Circuit Court of Appeals. I am the founder of the Houston office of The Reynal Law Firm, P.C. (the "Firm" or "The Reynal Firm"), located at 917 Franklin, Sixth Floor, Houston, Texas 77002.

2. I am making this declaration in support of Debtor's Application to Employ The Reynal Firm, P.C. as Special Counsel under 11 U.S.C. § 327(e) (the "Application"). Unless otherwise indicated, capitalized terms used but not defined herein have the meanings ascribed to such terms in the Application.

3. Except as otherwise noted, all facts set forth in this declaration are based upon my personal knowledge, upon the client and matter records of The Reynal Firm reviewed by me or derived from information available to me that I believe to be true and correct. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

A. **Scope of Services**

4. Pursuant to the Engagement Agreement, the Application, and the Proposed Order attached thereto, The Reynal Firm will serve as special counsel to Debtor in connection with the Travis County Sandy Hook Lawsuits, as more particularly specified in the Engagement Letter and the Application. More specifically, the Firm shall serve as Debtor's litigation counsel on the Travis County Sandy Hook Lawsuits through the appeal, including any motions for sanctions, motions for new trial, and motions for judgment notwithstanding the verdict. During the course of the appeal, The Reynal Firm will provide services to Debtor at the direction of Debtor's appellate counsel, Martin, Disiere, Jefferson & Wisdom L.L.P., in order to save costs to the Debtor's estate.

B. **Proposed Compensation**

5. The Reynal Firm will apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, including §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, Guidelines, and Orders for all services performed and expenses incurred during its representation of Debtor.

6. Subject to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Guidelines, and the Orders, The Reynal Firm intends to request the allowance of its compensation as set out in the Engagement Agreement. These rates reflect the rates that The Reynal Firm ordinarily charges clients in bankruptcy and non-bankruptcy matters and are less than or equal to the rates of similarly skilled and experienced attorneys in this district. The Reynal Firm submits that these agreed terms of reimbursement, compensation, and hourly rates are reasonable. The Reynal Firm will notify Debtor of any change in the hourly rates charged for services rendered.

### C. Disclosure of Connections

#### i. Search and General Descriptions of Connections

7. The Reynal Firm performed the following actions to determine whether it or any of its attorneys has any disclosable connections, to Debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any of the judges for the U.S. Bankruptcy Court for the Southern District of Texas.

8. I conducted a search of The Reynal Firm files to determine using the list of parties in interest listed in Schedule 1 hereto whether the Firm had any connections to or represented any of the parties listed on Schedule 1.

9. Except for Free Speech Systems, LLC ("FSS"), the search revealed that the Firm had and did not represent any of the parties listed on Schedule 1. The Firm also represents FSS and Kit Daniels, an FSS reporter, in connection with the Travis County Sandy Hook Lawsuits. Additionally, the Firm previously represented Owen Shroyer, an FSS reporter, in the Travis County Sandy Hook Lawsuits. And the firm also represented Jeffrey Shulse, a FSS employee, in an unrelated matter in the Southern District of New York. The firm's representation of Mr. Shulse in that prior matter concluded on January 24, 2022.

10. Furthermore, The Reynal Firm may have provided services to creditors or other parties in interest inadvertently omitted from Schedule 1 or the description above. If such connections exist, they would be on matters wholly unrelated to the service for which Debtor seeks to engage The Reynal Firm.

11. The results of the foregoing connections search process confirm that neither I, The Reynal Firm, nor any of its employees or partners, to the best of my knowledge, have any disqualifying connections.

12. Based on the connections review conducted to date and described herein, to the best of my knowledge and insofar as I can ascertain, I and The Reynal Firm do not hold an interest adverse to Debtor or the estate with respect to the matter on which the Firm is to be employed.

13. I am not a creditor, an equity security holder, or an insider of Debtor; I am not and was not within 2 years before the Petition Date a director of Debtor; and I do not have any interest materially adverse to the interests of Debtor's bankruptcy estate or any class of creditors or equity security holders.

14. The Reynal Firm is not a creditor, an equity security holder, or an insider of Debtor; The Reynal Firm is not and was not within 2 years before the Petition Date an employee, officer, or director of Debtor; and The Reynal Firm does not have any interest materially adverse to the interests of Debtor's bankruptcy estate or any class of creditors or equity security holders.

