UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § § |
| ALEXANDER E. JONES, | §   CASE NO. 22-33553 § (Chapter 11) |
| DEBTOR. | § § § |

### NOTICE OF CONTINUED FIRST MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the continued meeting of creditors scheduled for February 23, 2023 has been further continued to **March 30, 2023 at 2:00 p.m. Central Time.** Any party wishing to participate may call 866-707-5468, then enter the Participant Code 6166997 followed by the pound or hashtag symbol - #.

Dated: February 23, 2023

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By: /s/ Jayson B. Ruff
Jayson B. Ruff
Trial Attorney
MI State Bar No. P69893
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext. 252
(713) 718-4670 Fax
Jayson.B.Ruff@usdoj.gov

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-33553-cml |
| Alexander E. Jones | Chapter 11 |
| Official Committee Of Unsecured Creditor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 8 |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf001 | Total Noticed: 167 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| cr | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850 Austin, TX 78701-4653 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| crcm | + | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |
| cr | + | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| 12339523 | + | ADP Total Source Insurance, 10200 Sunset Drive, Miami, FL 33173-3033 |
| 12339524 | + | ADP TotalSource Payroll, 10200 Sunset Drive, Miami, FL 33173-3033 |
| 12339537 | + | AWIO Web Services LLC, 6608 Truxton Ln, Raleigh, NC 27616-6694 |
| 12339522 | + | Addshoppers, Inc, 222 S. Church Street , #410M, Charlotte, NC 28202-3213 |
| 12339521 | + | Airco Mechanical, LTD, PO Box 1598, Round Rock, TX 78680-1598 |
| 12339525 | + | Alex E. Jones, c/o Crowe & Dunlevy, PC, Attn: Vickie L. Driver, 2525 McKinnon Street, Ste 425, Dallas, TX 75201-1543 |
| 12339526 | | Alex E. Jones, c/o Jordan & Ortiz, PC, Attn: Shelby Jordan, 500 North Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |
| 12339529 | + | Amazon Marketplace, Amazon Payments, Inc., 410 Terry Ave N., Seattle, WA 98109-5210 |
| 12339533 | + | American Media/Reality Zone, PO Box 4646, Thousand Oaks, CA 91359-1646 |
| 12339534 | + | Andrews, Christopher, 210 N. Beyer Street, Marion, TX 78124-4014 |
| 12339536 | + | Atomial, LLC, 1920 E. Riverside Drive, Suite A-120 #124, Austin, TX 78741-1350 |
| 12339538 | + | Balcones Recycling Inc., PO Box 679912, Dallas, TX 75267-9916 |
| 12339539 | + | Biodec, LLC, 901 S. Mopac Expressway,, Building 4, Ste 285, Austin, TX 78746-5776 |
| 12339540 | + | Blott, Jacquelyn, 200 University Boulevard, Suite 225 #251, Round Rock TX 78665-1096 |
| 12339541 | + | Brennan Gilmore, c/o Civil Rights Clinic, Attn Andrew Mendrala, 600 New Jersey Avenue, NW, Washington, DC 20001-2022 |
| 12339542 | + | Campco, 4625 W. Jefferson Blvd, Los Angeles, CA 90016-4006 |
| 12339543 | + | Carlee Soto-Parisi, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339544 | + | Carlos Soto, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339545 | + | Chamberlain Hrdlicka White et al, Attn Jarrod B. Martin, 1200 Smith Street, Ste 1400, Houston, TX 77002-4496 |
| 12339547 | #+ | Chelsea Green Publishing, 85 North Main Street Ste 120, White River Junction, VT 05001-7135 |
| 12339548 | + | Christopher Sadowski, c/o Copycat Legal PLLC, 3111 N. University Drive Ste. 301, Coral Springs, FL 33065-5058 |
| 12339549 | + | City of Austin, PO Box 2267, Austin, TX 78783-2267 |
| 12339550 | | Cloudflare, Inc, Dept LA 24609, Pasadena, CA 91185-4609 |
| 12339551 | + | Constant Contact, Inc., 1601 Trapelo Road, Watham, MA 02451-7357 |
| 12339552 | + | CustomTattooNow.com, 16107 Kensington Dr #172, Sugar Land, TX 77479-4224 |
| 12339553 | | David Icke Books Limited, c/o Ickonic Enterprises Limited, St. Helen's House King Street, Derby DE1 3EE, United Kingdom |
| 12339555 | + | De Lage Financial, Attn Litigation & Recovery, 111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 12339554 | + | Deese, Stetson, 328 Greenland Blvd. #81, Death Valley, CA 92328-9600 |
| 12339556 | | DirectTV, PO Box 006, Carol Stream, IL 60197 |

