IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO ORDER
AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF ALEXANDER E. JONES TO RETAIN AND EMPLOY NARDELLO & CO. LLC AS
SPECIALIZED FORENSIC FINANCIAL ADVISOR,
EFFECTIVE AS OF JANUARY 5, 2023**

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas* (the "Complex Chapter 11 Case Procedures"), the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case of Alexander E. Jones (the "Debtor") certifies as follows:

1. On February 6, 2023, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Alexander E. Jones to Retain and Employ Nardello & Co. LLC as Specialized Forensic Financial Advisor, Effective as of January 5, 2023* [ECF No. 136] (the "Application").

2. The deadline for receipt of objections to the Application passed on February 27, 2023. In accordance with paragraph 44 of the Complex Chapter 11 Case Procedures, the undersigned represents to the Court that the Committee is unaware of any objection to the Application, and that counsel to the Committee has reviewed the Court's docket and no objection/response appears thereon.

3. Attached hereto as **Exhibit A** is a blackline of the proposed *Order Authorizing Retention and Employment of Nardello & Co. LLC as Specialized Forensic Financial Advisor to*

*the Official Committee of Unsecured Creditors, Effective as of January 5, 2023* (the "Proposed Order") filed with the Application marked against a revised version of the Proposed Order (the "Revised Proposed Order"), the latter of which incorporates certain informal comments received from Debtor's counsel. A clean version of the Revised Proposed Order is attached hereto as **Exhibit B**.

WHEREFORE, the Committee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: February 28, 2023                    Respectfully submitted,


                                            By: /s/ Marty L. Brimmage, Jr.
                                            Marty L. Brimmage, Jr.

                                            **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                            Marty L. Brimmage, Jr.
                                            Texas Bar No. 00793386
                                            Lacy M. Lawrence
                                            Texas Bar No. 24055913
                                            2300 N. Field Street, Suite 1800
                                            Dallas, Texas 75201-4675
                                            Telephone: (214) 969-2800
                                            Facsimile: (214) 969-4343
                                            Email: mbrimmage@akingump.com
                                            Email: llawrence@akingump.com

                                            -and-

                                            Ira S. Dizengoff (admitted *pro hac vice*)
                                            David M. Zensky (admitted *pro hac vice*)
                                            Philip C. Dublin (admitted *pro hac vice*)
                                            Sara L. Brauner (admitted *pro hac vice*)
                                            Katherine Porter (admitted *pro hac vice*)
                                            One Bryant Park
                                            New York, NY 10036-6745
                                            Telephone: (212) 872-1000
                                            Facsimile: (212) 872-1002
                                            Email: idizengoff@akingump.com
                                            Email: dzensky@akingump.com
                                            Email: pdublin@akingump.com
                                            Email: sbrauner@akingump.com
                                            Email: kporter@akingump.com

                                            *Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones*

## **CERTIFICATE OF SERVICE**

I certify that on February 28, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.
