IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**SECOND MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS
CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM
JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Name of Applicant: | Crowe & Dunlevy, P.C. | |
|---|---|---|
| **Applicant's Role in Case:** | Co-Counsel to Debtor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #104) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 01/01/2023 | 01/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $104,176.80[1] (80% of $130,221.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $1,089.21[2] | |
| **Summary Attorney Fees for the Period Covered by this Statement** | | |
| **Attorneys Fees in this Statement:** | $115,913.50 | |
| **Total Actual Attorneys Hours Covered by this Statement:** | 173.50 | |
| **Average Hourly Rate for Attorneys:** | $668.08 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| **Paraprofessional Fees Requested in this Statement:** | $14,307.50 | |
| **Total Actual Paraprofessional Hours Covered by this Statement:** | 48.50 | |
| **Average Hourly Rate for Paraprofessionals:** | $295.00 | |

---

[1] Counsel is holding $278,108.88 as a retainer in its IOLTA Account which is included in this fee/expense request.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**SECOND MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 1**

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], Crowe & Dunlevy, P.C. ("C&D"), as co-counsel to the Debtor, hereby files its *Second Monthly Fee Statement of Crowe & Dunlevy, P.C. for Allowance of Compensation for Services Rendered as Co-Counsel to the Debtor for the Period from January 1, 2023 through January 31, 2023* (the "Monthly Fee Statement").

## RELIEF REQUESTED

1.      By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, C&D seeks interim payment of $104,176.80 (80% of 130,221.00) as compensation for professional services rendered to the Debtor during the period from January 1, 2023 through January 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $1,089.21, for a total amount of $105,266.01 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2.      In support of the Monthly Fee Statement, C&D submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Legal Fees by Category as Counsel*

**SECOND MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 2**

*for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Co-Counsel for the Fee Period*, attached hereto as **Exhibit C**.

3.      Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order), and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline:

a.      Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b.      U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c.      Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d.      Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e.      Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f.      Any other parties that the Court may designate.

**SECOND MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 3**

In light of the nature of the relief requested herein, C&D submits that no further or other notice is required.

4.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. C&D reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5.      Therefore, C&D respectfully submits support for its fees in the amount of $104,176.80 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $1,089.21 for reasonable, actual and necessary expenses incurred during the Fee Period. C&D further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to C&D the amount of $105,266.01[3] which is equal to the sum of 80% of C&D's fees and 100% of C&D's expenses incurred during the Fee Period.

---

[3] Such payment to be made first from any existing retainer funds held by C&D for the Debtor.

**SECOND MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 4**

Houston, TX
Dated: March 2, 2023

**CROWE & DUNLEVY, P.C.**

By: */s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

**ATTORNEYS FOR DEBTOR ALEXANDER
E. JONES**

## CERTIFICATE OF SERVICE

I certify that on March 2, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a.   Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b.   U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c.   Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d.   Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e.   Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f.   Any other parties that the Court may designate.

*/s/ Christina W. Stephenson*
Christina W. Stephenson

**SECOND MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 6**

## EXHIBIT "A"

### SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Online Research | 3.40 |
| Working Meals | 134.79 |
| Lodging/Travel | 951.02 |

## EXHIBIT "B"

### SUMMARY OF LEGAL FEES AND EXPENSES BY CATEGORY
### FOR THE FEE PERIOD

| CATEGORIES | ATTORNEY TIME | PARALEGAL TIME |
|---|---|---|
| B110 Case Administration | 62.00 | 11.4 |
| B120 Asset Analysis and Recovery | 20.90 | 10.9 |
| B130 Asset Disposition | 1.30 | 0.9 |
| B140 Relief from Stay/Adequate Protection | 4.70 | 0.4 |
| B150 Meetings of & Communications with Creditors | 8.80 | 0.2 |
| B160 Fee/Employment Applications | 45.70 | 22.40 |
| B170 Fee/Employment Objections | 71.80 | 0.00 |
| B180 Avoidance Action Analysis | 0.00 | 0.00 |
| B185 Assumption/Rejection of Executory Contracts | 13.70 | 1.4 |
| B190 Other Contested Matters | 9.70 | 0.6 |
| B195 Non-Working Travel | 4.00 | 0.00 |
| B210 Business Operations | 11.50 | 0.00 |
| B220 Employee Benefits/Pensions | 0.00 | 0.00 |
| B230 Financing/Cash Collections | 0.00 | 0.00 |
| B240 Tax Issues | 13.30 | 0.00 |
| B250 Real Estate | 0.00 | |
| B260 Board of Directors Matters | 0.00 | |
| B310 Claims Administration and Objections | 1.30 | 0.00 |
| B320 Plan and Disclosure Statement | .30 | 0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.00 | 0.00 |
| B420 Restructurings | 0.00 | 0.00 |
| **TOTALS:** | **173.50** | **48.50** |

## <u>EXHIBIT "C"</u>

## DETAILED RECORD OF FEES FOR THE FEE PERIOD

**CROWE&DUNLEVY**
ATTORNEYS AND COUNSELORS AT LAW

**2525 MCKINNON, SUITE 425**
**DALLAS, TX 75201**
**(214) 420-2163**
TAX I.D. NUMBER 73-1055796

February 28, 2023
Invoice # 750396

Alex "AJ" Jones
ATTN: Shelby A. Jordan                                    Responsible Attorney
6207 Bee Cave Road, Suite 120                              Vickie L. Driver
Austin, TX 78746


Client #        50134
Matter #        00802

Post – petition


## INVOICE SUMMARY

Current Invoice Total Fees                                  $130,221.00
Current Invoice Total Expenses                               $1,089.21
**Current Invoice Total**                                  **$131,310.21**


*Payment Instructions*

| Check Remittance: | Credit Card Remittance: | Wire Remittance: |
|---|---|---|
| **Mail To:** | **https://www.crowedunlevy.com/makeapayment/** | **Bank Name: BancFirst** |
| **Crowe & Dunlevy** | | **Routing #103003632** |
| **Braniff Building** | | **Oklahoma City, OK 73102** |
| **324 N. Robinson Ave., Ste. 100** | | **Account Name: Crowe & Dunlevy** |
| **Oklahoma City, OK 73102** | | **Account Number 4025023715** |
| | | **Swift Code BFOKUS44** |

