IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| ALEXANDER E. JONES ) | CASE NO. 22-33553 |
| ) | |
| DEBTOR. ) | (CHAPTER 11) |
| ) | |
| ) | JUDGE CHRISTOPHER M. LOPEZ |

**SECOND MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2022**

| **Name of Applicant:** | BlackBriar Advisors, LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Financial Advisor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #112) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 01/01/2023 | 01/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $123,256.00[1] (80% of $154,070.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $6,422.00[2] | |
| **Summary of Fees for the Period Covered by this Statement** | | |
| **Professional Fees in this Statement:** | $154,070.00 | |
| **Total Actual Professional Hours Covered by this Statement:** | 363.00 | |
| **Average Hourly Rate for Professionals:** | $424.00 | |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

---

[1] BlackBriar was provided a retainer of $200,000 prior to the bankruptcy filing. $59,997.45 was applied to the December, 2022 fees and expenses, leaving a balance of $140,000.55.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**SECOND MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 1**

Pursuan**t to** §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], BlackBriar Advisors, LLC ("BlackBriar"), as Financial Advisor to the Debtor, hereby files its *Second Monthly Fee Statement of BlackBriar Advisors, LLC. for Allowance of Compensation for Services Rendered as Financial Advisor to the Debtor for the Period from January 1, 2023 through January 31, 2023* (the "Monthly Fee Statement").

## RELIEF REQUESTED

1. By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, BlackBriar seeks interim payment of $123,256.00 (80% of 154,070.00) as compensation for professional services rendered to the Debtor during the period from January 1, 2023 through January 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $6,422.00, for a total amount of $129,678.00 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2. In support of the Monthly Fee Statement, BlackBriar submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Legal Fees by Category as Counsel for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Financial Advisor for the Fee Period*, attached hereto as **Exhibit C**.

3. Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order),

and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline:

    a.    Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

    b.    U.S. Trustee c/o Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

    c.    Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

    d.    Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

    e.    Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

    f.    Any other parties that the Court may designate.

In light of the nature of the relief requested herein, BlackBriar submits that no further or other notice is required.

    4.    Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. BlackBriar reserves the right to make further application to this Court for allowance of such fees and expenses not included

herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5. Therefore, BlackBriar respectfully submits support for its fees in the amount of $154,070.00 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $6,422.00 for reasonable, actual and necessary expenses incurred during the Fee Period. BlackBriar further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to BlackBriar the amount of $123,256.00[3] which is equal to the sum of 80% of BlackBriar's fees and 100% of BlackBriar's expenses incurred during the Fee Period.

Houston, TX
Dated: March 2, 2023

                **BLACKBRIAR ADVISORS, LLC**

                By: */s/ Robert Schleizer*
                Robert Schleizer
                2626 Cole Ave., Suite 300
                Dallas, TX 75201
                Telephone: 214-599-8600
                Email: bschleizer@blackbriaradvisors.com

                **FINANCIAL ADVISORS FOR DEBTOR ALEXANDER E. JONES**

---

[3] Such payment to be made first from any existing retainer funds held by BlackBriar for the Debtor.

**SECOND MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 4**

## CERTIFICATE OF SERVICE

I certify that on March 2, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a. Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b. U.S. Trustee c/o Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c. Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d. Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e. Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f. Any other parties that the Court may designate.

                                              */s/ Christina W. Stephenson*
                                                Christina W. Stephenson

# EXHIBIT "A"

## SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Airfare/Train | **$1,835.20** |
| Mileage | **28.19** |
| Meals | **480.00** |
| Auto | **714.41** |
| Hotel | **3,119.30** |
| Other | **245.22** |

# EXHIBIT "B"

## SUMMARY OF FEES AND EXPENSES BY CATEGORY FOR THE FEE PERIOD

| CATEGORIES | PROFESSIONAL TIME |
|---|---|
| B110 Case Administration | 122.70 |
| B120 Asset Analysis and Recovery | 0.00 |
| B130 Asset Disposition | 0.00 |
| B140 Relief from Stay/Adequate Protection | 0.00 |
| B150 Meetings of & Communications with Creditors | 0.00 |
| B160 Fee/Employment Applications | 1.80 |
| B170 Fee/Employment Objections | 0.00 |
| B180 Avoidance Action Analysis | 0.00 |
| B185 Assumption/Rejection of Executory Contracts | 0.00 |
| B190 Other Contested Matters | 0.00 |
| B195 Non-Working Travel | 39.00 |
| B210 Business Operations | 194.50 |
| B220 Employee Benefits/Pensions | 0.00 |
| B230 Financing/Cash Collections | 0.00 |
| B240 Tax Issues | 5.0 |
| B250 Real Estate | 0.00 |
| B260 Board of Directors Matters | 0.00 |
| B310 Claims Administration and Objections | 0.00 |
| B320 Plan and Disclosure Statement | 0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.00 |
| B420 Restructurings | 0.00 |
| **TOTALS:** | **363.00** |

