**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>ALEXANDER E. JONES,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-33553 (CML) |

**UPDATED NOTICE OF HEARING**
**[Relates to ECF No. 189, 190]**

**PLEASE TAKE NOTICE** that a hearing previously scheduled for Wednesday, March 8, 2023 at 1:00 p.m. CST on the *Emergency Motion of the Official Committee of Unsecured Creditors of Alexander E. Jones to Compel Debtor to File Amended Schedules and Statements in Compliance with 11 U.S.C. § 521* [ECF No. 189] has been rescheduled to **Wednesday, March 8, 2023 at 1:15 p.m. CST.**

**PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted in person, by telephone, and by remote video conference. Parties wishing to participate in the hearing telephonically may do so by dialing **1-832-917-1510** and entering conference code **590153** when prompted. Parties may also participate via remote video conference by going to https://www.gotomeet.me/JudgeLopez and clicking the "join the meeting" button. Audio connections by phone are required for all video participants.

Dated: March 8, 2022　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Marty L. Brimmage, Jr.*
　　　　　　　　　　　　　　　　　　　　**AKIN GUMP STRAUSS HAUER & FELD LLP**
　　　　　　　　　　　　　　　　　　　　Marty L. Brimmage, Jr.
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00793386
　　　　　　　　　　　　　　　　　　　　Lacy M. Lawrence
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24055913
　　　　　　　　　　　　　　　　　　　　2300 N. Field Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　Telephone: (214) 969-2800
　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 969-4343
　　　　　　　　　　　　　　　　　　　　Email: mbrimmage@akingump.com
　　　　　　　　　　　　　　　　　　　　Email: llawrence@akingump.com

　　　　　　　　　　　　　　　　　　　　*-and-*

　　　　　　　　　　　　　　　　　　　　Ira S. Dizengoff (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　David M. Zensky (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Philip C. Dublin (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Sara L. Brauner (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Katherine Porter (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　One Bryant Park
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 872-1000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 872-1002
　　　　　　　　　　　　　　　　　　　　Email: idizengoff@akingump.com
　　　　　　　　　　　　　　　　　　　　Email: dzensky@akingump.com
　　　　　　　　　　　　　　　　　　　　Email: pdublin@akingump.com
　　　　　　　　　　　　　　　　　　　　Email: sbrauner@akingump.com
　　　　　　　　　　　　　　　　　　　　Email: kporter@akingump.com

　　　　　　　　　　　　　　　　　　　　***Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones***

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 8, 2022, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

/s/ *Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr