United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALEXANDER E. JONES, | ) | Case No. 22-33553 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING EMERGENCY MOTION TO COMPEL
DEBTOR'S COMPLIANCE WITH 11 U.S.C. § 521**

Upon the motion ("Motion")[1] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 case (this "Chapter 11 Case") of Alexander E. Jones ("Jones" or the "Debtor"), pursuant to sections 105(a) and 521 of title 11 of the United States Code (the "Bankruptcy Code"), to compel Jones to comply with Bankruptcy Code § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and appropriate notice having been provided under the circumstances of the Motion and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The Debtor is ordered to file amended Schedules and Statements that are complete and accurate by March 30, 2023 at 12:00 PM [CT].

3. The Debtor is ordered to instruct all entities, including, but not limited to, trustees, banks, asset managers, assistants and other professionals with information relevant to the Schedules and Statements to provide unrestricted access to such information to BlackBriar Advisors, LLC.

4. ~~The Debtor shall include a sworn declaration by March 24, 2023 that describes for each item on the amended Schedules and Statements where the Debtor has (x) checked the box for "no" or information required to answer a question is blank or (y) the value or description of an item is listed as "unknown" or "TBD" or the equivalent (a) any efforts to obtain the relevant information, (b) the date of any request to obtain the relevant information, (c) the response to any such request, and (d) the reason the information or value cannot be ascertained or estimated.~~

5. If the Debtor fails to timely file amended Statements and Schedules that are complete and accurate, the Court may enter an order to show cause why Debtor should not be sanctioned.

6. This Court shall retain sole and exclusive jurisdiction with respect to the automatic stay and its application to any actions other than those expressly provided for in this Order.

Signed:  March 08, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

2