| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | | In Re: | Alexander E. Jones |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | **Eric Henzy**<br>**Zeisler & Ziesler, P.C.**<br>**10 Middle Street, 15th Floor**<br>**Bridgeport, CT 06604**<br>**203.368.5495; ehenzy@zeislaw.com**<br>**CT 412146** |
|---|---|

| Name of party applicant seeks to appear for: | Richard M. Coan, as Chapter 7 Trustee to the Estate of Erica Lafferty |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/10/23 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____   _____
United States Bankruptcy Judge