# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ALEXANDER E. JONES,** | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that, BRADLEY J. REEVES, appears on behalf of Reeves Law, PLLC, a creditor and interested party, in the above Bankruptcy and pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342, and 1109(b), requests that copies of all notices be given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the underigned at the office, address, and telephone number set forth below:

Bradley J. Reeves
State Bar No. 24068266
REEVES LAW, PLLC
702 Rio Grande St., Suite 203
Austin, Texas 78701
Telephone: (512) 827-2246
Facsimile: (512) 318-2484
Email: brad@brtx.law

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002 and 9007, and all applicable local rules of the Bankruptcy Court, the foregoing request includes, without limitation, all notices of order, applications, complaints, demands, objections, hearings, motions, petitions, orders, pleadings, or requests, and any other documents brought before the Bankruptcy

Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic delivery, telephone, facsimile, or otherwise.

Dated: March 10, 2023.

>Respectfully submitted,
>
>**REEVES LAW, PLLC**
>
>By: */s/ Bradley J. Reeves*
>Bradley J. Reeves
>State Bar No. 24068266
>brad@brtx.law
>702 Rio Grande St., Suite 203
>Austin, TX 78701
>Telephone:   (512) 827-2246
>Facsimile:   (512) 318-2484
>
>*Attorney for Creditor and Interested Party,*
>*Reeves Law, PLLC*

## CERTIFICATE OF SERVICE

      The undersigned counsel certifies that notice of the filing of this document has been served on the parties through the Court's CM/ECF system on March 10, 2023.

                                                */s/ Bradley J. Reeves*
                                                Bradley J. Reeves