United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ALEXANDER E. JONES, | ) ) | Case No. 22-33553 (CML) |
| Debtor. | ) ) ) | |

**ORDER GRANTING EMERGENCY MOTION TO COMPEL
DEBTOR'S COMPLIANCE WITH 11 U.S.C. § 521**

Upon the motion ("Motion")[1] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 case (this "Chapter 11 Case") of Alexander E. Jones ("Jones" or the "Debtor"), pursuant to sections 105(a) and 521 of title 11 of the United States Code (the "Bankruptcy Code"), to compel Jones to comply with Bankruptcy Code § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and appropriate notice having been provided under the circumstances of the Motion and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The Debtor is ordered to file amended Schedules and Statements that are complete and accurate by March 30, 2023 at 12:00 PM [CT].

3. The Debtor is ordered to instruct all entities, including, but not limited to, trustees, banks, asset managers, assistants and other professionals with information relevant to the Schedules and Statements to provide unrestricted access to such information to BlackBriar Advisors, LLC.

4. The Debtor shall include a sworn declaration by March 24, 2023 that describes for each item on the amended Schedules and Statements where the Debtor has (x) checked the box for "no information required to answer a question is left blank" or (y) the value or description of an item is listed as "unknown" or "TBD" or the equivalent (a) any efforts to obtain the relevant information, (b) the date of any request to obtain the relevant information, (c) the response to any such request, and (d) the reason the information or value cannot be ascertained or estimated.

5. If the Debtor fails to timely file amended Statements and Schedules that are complete and accurate, the Court may enter an order to show cause why Debtor should not be sanctioned.

6. This Court shall retain sole and exclusive jurisdiction with respect to the automatic stay and its application to any actions other than those expressly provided for in this Order.

Signed:  March 08, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:     Case No. 22-33553-cml
Alexander E. Jones     Chapter 11
Official Committee Of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 5
Date Rcvd: Mar 08, 2023     Form ID: pdf002     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| cr | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850 Austin, TX 78701-4653 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| crcm | + | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |
| cr | + | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 08 2023 20:08:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| cr | | David Wheeler |
| cr | | Donna Soto |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |
| cr | | Mark Barden |
| cr | | Nicole Hockley |
| cr | | Robert Parker |
| cr | | William Aldenberg |
| cr | | William Sherlach |

TOTAL: 14 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0541-4 | User: ADIuser | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 08, 2023 | Form ID: pdf002 | Total Noticed: 12 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:**

**Name** — **Email Address**

Avi Moshenberg
on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com

Avi Moshenberg
on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com

Avi Moshenberg
on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com

Avi Moshenberg
on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com

Avi Moshenberg
on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com

Christina Walton Stephenson
on behalf of Debtor Alexander E. Jones Crissie.Stephenson@crowedunlevy.com
elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Elizabeth Carol Freeman
on behalf of Interested Party Melissa A Haselden liz@lizfreemanlaw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Ha Minh Nguyen
on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jarrod B. Martin
on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jason Starks
on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jayson B. Ruff
on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jennifer Jaye Hardy
on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 5 |
| Date Rcvd: Mar 08, 2023 | Form ID: pdf002 | Total Noticed: 12 |

Jennifer Jaye Hardy
    on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

John D Malone
    on behalf of Creditor Security Bank of Texas myra@johnmalonepc.com  myra@johnmalonepc.com

Marty L Brimmage
    on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Nicole Hockley mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlos M Soto mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Mark Barden mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor William Sherlach mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor William Aldenberg mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Francine Wheeler mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Donna Soto mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor David Wheeler mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Neil Heslin mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Robert Parker mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Ian Hockley mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Melissa A Haselden
    mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Melissa A Haselden
    on behalf of Interested Party Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Nicholas Lawson
    on behalf of Creditor Marcel Fontaine nick.lawson@mhllp.com   patricia.flores@mhllp.com

Nicholas Lawson
    on behalf of Creditor Veronique De La Rosa nick.lawson@mhllp.com   patricia.flores@mhllp.com

Nicholas Lawson
    on behalf of Creditor Scarlett Lewis nick.lawson@mhllp.com   patricia.flores@mhllp.com

Nicholas Lawson
    on behalf of Creditor Leonard Pozner nick.lawson@mhllp.com   patricia.flores@mhllp.com

Nicholas Lawson
    on behalf of Creditor Neil Heslin nick.lawson@mhllp.com   patricia.flores@mhllp.com

Raymond William Battaglia
    on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com

Richard A. Cochrane
    on behalf of Creditor Neil Heslin rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor Nicole Hockley rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor William Aldenberg rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor Ian Hockley rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor Carlos M Soto rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor Marcel Fontaine rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor David Wheeler rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor Jennifer Hensel rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor Jacqueline Barden rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor Jillian Soto-Marino rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor William Sherlach rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor Robert Parker rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor Leonard Pozner rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor Veronique De La Rosa rcochrane@akingump.com   jlangmack@akingump.com

Richard A. Cochrane
    on behalf of Creditor Mark Barden rcochrane@akingump.com   jlangmack@akingump.com

| | |
|---|---|
| Richard A. Cochrane | on behalf of Creditor Carlee Soto Parisi rcochrane@akingump.com jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Scarlett Lewis rcochrane@akingump.com jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Donna Soto rcochrane@akingump.com jlangmack@akingump.com |
| Richard A. Cochrane | on behalf of Creditor Francine Wheeler rcochrane@akingump.com jlangmack@akingump.com |
| Ryan E Chapple | on behalf of Creditor Donna Soto rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Robert Parker rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Sherlach rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jacqueline Barden rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor David Wheeler rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jennifer Hensel rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Nicole Hockley rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Francine Wheeler rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Ian Hockley rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlos M Soto rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Aldenberg rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Mark Barden rchapple@cstrial.com aprentice@cstrial.com |
| Shelby A Jordan | on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vickie L Driver | on behalf of Debtor Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Yoshie Valadez | on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com yvaladez@mccarthyholthus.com |

TOTAL: 86