IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**THIRD MONTHLY FEE STATEMENT OF JORDAN & ORTIZ, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| **Name of Applicant:** | Jordan & Ortiz, P.C. ("J&O") | |
|---|---|---|
| **Applicant's Role in Case:** | Co-Counsel to Debtor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #105) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 02/01/2023 | 02/28/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $40,964.00[1] (80% of $51,205.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $22.44[2] | |
| **Summary Attorney Fees for the Period Covered by this Statement** | | |
| **Attorneys Fees in this Statement:** | $50,580.00 | |
| **Total Actual Attorneys Hours Covered by this Statement:** | 84.30 | |
| **Average Hourly Rate for Attorneys:** | $600.00 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| **Paraprofessional Fees Requested in this Statement:** | $625.00 | |
| **Total Actual Paraprofessional Hours Covered by this Statement:** | 2.50 | |
| **Average Hourly Rate for Paraprofessionals:** | $250.00 | |

---

[1] Counsel is holding $61,791.01 as a retainer in its IOLTA Account which is included in this fee/expense request.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

Page 1 of 8

> **In accordance with the Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals [ECF #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

## RELIEF REQUESTED

1. This is Jordan & Ortiz, P.C.'s ("J&O") second monthly fee statement for compensation (the "Fee Statement") for the period of February 1, 2023 through February 28, 2023 (the "Fee Period") pursuant to the Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals [ECF #106] (the "Interim Compensation Order"). J&O is filing its first amended monthly fee statement for compensation showing that J&O requests: (a) allowance of compensation in the amount of $40,964.00 (80% of $51,205.00) for actual, reasonable, and necessary professional services rendered to the Debtor by J&O and (b) reimbursement of actual, reasonable, and necessary costs and expenses in the amount of $22.44 incurred by J&O during the Fee Period. By this Fee Statement, J&O seeks interim allowance of compensation for services rendered and reimbursement of expenses incurred solely in connection with its work performed on behalf of the Debtor.

## SERVICES RENDERED AND DISBURSEMENTS INCURRED

2. Attached above as Exhibit "A" is the Fee Statement for the period February 1, 2023 through February 28, 2023, which includes a summary of professionals who rendered services to the Debtor during the Fee Period, including each person's billing rate and the fees incurred during the Fee Period summarized by task code and the itemized schedule of expenses within each

category, including description, incurred with the amounts for which reimbursement is requested. Attached as Exhibit "B" is a Task Code breakdown by Attorney and Paralegal.

## NOTICE AND OBJECTION PROCEDURES

3. Pursuant to the Interim Compensation Order notice of this Fee Statement has been provided to:

   a. Debtor Counsel, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com)

   b. U.S. Trustee c/o/ Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

   c. Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com)

   d. Connecticut Plaintiffs, (a) Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

   e. Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

   f. All parties that receive ECF notifications

In light of the nature of the relief requested herein, J&O submits that no further or other notice is required.

4. Pursuant to the Interim Compensation Order (ECF #106), the Notice Parties and parties in interest have 14 days after service of the Monthly Fee Statement to object to the requested fees and expenses. If any Notice Party, or any other party in interest, objects to a Retained

Professional's Monthly Fee Statement, it must serve on the affected Retained Professional and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline. Thereafter, the objecting party and the affected Retained Professional may attempt to resolve the Objection on a consensual basis. If the parties are unable to reach a resolution of the Objection within 14 days after service of the Objection, or such later date as may be agreed upon by the objecting party and the affected Retained Professional, the affected Retained Professional may either: (i) file a response to the Objection with the Court, together with a request for payment of the difference, if any, between the Maximum Payment and the Authorized Payment made to the affected Retained Professional (the "Incremental Amount") and schedule such matter for hearing on at least 14 days' notice; or (ii) forego payment of the Incremental Amount until the next interim or final fee application hearing, at which time the Court will consider and dispose of the Objection if requested by the affected Retained Professional. Failure by a Notice Party, or any other party in interest, to object to a Monthly Fee Statement shall not constitute a waiver of any kind nor prejudice that party's right to object to any Interim Fee Application (as defined below) subsequently filed by a Retained Professional.

