United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | | In Re: | Alexander E. Jones |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | **Eric Henzy**<br>**Zeisler & Ziesler, P.C.**<br>**10 Middle Street, 15th Floor**<br>**Bridgeport, CT 06604**<br>**203.368.5495; ehenzy@zeislaw.com**<br>**CT 412146** |
|---|---|

| Name of party applicant seeks to appear for: | Richard M. Coan, as Chapter 7 Trustee to the Estate of Erica Lafferty |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 3/10/23 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: March 14, 2023

_____
Christopher Lopez
United States Bankruptcy Judge