# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 22-33553** |
| | § | |
| **ALEXANDER E. JONES,** | § | **CHAPTER 11** |
| | § | |
| Debtor. | § | |

## UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST
## FOR MARCH 27, 2023 HEARING

Kevin M. Epstein, the United States Trustee for Region 7 (the "U.S. Trustee") files this Witness and Exhibit List for the hearing scheduled for March 27, 2023 at 1:00 p.m., Central Time (or as such hearing may be continued or rescheduled, the "Hearing").

## WITNESSES

The U.S. Trustee may examine:

1. Any witnesses called or designated by any other party; and

2. Any witness necessary to rebut testimony of a witness called or designated by any other party.

**EXHIBITS**

The U.S. Trustee may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | All exhibits presented or designated by any other parties for the hearing |  |  |  |  |
|  | All rebuttal exhibits |  |  |  |  |

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Dated: March 23, 2023

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/Jayson B. Ruff
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
515 Rusk, Ste. 3516
Houston, TX  77002
Telephone: (713)718-4662
Facsimile: (713)718-4670

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, I caused a true and correct copy of the foregoing **UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST FOR MARCH 27, 2023 HEARING** to be served upon all parties receiving electronic notice via ECF.

/s/ Jayson B. Ruff
Jayson B. Ruff
