**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **ALEXANDER E. JONES** | § | **Case No. 22-33553** |
| | § | |
| Debtor. | § | |
| | § | |

**GLOBAL NOTES AND SUPPORTING INFORMATION REGARDING FIRST
AMENDED SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On December 2, 2022 (the "Petition Date"), Alexander E. Jones (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").

With the assistance of his Bankruptcy Court approved financial and legal advisors, the Debtor prepared the original Schedules and Statement of Financial Affairs filed on February 14, 2023 at Docket Numbers 130 and 131. On the date below, the Debtor filed his annexed First Amended Schedules of Assets and Liabilities (the "Schedules") and the First Amended Statement of Financial Affairs (the "SOFA") and combined, the "Schedules and SOFAs"), pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to any financial statements.

Although the Debtor's advisors and the Debtor have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. These notes regarding the Debtor's Schedules and SOFAs (the "Notes") comprise an integral part of the Debtor's Schedules and SOFAs and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

Compiling the information necessary to complete the Schedules and SOFAs for this individual debtor was incredibly difficult due to the lack of books and records in any single place. Multiple individuals assisted the Debtor in paying his bills and household expenses, but no budget existed and no bookkeeper reconciled any bank statements. Bank accounts were used by or on behalf of the Debtor by third parties due to his status as a controversial public media personality.

1.      Amendments. The Debtor reserves the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

2.      Asset Presentation. Most assets and liabilities of the Debtor are fair market value as of December 2, 2022; provided, however, that some adjustments have been made when the information was available subsequent thereto. When another source or method was used, all attempts have been made to notate such source or method.  The Debtor reserves his right to amend or adjust the value of each asset or liability set forth herein.

3.      Liabilities. The Debtor sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtor also reserves the right to change the allocation of liability to the extent additional information becomes available.

4.      Causes of Action. Despite reasonable efforts, the Debtor may not have identified or set forth all of its causes of action against third parties as assets in his Schedules and SOFAs. The Debtor reserves any and all of his rights with respect to any causes of action he may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.      Claim Description. Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on his Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtor also reserves the right to amend his Schedules or SOFAs as necessary or appropriate.

6.      Property and Equipment. A third-party appraisal company has completed a physical inventory or appraisal of all of his owned equipment household goods, jewelry, and other physical assets located at his homestead and lake house and such values are described and contained in these Schedules.  Nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all of his rights with respect to such issues.

7.      Insurance. The Debtor has, in the past, maintained a variety of insurance policies including property and life. The Debtor's interest in these types of policies is limited to the amount of the premiums that the Debtor has prepaid, if any, as of Petition Date. To the best of the Debtor's knowledge, no such prepayments exist. The Debtor reserves all rights to refunds of any overpayments of premiums paid on any insurance policies.  In addition, the Debtor believes there is no cash value in such policies.

8.      <u>Insiders.</u> In the circumstances where the Bankruptcy Schedules require information regarding insiders, the listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or apparent or actual authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.      <u>Statement of Financial Affairs 19(d) – Financial Statements.</u> The Debtor has tried to remember all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtor reserves his rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

10.      <u>Specific Notes.</u> These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, list, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, list, or continuation sheet.

11.      <u>Totals.</u> All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

12.      <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

13.      <u>General Reservation of Rights.</u> The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of his Schedules and SOFAs as and to the extent necessary as he deems appropriate.

14.      <u>Specific Notes.</u>

- Schedule A/B: Property – Part 1 – Residence
    - Part 1.0: Home Residence (homestead)
        - Zillow Zestimate – current 100% value $3,266,000.
            - Current value of the portion you own: per pre-nuptial agreement, Alexander E. Jones ("<u>AEJ</u>") and his wife each own 50% of residence or $1,633,000.
            - Currently deed records show 100% in wife's name due to administrative error but wife's attorney is working to correct error.
    - Part 1.2: Rental Property
        - Located in SE Austin
        - Zillow Zestimate – current value $505,000.
        - 15-year + tenant, lease is a verbal month-to-month.
        - Tenant performs & has never had rent adjusted.

- ▪ Tenant pays $1,200 per month plus maintenance, upkeep and part-time IT work for AEJ and Free Speech Systems, LLC ("FSS").
- ▪ The mortgage is $1,649.
- ▪ Pays in cash & deposited into PNC DIP depository account (current)
- ▪ David Jones was seller (05/15/2015) and is co-mortgagee.
- o Part 1.3: Lake House - located on Lake Travis
  - ▪ Appraised value of $1,750,000 as of 10/17/2022 by Wheeler Appraisal, LLC prepared for Jordan & Ortiz, P.C.
  - ▪ Lake house was purchased in 2015.
- o Questions regarding condominiums per initial filing:
  - ▪ Condo # 3 – Purchased June 7, 2017, from Grantor, Jeffrey R Skipper & Delee D. Skipper by David Jones solely as the trustee of Alexander E Jones Descendant and Beneficiary Trust (Grantee).
  - ▪ Condo # 5 – AEJ conveyed to RCGJ, LLC (March 18, 2016), RCGJ, LLC conveyed to Alexander E Jones Descendant and Beneficiary Trust (June 30, 2017).
  - ▪ Condo # 6 – Purchased February 25, 2016 (original deed) from 3504 Clawson Road, LLC (seller) by RXXCTTGAA Trust (corrected deed filed on April 25, 2016).
  - ▪ Insurance being paid by AEJ; will be transferred for owner to pay all future payments.
- • Schedule A/B: Property – Part 2 – Vehicles
  - o 3.0: Cars, vans, trucks, sport utility vehicles, motorcycles
    - ▪ 3.1: 2017 Ford Expedition (good condition)
      - • Kelly Blue Book value of $21,463 as of 02/07/23
    - ▪ 3.2: 2019 Dodge Challenger (Hellcat Redeye) (good condition)
      - • Kelly Blue Book value $67,575 as of 02/07/23
    - ▪ 3.3: 2020 Dodge Charger (Hellcat) (good condition)
      - • Kelly Blue Book value of $70,618 as of 02/07/23
    - ▪ 3.4: 2020 Chevrolet Tahoe (added) (good condition)
      - • Initially believed this vehicle was leased; subsequently discovered lease was purchased/paid off.
      - • Kelly Blue Book value of $60,034 as of 03/08/23
        - o Mileage – 34,734
        - o Vin # 1GNSCCKJ5LR294493

- • Schedule A/B: Property – Part 2 – Boats & trailers (slip #'s 1C73, 1A80, TR007, & 1A11)
  - ▪ 4.1: 2016 Regal Boat 28 Express & 2003 Ezloader Trailer and Glastronbo GS229.
    - • JD Power value of $67,015 as of 02/07/23 (includes trailer)
    - • Stored in marina stack system – Lake Travis
  - ▪ 4.2: 2015 Regal Boat 24 Fasdeck & 2015 Magnum Trailer

