# Attachment to Statement of Financial Affairs #7 - Payments to Insiders

| Transfers to David Ross Jones | | | | | Transfers to David Ross Jones | | |
|---|---|---|---|---|---|---|---|
| **Chase #7518 -Alexander Jones** | | | | | **Date of Payment** | **Amount** | |
| 10/4/2022 CHECK 550 | David R. Jones | 25,000 | | | 2/18/2022 | 19,367 | |
| 9/26/2022 CHECK 681 | David R. Jones | 55,399 | | | 3/2/2022 | 20,000 | |
| 9/15/2022 CHECK 680 | David R. Jones | 20,000 | | | 4/21/2022 | 20,000 | |
| 8/16/2022 CHECK 673 | David R. Jones | 44,112 | | | 5/9/2022 | 20,000 | |
| 7/22/2022 CHECK 574 | David R. Jones | 73,538 | 218,048 | | 7/22/2022 | 73,538 | |
| | | - | | | 7/25/2022 | 12,000 | |
| **Prosperity #9175 Alesancer E Jones; David R Jones** | | - | | | 7/25/2022 | 15,000 | |
| 7/25/2022 Check 1233 | David R. Jones | 12,000 | | | 8/16/2022 | 44,112 | |
| 7/25/2022 Check 1234 | David R. Jones | 15,000 | 27,000 | | 9/15/2022 | 20,000 | |
| | | - | | | 9/26/2022 | 55,399 | |
| | | | | | 10/4/2022 | 25,000 | |
| | | | | | 10/12/2022 | 42,347 | Transfer of 2015 Challengeer hellcat based on 32923 KBB value |
| | | | | | 10/12/2022 | 35,095 | Transfer of 2013 Ford Raptor based on 32923 KBB value |
| | | | | | 10/12/2022 | 31,767 | Transfer of 2019 Ford Raptor based on 32923 KBB value |
| | | - | | | | 433,624 | |
| **Security # 8548 Alexander Jones POD David Jones** | | - | | | | | |
| 2/18/2022 ACH 6340000011 | JONES, DAVID R. | 19,367 | | | | | |
| 3/2/2022 ACH 6340000035 | JONES, DAVID R. | 20,000 | | | | | |
| 4/21/2022 ACH 6340000008 | JONES, DAVID R. | 20,000 | | | Transfer of Property to David Jones | | |
| 5/9/2022 ACH 6340000007 | JONES, DAVID R. | 20,000 | | | Date | Value | Description |
| **Transfers to David Jones** | | **324,415.31** | **79,367** | | 4/14/2022 | 137,270 | Perdanales Hills Ranch |

**Transfer from David Jones-Security 8548**

| 11/4/2022 Direct Credit | ONLINE XFR FRM CHK -- | XXXX753 DAVID ROSS JONES | 500,000.00 | Note: Missouri Trust transferred $500,000 into D Jones account, and D Jones transferred $500,000 to #8548. |
|---|---|---|---|---|

**Transfers to Erika Lyn Jones**

| Bank Account | Date of Payment | Check # | Amount | Description per Check Memo | Signed by |
|---|---|---|---|---|---|
| Chase #7518 | 12/9/2021 | 775 | 21,000 | apt+furn+movers+mo | Alex Jones |
| Chase #7518 | 1/7/2022 | 474 | 12,000 | Support | Alex Jones |
| Chase #7518 | 2/12/2022 | 655 | 40,000 | Feb & reimburse | Alex Jones |
| Chase #7518 | 2/14/2022 | 654 | 15,000 | Monthly +Dad+ uber Eats | Alex Jones |
| Chase #7518 | 2/28/2022 | 656 | 15,000 | Monthly +Dad+ uber Eats | Alex Jones |
| Chase #7518 | 3/14/2022 | 658 | 16,000 | monthly + VE+dad | Alex Jones |
| Chase #7518 | 3/25/2022 | 659 | 15,000 | Feb | Alex Jones |
| Chase #7518 | 4/6/2022 | 660 | 18,000 | Monthly + Dad +uber Eats | Alex Jones |
| **Chase #7518** | **5/11/2022** | **824** | **70,000** | **back pay** | **Alex Jones** |
| Chase #7518 | 5/24/2022 | 827 | 43,800 | March, Apri, May | Alex Jones |
| Chase #7518 | 6/27/2022 | 828 | 30,000 | | Alex Jones |
| Chase #7518 | 7/5/2022 | 829 | 25,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 8/9/2022 | 718 | 15,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 8/25/2022 | 661 | 31,239 | reimbursements | Alex Jones |
| Chase #7518 | 9/19/2022 | 662 | 18,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 10/4/2022 | 663 | 21,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 10/18/2022 | 664 | 15,000 | Monthly + massage | Alex Jones |
| Chase #7518 | 11/7/2022 | 665 | 18,000 | Monthly + VRBO | Alex Jones |
| Chase #7518 | 11/28/2022 | 666 | 22,000 | Nov + Dad +furniture | Alex Jones |
| **Total Chase** | | | **461,039** | | |

**Sec. Bank # 8548- AEJ**

| Bank Account | Date of Payment | Check # | Amount | Description per Check Memo | Signed by |
|---|---|---|---|---|---|
| Sec. Bank | 11/8/2022 | WT | 179,764 | Transferred by D Jones. Prepay 2023 pre nupitual agreed payments See email dated | |

**Sec. Bank- #0916 Missouri Trust**

| Bank Account | Date of Payment | Check # | Amount | Description per Check Memo | Signed by |
|---|---|---|---|---|---|
| | 11/8/2022 | 154 | 78,140 | Signed by D Jones Catch up of pre petition amounts owed | |

**Prosperity Bank #9175**

| Bank Account | Date of Payment | Check # | Amount | Description per Check Memo | Signed by |
|---|---|---|---|---|---|
| | 10/14/2022 | Wire | 40,000 | | |
| **Total Transfers** | | | **758,943** | | |