IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**THIRD MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS
CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM
FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Crowe & Dunlevy, P.C. | |
| **Applicant's Role in Case:** | Co-Counsel to Debtor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #104) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 02/01/2023[1] | 02/28/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $134,042.00[2] (80% of $167,594.40) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $41.90[3] | |
| **Summary Attorney Fees for the Period Covered by this Statement** | | |
| **Attorneys Fees in this Statement:** | $153,686.50 | |
| **Total Actual Attorneys Hours Covered by this Statement:** | 267.80 | |
| **Average Hourly Rate for Attorneys:** | $573.88 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| **Paraprofessional Fees Requested in this Statement:** | $13,866.00 | |
| **Total Actual Paraprofessional Hours Covered by this Statement:** | 48.20 | |
| **Average Hourly Rate for Paraprofessionals:** | $287.67 | |

---

[1] A very small amount of time/fees from December and January that was inadvertently omitted from prior statements has been included herein as allowed under the Interim Compensation Order.

[2] Counsel is holding $172,842.87 as a retainer in its IOLTA Account which is included in this fee/expense request.

[3] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**THIRD MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 1**

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant **to** §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], Crowe & Dunlevy, P.C. ("C&D"), as co-counsel to the Debtor, hereby files its *Third Monthly Fee Statement of Crowe & Dunlevy, P.C. for Allowance of Compensation for Services Rendered as Co-Counsel to the Debtor for the Period from February 1, 2023 through February 28, 2023* (the "Monthly Fee Statement").

### RELIEF REQUESTED

1.       By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, C&D seeks interim payment of $134,042.00 (80% of 167,594.40) as compensation for professional services rendered to the Debtor during the period from February 1, 2023 through February 28, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $41.90, for a total amount of $134,083.39 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2.       In support of the Monthly Fee Statement, C&D submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Legal Fees by Category as Counsel*

*for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Co-Counsel for the Fee Period*, attached hereto as **Exhibit C**.

      3.      Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order), and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline:

    a.    Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

    b.    U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

    c.    Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

    d.    Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

    e.    Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

    f.    Any other parties that the Court may designate.

In light of the nature of the relief requested herein, C&D submits that no further or other notice is required.

4.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. C&D reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5.      Therefore, C&D respectfully submits support for its fees in the amount of $167,594.40 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $41.90 for reasonable, actual and necessary expenses incurred during the Fee Period. C&D further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to C&D the amount of $134,083.39 [4] which is equal to the sum of 80% of C&D's fees and 100% of C&D's expenses incurred during the Fee Period.

---

[4] Such payment to be made first from any existing retainer funds held by C&D for the Debtor.

**THIRD MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 4**

Houston, TX
Dated: March 30, 2023

**CROWE & DUNLEVY, P.C.**

By: *  /s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

**ATTORNEYS FOR DEBTOR ALEXANDER
E. JONES**

## CERTIFICATE OF SERVICE

I certify that on March 30, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a.      Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b.      U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c.      Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d.      Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e.      Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f.      Any other parties that the Court may designate.

*/s/ Christina W. Stephenson*
Christina W. Stephenson

**THIRD MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 6**

# EXHIBIT "A"

### SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Online Research | 41.90 |

## EXHIBIT "B"

### SUMMARY OF LEGAL FEES AND EXPENSES BY CATEGORY
### FOR THE FEE PERIOD

| CATEGORIES | ATTORNEY TIME | PARALEGAL TIME |
|---|---|---|
| B110 Case Administration | 82.10 | 33.9 |
| B120 Asset Analysis and Recovery | 4.6 | 0.0 |
| B130 Asset Disposition | .5 | 0.0 |
| B140 Relief from Stay/Adequate Protection | 9.9 | 0.2 |
| B150 Meetings of & Communications with Creditors | 10.5 | 0.0 |
| B160 Fee/Employment Applications | 20.7 | 5.7 |
| B170 Fee/Employment Objections | 0.00 | .2 |
| B180 Avoidance Action Analysis | 0.00 | 0.00 |
| B185 Assumption/Rejection of Executory Contracts | 4.1 | 0.0 |
| B190 Other Contested Matters | 50.9 | 4.8 |
| B195 Non-Working Travel | 6.8 | 3.4 |
| B210 Business Operations | 69.6 | 0.00 |
| B220 Employee Benefits/Pensions | 0.00 | 0.00 |
| B230 Financing/Cash Collections | 2.7 | 0.00 |
| B240 Tax Issues | 4.7 | 0.00 |
| B250 Real Estate | 0.00 | |
| B260 Board of Directors Matters | 0.00 | |
| B310 Claims Administration and Objections | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | .7 | 0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.00 | 0.00 |
| B420 Restructurings | 0.00 | 0.00 |
| **TOTALS:** | **267.80** | **48.20** |

## EXHIBIT "C"

## DETAILED RECORD OF FEES FOR THE FEE PERIOD

## CROWE&DUNLEVY
ATTORNEYS AND COUNSELORS AT LAW

**2525 MCKINNON, SUITE 425**
**DALLAS, TX 75201**
**(214) 420-2163**
TAX I.D. NUMBER 73-1055796

March 30, 2023
Invoice # 752298

Alex "AJ" Jones
ATTN: Shelby A. Jordan                    Responsible Attorney
6207 Bee Cave Road, Suite 120                    Vickie L. Driver
Austin, TX 78746

Client #        50134
Matter #        00802

Post – petition

## INVOICE SUMMARY

Current Invoice Total Fees                    $167,552.50
Current Invoice Total Expenses                    $41.90
**Current Invoice Total**                    **$167,594.40**

*Payment Instructions*

Check Remittance:                    Credit Card Remittance:                    Wire Remittance:

Mail To:                    https://www.crowedunlevy.com/makeapayment/                    Bank Name: BancFirst
Crowe & Dunlevy                    Routing #103003632
Braniff Building                    Oklahoma City, OK 73102
324 N. Robinson Ave., Ste. 100                    Account Name: Crowe & Dunlevy
Oklahoma City, OK 73102                    Account Number 4025023715
                    Swift Code BFOKUS44

*Please refer to Invoice # 752298 and any other invoice numbers being paid on your remittance.*

Jones, Alex "AJ"                                                                            Page 2
                                                                                  March 30, 2023

