UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| ALEXANDER E. JONES, | §   CASE NO. 22-33553 |
| | §   (Chapter 11) |
| DEBTOR. | § |
| | § |

## NOTICE OF CONTINUED FIRST MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the continued meeting of creditors scheduled for March 30, 2023 has been further continued to **April 4, 2023 at 2:00 p.m. Central Time.** Any party wishing to participate may call 866-769-2770, then enter the Participant Code 6665569 followed by the pound or hashtag symbol - #.

Dated: March 31, 2023

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By:   /s/ Jayson B. Ruff
Jayson B. Ruff
Trial Attorney
MI State Bar No. P69893
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext. 252
(713) 718-4670 Fax
Jayson.B.Ruff@usdoj.gov