IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**THIRD MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| **Name of Applicant:** | BlackBriar Advisors, LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Financial Advisor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #112) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 02/01/2023 | 02/28/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $102,740.00[1] (80% of $128,425.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $6,114.96[2] | |
| **Summary of Fees for the Period Covered by this Statement** | | |
| **Professional Fees in this Statement:** | $128,425.00 | |
| **Total Actual Professional Hours Covered by this Statement:** | 281.50 | |
| **Average Hourly Rate for Professionals:** | $456.22 | |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

---

[1] BlackBriar is holding $10,322.55 as a retainer in its IOLTA Account which is included in this fee/expense request.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**THIRD MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 1**

Pursuan**t to** §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], BlackBriar Advisors, LLC ("BlackBriar"), as Financial Advisor to the Debtor, hereby files its *Third Monthly Fee Statement of BlackBriar Advisors, LLC. for Allowance of Compensation for Services Rendered as Financial Advisor to the Debtor for the Period from February 1, 2023 through February 28, 2023* (the "Monthly Fee Statement").

## RELIEF REQUESTED

1.  By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, BlackBriar seeks interim payment of $102,740.00 (80% of 128,425.00) as compensation for professional services rendered to the Debtor during the period from February 1, 2023 through February 28, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $6,114.96, for a total amount of $108,854.96 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2.  In support of the Monthly Fee Statement, BlackBriar submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Legal Fees by Category as Counsel for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Financial Advisor for the Fee Period*, attached hereto as **Exhibit C**.

3.  Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order),

**THIRD MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 2**

and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline:

    a.    Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

    b.    U.S. Trustee c/o Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

    c.    Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

    d.    Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

    e.    Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

    f.    Any other parties that the Court may designate.

In light of the nature of the relief requested herein, BlackBriar submits that no further or other notice is required.

    4.    Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. BlackBriar reserves the right to make further application to this Court for allowance of such fees and expenses not included

**THIRD MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 3**

herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5.  Therefore, BlackBriar respectfully submits support for its fees in the amount of $128,425.00 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $6,114.96.00 for reasonable, actual and necessary expenses incurred during the Fee Period. BlackBriar further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to BlackBriar the amount of $108,7854.96[3] which is equal to the sum of 80% of BlackBriar's fees and 100% of BlackBriar's expenses incurred during the Fee Period.

Houston, TX
Dated: March 31, 2023

                                **BLACKBRIAR ADVISORS, LLC**

By: */s/ Robert Schleizer*
Robert Schleizer
2626 Cole Ave., Suite 300
Dallas, TX 75201
Telephone: 214-599-8600
Email: bschleizer@blackbriaradvisors.com

**FINANCIAL ADVISORS FOR DEBTOR ALEXANDER E. JONES**

---

[3] Such payment to be made first from any existing retainer funds held by BlackBriar for the Debtor.
**THIRD MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 4**

## CERTIFICATE OF SERVICE

I certify that on March 31, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a. Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b. U.S. Trustee c/o Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c. Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d. Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e. Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f. Any other parties that the Court may designate.

*/s/ Christina W. Stephenson*
Christina W. Stephenson

**THIRD MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 5**

# EXHIBIT "A"

## SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Airfare/Train | **$1,727.60** |
| Mileage | **35.40** |
| Meals | **462.56** |
| Auto | **634.60** |
| Hotel | **3,022.25** |
| Other | **294.99** |

