# Attachment to Schedule A/B – Personal Property

Amended Inventory-Value for Firearms

|  | MANUFACTURE | MODEL | TYPE | CALIBER | S/N | DESCRIPTION | CONDITION | $ VALUE (L-H) | HJK Added * Low Value | ** High Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.) | BARRETT | M107A1 | RIFLE | .50 | AE000753 | FDE, CNIGHT FORCE OPTICS SCOPE | USED- GOOD | $9-14K | 9,000 | 14,000 |
| 2.) | REMINGTON | 700 | RIFLE | .308 | RR42041H | VORTEX SCOPE | USED- FAIR | $500-1,200 | 500 | 1,200 |
| 3.) | REMINGTON | 700 | RIFLE | .308 | C6368982 | SPRINGFIELD SCOPE | USED- FAIR | $500-1,300 | 500 | 1,300 |
| 4.) | HK | SP5K | PISTOL(BRC) | 9MM | 215-000696 | HOLOSUN HE510C GR OPTIC | USED-GOOD | $2-3K | 2,000 | 3,000 |
| 5.) | FALKOR DEFENSE | FD-9S | PISTOL(BRC) | MULTI | 0001199 | CAMO | USED-GOOD | $1,200-1,400 | 1,200 | 1,400 |
| 6.) | FALKOR DEFENSE | FD-9S | PISTOL(BRC) | MULTI | 0001143 | VORTEX SPITFIRE OPTIC | USED-GOOD | $1,200-1,700 | 1,200 | 1,700 |
| 7.) | KRISS | VECTOR SDP | PISTOL(BRC) | 9MM | 919P003931 | FDE, EOTECH HWS EXPS2 | USED-GOOD | $1,400-2K | 1,400 | 2,000 |
| 8.) | KRISS | VECTOR SDP | PISTOL(BRC) | 10MM | 10P001394 | EOTECH HWS EXPS2 | USED-GOOD | $1,400-2K | 1,400 | 2,000 |
| 9.) | SONS OF LIBERTY | M4 | RIFLE | MULTI | 1776-113721 |  | USED-GOOD | $1,200-1,800 | 1,200 | 1,800 |
| 10.) | SPIKE'S TACTICAL | SR15 | PISTOL(BRC) | MULTI | SKU0329 | VORTEX SOARC AR OPTIC | USED-GOOD | $1,500-2K | 1,500 | 2,000 |
| 11.) | HEAD DOWN PRODUCTS LLC | PROVECTUS | RIFLE | MULTI | PR000546 |  | USED-GOOD | $759-1,100 | 759 | 1,100 |
| 12.) | JESSE JAMES | NOMAD 10 | RIFLE | 260REM | JJFU400037 | VORTEX RAZOR SCOPE, BY-POD | USED-GOOD | $5,500-8,999 | 5,500 | 8,999 |
| 13.) | SPRINGFIELD | M1A | RIFLE | .308 | 196737 | SLING | USED-FAIR | $1,200-1,800 | 1,200 | 1,800 |
| 14.) | LWRC | REPR | RIFLE | 7.62X51R | 74-10660 |  | USED-GOOD | $2,200-4,599 | 2,200 | 4,599 |
| 15.) | HEAD DOWN PRODUCTS LLC | ARCADIUS | RIFLE | .308 | AC000104 | FDE | USED-GOOD | $759-1,100 | 759 | 1,100 |
| 16.) | BERETTA | A400 EXTREME PLUS | SHOTGUN | 12GA | WA046195 | 28", 3.5" CHMBR, GORE OPTIFADE MARSH FINISH | USED-GOOD | $1,200-2,000 | 1,200 | 2,000 |
| 17.) | BERETTA | A400 EXTREME PLUS | SHOTGUN | 12GA | WA045073 | 28", 3.5" CHMBR, GORE OPTIFADE MARSH FINISH | USED-GOOD | $1,200-2,000 | 1,200 | 2,000 |
| 18.) | MOSSBERG | 935 | SHOTGUN | 12GA | AM01396 | 26" | USED-GOOD | $575-699 | 575 | 699 |
| 19.) | TRISTAR | RAPTOR | SHOTGUN | 12GA | KRA003256 |  | USED-GOOD | $490-599 | 490 | 599 |
| 20.) | MOSSBERG | 930 TACTICAL | SHOTGUN | 12GA | AF0047352 | 18.5" | USED-GOOD | $950-1,100 | 950 | 1,100 |
| 21.) | MOSSBERG | 930 TACTICAL | SHOTGUN | 12GA | AF0047346 | 18.5" | USED-GOOD | $950-1,100 | 950 | 1,100 |
| 22.) | BAIKAL (RUSSIA) / EAA CORP | IZH-43 / BOUNTY HUNTER II | SHOTGUN | 12GA | 9902240 | SBS | USED-FAIR | $700-900 | 700 | 900 |
| 23.) | IAC MICHINA | 99 1887 COACH GUN | SHOTGUN | 12GA | 604993 | SBS, CHINA S.D.2. | USED-GOOD | $300-500 | 300 | 500 |
| 24.) | KELTEC | KSG | SHOTGUN | 12GA | XFQ57 |  | USED-GOOD | $749-899 | 749 | 899 |
