# Attachment to Statement of Financial Affairs #7 - Payments to Insiders

Amended Payments to Insiders

### Transfers to Erika Lyn Jones

| Bank Account | Date of Payment | Check # | Amount | Description per Check Memo | Signed by | |
|---|---|---|---|---|---|---|
| Chase #7518 | 12/9/2021 | 775 | 21,000.00 | apt+furn+ ? | Alex Jones | |
| Chase #7518 | 1/7/2022 | 474 | 12,000.00 | ? | Alex Jones | |
| Chase #7518 | 2/12/2022 | 655 | 40,000.00 | Feb & reimburse | Alex Jones | |
| Chase #7518 | 2/14/2022 | 654 | 15,000.00 | Monthly +Dad+ uber Eats | Alex Jones | Amount du |
| Chase #7518 | 2/28/2022 | 656 | 15,000.00 | Monthly +Dad+ uber Eats | Alex Jones | |
| Chase #7518 | 3/14/2022 | 658 | 16,000.00 | monthly + VE+dad | Alex Jones | |
| Chase #7518 | 3/25/2022 | 659 | 15,000.00 | Feb | Alex Jones | |
| Chase #7518 | 4/6/2022 | 660 | 18,000.00 | Monthly + Dad +uber Eats | Alex Jones | |
| Chase #7518 | 5/11/2022 | 824 | 70,000.00 | back pay | Alex Jones | |
| Chase #7518 | 5/24/2022 | 827 | 43,800.00 | March, Apri, May | Alex Jones | |
| Chase #7518 | 6/27/2022 | 828 | 30,000.00 | no description | Alex Jones | |
| Chase #7518 | 7/5/2022 | 829 | 25,000.00 | Monthly + Dad +uber Eats | Alex Jones | |
| Chase #7518 | 8/9/2022 | 718 | 15,000.00 | Monthly + Dad +uber Eats | Alex Jones | |
| Chase #7518 | 8/25/2022 | 661 | 31,239.00 | reimbursements | Alex Jones | |
| Chase #7518 | 9/19/2022 | 662 | 18,000.00 | Monthly + Dad +uber Eats | Alex Jones | |
| Chase #7518 | 10/4/2022 | 663 | 21,000.00 | Monthly + Dad +uber Eats | Alex Jones | |
| Chase #7518 | 10/18/2022 | 664 | 15,000.00 | Monthly + massage | Alex Jones | |
| Chase #7518 | 11/7/2022 | 665 | 18,000.00 | Monthly + VRBO | Alex Jones | |
| Chase #7518 | 11/28/2022 | 666 | 22,000.00 | Nov + Dad +furniture | Alex Jones | |
| **Total Chase** | | | **461,039.00** | | | |
| | | | | | | |
| **Sec. Bank # 8548- AEJ** | | | | | | |
| Sec. Bank | 10/7/2022 | WT | 50,000.00 | Transferred by D Jones. Prepay 2023 pre nupitual agreed payments | | |
| Sec. Bank | 11/8/2022 | WT | 179,764.00 | Transferred by D Jones. Prepay 2023 pre nupitual agreed payments See email dated | | |
| **Sec. Bank- #0916 Missouri Trust** | | | | | | |
| | 11/8/2022 | 154 | 78,140.00 | Signed by D Jones Catch up of pre petition amounts owed | | |
| | | | | | | |
| **Prospeity Bank #9175** | | | | | | |
| | 10/14/2022 | Wire | 40,000.00 | | | |
| | | | | | | |
| **Total Transfers** | | | **808,943.00** | | | |