Service List

| Description of Original Contract | Debtor Party | Non-Debtor Party | Non-Debtor Party Address |
|---|---|---|---|
| Celebrity Endorsement and Likeness Use Agreement – Conspiracy Bourbon LLC | Alexander E. Jones | Elevated Solutions Group, LLC | 706 W Ben White Blvd. Bldg. B, Suite 188 Austin, TX 78704 |
| Professional Services Agreement – Infowars® Platinum™ Dietary Supplement Product Line | Alexander E. Jones | Elevated Solutions Group, LLC | 706 W Ben White Blvd. Bldg. B, Suite 188 Austin, TX 78704 |
| Verbal Contract with Mountain Way Marketing, LLC for Marketing and Personal Appearances | Alexander E. Jones | Mountain Way Marketing, LLC | Free Speech Systems, LLC c/o Ray Battaglia 66 Granbury Circle San Antonio, TX 78218-3010 |