# EXHIBIT B

# Excerpt from First Amended Schedule A/B [Dkt. No. 231]

- o 18.0 Bonds, Mutual funds or publicly traded stocks
  - No publicly traded stocks, money market funds, bond funds
- o 19.0 Non-publicly traded stock and interests and unincorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture.
  - Free Speech Systems, LLC
    - Value $0, derived from schedules filed by FSS (case # 22-60043), reflecting the value of liabilities greater than assets
    - Tax forfeiture on March 10, 2023

  - AEJ Austin Holdings LLC
    - Owns 80% of PLJR Holdings Limited, LLC which owns 90% of PQPR Holdings Limited, LLC ("PQPR"), an effective 72% ownership of PQPR
    - Value of PQPR is undetermined
    - Bank balance $10,000 – (Security Bank account #0940).
  - Guadalupe County Land and Water LLC
    - Ranch was transferred from Guadalupe County Land and Water LLC (per appraisal) to 2022 Appeal Trust and thereafter to AEJ on December 2, 2022 (listed elsewhere in these Schedules under farm and ranch land).
    - No other assets found.
  - Magnolia Management LLC
    - Formed in Alaska on November 16, 2007, to be the general partner of Magnolia Holdings, Limited Partnership, also an Alaska entity formed four days after.
      - o Owned 49% by AEJ and 51% by KJ as of formation.
      - o 100% ownership by AEJ in Divorce Decree entered March 17, 2015
      - o Involuntarily dissolved September 23, 2021
  - Magnolia Management, LP
    - Presumed to be an abbreviated reference to Magnolia Holdings Limited Partnership (above)
    - TX SOS – Shows several results like this name. Magnolia Management is shown as a DBA of Alex Jones shown on one of his Bank of America bank statements along with Jones Production and Infowards [sic].
    - Current rental property originally purchased by Dr. David Jones. Alex Jones was added to mortgage when he purchased property in 2015 from Dr. David Jones.

- o Beneficiaries: Rex Alexander Jones, Charlotte Alexander Jones and G. G. Jones, and any other descendants of the Settlors born during the term of the trust.
- o Security Bank Crawford closed its account due to Kelly Rebecca Jones (Alex's ex-wife) mis-appropriating funds from bank account to pay for her legal fees and handed David Jones a cashier's check that he deposited into Alex's Prosperity account. David then had Prosperity Bank (#9175) give him a cashier's check dated December 12, 2022 for $29,935.66. Check was deposited into PNC DIP depository account (#5233) on January 3, 2023 for $29,935.66.
- 2022 Litigation Settlement Trust (formed April 14, 2022) – Trustee (Rob Dew) hiring counsel at our recommendation to help him assess value and his fiduciary duties.
  - o Rights title and interest to:
    - ▪ InfoW, LLC. f/k/a Infowars, L.L.C.
    - ▪ IWHealth, LLC, f/k/a Infowars Health, L.L.C.
    - ▪ Prison Planet TV, LLC.
    - ▪ Trustee – Robert Dew
  - o Based upon cash owed to IWHealth, LLC and Go Daddy values of domains owned by Prison Planet TV, LLC and InfoW, LLC per GoDaddy, the value is $66,935.00
- Hutton Cabin Trust – Hutton Cabin Trust, formed in November 2009 by AJ and his ex-wife, revoked pursuant to the Divorce Decree
- RXXCTTGAA Trust (formed June 1, 2015) – Owns Clawson condo # 6
  - o Zillow Zestimate – current value $828,300 as of 03/15/23.
    - ▪ 3 bedrooms, 2.5 baths, 1,998 sf.
  - o Beneficiary – Alexander E. Jones while living.
- Green Leaf Trust (formed December 21, 2007) – $127,094 Security bank account.
  - o Alexander Jones & Kelly Jones [ex-wife] – co-trustees.
  - o Beneficiaries are children of AEJ: R. Jones, C. Jones and G. Jones.
  - o Kelly Jones resigned as Trustee pursuant to Divorce Decree in 2015.
- AEJ 2018 Trust (formed July 24, 2018) – $10,002 Security bank account (# 0924).
  - o 100% owner of AEJ Austin Holdings LLC., which owns 90% of PLJR Holdings LLC which owns 80% of PQPR Holdings Limited, LLC per 2020 tax returns.

