# EXHIBIT D

Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

12. <u>Statement of Financial Affairs 19(d) – Financial Statements.</u> The Debtor has tried to remember all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtor reserves his rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

13. <u>Statement of Financial Affairs 4 and 30 – Payments within One Year to Insider.</u> The information available at the time of filing has been included.

14. <u>Specific Notes.</u> These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, list, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, list, or continuation sheet.

15. <u>Totals.</u> All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

16. <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

17. <u>General Reservation of Rights.</u> The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of his Schedules and SOFAs as and to the extent necessary as he deems appropriate.

18. <u>Form 107 Specific Notes</u>.

    a) Form 107 Part 2 Number 4 and 5: The Debtor's 2022 W-2 for his work as an employee of Free Speech Systems, as well as certain K-1s were unable to be located prior to the filing date. Estimates from the best information available as of the filing date have been made. Upon the receipt of the actual tax documents, if necessary, amendments will be made.

    b) Form 107 Part 3 Number 6: There are certain checks which are illegible. As of the filing date, the Debtor's advisors are conducting research to determine the recipient and the purpose for the payment. This information will be provided to parties in interest upon completion of research. In addition, the Debtor's advisors were unable to access certain of the Debtor's account statements at Security Bank of Crawford. As of the filing date, the Debtor's legal and financial advisors continue to work with the bank to obtain the requisite approvals for the release of

4