# EXHIBIT E

|   |   |   |   |
|---|---|---|---|
| Tudor Genva Chronometer |  | 3000 | Per Appraisal |
| Tag Huer Aquaracer |  | 2000 | Per Appraisal |
|  | Total | 50,403 |  |
|  |  |  |  |
| AEJ Homestead Exemption |  | 1,633,000.00 | Zillow |

- Schedule F: Creditors who have unsecured claims.
    - 4.2 removed American Express removed, was paid.
    - Part 1 – Added Kelly Rebecca Jones as contingent, disputed, and unliquidated creditor holding $0 claim.
    - Part 2 4.19 – Added Security Bank Crawford as AEJ is a guarantor on note, we are showing claim as $72,466.68 as of November 28, 2022.
- Schedule H: Codebtors
    - 3.1 – Added FSS as co-debtor to claimants listed on schedule F 4.1 – 4.18 and 4.20.

**SOFA Form 107**
- Part 2
    - 4. Any Income from employment
        - Have revised 2020 – $36,014,156 – From 2020 Form 1040
        - Have added 2021 – $38,323,371 – From 2021 Form 1040
        - Have added 2022 – $38,206,696 – Through 12/31/22 based on W-2's, 1099's and estimated financial statement for FSS and AEJ 2018 Trust (pass through income). Information as of 12/02/22 was not readily available.
    - 5. Did you receive any other income during this year.
        - Have added rental income of $14,400 for the tax years 2020, 2021 and 2022.
- Part 3
    - 6. Consumer debts
        - Have removed Jordan, Shelby A. as $110,000 was a payment of bankruptcy fees.
        - Have revised Priority Paid payment of $104,190.78 after researching as follows:
            - $50,000 (+ $25 wire fee) – out going wire 10/17/2022. Bank is still researching.
            - $51,969.53 (+ $25 wire fee) – Synovus Bank – out going wire 11/07/2022. Bank is still researching.
            - $20,000,00 – cashier's check on 11/10/2022 from Security Bank to Alex Jones & then re-deposited into same account on 12/19/2022.

14