# EXHIBIT F

# Excerpt from First Amended Schedule A/B [Dkt. No. 231]

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* **22-33553** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific
   information about
   them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| A. Emric Productions, LLC (tax forfeiture 01-28-2011) | 100 % | $0.00 |
| Magnolia Holdings Limited Partnership, LLC | 100 % | $0.00 |
| Magnolia Management, LLC | 100 % | $0.00 |
| Austin Shiprock Publishing, LLC (tax forfeiture 03-10-2023) | 100 % | $0.00 |
| Planet Infowars, LLC (tax forfeiture 03-10-2023) | 100 % | $0.00 |
| RCGJ, LLC | 100 % | $0.00 |
| Free Speech Systems, LLC | 100 % | $0.00 |
| AEJ Austin Holdings, LLC | 100 % | $10,000.00 |
| Guadalupe County Land and Water LLC | 100 % | $0.00 |
| Emric Productions LLC (no entity filing found) | 100 % | $485.27 |
| Jones Report, LLC (prisonplanet.com + jonesreport.com) | 100 % | $7,302.00 |
| Jones Productions, LLC | 100 % | $0.00 |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☑ Yes. Give specific
   information about
   them...................

| Issuer name: | |
|---|---|
| Crypto Currency wallet which had a value of $0 at filing, received a donation on 12-03-2022. As of 12-03-2022 the balance was $304.00. | $0.00 |

**21.  Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
   account separately.

Type of account:          Institution name:

# Excerpt from Second Amended Schedule A/B

# [Dkt. No. 242]

Debtor __Jones, Alexander E.__           Case number *(if known)* __22-33553__

---

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| A. Emric Productions, LLC (tax forfeiture 01-28-2011) | 100.00% | $0.00 |
| AEJ Austin Holdings, LLC | 100.00% | $10,000.00 |
| Austin Shiprock Publishing, LLC (tax forfeiture 03-10-2023) | 100.00% | $0.00 |
| Emric Productions LLC (no entity filing found) | 100.00% | $485.27 |
| Free Speech Systems, LLC | 100.00% | $0.00 |
| Guadalupe County Land and Water LLC | 100.00% | $0.00 |
| Jones Productions, LLC | 100.00% | $0.00 |
| Jones Report, LLC (prisonplanet.com + jonesreport.com) | 100.00% | $7,302.00 |
| Magnolia Holdings Limited Partnership, LLC | 100.00% | $0.00 |
| Magnolia Management, LLC | 100.00% | $0.00 |
| Planet Infowars, LLC (tax forfeiture 03-10-2023) | 100.00% | $0.00 |
| RCGJ, LLC | 100.00% | $0.00 |

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☐ No

    ☑ Yes. Give specific information about them....................

| Issuer name: | |
|---|---|
| Crypto Currency wallet which had a value of $0 at filing, received a donation on 12-03-2022. As of 12-03-2022 the balance was $304.00. | $0.00 |

**21.** **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | |
| Pension plan: | | |
| IRA: | | |
| Retirement account: | | |
| Keogh: | | |
| Additional account: | | |
| Additional account: | | |

---

Official Form 106A/B          **Schedule A/B: Property**          page **7**