# EXHIBIT G

| From Coinbase to Prosperity # 9175 | Date | Description | Prosperity Bank #9175 12/14/20-12/14/22 Description | Amount | Variance Coinbase vs Prosperity # 9175 | To FSS at Security Bank Date | Amount | Variance Prosperity vs FSS - Security | Cumulative Proceeds | Cumulative contributed to FSS | Net difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29,913.81 | 08/03/21 | ACH Deposit Coinbase.com 7YREPXJV 7YREPXJVf5f9 212148902 | | 29,913.81 | - | | | | 29,914 | - | 29,914 | |
| 40,931.49 | 10/12/21 | ACH Deposit Coinbase.com J7GJJ2D8 J7GJJ2D8f5f9 212148965 | | 40,931.49 | - | | | | 70,845 | - | 70,845 | |
| 31,103.22 | 10/15/21 | ACH Deposit Coinbase.com 74YDPSG2 74YDPSG2f5f9 212148959 | | 31,103.22 | - | | | | 101,949 | - | 101,949 | |
| 107,711.62 | 12/23/21 | ACH Deposit Coinbase.com 8WMNBLRE 8WMNBLREf5f9 212148974 | | 107,711.62 | - | | | | 209,660 | - | 209,660 | |
| 517,006.38 | 04/28/22 | ACH Deposit Coinbase.com T78KJYGJ T78KJYGJf5f9 212148910 | | 517,006.38 | - | | | | 726,667 | - | 726,667 | |
| | | | | | | 05/03/22 | ($300,000.00) | | 726,667 | (300,000) | 426,667 | |
| 501,169.96 | 05/04/22 | ACH Deposit Coinbase.com 4ZPBE5HE 4ZPBE5HEf5f9 212148901 | | 501,169.96 | - | | | | 1,227,836 | (300,000) | 927,836 | |
| | | | | | | 05/17/22 | ($250,000.00) | | 1,227,836 | (550,000) | 677,836 | |
| | | | | | | 05/19/22 | ($500,000.00) | | 1,227,836 | (1,050,000) | 177,836 | |
| 3,371,809.54 | 05/20/22 | ACH Deposit Coinbase.com AVKEK3KF AVKEK3KFf5f9 212148982 | | 3,371,809.54 | - | | | | 4,599,646 | (1,050,000) | 3,549,646 | |
| | | | | | | 05/23/22 | ($1,500,000.00) | | 4,599,646 | (2,550,000) | 2,049,646 | |
| 1,679,849.81 | 06/07/22 | ACH Deposit Coinbase.com KT4TLJKU KT4TLJKUf5f9 212148924 | | 1,679,849.81 | - | | | | 6,279,496 | (2,550,000) | 3,729,496 | |
| | | | | | | 06/09/22 | ($1,500,000.00) | | 6,279,496 | (4,050,000) | 2,229,496 | |
| | | | | | | 06/22/22 | ($1,500,000.00) | | 6,279,496 | (5,550,000) | 729,496 | |
| 595,535.09 | 06/29/22 | ACH Deposit Coinbase.com M9Q6FYQH M9Q6FYQHf5f9 212148983 | | 595,535.09 | - | | | | 6,875,031 | (5,550,000) | 1,325,031 | |
| 397,737.19 | 07/08/22 | ACH Deposit Coinbase.com 98V65M8N 98V65M8Nf5f9 212148943 | | 397,737.19 | - | | | | 7,272,768 | (5,550,000) | 1,722,768 | |
| | | | | | | 07/14/22 | ($500,000.00) | | 7,272,768 | (6,050,000) | 1,222,768 | |
| | | | | | | 07/18/22 | ($275,000.00) | | 7,272,768 | (6,325,000) | 947,768 | |
| | | | | | | 07/25/22 | ($200,000.00) | | 7,272,768 | (6,525,000) | 747,768 | |
| 209,214.16 | 08/02/22 | ACH Deposit Coinbase.com ZTS4BX4D ZTS4BX4Df5f9 212148930 | | 209,214.16 | - | | | | 7,481,982 | (6,525,000) | 956,982 | |
| | 08/08/22 | ACH Payment Coinbase.com 5R7WFYFZ 5R7WFYFZf5f9 212148987 | | (299.99) | 299.99 | | | | 7,481,982 | (6,525,000) | 956,982 | |
| | | | | | | 08/16/22 | ($100,000.00) | | 7,481,982 | (6,625,000) | 856,982 | |
| 39,694.99 | 09/26/22 | ACH Deposit Coinbase.com WKU8J72E WKU8J72Ef5f9 212148941 | | 39,694.99 | - | | | | 7,521,677 | (6,625,000) | 896,677 | |
| 17,117.43 | 2022-11-08T17:26:45Z | | | - | 17,117.43 | | | | 7,538,795 | (6,625,000) | 913,795 | |
| 8,341.92 | 2022-11-08T17:27:11Z | | | - | 8,341.92 | | | | 7,547,137 | (6,625,000) | 922,137 | |
| | | | | | | | | | | (344,043) | | Payment to Scwartz by AEJ on behalf of FSS |
| | | | | | | | | | | 578,094 | | |
| 7,547,136.61 | | | | 7,521,377.27 | 25,759.34 | | (6,625,000.00) | 896,377.27 | *amount that was not sent to FSS* | (390,900) | | Purchase of Hi tec (Platinum) inventory |
| | | | | | (17,117.43) | | | 11.9% | *Still researching* | 187,194 | | Unidentified bit coin proceeds |
| | | | | | (8,341.92) | | | | | | | |
| | | | | | 299.99 | | | | | | | |