# EXHIBIT H

# First Amended Schedule A/B

# [Dkt. No. 231]

**Fill in this information to identify your case and this filing:**

Debtor 1    __Alexander__    __E.__    __Jones__
     First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    __Southern District of Texas__

Case number    __22-33553__

☑ Check if this is an
amended filing

# Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1   __(see Motion to Seal, Dkt No. 230)__
     Street address, if available, or other description

__Austin, TX 78735__
City      State    ZIP Code

__Travis__
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,266,000.00 | $1,633,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

__Fee Simple__

☐ Check if this is community property
(see instructions)

Debtor 1    **Alexander**          **E.**          **Jones**                              Case number *(if known)*  **22-33553**
First Name          Middle Name          Last Name

| | | |
|---|---|---|
| 1.2 | **Rental Property - WW** | |

Street address, if available, or other description

**(see Motion to Seal, Dkt. No. 230)**

**Austin, TX 78745**
City                                      State      ZIP Code

**Travis**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D: Creditors
Who Have Claims Secured by Property.*

**Current value of the**          **Current value of the**
**entire property?**              **portion you own?**
_____**$505,000.00**_____          _____**$505,000.00**_____

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or a
life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property**
  (see instructions)

---

| | | |
|---|---|---|
| 1.3 | **Lake House (Lake Travis)** | |

Street address, if available, or other description

**(see Motion to Seal, Dkt. No. 230)**

**Austin, TX 78745**
City                                      State      ZIP Code

**Travis**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D: Creditors
Who Have Claims Secured by Property.*

**Current value of the**          **Current value of the**
**entire property?**              **portion you own?**
_____**$1,750,000.00**_____        _____**$1,750,000.00**_____

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or a
life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property**
  (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
    you have attached for Part 1. Write that number here**.................................................................................... →   | **$3,888,000.00** |

| Debtor 1 | **Alexander** | **E.** | **Jones** | | Case number *(if known)* __22-33553__ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1  Make:        __Ford__

Model:        __Expedition__

Year:          __2017__

Approximate mileage:    __99,300__

Other information:

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        $21,463.00

**Current value of the portion you own?**        $21,463.00

If you own or have more than one, list here:

3.2  Make:        __Dodge__

Model:        __Challenger__

Year:          __2019__

Approximate mileage:    __15,000__

Other information:

Hellcat Redeye

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        $67,575.00

**Current value of the portion you own?**        $67,575.00

3.3  Make:        __Dodge__

Model:        __Charger__

Year:          __2020__

Approximate mileage:    __5,000__

Other information:

Hellcat

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        $70,618.00

**Current value of the portion you own?**        $70,618.00

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* 22-33553 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**3.4** Make: **Chevrolet**

Model: **Tahoe**

Year: **2020**

Approximate mileage: **34,734**

Other information:

Believed was leased, but lease was purchased/paid off
VIN: 1GNSCCKJ5LR294493

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

_____$60,034.00         _____$60,034.00

**3.5** Make: **Glaston**

Model: **GS209**

Year: **2003**

Approximate mileage:

Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

_____$23,500.00         _____$23,500.00

**4.     Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

**4.1** Make: **Regal Boats**

Model: **28 Express**

Year: **2016**

Other information:

Rarely Used. Stored in a marina stack system (Safe Harbor Emerald Point - Lake Travis)

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

_____$67,015.00         _____$67,015.00

If you own or have more than one, list here:

**4.2** Make: **Regal Boats**

Model: **24 Fasdeck**

Year: **2015**

Other information:

Rarely used. Stored in a marina stack system (Safe Harbor Emerald Point - Lake Travis)

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

_____$47,285.00         _____$47,285.00

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* **22-33553** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................  ➔  **$357,490.00**

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe........  | Furniture, rugs, artwork and grill (see attached). | **$11,955.00**

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe........  | Television, monitor (see attached). | **$660.00**

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe........  | 44 U.S. Silver (Morgan Dollar) coins (see attached). | **$1,680.00**

