IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| | ) |
| Debtor. | ) |
| | ) |

**SUPPLEMENTAL DECLARATION OF MARC S. KIRSCHNER IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALEXANDER E. JONES TO RETAIN AND EMPLOY TENEO CAPITAL LLC AS FINANCIAL ADVISOR, EFFECTIVE AS OF JANUARY 15, 2023**

I, Marc S. Kirschner, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare under penalty of perjury as follows:

1. As discussed herein, I formerly served as a Senior Managing Director, and now am a Senior Advisor to, Teneo Capital LLC (together with its subsidiaries and affiliates, "Teneo"). My business address is Teneo Capital LLC, 280 Park Avenue, 4th floor, New York, NY 10017. There are no disciplinary proceedings pending against me.

2. I am duly authorized to submit this supplemental declaration (the "Declaration") in connection with the *Application of the Official Committee of Unsecured Creditors of Alexander E. Jones to Retain and Employ Teneo Capital LLC as Financial Advisor, Effective as of January 19, 2023*, dated February 17, 2023 [ECF No. 170] (the "Application"),[1] my initial declaration attached as Exhibit B to the Application (the "Initial Declaration") and the *Order Authorizing the Retention*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

*and Employment of Teneo Capital LLC as Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of January 19, 2023*, dated March 21, 2023 [ECF No. 220].

3. As set forth in the Application, Teneo committed to file a supplemental declaration pursuant to Bankruptcy Rule 2014 to the extent any new relevant facts or relationships are discovered or arise that are relevant to the Application and merit disclosure. *See* Initial Declaration ¶ 9. Accordingly, in connection with Teneo's role as generalized financial advisor to the Committee, I submit this Supplemental Declaration to provide the additional disclosure set forth herein.

## DISCLOSURE

4. Effective April 15, 2023, I retired as Senior Managing Director of Teneo. I am, however, continuing to serve as Senior Advisor to Teneo, a role similar to "of counsel" or "counsel" at major law firms. I will continue to work on this matter in such capacity, and will continue to provide general strategic and financial advisory services to Teneo. In this new role, my discounted hourly rate to be charged in connection with the Chapter 11 Case will continue to be $650.00. Teneo has agreed that such rate will not be subject to any periodic increases.

5. I also intend to return to my former consulting firm, Marc S Kirschner Consulting Company for the purpose of continuing to serve as a litigation trustee, examiner or in a litigation support role in complex chapter 11 cases.

6. To the best of my knowledge, Teneo remains disinterested and continues to represent no interest adverse to the Committee, the Debtor and his creditors and, therefore, is capable of fulfilling its duties to the Committee. In addition, Marc S Kirschner Consulting Company is disinterested and represents no interest adverse to the Committee, the Debtor and his creditors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of April, 2023.

<i>s/ Marc S. Kirschner</i><br>
Marc S. Kirschner

**CERTIFICATE OF SERVICE**

   I certify that on April 25, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                    */s/ Marty L. Brimmage, Jr.*
                     Marty L. Brimmage, Jr.