# Alex Jones
# Balance Sheet
### As of December 31, 2022

| | 1st Amended Total | Adjustments | Notes | 2nd Amended Total |
|---|---:|---:|:---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
|   **Bank Accounts** | | | | |
|     Bank of America #2913 | 9,844 | | | 9,844 |
|     Bank of America #4018 | 485 | (485) | 1 | |
|     Bank of America #6078 | 21,292 | | | 21,292 |
|     Chase #3520 | 1,206 | | | 1,206 |
|     Chase #7518 | 57,498 | | | 57,498 |
|     PNC #5233 DIP | 22,465 | | | 22,465 |
|     Prosperity Bank #9175 | 217,722 | | | 217,722 |
|     Security Bank #8548 | 34,930 | | | 34,930 |
|   **Total Bank Accounts** | **365,442** | **(485)** | | **364,957** |
|   **Accounts Receivable** | | | | |
|     Accounts Receivable | 331,757 | (169,860) | 2 | 161,897 |
|   **Total Accounts Receivable** | **331,757** | **(169,860)** | | **161,897** |
|   **Other Current Assets** | | | | |
|     Bitcoin Account | 3,403 | | | 3,403 |
|     Cash on Hand | | 12,000 | 3 | 12,000 |
|     Federal Income Tax Receivable | | 3,807,459 | 4 | 3,807,459 |
|     GiveSendGo | | 915 | 3 | 915 |
|     GiveSendGo-Legal | | 64,243 | 3 | 64,243 |
|     Inventory Platinum | 682,899 | | | 682,899 |
|     Legal Trust Account | | 55,694 | 3 | 55,694 |
|     PreMarital Agreeement Prepayment | | 179,764 | 3 | 179,764 |
|     Rental Property Escrow | | 9,841 | 3 | 9,841 |
|     Undeposited Funds | 29,936 | | | 29,936 |
|   **Total Other Current Assets** | **716,238** | **4,129,916** | | **4,846,154** |
| **Total Current Assets** | **1,413,437** | **3,959,571** | | **5,373,007** |
| **Fixed Assets** | | | | |
|   Homestead | 1,633,000 | 979,800 | 5 | 2,612,800 |
|   Lakehouse | 1,750,000 | | | 1,750,000 |
|   Ranch Property | 2,189,000 | 220 | 6 | 2,189,220 |
|   Rental Property | 505,000 | | | 505,000 |
|   **Vehicles and Marine Assets** | | | | |
|     Chevy Tahoe 2 | | 60,034 | 3 | 60,034 |
|     Dodge Challenger | 67,795 | (220) | 6 | 67,575 |
|     Dodge Charger | 72,629 | (2,011) | 6 | 70,618 |
|     Ford Expedition | 25,749 | (4,286) | 6 | 21,463 |
|     Marine Assets | 114,300 | 23,500 | 3 | 137,800 |
|   **Total Vehicles and Marine Assets** | **280,473** | **77,017** | | **357,490** |
| **Total Fixed Assets** | **6,357,473** | **1,057,037** | | **7,414,510** |
| **Other Assets** | | | | |
|   Interests In Trust | | 2,658,350 | 3 | 2,658,350 |
|   Ownership Interests in Non Public Entities | | 17,787 | 3 | 17,787 |
|   Total Personal Property | | 171,536 | 3 | 171,536 |
| **Total Other Assets** | **0** | **2,847,673** | | **2,847,673** |
| **TOTAL ASSETS** | **7,770,910** | **7,864,281** | | **15,635,191** |

# Alex Jones
# Balance Sheet
### As of December 31, 2022

| | 1st Amended Total | Adjustments | Notes | 2nd Amended Total |
|---|---:|---:|:---:|---:|
| **LIABILITIES AND EQUITY** | | | | |
| **Liabilities** | | | | |
|   Current Liabilities | | | | |
|     Accounts Payable | | | | |
|       Accounts Payable | 54,925 | | | 54,925 |
|       Other Payables | 14,600 | | | 14,600 |
|     Total Accounts Payable | 69,525 | | | 69,525 |
|     Other Current Liabilities | | | | |
|       Payroll Tax Payable-Child Care | | 887 | 7 | 887 |
|       Payroll Tax Withheld-Child Care | | 2,133 | 7 | 2,133 |
|     Total Other Current Liabilities | 0 | 3,020 | | 3,020 |
|   Total Current Liabilities | 69,525 | 3,020 | | 72,545 |
|   Long-Term Liabilities | | | | |
|     Rental Property Mortgage | 40,150 | (5,761) | 8 | 34,389 |
|   Total Long-Term Liabilities | 40,150 | (5,761) | | 34,389 |
| **Total Liabilities** | 109,675 | (2,741) | | 106,934 |
| **Equity** | | | | |
|   Opening Balance Equity | 7,397,699 | 7,894,246 | | 15,291,945 |
|   Owner's Investment | | | | |
|     OtherDeposits/Transfers | 171,668 | | | 171,668 |
|   Total Owner's Investment | 171,668 | | | 171,668 |
|   Owner's Pay & Personal Expenses | | | | |
|     Gifts | 51,453 | | | 51,453 |
|   Total Owner's Pay & Personal Expenses | 51,453 | | | 51,453 |
|   Retained Earnings | | | | |
|   Net Income | 40,414 | (27,224) | | 13,190 |
| **Total Equity** | 7,661,234 | 7,867,022 | | 15,528,256 |
| **TOTAL LIABILITIES AND EQUITY** | 7,770,909 | 7,864,281 | | 15,635,190 |

**Notes:**

1) Bank Account owned entity and balance in Ownership Interest in Non-Public entities

2) Previously reported Accounts Receivable reclassified to payable to Free Speech Systems

3) Additional assets identified and/or appraised since prior filing that existed as of the petition date

4) Represents updated/confirmed Income Tax Refund Receivable after filing of 2021 Income Tax Return. A $3.97M potential refund was disclosed in footnote 4 of the Amended December 2022 MOR, but was not included in the debtor's assets subject to confirmation after filing the 2021 Income Tax Return.

