**Alexander Emric Jones**      **Case No. 22-33553**

## Part 1 - Statement of Cash Receipts and Disbursements
### Amended
### January 1-January 31, 2023

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 22,465 | 217,722 | 34,930 | 57,498 | 9,844 | 1,206 | 21,291 | 364,957 |
| Cash Receipts | 52,910 | | | | 1,202 | 0 | 0 | 54,112 |
| Cash Disbursements | (134,392) | (20) | (25) | | (71) | 0 | 0 | (134,508) |
| **Net Cash Flow** | (59,017) | 217,702 | 34,905 | 57,498 | 10,975 | 1,206 | 21,292 | 284,561 |
| Transfer In | 290,195 | 0 | 0 | 0 | 0 | 0 | 0 | 290,195 |
| Transfers Out | | (212,722) | (29,927) | (31,254) | 0 | 0 | (16,292) | (290,195) |
| **Ending Bank Balance** | 231,178 | 4,980 | 4,978 | 26,244 | 10,975 | 1,206 | 5,000 | 284,561 |

# Alex Jones
## Amended Balance Sheet
### As of January 31, 2023

| | Filed | Adjustment | Notes | Amended Total |
|---|---:|---:|:---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Bank Accounts** | | | | |
| Bank of America #2913 | 10,974 | | | 10,974 |
| Bank of America #4016 | 455 | (455) | 1 | |
| Bank of America #6078 | 5,000 | | | 5,000 |
| Chase #3520 | 1,206 | | | 1,206 |
| Chase #7518 | 26,245 | | | 26,245 |
| PNC #5233 DIP | 231,178 | | | 231,178 |
| Prosperity Bank #9175 | 4,980 | | | 4,980 |
| Security Bank #8548 | 4,978 | | | 4,978 |
| **Total Bank Accounts** | **285,016** | **(455)** | | **284,561** |
| **Accounts Receivable** | | | | |
| Accounts Receivable | 514,446 | (180,125) | 2 | 334,321 |
| **Total Accounts Receivable** | **514,446** | **(180,125)** | | **334,321** |
| **Other Current Assets** | | | | |
| Bitcoin Account | 5,982 | | | 5,982 |
| Cash on Hand | | 12,000 | 3 | 12,000 |
| Federal Income Tax Receivable | | 3,807,459 | 4 | 3,807,459 |
| GiveSendGo | | 915 | 3 | 915 |
| GiveSendGo-Legal | | 64,243 | 3 | 64,243 |
| Inventory Platinum | 599,955 | | | 599,955 |
| Legal Trust Account | | 55,694 | 3 | 55,694 |
| Petty Cash for Child Care | 1,000 | | | 1,000 |
| PreMarital Prepayment | | 164,580 | 3 | 164,580 |
| Rental Property Escrow | | 12,152 | 3 | 12,152 |
| Undeposited Funds | 0 | | | 0 |
| **Total Other Current Assets** | **606,937** | **4,117,042** | | **4,723,980** |
| **Total Current Assets** | **1,406,400** | **3,936,462** | | **5,342,861** |
| **Fixed Assets** | | | | |
| Homestead | 1,633,000 | 979,800 | 5 | 2,612,800 |
| Lakehouse | 1,750,000 | | | 1,750,000 |
| Ranch Property | 2,189,000 | 220 | 6 | 2,189,220 |
| Rental Property | 505,000 | | | 505,000 |
| **Vehicles and Marine Assets** | | | | |
| Chevy Tahoe 2 | | 60,034 | 3 | 60,034 |
| Dodge Challenger | 67,795 | (220) | 6 | 67,575 |
| Dodge Charger | 72,629 | (2,011) | 6 | 70,618 |
| Ford Expedition | 25,749 | (4,286) | 6 | 21,463 |
| Marine Assets | 114,300 | 23,500 | 3 | 137,800 |
| **Total Vehicles and Marine Assets** | **280,473** | **77,017** | | **357,490** |
| **Total Fixed Assets** | **6,357,473** | **1,057,037** | | **7,414,510** |
| **Other Assets** | | | | |
| Interests In Trust | | 2,658,350 | | 2,658,350 |
| Ownership Interests in Non Public Entities | | 17,757 | | 17,757 |
| Personal Property | | 171,536 | | 171,536 |
| **Total Other Assets** | **0** | **2,847,643** | | **2,847,643** |
| **TOTAL ASSETS** | **7,763,873** | **7,841,142** | | **15,605,015** |

