**Alexander  Emric Jones**                                                **Case No. 22-33553**

## Part 1 - Statement of Cash Receipts and Disbursements
### February 1- February 28, 2023

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 231,178 | 4,980 | 4,978 | 26,245 | 10,974 | 1,206 | 5,000 | 284,561 |
| | | | | | | | | 0 |
| Cash Receipts | 593,846 | | | | | | | 593,846 |
| | | | | | | | | 0 |
| Cash Disbursements | (89,295) | (75) | | | (188) | | | (89,559) |
| | | | | | | | | 0 |
| **Net Cash Flow** | **735,728** | **4,905** | **4,978** | **26,245** | **10,786** | **1,206** | **5,000** | **788,848** |
| Transfer In | | | | | | | | 0 |
| Transfers Out | | | | | | | | 0 |
| **Ending Bank Balance** | **735,728** | **4,905** | **4,978** | **26,245** | **10,786** | **1,206** | **5,000** | **788,848** |

**Alex Jones**
**Balance Sheet**
As of February 28, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Bank of America #2913 | 10,786 |
| Bank of America #6078 | 5,000 |
| Chase #3520 | 1,206 |
| Chase #7518 | 26,245 |
| PNC #5233 DIP | 735,729 |
| Prosperity Bank #9175 | 4,905 |
| Security Bank #8548 | 4,978 |
| **Total Bank Accounts** | $ 788,849 |
| **Accounts Receivable** | |
| Accounts Receivable | 39,031 |
| **Total Accounts Receivable** | $ 39,031 |
| **Other Current Assets** | |
| Bitcoin Account | 6,240 |
| Cash on Hand | 12,000 |
| Federal Income Tax Receivable | 3,807,459 |
| GiveSendGo | 915 |
| GiveSendGo-Legal | 64,243 |
| Inventory Platinum | 564,386 |
| Legal Trust Account | 55,694 |
| Petty Cash for Child Care | 500 |
| PreMarital Pre Payment | 149,396 |
| Rental Property Escrow | 12,152 |
| Undeposited Funds | 0 |
| **Total Other Current Assets** | $ 4,672,985 |
| **Total Current Assets** | $ 5,500,865 |
| **Fixed Assets** | |
| Homestead | 2,612,800 |
| Lakehouse | 1,750,000 |
| Ranch Property | 2,189,220 |
| Rental Property | 505,000 |
| **Vehicles and Marine Assets** | |
| Chevy Tahoe 2 | 60,034 |
| Dodge Challenger | 67,575 |
| Dodge Charger | 70,618 |
| Ford Expedition | 21,463 |
| Marine Assets | 137,800 |
| **Total Vehicles and Marine Assets** | $ 357,490 |
| **Total Fixed Assets** | $ 7,414,510 |
| **Other Assets** | |
| Interests In Trust | 2,658,350 |
| Ownership Interests in Non Public Entities | 17,727 |
| Personal Property | 171,536 |
| **Total Other Assets** | $ 2,847,613 |
| **TOTAL ASSETS** | $ 15,762,988 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Total Accounts Payable** | $ 156,689 |
| **Other Current Liabilities** | |
| Accrued Professional Fees | 1,570 |
| Payroll Tax Payable-Child Care | 2,487 |
| Payroll Tax Withheld-Child Care | 5,716 |
| **Total Other Current Liabilities** | $ 9,773 |
| **Total Current Liabilities** | $ 166,461 |
| **Long-Term Liabilities** | |
| Rental Property Mortgage | 33,412 |
| **Total Long-Term Liabilities** | $ 33,412 |
| **Total Liabilities** | $ 199,874 |
| **Equity** | |
| Opening Balance Equity | 15,291,945 |
| **Total Owner's Investment** | $ 171,668 |
| Gifts | 57,876 |
| Retained Earnings | 13,190 |
| Net Income | 28,435 |
| **Total Equity** | $ 15,563,115 |
| **TOTAL LIABILITIES AND EQUITY** | $ 15,762,988 |

### Alex Jones
### Profit and Loss
**February 2023**

|  | Total |
|---|---:|
| **Income** | |
| FreeSpeech Payroll | 40,000 |
| Interest Income | 2 |
| Rental Income | 1,200 |
| Sales of Product Income | 173,800 |
| Cost of Goods Sold | (35,569) |
| Selling Expense | (77,762) |
| **Total Sales of Product Income** | **60,469** |
| **Total Income** | **101,671** |
| **Payroll deductions** | |
| Child Support- Garnished | 1,846 |
| Medical Insurance Premiums | 1,029 |
| Payroll Taxes withheld | 14,320 |
| **Total Payroll deductions** | **17,194** |
| **Net Receipts** | **84,476** |
| **Expenses** | |
| Living Expenses | |
| Auto/Trucks/Watercraft | |
| Auto/Boat Maintenance | 879 |
| Boat Storage | 1,148 |
| Fuel | 718 |
| **Total Auto/Trucks/Watercraft** | **2,745** |
| Family | |
| Child Care | 13,701 |
| Groceries | 1,087 |
| Homestead | |
| Maintenance | 3,538 |
| Housekeeping | 7,648 |
| Misc. Supplies and Services | 2,550 |
| **Total Maintenance** | **13,736** |
| Phone/Internet | 407 |
| Repairs | 19,640 |
| Utilities | 740 |
| **Total Homestead** | **34,523** |
| Household Purchases | 173 |
| Insurance | 39 |
| Meals & Entertainment | 591 |
| Apple/Netflix/Hulu charges | 311 |
| **Total Meals & Entertainment** | **902** |
| Other | 852 |
| PreMarital Obligation | 15,184 |
| School and Kid's Activities | |
| Activities | 1,749 |
| **Total School and Kid's Activities** | **1,749** |
| **Total Family** | **68,210** |
| **Total Living Expenses** | **70,955** |
| Other  Expenses | |
| Bank Charges & Fees | 337 |
| Business Expenses | 419 |
| Legal & Professional Services | 0 |
| Real Estate | |
| **Total Austin Condos** | **1,193** |
| Lakehouse | |
| Lakehouse Internet | 355 |
| Lakehouse Maintenance | 11,225 |
| Lakehouse Utilities | 61 |
| **Total Lakehouse** | **11,641** |
| Ranch  property | 58 |
| **Total Real Estate** | **12,892** |
| Rental Storage Units | 2,104 |
| Travel | 102 |
| **Total Other  Expenses** | **15,855** |
| **Total Expenses** | **86,810** |
| **Net Operating Income** | **(2,334)** |
| **Net Income** | **(2,334)** |

**Debtor's Name  Alexander  Emric Jones**                    Case No. 22-33553

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| a. | | | Approved Current Month | Approved Cumulative | Paid Current Month* | Paid Cumulative |
| | *Debtors prof fees & expenses (bankruptcy) Aggregate Total* | | | | 296,092 | 296,092 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | | **Firm name** | **Role** | | | |
| Delete | | **BlackBriar Advisors** | Financial Advisors | 59,997 | 59,997 | 59,997 | 59,997 |
| | | **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | 173,698 | 173,698 | 173,698 | 173,698 |
| | | **Jordan & Ortiz** | Co-Counsel to Debtor | 62,397 | 62,397 | 62,397 | 62,397 |
| | | **Rachel Kennerly** | | | - | | - |
| | * **All amounts paid from retainers provided prepetition.  Professional fees will not be reported in the debtors income statement until retainers are depleted.** | | | | | |
| | | | | | | |
| | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | *Debtors prof fees & expenses (nonbankruptcy) Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | | Firm name | Role | | | |
| Delete | | **None** | | | | |