## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO.  22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

## FOURTH MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023

| | | |
|---|---|---|
| **Name of Applicant:** | BlackBriar Advisors, LLC | |
| **Applicant's Role in Case:** | Financial Advisor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #112) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 03/01/2023 | 03/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $169,340.00[1] (80% of $211,675.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $8,307.85[2] | |
| **Summary of Fees for the Period Covered by this Statement** | | |
| **Professional Fees in this Statement:** | $211,675.00 | |
| **Total Actual Professional Hours Covered by this Statement:** | 473.0 | |
| **Average Hourly Rate for Professionals:** | $447.50 | |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

---

[1] BlackBriar is holding $-0- funds as a retainer in its trust account..

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

Pursuant **to** §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], BlackBriar Advisors, LLC ("BlackBriar"), as Financial Advisor to the Debtor, hereby files its *Fourth Monthly Fee Statement of BlackBriar Advisors, LLC. for Allowance of Compensation for Services Rendered as Financial Advisor to the Debtor for the Period from March 1, 2023 through March 31, 2023* (the "Monthly Fee Statement").

### RELIEF REQUESTED

1.      By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, BlackBriar seeks interim payment of $169,340.00 (80% of 211,675.00) as compensation for professional services rendered to the Debtor during the period from March 1, 2023 through March 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $8,307.85, for a total amount of $177,647.85 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2.      In support of the Monthly Fee Statement, BlackBriar submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Legal Fees by Category as Counsel for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Financial Advisor for the Fee Period*, attached hereto as **Exhibit C**.

3.      Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order),

and each of the other Notice Parties a written objection (the "<u>Objection</u>") so that it is received on or before the Objection Deadline:

  a. Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

  b. U.S. Trustee c/o Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

  c. Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

  d. Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

  e. Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

  f. Any other parties that the Court may designate.

In light of the nature of the relief requested herein, BlackBriar submits that no further or other notice is required.

4.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. BlackBriar reserves the right to make further application to this Court for allowance of such fees and expenses not included

herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5.     Therefore, BlackBriar respectfully submits support for its fees in the amount of $211,675.00 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $8,307.85 for reasonable, actual and necessary expenses incurred during the Fee Period. BlackBriar further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to BlackBriar the amount of $177,647.00[3] which is equal to the sum of 80% of BlackBriar's fees and 100% of BlackBriar's expenses incurred during the Fee Period.

Houston, TX
Dated: April 30, 2023

                                                    **BLACKBRIAR ADVISORS, LLC**

                                                    By: */s/ Robert Schleizer*
                                                    Robert Schleizer
                                                    2626 Cole Ave., Suite 300
                                                    Dallas, TX 75201
                                                    Telephone: 214-599-8600
                                                    Email: bschleizer@blackbriaradvisors.com


                                                    **FINANCIAL ADVISORS FOR DEBTOR ALEXANDER E. JONES**

---

[3] Such payment to be made first from any existing retainer funds held by BlackBriar for the Debtor.

**FOURTH MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 4**

## CERTIFICATE OF SERVICE

I certify that on April 30, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a.  Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b.  U.S. Trustee c/o Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c.  Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d.  Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e.  Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f.  Any other parties that the Court may designate.

*/s/ Christina W. Stephenson*
Christina W. Stephenson

## EXHIBIT "A"

### SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Airfare/Train | **$1,488.66** |
| Mileage | **23.60** |
| Meals | **918.48** |
| Auto | **1,227.75** |
| Hotel | **5,128.22** |
| Other | **48.00** |

