| Alexander Emric Jones | | | | | | | Case No. 22-33553 | |
|---|---|---|---|---|---|---|---|---|

**Part 1 - Statement of Cash Receipts and Disbursements**
**March 1 - March 31, 2023**

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 735,728 | 4,905 | 4,978 | 26,245 | 10,786 | 1,206 | 5,000 | 788,848 |
| Cash Receipts | 104,601 | | | | 2 | | | 104,603 |
| Cash Disbursements | (203,555) | (252) | | | (301) | | | (204,108) |
| **Net Cash Flow** | **636,774** | **4,653** | **4,978** | **26,245** | **10,487** | **1,206** | **5,000** | **689,343** |
| Transfer In | | | | | | | | 0 |
| Transfers Out | | | | | | | | 0 |
| **Ending Bank Balance** | **636,774** | **4,653** | **4,978** | **26,245** | **10,487** | **1,206** | **5,000** | **689,343** |

**Debtor's Name** Alexander Emric Jones                                        Case No. 22-33553

## Part 5: Professional Fees and Expenses

### a.

| | | | Approved Current Month | Approved Cumulative | Paid Current Month* | Paid Cumulative* |
|---|---|---|---:|---:|---:|---:|
| *Debtors prof fees & expenses (bankruptcy) Aggregate Total* | | | 260,367 | 556,459 | 260,367 | 556,459 |
| *Itemized Breakdown by Firm* | | | | | | |
| Add | Firm name | Role | | | | |
| | **BlackBriar Advisors** | Financial Advisors | 129,678 | 189,675 | 129,678 | 189,675 |
| | **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | 105,266 | 278,964 | 105,266 | 278,964 |
| | **Jordan & Ortiz** | Co-Counsel to Debtor | 22,603 | 84,999 | 22,603 | 84,999 |
| | **Rachel Kennerly** | Tax Accountant | 2,820 | 2,820 | 2,820 | 2,820 |

Delete  * All amounts paid from retainers provided prepetition. Professional fees will not be reported in the debtors income statement until retainers are depleted.

### b.

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| *Debtors prof fees & expenses (nonbankruptcy) Aggregate Total* | | | | | |
| *Itemized Breakdown by Firm* | | | | | |
| Add | Firm name | Role | | | |
| Delete | **None** | | | | |

# Alex Jones
# Balance Sheet
## As of March 31, 2023

|  | Total |
|---|---:|
| **ASSETS** |  |
|   **Current Assets** |  |
|     **Bank Accounts** |  |
|       Bank of America #2913 | 10,487 |
|       Bank of America #6078 | 5,000 |
|       Chase #3520 | 1,206 |
|       Chase #7518 | 26,245 |
|       PNC #5233 DIP | 636,775 |
|       Prosperity Bank #9175 | 4,653 |
|       Security Bank #8548 | 4,978 |
|     **Total Bank Accounts** | **689,345** |
|     **Accounts Receivable** |  |
|       Accounts Receivable | 31,262 |
|     **Total Accounts Receivable** | **31,262** |
|     **Other Current Assets** |  |
|       Bitcoin Account | 6,240 |
|       Cash on Hand | 1,000 |
|       Federal Income Tax Receivable | 3,807,459 |
|       GiveSendGo | 915 |
|       GiveSendGo-Legal | 64,243 |
|       Inventory Platinum | 541,707 |
|       Legal Trust Account | 55,694 |
|       Petty Cash for Child Care | 81 |
|       PreMarital Prepayment | 134,213 |
|       Rental Property Escrow | 14,477 |
|       Uncategorized Asset | 0 |
|       Undeposited Funds | 0 |
|     **Total Other Current Assets** | **4,626,029** |
|   **Total Current Assets** | **5,346,636** |
|   **Fixed Assets** |  |
|     Homestead | 2,612,800 |
|     Lakehouse | 1,750,000 |
|     Ranch Property | 2,189,220 |
|     Rental Property | 505,000 |
|     **Vehicles and Marine Assets** |  |
|       Chevy Tahoe 2 | 60,034 |
|       Dodge Challenger | 67,575 |
|       Dodge Charger | 70,618 |
|       Ford Expedition | 21,463 |
|       Marine Assets | 137,800 |
|     **Total Vehicles and Marine Assets** | **357,490** |
|   **Total Fixed Assets** | **7,414,510** |
|   **Other Assets** |  |
|     Interests In Trust | 2,658,350 |
|     Ownership Interests in Non Public Entities | 17,697 |
|     Personal Property | 171,536 |
|   **Total Other Assets** | **2,847,583** |
| **TOTAL ASSETS** | **15,608,729** |

