## Exhibit A

**341 Meeting Transcript**

24

1      MR. RUFF:  All right.  Mr. Schleizer, can you do me

2  a favor and raise your right hand, and let me know when it's

3  raised?

4      MR. SCHLEIZER:  It's raised.

5      MR. RUFF:  All right.

6     (The oath was administered.)

7      MR. RUFF:  Mr. Schleizer, can you please explain for

8  me what you were able to identify -- let me ask a little more

9  foundational question.

10     Mr. Schleizer, did you calculate on behalf of

11 Mr. Jones this $103,000 figure that we find on his Schedule I?

12     MR. SCHLEIZER:  Yes.

13     MR. RUFF:  Okay.  What sources of income were you

14 able to identify for line item 8-H on Mr. Jones' Schedule I?

15     MR. SCHLEIZER:  That number consists exclusively of

16 a forecasted revenue from the ESG sales, which were -- it

17 started on Note 16 in December.  And we looked at historical

18 supplemental sales that had been done for similar products,

19 but at that time, Mr. Jones only sources of cashflow were

20 coming from the ESG contract and from his salary.

21     Historically, he's had other sources of income, but

22 none of those were calculable, were able to be calculated, for

23 personal appearances or other things as most of that was

24 running through Free Speech.

25     So simple answer, that was forecasted revenue off of