UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: ALEXANDER E. JONES | § § § | Case No. 22-33553-CML |
| Debtor | § § § | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Stephen A. Roberts and the firm of Stephen A. Roberts, P.C. files this Notice of Appearance and Request for Notice.

1.  Stephen A. Roberts and the firm of Stephen A. Roberts, P.C. have been retained by David Ross Jones and Carol Jones, parties in interest.

2.  My mailing address and email address is:

    Stephen A. Roberts
    Stephen A. Roberts, PC
    1400 Marshall Ln
    Austin, TX 78703
    sroberts@srobertslawfirm.com

3.  I request that I be included on the mailing matrix and be served with notice of all matters and proceedings filed in the this bankruptcy case in accordance with applicable rules.

Respectfully Submitted:

/s/ *Stephen A. Roberts*
Stephen A. Roberts
Tx Bar Number 17019200
Stephen A. Roberts, PC
1400 Marshall Ln
Austin, TX 78703
(512) 431-7337
sroberts@srobertslawfirm.com
Counsel for David Ross Jones and Carol Jones

2 | P a g e

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of foregoing motion was filed on May 10, 2023 using the CM/ECF system which will send notification to all parties entitled to notice under Local Bankruptcy Rule 9013-1.

*/s/ Stephen A Roberts*
