# EXHIBIT 5

| | | |
|---|---|---|
| DOCKET NO: FBT-CV18-6075078-S : | : | SUPERIOR COURT |
| ERICA LAFFERTY, ET AL., | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| ALEX EMRIC JONES, ET AL. | : | NOVEMBER 21, 2018 |

### SPECIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants Alex Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC, hereby move this Honorable Court to dismiss Plaintiffs' Complaint (Dkt. No. 1-1) under Connecticut's Anti-SLAPP statute, Conn. Gen. Stat. § 52-196a. Plaintiffs' Complaint should be dismissed in its entirety, as the claims are based on speech on an issue of public concern and Plaintiffs lack probable cause of succeeding on the merits of their claims. In support hereof, Defendants rely upon the memorandum of law submitted herewith.

As set forth more fully in the memorandum of law, examination of the alleged statements made about Plaintiffs, involuntary and/or limited purpose public figures, shows they are neither capable of being deemed false statements of fact nor made with actual malice. No underlying torts occurred and there is no conspiracy or agency relationship among the defendants.

WHEREFORE Defendants respectfully request the Complaint be dismissed with prejudice, and the Court award Defendants the reasonable costs and attorneys' fees as prescribed by the statute, though Defendants waive any fees in excess of one dollar.

Dated: November 21, 2018.

Respectfully submitted,
INFOWARS DEFENDANTS

By:/s/ Jay M. Wolman
Jay M. Wolman – Juris #433791 of
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
P: 702-420-2001
F: 305-437-7662
Their Attorneys

Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor, Hartford, CT 06103 Tel: 702-420-2001 Fax: 305-437-7662

## CERTIFICATION

I hereby certify that a copy of the above was mailed or electronically delivered on this 21st day of November 2018 to all counsel and pro se parties of record and that written consent for electronic delivery was received from all counsel and pro se parties of record who were electronically served including:

William M. Bloss
Matthew S. Blumenthal
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgebort, CT 06604
<wbloss@koskoff.com>
<mblumenthal@koskoff.com>

*Attorneys for Plaintiffs*

Stephen P. Brown
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
1010 Washington Blvd., 8th Floor
Stamford, CT 06901
<stephen.brown@wilsonelser.com>

*Attorney for Defendant*
*Midas Resources, Inc.*

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776
<wolfgang.halbig@comcast.net>

*Self-Represented Defendant*

Lawrence L. Connelli
REGNIER TAYLOR CURRAN & EDDY
100 Pearl Street, 4th Floor
Hartford, Connecticut 06103
<LConnelli@rtcelaw.com>

*Attorney for Defendant*
*Cory T. Sklanka*

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, MN 55337
<t.anderson@gcnlive.com>

*Representative for Defendant*
*Genesis Communications Network, Inc.*

/s/ Jay M. Woman 433791
Jay M. Wolman

Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor, Hartford, CT 06103 Tel: 702-420-2001 Fax: 305-437-7662