# EXHIBIT 6

ORDER   421277

DOCKET NO: FBTCV186075078S

SUPERIOR COURT

LAFFERTY, ERICA Et Al
   V.
JONES, ALEX EMRIC Et Al

JUDICIAL DISTRICT OF FAIRFIELD
   AT BRIDGEPORT

12/17/2018

<u>ORDER</u>

ORDER REGARDING:
12/10/2018 123.00 MOTION FOR ORDER

The foregoing, having been considered by the Court, is hereby:

ORDER:

Having considered the pleadings and argument of cause, the court finds good cause for limited discovery in this matter. The court will take up each discovery objection following the filing of an affidavit by counsel indicating that counsel attempted to resolve each objection but have been unable to reach an agreement.

Judicial Notice (JDNO) was sent regarding this order.

421277
_____

Judge: BARBARA N BELLIS