IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 (Subchapter V) |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | Case No. 22-60043 (CML) |
| | § | |
|    Debtor. | § | |
| ------------------------------------------------ | § | |
| **In re:** | § | |
| | § | Chapter 11 |
| **ALEXANDER E. JONES,** | § | |
| | § | Case No. 22-33553 (CML) |
|    Debtor. | § | |

**DEBTOR ALEXANDER E. JONES'S
CROSS-NOTICE OF 2004 SUBPOENA TO TESTIFY AT A DEPOSITION**

Debtor Alexander E. Jones ("Jones"), by and through undersigned counsel, submits this cross-notice to the *Notice of Rule 2004 Subpoena to Testify at a Deposition*[1] of Charlie Cicack (the "Examinee") and the *Joinder of the Official Committee of Unsecured Creditors of Alexander E. Jones to the Notice of Rule 2004 Subpoena to Testify at a Deposition*[2] of the Examinee (collectively, the "Rule 2004 Notices"), and will participate in the examination of the Examinee on May 17, 2023 at 10:30 a.m. Pacific Time, at the law firm of Akin Gump Strauss Hauer & Felt LLP, 1999 Avenue of the Stars, #600, Los Angeles, CA 90067. The examination will continue from day-to-day until completed. Jones hereby joins the Rule 2004 Notices, and will examine the Examinee on the topics in the attached Exhibit A.

---

[1] *See In re Free Speech Systems, LLC* (the "FSS Case"), Case No. 22-60043 (CML), filed May 8, 2023 in the United States Bankruptcy Court for the Southern District of Texas (Doc. No. 587).

[2] *See* the FSS Case, filed May 10, 2023 (Doc. No. 588); *see also In re Alexander E. Jones*, Case No. 22-33553 (CML), filed May 10, 2023 in the United States Bankruptcy Court for the Southern District of Texas (Doc. No. 267).

**CROSS-NOTICE OF 2004 EXAMINATION OF CHARLIE CICACK – Page 1**

Dated: May 16, 2023

        **CROWE & DUNLEVY, P.C.**

        By: /s/ *Vickie L. Driver*
        Vickie L. Driver
        State Bar No. 24026886
        Christina W. Stephenson
        State Bar No. 24049535
        2525 McKinnon St., Suite 425
        Dallas, Texas 75201
        Telephone:  737-218-6187
        Email:  dallaseservice@crowedunlevy.com

        **ATTORNEYS FOR DEBTOR**
        **ALEXANDER E. JONES**

**CERTIFICIATE OF CONFERENCE**

I certify that on May 1, 2023 I conferred with counsel for the Examinee, Walter Cicack, regarding this Cross-Notice of 2004 Examination of Charlie Cicack, and counsel was not opposed.

/s/ *Vickie L. Driver*
Vickie L. Driver

**CERTIFICATE OF SERVICE**

I certify that on May 16, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Vickie L. Driver*
Vickie L. Driver

## **EXHIBIT A**

The deposition examination will relate to the following topics:

1. **The acts, conduct, property, transactions, liabilities, and financial condition of Free Speech Systems, LLC and Alex Jones.**

2. **Your business dealings, if any, with Free Speech Systems, LLC, Alex Jones, and/or any associated persons or entities.**

3. **Any matters in which you are involved affecting the administration of either of the Debtors' estates.**

4. **The operation of Free Speech Systems, LLC, including the source of any money or property acquired or to be acquired by Free Speech Systems, LLC and the consideration given or offered therefor.**

5. **Alex Jones, including the source of any money or property acquired or to be acquired by Alex Jones and the consideration given or offered therefor.**

6. **Any other matter relevant to the case or the formation of a plan.**