United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 18, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of  New York :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-1000<br>(212) 872-7401<br>New York (5475363) |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: May 18, 2023        Signed: /s/ Theodore James Salwen |

| COURT USE ONLY: The applicant's state bar reports their status as: Currently registered . |
|---|
| Dated: 05/18/2023        Signed: /s/ Z. Compean<br>                                Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: May 18, 2023

_____
Christopher Lopez
United States Bankruptcy Judge