United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 18, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of New York:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Anna Kordas<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-1000<br>(212) 872-1026<br>New York (5308499); New Jersey (131512014) |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: May 18, 2023    Signed: /s/ Anna Kordas |

| COURT USE ONLY: The applicant's state bar reports their status as: Currently registered. |
|---|
| Dated: 05/18/2023    Signed: /s/ Z. Compean<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: May 18, 2023

Christopher M. Lopez
Christopher Lopez
United States Bankruptcy Judge