Electronic Appearance Sheet

Christina Stephenson, Crowe & Dunlevy
Client(s): Alex Jones

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Marty Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Marty Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Anna Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Alexander E. Jones

Shelby Jordan, Jordan & Ortiz, P.C.
Client(s): Alex E. Jones

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Texas Plaintiffs

Anna Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committe of Unsecured Creditors

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

James Salwen, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Electronic Appearance Sheet

Christina Stephenson, Crowe & Dunlevy
Client(s): Alex Jones