IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| ALEXANDER E. JONES, | § | |
| | § | Case No. 22-33553 |
| Debtor | § | |

## NOTICE OF WITHDRAWAL OF
## DECLARATION OF ALINOR C. STERLING IN SUPPORT OF
## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
## [Docket 278]

PLEASE TAKE NOTICE that the Connecticut Plaintiffs' Affidavit of Alinor C. Sterling in Support of Plaintiffs' Motion for Summary Judgment [Dkt. 278] was inadvertently filed under this case number and is hereby WITHDRAWN.

Respectfully submitted this 19th day of May 2023.

      /s/ Ryan E. Chapple
Ryan E. Chapple
State Bar No. 24036354
rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEYS FOR
CONNECTICUT PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Withdrawal has been served through the Court's Case Management/Electronic Case Filing system on this 19th day of May 2023.

      */s/ Ryan E. Chapple*
Ryan E. Chapple