United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 18, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Theodore James Salwen<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-1000<br>(212) 872-7401<br>New York (5475363) |

Seeks to appear as the attorney for this party:

Official Committee of Unsecured Creditors

| Dated: May 18, 2023 | Signed: /s/ Theodore James Salwen |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: __Currently registered__.

| Dated: 05/18/2023 | Signed: /s/ Z. Compean<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Signed: May 18, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-33553-cml |
| Alexander E. Jones | Chapter 11 |
| Official Committee Of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 6 |
| Date Rcvd: May 18, 2023 | Form ID: pdf002 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Theodore James Salwen, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850 Austin, TX 78701-0137 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| crcm | + | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Suite 203, Austin, TX 78701-2720 |
| cr | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | May 18 2023 19:53:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | May 18 2023 19:53:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| intp | | David Ross Jones |
| cr | | David Wheeler |
| cr | | Donna Soto |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 6 |
| Date Rcvd: May 18, 2023 | Form ID: pdf002 | Total Noticed: 17 |

| | |
|---|---|
| cr | Jillian Soto-Marino |
| cr | Mark Barden |
| cr | Nicole Hockley |
| cr | Robert Parker |
| cr | William Aldenberg |
| cr | William Sherlach |

TOTAL: 15 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Bradley J. Reeves | on behalf of Creditor Reeves Law  PLLC bradley.reeves@pillsburylaw.com |
| Christina Walton Stephenson | on behalf of Debtor Alexander E. Jones Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Christina Walton Stephenson | on behalf of Defendant Alexander E. Jones Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Elizabeth Carol Freeman | on behalf of Interested Party Melissa A Haselden liz@lizfreemanlaw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |

| | |
|---|---|
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Jarrod B. Martin | on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Estate of Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jason Starks | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jennifer Jaye Hardy | on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | on behalf of Plaintiff Neil Heslin jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com  mao@willkie.com |
| John D Malone | on behalf of Creditor Security Bank of Texas myra@johnmalonepc.com  myra@johnmalonepc.com |
| Johnie J Patterson | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 6 |
| Date Rcvd: May 18, 2023 | Form ID: pdf002 | Total Noticed: 17 |

on behalf of Creditor Elevated Solutions Group  LLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Marty L Brimmage

on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Nicole Hockley mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Carlos M Soto mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Mark Barden mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor William Sherlach mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor William Aldenberg mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Francine Wheeler mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Donna Soto mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor David Wheeler mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Neil Heslin mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Robert Parker mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Ian Hockley mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 6 |
| Date Rcvd: May 18, 2023 | Form ID: pdf002 | Total Noticed: 17 |

Melissa A Haselden
 mhaselden@haseldenfarrow.com
 haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Melissa A Haselden
 on behalf of Interested Party Melissa A Haselden mhaselden@haseldenfarrow.com
 haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Nicholas Lawson
 on behalf of Creditor Neil Heslin nick.lawson@mhllp.com patricia.flores@mhllp.com

Nicholas Lawson
 on behalf of Creditor Marcel Fontaine nick.lawson@mhllp.com patricia.flores@mhllp.com

Nicholas Lawson
 on behalf of Creditor Veronique De La Rosa nick.lawson@mhllp.com patricia.flores@mhllp.com

Nicholas Lawson
 on behalf of Creditor Scarlett Lewis nick.lawson@mhllp.com patricia.flores@mhllp.com

Nicholas Lawson
 on behalf of Creditor Leonard Pozner nick.lawson@mhllp.com patricia.flores@mhllp.com

Raymond William Battaglia
 on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com

Ryan E Chapple
 on behalf of Plaintiff David Wheeler rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Creditor Carlos M Soto rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Creditor William Aldenberg rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Creditor Mark Barden rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Plaintiff William Sherlach rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Creditor Donna Soto rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Creditor Robert Parker rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Creditor William Sherlach rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Creditor Jacqueline Barden rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Creditor David Wheeler rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
 on behalf of Plaintiff Robert Parker rchapple@cstrial.com aprentice@cstrial.com

| District/off: 0541-4 | User: ADIuser | Page 6 of 6 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: pdf002 | Total Noticed: 17 |

Ryan E Chapple
    on behalf of Plaintiff Ian Hockley rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Jennifer Hensel rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff William Aldenberg rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Nicole Hockley rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Mark Barden rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Francine Wheeler rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Ian Hockley rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Donna Soto rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Richard M. Coan rchapple@cstrial.com aprentice@cstrial.com

Shelby A Jordan
    on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com

Shelby A Jordan
    on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com

Stephen A Roberts
    on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Vickie L Driver
    on behalf of Creditor Free Speech Systems  LLC Vickie.Driver@crowedunlevy.com, elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Vickie L Driver
    on behalf of Defendant Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Vickie L Driver
    on behalf of Debtor Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Yoshie Valadez
    on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com yvaladez@mccarthyholthus.com

TOTAL: 105