| Alexander Emric Jones | | | | | | | Case No. 22-33553 | |
|---|---|---|---|---|---|---|---|---|

**Part 1 - Statement of Cash Receipts and Disbursements**
**April 1- April 30, 2023**

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Opening Balance** | 636,774 | 4,653 | 4,978 | 26,245 | 10,487 | 1,206 | 5,000 | 689,343 |
| Cash Receipts | 67,746 | | | | 2 | | | 67,747 |
| Cash Disbursements | (116,411) | (251) | | | (67) | | | (116,729) |
| **Net Cash Flow** | **588,109** | **4,402** | **4,978** | **26,245** | **10,422** | **1,206** | **5,000** | **640,362** |
| Transfer In | | | | | | | | 0 |
| Transfers Out | | | | | | | | 0 |
| **Ending Bank Balance** | **588,109** | **4,402** | **4,978** | **26,245** | **10,422** | **1,206** | **5,000** | **640,362** |

# Alex Jones
# Balance Sheet
# April 2023

|  |  | Total |
|---|---|---:|
| **ASSETS** | | |
| **Current Assets** | | |
|   Bank Accounts | | |
|     Bank of America #2913 | | 10,422 |
|     Bank of America #6078 | | 5,000 |
|     Chase #3520 | | 1,206 |
|     Chase #7518 | | 26,245 |
|     PNC #5233 DIP | | 588,109 |
|     Prosperity Bank #9175 | | 4,402 |
|     Security Bank #8548 | | 4,978 |
|   **Total Bank Accounts** | $ | **640,362** |
|   Accounts Receivable | | |
|     Accounts Receivable | | 87,591 |
|   **Total Accounts Receivable** | $ | **87,591** |
|   Other Current Assets | | |
|     Bitcoin Account | | 8,765 |
|     Cash on Hand | | 1,000 |
|     Federal Income Tax Receivable | | 3,807,459 |
|     GiveSendGo | | 915 |
|     GiveSendGo-Legal | | 64,243 |
|     Inventory Platinum | | 506,196 |
|     Legal Trust Account | | 55,694 |
|     Petty Cash for Child Care | | 514 |
|     PreNup Pre Payment | | 119,613 |
|     Prepayment -Legal Account | | 50,000 |
|     Rental Property Escrow | | 14,477 |
|   **Total Other Current Assets** | $ | **4,628,876** |
| **Total Current Assets** | $ | **5,356,829** |
| **Fixed Assets** | | |
|   Homestead | | 2,612,800 |
|   Lakehouse | | 1,750,000 |
|   Ranch Property | | 2,189,220 |
|   Rental Property | | 505,000 |
|   Vehicles and Marine Assets | | |
|     Chevy Tahoe 2 | | 60,034 |
|     Dodge Challenger | | 67,575 |
|     Dodge Charger | | 70,618 |
|     Ford Expedition | | 21,463 |
|     Marine Assets | | 137,800 |
|   **Total Vehicles and Marine Assets** | $ | **357,490** |
| **Total Fixed Assets** | $ | **7,414,510** |
| **Other Assets** | | |
|   Interests In Trust | | 2,658,350 |
|   Ownership Interests in Non Public Entities | | 17,667 |
|   Personal Property | | 171,536 |
| **Total Other Assets** | $ | **2,847,553** |
| **TOTAL ASSETS** | $ | **15,618,893** |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
|   Current Liabilities | | |
|     Accrued Professional Fees | | 381,865 |
|     Payroll Tax Payable-Child Care | | 739 |

# Alex Jones
# Balance Sheet
# April 2023

| | | |
|---|---:|---:|
| **Payroll Tax Withheld-Child Care** | | 2,549 |
| **Total Other Current Liabilities** | $ | **385,154** |
| **Total Current Liabilities** | $ | **385,154** |
| **Long-Term Liabilities** | | |
|    **Rental Property Mortgage** | | 32,424 |
| **Total Long-Term Liabilities** | $ | **32,424** |
| **Total Liabilities** | $ | **417,578** |
| **Equity** | | |
|   **Opening Balance Equity** | | 15,291,945 |
|   **Owner's Investment** | | |
|     **OtherDeposits/Transfers** | | 171,668 |
|   **Total Owner's Investment** | $ | **171,668** |
|   **Owner's Pay & Personal Expenses** | | |
|     **Gifts** | | 60,401 |
| **Total Owner's Pay & Personal Expenses** | $ | **60,401** |
|   **Retained Earnings** | | 13,190 |
|   **Net Income** | | -335,890 |
| **Total Equity** | $ | **15,201,315** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **15,618,893** |

