**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALEXANDER E. JONES, | ) | Case No. 22-33553 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF TENEO CAPITAL LLC'S FIRST MONTHLY FEE STATEMENT FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD FROM
JANUARY 19, 2023 THROUGH JANUARY 31, 2023**

| Name of Applicant: | Teneo Capital LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | March 21, 2023 (effective as of January 19, 2023) | |
| | **Beginning of Period:** | **End of Period** |
| **Time period covered by this Statement:** | 1/19/2023 | 1/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total fees requested in this Statement:** | | $27,444.30 |
| **Total expenses requested in this Statement:** | | $0 |
| **Total fees and expenses requested in this Statement (exclusive of 20% Holdback):** | | $21,955.44 |
| **Total fees and expenses referenced in this Statement (inclusive of 20% Holdback):** | | $27,444.30 |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. 106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtor is authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* (the "Fee Procedures Order") [Docket No. 106] Teneo Capital LLC ("Teneo"), as financial advisor to the Official Committee of Unsecured Creditors, hereby files its *First Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Financial Advisor to the Committee for the Period from January 19, 2023 through January 31, 2023* (the "Monthly Fee Statement").

1.      By this Monthly Fee Statement, and pursuant to the Fee Procedures Order, Teneo seeks interim payment of $21,955.44 (80% of $27,444.30) as compensation for professional services rendered to the Committee during the period of January 19, 2023 through January 31, 2023 (the "Fee Period") and reimbursement of actual and necessary expenses in the amount $0, for a total amount of $21,955.44.

2.      In support of the Monthly Fee Statement, Teneo submits a *Summary of Professional Fees by Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Professional Fees by Task Category as Financial Advisor for the Fee Period*, attached hereto as **Exhibit B**, a *Detailed Time Entry by Task Category and Professional as Financial*

*Advisor for the Fee Period*, attached hereto as **Exhibit C**, a *Summary of Expenses Incurred by Category as Financial Advisor for the Fee Period*, attached hereto as **Exhibit D**, and a *Detailed Expenses Incurred by Category and Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit E**.

3.      Pursuant to the Fee Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses shall, within fourteen (14) days of service of the Monthly Fee Statement, serve via email to Teneo, and the following Notice Parties (as defined in the Fee Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "Notice of Objection") fourteen (14) days after service of this Monthly Fee Statement:

(a)     co-counsel to Debtor, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com);

(b)     co-counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com);

(c)     U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St,Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov;

(d)     counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com,mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com);

(e)     counsel to the Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com); and

(f)     counsel to the Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com).

4.      If a Notice of Objection is timely served pursuant to the Fee Procedures Order, the objecting party and Teneo shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtor shall promptly pay Teneo an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5.      Teneo has made every effort to coordinate with Nardello & Co. and to minimize any duplication of effort. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: May 23, 2023

/s/ *Gary Polkowitz*

**Teneo Capital LLC**
Gary Polkowitz
Senior Managing Director
280 Park Avenue, 4th Floor
New York, NY 10117
Telephone: (212) 593-2255
Email: gary.polkowitz@teneo.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**Summary of Professional Fees by Professional as Financial Advisor
For the Period January 19, 2023 through January 31, 2023**

| Professional | Title | Bill Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Robin Chiu | Sr. Managing Director | $683 | 4.0 | $2,732.00 |
| Gary Polkowitz | Sr. Managing Director | $683 | 9.1 | $6,215.30 |
| Marc Kirschner | Sr. Managing Director | $650 | 3.3 | $2,145.00 |
| Alyssa Scotti | Vice President | $508 | 14.0 | $7,112.00 |
| Nicholas Lee | Analyst | $280 | 28.6 | $8,008.00 |
| Sidney Yune | Analyst | $280 | 4.4 | $1,232.00 |
| **Subtotal Hours and Fees** | | | **62.1** | **$27,444.30** |
| Less: Voluntary Reduction (General) | | | - | - |
| Less: Voluntary Reduction (Travel Time) | | | - | - |
| **Total Hours and Fees** | | | **62.1** | **$27,444.30** |

---

[1] Teneo has agreed to provide its services on a discounted hourly basis. Specifically, Teneo has agreed to discount its customary hourly rate by 30%, except for Marc S. Kirschner, Senior Managing Director, whose customary hourly rate will be discounted by 50%. Teneo has also agreed that such rates will not be subject to any periodic increases.

