IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ALEXANDER E. JONES, | Case No. 22-33553 (CML) |
| Debtor. | |

**NOTICE OF TENEO CAPITAL LLC'S SECOND MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Name of Applicant: | Teneo Capital LLC | |
|---|---|---|
| Applicant's Role in Case: | Financial Advisor to the Official Committee of the Unsecured Creditors | |
| Date Order of Employment Signed: | March 21, 2023 (effective as of January 19, 2023) | |
| | **Beginning of Period:** | **End of Period** |
| Time period covered by this Statement: | 2/1/2023 | 2/28/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested in this Statement: | | $87,514.50 |
| Total expenses requested in this Statement: | | $0.00 |
| Total fees and expenses requested in this Statement (exclusive of 20% Holdback): | | $70,011.60 |
| Total fees and expenses referenced in this Statement (inclusive of 20% Holdback): | | $87,514.50 |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. 106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* (the "Fee Procedures Order") [Docket No. 106], Teneo Capital LLC ("Teneo"), as financial advisor to the Official Committee of Unsecured Creditors, hereby files its *Second Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Financial Advisor to the Committee for the Period from February 1, 2023 through February 28, 2023* ("the Monthly Fee Statement").

1. By this Monthly Fee Statement, and pursuant to the Fee Procedures Order, Teneo seeks interim payment of $70,011.60 (80% of $87,514.50) as compensation for professional services rendered to the Committee during the period of February 1, 2023 through February 28, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $0, for a total amount of $70,011.60.

2. In support of the Monthly Fee Statement, Teneo submits a *Summary of Professional Fees by Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Professional Fees by Task Category for the Fee Period*, attached hereto as **Exhibit**

**B**, a *Detailed Time Entry by Task Category and Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit C**, a *Summary of Expenses Incurred by Category as Financial Advisor for the Fee Period*, attached hereto as **Exhibit D**, and a *Detailed Expenses Incurred by Category and Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit E**.

3. Pursuant to the Fee Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses shall, within fourteen (14) days of service of the Monthly Fee Statement, serve via email to Teneo, and the following Notice Parties (as defined in the Fee Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "Notice of Objection") fourteen (14) days after service of this Monthly Fee Statement:

(a) co-counsel to Debtor, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com);

(b) co-counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com);

(c) U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St,Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov;

(d) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com,mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com);

(e) counsel to the Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com); and

(f) counsel to the Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com).

4. If a Notice of Objection is timely served pursuant to the Fee Procedures Order, the objecting party and the Teneo shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtor shall promptly pay Teneo an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5. Teneo has made effort to coordinate with Nardello & Co. and to minimize any duplication of effort. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: May 23, 2023

/s/ *Gary Polkowitz*
**Teneo Capital LLC**
Gary Polkowitz
Senior Managing Director
280 Park Avenue, 4th Floor
New York, NY 10117
Telephone: (212) 593-2255
Email: gary.polkowitz@teneo.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**Summary of Professional Fees by Professional as Financial Advisor
For the Period February 1, 2023 through February 28, 2023**

| Professional | Title | Bill Rate[1] | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Robin Chiu | Sr. Managing Director | $683 | 15.0 | $10,245.00 |
| Gary Polkowitz | Sr. Managing Director | $683 | 27.3 | $18,645.90 |
| Marc Kirschner | Sr. Managing Director | $650 | 22.8 | $14,820.00 |
| Alyssa Scotti | Vice President | $508 | 47.7 | $23,231.60 |
| Nicholas Lee | Analyst | $280 | 30.7 | $8,596.00 |
| Sidney Yune | Analyst | $280 | 39.2 | $10,976.00 |
| **Subtotal Hours and Fees** | | | **182.7** | **$87,514.50** |
| Less: Voluntary Reduction (General) | | | - | - |
| Less: Voluntary Reduction (Travel Time) | | | - | - |
| **Total Hours and Fees** | | | **182.7** | **$87,514.50** |

---

[1] Teneo has agreed to provide its services on a discounted hourly basis. Specifically, Teneo has agreed to discount its customary hourly rate by 30%, except for Marc S. Kirschner, Senior Managing Director, whose customary hourly rate will be discounted by 50%. Teneo has also agreed that such rates will not be subject to any periodic increases.

**EXHIBIT B**

**Summary of Professional Fees by Task Category Descriptions as Financial Advisor
For the Period February 1, 2023 through February 28, 2023**

| Project Categories ` | Total Hours | Total Fees |
|---|---|---|
| Attendance of Court Hearings | 3.4 | $2,040.10 |
| Business Plan, Budgets Forecasts | 24 | $6,972.40 |
| Case Administration | 10.6 | $5,500.70 |
| Investigation | .5 | $140.00 |
| Litigation and Expert Work | 4.5 | $2,727.70 |
| Mediation | 3.3 | $2,055.80 |
| Meetings and Communications with UCC and Counsel | 29.0 | $17,055.80 |
| Retention and Fee Applications | 19.1 | $11,194.00 |
| Strategy and Financial Advisory Services to UCC | 88.3 | $39,828.00 |
| **TOTAL** | **182.7** | **$87,514.50** |

**EXHIBIT C**

**Detailed Time Entry by Task Category and Teneo Professional as Financial Advisor
For the Period February 1, 2023 through February 28, 2023**

