IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ALEXANDER E. JONES, | ) | Case No. 22-33553 (CML) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**NOTICE OF TENEO CAPITAL LLC'S THIRD MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>MARCH 1, 2023 THROUGH MARCH 31, 2023</u>**

| Name of Applicant: | Teneo Capital LLC | |
|---|---|---|
| Applicant's Role in Case: | Financial Advisor to the Debtors | |
| Date Order of Employment Signed: | March 21, 2023 (effective as of January 19, 2023) | |
|  | **Beginning of Period:** | **End of Period** |
| Time period covered by this Statement: | 3/1/2023 | 3/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested in this Statement: | $85,098.20 | |
| Total expenses requested in this Statement: | $2,291.96 | |
| Total fees and expenses requested in this Statement (exclusive of 20% Holdback): | $87,390.16 | |
| Total fees and expenses referenced in this Statement (inclusive of 20% Holdback): | $70,370.52 | |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. 106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* (the "Fee Procedures Order") [Docket No. 106], Teneo Capital LLC ("Teneo"), as financial advisor to the Committee of Unsecured Creditors, hereby files its *Third Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Financial Advisor to the Committee for the Period from March 1, 2023 through March 31, 2023* ("Monthly Fee Statement").

1.      By this Monthly Fee Statement, and pursuant to the Fee Procedures Order, Teneo seeks interim payment of $68,078.56 (80% of $85,098.20) as compensation for professional services rendered to the Committee during the period of March 1, 2023 through March 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $2,291.96, for a total amount of $70,370.52.

2.      In support of the Monthly Fee Statement, Teneo submits, a *Summary of Professional Fees by Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit A**, *a Summary of Professional Fees by Task Category as Financial Advisor for the Period, attached hereto as* **Exhibit B**, a *Detailed Time Entry by Task Category as Financial Advisor for*

*the Fee Period*, attached hereto as **Exhibit C**, a *Summary of Expenses Incurred by Category as Financial Advisor for the Fee Period*, attached hereto as **Exhibit D**, and a *Detailed Expenses Incurred by Category and Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit E**.

3.     Pursuant to the Fee Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses shall, within fourteen (14) days of service of the Monthly Fee Statement, serve via email to Teneo, and the following Notice Parties (as defined in the Fee Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "Notice of Objection") fourteen (14) days after service of this Monthly Fee Statement:

(a)     co-counsel to Debtor, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com);

(b)     co-counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com);

(c)     U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St,Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov;

(d)     counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com,mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com);;

(e)     counsel to the Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com); and

(f)     counsel to the Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com).

4.      If a Notice of Objection is timely served pursuant to the Fee Procedures Order, the objecting party and Teneo shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtor shall promptly pay Teneo an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5.      Teneo has made every effort to coordinate with Nardello & Co. and to minimize any duplication of effort. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: May 23, 2023

/s/ *Gary Polkowitz*
**Teneo Capital LLC**

*Financial Advisor to the Official Committee of Unsecured Creditors*
Gary Polkowitz
Senior Managing Director
280 Park Avenue, 4th Floor
New York, NY 10117
Telephone: (212) 593-2255
Email: gary.polkowitz@teneo.com

## EXHIBIT A

**Summary of Professional Fees by Professional as Financial Advisor**
**For the Period March 1, 2023 through March 31, 2023**

| Professional | Title | Bill Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Robin Chiu | Sr. Managing Director | $683 | 6.8 | $4,644.40 |
| Gary Polkowitz | Sr. Managing Director | $683 | 19.0 | $12,977.00 |
| Marc Kirschner | Sr. Managing Director | $650 | 12.6 | $8,190.00 |
| Alyssa Scotti | Vice President | $508 | 88.1 | $44,754.80 |
| Nicholas Lee | Analyst | $280 | 29.6 | $8,288.00 |
| Sidney Yune | Analyst | $280 | 35 | $9,800.00 |
| **Subtotal Hours and Fees** | | | **191.1** | **$88,654.20** |
| Less: Voluntary Reduction (General) | | | - | - |
| Less: Voluntary Reduction (Travel Time) | | | - | $3,556.00 |
| **Total Hours and Fees** | | | **191.1** | **$85,098.20** |

**EXHIBIT B**

**Summary of Professional Fees by Task Category Descriptions as Financial Advisor**
**For the Period March 1, 2023 through March 31, 2023**

| Project Categories ` | Total Hours | Total Fees |
|---|---|---|
| Attendance of Court Hearings | 9.8 | $4,059.60 |
| Business Plan, Budgets Forecasts | 12.5 | $4,064.70 |
| Case Administration | 6.7 | $1,876.00 |
| Investigation | 46.7 | $16,890.50 |
| Meetings and Communications with UCC and Counsel | 32.3 | $19,544.60 |
| Non-Working Travel (at 50%) | 14.0 | $3,556.00 |
| Plan and Disclosure Statement | .2 | $136.60 |
| Strategy and Financial Advisory Services to UCC | 68.9 | $34,970.20 |
| **TOTAL** | **191.1** | **$85,098.20** |

