IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| ALEXANDER E. JONES | § | |
| | § | CASE NO. 22-33553 (CML) |
| DEBTOR. | § | |

**ORDER GRANTING MOTION TO PARTIALLY QUASH THE NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' BANKRUPTCY RULE 2004 EXAMINATION OF BANK OF AMERICA, N.A.**

Upon consideration of Bank of America, N.A.'s *Motion to Partially Quash the Notice of the Official Committee of Unsecured Creditors' Bankruptcy Rule 2004 Examination of Bank of America, N.A.* (the "Motion"), the Court finds that the Motion is well taken, and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that subpart (h) of request for production no. 3 of the Official Committee of Unsecured Creditors' Bankruptcy Rule 2004 Examination of Bank of America, N.A. is hereby **QUASHED**.

SIGNED this _____ day of _____, 2023.

_____
JUDGE PRESIDING

1