IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**ORDER GRANTING THE FIRST INTERIM FEE APPLICATION OF RACHEL KENNERLY, LLC AS TAX ACCOUNTANT TO THE DEBTOR FOR THE FEE PERIOD FROM DECEMBER 6, 2022 THROUGH MAY 15, 2023 [DOCKET NO. 308]**

The Court has considered the *First Interim Fee Application for Allowance and Payment of Fees and Expenses as Tax Accountant to the Debtor for the Period From December 6, 2022 Through May 15, 2023* (the "Application") filed by Rachel Kennerly, LLC (the "Applicant"), tax accountant to Debtor Alexander E. Jones.

The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of fees and expenses in the amount of $11,025.00 for the period set forth in the Application.

2. Debtor Alexander E. Jones is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2023          _____
**CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE**