UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 22-33553 |
| Alexander E. Jones | § |
| | § (Chapter 11) |
| DEBTOR | § |
| | § |

**ORDER SETTING EMERGENCY HEARING**

It is

**ORDERED** that an emergency hearing will be held on the *Motion For Protection* as follows:

**DATE:** _____

**TIME:** _____

**LOCATION:** Courtroom 401, 4th Floor, 515 Rusk Ave., Houston, TX 77002

Telephonic Participation Dial-in Telephone No: 832-917-1510

Conference Code: 590153;

Video Participation https://www.gotomeet.me/JudgeLopez

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE