IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-33553 |
| ALEXANDER E. JONES | § | |
| | § | CHAPTER 11 |
| Debtor | § | |

**ORDER PROTECTING ELEVATED SOLUTIONS GROUP, LLC**
[Relates To Docket #_____]

It is

**ORDERED** that Elevated Solutions Group, LLC is not required to respond to the 2004 Notice or the attached subpoena at Docket #290.

Dated:_____

_____
UNITED STATES BANKRUPTCY JUDGE