IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| Debtor, | ) |

### BANK OF AMERICA'S NOTICE OF WITHDRAWAL OF MOTION TO PARTIALLY QUASH THE NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' BANKRUPTCY RULE 2004 EXAMINATION OF BANK OF AMERICA, N.A.
### [Doc. No. 305]

**TO THE HONORABLE CHRISTOPHER M. LOPEZ,**
**UNITED STATES BANKRUPTCY JUDGE:**

Bank of America ("BOA") by and through undersigned counsel, hereby withdraws the Motion to Partially Quash the Notice of The Official Committee of Unsecured Creditors' Bankruptcy Rule 2004 Examination of Bank of America, N.A. [Doc. No. 305].

Dated June 2, 2023          Respectfully submitted:

ADAMS AND REESE LLP

By: */s/Scott R. Cheatham*
Scott R. Cheatham Texas Bar No. 24050406
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Ph: (504) 585-3234
Fx: (504) 566-0210

*Attorneys for Bank of America*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon the following parties via the Clerk's CM/ECF electronic filing system on the parties listed below on this 2nd day of June, 2023.

- **Raymond William Battaglia**   rbattaglialaw@outlook.com, rwbresolve@gmail.com
- **Marty L Brimmage**   mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com
- **Ryan E Chapple**   rchapple@cstrial.com, aprentice@cstrial.com
- **Scott R. Cheatham**   scott.cheatham@arlaw.com, vicki.owens@arlaw.com
- **Vickie L Driver**   Vickie.Driver@crowedunlevy.com, elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com
- **Elizabeth Carol Freeman**   liz@lizfreemanlaw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net
- **Jennifer Jaye Hardy**   jhardy2@willkie.com, mao@willkie.com
- **Melissa A Haselden**   mhaselden@haseldenfarrow.com, haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com
- **Shelby A Jordan**   cmadden@jhwclaw.com
- **Nicholas Lawson**   nick.lawson@mhllp.com, patricia.flores@mhllp.com
- **Stephen Wayne Lemmon**   lemmon@slollp.com, mates@slollp.com
- **John D Malone**   myra@johnmalonepc.com, myra@johnmalonepc.com
- **Jarrod B. Martin**   jarrod.martin@chamberlainlaw.com, Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com
- **Avi Moshenberg**   avi.moshenberg@mhllp.com, patricia.flores@mhllp.com
- **Ha Minh Nguyen**   ha.nguyen@usdoj.gov
- **Johnie J Patterson**   wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com
- **Bradley J. Reeves**   bradley.reeves@pillsburylaw.com
- **Stephen A Roberts**   sroberts@srobertslawfirm.com, 1222805420@filings.docketbird.com
- **Jayson B. Ruff**   jayson.b.ruff@usdoj.gov
- **Jason Starks**   bkecf@traviscountytx.gov

- **Christina Walton Stephenson** Crissie.Stephenson@crowedunlevy.com, elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com
- **US Trustee** USTPRegion07.HU.ECF@USDOJ.GOV
- **Yoshie Valadez** mhtbkanhsselffilings@mccarthyholthus.com, yvaladez@mccarthyholthus.com

                                                   */s/Scott R. Cheatham*
                                                   Scott R. Cheatham