IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALEXANDER E. JONES, | ) | Case No. 22-33553 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING ON EMERGENCY MOTION FOR PROTECTION BY ELEVATED SOLUTIONS GROUP, LLC SCHEDULED FOR JUNE 8, 2023, AT 1:30 P.M. (CDT)**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 case of *Alexander E. Jones*, Case No. 22-33553 (CML), respectfully files this witness and exhibit list (the "Witness and Exhibit List") for the hearing on *Emergency Motion for Protection by Elevated Solutions Group, LLC* (the "Hearing") to be held on **June 8, 2023, at 1:30 P.M. (Central Daylight Time)** before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Courtroom 401, Houston, Texas 77002:

**WITNESSES**

The Committee may call the following witnesses at the Hearing:

1. Any witness listed or called by any other party;

2. Rebuttal witnesses as necessary; and

3. The Committee reserves the right to cross-examine any witness called by any other party.

The Committee does not presently intend to offer testimony from any witness, but reserves the right to do so. The Committee reserves the rights to cross-examine any witness identified by any other party and to call any other party's witness as a rebuttal witness.

## EXHIBITS

The Committee may offer into evidence one or more of the following exhibits at the Hearing:

1. May 10, 2023 to June 6, 2023 email correspondence between counsel for the Committee and counsel for Elevated Solutions Group, LLC;

2. The Committee's *Request for Production of Documents by the Official Committee of Secured Creditors of Alexander E. Jones to Elevated Solutions Group, LLC*;

3. The Committee's *Notice of the Official Committee of Unsecured Creditors' Bankruptcy Rule 2004 Examination of Elevated Solution Group, LLC*.

4. *The Official Committee of Alexander E. Jones Notice of Deposition of Joseph Dalessio.*

5. Any document or pleading filed in the above-captioned case;

6. Any exhibit necessary for impeachment and/or rebuttal purposes;

7. Any exhibit identified or offered by any other party.

## RESERVATION OF RIGHTS

The Committee reserves all rights, including, but not limited to, the right to amend, revise, or supplement this Witness and Exhibit List at any time, to designate additional witnesses and exhibits, to call any person identified as a witness by any other party in interest or introduce any document identified as an exhibit by any other party in interest, and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment, rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure and the Federal Rules of Evidence.

*[The remainder of this page intentionally left blank.]*

Dated: June 7, 2023

Respectfully submitted,

By: */s/ Marty L. Brimmage Jr.*
Marty L. Brimmage, Jr.

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

-*and*-

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones*

## CERTIFICATE OF SERVICE

    I certify that on June [7], 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                     */s/ Marty L. Brimmage, Jr.*
                                                                     Marty L. Brimmage, Jr.