# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| | ) |
| Debtor. | ) |
| | ) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALEXANDER E. JONES NOTICE OF DEPOSITION OF JOSEPH DALESSIO**

To:   Joseph Dalessio, by and through his attorney of record, Johnie J. Patterson, Walker & Patterson, PC, 4815 Dacoma Street, Houston, TX 77092.

**PLEASE TAKE NOTICE** that, pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure and Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors of Alexander E. Jones (the "Committee"), by its respective undersigned counsel, will take the deposition of Joseph Dalessio of Elevated Solutions Group, LLC in connection with the *Emergency Motion for Protection by Elevated Solutions Group, LLC* [ECF No. 313] (the "Motion"). The deposition will commence **June 7, 2023**, beginning at **10:00 a.m. (CT)** or another time on June 7 to be agreed between the parties and will continue until completed. The deposition will be conducted remotely via videoconference and take place before a Notary Public or other person authorized by law to administer oaths. The deposition will be recorded both by stenographic means and by audiovisual means. The deposition will be taken for all purposes permitted by the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and Local Rules for the Bankruptcy Court of the Southern District of Texas.

*[The remainder of this page intentionally left blank.]*

Dated: June 6, 2023

Respectfully,

By: *Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

*-and-*

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

***Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones***