United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 07, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | David Franklin Hill IV<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-1000<br>(212) 872-7401<br>New York (5507314) |
|---|---|

Seeks to appear as the attorney for this party:

**Official Committee of Unsecured Creditors**

Dated: 6/6/2023    Signed: /s/ David F. Hill, IV

COURT USE ONLY: The applicant's state bar reports their status as: __Currently registered__.

Dated: 06/07/2023    Signed: /s/ Z. Compean
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: June 07, 2023

/s/ Christopher M. Lopez
Christopher Lopez
United States Bankruptcy Judge