# **EXHIBIT 1**

# **Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ALEXANDER E. JONES,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-33553 (CML) |

### ORDER DENYING EMERGENCY MOTION FOR PROTECTION BY ELEVATED SOLUTIONS GROUP, LLC AND COMPELLING ELEVATED SOLUTIONS GROUP, LLC TO COMPLY WITH DISCOVERY

Upon the motion (the "Motion")[1] of the Elevated Solutions Group, LLC ("ESG") [ECF No. 313] for entry of an order of protection and the objection and countermotion thereto (the "Objection and Countermotion") of the Official Committee of Unsecured Creditors (the "Committee") of Alexander E. Jones (the "Debtor") for entry of an order, pursuant to the Federal Rules of Civil Procedure, as incorporated by the Federal Rules of Bankruptcy Procedure, compelling ESG to comply with the Committee's discovery requests; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that venue of this proceeding the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having reviewed the Motion and the Objection and Countermotion; and this Court having determined that the legal and factual bases set forth in the Objection and Countermotion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

    1.    ESG's Motion is denied in its entirety;

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Objection and Countermotion.

2. The relief sought in the Committee's Objection and Countermotion is granted in its entirety;

3. ESG shall produce the documents requested by the Committee in the RFPs and the Rule 2004 Requests within 14 days of the date of this Order; and

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2023
      Houston, Texas

_____
**THE HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**