IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>Alexander E. Jones,<br><br>          Debtor, | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| In re<br><br>Free Speech Systems LLC,<br><br>          Debtor, | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11 |

### MOTION TO SEAL

Alexander E. Jones ("Jones") and Free Speech Systems, LLC ("FSS"), the debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors") hereby respectfully requests the Court seal Exhibit A to the proposed *Agreed Order on Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019* ("Agreed Order") and submits this Motion to Seal pursuant to Sections 107(c) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9037 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Rule 9037-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Rules").

Given the public nature of these proceedings and the fact that the settlement contemplates potential and future trials, the Debtors request the dollar amounts set forth in Exhibit A to the Agreed Order be filed under seal. Exhibit A shall be provided to the U.S. Trustee and parties to the protective order entered in these cases.

**MOTION TO SEAL – Page 1**

Dated: June 8, 2023
Houston

        **CROWE & DUNLEVY, P.C.**

        By: */s/ Vickie L. Driver*
        Vickie L. Driver
        State Bar No. 24026886
        Christina W. Stephenson
        State Bar No. 24049535
        2525 McKinnon St., Suite 425
        Dallas, TX 75201
        Telephone: (737) 218-6187
        Email: dallaseservice@crowedunlevy.com

        -and-

        **JORDAN & ORTIZ, P.C.**

        By: */s/ Shelby A. Jordan*
        Shelby A. Jordan
        State Bar No. 11016700
        S.D. No. 2195
        Antonio Ortiz
        State Bar No. 24074839
        S.D. No. 1127322
        500 North Shoreline Blvd., Suite 900
        Corpus Christ, TX 78401
        Telephone: (361) 884-5678
        Facsimile: (361) 888-5555
        Email: sjordan@jhwclaw.com
        Email: aortiz@jhwclaw.com

        *Counsel to Alexander E. Jones*

        **LAW OFFICES OF RAY BATTAGLIA, PLLC**

        By: */s/ Ray W. Battaglia*
        Raymond W. Battaglia
        State Bar No. 01918055
        66 Granburg Circle
        San Antonio, Texas 78218
        Tel. (210) 601-9405
        Email: rbattaglialaw@outlook.com

        *Counsel to Free Speech Systems, LLC*

**MOTION TO SEAL – Page 2**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion was served upon all parties receiving or entitled to notice through CM/ECF on this 8th day of June, 2023.

                                                    */s/ Vickie L. Driver*
                                                   Vickie L. Driver