## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>Alexander E. Jones,<br><br>        Debtor, | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| In re<br><br>Free Speech Systems LLC,<br><br>        Debtor, | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11 |

## ORDER

NOW BEFORE THE COURT is Alexander E. Jones ("Jones") and Free Speech Systems, LLC's ("FSS"), Motion to Seal (the "Motion") [Dkt. No. 322].  In this Motion, Jones and FSS request the Court seal Exhibit A to the *Agreed Order on Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure* (the "Agreed Order") [Dkt. No. 323-1].  For good cause shown, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Court Clerk will seal Exhibit A to the Agreed Order until further notice.

**Dated: _____, 2023**     _____

                                  **CHRISTOPHER M. LOPEZ**
                                  **UNITED STATES BANKRUPTCY JUDGE**