IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ALEXANDER E. JONES | ) Case No. 22-33553 (CML) |
|  | ) |
| Debtor. | ) |
|  | ) |

**SECOND STIPULATION AND AGREED ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALEXANDER E. JONES AN EXTENSION OF TIME TO OBJECT TO A CLAIM OF EXEMPTIONS AND OTHER RELATED RELIEF**

Alexander E. Jones ("Jones" or the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through their respective undersigned counsel, hereby enter into this second stipulation and agreed order (the "Second Stipulation and Order") as follows:

WHEREAS, the Debtor filed his Schedules of Assets and Liabilities on February 14, 2023 [ECF No. 161] (the "First Schedules");

WHEREAS, the Debtor filed his amended Schedules of Assets and Liabilities on March 30, 2023 [ECF No. 231] (the "Amended Schedules");

WHEREAS, the Debtor filed his second amended Schedules of Assets and Liabilities on April 18, 2023 [ECF No. 242] (the "Second Amended Schedules" and together with the First Schedules and the Amended Schedules, the "Schedules");

WHEREAS, the Debtor has identified at least one additional modification to be made to the Schedule C of the Second Amended Schedules, and has informed the Committee that it may file further amended Schedules in the future;

WHEREAS, in order to preserve resources of the estate, on May 17, 2023, counsel for the Committee and counsel for the Debtor entered into a stipulation and agreed order to extend the deadline for any challenge to Schedule C of the Second Amended Schedules to until and at least June 19, 2023, and as may be further extended by written agreement between the parties, operation of the applicable rules, or order of the Court, which was so ordered by the Court on May 18, 2023 [ECF No. 285] (the "First Stipulation and Order");

WHEREAS, in order to preserve resources of the estate, counsel for the Committee and counsel for the Debtor have further agreed to extend the deadline for any challenge to Schedule C of the Second Amended Schedules to until and at least August 18, 2023, and as may be further extended by written agreement between the parties, operation of the applicable rules, or order of the Court;

WHEREAS, good cause exists to extend the deadline to object to the designation of any property currently designated as exempt on Schedule C of the Second Amended Schedules;

**NOW, THEREFORE IN CONSIDERATION OF THE FOREGOING RECITALS, IT HEREBY IS STIPULATED AND AGREED** as follows:

1. The deadline for the Committee to object to the Debtor's list of property claimed as exempt in the Debtor's Schedule C of the Second Amended Schedules shall be extended to August 18, 2023.

2. The undersigned hereby represent and warrant that they have full authority to execute this Stipulation on behalf of the respective parties, and that the respective parties have full knowledge of, and have consented to, this Stipulation.

3. This Stipulation shall be effective immediately upon filing with the Court.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

**STIPULATED AND AGREED TO THIS 16TH DAY OF JUNE 2023**

By: */s/ Vickie L. Driver*
Vickie L. Driver

**CROWE & DUNLEVY, P.C.**
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Telephone: 737.218.6187
Facsimile: (214) 969-4343
Email: dallaseservice@crowedunlevy.com

*Counsel to Alexander E. Jones*

By: */s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

-and-

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)

One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones*

**SO ORDERED:**

Dated: June 16, 2023

_____
THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE