| Alexander Emric Jones | | | | | | | Case No. 22-33553 | |
|---|---|---|---|---|---|---|---|---|

## Part 1 - Statement of Cash Receipts and Disbursements
### May 1- May 31, 2023

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 588,109 | 4,402 | 4,978 | 26,245 | 10,422 | 1,206 | 5,000 | 640,362 |
| Cash Receipts | 273,655 | 251 | | | 2 | | | 273,908 |
| Cash Disbursements | (62,366) | | | | (27) | | | (62,393) |
| **Net Cash Flow** | 799,398 | 4,653 | 4,978 | 26,245 | 10,397 | 1,206 | 5,000 | 851,876 |
| Transfer In | | | | | | | | 0 |
| Transfers Out | | | | | | | | 0 |
| **Ending Bank Balance** | 799,398 | 4,653 | 4,978 | 26,245 | 10,397 | 1,206 | 5,000 | 851,876 |

# Alex Jones
## Profit and Loss
### May 2023

|  | Total |
|---|---:|
| **Income** | |
|   FreeSpeech Payroll | 40,000 |
|   Interest Income | 102 |
|   Rental Income | 1,200 |
|   Royalty Income | 179,440 |
|   Sales of Product Income | 173,261 |
|     Cost of Goods Sold | -35,510 |
|     Selling Expense | -63,997 |
|   **Total Sales of Product Income** | $ 73,754 |
| **Total Income** | $ 294,497 |
| **Payroll deductions** | |
|   Child Support- Garnished | 1,846 |
|   Medical Insurance Premiums | 1,029 |
|   Payroll Taxes withheld | 12,054 |
| **Total Payroll deductions** | $ 14,929 |
| **Net Receipts** | $ 279,568 |
| **Expenses** | |
|   Living Expenses | |
|     Auto/Trucks/Watercraft | |
|       Auto/Boat Maintenance | 4,836 |
|       Boat Storage | 707 |
|       Fuel | 1,215 |
|     **Total Auto/Trucks/Watercraft** | $ 6,758 |
|     Family | |
|       Child Care | 13,660 |
|       Groceries | 459 |
|       Homestead | |
|         Maintenance | 2,657 |
|           Housekeeping | 1,500 |
|           Misc. Supplies and Services | 1,526 |
|         **Total Maintenance** | $ 5,683 |
|         Phone/Internet | 627 |
|         Repairs | 211 |
|         Utilities | 1,633 |
|       **Total Homestead** | $ 8,155 |
|       Meals & Entertainment | 3,935 |
|         Apple/Netflix/Hulu charges | 345 |
|       **Total Meals & Entertainment** | $ 4,280 |
|       Medical | 1,263 |
|       Other | 656 |
|       PreNup Obligation | 15,184 |
|       School and Kid's Activities | |
|         Activities | 2,748 |
|       **Total School and Kid's Activities** | $ 2,748 |
|     **Total Family** | $ 46,404 |
|   **Total Living Expenses** | $ 53,162 |
|   Other Expenses | |
|     Bank Charges & Fees | 97 |
|     Business Expenses | 462 |
|     Interest Paid | 176 |
|     Legal & Professional Services | 860 |
|     Real Estate | |
|       Austin Condos | |
|         Condo HOA | 660 |
|         Condo Utilities and Maintenance | 1,210 |
|       **Total Austin Condos** | $ 1,870 |
|       Lakehouse | |
|         Lakehouse Internet | 355 |
|         Lakehouse Maintenance | 640 |
|       **Total Lakehouse** | $ 994 |
|       Ranch property | 27 |
|     **Total Real Estate** | $ 2,891 |
|     Rental Storage Units | 2,024 |
|     Travel | 5,113 |
|   **Total Other Expenses** | $ 11,623 |
| **Total Expenses** | $ 64,785 |
| **Net Operating Income** | $ 214,783 |
| **Net Income** | $ 214,783 |

