IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE FIRST INTERIM FEE APPLICATION OF CROWE & DUNLEVY, P.C., AS CO-COUNSEL TO THE DEBTOR FOR THE FEE PERIOD FROM DECEMBER 2, 2022 THROUGH MAY 15, 2023**

1. On May 30th, 2023, Alexander E. Jones ("Debtor"), as debtor and debtor-in-possession in the above-captioned Chapter 11 Case, filed his *First Interim Fee Application of Crowe & Dunlevy, P.C., As Co-Counsel to the Debtor for the Fee Period from December 2, 2022 Through May 15, 2023* [Dkt. No. 309] (the "Application").

2. The deadline for parties to file objections and responses to the Application was June 20, 2023 (the "Objection Deadline"). No objections or responses to the Application were filed on the docket on or before the Objection Deadline. Undersigned counsel for Debtor did not receive any other informal responses on or before the Objection Deadline.

3. Debtor hereby respectfully requests that the Court enter the proposed order on the Application, attached as Exhibit A, at the earliest convenience of the Court.

1

Houston, TX
Dated: June 21, 2023

**CROWE & DUNLEVY, P.C.**

By: */s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

**ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

# **EXHIBIT A**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

## ORDER GRANTING THE FIRST INTERIM FEE APPLICATION OF CROWE & DUNLEVY, P.C. AS CO-COUNSEL TO THE DEBTOR FOR THE FEE PERIOD FROM DECEMBER 2, 2022 THROUGH MAY 15, 2023 [DKT. 309]

The Court has considered the *First Interim Fee Application as Co-Counsel to the Debtor for the Period From December 2, 2022 Through May 15, 2023* (the "Application") filed by Crowe & Dunlevy, P.C. (the "Applicant"), bankruptcy co-counsel to Debtor Alexander E. Jones.

The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of fees and expenses in the amount of $1,224,016.72 for the period set forth in the Application.

2. Debtor Alexander E. Jones is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2023          _____
                                  **CHRISTOPHER M. LOPEZ**
                                  **UNITED STATES BANKRUPTCY JUDGE**