IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE FIRST INTERIM APPLICATION OF JORDAN & ORTIZ, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 2, 2022 THROUGH MAY 15, 2023
[DKT #306]**

1. On May 30th, 2023, Alexander E. Jones ("Debtor"), as debtor and debtor-in possession in the above-captioned Chapter 11 Case, filed his First Interim Fee Application of Jordan & Ortiz, P.C., as Co-Counsel to the Debtor for the Fee Period from December 2, 2022 Through May 15, 2023 [Dkt. No. 306] (the "Application").

2. The deadline for parties to file objections and responses to the Application was June 20, 2023 (the "Objection Deadline"). No objections or responses to the Application were filed on the docket on or before the Objection Deadline. Undersigned counsel for Debtor did not receive any other informal responses on or before the Objection Deadline.

3. Debtor hereby respectfully requests that the Court enter the proposed order on the Application, attached as Exhibit A, at the earliest convenience of the Court.

Respectfully submitted June 21, 2023

                                      */s/ Shelby A. Jordan*
                                      SHELBY A. JORDAN
                                      State Bar No. 11016700
                                      S.D. No. 2195
                                      ANTONIO ORTIZ
                                      State Bar No. 24074839
                                      S.D. No. 1127322
                                      ***Jordan & Ortiz, P.C.***
                                      500 North Shoreline Blvd., Suite 900
                                      Corpus Christi, TX  78401
                                      Telephone: (361) 884-5678
                                      Facsimile:  (361) 888-5555
                                      Email:  sjordan@jhwclaw.com
                                                    aortiz@jhwclaw.com
                                      Copy to: cmadden@jhwclaw.com
                                      **CO-COUNSEL FOR DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 21, 2023, a true and correct copy of the foregoing was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

                                      */s/ Shelby A. Jordan*
                                        Shelby A. Jordan

# EXHIBIT A
# Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**ORDER GRANTING FIRST INTERIM APPLICATION OF JORDAN & ORTIZ, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 2, 2022 THROUGH MAY 15, 2023**

The Court has considered the First Interim Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period from December 2, 2022 through May 15, 2023 (the "Application") filed by Jordan & Ortiz, P.C. (the "Applicant"), bankruptcy co-counsel to Debtor Alexander E. Jones.

1. The Applicant is allowed interim compensation and reimbursement of fees and expenses in the amount of **Two Hundred Forty-Three Thousand Six Hundred Twenty-Two and 50/100 Dollars ($243,622.50)** for services rendered and expenses of **One Thousand Sixty-Seven and 59/100 ($1,067.59)** incurred as legal counsel to the Debtor for the period from December 2, 2022 through May 15, 2023.

2. Debtor Alexander E. Jones is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2023

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE