IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE FIRST
INTERIM FEE APPLICATION OF BLACKBRIAR ADVISORS, LLC AS
FINANCIAL ADVISOR TO THE DEBTOR FOR THE FEE PERIOD
FROM DECEMBER 2, 2022 THROUGH MAY 15, 2023**

1. On May 30th, 2023, BlackBriar Advisors, LLC ("BlackBriar"), financial advisor to Alexander E. Jones ("Debtor"), as debtor and debtor-in-possession in the above-captioned Chapter 11 Case, filed its *First Interim Fee Application of BlackBriar Advisors, LLC, As Financial Advisor to the Debtor for the Fee Period from December 2, 2022 Through May 15, 2023* [Dkt. No. 307] (the "Application").

2. The deadline for parties to file objections and responses to the Application was June 20, 2023 (the "Objection Deadline"). No objections or responses to the Application were filed on the docket on or before the Objection Deadline. Undersigned counsel for Debtor did not receive any other informal responses on or before the Objection Deadline.

3. Debtor hereby respectfully requests that the Court enter the proposed order on the Application, attached as Exhibit A, at the earliest convenience of the Court.

1

Houston, TX
Dated: June 21, 2023

        **CROWE & DUNLEVY, P.C.**

        By: */s/ Christina W. Stephenson*
        Vickie L. Driver
        State Bar No. 24026886
        Christina W. Stephenson
        State Bar No. 24049535
        2525 McKinnon St., Suite 425
        Dallas, TX 75201
        Telephone: 737.218.6187
        Email: dallaseservice@crowedunlevy.com

        **ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

# **EXHIBIT A**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**ORDER GRANTING THE FIRST INTERIM FEE APPLICATION OF BLACKBRIAR ADVISORS, LLC AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE FEE PERIOD FROM DECEMBER 2, 2022 THROUGH MAY 15, 2023 [DOCKET NO. 307]**

The Court has considered the *First Interim Fee Application of Blackbriar Advisors, LLC for Allowance and Payment of Fees and Expenses as Financial Advisor to the Debtor for the Period From December 2, 2022 Through May 15, 2023* (the "Application") filed by Blackbriar Advisors, LLC (the "Applicant"), financial advisor to Debtor Alexander E. Jones.

The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of fees and expenses in the amount of $813,793.87 for the period set forth in the Application.

2. Debtor Alexander E. Jones is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2023      _____
**CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE**