IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**ORDER GRANTING FIRST INTERIM APPLICATION OF JORDAN & ORTIZ, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 2, 2022 THROUGH MAY 15, 2023**

The Court has considered the First Interim Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period from December 2, 2022 through May 15, 2023 (the "Application") filed by Jordan & Ortiz, P.C. (the "Applicant"), bankruptcy co-counsel to Debtor Alexander E. Jones.

1. The Applicant is allowed interim compensation and reimbursement of fees and expenses in the amount of **Two Hundred Forty-Three Thousand Six Hundred Twenty-Two and 50/100 Dollars ($243,622.50)** for services rendered and expenses of **One Thousand Sixty-Seven and 59/100 ($1,067.59)** incurred as legal counsel to the Debtor for the period from December 2, 2022 through May 15, 2023.

2. Debtor Alexander E. Jones is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2023

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE