United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| ALEXANDER E. JONES ) | CASE NO. 22-33553 |
| ) | |
| DEBTOR. ) | (CHAPTER 11) |
| ) | |
| ) | JUDGE CHRISTOPHER M. LOPEZ |

### ORDER GRANTING THE FIRST INTERIM FEE APPLICATION OF RACHEL KENNERLY, LLC AS TAX ACCOUNTANT TO THE DEBTOR FOR THE FEE PERIOD FROM DECEMBER 6, 2022 THROUGH MAY 15, 2023 [DOCKET NO. 308]

The Court has considered the *First Interim Fee Application for Allowance and Payment of Fees and Expenses of Rachel Kennerly, LLC as Tax Accountant to the Debtor for the Period From December 6, 2022 Through May 15, 2023* (the "Application") filed by Rachel Kennerly, LLC (the "Applicant"), tax accountant to Debtor Alexander E. Jones.

The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of fees and expenses in the amount of $11,025.00 for the period set forth in the Application.

2. Debtor Alexander E. Jones is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: June 23, 2023

_____
Christopher Lopez
United States Bankruptcy Judge