United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

## ORDER GRANTING THE FIRST INTERIM FEE APPLICATION OF CROWE & DUNLEVY, P.C. AS CO-COUNSEL TO THE DEBTOR FOR THE FEE PERIOD FROM DECEMBER 2, 2022 THROUGH MAY 15, 2023 [DKT. 309]

The Court has considered the *First Interim Fee Application as Co-Counsel to the Debtor for the Period From December 2, 2022 Through May 15, 2023* (the "Application") filed by Crowe & Dunlevy, P.C. (the "Applicant"), bankruptcy co-counsel to Debtor Alexander E. Jones.

The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of fees and expenses in the amount of $1,224,016.72 for the period set forth in the Application.

2. Debtor Alexander E. Jones is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: June 23, 2023

_____
Christopher Lopez
United States Bankruptcy Judge