United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br>Alexander E. Jones,<br>　　　　Debtor, | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| In re<br>Free Speech Systems LLC,<br>　　　　Debtor, | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11 |

### ORDER

NOW BEFORE THE COURT is Alexander E. Jones ("Jones") and Free Speech Systems, LLC's ("FSS"), Motion to Seal (the "Motion") [Dkt. No. 322]. In this Motion, Jones and FSS request the Court seal Exhibit A to the *Agreed Order on Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure* (the "Agreed Order") [Dkt. No. 323-1]. For good cause shown, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Court Clerk will seal Exhibit A to the Agreed Order until further notice.

Signed: June 27, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Christopher Lopez
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge