## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| ALEXANDER E. JONES ) | CASE NO. 22-33553 |
| ) | |
| DEBTOR. ) | (CHAPTER 11) |
| ) | |
| ) | JUDGE CHRISTOPHER M. LOPEZ |

### DEBTOR'S WITNESS AND LIST FOR HEARING SCHEDULED FOR JUNE 29, 2023, AT 11:00 A.M. (PREVAILING CENTRAL TIME)

Alexander E. Jones ("Jones" and "Debtor"), a debtor and debtor-in-possession in the above-referenced Chapter 11 case, respectfully submits this Witness and Exhibit List for the hearing to be held on June 29, 2023, at 11:00 a.m. (prevailing Central Time) (the "Hearing"):

### WITNESSES

1. Robert Schleizer, Managing Partner for BlackBriar Financial Advisors, LLC

2. Patrick McGill, founder and owner of Magill, P.C.

3. Any witness listed or called by any other party.

4. Rebuttal witnesses as necessary; and

5. Jones reserves the right to cross-examine any witness called by any other party.

### EXHIBITS

Debtor may offer for admission into evidence any of the following exhibits at the Hearing:

1. Any document or pleading filed in the above-captioned case;

2. Any exhibit necessary for impeachment and/or rebuttal purposes; and

3. Any exhibit identified or offered by any other party.

**DEBTOR'S WITNESS AND EXHIBIT LIST - Page 1**

Debtor reserves the right to supplement, amend or delete any exhibit prior to the Hearing. Debtor also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Debtor finally reserves the right to introduce exhibits previously admitted.

Respectfully submitted this 27th day of June, 2023.

**CROWE & DUNLEVY, P.C.**

By: /s/ Vickie L. Driver
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
Email:  sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

  A true and correct copy of the foregoing document was filed with the Court on June 27th 2023, and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

               */s/ Vickie L. Driver*
               Vickie L. Driver