# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Case No. 22-33553 |
| ALEXANDER E. JONES | § § | Chapter 11 |
| *Debtor.* | § § § § | |

## NOTICE OF APPEARANCE

Creditor, Public Storage, files this Notice of Appearance of Bennett G. Fisher and Daniel David and notifies the Court that Bennett G. Fisher and Daniel David of Lewis Brisbois Bisgaard & Smith, appear as counsel for Creditor in this case. As such, Bennett G. Fisher and Daniel David should also be copied on all filings, notices, and correspondence concerning this matter. Contact information is below:

Bennett G. Fisher
LEWIS BRISBOIS BISGAARD & SMITH
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: 713-659-6767
Direct: 346-241-4095
Bennett.Fisher@LewisBrisbois.com

-AND-

Daniel David
LEWIS BRISBOIS BISGAARD & SMITH
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: 713-659-6767
Direct: 713-324-0107
Daniel.David@lewisbrisbois.com

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/ s / Bennett G. Fisher*
Bennett G. Fisher
Texas Bar No. 07049125
Bennett.Fisher@LewisBrisbois.com
Daniel David24109115
TBA # 24109115
Daniel.David@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 659-6767
Direct: 346-241-4095
Fax: (713) 759-6830
*Attorney for Creditor, Public Storage*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record and interested parties in accordance with the Federal Rules of Civil Procedure via the Court's ECF system and/or as indicated below on this the 5th day of July, 2023.

**Via ECF**
Vickie L. Driver
Christina Walton Stephenson
Crowe & Dunlevy, P.C.
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Email: Vickie.Driver@crowedunlevy.com;
Crissie.Stephenson@crowedunlevy.com
*Counsel for Debtor*

**Via ECF**
Shelby A Jordan
Jordan & Ortiz, PC
500 N Shoreline, Suite 900 N
Corpus Christi, Texas 78401
Email: cmadden@jhwclaw.com
*Counsel for Debtor*

**Via ECF**
U.S. Trustee
Office of the US Trustee
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

**Via ECF**
Ha Minh Nguyen
Jayson B. Ruff
Office of the United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
Email: ha.nguyen@usdoj.gov
Email: jayson.b.ruff@usdoj.gov
*Counsel for US Trustee*

**Via ECF**
Marty L Brimmage
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Email: mbrimmage@akingump.com
*Counsel for Creditor Committee*
*Official Committee Of Unsecured Creditors*

**Via ECF**
David Franklin Hill, IV
Anna Kordas
Theodore James Salwen
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036-1000
*Counsel for Creditor Committee*
*Official Committee Of Unsecured Creditors*

                                          */s/ Bennett G. Fisher*
                                          BENNETT G. FISHER