IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ALEXANDER E. JONES** | § | |
| | § | |
| Debtor. | § | Case No. 22-33553 |
| | § | |

**ORDER GRANTING DEBTOR'S MOTION TO ASSUME EXISTING BOOK CONTRACT PURSUANT TO 11 U.S.C. § 365 AND APPROVE NEW CONTRACT PURSUANT TO 11 U.S.C. §§ 105 AND 363(b) [DOCKET NO. 368]**

Upon consideration of *Debtor's Motion to Assume Existing Book Contract Pursuant to 11 U.S.C. § 365 and Approve New Contract Pursuant to 11 U.S.C. §§ 105 and 363(b)* (the "Motion") filed by Debtor Alexander E. Jones, ("Debtor") [Dkt. No. 368], made pursuant to Sections 105, 363(b), and 365 of the United States Bankruptcy Code (the "Bankruptcy Code") in the above-referenced bankruptcy case, the Court finds that it has jurisdiction to grant the relief requested in the Motion pursuant to 28 U.S.C. §§ 1334(b) and 157; that due notice of the Motion has been provided as set forth in the Motion and no other or further notice need be provided; and further that the relief requested in the Motion is in the best interest of the Debtor.

**IT IS THEREFORE ORDERED** that the Motion filed by the Debtor on July 12, 2023 is hereby **GRANTED**; it is further ordered that

1. Debtor is authorized to assume the 2022 Book Contract and the 2023 Book Contract is approved by the Court as within Debtor's business judgment, and Debtor may enter into the 2023 Book Contract; and

2. The Court retains jurisdiction to resolve any disputes arising under this Order.

Dated: _____, 2023            _____
                                                                    **UNITED STATES BANKRUPTCY JUDGE**