IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ALEXANDER E. JONES** | § | |
| | § | |
| Debtor. | § | Case No. 22-33553 |
| | § | |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO FILE PORTIONS OF EXISTING BOOK CONTRACT AND NEW BOOK CONTRACT UNDER SEAL [DOCKET NO. 369]**

Upon consideration of the *Motion for Entry of An Order Authorizing Debtor to File Portions of Existing Book Contract and New Book Contract Under Seal* (the "Motion") filed by Debtor Alexander E. Jones, ("Debtor") [Dkt. No. 369], made pursuant to Sections 107(c) of the United States Bankruptcy Code (the "Bankruptcy Code") in the above-referenced bankruptcy case, the Court finds that it has jurisdiction to grant the relief requested in the Motion pursuant to 28 U.S.C. §§ 1334(b) and 157; that due notice of the Motion has been provided as set forth in the Motion and no other or further notice need be provided; and further that the relief requested in the Motion is in the best interest of the Debtor.

**IT IS THEREFORE ORDERED** that the Motion filed by the Debtor on June \_\_\_, 2023 is hereby **GRANTED**; it is further ordered that

1. The Unredacted 2022 Book Contract and the 2023 Book Contract remain under seal; and

2. any future filings containing the Redacted Information be filed under seal.

Dated: _____, 2023        _____
                                                                                **UNITED STATES BANKRUPTCY JUDGE**