IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| | ) |
| Debtor. | ) |
| | ) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALEXANDER E. JONES NOTICE OF RESCHEDULED RULE 2004 DEPOSITION OF ERIKA WULFF-JONES**

To: Erika Wulff-Jones, by and through her counsel of record, Melissa Kingston, Friedman & Feiger, LLP, 17304 Preston Road, Suite 300, Dallas, TX 75252.

Please take notice that the examination of Erika Wulff-Jones by the Official Committee of Unsecured Creditors of Alexander E. Jones (the "Committee"), which was originally scheduled to take place by agreement of the parties on July 14, 2023,[1] but was postponed by the deponent,[2] has been rescheduled to commence on August 24, 2023, at 10:00 a.m. Central Time at the offices of Jackson Walker LLP, 100 Congress Avenue, Suite 1100, Austin, TX 78701, or at such other date, time and place as the parties may agree.

[*The remainder of this page is intentionally left blank*]

---

[1] *See The Official Committee of Unsecured Creditors of Alexander E. Jones Notice of Rule 2004 Deposition of Erika Wulff-Jones* [ECF No. 355].
[2] *See Notice of Rescheduling of the Official Committee of Unsecured Creditors of Alexander E. Jones Rule 2004 Deposition Notice of Erika Wulff-Jones* [ECF No. 372].

1

Dated: July 21, 2023                                  Respectfully submitted,

By: */s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

*-and-*

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones*

2

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 2004-1, I hereby certify that counsel for the Committee conferred with counsel for Erika Wulff-Jones on the Committee's Rule 2004 notice on July 17 and July 18, 2023.

                                        */s/ Marty L. Brimmage, Jr.*
                                        Marty L. Brimmage, Jr.

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2023, a true and correct copy of the foregoing was served on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

                                        */s/ Marty L. Brimmage, Jr.*
                                        Marty L. Brimmage, Jr.