United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br>Alexander E. Jones,<br>      Debtor, | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| In re<br>Free Speech Systems LLC,<br>      Debtor, | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11 |

**AGREED ORDER ON DEBTORS' MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

In consideration of the *Debtors' Motion for Approval of Compromise of Settlement Under Federal Rule of Bankruptcy Procedure 9019* [Docket No. [324] and [621] (the "Motion")[1] and based on the specific facts and circumstances surrounding the Settlement by and between Alexander E. Jones ("Jones"), Free Speech Systems, LLC ("FSS," and together with Jones, the "Debtors"), and the Texas Plaintiffs (collectively the "Parties") in the chapter 11 cases, the Court finding that the Debtors have engaged with the Texas Plaintiffs on a suitable resolution to the Motion; and the Debtors and Texas Plaintiffs agreeing that issues relating to the automatic stay's effect on the Texas Plaintiffs' state court proceedings are most efficiently resolved together; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

---

[1] Capitalized terms not otherwise defined in this Order shall share the meanings ascribed to them in the Motion.

1

1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief set forth herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and appropriate notice having been provided under the circumstances of the Motion, and that no other or further notice is required; and the Court having determined that the consensual settlement of certain issues among the Debtors and the Texas Plaintiffs establish just cause for the relief granted herein;

**NOW, THEREFORE, IT IS AGREED AND ORDERED THAT:**

1. With respect to the state court action styled as *Leonard Pozner and Veronique De La Rosa v. Alex E. Jones, Infowars, LLC, and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001842, brought in the 345th District Court of Travis County, Texas (the "Pozner/De La Rosa Action"), the automatic stay shall remain in effect until August 31, 2023 at 12:01 a.m (CST) or until otherwise ordered by this Court. If no documented consensual agreement among the Debtors, the Texas Plaintiffs and the Connecticut Plaintiffs with respect to a chapter 11 plan for each of the Debtors has been reached by August 31, 2023 at 12:01 a.m (CST), the automatic stay shall be lifted solely to allow pre- trial proceedings and discovery to move forward in the Pozner/De La Rosa Action with no further action required by this Court or the Texas Plaintiffs.

2. If no documented consensual agreement among the Debtors, the Texas Plaintiffs and the Connecticut Plaintiffs with respect to a chapter 11 plan for each of the Debtors has been reached by October 16, 2023 at 12:01 a.m (CST), then at that time, the automatic stay shall be lifted with respect to the Pozner/De La Rosa Action as to the Debtors and the state court action styled as *Marcel Fontaine v. Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, and Kit*

*Daniels*, Cause No. D-1-GN-18- 001605, in the 459th District Court for Travis County, Texas (the "Fontaine Action") as to FSS only solely for the purposes of liquidating damages. For the avoidance of doubt, nothing in this order shall permit the Texas Plaintiffs to act to enforce any judgment against property of the Debtors' estates, to act to obtain possession or control over property of the estates, to create, perfect or enforce a lien against property of the estates, or to otherwise seek to collect from the Debtors outside of these bankruptcy cases.

3. The Texas Plaintiffs shall not commence additional sanctions actions with respect to any act or action of a non-Debtor taking place prior to the date of this order with respect to the litigation among one or more of the Debtors and one or more Texas Plaintiffs, until December 1, 2023; *provided, however,* that any sanctions action by the Texas Plaintiffs against a non-Debtor commenced prior to the date hereof may proceed.

4. Those certain Texas Plaintiffs set forth on Exhibit A hereto shall have allowed claims solely for the purposes of bankruptcy, including voting and distributions in the Debtors' chapter 11 cases in the amounts set forth next to their names on Exhibit A; *provided, however,* that such claim amounts shall no longer be applicable upon the lifting of the automatic stay on October 16, 2023 at 12:01 a.m (CST), unless such deadline is consensually extended by the Debtors and the Texas Plaintiffs.

5. The Debtors and the Texas Plaintiffs may consensually extend one or more deadlines set forth in this order upon written agreement among the Debtors and the Texas Plaintiffs without further order of this Court. The Parties may also seek to continue the trial date without further order of this Court.

6. At least one day prior to the aforementioned deadlines, on August 30, 2023 and

October 15, 2023, respectively, the parties must file a joint notice, signed by representatives of the Texas Plaintiffs and the Debtors' estates, with the Court as to whether there is consensual agreement regarding a chapter 11 plan, a consensual agreement to extend the deadline to lift the automatic stay, or recognition that the Texas Plaintiffs intend to lift the stay and initiate pre-trial proceedings with respect to either the Pozner/De La Rosa Action or Fontaine Action.

7. Appeals of any judgment against one or more Debtor with respect to any Texas Plaintiff's state court litigation may proceed without further order of this Court.

8. Notwithstanding Bankruptcy Rule 4001(a)(3), the 14-day stay of an order granting relief from the automatic stay is waived.

9. This Court shall retain sole and exclusive jurisdiction with respect to the automatic stay, its application to any state court actions, and any disputes relating to any party's failure to meet a necessary condition of the agreement reached between the parties and approved herein.

