**Alexander Emric Jones**            **Case No. 22-33553**

## Part 1 - Statement of Cash Receipts and Disbursements
### June 1-June 20, 2023

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Opening Balance** | 799,398 | 4,653 | 4,978 | 26,245 | 10,397 | 1,206 | 5,000 | 851,876 |
| Cash Receipts | 45,359 | | | 1 | 1 | | | 45,361 |
| Cash Disbursements | (65,405) | | | | (153) | | | (65,558) |
| **Net Cash Flow** | **779,352** | **4,653** | **4,978** | **26,246** | **10,245** | **1,206** | **5,000** | **831,680** |
| Transfer In | | | | | | | | 0 |
| Transfers Out | | | | | | | | 0 |
| **Ending Bank Balance** | **779,352** | **4,653** | **4,978** | **26,246** | **10,245** | **1,206** | **5,000** | **831,680** |

# Alex Jones
# Balance Sheet
### As of June 30, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Bank of America #2913 | 10,245 |
|       Bank of America #6078 | 5,000 |
|       Chase #3520 | 1,207 |
|       Chase #7518 | 26,246 |
|       PNC #5233 DIP | 779,352 |
|       Prosperity Bank #9175 | 4,653 |
|       Security Bank #8548 | 4,978 |
|     **Total Bank Accounts** | **$ 831,681** |
|     **Accounts Receivable** | |
|       Accounts Receivable | 249,400 |
|     **Total Accounts Receivable** | **$ 249,400** |
|     **Other Current Assets** | |
|       Bitcoin Account | 8,765 |
|       Cash on Hand | 1,000 |
|       Federal Income Tax Receivable | 3,807,459 |
|       Inventory Platinum | 447,483 |
|       Petty Cash for Child Care | 398 |
|       PreNup Pre Payment | 89,245 |
|       Prepaid Insurance | 11,155 |
|       Prepayment -Legal Account | 50,000 |
|       Rental Property Escrow | 16,803 |
|     **Total Other Current Assets** | **$ 4,432,308** |
|   **Total Current Assets** | **$ 5,513,388** |
|   **Fixed Assets** | |
|     Homestead | 2,612,800 |
|     Lakehouse | 1,750,000 |
|     Ranch Property | 2,189,220 |
|     Rental Property | 505,000 |
|     **Vehicles and Marine Assets** | |
|       Chevy Tahoe 2 | 60,034 |
|       Dodge Challenger | 67,575 |
|       Dodge Charger | 70,618 |
|       Ford Expedition | 21,463 |
|       Marine Assets | 114,300 |
|     **Total Vehicles and Marine Assets** | **$ 333,990** |
|   **Total Fixed Assets** | **$ 7,391,010** |
|   **Other Assets** | |
|     Interests In Trust | 2,658,450 |
|     Ownership Interests in Non Public Entities | 17,638 |
|     Personal Property | 171,536 |
|     Receivable from Mrs. Jones | 9,221 |
|   **Total Other Assets** | **$ 2,856,845** |
| **TOTAL ASSETS** | **$ 15,761,243** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 7,170 |
|       **Total Accounts Payable** | **$ 7,170** |
|       **Other Current Liabilities** | |
|         Accrued Professional Fees | 1,530,432 |

| | | |
|---|---:|---:|
| **Accrued Property Tax Payable** | | 13,100 |
| **Payroll Tax Payable-Child Care** | | 1,151 |
| **Payroll Tax Withheld-Child Care** | | 4,389 |
| **Total Other Current Liabilities** | $ | **1,549,072** |
| **Total Current Liabilities** | $ | **1,556,242** |
| **Long-Term Liabilities** | | |
| **Rental Property Mortgage** | | 31,426 |
| **Total Long-Term Liabilities** | $ | **31,426** |
| **Total Liabilities** | $ | **1,587,668** |
| **Equity** | | |
| **Opening Balance Equity** | | 15,235,336 |
| **Owner's Investment** | | -23,500 |
| **OtherDeposits/Transfers** | | 171,668 |
| **Total Owner's Investment** | $ | **148,168** |
| **Owner's Pay & Personal Expenses** | | |
| **Gifts** | | 63,919 |
| **Total Owner's Pay & Personal Expenses** | $ | **63,919** |
| **Retained Earnings** | | 13,190 |
| **Net Income** | | -1,287,039 |
| **Total Equity** | $ | **14,173,575** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **15,761,243** |

