## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALEXANDER E. JONES, | § | Case No. 22--33553 |
| | § | |
| DEBTOR. | § | Chapter 11 |

## ORDER QUASHING THE NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' BANKRUPTCY RULE 2004 EXAMINATION OF FREE SPEECH SYSTEMS, LLC

**[Relates to ECF No.     ]**

Came on for consideration the *Motion of Free Speech Systems, LLC to Quash the Notice of The Official Committee of Unsecured Creditors' Bankruptcy Rule 2004 Examination of Free Speech Systems, LLC* (the "Motion") [ECF No. 376]. For good cause shown, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the *Notice of The Official Committee of Unsecured Creditors' Bankruptcy Rule 2004 Examination of Free Speech Systems, LLC* shall be and hereby is quashed.

Dated: August ____,2023

_____
UNITED STATES BANKRUPTCY JUDGE