**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ALEXANDER E. JONES, | ) ) ) | Case No. 22-33553 (CML) |
| Debtor. | ) ) | |

**NOTICE OF TENEO CAPITAL LLC'S FOURTH MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
APRIL 1, 2023 THROUGH APRIL 30, 2023**

| **Name of Applicant:** | Teneo Capital LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Financial Advisor to the Debtors | |
| **Date Order of Employment Signed:** | April 1, 2023 (effective as of January 19, 2023) | |
| | **Beginning of Period:** | **End of Period** |
| **Time period covered by this Statement:** | 4/1/2023 | 4/30/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total fees requested in this Statement:** | | $128,455.90 |
| **Total expenses requested in this Statement:** | | $0.00 |
| **Total fees and expenses requested in this Statement (exclusive of 20% Holdback):** | | $128,455.90 |
| **Total fees and expenses referenced in this Statement (inclusive of 20% Holdback):** | | $102,764.72 |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. 106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* (the "Fee Procedures Order") [Docket No. 106], Teneo Capital LLC ("Teneo"), as financial advisor to the Committee of Unsecured Creditors, hereby files its *Fourth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Financial Advisor to the Committee for the Period from April 1, 2023 through April 30, 2023* ("Monthly Fee Statement").

1. By this Monthly Fee Statement, and pursuant to the Fee Procedures Order, Teneo seeks interim payment of $102,764.72 (80% of $128,455.90) as compensation for professional services rendered to the Committee during the period of April 1, 2023 through April 30, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $0.00, for a total amount of $102,764.72.

2. In support of the Monthly Fee Statement, Teneo submits, a *Summary of Professional Fees by Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Professional Fees by Task Category as Financial Advisor for the Period*, attached hereto as **Exhibit B**, a *Detailed Time Entry by Task Category as Financial Advisor for*

the Fee Period, attached hereto as **Exhibit C**, a *Summary of Expenses Incurred by Category as Financial Advisor for the Fee Period*, attached hereto as **Exhibit D**, and a *Detailed Expenses Incurred by Category and Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit E**.

3. Pursuant to the Fee Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses shall, within fourteen (14) days of service of the Monthly Fee Statement, serve via email to Teneo, and the following Notice Parties (as defined in the Fee Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "Notice of Objection") fourteen (14) days after service of this Monthly Fee Statement:

(a) co-counsel to Debtor, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com);

(b) co-counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com);

(c) U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St,Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov;

(d) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com,mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com);;

(e) counsel to the Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com); and

(f) counsel to the Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com).

4. If a Notice of Objection is timely served pursuant to the Fee Procedures Order, the objecting party and Teneo shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtor shall promptly pay Teneo an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5. Teneo has made every effort to coordinate with Nardello & Co. and to minimize any duplication of effort. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: July 26, 2023

/s/ Gary Polkowitz
**Teneo Capital LLC**

*Financial Advisor to the Official Committee of Unsecured Creditors*
Gary Polkowitz
Senior Managing Director
280 Park Avenue, 4th Floor
New York, NY 10117
Telephone: (212) 593-2255
Email: gary.polkowitz@teneo.com

**Exhibit A**
**Summary of Professional Fees by Professional as Financial Advisor**
**For the Period April 1, 2023 through April 30, 2023**

| Professional | Title | Bill Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gary Polkowitz | Sr. Managing Director | $683 | 63.5 | $43,370.50 |
| Marc Kirschner | Sr. Managing Director | $650 | 10.7 | $6,955.00 |
| Alyssa Scotti | Vice President | $508 | 85.7 | $43,102.40 |
| Nicholas Lee | Analyst | $280 | 123.4 | $34,552.00 |
| Sidney Yune | Analyst | $280 | 1.7 | $476.00 |
| **Subtotal Hours and Fees** | | | **285.0** | **$128,455.90** |
| Less: Voluntary Reduction (General) | | | - | - |
| Less: Voluntary Reduction (Travel Time) | | | - | - |
| **Total Hours and Fees** | | | **285.0** | **$128,455.90** |

**Exhibit B**
**Summary of Professional Fees by Task Category Descriptions as Financial Advisor**
**For the Period April 1, 2023 through April 30, 2023**

| Project Categories ` | Total Hours | Total Fees |
|---|---:|---:|
| Attendance of Court Hearings | 3.3 | $1,676.40 |
| Business Plan, Budgets Forecasts | 9.1 | $3,150.90 |
| Investigation | 116.1 | $42,676.00 |
| Mediation | 42.5 | $20,703.60 |
| Meetings and Communications with UCC and Counsel | 30.8 | $17,627.10 |
| Retention and Fee Applications | 10.8 | $5,896.80 |
| Strategy and Financial Advisory Services to UCC | 72.4 | $36,725.10 |
| **TOTAL** | **285.0** | **$128,455.90** |

