**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>ALEXANDER E. JONES,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-33553 (CML) |

**<u>NOTICE OF HEARING</u>**
**[Relates to ECF No. 388]**

 **PLEASE TAKE NOTICE** that a hearing is scheduled for **Wednesday, August 23, 2023 at 2:30 p.m. CST** on the *Emergency Motion of the Official Committee of Unsecured Creditors of Alexander E. Jones to Enforce June 8, 2023 Ruling Against Elevated Solutions Group, LLC* [ECF No. 388].

 **PLEASE TAKE FURTHER NOTICE** that any party wishing to call witnesses or introduce exhibits at the hearing must exchange exhibits and file the witness and exhibit lists required by Bankruptcy Local Rule 9013-2 by noon (prevailing CST) on Monday. August 21, 2023.

 **PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted in person, by telephone, and by remote video conference.  Parties wishing to participate in the hearing telephonically may do so by dialing **1-832-917-1510** and entering conference code **590153** when prompted.  Parties may also participate via remote video conference by going to https://www.gotomeet.me/JudgeLopez and clicking the "join the meeting" button.  Audio connections by phone are required for all video participants.

Dated: August 10, 2023

Respectfully Submitted,

By: */s/ Marty L. Brimmage, Jr.*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

-*and*-

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

***Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 10, 2023, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

<u>/s/ *Marty L. Brimmage, Jr.*</u>
Marty L. Brimmage, Jr