**Alexander Emric Jones**  Case No. 22-33553

## Part 1 - Statement of Cash Receipts and Disbursements
### July 1-July 31, 2023

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 779,352 | 4,653 | 4,978 | 26,246 | 10,245 | 1,206 | 5,000 | 831,680 |
| Cash Receipts | 27,439 | | | | | | | 27,439 |
| Cash Disbursements | (59,372) | | | | (139) | | | (59,511) |
| **Net Cash Flow** | 747,419 | 4,653 | 4,978 | 26,246 | 10,106 | 1,206 | 5,000 | 799,608 |
| Transfer In | | | | | | | | 0 |
| Transfers Out | | | | | | | | 0 |
| **Ending Bank Balance** | 747,419 | 4,653 | 4,978 | 26,246 | 10,106 | 1,206 | 5,000 | 799,608 |

# Alex Jones
# Balance Sheet
### As of July 31, 2023

|  | Jul 2023 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Bank of America #2913 | 10,106 |
|       Bank of America #6078 | 5,000 |
|       Chase #3520 | 1,207 |
|       Chase #7518 | 26,246 |
|       PNC #5233 DIP | 747,419 |
|       Prosperity Bank #9175 | 4,653 |
|       Security Bank #8548 | 4,978 |
|     **Total Bank Accounts** | **$ 799,609** |
|     **Accounts Receivable** | |
|       Accounts Receivable | 293,896 |
|     **Total Accounts Receivable** | **$ 293,896** |
|     **Other Current Assets** | |
|       Bitcoin Account | 8,765 |
|       Cash on Hand | 1,000 |
|       Federal Income Tax Receivable | 3,807,459 |
|       Inventory Platinum | 431,078 |
|       Petty Cash for Child Care | 602 |
|       PreNup Pre Payment | 74,061 |
|       Prepaid Insurance | 9,296 |
|       Prepayment -Legal Account | 50,000 |
|       Rental Property Escrow | 17,965 |
|     **Total Other Current Assets** | **$ 4,400,227** |
|   **Total Current Assets** | **$ 5,493,732** |
|   **Fixed Assets** | |
|     Homestead | 2,612,800 |
|     Lakehouse | 1,750,000 |
|     Ranch Property | 2,189,220 |
|     Rental Property | 505,000 |
|     **Vehicles and Marine Assets** | |
|       Chevy Tahoe 2 | 60,034 |
|       Dodge Challenger | 67,575 |
|       Dodge Charger | 70,618 |
|       Ford Expedition | 21,463 |
|       Marine Assets | 114,300 |
|     **Total Vehicles and Marine Assets** | **$ 333,990** |
|   **Total Fixed Assets** | **$ 7,391,010** |
|   **Other Assets** | |
|     Interests In Trust | 2,658,450 |
|     Ownership Interests in Non Public Entities | 17,638 |
|     Personal Property | 171,536 |
|     Receivable from Mrs. Jones | 10,221 |
|   **Total Other Assets** | **$ 2,857,845** |
| **TOTAL ASSETS** | **$ 15,742,586** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 11,933 |
|       **Total Accounts Payable** | **$ 11,933** |
|       **Other Current Liabilities** | |
|         Accrued Professional Fees | 1,530,432 |

| | | |
|---|---:|---:|
| **Accrued Property Tax Payable** | | 26,200 |
| **Payroll Tax Payable-Child Care** | | 1,662 |
| **Payroll Tax Withheld-Child Care** | | 5,773 |
| **Total Other Current Liabilities** | $ | **1,564,067** |
| **Total Current Liabilities** | $ | **1,575,999** |
| **Long-Term Liabilities** | | |
| **Rental Property Mortgage** | | 30,923 |
| **Total Long-Term Liabilities** | $ | **30,923** |
| **Total Liabilities** | $ | **1,606,923** |
| **Equity** | | |
| **Opening Balance Equity** | | 15,235,336 |
| **Owner's Investment** | | -23,500 |
| **OtherDeposits/Transfers** | | 171,668 |
| **Total Owner's Investment** | $ | **148,168** |
| **Owner's Pay & Personal Expenses** | | |
| **Gifts** | | 63,919 |
| **Total Owner's Pay & Personal Expenses** | $ | **63,919** |
| **Retained Earnings** | | 13,190 |
| **Net Income** | | -1,324,950 |
| **Total Equity** | $ | **14,135,664** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **15,742,586** |

