UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Alexander E. Jones | § | Case No. 22–33553 (CML) |
| | § | |
| Debtor | § | |

### TEXAS PLAINTIFFS' NOTICE OF RESCHEDULED RULE 2004 DEPOSITION OF ERIKA WULFF-JONES

To:   Erika Wulff-Jones, by and through her counsel of record, Melissa Kingston, Friedman & Feiger, LLP, 17304 Preston Road, Suite 300, Dallas, TX 75252.

Please take notice that the examination of Erika Wulff-Jones by the Texas Plaintiffs Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine, which was originally scheduled to take place by agreement of the parties on July 14, 2023,[1] but was postponed by the deponent,[2] has been rescheduled to commence on August 24, 2023, at 10:00 a.m. Central Time at the offices of Jackson Walker LLP, 100 Congress Avenue, Suite 1100, Austin, TX 78701, or at such other date, time and place as the parties may agree.

[*The remainder of this page is intentionally left blank.*]

---

[1] *See The Texas Plaintiffs' Notice of Rule 2004 Deposition of Erika Wulff-Jones* [ECF No. 365].

[2] *See Notice of Rescheduling of the Official Committee of Unsecured Creditors of Alexander E. Jones Rule 2004 Deposition Notice of Erika Wulff-Jones* [ECF No. 372].

Dated: August 17, 2023

/s/ *Jennifer J. Hardy*

| **WILLKIE FARR & GALLAGHER LLP** | **MCDOWELL HETHERINGTON LLP** |
|---|---|
| Jennifer J. Hardy (Texas Bar No. 24096068) | Avi Moshenberg (TX Bar No. 24083532) |
| 600 Travis Street | 1001 Fannin Street |
| Houston, Texas 77002 | Suite 2400 |
| Telephone: 713-510-1700 | Houston, Texas 77002 |
| Facsimile: 713-510-1799 | Telephone: 713-337-5580 |
| Email: jhardy2@willkie.com | Facsimile: 713-337-8850 |
| | Email: avi.moshenberg@mhllp.com |

**AND** (left column)

Rachel C. Strickland (admitted *pro hac vice*)
Stuart R. Lombardi (admitted *pro hac vice*)
Ciara A. Sisco (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111
Email: rstrickland@willkie.com
   slombardi@willkie.com
   csisco@willkie.com

*Bankruptcy Co-Counsel to the Texas Plaintiffs*

**AND** (right column)

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**
Jarrod B. Martin (TX Bar No. 24070221)
1200 Smith Street
Suite 1400
Houston, Texas 77002
Telephone: 713-356-1280
Facsimile: 713-658-2553
Email: jarrod.martin@chamberlainlaw.com

*Bankruptcy Co-Counsel to the Texas Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that on August 17, 2023, a true and correct copy of the foregoing was served on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

      */s/ Jennifer J. Hardy*
      Jennifer J. Hardy