IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| Debtor. | ) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALEXANDER E. JONES NOTICE OF RESCHEDULED RULE 2004 DEPOSITION OF DAVID JONES**

To:  David Jones, by and through his counsel of record, Stephen A. Roberts, Stephen A. Roberts, P.C., 1400 Marshall Lane, Austin, Texas 78703

Please take notice that the examination of David Jones by the Official Committee of Unsecured Creditors of Alexander E. Jones (the "Committee"), which was originally scheduled to take place by agreement of the parties on August 22, 2023,[1] has been postponed due to the recent disclosure of additional documents to be produced to the Committee prior to the examination.

Please take further notice that the examination of David Jones by the Committee has been rescheduled to commence on August 31, 2023, at 10:00 a.m. Central Time at the offices of Jackson Walker LLP, 100 Congress Avenue, Suite 1100, Austin, TX 78701, or at such other date, time and place as the parties may agree.

---

[1] *See The Official Committee of Unsecured Creditors of Alexander E. Jones Notice of Rule 2004 Deposition of David-Jones* [ECF No. 370].

1

Dated: August 18, 2023                               Respectfully submitted,

By: */s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

*-and-*

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

***Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones***

2

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 2004-1, I hereby certify that counsel for the Committee conferred with counsel for David Jones on the Committee's Rule 2004 notice on August 17, 2023.

/s/ Marty L. Brimmage, Jr.
Marty L. Brimmage, Jr.

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2023, a true and correct copy of the foregoing was served on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

/s/ Marty L. Brimmage, Jr.
Marty L. Brimmage, Jr.