## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: **22-33553** | Name of Debtor: **Alexander E. Jones** |
| Adversary No: **N/A** | Style Of Adversary: **N/A** |
| Witnesses: | |
| **Joey Dalessio** | Judge: **Lopez** |
| **Rebuttal/Impeachment Witnesses** | |
| | Hearing Date: **August 23, 2023** |
| | Hearing Time: **2:30 pm** |
| | Party's Name: **Elevated Solutions Group, LLC** |
| | Attorney's Name: **Johnie Patterson/ Miriam Goott** |
| | Attorney's Phone: **713.956.5577** |
| | Nature of Proceeding: *Emergency Motion (Docket No. 388)* |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | ***Rebuttal/Impeachment Exhibits*** | | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |