**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| Debtor. | ) |

**NOTICE OF TENEO CAPITAL LLC'S FIFTH MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

| **Name of Applicant:** | Teneo Capital LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Financial Advisor to the Debtors | |
| **Date Order of Employment Signed:** | March 21, 2023 (effective as of January 19, 2023) | |
| | **Beginning of Period:** | **End of Period** |
| **Time period covered by this Statement:** | 5/1/2023 | 5/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total fees requested in this Statement:** | | $134,670.80 |
| **Total expenses requested in this Statement:** | | $0.00 |
| **Total fees and expenses requested in this Statement (exclusive of 20% Holdback):** | | $107,736.64 |
| **Total fees and expenses referenced in this Statement (inclusive of 20% Holdback):** | | $134,670.80 |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. 106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* (the "Fee Procedures Order") [Docket No. 106], Teneo Capital LLC ("Teneo"), as financial advisor to the Committee of Unsecured Creditors, hereby files its *Fifth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Financial Advisor to the Committee for the Period from May 1, 2023 through May 31, 2023* ("Monthly Fee Statement").

1. By this Monthly Fee Statement, and pursuant to the Fee Procedures Order, Teneo seeks interim payment of $107,736.64 (80% of $134,670.80) as compensation for professional services rendered to the Committee during the period of May 1, 2023 through May 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $.0.00, for a total amount of $134,670.80.

2. In support of the Monthly Fee Statement, Teneo submits, a *Summary of Professional Fees by Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit A**, *a Summary of Professional Fees by Task Category as Financial Advisor for the Period,* attached hereto as **Exhibit B**, a *Detailed Time Entry by Task Category as Financial Advisor for*

*the Fee Period*, attached hereto as **Exhibit C**, a *Summary of Expenses Incurred by Category as Financial Advisor for the Fee Period*, attached hereto as **Exhibit D**, and a *Detailed Expenses Incurred by Category and Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit E**.

3. Pursuant to the Fee Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses shall, within fourteen (14) days of service of the Monthly Fee Statement, serve via email to Teneo, and the following Notice Parties (as defined in the Fee Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "Notice of Objection") fourteen (14) days after service of this Monthly Fee Statement:

(a) co-counsel to Debtor, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com);

(b) co-counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com);

(c) U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St,Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov;

(d) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com,mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com);;

(e) counsel to the Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com); and

(f) counsel to the Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com).

4. If a Notice of Objection is timely served pursuant to the Fee Procedures Order, the objecting party and Teneo shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtor shall promptly pay Teneo an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5. Teneo has made every effort to coordinate with Nardello & Co. and to minimize any duplication of effort. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: August 23, 2023

/s/ Gary Polkowitz
**Teneo Capital LLC**

*Financial Advisor to the Official Committee of Unsecured Creditors*
Gary Polkowitz
Senior Managing Director
280 Park Avenue, 4th Floor
New York, NY 10117
Telephone: (212) 593-2255
Email: gary.polkowitz@teneo.com

**Exhibit A**
**Summary of Professional Fees by Professional as Financial Advisor**
**For the Period May 1, 2023 through May 31, 2023**

| Professional | Title | Bill Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gary Polkowitz | Sr. Managing Director | $683 | 66.2 | $45,214.60 |
| Marc Kirschner | Sr. Managing Director | $650 | 15.7 | $10,205.00 |
| Alyssa Scotti | Vice President | $508 | 64.4 | $32,715.20 |
| Nicholas Lee | Analyst | $280 | 113.5 | $31,780.00 |
| Sidney Lee | Analyst | $280 | 52.7 | $14,756.00 |
| **Subtotal Hours and Fees** | | | 312.5 | $134,670.80 |
| Less: Voluntary Reduction (General) | | | - | - |
| Less: Voluntary Reduction (Travel Time) | | | - | - |
| **Total Hours and Fees** | | | 312.5 | $134,670.80 |

**Exhibit B**
**Summary of Professional Fees by Task Category Descriptions as Financial Advisor**
**For the Period May 1, 2023 through May 31, 2023**

| Project Categories ` | Total Hours | Total Fees |
|---|---:|---:|
| Attendance of Court Hearings | 1.6 | $1,056.50 |
| Business Plan, Budgets Forecasts | 18.4 | $8,228.50 |
| Investigation | 138.2 | $46,474.00 |
| Mediation | 2.5 | $1,610.40 |
| Meetings and Communications with UCC and Counsel | 24.5 | $14,197.20 |
| Plan and Disclosure Statement | 0.5 | $325.00 |
| Retention and Fee Applications | 17.4 | $9,617.40 |
| Strategy and Financial Advisory Services to UCC | 109.4 | $53,161.80 |
| **TOTAL** | **312.5** | **$134,670.80** |

