United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ALEXANDER E. JONES,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-33553 (CML)<br><br>(Emergency Hearing Requested)<br><br>Re: Doc. No. 388 |

### ORDER GRANTING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALEXANDER E. JONES TO ENFORCE JUNE 8, 2023 RULING AGAINST ELEVATED SOLUTIONS GROUP, LLC

Upon the motion (the "Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Alexander E. Jones (the "Debtor") for entry of an order requiring Elevated Solutions Group, LLC ("ESG") to comply with discovery, including, but not limited to, producing bank account statements and communications concerning the Counterparties; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that venue of this proceeding the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1.  The relief sought in the Motion is granted as set forth in this Order;

2.  ESG shall complete its production of responsive documents, including, but not limited to, bank account statements and communications concerning the Counterparties to the Committee on or before September 1, 2023, in accordance with the Court's ruling at the August 23, 2023 hearing.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

3. Any bank account statements produced shall be designated as "Professionals Eyes Only," which means (i) Counsel to the Committee, (ii) Teneo Capital LLC, and (iii) Nardello & Co. LLC.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed:  August 23, 2023

_____
Christopher Lopez
United States Bankruptcy Judge