IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | Chapter 11 |
| ALEXANDER E. JONES ) | |
| ) | Case No. 22-33553 (CML) |
| DEBTOR. ) | |
| ) | |
| ) | |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO DEBTOR'S MOTION TO ASSUME EXISTING BOOK CONTRACT PURSUANT TO 11 U.S.C. § 365 AND APPROVE NEW CONTRACT PURSUANT TO 11 U.S.C. §§ 105 AND 363(b)**

1. On July 12, 2023, Alexander E. Jones ("Debtor"), as debtor and debtor-in-possession in the above-captioned Chapter 11 Case, filed his *Motion to Assume Existing Book Contract Pursuant to 11 U.S.C. § 365 and Approve New Contract Pursuant to 11 U.S.C. §§105 and 363(b)* [Doc. No. 368] (the "Motion").

2. The deadline for parties to file objections and responses to the Motion was August 2, 2023 (the "Objection Deadline"). No objections or responses to the Motion were filed on the docket on or before the Objection Deadline. Counsel to the Debtor did not receive any other informal responses on or before the Objection Deadline.

3. The Debtor hereby respectfully requests that the Court enter the proposed order on the Motion, attached as Exhibit A, at the earliest convenience of the Court.

1

Dated: August 24, 2023

        **CROWE & DUNLEVY, P.C.**

        By: */s/ Vickie L. Driver*
        Vickie L. Driver
        State Bar No. 24026886
        Christina W. Stephenson
        State Bar No. 24049535
        2525 McKinnon St., Suite 425
        Dallas, TX 75201
        Telephone: 737.218.6187
        Email: dallaseservice@crowedunlevy.com

        **ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

# **EXHIBIT A**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ALEXANDER E. JONES** | § | |
| | § | |
| Debtor. | § | Case No. 22-33553 |
| | § | |

**ORDER GRANTING DEBTOR'S MOTION TO ASSUME EXISTING BOOK CONTRACT PURSUANT TO 11 U.S.C. § 365 AND APPROVE NEW CONTRACT PURSUANT TO 11 U.S.C. §§ 105 AND 363(b) [DOCKET NO. X]**

Upon consideration of *Debtor's Motion to Assume Existing Book Contract Pursuant to 11 U.S.C. § 365 and Approve New Contract Pursuant to 11 U.S.C. §§ 105 and 363(b)* (the "Motion") filed by Debtor Alexander E. Jones, ("Debtor") [Dkt. No. 368], made pursuant to Sections 105, 363(b), and 365 of the United States Bankruptcy Code (the "Bankruptcy Code") in the above-referenced bankruptcy case, the Court finds that it has jurisdiction to grant the relief requested in the Motion pursuant to 28 U.S.C. §§ 1334(b) and 157; that due notice of the Motion has been provided as set forth in the Motion and no other or further notice need be provided; and further that the relief requested in the Motion is in the best interest of the Debtor.

**IT IS THEREFORE ORDERED** that the Motion filed by the Debtor on July 12, 2023 is hereby **GRANTED**; it is further ordered that

1. Debtor is authorized to assume the 2022 Book Contract and the 2023 Book Contract is approved by the Court as within Debtor's business judgment, and Debtor may enter into the 2023 Book Contract; and

2. The Court retains jurisdiction to resolve any disputes arising under this Order.

Dated: _____, 2023     _____
                                           **UNITED STATES BANKRUPTCY JUDGE**