IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ALEXANDER E. JONES, | § | Case No. 22-33553 |
| | § | |
| Debtor | § | |

EMERGENCY NOTICE OF HEARING
[Related to ECF Nos. 420, 421]

PLEASE TAKE NOTICE that an emergency hearing regarding Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine's (collectively, the Texas Plaintiffs) *Notice of Rule 2004 Deposition of David Jones* [ECF 420] and David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as Chapter 7 Trustee for the Estate of Erica Lafferty's (collectively, the Connecticut Plaintiffs) *Notice of Rule 2004 Deposition of David Jones* [ECF 421] will be heard on an emergency basis on Wednesday, August 30, 2023, at 4:00 p.m. (central time) before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002.

PLEASE TAKE FURTHER NOTICE that this hearing will be conducted in person, by telephone, and by remote video conference. Parties wishing to participate in the hearing telephonically may do so by dialing **1-832-917-1510** and entering conference code **590153** when prompted. Parties may also participate via remote video conference by going to **https://www.gotomeet.me/JudgeLopez** and clicking the "join the meeting" button; parties may join by entering the meeting code: **JudgeLopez**.

Dated: August 30, 2023

| | |
|---|---|
| **CAIN & SKARNULIS PLLC** <br> By: */s/ Ryan E. Chapple* <br> Ryan E. Chapple <br> rchapple@cstrial.com <br> State Bar No. 24036354 <br> 303 Colorado Street, Suite 2850 <br> Austin, Texas  78701 <br> Telephone:  (512) 477-5000 <br> Fax:  (512) 477-5011 <br><br> *Counsel to the Sandy Hook Families* | **KOSKOFF KOSKOFF & BIEDER PC** <br> Alinor C. Sterling (admitted *pro hac vice*) <br> 350 Fairfield Avenue <br> Bridgeport, Connecticut  06604 <br> Telephone:  (203) 336-4421 <br><br> *Counsel to the Sandy Hook Families Other Than Richard M. Coan, as Chapter 7 Trustee for the Estate of Erica Lafferty* |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> Kyle J. Kimpler (admitted *pro hac vice*) <br> Christopher Hopkins (admitted *pro hac vice*) <br> Daniel S. Sinnreich (admitted *pro hac vice*) <br> Daniel A. Negless (admitted *pro hac vice*) <br> Briana P. Sheridan (admitted *pro hac vice*) <br> 1285 Avenue of the Americas <br> New York, New York  10019-6064 <br> Telephone:  (212) 373-3000 <br> Fax:  (212) 757-3990 <br><br> *Counsel to the Sandy Hook Families Other Than Richard M. Coan, as Chapter 7 Trustee for the Estate of Erica Lafferty* | **ZEISLER & ZEISLER, PC** <br> Eric Henzy (admitted *pro hac vice*) <br> 10 Middle Street, 15th Floor <br> Bridgeport, Connecticut  06604 <br> Telephone:  (203) 368-5495 <br><br> *Counsel to Richard M. Coan, as Chapter 7 Trustee for the Estate of Erica Lafferty* |

| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>By: */s/ Jennifer J. Hardy*<br>Jennifer J. Hardy (TX Bar No. 24096068)<br>jhardy2@willkie.com<br>600 Travis Street<br>Houston, Texas  77002<br>Telephone:  (713) 510-1700<br>Fax:  (713) 510-1799 | **MCDOWELL HETHERINGTON LLP**<br>Avi Moshenberg (TX Bar No. 24083532)<br>avi.moshenberg@mhllp.com<br>1001 Fannin Street, Suite 2700<br>Houston, Texas  77002<br>Telephone:  (713) 337-5580<br>Fax:  (713) 337-8850 |
| **AND** | **AND** |
| Rachel C. Strickland (admitted *pro hac vice*)<br>Stuart R. Lombardi (admitted *pro hac vice*)<br>Ciara A. Sisco (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York  10019<br>Telephone:  (212) 728-8000<br>Fax:  (212) 728-8111<br><br>*Bankruptcy Co-Counsel to the Texas Plaintiffs* | **CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**<br>Jarrod B. Martin (TX Bar No. 24070221)<br>jarrod.martin@chamberlainlaw.com<br>1200 Smith Street, Suite 1400<br>Houston, Texas  77002<br>Telephone:  (713) 356-1280<br>Fax:  (713) 658-2553<br><br>*Bankruptcy Co-Counsel to the Texas Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Emergency Notice of Hearing has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 30th day of August 2023.

            */s/ Ryan E. Chapple*
            Ryan E. Chapple