Electronic Appearance Sheet

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Anna Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Sara Brauner, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Anna Kordas, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Katherine Porter, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

David Zensky, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Christina Stephenson, Crowe & Dunlevy
Client(s): Alex Jones

Stephen Roberts, Stephen A Roberts, PC
Client(s): David R Jones