IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**FIFTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS
CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM
MAY 16, 2023 THROUGH MAY 31, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Crowe & Dunlevy, P.C. | |
| **Applicant's Role in Case:** | Co-Counsel to Debtor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #104) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 05/16/2023 | 05/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $144,973.60[1] (80% of $181,217.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $4,645.13[2] | |
| **Summary Attorney Fees for the Period Covered by this Statement** | | |
| **Attorneys Fees in this Statement:** | $169,484.00 | |
| **Total Actual Attorneys Hours Covered by this Statement:** | 411.90 | |
| **Average Hourly Rate for Attorneys:** | $411.47 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| **Paraprofessional Fees Requested in this Statement:** | $11,733.00 | |
| **Total Actual Paraprofessional Hours Covered by this Statement:** | 42.6 | |
| **Average Hourly Rate for Paraprofessionals:** | $275.42 | |

---

[1] Counsel is holding $0.00 as a retainer in its IOLTA Account which is included in this fee/expense request.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**FIFTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 1**

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], Crowe & Dunlevy, P.C. ("C&D"), as co-counsel to the Debtor, hereby files its *Fifth Monthly Fee Statement of Crowe & Dunlevy, P.C. for Allowance of Compensation for Services Rendered as Co-Counsel to the Debtor for the Period from May 16, 2023 through May 31, 2023* (the "Monthly Fee Statement").

## RELIEF REQUESTED

1.      By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, C&D seeks interim payment of $144,973.60 (80% of 181,217.00) as compensation for professional services rendered to the Debtor during the period from May 16, 2023 through May 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $4,645.13, for a total amount of $149,618.73 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2.      In support of the Monthly Fee Statement, C&D submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Legal Fees by Category as Counsel*

*for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Co-Counsel for the Fee Period*, attached hereto as **Exhibit C**.

3.      Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order), and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline:

a.   Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b.   U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c.   Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d.   Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e.   Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f.   Any other parties that the Court may designate.

In light of the nature of the relief requested herein, C&D submits that no further or other notice is required.

4.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. C&D reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5.      Therefore, C&D respectfully submits support for its fees in the amount of $181,217.00 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $4,645.13 for reasonable, actual and necessary expenses incurred during the Fee Period. C&D further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to C&D the amount of $149,618.73 [3] which is equal to the sum of 80% of C&D's fees and 100% of C&D's expenses incurred during the Fee Period.

---

[3] Such payment to be made first from any existing retainer funds held by C&D for the Debtor.

**FIFTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 4**

Houston, TX
Dated: August 31, 2023

**CROWE & DUNLEVY, P.C.**

By: */s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

**ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

I certify that on August 31, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a. Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b. U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c. Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d. Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e. Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f. Any other parties that the Court may designate.

*/s/ Christina W. Stephenson*
Christina W. Stephenson

**FIFTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 6**

## EXHIBIT "A"

### SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Lodging/Travel/Meals | 3,359.53 |
| Litigation support vendors | 832.00 |
| Online Research | 453.60 |

# EXHIBIT "B"

## SUMMARY OF LEGAL FEES AND EXPENSES BY CATEGORY
## FOR THE FEE PERIOD

| CATEGORIES | ATTORNEY TIME | PARALEGAL TIME |
|---|---|---|
| B110 Case Administration | 18.4 | 11.2 |
| B120 Asset Analysis and Recovery | 8.7 | 0.0 |
| B130 Asset Disposition | 0.00 | 0.0 |
| B140 Relief from Stay/Adequate Protection | 1.7 | 0.00 |
| B150 Meetings of & Communications with Creditors | 0.00 | 0.0 |
| B160 Fee/Employment Applications | 32.0 | 8.1 |
| B170 Fee/Employment Objections | 13.5 | 0.00 |
| B180 Avoidance Action Analysis | 0.00 | 0.00 |
| B185 Assumption/Rejection of Executory Contracts | 2.5 | 0.0 |
| B190 Other Contested Matters | 246.2 | 23.3 |
| B195 Non-Working Travel | 11.8 | 0.00 |
| B210 Business Operations | 66.2 | 0.00 |
| B220 Employee Benefits/Pensions | 0.00 | 0.00 |
| B230 Financing/Cash Collections | 0.00 | 0.00 |
| B240 Tax Issues | .5 | 0.00 |
| B250 Real Estate | 0.00 | 0.00 |
| B260 Board of Directors Matters | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 5.9 | 0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.00 | 0.00 |
| B420 Restructurings | 0.00 | 0.00 |
| **TOTALS:** | **411.9** | **42.6** |

# EXHIBIT "C"

## DETAILED RECORD OF FEES FOR THE FEE PERIOD

# CROWE&DUNLEVY
ATTORNEYS AND COUNSELORS AT LAW

**2525 MCKINNON, SUITE 425**
**DALLAS, TX 75201**
**(214) 420-2163**
TAX I.D. NUMBER 73-1055796

May 31, 2023
Invoice # 761710

Alex "AJ" Jones
ATTN:  Shelby A. Jordan
6207 Bee Cave Road, Suite 120
Austin, TX 78746

Responsible Attorney
Vickie L. Driver

| | |
|---|---|
| Client # | 50134 |
| Matter # | 00802 |

Post – petition

## INVOICE SUMMARY

| | |
|---|---|
| Current Invoice Total Fees | $181,217.00 |
| Current Invoice Total Expenses | $4,645.13 |
| **Current Invoice Total** | **$185,862.13** |

*Payment Instructions*

| **Check Remittance:** | **Credit Card Remittance:** | **Wire Remittance:** |
|---|---|---|
| **Mail To:** | https://www.crowedunlevy.com/makeapayment/ | **Bank Name: BancFirst** |
| **Crowe & Dunlevy** | | **Routing #103003632** |
| **Braniff Building** | | **Oklahoma City, OK 73102** |
| **324 N. Robinson Ave., Ste. 100** | | **Account Name: Crowe & Dunlevy** |
| **Oklahoma City, OK 73102** | | **Account Number 4025023715** |
| | | **Swift Code BFOKUS44** |

*Please refer to Invoice # 761710 and any other invoice numbers being paid on your remittance.*

Jones, Alex "AJ"                                                                                   Page 2
                                                                                               May 31, 2023

Client #        50134                                                              Invoice # 761710
Matter #        00802                                                          Responsible Attorney
                                                                                    Vickie L. Driver

Post - petition

| 05/16/2023 | C. Blacklee | B190/ | Review and analyze voice notes from Alex Jones' cell phone | 1.60 |
|---|---|---|---|---|
| 05/16/2023 | J. Booth | B190/ | Determine responsiveness of recently produced documents to confirm production was in response to the UCC's 2004 examination | 0.10 |
| 05/16/2023 | C. Craig | B190/ | Develop strategy for addressing UCC's requests for document production (1.0); review and analyze client documents for privacy and privilege issues (1.0); evaluate status of document acquisition in response to UCC's requests (1.0); exchange correspondence with UCC regarding production by Debtor (1.0). | 4.00 |
| 05/16/2023 | C. Craig | B190/ | Review and analyze pleadings from underlying state court actions to assist in drafting response to adversary Plaintiffs' motions for summary judgment | 1.00 |
| 05/16/2023 | C. Craig | B190/ | Develop strategy for drafting responses to adversary plaintiffs' motions for summary judgment  [NO CHARGE] | 0.50 |

