## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO.  22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

## SEVENTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023

| Name of Applicant: | Crowe & Dunlevy, P.C. | |
|---|---|---|
| Applicant's Role in Case: | Co-Counsel to Debtor | |
| Date Order of Appointment Signed: | January 20, 2023 (Dkt #104) | |
| | **Beginning of Period** | **End of Period** |
| Time Period Covered in Statement: | 07/01/2023 | 07/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total Fees Requested in this Statement: | $168,914.80[1] (80% of $211,143.50) | |
| Total Reimbursable Expenses Requested in this Statement: | $3,111.32[2] | |
| **Summary Attorney Fees for the Period Covered by this Statement** | | |
| Attorneys Fees in this Statement: | $203,011.50 | |
| Total Actual Attorneys Hours Covered by this Statement: | 415.10 | |
| Average Hourly Rate for Attorneys: | $488.83 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| Paraprofessional Fees Requested in this Statement: | $8,132.00 | |
| Total Actual Paraprofessional Hours Covered by this Statement: | 32.6 | |
| Average Hourly Rate for Paraprofessionals: | $249.45 | |

---

[1] Counsel is holding $0.00 as a retainer in its IOLTA Account which is included in this fee/expense request.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**SEVENTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 1**

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], Crowe & Dunlevy, P.C. ("C&D"), as co-counsel to the Debtor, hereby files its *Seventh Monthly Fee Statement of Crowe & Dunlevy, P.C. for Allowance of Compensation for Services Rendered as Co-Counsel to the Debtor for the Period from July 1, 2023 through July 31, 2023* (the "Monthly Fee Statement").

## RELIEF REQUESTED

1.      By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, C&D seeks interim payment of $168,914.80 (80% of 211,143.50) as compensation for professional services rendered to the Debtor during the period from July 1, 2023 through July 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $3,111.32, for a total amount of $172,026.12 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2.      In support of the Monthly Fee Statement, C&D submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Legal Fees by Category as Counsel*

*for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Co-Counsel for the Fee Period*, attached hereto as **Exhibit C**.

      3.     Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order), and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline:

      a.     Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

      b.     U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

      c.     Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

      d.     Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

      e.     Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

      f.     Any other parties that the Court may designate.

In light of the nature of the relief requested herein, C&D submits that no further or other notice is required.

4.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. C&D reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5.      Therefore, C&D respectfully submits support for its fees in the amount of $211,143.50 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $3,111.32 for reasonable, actual and necessary expenses incurred during the Fee Period. C&D further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to C&D the amount of $172,026.12 which is equal to the sum of 80% of C&D's fees and 100% of C&D's expenses incurred during the Fee Period.

Houston, TX
Dated: August 31, 2023

**CROWE & DUNLEVY, P.C.**

By: _/s/ Christina W. Stephenson_
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

**ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

I certify that on August 31, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a.   Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b.   U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c.   Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d.   Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e.   Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f.   Any other parties that the Court may designate.

*/s/ Christina W. Stephenson*
Christina W. Stephenson

# EXHIBIT "A"

## SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Lodging/Travel/Meals | 2019.45 |
| Litigation support vendors | 941.90 |
| Express Courier Charges | 149.97 |

# EXHIBIT "B"

## SUMMARY OF LEGAL FEES AND EXPENSES BY CATEGORY
## FOR THE FEE PERIOD

| CATEGORIES | ATTORNEY TIME | PARALEGAL TIME |
|---|---|---|
| B110 Case Administration | 5.4 | 9.1 |
| B120 Asset Analysis and Recovery | 4.0 | .3 |
| B130 Asset Disposition | 13.1 | .2 |
| B140 Relief from Stay/Adequate Protection | 11.3 | .3 |
| B150 Meetings of & Communications with Creditors | 0.00 | 0.0 |
| B160 Fee/Employment Applications | 3.5 | 1.7 |
| B170 Fee/Employment Objections | 1.1 | 0.00 |
| B180 Avoidance Action Analysis | 0.00 | 0.00 |
| B185 Assumption/Rejection of Executory Contracts | 2.5 | 2.0 |
| B190 Other Contested Matters | 320.4 | 18.8 |
| B195 Non-Working Travel | 16.8 | 0.00 |
| B210 Business Operations | 32.5 | 0.00 |
| B220 Employee Benefits/Pensions | 0.00 | 0.00 |
| B230 Financing/Cash Collections | 0.00 | 0.00 |
| B240 Tax Issues | 2.6 | .2 |
| B250 Real Estate | 0.00 | 0.00 |
| B260 Board of Directors Matters | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 1.9 | 0.00 |
| B320 Plan and Disclosure Statement | 0.00 | 0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.00 | 0.00 |
| B420 Restructurings | 0.00 | 0.00 |
| **TOTALS:** | **415.1** | **32.6** |

## <u>EXHIBIT "C"</u>

## DETAILED RECORD OF FEES FOR THE FEE PERIOD

# CROWE&DUNLEVY
## ATTORNEYS AND COUNSELORS AT LAW

**2525 MCKINNON, SUITE 425**
**DALLAS, TX 75201**
**(214) 420-2163**
TAX I.D. NUMBER 73-1055796

July 31, 2023
Invoice # 761700

Alex "AJ" Jones
ATTN: Shelby A. Jordan
6207 Bee Cave Road, Suite 120
Austin, TX 78746

Responsible Attorney
Vickie L. Driver

Client #        50134
Matter #        00802

Post – petition

## <u>INVOICE SUMMARY</u>

| | |
|---|---|
| Current Invoice Total Fees | $211,143.50 |
| Current Invoice Total Expenses | $3,111.32 |
| **Current Invoice Total** | **$214,254.82** |

*Payment Instructions*

| Check Remittance: | Credit Card Remittance: | Wire Remittance: |
|---|---|---|
| **Mail To:** | **https://www.crowedunlevy.com/makeapayment/** | **Bank Name: BancFirst** |
| **Crowe & Dunlevy** | | **Routing #103003632** |
| **Braniff Building** | | **Oklahoma City, OK 73102** |
| **324 N. Robinson Ave., Ste. 100** | | **Account Name: Crowe & Dunlevy** |
| **Oklahoma City, OK 73102** | | **Account Number 4025023715** |
| | | **Swift Code BFOKUS44** |

*Please refer to Invoice # 761700 and any other invoice numbers being paid on your remittance.*

Jones, Alex "AJ"

Page 2<br>July 31, 2023

Client #     50134

Invoice # 761700<br>Responsible Attorney<br>Vickie L. Driver

Matter #     00802

Post - petition

| Date | Attorney | Task | Description | Hours |
|------|----------|------|-------------|-------|
| 07/02/2023 | V. Driver | B160/ | Emails with N. Pattis and Crissie W. Stephenson regarding amendments to application. | 0.40 |
| 07/03/2023 | V. Driver | B210/ | Review and revise employment agreement (.6); email to Sub V Trustee and counsel for review and comment (.1). | 0.70 |
| 07/03/2023 | A. Finch | B190/ | Review and Correct transcription of Voice Texts (to include making notes about relevancy, privilege, etc.). | 2.50 |
| 07/04/2023 | A. Finch | B190/ | Review (approximately 110) Voice Notes to determine responsiveness to 2004 requests. | 5.00 |
| 07/04/2023 | E. Weaver | B110/ | Continue work on third amended schedules and amended sofa. | 3.50 |
| 07/05/2023 | V. Driver | B190/ | Call with TX Trial and appellate lawyers seeking budgeting for upcoming months to incorporate into AJ's and FSS budgets for TX appeal and upcoming trial. | 0.70 |
| 07/05/2023 | V. Driver | B210/ | Draft correspondence regarding operations and review of employment agreement. | 0.30 |
| 07/06/2023 | V. Driver | B160/ | Correspondence with N. Pattis regarding claims against estate. | 0.40 |

