# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| Debtor. | ) |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALEXANDER E. JONES NOTICE OF RESCHEDULED RULE 2004 DEPOSITION OF JOSEPH DALESSIO

To: Joseph Dalessio, by and through his counsel of record, Johnie Patterson, Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208

On July 25, 2023, the Official Committee of Unsecured Creditors (the "Committee") of Alexander E. Jones filed its *Notice of Rule 2004 Deposition of Joseph Dalessio* [ECF No. 382] which, by mutual agreement of the parties, was noticed to be held in person on August 9, 2023 at 10:00 a.m. in Houston, TX.

Please take further notice that the examination of Joseph Dalessio by the Committee has been rescheduled to commence on September 19, 2023 at 10:00 a.m. Central Time at the offices of Walker & Patterson, P.C., Dacoma Street, Houston, TX 77092, or at such other date, time and place as the parties may agree.

*[The remainder of this page intentionally left blank.]*

Dated: September 5, 2023                                    Respectfully submitted,

By: */s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

*-and-*

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

***Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones***

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 2004-1, I hereby certify that counsel for the Committee conferred with counsel for Joseph Dalessio on the Committee's Rule 2004 notice by email and the parties agreed to the deposition date on August 25, 2023.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**CERTIFICATE OF SERVICE**

I certify that on September 5, 2023, a true and correct copy of the foregoing was served on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.