IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| ALEXANDER E. JONES, | § | |
| | § | Case No. 22-33553 (CML) |
| | § | |
| Debtor. | § | |

## SUBCHAPTER V TRUSTEE'S CROSS-NOTICE OF
## 2004 EXAMINATION OF DAVID JONES

TO:   David Jones, by and through his attorney of record, Stephen A. Roberts, Stephen A. Roberts, P.C., 1400 Marshall Lane, Austin, Texas 78703.

Melissa Haselden, Subchapter V Trustee (the "Subchapter V Trustee"), pursuant to rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure and rule 2004-1 of the Bankruptcy Local Rules for the Southern District of Texas, hereby submits this cross-notice to the *Notice of Rule 2004 Examination of David Jones* (the "Examinee") by the Official Committee of Unsecured Creditors of Alexander E. Jones to the Notice of Rule 2004 Examination of the Examinee (the "Rule 2004 Notice"), [Doc. No. 434] and will participate in the examination of the Examinee on October 2, October 3, and October 4, 2023 at 9:00 a.m. at the offices of Jackson Walker LLP, 100 Congress Avenue, Suite 1100, Austin, TX 78701.  The deposition will continue from day to day until completed. The Subchapter V Trustee hereby joins the Rule 2004 Notice.

Houston, Texas
September 15, 2023

        */s/ Elizabeth C. Freeman*
        **LAW OFFICE OF LIZ FREEMAN**
        Elizabeth C. Freeman (TX Bar No. 2400922)
        PO Box 61209
        Houston, TX 77208-1209
        Telephone: (832) 779-3580
        Email: liz@lizfreemanlaw.com

        *Counsel for Melissa Haselden,*
        *Subchapter V Trustee*

        **JACKSON WALKER LLP**
        Sean Gallagher (TX Bar No. 24101781)
        Emily Meraia (TX Bar No. 24129307)
        100 Congress Avenue, Suite 1100
        Austin, TX 78701
        Telephone: 512-236-2000
        Email: sgallagher@jw.com
        Email: emeraia@jw.com

        *Counsel for Melissa Haselden,*
        *Subchapter V Trustee*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2023, I caused a copy of the foregoing document to be served by electronic mail to David Jones, c/o Stephen A. Roberts, Stephen A. Roberts, P.C., 1400 Marshall Lane, Austin, Texas 78703 and all counsel of record.

*/s/ Elizabeth C. Freeman*
Elizabeth C. Freeman