15. The Reynal Firm does not possess or assert any economic interest that would tend to lessen the value of the bankruptcy estate. The Reynal Firm also does not possess or assert any economic interest that would create either an actual or potential dispute in which the estate is a rival claimant. The Reynal Firm does not have any incentive to act contrary to the best interests of the estate and its creditors.

D. **Bankruptcy Rule 2016(b) Disclosures**

16. Pursuant to Bankruptcy Code § 504 and Bankruptcy Rule 2016, The Reynal Firm has not shared or agreed to share (a) any of its compensation from the representation of Debtor with any other persons, or (b) any compensation any other persons have received, may have received, or will receive.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2023,

By: */s/ F. Andino Reynal*
Federico Reynal

## SCHEDULE 1

## TO REYNAL DECLARATION

### SEARCHED PARTIES

Debtor & Professionals

Crowe & Dunlevy, P.C.
Jordan & Ortiz, P.C.

BlackBriar Advisors, LLC
Rachel Kennerly, LLC

Largest 20 Unsecured Creditors & Litigation Claimants

Elevated Solutions Group
Atomial LLC
Cloudfare, Inc.
Jacquelyn Blott
Joel Skousen
eCommerce CDN LLC
Paul Watson
Greenair, Inc.
Edgecast, Inc.
Ready Alliance Group, Inc.
Getty Images, Inc.
RatsMedical.com
David Icke Books Limited
WWCR
CustomTattoNow.com
AT&T
Justin Lair
Brennan Gilmore
Carlee Soto-Parisi
Carlos Soto
Christopher Sadowski

Dona Soto
Erica Lafferty
Francine Wheeler
Ian Hockley
Jacqueline Barden
Jennifer Hensel
Jeremy Richman
Jillian Soto
Leonard Pozner
Marcel Fontaine
Mark Barden
Neil Heslin
Nicole Hockley
PQPR Holdings Limited, LLC
Robert Parker
Scarlett Lewis
Veronique De La Rosa
William Sherlach
William Aledenberg
Larry Klayman
Randazza Legal Group

Additional Unsecured Creditors

Security Bank of Crawford
City of Austin
Texas Gas Service
Travis County MUD 3
Texas Disposal Systems, Inc.
Netflix, Inc.
Hulu, LLC
HBOMax

Amazon.com, Inc.
High Gabriel Water Supply
Corporation d/b/a Texas Water
Spectrum
Travis County WCID 17
Sirius XM Holdings, Inc.
AT&T, Inc.
Robert Schmidt

Attorneys for Creditors and Parties in Interest

    Kaster Lynch Farrar & Ball LLP
    Koskoff Koskoff & Bieder
    Zeisler & Zeisler P.C.
    The Akers Law Firm PLLC
    Waller Lansden Dortch & Davis, LLP
    McDowell Hetherington LLP
    Martin, Disiere, Jefferson & Wisdom L.L.P.
    Cain & Skarnulis PLLC
    Chamberlain, Hrdlicka, White, Williams & Aughtry P.C.
    McCarthy & Holthus, LLP
    Copycat Legal PLLC
    Akin Gump Strauss Hauer & Feld LLP
    Law Offices of Ray Battaglia, PLLC

U.S. Bankruptcy Judges and Staff

    Chief Judge David R. Jones
    Judge Marvin Isgur
    Judge Christopher M. Lopez
    Judge Jeffrey P. Norman
    Judge Eduardo V. Rodriguez
    Albert Alonzo
    Ana Castro
    Tracey Conrad
    Jeannie Chavez
    LinhThu Do
    Tyler Laws
    Kimberly Picota
    Vriana Portillo
    Mario Rios

U.S. Trustee Personnel

    Alicia Barcomb
    Jacqueline Boykin
    Luci Johnson-Davis
    Hector Duran
    Barbra Griffin
    Brian Henault
    Linda Motton
    Ha Nguyen
    Glenn Otto
    Yasmin Rivera
    Jayson B. Ruff
    Millie Sall
    Patricia Schmidt
    Christy Simmons
    Gwen Smith
    Stephen Statham
    Christopher R. Travis
    Clarissa Waxton
    Jana Whitworth