Case 22-33553   Document 180   Filed in TXSB on 02/25/23   Page 3 of 9

| District/off: 0541-4 | User: ADIuser | Page 2 of 8 |
| --- | --- | --- |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf001 | Total Noticed: 167 |

| | | |
| --- | --- | --- |
| 12339557 | + | Donna Soto, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339562 | + | EPS, LLC, 17350 State Hwy 249, Ste 220, #4331, Houston, TX 77064-1132 |
| 12339564 | + | ERM Protect, 800 South Douglas Road, Suite 940N, Coral Gables, FL 33134-3125 |
| 12339560 | | Edgecast, Inc., Dept CH 18120, Palatine, IL 60055-0001 |
| 12339561 | + | Elevated Solutions Group, 28 Maplewood Drive, Cos Cob, CT 06807-2601 |
| 12339563 | + | Erica Lafferty, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339567 | + | FW Robert Broadcasting Co, 2730 Loumor Ave, Metairie, LA 70001-5425 |
| 12339566 | + | Francine Wheeler, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339565 | + | Frost Insurance Agency, 401 Congress Avenue, 14th Floor, Austin ,TX 78701-3793 |
| 12339568 | + | Gabriela Tolentino, 5701 S Mopac Expy, Austin, TX 78749-1464 |
| 12339570 | | Gracenote, 29421 Network Place, Chicago, IL 60673-1294 |
| 12339572 | | Haivision Network Video, Deot CH 19848, Palatine, IL 60055-9848 |
| 12339573 | + | Ian Hockley, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339574 | + | Impact Fire Services, LLC, PO Box 735063, Dallas, TX 75373-5063 |
| 12339575 | | Independent Publishers Group, PO Box 2154, Bedford Park, IL 60499-2154 |
| 12339581 | + | JCE SEO, 6101 Broadway, San Antonio, TX 78209-4561 |
| 12339584 | + | JW JIB Productions, LLC, 2921 Carvelle Drive, Riviera Beach, FL 33404-1855 |
| 12339578 | + | Jacqueline Barden, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339579 | + | Jennifer Hensel, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339580 | + | Jeremy Richman, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12339582 | + | Jillian Soto-Marino, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339583 | + | Justin Lair, 1313 Lookout Ave, Klamath Falls, OR 97601-6533 |
| 12339585 | | KI4U.com, 212 Oil Patch Lane, Gonzales, TX 78629-8028 |
| 12339586 | + | Kaster Lynch Farrar & Ball, Attn Mark D. Bankston, 1117 Herkimer, Houston, TX 77008-6745 |
| 12339588 | + | Koskoff Koskoff & Bieder, Attn Alinor C. Sterling, 350 Fairfield Ave, Bridgeport, CT 06604-6002 |
| 12339591 | + | LIT Industrial, 1717 McKinney Ave #1900, Dallas, TX 75202-1253 |
| 12339589 | + | Leonard Pozner, c/o Avi Moshenberg, McDowell Hetherington, 1001 Fannin Street, Ste 2700, Houston, TX 77002-6774 |
| 12339590 | + | Lincoln-Remi Group, LLC, 1200 Benstein Rd., Commerce Twp., MI 48390-2200 |
| 12339592 | #+ | Logo It, LLC, 820 Tivy Street, Kerrville, TX 78028-3654 |
| 12339593 | | Lumen/Level 3 Communications, PO Box 910182, Denver, CO 80291-0182 |
| 12339600 | + | MRJR Holdings, LLC, PO Box 27740, Las Vegas, NV 89126-7740 |