*Please refer to Invoice # 750396 and any other invoice numbers being paid on your remittance.*

Jones, Alex "AJ"                                                                                          Page 2
                                                                                                February 28, 2023

Client #          50134                                                            Invoice # 750396
Matter #          00802                                                          Responsible Attorney
                                                                                      Vickie L. Driver

Post - petition


### SUMMARY OF PREVIOUS UNPAID INVOICES

| Invoice Number | Invoice Date | Amount Billed | Credits Applied | Balance Due |
|---|---|---|---|---|
| 748460 | 01/27/2023 | 216,152.92 | -173,698.12 | 42,454.80 |
| | **TOTALS:** | $216,152.92 | $-173,698.12 | $42,454.80 |

Jones, Alex "AJ"                                                                    Page 3
                                                                         February 28, 2023

Client #        50134                                              Invoice # 750396
Matter #        00802                                           Responsible Attorney
                                                                    Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 01/02/2023 | C. Stephenson | B110/ | Review correspondence and messages regarding document production and request information. | 1.40 |
| 01/03/2023 | C. Craig | B190/ | Review and analyze Texas State Court filings to assess status of actions against Debtor. | 0.30 |
| 01/03/2023 | C. Stephenson | B110/ | Review and respond to correspondence regarding requests for information and specific documents (2.4); calls regarding same (1.2); review and respond to inquiries regarding specific creditor notices (1.3). | 4.90 |
| 01/04/2023 | C. Stephenson | B195/ | Nonworking travel to Austin to meet with FAs and FSS professionals [billed at half time] (4.0). | 2.00 |
| 01/04/2023 | E. Weaver | B110/ | Electronic case file management of final versions of pleadings and FSS and AJ filings. | 3.20 |
| 01/04/2023 | E. Weaver | B120/ | Electronic document and case file management of motor home loan documents. | 0.60 |
| 01/05/2023 | C. Craig | B160/ | Draft revisions to proposed order on interim compensation motion based on Trustee's Office and Unsecured Creditor Committee comments. | 0.40 |

Jones, Alex "AJ"                                                                   Page 4
                                                                          February 28, 2023

Client #        50134                                              Invoice # 750396
Matter #        00802                                          Responsible Attorney
                                                                     Vickie L. Driver

Post - petition

| 01/05/2023 | C. Craig | B160/ | Draft revisions to proposed order on application to employ Jordan & Ortiz based on Trustee's Office and Unsecured Creditor Committee comments. | 0.30 |
|---|---|---|---|---|
| 01/05/2023 | C. Craig | B160/ | Draft revisions to proposed order on application to employ Crowe & Dunlevy based on Trustee's Office and Unsecured Creditor Committee comments. | 0.30 |
| 01/05/2023 | C. Craig | B210/ | Draft revisions to proposed order on utility motion based on Trustee's office and Unsecured Creditor Committee comments. | 0.30 |
| 01/05/2023 | C. Stephenson | B110/ | Meetings with FAs and FSS staff (3.5); meetings with business people (1.1); working dinner with B. Schliezer and H. Kessler (1.7). | 5.30 |
| 01/05/2023 | C. Stephenson | B160/ | Review revised orders and comments from UST and UCC on professional applications and interim compensation motion. | 2.30 |
| 01/05/2023 | C. Stephenson | B210/ | Review revised proposed order on utility motion and related correspondence. | 0.60 |
| 01/05/2023 | E. Weaver | B110/ | Review client files on Litshare to determine if we have the trust document for the Missouri779384 Trust (.4); email correspondence to C. Stephenson regarding same (.1). | 0.50 |

Jones, Alex "AJ"                                                                 Page 5
                                                                    February 28, 2023

Client #        50134                                          Invoice # 750396
Matter #        00802                                    Responsible Attorney
                                                               Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 01/05/2023 | E. Weaver | B160/ | Review case docket and compile relevant pleadings to prepare for 01-06-2023 status conference in the FSS case. | 2.80 |
| 01/05/2023 | E. Weaver | B160/ | Review correspondence for employment application received from Shelby Jordan's office and draft correspondence regarding same. | 0.30 |
| 01/05/2023 | E. Weaver | B160/ | Procure proposed order approving interim compensation for Crowe & Dunlevy and draft correspondence regarding same. | 0.20 |
| 01/05/2023 | E. Weaver | B320/ | Review stipulation and agreed order extending deadline to file plan of reorganization and object to dischargeability in the FSS case (.1); docket extended deadlines for same (.2). | 0.30 |
| 01/06/2023 | C. Craig | B160/ | Phone conference to obtain trust formation documents per request by Trustee's Office to provide information regarding retainer paid to Crowe & Dunlevy on behalf of Debtor. | 0.20 |
| 01/06/2023 | C. Craig | B160/ | Draft correspondence to obtain trust formation documents per request by Trustee's Office to provide information regarding retainer paid to Crowe & Dunlevy on behalf of Debtor. | 0.20 |

Jones, Alex "AJ"                                                                    Page 6
                                                                        February 28, 2023

Client #        50134                                           Invoice # 750396
Matter #        00802                                       Responsible Attorney
                                                                Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 01/06/2023 | C. Stephenson | B110/ | Attend FSS Status conference (.5); draft related correspondence (.4); breakfast meeting with B. Schliezer and H. Kessler (1.1); conference regarding financials and schedules matters (1.3); calls and correspondence regarding trust (.8); review and respond regarding open IDI items (.3). | 4.40 |
| 01/06/2023 | C. Stephenson | B160/ | Review Missouri Trust document. | 0.90 |
| 01/06/2023 | C. Stephenson | B195/ | Nonworking travel to Dallas [billed at half time] (4.0). | 2.00 |
| 01/06/2023 | E. Weaver | B110/ | TXSOS search for Atomial, LLC and search for addresses for returned notices of bankruptcy. | 1.00 |
| 01/06/2023 | E. Weaver | B110/ | Attention to correspondence from US Trustee's office regarding open items discussed at the initial debtor interview and forward to Blackbriar Advisors. | 0.10 |
| 01/09/2023 | N. Collins | B240/ | Research IRS guidance on donations of cryptocurrency for federal income tax purposes. | 1.70 |
| 01/09/2023 | C. Craig | B210/ | Review and analyze correspondence from utility provider regarding utility motion (.2); review client info to develop response to same (.2); draft response to utility provider (.2). | 0.60 |