# **EXHIBIT "C"**

## **DETAILED RECORD OF FEES FOR THE FEE PERIOD**



January 31, 2023

Alex E. Jones
c/o Shelby A. Jordan
**Jordan & Ortiz, P.C.**
6207 Bee Cave Road, Suite 120
Austin, TX 78746

| | Re: | Alexander E. Jones, Debtor In Possession | Case No. 22-33553 |
|---|---|---|---|

| **Billing Period:** | January 1 through January 31, 2023 |
|---|---|
| **Invoice No.** | AJ0101-23 |

**Professional Services Rendered:**

| Date | Professional | Description | Hours | Amount | Task Code |
|---|---|---|---|---|---|
| 1/2/2023 | KN | Enter transactions to Accounting | 4.50 | $ 1,800.00 | B210 |
| 1/3/2023 | HK | Review of new Accounting chart of accounts & initial P&L; call with K. Norderhaug & B. Schleizer to discuss P&L, chart of accounts, forecast & BS | 3.30 | 1,650.00 | B210 |
| 1/3/2023 | BS | Call with K. Norderhaug & H. Kessler - accounting set up and processes | 1.80 | 900.00 | B210 |
| 1/3/2023 | KN | Enter transactions to Accounting | 7.00 | 2,800.00 | B210 |
| 1/4/2023 | HK | Prepared for Thursday's meeting at FSS; framed in forecast | 2.20 | 1,100.00 | B210 |
| 1/4/2023 | HK | Travel - non - working | 1.50 | 375.00 | B195 |
| 1/4/2023 | BS | Travel - non - working | 1.50 | 375.00 | B195 |
| 1/4/2023 | BS | Calls emails w. R. Kennerly, Tax CPA - 2021 tax return (.6); Emails/calls re household expenses, deposits(.8). | 1.40 | 1,100.00 | B240 |
| 1/4/2023 | KN | Accounting and Forecast | 7.50 | 3,000.00 | B210 |
| 1/5/2023 | HK | At FSS for meetings with P. Magill, R. Battaglia, C. Stephenson & B. Schleizer (sales process, accounting & forecasts & strategy); Meeting with B. Roddy (sales & fulfillment) & D. Karpova (production & supplement sales) | 7.50 | 3,750.00 | B210 |
| 1/5/2023 | BS | At FSS for meetings with P. Magill, R. Battaglia, C. Stephenson & H. Kessler (sales process, accounting & forecasts & strategy); Meeting with B. Roddy (sales & fulfillment) & D. Karpova (production & supplement sales); calls w D. Jones re bank accounts; Move payroll to DIP | 6.30 | 3,150.00 | B210 |
| 1/5/2023 | KN | Entries to Accounting and Forecast for A. Jones | 4.00 | 1,600.00 | B210 |
| 1/6/2023 | HK | FSS telephonic status conference call | 0.20 | 100.00 | B110 |
| 1/6/2023 | HK | Summarize meeting and action items | 0.70 | 350.00 | B210 |
| 1/6/2023 | HK | Summarize meeting and action items (.5); Insurance research, discussions/emails - SM; J. Dietz(.6) (Allstate); calls - C. Stephenson (.2); Accounting issues (2.5) | 3.70 | 1,850.00 | B210 |
| 1/6/2023 | HK | Travel - non - working | 3.00 | 750.00 | B195 |
| 1/6/2023 | BS | Travel - non - working | 3.00 | 750.00 | B195 |
| 1/7/2023 | BS | Update call with A. Jones | 0.70 | 350.00 | B210 |
| 1/7/2023 | HK | Update call with A. Jones & B. Schleizer | 0.70 | 350.00 | B210 |
| 1/8/2023 | BS | Prepare action items and agenda for meeting w A. Jones(1.0); emails - J. Haarman - Mountain Way re: receivable due A. Jones (.1) | 1.10 | 550.00 | B210 |
| 1/8/2023 | HK | Review/revise agenda for Tuesday's meeting with A. Jones & B. Schleizer; | 0.40 | 200.00 | B210 |
| 1/9/2023 | HK | Prepared for Tuesday's meeting at FSS with A. Jones | 1.00 | 500.00 | B210 |
| 1/9/2023 | HK | Call with K. Norderhaug & B. Schleizer Draft forecast | 0.50 | 250.00 | B210 |
| 1/9/2023 | BS | Cash flow forecast and accounting issues; payroll; reimbursable expenses | 2.60 | 1,300.00 | B210 |
| 1/9/2023 | HK | Travel - non - working | 3.00 | 750.00 | B195 |
| 1/9/2023 | KN | Accounting; cash flow; download bank transactions | 4.50 | 1,800.00 | B210 |
| 1/9/2023 | BS | Travel - non - working | 3.00 | 750.00 | B195 |
| 1/10/2023 | HK | Meeting with A. Jones & B. Schleizer to give him an update, go through list of questions for schedules, sources of income | 2.50 | 1,250.00 | B110 |
| 1/10/2023 | BS | On site meeting with A. Jones- case update to give him an update, go through list of questions for schedules, sources of income (2.5); follow up w FSS re: motorhome note status - A. Jones guarantee (.3); | 2.80 | 1,400.00 | B110 |
| 1/10/2023 | HK | Call with attorney's Re: debtor interview tomorrow | 0.40 | 200.00 | B110 |
| 1/10/2023 | BS | Preparation - 341 hearing (.5); call with counsel (.4) | 0.90 | 450.00 | B110 |
| 1/10/2023 | HK | Call with J. Dalessio, A. Jones & B. Schleizer | 0.30 | 150.00 | B210 |
| 1/10/2023 | BS | Call with J. Dalessio, A. Jones(.3); meeting B. Stedham (FSS) & calls emails R. Kennerly re bitcoin transactions (.6) | 0.90 | 450.00 | B210 |
| 1/10/2023 | HK | Meeting with T. Bennett, A. Jones & B. Schleizer Re: sale of Bitcoin | 0.30 | 150.00 | B240 |
| 1/10/2023 | BS | Meeting with T. Bennett, A. Jones & B. Schleizer Re: sale of Bitcoin | 0.30 | 150.00 | B240 |
| 1/10/2023 | BS | Meet PNC bank rep; deposit trust check to PNC DIP | 0.80 | 400.00 | B210 |