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  J&O reserves the right to make further application to this Court for allowance of such fees and expenses not included herein, or correct and erroneous or errors set out herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

WHEREFORE, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, J&O respectfully requests: (a) that it be allowed on an interim basis (i) $40,964.00 (80% of fees in the amount of $51,205.00) for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and (ii) reimbursement of $22.44 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtor be authorized and directed to immediately pay to J&O the amount of $40,986.44 which is equal to the sum of 80% of J&O's fees and 100% of J&O's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Dated: March 13, 2023

                                              */s/ Shelby A. Jordan*
                                              SHELBY A. JORDAN
                                              State Bar No. 11016700
                                              S.D. No. 2195
                                              ANTONIO ORTIZ
                                              State Bar No. 24074839
                                              S.D. No. 1127322
                                              **Jordan & Ortiz, P.C.**
                                              500 North Shoreline Blvd., Suite 900
                                              Corpus Christi, TX  78401
                                              Telephone: (361) 884-5678
                                              Facsimile:  (361) 888-5555
                                              Email:  sjordan@jhwclaw.com
                                                         aortiz@jhwclaw.com
                                              Copy to: cmadden@jhwclaw.com
                                              **CO-COUNSEL FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I certify that on March 13, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a. Debtor Counsel, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com)

b. U.S. Trustee c/o/ Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c. Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com)

d. Connecticut Plaintiffs, (a) Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e. Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f. All parties that receive ECF notifications

                                        */s/ Shelby A. Jordan*
                                            Shelby A. Jordan

# EXHIBIT "A"

### JORDAN & ORTIZ, P.C. FEBRUARY INVOICE FOR PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

## SUMMARY OF PREVIOUS UNPAID INVOICES

| Invoice No. | Month Billed | Invoice Date | Amount Billed | Credits Applied | Balance Due |
|---|---|---|---|---|---|
| 922199 | December | 1/27/23 | $77,869.15 | -$62,396.65 | $15,472.50 |
| 922213 | January | 2/15/23 | $28,227.50 | -$22,602.50 | $5,625.00 |
| **TOTALS** | | | **$106,096.65** | **-$84,999.15** | **$21,097.50** |

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 900
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678

JONES, ALEX
alexejones1777@gmail.com

Page: 1
March 02, 2023
Account No: 5481-002000M
Statement No: 922268

Bankruptcy

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | PREVIOUS BALANCE | | $43,700.00 |
| | | | | | Hours | |
| 02/01/2023 | CRM | B160 | A103 | Revise exhibit A to first monthly fee statement to show time spent broken down and email amended exhibit A to co-counsel. | 1.10 | |
| | SAJ | B160 | A107 | Call from and copy of fee agreement from Andino Reynal. | 0.30 | |
| | SAJ | B170 | A103 | Work on edits to December fee statement and amendments. | 0.70 | |
| | SAJ | B170 | A104 | Review form and content of Battaglia fee statement. | 0.30 | |
| | SAJ | B190 | A104 | Review/analyze and comment on confidentiality order and copy co-counsel. | 0.40 | |
| 02/02/2023 | CRM | B160 | A103 | Additional edits to first monthly statement and december invoice based on change to AO time entry (.5); email to Shelby Jordan and co-counsel with changes to same. (.1). | 0.60 | |
| | SAJ | B210 | A108 | Receive and forward to financial consultant the Guadalupe County Tax office notice of address for ranch property for schedules and to change to debtor. | 0.20 | |
| | SAJ | B160 | A106 | Email and call regarding Jones signature on Reynal fee agreement and email and call to client to arrange. | 0.40 | |
| | SAJ | B170 | A104 | Review/analyze Reynal billings and comment on two-way travel billings and hourly rate. | 0.30 | |
| | SAJ | B190 | A107 | Review and respond to Moshenberg email regarding sharing all discovery from the state court litigation and conference with Battaglia and co-counsel on protective order and opposition to disclosures without agreed protective order and review two additional drafts. | 0.80 | |
| | SAJ | B190 | A103 | Review and begin comments on Reynal's email summary of response to demand for retraction and telephone conference with Reynal and debtor on how to further respond. | 0.80 | |