- JD Power value $47,285 as of 02/07/23 (includes trailer).
- Store in marina stack system – Lake Travis
  - 4.3: 2003 Glastron 22 foot boat Model GS209
    - Stored in marina stack system – Lake Travis
    - Possession was taken by Patrick Reilly seven years ago, but boat remains registered in AEJ's name and located in AEJ's slip.
    - Value of $23,500 according to boatcrazy.com

- Schedule A/B: Property – Part 3 – Personal and Household Items
  - 6 – 9 & 11
    - Appraisal performed March 9, 2023, by ValuePros LLC – total value of household goods located in homestead is $69,197
    - Located two additional watches after appraisal
      - Omega 300 CO-Axial – value of $2250 per wholesale jeweler
      - Tag Heuer Autavia – value of $1000 per wholesale jeweler
  - 9. Equipment for sports and hobbies (3 electric bikes).
    - Rhino (Zugo)
    - Two (2) Bakcou
  - 10. Firearms
    - Value by Mike Cargill of Central Texas Gun Works as of 02/22/23 in a range of $62,089 (dealer value) – $89,606 (used retail value). After appraisal was completed, found five additional guns in AEJ's closet (three revolvers, a pistol and a rifle) – per Cabella's website, the value of each new is valued at a total of $11,655.
    - Total value of firearms is $73,744.
  - 13.0 Non-farm animals
    - Ragdoll cat (approximately 2 years old) – valued at $200.
  - 14.0 Cryoniq Cryogenic chamber – valued at $4,000 per  conversations with President of the Company. 
- Schedule A/B: Property - Part 4 – Financial Assets.
  - 16.0 – $12,000.
  - 17.0 Deposits of Money
    - 17.1 – 17.7
      - 17.2 – no change
      - 17.3 – no change
      - 17.4 – no change
      - 17.5 – no change
      - 17.6 – no change
      - 17.7 – no change
      - 17.8 – no change
      - 17.1 – added – Prosperity Bank # 9175 – $57,403.38

- o 18.0 Bonds, Mutual funds or publicly traded stocks
  - No publicly traded stocks, money market funds, bond funds
- o 19.0 Non-publicly traded stock and interests and unincorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture.
  - Free Speech Systems, LLC
    - Value $0, derived from schedules filed by FSS (case # 22-60043), reflecting the value of liabilities greater than assets
    - Tax forfeiture on March 10, 2023

  - AEJ Austin Holdings LLC
    - Owns 80% of PLJR Holdings Limited, LLC which owns 90% of PQPR Holdings Limited, LLC ("PQPR"), an effective 72% ownership of PQPR
    - Value of PQPR is undetermined
    - Bank balance $10,000 – (Security Bank account #0940).
  - Guadalupe County Land and Water LLC
    - Ranch was transferred from Guadalupe County Land and Water LLC (per appraisal) to 2022 Appeal Trust and thereafter to AEJ on December 2, 2022 (listed elsewhere in these Schedules under farm and ranch land).
    - No other assets found.
  - Magnolia Management LLC
    - Formed in Alaska on November 16, 2007, to be the general partner of Magnolia Holdings, Limited Partnership, also an Alaska entity formed four days after.
      - o Owned 49% by AEJ and 51% by KJ as of formation.
      - o 100% ownership by AEJ in Divorce Decree entered March 17, 2015
      - o Involuntarily dissolved September 23, 2021
  - Magnolia Management, LP
    - Presumed to be an abbreviated reference to Magnolia Holdings Limited Partnership (above)
    - TX SOS – Shows several results like this name. Magnolia Management is shown as a DBA of Alex Jones shown on one of his Bank of America bank statements along with Jones Production and Infowards [sic].
    - Current rental property originally purchased by Dr. David Jones. Alex Jones was added to mortgage when he purchased property in 2015 from Dr. David Jones.

- Collections from rental went into Magnolia Management Bank of America account but now go into PNC DIP depository account.
- Mortgage on rental property is in name of David Jones and AEJ.
- Magnolia Holdings Limited Partnership
  - Formed in Alaska on November 20, 2007, to be the owner of Prison Planet TV, LLC; Jones Report, LLC; and Infowars, LLC (k/n/a/ InfoW, LLC)
    - Owned 49.5% by AEJ and 49.5% by KJ as of formation.
    - 100% ownership by AEJ in Divorce Decree entered March 17, 2015
    - Involuntarily dissolved on May 9, 2020

- Jones Productions
  - Believed to be a misnomer of Jones Productions, LLC (below)
- Emric Productions LLC
  - Bank of America bank account with a balance of $485.27 in this name
  - No entity by this name has been located
  - No other assets have been located as of the date hereof
- A. Emric Productions LLC
  - No bank accounts or other assets located as of the date hereof
  - Formed on May 10, 2007
  - Tax forfeiture occurred on January 28, 2011, over 12 years ago
- Jones Report, LLC
  - Received an assignment from AEJ for all copyrights, trademarks, intellectual property associated with prisonplanet.com and jonesreport.com on December 18, 2007
  - Tax Forfeiture March 10, 2023
  - Go Daddy Valuation as of March 2023 - $5,901.00
- Jones Productions, LLC
  - No bank accounts or other assets located as of the date hereof
  - Tax Forfeiture March 10, 2023
- Austin Shiprock Publishing, LLC (added)
  - Upon information and belief, AEJ owns 100% membership interests and is manager – no operating agreement has been located.
  - FSS received Travis County personal property tax bill rendering reflecting a tax value of $1,354,474 of personal property owned by this company but located at FSS' location.  This tax bill was paid in 2002 by FSS.
  - No value is reflected due to the belief that this personal property is or should be owned by FSS.

7

- Planet Infowars, LLC (added)
  - Upon information and belief, AEJ owns 100% membership interests and is manager – no operating agreement has been located.
  - No bank accounts or other assets located as of the date hereof
  - Tax Forfeiture March 10, 2023
- RCGJ, LLC
  - No bank accounts or other assets located as of the date hereof
  - David Jones is manager
  - Unknown ownership

- AEJ Holdings, LLC
  - Cannot locate this entity – it appears to be a misnomer of AEJ Austin Holdings LLC

- InfoW, LLC
  - Transferred into 2022 Litigation Settlement Trust.
  - Forfeited corporate existence dated March 10, 2023.
  - No ownership or control by AEJ.
  - Owns domains whatistheendgame.com, truthisnews.us, Infowars.com, and Infowars.net valued at a total of $21,734 by Go Daddy.
- IWHealth, LLC
  - Transferred into 2022 Litigation Settlement Trust.
  - Forfeited corporate existence dated March 10, 2023.
  - No ownership or control by AEJ.
  - Funds transferred by CRO of $45,000.
- Prison Planet TV, LLC
  - Transferred into 2022 Litigation Settlement Trust.
  - Believed to currently own prisonplanet.tv website which is valued by Go Daddy at $201.
  - Forfeited corporate existence dated March 10, 2023.
  - No ownership or control by AEJ.