Client #          50134                                                      Invoice # 752298
Matter #          00802                                                   Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 12/02/2022 | V. Driver | B110/ | Alert relevant parties of BK filing (1.1); review and revise motion for status conference (.4); emails with UST and Court on Joint administration motion and comments to same (.2); address revisions to joint administration to address UST initial concerns (.3) call with potential PR firm (.8); review rules and procedures on sealing pleadings due to general security issues (.4). | 3.20 |
| 12/02/2022 | V. Driver | B140/ | Emails discussing application of stay in CT matter with counsel related to judgment entry, motion practice and appeals. | 0.40 |
| 12/21/2022 | V. Driver | B150/ | Brief review of multiple lengthy emails from creditor. | 0.40 |
| 01/18/2023 | V. Driver | B185/ | Emails with committee to discuss potential resolution to AJ employment contract. | 0.10 |
| 01/23/2023 | V. Driver | B150/ | Review emails from potential creditors. | 0.60 |
| 02/01/2023 | C. Craig | B160/ | Draft application to employ the Reynal firm as Debtor's appellate counsel. | 0.40 |

Jones, Alex "AJ"                                                                         Page 3
                                                                                  March 30, 2023

Client #          50134                                                      Invoice # 752298
Matter #          00802                                                   Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 02/01/2023 | V. Driver | B110/ | Review list of information needed and revise same (1.2); work with financial professionals on list of information needed and send to FSS (.7); follow up from meeting with FSS in lengthy email (.4); call with E. Taube seeking historical information for schedules and statements (.7). | 3.00 |
| 02/01/2023 | V. Driver | B160/ | Review and revise J&O fee statement. | 0.70 |
| 02/01/2023 | C. Stephenson | B160/ | Review professional billing and draft related correspondence. | 0.80 |
| 02/01/2023 | C. Stephenson | B190/ | Review draft protective order. | 0.50 |
| 02/02/2023 | V. Driver | B190/ | Emails with A. Reynal on text release issues (.4); calls with client on text release issues (.7); calls with financial professionals on same (.4); emails with state court lawyers and review information sent (2.3). | 3.40 |
| 02/02/2023 | A. Gerard | B160/ | Work on employment applications for Reynal and Martin. | 2.50 |
| 02/02/2023 | C. Stephenson | B190/ | Review and analyze correspondence regarding various contested matters (.8); prepare for and attend call with UCC regarding outstanding case matters (.8). | 1.60 |
| 02/03/2023 | V. Driver | B110/ | Emails with FSS on information production. | 0.90 |

Jones, Alex "AJ"                                                                      Page 4
                                                                              March 30, 2023

Client #      50134                                              Invoice # 752298
Matter #      00802                                          Responsible Attorney
                                                                Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 02/03/2023 | V. Driver | B150/ | Review emails from creditors. | 0.70 |
| 02/03/2023 | C. Stephenson | B160/ | Conference regarding engagement proposed order (.6); review financial professionals budget (.4). | 1.00 |
| 02/05/2023 | V. Driver | B110/ | Emails with FSS on information production. | 0.40 |
| 02/05/2023 | V. Driver | B140/ | Review and revise lift stay objection. | 0.40 |
| 02/06/2023 | V. Driver | B110/ | Emails with FSS on need for access to information (.2); call with R. Battaglia on issues with information access (.7); review and analyze budget items (.9); review and analyze schedules support and information needed and seeking sources to answer same (3.2).e (3.2). | 5.00 |
| 02/06/2023 | V. Driver | B150/ | Email to UST and UCC regarding resetting 341 in relation to due date for schedules. | 0.20 |
| 02/06/2023 | C. Stephenson | B150/ | Conference regarding 341 meeting timing. | 0.80 |
| 02/06/2023 | C. Stephenson | B160/ | Review and respond to correspondence regarding interim compensation procedures (1.1); review supplemental Zensky declaration (.4); review Nardello application (.9). | 2.40 |
| 02/07/2023 | V. Driver | B110/ | Call with financial professionals on AJ Live (.5); Call with R. Battaglia on AJ Live issues (6). | 1.10 |

Jones, Alex "AJ"                                                                                    Page 5
                                                                                           March 30, 2023

Client #        50134                                                              Invoice # 752298
Matter #        00802                                                            Responsible Attorney
                                                                                    Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 02/07/2023 | V. Driver | B110/ | Call with L. Freeman on status of case and information gathering (.9); call with co-counsel on status of case (.8); call with client on information needed for schedules and statements (.6). | 2.30 |
| 02/07/2023 | V. Driver | B140/ | Review and revise objection to lift stay motion and send to R. Battaglia for review and comment (1.1); call with Mediator on idea to resolve stay (.8). | 1.90 |
| 02/07/2023 | V. Driver | B160/ | Emails on draw down and payment terms from engagement and order on employment. | 0.30 |
| 02/07/2023 | V. Driver | B190/ | Interviewing attorney for related parties to assist committee discovery. | 0.50 |
| 02/07/2023 | A. Gerard | B140/ | Revise and finalize objection to Pozner/De La Rosa motion for relief from stay. | 1.50 |
| 02/07/2023 | A. Gerard | B160/ | Revise and finalize employment applications for Reynal and Martin. | 0.80 |
| 02/07/2023 | E. Weaver | B170/ | Email correspondence with co-counsel's office regarding fee statements. | 0.20 |
| 02/08/2023 | V. Driver | B110/ | Research and analyze documents on assets and companies for inclusion in statements and schedules. | 1.90 |

Jones, Alex "AJ"                                                                                Page 6
                                                                                        March 30, 2023

Client #        50134                                                          Invoice # 752298
Matter #        00802                                                    Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 02/08/2023 | V. Driver | B140/ | Discuss concept for settling stay issues with client (.5); emails with co-counsel and Mediator on settlement proposal on stay (.3); emails with counsel for movant on converting hearing to status conference (.2). | 1.00 |
| 02/08/2023 | V. Driver | B150/ | Weekly update call with committee (.8); emails with UST on resetting 341 (.2). | 1.00 |
| 02/08/2023 | V. Driver | B190/ | Review and revise PO and send to counsel (.6); interview counsel for unrepresented transferee to assist in producing documents to committee (.4); meeting with client on AJ Live issues (.5); emails SubV trustee on same (.2). | 1.70 |
| 02/08/2023 | V. Driver | B230/ | Emails with FSS on financials and review information sent on access to financials. | 0.90 |
| 02/08/2023 | A. Gerard | B110/ | Email correspondence with counsel for committee of unsecured creditors for future omnibus setting. | 0.50 |
| 02/08/2023 | C. Stephenson | B150/ | Review UST correspondence regarding 341 Meeting. | 0.30 |
| 02/08/2023 | C. Stephenson | B190/ | Conference regarding revisions to protective order (.8); review related correspondence (.6). | 1.30 |
| 02/08/2023 | E. Weaver | B110/ | Review case docket for FSS and new filings for possible response deadlines that affect AJ. | 0.50 |