# EXHIBIT "B"

## SUMMARY OF FEES AND EXPENSES BY CATEGORY FOR THE FEE PERIOD

| CATEGORIES | PROFESSIONAL TIME |
|---|---|
| B110 Case Administration | 190.8 |
| B120 Asset Analysis and Recovery | 25.8 |
| B130 Asset Disposition | 0.00 |
| B140 Relief from Stay/Adequate Protection | 0.00 |
| B150 Meetings of & Communications with Creditors | 0.00 |
| B160 Fee/Employment Applications | 0.00 |
| B170 Fee/Employment Objections | 0.00 |
| B180 Avoidance Action Analysis | 0.00 |
| B185 Assumption/Rejection of Executory Contracts | 0.00 |
| B190 Other Contested Matters | 0.00 |
| B195 Non-Working Travel | 30.00 |
| B210 Business Operations | 29.10 |
| B220 Employee Benefits/Pensions | 0.00 |
| B230 Financing/Cash Collections | 0.00 |
| B240 Tax Issues | 5.8 |
| B250 Real Estate | 0.00 |
| B260 Board of Directors Matters | 0.00 |
| B310 Claims Administration and Objections | 0.00 |
| B320 Plan and Disclosure Statement | 0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.00 |
| B420 Restructurings | 0.00 |
| **TOTALS:** | **281.5** |

# EXHIBIT "C"

## DETAILED RECORD OF FEES FOR THE FEE PERIOD

 

February 28, 2023

Alex E. Jones
c/o Shelby A. Jordan
**Jordan & Ortiz, P.C.**
6207 Bee Cave Road, Suite 120
Austin, TX 78746

Re: Alexander E. Jones, Debtor In Possession   Case No. 22-33553

| Billing Period: | February 1 through February 28, 2023 |
|---|---|
| Invoice No. | AJ0201-23 |