| 25.) | NORINCO | MAK-90 SPORTER | RIFLE | 2.62X39M | 9472101 | SLING | USED-GOOD | $1,399-2,175 | 1,399 | 2,175 |
| 26.) | ROMARM/ SA./ CUGIR | 0 | RIFLE | 2.6X39M | S1-02200-99 | ROMAN, SLING | USED-GOOD | $1,100-1,375 | 1,100 | 1,375 |
| 27.) | ARSENAL | MODEL SLR-95 | RIFLE | 7.62X39M | IM-37-2398 | SLING | USED-GOOD | $2,100-2,499 | 2,100 | 2,499 |
| 28.) | IZHMASH / FIME GROUP | SAIGA | RIFLE | 7.62X39MM | X12100640 |  | USED-GOOD | $2,200-2,650 | 2,200 | 2,650 |
| 29.) | ZASTAVA | ZPAPM70 | RIFLE | 7.62X39MM | 270-112967 |  | USED-GOOD | $1,040-1,100 | 1,040 | 1,100 |
| 30.) | BERETTA | 21A(TB) | PISTOL | .22LR | DAA617555 |  | USED-GOOD | $599-649 | 599 | 649 |
| 31.) | RUGER | MK3 | PISTOL | .22LR | 227-34976 |  | USED-FAIR | $329-425 | 329 | 425 |
| 32.) | SIG SAUER | P365 XL | PISTOL | 9MM | 66A469556 |  | USED-GOOD | $529-699 | 529 | 699 |
| 33.) | WALTHER | P22 | PISTOL | .22LR | L095274 |  | USED-GOOD | $315-449 | 315 | 449 |
| 34.) | HK | USP | PISTOL | .45 AUTO | 25-018598 |  | USED-GOOD | $899-1,089 | 899 | 1,089 |
| 35.) | GLOCK | 26GEN4 | PISTOL | 9MM | BCSX305 |  | USED-GOOD | $499-550 | 499 | 550 |
| 36.) | GLOCK | 31 | PISTOL | .357 | EGN668 |  | USED-GOOD | $509-619 | 509 | 619 |
| 37.) | GLOCK | 34 | PISTOL | 9MM | BDAF237 |  | USED-GOOD | $579-875 | 579 | 875 |
| 38.) | MAGNUM RESEARCH | DESERT EAGLE | PISTOL | 44MAG | DK0029415 |  | USED-GOOD | $1,479-1,769 | 1,479 | 1,769 |
| 39.) | COLT | 1911 GOVERNMENT MODEL | PISTOL | COLT .45 | SUBFORCE012 | SILENT SERVICE DOLPHIN CODE 62 | USED-GOOD | $3,299-3,999 | 3,299 | 3,999 |
| 40.) | COLT | 1911 GOVERNMENT MODEL | PISTOL | .45 | CV32607 | 100 YEARS OF SERVICE | USED-GOOD | $1,499-1,795 | 1,499 | 1,795 |
| 41.) | KIMBER | 1911 PRO CDP 2 | PISTOL | .45ACP | KR71828 |  | USED-GOOD | $979-1,270 | 979 | 1,270 |
| 42.) | CZ | SHADOW 2 | PISTOL | 9MM | F021993 |  | USED-GOOD | $1,100-1,400 | 1,100 | 1,400 |
| 43.) | TAURUS | THE JUDGE | REVOLVER | .410/.45LC | D2335235 | 3 INCH | USED-GOOD | $299-499 | 299 | 499 |
| 44.) | SMITH & WESSON | 500 | REVOLVER | 500 SW MAGNUM | CXZ4517 |  | USED-GOOD | $1,100-1,570 | 1,100 | 1,570 |
| 45.) | STOEGER/UBERTI | SCHOFIELD | REVOLVER | .45COLT | F12854 |  | USED-GOOD | $899-1,599 | 899 | 1,599 |
| 46.) | SMITH & WESSON | 60-14 | REVOLVER | .357 MAG | C207851 |  | USED-GOOD | $559-759 | 559 | 759 |
| 47.) | TAURUS | 85 | REVOLVER | .38 SPL | GY64042 |  | USED-FAIR | $229-399 | 229 | 399 |
| 48.) | STRUM, RUGER | SP101 | REVOLVER | .357 MAG | 573-00926 |  | USED-GOOD | $619-729 | 619 | 729 |
| 49.) | SMITH & WESSON | M31-3 | REVOLVER | .32 S&W LONG | BKC4689 |  | USED-FAIR | $499-869 | 499 | 869 |
|  |  |  |  |  |  |  |  |  | 62,089 | 89,606 |

Received February 22, 2023
Mike Cargill of Central Texas Gun Works, a licensed FFL

* Low is amount a dealer would pay
** Retail

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| 53.) | Falkor Petra | Petra | Rifle | 300 Win Mag 22" Barrell Black |  | USED-GOOD |  | 5,912 |  |
| 54.) | Staccata | XC | Pistol |  |  | USED-GOOD |  | 4,299 |  |
|  |  |  |  |  |  |  |  | 10,211 |  |
|  |  |  |  |  |  |  |  | 72,300 |  |