12

# Excerpt from Second Amended Schedule A/B [Dkt. No. 242]

- Store in marina stack system – Lake Travis
  - 4.3: 2003 Glastron 22 foot boat Model GS209
    - Stored in marina stack system – Lake Travis
    - Possession was taken by Patrick Reilly seven years ago, but boat remains registered in AEJ's name and located in AEJ's slip.
    - Value of $23,500 according to boatcrazy.com

- Schedule A/B: Property – Part 3 – Personal and Household Items
  - 6 – 9 & 11
    - Appraisal performed March 9, 2023, by ValuePros LLC – total value of household goods located in homestead is $69,197
    - Located two additional watches after appraisal
      - Omega 300 CO-Axial – value of $2250 per wholesale jeweler
      - Tag Heuer Autavia – value of $1000 per wholesale jeweler
  - 9. Equipment for sports and hobbies (3 electric bikes).
    - Rhino (Zugo)
    - Two (2) Bakcou
  - 10. Firearms
    - Value by Mike Cargill of Central Texas Gun Works of 51 guns in a range of $72,300 (dealer value) – $99,817 (used retail value).
  - 13.0 Non-farm animals
    - Ragdoll cat (approximately 2 years old) – valued at $200.
  - 14.0 Cryoniq Cryogenic chamber – valued at $4,000 per conversations with President of the Company.
- Schedule A/B: Property - Part 4 – Financial Assets.
  - 16.0 – $12,000.
  - 18.0 Bonds, Mutual funds or publicly traded stocks
    - No publicly traded stocks, money market funds, bond funds
  - 19.0 Non-publicly traded stock and interests and unincorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture.
    - Free Speech Systems, LLC
      - Value $0, derived from schedules filed by FSS (case # 22-60043), reflecting the value of liabilities greater than assets
      - Tax forfeiture on March 10, 2023
    - AEJ Austin Holdings LLC
      - Owns 80% of PLJR Holdings Limited, LLC which owns 90% of PQPR Holdings Limited, LLC ("PQPR"), an effective 72% ownership of PQPR
      - Value of PQPR is undetermined
      - Bank balance $10,000 – (Security Bank account #0940).

- - - Trustee – Robert Dew
    - Based upon cash owed to IWHealth, LLC and Go Daddy values of domains owned by Prison Planet TV, LLC and InfoW, LLC per GoDaddy, the value is $66,935.00
- Hutton Cabin Trust – Hutton Cabin Trust, formed in November 2009 by AJ and his ex-wife, revoked pursuant to the Divorce Decree
- RXXCTTGAA Trust (formed June 1, 2015) – Owns Clawson condo # 6
    - Zillow Zestimate – current value $828,300 as of 03/15/23.
        - 3 bedrooms, 2.5 baths, 1,998 sf.
    - Beneficiary – Alexander E. Jones while living.
- Green Leaf Trust (formed December 21, 2007) – $127,094 Security bank account.
    - Alexander Jones & Kelly Jones [ex-wife] – co-trustees.
    - Beneficiaries are children of AEJ: R. Jones, C. Jones and G. Jones.
    - Kelly Jones resigned as Trustee pursuant to Divorce Decree in 2015.
- AEJ 2018 Trust (formed July 24, 2018) – $10,002 Security bank account (# 0924).
    - 100% owner of AEJ Austin Holdings LLC., which owns 90% of PLJR Holdings LLC which owns 80% of PQPR Holdings Limited, LLC per 2020 tax returns.
    - Irrevocable Trust.
    - Alexander E Jones is sole trustee and beneficiary.
- The Missouri779384 Trust (formed May 9, 2018) – $54,519 Security bank account.
    - Recipient of proceeds from sale of former Westlake Hills home.
        - Original net sales proceeds went into trust from sale of home.
    - Where majority of attorney retainers/fees paid from.
- Alexander E. Jones Descendant and Beneficiary Trust Agreement (formed March 28, 2017) – holds condos # 3 and 5.
    - Zillow Zestimate # 3 – current value $804,100 as of 03/15/23.
    - Zillow Zestimate # 5 – current value $767,400 as of 05/15/23.
    - Grantor – Alexander E Jones.
    - Trustee – David R. Jones.

12