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe........  | Treadmill and 3 Electric Bikes (see attached). | **$2,385.00**

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe........  | 54 guns - appraisal conducted by Mike Cargill of Central Texas Gun Works, a licensed FFL (see attached). | **$73,744.00**

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........  | Clothes (see attached). | **$300.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe........  | 19 Watches, 1 pair cufflinks (see attached). | **$54,622.00**

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* **22-33553** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe........

| 1 Ragdoll cat - approx. 2 years old (see attached). |
|---|

$200.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Describe........

| See Attached. |
|---|

$25,990.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .......................................................................................................➔

$171,536.00

---

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes...............................................................................................................................Cash..............

$12,000.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................

Institution name:

| 17.1. | Checking account: | **Prosperity Bank #9175** | $57,403.38 |
|---|---|---|---|
| 17.2. | Checking account: | **Bank of America #6078 Alexander E. Jones POA David R. Jones** | $21,291.31 |
| 17.3. | Checking account: | **Bank of America #2913 Alexander Jones DBA Magnolia Management, Infowars, Jones Productions** | $10,499.75 |
| 17.4. | Checking account: | **JPMorgan Chase #7518 Alexander E. Jones** | $57,498.11 |
| 17.5. | Checking account: | **JPMorgan Chase #3520 Alexander E. Jones** | $1,206.43 |
| 17.6. | Checking account: | **PNC Bank #5233 Alexander Jones # 22-33553 DIP** | $25,591.04 |
| 17.7. | Checking account: | **Security Bank of Crawford #8548 Alexander Emric Jones** | $37,527.77 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

Institution or issuer name:

| | |
|---|---|

---

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* **22-33553** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| A. Emric Productions, LLC (tax forfeiture 01-28-2011) | 100 % | $0.00 |
| Magnolia Holdings Limited Partnership. LLC | 100 % | $0.00 |
| Magnolia Management, LLC | 100 % | $0.00 |
| Austin Shiprock Publishing, LLC (tax forfeiture 03-10-2023) | 100 % | $0.00 |
| Planet Infowars, LLC (tax forfeiture 03-10-2023) | 100 % | $0.00 |
| RCGJ. LLC | 100 % | $0.00 |
| Free Speech Systems, LLC | 100 % | $0.00 |
| AEJ Austin Holdings. LLC | 100 % | $10,000.00 |
| Guadalupe County Land and Water LLC | 100 % | $0.00 |
| Emric Productions LLC (no entity filing found) | 100 % | $485.27 |
| Jones Report, LLC (prisonplanet.com + jonesreport.com) | 100 % | $7,302.00 |
| Jones Productions. LLC | 100 % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☑ Yes. Give specific information about them...................

| Issuer name: | |
|---|---|
| Crypto Currency wallet which had a value of $0 at filing, received a donation on 12-03-2022. As of 12-03-2022 the balance was $304.00. | $0.00 |

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

Type of account:          Institution name:

| Debtor 1 | **Alexander** | **E.** | **Jones** | | Case number *(if known)* **22-33553** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

401(k) or similar plan: _____ _____

Pension plan: _____ _____

IRA: _____ _____

Retirement account: _____ _____

Keogh: _____ _____

Additional account: _____ _____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes....................

Institution name or individual:

Other: **Per Premarital Agreement - Erika Jones** **$179,764.00**

Other: **Alex Jones Legal Fund - GiveSendGo (the funds from this** **$64,247.00**
**compaign will be received by Pattis & Smith, LLC).**

Other: **Prepaid Legal - Norm Pattis of the Pattis & Smith Law Firm** **$1,000.00**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes....................

Issuer name and description:

_____ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____ _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes. Give specific information about them....

| See Attached. |
|---|

**$2,658,350.00**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific
        information about them....

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific
        information about them....