5) Debtor's ownership interest in Homestead was increased from a previously reported 50% to 80% pursuant to terms of the Pre-Marital Agreement.

6) Adjusted for updated value information consistent with presentation in SOFA.

7) Additional accrued liabilities for payroll taxes for employees.

8) Adjustment to mortgage balance based on information received from lender post-petition.

# Alex Jones
# Profit and Loss
### December 2-31, 2022

| | 1st Amended Total | Adjustments | Notes | 2nd Amended Total |
|---|---:|---:|:---:|---:|
| **Income** | | | | |
|   FreeSpeech Payroll | 60,000 | | | 60,000 |
|   Interest Income | 2 | | | 2 |
|   Rental Income | 1,200 | | | 1,200 |
|   Sales of Product Income | 307,978 | 29,462 | 1 | 337,440 |
|     Cost of Goods Sold | (77,956) | | | (77,956) |
|     Selling Expense | (99,342) | (55,324) | 1 | (154,666) |
|   Total Sales of Product Income | 130,680 | (25,862) | | 104,819 |
| **Total Income** | **191,882** | **(25,862)** | | **166,020** |
| **Payroll deductions** | | | | |
|   Medical Insurance Premiums | 1,537 | | | 1,537 |
|   Payroll Taxes withheld | 22,312 | | | 22,312 |
| **Total Payroll deductions** | **23,848** | **0** | | **23,848** |
| **Net Receipts** | **168,034** | **(25,862)** | | **142,172** |
| **Expenses** | | | | |
|   Living Expenses | | | | |
|     Auto/Trucks/Watercraft | | | | |
|       Auto/Boat Maintenance | 2,437 | | | 2,437 |
|       Auto/Truck/Boat Insurance | (1,346) | | | (1,346) |
|       Fuel | 1,020 | | | 1,020 |
|     Total Auto/Trucks/Watercraft | **2,111** | **0** | | **2,111** |
|     Family | | | | |
|       Child Care | 9,380 | 3,020 | 2 | 12,400 |
|       Child Support | 2,000 | | | 2,000 |
|       Groceries | 989 | | | 989 |
|       Homestead | | | | |
|         Maintenance | | | | |
|           Housekeeping | 3,471 | | | 3,471 |
|           Misc. Supplies and Services | 2,188 | | | 2,188 |
|         Total Maintenance | **5,659** | **0** | | **5,659** |
|         Phone/Internet | 339 | | | 339 |
|         Property Tax | 54,926 | | | 54,926 |
|         Utilities | 455 | | | 455 |
|       Total Homestead | **61,378** | **0** | | **61,378** |
|       Insurance | 165 | | | 165 |
|       Meals & Entertainment | 3,571 | | | 3,571 |
|         Apple/Netflix/Hulu charges | 231 | | | 231 |
|       Total Meals & Entertainment | **3,802** | **0** | | **3,802** |
|       Other | 2,993 | | | 2,993 |
|       PreNup Obligation | 14,600 | | | 14,600 |
|       School and Kid's Activities | | | | |
|         Activities | 5,848 | | | 5,848 |
|       Total School and Kid's Activities | **5,848** | **0** | | **5,848** |
|     Total Family | **101,156** | **3,020** | | **104,174** |

# Alex Jones
# Profit and Loss
December 2-31, 2022

| | 1st Amended Total | Adjustments | Notes | 2nd Amended Total |
|---|---:|---:|:---:|---:|
| **Total Living Expenses** | **103,266** | **3,020** | | **106,285** |
| **Other Expenses** | 687 | | | 687 |
|   Bank Charges & Fees | 118 | (8) | | 110 |
|   Business Expenses | 2,817 | | | 2,817 |
|   Interest Paid | | | | |
|   Real Estate | | | | |
|     Austin Condos | | | | |
|       Condo HOA | 220 | | | 220 |
|       Condo Insurance | (486) | | | (486) |
|       Condo Property Tax | 13,995 | | | 13,995 |
|       Condo Utilities and Maintenance | 2,143 | | | 2,143 |
|     Total Austin Condos | **15,872** | | | **15,872** |
|     Lakehouse | | | | |
|       Lakehouse Maintenance | 525 | | | 525 |
|       Lakehouse Utilities | 40 | | | 40 |
|     Total Lakehouse | **565** | | | **565** |
|     Ranch property | 880 | | | 880 |
|     Rental Mortgage Payment | 1,649 | (1,649) | 3 | |
|   Total Real Estate | **18,965** | **(1,649)** | | **17,317** |
|   Rental Storage Units | 1,766 | | | 1,766 |
| **Total Other Expenses** | **24,353** | **(1,657)** | | **22,697** |
| **Total Expenses** | **127,620** | **1,363** | | **128,982** |
| **Net Operating Income** | **40,414** | **(27,225)** | | **13,190** |
| **Net Income** | **40,414** | **(27,225)** | | **13,190** |

1) Represents adjustments to product sales pursuant to reconciliation with vendor as of 12/31/2022.

2) Addition of accrued payroll taxes

3) Reclassification of debt- service payment. See note 8 on Balance Sheet.