# Alex Jones
## Amended Balance Sheet
### As of January 31, 2023

|  | Filed | Adjustment | Notes | Amended Total |
|---|---:|---:|:---:|---:|
| **LIABILITIES AND EQUITY** | | | | |
| Liabilities | | | | |
| Current Liabilities | | | | |
| Accounts Payable | | | | |
| Accounts Payable | 0 | | | 0 |
| Other Payables | (584) | | | (584) |
| **Total Accounts Payable** | **(584)** | **0** | | **(584)** |
| Other Current Liabilities | | | | |
| Accrued Professional Fees | | 1,570 | 9 | 1,570 |
| Payroll Tax Payable-Child Care | | 1,244 | 7 | 1,244 |
| Payroll Tax Withheld-Child Care | | 4,183 | 7 | 4,183 |
| **Total Other Current Liabilities** | | **6,997** | | **6,997** |
| **Total Current Liabilities** | **(584)** | **6,997** | | **6,413** |
| Long-Term Liabilities | | | | |
| Rental Property Mortgage | 38,502 | (5,090) | 9 | 33,412 |
| **Total Long-Term Liabilities** | **38,502** | **(5,090)** | | **33,412** |
| **Total Liabilities** | **37,918** | **1,907** | | **39,825** |
| Equity | | | | |
| Opening Balance Equity | 7,397,699 | 7,894,246 | | 15,291,945 |
| Owner's Investment | | | | |
| OtherDeposits/Transfers | 171,668 | | | 171,668 |
| **Total Owner's Investment** | **171,668** | | | **171,668** |
| Owner's Pay & Personal Expenses | | | | |
| Gifts | 55,797 | 1,821 | 10 | 57,618 |
| **Total Owner's Pay & Personal Expenses** | **55,797** | **1,821** | | **57,618** |
| Retained Earnings | 40,414 | (27,224) | | 13,190 |
| Net Income | 60,377 | (29,608) | | 30,769 |
| **Total Equity** | **7,725,955** | **7,839,235** | | **15,565,190** |
| **TOTAL LIABILITIES AND EQUITY** | **7,763,873** | **7,841,142** | | **15,605,015** |

1) Bank Account owned entity and balance in Ownership Interest in Non-Public entities

2) Previously reported Accounts Receivable reclassified to payable to Free Speech Systems

3) Additional assets identified and/or appraised since prior filing that existed as of the petition date

4) Represents updated/confirmed Income Tax Refund Receivable after filing of 2021 Income Tax Return. A $3.97M potential refund was disclosed in footnote 4 of the Amended December 2022 MOR, but was not included in the debtor's assets subject to confirmation after filing the 2021 Income Tax Return.

5) Debtor's ownership interest in Homestead was increased from a previously reported 50% to 80% pursuant to terms of the Pre-Nuptial Agreement.

6) Adjusted for updated value information consistent with presentation in SOFA.

7) Additional accrued liabilities for payroll taxes for employees.

8) Adjustment to mortgage balance based on information received from lender post-petition.