# EXHIBIT "B"

## SUMMARY OF FEES AND EXPENSES BY CATEGORY
## FOR THE FEE PERIOD

| CATEGORIES | PROFESSIONAL TIME |
|---|---|
| B110 Case Administration | 308.58 |
| B120 Asset Analysis and Recovery | 28.50 |
| B130 Asset Disposition | 0.00 |
| B140 Relief from Stay/Adequate Protection | .70 |
| B150 Meetings of & Communications with Creditors | 2.90 |
| B160 Fee/Employment Applications | 3.60 |
| B170 Fee/Employment Objections | 0.00 |
| B180 Avoidance Action Analysis | 0.00 |
| B185 Assumption/Rejection of Executory Contracts | 0.00 |
| B190 Other Contested Matters | 0.00 |
| B195 Non-Working Travel | 44.80 |
| B210 Business Operations | 71.52 |
| B220 Employee Benefits/Pensions | 0.00 |
| B230 Financing/Cash Collections | 3.30 |
| B240 Tax Issues | 9.10 |
| B250 Real Estate | 0.00 |
| B260 Board of Directors Matters | 0.00 |
| B310 Claims Administration and Objections | 0.00 |
| B320 Plan and Disclosure Statement | 0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.00 |
| B420 Restructurings | 0.00 |
| **TOTALS:** | **473.0** |

## EXHIBIT "C"

## DETAILED RECORD OF FEES FOR THE FEE PERIOD

 

March 31, 2023

Alex E. Jones
c/o Shelby A. Jordan
**Jordan & Ortiz, P.C.**
6207 Bee Cave Road, Suite 120
Austin, TX 78746

|  | Re: | **Alexander E. Jones, Debtor In Possession** | **Case No. 22-33553** |
|---|---|---|---|

| **Billing Period:** | **March 1 through March 31, 2023** |
|---|---|
| **Invoice No.** | **AJ0301-23** |