# Alex Jones
# Balance Sheet
### As of March 31, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Total Accounts Payable** | **(584)** |
|       **Other Current Liabilities** | |
|         Accrued Professional Fees | 102,141 |
|         Payroll Tax Payable-Child Care | 3,731 |
|         Payroll Tax Withheld-Child Care | 6,371 |
|       **Total Other Current Liabilities** | **112,242** |
|     **Total Current Liabilities** | **111,658** |
|     **Long-Term Liabilities** | |
|       Rental Property Mortgage | 32,424 |
|     **Total Long-Term Liabilities** | **32,424** |
|   **Total Liabilities** | **144,082** |
|   **Equity** | |
|     Opening Balance Equity | 15,291,945 |
|     **Owner's Investment** | |
|       OtherDeposits/Transfers | 171,668 |
|     **Total Owner's Investment** | **171,668** |
|     **Owner's Pay & Personal Expenses** | |
|       Gifts | 59,712 |
|     **Total Owner's Pay & Personal Expenses** | **59,712** |
|     Retained Earnings | 11,354 |
|     Net Income | (70,034) |
|   **Total Equity** | **15,464,645** |
| **TOTAL LIABILITIES AND EQUITY** | **15,608,728** |

# Alex Jones
## Profit and Loss
### March 2023

| | | Total |
|---|---:|---:|
| **Income** | | |
|   FreeSpeech Payroll | | 40,000 |
|   Interest Income | | 2 |
|   Rental Income | | 1,200 |
|   Sales of Product Income | | 112,149 |
|     Cost of Goods Sold | | -22,680 |
|     Selling Expense | | -50,322 |
|   Total Sales of Product Income | $ | 39,147 |
| **Total Income** | $ | 80,349 |
| **Payroll deductions** | | |
|   Child Support- Garnished | | 1,846 |
|   Medical Insurance Premiums | | 1,029 |
|   Payroll Taxes withheld | | 14,320 |
| **Total Payroll deductions** | $ | 17,194 |
| **Net Receipts** | $ | 63,155 |
| **Expenses** | | |
|   Living Expenses | | |
|     Auto/Trucks/Watercraft | | |
|       Auto/Boat Maintenance | | 372 |
|       Boat Storage | | 1,718 |
|       Fuel | | 1,224 |
|     Total Auto/Trucks/Watercraft | $ | 3,313 |
|     Family | | |
|       Child Care | | 9,513 |
|       Groceries | | 715 |
|       Homestead | | |
|         Maintenance | | 8,375 |
|           Housekeeping | | 7,546 |
|           Misc. Supplies and Services | | 2,434 |
|         Total Maintenance | $ | 18,355 |
|         Phone/Internet | | 761 |
|         Utilities | | 3,014 |
|       Total Homestead | $ | 22,130 |
|       Insurance | | 165 |
|       Meals & Entertainment | | 1,601 |
|         Apple/Netflix/Hulu charges | | 450 |
|       Total Meals & Entertainment | $ | 2,051 |
|       Medical | | 153 |
|       Other | | 840 |
|       PreMarital Obligation | | 15,184 |
|       School and Kid's Activities | | |
|         Activities | | 1,563 |
|       Total School and Kid's Activities | $ | 1,563 |
|     Total Family | $ | 52,315 |
|   Total Living Expenses | $ | 55,628 |
|   Other Expenses | | |
|     Bank Charges & Fees | | 541 |
|     Business Expenses | | 290 |
|     Interest Paid | | 365 |
|     Legal & Professional Fees(1) | | 98,530 |
|     Real Estate | | |
|       Total Austin Condos | $ | 919 |
|       Lakehouse | | |
|         Lakehouse Maintenance | | 1,200 |
|       Total Lakehouse | $ | 1,200 |
|       Ranch property | | 27 |
|     Total Real Estate | $ | 2,146 |
|     Rental Storage Units | | 1,766 |
|     Travel | | 317 |
|   Total Other Expenses | $ | 103,955 |
|   US Trustee Fees | | 2,040 |
| **Total Expenses** | $ | 161,624 |
| **Net Operating Income** | -$ | 98,469 |
| **Net Income** | -$ | 98,469 |

(1) Represent professional fees accrued and approved not covered by prepetition retainers

**Alexander Emric Jones**  **Case No. 22-33553**
### Part 7.a. - Payments on Pre Petition Debt
### March 1-March 31, 2023

| Date | Payee | Amount | Description |
|---|---|---|---|
| 3/1/2023 | B of A Mortgage | 492 | Principal Payment; total payment was $1,836.19- interest of $180.98, escrow of $1,162.76 |
| 3/31/2023 | B of A Mortgage | 495 | Principal Payment; total payment was $1,836.19- interest of $183.98, escrow of $1,162.76 |