# Alex Jones
# Profit and Loss
# April 2023

| | | |
|---|---:|---:|
| **Income** | | |
|   FreeSpeech Payroll | | 40,000 |
|   Interest Income | | 2 |
|   Rental Income | | 1,200 |
|   Sales of Product Income | | 179,724 |
|     Cost of Goods Sold | | -35,510 |
|     Selling Expense | | -79,654 |
|   Total Sales of Product Income | $ | 64,559 |
| **Total Income** | $ | 105,761 |
| **Payroll deductions** | | |
|   Child Support- Garnished | | 1,846 |
|   Medical Insurance Premiums | | 1,029 |
|   Payroll Taxes withheld | | 14,320 |
| **Total Payroll deductions** | $ | 17,194 |
| **Net Receipts** | $ | 88,567 |
| **Expenses** | | |
|   Living Expenses | | |
|     Auto/Trucks/Watercraft | | |
|       Auto/Boat Maintenance | | 1,718 |
|       Boat Storage | | 1,230 |
|       Fuel | | 1,573 |
|     Total Auto/Trucks/Watercraft | $ | 4,521 |
|     Family | | |
|       Child Care | | 12,820 |
|       Groceries | | 3,791 |
|       Homestead | | |
|         Maintenance | | 1,310 |
|           Housekeeping | | 9,895 |
|           Misc. Supplies and Services | | 2,503 |
|         Total Maintenance | $ | 13,708 |
|         Phone/Internet | | 407 |
|         Repairs | | 6,515 |
|         Utilities | | 2,427 |
|       Total Homestead | $ | 23,056 |
|       Household Purchases | | 325 |
|       Insurance | | 39 |
|       Meals & Entertainment | | 3,394 |
|         Apple/Netflix/Hulu charges | | 424 |
|       Total Meals & Entertainment | $ | 3,817 |
|       Medical | | 630 |
|       Other | | 685 |
|       PreNup Obligation | | 15,184 |
|       School and Kid's Activities | | |
|         Activities | | 3,533 |
|       Total School and Kid's Activities | $ | 3,533 |
|     Total Family | $ | 63,879 |
|   Total Living Expenses | $ | 68,400 |
|   Other Expenses | | |
|     Bank Charges & Fees | | 430 |
|     Business Expenses | | 189 |
|     Legal & Professional Services | | 279,724 |
|     Real Estate | | |
|       Austin Condos | | |
|         Condo HOA | | 660 |
|         Condo Utilities and Maintenance | | 1,286 |
|       Total Austin Condos | $ | 1,946 |
|       Lakehouse | | |
|         Lakehouse Internet | | 355 |
|         Lakehouse Maintenance | | 979 |
|       Total Lakehouse | $ | 1,334 |
|       Ranch property | | 27 |
|     Total Real Estate | $ | 3,307 |
|     Rental Storage Units | | 2,024 |
|     Travel | | 349 |
|   Total Other Expenses | $ | 286,022 |
| **Total Expenses** | $ | 354,422 |
| **Net Operating Income** | -$ | 265,856 |
| **Net Income** | -$ | 265,856 |

**Debtor's Name** Alexander Emric Jones                                                                                    Case No. 22-33553

**Part 5: Professional Fees and Expenses**

a.

| | | | Approved Current Month | Approved Cumulative | Paid Current Month* | Paid Cumulative* |
|---|---|---|---|---|---|---|
| *Debtors prof fees & expenses (bankruptcy) Aggregate Total* | | | 393,079 | 1,221,871 | 113,355 | 842,046 |
| *Itemized Breakdown by Firm* | | | | | | |
| | Firm name | Role | | | | |
| | **BlackBriar Advisors** | Financial Advisors | 177,648 | 476,178 | 0 | 200,000 |
| | **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | 173,076 | 575,031 | 98,045 | 500,000 |
| | **Jordan & Ortiz** | Co-Counsel to Debtor | 36,716 | 162,202 | 15,311 | 140,796 |
| | **Rachel Kennerly** | Tax Accountant | 5,640 | 8,460 | 0 | 1,250 |

\* All amounts paid from retainers provided prepetition. Professional fees will not be reported in the debtors income statement until retainers are depleted.

b.

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| *Debtors prof fees & expenses (nonbankruptcy) Aggregate Total* | | | | | | |
| *Itemized Breakdown by Firm* | | | | | | |
| | Firm name | Role | | | | |
| | **None** | | | | | |