## EXHIBIT B

### Summary of Professional Fees by Task Category as Financial Advisor
### For the Period January 19, 2023 through January 31, 2023

| Project Categories ` | Total Hours | Total Fees |
|---|---|---|
| Business Plan, Budgets Forecasts | 0.6 | $236.40 |
| Case Administration | 4.7 | $2,063.60 |
| Meetings and Communications with UCC and Counsel | 7.1 | $4,569.00 |
| Retention and Fee Applications | 2.4 | $1,549.40 |
| Strategy and Financial Advisory Services to UCC | 48.6 | $19,025.90 |
| **TOTAL** | **63.4** | **$27,444.30** |

**EXHIBIT C**

**Detailed Time Entry by Task Category and Teneo Professional as Financial Advisor
For the Period January 19, 2023 through January 31, 2023**

**Teneo Capital LLC**
**Time Period: January 19, 2023 to January 31, 2023**                                           **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Alyssa Scotti | 1/26/2023 | Business Plan, Budgets Forecasts | Call with N. Lee for transactions diligence for Alex Jones. | 0.3 | 508 | $152.40 |
| Nicholas Lee | 1/26/2023 | Business Plan, Budgets Forecasts | Call with A. Scotti for transactions diligence for Alex Jones. | 0.3 | 280 | $84.00 |
| | | **Business Plan, Budgets Forecasts** | | **0.6** | | **$236.40** |
| Marc Kirschner | 1/23/2023 | Case Administration | Internal meeting with R. Chiu , G. Polkowitz, A. Scotti | 0.5 | 650 | $325.00 |
| Alyssa Scotti | 1/23/2023 | Case Administration | Organization meeting with R. Chiu , G. Polkowitz, M. Kirschner | 0.5 | 508 | $254.00 |
| Nicholas Lee | 1/23/2023 | Case Administration | Interactions with IT to set up account and enroll for access to Akin Gump's workspace. | 0.1 | 280 | $28.00 |
| Nicholas Lee | 1/23/2023 | Case Administration | Set up account for access to Akin Gump's workspace. | 0.6 | 280 | $168.00 |
| Robin Chiu | 1/23/2023 | Case Administration | Meeting with M. Kirschner, G. Polkowitz and A. Scotti on workstreams | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 1/23/2023 | Case Administration | Meeting with M. Kirschner, R. Chiu and A. Scotti on workstreams | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 1/23/2023 | Case Administration | Email interactions with n. Lee re: Akin Gump data room. | 0.2 | 508 | $101.60 |
| Nicholas Lee | 1/23/2023 | Case Administration | Email interactions with A. Scotti re: Akin Gump data room. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 1/23/2023 | Case Administration | Review latest developments, including news. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 1/24/2023 | Case Administration | Review docket to check for monthly operating report filing. | 0.1 | 280 | $28.00 |
| Nicholas Lee | 1/24/2023 | Case Administration | Interactions with IT to set up account and enroll for access to Akin Gump's workspace. | 0.8 | 280 | $224.00 |
| Nicholas Lee | 1/25/2023 | Case Administration | Interactions with IT to set up account and enroll for access to Akin Gump's workspace. | 0.3 | 280 | $84.00 |
| Nicholas Lee | 1/26/2023 | Case Administration | Background research into matter, including advisors for Alex Jones and FSS. | 0.2 | 280 | $56.00 |
| | | **Case Administration** | | **4.7** | | **$2,063.60** |
| Robin Chiu | 1/25/2023 | Meetings and Communications with UCC and Counsel | call with G. Polkowitz, and A. Scotti, the Nardello team and the Akin Gump team to discuss allocation of work among professionals | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 1/25/2023 | Meetings and Communications with UCC and Counsel | Participate on UCC professional call with R. Chiu, and G.Polkowitz, the Nardello team and the Akin Gump team to discuss allocation of work among professionals | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 1/25/2023 | Meetings and Communications with UCC and Counsel | Participate on UCC professional call with R. Chiu, and A. Scotti, the Nardello team and the Akin Gump team to discuss allocation of work among professionals | 0.5 | 683 | $341.50 |
| Robin Chiu | 1/26/2023 | Meetings and Communications with UCC and Counsel | Weekly Creditor Committee call with counsel, Nardello, M. Kirschner, G. Polkowitz, A. Scotti | 0.8 | 683 | $546.40 |
| Alyssa Scotti | 1/26/2023 | Meetings and Communications with UCC and Counsel | members, Akin, Nardello and Teneo(M Kirschner, R Chiu and G Polkowitz) | 0.8 | 508 | $406.40 |