**Teneo Capital LLC**
Time Period: February 1, 2023 to February 28, 2023                                                                                                                  Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Nicholas Lee | 2/14/2023 | Attendance of Court Hearings | Listen into court hearing for AEJ and FSS. | 0.7 | 280 | $196.00 |
| Robin Chiu | 2/23/2023 | Attendance of Court Hearings | Call into 341 meeting | 2.7 | 683 | $1,844.10 |
| | | **Attendance of Court Hearings** | | **3.4** | | **$2,040.10** |
| Nicholas Lee | 2/1/2023 | Business Plan, Budgets Forecasts | Work on deck for December 2022 monthly operating report analysis for committee call. | 0.8 | 280 | $224.00 |
| Robin Chiu | 2/3/2023 | Business Plan, Budgets Forecasts | Review of proposed budget and related correspondence | 0.2 | 683 | $136.60 |
| Nicholas Lee | 2/8/2023 | Business Plan, Budgets Forecasts | Review Akin Gump email re: AEJ and FSS tax returns. | 0.4 | 280 | $112.00 |
| Nicholas Lee | 2/9/2023 | Business Plan, Budgets Forecasts | Review line items from FSS tax returns. | 0.5 | 280 | $140.00 |
| Nicholas Lee | 2/9/2023 | Business Plan, Budgets Forecasts | Review line items from AEJ tax returns. | 1.5 | 280 | $420.00 |
| Sidney Yune | 2/13/2023 | Business Plan, Budgets Forecasts | Work on AEJ Tax Return Analysis | 1.1 | 280 | $308.00 |
| Sidney Yune | 2/13/2023 | Business Plan, Budgets Forecasts | Review of Motion to Assume Lease Documents | 2.1 | 280 | $588.00 |
| Nicholas Lee | 2/15/2023 | Business Plan, Budgets Forecasts | Analyze SOFA, SOAL, and cash collateral budget. | 2.9 | 280 | $812.00 |
| Nicholas Lee | 2/15/2023 | Business Plan, Budgets Forecasts | Continue to analyze SOFA, SOAL, and cash collateral budget. | 1.4 | 280 | $392.00 |
| Nicholas Lee | 2/15/2023 | Business Plan, Budgets Forecasts | Review income stated on SOFA vs. tax returns. | 0.6 | 280 | $168.00 |
| Robin Chiu | 2/15/2023 | Business Plan, Budgets Forecasts | Correspondence with team re: cash collateral budget and review of SOFA and SOALs | 0.2 | 683 | $136.60 |
| Nicholas Lee | 2/16/2023 | Business Plan, Budgets Forecasts | Analyze SOFA, SOAL, and cash collateral budget. | 1.9 | 280 | $532.00 |
| Nicholas Lee | 2/16/2023 | Business Plan, Budgets Forecasts | Review warehouse sale motion and order. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 2/21/2023 | Business Plan, Budgets Forecasts | Analyze SOFA, SOAL, and cash collateral budget for weekly call presentation with UCC. | 2.9 | 280 | $812.00 |
| Nicholas Lee | 2/21/2023 | Business Plan, Budgets Forecasts | Continue to analyze SOFA, SOAL, and cash collateral budget for weekly call presentation with UCC. | 0.6 | 280 | $168.00 |
| Nicholas Lee | 2/21/2023 | Business Plan, Budgets Forecasts | Call with N. Lee re: SOFA, SOAL, budget analyses. | 0.2 | 280 | $56.00 |
| Sidney Yune | 2/21/2023 | Business Plan, Budgets Forecasts | Call with N. Lee re: SOFA, SOAL, budget analyses. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 2/22/2023 | Business Plan, Budgets Forecasts | Analyze SOFA, SOAL, and cash collateral budget for weekly call presentation with UCC. | 1.4 | 280 | $392.00 |
| Nicholas Lee | 2/23/2023 | Business Plan, Budgets Forecasts | Analyze changes between amended and original AEJ MOR for December 2022. | 1.9 | 280 | $532.00 |
| Nicholas Lee | 2/23/2023 | Business Plan, Budgets Forecasts | Review Nardello edits to SOFA, SOAL, cash collateral budget deck. | 0.3 | 280 | $84.00 |
| Nicholas Lee | 2/23/2023 | Business Plan, Budgets Forecasts | Analyze SOFA, SOAL, and cash collateral budget for weekly call presentation with UCC. | 0.3 | 280 | $84.00 |
| Nicholas Lee | 2/28/2023 | Business Plan, Budgets Forecasts | Prepare documents re: fraduluent transfers from Blackbriar for analysis. | 1 | 280 | $280.00 |
| Sidney Yune | 2/28/2023 | Business Plan, Budgets Forecasts | Call with R. Chiu, A. Scotti,N. Lee re: Jones financial information and next steps. | 0.4 | 280 | $112.00 |
| Nicholas Lee | 2/28/2023 | Business Plan, Budgets Forecasts | Call with R. Chiu, A. Scotti, S. Yune re: Jones financial information and next steps. | 0.4 | 280 | $112.00 |
| Alyssa Scotti | 2/28/2023 | Business Plan, Budgets Forecasts | Call with R. Chiu, N. Lee, S. Yune re: Jones financial information and next steps. | 0.4 | 508 | $203.20 |
| Nicholas Lee | 2/28/2023 | Business Plan, Budgets Forecasts | Call with G. Polkowitz, A. Scotti, S. Yune re: Jones financial information and next steps | 0.2 | 280 | $56.00 |
| | | **Business Plan, Budgets Forecasts** | | **24** | | **$6,972.40** |
| Alyssa Scotti | 2/1/2023 | Case Administration | Prepare Teneo Budget for Sub-5 Trustee | 1.2 | 508 | $609.60 |
| Gary Polkowitz | 2/2/2023 | Case Administration | Call with M Kirschner and A. Scotti to discuss 2023 UCC FA budget | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 2/2/2023 | Case Administration | Call with M Kirschner and G. Polkowitz to discuss 2023 UCC FA budget | 0.5 | 508 | $254.00 |
| Alyssa Scotti | 2/2/2023 | Case Administration | Prepare Teneo Budget for Sub-5 Trustee | 0.5 | 508 | $254.00 |
| Marc Kirschner | 2/2/2023 | Case Administration | Teleconference with A. Scotti, G. Polkowtz re: draft Teneo budget | 0.5 | 650 | $325.00 |