## EXHIBIT C

**Detailed Time Entry by Task Category as Financial Advisor
For the Period March 1, 2023 through Mach 31, 2023**

**Teneo Capital LLC**
**Time Period: March 1, 2023 to March 31, 2023**                                    **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Spent Time | Rate | Amount |
|---|---|---|---|---|---|---|
| Sidney Yune | 3/8/2023 | Attendance of Court Hearings | Hearing on Motion to Compel Amended SOFAs | 0.5 | 280 | $140.00 |
| Nicholas Lee | 3/8/2023 | Attendance of Court Hearings | motion to compel debtor to file amended schedules and statements. | 0.5 | 280 | $140.00 |
| Nicholas Lee | 3/27/2023 | Attendance of Court Hearings | Listen into court hearing for FSS re: cash collateral, motion to assume lease, relief from stay. | 2.2 | 280 | $616.00 |
| Marc Kirschner | 3/27/2023 | Attendance of Court Hearings | Attend oral argument on Motion to Cnvert Ch V FSS case | 2.2 | 650 | $1,430.00 |
| Alyssa Scotti | 3/27/2023 | Attendance of Court Hearings | Attend hearing re: sub-5 revocation motion hearing with Judge Lopez | 2.2 | 508 | $1,117.60 |
| Sidney Yune | 3/27/2023 | Attendance of Court Hearings | FSS - Hearing: Cash Collateral Order; Subchapter V Revocation Motion; Lift-Stay Motion | 2.2 | 280 | $616.00 |
| | | **Attendance of Court Hearings** | | **9.8** | | **$4,059.60** |
| Sidney Yune | 3/3/2023 | Business Plan, Budgets Forecasts | Call to Discuss AEJ and FSS Monthly Burn Rate Analysis w/ A. Scott and N. Lee | 0.2 | 280 | $56.00 |
| Alyssa Scotti | 3/3/2023 | Business Plan, Budgets Forecasts | Call to Discuss AEJ and FSS Monthly Burn Rate Analysis w/ S Yune nd N. Lee | 0.2 | 508 | $101.60 |
| Nicholas Lee | 3/3/2023 | Business Plan, Budgets Forecasts | Call with A. Scotti, S. Yune re: AEJ and FSS monthly fee burn rate analysis. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 3/3/2023 | Business Plan, Budgets Forecasts | Analyze monthly estate professional fees burn rate for AEJ and FSS. | 2.9 | 280 | $812.00 |
| Nicholas Lee | 3/3/2023 | Business Plan, Budgets Forecasts | Continue to analyze monthly estate professional fees burn rate for AEJ and FSS. | 0.4 | 280 | $112.00 |
| Alyssa Scotti | 3/8/2023 | Strategy and Financial Advisory Services to UCC | Prepare burn rate analysis re: professionals for Debtor and FSS | 1.8 | 508 | $914.40 |
| Nicholas Lee | 3/21/2023 | Business Plan, Budgets Forecasts | Review FSS reorganization plan and assumptions vs. historical reported figures. | 0.6 | 280 | $168.00 |
| Nicholas Lee | 3/22/2023 | Business Plan, Budgets Forecasts | Review Nardello analysis of potential source of income and assets | 0.4 | 280 | $112.00 |
| Alyssa Scotti | 3/28/2023 | Business Plan, Budgets Forecasts | Meet with N Lee re: FSS financials and related analysis | 0.3 | 508 | $152.40 |
| Nicholas Lee | 3/28/2023 | Business Plan, Budgets Forecasts | Analyze documents re: budget filed with plan | 1.8 | 280 | $504.00 |
| Nicholas Lee | 3/28/2023 | Business Plan, Budgets Forecasts | Call with A. Scotti re: plan budget analysis | 0.3 | 280 | $84.00 |
| Nicholas Lee | 3/31/2023 | Business Plan, Budgets Forecasts | Analyze accounts in general ledger FSS financials. | 2 | 280 | $560.00 |
| Nicholas Lee | 3/31/2023 | Business Plan, Budgets Forecasts | Analyze accounts in general ledger FSS financials. | 1.2 | 280 | $336.00 |
| Gary Polkowitz | 3/31/2023 | Business Plan, Budgets Forecasts | Call with N. Lee to follow up on call between advisors re: discussion on third party agreements | 0.1 | 683 | $68.30 |
| Nicholas Lee | 3/31/2023 | Business Plan, Budgets Forecasts | Call with G. Polkowitz to follow up on call between advisors re: discussion on third party agreements | 0.1 | 280 | $28.00 |
| | | **Business Plan, Budgets Forecasts** | | **12.5** | | **$4,064.70** |
| Nicholas Lee | 3/1/2023 | Case Administration | Reconfigure account credentials for access to Akin Gump's data room through Relativity. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 3/2/2023 | Case Administration | Review Nardello analysis of fee statements of Debtors' professionals for January 2023. | 0.5 | 280 | $140.00 |
| Nicholas Lee | 3/8/2023 | Case Administration | Review latest developments on AEJ hearing on motion to compel. | 0.3 | 280 | $84.00 |
| Nicholas Lee | 3/8/2023 | Case Administration | Review UCC requests for contact information of AEJ individuals and entities. | 0.4 | 280 | $112.00 |
| Nicholas Lee | 3/10/2023 | Case Administration | Research on latest developments of Sandy Hook families opposing potential discharge of claims. | 0.3 | 280 | $84.00 |
| Nicholas Lee | 3/20/2023 | Case Administration | Review Nardello summary of production to UCC. | 0.8 | 280 | $224.00 |
| Nicholas Lee | 3/20/2023 | Case Administration | Research published articles re: AEJ bankuptcy | 0.2 | 280 | $56.00 |
| Nicholas Lee | 3/23/2023 | Case Administration | Review unredacted production of trust and tax documents in Akin Gump data room for analysis. | 0.5 | 280 | $140.00 |