# Alex Jones
# Balance Sheet
### As of May 31, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
|   Bank Accounts | |
|     Bank of America #2913 | 10,396 |
|     Bank of America #6078 | 5,000 |
|     Chase #3520 | 1,207 |
|     Chase #7518 | 26,246 |
|     PNC #5233 DIP | 799,397 |
|     Prosperity Bank #9175 | 4,402 |
|     Security Bank #8548 | 4,978 |
|   **Total Bank Accounts** | **851,626** |
|   Accounts Receivable | |
|     Accounts Receivable | 199,383 |
|   **Total Accounts Receivable** | **199,383** |
|   Other Current Assets | |
|     Bitcoin Account | 8,765 |
|     Cash on Hand | 1,000 |
|     Federal Income Tax Receivable | 3,807,459 |
|     GiveSendGo | - |
|     GiveSendGo-Legal | - |
|     Inventory Platinum | 470,687 |
|     Legal Trust Account | - |
|     Petty Cash for Child Care | 398 |
|     PreNup Pre Payment | 104,429 |
|     Prepaid Insurance | 11,155 |
|     Prepayment -Legal Account | 50,000 |
|     Rental Property Escrow | 15,640 |
|     Uncategorized Asset | - |
|     Undeposited Funds | - |
|   **Total Other Current Assets** | **4,469,533** |
| **Total Current Assets** | **5,520,541** |
| **Fixed Assets** | |
|   Homestead | 2,612,800 |
|   Lakehouse | 1,750,000 |
|   Ranch Property | 2,189,220 |
|   Rental Property | 505,000 |
|   Vehicles and Marine Assets | |
|     Chevy Tahoe 2 | 60,034 |
|     Dodge Challenger | 67,575 |
|     Dodge Charger | 70,618 |
|     Ford Expedition | 21,463 |
|     Marine Assets | 114,300 |
|   **Total Vehicles and Marine Assets** | **333,990** |
| **Total Fixed Assets** | **7,391,010** |
| **Other Assets** | |
|   Interests In Trust | 2,658,450 |
|   Ownership Interests in Non Public Entities | 17,638 |
|   Personal Property | 171,536 |
| **Total Other Assets** | **2,847,623** |
| **TOTAL ASSETS** | **15,759,174** |

# Alex Jones
# Balance Sheet
### As of May 31, 2023

| | |
|---|---:|
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
|   **Current Liabilities** | |
|     Total Accounts Payable | - |
|     **Other Current Liabilities** | |
|       Accrued Professional Fees | 380,685 |
|       Payroll Tax Payable-Child Care | 1,710 |
|       Payroll Tax Withheld-Child Care | 5,345 |
|     **Total Other Current Liabilities** | **387,741** |
|   **Total Current Liabilities** | **387,741** |
|   **Long-Term Liabilities** | |
|     Rental Property Mortgage | 31,927 |
|   **Total Long-Term Liabilities** | **31,927** |
| **Total Liabilities** | **419,667** |
| **Equity** | |
|   Opening Balance Equity | 15,235,336 |
|   **Owner's Investment** | (23,500) |
|     OtherDeposits/Transfers | 171,668 |
|   **Total Owner's Investment** | **148,168** |
|   **Owner's Pay & Personal Expenses** | |
|     Gifts | 63,919 |
|   **Total Owner's Pay & Personal Expenses** | **63,919** |
|   Retained Earnings | 13,190 |
|   Net Income | (121,106) |
| **Total Equity** | **15,339,507** |
| **TOTAL LIABILITIES AND EQUITY** | **15,759,174** |

Debtor's Name **Alexander Emric Jones**                                    Case No. 22-33553

| Part 5: Professional Fees and Expenses | | | Approved Current Month | Approved Cumulative | Paid Current Month* | Paid Cumulative* |
|---|---|---|---|---|---|---|
| a. | Debtors prof fees & expenses (bankruptcy) Aggregate Total | | 860 | 1,223,591 | - | 842,046 |
| | Itemized Breakdown by Firm | | | | | |
| Add | Firm name | Role | | | | |
| | BlackBriar Advisors | Financial Advisors | | 476,178 | | 200,000 |
| | Crowe Dunlevy, P.C. | Co-Counsel to Debtor | | 575,031 | | 500,000 |
| | Jordan & Ortiz | Co-Counsel to Debtor | 860 | 163,922 | | 140,796 |
| | Rachel Kennerly | Tax Accountant | | 8,460 | | 1,250 |
| Delete | *All amounts paid from retainers provided prepetition. Professional fees will not be reported in the debtors income statement until retainers are depleted. | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtors prof fees & expenses (nonbankruptcy) Aggregate Total | | | | | |
| | Itemized Breakdown by Firm | | | | | |
| Add | Firm name | Role | | | | |
| Delete | None | | | | | |

-

-