Signed: July 18, 2023

Christopher Lopez
United States Bankruptcy Judge

**EXHIBIT A**

*Filed Under Seal*

United States Bankruptcy Court
Southern District of Texas

In re:     Case No. 22-33553-cml
Alexander E. Jones     Chapter 11
Official Committee Of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 7
Date Rcvd: Jul 19, 2023     Form ID: pdf002     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| aty | + | Anna Kordas, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-1000, UNITED STATES 10036-6730 |
| aty | + | David Franklin Hill, IV, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Theodore James Salwen, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850 Austin, TX 78701-0137 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| crcm | + | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Suite 203, Austin, TX 78701-2720 |
| cr | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 19 2023 20:27:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| crcm | + | Email/Text: mbrimmage@akingump.com | Jul 19 2023 20:28:00 | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | Jul 19 2023 20:27:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Jul 19 2023 20:28:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0541-4 | User: ADIuser | Page 2 of 7
Date Rcvd: Jul 19, 2023 | Form ID: pdf002 | Total Noticed: 20

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| intp | | David Ross Jones |
| cr | | David Wheeler |
| cr | | Donna Soto |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |
| cr | | Mark Barden |
| cr | | Nicole Hockley |
| cr | | Public Storage |
| cr | | Robert Parker |
| cr | | William Aldenberg |
| cr | | William Sherlach |

TOTAL: 16 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@mhllp.com patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@mhllp.com patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@mhllp.com patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@mhllp.com patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Leonard Pozner avi.moshenberg@mhllp.com patricia.flores@mhllp.com |

| | |
|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 7 |
| Date Rcvd: Jul 19, 2023 | Form ID: pdf002 | Total Noticed: 20 |

Bennett Greg Fisher
  on behalf of Creditor Public Storage bennett.fisher@lewisbrisbois.com
  krr@fisherlaw.net;jrf@fisherlaw.net;wanda@fisherlaw.net;candace@fisherlaw.net;torrie@fisherlaw.net

Bradley J. Reeves
  on behalf of Creditor Reeves Law PLLC bradley.reeves@pillsburylaw.com

Christina Walton Stephenson
  on behalf of Debtor Alexander E. Jones Crissie.Stephenson@crowedunlevy.com
  elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Christina Walton Stephenson
  on behalf of Defendant Alexander E. Jones Crissie.Stephenson@crowedunlevy.com
  elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Elizabeth Carol Freeman
  on behalf of Interested Party Melissa A Haselden liz@lizfreemanlaw.com
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Ha Minh Nguyen
  on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jarrod B. Martin
  on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com
  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
  on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com
  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
  on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com
  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
  on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com
  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
  on behalf of Plaintiff Estate of Marcel Fontaine jarrod.martin@chamberlainlaw.com
  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
  on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com
  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
  on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com
  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
  on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com
  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
  on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com
  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
  on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com
  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jason Starks
  on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jayson B. Ruff
  on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jennifer Jaye Hardy
  on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
  on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 7 |
| Date Rcvd: Jul 19, 2023 | Form ID: pdf002 | Total Noticed: 20 |

Jennifer Jaye Hardy
    on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

John D Malone
    on behalf of Creditor Security Bank of Texas myra@johnmalonepc.com  myra@johnmalonepc.com

Johnie J Patterson
    on behalf of Creditor Elevated Solutions Group  LLC
    wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Marty L Brimmage
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Nicole Hockley mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlos M Soto mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Mark Barden mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor William Sherlach mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor William Aldenberg mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Francine Wheeler mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Donna Soto mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor David Wheeler mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Neil Heslin mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 7 |
| Date Rcvd: Jul 19, 2023 | Form ID: pdf002 | Total Noticed: 20 |

        on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com
        lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
        on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
        lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
        on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com
        lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
        on behalf of Creditor Robert Parker mbrimmage@akingump.com
        lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
        on behalf of Creditor Ian Hockley mbrimmage@akingump.com
        lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Melissa A Haselden
        mhaselden@haseldenfarrow.com
        haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Melissa A Haselden
        on behalf of Interested Party Melissa A Haselden mhaselden@haseldenfarrow.com
        haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Nicholas Lawson
        on behalf of Creditor Neil Heslin nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
        on behalf of Creditor Marcel Fontaine nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
        on behalf of Creditor Veronique De La Rosa nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
        on behalf of Creditor Scarlett Lewis nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
        on behalf of Creditor Leonard Pozner nick.lawson@mhllp.com  patricia.flores@mhllp.com

Raymond William Battaglia
        on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com

Ryan E Chapple
        on behalf of Plaintiff Mark Barden rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Creditor Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Creditor Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Plaintiff Donna Soto rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Creditor Richard M. Coan rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Plaintiff David Wheeler rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Creditor Carlos M Soto rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Creditor William Aldenberg rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Creditor Mark Barden rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Plaintiff William Sherlach rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Creditor Donna Soto rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Creditor Robert Parker rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
        on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com  aprentice@cstrial.com

| | |
|---|---|
| Ryan E Chapple | on behalf of Creditor William Sherlach rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jacqueline Barden rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor David Wheeler rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Robert Parker rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Ian Hockley rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jennifer Hensel rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff William Aldenberg rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Nicole Hockley rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com aprentice@cstrial.com |
| Scott R. Cheatham | on behalf of Creditor Bank of America N.A. scott.cheatham@arlaw.com vicki.owens@arlaw.com |
| Shelby A Jordan | on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com |
| Shelby A Jordan | on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com |
| Stephen A Roberts | on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com |
| Stephen Wayne Lemmon | on behalf of Creditor PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vickie L Driver | on behalf of Creditor Free Speech Systems  LLC Vickie.Driver@crowedunlevy.com, elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Vickie L Driver | on behalf of Defendant Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Vickie L Driver | on behalf of Debtor Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Yoshie Valadez | on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com yvaladez@mccarthyholthus.com |

District/off: 0541-4 User: ADIuser Page 7 of 7
Date Rcvd: Jul 19, 2023 Form ID: pdf002 Total Noticed: 20
TOTAL: 108