Wednesday, Jul 19, 2023 03:25:34 PM GMT-7 - Accrual Basis

# Alex Jones
## Profit and Loss
### June 2023

|  | Total |
|---|---:|
| **Income** | |
|   FreeSpeech Payroll | 60,000 |
|   Interest Income | 3 |
|   Rental Income | 1,200 |
|   Sales of Product Income | 115,158 |
|     Cost of Goods Sold | -23,204 |
|     Selling Expense | -62,180 |
|   **Total Sales of Product Income** | **$ 29,774** |
| **Total Income** | **$ 90,976** |
| **Payroll deductions** | |
|   Child Support- Garnished | 2,769 |
|   Medical Insurance Premiums | 1,543 |
|   Payroll Taxes withheld | 17,987 |
| **Total Payroll deductions** | **$ 22,300** |
| **Net Receipts** | **$ 68,677** |
| **Expenses** | |
|   **Living Expenses** | |
|     Auto/Trucks/Watercraft | |
|       Auto/Boat Maintenance | 1,112 |
|       Auto/Truck/Boat Insurance | 56 |
|       Boat Storage | 1,036 |
|       Fuel | 811 |
|     **Total Auto/Trucks/Watercraft** | **$ 3,015** |
|     Family | |
|       Child Care | 16,255 |
|       Groceries | 1,184 |
|       Homestead | |
|         Maintenance | 2,532 |
|           Housekeeping | 6,000 |
|           Misc. Supplies and Services | 952 |
|         **Total Maintenance** | **$ 9,484** |
|         Phone/Internet | 407 |
|         Property Insurance | -399 |
|         Property Tax | 9,150 |
|         Utilities | 1,626 |
|       **Total Homestead** | **$ 20,267** |
|       Household Purchases | 170 |
|       Insurance | 126 |
|       Meals & Entertainment | 4,804 |
|         Apple/Netflix/Hulu charges | 236 |
|       **Total Meals & Entertainment** | **$ 5,041** |
|       Medical | 730 |
|       Other | 1,145 |
|       PreNup Obligation | 15,184 |
|       School and Kid's Activities | |
|         Activities | 12,995 |
|       **Total School and Kid's Activities** | **$ 12,995** |
|     **Total Family** | **$ 73,098** |
|   **Total Living Expenses** | **$ 76,113** |
|   **Other Expenses** | |
|     Bank Charges & Fees | 77 |
|     Business Expenses | 105 |
|     Interest Paid | 173 |
|     Internet/Phone | 316 |
|     Legal & Professional Services | 1,149,747 |
|     Real Estate | |
|       Austin Condos | |
|         Condo HOA | 660 |
|         Condo Utilities and Maintenance | 373 |
|       **Total Austin Condos** | **$ 1,033** |
|       Lakehouse | |
|         Lakehouse Insurance | -292 |
|         Lakehouse Internet | 359 |
|         Lakehouse Maintenance | 640 |
|         Lakehouse Property Tax | 2,400 |
|       **Total Lakehouse** | **$ 3,106** |
|       Ranch property | 27 |

| | | |
|---|---:|---:|
| Taxes Paid | | 535 |
| **Total Ranch property** | $ | **562** |
| Rental Property Tax | | 1,550 |
| **Total Real Estate** | $ | **6,251** |
| Rental Storage Units | | 2,079 |
| **Total Other Expenses** | $ | **1,158,748** |
| **Total Expenses** | $ | **1,234,861** |
| **Net Operating Income** | -$ | **1,166,184** |
| **Net Income** | -$ | **1,166,184** |

Wednesday, Jul 19, 2023 03:23:19 PM GMT-7 - Accrual Basis

| Alexander Emric Jones | Case No. 22-33553 |
|---|---|
| **Schedule of Payments to Professionals** | |
| **June 1-30, 2023** | |

| Firm Name | Role | Amount |
|---|---|---|

No payments during the Period