**EXHIBIT C**

**Detailed Time Entry by Task Category as Financial Advisor
For the Period April 1, 2023 through April 30, 2023**

**See Attached**

Case 22-33553   Document 384   Filed in TXSB on 07/26/23   Page 7 of 15

**Teneo Capital LLC**
**Time Period: April 1, 2023 to April 30, 2023**                                          Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Alyssa Scotti | 4/4/2023 | Attendance of Court Hearings | Attend hearing hosted by Akin with Judge Lopez | 2.0 | $ 508 | $1,016.00 |
| Alyssa Scotti | 4/28/2023 | Attendance of Court Hearings | Attend Court hearing with Judge Lopez in re: Rule 9019 motion | 1.3 | $ 508 | $660.40 |
| | | **Attendance of Court Hearings** | | **3.3** | | **$1,676.40** |
| Alyssa Scotti | 4/28/2023 | Business Plan, Budgets Forecasts | Review FSS sales reconciliation reports re: downstream impact to debtor Jones | 0.7 | $ 508 | $355.60 |
| Gary Polkowitz | 4/6/2023 | Business Plan, Budgets Forecasts | Review of FSS 5-year forecast in file plan by the Debtors as it relates to AEJ income | 1.1 | $ 683 | $751.30 |
| Nicholas Lee | 4/21/2023 | Business Plan, Budgets Forecasts | Update Trust payments distribution analysis for term sheet and mediation | 2.2 | $ 280 | $616.00 |
| Nicholas Lee | 4/23/2023 | Business Plan, Budgets Forecasts | Update Trust payments distribution analysis for term sheet and mediation | 0.3 | $ 280 | $84.00 |
| Nicholas Lee | 4/24/2023 | Business Plan, Budgets Forecasts | Call with A. Scotti re: FSS MORs review of funds transferred from FSS to PQPR since Petition (.1); Call with G. Polkowitz, A. Scotti re: progress on workstreams, including present value analysis (.5) | 0.6 | $ 280 | $168.00 |
| Nicholas Lee | 4/28/2023 | Business Plan, Budgets Forecasts | Analyze FSS Plan as it relates to debtor Jones (2.1); Analyze historical financial data to complete projections(2.1) | 4.2 | $ 280 | $1,176.00 |
| | | **Business Plan, Budgets Forecasts** | | **9.1** | | **$3,150.90** |
| Alyssa Scotti | 4/4/2023 | Investigation | Review FSS financial data re: payments to Debtor and insiders | 1.6 | $ 508 | $812.80 |
| Alyssa Scotti | 4/10/2023 | Investigation | Review production files from 4.07.2023 provided by Debtor's counsel (.9); Review catalog of inventory of 4/7/23 for bank statements of the Debtor (.3) | 1.2 | $ 508 | $609.60 |
| Alyssa Scotti | 4/11/2023 | Investigation | Review documents produced by Debtor's counsel re: trusts | 1.6 | $ 508 | $812.80 |
| Alyssa Scotti | 4/12/2023 | Investigation | Prepare projection of Jones income (1.6); Review bank responses to discovery requests (.8) | 2.4 | $ 508 | $1,219.20 |
| Alyssa Scotti | 4/13/2023 | Investigation | Create index of accounts re: asset listing (1.1); Review and analyze bank transfers (1.1); Review Debtor bank statements and transactions (1.3) | 3.5 | $ 508 | $1,778.00 |
| Alyssa Scotti | 4/18/2023 | Investigation | Analyze bank statements | 1.1 | $ 508 | $558.80 |
| Alyssa Scotti | 4/20/2023 | Investigation | Review analyses prepared by FA to Debtor and schedules filed by the Debtor | 1.1 | $ 508 | $558.80 |
| Alyssa Scotti | 4/21/2023 | Investigation | Review and analyze bank statements and transfers | 1.1 | $ 508 | $558.80 |
| Alyssa Scotti | 4/24/2023 | Investigation | Review and analyze materials re: documents produced by Debtor's counsel. | 1.4 | $ 508 | $711.20 |