Wednesday, Aug 09, 2023 09:08:47 AM GMT-7 - Accrual Basis

# Alex Jones
## Profit and Loss
### July 2023

|  | Total |
|---|---:|
| **Income** | |
| FreeSpeech Payroll | 40,000 |
| Interest Income | 8 |
| Rental Income | 1,200 |
| Sales of Product Income | 80,989 |
|   Cost of Goods Sold | -16,405 |
|   Selling Expense | -35,626 |
| **Total Sales of Product Income** | **$ 28,958** |
| **Total Income** | **$ 70,166** |
| **Payroll deductions** | |
| Child Support- Garnished | 1,846 |
| Medical Insurance Premiums | 1,029 |
| Payroll Taxes withheld | 12,022 |
| **Total Payroll deductions** | **$ 14,897** |
| **Net Receipts** | **$ 55,269** |
| **Expenses** | |
|   Living Expenses | |
|     Auto/Trucks/Watercraft | |
|       Auto/Boat Maintenance | 622 |
|       Auto/Truck/Boat Insurance | 2,217 |
|       Boat Storage | 860 |
|       Fuel | 1,905 |
|     **Total Auto/Trucks/Watercraft** | **$ 5,603** |
|     Family | |
|       Child Care | 7,649 |
|       Groceries | 3,388 |
|       Homestead | |
|         HOA | 950 |
|         Maintenance | 5,286 |
|           Housekeeping | 7,900 |
|           Misc. Supplies and Services | 2,386 |
|         **Total Maintenance** | **$ 15,572** |
|         Phone/Internet | 407 |
|         Property Tax | 9,150 |
|         Repairs | 884 |
|         Utilities | 2,528 |
|       **Total Homestead** | **$ 29,491** |
|       Household Purchases | 3,845 |
|       Meals & Entertainment | 6,338 |
|         Apple/Netflix/Hulu charges | 350 |
|       **Total Meals & Entertainment** | **$ 6,688** |
|       Medical | 2,487 |
|       Other | 22 |
|       PreNup Obligation | 15,184 |
|       School and Kid's Activities | |
|         Activities | 1,443 |
|         Tuition/ Tutor | 2,200 |
|       **Total School and Kid's Activities** | **$ 3,643** |
|     **Total Family** | **$ 72,397** |
|   **Total Living Expenses** | **$ 78,000** |
|   Other Expenses | |
|     Bank Charges & Fees | 34 |
|     Business Expenses | 493 |
|     Interest Paid | 170 |
|     Internet/Phone | 66 |
|     Real Estate | |
|       Austin Condos | |
|         Condo HOA | 440 |
|         Condo Utilities and Maintenance | 591 |
|       **Total Austin Condos** | **$ 1,031** |
|       Lakehouse | |
|         Lakehouse Internet | 355 |
|         Lakehouse Maintenance | 3,902 |
|         Lakehouse Property Tax | 2,400 |
|         Lakehouse Utilities | 40 |
|       **Total Lakehouse** | **$ 6,697** |
|       Ranch property | 27 |

| | | |
|---|---:|---:|
| Rental Property Tax | | 1,550 |
| **Total Real Estate** | **$** | **9,304** |
| Rental Storage Units | | 2,079 |
| Travel | | 3,035 |
| **Total Other Expenses** | **$** | **15,180** |
| **Total Expenses** | **$** | **93,180** |
| **Net Operating Income** | **-$** | **37,911** |
| **Net Income** | **-$** | **37,911** |

Wednesday, Aug 09, 2023 08:57:06 AM GMT-7 - Accrual Basis

**Debtor's Name** Alexander Emric Jones                                                        Case No. 22-33553

| | Part 5: Professional Fees and Expenses | | Approved Current Month | Approved Cumulative | Paid Current Month* | Paid Cumulative* |
|---|---|---|---|---|---|---|
| a. | | | | | | |
| | *Debtors prof fees & expenses (bankruptcy) Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm name | Role | | | | |
| | **BlackBriar Advisors** | Financial Advisors | | 813,794 | | 200,000 |
| | **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | | 1,224,517 | | 500,000 |
| | **Jordan & Ortiz** | Co-Counsel to Debtor | | 244,690 | | 140,796 |
| | **Teneo** | Co-Counsel to Debtor | | 78,453 | | |
| | **Rachel Kennerly** | Tax Accountant | | 11,025 | | 1,250 |
| Delete | * All amounts paid from retainers provided prepetition. Professional fees will not be reported in the debtors income statement until retainers are depleted. | | | | | |

**Alexander Emric Jones**  **Case No. 22-33553**
**Part 7.a. - Payments on Pre Petition Debt**
**July 1-July 31, 2023**

| Date | Payee | Amount | Description |
|---|---|---|---|
| 7/1/2023 | Bank of America | 500 | Principal Payment; total payment was $1,836- interest of $173, escrow of $1,163 |