## EXHIBIT C

**Detailed Time Entry by Task Category as Financial Advisor**
**For the Period May 1, 2023 through May 31, 2023**

**See Attached**

**Teneo Capital LLC**
Time Period: May 1, 2023 to May 31, 2023                                                                                              Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 5/19/2023 | Attendance of Court Hearings | Review UCC presentation deck for the status conference 5/19 (0.5) | 0.5 | 683 | $341.50 |
| Marc Kirschner | 5/19/2023 | Attendance of Court Hearings | Attend virtually in listen mode entire status conference call before Judge Lopez for Jones and FSS | 1.1 | 650 | $715.00 |
| | | **Attendance of Court Hearings** | | **1.6** | | **$1,056.50** |
| Nicholas Lee | 5/1/2023 | Business Plan, Budgets Forecasts | Analyze AEJ historical income to project earnings going forward (0.7); Update analysis re:same (1.2) | 1.9 | 280 | $532.00 |
| Nicholas Lee | 5/2/2023 | Business Plan, Budgets Forecasts | Analyze FSS historical performance for trends and viability (1.8); Analyze AEJ historical income to project earnings going forward (1.2); Update analysis re: same (0.8) | 3.8 | 280 | $1,064.00 |
| Nicholas Lee | 5/3/2023 | Business Plan, Budgets Forecasts | Analyze FSS historical performance for trends and viability (0.7); Analyze AEJ historical income to project earnings going forward (0.2) | 0.9 | 280 | $252.00 |
| Nicholas Lee | 5/8/2023 | Business Plan, Budgets Forecasts | Analyze Jones budget from Debtor professionals. | 0.4 | 280 | $112.00 |
| Alyssa Scotti | 5/8/2023 | Business Plan, Budgets Forecasts | Prepare updates to Debtor budget file (1.2); Review and analyze Debtor prepared budget (0.8) | 2.0 | 508 | $1,016.00 |
| Gary Polkowitz | 5/8/2023 | Business Plan, Budgets Forecasts | Prepare for call with Alex Jones professionals on the monthly budget | 0.8 | 683 | $546.40 |
| Nicholas Lee | 5/9/2023 | Business Plan, Budgets Forecasts | Review AEJ historical budget to project annual expenses going forward. | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 5/10/2023 | Business Plan, Budgets Forecasts | Continue to review Alex Jones monthly budget | 0.4 | 683 | $273.20 |
| Alyssa Scotti | 5/10/2023 | Business Plan, Budgets Forecasts | Prepare summary analysis of Debtor budget updates to share with UCC counsel | 0.3 | 508 | $152.40 |
| Alyssa Scotti | 5/11/2023 | Business Plan, Budgets Forecasts | Prepare updates to Debtor proposed budget (1.1); Updates to communication to UCC re: Debtor proposed budget (0.2) | 1.3 | 508 | $660.40 |
| Alyssa Scotti | 5/15/2023 | Business Plan, Budgets Forecasts | Complete edits to the Debtor's budget based on Akin and UCC comments | 0.6 | 508 | $304.80 |
| Gary Polkowitz | 5/15/2023 | Business Plan, Budgets Forecasts | Review of UCC budget proposal | 1.6 | 683 | $1,092.80 |
| Gary Polkowitz | 5/16/2023 | Business Plan, Budgets Forecasts | Review of FSS plan and projects as it relates to the Alex Jones case | 1.1 | 683 | $751.30 |
| Alyssa Scotti | 5/16/2023 | Business Plan, Budgets Forecasts | Complete edits to the Debtor's budget based on Akin and UCC comments | 0.6 | 508 | $304.80 |
| Nicholas Lee | 5/17/2023 | Business Plan, Budgets Forecasts | Prepare FSS Proposed Plan and impact on Jones estate analysis for presentation. | 0.3 | 280 | $84.00 |
| Alyssa Scotti | 5/18/2023 | Business Plan, Budgets Forecasts | Complete edits to the Debtor's budget based on Akin and UCC comments (1.0); Prepare draft cover language re: edits to Debtor budget (0.8) | 1.8 | 508 | $914.40 |
| Nicholas Lee | 5/18/2023 | Business Plan, Budgets Forecasts | Review AEJ proposed budget from UCC outlining permitted expenses for AEJ going forward. | 0.3 | 280 | $84.00 |
| | | **Business Plan, Budgets Forecasts** | | **18.4** | | **$8,228.50** |
| Sidney Yune | 5/1/2023 | Investigation | Review and cataloguing of documents in ASL production on Relativity | 2.3 | 280 | $644.00 |
| Nicholas Lee | 5/1/2023 | Investigation | Review documents from production from Akin on April 27, 2023 for data room inventory (0.5); Email interactions with Akin re: Prosperity Bank account statements (0.3) | 0.8 | 280 | $224.00 |
| Gary Polkowitz | 5/1/2023 | Investigation | Review documents for Alex Jones income streams (1.0); Review of information and documents related to PQPR (1.3) | 2.3 | 683 | $1,570.90 |
| Sidney Yune | 5/2/2023 | Investigation | Review and cataloguing of documents in ASL production on Relativity | 2.9 | 280 | $812.00 |
| Nicholas Lee | 5/2/2023 | Investigation | Review Prosperity Bank account related productions for trends analysis (2.9); Continue to review Prosperity Bank account related productions (1.1) | 4.0 | 280 | $1,120.00 |
| Gary Polkowitz | 5/2/2023 | Investigation | Continue to review documents related to identifying income streams of Alex Jones (1.2); Read and reviewed correspondence related to document production (0.3) | 1.5 | 683 | $1,024.50 |
| Sidney Yune | 5/3/2023 | Investigation | Review and cataloguing of documents in ASL production on Relativity | 2.5 | 280 | $700.00 |
| Nicholas Lee | 5/3/2023 | Investigation | Review productions from Akin for AEJ 2018 Trust production from Blackbriar (0.4); Review Prosperity Bank account related productions (2.8) | 3.2 | 280 | $896.00 |
| Sidney Yune | 5/4/2023 | Investigation | Review and cataloguing of documents in ASL production on Relativity | 1.3 | 280 | $364.00 |

**Teneo Capital LLC**
**Time Period: May 1, 2023 to May 31, 2023**                                                                                                                    Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Nicholas Lee | 5/4/2023 | Investigation | Call with G. Polkowitz, S. Yune re: work streams progress, including preparation for Cicack deposition and PQPR note research (0.8); Review documents from production from Akin on April 27, 2023 for data room inventory (0.6); Review documents from production from Akin on re: weekly sales allocation for data room inventory (0.2); Review documents from production from Akin on Cicack for data room inventory (0.1);  Review documents from production from Akin on Mountain Way for data room inventory (0.5); Review Prosperity Bank account related productions for trends analysis (2.3); Review subchapter V findings re: impact on Jones estate, and document productions to summarize information in preparation for Ciack deposition (2.0) | 6.5 | 280 | $1,820.00 |
| Gary Polkowitz | 5/4/2023 | Investigation | Discussion with N. Lee on the Cicack deposition (0.3); Call to discuss Cicack deposition with N. Lee, S. Yune and the Akin and Nardello teams (0.5) | 0.8 | 683 | $546.40 |
| Sidney Yune | 5/5/2023 | Investigation | Review of AEJ 2018 Trust Documents in Relativity at the Direction of G. Polkowitz | 2.6 | 280 | $728.00 |
| Nicholas Lee | 5/5/2023 | Investigation | summarize developments in preparation for Ciack deposition (2.2); Review documents from production from Akin on Mountain Way for data room inventory (1.2); Review Prosperity Bank account related productions (0.9); Review documents from production from Akin re: ESG contracts (0.5) | 4.8 | 280 | $1,344.00 |
| Gary Polkowitz | 5/5/2023 | Investigation | Review documents related to PQPR (0.9); Review documents related to AEJ 2018 Trust (0.7) | 1.6 | 683 | $1,092.80 |
| Sidney Yune | 5/6/2023 | Investigation | Review of AEJ 2018 Trust Documents in Relativity at the Direction of G. Polkowitz | 2.2 | 280 | $616.00 |
| Nicholas Lee | 5/6/2023 | Investigation | summarize developments in preparation for Ciack deposition. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 5/7/2023 | Investigation | Email interactions re: bank statement analysis of AEJ 2018 Trust. | 0.3 | 280 | $84.00 |
| Sidney Yune | 5/8/2023 | Investigation | estate, Relativity, and Court Docket to research PQPR Entity at the direction of G. Polkowitz (3.5); Review of Subchapter V Trustee Report, Relativity, and Court Docket to research Mountain Way Entity at the direction of G. Polkowitz (1.1) | 4.6 | 280 | $1,288.00 |
| Nicholas Lee | 5/8/2023 | Investigation | Review subchapter V findings re: impact on Jones estate, and various productions to summarize developments in preparation for Cicack deposition (0.6); Review redacted March bank statement production re: Cicack from Akin (0.4); Review documents from production from Akin on Mountain Way for data room inventory (2.9); Review Crowe Dunlevy response to outstanding discovery items from Akin (0.2); Continue to review documents from production from Akin on Mountain Way for data room inventory (0.8) | 4.9 | 280 | $1,372.00 |
| Marc Kirschner | 5/8/2023 | Investigation | Review information requests for AEJ 2018 Trust | 0.3 | 650 | $195.00 |
| Alyssa Scotti | 5/8/2023 | Investigation | Review and analyze bank statement detail re: transfers | 0.7 | 508 | $355.60 |
| Sidney Yune | 5/9/2023 | Investigation | Review of Subchapter V Trustee Report re: impact on Jones estate, Relativity, and Court Docket to research PQPR Entity at the direction of G. Polkowitz (3.1); Review and indexing of documents in Relativity at the Direction of G. Polkowitz (2.2); Review of Subchapter V Trustee Report, Relativity, and Court Docket to research Mountain Way Entity at the direction of G. Polkowitz (1.6) | 6.9 | 280 | $1,932.00 |
| Nicholas Lee | 5/9/2023 | Investigation | Review Blackbriar production re: gift line item breakdown for AEJ (0.2); Review Security Bank of Crawford bank statement productions (2.9); Continue to review Security Bank of Crawford bank statement productions for funds flow trends tied to AEJ 2018 Trust (1.7); Review subchapter V findings re: impact on Jones estate, and productions to summarize developments in preparation for Cicack deposition (1.2); Review documents from production from Akin on Mountain Way for data room inventory (0.9) | 6.9 | 280 | $1,932.00 |
| Gary Polkowitz | 5/9/2023 | Investigation | Review information Teneo put together for Cicack deposition (0.7); Call with N. Lee on information prepared for Cicack deposition (0.3) | 1.0 | 683 | $683.00 |
| Sidney Yune | 5/10/2023 | Investigation | Review and indexing of documents in Relativity at the Direction of G. Polkowitz | 1.5 | 280 | $420.00 |