Jones, Alex "AJ"                                                                           Page 3
                                                                                    May 31, 2023

Client #        50134                                                              Invoice # 761710
Matter #        00802                                                          Responsible Attorney
                                                                                  Vickie L. Driver

Post - petition

| 05/16/2023 | V. Driver | B110/ | Review and revise stipulation on exemption objection (.4); review language in stip and approve same (.2); review initial book contract and send for production and inclusion in Schedule G. (.3) | 0.90 |
| 05/16/2023 | V. Driver | B120/ | Coordinating refund from Pattis firm to dip account (.4); analyze Longevity issues and need for follow up (1.0). | 1.40 |
| 05/16/2023 | V. Driver | B160/ | Emails with family law firm regarding need to employ if needing to be compensated for services during case. | 0.60 |
| 05/16/2023 | V. Driver | B190/ | Calls with client on status of mediation and settlement strategy (.4); review and analyze document requests and vendor instructions on electronic data gathering (.8); review and revise cross notice for Cicak deposition and prepare for filing (.9); preparation for Cicak deposition (1.2); draft email to UCC transitioning lead on discovery to C. Craig (.3); call with TX plaintiff discussing settlement offer terms and potential response to same (.7); summarize same for team (.3). | 4.60 |

Jones, Alex "AJ"

Page 4
May 31, 2023

Client #     50134
Matter #    00802

Invoice # 761710
Responsible Attorney
Vickie L. Driver

Post - petition

| 05/16/2023 | A. Finch | B110/ | Coordinate data collection with third-party vendor (Digital Mountain) (.6); Coordinate data collection with FSS staff (.9); review data re: UCC 2004 requests (4.5) | 6.00 |
|---|---|---|---|---|
| 05/16/2023 | A. Finch | B195/ | Flight to Austin to meet with client (6.0 — billed at half time); drive to and from client's office (.6 — billed at half time) | 3.30 |
| 05/16/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 16 Tuesday (4.0); summarize statements made related to case (.1) | 4.10 |
| 05/16/2023 | D. McClellan | B190/ | Review and analyze MSJ brief of Texas plaintiffs | 3.10 |
| 05/16/2023 | D. McClellan | B190/ | Review and analyze MSJ brief of Connecticut plaintiffs | 2.20 |
| 05/16/2023 | D. McClellan | B190/ | Develop strategy and action items for MSJ responses | 0.80 |
| 05/16/2023 | C. Stephenson | B190/ | Prepare for and attend conference call regarding strategy and organization of response briefing and research (1.8); conference call regarding specific case inquiries (.7). | 2.50 |
| 05/16/2023 | E. Weaver | B110/ | Review business and marketing agreement (.2); TXSOS search and nationwide search for corporate records regarding GH Total Solutions (1.6). | 1.80 |

Jones, Alex "AJ"                                                                                                 Page 5
                                                                                                               May 31, 2023

Client #        50134                                                                              Invoice # 761710
Matter #        00802                                                                        Responsible Attorney
                                                                                                       Vickie L. Driver

Post - petition

| 05/16/2023 | E. Weaver | B190/ | Electronic case file management of Elizabeth Freemen files. | 4.20 |
|---|---|---|---|---|
| 05/16/2023 | E. Weaver | B190/ | Review bank account log for document production (.3); electronic case file management of filings for AEJ and FSS cases, along with additional documents received from outside counsel (2.7). | 3.00 |
| 05/16/2023 | R. Yates | B190/ | Attend meeting to discuss dischargeability case and response to summary judgment motion | 1.00 |
| 05/16/2023 | R. Yates | B190/ | Prepare for and attend litigation meeting to discuss response to summary judgment. | 1.40 |
| 05/16/2023 | J. Yoon | B190/ | Conference regarding responses to motions for summary judgment of Connecticut and Texas tort-claimants for analysis and strategy. | 0.70 |
| 05/16/2023 | J. Yoon | B190/ | Review extensive documents in preparation for production in response to UCC's Rule 2004 examination request. | 6.40 |
| 05/17/2023 | C. Blacklee | B190/ | Finalized review of voice text, reviewed audio memos, show memos and notes from Alex Jones phone.  Prepare same for searching and production | 1.80 |
| 05/17/2023 | C. Blacklee | B190/ | Review and analyze voice notes and all text and memos from Alex Jones' cell phone (2.0); prepared report of same (.7). | 2.70 |

Jones, Alex "AJ"                                                                        Page 6
                                                                                   May 31, 2023

Client #        50134                                                    Invoice # 761710
Matter #        00802                                             Responsible Attorney
                                                                      Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 05/17/2023 | C. Craig | B190/ | Preparation and attendance of conference call with UCC regarding outstanding discovery issues; review and evaluate status of document production by debtor; develop strategy for addressing UCC's stated concerns on document production; review and analyze proposed documents to produce to UCC to evaluate privacy and privilege concerns.  [NO CHARGE] | 2.00 |
| 05/17/2023 | L. Dauphin | B190/ | Prepare supplemental document production. | 0.10 |
| 05/17/2023 | V. Driver | B110/ | Approve stip for filing. | 1.00 |
| 05/17/2023 | V. Driver | B120/ | Emails with literary agent on money owed under first book deal (.4); send emails to FAs for inclusion in financial statements (.2). | 0.60 |
| 05/17/2023 | V. Driver | B160/ | Call with potential appellate counsel. | 0.90 |
| 05/17/2023 | V. Driver | B190/ | Call with client on appeals (.3); research and analysis of appellate lawyers and status (.4); attend deposition (7.2); emails with counsel on appeals and deadlines for same. (.4) | 8.30 |
| 05/17/2023 | V. Driver | B195/ | Travel to LA for deposition (billed at half time 4.6). | 2.30 |
| 05/17/2023 | V. Driver | B210/ | Sending committee employment agreement for comments. | 0.20 |

Jones, Alex "AJ"                                                                    Page 7
                                                                           May 31, 2023

Client #      50134                                          Invoice # 761710
Matter #      00802                                       Responsible Attorney
                                                             Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 05/17/2023 | A. Finch | B110/ | Meet with client re: UCC discovery requests (1.5); coordinate data collection with third-party vendor (Digital Mountain) (.8). | 2.60 |
| 05/17/2023 | A. Finch | B195/ | Flight home from Austin, Texas. (meeting with client) (4.0 — billed at half time); drive to and from client's office (.6 — billed at half time) | 2.30 |
| 05/17/2023 | A. Finch | B210/ | Review and analyze client's appearance on Louder with Crowder Ep. 2023 May 15 Monday (1.1); summarize statements made related to case (.1). | 1.20 |
| 05/17/2023 | D. McClellan | B190/ | Review and analyze MSJ of Texas plaintiffs and authorities cited. | 5.10 |
| 05/17/2023 | D. McClellan | B190/ | Develop strategy for MSJ response. | 0.60 |
| 05/17/2023 | C. Stephenson | B190/ | Review and analyze discovery related correspondence (.8); review and respond to correspondence regarding appellate counsel (.5). | 1.30 |
| 05/17/2023 | C. Stephenson | B210/ | Draft Motion to Approve Employment Agreement and related correspondence. | 2.80 |
| 05/17/2023 | C. Stephenson | B210/ | Review new employment agreement and related correspondence. | 1.20 |
| 05/17/2023 | R. Yates | B190/ | Write full rough draft of First Amendment argument | 6.10 |