Jones, Alex "AJ"                                                                                                          Page 3
                                                                                                                   July 31, 2023

Client #        50134                                                                                      Invoice # 761700
Matter #        00802                                                                           Responsible Attorney
                                                                                                            Vickie L. Driver

Post - petition

| Date | Attorney | Task | Description | Hours |
|---|---|---|---|---|
| 07/06/2023 | V. Driver | B190/ | Meeting on FSS/Debtor issues (1.0); review emergency motion for extension and respond to lawyers (.4); email Court to relay agreement with extension (.1). | 1.50 |
| 07/06/2023 | V. Driver | B210/ | Call with Sub V Trustee and counsel walking through employment agreement comments and concerns (.8); review and revise employment agreement and send back to group for review and comment (.8). | 1.60 |
| 07/06/2023 | C. Stephenson | B310/ | Perform analysis and draft related correspondence regarding administrative claims (.8); revise draft Application and proposed order (1.1). | 1.90 |
| 07/06/2023 | E. Weaver | B190/ | Review emergency motion for an order to extend deadline to file reply for both adversary cases and circulate to team. | 0.30 |
| 07/07/2023 | V. Driver | B160/ | Draft correspondence to financial advisors regarding additional claims (.4); call with client on employment agreement and other operational issues (.5); per client, send employment agreement to S. Jordan for review and comment. (.2) | 1.10 |
| 07/07/2023 | V. Driver | B190/ | Draft correspondence regarding document production. | 0.20 |
| 07/07/2023 | V. Driver | B210/ | Email and call regarding ESG analysis and FSS. (.5) Emails with team on production of documents. (.5) | 1.00 |

Jones, Alex "AJ"
Page 4<br>July 31, 2023

| Client # | 50134 | | Invoice # 761700 |
| Matter # | 00802 | | Responsible Attorney |
| | | | Vickie L. Driver |

Post - petition

| 07/07/2023 | A. Finch | B110/ | Review Voice Notes to determine responsiveness to 2004 requests | 0.20 |
|---|---|---|---|---|
| 07/07/2023 | E. Weaver | B190/ | Review stipulation and agreed order regarding schedule for answer and summary judgment briefing and docket reply deadline for both adversary cases. | 0.30 |
| 07/09/2023 | V. Driver | B190/ | Review and respond to emails regarding E. Jones deposition scheduling and location. | 0.30 |
| 07/10/2023 | V. Driver | B110/ | Draft correspondence to financial advisors regarding UST Fee notice. | 0.20 |
| 07/10/2023 | V. Driver | B190/ | Call to discuss E. Jones deposition. | 0.40 |
| 07/10/2023 | V. Driver | B210/ | Conference regarding FTC regs for media personality endorsements and marketing (.7); review and respond to S. Jordan comments to employment agreement. (.8) | 1.50 |
| 07/10/2023 | D. Palmer | B210/ | Research regulatory issue regarding promotional activities. | 1.00 |
| 07/11/2023 | L. Dauphin | B190/ | Identify and extract audio notes from Cellebrite report in preparation of production. | 0.90 |
| 07/11/2023 | V. Driver | B190/ | Call with team on discovery progress. | 0.50 |
| 07/11/2023 | V. Driver | B190/ | Call on matter with TDJ Restoration and next steps. | 0.70 |

Jones, Alex "AJ"

Page 5<br>July 31, 2023

| Client # | 50134 | | | | Invoice # 761700 |
|---|---|---|---|---|---|

Responsible Attorney<br>Vickie L. Driver

Matter #     00802

Post - petition

| 07/11/2023 | V. Driver | B210/ | Review motion to approve book contracts and prepare for filing (.2); finalize redactions (.2). | 0.40 |
|---|---|---|---|---|
| 07/11/2023 | V. Driver | B210/ | Review revisions to employment agreement from Sub V (.3); revise employment agreement and send to group seeking call to discuss same (.9). Review response to turnover motion filed by FSS. (.3) | 1.50 |
| 07/11/2023 | E. Weaver | B190/ | Compile exhibits to motion for order sealing book contracts and circulate to team. | 0.30 |
| 07/11/2023 | E. Weaver | B190/ | Review dallaseservice inbox and circulate to team request for supplemental clerk's record and request for supplemental reporter's record filed in the Travis County District Court. | 0.40 |
| 07/11/2023 | E. Weaver | B190/ | Review and revise motion for order sealing book contracts. | 0.70 |
| 07/12/2023 | L. Dauphin | B190/ | Prepare client document for attorney production review. | 0.10 |
| 07/12/2023 | V. Driver | B140/ | Review ESG contracts and analyze payment calculations (.4); emails and calls with financial advisors on calculation of return (.6). | 1.00 |

Jones, Alex "AJ"                                                                    Page 6
                                                                               July 31, 2023

Client #        50134                                                    Invoice # 761700
Matter #        00802                                               Responsible Attorney
                                                                       Vickie L. Driver

Post - petition

| 07/12/2023 | V. Driver | B190/ | Draft correspondence producing boat title transfer documents from Reilly (.2); review and respond to correspondence with UCC regarding anonymous 2022 donor (.2); review correspondence seeking new dates for AJ and financial advisors (.3); review 2004 deposition notices. (.3) | 0.90 |
| --- | --- | --- | --- | --- |
| 07/12/2023 | V. Driver | B195/ | Travel to Austin (billed at half time 2.2) | 1.10 |
| 07/12/2023 | V. Driver | B210/ | Draft and review multiple emails regarding Cicack Holdings issues with FSS and AJ and ESG. (1.2); call with Sub V Trustee and counsel on employment agreement (.4); review and revise same and send around to all interested parties (.6). | 2.20 |
| 07/12/2023 | D. McClellan | B190/ | Review and analyze availability for Alex Jones deposition dates | 0.20 |
| 07/12/2023 | C. Stephenson | B185/ | Review and revise Motion to Assume and approve Book Contracts (1.4); draft related correspondence (.3); draft proposed order (.8). | 2.50 |
| 07/12/2023 | C. Stephenson | B190/ | Review and analyze UCC correspondence (.4); draft related correspondence (.3). | 0.70 |
| 07/12/2023 | E. Weaver | B120/ | Search for objection filed in the FSS case to ESG's motion to turn over property and circulate to team. | 0.30 |

Jones, Alex "AJ"                                                                          Page 7
                                                                                    July 31, 2023