| 12339596 | | Magento, PO Box 204125, Dallas, TX 75320-4105 |
| 12339595 | + | Mark Barden, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339597 | + | Microsoft Bing Ads, c/o Microsoft Online, Inc., P.O. Box 847543, 1950 N Stemmons Fwy, Ste 5010, Dallas, TX 75207-3199 |
| 12339598 | + | Miller, Sean, PO Box 763, Wyalusing, PA 18853-0763 |
| 12339603 | + | Neil Heslin, c/o Avi Moshenberg, McDowell Hetherington, 1001 Fannin Street, Ste 2700, Houston, TX 77002-6774 |
| 12339605 | + | NetSuite Inc, Bank of America Lockbox Services, Chicago, IL 60693-0001 |
| 12339606 | + | New Relic, 188 Spear Street, Suite 1200, San Francisco, CA 94105-1752 |
| 12339607 | | Newegg.com, 9997E. Rose Hills Road, Whittier, CA 90601 |
| 12339604 | + | Nicole Hockley, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339608 | + | One Party America, LLC, 6700 Woodlands Parkway, Suite 230-309, The Woodlands, TX 77382-2575 |
| 12339609 | | Orkin, Inc., 5810 Trade Center Drive, Suite 300, Austin, TX 78744-1365 |
| 12339614 | + | PQPR Holdings Limited, LLC, c/o Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| 12339610 | + | Payarc, 411 West Putnam Avenue, Ste 340, Greenwich, CT 06830-6291 |
| 12339611 | #+ | Paymentus, 18390 NE 68th St, Redmond, WA 98052-5057 |
| 12339617 | + | Perfect Imprints.com, 709 Eglin Pkwy NE, Fort Walton Beach, FL 32547-2527 |
| 12339612 | + | Perkins, Wes, General Delivery, Lockhart, TX 78644-9999 |
| 12339618 | + | Pipe Hitters Union, LLC, PO Box 341194, Austin, TX 78734-0020 |
| 12339613 | + | Poulsen, Debra, 112 Eames St., Elkhorn, WI 53121-1228 |
| 12339620 | + | Power Reviews, Inc., 1 N. Dearborn Street, Chicago, IL 60602-4331 |
| 12339616 | + | Precision Oxygen, 13807 Thermal Dr, Austin, TX 78728-7735 |
| 12339621 | + | Precision Camera, 2438 W Anderson Ln, Austin, TX 78757-1149 |
| 12339622 | + | Private Jets, LLC, 1250 E. Hallandale Beach Blvd, Suite 505, Hallandale, FL 33009-4635 |
| 12339615 | + | Protection 1 Alarm, PO Box 219044, Kansas City, MO 64121-9044 |
| 12339623 | + | Public Storage, 2301 E. Ben White Blvd, Austin, TX 78741-7110 |
| 12339624 | #+ | Randazza Legal Group, PLLC, 2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117-3400 |
| 12339625 | + | RatsMedical.com, c/o Rapid Medical, 120 N Redwood Rd, North Salt Lake, UT 84054-2792 |
| 12339626 | + | Ready Alliance Group, Inc, PO Box 1709, Sandpoint, ID 83864-0901 |
| 12339627 | + | Reeves Law, PLLC, Attn Bradley Reeves, 702 Rio Grande St., Ste 203, Austin, TX 78701-2720 |
| 12339628 | | Renaissance, PO Box 8036, Wisconsin Rapids, WI 54495-8036 |
| 12339629 | + | Restore America, PO Box 147, Grimsley, TN 38565-0147 |
| 12339630 | | Richard Coan, Chapter 7 Trustee for Debtor Erica Laffe, c/o Eric Henry, 10 Middle Street, Bridgeport, CT 06604-4257 |
| 12339631 | + | Robert Parker, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |

Case 22-33553   Document 180   Filed in TXSB on 02/25/23   Page 4 of 9

| District/off: 0541-4 | User: ADIuser | Page 3 of 8 |
| --- | --- | --- |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf001 | Total Noticed: 167 |

| | | |
| --- | --- | --- |
| 12339639 | + | SLNT, 30 N Gould St, Ste 20647, Sheridan, WY 82801-6317 |
| 12339632 | + | Scarlett Lewis, c/o Avi Moshenberg, McDowell Hetherington, 1001 Fannin Street, Ste 2700, Houston, TX 77002-6774 |
| 12339633 | | Security Bank of Crawford, PO Box 90, Crawford, TX 76638-0090 |
| 12339634 | | Simon & Schuster, PO Box 70660, Chicago, IL 60673-0660 |
| 12339635 | | SintecMedia NYC, Inc. DBA Operative, PO Box 200663, Pittsburgh, PA 15251-2662 |
| 12339636 | + | Skousen, Joel, PO Box 565, Spring City, UT 84662-0565 |
| 12339637 | + | Skyhorse Publishing, 307 West 36th Street, 11th Floor, New York, NY 10018-6592 |
| 12339640 | | Spectrum Enterprise, aka Time Warner Cable, 1600 Dublin Road, Columbus, OH 43215-2098 |
| 12339641 | + | Stamps.com, 1990 E Grand Ave., El Segundo, CA 90245-5013 |
| 12339642 | + | Stone Edge Technologies, Inc, 660 American Avenue, Suite 204, King of Prussia, PA 19406-4032 |
| 12339643 | + | Stratus Technologies, 5 Mill & Main Place, Suite 500, Maynard, MA 01754-2660 |
| 12339644 | | Studio 2426, LLC, 1920 E. Riverside Drive, Suite A120, Austin, TX 78741-1350 |
| 12339645 | | Synergy North America, Inc, 11001 W. 120th Avenue, Suite 400, Broomfield, CO 80021-3493 |
| 12339646 | | TD Canada Trust, 421 7th Avenue SW, Calgary, AB T2P 4K9, Canada |
| 12339649 | | Texas Comptroller, PO Box 13003, Austin, TX 78711-3003 |
| 12339647 | | Texas Disposal Systems, Inc, PO Box 674090, Dallas, TX 75267-4090 |
| 12339648 | + | Texas Gas Service, PO Box 219913, Kansas City, MO 64121-9913 |
| 12339650 | + | Textedly, 133 N. Citrus Ave., Suite 202, Los Angeles, CA 90036 |
| 12339651 | + | The Creative Group, c/o Robert Half, 2884 Sand Hill Road, Ste 200, Menlo Park, CA 94025-7072 |
| 12339594 | + | The Estate of Marcel Fontaine, c/o McDowell Hetherington LLP, Attn Avi Moshenberg, 100 Fannin, Ste 2700, Houston, TX 77002-1915 |
| 12339653 | | The Hartford, PO Box 14219, Lexington, KY 40512-4219 |
| 12339654 | | The Steam Team, Inc, 1904 W. Koeing Lane, Austin, TX 78756-1211 |
| 12339655 | + | Third Coast Graphics, Inc, 110 Del Monte Dr., Friendswood, TX 77546-4487 |
| 12339658 | + | Thomas, David, 79 Malone Hill Road, Elma, WA 98541-9206 |
| 12339656 | | Travelers, PO Box 660317, Dallas, TX 75266-0317 |
| 12339657 | + | Travis County, PO Box 149328, Austin, TX 78714-9328 |
| 12339659 | + | U.S. Legal Support, PO Box 4772, Houston, TX 77210-4772 |
| 12339661 | + | Vazquez, Valdemar Rodriguez, 145 Quail Ridge Drive, Kyle TX 78640-9788 |
| 12339663 | + | Verizon Edgecast, 13031 West Jefferson Blvd, Bldg 900, Los Angeles, CA 90094-7002 |
| 12339664 | + | Veronique De La Rosa, c/o Avi Moshenberg, McDowell Hetherington, 1001 Fannin Street, Ste 2700, Houston, TX 77002-6774 |
| 12339665 | + | Vultr, 14 Cliffwood Avenue, Suite 300, Matawan, NJ 07747-3931 |
| 12339675 | + | WMQM-AM 1600, 21 Stephen Hill Road, Atoka, TN 38004-7183 |
| 12339676 | | WWCR, 1300 WWCR Avenue, Nashville, TN 37218-3800 |
| 12339666 | + | Waste Connections Lone Star, Inc., PO Box 17608, Austin, TX 78760-7608 |
| 12339667 | + | Water Event-Pure Water Solutions, 1310 Missouri St, South Houston, TX 77587-4537 |
| 12339668 | | Watson, Paul, 9 Riverdale Road, Ranmoor Sheffield, South Yorkshire S10 3FA, United Kingdom |
| 12339669 | | Westwood One, LLC, 3542 Momentum Place, Chicago, IL 60689-5335 |
| 12339670 | + | Wheeler, David, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339672 | + | William Aldenberg, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339671 | + | William Sherlach, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-4653 |
| 12339673 | + | Willow Grove Productions, 1810 Rockcliff Road, Austin, TX 78746-1215 |
| 12339674 | | Wisconsin Dept. of Revenue, PO Box 3028, Milwaukee, WI 53201-3028 |
| 12339677 | + | Your Promotional Products, LLC, 133 North Friendswood Ste 186, Friendswood, TX 77546-3746 |
| 12339678 | + | Zendesk, Inc, 989 Market Street, San Francisco, CA 94103-1708 |
| 12339679 | + | Zoom US, 55 Almaden Blvd, 6th Floor, San Jose, CA 95113-1608 |
| 12339559 | + | eCommerce CDN, LLC, 221 E 63rd Street, Savannah, GA 31405-4226 |
| 12339599 | + | mongoDB Cloud, 1633 Broadway 39th Floor, New York, NY 10019-6757 |