Jones, Alex "AJ"                                                                      Page 7
                                                                          February 28, 2023

Client #        50134                                             Invoice # 750396
Matter #        00802                                          Responsible Attorney
                                                                  Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 01/09/2023 | V. Driver | B110/ | Calls and emails with client and financial advisors preparing for 341 meeting (1.3); review and analyze comments to first day orders and related issues on upcoming hearing (1.2). | 2.50 |
| 01/09/2023 | V. Driver | B150/ | Emails with T. Whitley at Security bank on motor home loan and guaranty (.3); emails with committee counsel on status calls (.2). | 0.20 |
| 01/09/2023 | C. Stephenson | B160/ | Review and respond to UCC correspondence regarding objection deadlines and proposed meeting times (.6); revise proposed orders (.8); draft UST correspondence regarding same (.8); review and respond to correspondence regarding interim compensation procedures (.6). | 2.80 |
| 01/09/2023 | C. Stephenson | B190/ | Review client documents and information and draft related correspondence. | 4.40 |
| 01/09/2023 | C. Stephenson | B210/ | Attention to utility communication and draft related correspondence. | 0.40 |
| 01/09/2023 | E. Weaver | B110/ | Research notice address for customers in bankruptcy and coordinate service of Utilities motion to updated address. | 0.40 |
| 01/09/2023 | E. Weaver | B160/ | Review revised proposed order granting interim compensation procedures with comments from the UST and UCC. | 0.10 |

Jones, Alex "AJ"                                                                                      Page 8
                                                                                            February 28, 2023

Client #          50134                                                                     Invoice # 750396
Matter #          00802                                                                Responsible Attorney
                                                                                             Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 01/10/2023 | C. Craig | B120/ | Review and analyze client-provided materials to develop infographs on debtor business relationship (2.0); develop infographs on debtor business relationships (1.5). | 3.50 |
| 01/10/2023 | C. Craig | B160/ | Draft changes to Shelby Jordan affidavit and Driver dec. | 1.10 |
| 01/10/2023 | V. Driver | B110/ | Calls with BlackBriar on progress in financial information for schedules and statements and remaining gaps in same. | 1.10 |
| 01/10/2023 | V. Driver | B120/ | Analyze need and contents of org chart for UST and other parties in interest (.6); review and revise same (.3); update committee on general status of financial investigation and related matters via email (.6); emails on security bank balance (.2). | 1.70 |
| 01/10/2023 | V. Driver | B130/ | Email with counsel for security bank regarding status of creditor as unsecured due to guaranty  (.2); emails regarding loan statement and outstanding balance (.2). | 0.40 |
| 01/10/2023 | V. Driver | B160/ | Review and approve supplemental declaration for C&D employment application (.4); emails and analysis of emails from committee on differences in matrix and our disclosure listing (.4). | 0.80 |

Jones, Alex "AJ"

Page 9
February 28, 2023

| Client # | 50134 | | | Invoice # 750396 |
| Matter # | 00802 | | | Responsible Attorney |
| | | | | Vickie L. Driver |

Post - petition

| | | | | |
|---|---|---|---|---|
| 01/10/2023 | C. Stephenson | B110/ | Call with UST regarding schedules and proposed order changes (.5); draft and review related correspondence (.4). | 0.90 |
| 01/10/2023 | C. Stephenson | B110/ | Prepare for and attend initial 341 meeting (2.8); client call regarding same (.6); draft and review related correspondence (.8); call with UST regarding same (.3); call with financial advisors regarding same (.3). | 4.80 |
| 01/10/2023 | C. Stephenson | B160/ | Review and respond to multiple UCC correspondence (.8); review conflict inquiry (.7); review and revise supplemental declaration (.7). | 2.20 |
| 01/10/2023 | C. Stephenson | B190/ | Draft correspondence regarding follow up on requests for documents from PQPR and D. Jones (.4); draft correspondence regarding additional client documents (1.6). | 2.00 |
| 01/10/2023 | E. Weaver | B110/ | Review and search client files for Mountain Way, LLC and AJ Agreement(s). | 0.20 |
| 01/10/2023 | E. Weaver | B110/ | Review and download document production FSS shared with PQPR's counsel and Subchapter V Trustee. | 0.60 |
| 01/10/2023 | E. Weaver | B120/ | Electronic document and case file management of trust files, intellectual property files, and sales reconciliation report received from Ray Battaglia. | 2.80 |

Jones, Alex "AJ"                                                                                         Page 10
                                                                                              February 28, 2023

Client #          50134                                                            Invoice # 750396
Matter #          00802                                                          Responsible Attorney
                                                                                     Vickie L. Driver

Post - petition

| 01/10/2023 | E. Weaver | B130/ | Review email correspondence regarding past due loan with Security Bank and question regarding payoff of loan after FSS case filed. | 0.10 |
|---|---|---|---|---|
| 01/11/2023 | N. Collins | B240/ | Draft summary correspondence to Vickie Driver and Crissie Stephenson regarding the tax treatment of bitcoin donations. | 0.80 |
| 01/11/2023 | V. Driver | B120/ | Work with financial advisors to organize documents for committee review in rolling production format (.7); follow up with counsel for D. Jones on production of information or documents (.2). | 0.90 |
| 01/11/2023 | V. Driver | B150/ | Initial weekly call with UCC lawyers to discuss various letters set, responses to same, and general working protocols and document production status. | 0.90 |
| 01/11/2023 | C. Stephenson | B110/ | Review and analyze Org Chart and draft related correspondence (1.4); revise Org chart PowerPoint (.3). | 1.70 |
| 01/11/2023 | C. Stephenson | B110/ | Draft correspondence regarding continued 341 Meeting (.6); draft stipulation regarding same (.8). | 1.40 |
| 01/11/2023 | C. Stephenson | B150/ | Prepare for and attend UCC call regarding various matters. | 0.70 |