| | Re: | Alexander E. Jones, Debtor In Possession | Case No. 22-33553 | | |
|---|---|---|---|---|---|
| **Billing Period:** | | January 1 through January 31, 2023 | | | |
| **Invoice No.** | | AJ0101-23 | | | |
| 1/10/2023 | HK | Review non-DIP accounts online (.5); Meeting -D. Jones to transfer money from bank accounts to PNC DIP account (.5) | 1.00 | 500.00 | B210 |
| 1/10/2023 | BS | Meeting -D. Jones to transfer money from bank accounts to PNC DIP account | 0.50 | 250.00 | B210 |
| 1/10/2023 | HK | Travel - non - working | 3.00 | 750.00 | B195 |
| 1/10/2023 | KN | Accounting and expense research; discussions with Sarah- AJ Asst; initiate transfers to A. Jones name for certain accounts/services | 4.00 | 1,600.00 | B210 |
| 1/11/2023 | HK | Prep for Telephonic UCC call | 0.30 | 150.00 | B110 |
| 1/11/2023 | HK | Telephonic Creditors call with US Trustee | 0.50 | 250.00 | B110 |
| 1/11/2023 | BS | Prep for Telephonic UCC call | 0.30 | 150.00 | B110 |
| 1/11/2023 | BS | Telephonic Creditors call with US Trustee | 0.50 | 250.00 | B110 |
| 1/11/2023 | HK | Updated PQPR weekly Sales Reconciliation | 0.20 | 100.00 | B210 |
| 1/11/2023 | HK | Reviewed business entity PowerPoint | 0.20 | 100.00 | B110 |
| 1/11/2023 | HK | Update call with B. Schleizer Re: meeting with J. Dalessio (ESG) and J. Shulse - FSS | 0.20 | 100.00 | B210 |
| 1/11/2023 | BS | Meeting J. Shulse FSS in Houston re accounting and cash flow issues | 2.00 | 1,000.00 | B210 |
| 1/11/2023 | BS | Update call - HK Re: meeting with J. Dalessio (ESG) and J. Shulse - FSS | 0.20 | 100.00 | B210 |
| 1/11/2023 | KN | Accounting: cash flow | 4.50 | 1,800.00 | B210 |
| 1/11/2023 | BS | Travel - non - working | 3.00 | 750.00 | B195 |
| 1/12/2023 | HK | Created ESG settlement weekly spreadsheet | 0.90 | 450.00 | B210 |
| 1/12/2023 | BS | ESG reconciliation; contract review(.5); follow up J. J. Shulse - expense reimbursements; FSS accounting(.3) | 0.80 | 400.00 | B210 |
| 1/12/2023 | KN | Bank issues: Accounting; cash flow (6); MOR setup; review Call re: Actions items and accounting issues with B. Schleizer (2.0) | 8.00 | 3,200.00 | B210 |
| 1/12/2023 | BS | Teams - KN - accounting and cash flow | 2.00 | 1,000.00 | B210 |
| 1/13/2023 | HK | Call with C. Stephenson, V. Driver & B. Schleizer - case admin | 0.60 | 300.00 | B110 |
| 1/13/2023 | BS | Call with C. Stephenson, V. Driver - case issues | 0.60 | 300.00 | B110 |
| 1/13/2023 | HK | Call with K. Norderhaug & B. Schleizer - accounting/budget | 1.00 | 500.00 | B210 |
| 1/13/2023 | BS | MOR - accounting issues | 0.80 | 400.00 | B110 |
| 1/13/2023 | KN | MOR set up; call with B. Schleizer, H. Kessler | 0.40 | 160.00 | B210 |
| 1/13/2023 | KN | Call with B. Schleizer, H. Kessler - accounting deficiencies | 4.60 | 1,840.00 | B210 |
| 1/16/2023 | HK | Call with B. Schleizer - case issues | 0.40 | 200.00 | B110 |