JONES, ALEX  Case 22-33553   Document 215   Filed in TXSB on 03/13/23   Page 9 of 17

Page: 2
March 02, 2023
Account No: 5481-002000M
Statement No: 922268

Bankruptcy

|  |  |  |  |  | Hours |
|---|---|---|---|---|---|
|  | SAJ | B190 | A107 | Review and forward to co-counsel issues with Moshenberg summary of clawback issues after review of attachments. | 0.60 |
| 02/03/2023 | SAJ | B160 | A103 | Finish and circulate amended December fee statement with further breakdown of codes. | 0.60 |
|  | SAJ | B160 | A104 | Review/analyze reynal edited fee agreement and discuss with debtor regarding hourly rate. | 0.30 |
|  | SAJ | B190 | A104 | Review emails and draft of new version of protective order. | 0.30 |
| 02/05/2023 | SAJ | B210 | A106 | Call and email to client regarding status of matters and request for in person meeting. | 0.30 |
|  | SAJ | B190 | A107 | Email to co-counsel regarding status of issues and suggestion for an "all hand" conference call with Bob regarding FSS and mediation. | 0.20 |
| 02/06/2023 | SAJ | B210 | A106 | In office meeting with debtor and review status of all operations and all outstanding operating issues. | 0.90 |
|  | SAJ | B210 | A107 | Email to co-counsel for an "all hands" meeting for joint status update. | 0.10 |
|  | SAJ | B210 | A106 | Telephone conference with client and Rob Dew regarding status of settlement trust and potential adoption of Alex Jones issues and Plan. | 0.80 |
|  | SAJ | B210 | A108 | Telephone call regarding litigation settlement trust and status of assets and scheduling of potential or actual interest in LST assets and need to update all SOS filings including reports for franchise reports and conference regarding getting CPA for LST to prepare the reports and accounting. | 0.80 |
| 02/07/2023 | SAJ | B110 | A106 | Conference with debtor regarding DIP operations to answer questions and issues of debtor regarding personnel and handling. | 0.70 |
|  | SAJ | B110 | A107 | Conference with co-counsel on status of schedules and statements and status of issues raised by debtor in operations and completion of schedules and call to debtor for update after co-counsel call. | 1.00 |
|  | SAJ | B110 | A107 | Review FSS response to Ponzer Lift Stay and conference with co-counsel regarding motion for relief from stay by Ponzer and DeLaRosa and Alex Jones response additions. | 0.60 |
|  | SAJ | B190 | A107 | Conference call with co-counsel and Judge Isgur regarding status of schedules, disclosures and mediation and pull both Texas Judgement and Connecticut Judgement for memo to debtor and co-counsel on dischargeability (adapt for mediation |  |