The three entities above were transferred by Alex Jones to the 2022 Litigation Settlement Trust in April 2022 in advance of their bankruptcy filings.  The Trustee is Rob Dew.  Mr. Dew is in the process of employing professionals to assist in determining how to carry out his fiduciary duties and interpret the 2022 Litigation Settlement Trust Agreement.

Value - $66,935.00

One entity – End Hate Now, LLC formed in Nevada has an "Alex Jones" name associated with it; however, AEJ has no memory of this entity and upon information and belief it is not related to AEJ.

- o 22.0 Security Deposits and prepayments
    - ▪ Pre-marital deposit - $179,764 from Security Bank on 11/08/22 AEJ's account.
    - ▪ $78,140 was made from The Missouri779384 Trust on 11/08/22 (catch up payment that ended up duplicated).
- o 26.0 Removing upon information and belief that such sites are owned by FSS due to payment therefore by AEJ's American Express commonly reimbursed by FSS
- o 27.0 Licenses – An entry on AEJ's tax return referenced "US Gym Patent." After investigation, no such patent, nor any patent with AEJ as the author or applicant, could be found. Upon information and belief, this may relate to purchased gym equipment.
- o 28.0 Tax Refunds – Anticipated refund of $3,934,571 based on AEJ's 2021 Form 1040 that was filed March 29, 2023, potentially subject to setoff for current IRS claims.
- o 30.0 Other amounts someone owes you – amounts not paid by FSS under Employment Agreement.
- o 31.0 Interest in insurance policies
    - ▪ Lincoln Benefits Life Insurance – Multiple requests for information made to insurance company for beneficiary information; no result as of the date hereof.
    - ▪ CMFG Insurance – Ex-wife is listed as beneficiary, benefit is $375,000; policy requested and not received as of the date hereof.
- o 33.0 Claims against third parties
    - ▪ Represented Debtor in Texas litigation; claim not valued currently.
- o 38.0 Accounts receivable or commissions you already owned
    - ▪ Mountain Way Marketing, LLC; amount owed to Debtor for marketing & personal appearance fees as of the petition date, amount outstanding has since been collected and all funds returned to FSS.
    - ▪ Elevated Solutions Group ("ESG") – Prior to AEJ's filing, ESG had an agreement with AEJ and a separate agreement with FSS to provide for the purchase, promotion and sale of Platinum products. Since the filing, FSS and AEJ have ceased doing business with ESG and future sales will be made through FSS.
- o 41.0 Inventory – AEJ purchased inventory (supplements) from Hi-Tech Pharmaceuticals, a dietary supplement industry leader in pre-workouts, diet & energy / weight loss, and strength & muscle building. Inventory cost was $760,854. Product was being marketed through a marketing agreement(s) with ESG and FSS.
    - ▪ Originally marked "NO" Had no; revised to "YES".

- o 42.0 Interests in partnerships or joint ventures – please see entities under section 19.
- o 49.0 Farm and fishing equipment
  - ▪ Inoperable CAT Bulldozer – value $0, please see below picture.
  - ▪ Inoperable Dump truck – value $0, please see below picture.

  

 

- • Part 6
  - o 51.0 Any farm and commercial fishing related property you own or have an interest in.
    - ▪ Appraisal as of 10/19/22 prepared by Henn & Associates $2,189,220 (originally showed 1,557,000)
    - ▪ Appraisal prepared for Jordan & Ortiz, P.C.
    - ▪ Transferred from Guadalupe Land and Water LLC as referenced above
- • Part 7
  - o 53. Other property of any kind you did not already list

- ▪ Access to Helicopter
  - • Non-transferable
  - • Initially in exchange for a one-time payment of $335,000 dated 03/03/2021 from FSS, check # 10635, AEJ jointly owned one (1) helicopter with S&S 1165 Investment, LLC.
  - • When sold, AEJ rolled his proceeds into up to eight (8) trips per year for a term of fifteen years.
- ▪ Alex Was Right (GiveSendGo) – valued at $915. GiveSendGo is a Christian crowdfunding website founded in 2014. The website was founded as a response to GoFundMe removing campaigns that they did not agree with.
- • Schedule A/B: Property
  - o 25.0 Continuation Page
    - ▪ We have spoken to or reached out to no less than nine (9) attorneys to find information on the following trusts along with asking UCC for any information they have with no response from UCC on their asset searches.
      - • David Minton – Minton, Bassett, Flores & Carsey
      - • Stephen Lemmon – Streusand, Landon, Ozburn & Lemmon, LLP
      - • Elizabeth Morgan – Elizabeth Morgan & Associates
      - • Shelby Jordan – Jordan & Ortiz, P.C.
      - • Eric Taube – Holland & Knight
      - • Ray Battaglia – Ray Battaglia, PLLC
      - • Mike Cook – Cook Brooks Johnson PLLC
      - • H. Allen Hill, Jr. – The Law Office of H. Allen Hill, Jr.
    - ▪ We have discussed trusts with the following non-attorneys.
      - • Alex Jones
      - • David Jones
      - • Bob Roe
    - ▪ We have spoken to all the following Trustees of the trust's as follows:
      - • RXXCTTGAA Trust – David Minton
      - • Green Leaf Trust – Alexander Jones & Kelly Jones (have not spoken to [ex-wife])
      - • AEJ 2018 Trust – Alexander Jones
      - • The Missouri779384 Trust – David Jones
      - • Alexander E Jones Descendent and Beneficiary Trust – David Jones
      - • 2022 Litigation Settlement Trust – Robert Dew Initial Trustee
      - • Recharge Dynasty Trust – Alexander E. Jones
    - ▪ 25. Schedule A/B: Property
      - • Recharge Dynasty Trust (formed July 27, 2102) – value $0.
        - o Settlor – Alexander E. Jones and Kelly Rebecca Jones.
        - o Trustee – Alexander E. Jones.

- o Beneficiaries: Rex Alexander Jones, Charlotte Alexander Jones and G. G. Jones, and any other descendants of the Settlors born during the term of the trust.
- o Security Bank Crawford closed its account due to Kelly Rebecca Jones (Alex's ex-wife) mis-appropriating funds from bank account to pay for her legal fees and handed David Jones a cashier's check that he deposited into Alex's Prosperity account. David then had Prosperity Bank (#9175) give him a cashier's check dated December 12, 2022 for $29,935.66. Check was deposited into PNC DIP depository account (#5233) on January 3, 2023 for $29,935.66.