Jones, Alex "AJ"

Page 7
March 30, 2023

| Client # | 50134 | | | Invoice # 752298 |
| Matter # | 00802 | | | Responsible Attorney |
| | | | | Vickie L. Driver |

Post - petition

| 02/09/2023 | V. Driver | B160/ | Emails with FSS on Kennerly and employment to do taxes. | 0.40 |
| 02/09/2023 | V. Driver | B190/ | Review and approve final PO. | 0.10 |
| 02/09/2023 | C. Stephenson | B160/ | Review and respond to correspondence regarding professional employment issue. | 0.60 |
| 02/09/2023 | C. Stephenson | B190/ | Review revised protective order and related correspondence. | 0.50 |
| 02/10/2023 | V. Driver | B110/ | Analyze agenda and witness and exhibit needs for upcoming omnibus hearing (.3); review and analyze witness and exhibit lists filed by other parties (.3). | 0.60 |
| 02/10/2023 | V. Driver | B160/ | Correspondence with J&O on fee statement objection deadline and response time. | 0.20 |
| 02/10/2023 | V. Driver | B210/ | Review draft CC order and budget (.2); review and confirm no intention by FSS to do pre-petition accounting (.1). | 0.30 |
| 02/12/2023 | V. Driver | B110/ | Initial review of draft schedules and statements and identify missing information (1.9); research missing information like W-2s, K1s, trust and company information (4.6). | 6.50 |

Jones, Alex "AJ"                                                                         Page 8
                                                                                         March 30, 2023

Client #          50134                                                       Invoice # 752298
Matter #          00802                                                  Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| 02/13/2023 | V. Driver | B110/ | Call with committee re AJ Live issues (.8); arrange for associate to review all shows posted to AJ Live and his daily show and log relevant information for reference (.7); send text messages to team for review and marking under PO (.3); research into 2022 Litigation Settlement Trust assets and status (1.1); review issues with Youngevity account and its ownership and status (1.4); seeking balances in IOLTA account for amounts owed (.2); drafting global and specific notes for schedules and statements (1.6); analyze exemptions (1.1); discuss exemptions with client (.8); seek trust agreements (.5); emails with committee on information gathered by Nardello on assets (.2); review and revise draft schedules and SOFAs (2.8). 2022 Litigation Settlement Trust assets and status (1.1); review issues with Youngevity account and its ownership and status (1.4); seeking balances in IOLTA account for amounts owed (.2); drafting global and specific notes for schedules and statements (1.6); analyzing exemptions (1.1); discuss exemptions with client (.8); seeking trust agreements (.5); emails with committee on information gathered by Nardello on assets (.2); review and revise draft schedules and SOFAs (2.8). | 11.50 |

Jones, Alex "AJ"                                                                 Page 9
                                                                     March 30, 2023

Client #      50134                                          Invoice # 752298
Matter #      00802                                         Responsible Attorney
                                                              Vickie L. Driver

Post - petition

| 02/13/2023 | V. Driver | B140/ | Review and analyze objection to motion to assume or reject commercial lease for FSS. | 0.60 |
| 02/13/2023 | V. Driver | B190/ | Call with Mediator on matter (.4); analyze discussion with Mediator (1.1). | 1.50 |
| 02/13/2023 | V. Driver | B195/ | Travel to Austin (billed at half time) 3.2 | 1.60 |
| 02/13/2023 | A. Finch | B185/ | Conference regarding creditor's objection to the assumption of the studio lease. | 0.20 |
| 02/13/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. World Premiere!  Alex Jones Officially Launches New Podcast (2.0); summarize statements made related to case (.6). | 2.60 |
| 02/13/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. Alex Jones Launches His New Subscriber Platform (.4); summarize statements made related to case (.3). | 0.70 |
| 02/13/2023 | A. Finch | B210/ | Review and analyze client's existing platform, InfoWars: Ep. 2023 Feb -13 Monday (4.0); summarize statements made related to case (.1). | 4.10 |
| 02/13/2023 | C. Stephenson | B110/ | Review and respond to creditor request (.4); draft and revise Global Notes for schedules and SOFA (1.6); review UST correspondence (.2). | 2.20 |

Jones, Alex "AJ"                                                                Page 10
                                                                         March 30, 2023

Client #        50134                                          Invoice # 752298
Matter #        00802                                       Responsible Attorney
                                                               Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 02/13/2023 | C. Stephenson | B160/ | Review and respond to correspondence regarding First Interim compensation procedures. | 1.10 |
| 02/13/2023 | C. Stephenson | B190/ | Review UCC correspondence and related correspondence. | 1.30 |
| 02/13/2023 | E. Weaver | B110/ | Review information received from BlackBriar and communications with Harold Kessler regarding same (2.0); draft and revise schedules A/B, C, G, H (4.0); draft and revise and statements (4.0). | 10.00 |
| 02/13/2023 | E. Weaver | B195/ | Travel to Austin (billed at half time) 3.2 hrs. | 1.60 |
| 02/14/2023 | V. Driver | B110/ | Research multiple issues to complete schedules(.9); meetings with client reviewing and revising schedules (3.4); meetings with financial professionals reviewing and revising schedules and statements (3.7); review and revise statements and schedules (2.2); research unsecured claim amounts from judgments (.9); review and revise global notes (2.3); add specific notes to explain additional information being gathered and provided (.3). | 13.70 |
| 02/14/2023 | V. Driver | B110/ | Emails with client and Harvey D. Ellis sending trust and other documents. | 0.30 |

Jones, Alex "AJ"

Page 11
March 30, 2023

| Client # | 50134 | | Invoice # 752298 |
| Matter # | 00802 | | Responsible Attorney |
| | | | Vickie L. Driver |