**Professional Services Rendered:**

| Date | Professional | Description | Hours | Amount | Task Code |
|---|---|---|---|---|---|
| 2/1/2023 | HK | Worked on Sofa & schedules | 4.70 | $ 2,350.00 | B110 |
| 2/1/2023 | KN | Closing issues month end- discussions with Sarah | 2.00 | 800.00 | B210 |
| 2/1/2023 | KN | Prepare/revise transfers, Sofa | 8.50 | 3,400.00 | B110 |
| 2/1/2023 | BS | Emails/calls tax issues 2021 snd 2022 | 0.40 | 200.00 | B240 |
| 2/1/2023 | BS | Document requests FSS from counsel and CRO | 0.30 | 150.00 | B110 |
| 2/1/2023 | BS | Expense approval procedures | 0.20 | 100.00 | B210 |
| 2/2/2023 | HK | Calls BlackBriar & Attorney's transfers (1.2) | 1.20 | 600.00 | B110 |
| 2/2/2023 | BS | Calls insider transfers, review schedule | 0.50 | 250.00 | B110 |
| 2/2/2023 | HK | Review of transfer spreadsheet | 2.10 | 1,050.00 | B110 |
| 2/2/2023 | HK | Reviewed & updated supplement settlement from FSS | 0.70 | 350.00 | B210 |
| 2/2/2023 | KN | MOR, SOFA, discussions with Leslie, Sarah, bank recon, Quick Books | 8.00 | 3,200.00 | B110 |
| 2/3/2023 | HK | Reviewed & updated ESG settlement from ESG | 0.70 | 350.00 | B210 |
| 2/3/2023 | HK | Went back & updated all weeks for revised calculation | 1.00 | 500.00 | B210 |
| 2/3/2023 | HK | PNC Debit card issues - DIP account | 0.20 | 100.00 | B210 |
| 2/3/2023 | KN | MOR, Reconcile bank accounts; transfers | 8.00 | 3,200.00 | B110 |
| 2/4/2023 | KN | MOR, Q Books, Transfers, SOFA | 7.50 | 3,000.00 | B110 |
| 2/6/2023 | HK | Working meeting BlackBriar & attorney's to work on SOFA's & forecast | 5.00 | 2,500.00 | B110 |
| 2/6/2023 | HK | Non working travel | 3.00 | 750.00 | B195 |
| 2/6/2023 | BS | Budget preparation/ SOFA research | 5.00 | 1,250.00 | B110 |
| 2/6/2023 | BS | Non working travel | 3.00 | 750.00 | B195 |
| 2/7/2023 | HK | BlackBriar FSS to work on SOFA's & forecast/review with A. Jones | 10.00 | 5,000.00 | B110 |
| 2/7/2023 | BS | BlackBriar FSS to work on SOFA's & forecast/review with A. Jones | 7.50 | 3,750.00 | B110 |
| 2/7/2023 | BS | Banking - access to Security bank accounts | 0.60 | 300.00 | B210 |
| 2/7/2023 | BS | Asset research - helicopter access; FSS advertising contracts; research asset values | 0.50 | 250.00 | B120 |
| 2/7/2023 | BS | Asset research - Haarman - Mountain Way, ESG contract | 0.80 | 400.00 | B120 |
| 2/8/2023 | HK | BlackBriar FSS to work on SOFA's & forecast/review with A. Jones | 5.30 | 2,650.00 | B110 |
| 2/8/2023 | BS | BlackBriar FSS to work on SOFA's & forecast/reiew with A. Jones; research real estate deeds, etc | 4.00 | 2,000.00 | B110 |
| 2/8/2023 | BS | Meeting at PNC w A. Jones and I. Nowkeator -PNC.  Issues with checks and wires not clearing DIP account | 0.90 | 450.00 | B210 |
| 2/8/2023 | HK | Non working travel | 3.00 | 750.00 | B195 |
| 2/8/2023 | BS | Non working travel | 3.00 | 750.00 | B195 |
| 2/9/2023 | HK | Calls BlackBriar & Attorney's Re SOFA's | 1.00 | 500.00 | B110 |
| 2/9/2023 | HK | Worked on forecast & assumptions | 3.00 | 1,500.00 | B210 |
| 2/9/2023 | HK | Updated supplement reconciliation for forecast | 0.50 | 250.00 | B210 |
| 2/9/2023 | HK | Updated ESG supplement reconciliation for forecast | 0.50 | 250.00 | B210 |
| 2/9/2023 | BS | Tax research; call with tax accountant re engagement; bitcoin, fixed assets | 0.90 | 450.00 | B240 |
| 2/9/2023 | BS | Banking issues - DIP account; | 0.20 | 100.00 | B210 |
| 2/9/2023 | BS | Research real estate ownership; title transfers; | 0.50 | 250.00 | B110 |
| 2/9/2023 | BS | Review/finalize draft of budget | 1.10 | 550.00 | B210 |
| 2/10/2023 | HK | Calls BlackBriar & Attorney's Re SOFA's | 1.00 | 500.00 | B110 |
| 2/10/2023 | HK | Calls BlackBriar & Attorney's Re forecast | 3.50 | 1,750.00 | B210 |
| 2/10/2023 | BS | follow up- dishonored DIP checks; access to account | 0.80 | 400.00 | B210 |
| 2/10/2023 | BS | Calls BlackBriar & Attorney's Re SOFA's; final draft of schedules to attorney for input | 1.60 | 800.00 | B110 |
| 2/10/2023 | BS | Calls BlackBriar & Attorney's Re forecast; teams call - Sarah re monthly expenses | 4.20 | 2,100.00 | B210 |
| 2/11/2023 | HK | Reviewed final forecast | 1.50 | 750.00 | B110 |
| 2/11/2023 | BS | SOFA - preparation of supporting schedules | 1.20 | 600.00 | B110 |
| 2/13/2023 | HK | At FSS to work on SOFA & schedules | 8.30 | 4,150.00 | B110 |
| 2/13/2023 | HK | Worked on 90 transfer schedule for SOFA | 2.10 | 1,050.00 | B110 |
| 2/13/2023 | HK | Non working travel | 3.00 | 750.00 | B195 |