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☐ No
    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

    | 2021 \| Anticipated refund is based on AEJ's 2021 Form 1040 that was filed March 29, 2023. | Federal: | $3,807,459.00 |
    |---|---|---|
    | | State: | |
    | | Local: | |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information..........

    | | Alimony: | |
    |---|---|---|
    | | Maintenance: | |
    | | Support: | |
    | | Divorce settlement: | |
    | | Property settlement: | |

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☐ No
    ☑ Yes. Give specific information..........

    | Unpaid wages under contract - Free Speech Systems, LLC ("FSS"). Post FSS bankruptcy filing 9 payrolls (08-10-2022 - 12-02-2022) | $270,000.00 |
    |---|---|

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value....

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | **Lincoln Benefits Life Insurance Policy** | **Policy has been requested.** | **$0.00** |

Debtor 1    __Alexander__          __E.__          __Jones__                    Case number *(if known)* __22-33553__
                First Name          Middle Name       Last Name

__CMFG Life Insurance Policy__          __Kelly Jones__          __$0.00__

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information..........

    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim................  Reeves Law, P.C.

    **unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ☑ Yes. Describe each claim................  See Attached.

    **unknown**

35. **Any financial assets you did not already list**

    ☐ No
    ☑ Yes. Give specific information..........  Unclaimed Property (see attached)

    **$6,395.67**

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................➔

    **$7,228,020.73**

---

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☐ No
    ☑ Yes. Describe.........  Mountain Way Marketing, LLC (owned by John Haarmann; owed to Debtor for marketing fees and personal appearance fees) - turned over by March 30, 2023 to FSS.

    **$143,999.00**

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe........

    _____

| Debtor 1 | **Alexander** | **E.** | **Jones** | | Case number *(if known)* **22-33553** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........

41. **Inventory**

☐ No
☑ Yes. Describe........

> Debtor purchased inventory - purchased supplements from Hi-Tech Pharmaceuticals, a dietary supplement industry leader in pre-workouts, diet & energy/weight loss, and strength & muscle building. Inventory cost was $760,854. Product was being marketed through a marketing agreement by and between AEJ, ESG and FSS.

**$760,854.48**

42. **Interests in partnerships or joint ventures**

☐ No
☑ Yes. Describe........

Name of entity:      % of ownership:

**Please see entities under #19 which includes values.**    **100** %      **unknown**

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     ☑ No
     ☐ Yes. Describe........

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................➜

**$904,853.48**

---

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. **If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

> **Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.........................

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* **22-33553** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information............ [                    ]  _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☑ Yes......................... Inoperable CAT bull dozer and inoperable Ford dump truck. Please see global notes for pictures of each.    **$0.00**

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes......................... [                    ]  _____

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No
☑ Yes. Give specific information............ Acreage in Guadalupe County Texas purchased 05/15/2020.    **$2,189,220.00**

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................................................➔ | **$2,189,220.00** |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information............

Access to helicopter service - non-transferable. Up to eight (8) trips per year for a term of fifteen years in exchange for a one-time payment of $335,000 dated 03-03-21 from FSS, check #10635 [value: $0.00]
Alex Was Right (Give/Send/Go) [value: $915.00]

**$0.00**

**$915.00**

**54. Add the dollar value of all of your entries from Part 7. Write that number here**......................................➔ | **$915.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55. Part 1: Total real estate, line 2**.................................................................................................➔ | **$3,888,000.00** |

**56. Part 2: Total vehicles, line 5**          **$357,490.00**

**57. Part 3: Total personal and household items, line 15**          **$171,536.00**

**58. Part 4: Total financial assets, line 36**          **$7,228,020.73**

**59. Part 5: Total business-related property, line 45**          **$904,853.48**

**60. Part 6: Total farm- and fishing-related property, line 52**          **$2,189,220.00**

Debtor 1   **Alexander**          **E.**              **Jones**                                    Case number *(if known)* **22-33553**
         First Name        Middle Name        Last Name

61. **Part 7: Total other property not listed, line 54**     **+**        **$915.00**