9) Professional Fee Accrued in excess of retainer

10) Duplicate mortgage payment by D. Jones

**Alex Jones**
**Profit and Loss**
Amended January 2023

| | Filed | Adjustments | Notes | Amended Total |
|---|---|---|---|---|
| **Income** | | | | |
| FreeSpeech Payroll | 40,000 | | | 40,000 |
| Interest Income | 2 | | | 2 |
| Rental Income | 1,200 | | | 1,200 |
| Sales of Product Income | 370,447 | 9,093 | 1 | 379,540 |
| Cost of Goods Sold | (82,944) | | | (82,944) |
| Selling Expense | (187,758) | (19,358) | 1 | (207,116) |
| **Total Sales of Product Income** | 99,745 | (10,265) | | 89,480 |
| **Total Income** | 140,947 | (10,265) | | 130,683 |
| **Payroll deductions** | | | | |
| Child Support- Garnished | 1,846 | | | 1,846 |
| Medical Insurance Premiums | 1,029 | | | 1,029 |
| Payroll Taxes withheld | 14,320 | | | 14,320 |
| **Total Payroll deductions** | 17,195 | 0 | | 17,194 |
| **Net Receipts** | 123,752 | (10,265) | | 113,488 |
| **Expenses** | | | | |
| **Living Expenses** | | | | |
| Auto/Boat Maintenance | 5,364 | | | 5,364 |
| Auto/Truck/Boat Insurance | (169) | | | (169) |
| Boat Storage | 1,148 | | | 1,148 |
| Fuel | 533 | | | 533 |
| **Total Auto/Trucks/Watercraft** | 6,876 | | | 6,876 |
| Family | | | | |
| Child Care | 21,757 | 2,407 | 2 | 24,164 |
| Groceries | 1,151 | | | 1,151 |
| Homestead | | | | |
| Maintenance | 7,868 | | | 7,868 |
| Housekeeping | 11,016 | | | 11,016 |
| Misc. Supplies and Services | 758 | | | 758 |
| **Total Maintenance** | 19,642 | | | 19,642 |
| Phone/Internet | 1,045 | | | 1,045 |
| Utilities | 1,807 | | | 1,807 |
| **Total Homestead** | 22,494 | | | 22,494 |
| Insurance | 39 | | | 39 |
| Meals & Entertainment | 2,650 | | | 2,650 |
| Apple/Netflix/Hulu charges | 469 | | | 469 |
| **Total Meals & Entertainment** | 3,119 | | | 3,120 |
| Medical | 1,797 | | | 1,797 |
| Other | (286) | | | (286) |
| PreMarital Obligation | | 15,184 | 4 | 15,184 |
| School and Kid's Activities | | | | |
| Activities | 56 | | | 56 |
| **Total School and Kid's Activities** | 56 | | | 56 |
| **Total Family** | 50,127 | 17,591 | | 67,720 |
| **Total Living Expenses** | 57,003 | 17,591 | | 74,596 |
| **Other Expenses** | | | | |
| Bank Charges & Fees | 139 | | | 139 |
| Business Expenses | 320 | | | 320 |
| Interest Paid | 375 | 182 | 3 | 557 |
| Legal & Professional Services | | 1,570 | 5 | 1,570 |
| Real Estate | | | | |
| Total Austin Condos | 2,214 | | | 2,215 |
| Lakehouse | | | | |
| Lakehouse Maintenance | 1,484 | | | 1,484 |
| **Total Lakehouse** | 1,484 | | | 1,484 |
| Ranch property | 74 | | | 74 |
| **Total Real Estate** | 3,772 | | | 3,773 |
| Rental Storage Units | 1,765 | | | 1,765 |
| **Total Other Expenses** | 6,371 | 1,752 | | 8,124 |
| **Total Expenses** | 63,374 | 54,526 | | 82,720 |
| **Net Operating Income** | 60,378 | (64,791) | | 30,768 |
| **Net Income** | 60,378 | (64,791) | | 30,768 |

**Notes:**
1) Represents adjustments to product sales pursuant to reconciliation with vendor as of 12/31/2022.
2) Addition of accrued payroll taxes
3) Reclassification of debt- service payment. See note 8 on Balance Sheet.
4) Recording of monthly premarital obligation
5) Professional Fee Accrued in excess of retainer balances disclosed in fee applications.