**Professional Services Rendered:**

| Date | Professional | Description | Hours | Amount | Task Code |
|---|---|---|---|---|---|
| 3/1/2023 | BS | BlackBriar & attorneys all day meeting to go over SOFA & schedules | 5.00 | 2,500.00 | B110 |
| 3/1/2023 | BS | Fee App Preparation and Review | 1.20 | 600.00 | B160 |
| 3/1/2023 | BS | Call J.Haarman Mountain Way | 0.20 | 100.00 | B210 |
| 3/1/2023 | BS | Call R. Kennerley re: IRS claim ; correspondence IRS claim | 0.30 | 150.00 | B240 |
| 3/1/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 3/1/2023 | HK | BlackBriar & attorneys all day meeting to go over SOFA & schedules | 6.50 | 3,250.00 | B110 |
| 3/1/2023 | KN | Meet with V Driver, B Schleizer, H Kessler; | 2.50 | 1,000.00 | B110 |
| 3/1/2023 | KN | update QB financials | 2.00 | 800.00 | B210 |
| 3/2/2023 | BS | Fee App Preparation and Review | 0.40 | 200.00 | B160 |
| 3/2/2023 | HK | Worked on FSS settlement reconciliation & ESG settlement reconciliation and updated forecast | 1.50 | 750.00 | B230 |
| 3/2/2023 | HK | Worked on SOFA & schedules | 3.08 | 1,540.00 | B110 |
| 3/3/2023 | BS | Calls with BlackBriar & attorneys & S. Lemmon | 0.50 | 250.00 | B110 |
| 3/3/2023 | BS | BlackBriar conference call with Teneo & Nardello | 1.00 | 500.00 | B110 |
| 3/3/2023 | BS | Update call with BlackBriar & attorney | 0.50 | 250.00 | B110 |
| 3/3/2023 | BS | Internal update call regarding C. Cicack | 0.30 | 150.00 | B210 |
| 3/3/2023 | BS | Review FSS Bankruptcy plan | 2.10 | 1,050.00 | B110 |
| 3/3/2023 | BS | Personal Asset appraiser- Engage and pay | 0.80 | 400.00 | B120 |
| 3/3/2023 | HK | Calls with BlackBriar & attorneys & S. Lemmon | 0.50 | 250.00 | B110 |
| 3/3/2023 | HK | BlackBriar conference call with Teneo & Nardello | 1.00 | 500.00 | B110 |
| 3/3/2023 | HK | Update call with BlackBriar & attorney | 0.50 | 250.00 | B110 |
| 3/3/2023 | HK | Internal update call regarding C. Cicack | 0.30 | 150.00 | B210 |
| 3/3/2023 | HK | Updated Task List | 0.70 | 350.00 | B110 |
| 3/3/2023 | HK | Reviewed Akin Gump's Notice of The Official Committee of Unsecured Creditors Bankruptcy Rule 2004 Examination of Alex Jones Re: Alex-Jones-Live, 1776coin or Patriot Collectibles | 1.00 | 500.00 | B110 |
| 3/3/2023 | HK | Worked on SOFA & schedules | 1.70 | 850.00 | B110 |
| 3/3/2023 | KN | Consult with QB regarding QB reconciliations; update QB | 5.00 | 2,000.00 | B210 |
| 3/4/2023 | KN | Update QB, reconcile bank account | 6.50 | 2,600.00 | B210 |
| 3/5/2023 | KN | Reconcile bank accounts | 5.00 | 2,000.00 | B210 |
| 3/6/2023 | BS | Accounts payable; custody attorney | 0.40 | 200.00 | B210 |
| 3/6/2023 | HK | Updated ESG sales reconciliation | 0.30 | 150.00 | B230 |
| 3/6/2023 | HK | Worked on SOFA & schedules | 6.00 | 3,000.00 | B110 |
| 3/6/2023 | KN | Reconcile bank account; found bank error; updated QB | 6.00 | 2,400.00 | B210 |
| 3/7/2023 | BS | At FSS; meeting with A. Jones discuss ESG, operations of FSS; J. Haarman ; custody issues and | 1.00 | 500.00 | B210 |
| 3/7/2023 | BS | Storage unit inspections | 3.00 | 1,500.00 | B120 |
| 3/7/2023 | BS | Banking issues - denied transactions DIP account; trip to PNC | 0.50 | 250.00 | B210 |
| 3/7/2023 | BS | Meeting with R. Reeves Re: Youngivity | 0.50 | 250.00 | B120 |
| 3/7/2023 | BS | Bitcoin reconciliation and research | 1.50 | 750.00 | B210 |
| 3/7/2023 | BS | Worked on SOFA & schedules | 2.00 | 1,000.00 | B110 |
| 3/7/2023 | BS | IRS Bk claim; call with R. Kennerly | 0.20 | 100.00 | B240 |
| 3/7/2023 | BS | Information to UCC FA; update notes from meeting | 0.90 | 450.00 | B150 |
| 3/7/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 3/7/2023 | HK | At FSS; meeting with A. Jones | 1.00 | 500.00 | B210 |
| 3/7/2023 | HK | Meeting with R. Reeves Re: Youngivity | 0.50 | 250.00 | B120 |
| 3/7/2023 | HK | Worked on SOFA & schedules | 6.00 | 3,000.00 | B110 |
| 3/7/2023 | HK | Non-working travel | 3.00 | 750.00 | B195 |
| 3/7/2023 | KN | QB; update transactions | 3.50 | 1,400.00 | B210 |
| 3/8/2023 | BS | Meeting with PQPR attorney | 0.80 | 400.00 | B120 |
| 3/8/2023 | BS | Banking issues - denied transactions DIP account; research Tahoe ownership | 0.60 | 300.00 | B210 |
| 3/8/2023 | BS | Calls/Email w R. Kennerly various tax issues | 0.90 | 450.00 | B240 |
| 3/8/2023 | BS | Follow up - Cicak re contracts | 0.30 | 150.00 | B120 |
| 3/8/2023 | BS | Calls/Email wt. Bennett re bitcoin basis | 0.30 | 150.00 | B240 |

Re:     **Alexander E. Jones, Debtor In Possession**          **Case No. 22-33553**