**Teneo Capital LLC**
**Time Period: January 19, 2023 to January 31, 2023**                                                    **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|----------|------|-----------------|------|-----------|------|--------|
| Gary Polkowitz | 1/26/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. Kirschner, R. Chiu, A. Scotti, M. Kirschner, members of the Akin Gump and Nardello teams and member's counsel | 0.8 | 683 | $546.40 |
| Marc Kirschner | 1/26/2023 | Meetings and Communications with UCC and Counsel | Attend inital Committee meeting and follow up with A. Scotti, G. Polkowitz, R. Chiu | 0.8 | 650 | $520.00 |
| Gary Polkowitz | 1/31/2023 | Meetings and Communications with UCC and Counsel | Participated on introduction call with R. Chiu, A. Scotti, the Akin Gump, Nardell, BlackBriar and Crowe & Dunlevy teams | 0.8 | 683 | $546.40 |
| Marc Kirschner | 1/31/2023 | Meetings and Communications with UCC and Counsel | Participated on introduction call with R. Chiu, A. Scotti, the Akin Gump, Nardello, BlackBriar and Crowe & Dunlevy teams | 0.8 | 650 | $520.00 |
| Robin Chiu | 1/31/2023 | Meetings and Communications with UCC and Counsel | Intro to Debtor advisors with S. Brauner, D. Zensky, B. Schleizer, H. Kessler, G. Polkowitz, M. Kirschner, A. Scotti, H. Master, K. Porter, N. Peck, N. Lombardi, A. Kordas | 0.8 | 0.8 | $546.40 |
| | | **Meetings and Communications with UCC and Counsel** | | **7.1** | | **$4,569.00** |
| Gary Polkowitz | 1/24/2023 | Retention and Fee Applications | Gather information to begin to prepare Teneo's retention application | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 1/24/2023 | Retention and Fee Applications | Call with R. Fad and A. Scotti on retention matters | 0.4 | 683 | $273.20 |
| Alyssa Scotti | 1/24/2023 | Strategy and Financial Advisory Services to UCC | Call with R. Fad and G. Polkowitz on retention matters | 0.4 | 508 | $203.20 |
| Marc Kirschner | 1/25/2023 | Retention and Fee Applications | Review draft Teneo scope of services revise | 0.2 | 650 | $130.00 |
| Gary Polkowitz | 1/30/2023 | Retention and Fee Applications | Tend to retention matters | 0.5 | 683 | $341.50 |
| Marc Kirschner | 1/30/2023 | Retention and Fee Applications | Melanie Miller email re: same and email comments to G. Polkowitz | 0.4 | 650 | $260.00 |
| | | **Retention and Fee Applications** | | **2.4** | | **$1,549.40** |
| Gary Polkowitz | 1/23/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed correspondence related to coordination of professional work | 0.2 | 683 | $136.60 |
| Alyssa Scotti | 1/25/2023 | Strategy and Financial Advisory Services to UCC | Review case file documents in Relativity | 1.6 | 508 | $812.80 |
| Alyssa Scotti | 1/25/2023 | Strategy and Financial Advisory Services to UCC | Financial Advisory coordination call with Akin, Teneo and Nardello Team | 0.5 | 508 | $254.00 |
| Nicholas Lee | 1/25/2023 | Strategy and Financial Advisory Services to UCC | Continue to analyze monthly operating reports of FSS. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 1/25/2023 | Strategy and Financial Advisory Services to UCC | Analyze monthly operating reports of FSS. | 2.9 | 280 | $812.00 |
| Nicholas Lee | 1/25/2023 | Strategy and Financial Advisory Services to UCC | Analysis of Jones financial information and distribursements | 2.2 | 280 | $616.00 |
| Gary Polkowitz | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Review of Alex Jones December 2022 MOR | 0.3 | 683 | $204.90 |
| Alyssa Scotti | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner, G. Polkowitz and R. Chiu on case strategy after the weekly UCC call | 0.3 | | $152.40 |
| Robin Chiu | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner, G. Polkowitz and A. Scotti on case strategy after the weekly UCC call | 0.3 | 683 | $204.90 |
| Nicholas Lee | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Analyze monthly operating reports of FSS. | 0.3 | 280 | $84.00 |