**Teneo Capital LLC**
**Time Period: February 1, 2023 to February 28, 2023**                                                                                                                                                                   **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Alyssa Scotti | 2/2/2023 | Case Administration | Teleconference with M. Kirschner, G. Polkowtz re: draft Teneo budget | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 2/2/2023 | Case Administration | Review of 2023 UCC FA budget | 0.3 | 683 | $204.90 |
| Marc Kirschner | 2/3/2023 | Case Administration | Revisions and emails to G. Polkowitz and A. Scotti re: Budget | 0.3 | 650 | $195.00 |
| Alyssa Scotti | 2/3/2023 | Case Administration | Prepare Teneo Budget for Sub-5 Trustee | 1.1 | 508 | $558.80 |
| Gary Polkowitz | 2/3/2023 | Case Administration | Call with A.. Scotti, S. Brauner and K. Porter on Teneo 2023 UCC FA budget | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 2/3/2023 | Case Administration | Meet with S Brauner, M Miller and G Polkowitz re: Teneo Budget | 0.5 | 508 | $254.00 |
| Alyssa Scotti | 2/3/2023 | Case Administration | Teleconference with M Kirschner and G. Polkowitz re: draft Teneo budget | 0.5 | 508 | $254.00 |
| Marc Kirschner | 2/3/2023 | Case Administration | Teleconference with A. Scotti and G. Polkowitz re: draft Teneo budget | 0.5 | 650 | $325.00 |
| Gary Polkowitz | 2/3/2023 | Case Administration | Teleconference with M Kirschner and A. Scotti re: draft Teneo budget | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 2/3/2023 | Case Administration | Call with M. Kirschner in Teneo 2023 UCC FA budget | 0.3 | 683 | $204.90 |
| Marc Kirschner | 2/3/2023 | Case Administration | Call with G. Polkwoitz in Teneo 2023 UCC FA budget | 0.3 | 650 | $195.00 |
| Nicholas Lee | 2/6/2023 | Case Administration | Set up calendar invite and meeting materials for M. Kirschner, A. Scotti, S. Yune re: matter progress. | 0.1 | 280 | $28.00 |
| Nicholas Lee | 2/14/2023 | Case Administration | Summarize 2/14 court hearing for internal distribution. | 0.4 | 280 | $112.00 |
| Nicholas Lee | 2/14/2023 | Case Administration | Review of Alex Jones materials | 0.3 | 280 | $84.00 |
| Nicholas Lee | 2/14/2023 | Case Administration | Review agenda for hearing for FSS at 2pm ET. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 2/15/2023 | Case Administration | Review dockets to pull statements and schedules for AEJ and FSS. | 0.3 | 280 | $84.00 |
| Nicholas Lee | 2/15/2023 | Case Administration | Review dockets to pull cash collateral for FSS. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 2/16/2023 | Case Administration | Pull revocation of subchapter V trustee designation document for FSS. | 0.1 | 280 | $28.00 |
| Nicholas Lee | 2/24/2023 | Case Administration | Set up dial-in for Teneo team re: walkthrough of presentation for weekly call. | 0.1 | 280 | $28.00 |
| Nicholas Lee | 2/28/2023 | Case Administration | Reconfigure account credentials for access to Akin Gump's data room through Relativity. | 0.4 | 280 | $112.00 |
| | | **Case Administration** | | **10.6** | | **$5,500.70** |
| Sidney Yune | 2/28/2023 | Investigation | Jones Bank Statement Review Meeting w/ A. Scotti and N. Lee | 0.5 | 280 | $140.00 |
| | | **Investigation** | | **0.5** | | **$140.00** |
| Marc Kirschner | 2/5/2023 | Litigation and Expert Work | Review draft Protective Order agreement | 0.3 | 650 | $195.00 |
| Marc Kirschner | 2/5/2023 | Litigation and Expert Work | Darft email on protective order to Katherine Porter at Akin | 0.1 | 650 | $65.00 |
| Marc Kirschner | 2/8/2023 | Litigation and Expert Work | Finalize Protective Order | 0.2 | 650 | $130.00 |
| Gary Polkowitz | 2/13/2023 | Litigation and Expert Work | Review correspondence re: open litigation considerations | 0.3 | 683 | $204.90 |
| Gary Polkowitz | 2/13/2023 | Litigation and Expert Work | Review draft 2004 re: open litigation considerations | 0.4 | 683 | $273.20 |
| Nicholas Lee | 2/13/2023 | Litigation and Expert Work | Review Rule 2004 requests. | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 2/15/2023 | Litigation and Expert Work | Review of latest draft 2004 request | 0.4 | 683 | $273.20 |
| Gary Polkowitz | 2/21/2023 | Litigation and Expert Work | Review of 2004 request | 0.7 | 683 | $478.10 |
| Gary Polkowitz | 2/22/2023 | Litigation and Expert Work | Read and reviewed correspondence on 2004 and motion to compell | 0.4 | 683 | $273.20 |
| Nicholas Lee | 2/23/2023 | Litigation and Expert Work | Review Rule 2004 filed by UCC | 0.3 | 280 | $84.00 |
| Robin Chiu | 2/24/2023 | Litigation and Expert Work | Call with A. Scotti re: review of filings and advisor calls | 0.1 | 683 | $68.30 |
| Alyssa Scotti | 2/24/2023 | Litigation and Expert Work | Call with R. Chiu re: review of filings and advisor calls | 0.1 | 508 | $50.80 |
| Marc Kirschner | 2/27/2023 | Litigation and Expert Work | Review Discovery Requests | 0.8 | 650 | $520.00 |
| Nicholas Lee | 2/27/2023 | Litigation and Expert Work | Save down for record, second notice draft of Rule 2004. | 0.1 | 280 | $28.00 |
| | | **Litigation and Expert Work** | | **4.5** | | **$2,727.70** |
| Marc Kirschner | 2/13/2023 | Mediation | Meeting with Committee to prepare for meeting with Judge Isgur | 1 | 650 | $650.00 |
| Marc Kirschner | 2/14/2023 | Mediation | Draft possible pleadings for Motion to Cnvert Sub Chapter V Election | 1.5 | 650 | $975.00 |
| Alyssa Scotti | 2/14/2023 | Mediation | Call with M. Kirschner with G. Polkowitz, R. Chiu and N. Lee re: mediation update | 0.2 | 508 | $101.60 |

**Teneo Capital LLC**  
Time Period: February 1, 2023 to February 28, 2023                                                                                                                        Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 2/14/2023 | Mediation | Call with M. Kirschner with G. Polkowitz, R. Chiu and N. Lee re: mediation update | 0.2 | 683 | $136.60 |
| Nicholas Lee | 2/14/2023 | Mediation | Call with M. Kirschner with G. Polkowitz, A. Scotti and R. Chiu re: mediation update | 0.2 | 280 | $56.00 |
| Robin Chiu | 2/16/2023 | Mediation | Call with M. Kirschner with G. Polkowitz, A. Scotti and N. Lee re: mediation update | 0.2 | 683 | $136.60 |
|  |  | **Mediation** |  | **3.3** |  | **$2,055.80** |
| Robin Chiu | 2/1/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly call with Akin Gump lawyers, Teneo and Nardello teams with M. Kirschner G Polkowitz and A Scotti to discuss case strategy | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 2/1/2023 | Meetings and Communications with UCC and Counsel | Call with A. Scotti on preparation for weekly UCC call | 0.3 | 683 | $204.90 |
| Marc Kirschner | 2/1/2023 | Meetings and Communications with UCC and Counsel | Attend weeky call with Akin Team, Nordello Team, other Committee Lawyers, G. Polkowitz, A. Scotti and R. Chiu | 1 | 650 | $650.00 |
| Marc Kirschner | 2/1/2023 | Meetings and Communications with UCC and Counsel | Attend call with Nordello Team and G. Polkowitz, A. Scotti and R. Chiu | 0.5 | 650 | $325.00 |
| Alyssa Scotti | 2/1/2023 | Meetings and Communications with UCC and Counsel | UCC Update call with Akin (D Zensky, K Porter, S Brauner, M Miller) Koskoff (A Sterlin) MHL (A Moshenberg) Nardello (H Master, N Peck L Hanlon) Paul Weiss (K Kimpler) and Teneo (M Kirschner, G Polkowitz and R Chui) | 1 | 508 | $508.00 |
| Gary Polkowitz | 2/1/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. Kirschner, A. Scotti, Akin Gump and Nardello teams and counsel for the UCC members | 1 | 683 | $683.00 |
| Alyssa Scotti | 2/1/2023 | Meetings and Communications with UCC and Counsel | UCC Coordination call with Akin (S Brauner, M Miller) Nardello (H Master, T Aliport and L Hanlon) and Teneo ( M Kirschner G Polkowitz R Chui) re: strategy | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 2/1/2023 | Meetings and Communications with UCC and Counsel | Prepare for weekly UCC call | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 2/1/2023 | Meetings and Communications with UCC and Counsel | Call with G. Polkowitz on preparation for weekly UCC call | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 2/1/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly call with Akin Gump lawyers, Teneo and Nardello teams with M. Kirschner, R Chiu and A Scotti to discuss case | 0.5 | 683 | $341.50 |
| Robin Chiu | 2/1/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. Kirschner, A. Scotti, G Polkowitz Akin Gump and Nardello teams and counsel for the UCC members | 1 | 683 | $683.00 |
| Gary Polkowitz | 2/8/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC professional call with R. Chiu and A. Scotti | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 2/8/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC professional call with R. Chiu and G. Polkowitz | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 2/8/2023 | Meetings and Communications with UCC and Counsel | Prepare for call with UCC professionals | 0.3 | 683 | $204.90 |
| Robin Chiu | 2/8/2023 | Meetings and Communications with UCC and Counsel | Weekly advisor update call with S. Brauner, M. Miller N. Lombardi, A. Cooksey, H. Master, A. Scotti and G. Polkowitz | 0.2 | 683 | $136.60 |
| Marc Kirschner | 2/9/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with R. Chiu, G. Polkowitz, A. Scotti, members of Akin Gump teams and counsel to the UCC members | 1 | 650 | $650.00 |
| Gary Polkowitz | 2/9/2023 | Meetings and Communications with UCC and Counsel | Prepare for UCC weekly call | 0.4 | 683 | $273.20 |
| Gary Polkowitz | 2/9/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. Kirschner, R. Chiu, A. Scotti, members of Akin Gump teams and counsel to the UCC members | 1 | 683 | $683.00 |
| Robin Chiu | 2/9/2023 | Meetings and Communications with UCC and Counsel | Weekly UCC call with M. Kirschner, G. Polkowitz and S. Yune | 1 | 683 | $683.00 |
| Alyssa Scotti | 2/9/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. Kirschner, R. Chiu, G. Polkowitz, members of Akin Gump teams and counsel to the UCC members | 1 | 508 | $508.00 |