Teneo Capital LLC
Time Period: March 1, 2023 to March 31, 2023                                                                              **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Spent Time | Rate | Amount |
|---|---|---|---|---|---|---|
| Nicholas Lee | 3/23/2023 | Case Administration | Inventory unredacted productions of trust and tax documents in Akin Gump data room. | 1.9 | 280 | $532.00 |
| Nicholas Lee | 3/27/2023 | Case Administration | Review to pull documents from FSS MSA production from McDowell Hetherington LLP. | 0.3 | 280 | $84.00 |
| Nicholas Lee | 3/28/2023 | Case Administration | Inventory documents from FSS MSA production from McDowell Hetherington LLP. | 1.3 | 280 | $364.00 |
| | | **Case Administration** | | **6.7** | | **$1,876.00** |
| Alyssa Scotti | 3/1/2023 | Investigation | Call with N Lee and S Yune re: analysis of bank statements for pre petition transfers | 0.5 | 508 | $254.00 |
| Sidney Yune | 3/1/2023 | Investigation | Creation of Excel Summary of bank statements for prepetition transfers | 4.9 | 280 | $1,372.00 |
| Sidney Yune | 3/1/2023 | Investigation | Review and Analysis of bank statements in connection with prepetition transfers | 3.7 | 280 | $1,036.00 |
| Nicholas Lee | 3/1/2023 | Investigation | Analyze AEJ bank statements and transactions for prepetition transfers | 2.7 | 280 | $756.00 |
| Nicholas Lee | 3/1/2023 | Investigation | Consolidate bank statements for analyses | 1.2 | 280 | $336.00 |
| Nicholas Lee | 3/1/2023 | Investigation | Call with A. Scotti and S Yune re: analysis of bank statements for prepetition transfers | 0.5 | 280 | $140.00 |
| Sidney Yune | 3/1/2023 | Investigation | Call re: Jones Bank Statements w/ A. Scotti, N. Lee | 0.5 | 280 | $140.00 |
| Nicholas Lee | 3/2/2023 | Investigation | Analyze AEJ bank statements for prepetition transfers | 1.7 | 280 | $476.00 |
| Nicholas Lee | 3/2/2023 | Investigation | Call with A. Scotti and S Yune re: analysis of bank statements and prepetition transfers | 0.3 | 280 | $84.00 |
| Sidney Yune | 3/3/2023 | Investigation | Work on AEJ and FSS Monthly Burn Rate Analysis at the request of Akin | 3.1 | 280 | $868.00 |
| Sidney Yune | 3/6/2023 | Investigation | Review of documents at the direction of A. Scotti | 3.3 | 280 | $924.00 |
| Sidney Yune | 3/7/2023 | Investigation | Review of documents for potential Bank Statement Information | 2.6 | 280 | $728.00 |
| Sidney Yune | 3/7/2023 | Investigation | Review of documents from Akin at the direction of A. Scotti | 1.1 | 280 | $308.00 |
| Alyssa Scotti | 3/27/2023 | Investigation | Review FSS Financials in connection with investigation of prepetition transfers (year 1) | 0.8 | 508 | $406.40 |
| Alyssa Scotti | 3/27/2023 | Investigation | Review FSS Financials in connection with investigation of prepetition transfers (year 2) | 0.8 | 508 | $406.40 |
| Alyssa Scotti | 3/27/2023 | Investigation | Review FSS Financials in connection with investigation of prepetition transfers (year 3) | 0.8 | 508 | $406.40 |
| Alyssa Scotti | 3/27/2023 | Investigation | Review FSS Financials in connection with investigation of prepetition transfers (year 4) | 0.8 | 508 | $406.40 |
| Alyssa Scotti | 3/27/2023 | Investigation | Review FSS Financials in connection with investigation of prepetition transfers (year 5) | 0.8 | 508 | $406.40 |
| Alyssa Scotti | 3/27/2023 | Investigation | Review FSS Financials in connection with investigation of prepetition transfers (year 6) | 0.8 | 508 | $406.40 |
| Alyssa Scotti | 3/27/2023 | Investigation | Review FSS Financials in connection with investigation of prepetition transfers (year 7) | 0.8 | 508 | $406.40 |
| Alyssa Scotti | 3/27/2023 | Investigation | Review FSS Financials in connection with investigation of prepetition transfers (year 8) | 0.8 | 508 | $406.40 |
| Alyssa Scotti | 3/28/2023 | Investigation | Review third party documentation re: agreements and schedules | 1.6 | 508 | $812.80 |
| Alyssa Scotti | 3/28/2023 | Investigation | Analyze amended Jones Schedule of Financial Assets filed | 1.3 | 508 | $660.40 |
| Alyssa Scotti | 3/28/2023 | Investigation | Analyze amended Jones Schedule of Assets & Liabilities | 1.9 | 508 | $965.20 |
| Alyssa Scotti | 3/29/2023 | Investigation | Review DIP account transactions re: third party payments | 1.1 | 508 | $558.80 |
| Robin Chiu | 3/29/2023 | Investigation | Review and comments to Nardello presentation for UCC | 0.1 | 683 | $68.30 |
| Sidney Yune | 3/29/2023 | Investigation | Review and Analysis of Differences in Updated Schedules and SOFA at the direction of A. Scotti | 4.6 | 280 | $1,288.00 |