| Alyssa Scotti | 4/25/2023 | Investigation | Prepare summary analysis of debtor assets for asset tracker (1.3); Update debtor asset tracker for data related to transfers to insiders (.8); Conduct document review of debtor produced documents(.3) | 2.4 | $ 508 | $1,219.20 |
| Alyssa Scotti | 4/26/2023 | Investigation | Review documents in Relativity re: uploaded productions by Debtor Counsel | 2.1 | $ 508 | $1,066.80 |
| Alyssa Scotti | 4/27/2023 | Investigation | Review FSS plan of reorganization documents as it relates to debtor Jones (1.1); Review documents produced by Debtor's counsel (.5) | 1.6 | $ 508 | $812.80 |
| Alyssa Scotti | 4/28/2023 | Investigation | Review Debtor produced materials in Relativity (1.5); Review and analyze PQPR data re: payments and sales data and downstream impact to debtor (1.1) | 2.6 | $ 508 | $1,320.80 |
| Alyssa Scotti | 4/28/2023 | Investigation | Review financial records for certain payments to identified parties (.6); Review supplements filed to SubV trustee report as it relates to debtor Jones (.5) | 1.1 | $ 508 | $558.80 |
| Gary Polkowitz | 4/4/2023 | Investigation | Review of documents received in discovery | 1.2 | $ 683 | $819.60 |
| Gary Polkowitz | 4/17/2023 | Investigation | Review of analyses related to payments from the Jones estate | 0.9 | $ 683 | $614.70 |
| Gary Polkowitz | 4/19/2023 | Investigation | Read and reviewed various correspondence related to document discovery | 0.9 | $ 683 | $614.70 |
| Gary Polkowitz | 4/25/2023 | Investigation | Review and comment on draft asset listing | 0.8 | $ 683 | $546.40 |
| Gary Polkowitz | 4/26/2023 | Investigation | Review of 2018, 2019 and 220 AEJ federal income tax returns (1.3);Read and reviewed correspondence related to the document production (.3); Review of documents produced related to 2004s (1.7) | 3.3 | $ 683 | $2,253.90 |
| Gary Polkowitz | 4/27/2023 | Investigation | Review of documents provided by Debtor's counsel (.8); Continue to review debtor's filed schedules (.8); Review debtor's filed schedules (.7) | 2.3 | $ 683 | $1,570.90 |
| Gary Polkowitz | 4/28/2023 | Investigation | Review of 2017, 2018, 2019 and 2020 AEJ income tax information | 1.8 | $ 683 | $1,229.40 |
| Nicholas Lee | 4/1/2023 | Investigation | Analyze AEJ historical financials, including monthly operating reports for expense trends. | 2.2 | $ 280 | $616.00 |
| Nicholas Lee | 4/3/2023 | Investigation | Analyze 2022 AEJ bank statements and details (2.9); Analyze 2022 AEJ bank statements and details (2.3); Review payments made in 2022 disclosed in AEJ schedules to determine payee of funds (1.5) | 6.7 | $ 280 | $1,876.00 |
| Nicholas Lee | 4/4/2023 | Investigation | Analyze 2022 AEJ bank statements and details (2.9); Analyze 2022 AEJ bank statements and details  (1); Review documents produced in discovery re: bank details (.2) | 4.1 | $ 280 | $1,148.00 |
| Nicholas Lee | 4/5/2023 | Investigation | Analyze bank details re: bitcoin (.2); Analyze 2022 AEJ bank statements and details (2.9);  Analyze 2022 AEJ bank statements and details (.7); Review payment detail from bank statements(.8) | 4.6 | $ 280 | $1,288.00 |
| Nicholas Lee | 4/6/2023 | Investigation | Analyze 2022 AEJ bank statements and details | 1.2 | $ 280 | $336.00 |