**Teneo Capital LLC**
Time Period: May 1, 2023 to May 31, 2023                                                                                                                                                       Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Nicholas Lee | 5/10/2023 | Investigation | Review Security Bank of Crawford bank statement productions (2.9); Work on regaining access to Akin's workspace for AEJ related productions on Relativity (0.4); Review redacted March bank statement production re: Cicack from Akin (0.4); Review documents from production from Akin on Mountain Way for data room inventory (0.3) | 4.0 | 280 | $1,120.00 |
| Gary Polkowitz | 5/10/2023 | Investigation | Read and reviewed correspondence related to discovery issues (0.3); Read and reviewed correspondence related to Cicack deposition (0.3) | 0.6 | 683 | $409.80 |
| Nicholas Lee | 5/11/2023 | Investigation | Review documents from production from Akin on Mountain Way for data room inventory (2.5); Review documents from production (1.1) | 3.6 | 280 | $1,008.00 |
| Gary Polkowitz | 5/11/2023 | Investigation | Review of documents related to ESG (0.4); Review of documents related to Mountain Way (0.4) | 0.8 | 683 | $546.40 |
| Nicholas Lee | 5/12/2023 | Investigation | Review documents from production from Akin on Mountain Way for data room inventory (2.7); Review documents from production from Akin on David Minton from April 11, 2023 for data room inventory (0.9); Review documents from production re: FSS for data room inventory (0.6); Review documents production for data room inventory (0.4); Review document productions to summarize information (2.3) | 6.9 | 280 | $1,932.00 |
| Nicholas Lee | 5/14/2023 | Investigation | Review subchapter V findings re: impact on Jones estate, and various productions to summarize developments in preparation for Cicack deposition. | 0.4 | 280 | $112.00 |
| Nicholas Lee | 5/15/2023 | Investigation | Continue to review documents from production re: FSS for data room inventory (0.8); Review productions to prepare summary and talking points for Cicack deposition (0.6); Review documents from production from Akin from September 1, 2022 re: FSS for data room inventory (2.9) | 4.3 | 280 | $1,204.00 |
| Gary Polkowitz | 5/15/2023 | Investigation | Review of information and documents related to Cicack transfers (1.2); Review discovery materials re: Cicack production (1.2) | 0.8 | 683 | $546.40 |
| Alyssa Scotti | 5/15/2023 | Investigation |  | 2.4 | 508 | $1,219.20 |
| Nicholas Lee | 5/16/2023 | Investigation | Review documents for data room inventory (2.2); Review documents (1.4); Review documents from for data room inventory (0.6) | 4.2 | 280 | $1,176.00 |
| Gary Polkowitz | 5/16/2023 | Investigation | Continue to review case documents for Alex Jones income sources (1.2); Read and reviewed correspondence related to the document discovery process (0.3) | 1.5 | 683 | $1,024.50 |
| Alyssa Scotti | 5/16/2023 | Investigation | Prepare deposition questions re: debtor's financial advisors (1.8); Prepare document request list re: debtor's financial advisors (0.8) | 2.6 | 508 | $1,320.80 |
| Nicholas Lee | 5/17/2023 | Investigation | Review email interactions re: AEJ employment agreement with FSS (0.2); Review Mountain Way Marketing's objection to production (0.5); Review deposition questions for Blackbriar (0.4) | 1.1 | 280 | $308.00 |
| Gary Polkowitz | 5/17/2023 | Investigation | Read and reviewed correspondence related to Cicack deposition (0.3); Read and reviewed correspondence related to document production (0.3) | 0.6 | 683 | $409.80 |
| Nicholas Lee | 5/18/2023 | Investigation | Review Cicack deposition transcript (1.4); Review Affidavit of David Minton re: Rule 2004 (0.2); Review documents for data room inventory (0.3) | 1.9 | 280 | $532.00 |
| Gary Polkowitz | 5/18/2023 | Investigation | Read and reviewed correspondence related to the document discovery process | 0.4 | 683 | $273.20 |
| Nicholas Lee | 5/19/2023 | Investigation | Review emails and documents re: interactions between Akin and PNC bank (0.3); Review Blackbriar productions received on May 18, 2023 (1.4); Review Erika Wulff's response to Rule 2004 (0.3) | 2.0 | 280 | $560.00 |
| Gary Polkowitz | 5/19/2023 | Investigation | Read and reviewed correspondence related to the document discovery process | 0.3 | 683 | $204.90 |
| Nicholas Lee | 5/20/2023 | Investigation | Review additional production for data room inventory (0.6); Review additional documents from production for data room inventory (0.4) | 1.0 | 280 | $280.00 |
| Nicholas Lee | 5/22/2023 | Investigation | Review additional production for data room inventory (2.9); Continue to review additional production (0.6) | 3.5 | 280 | $980.00 |