Jones, Alex "AJ"                                                                    Page 8
                                                                              May 31, 2023

Client #        50134                                        Invoice # 761710
Matter #        00802                                    Responsible Attorney
                                                              Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 05/17/2023 | J. Yoon | B160/ | Draft and revise First Interim Fee Application.  [NO CHARGE] | 1.30 |
| 05/17/2023 | J. Yoon | B190/ | Review and analyze extensive documents in preparation for production in response to UCC's Rule 2004 examination request. | 5.30 |
| 05/18/2023 | C. Craig | B190/ | Preparation and attendance of conference call with UCC regarding outstanding discovery issues; review and evaluate status of document production by debtor; develop strategy for addressing UCC's stated concerns on document production; exchange correspondence with UCC regarding document production; prepare document production for UCC and draft email producing same to UCC.  [NO CHARGE] | 3.00 |
| 05/18/2023 | L. Dauphin | B190/ | Prepare Otterai transcripts for attorney production review. | 2.00 |
| 05/18/2023 | L. Dauphin | B190/ | Modify production prepared 05/16/2023. | 0.10 |
| 05/18/2023 | V. Driver | B110/ | Preparing for status conference. | 2.10 |

Jones, Alex "AJ"                                                                                    Page 9
                                                                                           May 31, 2023

Client #        50134                                                          Invoice # 761710
Matter #        00802                                                    Responsible Attorney
                                                                                  Vickie L. Driver

Post - petition

| 05/18/2023 | V. Driver | B190/ | Emails organizing discovery information (.4); review and respond to emails on phone information mining and third-party contract (.9); review email from committee on budget critique and respond briefly to same (.8); perform analysis regarding budget issues (1.5). | 3.60 |
| 05/18/2023 | V. Driver | B195/ | Travel to Houston from LAX. (billed at half-time 5.2) | 2.60 |
| 05/18/2023 | V. Driver | B210/ | Meeting with candidate (1.0); call with client on meeting (.3); correspondence regarding initial work (.3). | 1.60 |
| 05/18/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 17 Wednesday (4.0); summarize statements made related to case (.2). | 4.20 |
| 05/18/2023 | D. McClellan | B190/ | Review and analyze MSJ of Texas plaintiffs and authorities cited. | 4.90 |
| 05/18/2023 | D. McClellan | B190/ | Develop strategy for MSJ response. | 0.40 |
| 05/18/2023 | C. Stephenson | B190/ | Discovery conference call. | 1.10 |
| 05/18/2023 | C. Stephenson | B190/ | Review UCC stipulation regarding exemption objections (.4); review and analyze discovery correspondence (.9); conference regarding discovery issues (1.1). | 2.40 |

Jones, Alex "AJ"                                                                                      Page 10
                                                                                                May 31, 2023

Client #        50134                                                              Invoice # 761710
Matter #        00802                                                          Responsible Attorney
                                                                                   Vickie L. Driver

Post - petition

| 05/18/2023 | E. Weaver | B190/ | Document review of previously produced documents in preparation of production in response to requests by UCC. | 5.80 |
|---|---|---|---|---|
| 05/18/2023 | R. Yates | B190/ | Conduct legal research and coordinate issues and tasks regarding summary judgment in bankruptcy proceedings | 2.30 |
| 05/18/2023 | J. Yoon | B160/ | Analyze and review previous monthly fee statements and pre-bill narratives in preparation to draft First Interim Fee Application (2.1); draft and revise interim fee application (1.2). | 3.30 |
| 05/18/2023 | J. Yoon | B190/ | Analyze and review summary judgment evidence attached to Connecticut tort-claimants' motion for summary judgment in preparation for potential motion to strike. | 2.70 |
| 05/19/2023 | C. Craig | B190/ | Review and analyze motions for summary judgment filed by adversary Plaintiffs; assees strategy in response to withheld exhibits | 0.50 |
| 05/19/2023 | C. Craig | B190/ | Review and analyze 2004 requests issued by UCC to debtor (.4); review deadline. (.2) | 0.60 |
| 05/19/2023 | C. Craig | B190/ | Attend court status hearing | 1.10 |
| 05/19/2023 | V. Driver | B110/ | Preparation for and attend status conference. | 1.80 |

Jones, Alex "AJ"                                                                                Page 11
                                                                                                 May 31, 2023

Client #        50134                                                          Invoice # 761710
Matter #        00802                                                     Responsible Attorney
                                                                             Vickie L. Driver

Post - petition

| 05/19/2023 | V. Driver | B190/ | Meetings with various parties seeking resolution on agreed upon bases including ESG, FSS. (1.6) Review emails on evidence to MSJ and videos not sent. (.2) | 1.80 |
|---|---|---|---|---|
| 05/19/2023 | V. Driver | B195/ | Travel from Houston to Dallas (billed at half time 2.6) | 1.30 |
| 05/19/2023 | V. Driver | B210/ | Calls and emails on budgeting issues and tapering domestic help expenses. | 1.10 |
| 05/19/2023 | A. Finch | B110/ | Message Alex to facilitate discovery collection in response to 2004s | 0.20 |
| 05/19/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 18 Thurs (4.0); summarize statements made related to case (.2) | 4.20 |
| 05/19/2023 | D. McClellan | B190/ | Review and analyze MSJ of Texas plaintiffs and authorities cited | 6.20 |
| 05/19/2023 | C. Stephenson | B190/ | Attend status conference hearing and draft related correspondence. | 1.20 |
| 05/19/2023 | C. Stephenson | B190/ | Draft multiple correspondence and perform analysis regarding missing exhibits to MSJs (2.3); draft correspondence regarding evidentiary issues (1.1). | 3.40 |
| 05/19/2023 | C. Stephenson | B210/ | Revisions to Motion to approve new employment contract and multiple related correspondence. | 2.20 |

Jones, Alex "AJ"                                                                    Page 12
                                                                                  May 31, 2023

Client #        50134                                                    Invoice # 761710
Matter #        00802                                              Responsible Attorney
                                                                          Vickie L. Driver

Post - petition

| 05/19/2023 | C. Stephenson | B320/ | Draft correspondence regarding plan research. | 1.20 |
|---|---|---|---|---|
| 05/19/2023 | E. Weaver | B110/ | Review stipulation and agreed order granting extension of time to object to claim exemptions and docket deadline for same. | 0.20 |
| 05/19/2023 | E. Weaver | B110/ | Download and circulate to team amended notice of agreement on allocation of future website crypto donations prior to 05-19-2023 status conference. | 0.20 |
| 05/19/2023 | R. Yates | B190/ | Coordinate discovery review and evidentiary issues | 0.60 |
| 05/19/2023 | R. Yates | B190/ | Review and analyze motion for summary judgment | 0.70 |
| 05/19/2023 | J. Yoon | B160/ | Analyze and review previous monthly fee statements and billing narratives to draft First Interim Fee Application (2.5); draft and revise same (2.8). [NO CHARGE] | 5.30 |
| 05/19/2023 | J. Yoon | B190/ | Analyze and review summary judgment evidence in Connecticut and Texas tort-claimants' motions for summary judgment. | 2.70 |
| 05/20/2023 | V. Driver | B110/ | Call with client reporting on status conference and meetings thereafter. | 1.10 |
| 05/20/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 19 Friday (4.0); summarize statements made related to case (.1) | 4.10 |