Client #        50134                                                        Invoice # 761700
Matter #        00802                                                    Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| 07/12/2023 | E. Weaver | B185/ | Revise, finalize and file motion to assume existing book contract and approve new contract (1.7); coordinate service of same (.3). | 2.00 |
|---|---|---|---|---|
| 07/12/2023 | E. Weaver | B190/ | Review Glaston boat title and coordinate with litigation team to prep for document production. | 0.20 |
| 07/13/2023 | V. Driver | B190/ | Call with client on E. Jones' deposition and preparation for same (.9); draft and review emails regarding status of voice text and memo review and production of same (.2); calls working through document production issues (1.3); review documents for production (1.7); draft and review correspondence regarding joint defense agreement for FSS and AJ. (.3); review emails regarding cancellation of E. deposition (.5); review alleged transfers to E. Jones (.4); conference with client regarding income and expenses (.8). | 6.10 |
| 07/13/2023 | V. Driver | B190/ | Draft correspondence to co-counsel regarding emails needed to respond to discovery requests. | 0.30 |
| 07/13/2023 | V. Driver | B210/ | Meeting with client to review employment agreement (.8); emails regarding book contract motion with UCC (.3). | 1.10 |

Jones, Alex "AJ"                                                                    Page 8
                                                                            July 31, 2023

Client #        50134                                          Invoice # 761700
Matter #        00802                                     Responsible Attorney
                                                              Vickie L. Driver

Post - petition

| 07/13/2023 | A. Sokolosky | B190/ | Review and analyze 2004 requests and assist with document production. | 3.00 |
|---|---|---|---|---|
| 07/13/2023 | C. Stephenson | B190/ | Review correspondence regarding deposition changes and issues. | 1.20 |
| 07/14/2023 | V. Driver | B190/ | Review and respond to correspondence regarding assistance for E. Jones team on deposition preparation (.5); Review correspondence regarding recovered damaged phone data (.4); review notice of rescheduling of E. Jones deposition (.2); preparation for and meeting with K. Porter on discovery issues (.2.6); draft follow up email with agreements and to dos for document production and discuss with team lead (.5); meeting with client on various discovery and related issues. (2.1); draft emails to Debtor staff seeking emails for production to UCC. (.4) | 7.90 |
| 07/14/2023 | V. Driver | B195/ | Travel from Austin to Dallas (billed at half time 2.0) | 1.00 |
| 07/14/2023 | V. Driver | B210/ | Review and respond to correspondence with UST regarding redacted book contracts. | 0.30 |

Jones, Alex "AJ"

Page 9
July 31, 2023

| Client # | 50134 | | Invoice # 761700 |
|----------|-------|--|------------------|

Matter #    00802

Responsible Attorney
Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 07/14/2023 | V. Driver | B210/ | Review discovery on admin claim application (.8); send financial questions to financial advisors for review and answer from bank account statements (4); call to Tyler Wulff regarding whiskey deal and connecting with counsel on FTC regs (.3);  meeting with client on FSS operations, marketing and advertising issues. (.8) | 2.30 |
| 07/14/2023 | A. Sokolosky | B190/ | Perform document review and assist with responding to 2004 requests. | 3.70 |
| 07/14/2023 | C. Stephenson | B190/ | Review reply briefs. | 4.40 |
| 07/14/2023 | E. Weaver | B110/ | Review and redact bank statements received from BlackBriar Advisors in support of May MOR. | 1.00 |
| 07/14/2023 | E. Weaver | B140/ | Review 2004 examination notices to David Jones and Patrick Reilly and docket same. | 0.30 |
| 07/14/2023 | R. Yates | B190/ | Review summary judgment briefing and record in preparation for hearing (Connecticut case) | 1.60 |
| 07/14/2023 | R. Yates | B190/ | Review summary judgment briefing and record in preparation for hearing (Texas case) | 1.90 |

Jones, Alex "AJ"                                                                                              Page 10
                                                                                                        July 31, 2023

Client #      50134                                                                          Invoice # 761700
Matter #      00802                                                                     Responsible Attorney
                                                                                              Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 07/15/2023 | V. Driver | B190/ | Call with client regarding TX trial strategy and overall case strategy (.8); call with N. Pattis and client regarding same (.9); call with N. Pattis regarding same (.7). Brief review of TX and CT reply to briefs and emails staffing detailed review and discussion of same. (1.5) | 3.90 |
| 07/15/2023 | R. Yates | B190/ | Prepare outline for hearing on summary judgment motion | 2.20 |
| 07/16/2023 | V. Driver | B190/ | Call with C. Martin on background in TX case and discuss strategy going forward (.5); call with N. Pattis regarding Texas trial strategy. (.4) | 0.90 |
| 07/17/2023 | J. Davis | B190/ | Reviewing the briefing and the cases cited in the summary judgment briefing of the CT Plaintiffs' case. | 3.60 |
| 07/17/2023 | V. Driver | B110/ | Follow up on various pleadings to be filed in case to implement case strategy. (.8) | 0.80 |
| 07/17/2023 | V. Driver | B140/ | Review and revise motion to enforce stay with ESG and prepare for filing. | 1.30 |

Jones, Alex "AJ"                                                                    Page 11
                                                                           July 31, 2023

Client #        50134                                              Invoice # 761700
Matter #        00802                                        Responsible Attorney
                                                                    Vickie L. Driver

Post - petition

| 07/17/2023 | V. Driver | B190/ | Draft correspondence to UCC regarding document production (.1); meeting regarding software issues with data collection with team (.2); review summary of voice message review (.3); preparation for reply brief calls (.7); review and analyze issues with reply brief staffing and preparation for MSJ hearing (.6); strategy regarding dividing up argument sections (.7). | 2.60 |
|---|---|---|---|---|
| 07/17/2023 | V. Driver | B210/ | Call with R. Battaglia on operational issues and potential settlement of administrative expense claim and correspondence regarding same. | 0.80 |
| 07/17/2023 | A. Finch | B190/ | Review audio recordings for production responsive to 2004 requests from UCC. | 2.40 |
| 07/17/2023 | D. McClellan | B190/ | Review and analyze reply brief of Texas plaintiffs | 2.50 |
| 07/17/2023 | A. Sokolosky | B190/ | Perform document review in connection with 2004 requests. | 3.10 |
| 07/17/2023 | C. Stephenson | B140/ | Review and revise Motion to Enforce the Automatic Stay and Proposed Order (2.3); review and respond to related correspondence (.8). | 3.10 |
| 07/17/2023 | C. Stephenson | B190/ | Review and analyze Reply Brief (2.5); calls to discuss same (1.3). | 3.80 |

Jones, Alex "AJ"                                                                                    Page 12
                                                                                            July 31, 2023

Client #       50134                                                            Invoice # 761700
Matter #       00802                                                        Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| 07/17/2023 | E. Weaver | B130/ | Review case docket for FSS and docket continued cash collateral hearing date. | 0.20 |
| 07/17/2023 | R. Yates | B190/ | Read and analyze plaintiff's Connecticut reply brief in support of summary judgment | 1.30 |
| 07/17/2023 | R. Yates | B190/ | Identify issues and cases from reply brief for use in preparation for hearing | 2.10 |
| 07/17/2023 | R. Yates | B190/ | Organize legal arguments and formulate responses to plaintiff's legal positions | 1.50 |
| 07/17/2023 | R. Yates | B190/ | Assess key arguments in plaintiff's reply brief | 0.60 |
| 07/17/2023 | J. Yoon | B120/ | Draft and revise Rule 2004 Examination of Youngevity International | 1.20 |
| 07/17/2023 | J. Yoon | B140/ | Draft and revise Emergency Motion to Enforce Automatic Stay against Elevated Solutions Group, LLC | 4.10 |
| 07/18/2023 | C. Chamberlain | B190/ | Conference call with internal team of document reviewers regarding coding protocol for reviewing client documents and coding the same for production. | 0.40 |
| 07/18/2023 | L. Dauphin | B190/ | Identify time stamp of recording sent to Greg Reese (.3); review and respond to correspondence regarding Cellebrite version used for reporting (.3). | 0.60 |