TOTAL: 150

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
| --- | --- | --- | --- |
| cr | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 23 2023 20:11:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| 12339535 | Email/Text: g17768@att.com | Feb 23 2023 20:11:00 | AT&T, PO Box 5001, Carol Stream, IL 60197-5001 |
| 12339527 + | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2023 20:11:00 | Ally Auto, PO Box 9001948, Louisville, KY 40290-1948 |
| 12339528 | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 23 2023 20:19:05 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK |

Case 22-33553   Document 180   Filed in TXSB on 02/25/23   Page 5 of 9

| District/off: 0541-4 | User: ADIuser | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: pdf001 | Total Noticed: 167 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 73118-7901 |
| 12339530 | | Email/Text: bankruptcynotices@amazon.com | Feb 23 2023 20:12:00 | Amazon Web Services, 410 Terry Avenue North, Seattle, WA 98109-5210 |
| 12339531 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2023 20:19:10 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 12335804 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2023 20:19:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12339587 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Feb 23 2023 20:11:00 | Konica Minolta Premier Finance, PO Box 41602, Philadelphia, PA 19101-1602 |
| 12339569 | | Email/Text: Mailbox-Bankruptcy@gettyimages.com | Feb 23 2023 20:11:00 | Getty Images, Inc, PO Box 953604, St. Louis, MO 63195-3604 |
| 12339576 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2023 20:11:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12339577 | | Email/Text: bankruptcy2@ironmountain.com | Feb 23 2023 20:12:00 | Iron Mountain, Inc, PO Box 915004, Dallas, TX 75391-5004 |
| 12339602 | + | Email/Text: ed@mvdb2b.com | Feb 23 2023 20:12:00 | MVD Entertainment Group, 203 Windsor Rd, Pottstown, PA 19464-3405 |
| 12339601 | | Email/Text: ed@mvdb2b.com | Feb 23 2023 20:12:00 | Music Videos Distributors, 203 Windsor Rd, Pottstown, PA 19464-3405 |
| 12339638 | | Email/Text: bankruptcy@dsservices.com | Feb 23 2023 20:11:00 | Sparkletts & Sierra Springs, PO Box 660579, Dallas, TX 75266-0579 |
| 12339660 | + | Email/Text: accounts.receivable@uline.com | Feb 23 2023 20:12:00 | Uline Shipping Supply, 12575 Uline Drive, Pleasant Prarie, WI 53158-3686 |
| 12339662 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 23 2023 20:11:00 | Verizon, PO Box 660108, Dallas, TX 75266-0108 |
| 12339558 | + | Email/Text: jstauffe_bk@ebay.com | Feb 23 2023 20:12:00 | eBay, 2025 Hamilton Avenue, San Jose, CA 95125-5904 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| cr | | David Wheeler |
| cr | | Donna Soto |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |
| cr | | Mark Barden |
| cr | | Nicole Hockley |
| cr | | Robert Parker |
| cr | | William Aldenberg |
| cr | | William Sherlach |
| 12339532 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 12339546 | *+ | Chamberlain Hrdlicka White et al, Attn Jarrod B. Martin, 1200 Smith Street, Ste 1400, Houston, TX 77002-4496 |
| 12339652 | *+ | The Estate of Marcel Fontaine, c/o McDowell Hetherington LLP, Attn Avi Moshenberg, 100 Fannin, Ste 2700, Houston, TX 77002-1915 |
| 12339571 | ##+ | Greenair, Inc, 23569 Center Ridge Road, Westlake, OH 44145-3642 |
| 12339619 | ##+ | Post Hill Press, LLC, 8115 Isabella Lane, Ste. 4, Brentwood, TN 37027-9110 |