Jones, Alex "AJ"                                                                          Page 11
                                                                                February 28, 2023

Client #          50134                                              Invoice # 750396
Matter #          00802                                          Responsible Attorney
                                                                      Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 01/11/2023 | C. Stephenson | B160/ | Review and respond to UCC correspondence regarding conflicts list (.2); draft and review correspondence regarding supplemental declarations (1.7). | 1.90 |
| 01/11/2023 | C. Stephenson | B190/ | Review and respond to correspondence from S. Roberts regarding requests for information. | 0.40 |
| 01/11/2023 | E. Weaver | B120/ | Review and compile storage unit information/documents and forward to Ray Battaglia via fileshare. | 0.40 |
| 01/11/2023 | E. Weaver | B120/ | Electronic case file management and index 08-29-22 document production FSS shared with PQPR's counsel and Subchapter V Trustee. | 1.80 |
| 01/11/2023 | E. Weaver | B150/ | Review notice of continued meeting of creditors and docket new date and time for meeting. | 0.20 |
| 01/12/2023 | V. Driver | B110/ | Emails regarding sharing confidential information and documents with UST. | 0.30 |
| 01/12/2023 | V. Driver | B120/ | Review correspondence with counsel for D. Jones regarding outstanding information requests (.2). | 0.20 |
| 01/12/2023 | V. Driver | B160/ | Emails to set time to talk with CT attorney on employment and retainer accounting. | 0.20 |

Jones, Alex "AJ"                                                                                              Page 12
                                                                                                   February 28, 2023

Client #          50134                                                              Invoice # 750396
Matter #          00802                                                            Responsible Attorney
                                                                                     Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 01/12/2023 | A. Gerard | B110/ | Review conflicts documents to determine reason for presence of certain parties on disclosure and arrange for additional conflicts check on new entities and individuals. | 1.00 |
| 01/12/2023 | C. Stephenson | B110/ | Review and respond to UST correspondence regarding stipulation. | 0.20 |
| 01/12/2023 | C. Stephenson | B160/ | Review and respond to correspondence regarding supplemental declarations (.8); draft correspondence regarding conflicts list matters (.6). | 1.40 |
| 01/12/2023 | C. Stephenson | B185/ | Review limited objection to Motion to Set Deadline to Accept or Reject Executory Contracts (.5); draft related correspondence (.3); review and respond to correspondence regarding leases for storage (.4). | 1.20 |
| 01/12/2023 | C. Stephenson | B240/ | Review and respond to correspondence regarding tax returns. | 0.20 |
| 01/12/2023 | E. Weaver | B110/ | Finalize and file stipulation and agreed order regarding additional extension of time of debtor to file his schedules and statements. | 0.40 |
| 01/12/2023 | E. Weaver | B160/ | Finalize and file supplemental declaration of Vickie Driver in support of application to employ Crowe & Dunlevy. | 0.40 |

Jones, Alex "AJ"                                                                          Page 13
                                                                              February 28, 2023

Client #      50134                                                    Invoice # 750396
Matter #      00802                                              Responsible Attorney
                                                                      Vickie L. Driver

Post - petition

| 01/12/2023 | E. Weaver | B160/ | Finalize and file supplemental declaration of Shelby Jordan in support of application to employ Jordan & Ortiz. | 0.40 |
|---|---|---|---|---|
| 01/13/2023 | C. Craig | B110/ | Review local rules regarding hearing requirements in advance of January 20 hearing. | 0.20 |
| 01/13/2023 | C. Craig | B190/ | Review and analyze final judgment entered against Debtor in Texas state court action | 0.20 |
| 01/13/2023 | V. Driver | B210/ | Call to discuss business operations. | 0.50 |
| 01/13/2023 | C. Stephenson | B110/ | Review UCC correspondence regarding UST stipulation. | 0.50 |
| 01/13/2023 | C. Stephenson | B160/ | Draft correspondence regarding additional parties conflicts searches. | 0.60 |
| 01/13/2023 | E. Weaver | B110/ | Draft agenda for hearing on 01-20-23 regarding utilities motion. | 0.40 |
| 01/13/2023 | E. Weaver | B120/ | Review client documents (.1); email correspondence to Blackbriar regarding 2018, 2020 (signed) and 2021 tax returns (.2). | 0.30 |
| 01/13/2023 | E. Weaver | B160/ | Draft agenda for hearing on 01-20-23 regarding employment of Crowe & Dunlevy and Jordan & Ortiz and compensation. | 0.60 |

Jones, Alex "AJ"                                                                 Page 14
                                                                       February 28, 2023

Client #        50134                                              Invoice # 750396
Matter #        00802                                          Responsible Attorney
                                                                   Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 01/13/2023 | E. Weaver | B190/ | Review dallaseservice email inbox and circulate order on plaintiff's motion for leave to amend plaintiffs' fifth amended petition pending in Travis County, Texas. | 0.20 |
| 01/13/2023 | E. Weaver | B190/ | Review notice of final judgment filed in the FSS case by Neil Heslin and Scarlett Lewis and circulate to team. | 0.40 |
| 01/14/2023 | V. Driver | B210/ | Calls with AJ and ESG on status of contracts with FSS and related issues on disclosure (1.1); emails with ESG regarding same (.4); call with R. Battaglia on coordinating cases. | 1.50 |
| 01/14/2023 | V. Driver | B210/ | Calls with AJ and ESG on status of contracts with FSS and related issues on disclosure (1.1); emails with ESG regarding same (.4); call with R. Battaglia on Coordination Cases (.6). | 2.10 |
| 01/16/2023 | V. Driver | B120/ | Review documents and information on payments made and prenup payment requirements. | 1.80 |
| 01/16/2023 | V. Driver | B150/ | Review emails from creditors. | 0.40 |
| 01/16/2023 | V. Driver | B160/ | Emails with Texas lawyers on retention status. | 0.20 |

Jones, Alex "AJ"                                                                    Page 15
                                                                      February 28, 2023