| 1/16/2023 | HK | Call with V. Driver & B. Schleizer - case issues | 0.50 | 250.00 | B110 |
| 1/16/2023 | HK | Reviewed J. Dalessio's response to B. Schleizer's email Re: ESG forecast | 1.00 | 500.00 | B210 |
| 1/16/2023 | HK | Worked on ESG forecast | 1.50 | 750.00 | B210 |
| 1/16/2023 | KN | Accounting ; cash flow; | 3.00 | 1,200.00 | B210 |
| 1/16/2023 | KN | MOR | 2.00 | 800.00 | B110 |
| 1/17/2023 | HK | Reviewed J. Dalessio's discussion points regarding ESG's supplement sales & new product discussions, current inventory on hand to meet sales | 3.50 | 1,750.00 | B210 |
| 1/17/2023 | BS | ESG receivable (.7); review 1st draft of financials; email follow up(.6) | 1.30 | 650.00 | B210 |
| 1/17/2023 | HK | Non-working travel | 3.00 | 750.00 | B110 |
| 1/17/2023 | KN | Accounting; expense; discussions David Jones | 4.00 | 1,600.00 | B210 |
| 1/17/2023 | KN | Accounting; expense; discussions David Jones, MOR | 5.50 | 2,200.00 | B110 |
| 1/18/2023 | HK | At FSS - meeting with B. Roddy, meeting with J. Dalessio, call with J. Dalessio & R. Schleizer; meeting with T. Enlow | 8.00 | 4,000.00 | B210 |
| 1/18/2023 | BS | Call w J. Dallesio; receivable; contract terms | 0.60 | 300.00 | B210 |
| 1/18/2023 | BS | MOR review | 0.30 | 150.00 | B210 |
| 1/18/2023 | BS | Call w PNC - bounced checks; (.3) | 0.30 | 150.00 | B210 |
| 1/18/2023 | BS | Tax issues; bitcoin; open items on 2021 - AJ, FSS & PQPR | 0.50 | 250.00 | B240 |
| 1/18/2023 | KN | MOR, Accounting | 7.00 | 2,800.00 | B110 |
| 1/19/2023 | HK | At FSS - Meeting with B. Roddy to discuss 3 supplement forecast | 1.60 | 800.00 | B210 |
| 1/19/2023 | HK | Call with A. Jones & B. Schleizer re case issues; upcoming hearings | 0.40 | 200.00 | B110 |
| 1/19/2023 | HK | Travel - non - working | 3.00 | 750.00 | B195 |
| 1/19/2023 | BS | Travel - non - working | 3.00 | 750.00 | B195 |
| 1/19/2023 | KN | Accounting | 8.00 | 3,200.00 | B210 |
| 1/20/2023 | HK | Call with V. Driver, B. Schleizer Re: MOR | 0.10 | 50.00 | B110 |
| 1/20/2023 | HK | Teams call K. Norderhaug & B. Schleizer to discuss go through MOR | 2.90 | 1,450.00 | B110 |
| 1/20/2023 | BS | Teams call MOR | 2.90 | 1,450.00 | B110 |
| 1/20/2023 | BS | Hearing - utilities, etc. | 0.50 | 250.00 | B110 |
| 1/20/2023 | BS | Tax discussion T. Bennett- bitcoin | 0.60 | 300.00 | B240 |
| 1/20/2023 | HK | Updated settlement reconciliation & then revised as FSS revised amounts | 0.60 | 300.00 | B210 |
| 1/20/2023 | KN | MOR | 6.50 | 2,600.00 | B110 |
| 1/21/2023 | KN | Accounting | 5.00 | 2,000.00 | B210 |
| 1/21/2023 | KN | MOR | 2.00 | 800.00 | B110 |
| 1/21/2023 | KN | MOR | 0.80 | 320.00 | B110 |
| 1/22/2023 | HK | Review DRAFT MOR as of 12/31/22 & schedules | 1.00 | 500.00 | B110 |
| 1/22/2023 | BS | Review DRAFT MOR as of 12/31/22 & schedules | 0.70 | 350.00 | B110 |
| 1/22/2023 | HK | Call with BlackBriar to finalize MOR & schedules | 1.30 | 650.00 | B110 |