Case 22-33553 Document 215 Filed in TXSB on 03/13/23 Page 10 of 17

JONES, ALEX

Bankruptcy

Page: 3
March 02, 2023
Account No: 5481-002000M
Statement No: 922268

|            |     |      |      |                                                                                                                                                                                                                                                               | Hours |     |
|------------|-----|------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----|
|            |     |      |      | statement).                                                                                                                                                                                                                                                   | 1.00  |     |
| 02/08/2023 | SAJ | B210 | A103 | Begin draft on right to indemnity both contractual and statutory for FSS Administrative claim by Alex Jones for unpaid post-petition salary, advances of funds, Conn travel and lodging expenses and employment agreement.                                    | 1.60  |     |
|            | SAJ | B120 | A106 | Call to debtor regarding schedules and statements and completion of asset listing and conference regarding "opportunity" analysis if value is involved and disclosures.                                                                                       | 0.60  |     |
|            | SAJ | B130 | A106 | Conference with client and CRO regarding helicopter privileges.                                                                                                                                                                                               | 0.30  |     |
|            | SAJ | B190 | A103 | Work on memo to co-counsel regarding Heslin (TX) and Lafferty (Conn) judgments and evaluation of appellate grounds (also dischargeability grounds) including trial and submission defects that prevent res judicata, collateral estoppel, issue preclusions etc. | 2.10  |     |
| 02/09/2023 | SAJ | B160 | A103 | Review, edit and approve certificate of no objection.                                                                                                                                                                                                         | 0.30  |     |
|            | SAJ | B180 | A103 | Work on attorneys fees claim for sanction payment and prepare memo on Supreme Court guidance on hourly billing regarding Bankston failure to keep time records (payment funded by debtor) and state court $1 million dollar payment funded by debtor Alex Jones. | 2.80  |     |
|            | SAJ | B190 | A104 | Review final draft of confidentiality agreement.                                                                                                                                                                                                              | 0.60  | n/c |
|            | SAJ | B190 | A108 | Mediation meeting with co-counsel and Judge Isgur.                                                                                                                                                                                                            | 0.40  |     |
|            | SAJ | B190 | A106 | Work on modified transcript and meet at debtors office to begin to pull and review videos for retraction.                                                                                                                                                     | 2.30  |     |
|            | SAJ | B190 | A104 | Review/analyze all parties exhibit and witness list and pull documents important to debtor.                                                                                                                                                                   | 0.40  |     |
| 02/10/2023 | SAJ | B210 | A106 | Call and conference with debtor regarding give-send-go account administered by Norm Pattis and need for an accounting.                                                                                                                                        | 0.40  |     |
|            | SAJ | B210 | A104 | Concerns about collection of Youngevity monthly payments and reasons for stop payments and advancement of trust account funds and gather information for co-counsel to schedule and to contact Youngevity CEO or its counsel.                                  | 0.50  |     |
|            | SAJ | B140 | A107 | Review and respond to co-counsel regarding hearing on lift stay as only preliminary and review exhibit and witness list.                                                                                                                                      | 0.20  |     |
|            | SAJ | B190 | A106 | Work with debtor and Rob Dew on first full transcript and full videos for response to demand for retraction by Lewis and                                                                                                                                      |       |     |

JONES, ALEX  Case 22-33553   Document 215   Filed in TXSB on 03/13/23   Page 11 of 17   Page: 4
March 02, 2023
Account No:    5481-002000M
Statement No:           922268

Bankruptcy

| Date | | | | | Hours |
|---|---|---|---|---|---|
| | | | | recommend viewing all videos from both cameras. | 3.80 |
| | SAJ | B190 | A107 | Review final confidentiality agreement with PQPR removed and email to co-counsel. ) | 0.30 |
| 02/12/2023 | SAJ | B210 | A106 | Call from debtor and forwarding copies of notes from Reynal regarding response to Bankston Demand letter for retraction. | 1.50 |
| | SAJ | B210 | A103 | Begin additional research on how to respond to denial of conversation and how to deal with demand for retraction of non-slanderous statements and prepare initial memo to support outline of details of the proposed written response (and all video response) and circulate V1 and V2 of written response. | 2.80 |
| 02/13/2023 | SAJ | B210 | A107 | Meeting with co-counsel in debtor's office regarding work on final input to schedules and statements and verify trust account balances and status of issues regarding the 2022 settlement trust termination, winding down and sale of assets. | 1.30 |
| | SAJ | B160 | A103 | Work on January billing statements request and hold back. | 0.30 |
| | SAJ | B170 | A106 | Conference with debtor regarding $800.00 per hour for litigation and other issues with litigation issues. | 0.20 |
| | SAJ | B170 | A107 | Emails to co-counsel on total fees issues and costs of appeal. | 0.20 |
| | SAJ | B210 | A106 | Meeting with debtor in office regarding download of sequence of events to be reflected in video and video clips from trial and on air. | 2.00 |
| | SAJ | B210 | A108 | Meeting with Rob Dew to begin review of all video clips and to add video clips of second day testimony and work on video cuts and additions and work on titles of each clip at debtor's offices with Rob Dew. | 2.60 |
| | SAJ | B210 | A103 | Work on and circulate V3 and V4 of written response and add additional research. | 2.50 |
| | SAJ | B210 | A108 | Conference with Ben Broocks regarding how to respond to demand of non slanderous statement. | 0.50 |
| | SAJ | B210 | A104 | Obtain copy of complete Piers Morgan interview and view. | 1.00 |
| | SAJ | B210 | A107 | Emails to and from Reynal regarding scope of Bankston's publication of non-clawed back production and HIPPA information. | 0.30 |
| | SAJ | B210 | A104 | Review/analyze witness and exhibit lists for February 14th hearings. | 0.20 |
| | SAJ | B210 | A107 | Review and discuss with co-counsel email from Lemmon on behalf of PQPR production of documents. | 0.30 |