- • 2022 Litigation Settlement Trust (formed April 14, 2022) – Trustee (Rob Dew) hiring counsel at our recommendation to help him assess value and his fiduciary duties.
  - o Rights title and interest to:
    - ▪ InfoW, LLC. f/k/a Infowars, L.L.C.
    - ▪ IWHealth, LLC, f/k/a Infowars Health, L.L.C.
    - ▪ Prison Planet TV, LLC.
    - ▪ Trustee – Robert Dew
  - o Based upon cash owed to IWHealth, LLC and Go Daddy values of domains owned by Prison Planet TV, LLC and InfoW, LLC per GoDaddy, the value is $66,935.00

- • Hutton Cabin Trust – Hutton Cabin Trust, formed in November 2009 by AJ and his ex-wife, revoked pursuant to the Divorce Decree

- • RXXCTTGAA Trust (formed June 1, 2015) – Owns Clawson condo # 6
  - o Zillow Zestimate – current value $828,300 as of 03/15/23.
    - ▪ 3 bedrooms, 2.5 baths, 1,998 sf.
  - o Beneficiary – Alexander E. Jones while living.

- • Green Leaf Trust (formed December 21, 2007) – $127,094 Security bank account.
  - o Alexander Jones & Kelly Jones [ex-wife] – co-trustees.
  - o Beneficiaries are children of AEJ: R. Jones, C. Jones and G. Jones.
  - o Kelly Jones resigned as Trustee pursuant to Divorce Decree in 2015.

- • AEJ 2018 Trust (formed July 24, 2018) – $10,002 Security bank account (# 0924).
  - o 100% owner of AEJ Austin Holdings LLC., which owns 90% of PLJR Holdings LLC which owns 80% of PQPR Holdings Limited, LLC per 2020 tax returns.

- o Irrevocable Trust.
- o Alexander E Jones is sole trustee and beneficiary.
- The Missouri779384 Trust (formed May 9, 2018) – $54,519 Security bank account.
  - o Recipient of proceeds from sale of former Westlake Hills home.
    - ▪ Original net sales proceeds went into trust from sale of home.
  - o Where majority of attorney retainers/fees paid from.
- Alexander E. Jones Descendant and Beneficiary Trust Agreement (formed March 28, 2017) – holds condo's # 3 and 5.
  - o Zillow Zestimate # 3 – current value $804,100 as of 03/15/23.
  - o Zillow Zestimate # 5 – current value $767,400 as of 05/15/23.
  - o Grantor – Alexander E Jones.
  - o Trustee – David R. Jones.
  - o Beneficiaries - Rex Alexander Jones, Charlotte Alexandra Jones, and G. G. Jones, and all other children born or adopted by the Grantor after the date of the agreement.

- G. Savings # 1154 (Texas Uniform Transfers to Minor Act (UTMA)) – bank account styled – REMOVED, NOT A TRUST.
- Rex Savings # 1156 (Texas Uniform Transfers to Minor Act (UTMA)) – bank account styled – REMOVED, NOT A TRUST.
- Charlotte Savings # 1152 (Texas Uniform Transfers to Minor Act (UTMA)) – bank account styled – REMOVED, NOT A TRUST.

- ▪ Schedule C: The Debtor seeks to exempt particular personal property.  The software utilized by Debtor's counsel does not allow for one to pull out singular items a party wishes to exempt from the pre-prompted categories without redrafting the entirety of Schedule A/B Items 6-11, thus the Debtor will need to show the items he is exempting in these Notes.  The Debtor will supplement with a formal Schedule C shortly.

| AEJ Personal Property Exemptions | Value | Source |
|---|---|---|
| Homestead household goods | 17,940 | Per Appraisal |
| Expedition | 21,463 | Kelly Blue Book |
| Clothes | 300 | Per appraisal |
| Cat | 200 | Internet search results |
| Stacatto XC 9MM handgun | 2500 | Internet search results |
| Falcor Petra 300WinMag 22" rifle | 3000 | 4000 new |

| Tudor Genva Chronometer | | 3000 | Per Appraisal |
| Tag Huer Aquaracer | | 2000 | Per Appraisal |
| | Total | 50,403 | |
| AEJ Homestead Exemption | | 1,633,000.00 | Zillow |

- ▪ Schedule F: Creditors who have unsecured claims.
  - • 4.2 removed American Express removed, was paid.
  - • Part 1 – Added Kelly Rebecca Jones as contingent, disputed, and unliquidated creditor holding $0 claim.
  - • Part 2 4.19 – Added Security Bank Crawford as AEJ is a guarantor on note, we are showing claim as $72,466.68 as of November 28, 2022.
- ▪ Schedule H: Codebtors
  - • 3.1 – Added FSS as co-debtor to claimants listed on schedule F 4.1 – 4.18 and 4.20.

**SOFA Form 107**
- • Part 2
  - o 4. Any Income from employment
    - ▪ Have revised 2020 – $36,014,156 – From 2020 Form 1040
    - ▪ Have added 2021 – $38,323,371 – From 2021 Form 1040
    - ▪ Have added 2022 – $38,206,696 – Through 12/31/22 based on W-2's, 1099's and estimated financial statement for FSS and AEJ 2018 Trust (pass through income). Information as of 12/02/22 was not readily available.
  - o 5. Did you receive any other income during this year.
    - ▪ Have added rental income of $14,400 for the tax years 2020, 2021 and 2022.
- • Part 3
  - o 6. Consumer debts
    - ▪ Have removed Jordan, Shelby A. as $110,000 was a payment of bankruptcy fees.
    - ▪ Have revised Priority Paid payment of $104,190.78 after researching as follows:
      - • $50,000 (+ $25 wire fee) – out going wire 10/17/2022. Bank is still researching.
      - • $51,969.53 (+ $25 wire fee) – Synovus Bank – out going wire 11/07/2022. Bank is still researching.
      - • $20,000,00 – cashier's check on 11/10/2022 from Security Bank to Alex Jones & then re-deposited into same account on 12/19/2022.