Post - petition

| 02/14/2023 | V. Driver | B110/ | Research Travis County for real property ownership (0.7); call with R. Battaglia on status of W-2s (.4); call with ADP lawyer seeking W-2s (.2). | 1.30 |
| | | | ng verdicts for amounts for unsecured claimants (1.2); review and revise global and specific notes to schedules and SOFA (2.7); research on TXSOS for company information (2.2); researching Travis county for real property ownership (1.7); call with R. Battaglia on status of W-2s (.4); call with ADP lawyer seeking W-2s (.2). | |
| 02/14/2023 | V. Driver | B140/ | Prepare for and attend hearing on stay issues. | 0.80 |
| 02/14/2023 | V. Driver | B190/ | Emails with counsel for PQPR on producing documents to SubV Trustee and privilege preservation. | 0.30 |
| 02/14/2023 | V. Driver | B210/ | Prepare for and attend hearing on extending lease assumption date. | 0.50 |

Jones, Alex "AJ"                                                                        Page 12
                                                                                 March 30, 2023

Client #        50134                                              Invoice # 752298
Matter #        00802                                          Responsible Attorney
                                                                   Vickie L. Driver

Post - petition

| 02/14/2023 | A. Finch | B210/ | Create a private Teams group with embedded links to each of the client's shows, as well a master Excel sheet to log the episodes reviewed, including individual links to each episode, (rough) transcriptions with linked audio of those episodes, and notes/summaries of the episodes. | 0.60 |
|---|---|---|---|---|
| 02/14/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. Get Off Your Ass And Help Save This Country (2.1); summarize statements made related to case (.2). | 2.30 |
| 02/14/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. Fires Place in Humanity (.1); summarize statements made related to case (.1). | 0.20 |
| 02/14/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. Alex Jones Shoots Up YouTube Golden Button Award (.1); summarize statements made related to case (.1). | 0.20 |
| 02/14/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. Elon's Secret Moon Base Discovered (.1); summarize statements made related to case (.1). | 0.20 |

Jones, Alex "AJ"                                                                    Page 13
                                                                              March 30, 2023

Client #        50134                                           Invoice # 752298
Matter #        00802                                         Responsible Attorney
                                                                Vickie L. Driver

Post - petition

| 02/14/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. The Ultimate Secret to Prosperity (.2); summarize statements made related to case (.1). | 0.30 |
|---|---|---|---|---|
| 02/14/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. The most amazing Alex Jones speech you will ever see (.2); summarize statements made related to case (.1). | 0.30 |
| 02/14/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. The Globalist Mindset is Total Dominion (.1); summarize statements made related to case (.1). | 0.20 |
| 02/14/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. Alex Jones Confronts Seattle Goblin Creatures (.2); summarize statements made related to case (.1). | 0.30 |
| 02/14/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. VICE and Ice: Alex Jones and The Fake News Mindset (.3); summarize statements made related to case (.1). | 0.40 |

Jones, Alex "AJ"                                                                                    Page 14
                                                                                              March 30, 2023

Client #        50134                                                                 Invoice # 752298
Matter #        00802                                                          Responsible Attorney
                                                                                      Vickie L. Driver

Post - petition

| 02/14/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. Alex Jones Live and Commercial Free (.3); summarize statements made related to case (.3). | 0.60 |
|---|---|---|---|---|
| 02/14/2023 | A. Finch | B210/ | Review and analyze client's existing platform, InfoWars: Ep. 2023 Feb -12 Sunday(2.0); summarize statements made related to case (.1). | 2.10 |
| 02/14/2023 | C. Stephenson | B110/ | Review and revise Global Notes (1.1); draft related correspondence (.7). | 1.80 |
| 02/14/2023 | E. Weaver | B110/ | Continue working on completing schedules A-G (2.8); review numbers from BlackBriar and draft schedules I and J (1.2); continue working on completing statements (4.0); meeting with client for review and approval of schedules and statements for filing.(1.4); final review of schedules and statements, revise, finalize and file same (3.2). | 12.60 |
| 02/15/2023 | J. Booth | B190/ | Review and analyze the stipulated confidentiality agreement and protective order and summary regarding the same (.5); begin reviewing text messages to mark confidential or representative eyes only (.4). | 0.90 |
| 02/15/2023 | V. Driver | B110/ | Meetings with client and McGill on operational issues and contracts with ESG. | 2.60 |

Jones, Alex "AJ"                                                                                    Page 15
                                                                                        March 30, 2023

Client #        50134                                                          Invoice # 752298
Matter #        00802                                                      Responsible Attorney
                                                                               Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 02/15/2023 | V. Driver | B140/ | Review and analyze exhibits filed and timeline of filing cell phone texts messages by Bankston evaluating stay violation. | 1.10 |
| 02/15/2023 | V. Driver | B160/ | Review email from Norm on post-petition payments. | 0.20 |
| 02/15/2023 | V. Driver | B190/ | Emails team to set up production protocol call. | 0.20 |
| 02/15/2023 | V. Driver | B190/ | Begin review of texts for marking under PO and production to Committee (.4); setting call with team to discuss review and production coordination and schedule for Committee (.2); follow up with Security bank on status of producing bank statements (.2). | 0.80 |
| 02/15/2023 | V. Driver | B190/ | Emails with co-counsel about text filing in state court. | 0.30 |
| 02/15/2023 | V. Driver | B195/ | Travel from Austin – billed at half time (3.6). | 1.80 |
| 02/15/2023 | V. Driver | B230/ | Review Motion to dedesignate FSS and SUbV case and send to Trustee' counsel for input (.8); initial review of draft plan (.2). | 1.00 |
| 02/15/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -15 Wednesday (4.0); summarize statements made related to case (.1). | 4.10 |

Jones, Alex "AJ"                                                                                    Page 16
                                                                                          March 30, 2023

Client #         50134                                                          Invoice # 752298
Matter #         00802                                                       Responsible Attorney
                                                                                 Vickie L. Driver

Post - petition

| 02/15/2023 | A. Finch | B210/ | Review and analyze client's new podcast/website content, Alex Jones Live: Ep. Top Forecaster Predicts Massive Tank Battles To Start in Springe (1.4); summarize statements made related to case (.2). | 1.60 |
| 02/15/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -14 Tuesday (4.0); summarize statements made related to case (.1). | 4.10 |
| 02/15/2023 | A. Gerard | B150/ | Draft response letter to official committee of unsecured creditors regarding Rule 2004 discovery. | 1.60 |
| 02/15/2023 | E. Weaver | B110/ | Download and circulate file-stamped copies of schedules and statements to team. | 0.20 |
| 02/15/2023 | E. Weaver | B110/ | Review case docket (.2); review continued meeting of creditors and docket same (.1). | 0.30 |
| 02/15/2023 | E. Weaver | B110/ | Review dallaseservice inbox and circulate to team motion for new trial and motion to modify judgment pending in Travis County District Court. | 0.20 |
| 02/15/2023 | E. Weaver | B195/ | Travel from Austin (billed at half time) 3.6 hrs. | 1.80 |
| 02/16/2023 | J. Booth | B190/ | Conference to strategize document review and redactions. | 0.50 |