Re:	Alexander  E. Jones, Debtor In Possession	Case No. 22-33553

**Billing Period:**	February 1 through February 28, 2023
**Invoice No.**	AJ0201-23

| Date | Initials | Description | Hours | Amount | Code |
|---|---|---|---:|---:|---|
| 2/13/2023 | BS | SOFA - preparation of supporting schedules; priority claims and tranfers | 2.50 | 1,250.00 | B110 |
| 2/13/2023 | BS | Identified Prosperity safe deposit box; research location and access; calls to bank; AJ | 0.90 | 450.00 | B120 |
| 2/13/2023 | BS | Tax research; calls/emails with tax accountant and IT at FSS re bitcoin, fixed assets | 0.70 | 175.00 | B240 |
| 2/14/2023 | HK | At FSS, reviewed & revised 90 day transfers for SOFA | 1.10 | 550.00 | B110 |
| 2/14/2023 | HK | Worked on & Finalized SOFA | 13.00 | 6,500.00 | B110 |
| 2/14/2023 | BS | Research priority claims; prepare schedule for Form 106 | 1.00 | 500.00 | B110 |
| 2/14/2023 | BS | Research historical payroll, distributions; request past bank statements -Security Bank; calls Mountain Way A/R | 1.40 | 700.00 | B210 |
| 2/14/2023 | BS | Review/revise global notes; update 106I & J supporting schedules | 1.50 | 750.00 | B110 |
| 2/15/2023 | HK | Conversations regarding ESG & review of ESG contracts | 1.70 | 850.00 | B110 |
| 2/15/2023 | HK | Worked on SOFA & schedules | 13.50 | 6,750.00 | B110 |
| 2/15/2023 | BS | Review ESG contracts, settlements and outstanding ammounts due. Send wire instructionns to ESG; calls re outstanding payables | 0.90 | 450.00 | B210 |
| 2/16/2023 | HK | Call BlackBriar & attorney's document production call | 0.50 | 250.00 | B110 |
| 2/16/2023 | HK | Worked on unknowns on SOFA and schedules | 1.00 | 500.00 | B110 |
| 2/16/2023 | HK | Updated supplement reconciliation for forecast | 0.50 | 250.00 | B210 |
| 2/16/2023 | HK | Updated ESG supplement reconciliation for forecast | 0.50 | 250.00 | B210 |
| 2/16/2023 | HK | Worked on SOFA updates | 3.50 | 1,750.00 | B110 |
| 2/16/2023 | BS | Call BlackBriar & attorney's document production call | 0.50 | 250.00 | B110 |
| 2/16/2023 | BS | Reconcile a/r for ESG and wire | 0.30 | 150.00 | B210 |
| 2/16/2023 | BS | Research prepaid helicopter payment and usage.  Discussion with AJ | 0.60 | 300.00 | B120 |
| 2/17/2023 | HK | Calls into estate sales & appraisal companies | 0.70 | 350.00 | B120 |
| 2/17/2023 | HK | Worked on updating SOFA & schedules | 5.80 | 2,900.00 | B110 |
| 2/20/2023 | HK | Worked on January MOR | 1.70 | 850.00 | B110 |
| 2/20/2023 | HK | Call with BlackBriar & attorney update | 0.30 | 150.00 | B110 |
| 2/20/2023 | BS | Call - Haarman wire; update dropbox; | 0.20 | 100.00 | B210 |
| 2/20/2023 | BS | Call with BlackBriar & attorney update | 0.30 | 150.00 | B110 |
| 2/21/2023 | HK | Worked on reconciling December MOR to SOFA | 2.00 | 1,000.00 | B110 |
| 2/21/2023 | HK | At FSS meeting with A. Jones & worked on MOR | 6.00 | 3,000.00 | B110 |
| 2/21/2023 | HK | Non working travel | 3.00 | 750.00 | B195 |
| 2/21/2023 | HK | Amend Dec MOR; review/revise Jan 2023 MOR | 3.10 | 1,550.00 | B110 |
| 2/21/2023 | BS | Non working travel | 3.00 | 750.00 | B195 |