62. **Total personal property.** Add lines 56 through 61..............     **$10,852,035.21**     Copy personal property total ➔  **+**  **$10,852,035.21**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62...................................................................     **$14,740,035.21**

| Debtor 1 | **Alexander** | **E.** | **Jones** | | | Case number *(if known)* **22-33553** |
| | First Name | Middle Name | Last Name | | | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

14. **Any other personal and household items you did not already list, including any health aids you did not list**

| | |
|---|---|
| Sunglasses and prescription glasses (see attached). | $845.00 |
| Cryoniq Cryogenic chamber (see attached) | $4,000.00 |
| Lake House (furniture, fixtures, household goods, recreational equipment - see attachment). | $21,145.00 |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

| | |
|---|---|
| Recharge Dynasty Trust | $0.00 |
| 2022 Litigation Settlement Trust | $66,935.00 |
| RXXCTTGAA Trust | $828,300.00 |
| Green Leaf Trust | $127,094.00 |
| AEJ 2018 Trust | $10,002.00 |
| The Missouri779384 Trust | $54,519.00 |
| Alexander E. Jones Descendent and Beneficiary Trust | $1,571,500.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

| | |
|---|---|
| Youngevity International, Inc. | unknown |
| Elevated Solutions Group, LLC | unknown |

# Second Amended Schedule A/B

# [Dkt. No. 242]

**Fill in this information to identify your case and this filing:**

Debtor 1: **Alexander** **E.** **Jones**
First Name / Middle Name / Last Name

Debtor 2:
(Spouse, if filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number: **22-33553**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1** (see Motion to Seal, Dkt No. 230)
Street address, if available, or other description

Austin, TX 78735
City / State / ZIP Code

Travis
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$3,266,000.00**
Current value of the portion you own? **$2,612,800.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

**1.2** Rental Property - WW
Street address, if available, or other description

(see Motion to Seal, Dkt. No. 230)

Austin, TX 78745
City / State / ZIP Code

Travis
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$505,000.00**
Current value of the portion you own? **$505,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

Debtor **Jones, Alexander E.**                                         Case number *(if known)* **22-33553**

| | | |
|---|---|---|
| 1.3 | **Lake House (Lake Travis)** | |

What is the property? Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Street address, if available, or other description

**(see Motion to Seal, Dkt. No. 230)**

**Austin, TX 78745**
City          State          ZIP Code

**Travis**
County

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,750,000.00**

Current value of the portion you own? **$1,750,000.00**

Who has an interest in the property? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ...................................➔ | **$4,867,800.00** |

## Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

3.1 Make: **Ford**

Model: **Expedition**

Year: **2017**

Approximate mileage: **99,300**

Other information:

Who has an interest in the property? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$21,463.00**

Current value of the portion you own? **$21,463.00**

If you own or have more than one, describe here:

3.2 Make: **Dodge**

Model: **Challenger**

Year: **2019**

Approximate mileage: **15,000**

Other information:

Hellcat Redeye

Who has an interest in the property? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$67,575.00**

Current value of the portion you own? **$67,575.00**

Debtor **Jones, Alexander E.**                                            Case number *(if known)* **22-33553**

---

| 3.3 | Make: | **Dodge** | Who has an interest in the property? *Check one.* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.3
Make: **Dodge**
Model: **Charger**
Year: **2020**
Approximate mileage: **5,000**
Other information:

Hellcat

Who has an interest in the property? *Check one.*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$70,618.00**
Current value of the portion you own? **$70,618.00**

---

3.4
Make: **Chevrolet**
Model: **Tahoe**
Year: **2020**
Approximate mileage: **34,734**
Other information:

Believed to be leased, but lease was purchased/paid off
VIN: 1GNSCCKJ5LR294493

Who has an interest in the property? *Check one.*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$60,034.00**
Current value of the portion you own? **$60,034.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1
Make: **Regal Boats**
Model: **28 Express**
Year: **2016**
Other information:

Rarely Used. Stored in a marina stack system (Safe Harbor Emerald Point - Lake Travis)