**Billing Period:**          **March 1 through March 31, 2023**
**Invoice No.**              **AJ0301-23**

| Date | Init | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/8/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 3/8/2023 | HK | At FSS - worked on updating SOFA & schedules; research payments - call w D. Jones | 5.50 | 2,750.00 | B110 |
| 3/8/2023 | HK | Meeting with PQPR attorney | 0.80 | 400.00 | B120 |
| 3/8/2023 | HK | Call with Tyler Wolfe | 0.30 | 150.00 | B120 |
| 3/8/2023 | KN | QB; Banking issues | 3.00 | 1,200.00 | B210 |
| 3/9/2023 | HK | At FSS - worked on updating SOFA & schedules | 4.00 | 2,000.00 | B110 |
| 3/9/2023 | HK | Visited storage units with company appraising household goods | 2.50 | 1,250.00 | B120 |
| 3/9/2023 | HK | Meeting with Sub-chapter 5 trustee and attorney | 2.10 | 1,050.00 | B110 |
| 3/9/2023 | HK | Meeting with P. Magill of FSS | 1.02 | 510.00 | B210 |
| 3/10/2023 | BS | Engagement planning | 0.50 | 250.00 | B110 |
| 3/10/2023 | HK | Schedule agenda next week | 0.50 | 250.00 | B110 |
| 3/10/2023 | HK | Worked on SOFA & schedules | 4.50 | 2,250.00 | B110 |
| 3/10/2023 | HK | Non-working travel | 3.00 | 750.00 | B195 |
| 3/12/2023 | HK | Worked on financial reconciliations from exhibit's 7 & 8 answer to Interrogatory Regarding Net Worth for AJ & FSS | 1.50 | 750.00 | B110 |
| 3/13/2023 | BS | Accounting issues; bitcoin research; accounts payable | 3.50 | 1,750.00 | B210 |
| 3/13/2023 | HK | Non-working travel | 3.00 | 750.00 | B195 |
| 3/13/2023 | HK | At FSS working on SOFA and schedules | 8.50 | 4,250.00 | B110 |
| 3/13/2023 | KN | QB bank reconciliations | 5.00 | 2,000.00 | B210 |
| 3/14/2023 | BS | Work with personal asset appraisal issues | 0.70 | 350.00 | B120 |
| 3/14/2023 | BS | Calls/Email w T. Bennett re bitcoin basis; correspondence with R. Kennerly - tax return status | 0.50 | 250.00 | B240 |
| 3/14/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 3/14/2023 | BS | At FSS working on SOFA and schedules | 5.00 | 2,500.00 | B110 |
| 3/14/2023 | BS | Research and interview multiple asset search firms | 2.60 | 1,300.00 | B120 |
| 3/14/2023 | HK | At FSS working on SOFA and schedules | 10.00 | 5,000.00 | B110 |
| 3/14/2023 | KN | QB- MOR reconciliation | 4.00 | 1,600.00 | B210 |
| 3/15/2023 | BS | Work with personal asset appraisal issues | 0.40 | 200.00 | B120 |
| 3/15/2023 | BS | Communications with Asset Search firms; engage JSG. Provide information to initiate search | 3.00 | 1,500.00 | B120 |
| 3/15/2023 | BS | Inspect/research values - personal assets located at FSS office; send information to appraiser | 2.50 | 1,250.00 | B120 |
| 3/15/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 3/15/2023 | BS | At FSS working on SOFA and schedules | 7.20 | 3,600.00 | B110 |
| 3/15/2023 | HK | At FSS working on SOFA and schedules | 14.50 | 7,250.00 | B110 |
| 3/15/2023 | KN | SOFA instructions with Elisa; QB entries | 4.00 | 1,600.00 | B110 |
| 3/16/2023 | BS | Meet with A. Jones- operations and asset identification issues; discuss contracts/revenue | 0.90 | 450.00 | B210 |
| 3/16/2023 | BS | Cash flow management; accounting' accounts payable | 2.30 | 1,150.00 | B210 |
| 3/16/2023 | BS | call re: cryogenic valuation w manufacturer; information to appraiser | 1.50 | 750.00 | B120 |
| 3/16/2023 | BS | SOFA and schedules | 1.40 | 700.00 | B110 |
| 3/16/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 3/16/2023 | HK | At FSS working on SOFA and schedules | 7.00 | 3,500.00 | B110 |
| 3/16/2023 | HK | Non-working travel | 3.00 | 750.00 | B195 |
| 3/16/2023 | KN | Discussions with QB regarding pre petition entries; bank recon; MOR | 4.50 | 1,800.00 | B210 |
| 3/17/2023 | BS | SOFA and schedules; calls/emails research follow-up | 2.20 | 1,100.00 | B110 |
| 3/17/2023 | BS | Calls/emails - JSG Asset search information | 0.90 | 450.00 | B120 |
| 3/17/2023 | BS | SOFA and schedules; | 1.40 | 700.00 | B110 |
| 3/17/2023 | BS | SOFA and schedules; | 1.40 | 700.00 | B110 |
| 3/17/2023 | HK | Conference - attorney's office working on SOFA and schedules | 6.50 | 3,250.00 | B110 |
| 3/17/2023 | KN | MOR | 2.00 | 800.00 | B110 |
| 3/19/2023 | BS | Follow up - bitcoin/tax return status | 0.70 | 350.00 | B140 |
| 3/19/2023 | BS | Review Feb financials | 0.80 | 400.00 | B210 |
| 3/19/2023 | BS | Emails/research assets for SOFA meeting | 1.50 | 750.00 | B110 |
| 3/20/2023 | BS | Worked on SOFA schedules with attorney & BlackBriar | 6.50 | 3,250.00 | B110 |
| 3/20/2023 | BS | Research Mountain Way billings; reconcile to bank deposits | 1.30 | 650.00 | B120 |
| 3/20/2023 | BS | Calls/emails - JSG Asset search information | 0.50 | 250.00 | B120 |
| 3/20/2023 | HK | Worked on SOFA schedules with attorney & BlackBriar | 8.00 | 4,000.00 | B110 |
| 3/20/2023 | HK | FSS & ESG sales reconciliation | 1.00 | 500.00 | B230 |
| 3/20/2023 | KN | Meet with Bob, Harold, Vickie re SOFA | 7.50 | 3,000.00 | B110 |