**Teneo Capital LLC**
**Time Period: January 19, 2023 to January 31, 2023**                                                    **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|----------|------|-----------------|------|-----------|------|--------|
| Nicholas Lee | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Review files in Akin Gump data room for transactions research. | 0.3 | 280 | $84.00 |
| Marc Kirschner | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, R. Chiu and A. Scotti on case strategy after the weekly UCC call | 0.3 | 650 | $195.00 |
| Marc Kirschner | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Review summary of assets prepared by Nardello | 0.2 | 650 | $130.00 |
| Nicholas Lee | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Analysis Jones financial information and distribursements | 0.2 | 280 | $56.00 |
| Nicholas Lee | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Interactions, including emails and messages with A. Scotti for transactions research. | 0.2 | 280 | $56.00 |
| Alyssa Scotti | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Review re: analysis of Jones financial information and distribursements | 0.9 | 508 | $457.20 |
| Alyssa Scotti | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Review re: analysis of Jones financial information and distribursements | 0.9 | 508 | $457.20 |
| Nicholas Lee | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Review re: analysis of Jones financial information and distribursements | 2.9 | 280 | $812.00 |
| Nicholas Lee | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Continue review re: analysis of Jones financial information and distribursements | 2 | 280 | $560.00 |
| Sidney Yune | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Prepare timeline on Alex Jones events | 1.5 | 280 | $420.00 |
| Alyssa Scotti | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Review monthly operating reports filed by FSS | 1.2 | 508 | $609.60 |
| Gary Polkowitz | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Review of FSS MORs from July 2022 thru December | 1 | 683 | $683.00 |
| Gary Polkowitz | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Call with R. Chiu, A. Scotti, N. Lee and S. Yune discuss the Alex Jones and FSS MORs | 0.5 | 683 | $341.50 |
| Nicholas Lee | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, R. Chiu, A. Scotti, S. Yune re: progress on work and next steps. | 0.5 | 280 | $140.00 |
| Sidney Yune | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Call to Discuss AEJ - December 2022 Bank Reconciliations and Statements | 0.5 | 280 | $140.00 |
| Robin Chiu | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Discussion on MOR analysis and document review with A. Scotti, G. Polkowitz, S. Yune and N. Lee | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Internal Teneo (R Chui, G Polkowitz, S Yune, N Lee) re: bank statements and reconciliation | 0.5 | 508 | $254.00 |
| Alyssa Scotti | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Internal Teneo call with M Kirschner, R Chiu and G Polkowitz re: case strategy | 0.3 | 508 | $152.40 |
| Gary Polkowitz | 1/26/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner, R. Chiu and A. Scotti on case strategy after the weekly UCC call | 0.3 | 683 | $204.90 |
| Nicholas Lee | 1/27/2023 | Strategy and Financial Advisory Services to UCC | Analyze Jones financial information and disbursements | 2.9 | 280 | $812.00 |
| Nicholas Lee | 1/27/2023 | Strategy and Financial Advisory Services to UCC | Continue to analyze 2022 bank reconciliation and statements to classify all receipts and disbursements. | 1.7 | 280 | $476.00 |
| Alyssa Scotti | 1/27/2023 | Strategy and Financial Advisory Services to UCC | Review transaction analysis re: Jones disbursements | 1.3 | 508 | $660.40 |
| Alyssa Scotti | 1/27/2023 | Strategy and Financial Advisory Services to UCC | Review transaction analysis re: Jones financial information | 0.7 | 508 | $355.60 |
| Nicholas Lee | 1/29/2023 | Strategy and Financial Advisory Services to UCC | Analyze Jones financial information and disbursements | 0.5 | 280 | $140.00 |