**Teneo Capital LLC**
Time Period: February 1, 2023 to February 28, 2023                                                                                                                    Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Alyssa Scotti | 2/9/2023 | Meetings and Communications with UCC and Counsel | Weekly UCC Committee Meeting | 1 | 508 | $508.00 |
| Marc Kirschner | 2/12/2023 | Meetings and Communications with UCC and Counsel | Attend Committee meeting discussing potential re: open case issues and developments | 1 | 650 | $650.00 |
| Marc Kirschner | 2/16/2023 | Meetings and Communications with UCC and Counsel | Follow up call after the UCC weekly call with G. Polkowitz, R. Chiu N. Lee and A. Scotti to discuss next steps | 0.2 | 650 | $130.00 |
| Gary Polkowitz | 2/16/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. Kirschner, R. Chiu, A. Scotti, Akin Gump and Nardello teams and counsel for the UCC members | 0.8 | 683 | $546.40 |
| Robin Chiu | 2/16/2023 | Meetings and Communications with UCC and Counsel | UCC weekly call with M. Kirschner, G. Polkowitz, A. Scotti and N. Lee | 0.8 | 683 | $546.40 |
| Gary Polkowitz | 2/16/2023 | Meetings and Communications with UCC and Counsel | Follow up call after the UCC weekly call with M. Kirschner, R. Chiu and A. Scotti to discuss next steps | 0.2 | 683 | $136.60 |
| Alyssa Scotti | 2/16/2023 | Meetings and Communications with UCC and Counsel | Follow up call after the UCC weekly call with M. Kirschner, R. Chiu G Polkowitz and N Lee to discuss next steps | 0.2 | 508 | $101.60 |
| Robin Chiu | 2/16/2023 | Meetings and Communications with UCC and Counsel | Follow up call after the UCC weekly call with M. Kirschner, G. Polkowitz and A. Scotti and N Lee to discuss next steps | 0.2 | 683 | $136.60 |
| Nicholas Lee | 2/16/2023 | Meetings and Communications with UCC and Counsel | Follow up call after the UCC weekly call with M. Kirschner, G Polkowitz R. Chiu and A. Scotti to discuss next steps | 0.2 | 280 | $56.00 |
| Alyssa Scotti | 2/16/2023 | Meetings and Communications with UCC and Counsel | Meet with Akin (S Brauner, M Miller) Teneo (G Polkowitz, R Chiu and M Kirschner) and NArdello (H Master, N Peck, L Hanlon) re: strategy | 0.8 | 508 | $406.40 |
| Marc Kirschner | 2/22/2023 | Meetings and Communications with UCC and Counsel | Meet and Confer re: Alex Jones Live with Akin (K Porter, D Zensky, S Brauner, M Miller) A Sterling, J Hardy, J Martin, R Strickland, M Brimmage, R Chapple, A Moshenberg, K Kimpler, M Salvucci, V Driver, C Stephenson and Teneo (A. Scotti, G Polkowitz, | 0.7 | 650 | $455.00 |
| Marc Kirschner | 2/22/2023 | Meetings and Communications with UCC and Counsel | Weekly UCC advisor call with S. Braunder, M. Miller, K. Porter, G. Polkowitz, N. Peck, R. Chiu, A. Scotti, N. Lombardi, A. Kordas, D. Chassin, R Cochrane | 0.5 | 650 | $325.00 |
| Robin Chiu | 2/22/2023 | Meetings and Communications with UCC and Counsel | Weekly UCC advisor call with S. Braunder, M. Miller, K. Porter, G. Polkowitz, N. Peck, A. Scotti, N. Lombardi, A. Kordas, D. Chassin, R Cochrane | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 2/22/2023 | Meetings and Communications with UCC and Counsel | Meet with Akin (S brauner, M Miller, K Porter) and Nardello (H Master, N Peck, L Hanlon, T Aliport) and Teneo (M Kirschner, R Chiu and G Polkowitz) re: strategy | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 2/22/2023 | Meetings and Communications with UCC and Counsel | Prepare for UCC professionals call | 0.3 | 683 | $204.90 |
| Nicholas Lee | 2/22/2023 | Meetings and Communications with UCC and Counsel | Call with R.Chiu, S. Yune, advisors of Debtor and creditors of AEJ, including Akin Gump team. | 0.8 | 280 | $224.00 |
| Alyssa Scotti | 2/22/2023 | Meetings and Communications with UCC and Counsel | Meet and Confer re: Alex Jones Live with Akin (K Porter, D Zensky, S Brauner, M Miller) A Sterling, J Hardy, J Martin, R Strickland, M Brimmage, R Chapple, A Moshenberg, K Kimpler, M Salvucci, V Driver, C Stephenson and Teneo (M Kirschner, G | 0.7 | 508 | $355.60 |
| Gary Polkowitz | 2/22/2023 | Meetings and Communications with UCC and Counsel | Participate on meet and confer with debtor professional with R. Chiu and A. Scotti and Akin Gump and Nardello teams | 0.7 | 683 | $478.10 |
| Robin Chiu | 2/22/2023 | Meetings and Communications with UCC and Counsel | Meet and confer with Debtor advisors with Akin, Nardello, G, Polkowitz (left early), A. Scotti, N. Lee and S. Yune re: information requests | 0.7 | 683 | $478.10 |