**Teneo Capital LLC**
**Time Period: March 1, 2023 to March 31, 2023**                                                                          **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Spent Time | Rate | Amount |
|----------|------|-----------------|------|-----------|------|--------|
| Alyssa Scotti | 3/29/2023 | Investigation | Analyze re:analysis of prepetition transactions or transfers | 1.5 | 508 | $762.00 |
| Alyssa Scotti | 3/30/2023 | Investigation | Analyze re:analysis of prepetition transactions or transfers | 0.6 | 508 | $304.80 |
| Robin Chiu | 3/30/2023 | Investigation | Correspondence with counsel re: FSS equity interest | 0.2 | 683 | $136.60 |
| Alyssa Scotti | 3/30/2023 | Investigation | Analyze re:analysis of prepetition transactions or transfers | 1.3 | 508 | $660.40 |
| | | **Investigation** | | **46.7** | | **$16,890.50** |
| Marc Kirschner | 3/1/2023 | Meetings and Communications with UCC and Counsel | Attend meeting with Teneo (A. Scotti, G. Polkowitz, N Lee) and Akin and Nardello Representatives | 0.5 | 650 | $325.00 |
| Nicholas Lee | 3/1/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo (M. Kirschner, A. Scotti, G Polkowitz) Akin Gump and Nardello teams. | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 3/1/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly call with Teneo (A. Scotti, M. Kirschner, N Lee) and the Akin Gump and Nardello teams on case update and strategy | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 3/1/2023 | Meetings and Communications with UCC and Counsel | Meet with Akin, Nardello and Teneo (M Kirschner, N Lee G Polkowitz) re: strategy | 0.5 | 508 | $254.00 |
| Marc Kirschner | 3/2/2023 | Meetings and Communications with UCC and Counsel | Meeting with full Creditors Committee, Akin, Nardello, R. Chiu, A.Scotti, G. Polkowitz | 0.9 | 650 | $585.00 |
| Sidney Yune | 3/2/2023 | Meetings and Communications with UCC and Counsel | UCC Call w/ R. Chiu, G. Polkowitz, A. Scotti, Akin Gump and Nardello teams and counsel to the UCC members | 0.9 | 280 | $252.00 |
| Alyssa Scotti | 3/2/2023 | Meetings and Communications with UCC and Counsel | Meet with counsel (Akin), UCC Members, Nardello and Teneo (G Polkowitz, R Chiu and M Kirschner) re: update and strategy | 0.9 | 508 | $457.20 |
| Gary Polkowitz | 3/2/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. Kirschner, R. Chiu, A. Scotti, Akin Gump and Nardello teams and counsel to members of the UCC to discuss case update and strategy | 0.9 | 683 | $614.70 |
| Robin Chiu | 3/2/2023 | Meetings and Communications with UCC and Counsel | Weekly UCC call with counsel, Nardello team, M. Kirschner, A. Scotti and S. Yune (joined late) | 0.8 | 683 | $546.40 |
| Gary Polkowitz | 3/2/2023 | Meetings and Communications with UCC and Counsel | Prepared for weekly UCC call | 0.3 | 683 | $204.90 |
| Alyssa Scotti | 3/9/2023 | Meetings and Communications with UCC and Counsel | Meet with counsel (Akin) and UCC members, Teneo (M Kirschner, R Chiu and G Polkowitz) and Nardello (L Hanlon, T Allport) re: strategy and update | 1 | 508 | $508.00 |
| Gary Polkowitz | 3/9/2023 | Meetings and Communications with UCC and Counsel | Preparation for call with the UCC | 0.4 | 683 | $273.20 |
| Robin Chiu | 3/9/2023 | Meetings and Communications with UCC and Counsel | Meet with counsel (Akin) and UCC members, Teneo (A Scotti, R Chiu and G Polkowitz) and Nardello (L Hanlon, T Allport) re: strategy and update | 1 | 683 | $683.00 |
| Gary Polkowitz | 3/9/2023 | Meetings and Communications with UCC and Counsel | Participate on the weekly UCC call with M. Kirschner, R. Chiu, A. Scotti, Akin Gump and Nardello teams and counsel to members of the UCC | 1 | 683 | $683.00 |
| Marc Kirschner | 3/9/2023 | Meetings and Communications with UCC and Counsel | Meet with counsel (Akin) and UCC members, Teneo (A Scotti, R Chiu and G Polkowitz) and Nardello (L Hanlon, T Allport) re: strategy and update | 1 | 650 | $650.00 |
| Alyssa Scotti | 3/10/2023 | Meetings and Communications with UCC and Counsel | Call with Akin re: primary goals and strategy, with G. Polkowitz, M. Kirschner | 0.8 | 508 | $406.40 |
| Gary Polkowitz | 3/10/2023 | Meetings and Communications with UCC and Counsel | Call with Akin re: pimary goals and strategy, M. Kirschner and A. Scotti | 0.5 | 683 | $341.50 |
| Marc Kirschner | 3/10/2023 | Meetings and Communications with UCC and Counsel | Call with Akin re: primary goals and strategy, with G. Polkowitz, A. Scotti | 0.5 | 650 | $325.00 |
| Gary Polkowitz | 3/14/2023 | Meetings and Communications with UCC and Counsel | Call with S. Yune to discuss draft UCC presentation deck re: case consideration and strategy | 1 | 683 | $683.00 |