1

**Teneo Capital LLC**

**Time Period: April 1, 2023 to April 30, 2023**                                                                                                                                                                                                       Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Nicholas Lee | 4/8/2023 | Investigation | Analyze 2022 AEJ bank statements and details | 1.7 | $ 280 | $476.00 |
| Nicholas Lee | 4/10/2023 | Investigation | Review and inventory new AEJ production of documents (2.9); Review and inventory new AEJ production of documents (2.8); | 5.7 | $ 280 | $1,596.00 |
| Nicholas Lee | 4/11/2023 | Investigation | Perform consolidation and bank statement analysis (2.9); Analyze bank statement detail (2.7) ; Analyze FSS Financials as it relates to Debtor's finances and expenses(1); Consolidate and analyze bank statement detail (.4) | 7.0 | $ 280 | $1,960.00 |
| Nicholas Lee | 4/12/2023 | Investigation | Consolidate and analyze bank statement detail (2.9); Consolidate and analyze bank statement detail (2.3) | 5.2 | $ 280 | $1,456.00 |
| Nicholas Lee | 4/13/2023 | Investigation | Update asset tracking analysis to include developments from investigation (.3); Bank statement and transaction analysis (2.3) | 2.6 | $ 280 | $728.00 |
| Nicholas Lee | 4/14/2023 | Investigation | Analyze bank statement and transaction detail | 1.2 | $ 280 | $336.00 |
| Nicholas Lee | 4/17/2023 | Investigation | Analyze bank statement and transaction detail | 2.5 | $ 280 | $700.00 |
| Nicholas Lee | 4/18/2023 | Investigation | Analyze bank statements | 1.5 | $ 280 | $420.00 |
| Nicholas Lee | 4/19/2023 | Investigation | Document review of provided debtor documentation | 0.9 | $ 280 | $252.00 |
| Nicholas Lee | 4/20/2023 | Investigation | Review and analyze bank statements and transfers (.9); Review and analyze debtor produced documents (.6); Review and analyze debtor produced documents (2.9) | 4.4 | $ 280 | $1,232.00 |
| Nicholas Lee | 4/21/2023 | Investigation | Review and analyze debtor produced documents (2.9); Document review of provided debtor documentation (.1) | 3.0 | $ 280 | $840.00 |
| Nicholas Lee | 4/24/2023 | Investigation | Update asset tracking analysis, including additional and updated language from recent documents (1.7); Review and analyze debtor produced documents (.5); Review email interactions with Nardello re: asset tracker analysis. (.2) | 2.4 | $ 280 | $672.00 |
| Nicholas Lee | 4/25/2023 | Investigation | Inventory and analyze documents produced by the Debtor (2.9); Continue to inventory documents from production from Akin Gump on April 21, 2023. (1.6); Summarize and analyze disclosures in the Debtor filed schedules(.5) | 5.0 | $ 280 | $1,400.00 |
| Nicholas Lee | 4/26/2023 | Investigation | Review and analyze documents produced by Debtor (1.3); Review and analyze documents produced by Debtor(2.9) | 4.2 | $ 280 | $1,176.00 |
| Nicholas Lee | 4/27/2023 | Investigation | Review and analyze documents produced by Debtor (1); Review and analyze documents produced by Debtor (2.9); Conduct document searches from debtor provided documents (.3); Review available documents and conduct searches (.6) | 4.8 | $ 280 | $1,344.00 |
| Nicholas Lee | 4/28/2023 | Investigation | Review and analyze documents produced by Debtor (2.9); Review documents produced by Debtor's counsel re: premartial agreement (.2); Review Debtor produced materials in Relativity (.9) | 4.0 | $ 280 | $1,120.00 |
| Nicholas Lee | 4/29/2023 | Investigation | produced materials in Relativity (2.3) | 5.2 | $ 280 | $1,456.00 |
| | | Investigation | | 116.1 | | $42,676.00 |
| Alyssa Scotti | 4/13/2023 | Mediation | Call with D Zenksy, S Brauner N Lee and G Polkowitz re: term sheet analysis (.3); Meet with Akin (D Zensky, S Brauner and K Porter) and Teneo (G Polkowitz) re: term sheet analysis (.5) | 0.8 | $ 508 | $406.40 |
| Alyssa Scotti | 4/20/2023 | Mediation | Review updated term sheet analysis | 0.6 | $ 508 | $304.80 |
| Alyssa Scotti | 4/21/2023 | Mediation | Call with Akin (D Zenksy) and G Polkowitz re: term sheet analysis (.5); Review changes to updated term sheet analysis (.3); Call with G. Polkowitz on the meeting with A. Jones counsel and model results from the draft term sheet (.5) | 1.3 | $ 508 | $660.40 |
| Gary Polkowitz | 4/10/2023 | Mediation | Review of the draft term sheet | 1.5 | $ 683 | $1,024.50 |
| Gary Polkowitz | 4/11/2023 | Mediation | Continue to review draft term sheet | 2.0 | $ 683 | $1,366.00 |
| Gary Polkowitz | 4/12/2023 | Mediation | Continue to review draft term sheet | 1.0 | $ 683 | $683.00 |
| Gary Polkowitz | 4/13/2023 | Mediation | Review of initial model output based off of draft term sheet (.9); Call with Akin (D Zensky, S Brauner and K Porter) and Teneo (A Scotti) re: term sheet analysis (.3); Review of revised marked up of draft term sheet (2.1) | 3.3 | $ 683 | $2,253.90 |
| Gary Polkowitz | 4/14/2023 | Mediation | Call with M. Kirschner, N. Lee, R. Chiu re: Teneo analysis of Phases 1- 3 of proposal Global Resolution (.4); Calls with N. Lee on the modeling for the draft term sheet (.3); Calls with N. Lee on the modeling for the draft term sheet (.2); Review of the model and analyses related to the draft term sheet (1.3) | 2.2 | $ 683 | $1,502.60 |
| Gary Polkowitz | 4/17/2023 | Mediation | Read and reviewed correspondence related to draft term sheet | 0.5 | $ 683 | $341.50 |
| Gary Polkowitz | 4/18/2023 | Mediation | Review of latest draft model based off of the draft term sheet (1.6); Discussions with A. Scotti on various case matters including the model, payments and draft term sheet (.5) | 2.1 | $ 683 | $1,434.30 |
| Gary Polkowitz | 4/19/2023 | Mediation | Continue to review the latest draft model based off of the draft term sheet | 1.3 | $ 683 | $887.90 |
| Gary Polkowitz | 4/21/2023 | Mediation | Review of latest model results from the latest term sheet (.6); Call with Akin (D Zensky) and A. Scotti re: term sheet analysis (.5) | 1.1 | $ 683 | $751.30 |
| Gary Polkowitz | 4/24/2023 | Mediation | Discussion with A. Scotti on model for term sheet | 0.4 | $ 683 | $273.20 |
| Alyssa Scotti | 4/24/2023 | Mediation | Call with N Lee and G Polkowitz re: present value analysis re: term sheet (.5); Transmit term sheet and analyses for UCC counsel (.6) | 1.1 | $ 508 | $558.80 |