**Teneo Capital LLC**
Time Period: May 1, 2023 to May 31, 2023                                                                                              **Exhibit C**

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Nicholas Lee | 5/23/2023 | Investigation | Continue to review additional production for data room inventory (0.7); Work on resolving issues re: access to Akin's workspace for AEJ related productions on Relativity (0.3); Review additional production for data room inventory (0.5); Review additional production for data room inventory (2.9) | 5.3 | 280 | $1,484.00 |
| Gary Polkowitz | 5/23/2023 | Investigation | Read and reviewed correspondence related to the document production | 0.3 | 683 | $204.90 |
| Nicholas Lee | 5/24/2023 | Investigation | Review additional production for data room inventory. | 1.5 | 280 | $420.00 |
| Nicholas Lee | 5/25/2023 | Investigation | Call with A. Scotti re: bank statement analysis re: Eric Wulff production (0.4); Continue to analyze Erika Wulff bank statements (6.2) | 6.6 | 280 | $1,848.00 |
| Gary Polkowitz | 5/25/2023 | Investigation | Review of financial information related bank statements received in document production | 1.0 | 683 | $683.00 |
| Gary Polkowitz | 5/26/2023 | Investigation | Continue to review financial information related to bank statements from document production | 1.2 | 683 | $819.60 |
| Sidney Yune | 5/30/2023 | Investigation | Work on Bank Statement Tracker File at the Direction of A. Scotti | 1.0 | 280 | $280.00 |
| Nicholas Lee | 5/30/2023 | Investigation | Review production | 3.4 | 280 | $952.00 |
| Nicholas Lee | 5/31/2023 | Investigation | Analyze PlainsCapital Bank production (0.5); Review production from Akin re: Bank of America, including for data room inventory (0.7); Analyze Bank of America production, including bank statements from Akin for trends (0.7); Continue to analyze PQPR production, including bank statements from Akin for trends (0.6); Analyze PQPR production, including bank statements for trends (2.9); Analye Erika Wulff bank statements (1.9) | 7.3 | 280 | $2,044.00 |
| Gary Polkowitz | 5/31/2023 | Investigation | Review of correspondence related to document production (0.3); Review of bank infformation (0.8) | 1.1 | 683 | $751.30 |
| | | **Investigation** | | **138.2** | | **$46,474.00** |
| Gary Polkowitz | 5/5/2023 | Mediation | Read and reviewed correspondence related to proposed draft term sheet | 0.3 | 683 | $204.90 |
| Nicholas Lee | 5/5/2023 | Mediation | Review short form term sheet re: global settlement from | 0.2 | 280 | $56.00 |
| Gary Polkowitz | 5/7/2023 | Mediation | Review of latest revised term for global resolution | 0.4 | 683 | $273.20 |
| Gary Polkowitz | 5/10/2023 | Mediation | Review latest draft proposal for global settlement | 0.4 | 683 | $273.20 |
| Gary Polkowitz | 5/15/2023 | Mediation | Review of latest draft of global settlement terms | 0.7 | 683 | $478.10 |
| Marc Kirschner | 5/17/2023 | Mediation | Review and comment on Substantive issues with respect to Akin's proposed Plan outine | 0.5 | 650 | $325.00 |
| | | **Mediation** | | **2.5** | | **$1,610.40** |
| Marc Kirschner | 5/3/2023 | Meetings and Communications with UCC and Counsel | Conference call with professionals, Sara Brauner, Katherine Porter, Melanie Miller, Nardello Team, Gary Polkowitz , Robin Chiu | 0.5 | 650 | $325.00 |
| Gary Polkowitz | 5/3/2023 | Meetings and Communications with UCC and Counsel | Participate in call M. Kirschner, R. Chiu, N. Lee and S. Yune, Akin Gump and Nardello to discuss upcoming UCC call on 5/4, tasks and case update | 0.5 | 683 | $341.50 |
| Nicholas Lee | 5/4/2023 | Meetings and Communications with UCC and Counsel | Call with G. Polkowitz, S. Yune, Akin team re: preparation for Cicack deposition. | 0.5 | 280 | $140.00 |
| Gary Polkowitz | 5/4/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with R. Chiu, N. Lee, S. Yune, Akin Gump and Nardello teams and counsel to the UCC members | 0.5 | 683 | $341.50 |
| Marc Kirschner | 5/4/2023 | Meetings and Communications with UCC and Counsel | UCC conference call with Akin Team, Committee Members, Gary Polkowitz, Robin Chiu | 0.5 | 650 | $325.00 |
| Nicholas Lee | 5/5/2023 | Meetings and Communications with UCC and Counsel | Call with G. Polkowitz, S. Yune, Nardello, Akin team re: progress updates, including AEJ asset tracker updates and deposition preparation. | 0.7 | 280 | $196.00 |
| Gary Polkowitz | 5/5/2023 | Meetings and Communications with UCC and Counsel | Call with N. Lee, S. Yune, Nardello, Akin team re: progress updates, including AEJ asset tracker updates and deposition preparation. | 0.7 | 683 | $478.10 |
| Alyssa Scotti | 5/8/2023 | Meetings and Communications with UCC and Counsel | Teleconference with N Hanlon (Nardello) and K Porter (Akin) re: transfers (0.6); Call with Akin, UCC Members, Crowe Dunlevy, BlackBriar, Nardello and Teneo (G Polkowitz, M Kirschner, N Lee) re: call with Debtor Professionals re Budget Trusts and Payment back up (1.5); Teleconference with K Porter re: Debtor budget review (0.1) | 2.2 | 508 | $1,117.60 |
| Gary Polkowitz | 5/9/2023 | Meetings and Communications with UCC and Counsel | Participate on a Cicack deposition prep session with A. Scotti, N. Lee, S. Yune and the Akin Gump and Nardello teams | 1.0 | 683 | $683.00 |
| Alyssa Scotti | 5/9/2023 | Meetings and Communications with UCC and Counsel | Call with Akin, Nardello and Teneo (G Polkowitz, N Lee, S Yune) re: deposition prep | 1.0 | 508 | $508.00 |