Jones, Alex "AJ"                                                                          Page 13
                                                                                   May 31, 2023

Client #        50134                                                      Invoice # 761710
Matter #        00802                                                 Responsible Attorney
                                                                            Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 05/20/2023 | R. Yates | B190/ | Conduct legal research on adverse inference in Connecticut | 0.60 |
| 05/20/2023 | R. Yates | B190/ | Draft outline of "actually litigated" argument related to proportionality of discovery sanction | 2.10 |
| 05/21/2023 | D. McClellan | B190/ | Review video exhibits of Texas plaintiffs' MSJ | 1.90 |
| 05/21/2023 | D. McClellan | B190/ | Review exhibits to Texas plaintiffs' MSJ | 4.10 |
| 05/22/2023 | C. Craig | B190/ | Draft correspondence to UCC regarding UCC's demand for filing of fraudulent transfer adversary proceedings | 0.20 |
| 05/22/2023 | C. Craig | B190/ | Exchange communications with Digital Mountain regarding preservation of Debtor's icloud data; develop strategy for providing responsive information to the UCC | 0.70 |
| 05/22/2023 | V. Driver | B110/ | Communication with client on work to control domestic help. | 0.40 |
| 05/22/2023 | V. Driver | B140/ | Emails setting hearing on motion for relief from TX plaintiffs. (.2) Review and revise 9019 and send to counsel for TX plaintiffs. (.9) | 1.10 |
| 05/22/2023 | V. Driver | B160/ | Review invoices for Martin firm. | 0.30 |

Jones, Alex "AJ"                                                                    Page 14
                                                                                   May 31, 2023

Client #        50134                                               Invoice # 761710
Matter #        00802                                          Responsible Attorney
                                                                    Vickie L. Driver

Post - petition

| 05/22/2023 | V. Driver | B160/ | Emails with counsel and financial advisors regarding first interim fee app filings coming up. (.2) Propose Interim Compensation fee app drafting sharing between counsel. (.3) | 0.50 |
| 05/22/2023 | V. Driver | B185/ | Analyze issues with debtor executory contracts. | 0.70 |
| 05/22/2023 | V. Driver | B190/ | Correspondence with production team on data gathering protocol, progress, and information needed to complete (.7); revise emails and respond to counsel 2004 responses and privilege preservation (.3); | 1.00 |
| 05/22/2023 | V. Driver | B190/ | Review and revise Zensky letter responding to demand for lawsuit filing against third parties. | 0.50 |
| 05/22/2023 | V. Driver | B190/ | Fontaine claim status emails (.4); review email from N. Pattis on brief filing extension and send to trial team (.2); review and revise engagement letter for additional trial counsel and send for review and approval (.5). | 1.30 |
| 05/22/2023 | V. Driver | B210/ | Analyze issues with new post-petition potential agreements to increase income. | 0.60 |

Jones, Alex "AJ"                                                                                                                    Page 15
                                                                                                                                      May 31, 2023

Client #          50134                                                                                          Invoice # 761710
Matter #          00802                                                                                   Responsible Attorney
                                                                                                                          Vickie L. Driver

Post - petition

| 05/22/2023 | M. Figueroa | B190/ | Began reviewing second batch of (2000 docs) previously produced documents while simultaneously redacting privileged information in anticipation of production in response to requests by UCC | 1.30 |
| 05/22/2023 | A. Finch | B110/ | Communicate with client to facilitate discovery collection in response to 2004s (.3); email with Digital Mountain re: same (.1). | 0.40 |
| 05/22/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 21 Sunday (2.0); summarize statements made related to case (.2) | 2.20 |
| 05/22/2023 | D. McClellan | B190/ | Review state court trial transcripts for MSJ response | 3.10 |
| 05/22/2023 | D. McClellan | B190/ | Review and analyze federal case law for MSJ response brief | 6.80 |
| 05/22/2023 | C. Stephenson | B120/ | Perform research and analysis regarding administrative claim and related application. | 1.20 |
| 05/22/2023 | C. Stephenson | B160/ | Call with estate professional regarding interim compensation and fee application matters. | 0.80 |
| 05/22/2023 | C. Stephenson | B185/ | Review Objection of ESG to Motion to Reject Contracts (.8); draft related correspondence (.3). | 1.10 |

Jones, Alex "AJ"                                                                        Page 16
                                                                                  May 31, 2023

Client #        50134                                              Invoice # 761710
Matter #        00802                                           Responsible Attorney
                                                                    Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 05/22/2023 | C. Stephenson | B190/ | Review and revise written correspondence to UCC (.8); draft related correspondence (.6). | 1.40 |
| 05/22/2023 | C. Stephenson | B190/ | Review and analyze issues regarding rule questions (.9); draft correspondence regarding same (.8). | 1.70 |
| 05/22/2023 | E. Weaver | B110/ | Review spreadsheet and supporting documents received from BlackBriar Advisors and prepare initial draft of April monthly operating report. | 2.00 |
| 05/22/2023 | R. Yates | B190/ | Generate draft on IIED and collateral estoppel | 2.50 |
| 05/22/2023 | R. Yates | B190/ | Generate draft on defamation and collateral estoppel (2.0); conduct legal research regarding the same (.4). | 2.40 |
| 05/22/2023 | R. Yates | B190/ | Outline issues regarding the quality of the CUPTA punitive damages ruling | 1.20 |
| 05/22/2023 | J. Yoon | B190/ | Draft and revise First Interim Fee Application.  [NO CHARGE] | 3.60 |
| 05/22/2023 | J. Yoon | B190/ | Analyze and review Connecticut case law regarding adverse inference from discovery violation to be incorporated into the response to Connecticut tort-claimants' motion for summary judgment. | 1.60 |

Jones, Alex "AJ"                                                                                                    Page 17
                                                                                                                May 31, 2023

Client #        50134                                                                          Invoice # 761710
Matter #        00802                                                                      Responsible Attorney
                                                                                                Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 05/23/2023 | C. Craig | B120/ | Review and analyze terms of trust agreement to assess level of control debtor asserts over trust assets | 0.70 |
| 05/23/2023 | C. Craig | B190/ | Develop strategy for responding to UCC 2004 requests for production (.9); evaluate status of obtaining responsive information (.6). | 1.50 |
| 05/23/2023 | C. Craig | B320/ | Legal research in support of proposed chapter 11 plan | 2.50 |
| 05/23/2023 | V. Driver | B160/ | Emails re Interim Fee App. (.1) | 0.10 |
| 05/23/2023 | V. Driver | B185/ | Analyzing Response to Motion t reject contracts with ESG and MWM. | 0.20 |
| 05/23/2023 | V. Driver | B190/ | Emails regarding information gathering for UCC requests. (.2) Emails with Pattis on CT deadlines and drafts of FSS/Jones brief (.2); send current draft to trial counsel (.1) Respond to email on Various Trust Information and UCC requests. (.2) | 0.70 |
| 05/23/2023 | V. Driver | B210/ | Emails with literary agent on calculations of amounts paid under Great Reset (1st book) contract (.2); send Draft joint motion to approve new employment agreement and proposed order to FSS counsel. (.2) | 0.40 |