Jones, Alex "AJ"

Page 13
July 31, 2023

| | | | |
|---|---|---|---|
| Client # | 50134 | | Invoice # 761700 |
| Matter # | 00802 | | Responsible Attorney |
| | | | Vickie L. Driver |

Post - petition

| | | | | |
|---|---|---|---|---|
| 07/18/2023 | J. Davis | B190/ | Review of the CT Plaintiffs' MSJ and Brief, and Debtor's Response Brief, and the Plaintiffs Reply Brief. | 3.50 |
| 07/18/2023 | J. Davis | B190/ | Call with client Alex Jones and counsel Vickie L. Driver to consult and advise on our perspective of all the MSJ briefing. | 1.00 |
| 07/18/2023 | J. Davis | B190/ | Reviewing cases cited and briefing of the MSJ filings for the CT Plaintiffs to prepare for oral argument. | 2.00 |
| 07/18/2023 | V. Driver | B140/ | Review and analyze ESG split between FSS/ESG and A. Jones (.4); revise and send to counsel for FSS to send to ESG's counsel for approval or comment (.5); emails with financial advisors regarding same (.4). | 1.10 |

Jones, Alex "AJ"                                                                          Page 14
                                                                                    July 31, 2023

Client #        50134                                                          Invoice # 761700
Matter #        00802                                                     Responsible Attorney
                                                                             Vickie L. Driver

Post - petition

| 07/18/2023 | V. Driver | B190/ | Draft and review emails regarding version of software used to gather phone data (.2); review emails rescheduling E. Jones deposition (.1); call with nondischargeability team to discuss reply and need for response thereto (.8); call with client and Chris Davis and Crissie W. Stephenson to advise client on status of nondischargeability cases (.9); review documents (1.3); review and analyze emails on information to be reviewed (.3); attend call with document review team to develop strategy to finish review by 7/31 (.8); review and analyze settlement counter proposal (1.8); review and respond to email from mediator on latest settlement proposal (.1); call with L. Freeman on status of case (.7). | 8.30 |
| 07/18/2023 | V. Driver | B195/ | Travel to Austin (billed at half time 4.0) | 2.00 |
| 07/18/2023 | V. Driver | B210/ | Call with FSS counsel on contracts for marketing and advertising that need to be executed ASAP (.3); email contracts to FSS counsel for review (.1); call with entire tort claimant team and FSS discussing potential resolution of administrative expense claim application (.9); email extending discovery period (.1). | 1.40 |

Jones, Alex "AJ"                                                                                             Page 15
July 31, 2023

Client #        50134                                                                        Invoice # 761700
Matter #        00802                                                                      Responsible Attorney
                                                                                              Vickie L. Driver

Post - petition

| 07/18/2023 | A. Finch | B110/ | Review audio recordings to determine responsiveness to UCC's 2004 requests | 0.90 |
|---|---|---|---|---|
| 07/18/2023 | D. McClellan | B190/ | Develop strategy regarding document production for UCC request | 0.50 |
| 07/18/2023 | D. McClellan | B190/ | Develop strategy regarding Texas and Connecticut plaintiffs' reply briefs | 1.30 |
| 07/18/2023 | T. Smith | B190/ | Conference with document review team to discuss document review protocol and assignments | 0.30 |
| 07/18/2023 | A. Sokolosky | B190/ | Confer and strategize with document review team regarding review protocol and process. | 0.40 |
| 07/18/2023 | A. Sokolosky | B190/ | Confer with Vickie L. Driver regarding 2004 requests and document production. | 0.30 |
| 07/18/2023 | A. Sokolosky | B190/ | Review, revise, and edit document review protocol. | 1.40 |
| 07/18/2023 | A. Sokolosky | B190/ | Review and analyze first and second 2004 requests of the unsecured creditors committee. | 2.60 |
| 07/18/2023 | C. Stephenson | B190/ | Calls and correspondence regarding reply briefs and analysis regarding same. | 4.60 |
| 07/18/2023 | R. Yates | B190/ | Review and analyze reply in support of summary judgment in Texas case | 1.20 |
| 07/18/2023 | R. Yates | B190/ | Conduct thorough review of reply brief and arguments contained therein. | 1.50 |

Jones, Alex "AJ"                                                                                                Page 16
                                                                                                          July 31, 2023

Client #        50134                                                                          Invoice # 761700
Matter #        00802                                                                    Responsible Attorney
                                                                                             Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 07/18/2023 | R. Yates | B190/ | Draft worksheet of key legal issues and cases for summary judgment hearing | 1.20 |
| 07/18/2023 | R. Yates | B190/ | Formulate legal argument strategy for summary judgment hearing | 0.50 |
| 07/18/2023 | J. Yoon | B130/ | Draft and revise motion to sell personal property. | 3.90 |
| 07/18/2023 | J. Yoon | B190/ | Analyze and review document production and review protocols for UCC's Rule 2004 Examination | 0.40 |
| 07/18/2023 | J. Yoon | B190/ | Analyze and review reply briefs filed in the Connecticut and Texas adversarial proceedings for issues to be potentially addressed during oral arguments or a surreply brief | 0.50 |
| 07/19/2023 | L. Dauphin | B190/ | Identify and collect voice notes responsive to document production. | 0.80 |
| 07/19/2023 | V. Driver | B110/ | Meeting with client discussing strategy of case moving forward (1.1); review reporting on travel expenses and budgeting with spouse and analyze same for MOR (.8). | 1.90 |
| 07/19/2023 | V. Driver | B160/ | Meeting with C. Martin and N. Pattis on staffing on litigation and appeal (.8); review order of payment for professional fees and confirm same. (.4) | 1.20 |

Jones, Alex "AJ"                                                                              Page 17
                                                                                        July 31, 2023

Client #        50134                                                         Invoice # 761700
Matter #        00802                                                      Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| 07/19/2023 | V. Driver | B190/ | Analyze available dates for deposition of client and FA and email regarding same (.3); meeting with client discussing settlement counteroffer and potential response to same (1.3); discuss phone data retrieval with operation staff (.2); analyze information on thumb drive with team (.2); emails regarding firm who recovered data (.2); coordinating call to discuss potential transfers (.1); review 2004 for M. Jones (.2); emails with UCC counsel on date and conferring on date for same (.2). | 2.70 |
| 07/19/2023 | V. Driver | B195/ | Travel from Austin to Dallas (4.0 - billed at half time) | 2.00 |
| 07/19/2023 | V. Driver | B210/ | Draft and review emails regarding marketing contract forms and progress to execution (.4); draft and review emails regarding information on employment contract negotiation and document review regarding same. (.5) | 0.90 |
| 07/19/2023 | D. McClellan | B190/ | Review and analyze Texas and Connecticut plaintiffs' reply briefs. | 5.20 |
| 07/19/2023 | R. Yates | B190/ | Review comments on reply brief. | 0.40 |