TOTAL: 14 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023                              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

**Name**                           **Email Address**

Avi Moshenberg
                    on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com

Avi Moshenberg
                    on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com

Avi Moshenberg
                    on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com

Avi Moshenberg
                    on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com

Avi Moshenberg
                    on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com

Christina Walton Stephenson
                    on behalf of Debtor Alexander E. Jones Crissie.Stephenson@crowedunlevy.com
                    elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Elizabeth Carol Freeman
                    on behalf of Interested Party Melissa A Haselden liz@lizfreemanlaw.com
                    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Ha Minh Nguyen
                    on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jarrod B. Martin
                    on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com
                    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
                    on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com
                    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
                    on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com
                    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
                    on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com
                    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
                    on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com
                    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jason Starks
                    on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jayson B. Ruff
                    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jennifer Jaye Hardy
                    on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 8 |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf001 | Total Noticed: 167 |

Jennifer Jaye Hardy
    on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

John D Malone
    on behalf of Creditor Security Bank of Texas myra@johnmalonepc.com  myra@johnmalonepc.com

Marty L Brimmage
    on behalf of Creditor Nicole Hockley mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlos M Soto mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Mark Barden mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor William Sherlach mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor William Aldenberg mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Francine Wheeler mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Donna Soto mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor David Wheeler mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Neil Heslin mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Robert Parker mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

District/off: 0541-4                          User: ADIuser                          Page 7 of 8
Date Rcvd: Feb 23, 2023                       Form ID: pdf001                        Total Noticed: 167

| | |
|---|---|
| Marty L Brimmage | on behalf of Creditor Ian Hockley mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Marty L Brimmage | on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com |
| Melissa A Haselden | mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com |
| Melissa A Haselden | on behalf of Interested Party Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com |
| Nicholas Lawson | on behalf of Creditor Scarlett Lewis nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Leonard Pozner nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Neil Heslin nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Marcel Fontaine nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Veronique De La Rosa nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Raymond William Battaglia | on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com |
| Richard A. Cochrane | on behalf of Creditor Nicole Hockley rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor William Aldenberg rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Ian Hockley rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Carlos M Soto rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Marcel Fontaine rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor David Wheeler rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Jennifer Hensel rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Jacqueline Barden rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Jillian Soto-Marino rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor William Sherlach rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Robert Parker rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Leonard Pozner rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Veronique De La Rosa rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Mark Barden rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Carlee Soto Parisi rcochrane@akingump.com  jlangmack@akingump.com |

| District/off: 0541-4 | User: ADIuser | Page 8 of 8 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: pdf001 | Total Noticed: 167 |

| | |
|---|---|
| Richard A. Cochrane | on behalf of Creditor Scarlett Lewis rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Donna Soto rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Francine Wheeler rcochrane@akingump.com  jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Neil Heslin rcochrane@akingump.com  jlangmack@akingump.com |
| Ryan E Chapple | on behalf of Creditor David Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Nicole Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlos M Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Aldenberg rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Mark Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Donna Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Robert Parker rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Sherlach rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jacqueline Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com  aprentice@cstrial.com |
| Shelby A Jordan | on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vickie L Driver | on behalf of Debtor Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Yoshie Valadez | on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com  yvaladez@mccarthyholthus.com |

TOTAL: 86