Client #        50134                                              Invoice # 750396
Matter #        00802                                         Responsible Attorney
                                                                   Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 01/16/2023 | V. Driver | B210/ | Call with financial advisors regarding current contracts between client and ESG and FSS and eSG (.8); review eSG contract with FSS regarding termination language and terms (.4). | 1.20 |
| 01/16/2023 | C. Stephenson | B150/ | Conference call regarding committee issues (.6); review related pleading (1.7). | 2.30 |
| 01/17/2023 | C. Craig | B110/ | Review local rules regarding exhibit and witness list requirements (.2); draft exhibit and witness list for January 20 hearing on applications to employ bankruptcy counsel, the Utility Motion, and Motion for Interim Compensation Procedures (.5). | 0.70 |
| 01/17/2023 | V. Driver | B110/ | Analyze payments and responsiveness for SOFA (.7); check on sending tax returns to committee (.1). | 0.80 |
| 01/17/2023 | V. Driver | B140/ | Review and analyze motion for relief from stay filed by De La Rosa and joint plaintiff to pursue to liquidate in stat court and outline response to same. | 1.70 |
| 01/17/2023 | V. Driver | B160/ | Call with Texas Litigation lawyers on retention status and terms (.7); email to CT lawyer on information needed on retainer/payments/outstanding amount for retention (.1). | 0.80 |

Jones, Alex "AJ"                                                                      Page 16
                                                                            February 28, 2023

Client #        50134                                                      Invoice # 750396
Matter #        00802                                                  Responsible Attorney
                                                                          Vickie L. Driver

Post - petition

| 01/17/2023 | V. Driver | B210/ | Review letters from committee counsel and work on responding to same. | 1.20 |
|---|---|---|---|---|
| 01/17/2023 | V. Driver | B210/ | Review interim FSS cash collateral order and emails with co- counsel on same. | 0.50 |
| 01/17/2023 | A. Gerard | B150/ | Draft correspondence to David Zensky, attorney for committee of unsecured creditors, regarding status and progress of financial disclosures. | 1.80 |
| 01/17/2023 | E. Weaver | B120/ | Work with Akin Gump's litigation support and sharefile link to forward all available tax returns. | 0.80 |
| 01/17/2023 | E. Weaver | B160/ | Analyze, organize and index client files related to document production FSS shared with PQPR's counsel. | 3.20 |
| 01/18/2023 | C. Craig | B110/ | Develop bankruptcy strategy to reach discharge for debtor. | 0.40 |
| 01/18/2023 | C. Craig | B210/ | Preparation for hearing on utility motion. | 0.10 |
| 01/18/2023 | V. Driver | B110/ | Team meeting on status of schedules, SOFA, and IDI materials. | 0.80 |
| 01/18/2023 | V. Driver | B150/ | Call with committee counsel on pending matters (.7); emails with Security Bank regarding claim in AJ case versus FSS (.2). | 0.90 |

Jones, Alex "AJ"                                                                            Page 17
                                                                              February 28, 2023

Client #        50134                                                         Invoice # 750396
Matter #        00802                                                     Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| 01/18/2023 | V. Driver | B160/ | Analyze issues to cover in 327(e) employment apps for litigation counsel and terms of retention for same (.9); review conflict lists for lawyers to run for disinteredness and conflicts purposes (.3); review request from family attorney for payment and respond with requirement to be employed in case to perform services or be paid by the estate (.4). | 1.60 |
| 01/18/2023 | V. Driver | B210/ | Review email from ESG on FSS billing issues (.3); review revised email from ESG on pending matters (.9). | 1.20 |
| 01/18/2023 | A. Gerard | B110/ | Review and delegate list of pending matters in bankruptcy case, including fee applications, updating conflicts, interim compensation procedures, and review of executory contracts. | 0.80 |
| 01/18/2023 | A. Gerard | B160/ | Begin drafting employment applications and accompanying declarations for special trial counsel and special appellate counsel. | 1.50 |
| 01/18/2023 | A. Gerard | B160/ | Email correspondence with proposed special counsel regarding updated conflicts list. | 0.30 |
| 01/18/2023 | C. Stephenson | B110/ | Draft Agenda for hearing and related correspondence (1.2); review and revise witness and exhibit list for hearing (.8). | 2.00 |

Jones, Alex "AJ"                                                                    Page 18
                                                                        February 28, 2023

Client #        50134                                          Invoice # 750396
Matter #        00802                                    Responsible Attorney
                                                            Vickie L. Driver

Post - petition

| 01/18/2023 | C. Stephenson | B150/ | Prepare for and attend call with UCC. | 0.70 |
|---|---|---|---|---|
| 01/18/2023 | C. Stephenson | B160/ | Revise employment orders (.4); draft related correspondence (.6). | 1.00 |
| 01/18/2023 | C. Stephenson | B185/ | Draft revised order granting Motion to Set Time to Assume or Reject (.8); draft related correspondence (.8). | 1.60 |
| 01/18/2023 | C. Stephenson | B210/ | Draft and review correspondence regarding utility communications in preparation for hearing regarding same. | 0.80 |
| 01/18/2023 | E. Weaver | B130/ | Review and compare IP client files to those received in email from Ray Battaglia to ensure we have received all files. | 0.30 |
| 01/18/2023 | E. Weaver | B160/ | Draft witness and exhibit list for hearing on 01-20-2023. | 0.70 |
| 01/18/2023 | E. Weaver | B160/ | Service email to all parties in interest with Exhibit 7 to witness and exhibit list. | 0.20 |
| 01/19/2023 | C. Craig | B110/ | Perform research regarding motion to seal debtor's schedules and statements. | 0.30 |
| 01/19/2023 | C. Craig | B160/ | Draft revisions to proposed order granting application to employ Rachel Kennerly as Debtor's tax accountant based on comments by Trustee's office. | 0.20 |

Jones, Alex "AJ"  Page 19
February 28, 2023

| Client # | 50134 | | | | Invoice # 750396 |
| Matter # | 00802 | | | | Responsible Attorney |
| | | | | | Vickie L. Driver |