| | Re: | Alexander E. Jones, Debtor In Possession | Case No. 22-33553 | | | |
|---|---|---|---|---|---|---|
| **Billing Period:** | | January 1 through January 31, 2023 | | | | |
| **Invoice No.** | | AJ0101-23 | | | | |
| 1/22/2023 | HK | Call with BlackBriar to finalize MOR & schedules | | 1.30 | 650.00 | B110 |
| 1/22/2023 | HK | Final reviews | | 1.00 | 500.00 | B110 |
| 1/22/2023 | KN | MOR | | 4.00 | 1,600.00 | B110 |
| 1/22/2023 | KN | Accounting | | 2.50 | 1,000.00 | B210 |
| 1/22/2023 | BS | MOR - review and send to attorney for prep | | 0.90 | 450.00 | B110 |
| 1/23/2023 | HK | Calls with BlackBriar and Crowe & Dunlevy Re: MOR & schedules | | 0.80 | 400.00 | B110 |
| 1/23/2023 | BS | Discussion, emails N. Collins,- tax attorney; R. Kennerly | | 0.60 | 300.00 | B240 |
| 1/23/2023 | BS | Calls with BlackBriar and Crowe & Dunlevy Re: MOR & schedules | | 0.80 | 400.00 | B110 |
| 1/23/2023 | HK | Worked on A. Jones revenue forecast | | 2.10 | 1,050.00 | B210 |
| 1/23/2023 | KN | Accounting; Monthly Forecast; Property values | | 7.00 | 2,800.00 | B210 |
| 1/24/2023 | HK | Non working travel | | 3.00 | 750.00 | B195 |
| 1/24/2023 | BS | Non working travel | | 3.00 | 750.00 | B195 |
| 1/24/2023 | BS | Banking issues | | 0.50 | 250.00 | B110 |
| 1/24/2023 | HK | Onsite final MOR & all schedules with BlackBriar and Crowe & Dunlevy | | 2.60 | 1,300.00 | B110 |
| 1/24/2023 | BS | Onsite final MOR & all schedules with BlackBriar and Crowe & Dunlevy | | 2.60 | 1,300.00 | B110 |
| 1/24/2023 | BS | Real Estate Analysis | | 1.50 | 750.00 | B110 |
| 1/24/2023 | HK | Created notes of documents needed from D. Jones for tomorrow's meeting | | 0.90 | 450.00 | B210 |
| 1/24/2023 | KN | Monthly Forecast; property values; discussions with Leslie and Sarah | | 7.00 | 2,800.00 | B210 |
| 1/25/2023 | HK | Team meeting to set agenda for D. Jones meeting | | 1.00 | 500.00 | B210 |
| 1/25/2023 | BS | Team meeting to set agenda for D. Jones meeting | | 1.00 | 500.00 | B210 |
| 1/25/2023 | BS | DIP account issues | | 0.40 | 200.00 | B210 |
| 1/25/2023 | HK | Meeting with D. Jones - trusts; property ownership; banking | | 3.50 | 1,750.00 | B210 |
| 1/25/2023 | HK | Meeting with D. Jones - trusts; property ownership; banking | | 3.50 | 1,750.00 | B210 |
| 1/25/2023 | HK | Calls/meeting with BlackBriar & Crowe Dunlevy; UCC | | 1.80 | 900.00 | B110 |
| 1/25/2023 | HK | Calls/meeting with BlackBriar & Crowe Dunlevy; UCC | | 1.80 | 900.00 | B110 |
| 1/25/2023 | HK | Meeting A. Jones | | 0.80 | 400.00 | B110 |
| 1/25/2023 | BS | Meeting A. Jones | | 0.80 | 400.00 | B110 |
| 1/25/2023 | BS | Meeting with FSS | | 0.90 | 450.00 | B210 |
| 1/25/2023 | HK | Meeting with FSS | | 0.90 | 450.00 | B210 |