JONES, ALEX  Case 22-33553   Document 215   Filed in TXSB on 03/13/23   Page 12 of 17   Page: 5
March 02, 2023
Account No: 5481-002000M
Statement No: 922268

Bankruptcy

| Date | Initials | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 02/14/2023 | CRM | B160 | A103 | Prepare second monthly fee notice and send to Shelby for approval before filing. | 0.60 |
| | SAJ | B110 | A107 | Meeting with co-counsel at debtor's office and review final (initial) schedules and statements and edits. | 1.10 |
| | SAJ | B210 | A107 | Conference with Vicki Driver regarding 2022 settlement litigation trust and ownership of its three entities Info-W, Info-Health and Prison Planet TV and review trust documents regarding memo for current treatment of entities. | 1.30 |
| | SAJ | B210 | A108 | Conference with Richard Dale CPA regarding discussing background of trust and assuring all entities of litigation settlement trust have all SOS reports filed or updated for "good standing" certificates and reporting deficiencies and discuss terms of terms of retention and request for retainer. | 0.70 |
| | SAJ | B190 | A106 | Meeting with debtor in his office regarding work on V5 of written response to Bankston demand letter for retraction of Piers Morgan interview statements and conference with Rob Dew to make additions and edits to video sequence, copy V4 to co-counsel including Reynal and request input and edits. | 4.00 |
| 02/15/2023 | CRM | B160 | A103 | File Second Monthly Fee Statement for January and serve same. | 0.20 |
| | SAJ | B190 | A106 | Telephone conference with debtor and Ray Battaglia regarding Bankston's filing of the text messages of Alex in state court as a violation of the automatic stay to collect a debt. | 1.10 |
| | SAJ | B190 | A107 | Email to Andino Reynal and co-counsel regarding this topic and contents of debtor and Battaglia conversation and pull case law regarding disclosure of non-relevant personal information of a litigant. | 1.30 |
| | SAJ | B190 | A103 | Finish debtor's reply to Bankston's slander demand letter and view video response and conference with Rob Dew and debtor of video issues, meeting in Debtor's office for conference and viewing. | 2.60 |
| | SAJ | B320 | A107 | Conference with Battaglia regarding terms of plan of FSS and dependency on Jones for feasibility and request and review copy of plan with Debtor. | 1.30 |
| 02/16/2023 | SAJ | B110 | A104 | Review/analyze and comment regarding production of emails and issues of privilege and notice of joint defense privilege preservation to co-counsel. | 0.40 |
| | SAJ | B110 | A107 | Review and forward to co-counsel multiple press requests for information concerning schedules and statements. | 0.40 |