- $25,000 (+ $25 wire fee) – out going wire on 09/27/2022. Bank is still researching.
- $2,196.25 – outgoing wire to FSS that has now been removed.
  - Have revised Unknown Payee for the $39,575.12 payment after researching and revised to Austin Security Investigations Solutions, LLC.
- 8. Within one year before you filed for bankruptcy.
  - Transfers to Carol Jones from PLJR, LLC. Were removed after it was discovered that PLJR, LLC is a company not wholly owned by Jones or any of his wholly owned entities or self-settled trusts.
  - In approximately 2016, Dr. David Jones took possession of 3 vehicles and a piece of real estate upon AEJ paying off the lien upon such real estate held by K. Jones pursuant to their divorce decree.  It was not until 4/14/22 that the deed for the real estate showing such transfer was recorded. Moreover, the title transfer of the vehicles was not recorded until 10/12/22, though Dr. David Jones had long since taken possession, and been paying taxes and registration for such vehicles.
- Part 5
  - 13. Within two years before you filed for bankruptcy.
    - Gift cards for children for holidays under $3,000 each.
- Part 7
  - 19. On April 5, 2022, proceeds of $3,252,925.49 from the sale of house (Cedar Oaks) went into The Missouri779384 Trust.
  - 21. Safe deposit box
    - On March 24, 2023, contents of safe deposit box were viewed.
    - It contained one (1) rubber band.
  - 22. Storage units
    - Added two additional storage units at Public Storage on Lamar Blvd.
    - All units viewed by UCC and UST representatives.
  - 23. Do you hold or control any property that someone else owns.
    - Holding firearms for certain January 6th participants
      - Sam Montoya
        - Smith & Wesson – M&P 15-22
      - Owen Shroyer
        - Ruger – Security – 9
        - Falkor Defense – FD – 9s
        - Sig Sauer – SIGM400
        - Storger Coach Gun – Coach gun 12GA 3" chamber
- Part 11
  - 27. Within 4 years Before you filed for Bankruptcy, any limited liability company for which you had a membership interest
    - Added Magnolia Management, LLC
    - Added Magnolia Holdings, Limited Partnership
    - Added AEJ Austin Holdings, LLC

- Added Prison Planet TV, LLC
- Added Planet Infowars, LLC
- Added A. Emric Productions, LLC
- Added Austin Shiprock Publishing, LLC
- Added Infowars, k/n/a InfoW, LLC
- There is a company called End Hate LLC that came up in a search that is owned by an individual with a similar name to AEJ, but this is not an entity in which AEJ has a membership interest.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** | **E.** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **22-33553** | | |

☑ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

---

**Part 2:**   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $8,232,691.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ☑ Operating a business | $30,296,069.00 | ☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2021 )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $1,144,044.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ☑ Operating a business | $37,593,377.00 | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $639,118.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ☑ Operating a business | $45,520,393.00 | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental Income (see Schedule I, Part 2. 8(a)) | $14,400.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2021 )<br>YYYY | Rental Income (see Schedule I, Part 2. 8(a)) | $14,400.00 | | |

Debtor 1    __Alexander__    __E.__    __Jones__        Case number *(if known)* __22-33553__

     First Name      Middle Name      Last Name

**For the calendar year before that:**    Rental Income (see    $14,400.00

(January 1 to December 31, __2020__ )    Schedule I, Part 2.

               YYYY    8(a)

---

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

       During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

       ☐ No. Go to line 7.

       ☑ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

       * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

       During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

       ☐ No. Go to line 7.

       ☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| __Muniz, L.__<br>Creditor's Name<br>__c/o Ray Battaglia, 66 Granburg Circle__<br>Number   Street<br>__San Antonio, TX 78218-3010__<br>City    State    ZIP Code | __09/23/2022 -__<br>10/18/2022 | __$16,117.71__ | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other __Admin__ |
| __JPMorgan Chase__<br>Creditor's Name<br>__PO Box 29505 A21-1191__<br>Number   Street<br>__Phoenix, AZ 85038-9505__<br>City    State    ZIP Code | __10/04/2022-10__<br>/25/2022 | __$73,458.00__ | | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |
| __Pattis, Norman A.__<br>Creditor's Name<br>__383 Orange Street, 1st Floor__<br>Number   Street<br>__New Haven, CT 06511__<br>City    State    ZIP Code | | __$160,025.00__ | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other __Retainer__ |

Debtor 1   Alexander           E.              Jones                    Case number *(if known)* 22-33553
           First Name          Middle Name     Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|

 Martin, Chris
Creditor's Name
 808 Travis, Suite 1100
Number    Street
 Houston, TX 77002
City            State    ZIP Code

Total amount paid: $110,025.00

Was this payment for…
☐ Mortgage
☐ Car
☐ Credit card
☐ Loan repayment
☐ Suppliers or vendors
☑ Other  Retainer

---

 Travis County, Texas
Creditor's Name
 PO Box 1748
Number    Street
 Austin, TX 78714-1748
City            State    ZIP Code

Dates of payment: 12/01/2022-12/02/2022
Total amount paid: $73,811.00

Was this payment for…
☐ Mortgage
☐ Car
☐ Credit card
☐ Loan repayment
☐ Suppliers or vendors
☑ Other  Property Taxes

---

 Contini Renovations
Creditor's Name
 510 Brian Lane
Number    Street
 Kyle, TX 78640
City            State    ZIP Code

Dates of payment: 09/07/2022-10/18/2022
Total amount paid: $17,829.85

Was this payment for…
☐ Mortgage
☐ Car
☐ Credit card
☐ Loan repayment
☐ Suppliers or vendors
☑ Other  Home Repair

---

 Minton Burton Bassett & Collins
Creditor's Name
 1100 Guadalupe Street
Number    Street
 Austin, TX 78701
City            State    ZIP Code

Dates of payment: 11/23/2022
Total amount paid: $20,000.00

Was this payment for…
☐ Mortgage
☐ Car
☐ Credit card
☐ Loan repayment
☐ Suppliers or vendors
☑ Other  Retainer

---

 Unknown, Payee
Creditor's Name

Number    Street

City            State    ZIP Code

Dates of payment: 10/17/2022
Total amount paid: $50,000.00

Was this payment for…
☐ Mortgage
☐ Car
☐ Credit card
☐ Loan repayment
☐ Suppliers or vendors
☑ Other  Unknown

---

 Unknown, Payee
Creditor's Name

Number    Street

City            State    ZIP Code

Dates of payment: 09/27/2022
Total amount paid: $25,000.00

Was this payment for…
☐ Mortgage
☐ Car
☐ Credit card
☐ Loan repayment
☐ Suppliers or vendors
☑ Other