Jones, Alex "AJ"                                                                    Page 17
                                                                              March 30, 2023

Client #        50134                                              Invoice # 752298
Matter #        00802                                          Responsible Attorney
                                                                    Vickie L. Driver

Post - petition

| 02/16/2023 | J. Booth | B190/ | Continue reviewing text messages and marking for confidentiality and professionals' eyes only. | 0.40 |
|---|---|---|---|---|
| 02/16/2023 | V. Driver | B110/ | Review letter from UCC on schedules and SOFA and send to team for response. | 0.60 |
| 02/16/2023 | V. Driver | B190/ | Call with Mediator (1.0); call with team on document review and production protocol (.9); emails with UCC on document production (.3). | 2.20 |
| 02/16/2023 | V. Driver | B230/ | Call with R Battaglia on FSS operations. | 0.80 |
| 02/16/2023 | A. Finch | B130/ | Conference regarding redaction guidelines with financial advisors. | 0.50 |
| 02/16/2023 | R. Mangham | B190/ | Compile 241 text messages into document review platform for attorney review. | 0.40 |
| 02/16/2023 | E. Weaver | B110/ | Review and compile bank statements and forward to UCC via fileshare. | 1.00 |
| 02/16/2023 | E. Weaver | B110/ | Oversee RingCentral messages and forward message from the New York Times to counsel for review. | 0.20 |
| 02/16/2023 | E. Weaver | B110/ | Various communications with Litigation Support to coordinate access to Litshare folder. | 0.30 |
| 02/16/2023 | E. Weaver | B190/ | Team call regarding document production and protocol. | 0.90 |

Jones, Alex "AJ"                                                                         Page 18
                                                                                  March 30, 2023

Client #        50134                                               Invoice # 752298
Matter #        00802                                          Responsible Attorney
                                                                   Vickie L. Driver

Post - petition

| 02/17/2023 | J. Booth | B190/ | Review various correspondence with the team regarding phone call to discuss document review project. | 0.10 |
|---|---|---|---|---|
| 02/17/2023 | J. Booth | B190/ | Continue reviewing and analyzing text messages to mark for confidentiality and attorney's eyes only. | 0.90 |
| 02/17/2023 | E. Weaver | B190/ | Communications with A. Finch and Litigation Support regarding Everlaw files. | 0.30 |
| 02/18/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -16 Thursday (4.0); summarize statements made related to case (.2). | 4.20 |
| 02/18/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -17 Friday (4.0); summarize statements made related to case (.3). | 4.30 |
| 02/19/2023 | J. Booth | B190/ | Review over 100 text messages and mark as confidential or attorney's eyes only. | 1.40 |
| 02/20/2023 | J. Booth | B190/ | Conference regarding discovery matters. | 0.20 |
| 02/20/2023 | J. Booth | B190/ | Review thirty (30) documents containing various text messages and mark for confidentiality. | 0.70 |
| 02/20/2023 | L. Dauphin | B190/ | Communication regarding document review and files shared by BlackBriar Advisors. | 0.50 |

Jones, Alex "AJ"                                                                                     Page 19
                                                                                              March 30, 2023

Client #        50134                                                               Invoice # 752298
Matter #        00802                                                            Responsible Attorney
                                                                                     Vickie L. Driver

Post - petition

| 02/20/2023 | V. Driver | B190/ | Review and analyze document and information requests. | 0.10 |
|---|---|---|---|---|
| 02/20/2023 | V. Driver | B190/ | Review information sought by UCC on Alex Jones live issues and comment to same. | 0.30 |
| 02/20/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -19 Sunday  (2.0); summarize statements made related to case (.1). | 2.10 |
| 02/20/2023 | A. Gerard | B190/ | Review and summarize discovery requests from the official committee of unsecured creditors for upcoming document review. | 0.70 |
| 02/20/2023 | E. Weaver | B110/ | Review dallaseservice inbox and circulate notice of filing supplemental exhibits in support of response to motion for sanctions pending in Travis County District Court. | 0.20 |
| 02/20/2023 | E. Weaver | B160/ | Review order establishing procedures for interim compensation and reimbursement of expenses and docket dates and deadlines for monthly fee statements and interim fee application. | 0.60 |
| 02/21/2023 | J. Booth | B190/ | Review list of addresses to be redacted from all documents. | 0.20 |
| 02/21/2023 | J. Booth | B190/ | Continue reviewing various text messages and marking for confidentiality and making necessary redactions. | 0.90 |

Jones, Alex "AJ"                                                                                          Page 20
                                                                                                    March 30, 2023

Client #        50134                                                                      Invoice # 752298
Matter #        00802                                                                    Responsible Attorney
                                                                                            Vickie L. Driver

Post - petition

| 02/21/2023 | J. Booth | B190/ | Begin drafting a summary of trust and company agreements. | 1.10 |
|---|---|---|---|---|
| 02/21/2023 | L. Dauphin | B190/ | Access BlackBriar dropbox and obtain bank statements and tax returns for attorney production review and redaction of personal information. | 1.50 |
| 02/21/2023 | V. Driver | B110/ | Emails to E. Morgan seeking time to talk on her work setting up companies and trusts for debtor (.1); emails setting time to talk with D. Minton and R. Wilhite on same issues (.2); meetings with client seeking additional information for schedules (4.2). statements (2.3); call with S. Steiner on terms of helicopter access (.2); reviewing trust agreements and prepare for summary (.6); review company documents for various companies (1.1); | 8.70 |
| 02/21/2023 | V. Driver | B120/ | Emails with Minton on trusts. | 0.50 |
| 02/21/2023 | V. Driver | B140/ | Emails with counsel for movant on discovery and setting time to discuss potential resolution. | 0.40 |
| 02/21/2023 | V. Driver | B160/ | Emails with N. Pattis on retainer status and accounting and potential retention terms. | 0.30 |
| 02/21/2023 | V. Driver | B160/ | Emails seeking terms for employment from N. Pattis. | 0.20 |

Jones, Alex "AJ"                                                          Page 21
                                                                    March 30, 2023