| 2/21/2023 | BS | Meeting with A. Jones, BlackBriar | 2.00 | 1,000.00 | B110 |
| 2/21/2023 | BS | Banking issues; review disbursements comparing to forecast; accounting issues- classification of assets, liabilities and expenses; calls  - Mountain Way re billings and amounts due Jones | 1.10 | 550.00 | B210 |
| 2/21/2023 | BS | Tax issues - bitcoin sales; call with tax attorney; tracing contributions to FSS | 1.80 | 900.00 | B240 |
| 2/22/2023 | HK | At FSS working on updating SOFA & schedules | 12.70 | 6,350.00 | B110 |
| 2/22/2023 | BS | Tax issues - bitcoin sales; call with tax accountant; tracing contributions to FSS | 2.00 | 1,000.00 | B240 |
| 2/22/2023 | BS | Research asset values for SOFA and MOR; meet with D. Jones | 1.30 | 650.00 | B120 |
| 2/22/2023 | BS | Work on SOFA schedules; asset identification and  valuations | 4.00 | 2,000.00 | B110 |
| 2/23/2023 | HK | At FSS - prep with A. Jones for telephonic Meeting of Creditors | 1.00 | 500.00 | B110 |
| 2/23/2023 | HK | Telephonic Meeting of Creditors | 2.60 | 1,300.00 | B110 |
| 2/23/2023 | HK | Meeting P. MaGill - FSS CRO | 0.50 | 250.00 | B210 |
| 2/23/2023 | HK | Worked revising SOFA & schedules | 4.00 | 2,000.00 | B110 |
| 2/23/2023 | HK | Non working travel | 3.00 | 750.00 | B195 |
| 2/23/2023 | BS | Meeting P. MaGill - FSS CRO | 0.50 | 250.00 | B110 |
| 2/23/2023 | BS | At FSS - prep with A. Jones for telephonic Meeting of Creditors | 1.00 | 500.00 | B110 |
| 2/23/2023 | BS | Telephonic Meeting of Creditors | 2.60 | 1,300.00 | B210 |
| 2/23/2023 | BS | Non working travel | 3.00 | 750.00 | B195 |
| 2/24/2023 | HK | Call with Jayson B. Ruff, USTP & follow-up call with BlackBriar & attorney's | 1.50 | 750.00 | B110 |
| 2/24/2023 | HK | Call with J. Dalessio & V. Driver | 1.00 | 500.00 | B210 |
| 2/24/2023 | HK | Reviewed & started tracing crypto funds | 3.00 | 1,500.00 | B120 |
| 2/24/2023 | BS | Call with Jayson B. Ruff, USTP & follow-up call with BlackBriar & attorney's | 1.50 | 750.00 | B110 |
| 2/25/2023 | HK | Reviewed FSS final forecast & sent questions | 2.00 | 1,000.00 | B110 |
| 2/27/2023 | HK | Worked on SOFA & schedules | 4.20 | 2,100.00 | B110 |
| 2/28/2023 | HK | At FSS; visited Ranch & storage units | 9.00 | 4,500.00 | B120 |
| 2/28/2023 | HK | Non working travel | 3.00 | 750.00 | B195 |
| 2/28/2023 | BS | At FSS; visited Ranch & storage units | 9.00 | 4,500.00 | B120 |
|  |  |  | 281.50 | $ 128,425.00 |  |

|  | Hours | Amount |
|---|---:|---:|
| Total hours for Robert Schleizer (BS) | 80.80 | $ 35,975.00 |
| Total hours for Harold Kessler (HK) | 166.70 | 78,850.00 |
| Total hours for Kathy Norderhaug (KN) | 34.00 | 13,600.00 |
|  | 281.50 | $ 128,425.00 |

**Expenses**
From attached expense breakdown			$ 6,114.96
**Total Invoice Amount**			**$ 134,539.96**

| | | |
|---|---|---|
| **Re:** | **Alexander E. Jones, Debtor In Possession** | **Case No. 22-33553** |
| **Billing Period:** | **February 1 through February 28, 2023** | |
| **Invoice No.** | **AJ0201-23** | |

**BlackBriar Advisors LLC**
**2626 Cole Ave., Suite 300**
**Dallas, TX 75204**