Who has an interest in the property? *Check one.*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$67,015.00**
Current value of the portion you own? **$67,015.00**

If you own or have more than one, list here:

4.2
Make: **Regal Boats**
Model: **24 Fasdeck**
Year: **2015**
Other information:

Rarely used. Stored in a marina stack system (Safe Harbor Emerald Point - Lake Travis)

Who has an interest in the property? *Check one.*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$47,285.00**
Current value of the portion you own? **$47,285.00**

4.3
Make: **Glaston**
Model: **GS209**
Year: **2003**
Other information:

Who has an interest in the property? *Check one.*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$23,500.00**
Current value of the portion you own? **$23,500.00**

---

Debtor  **Jones, Alexander E.**                                    Case number *(if known)*  **22-33553**

---

| 5. | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ............................................................. → | **$357,490.00** |
|----|----|----|

---

### Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........   | Furniture, rugs, artwork and grill (see attached). |   **$11,955.00**

7. **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. .........   | Television, monitor (see attached). |   **$660.00**

8. **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe. .........   | 44 U.S. Silver (Morgan Dollar) coins (see attached). |   **$1,680.00**

9. **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe. .........   | Treadmill and 3 Electric Bikes (see attached). |   **$2,385.00**

10. **Firearms**

   *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

   ☐ No
   ☑ Yes. Describe. .........   | See Attached. |   **$72,300.00**

11. **Clothes**

   *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes. Describe. .........   | Clothes (see attached). |   **$300.00**

---

Debtor **Jones, Alexander E.**        Case number *(if known)* **22-33553**

---

12. **Jewelry**

    *Examples:*   Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

| 19 Watches, 1 pair cufflinks (see attached). | **$54,622.00** |
|---|---|

13. **Non-farm animals**

    *Examples:*   Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........

| 1 Ragdoll cat - approx. 2 years old (see attached). | **$200.00** |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No

    ☑ Yes. Give specific information. .............

| See Attached. | **$25,990.00** |
|---|---|

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................................................... ➜ | **$170,092.00** |

---

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:*   Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes .....................................................................................................     Cash: ...................     **$12,000.00**

---

Debtor __Jones, Alexander E.__                                    Case number *(if known)* __22-33553__

---

**17.** **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................       Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Bank of America #2913**<br>**Alexander Jones DBA Magnolia Management, Infowars, Jones Productions** | $10,499.75 |
| 17.2. Checking account: | **Bank of America #6078**<br>**Alexander E. Jones POA David R. Jones** | $21,291.31 |
| 17.3. Checking account: | **JPMorgan Chase #3520**<br>**Alexander E. Jones** | $1,206.43 |
| 17.4. Checking account: | **JPMorgan Chase #7518**<br>**Alexander E. Jones** | $7,513.11 |
| 17.5. Checking account: | **PNC Bank #5233**<br>**Alexander Jones # 22-33553 DIP** | $25,591.04 |
| 17.6. Checking account: | **Prosperity Bank #9175** | $57,403.38 |
| 17.7. Checking account: | **Security Bank of Crawford #8548**<br>**Alexander Emric Jones** | $37,527.77 |

**18.** **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................       Institution or issuer name:

---

Debtor  Jones, Alexander E.                                            Case number *(if known)*  22-33553

| 19. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture** | | |
|---|---|---|---|

☐ No

☑ Yes. Give specific information about them.....................