|  | Re: | **Alexander E. Jones, Debtor In Possession** | **Case No. 22-33553** | | | |
|---|---|---|---|---|---|---|
| **Billing Period:** | | **March 1 through March 31, 2023** | | | | |
| **Invoice No.** | | **AJ0301-23** | | | | |
| 3/21/2023 | BS | Worked on SOFA schedules with attorney & BlackBriar | | 7.70 | 3,850.00 | B110 |
| 3/21/2023 | BS | Conversation FSS, BlackBriar and attorneys | | 0.50 | 250.00 | B110 |
| 3/21/2023 | BS | Work with personal asset appraisal issues | | 0.30 | 150.00 | B120 |
| 3/21/2023 | BS | Research/Information to JSG- asset search firm | | 0.40 | 200.00 | B120 |
| 3/21/2023 | HK | Worked on SOFA schedules with attorneys & BlackBriar | | 10.50 | 5,250.00 | B110 |
| 3/21/2023 | HK | Conversation FSS, BlackBriar and attorneys | | 0.50 | 250.00 | B110 |
| 3/21/2023 | KN | Meet with Bob, Harold, Vickie re SOFA | | 7.50 | 3,000.00 | B110 |
| 3/22/2023 | BS | Non-working travel - drive to Lufkin | | 2.80 | 700.00 | B195 |
| 3/22/2023 | BS | Meeting with R. Kennerly - AEJ 2021 taxes; calls w D. Jones; M Flores - PQPR; M. Schwarz; | | 3.10 | 775.00 | B240 |
| 3/22/2023 | HK | Worked on SOFA schedules | | 7.50 | 3,750.00 | B110 |
| 3/22/2023 | HK | Worked on SOFA schedules | | 7.50 | 3,750.00 | B110 |
| 3/22/2023 | KN | Update Feb MOR- QB entries; unclaimed property | | 5.00 | 2,000.00 | B110 |
| 3/23/2023 | BS | Tax issue follow up; calls emails, research; review return draft | | 2.00 | 500.00 | B240 |
| 3/23/2023 | BS | Worked on SOFA schedules with attorneys & BlackBriar | | 5.50 | 2,750.00 | B110 |
| 3/23/2023 | HK | Worked on FSS settlement reconciliation | | 0.50 | 250.00 | B230 |
| 3/23/2023 | HK | Worked on SOFA schedules with attorneys & BlackBriar | | 7.50 | 3,750.00 | B110 |
| 3/23/2023 | KN | Update Feb accounting and MOR; Discussions with David regarding transfers | | 3.50 | 1,400.00 | B210 |
| 3/24/2023 | BS | Non-working travel | | 6.00 | 1,500.00 | B195 |
| 3/24/2023 | BS | Inspect Prosperity safe deposit box | | 0.90 | 225.00 | B120 |
| 3/24/2023 | BS | On-site - operations/accounting/cash management/pnc - trip to PNC bank w AEJ | | 2.00 | 500.00 | B210 |
| 3/24/2023 | BS | Tax return information to R. Kennerly | | 0.50 | 125.00 | B240 |
| 3/24/2023 | BS | Worked on SOFA schedules with attorneys & BlackBriar | | 1.60 | 800.00 | B110 |
| 3/24/2023 | HK | Worked on SOFA schedules with attorneys & BlackBriar | | 10.00 | 5,000.00 | B110 |
| 3/24/2023 | HK | Call with UCC attorney | | 0.80 | 400.00 | B150 |
| 3/24/2023 | KN | Discussions with David, Leslie, Sarah, update financials | | 5.50 | 2,200.00 | B210 |
| 3/25/2023 | HK | Separated out household goods appraisal from Home & Lakehouse | | 0.70 | 350.00 | B120 |