**Teneo Capital LLC**
**Time Period: January 19, 2023 to January 31, 2023**                                                                                    **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Nicholas Lee | 1/30/2023 | Strategy and Financial Advisory Services to UCC | Work on deck for December 2022 monthly operating reports analysis for committee call. | 2.9 | 280 | $812.00 |
| Nicholas Lee | 1/30/2023 | Strategy and Financial Advisory Services to UCC | Continue to work on deck for December 2022 monthly operating reports analysis for committee call. | 2.1 | 280 | $588.00 |
| Sidney Yune | 1/30/2023 | Strategy and Financial Advisory Services to UCC | Work on UCC Deck | 0.6 | 280 | $168.00 |
| Sidney Yune | 1/30/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee and G. Polkowitz to go over initial draft of first UCC deck to be presented on 2/1 | 0.6 | 280 | $168.00 |
| Nicholas Lee | 1/30/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, S. Yune regarding comments to deck for committee call. | 0.6 | 280 | $168.00 |
| Gary Polkowitz | 1/30/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee and S. Yune to go over initial draft of first UCC deck to be presented on 2/1 | 0.6 | 683 | $409.80 |
| Nicholas Lee | 1/30/2023 | Strategy and Financial Advisory Services to UCC | Email interactions for deck on December 2022 monthly operating reports analysis. | 0.5 | 280 | $140.00 |
| Gary Polkowitz | 1/30/2023 | Strategy and Financial Advisory Services to UCC | Review and comment on draft deck to the Alex Jones UCC | 0.4 | 683 | $273.20 |
| Gary Polkowitz | 1/30/2023 | Strategy and Financial Advisory Services to UCC | Teleconference with M. Kirschner re: Strategy | 0.1 | 683 | $68.30 |
| Robin Chiu | 1/30/2023 | Strategy and Financial Advisory Services to UCC | Review of presentation to the UCC | 0.1 | 683 | $68.30 |
| Marc Kirschner | 1/30/2023 | Strategy and Financial Advisory Services to UCC | Teleconference with G. Polkowitz re: Strategy | 0.1 | 650 | $65.00 |
| Sidney Yune | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee and G. Polkowitz to go over initial draft of first UCC deck to be presented on 2/1 | 0.6 | 280 | $168.00 |
| Gary Polkowitz | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti, N. Lee and S. Yune to make changes to the UCC presentation deck for the UCC call | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Review UCC Presentation materials | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee, A. Scotti, S. Yune re: comments on deck. | 0.5 | 683 | $341.50 |
| Nicholas Lee | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Work on deck for December 2022 monthly operating reports analysis for committee call. | 2.2 | 280 | $616.00 |
| Alyssa Scotti | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Update UCC Presentation materials | 1.3 | 508 | $660.40 |
| Alyssa Scotti | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Participated on introduction call with R. Chiu, A. Scotti, the Akin Gump, Nardell, BlackBriar and Crowe & Dunlevy teams | 0.8 | 508 | $406.40 |
| Gary Polkowitz | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Review and comment on draft of the UCC presentation deck for the UCC call on 2/1 | 0.7 | 683 | $478.10 |
| Sidney Yune | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Comment on UCC Deck | 0.6 | 280 | $168.00 |
| Alyssa Scotti | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, N.Lee S. Yune re: comments on deck. | 0.5 | 508 | $254.00 |
| Nicholas Lee | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, A. Scotti, S. Yune re: comments on deck. | 0.5 | 280 | $140.00 |
| Robin Chiu | 1/31/2023 | Strategy and Financial Advisory Services to UCC | motion on commercial property lease | 0.3 | 683 | $204.90 |
| Robin Chiu | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Comments to MOR analysis in UCC presentation | 0.2 | 683 | $136.60 |
| Nicholas Lee | 1/31/2023 | Strategy and Financial Advisory Services to UCC | Email interactions for deck on December 2022 monthly operating reports analysis. | 0.2 | 280 | $56.00 |

**Teneo Capital LLC**
**Time Period: January 19, 2023 to January 31, 2023**                                                                                    **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| | | **Strategy and Financial Advisory Services to UCC** | | 48.6 | | **$19,025.90** |
| | | **Total** | | **63.4** | | **$27,444.30** |

**EXHIBIT D**

**Summary of Expenses Incurred by Category as Financial Advisor
For the Period January 19, 2023 through January 31, 2023**

**None for the Fee Period**

**EXHIBIT E**

**Detailed Expenses Incurred by Category and Professional as Financial Advisor
For the Period January 19, 2023 through January 31, 2023**

**None for the Fee Period**