**Teneo Capital LLC**
Time Period: February 1, 2023 to February 28, 2023                                                                                                                                    Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 2/22/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UC professionals call with R. Chiu, A. Scotti and M. Kirschner and the Akin Gump and Nardello teams | 0.5 | 683 | $341.50 |
| Marc Kirschner | 2/24/2023 | Meetings and Communications with UCC and Counsel | Attend call with UCC and UCC professionals re: open case matters and strategy | 1 | 650 | $650.00 |
| Alyssa Scotti | 2/24/2023 | Meetings and Communications with UCC and Counsel | Attend call with UCC and UCC professionals re: open case matters and strategy | 1 | 508 | $508.00 |
| Nicholas Lee | 2/24/2023 | Meetings and Communications with UCC and Counsel | Attend call with UCC and UCC professionals re: open case matters and strategy | 1 | 280 | $280.00 |
| Robin Chiu | 2/24/2023 | Meetings and Communications with UCC and Counsel | Weekly call (joined late) with UCC, counsel, and Nardello with M. Kirschner, A. Scotti, N. Lee and S. Yune including presentation of SOFA and SOAL review | 0.5 | 683 | $341.50 |
| Sidney Yune | 2/24/2023 | Meetings and Communications with UCC and Counsel | Participated on weekly UCC call with R. Chiu, M. Kirschner, A. Scotti, Akin Gump and Nardello teams and counsel to the UCC members | 1 | 280 | $280.00 |
| | | **Meetings and Communications with UCC and Counsel** | | **29** | | **$17,055.80** |
| Marc Kirschner | 2/2/2023 | Retention and Fee Applications | Review G. Polkowitz reviewed statement of services and teleconference with G. Polkowitz re: same | 0.4 | 650 | $260.00 |
| Gary Polkowitz | 2/2/2023 | Retention and Fee Applications | Review and comment on latest scope of services for Teneo as FA to the UCC with M Kirschner | 0.4 | 683 | $273.20 |
| Marc Kirschner | 2/3/2023 | Retention and Fee Applications | Review and revise statement of services | 0.2 | 650 | $130.00 |
| Marc Kirschner | 2/3/2023 | Retention and Fee Applications | Teleconference with G. Polkowitz on statement of services | 0.1 | 650 | $65.00 |
| Alyssa Scotti | 2/6/2023 | Retention and Fee Applications | Prepare Teneo Retention Application | 1.6 | 508 | $812.80 |
| Alyssa Scotti | 2/6/2023 | Retention and Fee Applications | Prepare Teneo Retention Application- Schedule of Searched Parties | 1 | 508 | $508.00 |
| Alyssa Scotti | 2/6/2023 | Retention and Fee Applications | Meet with G Polkowitz re: retention application | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 2/6/2023 | Retention and Fee Applications | Gather information for draft Teneo UCC FA retention application | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 2/6/2023 | Retention and Fee Applications | Call with A. Scotti on draft Alex Jones UCC FA retention application | 0.5 | 683 | $341.50 |
| Marc Kirschner | 2/7/2023 | Retention and Fee Applications | Review filed Nardello Retention Application | 0.2 | 650 | $130.00 |
| Alyssa Scotti | 2/7/2023 | Retention and Fee Applications | Meet with G Polkowitz re: fee application | 1 | 508 | $508.00 |
| Gary Polkowitz | 2/7/2023 | Retention and Fee Applications | Review of draft Teneo UCC FA retention application | 0.9 | 683 | $614.70 |
| Alyssa Scotti | 2/7/2023 | Retention and Fee Applications | Call with G. Polkowitz to discuss Teneo UCC FA retention application | 0.8 | 508 | $406.40 |
| Gary Polkowitz | 2/7/2023 | Retention and Fee Applications | Call with A. Scotti to discuss Teneo UCC FA retention application | 0.8 | 683 | $546.40 |
| Alyssa Scotti | 2/7/2023 | Retention and Fee Applications | Include R Chui updates re: fee application | 0.5 | 508 | $254.00 |
| Robin Chiu | 2/7/2023 | Retention and Fee Applications | Comments to draft retention application | 0.2 | 683 | $136.60 |
| Marc Kirschner | 2/7/2023 | Retention and Fee Applications | Review, revise Teneo Retention Application | 0.8 | 650 | $520.00 |
| Marc Kirschner | 2/8/2023 | Retention and Fee Applications | Finalize comments for Draft Retention Application and emai A. Scotti and G. Polkowitz re: same | 0.2 | 650 | $130.00 |
| Alyssa Scotti | 2/8/2023 | Retention and Fee Applications | Include M Kirschner updates re: retention application | 2.1 | 508 | $1,066.80 |
| Alyssa Scotti | 2/9/2023 | Retention and Fee Applications | Includer R Fad comments re: retention application | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 2/9/2023 | Retention and Fee Applications | Call with R. Fad, A. Scotti, R. Woolsey and J. Foley related to conflict checks and disclosure review for the retention application | 0.4 | 683 | $273.20 |
| Alyssa Scotti | 2/9/2023 | Retention and Fee Applications | Meet with R Woosley, R Fad and G Polkowitz re: disclosures | 0.4 | 508 | $203.20 |
| Gary Polkowitz | 2/9/2023 | Retention and Fee Applications | Review of conflict and disclosure results for retention application | 0.4 | 683 | $273.20 |
| Alyssa Scotti | 2/9/2023 | Retention and Fee Applications | Update fee application re: disclosures and interested parties | 1.1 | 508 | $558.80 |