**Teneo Capital LLC**
**Time Period: March 1, 2023 to March 31, 2023**                                                                                     **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Spent Time | Rate | Amount |
|---|---|---|---|---|---|---|
| Sidney Yune | 3/14/2023 | Meetings and Communications with UCC and Counsel | Call with G. Polkowitz to discuss draft UCC presentation deck re: case consideration and strategy | 1 | 280 | $280.00 |
| Alyssa Scotti | 3/16/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC meeting with G. Polkowitz, M Kirscher, Akin Gump and Nardello teams and counsel to members of the UCC | 1 | 508 | $508.00 |
| Gary Polkowitz | 3/16/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC meeting with A. Scotti, Akin Gump and Nardello teams and counsel to members of the UCC | 1 | 683 | $683.00 |
| Gary Polkowitz | 3/16/2023 | Meetings and Communications with UCC and Counsel | Prepare for weekly UCC meeting | 0.4 | 683 | $273.20 |
| Marc Kirschner | 3/16/2023 | Meetings and Communications with UCC and Counsel | Attend Committee Meeting with Akin, Paul Weiss, Texas and Conn Familes, A. Scotti, G. Polkowitz and Nardello | 1 | 650 | $650.00 |
| Alyssa Scotti | 3/20/2023 | Meetings and Communications with UCC and Counsel | Meet with Akin (S Brauner and M Miller) re: presentation for UCC on case strategy | 0.5 | 508 | $254.00 |
| Alyssa Scotti | 3/22/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC professional call with  G. Polkowitz, R. Chiu and Akin Gump and Nardello teams to discuss various case matters | 1 | 508 | $508.00 |
| Robin Chiu | 3/22/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC professional call with G. Polkowitz, R. Chiu and Akin Gump and Nardello teams to discuss various case matters | 1 | 683 | $683.00 |
| Gary Polkowitz | 3/22/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC professional call with A. Scotti, R. Chiu and Akin Gump and Nardello teams to discuss various case matters | 1 | 683 | $683.00 |
| Gary Polkowitz | 3/22/2023 | Meetings and Communications with UCC and Counsel | Prepare for call with UCC professionals (Teneo, Akin Gump and Nardello) | 0.4 | 683 | $273.20 |
| Gary Polkowitz | 3/23/2023 | Meetings and Communications with UCC and Counsel | Preparation for weekly UCC call | 0.4 | 683 | $273.20 |
| Marc Kirschner | 3/23/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with G. Polkowitz, R. Chiu, A. Scotti, Akin Gump and Nardello teams and counsel to the UCC members | 1 | 650 | $650.00 |
| Gary Polkowitz | 3/23/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. Kirschner, R. Chiu, A. Scotti, Akin Gump and Nardello teams and counsel to the UCC members | 1 | 683 | $683.00 |
| Alyssa Scotti | 3/23/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC professional call with  G. Polkowitz, R. Chiu and Akin Gump and Nardello teams to discuss various case matters | 1 | 508 | $508.00 |
| Robin Chiu | 3/23/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. Kirschner,  G. Polkowitz, A. Scotti, Akin Gump and Nardello teams and counsel to the UCC members | 1 | 683 | $683.00 |
| Alyssa Scotti | 3/29/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC professional call with  G. Polkowitz R Chiu and Akin Gump and Nardello teams | 0.5 | 508 | $254.00 |
| Robin Chiu | 3/29/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC professional call with A. Scotti  G. Polkowitz and Akin Gump and Nardello teams | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 3/29/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC professional call with A. Scotti and Akin Gump and Nardello teams | 0.5 | 683 | $341.50 |
| Marc Kirschner | 3/30/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with G. Polkowitz, A. Scotti, R. Chiu, Akin Gump and Nardello teams and counsel of members | 1 | 650 | $650.00 |
| Alyssa Scotti | 3/30/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. KIrschner, R. Chiu,  G. Polkowitz, Akin Gump and Nardello teams and counsel of members | 1 | 508 | $508.00 |
| Gary Polkowitz | 3/30/2023 | Meetings and Communications with UCC and Counsel | Prepare for UCC call | 0.4 | 683 | $273.20 |

**Teneo Capital LLC**
**Time Period: March 1, 2023 to March 31, 2023**                                                                                        **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Spent Time | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 3/30/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. KIrschner, A. Scotti, R. Chiu, Akin Gump and Nardello teams and counsel of members | 1 | 683 | $683.00 |
| Robin Chiu | 3/30/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. KIrschner, A. Scotti, G. Polkowitz, Akin Gump and Nardello teams and counsel of members | 1 | 683 | $683.00 |
| | | **Meetings and Communications with UCC and Counsel** | | **32.3** | | **$19,544.60** |
| Alyssa Scotti | 3/14/2023 | Non-Working Travel (at 50%) | Travel to and from Austin Texas re: Jones' storage unit site visits | 7 | 254 | $1,778.00 |
| Alyssa Scotti | 3/15/2023 | Non-Working Travel (at 50%) | Travel to and from Austin Texas re: Jones' storage unit site visits | 7 | 254 | $1,778.00 |
| | | **Non-Working Travel (at 50%)** | | **14** | | **$3,556.00** |
| Robin Chiu | 3/14/2023 | Plan and Disclosure Statement | Review FSS Disclosure Statement | 0.2 | 683 | $136.60 |
| | | **Plan and Disclosure Statement** | | **0.2** | | **$136.60** |
| Gary Polkowitz | 3/1/2023 | Strategy and Financial Advisory Services to UCC | Meet with N Lee S Yune and A Scotti re: strategy | 0.5 | 683 | $341.50 |
| Nicholas Lee | 3/1/2023 | Strategy and Financial Advisory Services to UCC | amended schedules and statements. | 0.3 | 280 | $84.00 |
| Alyssa Scotti | 3/1/2023 | Strategy and Financial Advisory Services to UCC | Prepare agenda for Blackbriar call on 3/3 | 0.9 | 508 | $457.20 |
| Alyssa Scotti | 3/1/2023 | Strategy and Financial Advisory Services to UCC | Meet with G Polkowitz S Yune and N Lee re: strategy | 0.5 | 508 | $254.00 |
| Sidney Yune | 3/1/2023 | Strategy and Financial Advisory Services to UCC | Meet with G Polkowitz N Leeand A Scotti re: strategy | 0.5 | 280 | $140.00 |
| Nicholas Lee | 3/1/2023 | Strategy and Financial Advisory Services to UCC | Meet with G Polkowitz S Yune and A Scotti re: strategy | 0.5 | 280 | $140.00 |
| Marc Kirschner | 3/2/2023 | Strategy and Financial Advisory Services to UCC | Discussion with G. Polkowitz, R. Chui and S. Yune on UCC call and forward case strategy | 0.2 | 650 | $130.00 |
| Gary Polkowitz | 3/2/2023 | Strategy and Financial Advisory Services to UCC | Discussion with M. Kirschner, R. Chui and S. Yune on UCC call and forward case strategy | 0.2 | 683 | $136.60 |
| Robin Chiu | 3/2/2023 | Strategy and Financial Advisory Services to UCC | Discussion with M. Kirschner, G. Polkowitz and S. Yune on UCC call and forward case strategy | 0.2 | 683 | $136.60 |
| Sidney Yune | 3/2/2023 | Strategy and Financial Advisory Services to UCC | Discussion with M. Kirschner, R. Chui and G. Polkowitz on UCC call and forward case strategy | 0.2 | 280 | $56.00 |
| Alyssa Scotti | 3/2/2023 | Strategy and Financial Advisory Services to UCC | Prepare summary preliminary observations for UCC re: debtor's bank transactions | 2.1 | 508 | $1,066.80 |
| Gary Polkowitz | 3/2/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed drafts of motion to compel | 0.2 | 683 | $136.60 |
| Alyssa Scotti | 3/2/2023 | Strategy and Financial Advisory Services to UCC | Review the analysis of the Debtor's bank activity and prepare summary analysis | 1.4 | 508 | $711.20 |
| Alyssa Scotti | 3/2/2023 | Strategy and Financial Advisory Services to UCC | Call with G.Polkowitz on the documents to be provided by M3 related to FSS | 0.3 | 508 | $152.40 |
| Gary Polkowitz | 3/2/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed correspondence related to SOFA and SOAL | 0.3 | 683 | $204.90 |
| Alyssa Scotti | 3/2/2023 | Strategy and Financial Advisory Services to UCC | Meet with N Lee re: Debtor bank statement review | 0.3 | 508 | $152.40 |
| Gary Polkowitz | 3/3/2023 | Strategy and Financial Advisory Services to UCC | Prepare for call with M3 on FSS documents | 0.2 | 683 | $136.60 |
| Alyssa Scotti | 3/3/2023 | Strategy and Financial Advisory Services to UCC | Prepare shared site for file transfers | 0.2 | 508 | $101.60 |
| Gary Polkowitz | 3/3/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti on the documents to be provided by M3 related to FSS | 0.3 | 683 | $204.90 |
| Alyssa Scotti | 3/3/2023 | Strategy and Financial Advisory Services to UCC | meet with BlackBriar (B Schleizer, H Kessler) and Nardello (L Hanlon) re: Debtor Financial advisor update | 1.5 | 508 | $762.00 |
| Alyssa Scotti | 3/3/2023 | Strategy and Financial Advisory Services to UCC | review transfer data re: January 2022 | 0.8 | 508 | $406.40 |
| Alyssa Scotti | 3/3/2023 | Strategy and Financial Advisory Services to UCC | Call with M3 (K Chung, B Griffith, M Murphy) and Teneo (G Polkowitz) re: FSS financial advisor update | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 3/3/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti and B. Murphy and K. Chung of M3 on FSS documents | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 3/3/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed motion to compel for amended SOFA, SOAL and MOR of the debtor | 0.3 | 683 | $204.90 |