**Teneo Capital LLC**
**Time Period: April 1, 2023 to April 30, 2023**                                                                                                                                     Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 4/28/2023 | Mediation | Review Akin Gump's modifications to the model for the latest draft term sheet (.2); Call with N. Lee re: updates to trust payments distribution analysis. (.2); Review of latest modeling and PV calculations related to draft term sheet(1.6) | 2.0 | $ 683 | $1,366.00 |
| Marc Kirschner | 4/12/2023 | Mediation | Review comments on Draft Global Resolution Terms | 1.0 | $ 650 | $650.00 |
| Marc Kirschner | 4/14/2023 | Mediation | Call with G. Polkowitz, N. Lee, R. Chiu re: Teneo analysis of Phases 1- 3 of proposal Global Resolution (.3); Participate on call with G. Polkowitz, the Akin Gump team and counsel to the UCC members (1.2) | 1.5 | $ 650 | $975.00 |
| Nicholas Lee | 4/10/2023 | Mediation | Review global resolution term sheet. | 0.4 | $ 280 | $112.00 |
| Nicholas Lee | 4/13/2023 | Mediation | Call with D Zenksy, S Brauner A. Scotti and G Polkowitz re: term sheet analysis (.3); Review global resolution term sheet (.3) | 0.6 | $ 280 | $168.00 |
| Nicholas Lee | 4/13/2023 | Mediation | Review Trust Phase 1 payments analysis for term sheet (.3); Analyze Trust Phase 2 and Phase 3 payments for term sheet (.9); Prepare Trust payments distribution analysis for term sheet and mediation (2.9); Update Trust payments distribution analysis for term sheet and mediation (2.1) | 6.2 | $ 280 | $1,736.00 |
| Nicholas Lee | 4/14/2023 | Mediation | Calls with G. Polkowitz on the modeling for the draft term sheet (.3); Calls with G. Polkowitz on the modeling for the draft term sheet (.2); Continue modeling for the draft term sheet(.1); Prepare distribution analysis for term sheet for global resolution (2.9) | 3.5 | $ 280 | $980.00 |
| Nicholas Lee | 4/18/2023 | Mediation | Update Trust payments distribution analysis for term sheet and mediation | 1.0 | $ 280 | $280.00 |
| Nicholas Lee | 4/21/2023 | Mediation | Update Trust payments distribution analysis for term sheet and mediation (2.9); Update Trust payments distribution analysis for term sheet and mediation (1.4); Update Trust payments distribution analysis for term sheet and mediation (.5) | 4.8 | $ 280 | $1,344.00 |
| Nicholas Lee | 4/24/2023 | Mediation | Review the present value analysis of trust payments (.3); Update Trust payments distribution analysis for term sheet and mediation (.2) | 0.5 | $ 280 | $140.00 |
| Nicholas Lee | 4/25/2023 | Mediation | Update Trust payments distribution analysis for term sheet and mediation | 0.5 | $ 280 | $140.00 |
| Nicholas Lee | 4/28/2023 | Mediation | Call with G. Polkowitz re: updates to draft term sheet (.1); Update term sheet model  (1.2) | 1.3 | $ 280 | $364.00 |
| | | | **Mediation** | **42.5** | | **$20,703.60** |
| Alyssa Scotti | 4/3/2023 | Meetings and Communications with UCC and Counsel | Call with K. Porter, M. Miller, Nardello and Teneo (G Polkowitz, N Lee, S Yune) re: asset tracing (1): Review and analyze Debtor's First Amended Statement and Schedule (1.3) | 2.3 | $ 508 | $1,168.40 |
| Alyssa Scotti | 4/4/2023 | Meetings and Communications with UCC and Counsel | Call with Akin, UCC Counsel, Nardello and Teneo ( G Polkowitz) re: discovery strategy | 0.6 | $ 508 | $304.80 |
| Alyssa Scotti | 4/5/2023 | Meetings and Communications with UCC and Counsel | Correspond with Akin (D Chasin) re: presentation materials previously presented to UCC members | 0.6 | $ 508 | $304.80 |
| Alyssa Scotti | 4/8/2023 | Meetings and Communications with UCC and Counsel | Review Akin communication re: update from Debtor's counsel and FA re: filings, trusts, agreements, budget, reorganization plan, and assets | 1.9 | $ 508 | $965.20 |
| Alyssa Scotti | 4/10/2023 | Meetings and Communications with UCC and Counsel | Call with UCC counsel, Akin, Nardello, Teneo (M Kirschner, R Chiu and G Polkowitz)  re: counsel updates | 1.0 | $ 508 | $508.00 |
| Alyssa Scotti | 4/18/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo team (G. Polkowitz) and Akin Team to discussion case update and various topics | 0.5 | $ 508 | $254.00 |
| Alyssa Scotti | 4/19/2023 | Meetings and Communications with UCC and Counsel | Call with G Polkowitz and N Lee  re: presentation to UCC on debtor's schedules | 0.3 | $ 508 | $152.40 |
| Alyssa Scotti | 4/20/2023 | Meetings and Communications with UCC and Counsel | Call with UCC Counsel, Akin, Nardello and Teneo (R Chiu, M Kirschner) re: update and strategy | 1.0 | $ 508 | $508.00 |
| Alyssa Scotti | 4/21/2023 | Meetings and Communications with UCC and Counsel | Call with Akin, Nardello, Debtor's counsel (Crowe Dunlevy) and Debtor's FA (BlackBriar) and Teneo (G Polkowitz and M Kirschner) re: meet and confer re: Trusts | 1.8 | $ 508 | $914.40 |
| Alyssa Scotti | 4/27/2023 | Meetings and Communications with UCC and Counsel | Participate in meeting with G. Polkowitz, M. Kirschner, Akin Gump and Nardello teams to discuss strategy and case updates | 1.0 | $ 508 | $508.00 |
| Gary Polkowitz | 4/3/2023 | Meetings and Communications with UCC and Counsel | Call with K. Porter, M. Miller, Nardello and Teneo (A Scotti, N Lee, S Yune) re: asset tracing (1); Review of correspondence from Akin Gump team related to various case matters (.2) | 1.2 | $ 683 | $819.60 |
| Gary Polkowitz | 4/4/2023 | Meetings and Communications with UCC and Counsel | Call with Akin, UCC Counsel, Nardello and Teneo (A Scotti) re: discovery strategy (.6); Review of correspondence from Nardello team on asset tracking (.3) | 0.9 | $ 683 | $614.70 |
| Gary Polkowitz | 4/5/2023 | Meetings and Communications with UCC and Counsel | Review of correspondence from Akin Gump team related to various case matters | 0.3 | $ 683 | $204.90 |
| Gary Polkowitz | 4/6/2023 | Meetings and Communications with UCC and Counsel | Review of correspondence from Akin Gump team related to various case matters | 0.4 | $ 683 | $273.20 |
| Gary Polkowitz | 4/10/2023 | Meetings and Communications with UCC and Counsel | Preparation for UCC call (.4); Call with UCC counsel, Akin, Nardello, Teneo (M Kirschner, R Chiu and A Scotti)  re: counsel updates (1) | 1.4 | $ 683 | $956.20 |
| Gary Polkowitz | 4/11/2023 | Meetings and Communications with UCC and Counsel | Review of correspondence related to the discovery matters | 0.3 | $ 683 | $204.90 |
| Gary Polkowitz | 4/13/2023 | Meetings and Communications with UCC and Counsel | Call with D. Zensky, S. Brauner, A. Scotti and N. Lee on modeling for the draft term sheet (.3); Review of correspondence related to the discovery matters (.3) | 0.6 | $ 683 | $409.80 |