**Teneo Capital LLC**
**Time Period: May 1, 2023 to May 31, 2023**                                                                                                                             Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Marc Kirschner | 5/11/2023 | Meetings and Communications with UCC and Counsel | Follow up call with Katherine Porter re: conversion and exempt Reports issues (0.2); Call with Akin, Gary Polkowitz, Nichalos Lee, Sidney Yune, Alyssa Scotti, Katherine Porter, Anna Kordos, Danny Chasen, David Hill to discuss strategy and review budget (1.0) | 1.2 | 650 | $780.00 |
| Alyssa Scotti | 5/11/2023 | Meetings and Communications with UCC and Counsel | Call with Akin and Teneo (M Kirschner, G Polkowitz, S Yune and N Lee) re: strategy (1.0) | 1.0 | 508 | $508.00 |
| Gary Polkowitz | 5/11/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with A. Scotti, M. KIrschner and R. Chiu, the Akin Gump and Nardello teams and counsel to the UCC members | 1.0 | 683 | $683.00 |
| Alyssa Scotti | 5/15/2023 | Meetings and Communications with UCC and Counsel | Call with Akin, UCC Counsel, Debtor Counsel and Teneo (M Kirschner, G Polkowitz) re: meet and confer re: case update | 1.0 | 508 | $508.00 |
| Gary Polkowitz | 5/15/2023 | Meetings and Communications with UCC and Counsel | Call with V. Driver, M. Kirschner, A. Scotti, N. Lee and S. Yune, K. Porter and various case matters | 1.0 | 683 | $683.00 |
| Alyssa Scotti | 5/16/2023 | Meetings and Communications with UCC and Counsel | Call with UCC, Akin and Teneo (M Kirschner and G Polkowitz) re: Debtor's budget | 0.9 | 508 | $457.20 |
| Gary Polkowitz | 5/16/2023 | Meetings and Communications with UCC and Counsel | Call with UCC, Akin and Teneo (M Kirschner and A. Scotti) re: Debtor's budget | 0.9 | 683 | $614.70 |
| Alyssa Scotti | 5/18/2023 | Meetings and Communications with UCC and Counsel | Teleconference with K Porter re: pre-petition transfers | 3.0 | 508 | $1,524.00 |
| Gary Polkowitz | 5/18/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. Kirschner, A. Scotti, the Akin Gump and Nardello teams and counsel to UCC members | 1.0 | 683 | $683.00 |
| Marc Kirschner | 5/18/2023 | Meetings and Communications with UCC and Counsel | Attend UCC meeting with Akin, Nardello, UCC Counsel and Teneo (G Polkowitz and A Scotti) | 0.8 | 650 | $520.00 |
| Alyssa Scotti | 5/24/2023 | Meetings and Communications with UCC and Counsel | Call with Akin, Nardello and Teneo (G Polkowitz, M Kirschner, S Yune and N Lee) re: strategy. | 0.8 | 508 | $406.40 |
| Marc Kirschner | 5/24/2023 | Meetings and Communications with UCC and Counsel | Call with Akin, Nardello and Teneo (G Polkowitz, A. Scotti, S Yune and N Lee) re: strategy. | 0.8 | 650 | $520.00 |
| Alyssa Scotti | 5/25/2023 | Meetings and Communications with UCC and Counsel | Call with Akin, UCC, Nardello, Liz Freeman and Teneo (M Kirschner, G Polkowitz, N Lee and S Yune) re: strategy | 1.0 | 508 | $508.00 |
| Gary Polkowitz | 5/25/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M. Kirschner, A. Scotti, Akin Gump and Nardello teams and the counsel to the UCC members (1.0); Preparation for UCC weekly call (0.4) | 1.4 | 683 | $956.20 |
| Marc Kirschner | 5/31/2023 | Meetings and Communications with UCC and Counsel | Call with Nardello and Akin, Gary Polkowitz and Alyssa Scotti | 0.6 | 650 | $390.00 |
| | | **Meetings and Communications with UCC and Counsel** | | **24.5** | | **$14,197.20** |
| Marc Kirschner | 5/31/2023 | Plan and Disclosure Statement | Review Draft Plan dated 5/24/2023 | 0.5 | 650 | $325.00 |
| | | **Plan and Disclosure Statement** | | **0.5** | | **$325.00** |
| Alyssa Scotti | 5/9/2023 | Retention and Fee Applications | Update time entry exhibit for fee statement - February 2023 (0.8); Update fee statement for January 2023 (0.4); Update fee statement document - March 2023 (0.4); Update fee statement document- February 2023 (0.3); Update time and expense entry for exhibits to fee statement - March 2023 (1.3); Update time entry exhibit for fee statement - January 2023 (1.0) | 4.2 | 508 | $2,133.60 |
| Marc Kirschner | 5/10/2023 | Retention and Fee Applications | Review Gary Polkowitz and Alyssa Scotti drafts for January - March 2023 monthly fee statements and email comments re: same | 0.4 | 650 | $260.00 |
| Gary Polkowitz | 5/10/2023 | Retention and Fee Applications | Review and comment on January, February and March monthly fee statements | 1.1 | 683 | $751.30 |
| Gary Polkowitz | 5/11/2023 | Retention and Fee Applications | Review and finalize January, February and March 2023 monthly fee statements to send to Akin Gump | 2.2 | 683 | $1,502.60 |
| Marc Kirschner | 5/16/2023 | Retention and Fee Applications | Review Akin comments to Teneo Fee Application Januray - March 2023 | 0.3 | 650 | $195.00 |
| Alyssa Scotti | 5/16/2023 | Retention and Fee Applications | Call with G Polkowitz re: changes to the Teneo fee statements (Jan -March 2023) | 0.3 | 508 | $152.40 |
| Gary Polkowitz | 5/17/2023 | Retention and Fee Applications | Review of revised January 2023 monthly fee statement | 0.3 | 683 | $204.90 |
| Alyssa Scotti | 5/17/2023 | Retention and Fee Applications | Prepare updates to Teneo fee statement time entries (March 2023) (2.1); Prepare updates to Teneo fee statement January through March 2023 (1.3); Prepare updates to Teneo fee statement time entries (Feb 2023) (1.3) | 4.7 | 508 | $2,387.60 |
| Gary Polkowitz | 5/18/2023 | Retention and Fee Applications | Final review of January, February and March 2023 monthly statements after comments from counsel were incorporated | 0.8 | 683 | $546.40 |
| Alyssa Scotti | 5/18/2023 | Retention and Fee Applications | Prepare updates to Teneo fee statement January through March 2023 (1.0); Prepare updates to Teneo fee statement time entries (January 2023) (0.7) | 1.7 | 508 | $863.60 |