Jones, Alex "AJ"                                                                        Page 18
                                                                                        May 31, 2023

Client #        50134                                                          Invoice # 761710
Matter #        00802                                                       Responsible Attorney
                                                                               Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 05/23/2023 | M. Figueroa | B190/ | Continued reviewing second batch (2000 docs) of previously produced documents for private property/family names while simultaneously redacting privileged information in anticipation of production in response to requests by UCC | 1.10 |
| 05/23/2023 | D. McClellan | B190/ | Review and analyze Texas plaintiffs' MSJ exhibits | 2.50 |
| 05/23/2023 | D. McClellan | B190/ | Review and analyze Texas plaintiffs' MSJ video exhibits | 3.90 |
| 05/23/2023 | C. McDonald | B190/ | Perform Trust review. | 0.20 |
| 05/23/2023 | C. McDonald | B190/ | Call regarding trust summary. | 0.30 |
| 05/23/2023 | C. Stephenson | B120/ | Perform research and analysis regarding administrative claim and related application. | 1.40 |
| 05/23/2023 | C. Stephenson | B185/ | Conference with Court on hearing setting (.2); conference with UCC on hearing setting (.2); call to ESG counsel on hearing setting (.1). | 0.50 |
| 05/23/2023 | E. Weaver | B110/ | Revise, finalize and file monthly operating report and supporting documents for April, 2023. | 3.20 |
| 05/23/2023 | E. Weaver | B110/ | Review UCC's request for production of documents related to the schedules and docket deadline for same. | 0.20 |
| 05/23/2023 | R. Yates | B190/ | Conduct legal research on defamation per se | 0.90 |

Jones, Alex "AJ"                                                                          Page 19
                                                                                      May 31, 2023

Client #        50134                                                        Invoice # 761710
Matter #        00802                                                      Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 05/23/2023 | R. Yates | B190/ | Analyze summary judgment brief to spot issues that need to be addressed in collateral estoppel section of response | 1.50 |
| 05/23/2023 | R. Yates | B190/ | Edit draft of collateral estoppel argument | 2.10 |
| 05/23/2023 | R. Yates | B190/ | Analyze jury charge in Connecticut | 0.80 |
| 05/23/2023 | R. Yates | B190/ | Analyze CUPTA award for use in collateral estoppel section of brief | 0.40 |
| 05/23/2023 | J. Yoon | B160/ | Draft and revise First Interim Fee Application (1.1); draft and revise proposed order granting the same (1.2).  [NO CHARGE] | 2.30 |
| 05/24/2023 | C. Craig | B120/ | Review and analyze Debtor's interest in trust assets in conjunction with assessing ability to obtain and produce trust documents to UCC | 0.30 |
| 05/24/2023 | C. Craig | B190/ | Review and analyze pleadings from underlying state court actions in support of drafting response to adversary Plaintiffs' motions for summary judgment | 0.80 |
| 05/24/2023 | C. Craig | B190/ | Review and analyze local rules on response briefing for motions for summary judgment. | 0.20 |
| 05/24/2023 | C. Craig | B190/ | Develop strategy for production of responsive documents to UCC 2004 requests | 0.40 |
| 05/24/2023 | C. Craig | B320/ | Conduct legal research in support of proposed chapter 11 plan | 2.20 |

Jones, Alex "AJ"                                                                                    Page 20
                                                                                              May 31, 2023

Client #        50134                                                            Invoice # 761710
Matter #        00802                                                        Responsible Attorney
                                                                                  Vickie L. Driver

Post - petition

| 05/24/2023 | L. Dauphin | B190/ | Digital Mountain - access and download email and phone collections; prepare same for discovery review. | 1.50 |
|---|---|---|---|---|
| 05/24/2023 | V. Driver | B160/ | Analyze issues with Teneo fee statements (1.1); emails regarding calendaring objection deadlines (.3). | 1.40 |
| 05/24/2023 | M. Figueroa | B190/ | Conference regarding document review. | 0.10 |
| 05/24/2023 | M. Figueroa | B190/ | Continued reviewing second batch (2000 docs) of previously produced documents for attorney-client/confidential while simultaneously redacting privileged information in anticipation of production in response to requests by UCC | 0.70 |
| 05/24/2023 | M. Figueroa | B190/ | Began reviewing third batch (2104 docs) of previously produced documents while simultaneously redacting private property information in anticipation of production in response to requests by UCC | 0.60 |
| 05/24/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 22 Monday (4.0); summarize statements made related to case (.1) | 4.10 |
| 05/24/2023 | D. McClellan | B190/ | Review and analyze Texas plaintiffs' MSJ video exhibits | 5.30 |

Jones, Alex "AJ"
Page 21
May 31, 2023

| Client # | 50134 | | | | Invoice # 761710 |
|---|---|---|---|---|---|

Responsible Attorney
Vickie L. Driver

Matter #     00802

Post - petition

| 05/24/2023 | D. McClellan | B190/ | Review and analyze Texas law for Texas plaintiffs' MSJ response | 2.50 |
|---|---|---|---|---|
| 05/24/2023 | D. McClellan | B190/ | Review and analyze Connecticut law for response to Connecticut plaintiffs' MSJ | 1.10 |
| 05/24/2023 | C. Stephenson | B120/ | Conference and analysis regarding trust matters. | 1.20 |
| 05/24/2023 | C. Stephenson | B190/ | Review and analyze discovery issues and related correspondence (.9); review and analyze correspondence regarding MSJ responses (.9). | 1.80 |
| 05/24/2023 | E. Weaver | B110/ | Download and review twelfth interim order authorizing cash collateral in the FSS case and docket hearing regarding same. | 0.20 |
| 05/24/2023 | E. Weaver | B160/ | Procure fee statements received from the UCC to date and circulate to team. | 0.30 |
| 05/24/2023 | E. Weaver | B160/ | Review 1st-3rd fee statements filed by Teneo Capital, LLC and docket objection deadline for same. | 0.30 |
| 05/24/2023 | R. Yates | B190/ | Draft defamation per se section on Connecticut response brief | 1.70 |
| 05/24/2023 | R. Yates | B190/ | Edit collateral estoppel section of brief relating to actually litigated and necessarily decided standards | 0.40 |
| 05/24/2023 | R. Yates | B190/ | Begin drafting argument against punitive damages establishing basis for collateral estoppel of 523(a)(6) issue | 1.80 |

Jones, Alex "AJ"                                                                          Page 22
                                                                                       May 31, 2023

Client #        50134                                                    Invoice # 761710
Matter #        00802                                              Responsible Attorney
                                                                       Vickie L. Driver