Jones, Alex "AJ"

Page 18
July 31, 2023

Client #        50134                                          Invoice # 761700
Matter #       00802                                          Responsible Attorney
                                                              Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 07/19/2023 | J. Yoon | B130/ | Analyze and review statutes and case law regarding sale of personal property pursuant to section 363(f) in preparation to draft Motion for Order Approving Sale (2.3); analyze and review appraisal report and schedules in preparation to draft Motion for Order Approving Sale (2); draft and revise same (1.4). | 5.70 |
| 07/20/2023 | C. Chamberlain | B190/ | Review client documents and code the same for production and confidentiality. | 1.40 |
| 07/20/2023 | L. Dauphin | B190/ | Prepare responsive audio notes for final production review and redaction. | 1.00 |
| 07/20/2023 | V. Driver | B160/ | Correspondence with co-counsel and coordinating efforts to prevent double billing. | 0.40 |
| 07/20/2023 | V. Driver | B170/ | Reviewing fee statements and inquiry on appellate assistance from co-counsel. | 1.10 |
| 07/20/2023 | V. Driver | B190/ | Call with counsel for Carol and David Jones discussing potential fraudulent transfers and potential defenses to same (.8); draft and revise settlement counter proposal (.9). | 1.70 |
| 07/20/2023 | V. Driver | B210/ | Follow up with marketing on contract execution and progress. (.4) | 0.40 |
| 07/20/2023 | D. McClellan | B190/ | Review documents to produce for UCC request. | 2.50 |

Jones, Alex "AJ"                                                                                        Page 19
                                                                                                       July 31, 2023

Client #         50134                                                                    Invoice # 761700
Matter #         00802                                                          Responsible Attorney
                                                                                          Vickie L. Driver

Post - petition

| 07/20/2023 | T. Smith | B190/ | Review and redact documents in response to request of Unsecured Creditor Committee. | 2.00 |
|---|---|---|---|---|
| 07/20/2023 | C. Stephenson | B190/ | Client call regarding reply briefs. | 0.80 |
| 07/20/2023 | J. Yoon | B120/ | Draft and revise Rule 2004 Examination regarding potential asset information held by the Committee of Unsecured Creditors. | 2.30 |
| 07/20/2023 | J. Yoon | B130/ | Revise Motion for Sale of Personal Property. | 2.70 |
| 07/21/2023 | J. Davis | B190/ | Continued review and study of CT Plaintiffs' motion for summary judgment briefing and reply brief. | 1.50 |
| 07/21/2023 | V. Driver | B190/ | Emails with team on phone backup information accessibility and getting same on document review system to compare to other phone backup and de dupe. | 0.90 |
| 07/21/2023 | D. McClellan | B190/ | Review documents to produce for UCC request. | 4.80 |
| 07/21/2023 | T. Smith | B190/ | Review and redact documents in response to Unsecured Creditor Committee. | 6.00 |
| 07/21/2023 | E. Weaver | B110/ | Review spreadsheets received from BlackBriar and draft MOR (with supporting schedules) for June, 2023. | 3.40 |
| 07/22/2023 | T. Smith | B190/ | Review and redact documents in response to Unsecured Creditor Committee request. | 2.00 |

Jones, Alex "AJ"                                                                                        Page 20
                                                                                                  July 31, 2023

Client #        50134                                                                      Invoice # 761700
Matter #        00802                                                                 Responsible Attorney
                                                                                           Vickie L. Driver

Post - petition

| 07/24/2023 | V. Driver | B190/ | Draft emails to UCC counsel on 2004 requests and production of documents received by UCC to Debtor to avoid unnecessary expense (.8); review documents for production (1.5);  perform research on litigation counsel. (.5) | 2.80 |
|---|---|---|---|---|
| 07/24/2023 | V. Driver | B210/ | Call with R. Battaglia on operational response issues and summarize in email to financial advisors (.9);  emails with FSS counsel on CC budget items (.7);  analyzing travel budget for August in CC budget. (.7) | 2.30 |
| 07/24/2023 | V. Driver | B240/ | Review emails regarding Austin Shoprock property taxed by Travis County at FSS office space and analyze same. | 0.90 |
| 07/24/2023 | T. Smith | B190/ | Review and redact documents in response to request of unsecured creditors committee. | 2.10 |
| 07/24/2023 | A. Sokolosky | B190/ | Conduct document review to produce documents in response to unsecured creditors committee's 2004 requests. | 1.80 |
| 07/24/2023 | E. Weaver | B110/ | Revise, finalize and file June MOR. | 1.20 |

Jones, Alex "AJ"                                                                    Page 21
                                                                                  July 31, 2023

Client #        50134                                               Invoice # 761700
Matter #        00802                                           Responsible Attorney
                                                                      Vickie L. Driver

Post - petition

| 07/24/2023 | E. Weaver | B190/ | Review 2004 examination notices to Marleigh Jones and FSS, along with rescheduled 2004 Examination notice to Erika Wulff-Jones and docket dates for same. | 0.50 |
|---|---|---|---|---|
| 07/24/2023 | R. Yates | B190/ | Confer with litigation regarding issues in reply brief. | 0.50 |
| 07/24/2023 | J. Yoon | B190/ | Analyze and review documents in preparation for production and response to UCC's Rule 2004 Examination. | 2.10 |
| 07/24/2023 | J. Yoon | B195/ | Travel to debtor's office. (7.0) [billed at half-time] | 3.50 |
| 07/25/2023 | V. Driver | B130/ | Review and Revise motion to sell personal property. | 0.80 |
| 07/25/2023 | V. Driver | B190/ | Review and revise motion for 2004 document request to Youngevity (.8). | 0.80 |
| 07/25/2023 | V. Driver | B195/ | Travel to Austin (nonworking travel billed at half time 3.4) – (1.7). | 1.70 |

Jones, Alex "AJ"                                                                                           Page 22
                                                                                                    July 31, 2023

Client #        50134                                                                      Invoice # 761700
Matter #        00802                                                              Responsible Attorney
                                                                                            Vickie L. Driver

Post - petition

| 07/25/2023 | V. Driver | B210/ | Meeting with client on various operational issues (1.2); call FSS counsel on issues with IT manager (.2); draft email to FSS counsel on IT manager issues (.4); meeting with Blackbriar, client and McGill on employment contract comments and finalizing (.5); draft emails to counsel for UCC regarding discovery and turning over documents received in response to 2004 requests served by Committee (.9); review The Wellness Company contract and submit to P. McGill for signature (.4); deliver executed contract to J. Harrmann and discuss format for additional contracts (.3). | 3.90 |
| 07/25/2023 | V. Driver | B240/ | Analyze tax lawsuit against Austin Shiprock (1.0); email counsel for Travis County regarding stay (.7). | 1.70 |
| 07/25/2023 | A. Finch | B190/ | Review and redact documents (emails) re: UCC's 2004 requests. | 1.70 |
| 07/25/2023 | T. Smith | B190/ | Review and redact in response to the request of the unsecured creditors committee. | 1.40 |
| 07/25/2023 | A. Sokolosky | B190/ | Begin drafting responses and objections to unsecured creditors committee's second 2004 requests. | 3.30 |
| 07/25/2023 | E. Weaver | B190/ | Review 2004 Notice to Joseph Dalessio and docket date for same. | 0.10 |