Post - petition

| 01/19/2023 | C. Craig | B160/ | Draft revisions to proposed order granting application to employ Blackbriar Financial based on comments by Trustee's office. | 0.20 |
|---|---|---|---|---|
| 01/19/2023 | V. Driver | B110/ | Review rules for sealing material filed on the docket and compare to FSS sealing efforts in its case to evaluate need in current case (1.1); review agenda for hearings (.3); preparation for hearings (1.6); review withdrawal of appearance for certain plaintiffs (.4). | 3.40 |
| 01/19/2023 | V. Driver | B140/ | Review and respond to COC request from Texas plaintiff lawyer. | 0.20 |
| 01/19/2023 | V. Driver | B160/ | Review information needed to finalize drafts employment aps for Texas lawyers and review how to obtain same. | 0.30 |
| 01/19/2023 | V. Driver | B210/ | Emails scheduling marketing meeting with FSS. | 0.30 |
| 01/19/2023 | A. Gerard | B160/ | Correspondence with proposal trial and appellate counsel regarding applications to employ. | 0.50 |
| 01/19/2023 | A. Gerard | B160/ | Continue drafting employment applications for trial and appellate counsel for Debtor's state court matters. | 3.00 |

Jones, Alex "AJ"                                                                    Page 20
                                                                       February 28, 2023

Client #        50134                                               Invoice # 750396
Matter #        00802                                        Responsible Attorney
                                                                      Vickie L. Driver

Post - petition

| 01/19/2023 | A. Gerard | B185/ | Complete research on determining whether various types of contract are executory in the Fifth Circuit (2.0); review various of Debtor's contracts to determine executory nature of same (2.0); complete memorandum summarizing findings (.6). | 4.60 |
|---|---|---|---|---|
| 01/19/2023 | C. Stephenson | B110/ | Finalize agenda and redlined orders for filing in preparation for hearing (1.9); address issue regarding incorrect party on matrix (.5); review and respond to UST correspondence regarding same (.4). | 2.80 |
| 01/19/2023 | C. Stephenson | B160/ | Review and analyze issues regarding interim compensation order. | 0.80 |
| 01/19/2023 | C. Stephenson | B160/ | Draft correspondence regarding proposed orders for professionals whose applications were filed with negative notice. | 0.60 |
| 01/19/2023 | C. Stephenson | B185/ | Review and incorporate comments to proposed order on Motion to Set Time to Assume or Reject. | 1.30 |
| 01/19/2023 | E. Weaver | B110/ | Finalize and file clean and redlined version of proposed order granting emergency utility motion. | 0.30 |

Jones, Alex "AJ"                                                                          Page 21
                                                                              February 28, 2023

Client #        50134                                                          Invoice # 750396
Matter #        00802                                                    Responsible Attorney
                                                                                Vickie L. Driver

Post - petition

| 01/19/2023 | E. Weaver | B160/ | Finalize and file clean and redlined version of proposed order granting motion establishing procedures for interim compensation and reimbursement of expenses. | 0.30 |
| 01/19/2023 | E. Weaver | B160/ | Finalize and file agenda for hearing on 01-20-2023. | 0.30 |
| 01/19/2023 | E. Weaver | B160/ | Compile pleadings and exhibits for hearing on 01-20-2023 - hearing prep. | 3.80 |
| 01/19/2023 | E. Weaver | B160/ | Finalize and file clean and redlined version of proposed order granting application for employment of Crowe & Dunlevy. | 0.30 |
| 01/19/2023 | E. Weaver | B160/ | Finalize and file clean and redlined version of proposed order granting application for employment of Jordan & Ortiz. | 0.30 |
| 01/20/2023 | N. Collins | B240/ | Commence researching IRS Guidance regarding tax treatment of gifts and payment of bitcoin and calculation of basis for federal income tax purposes. | 1.60 |
| 01/20/2023 | V. Driver | B110/ | Calls with BlackBriar on MOR and review and analyze draft of same (1.1); call with UST on filing delay (.2); messages with UCC on delay of first MOR (.3). | 1.60 |
| 01/20/2023 | V. Driver | B120/ | Attend hearing on Motion to Reconsider employment of firms in FSS. | 1.10 |

Jones, Alex "AJ"                                                                                               Page 22
                                                                                                        February 28, 2023

Client #        50134                                                                              Invoice # 750396
Matter #        00802                                                                        Responsible Attorney
                                                                                                    Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 01/20/2023 | V. Driver | B140/ | Brief review of stay motions filed in AJ and FSS cases. | 0.70 |
| 01/20/2023 | V. Driver | B160/ | Prepare for and attend hearings on Applications to employ estate professionals. | 1.20 |
| 01/20/2023 | A. Gerard | B160/ | Prepare for and attend hearing on employment of C&D and BlackBriar, interim compensation procedures, and submission date for Debtor's schedules and statements. | 2.20 |
| 01/20/2023 | C. Stephenson | B160/ | Prepare for and attend hearing on professional employment applications and interim compensation motion. | 4.70 |
| 01/20/2023 | C. Stephenson | B160/ | Draft and review correspondence regarding proposed orders on professional orders. | 0.50 |
| 01/20/2023 | C. Stephenson | B185/ | Draft and review correspondence regarding proposed order on Motion to Set Date to Assume or Reject. | 0.50 |
| 01/20/2023 | E. Weaver | B110/ | Docket extended deadline to file schedules and statements. | 0.10 |
| 01/20/2023 | E. Weaver | B160/ | Docket deadline to file first monthly fee statement. | 0.10 |
| 01/20/2023 | E. Weaver | B160/ | Finalize and file clean and redlined version of proposed order granting application to employ Rachel Kennerly as tax accountant. | 0.30 |

Jones, Alex "AJ"                                                                    Page 23
                                                                          February 28, 2023