| 1/25/2023 | KN | Forecast, banking, discussions with D. Jones | | 7.00 | 2,800.00 | B210 |
| 1/26/2023 | HK | Reviewed P&L Forecast received | | 1.50 | 750.00 | B210 |
| 1/26/2023 | HK | Meeting with BlackBriar and Crowe & Dunlevy to set agenda for FSS forecast meeting | | 1.00 | 500.00 | B210 |
| 1/26/2023 | BS | Emails & calls re tax information | | 0.30 | 150.00 | B240 |
| 1/26/2023 | BS | Meeting with BlackBriar and Crowe & Dunlevy to set agenda for FSS forecast meeting | | 1.00 | 500.00 | B210 |
| 1/26/2023 | HK | FSS P&L Forecast meeting | | 3.50 | 1,750.00 | B210 |
| 1/26/2023 | BS | FSS P&L Forecast meeting | | 3.50 | 1,750.00 | B210 |
| 1/26/2023 | BS | Meeting A. Jones | | 1.80 | 900.00 | B210 |
| 1/26/2023 | HK | Meeting A. Jones | | 1.80 | 900.00 | B210 |
| 1/26/2023 | HK | Non working travel | | 3.00 | 750.00 | B195 |
| 1/26/2023 | BS | PQPR distribution analysis(.8); Bitcoin basis follow up (.2) | | 1.00 | 250.00 | B240 |
| 1/26/2023 | BS | Non working travel | | 3.00 | 750.00 | B195 |
| 1/26/2023 | KN | Monthly forecast; Transactions | | 3.00 | 1,200.00 | B210 |
| 1/26/2023 | KN | SOFA | | 1.00 | 400.00 | B110 |
| 1/27/2023 | BS | Fee app review | | 1.80 | 900.00 | B160 |
| 1/27/2023 | HK | Updated master spreadsheet supplement reconciliation & calls with J. Dalessio | | 2.00 | 1,000.00 | B210 |
| 1/27/2023 | HK | Review updated FSS forecasted P&L | | 2.20 | 1,100.00 | B210 |
| 1/27/2023 | KN | Transactions; Budget; discussions with Sarah | | 3.00 | 1,200.00 | B210 |
| 1/27/2023 | KN | SOFA | | 4.00 | 1,600.00 | B110 |
| 1/29/2023 | BS | Calls - A. Jones; C. Cicack | | 0.50 | 250.00 | B210 |
| 1/29/2023 | KN | SOFA | | 7.50 | 3,000.00 | B110 |
| 1/30/2023 | KN | SOFA; transfers; Accounting; discussions with David and Sarah | | 8.00 | 3,200.00 | B110 |
| 1/30/2023 | BS | DIP account issues; bounced checks and wires | | 0.50 | 250.00 | B210 |
| 1/31/2023 | KN | Accounting Research- Transfers, SOFA | | 8.00 | 3,200.00 | B110 |
| 1/30/2023 | HK | Calls with BlackBriar & attorney's regarding SOFA's | | 3.50 | 1,750.00 | B110 |
| 1/30/2023 | KN | SOFA; transfers; QB; discussions with David and Sarah | | 8.00 | 3,200.00 | B110 |
| 1/31/2023 | HK | UCC FA introduction call | | 0.30 | 150.00 | B110 |
| 1/31/2023 | BS | UCC FA introduction call | | 0.30 | 150.00 | B110 |
| 1/31/2023 | HK | Calls with BlackBriar & attorneys regarding transfer analysis | | 0.50 | 250.00 | B110 |
| 1/31/2023 | BS | Calls with BlackBriar & attorneys regarding transfer analysis | | 0.50 | 250.00 | B110 |
| 1/31/2023 | HK | FSS forecast | | 0.50 | 250.00 | B210 |
| 1/31/2023 | HK | worked on SOFA & schedules | | 3.80 | 1,900.00 | B110 |
| 1/31/2023 | KN | Accounting Transfers, SOFA | | 8.00 | 3,200.00 | B110 |
| | | | | **363.00** | **$ 154,070.00** | |