| Date | | | | | Hours | |
|---|---|---|---|---|---|---|
| | SAJ | B110 | A106 | Receive and forward MOR to client and review MOR with debtor. | 0.50 | |
| | SAJ | B210 | A107 | Review motion to revoke FSS status as a subchapter V case and conference with Battaglia. | 1.00 | n/c |
| | SAJ | B120 | A104 | Review issues raised by co-counsel for further development in schedule amendments and begin work on trust disclosures. | 0.60 | |
| | SAJ | B120 | A107 | Call to Eric Taube regarding work on by estate lawyer that stopped practice. | 0.30 | |
| | SAJ | B190 | A107 | Attend zoom meeting with FSS Battaglia and co-counsel regarding mediation and conference with mediator. | 0.80 | |
| | SAJ | B190 | A103 | Work on "on air" script and video for retraction demand and call and conference with Rob Dew on edits. | 1.60 | |
| | SAJ | B190 | A107 | Call to Reynal and review designation of record on appeal. | 0.30 | |
| 02/17/2023 | SAJ | B190 | A104 | Received and reviewed current version of retraction video. | 2.00 | |
| | SAJ | B190 | A107 | Forward web access of retraction video to Reynal and co-counsel for review and comment. | 0.30 | |
| | SAJ | B190 | A106 | Trip to debtor offices and view new edits to retraction video and conference with client and Rob Dew. | 1.00 | |
| 02/18/2023 | SAJ | B190 | A106 | Email and call to Rob Dew regarding addition of statement to clarification/retraction video and call to debtor. | 0.70 | |
| | SAJ | B190 | A104 | Review/analyze addition and approve statement for clarification and retraction video. | 0.70 | |
| 02/20/2023 | SAJ | B190 | A108 | Call and conversation with Rob Dew regarding edits and final changes to retraction demand video and approve and agree to publish. | 0.80 | |
| 02/21/2023 | SAJ | B110 | A107 | Conference with Norm Pattis regarding accounting corrections for "give-send-go" donation account and post petition transfer from account to IOLTA of Pattis and email to counsel. | 0.40 | |
| | SAJ | B210 | A106 | Review lengthy email collection forwarded by debtor's ex-wife and discuss with debtor and co-counsel to determine not to respond. | 0.50 | |
| | SAJ | B190 | A103 | Work on final draft of video edits and emails and call to editing crew. | 2.50 | |
| | SAJ | B190 | A106 | Call to debtor and circulate final draft to all debtor counsel for review and serve final draft of notice of retraction to Bankston. | 0.50 | |

JONES, ALEX  Case 22-33553   Document 215   Filed in TXSB on 03/13/23   Page 14 of 17   Page: 7
March 02, 2023
Account No: 5481-002000M
Statement No: 922268

Bankruptcy

| Date | Atty | Task | Act | Description | Hours | |
|---|---|---|---|---|---|---|
| | SAJ | B190 | A108 | Prepare and attend conference call with mediator Isgur and all debtor related counsel. | 0.80 | |
| 02/22/2023 | SAJ | B110 | A104 | Review and comment on motion to strike sub chapter V designation in FSS chapter 11. | 0.40 | |
| | SAJ | B190 | A108 | Follow up with obtaining all locations of retraction and a copy of the full show including retraction and call to Rob Dew. | 0.40 | |
| 02/23/2023 | SAJ | B110 | A104 | Review summary of amendment to schedules and statement topics and comment and review communication to mediator regarding same. | 0.70 | |
| | SAJ | B210 | A109 | Attend partial 341 meeting and UST questioning and email to co-counsel. | 1.00 | |
| | SAJ | B410 | A106 | Call from client and discuss 341 meeting and issues. | 0.40 | |
| 02/24/2023 | SAJ | B110 | A108 | Coordinate Judge Nelms and Judge Schmidt advances and 1099 to include their 1099 to Matt Okin. | 0.20 | n/c |
| | SAJ | B110 | A104 | Verify that final retraction was published an no response yet from Piers Morgan for show publication and verify receipt by Bankston (no response to date). | 0.60 | |
| | SAJ | B160 | A104 | Review all witness and exhibit lists for hearing to determine exhibits (none) and objections (none). | 0.30 | |
| | SAJ | B190 | A107 | Receive and review 2004 exam of Alex Jones and email to co-counsel. | 0.30 | |
| 02/26/2023 | SAJ | B210 | A106 | Call from debtor regarding operations. | 0.20 | |
| | SAJ | B210 | A106 | Call to debtor operations and 341 meeting. | 0.30 | |
| | SAJ | B210 | A107 | Call to co-counsel and leave message. | 0.10 | |
| 02/27/2023 | SAJ | B210 | A106 | Call to co-counsel and call to client regarding status and discussion with co-counsel regarding 341 meeting and debtor's responses and matters to be done post 341. | 0.40 | |
| | SAJ | B190 | A103 | Work on discharge issues of Connecticut claims and update memo. | 2.00 | |
| 02/28/2023 | SAJ | B110 | A109 | Attend hearing on appeal lawyers retention application (Reynal and Martin). | 0.40 | |
| | SAJ | B110 | A107 | Call and conference with co-counsel regarding status of all pending matters. | 0.30 | |
| | SAJ | B110 | A106 | Call to debtor for scheduling. | 0.20 | |

JONES, ALEX  Case 22-33553  Document 215  Filed in TXSB on 03/13/23  Page 15 of 17