Debtor 1  **Alexander**          **E.**                **Jones**                                    Case number *(if known)* 22-33553
          First Name          Middle Name          Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Unknown, Payee <br> Creditor's Name <br><br> Number   Street <br><br> City          State          ZIP Code | 11/07/2022 | $51,944.63 | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other _____ |
| Allstate <br> Creditor's Name <br> 12835 E. Arapahoe Rd. Tower I-Suite 200 <br> Number   Street <br> Centennial, CO 80112 <br> City          State          ZIP Code | 09/16/2022 - 11/16/2022 | $22,581.82 | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other _____ |
| Austin Security and Investigation Solutions, LLC <br> Creditor's Name <br> PO Box 2904 <br> Number   Street <br> Pflugerville, TX 78691 <br> City          State          ZIP Code | 10/18/2022 | $39,575.12 | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other   Personal Security |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Erika Wulff Jones <br> Insider's Name <br> FSS, c/o Raymond Battaglia, 66 Greenburg Circle <br> Number   Street <br> San Antonio, TX 78218-3010 <br> City          State          ZIP Code | See attachment | $758,943.00 | Unliquidated | Premarital Agreement which requires monthly payments with a 4% annual escalation throughout the term of the marriage plus reimbursement of certain expenses set forth in the agreement plus vehicle to be replaced periodically as set forth therein. |
| David Ross Jones <br> Insider's Name <br> c/o Stephen A. Roberts, 1400 Marshall Ln. <br> Number   Street <br> Austin, TX 78703-3407 <br> City          State          ZIP Code | See attachment | $824,415.00 | $0.00 | Of the $824,415.00, $500,000.00 was a direct pass-through from The Missouri779384 Trust to David Jones (Security Bank Acct #753) then immediately to Alexander E. Jones (Security Bank Acct #8548). $330,000.00 went to pay for professional retainer fees. |

Debtor 1  **Alexander**          **E.**          **Jones**                    Case number *(if known)* 22-33553
     First Name          Middle Name          Last Name

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number     Street | | | | |
| City          State   ZIP Code | | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  Marcel Fontaine v. Alex E. Jones, InfoWars, LLC, Free Speech Systems<br><br>Case number  22-01022-hcm | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Austin)<br>Court Name<br>903 San Jacinto Blvd., Suite 322<br>Number     Street<br>Austin, TX 78701<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title  Neil Heslin v. Alexander E. Jones, InfoWars, LLC, Free Speech Systems, LLC and Owen Shroyer<br><br>Case number  22-01023-hcm | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Austin)<br>Court Name<br>903 San Jacinto Blvd., Suite 322<br>Number     Street<br>Austin, TX 78701<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title  Scarlett Lewis v. Alexander E. Jones, InfoWars, LLC, and Free Speech Systems, LLC<br><br>Case number  22-01024-hcm | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Austin)<br>Court Name<br>903 San Jacinto Blvd., Suite 322<br>Number     Street<br>Austin, TX 78701<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor 1   **Alexander**          **E.**          **Jones**                    Case number *(if known)* 22-33553
          First Name       Middle Name     Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title Gilmore v. Jones et al <br><br> Case number 3:18-cv-00017-NKM-JCH | 320 Assault Libel & Slander | U.S. District Court Western District of Virginia (Charlottesville) <br> Court Name <br> 255 W. Main Street Room 304 <br> Number    Street <br> Charlottesville, VA 22902 <br> City              State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title Klayman v. Infowars, LLC et al <br><br> Case number 0:20-cv-61912-AMC | 320 Assault Libel & Slander | U.S. District Court for the Southern District of Florida (Ft. Lauderdale) <br> Court Name <br> 299 East Broward Blvd., #108 <br> Number    Street <br> Fort Lauderdale, FL 33301 <br> City              State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title Murdock v. Jones et al <br><br> Case number 3:21-cv-13184-MAS-DEA | 890 Other Statutory Actions | U.S. District Court District of New Jersey (Trenton) <br> Court Name <br> 402 East State Street <br> Number    Street <br> Trenton, NJ 08608 <br> City              State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title Erica Lafferty, David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Jeremy Hensel, Jeremy Richman, Donna Soto, Carlee Soto-Parisi, Carlos Soto, Jillian Soto, and William Aldenberg v. Alex Emeric Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, Prison Planet TV, LLC, Wolfgang Halbig, Corey T. Sklanka, Gensis Communications Network, Inc., and Midas Resources, Inc. <br><br> Case number 22-05004 | Determination of removed claim or cause | U.S. Bankruptcy Court District of Connecticut (Bridgeport) <br> Court Name <br> 915 Lafayette Boulevard <br> Number    Street <br> Bridgeport, CT 06604 <br> City              State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title William Sherlach v. Alex E. Jones, Free Speech Systems, LLC, Wolfgang Halbig, Cory T. Sklanka, Genesis Communications Network, Inc. and Midas Resources, Inc. <br><br> Case number 22-05005 | Determination of removed claim or cause | U.S. Bankruptcy Court District of Connecticut (Bridgeport) <br> Court Name <br> 915 Lafayette Boulevard <br> Number    Street <br> Bridgeport, CT 06604 <br> City              State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

Debtor 1   **Alexander**          **E.**              **Jones**                                    Case number *(if known)* 22-33553

First Name          Middle Name          Last Name

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | William Sherlach v. Alex E. Jones, Free Speech Systems, LLC, Wolfgang Halbig, Cory T. Sklanka, Genesis Communications Network, Inc., and Midas Resources, Inc. | Determination of removed claim or cause | U.S. Bankruptcy Court District of Connecticut (Bridgeport) <br> Court Name <br> 915 Lafayette Boulevard <br> Number     Street <br> Bridgeport, CT 06604 <br> City                State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | 22-05006 | | | |
| Case title | Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique de la Rose, Marcel Fontaine v. Info W, LLC, Alex E. Jones, Free Speech Systems, LLC | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Waco) <br> Court Name <br> 800 Franklin Avenue, #140 <br> Number     Street <br> Waco, TX 76701 <br> City                State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | 22-06004-mmp | | | |
| Case title | Neil Heslin v. Alex E. Jones et al | Defamation | 261st District Court of Travis County Texas <br> Court Name <br> 1700 Guadalupe, 10th Floor <br> Number     Street <br> Austin, TX 78701 <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | D-1GN-18-001835 | | | |
| Case title | Scarlett Lewis v. Alex E. Jones, et al | Defamation | 53rd District Court for Travis County Texas <br> Court Name <br> 1700 Guadalupe, 8th Floor <br> Number     Street <br> Austin, TX 78701 <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | D1-GN-18-006623 | | | |
| Case title | Leonard Pozner and Veronique De La Rosa v. Alex E. Jones, et al | Defamation | 345th District Court of Travis County Texas <br> Court Name <br> 1700 Guadalupe, 10th Floor <br> Number     Street <br> Austin, TX 78701 <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | D1-GN-18-001824 | | | |
| Case title | Marcel Fontaine v. Alex E. Jones, et al | Defamation | 459th District Court of Travis County Texas <br> Court Name <br> 1700 Guadalupe, 11th Floor <br> Number     Street <br> Austin, TX 78701 <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | D1-GN-18-001605 | | | |