Client #        50134                                          Invoice # 752298
Matter #        00802                                      Responsible Attorney
                                                              Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 02/21/2023 | V. Driver | B185/ | Review contracts and prepare team for motion to reject contracts. | 0.20 |
| 02/21/2023 | V. Driver | B195/ | Travel to Austin (3.2 – billed at half time). | 1.60 |
| 02/21/2023 | V. Driver | B240/ | Discuss results of taxation and ownership of funds in donation accounts and Bitcoin donations. | 1.30 |
| 02/21/2023 | V. Driver | B320/ | Call with Mediator and FSS professionals. | 0.70 |
| 02/21/2023 | A. Finch | B190/ | Draft supplemental answers to discovery requests (re: AJ Live) based on my review of client's published videos (Infowars and AJ Live). | 0.70 |
| 02/21/2023 | A. Finch | B190/ | Redact Bank of America Statements to respond to creditors' discovery requests (.5); review Protective Order to respond to creditors' discovery requests (.1); confirm addresses/information to be redacted to respond to creditors' discovery requests (.2). | 0.80 |
| 02/21/2023 | E. Weaver | B190/ | Email correspondence with BlackBriar Advisors regarding document production. | 0.20 |
| 02/22/2023 | J. Booth | B190/ | Read trust agreements in detail and create a chart summarizing pertinent information. | 2.90 |

Jones, Alex "AJ"                                                                                            Page 22
                                                                                                    March 30, 2023

Client #        50134                                                                              Invoice # 752298
Matter #        00802                                                                           Responsible Attorney
                                                                                                     Vickie L. Driver

Post - petition

| 02/22/2023 | J. Booth | B190/ | Complete initial review of all Alex Jones' text messages and make redactions and mark as confidential. | 1.90 |
|---|---|---|---|---|
| 02/22/2023 | V. Driver | B110/ | Review and analyze all information for notes and amendments to schedules and statements of financial affairs (2.1); call with D. Minton and R. Wilhite on assets (.8); emails with E. Morgan seeking to talk about trusts and companies (.2). | 3.10 |
| 02/22/2023 | V. Driver | B110/ | Review trust summary (.4); drafting and revising proposed amendments to schedules and send to group prior to 341 meeting (4.3); weekly call with UCC and discuss motion to compel and timing for amended schedules and SOFA (.9); email to counsel for PQP.R and Jones on UCC intent to depose (.2); emails with E. Morgan on seeking information on her work for AJ on companies and trusts (.4); analyze PQPR ownership and draft chart on same (.7); call with D. Minton and R. Wilhite on trusts, divorce, and potential assets (.9). | 7.80 |
| 02/22/2023 | V. Driver | B140/ | Emails with counsel for Texas litigants on matters proceeding in Fontaine (.3); call to discuss potential resolution to stay motion (.3). | 0.60 |

Jones, Alex "AJ"                                                                          Page 23
                                                                                    March 30, 2023

Client #       50134                                                      Invoice # 752298
Matter #       00802                                                   Responsible Attorney
                                                                          Vickie L. Driver

Post - petition

| 02/22/2023 | V. Driver | B140/ | Review information filed in TX lawsuit on sanctions hearing and emails with TX plaintiff lawyers on same. | 1.20 |
| 02/22/2023 | V. Driver | B150/ | Emails with J. Ruff on having schedules and statements with witness at 341. | 0.10 |
| 02/22/2023 | V. Driver | B185/ | Call with ESG on need for affidavit on equipment owned for studio (.3); emails with ESG regarding studio details (.6). | 0.90 |
| 02/22/2023 | A. Finch | B190/ | Redact (approximately 145) Bank of America Statements to respond to creditors' discovery requests (1.8); review Protective Order to respond to creditors' discovery requests (.1); confirm redaction assignments/breakdown with team to respond to creditors' discovery requests (.1). | 2.00 |
| 02/22/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -20 Monday (4.0); summarize statements made related to case (.3). | 4.30 |
| 02/22/2023 | A. Gerard | B160/ | Draft motion to employ Pattis & Smith with declaration and proposed order. | 2.50 |
| 02/22/2023 | C. Stephenson | B150/ | Draft correspondence regarding Creditors meeting analysis. | 0.60 |

Jones, Alex "AJ"

Page 24
March 30, 2023

Client #     50134
Matter #    00802

Invoice # 752298
Responsible Attorney
Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 02/22/2023 | C. Stephenson | B210/ | Review and analyze Motion to revoke Debtor's Sub V Status and draft related correspondence. | 1.60 |
| 02/22/2023 | E. Weaver | B110/ | Electronic case file management of new trust documents received. | 2.00 |
| 02/22/2023 | E. Weaver | B110/ | Email correspondence with BlackBriar regarding the amended December MOR and January MOR (.2); review spreadsheet regarding same (.3); draft amended December and January monthly operating reports (1.0); communications with BlackBriar Advisors regarding numbers. (.5); revise, finalize and file reports (1.2). | 3.20 |
| 02/23/2023 | J. Booth | B120/ | Review and analyze the notice of the official committee of unsecured creditors' bankruptcy's requests for document production. | 0.50 |
| 02/23/2023 | J. Booth | B190/ | Complete review of Alex Jones' text messages and mark for confidentiality and make necessary redactions. | 2.80 |
| 02/23/2023 | N. Collins | B240/ | Communications with Robert Schleizer and Emily Kembell re 2021 Bitcoin donations. | 1.20 |
| 02/23/2023 | N. Collins | B240/ | Research tax reporting compliance, gain/loss calculations and tax treatment re gifts and donations of property and cash. | 2.20 |

Jones, Alex "AJ"                                                                                     Page 25
                                                                                          March 30, 2023

Client #        50134                                                          Invoice # 752298
Matter #        00802                                                        Responsible Attorney
                                                                                 Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 02/23/2023 | C. Craig | B110/ | Draft Motion to Seal Debtor's schedules. | 0.70 |
| 02/23/2023 | V. Driver | B150/ | Review NDA with appraiser and comment to same (.3); email answers to specific questions from goods appraiser (.3); call with UST post-341 meeting to discuss schedules and statements (1.1); emails with UST on media presence at 341 (.3). | 2.00 |
| 02/23/2023 | A. Finch | B190/ | Reaching out to three appraisal companies (and three Austin contacts to discover connections to appraisers) (.5); communicate (via email, two phone calls, and a voicemail) to confirm services offered, availability of NDA, etc. (.4). | 0.90 |
| 02/23/2023 | A. Finch | B190/ | Conference regarding redaction guidelines with financial advisors. | 2.90 |
| 02/23/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -21 Tuesday (4.0); summarize statements made related to case (.1). | 4.10 |
| 02/23/2023 | A. Finch | B210/ | Revise notes for InfoWars: Ep. 2023 Feb -21 Tuesday. | 0.20 |
| 02/23/2023 | A. Gerard | B185/ | Draft motion seeking order approving rejection of ESG contracts. | 2.00 |