| Name of entity: | % of ownership: | |
|---|---|---|
| A. Emric Productions, LLC (tax forfeiture 01-28-2011) | 100.00% | $0.00 |
| AEJ Austin Holdings, LLC | 100.00% | $10,000.00 |
| Austin Shiprock Publishing, LLC (tax forfeiture 03-10-2023) | 100.00% | $0.00 |
| Emric Productions LLC (no entity filing found) | 100.00% | $485.27 |
| Free Speech Systems, LLC | 100.00% | $0.00 |
| Guadalupe County Land and Water LLC | 100.00% | $0.00 |
| Jones Productions, LLC | 100.00% | $0.00 |
| Jones Report, LLC (prisonplanet.com + jonesreport.com) | 100.00% | $7,302.00 |
| Magnolia Holdings Limited Partnership, LLC | 100.00% | $0.00 |
| Magnolia Management, LLC | 100.00% | $0.00 |
| Planet Infowars, LLC (tax forfeiture 03-10-2023) | 100.00% | $0.00 |
| RCGJ, LLC | 100.00% | $0.00 |

| 20. | **Government and corporate bonds and other negotiable and non-negotiable instruments** |
|---|---|

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No

☑ Yes. Give specific information about them.....................

| Issuer name: | |
|---|---|
| Crypto Currency wallet which had a value of $0 at filing, received a donation on 12-03-2022. As of 12-03-2022 the balance was $304.00. | $0.00 |

| 21. | **Retirement or pension accounts** |
|---|---|

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | |
| Pension plan: | | |
| IRA: | | |
| Retirement account: | | |
| Keogh: | | |
| Additional account: | | |
| Additional account: | | |

Debtor  **Jones, Alexander E.**                                    Case number *(if known)*  **22-33553**

---

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes ......................                    Institution name or individual:

| | | |
|---|---|---|
| Other: | **Alex Jones Legal Fund - GiveSendGo (the funds from this compaign will be received by Pattis & Smith, LLC).** | $64,242.73 |
| Other: | **Bank of America escrow for rental** | $8,678.68 |
| Other: | **Per Premarital Agreement - Erika Jones** | $179,764.00 |
| Other: | **Prepaid Legal - Norm Pattis of the Pattis & Smith Law Firm** | $55,693.86 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ....................    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ....................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Give specific information about them. ...    | See Attached. | $2,658,350.00 |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **8**

Debtor __Jones, Alexander E.__        Case number *(if known)* __22-33553__

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

| 2021 \| Anticipated refund is based on AEJ's 2021 Form 1040 that was filed March 29, 2023. | Federal: | $3,807,459.00 |
|---|---|---|
| | State: | |
| | Local: | |

**29.** **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information. ........

| | Alimony: | |
|---|---|---|
| | Maintenance: | |
| | Support: | |
| | Divorce settlement: | |
| | Property settlement: | |

**30.** **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information. ........

| Unpaid wages under contract - Free Speech Systems, LLC ("FSS"). Post FSS bankruptcy filing 9 payrolls (08-10-2022 - 12-02-2022) | $270,000.00 |
|---|---|

**31.** **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| CMFG Life Insurance Policy | Kelly Jones | $0.00 |
| Lincoln Benefits Life Insurance Policy | Policy has been requested. | $0.00 |

**32.** **Any interest in property that is due from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information. ........

Debtor  **Jones, Alexander E.**                                           Case number *(if known)*  22-33553

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim. .............. | Reeves Law, P.C. | **unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ☑ Yes. Describe each claim. .............. | See Attached. | **unknown**

35. **Any financial assets you did not already list**

    ☐ No
    ☑ Yes. Give specific information. ........ | Unclaimed Property (see attached) | **$6,395.67**

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...... ➔ | **$7,241,404.00**

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe. .........

41. **Inventory**

    ☐ No
    ☑ Yes. Describe. ......... | Debtor purchased inventory - purchased supplements from Hi-Tech Pharmaceuticals, a dietary supplement industry leader in pre-workouts, diet & energy/weight loss, and strength & muscle building. Inventory cost was $760,854. Product was being marketed through a marketing agreement by and between AEJ, ESG and FSS. | **$760,854.48**

---

Debtor **Jones, Alexander E.**                    Case number *(if known)* **22-33553**

---

| 42. | Interests in partnerships or joint ventures |

☐ No
☑ Yes. Describe .......

| Name of entity: | % of ownership: |
|---|---|
| **Please see entities under #19 which includes values.** | **100.00%** unknown |

| 43. | Customer lists, mailing lists, or other compilations |

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe. .........

| 44. | Any business-related property you did not already list |

☑ No
☐ Yes. Give specific
information .........

| 45. | Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ............................................................ | → | **$760,854.48** |

---

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

| 46. | Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property? |

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| 47. | Farm animals |

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes ..........................

| 48. | Crops—either growing or harvested |

☑ No
☐ Yes. Give specific
information. ............