| 3/25/2023 | HK | Worked on SOFA schedules | | 1.40 | 700.00 | B110 |
| 3/27/2023 | BS | Tax return information to R. Kennerly; Youngevity; emails/calls | | 0.80 | 200.00 | B240 |
| 3/27/2023 | BS | Calls/emails - JSG Asset search information | | 0.20 | 50.00 | B120 |
| 3/27/2023 | BS | Work on Mountain Way payment to FSS; calls emails w J. Shulse-FSS | | 1.50 | 375.00 | B120 |
| 3/27/2023 | BS | At attorney's office working on SOFA and schedules | | 7.00 | 3,500.00 | B110 |
| 3/27/2023 | HK | At attorney's office working on SOFA and schedules | | 10.50 | 5,250.00 | B110 |
| 3/27/2023 | KN | SOFA; meeting with Bob, Harold, Vickie | | 7.00 | 2,800.00 | B110 |
| 3/28/2023 | BS | At attorney's office working on SOFA and schedules | | 4.00 | 2,000.00 | B110 |
| 3/28/2023 | BS | Tax return information to R. Kennerly; Youngevity; emails/calls | | 0.50 | 125.00 | B240 |
| 3/28/2023 | BS | Fee App and billing review | | 1.50 | 750.00 | B160 |
| 3/28/2023 | BS | Calls/emails - JSG Asset search information | | 0.40 | 100.00 | B120 |
| 3/28/2023 | HK | At attorney's office working on SOFA and schedules | | 11.00 | 5,500.00 | B110 |
| 3/28/2023 | KN | MOR update; SOFA update | | 6.00 | 2,400.00 | B110 |
| 3/29/2023 | BS | Non-working travel | | 3.00 | 750.00 | B195 |
| 3/29/2023 | BS | At attorney's office working on SOFA and schedules | | 3.00 | 1,500.00 | B110 |
| 3/29/2023 | BS | Tax return to UST | | 0.20 | 100.00 | B110 |
| 3/29/2023 | BS | Research assets on JSG report | | 1.50 | 750.00 | B120 |
| 3/29/2023 | HK | At attorney's office working on SOFA and schedules | | 7.00 | 3,500.00 | B110 |
| 3/29/2023 | KN | SOFA budget update; Feb MOR update | | 7.50 | 3,000.00 | B110 |
| 3/30/2023 | BS | At FSS- banking - trip to pnc w A Jones; accounting/cash management | | 1.20 | 600.00 | B210 |
| 3/30/2023 | BS | FSS hearing | | 1.10 | 550.00 | B110 |
| 3/30/2023 | BS | Fee App and billing review | | 0.50 | 250.00 | B160 |
| 3/30/2023 | BS | Research assets on JSG report | | 0.20 | 100.00 | B120 |
| 3/30/2023 | BS | Review global notes - SOFA | | 0.60 | 300.00 | B110 |
| 3/30/2023 | BS | SOFA budget update; Feb MOR update | | 1.00 | 500.00 | B110 |
| 3/30/2023 | BS | Continued Telephonic Meeting of the Creditors | | 0.60 | 300.00 | B150 |
| 3/30/2023 | BS | Non-working travel | | 3.00 | 750.00 | B195 |
| 3/30/2023 | HK | Working on finalizing SOFA & schedules | | 8.00 | 4,000.00 | B110 |
| 3/30/2023 | HK | Continued Telephonic Meeting of the Creditors | | 0.60 | 300.00 | B150 |
| 3/30/2023 | KN | Compare SOFA/MOR; update March MOR; listen to hearing | | 4.00 | 1,600.00 | B110 |
| 3/31/2023 | HK | Working on finalizing SOFA & schedules | | 4.20 | 2,100.00 | B110 |
| | | | | **473.00** | **$ 211,675.00** | |