**Teneo Capital LLC**
Time Period: February 1, 2023 to February 28, 2023                                                                                                                                                    Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 2/9/2023 | Retention and Fee Applications | Review of latest draft of Teneo UC FA retention application | 0.6 | 683 | $409.80 |
| Gary Polkowitz | 2/10/2023 | Retention and Fee Applications | Review of latest draft of Teneo UC FA retention application | 0.4 | 683 | $273.20 |
| Marc Kirschner | 2/14/2023 | Retention and Fee Applications | Review and revise Draft Teneo Retention Application and teleconference re: same with A. Scotti, R. Chiu and G. Polkowitz | 0.9 | 650 | $585.00 |
| Gary Polkowitz | 2/14/2023 | Retention and Fee Applications | Call with M. Kirschner and A. Scotti on draft Teneo UCC FA retention application | 0.4 | 683 | $273.20 |
| Alyssa Scotti | 2/14/2023 | Retention and Fee Applications | Call with M. Kirschner and G. Polkowitz on draft Teneo UCC FA retention application | 0.4 | 508 | $203.20 |
| Robin Chiu | 2/14/2023 | Retention and Fee Applications | Review and correspondence re: counsel comments to retention application | 0.1 | 683 | $68.30 |
| Marc Kirschner | 2/15/2023 | Retention and Fee Applications | Finalize and approve Teneo Retention Application | 0.5 | 650 | $325.00 |
| Marc Kirschner | 2/16/2023 | Retention and Fee Applications | Email re: Teneo Retention and status to D. Sawyer | 0.3 | 650 | $195.00 |
| | | **Retention and Fee Applications** | | **19.1** | | **$11,194.00** |
| Marc Kirschner | 2/1/2023 | Strategy and Financial Advisory Services to UCC | Analysis and email comments to Sara Brauner re: propsed lease assumption motion | 0.4 | 650 | $260.00 |
| Marc Kirschner | 2/1/2023 | Strategy and Financial Advisory Services to UCC | Review Nordello analysis and assets charts | 0.2 | 650 | $130.00 |
| Alyssa Scotti | 2/1/2023 | Strategy and Financial Advisory Services to UCC | Finalize UCC Presentation for committee call | 2.5 | 508 | $1,270.00 |
| Gary Polkowitz | 2/6/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner and D. Sawyer on case update | 0.4 | 683 | $273.20 |
| Robin Chiu | 2/6/2023 | Strategy and Financial Advisory Services to UCC | AEJ Catch Up Call w/ S Yune, M. Kirschner, A. Scotti, N. Lee re: Strategy | 0.2 | 683 | $136.60 |
| Alyssa Scotti | 2/6/2023 | Strategy and Financial Advisory Services to UCC | AEJ Catch Up Call w/ R. Chiu, S. Yune, M Kirschner, N. Lee re: Strategy | 0.2 | 508 | $101.60 |
| Nicholas Lee | 2/6/2023 | Strategy and Financial Advisory Services to UCC | AEJ Catch Up Call w/ R. Chiu, M. Kirschner, A. Scotti, S Yune re: Strategy | 0.2 | 280 | $56.00 |
| Nicholas Lee | 2/6/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner, S. Yune re: matter progress. | 0.2 | 280 | $56.00 |
| Sidney Yune | 2/6/2023 | Strategy and Financial Advisory Services to UCC | AEJ Catch Up Call w/ R. Chiu, M. Kirschner, A. Scotti, N. Lee re: Strategy | 0.2 | 280 | $56.00 |
| Robin Chiu | 2/6/2023 | Strategy and Financial Advisory Services to UCC | Review draft protective order | 0.1 | 683 | $68.30 |
| Marc Kirschner | 2/6/2023 | Strategy and Financial Advisory Services to UCC | Email Teneo Team re: Litigation Hold | 0.4 | 650 | $260.00 |
| Marc Kirschner | 2/6/2023 | Strategy and Financial Advisory Services to UCC | AEJ Catch Up Call w/ R. Chiu, S. Yune, A. Scotti, N. Lee re: Strategy | 0.2 | 650 | $130.00 |
| Gary Polkowitz | 2/7/2023 | Strategy and Financial Advisory Services to UCC | Review of Alex Jones tax returns | 0.6 | 683 | $409.80 |
| Nicholas Lee | 2/7/2023 | Strategy and Financial Advisory Services to UCC | Review case, including latest developments. | 0.2 | 280 | $56.00 |
| Marc Kirschner | 2/7/2023 | Strategy and Financial Advisory Services to UCC | Review Akin analysis of tax return | 0.4 | 650 | $260.00 |
| Marc Kirschner | 2/8/2023 | Strategy and Financial Advisory Services to UCC | Review Nardello Report on Motion to Assume Lease o lawyer letters | 0.2 | 650 | $130.00 |
| Alyssa Scotti | 2/8/2023 | Strategy and Financial Advisory Services to UCC | Review 2018 Jones Tax Return | 1.3 | 508 | $660.40 |
| Alyssa Scotti | 2/8/2023 | Strategy and Financial Advisory Services to UCC | Review 2020 Jones Tax Return | 1.3 | 508 | $660.40 |
| Alyssa Scotti | 2/8/2023 | Strategy and Financial Advisory Services to UCC | Review 2019 Jones Tax Return | 1.3 | 508 | $660.40 |
| Gary Polkowitz | 2/8/2023 | Strategy and Financial Advisory Services to UCC | Review of Alex Jones tax returns | 0.9 | 683 | $614.70 |
| Robin Chiu | 2/8/2023 | Strategy and Financial Advisory Services to UCC | Review Nardello memo on FSS lease | 0.1 | 683 | $68.30 |
| Marc Kirschner | 2/9/2023 | Strategy and Financial Advisory Services to UCC | Review Subchapter v Trustees Interim Report | 0.4 | 650 | $260.00 |
| Sidney Yune | 2/9/2023 | Strategy and Financial Advisory Services to UCC | Call with N.Lee re: AEJ tax return observations and next steps. | 0.4 | 280 | $112.00 |
| Sidney Yune | 2/9/2023 | Strategy and Financial Advisory Services to UCC | Reviewed and Prepared Summary of 2018-2020 Tax Returns | 3.6 | 280 | $1,008.00 |
| Sidney Yune | 2/9/2023 | Strategy and Financial Advisory Services to UCC | Call to discuss AEJ Tax Returns Observations w/ R. Chiu, N. Lee | 0.7 | 280 | $196.00 |
| Nicholas Lee | 2/9/2023 | Strategy and Financial Advisory Services to UCC | Call with S. Yune re: AEJ tax return observations and next steps. | 0.4 | 280 | $112.00 |