**Teneo Capital LLC**
**Time Period: March 1, 2023 to March 31, 2023**                                                                                   **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Spent Time | Rate | Amount |
|---|---|---|---|---|---|---|
| Marc Kirschner | 3/6/2023 | Strategy and Financial Advisory Services to UCC | Conference with A. Scotti, G. Polkowitz and R. Chiu re: Report and review of A. Scotti conversations with M-3 and Black Briar | 0.5 | 650 | $325.00 |
| Alyssa Scotti | 3/6/2023 | Strategy and Financial Advisory Services to UCC | Review bank statements (2022) for transfer data and analyze transfers from Debtor | 2.1 | 508 | $1,066.80 |
| Alyssa Scotti | 3/6/2023 | Strategy and Financial Advisory Services to UCC | Meet with M Kirschner, R Chiu and G Polkowitz re: update from meetings with BlackBriar and M3 | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 3/6/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner, R. Chiu and A. Scotti to discuss on updates form M3 and BlackBriar | 0.5 | 683 | $341.50 |
| Robin Chiu | 3/6/2023 | Strategy and Financial Advisory Services to UCC | call with A. Scotti, M. Kirschner and G. Polkowitz re: calls with BlackBriar and M3 and strategy | 0.5 | 683 | $341.50 |
| Marc Kirschner | 3/7/2023 | Strategy and Financial Advisory Services to UCC | Teleconference with David Zensky re: general case strategy | 0.2 | 650 | $130.00 |
| Marc Kirschner | 3/7/2023 | Strategy and Financial Advisory Services to UCC | Review US Trustee's support of Motion to Convert | 0.2 | 650 | $130.00 |
| Gary Polkowitz | 3/8/2023 | Strategy and Financial Advisory Services to UCC | Review of 5 year projections in the FSS plan of reorganization to see how it impacts the Alex Jones case | 1.7 | 683 | $1,161.10 |
| Gary Polkowitz | 3/8/2023 | Strategy and Financial Advisory Services to UCC | Review of FSS plan of reorganization to see how it relates to the Alex Jones case | 1 | 683 | $683.00 |
| Marc Kirschner | 3/8/2023 | Strategy and Financial Advisory Services to UCC | Review Sub Ch V Trustee's filed Plan of Rerganization and emails to G. Polkowitz and A. Scotti re: same | 0.8 | 650 | $520.00 |
| Marc Kirschner | 3/8/2023 | Strategy and Financial Advisory Services to UCC | Attend Advisors meeting with A. Scotti and G. Polkowitz; Nardello reprsentatives | 0.4 | 650 | $260.00 |
| Marc Kirschner | 3/8/2023 | Strategy and Financial Advisory Services to UCC | Emails to . Chiu, G. Polkowitz, A. Scotti re: work streams to review discovery materials submitted by Debtor | 0.2 | 650 | $130.00 |
| Marc Kirschner | 3/8/2023 | Strategy and Financial Advisory Services to UCC | Review order requiring Debtor to file complete and accurate Amended Schedules | 0.2 | 650 | $130.00 |
| Alyssa Scotti | 3/9/2023 | Strategy and Financial Advisory Services to UCC | Prepare burn rate analysis re: professionals for Debtor and FSS | 1.3 | 508 | $660.40 |
| Gary Polkowitz | 3/10/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti on FSS 5 year projections and impact ion Alex Jones case | 0.4 | 683 | $273.20 |
| Alyssa Scotti | 3/10/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz on FSS 5 year projections and impact ion Alex Jones case | 0.4 | 508 | $203.20 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Prepare presentation to UCC re: summary observations re: FSS reorganization plan as it relates to Jones' interest | 2.1 | 508 | $1,066.80 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Prepare summary observations regarding FSS reorganization plan as it relates to Jones' interest | 1.8 | 508 | $914.40 |
| Sidney Yune | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Creation of 3/16/23 UCC Presentation | 1.6 | 280 | $448.00 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Perform analytics re: FSS reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 1 | 0.6 | 508 | $304.80 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Perform analytics re: FSS reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 2 | 0.6 | 508 | $304.80 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Perform analytics re: FSS reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 3 | 0.6 | 508 | $304.80 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Perform analytics re: FSS reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 4 | 0.6 | 508 | $304.80 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Perform analytics re: FSS reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 5 | 0.6 | 508 | $304.80 |