**Teneo Capital LLC**
**Time Period: April 1, 2023 to April 30, 2023**                                                                                                                                            Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 4/14/2023 | Meetings and Communications with UCC and Counsel | Review of draft model results and prepare correspondence to Akin Gump (1.3); Participate on call with M. Kirchner, the Akin Gump team and counsel to the UCC members (1.2) | 2.5 | $ 683 | $1,707.50 |
| Gary Polkowitz | 4/18/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo team (A. Scotti) and Akin Team (S. Brauner, K. Porter and M. Miller) to discussion case update and various topics | 0.5 | $ 683 | $341.50 |
| Gary Polkowitz | 4/19/2023 | Meetings and Communications with UCC and Counsel | Call with N. Lee, A. Scotti re: presentation to UCC on amended schedules (.3); Participate on weekly call with Teneo, Nardello and Akin Gump teams with A. Scotti, R. Chiu and M. Kirschner (.5) | 0.8 | $ 683 | $546.40 |
| Gary Polkowitz | 4/25/2023 | Meetings and Communications with UCC and Counsel | Call with UCC Counsel , Akin, Nardello and Teneo (A. Scotti, M. Kirschner) re: strategy | 0.8 | $ 683 | $546.40 |
| Gary Polkowitz | 4/27/2023 | Meetings and Communications with UCC and Counsel | Participate in call with A. Scotti, G. Polkowitz, Akin Gump and Nardello teams to discuss strategy and case updates | 1.0 | $ 683 | $683.00 |
| Marc Kirschner | 4/10/2023 | Meetings and Communications with UCC and Counsel | Review all last week's emails re: Proposed Plan, pre-martial agreement, Sub-V Plan filing by Debtor | 0.8 | $ 650 | $520.00 |
| Marc Kirschner | 4/19/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly call with Teneo, Nardello and Akin Gump teams with A. Scotti, R. Chiu and G.Polkowitz | 0.5 | $ 650 | $325.00 |
| Marc Kirschner | 4/20/2023 | Meetings and Communications with UCC and Counsel | Attend UCC call with Akin, Nardello UCC Counsel and Teneo (R Chiu and A Scotti) re: update and strategy | 1.0 | $ 650 | $650.00 |
| Marc Kirschner | 4/21/2023 | Meetings and Communications with UCC and Counsel | Call with Akin, Nardello, Debtor's counsel (Crowe Dunlevy) and Debtor's FA (BlackBriar) and Teneo (A Scotti and M Kirschner) re: meet and confer re: Trusts | 1.8 | $ 650 | $1,170.00 |
| Marc Kirschner | 4/25/2023 | Meetings and Communications with UCC and Counsel | Call with UCC Counsel , Akin, Nardello and Teneo (A. Scotti, G. Polkowitz) re: strategy | 0.8 | $ 650 | $520.00 |
| Marc Kirschner | 4/27/2023 | Meetings and Communications with UCC and Counsel | Participate in call with A. Scotti, M. KIrschner, Akin Gump and Nardello teams to discuss strategy and case updates | 1.0 | $ 650 | $650.00 |
| Nicholas Lee | 4/8/2023 | Meetings and Communications with UCC and Counsel | Review Akin communication re: update from Debtor's counsel | 0.4 | $ 280 | $112.00 |
| Nicholas Lee | 4/11/2023 | Meetings and Communications with UCC and Counsel | Review correspondence with counsel re: new production of documents (.3); Call with G. Polkowitz, A. Scotti and Nardello team re: strategy and coordination  (1) | 1.3 | $ 280 | $364.00 |
| Nicholas Lee | 4/17/2023 | Meetings and Communications with UCC and Counsel | Email interactions Akin Gump re: bank statement detail | 0.3 | $ 280 | $84.00 |
| Nicholas Lee | 4/19/2023 | Meetings and Communications with UCC and Counsel | Call with G. Polkowitz, A. Scotti re: presentation to UCC on debtor's schedules. | 0.3 | $ 280 | $84.00 |
| Sidney Yune | 4/19/2023 | Meetings and Communications with UCC and Counsel | Create presentation for UCC meeting on summary of review to date | 0.9 | $ 280 | $252.00 |
| | | | **Meetings and Communications with UCC and Counsel** | **30.8** | | **$17,627.10** |
| Alyssa Scotti | 4/11/2023 | Retention and Fee Applications | Call with G Polkowitz re: fee statement preparation (.7); Review fee statement template (.4) | 1.1 | $ 508 | $558.80 |
| Alyssa Scotti | 4/12/2023 | Retention and Fee Applications | Prepare fee statement document for January 2023 (1); Prepare fee statement document for March 2023 (.7); Prepare fee statement document for February 2023 (.7) | 2.4 | $ 508 | $1,219.20 |
| Alyssa Scotti | 4/19/2023 | Retention and Fee Applications | Participate on call  with G. Polkowitz on preparation of January, February and March 2023 monthly fee statements | 0.5 | $ 508 | $254.00 |
| Alyssa Scotti | 4/21/2023 | Retention and Fee Applications | Update time records for the fee statement - February 2023 (1.1); Update time records for the fee statement - January 2023 (1.1); | 2.2 | $ 508 | $1,117.60 |
| Alyssa Scotti | 4/24/2023 | Retention and Fee Applications | Review and prepare updates re: M Kirschner disclosure statement | 0.3 | $ 508 | $152.40 |
| Alyssa Scotti | 4/26/2023 | Retention and Fee Applications | Discussion with G. Polkowitz on Teneo January , February and March monthly fee statements | 0.4 | $ 508 | $203.20 |
| Alyssa Scotti | 4/27/2023 | Retention and Fee Applications | Update March 2023 time entries for fee application | 1.0 | $ 508 | $508.00 |
| Gary Polkowitz | 4/12/2023 | Retention and Fee Applications | Call with A Scotti re: fee statement preparation | 0.7 | $ 683 | $478.10 |
| Gary Polkowitz | 4/19/2023 | Retention and Fee Applications | Participate on call  with A. Scotti on preparation of January, February and March 2023 monthly fee statements (.5); Review of a template monthly fee statement from Akin Gump (.3) | 0.8 | $ 683 | $546.40 |
| Gary Polkowitz | 4/26/2023 | Retention and Fee Applications | Discussion with A. Scotti on Teneo January , February and March monthly fee statements (.4); Read and reviewed M. Kirschner supplemental disclosure (.3) | 0.7 | $ 683 | $478.10 |
| Marc Kirschner | 4/24/2023 | Retention and Fee Applications | Review, revise additional Teneo Disclosure re: same Advisor Role | 0.5 | $ 650 | $325.00 |
| Sidney Yune | 4/24/2023 | Retention and Fee Applications | Edits to Supplemental Kirschner Declaration for filing | 0.2 | $ 280 | $56.00 |
| | | | **Retention and Fee Applications** | **10.8** | | **$5,896.80** |
| Alyssa Scotti | 4/1/2023 | Strategy and Financial Advisory Services to UCC | Review and analyze expenses from Debtors MOR filings from December 2022 and January 2023. | 1.6 | $ 508 | $812.80 |
| Alyssa Scotti | 4/4/2023 | Strategy and Financial Advisory Services to UCC | Conference with M. Kirschner re; Strategy (.3); Review Sub Chapter V Trustee report filed (2.1) | 2.4 | $ 508 | $1,219.20 |
| Alyssa Scotti | 4/10/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee re: matter overview and next steps (.3); Prepare notes/questions for FA to FSS following review of SubV Trustee Report re: call with M3 (1.6) | 1.9 | $ 280 | $532.00 |