**Teneo Capital LLC**
**Time Period: May 1, 2023 to May 31, 2023**                                                                                                    Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Alyssa Scotti | 5/19/2023 | Retention and Fee Applications | Prepare updates to Teneo fee statement time entries (March 2023) (0.5); Prepare updates to Teneo fee statement January through March 2023 (0.5) | 1.0 | 508 | $508.00 |
| Nicholas Lee | 5/19/2023 | Retention and Fee Applications | Review coverage on May 19, 2023 status hearing. | 0.4 | 280 | $112.00 |
| | | **Retention and Fee Applications** | | **17.4** | | **$9,617.40** |
| Nicholas Lee | 5/17/2023 | Strategy and Financial Advisory Services to UCC | Review AEJ employment agreement with FSS. | 0.5 | 280 | $140.00 |
| Alyssa Scotti | 5/23/2023 | Strategy and Financial Advisory Services to UCC | Review and comment on AEJ and FSS employment agreement | 1.4 | 508 | $711.20 |
| Nicholas Lee | 5/24/2023 | Strategy and Financial Advisory Services to UCC | Review AEJ employment agreement with FSS. | 0.3 | 280 | $84.00 |
| Nicholas Lee | 5/1/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner, G. Polkowitz, S. Yune re: workstreams updates, including for upcoming presentation to UCC (0.5); Call with G. Polkowitz, S. Yune re: workstreams progress, including asset tracker (0.3); Call with G. Polkowitz, S. Yune re: AEJ MORs and amended MORs review (0.3) | 1.1 | 280 | $308.00 |
| Gary Polkowitz | 5/1/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee and S. Yune on workstreams and deliverables to Akin Gump (0.3); Read and reviewed correspondence from Counsel to Alex Jones' advisors on case matters (0.4) | 0.7 | 683 | $478.10 |
| Sidney Yune | 5/1/2023 | Strategy and Financial Advisory Services to UCC | Analysis of Key Differences in Filed and Amended MORs at the Direction of G. Polkowitz (2.9); Review of AEJ Income Analysis vs. Tax Returns vs. Statements & Schedules at the request of G. Polkowitz (2.1) | 5.0 | 280 | $1,400.00 |
| Marc Kirschner | 5/1/2023 | Strategy and Financial Advisory Services to UCC | Conference call re: workstrem update with Gary Polkowitz, Nicholas Lee and Sidney Yune (0.5); Prepare email to G. Polkowitz, Alyssa Scotti, Nicholas Lee, Robin Chiu re: Strategy to analyze tax returns and project future Jones income (0.3) | 0.8 | 650 | $520.00 |
| Sidney Yune | 5/2/2023 | Strategy and Financial Advisory Services to UCC | Analysis of Key Differences in Filed and Amended MORs at the Direction of G. Polkowitz | 2.2 | 280 | $616.00 |
| Nicholas Lee | 5/2/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, S. Yune, and Nardello team re: workstreams progress, including asset tracker (1.0); Call with G. Polkowitz re: work streams, including other potential sources of income for AEJ and presentation for UCC meeting (0.1); Call with M. Kirschner, G. Polkowitz, R. Chiu, S. Yune re: weekly catch up (0.4); Review asset tracker to determine other potential sources of income for AEJ (1.6); Call with G. Polkowitz, S. Yune re: workstreams progress, including asset tracker (0.5) | 3.6 | 280 | $1,008.00 |
| Gary Polkowitz | 5/2/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee, S. Yune, L. Hanlon and T. Allport to get status of work and coordinate workstreams (1.0); Review of the Sub Chapter V sealed supplemental report (0.4); Teneo team call with M. Kirschner, R. Chiu, N. Lee and S. Yune to discuss tasks and strategy (1.0); Review of 12/2022 and 1/2023 amended Alex Jones MOR comparison (0.4); Read and reviewed correspondence related to Alex Jones income stream (0.3); Coordination of meeting/call with Blackbriar on Alex Jones MORs (0.2); Review of Alex Jones income stream and 1040 Schedule C slides to be shared with the UCC (0.7); Review of historical income tax returns of the Alex Jones (0.7); Call with N. Lee and S. Yune to discuss update on workstreams (0.5); Review of amended 12/2022 and 1/2023 amended Alex Jones MORs (0.5); Review of information related to Alex Jones income streams (0.8) | 6.5 | 683 | $4,439.50 |
| Marc Kirschner | 5/2/2023 | Strategy and Financial Advisory Services to UCC | Conference call with Gay Polkowitz, Robin Chiu, Nicholas Lee, Sidney Yune re: FSS projected income | 0.4 | 650 | $260.00 |
| Nicholas Lee | 5/3/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz re: AEJ historical income and FSS historical performance analyses (0.3); Call with G. Polkowitz re: work streams, including other potential sources of income for AEJ and presentation for UCC meeting (0.4); Prepare presentation materials re: AEJ and FSS income for UCC call (1.3); Conference call with Blockbriar, Bob Schleizer, Gary Polkowitz, Nicholas Lee, Sidne Yune re: explanation of MOR's (1.3) | 3.3 | 280 | $924.00 |