Post - petition

| 05/24/2023 | R. Yates | B190/ | Continue to develop collateral estoppel arguments (1.8); edit draft regarding the same (.3). | 2.10 |
|---|---|---|---|---|
| 05/24/2023 | R. Yates | B190/ | Draft section of brief on CUPTA award | 1.80 |
| 05/24/2023 | J. Yoon | B170/ | Analyze and review Teneo's fee statements (0.2), order granting Teneo's employment as a retained professional and order setting interim compensation and reimbursement procedures (1.5); analyze and review BlackBriar's fees for comparable fee amounts to highlight potentially objectionable costs by Teneo (1.6); draft and revise response to Teneo's first three fee statements to reserve potential objections and highlight inefficient professional practices incurring costs (2.6). | 4.10 |
| 05/25/2023 | N. Collins | B240/ | Receipt of AEJ 2018 Trust and commence analysis of same. | 1.20 |
| 05/25/2023 | C. Craig | B190/ | Review and analyze underlying state court pleadings to assist with response to adversary Plaintiffs' motions for summary judgment  [NO CHARGE] | 1.20 |
| 05/25/2023 | C. Craig | B190/ | Review and analyze UCC's notice of 2004 requests to Toshi Holdings to assess impact on debtor | 0.40 |

Jones, Alex "AJ"                                                                          Page 23
                                                                                      May 31, 2023

Client #        50134                                                          Invoice # 761710
Matter #        00802                                                     Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| 05/25/2023 | C. Craig | B190/ | Develop strategy for producing information relating to trusts in which Debtor is a settlor, beneficiary or trustee | 0.30 |
|---|---|---|---|---|
| 05/25/2023 | C. Craig | B190/ | Review scope of Debtor's use of technology devices to develop strategy in data collection effort in response to UCC requests for information | 0.70 |
| 05/25/2023 | C. Craig | B190/ | Draft correspondence to the UCC regarding status of collection and review of phone and email correspondence. | 1.50 |
| 05/25/2023 | V. Driver | B120/ | Emails re: filing Homestead exemption. | 0.20 |
| 05/25/2023 | V. Driver | B190/ | Review 2004 exam to foreign entity (.2); research foreign entity existence and relationship to known entities (.9). | 1.10 |
| 05/25/2023 | V. Driver | B210/ | Call with Executive assistant on household employee scheduling (.7); review handbook for household employees (.3). Call with FSS security head regarding meetings with sham client. (.7) | 1.70 |
| 05/25/2023 | M. Figueroa | B190/ | Continued reviewing third batch (2104 docs) of previously produced documents while simultaneously redacting family names/privileged information in anticipation of production in response to requests by UCC | 1.90 |

Jones, Alex "AJ"                                                                    Page 24
                                                                                   May 31, 2023

Client #        50134                                                    Invoice # 761710
Matter #        00802                                              Responsible Attorney
                                                                        Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 05/25/2023 | M. Figueroa | B190/ | Began reviewing fourth (consolidated) batch (2787 docs) of previously produced documents while simultaneously redacting family names/private property/privileged information in anticipation of production in response to requests by UCC | 1.40 |
| 05/25/2023 | A. Finch | B110/ | Review recovered data re: Client's Iphone/Digital Mountain collection (in responses to committee's 2004 requests) | 1.60 |
| 05/25/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 23 Tuesday (4.0); summarize statements made related to case (.2) | 4.20 |
| 05/25/2023 | C. Stephenson | B190/ | Draft correspondence regarding missing exhibits to MSJ. | 0.80 |
| 05/25/2023 | C. Stephenson | B190/ | Review and respond to correspondence regarding discovery matters (1.1); analyze issues regarding 2004 exam (.7). | 1.80 |
| 05/25/2023 | C. Stephenson | B210/ | Perform research and draft correspondence regarding ESG contract. | 0.60 |

Jones, Alex "AJ"                                                                                    Page 25
                                                                                           May 31, 2023

Client #      50134                                                          Invoice # 761710
Matter #      00802                                                    Responsible Attorney
                                                                          Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 05/25/2023 | E. Weaver | B160/ | Draft first interim fee application of Rachel Kennerly, as Tax Accountant (1.2); email correspondence to Rachel regarding time entries for 04-01-2023 - 05-15-2023 and circulate the order establishing interim compensation (.2). | 1.40 |
| 05/25/2023 | E. Weaver | B160/ | Draft first interim fee application for BlackBriar Advisors, LLC.(1.2); email correspondence to Bob Schleizer regarding time entries 04-01-2023 - 05-15-2023 (.2). | 1.40 |
| 05/25/2023 | E. Weaver | B190/ | Review and docket all dates and deadlines for 2004 examination/document requests received to date. | 0.50 |
| 05/25/2023 | R. Yates | B190/ | Put together draft of main arguments (.8); compile list of needed evidence (.3). | 1.10 |
| 05/25/2023 | R. Yates | B190/ | Edit First Amendment section of draft. | 2.30 |
| 05/25/2023 | R. Yates | B190/ | Edit collateral estoppel argument section of brief | 1.30 |
| 05/25/2023 | J. Yoon | B170/ | Analyze and review Teneo's fee statements and billing narratives to draft response and reservation of potential objections (4); draft and revise response to Teneo's first three fee statements (2.8). | 3.20 |

Jones, Alex "AJ"                                                                                    Page 26
                                                                                              May 31, 2023

Client #        50134                                                              Invoice # 761710
Matter #        00802                                                         Responsible Attorney
                                                                                   Vickie L. Driver

Post - petition

| 05/26/2023 | C. Craig | B190/ | Develop strategy for production of documents produced in underlying state court proceeding (.5); review and analyze documents to produce prior to production (1.0). | 1.50 |
|---|---|---|---|---|
| 05/26/2023 | M. Figueroa | B190/ | Continued reviewing fourth (consolidated) batch (2787 docs) of previously produced documents while simultaneously redacting family names/private property/privileged information in anticipation of production in response to request by UCC | 0.80 |
| 05/26/2023 | A. Finch | B110/ | Review recovered data re: Client's Iphone/Digital Mountain collection (in responses to committee's 2004 requests) | 0.30 |
| 05/26/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 25 Thursday (4.0); summarize statements made related to case (.1) | 4.10 |
| 05/26/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 24 Wednesday (4.0); summarize statements made related to case (.1) | 4.10 |
| 05/26/2023 | D. McClellan | B190/ | Review and analyze Texas law for response to Texas plaintiffs' MSJ | 1.20 |

Jones, Alex "AJ"                                                                              Page 27
                                                                                           May 31, 2023

Client #        50134                                                          Invoice # 761710
Matter #        00802                                                      Responsible Attorney
                                                                                Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|------|-----------|------|-------------|-------|
| 05/26/2023 | C. Stephenson | B160/ | Review and revise billing statements (4.2); review and revise fee applications (2.3) | 6.50 |
| 05/26/2023 | E. Weaver | B110/ | Electronic case file management of monthly operating reports. | 0.60 |
| 05/26/2023 | R. Yates | B190/ | Brainstorm topics for Connecticut collateral estoppel balancing test; communicate with co-counsel regarding the same | 2.50 |
| 05/26/2023 | R. Yates | B190/ | Outline legal premises for section of brief questioning quality of prior proceedings | 0.70 |
| 05/26/2023 | J. Yoon | B170/ | Analyze and review Teneo's fee statements and billing narratives for unnecessary fees for potential objections | 3.10 |
| 05/27/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 26 Friday (4.0); summarize statements made related to case (.1) | 4.10 |
| 05/29/2023 | N. Collins | B240/ | Continue analyzing Trust Agreement for tax treatment. | 0.90 |
| 05/29/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 28 Sunday (2.0); summarize statements made related to case (.1) | 2.10 |
| 05/29/2023 | D. McClellan | B190/ | Review and analyze draft response to Connecticut plaintiffs" MSJ | 2.90 |