Jones, Alex "AJ"                                                                             Page 23
                                                                                          July 31, 2023

Client #        50134                                                           Invoice # 761700
Matter #        00802                                                       Responsible Attorney
                                                                               Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 07/25/2023 | E. Weaver | B190/ | Review email correspondence from UCC regarding 2004 examination for Marleigh Jones and Austin Rivera and docket updated dates for same. | 0.30 |
| 07/25/2023 | R. Yates | B190/ | Continue to draft oral argument outline and supplement research | 1.20 |
| 07/25/2023 | R. Yates | B190/ | Cite check and analyze plaintiff's reply to improper skew argument | 0.90 |
| 07/25/2023 | R. Yates | B190/ | Read, analyze, summarize key cases and arguments relied on in plaintiff's reply brief | 4.70 |
| 07/25/2023 | J. Yoon | B120/ | Revise and draft Notice of Debtor's 2004 Examination of Youngevity | 0.50 |
| 07/26/2023 | L. Dauphin | B190/ | Manage and prepare additional discovery received from Digital Mountain for attorney production and privilege review. | 4.80 |
| 07/26/2023 | V. Driver | B140/ | Draft correspondence to County Counsel on stay (.5); call to Travis County lawyers on stay (.2). | 0.70 |

Jones, Alex "AJ"
Page 24
July 31, 2023

Client #     50134
Matter #    00802

Invoice # 761700
Responsible Attorney
Vickie L. Driver

Post - petition

| 07/26/2023 | V. Driver | B190/ | Meeting with Sub V Trustee counsel discussing business operations and settlement (2.); call to counsel for AMEX regarding payment made, amounts owed, and statements (.2); emails with Frost Bank and UCC seeking account statements (.9); call with E. Wulff on Frost statement progress (.4); work on revising settlement counter proposal (.9); discuss settlement offer terms with client (.4); draft correspondence regarding documents for production (.5); draft correspondence regarding follow up on data transfer for phone back up and issue with de-duping (.3). | 5.60 |
| 07/26/2023 | V. Driver | B195/ | Travel to Houston from Austin for hearing (billed at half time 3.0) | 1.50 |

Jones, Alex "AJ"                                                                              Page 25
                                                                                        July 31, 2023

Client #        50134                                                          Invoice # 761700
Matter #        00802                                                     Responsible Attorney
                                                                            Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 07/26/2023 | V. Driver | B210/ | Meetings and calls with client on potential new venture (1.1); calls with counsel for new venture partner discussing terms and documentation and timing (.7); emails with FSS disclosing potential new venture (.3); meeting with client on employment agreement comments (.7); review employment agreement and send to Sub V Trustee for comment (.3); review and revise stipulations for purposes of resolving increased salary and admin claim motion and send to UCC and FSS for review and comment (.7). | 3.80 |
| 07/26/2023 | A. Finch | B190/ | Review and redact documents (emails) re: UCC's 2004 requests. | 0.30 |
| 07/26/2023 | A. Sokolosky | B190/ | Draft responses and objections to unsecured creditors committee's first 2004 requests. | 2.60 |
| 07/26/2023 | A. Sokolosky | B190/ | Revise and edit responses and objections to unsecured creditors committee's second 2004 requests. | 0.80 |
| 07/26/2023 | A. Sokolosky | B190/ | Continue drafting responses and objections to unsecured creditors committee's second 2004 requests. | 3.80 |
| 07/26/2023 | E. Weaver | B160/ | Review Teneo April monthly fee statement and circulate to team. | 0.20 |

Jones, Alex "AJ"                                                                                      Page 26
                                                                                                  July 31, 2023

Client #        50134                                                               Invoice # 761700
Matter #        00802                                                            Responsible Attorney
                                                                                    Vickie L. Driver

Post - petition

| 07/26/2023 | E. Weaver | B190/ | Electronic document and case file management of bank account information and bank statements received from Frost Bank. | 1.00 |
|---|---|---|---|---|
| 07/26/2023 | E. Weaver | B190/ | Review FSS's motion to quash UCC"s Rule 2004 examination of FSS and circulate to team. | 0.20 |
| 07/26/2023 | E. Weaver | B240/ | Review original petition (Travis County v. Austin Shiprock Publishing) and docket answer deadline. | 0.20 |
| 07/26/2023 | R. Yates | B190/ | Continue to draft hearing preparation documents | 1.10 |
| 07/26/2023 | J. Yoon | B190/ | Analyze, review, and categorize for further document production account reconciliation documents for debtor related entities. | 1.90 |
| 07/26/2023 | J. Yoon | B190/ | Analyze and review debtor's phone backup images for responsive documents to the UCC's 2004 Examination | 1.20 |
| 07/26/2023 | J. Yoon | B195/ | Travel to and from hotel to debtor's office and back to Dallas. [4.0 billed at half-time] | 2.00 |
| 07/27/2023 | L. Dauphin | B190/ | Continue to manage and prepare additional discovery received from Digital Mountain for attorney production and privilege review. | 2.50 |
| 07/27/2023 | J. Davis | B190/ | Meeting of the trial team to discuss dividing up the MSJ hearing into three categories. | 0.60 |

Jones, Alex "AJ"

Page 27
July 31, 2023

Client #      50134
Matter #     00802

Invoice # 761700
Responsible Attorney
Vickie L. Driver

Post - petition

| 07/27/2023 | J. Davis | B190/ | Review and analyze 25 minute audio file from recent hearing with Judge Lopez regarding MSJ hearing. | 0.40 |
|---|---|---|---|---|
| 07/27/2023 | V. Driver | B110/ | Preparation for and attend hearing on cash collateral, assumption of lease and general case status. | 1.60 |
| 07/27/2023 | V. Driver | B190/ | Meeting with FSS and PQPR counsel discussing fraudulent transfer litigation, attempt to intervene by plaintiffs, and overall settlement issues (.7); call with FSS counsel on update on settlement discussions (.4). | 1.10 |
| 07/27/2023 | V. Driver | B195/ | Travel from Houston to Dallas (billed at half-time 4.0) | 2.00 |
| 07/27/2023 | V. Driver | B210/ | Draft emails seeking meet and confer and status conference on discharge MSJ (.8); calls and correspondence discussing Judge's comments regarding MSJ and potential status conference (2.1). | 2.90 |
| 07/27/2023 | A. Finch | B190/ | Review and redact documents (emails) for production re: UCC's 2004 requests. | 2.30 |
| 07/27/2023 | D. McClellan | B190/ | Develop strategy regarding possible evidentiary issues that need to be resolved before MSJ hearing. | 2.80 |
| 07/27/2023 | D. McClellan | B190/ | Review audio recording of status conference. | 0.50 |

Jones, Alex "AJ"                                                                      Page 28
                                                                                 July 31, 2023