Client #        50134                                               Invoice # 750396
Matter #        00802                                          Responsible Attorney
                                                                   Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 01/20/2023 | E. Weaver | B160/ | Finalize and file clean and redlined version or proposed order granting application to employ Blackbriar Advisors as financial advisor. | 0.30 |
| 01/21/2023 | V. Driver | B120/ | Emails on corrective deed needed on homestead. | 0.20 |
| 01/21/2023 | V. Driver | B160/ | Emails regarding format of monthly fee statements with estate professionals. | 0.30 |
| 01/21/2023 | V. Driver | B210/ | Emails with co-counsel on meeting to discuss FSS operations. | 0.20 |
| 01/23/2023 | N. Collins | B240/ | Review ledger of donations of cryptocurrency to determine tax basis; analyze IRS guidance regarding cryptocurrency. | 0.60 |
| 01/23/2023 | N. Collins | B240/ | Call and correspondence regarding the tax treatment of listener donations made via Bitcoin and the applicable tax rules for donations (1.0); evaluate correspondence from client's CPA regarding the tax treatment (.9). | 1.90 |
| 01/23/2023 | N. Collins | B240/ | Research regarding the tax treatment of cryptocurrency. | 2.70 |

Jones, Alex "AJ"                                                                                                Page 24
                                                                                          February 28, 2023

| Client # | 50134 | | Invoice # 750396 |
| Matter # | 00802 | | Responsible Attorney |
| | | | Vickie L. Driver |

Post - petition

| 01/23/2023 | V. Driver | B110/ | Review and analyze MOR draft and provide comments to same (1.2); call with UST on delay of MOR (.2); message for UCC on delay of MOR (.1); call with client to discuss status of MOR and set up review time (.3); review revised draft of MOR and provide comments to same (1.2). | 3.00 |
| 01/23/2023 | V. Driver | B120/ | Review and respond to emails from J. Schultz on issues with CC processing changes (.2); call with client and financial advisors on issues with operations at FSS (.4). | 0.60 |
| 01/23/2023 | C. Stephenson | B110/ | Review MOR and related correspondence. | 1.60 |
| 01/23/2023 | C. Stephenson | B185/ | Draft and review correspondence regarding proposed order on Motion to Set Date to Assume or Reject. | 0.50 |
| 01/23/2023 | E. Weaver | B160/ | Review interim compensation procedures order and draft first interim fee statement. | 2.20 |
| 01/24/2023 | N. Collins | B240/ | Draft summary correspondence regarding the applicable tax treatment of the transfers of cryptocurrency. | 1.70 |
| 01/24/2023 | N. Collins | B240/ | Discussion regarding the facts and circumstances relating to the donations of cryptocurrency. | 1.20 |

Jones, Alex "AJ"                                                                                         Page 25
                                                                                              February 28, 2023

Client #        50134                                                        Invoice # 750396
Matter #        00802                                                  Responsible Attorney
                                                                             Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 01/24/2023 | N. Collins | B240/ | Review and analyze Coinbase donation ledger to determine the available information with respect to the donations. | 0.90 |
| 01/24/2023 | V. Driver | B185/ | Travel to Austin, Texas for meetings with Jones (3.6) – billed at half time. | 1.80 |
| 01/24/2023 | V. Driver | B190/ | Review email from plaintiff's counsel on potential defamation claim (.3); call with client on same (.4); review interview for background of demand (.7); outline response to same and lay out evidence to support defense (.4). | 1.80 |
| 01/24/2023 | C. Stephenson | B110/ | Review revised MOR. | 0.80 |
| 01/24/2023 | C. Stephenson | B160/ | Review correspondence regarding fee statement matters. | 0.80 |
| 01/24/2023 | E. Weaver | B110/ | Revise, finalize and file December MOR. | 1.00 |
| 01/24/2023 | E. Weaver | B110/ | Electronic document and case file management of December bank statements (2.5); email correspondence to and from Akin Gump regarding bank statements (.2); prepare sharefile link and circulate bank statements to UCC and Blackbriar (.5). | 3.20 |
| 01/24/2023 | E. Weaver | B160/ | Prepare exhibits A and B to first monthly interim fee statement. | 1.00 |
| 01/25/2023 | C. Stephenson | B150/ | Prepare for and attend call with UCC. | 0.70 |

Jones, Alex "AJ"                                                                    Page 26
                                                                    February 28, 2023

Client #        50134                                              Invoice # 750396
Matter #        00802                                          Responsible Attorney
                                                                  Vickie L. Driver

Post - petition

| 01/25/2023 | C. Stephenson | B160/ | Correspondence regarding fee statement (.8); review and revise prebill regarding same (1.8). | 2.60 |
|---|---|---|---|---|
| 01/25/2023 | E. Weaver | B140/ | Review and circulate to team motion for relief from stay (.2); docket objection deadline and hearing date for same (.2). | 0.40 |
| 01/26/2023 | C. Stephenson | B160/ | Draft correspondence regarding revisions to fee statement (1.4); conference regarding same (.8); review and revise draft statement document (.8); review final invoice (1.1). | 4.10 |
| 01/26/2023 | E. Weaver | B160/ | Review UCC's employment application and docket objection deadline for same. | 0.20 |
| 01/26/2023 | E. Weaver | B185/ | Review email correspondence to Ray Battaglia regarding deadline to assume or reject deadline in the FSS case (.1); review case docket regarding same (.2). | 0.30 |
| 01/26/2023 | E. Weaver | B185/ | Review leases received from Ray Battaglia, code and save to Litshare. | 0.80 |
| 01/27/2023 | C. Stephenson | B160/ | Review and revise financial advisors fee statement (.8); review and revise Crowe & Dunlevy fee statement (1.3); draft related correspondence (1.8). | 3.90 |

Jones, Alex "AJ"                                                                                    Page 27
                                                                                            February 28, 2023

Client #        50134                                                              Invoice # 750396
Matter #        00802                                                        Responsible Attorney
                                                                                    Vickie L. Driver