| | | | | |
|---|---|---|---|---|
| **Re:** | Alexander E. Jones, Debtor In Possession | Case No. 22-33553 | | |
| **Billing Period:** | January 1 through January 31, 2023 | | | |
| **Invoice No.** | AJ0101-23 | | | |
| | Total hours for Robert Schleizer (BS) | | 75.70 | 33,125.00 |
| | Total hours for Harold Kessler (HK) | | 116.50 | 52,625.00 |
| | Total hours for Kathy Norderhaug (KN) | | 170.80 | 68,320.00 |
| | | | **363.00** | **$ 154,070.00**  $   - |
| | **Expenses** | | | |
| | From attached expense breakdown | | | $   6,422.40 |
| | **Total Invoice Amount** | | | **$ 160,492.40** |

**BlackBriar Advisors LLC**
**2626 Cole Ave., Suite 300**
**Dallas, TX  75204**

**Alex E. Jones**
**Billing Period:** January 1 through January 31, 2023
**Invoice:** AJ1201-22

| Date | Airfare/Train | Mileage | Meals | Auto | Hotel | Other | Total |
|---|---|---|---|---|---|---|---|
| 1-Jan | - | - | - | - | - | - | - |
| 2-Jan | - | - | - | - | - | - | - |
| 3-Jan | - | - | - | - | - | - | - |
| 4-Jan | - | - | - | - | - | - | - |
| 5-Jan | - | - | - | - | - | 19.98 | 19.98 |
| 6-Jan | 224.00 | - | - | - | - | 114.31 | 338.31 |
| 7-Jan | - | - | - | - | - | - | - |
| 8-Jan | - | - | - | - | - | - | - |
| 9-Jan | - | - | - | - | - | - | - |
| 10-Jan | - | - | - | - | - | - | - |
| 11-Jan | - | - | - | - | - | - | - |
| 12-Jan | - | - | - | - | - | - | - |
| 13-Jan | 576.60 | 14.09 | 46.79 | 514.29 | 1,085.93 | 24.00 | 2,261.70 |
| 14-Jan | - | - | - | - | - | - | - |
| 15-Jan | 129.00 | 14.10 | - | 15.44 | 644.92 | 30.00 | 833.46 |
| 16-Jan | - | - | - | - | - | - | - |
| 17-Jan | - | - | - | - | - | - | - |
| 18-Jan | 458.00 | - | - | - | - | 16.00 | 474.00 |
| 19-Jan | - | - | - | - | - | - | - |
| 20-Jan | - | - | - | - | - | - | - |
| 21-Jan | - | - | - | - | - | - | - |
| 22-Jan | - | - | - | - | - | - | - |
| 23-Jan | - | - | - | - | - | - | - |
| 24-Jan | 447.60 | - | 186.83 | - | 727.40 | - | 1,361.83 |
| 25-Jan | - | - | 218.79 | - | - | 24.00 | 242.79 |
| 26-Jan | - | - | 27.67 | - | 661.05 | - | 688.72 |
| 27-Jan | - | - | - | 184.68 | - | 16.93 | 201.61 |
| 28-Jan | - | - | - | - | - | - | - |
| 29-Jan | - | - | - | - | - | - | - |
| 30-Jan | - | - | - | - | - | - | - |
| 31-Jan | - | - | - | - | - | - | - |
| **Total** | $ 1,835.20 | $ 28.19 | $ 480.08 | $ 714.41 | $ 3,119.30 | $ 245.22 | $ 6,422.40 |