Page: 8
March 02, 2023
Account No: 5481-002000M
Statement No: 922268

Bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| SAJ | B210 | A108 | Conference with Rob Dew and co-counsel regarding how to determine the status of the 2022 litigation trust now in winding down phase with remaining debt in InfoW (not related to the waived debt of Sandy Hook Plaintiffs) and working on memo summary. | | 1.70 | |
| SAJ | B190 | A103 | Work on memo on Connecticut and Texas discharge of debts to supplement mediation statement and email to co-counsel. | | 2.00 | |
| | | | For Current Services Rendered | | 86.80 | 51,205.00 |
| | | | Total Non-billable Hours | | 1.80 | |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| SHELBY A. JORDAN | Partners | 84.30 | $600.00 | $50,580.00 |
| CHRYSTAL MADDEN | Paralegals | 2.50 | 250.00 | 625.00 |

| Date | | | | | |
|---|---|---|---|---|---|
| 02/28/2023 | B110 | E106 | Online research - Lexis | | 2.04 |
| 02/28/2023 | B110 | E106 | Online research - PACER | | 20.40 |
| | | | Total Expenses | | 22.44 |
| | | | Total Current Work | | 51,227.44 |
| | | | Total Payments | | -22,602.50 |
| | | | Balance Due | | $72,324.94 |

Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 4620.00 | 22.44 |
| B120 | Asset Analysis and Recovery | 900.00 | 0.00 |
| B130 | Asset Disposition | 180.00 | 0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 120.00 | 0.00 |
| B160 | Fee/Employment Applications | 2125.00 | 0.00 |
| B170 | Fee/Employment Objections | 1020.00 | 0.00 |
| B180 | Avoidance Action Analysis | 1680.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 23460.00 | 0.00 |
| B100 | Administration | | |
| | | 34,105.00 | 22.44 |
| B210 | Business Operations | 16080.00 | 0.00 |
| B200 | Operations | | |
| | | 16,080.00 | 0.00 |
| B320 | Plan and Discosure Statement (including Business Plan) | 780.00 | 0.00 |
| B300 | Claims and Plan | | |
| | | 780.00 | 0.00 |
| B410 | General Bankruptcy Advice/Opinions | 240.00 | 0.00 |

JONES, ALEX

Bankruptcy

Page: 9
March 02, 2023
Account No:  5481-002000M
Statement No:  922268

| | | Fees | Expenses |
|---|---|---:|---:|
| B400 | Bankruptcy-Related Advice | 240.00 | 0.00 |

Your trust account #1 balance is

| | |
|---|---:|
| Opening Balance | $84,393.51 |
| 3/10/23 Payment of January Fees (80% of fees and 100% of expenses) | -$22,602.50 |
| Closing Balance | $61,791.01 |

*The entry N/C signifies time spent for which there will be no charge.*

# EXHIBIT "B"

## TASK CODES

| **CATEGORIES** | **ATTORNEY TIME** | **PARALEGAL TIME** |
|---|---|---|
| B110 Case Administration | 7.7 | |
| B120 Asset Analysis and Recovery | 1.5 | |
| B130 Asset Disposition | 0.30 | |
| B140 Relief from Stay/Adequate Protection | 0.20 | |
| B150 Meetings of & Communications with Creditors | | |
| B160 Fee/Employment Applications | 2.5 | 2.5 |
| B170 Fee/Employment Objections | 1.7 | |
| B180 Avoidance Action Analysis | 2.80 | |
| B185 Assumption/Rejection of Executory Contracts | | |
| B190 Other Contested Matters | 39.1 | |
| B195 Non-Working Travel | | |
| B210 Business Operations | 26.8 | |
| B220 Employee Benefits/Pensions | | |
| B230 Financing/Cash Collections | | |
| B240 Tax Issues | | |
| B250 Real Estate | | |
| B260 Board of Directors Matters | | |
| B310 Claims Administration and Objections | | |
| B320 Plan and Disclosure Statement | 1.30 | |
| B410 General Bankruptcy Advice/Opinions | 0.40 | |
| B420 Restructurings | | |
| **TOTALS:** | **84.30** | **2.5** |