Debtor 1    **Alexander**          **E.**             **Jones**              Case number *(if known)* 22-33553
            First Name           Middle Name        Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  Lafferty, et al v. Alex Jones, et al<br><br>Case number  UWY-CV-18-6046436-S | Defamation | In the Superior Court of Connecticut<br>Judicial District of Waterbury<br>Court Name<br>400 Grand Street<br>Number     Street<br>Waterbury, CT 06702<br>City                     State      ZIP Code | ☑Pending<br>☐On appeal<br>☐Concluded |
| Case title  Sherlach v. Jones, et al<br><br>Case number  UWY-CV-18-6046437-S | Defamation | In the Superior Court of Connecticut<br>Judicial District of Waterbury<br>Court Name<br>400 Grand Street<br>Number     Street<br>Waterbury, CT 06702<br>City                     State      ZIP Code | ☑Pending<br>☐On appeal<br>☐Concluded |
| Case title  Sherlach, et al v. Jones, et al<br><br>Case number  UWY-CV-18-6046438-S | Defamation | In the Superior Court of Connecticut<br>Judicial District of Waterbury<br>Court Name<br>400 Grand Street<br>Number     Street<br>Waterbury, CT 06702<br>City                     State      ZIP Code | ☑Pending<br>☐On appeal<br>☐Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br>_____<br>City          State     ZIP Code | _____<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | _____ |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑No

☐Yes. Fill in the details.

Debtor 1    **Alexander**      **E.**         **Jones**            Case number *(if known)* 22-33553

First Name         Middle Name        Last Name

| Creditor's Name | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Number   Street | | | |
| City      State   ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| See Global Notes<br>Person to Whom You Gave the Gift | Children, Holidays all under $3,000.00. | | |
| Number   Street | | | |
| City      State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Lake Hills Church<br>Charity's Name | | Unknown | $2,000.00 |
| 11521 Bee Caves Rd.<br>Number   Street | | | |
| Austin, TX 78758<br>City      State   ZIP Code | | | |

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white">**Part 6:**</div> List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

<div style="background:black;color:white">**Part 7:**</div> List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Crowe & Dunlevy, P. C.<br>Person Who Was Paid<br><br>2525 McKinnon St., Suite 425<br>Number     Street<br><br><br>Dallas, TX 75201<br>City                         State    ZIP Code<br>www.cowedunlevy.com<br>Email or website address<br>The Missouri779384 Trust<br>Person Who Made the Payment, if Not You | Attorney's Fee | 12/2/2022 | $48,193.00 |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Jordan, Shelby A.<br>Person Who Was Paid<br><br>500 N. Shoreline Blvd., Suite 900<br>Number     Street<br><br><br>Corpus Christi, TX 78401-0341<br>City                         State    ZIP Code<br>www.jhwclaw.com<br>Email or website address<br>The Missouri779384 Trust<br>Person Who Made the Payment, if Not You | Attorney's Fee | 11/30/22 | $146,790.16 |

Debtor 1    **Alexander**          **E.**              **Jones**                          Case number *(if known)* 22-33553
      First Name          Middle Name          Last Name

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | _____ | _____ |
| Number    Street | | _____ | _____ |
| | | | |
| City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| | | | _____ |
| Number    Street | | | |
| | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☐ No

☑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _The Missouri779384_  Trust | House sold in November, 2021 for $3,252,925.49 which was transferred to The Missouri779384 Trust (Cedar Oaks Dr., in Westlake). | _04-05-2022_ |

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Security Bank of Crawford<br>**Name of Financial Institution**<br><br>PO Box 90<br>**Number     Street**<br><br><br>Crawford, TX 76638<br>**City          State     ZIP Code** | XXXX– 8  5  4  8 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | See Global Notes, Item #25 for Schedules | $29,935.66 |
| Prosperity Bank<br>**Name of Financial Institution**<br><br>PO Box Box Drawer G<br>**Number     Street**<br><br><br>El Campo, TX 77437<br>**City          State     ZIP Code** | XXXX– 9  1  7  5 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 01/10/2023 | $212,742.30 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No

☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Prosperity Bank<br>**Name of Financial Institution**<br><br>PO Box Drawer G<br>**Number     Street**<br><br><br>El Campo, TX 77437<br>**City          State     ZIP Code** | N/A<br>**Name**<br><br><br>**Number     Street**<br><br><br>**City          State     ZIP Code** | On 03-24-2023 lock was drilled and box was empty (1 rubber band). Cosigners were AEJ and ex-wife. | ☑ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

Debtor 1    **Alexander**           **E.**              **Jones**                                    Case number *(if known)* 22-33553
            First Name          Middle Name        Last Name

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Cubesmart<br>**Name of Storage Facility**<br><br>6130 E. Ben White Blvd.<br>**Number    Street**<br><br><br>Austin, TX 78741<br>**City        State    ZIP Code** | David Jones and Alex Jones, L. Muniz<br>(see Motion to Seal, Dkt #___)<br>**Name**<br><br><br>**Number    Street**<br><br><br>Austin, TX<br>**City          State    ZIP Code** | 4 Units - Household furniture, exercise equipment & misc. | ☐ No<br>☑ Yes |
| Public Storage Ben White<br>**Name of Storage Facility**<br><br>2301 E. Ben White Blvd.<br>**Number    Street**<br><br><br>Austin, TX 78741<br>**City        State    ZIP Code** | David Jones, Alex Jones, L. Muniz<br>(see Motion to Seal, Dkt #___)<br>**Name**<br><br><br>**Number    Street**<br><br><br>**City          State    ZIP Code** | 2 Units - Household furniture. | ☐ No<br>☑ Yes |
| Public Storage Westlake<br>**Name of Storage Facility**<br><br>6726 RM 2244<br>**Number    Street**<br><br><br>Austin, TX 78746<br>**City        State    ZIP Code** | David Jones, Alex Jones, L. Muniz<br>(see Motion to Seal, Dkt #___)<br>**Name**<br><br><br>**Number    Street**<br><br><br>**City          State    ZIP Code** | 3 Units - Household furniture. | ☑ No<br>☐ Yes |
| Public Storage<br>**Name of Storage Facility**<br><br>1800 S. Lamar Blvd.<br>**Number    Street**<br><br><br>Austin, TX 78704<br>**City        State    ZIP Code** | David Jones, Alex Jones, L. Muniz<br>(see Motion to Seal, Dkt #___)<br>**Name**<br><br><br>**Number    Street**<br><br><br>**City          State    ZIP Code** | 2 Units - Household furniture. | ☑ No<br>☐ Yes |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

Debtor 1    __Alexander__     __E.__     __Jones__          Case number *(if known)* __22-33553__
First Name    Middle Name    Last Name