Jones, Alex "AJ"                                                                                    Page 26
                                                                                            March 30, 2023

Client #        50134                                                               Invoice # 752298
Matter #        00802                                                          Responsible Attorney
                                                                                      Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 02/23/2023 | C. Stephenson | B150/ | Attend 341 Creditors meeting and draft and review related correspondence. | 2.20 |
| 02/23/2023 | E. Weaver | B110/ | Download file-stamped copies of amended December MOR and January MOR and circulate to team. | 0.20 |
| 02/23/2023 | E. Weaver | B110/ | Review and compile all bank statements received from BlackBriar Advisors prior to December 2022. | 1.00 |
| 02/23/2023 | E. Weaver | B110/ | Review FSS case docket and docket related dates and deadlines. | 0.30 |
| 02/24/2023 | J. Booth | B190/ | Review and redact 300 pages of text messages between Alex Jones and Erika Wulff; finalize document review of all sms files. | 1.80 |
| 02/24/2023 | V. Driver | B110/ | Review NDA with appraiser and comment to same (.3); email answers to specific questions from goods appraiser (.3); call with UST post-341 meeting to discuss schedules and statements (1.1); emails with UST on media presence at 341 (.3). | 2.00 |
| 02/24/2023 | V. Driver | B160/ | Review and revise W&E list for hearings (.4); emails with UST on status of any comments to employment apps (.2). | 0.60 |
| 02/24/2023 | V. Driver | B185/ | Call with ESG on terms of agreement and affidavit needed. | 0.70 |

Jones, Alex "AJ"                                                                                   Page 27
                                                                                          March 30, 2023

Client #          50134                                                        Invoice # 752298
Matter #          00802                                                    Responsible Attorney
                                                                               Vickie L. Driver

Post - petition

| 02/24/2023 | V. Driver | B190/ | Emails with team on status of text message production (.2); emails with UCC on production of documents by plaintiffs (.2). | 0.40 |
|---|---|---|---|---|
| 02/24/2023 | A. Finch | B210/ | Review and analyze client's video, Twitter (Erika Wulfe): 2023 Feb - 24 Friday (.1). | 0.10 |
| 02/24/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -22 Wednesday (4.0); summarize statements made related to case (.1). | 4.10 |
| 02/24/2023 | E. Weaver | B160/ | Draft, file and coordinate service of W&E List for 02-28-23 hearing (1.2); label and file exhibits to list (.4). | 1.60 |
| 02/25/2023 | A. Finch | B190/ | Redact (approximately 12) Chase Bank Statements to respond to creditors discovery. | 1.10 |
| 02/25/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -23 Thursday (4.0); summarize statements made related to case (.1). | 4.10 |
| 02/25/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -24 Friday (4.0); summarize statements made related to case (.3). | 4.30 |

Jones, Alex "AJ"                                                                                              Page 28
                                                                                                             March 30, 2023

| Client # | 50134 | | | Invoice # 752298 |
| Matter # | 00802 | | | Responsible Attorney |
| | | | | Vickie L. Driver |

Post - petition

| 02/26/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -26 Sunday (2.0); summarize statements made related to case (.3). | 2.30 |
|---|---|---|---|---|
| 02/27/2023 | J. Booth | B190/ | Conference regarding objections to document requests. | 0.20 |
| 02/27/2023 | V. Driver | B160/ | Emails with UCC counsel on terms of Nardello app and comments to order (.4); emails with martin and Reynal in preparation for fee app hearing (.4); emails R. Battaglia on Jones matters set for hearing (.2). | 1.00 |
| 02/27/2023 | V. Driver | B190/ | Emails on scheduling hearing on motion to compel. | 0.20 |
| 02/27/2023 | V. Driver | B190/ | Review 2nd 2004 draft and send to team for comment (.8); emails with FSS on need for FSS assistance on analyzing transfers (.4). | 1.20 |
| 02/27/2023 | V. Driver | B195/ | Travel from Austin to Dallas (3.6) (billed at half time). | 1.80 |
| 02/27/2023 | A. Finch | B190/ | Redact (approximately 28) Security Bank Statements. | 0.90 |
| 02/27/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -27 Monday (4.0); summarize statements made related to case (.1). | 4.10 |
| 02/27/2023 | C. Stephenson | B120/ | Draft and review correspondence regarding trust analysis. | 0.60 |

Jones, Alex "AJ"                                                                      Page 29
                                                                                 March 30, 2023

Client #         50134                                                    Invoice # 752298
Matter #         00802                                              Responsible Attorney
                                                                           Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 02/27/2023 | C. Stephenson | B160/ | Review and respond to professional inquiry regarding hearing on employment applications. | 0.30 |
| 02/27/2023 | E. Weaver | B110/ | Review dallaseservice inbox and circulate motion for sanctions against Chris Martin and Andino Reynal for groundless pleading pending in Travis County District Court. | 0.20 |
| 02/27/2023 | E. Weaver | B160/ | Hearing prep, prepare electronic hearing notebook and exhibit binder for hearing on 02/28/23. | 1.50 |
| 02/28/2023 | T. Black | B190/ | Revise document production per attorney instruction. | 0.60 |
| 02/28/2023 | J. Booth | B120/ | Make revisions to the trust agreement chart. | 0.30 |
| 02/28/2023 | J. Booth | B190/ | Strategy meeting regarding objections to the 2004 examination. | 1.30 |
| 02/28/2023 | J. Booth | B190/ | Finalize production review (.3); coordinate production from Everlaw (.3); exchange emails with UCC regarding the text message production (.3). | 0.90 |
| 02/28/2023 | J. Booth | B190/ | Review the order approving application of debtor for an order authorizing employment of the Reynal Law Firm, P.C. as special counsel. | 0.20 |
| 02/28/2023 | V. Driver | B120/ | Call with trust attorney explaining trust issues and analysis needed on self-settled nature. | 0.80 |

Jones, Alex "AJ"

Page 30
March 30, 2023

| Client # | 50134 | Invoice # 752298 |
| Matter # | 00802 | Responsible Attorney |
| | | Vickie L. Driver |