---

Official Form 106A/B                    Schedule A/B: Property                    page **11**

Debtor **Jones, Alexander E.** Case number *(if known)* **22-33553**

---

**49.** **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☑ Yes .......................... | Inoperable CAT bull dozer and inoperable Ford dump truck. Please see global notes for pictures of each. | **$0.00**

**50.** **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ..........................

**51.** **Any farm- and commercial fishing-related property you did not already list**

☐ No

☑ Yes. Give specific information. ............ | Acreage in Guadalupe County Texas purchased 05/15/2020. | **$2,189,220.00**

**52.** **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................. → | **$2,189,220.00**

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53.** **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific information. ............ | Alex Was Right (Give/Send/Go) [value: $915.00] | **$915.00**
| | Access to helicopter service - non-transferable. Up to eight (8) trips per year for a term of fifteen years in exchange for a one-time payment of $335,000 dated 03-03-21 from FSS, check #10635 [value: $0.00] | **$0.00**

**54.** **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................................... → | **$915.00**

---

| **Part 8:** | **List the Totals of Each Part of this Form** |

**55.** **Part 1: Total real estate, line 2** ................................................................................................. → | **$4,867,800.00**

**56.** **Part 2: Total vehicles, line 5** | **$357,490.00**

**57.** **Part 3: Total personal and household items, line 15** | **$170,092.00**

**58.** **Part 4: Total financial assets, line 36** | **$7,241,404.00**

**59.** **Part 5: Total business-related property, line 45** | **$760,854.48**

**60.** **Part 6: Total farm- and fishing-related property, line 52** | **$2,189,220.00**

**61.** **Part 7: Total other property not listed, line 54** + | **$915.00**

**62.** **Total personal property.** Add lines 56 through 61. ................ | **$10,719,975.48** | Copy personal property total → + | **$10,719,975.48**

---

Schedule A/B: Property

Debtor **Jones, Alexander E.**                                    Case number *(if known)* **22-33553**

| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................................ | $15,587,775.48 |

Debtor  **Jones, Alexander E.** _____      Case number *(if known)* **22-33553** _____

| | **Continuation Page** |
|---|---|

| 10. | Firearms | |
|---|---|---|
| | 1 Falcor Petra 300WinMag 22" Rifle and 1 Stacatto XC 9MM Hangun (see attached) | **$10,211.00** |
| | 49 guns - appraisal conducted by Mike Cargill of Central Texas Gun Works, a licensed FFL (see attached). | **$62,089.00** |
| 14. | Any other personal and household items you did not already list, including any health aids you did not list | |
| | Cryoniq Cryogenic chamber (see attached) | **$4,000.00** |
| | Lake House (furniture, fixtures, household goods, recreational equipment - see attachment). | **$21,145.00** |
| | Sunglasses and prescription glasses (see attached). | **$845.00** |
| 25. | Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit | |
| | 2022 Litigation Settlement Trust | **$66,935.00** |
| | AEJ 2018 Trust | **$10,002.00** |
| | Alexander E. Jones Descendent and Beneficiary Trust | **$1,571,500.00** |
| | Green Leaf Trust | **$127,094.00** |
| | Recharge Dynasty Trust | **$0.00** |
| | RXXCTTGAA Trust | **$828,300.00** |
| | The Missouri779384 Trust | **$54,519.00** |
| 34. | Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims | |
| | Elevated Solutions Group, LLC | unknown |
| | Youngevity International, Inc. | unknown |

Official Form 106A/B                     **Schedule A/B: Property**                     page **14**