**Re:**  **Alexander  E. Jones, Debtor In Possession**       **Case No. 22-33553**

| Billing Period: | March 1 through March 31, 2023 |
| Invoice No. | AJ0301-23 |

|  |  |  |
|---|---|---|
| Total hours for Robert Schleizer (BS) | 157.50 | $  67,575.00 |
| Total hours for Harold Kessler (HK) | 209.00 | 101,500.00 |
| Total hours for Kathy Norderhaug (KN) | 106.50 | 42,600.00 |
|  | **473.00** | **$ 211,675.00** |

**Expenses**

| From attached expense breakdown | $    8,307.85 |
|---|---|
| **Total Expenses** | **$    8,307.85** |

**Total Invoice Amount**                                      **$ 219,982.85**

**BlackBriar Advisors LLC**
**2626 Cole Ave., Suite 300**
**Dallas, TX   75204**

**Alex E. Jones**
**Billing Period:**       **March 1 through March 31, 2023**
**Invoice:**            **AJ0301-23**

| Date | Airfare/Train | Mileage | Meals | Auto | Hotel | Other | Total |
|---|---|---|---|---|---|---|---|
| 1-Mar | - | - | - | 369.79 | 226.98 | - | 596.77 |
| 2-Mar | 337.80 | - | - | - | - | 24.00 | 361.80 |
| 3-Mar | - | - | - | - | - | - | - |
| 4-Mar | - | - | - | - | - | - | - |
| 5-Mar | - | - | - | - | - | - | - |
| 6-Mar | - | - | - | - | - | - | - |
| 7-Mar | 129.00 | 5.90 | 146.43 | - | 347.49 | - | 628.82 |
| 8-Mar | - | - | 222.63 | - | - | - | 222.63 |
| 9-Mar | 129.00 | 5.90 | 19.11 | 18.89 | 1,114.76 | - | 1,287.66 |
| 10-Mar | - | - | - | 443.46 | - | - | 443.46 |
| 11-Mar | - | - | - | - | - | - | - |
| 12-Mar | - | - | - | - | - | - | - |
| 13-Mar | 466.80 | 5.90 | 156.06 | 14.63 | - | - | 643.39 |
| 14-Mar | - | - | 34.42 | - | - | - | 34.42 |
| 15-Mar | - | - | - | - | - | - | - |
| 16-Mar | 129.00 | 5.90 | 43.41 | - | 2,060.66 | - | 1,712.11 |
| 17-Mar | - | - | - | - | 1,378.33 | 24.00 | 1,402.33 |
| 18-Mar | - | - | - | - | - | - | - |
| 19-Mar | - | - | - | - | - | - | - |
| 20-Mar | - | - | - | - | - | - | - |
| 21-Mar | - | - | - | - | - | - | - |
| 22-Mar | - | - | - | - | - | - | - |
| 23-Mar | - | - | - | - | - | - | - |
| 24-Mar | - | - | - | 355.98 | - | - | 355.98 |
| 25-Mar | - | - | 63.00 | - | - | - | 63.00 |
| 26-Mar | - | - | - | - | - | - | - |
| 27-Mar | - | - | - | - | - | - | - |
| 28-Mar | - | - | - | - | - | - | - |
| 29-Mar | 297.06 | - | 233.42 | - | - | - | 530.48 |
| 30-Mar | - | - | - | 25.00 | - | - | 25.00 |
| 31-Mar | - | - | - | - | - | - | - |
| **Total** | **$ 1,488.66** | **$ 23.60** | **$ 918.48** | **$ 1,227.75** | **$ 5,128.22** | **$ 48.00** | **$ 8,307.85** |