**Teneo Capital LLC**
**Time Period: February 1, 2023 to February 28, 2023**                                                                                                                                            Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Robin Chiu | 2/9/2023 | Strategy and Financial Advisory Services to UCC | Calls with N. Lee and S. Yune re: tax information relevant to valuation | 0.4 | 683 | $273.20 |
| Nicholas Lee | 2/9/2023 | Strategy and Financial Advisory Services to UCC | Call with R. Chiu, S. Yune re: AEJ tax return observations. | 0.4 | 280 | $112.00 |
| Robin Chiu | 2/9/2023 | Strategy and Financial Advisory Services to UCC | Review hearing transcripts for business description | 0.1 | 683 | $68.30 |
| Marc Kirschner | 2/11/2023 | Strategy and Financial Advisory Services to UCC | Review portions of New Jones website and analyze legal issues raised | 0.8 | 650 | $520.00 |
| Marc Kirschner | 2/12/2023 | Strategy and Financial Advisory Services to UCC | Review correspndence on potential strategy | 0.4 | 650 | $260.00 |
| Marc Kirschner | 2/12/2023 | Strategy and Financial Advisory Services to UCC | Respond with additional Strategy ideas | 0.4 | 650 | $260.00 |
| Marc Kirschner | 2/12/2023 | Strategy and Financial Advisory Services to UCC | Teleconference with G. Polkowitz and email with G. Polkowitz and R. Chiu re:items to follow up from Committee call | 0.3 | 650 | $195.00 |
| Marc Kirschner | 2/12/2023 | Strategy and Financial Advisory Services to UCC | Teleconference with D. Zensky regarding legal issues raised by new website | 0.3 | 650 | $195.00 |
| Gary Polkowitz | 2/12/2023 | Strategy and Financial Advisory Services to UCC | Teleconference with M. Kirschner re:items to follow up from Committee call re; new website | 0.3 | 683 | $204.90 |
| Marc Kirschner | 2/13/2023 | Strategy and Financial Advisory Services to UCC | Review and comment on Zensky letter to Jones re: New Proposed website and related document requests | 0.6 | 650 | $390.00 |
| Marc Kirschner | 2/13/2023 | Strategy and Financial Advisory Services to UCC | Review and comment on Lease Rejection Motion | 0.3 | 650 | $195.00 |
| Marc Kirschner | 2/13/2023 | Strategy and Financial Advisory Services to UCC | Further emails to/from Akin re: proposed new website | 0.2 | 650 | $130.00 |
| Robin Chiu | 2/13/2023 | Strategy and Financial Advisory Services to UCC | Diligence of Alex Jones Live | 0.3 | 683 | $204.90 |
| Gary Polkowitz | 2/13/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed correspondence related to tax return review | 0.2 | 683 | $136.60 |
| Robin Chiu | 2/13/2023 | Strategy and Financial Advisory Services to UCC | Correspondence with team and BlackBriar re: Alex Jones Live | 0.2 | 683 | $136.60 |
| Sidney Yune | 2/13/2023 | Strategy and Financial Advisory Services to UCC | Review of AEJ Schedules and SOFA | 1.9 | 280 | $532.00 |
| Gary Polkowitz | 2/13/2023 | Strategy and Financial Advisory Services to UCC | Review of Alex Jones tax returns | 0.7 | 683 | $478.10 |
| Gary Polkowitz | 2/13/2023 | Strategy and Financial Advisory Services to UCC | Review and comment on draft 2004 requests for Alex Jones and other parties | 0.4 | 683 | $273.20 |
| Gary Polkowitz | 2/13/2023 | Strategy and Financial Advisory Services to UCC | Review draft letter related to Alex Jones Live | 0.3 | 683 | $204.90 |
| Sidney Yune | 2/14/2023 | Strategy and Financial Advisory Services to UCC | Review of AEJ Schedules and SOFA | 4.3 | 280 | $1,204.00 |
| Nicholas Lee | 2/14/2023 | Strategy and Financial Advisory Services to UCC | Review lease assumption motion and objections for BCC UBC LLC. | 0.3 | 280 | $84.00 |
| Robin Chiu | 2/14/2023 | Strategy and Financial Advisory Services to UCC | Comments to draft Rule 2004 requests | 0.2 | 683 | $136.60 |
| Sidney Yune | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Review of AEJ Schedules and SOFA | 2.1 | 280 | $588.00 |
| Alyssa Scotti | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Review Jones Schedule of Financial Affairs | 2.1 | 508 | $1,066.80 |
| Alyssa Scotti | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Review Jones Schedules of Assets and Liabilities | 1.9 | 508 | $965.20 |
| Gary Polkowitz | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Review of Alex Jones SOFA and SOAL | 1.2 | 683 | $819.60 |
| Robin Chiu | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Working session with A. Scotti, N. Lee and S. Yune to analyze SOFA, SOAL and FSS budget | 0.7 | 683 | $478.10 |
| Nicholas Lee | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Call with R. Chiu, A. Scotti, S. Yune re: SOFA, SOAL, cash collateral budget. | 0.7 | 280 | $196.00 |
| Sidney Yune | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Call to Discuss SOFA/SOAL w/ G. Polkowitz, R. Chiu, A. Scotti, N. Lee | 0.7 | 280 | $196.00 |
| Alyssa Scotti | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Meet with R Chiu N Lee and S Yune re: UCC presentation to analyze SOFA, SOAL and FSS budget | 0.7 | 508 | $355.60 |
| Alyssa Scotti | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Review UCC presentation re: SOFA SOAL and Interim cash budget | 0.6 | 508 | $304.80 |
| Gary Polkowitz | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Review of notes form FSS and Alex Jones hearing on 2/14/2022 | 0.3 | 683 | $204.90 |
| Gary Polkowitz | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Coordinate call with M3 and Teneo professionals | 0.2 | 683 | $136.60 |

**Teneo Capital LLC**
Time Period: February 1, 2023 to February 28, 2023                                                                                                                       Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Sidney Yune | 2/15/2023 | Strategy and Financial Advisory Services to UCC | Preparation of AEJ Schedules Excel Analyses and SOFA UCC Powerpoint Presentation | 4.6 | 280 | $1,288.00 |
| Marc Kirschner | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Meeting with M3 Advisors, G. Polkowitz, A. Scotti and R. Chiu | 0.5 | 650 | $325.00 |
| Marc Kirschner | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Murphy, B. Griffin and K. Chung of M3 an G. Polkowitz R. Chiu and A. Scotti of Teneo to coordinate sharing information related to FSS | 0.5 | 650 | $325.00 |
| Sidney Yune | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Preparation of AEJ Schedules Excel Analyses and SOFA UCC Powerpoint Presentation | 3.1 | 280 | $868.00 |
| Alyssa Scotti | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Review Jones Schedules of Assets and Liabilities | 1.2 | 508 | $609.60 |
| Gary Polkowitz | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Continue to review Alex Jones SOFA and SOAL | 1.1 | 683 | $751.30 |
| Nicholas Lee | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner, G. Polkowitz, R. Chiu, A. Scotti as follow up to discuss weekly call. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Review draft letter to counsel of FSS re: complete schedules and statements. | 0.2 | 280 | $56.00 |
| Robin Chiu | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Call (joined late) with M3 with M. Kirschner, A. Scotti and G. Polkowitz re: scope and work streams | 0.6 | 683 | $409.80 |
| Robin Chiu | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Murphy, B. Griffin and K. Chung of M3 an M. Kirschner, G. Polkowitz and A. Scotti of Teneo to coordinate sharing information related to FSS | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Meet with K Chung (M3) re: documents obtained for Sub | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Murphy, B. Griffin and K. Chung of M3 an M. Kirschner, R. Chiu and A. Scotti of Teneo to coordinate sharing information related to FSS | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Review of summary information prepared by Teneo on the SOFA and SOAL | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Murphy, B. Griffin and K. Chung of M3 an M. Kirschner, R. Chiu and G. Polkowitz of Teneo to coordinate sharing information related to FSS | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 2/16/2023 | Strategy and Financial Advisory Services to UCC | Review and comment on draft 2004 requests for Alex Jones and other parties | 0.3 | 683 | $204.90 |
| Alyssa Scotti | 2/17/2023 | Strategy and Financial Advisory Services to UCC | Review RFI from M3 re: received documents | 0.5 | 508 | $254.00 |
| Sidney Yune | 2/20/2023 | Strategy and Financial Advisory Services to UCC | Preparation of UCC Presentation including creating PowerPoint deck and excel analyses | 1.1 | 280 | $308.00 |
| Robin Chiu | 2/20/2023 | Strategy and Financial Advisory Services to UCC | Comments to analysis of SOFA, SOAL and FSS budget | 0.6 | 683 | $409.80 |
| Alyssa Scotti | 2/21/2023 | Strategy and Financial Advisory Services to UCC | Update UCC Presentation Materials re: SOFA SOAL and Budget presentation | 4.3 | 508 | $2,184.40 |
| Sidney Yune | 2/21/2023 | Strategy and Financial Advisory Services to UCC | Preparation of UCC Presentation including creating PowerPoint deck and excel analyses | 3.2 | 280 | $896.00 |
| Gary Polkowitz | 2/21/2023 | Strategy and Financial Advisory Services to UCC | Review and comment on draft UCC presentation materials | 0.6 | 683 | $409.80 |
| Sidney Yune | 2/21/2023 | Strategy and Financial Advisory Services to UCC | Review of draft UCC Presentation for QA purposes | 0.5 | 280 | $140.00 |
| Gary Polkowitz | 2/21/2023 | Strategy and Financial Advisory Services to UCC | Calls with A. Scotti on draft UCC deck for call with committee members | 0.4 | 683 | $273.20 |
| Alyssa Scotti | 2/21/2023 | Strategy and Financial Advisory Services to UCC | Calls with G. Polkowitz on draft UCC deck for call with committee members | 0.4 | 508 | $203.20 |
| Nicholas Lee | 2/21/2023 | Strategy and Financial Advisory Services to UCC | Call with R. Chiu, A. Scotti, S. Yune re: SOFA, SOAL, budget analyses. | 0.4 | 280 | $112.00 |
| Robin Chiu | 2/21/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti, N. Lee and S. Yune re: analysis of SOFA, SOAL and FSS budget | 0.4 | 683 | $273.20 |
| Robin Chiu | 2/21/2023 | Strategy and Financial Advisory Services to UCC | Review updated draft presentation to UCC | 0.3 | 683 | $204.90 |