**Teneo Capital LLC**
**Time Period: March 1, 2023 to March 31, 2023**                                                                 **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Spent Time | Rate | Amount |
|---|---|---|---|---|---|---|
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Perform analytics re: FSS reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 6 | 0.6 | 508 | $304.80 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Perform analytics re: FSS reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 7 | 0.6 | 508 | $304.80 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Perform analytics re: FSS reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 8 | 0.6 | 508 | $304.80 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Perform analytics re: FSS reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 9 | 0.6 | 508 | $304.80 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Perform analytics re: FSS reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 10 | 0.6 | 508 | $304.80 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 11 | 0.6 | 508 | $304.80 |
| Alyssa Scotti | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Perform analytics re: FSS reorganization plan filed as it relates to Jones' interest in FSS - 2023-Month 12 | 0.6 | 508 | $304.80 |
| Marc Kirschner | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Review Jones Agreement | 0.6 | 650 | $390.00 |
| Marc Kirschner | 3/13/2023 | Strategy and Financial Advisory Services to UCC | Review Oppposition by FSS to Motion to Convert | 0.2 | 650 | $130.00 |
| Sidney Yune | 3/14/2023 | Strategy and Financial Advisory Services to UCC | Creation of 3/16/23 UCC Presentation | 2.5 | 280 | $700.00 |
| Alyssa Scotti | 3/14/2023 | Strategy and Financial Advisory Services to UCC | Prepare summary observations regarding FSS reorganization plan as it relates to Jones' interest | 1.2 | 508 | $609.60 |
| Sidney Yune | 3/14/2023 | Strategy and Financial Advisory Services to UCC | Edits to 3/16/23 UCC Presentation | 1.1 | 280 | $308.00 |
| Alyssa Scotti | 3/14/2023 | Strategy and Financial Advisory Services to UCC | Prepare presentation to UCC re: summary observations re: FSS reorganization plan as it relates to Jones' interest | 1 | 508 | $508.00 |
| Marc Kirschner | 3/14/2023 | Strategy and Financial Advisory Services to UCC | Review email from K. Porter e: status of  Requests for Mediation | 0.1 | 650 | $65.00 |
| Gary Polkowitz | 3/14/2023 | Strategy and Financial Advisory Services to UCC | Review and comment on draft UCC presentation deck related to the FSS plan of reorganization and FSS 5-year plan related to the impact on the Alex Jones case | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 3/15/2023 | Strategy and Financial Advisory Services to UCC | Review and comment on draft UCC presentation deck related to the FSS plan of reorganization and FSS 5-year plan related to the impact on the Alex Jones case | 0.4 | 683 | $273.20 |
| Marc Kirschner | 3/15/2023 | Strategy and Financial Advisory Services to UCC | Review draft deck of A. Scotti analysis for UCC presentation | 0.5 | 650 | $325.00 |
| Alyssa Scotti | 3/15/2023 | Strategy and Financial Advisory Services to UCC | Conduct onsite inspections of Jones' storage units in Austin Texas | 7 | 508 | $3,556.00 |
| Gary Polkowitz | 3/15/2023 | Strategy and Financial Advisory Services to UCC | Discussions with A. Scotti on Alex Jones storage facilities in Austin, TX | 0.7 | 683 | $478.10 |
| Alyssa Scotti | 3/15/2023 | Strategy and Financial Advisory Services to UCC | Discussions with G. Polkowitz on Alex Jones storage facilities in Austin, TX | 0.7 | 508 | $355.60 |
| Sidney Yune | 3/15/2023 | Strategy and Financial Advisory Services to UCC | Edits to 3/16/23 UCC Presentation | 0.5 | 280 | $140.00 |
| Gary Polkowitz | 3/15/2023 | Strategy and Financial Advisory Services to UCC | Call with S. Yune to discuss draft UCC presentation deck related to 5 year FSS projections to determine impact on Alex Jones case | 0.5 | 683 | $341.50 |
| Marc Kirschner | 3/16/2023 | Strategy and Financial Advisory Services to UCC | Review analysis of FSS Plan prepared by G. Polkowitz and A. Scotti | 0.4 | 650 | $260.00 |
| Alyssa Scotti | 3/20/2023 | Strategy and Financial Advisory Services to UCC | Prepare updates sent by Akin to the UCC presentation re: Jones interest in FSS Reorganization plan | 2.3 | 508 | $1,168.40 |
| Alyssa Scotti | 3/20/2023 | Strategy and Financial Advisory Services to UCC | Review and analyze the FSS MOR filed for February 2023 for Jones' interest | 1.3 | 508 | $660.40 |
| Alyssa Scotti | 3/20/2023 | Strategy and Financial Advisory Services to UCC | Review responses to AEJ counsel | 0.9 | 508 | $457.20 |