4

**Teneo Capital LLC**

**Time Period: April 1, 2023 to April 30, 2023**                                                                                                                                                 **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Alyssa Scotti | 4/11/2023 | Strategy and Financial Advisory Services to UCC | Call with Nardello and Teneo (G Polkowitz and N Lee) re: strategy and coordination (1); Call with M3 (B Murphy, W Griffith) re: follow up questions on FSS SubV Trustee report as it relates to Debtor Jones (.5) | 1.5 | $ 508 | $762.00 |
| Alyssa Scotti | 4/12/2023 | Strategy and Financial Advisory Services to UCC | Meeting with R Chiu, G. Polkowitz, M Kirschner and N Lee re:status and case updates (.5); Review produced documents re: Real estate liens, deed of trusts, assignment of interests, joint revocation, special warranty deed(1.9); Review and analyze documents produced by FSS counsel re: Proposed Reorganization Plan as it realtes to Debtor Jones(1.7); Review and analyze documents produced by FSS counsel re: Mountain Way as it relates to Debtor Jones (1.3); Review and analyze documents produced by FSS counsel re: Proposed Reorganization Plan financial documents as it pertains to Debtor Jones (.9); Review Debtor asset tracker file prepared by Nardello (.7) | 7.0 | $ 508 | $3,556.00 |
| Alyssa Scotti | 4/13/2023 | Strategy and Financial Advisory Services to UCC | Call with N Lee, G Polkowitz re: updates on progress. | 0.7 | $ 508 | $355.60 |
| Alyssa Scotti | 4/18/2023 | Strategy and Financial Advisory Services to UCC | Review communications from counsel re: strategy and case update (1.9); Call with Nardello and Teneo (G Polkowitz and N Lee) re: strategy (1); Discussions with G. Polkowitz on various case matters including the model, payments and draft term sheet (.6) | 3.5 | $ 508 | $1,778.00 |
| Alyssa Scotti | 4/19/2023 | Strategy and Financial Advisory Services to UCC | Review and analyze Debtor Second Amended Statement of Financial Affairs (1.1); Call with G Polkowitz re: strategy and analyzing debtors filed schedules (.8); Update UCC presentation based on Akin comments (.8); Review and analyze Debtor Second Amended Schedules (.7); Review Debtor's filed schedules (1.6); Review and analyze Debtor's filed schedules (.3) | 5.3 | $ 508 | $2,692.40 |
| Alyssa Scotti | 4/21/2023 | Strategy and Financial Advisory Services to UCC | Prepare agenda/questions for meeting with Debtor's counsel and FA for the meet and confer scheduled for 4/21 | 0.8 | $ 508 | $406.40 |
| Alyssa Scotti | 4/24/2023 | Strategy and Financial Advisory Services to UCC | Prepare analysis for transfers related to debtor (.8); call with N Lee and G Polkowitz re: Debtor asset tracker (.6); Review and analyze materials in Relativity (folder 4/21/23) re: documents produced by Debtor's counsel (tax returns for 2021) (.7) | 2.6 | $ 508 | $1,320.80 |
| Alyssa Scotti | 4/25/2023 | Strategy and Financial Advisory Services to UCC | Call with Nardello and Teneo (G Polkowitz and N Lee) re: strategy (1); Prepare analysis of debtor's finances (.7); Discussion with G.Polkowitz on the draft asset listing (.3) | 2.0 | $ 508 | $1,016.00 |
| Alyssa Scotti | 4/26/2023 | Strategy and Financial Advisory Services to UCC | Call with G Polkowitz re: case update and strategy | 0.6 | $ 508 | $304.80 |
| Alyssa Scotti | 4/27/2023 | Strategy and Financial Advisory Services to UCC | workstreams (.5); Discussions with G. Polkowitz on AEJ assets and income streams (.3); Provide counsel relativity database inventory re: recent debtor productions (.1); Call with G Polkowitz, N Lee and S Yune re: strategy(.5) | 1.4 | $ 508 | $711.20 |
| Alyssa Scotti | 4/28/2023 | Strategy and Financial Advisory Services to UCC | Review and analyze unredacted SubV Trustee report as it relates to debtor Jones (1.9); Call with N. Lee, G. Polkowitz re: updates on workstreams (.8); Call with N. Lee re: updates on workstreams (.2); | 2.9 | $ 508 | $1,473.20 |
| Gary Polkowitz | 4/6/2023 | Strategy and Financial Advisory Services to UCC | Review of subchapter v initial report issued on 4/4 as it relates to A. Jones. | 1.8 | $ 683 | $1,229.40 |
| Gary Polkowitz | 4/10/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed correspondence related to gathering information from the Debtor professionals. | 0.4 | $ 683 | $273.20 |
| Gary Polkowitz | 4/11/2023 | Strategy and Financial Advisory Services to UCC | Participate on weekly Teneo and Nardello call with A. Scotti, N. Lee, and the Nardello team (1); Participated on call with A. Scotti and W. Murphy and B. Griffin of M3 on FSS matters as it relates to Debtor Jones (.5); Review and comment on draft asset tracker (.5) | 2.0 | $ 683 | $1,366.00 |
| Gary Polkowitz | 4/12/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed correspondence related to the amended schedules (.3); Continue to review and comment on draft asset tracker (.7) | 1.0 | $ 683 | $683.00 |
| Gary Polkowitz | 4/13/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti and N. Lee to go over the draft asset tracker (.7); Calls with N. Lee on the modeling for the draft term sheet (.6) | 1.3 | $ 683 | $887.90 |
| Gary Polkowitz | 4/17/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed correspondence related to Jones payments (.3); Review of latest draft term sheet for global settlement with Jones (1.1) | 1.4 | $ 683 | $956.20 |
| Gary Polkowitz | 4/18/2023 | Strategy and Financial Advisory Services to UCC | Participate on Teneo and Nardello weekly coordination call with Teneo (A. Scotti, N. Lee) and Nardello re: strategy (1); Review of latest draft asset list (.8); Prepare for meeting with Nardello and Teneo teams on asset and transfer list (.5) | 2.3 | $ 683 | $1,570.90 |
| Gary Polkowitz | 4/19/2023 | Strategy and Financial Advisory Services to UCC | Review of second amended SOFA and SOAL (1.3); Review of second amended SOFA and SOAL (1); Discussions with A. Scotti on various case matters including the model, payments and draft term sheet(.8); Review of reservation of rights filing by the UCC (.5) | 3.6 | $ 683 | $2,458.80 |
| Gary Polkowitz | 4/21/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti on the meeting with A. Jones counsel and model results from the draft term sheet | 0.5 | $ 683 | $341.50 |
| Gary Polkowitz | 4/24/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti and N. Lee to discuss the asset tracker (.6); Review of latest draft asset tracker (.8); Call with A. Scotti and N. Lee on the present value calculations from the draft term sheet model(.5) | 1.9 | $ 683 | $1,297.70 |