**Teneo Capital LLC**
Time Period: May 1, 2023 to May 31, 2023                                                                                  Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 5/3/2023 | Strategy and Financial Advisory Services to UCC | Review of 2/2023 and 3/2023 Alex Jones MORs (0.7); Continue to review the 12/2022 and 1/02023 amended Alex Jones MOR comparison (0.5); Discussions with N. Lee on income streams (0.4); Discussions with N. Lee on Alex Jones tax return information (0.3); Call with M. Miller to discuss Alex Jones income streams (0.4); Review and comment on draft UCC presentation deck for call on 5/4 (1.0); Preparation for UCC call on 5/4 (0.8); Call with H. Kessler and H. Schleizer of Blackbriar, N. Lee and S. Yune to discuss the amended December 2022 and January 2023 MORs and the February and March 2023 MORs (0.8); Prepare for call with Blackbriar on the December 2022 and January, February and March 2023 MORs (0.8); Review of amended 12/2022 and 1/2023 amended Alex Jones MORs (0.4); Review of the sealed Sub Chapter V initial report (0.7) | 6.8 | 683 | $4,644.40 |
| Marc Kirschner | 5/3/2023 | Strategy and Financial Advisory Services to UCC | Conference call with Blockbriar, Bob Schleizer, Gary Polkowitz, Nicholas Lee, Sidne Yune re: explanation of MOR's | 0.8 | 650 | $520.00 |
| Nicholas Lee | 5/4/2023 | Strategy and Financial Advisory Services to UCC | Prepare presentation materials re: AEJ and FSS income for UCC call (0.3); Review email interactions re: comments and changes to master asset listing of AEJ (0.3) | 0.6 | 280 | $168.00 |
| Gary Polkowitz | 5/4/2023 | Strategy and Financial Advisory Services to UCC | Review documents and correspondence related to Alex Jones income streams (0.8); Review and comment on draft UCC presentation deck for call on 5/4 (0.6); Continued to prepare for UCC call (0.6); Call with N. Lee and S. Yune on the Alex Jones income stream and the asset tracker from Nardello (0.8) | 2.8 | 683 | $1,912.40 |
| Sidney Yune | 5/4/2023 | Strategy and Financial Advisory Services to UCC | Call to discuss upcoming tasks w/ G. Polkowitz, N. Lee | 0.8 | 280 | $224.00 |
| Gary Polkowitz | 5/5/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti on various case matters (0.4); Read and reviewed case correspondence related to AEJ 2018 Trust (0.3); Discussion with S. Yune on AEJ 2018 Trust work to be performed (0.3); Follow up discussion with S. Yune on AEJ 2018 Trust (0.3) | 1.3 | 683 | $887.90 |
| Alyssa Scotti | 5/5/2023 | Strategy and Financial Advisory Services to UCC | Teleconference with G Polkowitz re: status update (0.4); Review presentation re: transfers between related entities (0.8) | 1.2 | 508 | $609.60 |
| Sidney Yune | 5/5/2023 | Strategy and Financial Advisory Services to UCC | Creation of AEJ 2018 Trust Deck and Questions at the Direction of G. Polkowitz (2.1); Review of Subchapter V Trustee Report and impact to the Jones estate at the direction of G. Polkowitz (3.3) | 5.4 | 280 | $1,512.00 |
| Nicholas Lee | 5/5/2023 | Strategy and Financial Advisory Services to UCC | Review AEJ 2018 Trust summary deck for Akin for updates or edits. | 0.5 | 280 | $140.00 |
| Sidney Yune | 5/6/2023 | Strategy and Financial Advisory Services to UCC | Creation of AEJ 2018 Trust Deck and Questions at the Direction of G. Polkowitz | 2.8 | 280 | $784.00 |
| Alyssa Scotti | 5/8/2023 | Strategy and Financial Advisory Services to UCC | Review and analyze budget details following meeting with Debtor Professionals re: budget trusts and payment backup (0.6); Teleconference with M Kirschner and G Polkowitz re: update and work-stream status (0.3); Review and edit communication to Debtor's counsel re: pre-petition transfers and inquires re: same (0.2); Call with G Polkowitz, N Lee and S Yune re: status of work streams (0.7) | 1.8 | 508 | $914.40 |
| Marc Kirschner | 5/8/2023 | Strategy and Financial Advisory Services to UCC | Analysis of Deck regarding Tax Returns | 0.3 | 650 | $195.00 |
| Marc Kirschner | 5/8/2023 | Strategy and Financial Advisory Services to UCC | Review Sub V Trustee's Report and impact to the Jones estate | 1.5 | 650 | $975.00 |
| Sidney Yune | 5/8/2023 | Strategy and Financial Advisory Services to UCC | Creation of Presentation on PQPR Entity at the Direction of G. Polkowitz | 3.6 | 280 | $1,008.00 |
| Gary Polkowitz | 5/8/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti, N. Lee and S. Yune on case status and work streams (0.7); Review of Alex Jones MORs and proposed future monthly budget (0.7) | 1.4 | 683 | $956.20 |
| Alyssa Scotti | 5/9/2023 | Strategy and Financial Advisory Services to UCC | Call with Nardello and Teneo (G Polkowitz, S Yune and N Lee) re: coordination and strategy (0.7); Call with Nardello and Teneo (G Polkowitz, N Lee and S Yune) re: coordination and strategy (0.7); Review FSS reports as it relates to Debtor income (0.7); Communication with FSS counsel re: coordinating teleconference with FSS Debtor professionals (0.1) | 2.2 | 508 | $1,117.60 |

**Teneo Capital LLC**
**Time Period: May 1, 2023 to May 31, 2023**                                                                                                                                         Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 5/9/2023 | Strategy and Financial Advisory Services to UCC | Participate in catch up call on various matters with A. Scotti, N. Lee and S. Yune (0.5); Review of PQPR financial information (0.4); Discussion with A. Scotti and S. Yune on PQPR (0.3); Participate in weekly update call with the Teneo team (A. Scotti, M. Kirschner, N. Lee and S. Yune (0.5) | 1.7 | 683 | $1,161.10 |
| Sidney Yune | 5/9/2023 | Strategy and Financial Advisory Services to UCC | Creation of Presentation on PQPR Entity at the Direction of G. Polkowitz (2.2); Creation of Presentation on Mountain Way Entity at the Direction of G. Polkowitz (1.9) | 4.1 | 280 | $1,148.00 |
| Nicholas Lee | 5/10/2023 | Strategy and Financial Advisory Services to UCC | Review Akin's summary on potential objection to AEJ claimed property exemptions (0.3); Review undisclosed assets inquiry, including premarital agreement, from Akin (0.2); Review interactions between Akin and Crowe Dunlevy re: motion to reject ESG and Mountain Way contracts (0.5) | 1.0 | 280 | $280.00 |
| Alyssa Scotti | 5/10/2023 | Strategy and Financial Advisory Services to UCC | Communicate with Nardello re: analysis of assets performed by Teneo (0.2); Prepare transaction analysis to identify pre-petition transfers of Debtor assets (1.3); Prepare transaction analysis of FSS payments to debtor owned entities as it relates to potential Debtor assets (0.9) | 2.4 | 508 | $1,219.20 |
| Gary Polkowitz | 5/10/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed the Sub Chapter V sealed initial report and supplement (1.0); Continue to review financial information related to PQPR (0.8) | 1.8 | 683 | $1,229.40 |
| Sidney Yune | 5/10/2023 | Strategy and Financial Advisory Services to UCC | Alex Jones Task Catch Up Call w/ A. Scotti, G. Polkowitz, N. Lee | 0.5 | 280 | $140.00 |
| Alyssa Scotti | 5/11/2023 | Strategy and Financial Advisory Services to UCC | Prepare third party requests re: account information related to prepetition transfers (0.6); Draft communication to UCC re: Debtor proposed budget (0.2) | 0.8 | 508 | $406.40 |
| Gary Polkowitz | 5/11/2023 | Strategy and Financial Advisory Services to UCC | Continue to review financial information related to PQPR | 0.4 | 683 | $273.20 |
| Marc Kirschner | 5/12/2023 | Strategy and Financial Advisory Services to UCC | Revew Supplement to Sub Ch V Trustee Report (0.5); Continued review of Sub V Trustee Report (1.0) | 1.5 | 650 | $975.00 |
| Alyssa Scotti | 5/13/2023 | Strategy and Financial Advisory Services to UCC | Review ROR and Rule 4003(b) motion and provide comments to Akin | 1.3 | 508 | $660.40 |
| Marc Kirschner | 5/14/2023 | Strategy and Financial Advisory Services to UCC | Review D. Zensky letter | 0.2 | 650 | $130.00 |
| Gary Polkowitz | 5/15/2023 | Strategy and Financial Advisory Services to UCC | Discussion with A. Scotti on UCC's budget proposal (0.3); Call with A. Scotti on call with V. Driver (0.3) | 0.6 | 683 | $409.80 |
| Marc Kirschner | 5/15/2023 | Strategy and Financial Advisory Services to UCC | Review of draft Demostratives for UCC for Friday's forthcoming status conference and send suggested revisions to Akin | 0.4 | 650 | $260.00 |
| Alyssa Scotti | 5/15/2023 | Strategy and Financial Advisory Services to UCC | Investigate and analyze pre-petition transfers re: debtor assets | 1.6 | 508 | $812.80 |
| Alyssa Scotti | 5/16/2023 | Strategy and Financial Advisory Services to UCC | Call with Nardello and Teneo (G Polkowitz, S Yune and N Lee) re: strategy and coordination (0.8): Investigate and analyze pre-petition transfers re: debtor assets (1.3) | 2.1 | 508 | $1,066.80 |
| Nicholas Lee | 5/16/2023 | Strategy and Financial Advisory Services to UCC | Review publishing agreements between AEJ and Skyhorse Publishing. | 0.8 | 280 | $224.00 |
| Gary Polkowitz | 5/16/2023 | Strategy and Financial Advisory Services to UCC | Participate on weekly Nardello call with M. Kirschner, A. Scotti, N. Lee and S. Yune | 0.8 | 683 | $546.40 |
| Alyssa Scotti | 5/17/2023 | Strategy and Financial Advisory Services to UCC | Respond to counsel re: value of pre-petition transfers, open inquiries and claims (0.8); Teleconference with L Hanlon (Nardello) re: strategy (0.5) | 1.3 | 508 | $660.40 |
| Marc Kirschner | 5/17/2023 | Strategy and Financial Advisory Services to UCC | Review materials and email to Katherine Porter regarding Rights to Discharge on individual CH 11 case (1.5); Review emails to/from Alyssa Scotti re: FSS proposed employment agreement (0.3) | 1.8 | 650 | $1,170.00 |
| Alyssa Scotti | 5/18/2023 | Strategy and Financial Advisory Services to UCC | Review, analyze and provide edits to proposed AEJ Employment agreement (1.6); Meet with M3 and Teneo (G Polkowitz) re: SubV report re: impact on Jones estate, investigation to date and other open items (0.5); Call with Patrick Magill and FSS team re: reoganization plan as it relates to Debtor's income (1.0); Prepare summary communication memo of meeting with FSS debtor professionals ito share with UCC members (0.7) | 3.8 | 508 | $1,930.40 |