Jones, Alex "AJ"                                                                                     Page 28
                                                                                                    May 31, 2023

Client #        50134                                                          Invoice # 761710
Matter #        00802                                                          Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 05/29/2023 | R. Yates | B190/ | Research and draft section on skewing prior proceeding to pre-determine nondischargeability | 1.40 |
| 05/29/2023 | R. Yates | B190/ | Draft legal premises for section of brief questioning quality of prior proceedings | 2.20 |
| 05/29/2023 | R. Yates | B190/ | Draft section comparing willful and malicious section under 523(a)(6) to fraud exception under 523(a)(2) | 0.80 |
| 05/29/2023 | R. Yates | B190/ | Draft outline of argument comparing extensiveness of prior proceedings here with that of prior proceedings in cases in which default judgments were given preclusive effect | 0.60 |
| 05/30/2023 | N. Collins | B240/ | Evaluate Trust Agreement and asset protection features (2.0); discussion with Team regarding assets held by the Trust (.9). | 2.90 |
| 05/30/2023 | C. Craig | B120/ | Review and analyze terms of trust agreement to assess level of control debtor asserts over trust assets | 0.40 |
| 05/30/2023 | C. Craig | B160/ | Draft proposed order granting interim fee application of Rachel Kennerly, LLC | 0.40 |
| 05/30/2023 | C. Craig | B160/ | Draft proposed order granting interim fee application of Blackbriar Advisors | 0.40 |
| 05/30/2023 | C. Craig | B160/ | Draft proposed order granting interim fee application of Crowe & Dunlevy | 0.40 |

Jones, Alex "AJ"                                                                          Page 29
                                                                                      May 31, 2023

Client #        50134                                                          Invoice # 761710
Matter #        00802                                                    Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 05/30/2023 | C. Craig | B190/ | Review and analyze correspondence from the UCC regarding status of document production in this matter. | 0.60 |
| 05/30/2023 | C. Craig | B190/ | Review document production by Bank of America, NA for potential confidential information shared with entities not a party to the Protective Order (.3); draft correspondence to entities regarding Protective Order in place (.3). | 0.60 |
| 05/30/2023 | C. Craig | B190/ | Prepare production of responsive documents to UCC requests. | 1.00 |
| 05/30/2023 | V. Driver | B140/ | Emails with A. Reynal on fee estimates for lift stay motion hearing if needed. | 0.10 |
| 05/30/2023 | V. Driver | B190/ | Call discussing production by 2004 respondent to overly broad distribution list and formulate strategy to seek agreement from recipients to agree to PO if they access the link provided (.6); review emails regarding same (.3); Begin drafting contract with FSS on product and marketing services with Debtor (1.1). | 2.00 |
| 05/30/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 29 Monday (4.0); summarize statements made related to case (.1) | 4.10 |

Jones, Alex "AJ"                                                                          Page 30
                                                                                      May 31, 2023

Client #        50134                                                        Invoice # 761710
Matter #        00802                                                      Responsible Attorney
                                                                             Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 05/30/2023 | D. McClellan | B190/ | Develop strategy for response to Texas plaintiffs' MSJ | 0.70 |
| 05/30/2023 | D. McClellan | B190/ | Review and analyze state court record for response to Texas plaintiffs' MSJ | 1.50 |
| 05/30/2023 | D. McClellan | B190/ | Draft analysis section of response to Texas plaintiffs' MSJ | 7.30 |
| 05/30/2023 | C. Stephenson | B120/ | Conference regarding Trust matters (.8); review and respond to related correspondence (.5). | 1.30 |
| 05/30/2023 | C. Stephenson | B160/ | Call regarding fee app status for other professional (.3); review related correspondence (.6); revise C&D fee application and revise billing (3.8); review and revise BlackBriar fee application (.9); review and revise Kennerly fee application (.6); review and revise proposed orders (1.3). | 7.50 |
| 05/30/2023 | C. Stephenson | B190/ | Conference and correspondence regarding discovery issues. | 0.40 |
| 05/30/2023 | E. Weaver | B160/ | Revise, finalize and file first interim fee applications for Crowe & Dunlevy, BlackBriar Advisors and Rachel Kennerly (4.2); compile fee applications and serve via email according to interim compensation order (.5). | 4.70 |
| 05/30/2023 | R. Yates | B190/ | Develop arguments for brief with Deric J. McClellan | 0.90 |

Jones, Alex "AJ"                                                                                                          Page 31
                                                                                                                       May 31, 2023

Client #          50134                                                                                        Invoice # 761710
Matter #          00802                                                                               Responsible Attorney
                                                                                                           Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 05/30/2023 | R. Yates | B190/ | Strengthen First Amendment argument with examples and citations | 0.90 |
| 05/30/2023 | R. Yates | B190/ | Draft "actually litigated" section of response brief | 2.70 |
| 05/30/2023 | R. Yates | B190/ | Coordinate for review of record evidence to support factual assertions in brief | 0.30 |
| 05/30/2023 | R. Yates | B190/ | Review sections on improper skew of prior legal proceedings and actually litigated prong of collateral estoppel | 0.40 |
| 05/30/2023 | R. Yates | B190/ | Outline full argument section of brief | 0.50 |
| 05/30/2023 | J. Yoon | B190/ | Analyze and review Connecticut state court case record for evidentiary support for response to motion for summary judgment and incorporate into response to motion for summary judgment of the Connecticut tort claimants. | 5.30 |
| 05/31/2023 | C. Craig | B190/ | Assess status of icloud and email data collection (.3); develop strategy for review process of such data collection in response to UCC requests (.4). | 0.70 |
| 05/31/2023 | V. Driver | B140/ | Call with TX Tort Claimant counsel on status of comments to 9019 | 0.50 |

Jones, Alex "AJ"                                                                                       Page 32
                                                                                                 May 31, 2023

Client #        50134                                                                   Invoice # 761710
Matter #        00802                                                             Responsible Attorney
                                                                                        Vickie L. Driver

Post - petition

| 05/31/2023 | V. Driver | B190/ | Send update on Fontaine procedural status to dischargeability trial team (.1); send brief from Pattis to trial team for comments (.2); call with SubV Trustee on mediation counter proposal (.4); review data production and retrieval contents and review protocol for same (.8) | 1.50 |
|---|---|---|---|---|
| 05/31/2023 | V. Driver | B210/ | Emails scheduling call on employment agreement comments with SubV trustee counsel, FSS and UCC (.2); emails discussing interplay of issues regarding employment agreement and overall settlement discussions and budget disagreements (.7); review comments from FSS counsel on motion to approve employment agreement (.2); review plan projections and send comments (.5); review responses to same (.1); drafting Product and Marketing services agreement between AJ and FSS and send for comment (1.2) | 2.90 |
| 05/31/2023 | A. Finch | B210/ | Review and analyze client's existing platform content, InfoWars: Ep. 2023 May 30 Tuesday (4.0); summarize statements made related to case (.1) | 4.10 |
| 05/31/2023 | D. McClellan | B190/ | Draft analysis section of response to Texas plaintiffs' MSJ | 8.50 |