Client #        50134                                                      Invoice # 761700
Matter #        00802                                                    Responsible Attorney
                                                                             Vickie L. Driver

Post - petition

| 07/27/2023 | A. Sokolosky | B190/ | Conduct document review to produce documents in response to unsecured creditors committee's 2004 requests. | 2.10 |
|---|---|---|---|---|
| 07/27/2023 | C. Stephenson | B190/ | Draft and revise Responses and Objections to 2004 Exam requests and related correspondence. | 3.80 |
| 07/27/2023 | C. Stephenson | B190/ | Review hearing audio regarding evidentiary issues (.6); call and correspondence regarding same (.8). | 1.40 |
| 07/27/2023 | R. Yates | B190/ | Review arguments and counter-arguments regarding collateral estoppel standard in Connecticut (2.0); draft oral argument notes regarding the same (1.0). | 3.00 |
| 07/27/2023 | R. Yates | B190/ | Confer regarding updates from the court on summary judgment hearing (.5); strategize about hearing preparation (.5); identify potential questions from the court (.3). | 1.30 |
| 07/28/2023 | C. Chamberlain | B190/ | Review client documents and code the same for production and confidentiality. | 0.40 |
| 07/28/2023 | J. Davis | B190/ | Review and study of the CT plaintiffs' MSJ briefing, case law cited, and exhibits. | 4.30 |

Jones, Alex "AJ"                                                                                         Page 29
                                                                                                        July 31, 2023

Client #        50134                                                                  Invoice # 761700
Matter #        00802                                                              Responsible Attorney
                                                                                        Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|------|-----------|------|-------------|-------|
| 07/28/2023 | J. Davis | B190/ | Prepare for the MSJ hearing on the 15th of August by discussing with legal team who the presentation of evidence and oral arguments will be structured and divided for the Court. | 0.70 |
| 07/28/2023 | V. Driver | B190/ | Review and respond to voluminous emails on AJ deposition notice, topics, and ability to prepare (.9); call with N. Pattis on issues with appeal. (.5); review and revise 2004 responses and comment to same. (2.1); call with dischargeability trial team in advance of status conference with opposing counsels (.6); status conference with opposing counsels (.8); review and respond to emails pushing discovery on admin claim motion one week (.2). | 5.10 |
| 07/28/2023 | V. Driver | B210/ | Review and comment to MugClub contract and review responses to same (.7); revise contract regarding comments (.7). | 1.40 |
| 07/28/2023 | M. Figueroa | B190/ | Reviewed/Coded documents to determine responsiveness to petition/in preparation of production | 0.60 |
| 07/28/2023 | D. McClellan | B190/ | Review documents to produce for UCC request | 1.20 |
| 07/28/2023 | D. McClellan | B190/ | Call with Texas and Connecticut plaintiffs to discuss evidentiary issues | 0.70 |

Jones, Alex "AJ"                                                                                    Page 30
                                                                                                July 31, 2023

Client #        50134                                                          Invoice # 761700
Matter #        00802                                                    Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 07/28/2023 | D. McClellan | B190/ | Develop strategy regarding evidentiary objections to plaintiff's MSJ exhibits | 0.80 |
| 07/28/2023 | T. Smith | B190/ | Review and redact documents in response to request of Unsecured Creditors Committee | 3.90 |
| 07/28/2023 | A. Sokolosky | B190/ | Conduct document review to produce documents in response to unsecured creditors committee's 2004 requests. | 3.40 |
| 07/28/2023 | C. Stephenson | B190/ | Review and respond to correspondence regarding 2004 exam responses and objections. | 1.20 |
| 07/28/2023 | C. Stephenson | B190/ | Correspondence and calls regarding evidentiary issues for MSJ hearing. | 1.10 |
| 07/28/2023 | E. Weaver | B160/ | Begin drafting fourth and fifth fee monthly fee statements for BlackBriar. | 1.50 |
| 07/28/2023 | E. Weaver | B190/ | Electronic case file management. | 1.00 |
| 07/28/2023 | R. Yates | B190/ | Continue to develop counter arguments to petitioners assertions in their briefs | 1.70 |
| 07/29/2023 | V. Driver | B190/ | Draft correspondence regarding production to be made on July 31st. | 0.20 |
| 07/29/2023 | D. McClellan | B190/ | Review documents to produce for UCC request | 6.20 |

Jones, Alex "AJ"                                                                                          Page 31
                                                                                                     July 31, 2023

Client #      50134                                                                          Invoice # 761700
Matter #      00802                                                                      Responsible Attorney
                                                                                              Vickie L. Driver

Post - petition

| 07/29/2023 | T. Smith | B190/ | Review and redact documents in response to request of Unsecured Creditors Committee | 3.90 |
| 07/29/2023 | A. Sokolosky | B190/ | Conduct document review to produce documents in response to unsecured creditors committee's 2004 requests. | 7.40 |
| 07/30/2023 | C. Chamberlain | B190/ | Review client documents and code the same for production and confidentiality. | 6.80 |
| 07/30/2023 | V. Driver | B210/ | Review emails from FSS CRO on operational issues, objections to travel budget line-item processes, and personal feelings (.4); confer with client regarding same and potential need for replacement of CRO. (.4) | 0.80 |
| 07/30/2023 | A. Finch | B190/ | Review and redact documents (emails) for production re: UCC's 2004 requests. | 7.60 |
| 07/30/2023 | D. McClellan | B190/ | Review documents to produce for UCC request | 10.40 |
| 07/30/2023 | T. Smith | B190/ | Review and redact documents in response to request of Unsecured Creditors Committee | 2.60 |
| 07/30/2023 | A. Sokolosky | B190/ | Conduct document review to produce documents in response to unsecured creditors committee's 2004 requests. | 8.60 |

Jones, Alex "AJ"                                                                    Page 32
                                                                               July 31, 2023

Client #        50134                                              Invoice # 761700
Matter #        00802                                          Responsible Attorney
                                                                    Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 07/31/2023 | C. Chamberlain | B190/ | Review client documents and code the same for production and confidentiality. | 3.30 |
| 07/31/2023 | L. Dauphin | B190/ | Prepare supplemental client document production. | 2.70 |
| 07/31/2023 | L. Dauphin | B190/ | Manage and prepare additional discovery received from Digital Mountain for attorney production and privilege review. | 0.10 |
| 07/31/2023 | J. Davis | B190/ | Review every line and citation of CT Plaintiffs' MSJ brief and begin working on outline for oral argument (3.0); review and study of the 100 Statement of Undisputed Facts alleged by CT Plaintiffs (3.0); work  on argument points for the TX Plaintiffs MSJ (1.5). | 7.50 |
| 07/31/2023 | V. Driver | B190/ | Review regarding document production as set to occur today. | 0.20 |
| 07/31/2023 | A. Finch | B190/ | Review and redact documents (emails) for production re: UCC's 2004 requests. | 10.30 |
| 07/31/2023 | D. McClellan | B190/ | Review documents to produce for UCC request. | 8.10 |
| 07/31/2023 | T. Smith | B190/ | Review and redact documents in response to request of Unsecured Creditors Committee. | 0.50 |

Jones, Alex "AJ"                                                      Page 33
                                                                July 31, 2023