Post - petition

| 01/27/2023 | E. Weaver | B160/ | Revise, finalize and file first monthly fee statement of Crowe & Dunlevy (2.4); email correspondence to notice parties with service copy of fee statement (.2). | 2.60 |
|---|---|---|---|---|
| 01/27/2023 | E. Weaver | B160/ | Revise, finalize and file first monthly fee statement of Blackbriar Advisors (1.4); email correspondence to notice parties with service copy of fee statement (.2). | 1.60 |
| 01/30/2023 | C. Craig | B160/ | Draft application to employ the Reynal Firm, declaration in support of same, and proposed order granting same. | 1.30 |
| 01/30/2023 | E. Weaver | B130/ | Review information received from the Guadalup County Tax Office (.1); procure quitclaim deeds for the Guadalup and Lake Travis properties and forward to Blackbriar Advisors (.4). | 0.50 |
| 01/30/2023 | E. Weaver | B160/ | Search emails for communications with Chris Martin and forward to team in preparation of employment application for Martin, Disiere, Jefferson & Wisdom and forward to team. | 0.20 |
| 01/31/2023 | C. Craig | B160/ | Draft application to employ the Reynal Law Firm as special counsel to Debtor (.3); draft declaration in support of same (.3); exchange correspondence with the Reynal Law Firm regarding same (.1). | 0.70 |

Jones, Alex "AJ"                                                                              Page 28
                                                                                  February 28, 2023

Client #       50134                                                           Invoice # 750396
Matter #       00802                                                      Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| 01/31/2023 | A. Gerard | B110/ | Email correspondence with counsel for other parties regarding availability and setting a date for the next omnibus hearing. | 0.50 |
|---|---|---|---|---|
| 01/31/2023 | A. Gerard | B140/ | Begin review of relevant legal authority in preparation for drafting objection to Pozner and De La Rose motion to lift stay. | 1.70 |
| 01/31/2023 | A. Gerard | B160/ | Email correspondence regarding obtaining updated engagement agreements for Debtor to include with employment applications for trial and appellate counsel. | 0.50 |
| 01/31/2023 | C. Stephenson | B110/ | Attend UCC FA introduction call. | 0.50 |
| 01/31/2023 | C. Stephenson | B185/ | Review and respond to creditor correspondence regarding proposed order for motion to set date to assume or reject employment contract (.4); draft Court correspondence (.2); review and revise proposed order (.2). | 0.80 |
| 01/31/2023 | E. Weaver | B120/ | Electronic case file management of litigation settlement trust, additional IP documents and Aurian FSS files. | 4.20 |
| 01/31/2023 | E. Weaver | B185/ | Finalize and file proposed order granting motion to fix a date by which debtor must assume or reject executory contract. | 0.30 |

                                                                    Total Hours        222.00

Total Fees for this Invoice                                                        $130,221.00

Jones, Alex "AJ"                                                                      Page 29
                                                                              February 28, 2023

Client #        50134                                                    Invoice # 750396
Matter #        00802                                                 Responsible Attorney
                                                                           Vickie L. Driver

Post - petition

## SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| B110 | 62.00 | 39,179.00 | Bankruptcy - Case Administration |
| B120 | 20.90 | 9,590.50 | Bankruptcy - Asset Analysis and Recovery |
| B130 | 1.30 | 583.50 | Bankruptcy - Asset Disposition |
| B140 | 4.70 | 2,771.50 | Bankruptcy - Relief from Stay/Adequate Protection Proceedings |
| B150 | 8.80 | 5,734.00 | Bankruptcy - Meetings of and Communications with Creditors |
| B160 | 71.80 | 37,588.00 | Bankruptcy - Fee/Employment Applications |
| B185 | 13.70 | 7,649.50 | Bankruptcy - Assumption/Rejection of Leases and Contracts |
| B190 | 9.70 | 6,642.50 | Bankruptcy - Other Contested Matters (excluding assumption/rejection motions) |
| B195 | 4.00 | 2,860.00 | Bankruptcy - Non-Working Travel |
| B210 | 11.50 | 8,548.50 | Bankruptcy - Business Operations |
| B240 | 13.30 | 8,985.50 | Bankruptcy - Tax Issues |
| B320 | 0.30 | 88.50 | Bankruptcy - Plan and Disclosure Statement (including Business Plan) |

Jones, Alex "AJ"                                                                                   Page 30
                                                                                        February 28, 2023

Client #        50134                                                           Invoice # 750396
Matter #        00802                                                          Responsible Attorney
                                                                                 Vickie L. Driver

Post - petition

### SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| Total | 222.00 | $130,221.00 | |

| Date | Description | Amount |
|------|-------------|--------|
| 01/04/2023 | Stephenson, Christina reimbursement for working meal | $34.60 |
| 01/06/2023 | Stephenson, Christina reimbursement of travel expenses to Austin Texas during client meeting 1/4-6/2023; transportation $ 258.00, lodging $ 498.91 and dinner $ 194.11 | 951.02 |
| 01/10/2023 | Stephenson, Christina reimbursement for working meal with Harold Kessler, Allison and Vickie Driver 12/7/2022 | 100.19 |

|  |  |
|---|---|
| Subtotal of Expenses | $1,085.81 |
| Online Research | $3.40 |
| Subtotal of Costs | $3.40 |
| Total Expenses and Costs for this Invoice | $1,089.21 |

### SUMMARY OF DISBURSEMENTS

| Task Code | Amount | Task Description |
|-----------|--------|------------------|
| E106 | 3.40 | On-line research |
| E110 | 951.02 | Out-of-town travel |
| E111 | 134.79 | Meals |
| Total | $1,089.21 | |

| | |
|---|---|
| Total For This Invoice | $131,310.21 |

Jones, Alex "AJ"                                                      Page 31
                                                              February 28, 2023

Client #        50134                                      Invoice # 750396
Matter #        00802                              Responsible Attorney
                                                          Vickie L. Driver

Post - petition

## SUMMARY OF FEES

| Name | Hours Worked | Hourly Rate | Bill Amount |
|------|-------------:|------------:|------------:|
| V. Driver | 43.10 | 795.00 | 34,264.50 |
| C. Stephenson | 87.40 | 715.00 | 62,491.00 |
| E. Weaver | 48.50 | 295.00 | 14,307.50 |
| A. Gerard | 18.40 | 345.00 | 6,348.00 |
| N. Collins | 13.10 | 675.00 | 8,842.50 |
| C. Craig | 11.50 | 345.00 | 3,967.50 |
| Total | 222.00 | | $130,221.00 |