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| __Owen Shroyer__<br>**Owner's Name**<br><br>__FSS, c/o Raymond Battaglia, 66__<br>Granburg Circle<br>**Number      Street**<br><br>_____<br><br>__San Antonio, TX 78218-3010__<br>**City            State     ZIP Code** | __FSS, c/o Raymond Battaglia, 66__<br>Greenburg Circle<br>**Number      Street**<br><br>_____<br><br>__San Antonio, TX 78218-3010__<br>**City            State     ZIP Code** | January 6th participant. 1. Ruger - Security-9 2. Falkor Defense-FD-9S 3. Sig Sauer -SIGM400 4. Storger Coach Gun-Coach Gun 12 GA 3" chamber | _____ |
| __Sam Montoya__<br>**Owner's Name**<br><br>__FSS, c/o Raymond Battaglia, 66__<br>Granburg Circle<br>**Number      Street**<br><br>_____<br><br>__San Antonio, TX 78218__<br>**City            State     ZIP Code** | __FSS, c/o Raymond Battaglia, 66__<br>Greenburg Circle<br>**Number      Street**<br><br>_____<br><br>__San Antonio, TX 78218-3010__<br>**City            State     ZIP Code** | January 6th participant. 1. Smith & Wesson - M&P 15-22. | |

## Part 10:   Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- ■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- ■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>**Name of site**<br><br>_____<br>**Number      Street**<br><br>_____<br>**City            State     ZIP Code** | _____<br>**Governmental unit**<br><br>_____<br>**Number      Street**<br><br>_____<br>**City            State     ZIP Code** | | _____ |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Debtor 1  **Alexander**          **E.**          **Jones**                                    Case number *(if known)* 22-33553
_____
First Name          Middle Name          Last Name

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City              State    ZIP Code | City              State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | Number    Street | | ☐ On appeal |
| Case number | City              State    ZIP Code | | ☐ Concluded |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☑ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Free Speech Systems, LLC | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | Media production. | |
| c/o Ray Battaglia, 66 Granbury Circle | | EIN:  2  6  –  1  5  1  0  0  0  5 |
| Number    Street | | |
| | Name of accountant or bookkeeper | Dates business existed |
| San Antonio, TX 78218-3010 | Patrick MaGill and Jeff Shulse | From  11/16/2007  To |
| City              State    ZIP Code | | 03/10/2023 (Tax Forfeiture) |

Debtor 1    **Alexander**          **E.**              **Jones**                          Case number *(if known)* 22-33553
_____
     First Name       Middle Name      Last Name

| Name / Address | Describe the nature of the business | Employer Identification number / Dates business existed |
|---|---|---|
| Magnolia Management, LLC<br>**Name**<br><br>3059 Mountainwood<br>**Number    Street**<br><br><br>Juneau, AK 99801<br>**City              State    ZIP Code** | General Partner for Magnolia Holdings, Limited Partnership<br><br>**Name of accountant or bookkeeper**<br>NA | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br>EIN: _6_ _1_ – _1_ _5_ _4_ _6_ _9_ _1_ _5_<br><br>**Dates business existed**<br>From 11/16/2007 To 09/23/2021 |
| Magnolia Holdings, Limited Partnership<br>**Name**<br><br>1225 E. International Airport Rd., Suite<br>**Number    Street**<br><br><br>Anchorage, AK 99518<br>**City              State    ZIP Code** | Holding company for Prison Planet TV, LLC, Jones Report, LLC and Infowars, LLC.<br><br>**Name of accountant or bookkeeper**<br>NA | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br>EIN: _2_ _6_ – _1_ _5_ _0_ _9_ _9_ _0_ _6_<br><br>**Dates business existed**<br>From 11/20/2007 To 05/29/2020 |
| Prison Planet TV, LLC<br>**Name**<br><br>3005 S. Lamar Blvd., Suite<br>**Number    Street**<br><br><br>Austin, TX 78704<br>**City              State    ZIP Code** | Holds movie rights<br><br>**Name of accountant or bookkeeper**<br>NA | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br>EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br>From 11/15/2007 To 03/10/2023 (Tax Forfeiture) |
| Jones Report, LLC<br>**Name**<br><br>3005 S. Lamar Blvd., Suite<br>**Number    Street**<br><br><br>Austin, TX 78704<br>**City              State    ZIP Code** | Holds Intellectual Property<br><br>**Name of accountant or bookkeeper**<br>NA | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br>EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br>From 11/15/2007 To 03/10/2023 |
| AEJ Austin Holdings, LLC<br>**Name**<br><br>PO Box 19549<br>**Number    Street**<br><br><br>Austin, TX 78760<br>**City              State    ZIP Code** | Distributions from AEJ 2018 Trust<br><br>**Name of accountant or bookkeeper**<br>NA | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br>EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br>From 09/24/2018 To 03/10/2023 |

Debtor 1   **Alexander**        **E.**        **Jones**                    Case number *(if known)* 22-33553
_____   _____   _____
First Name    Middle Name    Last Name

| | | |
|---|---|---|
| _Planet Infowars, LLC_<br>**Name** | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| _PO Box 19549_<br>**Number    Street** | Unknown - upon information and belief, this entity has not been used | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _Austin, TX 78760-9549_<br>**City          State    ZIP Code** | NA | From  _04/04/2012_  To  _03/10/2023_ |
| _Emeric Productions, LLC_<br>**Name** | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| _Uknown_<br>**Number    Street** | Unknown - upon information and belief, this entity has not been used | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _____<br>**City          State    ZIP Code** | | From  _05/10/2007_  To  _11/28/2011_ |
| _Austin Shiprock Publishing, LLC_<br>**Name** | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| _PO Box 19549_<br>**Number    Street** | Unknown - upon information and belief, this entity has not been used | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _Austin, TX 78760-9549_<br>**City          State    ZIP Code** | | From  _04/24/2012_  To  _03/10/2023_ |
| _Infowars n/k/a Infow, LLC_<br>**Name** | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| _3005 S. Lamar Blvd., Suite_<br>**Number    Street** | Holds Intellectual Property | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _Austin, TX 78704_<br>**City          State    ZIP Code** | NA | From  _11/15/2007_  To  _03/10/2023_ |
| _Jones Productions, LLC_<br>**Name** | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| _3005 S. Lamar Blvd., Suite_<br>**Number    Street** | | EIN:  _2_ _6_ – _1_ _5_ _0_ _9_ _9_ _5_ _5_ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _Austin, TX 78704_<br>**City          State    ZIP Code** | NA | From  _01/14/2007_  To<br>_03/10/2023 (Tax Forfeiture)_ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

Debtor 1    **Alexander**          **E.**          **Jones**          Case number *(if known)* 22-33553
            First Name         Middle Name      Last Name

|                          | Date issued        |
|--------------------------|--------------------|

**Name**                        **MM / DD / YYYY**

**Number    Street**

**City            State    ZIP Code**

---

| **Part 12:** | Sign Below |

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X**  /s/ Alex Jones

Signature of Alex Jones, Debtor 1

Date  03/30/2023

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page **19**