Post - petition

| 02/28/2023 | V. Driver | B160/ | Preparation for and attend hearing on applications to employ. | 1.10 |
| 02/28/2023 | V. Driver | B190/ | Call with team on 2004 informal requests from UCC and review needed in advance of meet and confer. | 0.70 |
| 02/28/2023 | A. Finch | B120/ | Email personal property assessor to discuss scheduling the assessments/walk thrus. | 0.10 |
| 02/28/2023 | A. Finch | B120/ | Review email from personal property assessor with remaining questions needed to schedule the assessments/walk thrus. | 0.20 |
| 02/28/2023 | A. Finch | B160/ | Attend hearing on employment of Martin & Reynal law firms for appeals. | 0.50 |
| 02/28/2023 | A. Finch | B190/ | Conference regarding drafts of discovery requests and assessment of personal property (to include Austin trip). | 1.00 |
| 02/28/2023 | A. Finch | B190/ | Review draft discovery requests from UCC (.5); note objections to same (.4). | 0.90 |
| 02/28/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 Feb -28 Tuesday (4.0); summarize statements made related to case (.1). | 4.10 |
| 02/28/2023 | R. Mangham | B190/ | Prepare documents for production by Bates labeling and marking some documents confidential (241 documents, 2005 pages). | 0.40 |

Jones, Alex "AJ"

Page 31
March 30, 2023

Client #        50134                                              Invoice # 752298
Matter #       00802                                          Responsible Attorney
                                                                    Vickie L. Driver

Post - petition

| Date | Name | Code | Description | Hours |
|------|------|------|-------------|-------|
| 02/28/2023 | C. Ottaway | B190/ | Initial contact and team call discussing Trust issues. | 0.60 |
| 02/28/2023 | C. Stephenson | B110/ | Review UCC correspondence regarding amended schedules and related motion to compel. | 0.40 |
| 02/28/2023 | C. Stephenson | B160/ | Review and revise January billing statement and draft related correspondence. | 2.80 |
| 02/28/2023 | E. Weaver | B110/ | Organize downloaded filings for AJ and FSS in Litshare folder. | 1.50 |
| 02/28/2023 | E. Weaver | B140/ | Review courtroom minutes and docket continued hearing on Pozner and De La Rosa's motion for relief from stay. | 0.20 |
| 02/28/2023 | E. Weaver | B160/ | Draft second monthly fee statement of Crowe & Dunlevy, along with exhibits A and B. | 1.80 |
| 02/28/2023 | E. Weaver | B160/ | Download and circulate order approving employment of Martin, Disiere, Jefferson & Wisdom and the Reynal law firm. | 0.20 |
| 02/28/2023 | C. Wilson | B120/ | Team call discussing trust issues (0.6); initial review of trust documents (0.9); read emails regarding trust issues (0.1). | 1.60 |

|  | Total Hours | 316.00 |
|--|-------------|--------|

Total Fees for this Invoice                                        $167,552.50

Jones, Alex "AJ"                                                                        Page 32
                                                                                  March 30, 2023

Client #        50134                                                          Invoice # 752298
Matter #        00802                                                      Responsible Attorney
                                                                               Vickie L. Driver

Post - petition

## SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| B110 | 116.00 | 74,339.50 | Bankruptcy - Case Administration |
| B120 | 4.60 | 2,174.00 | Bankruptcy - Asset Analysis and Recovery |
| B130 | 0.50 | 152.50 | Bankruptcy - Asset Disposition |
| B140 | 10.10 | 7,254.50 | Bankruptcy - Relief from Stay/Adequate Protection Proceedings |
| B150 | 10.50 | 7,315.50 | Bankruptcy - Meetings of and Communications with Creditors |
| B160 | 26.40 | 14,361.00 | Bankruptcy - Fee/Employment Applications |
| B170 | 0.20 | 59.00 | Bankruptcy - Fee/Employment Objections |
| B185 | 4.10 | 2,261.50 | Bankruptcy - Assumption/Rejection of Leases and Contracts |
| B190 | 55.70 | 24,918.50 | Bankruptcy - Other Contested Matters (excluding assumption/rejection motions) |
| B195 | 10.20 | 6,409.00 | Bankruptcy - Non-Working Travel |
| B210 | 69.60 | 22,276.00 | Bankruptcy - Business Operations |
| B230 | 2.70 | 2,146.50 | Bankruptcy - Financing/Cash Collections |
| B240 | 4.70 | 3,328.50 | Bankruptcy - Tax Issues |
| B320 | 0.70 | 556.50 | Bankruptcy - Plan and Disclosure Statement (including Business Plan) |
| Total | 316.00 | $167,552.50 | |

Jones, Alex "AJ"                                                                                              Page 33
                                                                                                    March 30, 2023

Client #          50134                                                                     Invoice # 752298
Matter #          00802                                                                   Responsible Attorney
                                                                                               Vickie L. Driver
Post - petition

Online Research                                                                              $41.90

    Subtotal of Costs                                                     $41.90
Total Expenses and Costs for this Invoice                                                     $41.90


### SUMMARY OF DISBURSEMENTS

| Task Code | Amount | Task Description |
|---|---|---|
| E106 | 41.90 | On-line research |
| Total | $41.90 | |


Total For This Invoice                                                                      $167,594.40

Jones, Alex "AJ"  Page 34
March 30, 2023

Client #     50134  Invoice # 752298
Matter #    00802  Responsible Attorney
Vickie L. Driver

Post - petition

## SUMMARY OF FEES

| Name | Hours Worked | Hourly Rate | Bill Amount |
|---|---|---|---|
| C. Ottaway | 0.60 | 525.00 | 315.00 |
| L. Dauphin | 2.00 | 185.00 | 370.00 |
| T. Black | 0.60 | 200.00 | 120.00 |
| V. Driver | 124.30 | 795.00 | 98,818.50 |
| C. Stephenson | 24.70 | 715.00 | 17,660.50 |
| J. Booth | 20.10 | 265.00 | 5,326.50 |
| E. Weaver | 44.80 | 295.00 | 13,216.00 |
| A. Finch | 79.90 | 305.00 | 24,369.50 |
| C. Wilson | 1.60 | 255.00 | 408.00 |
| A. Gerard | 12.10 | 345.00 | 4,174.50 |
| R. Mangham | 0.80 | 200.00 | 160.00 |
| N. Collins | 3.40 | 675.00 | 2,295.00 |
| C. Craig | 1.10 | 290.00 | 319.00 |
| Total | 316.00 | | $167,552.50 |