**Teneo Capital LLC**
Time Period: February 1, 2023 to February 28, 2023                                                                                                                          Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 2/21/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed correspondence related to the draft UCC presentation materials | 0.3 | 683 | $204.90 |
| Alyssa Scotti | 2/22/2023 | Strategy and Financial Advisory Services to UCC | Call with R. Chiu, N. Lee and S. Yune re: analysis of SOFA, SOAL and FSS budget | 0.4 | 508 | $203.20 |
| Robin Chiu | 2/22/2023 | Strategy and Financial Advisory Services to UCC | Comments to presentation to UCC | 0.1 | 683 | $68.30 |
| Sidney Yune | 2/22/2023 | Strategy and Financial Advisory Services to UCC | Call with Debtor's FA to discuss production of materials w/ R. Chiu, N. Lee | 0.8 | 280 | $224.00 |
| Nicholas Lee | 2/22/2023 | Strategy and Financial Advisory Services to UCC | Research deposition tied to Brittany Paz, FSS corporate representative. | 0.7 | 280 | $196.00 |
| Sidney Yune | 2/23/2023 | Strategy and Financial Advisory Services to UCC | Revise Debtor's Schedules and FSS Budget Deck | 0.4 | 280 | $112.00 |
| Robin Chiu | 2/23/2023 | Strategy and Financial Advisory Services to UCC | Comments to motion to compel | 0.2 | 683 | $136.60 |
| Marc Kirschner | 2/24/2023 | Strategy and Financial Advisory Services to UCC | Meet with R Chui, A Scotti, S Yune and N Lee re: update to 341A hearing | 0.8 | 650 | $520.00 |
| Alyssa Scotti | 2/24/2023 | Strategy and Financial Advisory Services to UCC | Meet with R Chui, M Kirschner, S Yune and N Lee re: update to 341A hearing | 0.8 | 508 | $406.40 |
| Sidney Yune | 2/24/2023 | Strategy and Financial Advisory Services to UCC | AEJ Team Catch Up to discuss UCC call w/ R. Chiu, A. Scotti, N. | 0.8 | 280 | $224.00 |
| Robin Chiu | 2/24/2023 | Strategy and Financial Advisory Services to UCC | Internal team meeting with M. Kirschner, A. Scotti, S. Yune and N. Lee (joined late) re: 341a meeting and mediation updates | 0.8 | 683 | $546.40 |
| Alyssa Scotti | 2/24/2023 | Strategy and Financial Advisory Services to UCC | Call with R. Chiu re: review of filings and advisor calls | 0.1 | 508 | $50.80 |
| Robin Chiu | 2/24/2023 | Strategy and Financial Advisory Services to UCC | Review draft Rule 2004 requests for counsel | 0.1 | 683 | $68.30 |
| Marc Kirschner | 2/27/2023 | Strategy and Financial Advisory Services to UCC | Review Motion and Compel Discovery | 0.5 | 650 | $325.00 |
| Alyssa Scotti | 2/27/2023 | Strategy and Financial Advisory Services to UCC | Prepare M3 RFI file for K Chung | 1.3 | 508 | $660.40 |
| Nicholas Lee | 2/27/2023 | Strategy and Financial Advisory Services to UCC | Review Alex Jones Live podcast. | 0.4 | 280 | $112.00 |
| Nicholas Lee | 2/27/2023 | Strategy and Financial Advisory Services to UCC | Review video on DOJ's alleged attempt to investigate AEJ's cat. | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 2/27/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti on case strategy related to review of amended MORs and Scheduled to be filed | 0.3 | 683 | $204.90 |
| Alyssa Scotti | 2/27/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz on case strategy related to review of amended MORs and Scheduled to be filed | 0.3 | 508 | $152.40 |
| Gary Polkowitz | 2/28/2023 | Strategy and Financial Advisory Services to UCC | Participate on Teneo and Nardello call to discuss allocation of work so there is no overlap with R. Chiu, A. Scotti, T. Alport and L. Hanlon | 0.8 | 683 | $546.40 |
| Nicholas Lee | 2/28/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, A. Scotti, S. Yune and Nardello team for coordination going forward. | 0.8 | 280 | $224.00 |
| Sidney Yune | 2/28/2023 | Strategy and Financial Advisory Services to UCC | Review of AEJ Bank Statements from Relativity | 4.5 | 280 | $1,260.00 |
| Alyssa Scotti | 2/28/2023 | Strategy and Financial Advisory Services to UCC | Review Jones bank statements for 2019 | 1.6 | 508 | $812.80 |
| Alyssa Scotti | 2/28/2023 | Strategy and Financial Advisory Services to UCC | Participate on Teneo and Nardello call to discuss allocation of work so there is no overlap | 0.8 | 508 | $406.40 |
| Sidney Yune | 2/28/2023 | Strategy and Financial Advisory Services to UCC | Participate on Teneo and Nardello call to discuss allocation of work so there is no overlap | 0.8 | 280 | $224.00 |
| Sidney Yune | 2/28/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, A. Scotti, N. Lee re: AEJ bank statements and next steps. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 2/28/2023 | Strategy and Financial Advisory Services to UCC | Prepare AEJ bank statements from Blackbriar for trends analysis through consolidation. | 0.2 | 280 | $56.00 |
| Gary Polkowitz | 2/28/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee, A. Scotti, S. Yune re: AEJ bank statements and next steps. | 0.2 | 683 | $136.60 |
| | | **Strategy and Financial Advisory Services to UCC** | | **88.3** | | **$39,828.00** |
| | | **Total** | | **182.7** | | **$87,514.50** |

**EXHIBIT D**

**Summary of Expenses Incurred by Task Category as Financial Advisor
For the Period February 1, 2023 through February 28, 2022**

**None for the Period**

**EXHIBIT E**

**Detailed Expenses Incurred by Task Category and Professional as Financial Advisor
For the Period February 1, 2023 through February 28, 2023**

**None for the Period**