**Teneo Capital LLC**
**Time Period: March 1, 2023 to March 31, 2023**                                                    **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Spent Time | Rate | Amount |
|---|---|---|---|---|---|---|
| Robin Chiu | 3/20/2023 | Strategy and Financial Advisory Services to UCC | Review of draft response letters to Debtor counsel | 0.1 | 683 | $68.30 |
| Nicholas Lee | 3/21/2023 | Strategy and Financial Advisory Services to UCC | Review February 2023 MOR for FSS. | 0.6 | 280 | $168.00 |
| Alyssa Scotti | 3/21/2023 | Strategy and Financial Advisory Services to UCC | Meet with M3 (M Murphy and B Griffith) re: FSS reorganization plan | 0.5 | 508 | $254.00 |
| Alyssa Scotti | 3/22/2023 | Strategy and Financial Advisory Services to UCC | Review and analyze unredacted trust agreements for AEJ provided by AEJ counsel | 1.4 | 508 | $711.20 |
| Alyssa Scotti | 3/22/2023 | Strategy and Financial Advisory Services to UCC | Review and analyze unredacted trust agreements for AEJ provided by AEJ counsel | 1.4 | 508 | $711.20 |
| Alyssa Scotti | 3/23/2023 | Strategy and Financial Advisory Services to UCC | Review and analyze unredacted tax returns for AEJ provided by AEJ counsel (2018) | 0.9 | 508 | $457.20 |
| Alyssa Scotti | 3/23/2023 | Strategy and Financial Advisory Services to UCC | Analyze FSS documents provided by MHLLP | 1.3 | 508 | $660.40 |
| Robin Chiu | 3/25/2023 | Strategy and Financial Advisory Services to UCC | Correspondence re: Mountain Way | 0.1 | 683 | $68.30 |
| Robin Chiu | 3/27/2023 | Strategy and Financial Advisory Services to UCC | Review draft filings re: Mountain Way | 0.1 | 683 | $68.30 |
| Nicholas Lee | 3/29/2023 | Strategy and Financial Advisory Services to UCC | Review draft of amended schedules and statements of AEJ. | 0.8 | 280 | $224.00 |
| Alyssa Scotti | 3/29/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee and Nardello team to discuss Mountain Way. | 0.5 | 508 | $254.00 |
| Nicholas Lee | 3/29/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti and Nardello team to discuss Mountain Way. | 0.3 | 280 | $84.00 |
| Alyssa Scotti | 3/30/2023 | Strategy and Financial Advisory Services to UCC | Meet with L. Hanlon re: pre petition transfers | 0.3 | 508 | $152.40 |
| Alyssa Scotti | 3/30/2023 | Strategy and Financial Advisory Services to UCC | Prepare comments to 2004 requests for Akin | 0.6 | 508 | $304.80 |
| Nicholas Lee | 3/31/2023 | Strategy and Financial Advisory Services to UCC | Call with Nardello team, Akin Gump team, and opposing counsels re: discussion on Mountain Way. | 1.1 | 280 | $308.00 |
| | | **Strategy and Financial Advisory Services to UCC** | | **68.9** | | **$34,970.20** |
| | | **Total** | | **191.1** | | **$85,098.20** |

**EXHIBIT D**

**Summary of Expenses Incurred by Category as Financial Advisor**
**For the Period March 1, 2023 through March 31, 2023**

| Expense Type | Total Expenses |
|---|---|
| Airfare | $1,610.00 |
| Ground Transportation | $  380.74 |
| Lodging | $  215.34 |
| Meals | $    85.88 |
| **Total Expenses** | **$2,291.96** |

## EXHIBIT E

**Detailed Expenses Incurred by Category and Professional as Financial Advisor
For the Period March 1, 2023 through March 31, 2023**

**Teneo Capital LLC**                                                                                                      **Exhibit E**
**Time Period: March 1, 2023 to March  31, 2023**

| Employee | Amount | Expense Type | Description |
|---|---|---|---|
| Alyssa Scotti - Exp | $     1,585.00 | R-Airfare | 3/14-3/15 - Airfare - RT EWR to Austin,TX |
| Alyssa Scotti - Exp | $        25.00 | R-Airfare | 3/12 - Tzell Travel Expense |
|  | **$     1,610.00** |  |  |
|  |  |  |  |
| Alyssa Scotti - Exp | $       110.28 | R-Ground Transportation | 3/16 - Taxi from JFK to Home |
| Alyssa Scotti - Exp | $       165.56 | R-Ground Transportation | 3/14 - 3/15/23 - Car rental, AEJ site visit |
| Alyssa Scotti - Exp | $        95.99 | R-Ground Transportation | 3/14 - Taxi to airport - AEJ site visit |
|  | **$       371.83** |  |  |
|  |  |  |  |
| Alyssa Scotti - Exp | $       215.34 | R-Lodging | 3/14-3/15 - Lodging - Austin |
|  | **$       215.34** |  |  |
|  |  |  |  |
| Alyssa Scotti - Exp | $        19.28 | R-Meals | 3/15 - Dinner - AEJ site visit |
| Alyssa Scotti - Exp | $        14.94 | R-Meals | 3/15/23 - lunch onsite - AEJ Site visit |
| Alyssa Scotti - Exp | $        28.73 | R-Meals | 3/14/23 - Dinner - AEJ site visit |
| Alyssa Scotti - Exp | $        22.93 | R-Meals | 3/14/23 - Lunch - Travel to AEJ site visit |
|  | **$        85.88** |  |  |
|  |  |  |  |
| Alyssa Scotti - Exp | $         8.91 | R-Other Travel Costs | 3/15 - Fuel for rental car - AEJ site visit |
|  | **$         8.91** |  |  |
|  |  |  |  |
| **Total** | **$     2,291.96** |  |  |