**Teneo Capital LLC**
**Time Period: April 1, 2023 to April 30, 2023**                                                                                                                                    Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 4/25/2023 | Strategy and Financial Advisory Services to UCC | Participate on weekly Teneo and Nardello team calls with A. Scotti, N. Lee and Nardello (1); Discussion with A. Scotti on the draft asset listing (.3); Meet with A Scotti re: case update and strategy(.6) | 1.9 | $ 683 | $1,297.70 |
| Gary Polkowitz | 4/27/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee, A. Scotti, S. Yune re: case updates and workstreams (.5); Discussions with A. Scotti on AEJ assets and income streams (.4); Read and reviewed correspondence related to debtor income (.3); Call with A Scotti, N Lee and S Yune re: strategy (.5) | 1.7 | $ 683 | $1,161.10 |
| Gary Polkowitz | 4/28/2023 | Strategy and Financial Advisory Services to UCC | Call with S. Yune on status and updates (.3); Call with N. Lee, A. Scotti re: updates on workstreams(.8) | 1.1 | $ 683 | $751.30 |
| Marc Kirschner | 4/4/2023 | Strategy and Financial Advisory Services to UCC | Conference with A. Scotti re; Strategy | 0.3 | $ 650 | $195.00 |
| Marc Kirschner | 4/12/2023 | Strategy and Financial Advisory Services to UCC | Meeting with R Chiu, G. Polkowitz, A. Scotti and N Lee re:status and case updates | 0.5 | $ 650 | $325.00 |
| Marc Kirschner | 4/20/2023 | Strategy and Financial Advisory Services to UCC | Review and analyze presentation for Committee meeting re: summary of analyses (.5); Review Motion to Reject Executory Contracts between Jones and Elevated Solutions Group (.3); Review final UCC comments on proposal global plan (.2) | 1.0 | $ 650 | $650.00 |
| Nicholas Lee | 4/6/2023 | Strategy and Financial Advisory Services to UCC | Review Subchapter V report on initial findings per impact on Jones estate (.9); Save down Subchapter V Trustee Report filed (.1); Email interactions with Teneo team re: updates on matter progress (.4) | 1.4 | $ 280 | $392.00 |
| Nicholas Lee | 4/10/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti re: matter overview and next steps (.3); Organize documents received in discovery for Teneo team review (.3) | 0.6 | $ 280 | $168.00 |
| Nicholas Lee | 4/13/2023 | Strategy and Financial Advisory Services to UCC | Coordinate call to review matter progress with G. Polkowitz, A. Scotti, and Akin team (.2); Call with G. Polkowitz, A. Scotti re: updates on progress, including asset tracing analysis (.7); Calls with G. Polkowitz on the modeling for the draft term sheet (.6) | 1.5 | $ 280 | $420.00 |
| Nicholas Lee | 4/17/2023 | Strategy and Financial Advisory Services to UCC | Check AEJ and FSS dockets for new filings to review. | 0.2 | $ 280 | $56.00 |
| Nicholas Lee | 4/18/2023 | Strategy and Financial Advisory Services to UCC | Call with Teneo (A. Scotti and G Polkowitz) and Nardello team re: strategy (1); Check AEJ and FSS dockets for new filings to review (.2) | 1.2 | $ 280 | $336.00 |
| Nicholas Lee | 4/19/2023 | Strategy and Financial Advisory Services to UCC | Review Debtor's filed schedules | 2.5 | $ 280 | $700.00 |
| Nicholas Lee | 4/20/2023 | Strategy and Financial Advisory Services to UCC | Review response to reservation of rights on schedules and statements (.5); Review motion to reject ESG and Mountain Way contracts (.4); Check AEJ and FSS dockets for new filings to review. (.3) | 1.2 | $ 280 | $336.00 |
| Nicholas Lee | 4/24/2023 | Strategy and Financial Advisory Services to UCC | Review FSS MORs as it relates to Debtor Jones (1.2); Call with G. Polkowitz, A. Scotti re: asset tracker and updates (.6); Interactions with A. Scotti review of FSS MOR's as it relates to debtor Jones (.2); Check AEJ and FSS dockets for new filings to review (.2) | 2.2 | $ 280 | $616.00 |
| Nicholas Lee | 4/25/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz and A. Scotti and Nardello team re: updates to asset tracker (1); Review Plaintiffs' Original Petition (.5) ; Review Rule 2004 requests(.2); Review overview of AEJ recent developments from debtor's counsel (.1) | 1.8 | $ 280 | $504.00 |
| Nicholas Lee | 4/26/2023 | Strategy and Financial Advisory Services to UCC | Check AEJ and FSS dockets for new filings to review (.2) | 0.2 | $ 280 | $56.00 |
| Nicholas Lee | 4/27/2023 | Strategy and Financial Advisory Services to UCC | Call with S. Yune re: strategy and workstreams (.3); Check AEJ and FSS dockets for new filings to review. (.2) | 0.5 | $ 280 | $140.00 |
| Nicholas Lee | 4/28/2023 | Strategy and Financial Advisory Services to UCC | Review UCC counsel notes from meet and confer with D Minton (.4); Check AEJ and FSS dockets for new filings to review. (.2); Call with G. Polkowitz, A. Scotti re: updates on workstreams (.8); Call with A. Scotti re: updates on workstreams (.2) | 1.6 | $ 280 | $448.00 |
| Sidney Yune | 4/27/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee re: strategy and workstreams | 0.3 | $ 280 | $84.00 |
| Sidney Yune | 4/28/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz re: strategy and update | 0.3 | $ 280 | $84.00 |
| | | **Strategy and Financial Advisory Services to UCC** | | **72.4** | | **$36,725.10** |
| | | **Total** | | **285.0** | | **$128,455.90** |

**Exhibit D**
**Summary of Expenses Incurred by Category as Financial Advisor**
**For the Period April 1, 2023 through April 30, 2023**

**None of the Period**

**Exhibit E**
**Detailed Expenses Incurred by Category and Professional as Financial Advisor**
**For the Period April 1, 2023 through April 30, 2023**

**None for the Period**