**Teneo Capital LLC**
**Time Period: May 1, 2023 to May 31, 2023**                                                                                       Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 5/18/2023 | Strategy and Financial Advisory Services to UCC | Participate on call with A. Scotti, P. McGill, J. Schulse (FSS CFO) and two other FSS employees to go over FSS projections from the their proposed plan (1.0); Prepare for call with Sub Chapter V professionals on the Sub Chapter V initial report and supplement (0.6); Participate on a call with A. Scotti and B. Griffin and B. Murphy of M3 discuss the Sub Chapter V initial report and supplement (0.5); Review of FSS plan and projects in advance of call with FSS CRO and FSS employees (0.8) | 2.9 | 683 | $1,980.70 |
| Nicholas Lee | 5/19/2023 | Strategy and Financial Advisory Services to UCC | Review discovery presentation from Akin for court hearing. | 0.4 | 280 | $112.00 |
| Alyssa Scotti | 5/20/2023 | Strategy and Financial Advisory Services to UCC | Prepare edits to hearing materials | 0.4 | 508 | $203.20 |
| Nicholas Lee | 5/22/2023 | Strategy and Financial Advisory Services to UCC | Review FSS April 2023 MOR. | 0.6 | 280 | $168.00 |
| Marc Kirschner | 5/23/2023 | Strategy and Financial Advisory Services to UCC | Internal Teneo conference (G Polkowitz, A Scotti, S Yune and N Lee) to discuss status | 0.5 | 650 | $325.00 |
| Alyssa Scotti | 5/23/2023 | Strategy and Financial Advisory Services to UCC | Teleconference with M Kirschner, G Polkowitz, N Lee and S Yune re: strategy (0.5); Review FSS filed Monthly Operating Report as it pertains to AEJ (1.3); Review asset listing and update file for certain asset categories (1.3) | 3.1 | 508 | $1,574.80 |
| Sidney Yune | 5/23/2023 | Strategy and Financial Advisory Services to UCC | Internal Jones UCC Meeting - Weekly Update w/ M. Kirschner, G. Polkowitz, A. Scotti, N. Lee | 0.5 | 280 | $140.00 |
| Gary Polkowitz | 5/23/2023 | Strategy and Financial Advisory Services to UCC | Participate on weekly internal team call with M. Kirschner, A. Scotti, N. Lee and S. Yune to discuss case status (0.5); Review of Alex Jones April 2023 monthly operating report (1.2); Review of FSS April 2023 monthly operating report as it relates to the Alex Jones (0.5); Review of various correspondence from Alex Jones professionals (0.4) | 2.6 | 683 | $1,775.80 |
| Nicholas Lee | 5/24/2023 | Strategy and Financial Advisory Services to UCC | Review AEJ MOR, including April 2023 for trends analysis. | 0.7 | 280 | $196.00 |
| Alyssa Scotti | 5/25/2023 | Strategy and Financial Advisory Services to UCC | Review bank statement transactions (1.7); Teleconference with N Lee re: bank statement review (0.5) | 2.2 | 508 | $1,117.60 |
| Alyssa Scotti | 5/30/2023 | Strategy and Financial Advisory Services to UCC | Complete updates to asset tracker (0.9); Teleconference with M Kirschner, G Polkowitz, S Yune and N Lee re: strategy (0.4); Call with Nardello and Teneo (G Polkowitz, S Yune and N Lee) re: strategy (0.5); Review and categorize bank statement transfers (1.3) | 3.1 | 508 | $1,574.80 |
| Gary Polkowitz | 5/30/2023 | Strategy and Financial Advisory Services to UCC | Particpated in internal meeting witheh Teneo team (M. Kirschner, A. Scotti, N. Lee and S. Yune) on case status and workstreams (0.4); Review of court hearing transcript from status conference on 5/19 (0.5) | 0.9 | 683 | $614.70 |
| Nicholas Lee | 5/30/2023 | Strategy and Financial Advisory Services to UCC | Update master asset tracker with FSS and AEJ 2018 Trust information (0.9); Review status conference hearing transcript (0.9) | 1.8 | 280 | $504.00 |
| Gary Polkowitz | 5/31/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti, M. Kirschner and the Akin Gump and Nardello teams on various case matters | 0.6 | 683 | $409.80 |
| Alyssa Scotti | 5/31/2023 | Strategy and Financial Advisory Services to UCC | Call with Akin, Nardello and Teneo (G Polkowitz, S Yune and N Lee) re: strategy and update | 0.6 | 508 | $304.80 |
| | | **Strategy and Financial Advisory Services to UCC** | | **109.4** | | **$53,161.80** |
| | | **Total** | | **312.50** | | **$134,670.80** |

**Exhibit D**
**Summary of Expenses Incurred by Category as Financial Advisor**
**For the Period May 1, 2023 through May 31, 2023**

**No Expenses Incurred.**

**Exhibit E**
**Detailed Expenses Incurred by Category and Professional as Financial Advisor**
**For the Period May 1, 2023 through Mayh 31, 2023**

**No Expenses Incurred.**