Jones, Alex "AJ"                                                              Page 33
                                                                        May 31, 2023

Client #        50134                                              Invoice # 761710
Matter #        00802                                         Responsible Attorney
                                                                    Vickie L. Driver

Post - petition

| 05/31/2023 | E. Weaver | B110/ | Electronic case file management. | 2.80 |
| 05/31/2023 | R. Yates | B190/ | Draft section of brief in response to summary judgment motion regarding public policy balancing against collateral estoppel | 4.90 |
| 05/31/2023 | J. Yoon | B170/ | Analyze and review Teneo's fee statements and billing narratives for potentially objectionable fees to be incorporated into response to Teneo's first three fee statements. | 3.10 |
| 05/31/2023 | J. Yoon | B190/ | Analyze and review Connecticut state court case record for evidentiary support for response to motion for summary judgment and incorporate into response to motion for summary judgment of the Connecticut tort claimants. | 3.70 |

                                                    Total Hours          454.50

Total Fees for this Invoice                                          $181,217.00


## SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| B110 | 29.60 | 12,493.00 | Bankruptcy - Case Administration |
| B120 | 8.70 | 5,801.50 | Bankruptcy - Asset Analysis and Recovery |

Jones, Alex "AJ"                                                                                        Page 34
                                                                                                      May 31, 2023

Client #          50134                                                                          Invoice # 761710
Matter #          00802                                                                      Responsible Attorney
                                                                                                  Vickie L. Driver

Post - petition

## SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| B140 | 1.70 | 1,351.50 | Bankruptcy - Relief from Stay/Adequate Protection Proceedings |
| B160 | 40.10 | 16,340.50 | Bankruptcy - Fee/Employment Applications |
| B170 | 13.50 | 3,847.50 | Bankruptcy - Fee/Employment Objections |
| B185 | 2.50 | 1,859.50 | Bankruptcy - Assumption/Rejection of Leases and Contracts |
| B190 | 269.50 | 100,146.50 | Bankruptcy - Other Contested Matters (excluding assumption/rejection motions) |
| B195 | 11.80 | 6,637.00 | Bankruptcy - Non-Working Travel |
| B210 | 66.20 | 27,144.00 | Bankruptcy - Business Operations |
| B240 | 5.00 | 3,375.00 | Bankruptcy - Tax Issues |
| B320 | 5.90 | 2,221.00 | Bankruptcy - Plan and Disclosure Statement (including Business Plan) |
| Total | 454.50 | $181,217.00 | |

| | | |
|---|---|---|
| 05/18/2023 | VENDOR: Finch , Amanda; INVOICE#: 760911; DATE: 5/18/2023 - AMF; reimbursement for travel expenses to/from Austin, Texas, May 16-17, 2023 for work on the bankruptcy case; transportation $677.57; lodging $157.95; meals $161.02; mileage 54 x .655/mile $35.37; parking $36.00 | $1,067.91 |

Jones, Alex "AJ"                                                                    Page 35
                                                                           May 31, 2023

Client #        50134                                          Invoice # 761710
Matter #        00802                                        Responsible Attorney
                                                               Vickie L. Driver

Post - petition

| 05/22/2023 | VENDOR: Driver , Vickie; INVOICE#: 760947; DATE: 5/22/2023 - Driver, Vickie - Reimbursement for travel to Austin, Texas 4/25/2023 - 4/26/2023 for Dischargeability Analysis of both Texas and Connecticut complaint | 684.84 |
| 05/22/2023 | VENDOR: Driver , Vickie; INVOICE#: 760952; DATE: 5/22/2023 - Driver, Vickie L. - Reimbursement for travel to Austin, Texas 5/3/2023-5/5/2023 to analyze issues with ESG and FSS and analyze potential resolution | 1,168.01 |
| 05/24/2023 | Staine, Christopher reimbursement for record retrieval fees 5/8/2023 | 24.90 |
| 05/24/2023 | Staine, Christopher reimbursement for payment of documents from Texas Research 4/6/2023 | 6.15 |
| 05/24/2023 | Staine, Christopher reimbursement for payment of fees associated with document purchase from Texas Research 4/24/2023 | 36.85 |
| 05/25/2023 | Davis Chris reimbursement for dinner with Vickie Driver and Deric McClellan to discuss Alex Jones case 3/22/2023 | 370.87 |
| 05/31/2023 | Everlaw- eDiscovery Data Hosting and Storage for subscription database for the month of May 2023 | 832.00 |

|  |  |
| --- | --- |
| Subtotal of Expenses | $4,191.53 |
| Online Research | $453.60 |
| Subtotal of Costs | $453.60 |
| Total Expenses and Costs for this Invoice | $4,645.13 |

Jones, Alex "AJ"                                                    Page 36
                                                                  May 31, 2023

Client #       50134                                        Invoice # 761710
Matter #       00802                                    Responsible Attorney
                                                             Vickie L. Driver

Post - petition

## SUMMARY OF DISBURSEMENTS

| Task Code | Amount | Task Description |
|-----------|--------|------------------|
| E106 | 453.60 | On-line research |
| E110 | 2,920.76 | Out-of-town travel |
| E111 | 370.87 | Meals |
| E118 | 832.00 | Litigation support vendors |
| E123 | 67.90 | Other professionals |
| Total | $4,645.13 | |

Total For This Invoice                                          $185,862.13

Jones, Alex "AJ"                                                                Page 37
                                                                            May 31, 2023

Client #         50134                                          Invoice # 761710
Matter #         00802                                    Responsible Attorney
                                                                 Vickie L. Driver

Post - petition

SUMMARY OF FEES

| Name | Hours Worked | Hourly Rate | Bill Amount |
|------|-------------:|------------:|------------:|
| C. Blacklee | 6.10 | 225.00 | 1,372.50 |
| L. Dauphin | 3.70 | 185.00 | 684.50 |
| D. McClellan | 76.60 | 310.00 | 23,746.00 |
| V. Driver | 57.00 | 795.00 | 45,315.00 |
| C. Stephenson | 49.30 | 715.00 | 35,249.50 |
| J. Booth | 0.10 | 265.00 | 26.50 |
| E. Weaver | 32.80 | 295.00 | 9,676.00 |
| A. Finch | 67.60 | 305.00 | 20,618.00 |
| C. McDonald | 0.50 | 255.00 | 127.50 |
| M. Figueroa | 7.90 | 250.00 | 1,975.00 |
| R. Yates | 57.90 | 340.00 | 19,686.00 |
| N. Collins | 5.00 | 675.00 | 3,375.00 |
| C. Craig | 32.30 | 229.85 | 7,424.00 |
| J. Yoon | 57.70 | 206.96 | 11,941.50 |
| Total | 454.50 | | $181,217.00 |