Client #        50134                                    Invoice # 761700
Matter #        00802                                 Responsible Attorney
                                                          Vickie L. Driver

Post - petition

| 07/31/2023 | A. Sokolosky | B190/ | Conduct document review to produce documents in response to unsecured creditors committee's 2004 requests. | 2.30 |
| 07/31/2023 | A. Sokolosky | B190/ | Facilitate document production to unsecured creditors committee. | 1.60 |
| 07/31/2023 | A. Sokolosky | B190/ | Revise and finalize responses to unsecured creditors committee's 2004 requests. | 0.90 |
| 07/31/2023 | R. Yates | B190/ | Review plaintiffs brief in support of summary judgment, thoroughly, and in great detail for preparation for the hearing. | 6.60 |
| 07/31/2023 | J. Yoon | B190/ | Prepare for hearing and oral argument on motions for summary judgment in the adversarial proceedings. | 1.90 |
| 07/31/2023 | J. Yoon | B190/ | Analyze, review, and prepare documents related to debtor-related entities in preparation for further document production reviews for responsiveness to UCC's 2004 examination. | 0.50 |

|  |  |  | Total Hours | 447.90 |

Total Fees for this Invoice                                    $211,143.50

Jones, Alex "AJ"

Page 34
July 31, 2023

Client #     50134

Invoice # 761700
Responsible Attorney
Vickie L. Driver

Matter #    00802

Post - petition

## SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| B110 | 14.50 | 6,438.50 | Bankruptcy - Case Administration |
| B120 | 4.30 | 1,228.50 | Bankruptcy - Asset Analysis and Recovery |
| B130 | 13.30 | 4,200.50 | Bankruptcy - Asset Disposition |
| B140 | 11.60 | 6,733.00 | Bankruptcy - Relief from Stay/Adequate Protection Proceedings |
| B160 | 5.20 | 3,284.00 | Bankruptcy - Fee/Employment Applications |
| B170 | 1.10 | 874.50 | Bankruptcy - Fee/Employment Objections |
| B185 | 4.50 | 2,377.50 | Bankruptcy - Assumption/Rejection of Leases and Contracts |
| B190 | 339.20 | 146,375.00 | Bankruptcy - Other Contested Matters (excluding assumption/rejection motions) |
| B195 | 16.80 | 10,551.00 | Bankruptcy - Non-Working Travel |
| B210 | 32.50 | 25,437.50 | Bankruptcy - Business Operations |
| B240 | 2.80 | 2,126.00 | Bankruptcy - Tax Issues |
| B310 | 1.90 | 1,358.50 | Bankruptcy - Claims Administration and Objections |
| Total | 447.70 | $211,143.50 | |

Jones, Alex "AJ"                                                                    Page 35
                                                                          July 31, 2023

Client #          50134                                              Invoice # 761700
Matter #          00802                                           Responsible Attorney
                                                                      Vickie L. Driver

Post - petition

| Date | Description | Amount |
|---|---|---|
| 07/07/2023 | Everlaw- eDiscovery Data Hosting and Storage for subscription database for the month of June 2023 | $871.00 |
| 07/12/2023 | Texas Secretary of State Online Charge 1/1/2023 through 6/30/2023 | 1.00 |
| 07/12/2023 | Texas Secretary of State Online Charge 1/1/2023 through 6/30/2023 | 1.00 |
| 07/12/2023 | Texas Secretary of State Online Charge 1/1/2023 through 6/30/2023 | 2.00 |
| 07/17/2023 | VENDOR: Federal Express Corporation; INVOICE#: 819843849; DATE: 7/27/2023  -  Federal Express delivery to Lisa Dauphin on 7/18/2023 | 25.00 |
| 07/21/2023 | Staine, Christopher reimbursement of retrieval of record fees 6/6/2023 | 58.60 |
| 07/21/2023 | VENDOR: Federal Express Corporation; INVOICE#: 820618927; DATE: 8/1/2023  -  Federal Express delivery to David Dang, Digital Mountain, Inc. on 7/24/2023 | 35.65 |
| 07/24/2023 | VENDOR: Federal Express Corporation; INVOICE#: 820618927; DATE: 8/1/2023  -  Federal Express delivery to Aloft Austin Southwest on 7/25/2023 | 89.32 |
| 07/28/2023 | Driver , Vickie reimbursement of travel expenses to Austin Texas for review of production 7/12-14/2023; transportation $ 571.79, lodging $ 396.00 and meals $ 264.35 | 1,232.14 |
| 07/28/2023 | Driver , Vickie reimbursement of travel expenses to Austin Texas for document review and discussion 7/18-19/2023; transportation $ 439.81, lodging $ 204.67 and meals $ 112.20 | 756.68 |
| 07/31/2023 | Davis , Chris reimbursement for purchase of lunch for Chris Davis and Randall Yates during case preparation for Hearing on Motion for Summary Judgment 7/31/2023 | 30.63 |

|  |  |
|---|---|
| Subtotal of Expenses | $3,103.02 |
| Online Research | $8.30 |
| Subtotal of Costs | $8.30 |
| Total Expenses and Costs for this Invoice | $3,111.32 |

Jones, Alex "AJ"

Page 36<br>July 31, 2023

Client #     50134

Invoice # 761700<br>Responsible Attorney<br>Vickie L. Driver

Matter #    00802

Post - petition

## SUMMARY OF DISBURSEMENTS

| Task Code | Amount | Task Description |
|---|---:|---|
| E106 | 8.30 | On-line research |
| E107 | 149.97 | Delivery services/messengers |
| E110 | 1,988.82 | Out-of-town travel |
| E111 | 30.63 | Meals |
| E112 | 1.00 | Court fees |
| E118 | 871.00 | Litigation support vendors |
| E123 | 61.60 | Other professionals |
| Total | $3,111.32 | |

Total For This Invoice                                           $214,254.82

Jones, Alex "AJ"                                                                    Page 37
                                                                              July 31, 2023

Client #        50134                                              Invoice # 761700
Matter #        00802                                         Responsible Attorney
                                                                   Vickie L. Driver

Post - petition

## SUMMARY OF FEES

| Name | Hours Worked | Hourly Rate | Bill Amount |
|------|-------------:|------------:|------------:|
| L. Dauphin | 13.50 | 185.00 | 2,497.50 |
| D. McClellan | 47.70 | 310.00 | 14,787.00 |
| A. Sokolosky | 53.10 | 305.00 | 16,195.50 |
| V. Driver | 115.50 | 795.00 | 91,822.50 |
| C. Stephenson | 30.50 | 715.00 | 21,807.50 |
| C. Chamberlain | 12.30 | 275.00 | 3,382.50 |
| E. Weaver | 19.10 | 295.00 | 5,634.50 |
| A. Finch | 33.20 | 305.00 | 10,126.00 |
| T. Smith | 24.70 | 400.00 | 9,880.00 |
| M. Figueroa | 0.60 | 250.00 | 150.00 |
| R. Yates | 37.00 | 340.00 | 12,580.00 |
| J. Davis | 25.10 | 475.00 | 11,922.50 |
| J. Yoon | 34.40 | 285.00 | 9,804.00 |
| D. Palmer | 1.00 | 395.00 | 395.00 |
| Total | 447.70 | | $210,984.50 |