IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| I<small>N RE</small> ) | |
| ) | |
| ALEXANDER E. JONES ) | C<small>ASE</small> N<small>O</small>. 22-33553 |
| ) | |
| D<small>EBTOR</small>. ) | (C<small>HAPTER</small> 11) |
| ) | |
| ) | JUDGE CHRISTOPHER M. LOPEZ |

**SEVENTH MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD FROM JULY 1, 2023 THROUGH AUGUST 31, 2023**

| **Name of Applicant:** | BlackBriar Advisors, LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Financial Advisor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #112) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 07/01/2023 | 08/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $107,680.00[1] (80% of $134,600.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $8,534.84[2] | |
| **Summary of Fees for the Period Covered by this Statement** | | |
| **Professional Fees in this Statement:** | $134,600 | |
| **Total Actual Professional Hours Covered by this Statement:** | 327.90 | |
| **Average Hourly Rate for Professionals:** | $410.49 | |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

---

[1] BlackBriar is holding $0.00 as a retainer in its Trust Account.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**SEVENTH MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 1**

Pursuant to §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], BlackBriar Advisors, LLC ("BlackBriar"), as Financial Advisor to the Debtor, hereby files its *Seventh Monthly Fee Statement of BlackBriar/ Advisors, LLC. for Allowance of Compensation for Services Rendered as Financial Advisor to the Debtor for the Period from July 1, 2023 through August 31, 2023* (the "Monthly Fee Statement").

## RELIEF REQUESTED

1. By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, BlackBriar seeks interim payment of $107,680.00 (80% of $134,600.00) as compensation for professional services rendered to the Debtor during the period from July 1, 2023 through August 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $8,534.84, for a total amount of $116,214.84 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2. In support of the Monthly Fee Statement, BlackBriar submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Fees by Category as Financial Advisor for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Financial Advisor for the Fee Period*, attached hereto as **Exhibit C**.

3. Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order),

and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline:

    a.    Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

    b.    U.S. Trustee c/o Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

    c.    Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

    d.    Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

    e.    Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

    f.    Any other parties that the Court may designate.

In light of the nature of the relief requested herein, BlackBriar submits that no further or other notice is required.

    4.    Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. BlackBriar reserves the right to make further application to this Court for allowance of such fees and expenses not included

**SEVENTH MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 3**

herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5. Therefore, BlackBriar respectfully submits support for its fees in the amount of $134,600.00 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $8,534.84 for reasonable, actual and necessary expenses incurred during the Fee Period. BlackBriar further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to BlackBriar the amount of $116,214.84 which is equal to the sum of 80% of BlackBriar's fees and 100% of BlackBriar's expenses incurred during the Fee Period.

Houston, TX
Dated: September 15, 2023

**BLACKBRIAR ADVISORS, LLC**

By: */s/ Robert Schleizer*
Robert Schleizer
2626 Cole Ave., Suite 300
Dallas, TX 75201
Telephone: 214-599-8600
Email: bschleizer@blackbriaradvisors.com

**FINANCIAL ADVISORS FOR DEBTOR ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

I certify that on September 15, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a. Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b. U.S. Trustee c/o Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c. Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d. Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e. Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f. Any other parties that the Court may designate.

                                                                  */s/ Christina W. Stephenson*
                                                                   Christina W. Stephenson

# EXHIBIT "A"

## SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Airfare/Train | **$5,710.71** |
| Mileage | **485.77** |
| Meals | **983.03** |
| Auto | **439.82** |
| Hotel | **843.51** |
| Other | **72.00** |

# EXHIBIT "B"

## SUMMARY OF FEES AND EXPENSES BY CATEGORY FOR THE FEE PERIOD

| CATEGORIES | PROFESSIONAL TIME |
|---|---|
| B110 Case Administration | 31.6 |
| B120 Asset Analysis and Recovery | 5.2 |
| B130 Asset Disposition | 0.00 |
| B140 Relief from Stay/Adequate Protection | 0.00 |
| B150 Meetings of & Communications with Creditors | 0.00 |
| B160 Fee/Employment Applications | 3,5 |
| B170 Fee/Employment Objections | 0.00 |
| B180 Avoidance Action Analysis | 0.00 |
| B185 Assumption/Rejection of Executory Contracts | 0.00 |
| B190 Other Contested Matters | 0.00 |
| B195 Non-Working Travel | 50.00 |
| B210 Business Operations | 234.10 |
| B220 Employee Benefits/Pensions | 0.00 |
| B230 Financing/Cash Collections | 0.00 |
| B240 Tax Issues | 3.50 |
| B250 Real Estate | 0.00 |
| B260 Board of Directors Matters | 0.00 |
| B310 Claims Administration and Objections | 0.00 |
| B320 Plan and Disclosure Statement | 0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.00 |
| B420 Restructurings | 0.00 |
| **TOTALS:** | **327.90** |

# EXHIBIT "C"

## DETAILED RECORD OF FEES FOR THE FEE PERIOD

 

July 31, 2023

Alex E. Jones
c/o Shelby A. Jordan
**Jordan & Ortiz, P.C.**
6207 Bee Cave Road, Suite 120
Austin, TX 78746

Re: **Alexander E. Jones, Debtor In Possession**   Case No. 22-33553

| Billing Period: | July 1 through July 31, 2023 |
| --- | --- |
| Invoice No. | AJ0701-23 |

**Professional Services Rendered:**

| Date | Professional | Description | Hours | Amount | Task Code |
| --- | --- | --- | --- | --- | --- |
| 7/3/2023 | KN | Reconcile bank accounts | 5.00 | $ 2,000.00 | B210 |
| 7/4/2023 | KN | Property Tax Accrual; June Financials | 3.00 | 1,200.00 | B210 |
| 7/5/2023 | KN | June - Cash account reconciliations; financial review | 5.00 | 2,000.00 | B210 |
| 7/5/2023 | BS | June Financials; Accounting issues | 0.70 | 350.00 | B210 |
| 7/6/2023 | KN | June Accounting; issues regarding invoices | 6.00 | 2,400.00 | B210 |
| 7/7/2023 | HK | Updated FSS Sales Reconciliation | 0.70 | 350.00 | B210 |
| 7/7/2023 | KN | June Accounting | 7.00 | 2,800.00 | B210 |
| 7/7/2023 | BS | Operational issues and cash flow; ESG reconciliation review and responses; domestic help hours | 2.20 | 1,100.00 | B210 |
| 7/10/2023 | KN | Update July accounting | 3.50 | 1,400.00 | B210 |
| 7/10/2023 | BS | Professional fee analysis and accrual | 1.00 | 500.00 | B210 |
| 7/11/2023 | KN | Update July accounting | 2.50 | 1,000.00 | B210 |
| 7/12/2023 | HK | Internal discussions FSS settlement reconciliations & calculating AR | 0.80 | 400.00 | B210 |
| 7/12/2023 | BS | Operational issues and cash flow; ESG reconciliation; calls with counsel | 1.10 | 550.00 | B210 |
| 7/13/2023 | HK | Call with FSS to discuss AR reconciliation | 0.20 | 100.00 | B210 |
| 7/13/2023 | BS | Meeting -- FSS re ESG reconciliation; | 0.50 | 250.00 | B210 |
| 7/13/2023 | HK | Review ESG data; call re outstanding information; | 1.50 | 750.00 | B210 |
| 7/18/2023 | KN | July accounting | 3.50 | 1,400.00 | B210 |
| 7/18/2023 | BS | ESG reconciliation; mails to counsel; FSS; professional fee recap; communication Security Bank/ FSS re motorhome | 3.00 | 1,500.00 | B210 |
| 7/19/2023 | HK | Review UCC Response to Jones Proposal | 0.50 | 250.00 | B210 |
| 7/19/2023 | KN | Update June MOR | 4.00 | 1,600.00 | B110 |
| 7/19/2023 | BS | Review MOR; corrections | 0.60 | 300.00 | B110 |
| 7/19/2023 | BS | Operations; bitcoin reconciliation; cash and product sales update | 0.80 | 400.00 | B210 |
| 7/20/2023 | HK | Updated FSS Sales Reconciliation | 0.70 | 350.00 | B210 |
| 7/20/2023 | KN | Update June MOR- professional fees | 3.50 | 1,400.00 | B110 |
| 7/20/2023 | BS | Banking issues; domestic help schedule/hours | 0.70 | 350.00 | B210 |
| 7/21/2023 | KN | Review MOR; corrections | 3.50 | 1,400.00 | B210 |
| 7/21/2023 | BS | Review MOR; corrections | 0.40 | 200.00 | B110 |
| 7/23/2023 | KN | Transfers to Erika - re; attorney request | 2.50 | 1,000.00 | B110 |
| 7/24/2023 | KN | Update accounting | 3.50 | 1,400.00 | B210 |
| 7/25/2023 | HK | Non-working travel | 3.00 | 750.00 | B195 |
| 7/25/2023 | HK | At FSS office; operations meetings; meeting with CRO- FSS; meeting with AEJ; | 8.00 | 4,000.00 | B210 |
| 7/25/2023 | BS | Call with E. Jones counsel re: transfers | 0.90 | 450.00 | B110 |
| 7/25/2023 | KN | Meet in Austin; review transfers and budget | 5.10 | 2,040.00 | B210 |
| 7/25/2023 | KN | Call with E. Jones counsel re: transfers | 0.90 | 360.00 | B110 |
| 7/25/2023 | KN | Non-working travel | 3.00 | 600.00 | B195 |
| 7/25/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 7/25/2023 | BS | At FSS office; operations meetings; meeting with CRO- FSS; meeting with AEJ | 5.20 | 2,600.00 | B210 |
| 7/26/2023 | HK | At FSS office; operations meetings; | 4.00 | 2,000.00 | B210 |
| 7/26/2023 | HK | Non-working travel | 3.00 | 750.00 | B195 |
| 7/26/2023 | KN | Austin; review accounting; pending items | 6.00 | 2,400.00 | B210 |
| 7/26/2023 | KN | Non-working travel | 3.00 | 600.00 | B195 |
| 7/26/2023 | BS | At FSS office; operations meetings; | 4.60 | 2,300.00 | B210 |
| 7/26/2023 | BS | TWC tax issues - coordinate with FSS; Call to TWC (.8) | 0.80 | 400.00 | B240 |
| 7/26/2023 | BS | Non-working travel - to Houston | 2.00 | 500.00 | B195 |
| 7/27/2023 | HK | FSS Cont'd Cash Collateral Hearing | 0.50 | 250.00 | B110 |
| 7/27/2023 | KN | Update accounting | 4.00 | 1,600.00 | B210 |
| 7/27/2023 | HK | Attend Cash Collateral Hearing; follow on meetings with counsel re: settlement; ESG | 3.10 | 1,550.00 | B110 |
| 7/27/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 7/28/2023 | HK | Updated FSS Sales Reconciliation | 1.70 | 850.00 | B210 |

| | Re: | Alexander E. Jones, Debtor In Possession | Case No. 22-33553 | | | |
|---|---|---|---|---|---|---|
| **Billing Period:** | | July 1 through July 31, 2023 | | | | |
| **Invoice No.** | | AJ0701-23 | | | | |
| 7/28/2023 | KN | Update accounting | | 4.00 | 1,600.00 | B210 |
| 7/28/2023 | BS | Review revise May & June fee app | | 3.50 | 1,750.00 | B160 |
| 7/30/2023 | KN | Update accounting | | 2.50 | 1,000.00 | B210 |
| 7/31/2023 | KN | Reconcile Bank Accounts; accruals | | 5.00 | 2,000.00 | B210 |
| | | | | **147.70** | **$ 60,550.00** | |

| | | | | | |
|---|---|---|---|---|---|
| | Total hours for Robert Schleizer (BS) | | 34.00 | $ | 15,000.00 |
| | Total hours for Harold Kessler (HK) | | 27.70 | | 12,350.00 |
| | Total hours for Kathy Norderhaug (KN) | | 86.00 | | 33,200.00 |
| | | | **147.70** | **$** | **60,550.00** |

**Other Expenses**

**Expenses**

    From attached expense breakdown      $ 1,728.43

    **Total Invoice Amount**      **$ 62,278.43**

**BlackBriar Advisors LLC**
**2626 Cole Ave., Suite 300**
**Dallas, TX   75204**

**Alex E. Jones**
**Billing Period:** July 1 through July 31, 2023
**Invoice:** AJ0701-23

| Date | Airfare/Train | Mileage | Meals | Auto | Hotel | Other | Total |
|---|---|---|---|---|---|---|---|
| 1-Jul | - | - | - | - | - | - | - |
| 2-Jul | - | - | - | - | - | - | - |
| 3-Jul | - | - | - | - | - | - | - |
| 4-Jul | - | - | - | - | - | - | - |
| 5-Jul | - | - | - | - | - | - | - |
| 6-Jul | - | - | - | - | - | - | - |
| 7-Jul | - | - | - | - | - | - | - |
| 8-Jul | - | - | - | - | - | - | - |
| 9-Jul | - | - | - | - | - | - | - |
| 10-Jul | - | - | - | - | - | - | - |
| 11-Jul | - | - | - | - | - | - | - |
| 12-Jul | - | - | - | - | - | - | - |
| 13-Jul | - | - | - | - | - | - | - |
| 14-Jul | - | - | - | - | - | - | - |
| 15-Jul | - | - | - | - | - | - | - |
| 16-Jul | - | - | - | - | - | - | - |
| 17-Jul | - | - | - | - | - | - | - |
| 18-Jul | - | - | - | - | - | - | - |
| 19-Jul | - | - | - | - | - | - | - |
| 20-Jul | - | - | - | - | - | - | - |
| 21-Jul | - | - | - | - | - | - | - |
| 22-Jul | - | - | - | - | - | - | - |
| 23-Jul | - | - | - | - | - | - | - |
| 24-Jul | - | - | - | - | - | - | - |
| 25-Jul | 567.40 | 6.16 | 260.48 | 16.26 | - | - | 850.30 |
| 26-Jul | 129.00 | 6.16 | 211.08 | 45.36 | 321.78 | - | 713.38 |
| 27-Jul | - | - | 129.53 | 11.22 | - | 24.00 | 164.75 |
| 28-Jul | - | - | - | - | - | - | - |
| 29-Jul | - | - | - | - | - | - | - |
| 30-Jul | - | - | - | - | - | - | - |
| 31-Jul | - | - | - | - | - | - | - |
| **Total** | $ 696.40 | $ 12.32 | $ 601.09 | $ 72.84 | $ 321.78 | $ 24.00 | $ 1,728.43 |

 

August 31, 2023

Alex E. Jones
c/o Shelby A. Jordan
**Jordan & Ortiz, P.C.**
6207 Bee Cave Road, Suite 120
Austin, TX 78746

|  | Re: | Alexander E. Jones, Debtor In Possession | Case No. 22-33553 |
|---|---|---|---|

| **Billing Period:** | August 1 through August 31, 2023 |
|---|---|
| **Invoice No.** | AJ0801-23 |

**Professional Services Rendered:**

| Date | Professional | Description | Hours | Amount | Task Code |
|---|---|---|---|---|---|
| 8/1/2023 | KN | Update July accounting | 5.50 | $ 2,200.00 | B210 |
| 8/2/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 8/2/2023 | KN | Update July accounting; review transactions for Trustee | 7.00 | 2,800.00 | B210 |
| 8/3/2023 | BS | On-site - meetings with A.Jones and FSS CRO - operational issues 3.0; accounting and operational issues, cash flow, contract review (personal services) (4.2) | 7.20 | 3,600.00 | B210 |
| 8/3/2023 | BS | Call with A. Jones and TWC domestic | 0.60 | 300.00 | B240 |
| 8/3/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 8/3/2023 | HK | Reviewed emails regarding Wednesday's meeting with FSS, FSS CRO, AEJ & BlackBriar | 0.50 | 250.00 | B210 |
| 8/3/2023 | KN | Budget comparison; July accounting; review invoices; begin MOR | 7.00 | 2,800.00 | B210 |
| 8/7/2023 | BS | Personnel issues - Domestic staff; emails; calls re: transfer of responsibility | 2.30 | 1,150.00 | B210 |
| 8/7/2023 | HK | Updated FSS Sales Reconciliation for week of 07/30/23 | 0.70 | 350.00 | B210 |
| 8/7/2023 | HK | Reviewed Teneo April fee application | 0.30 | 150.00 | B210 |
| 8/7/2023 | HK | Status Conference | 0.30 | 150.00 | B110 |
| 8/7/2023 | KN | July Accounting; budget comparison | 7.00 | 2,800.00 | B210 |
| 8/8/2023 | BS | Responses to Teneo questions | 2.90 | 1,450.00 | B110 |
| 8/8/2023 | HK | Reviewed response to Teneo | 0.50 | 250.00 | B110 |
| 8/8/2023 | KN | July accounting, budget, get supporting invoices | 6.50 | 2,600.00 | B210 |
| 8/9/2023 | BS | Property tax exemption denial, call with E. Jones and appraisal district; Conversation with counsel | 0.70 | 350.00 | B110 |
| 8/9/2023 | BS | Responses to Teneo questions revisions | 0.30 | 150.00 | B110 |
| 8/9/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 8/9/2023 | HK | Conversation with counsel and B. Schleizer - open issues | 0.40 | 200.00 | B210 |
| 8/9/2023 | KN | July accounting issues; | 7.00 | 2,800.00 | B210 |
| 8/10/2023 | BS | On-site - meetings with A.Jones and FSS CRO - operational issues and accounting issues, cash flow | 6.50 | 3,250.00 | B210 |
| 8/10/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 8/10/2023 | HK | Conversation with Attorney & BlackBriar | 0.30 | 150.00 | B210 |
| 8/10/2023 | KN | Budget comparison; accounting issues | 3.50 | 1,400.00 | B210 |
| 8/10/2023 | KN | July MOR | 1.50 | 600.00 | B110 |
| 8/11/2023 | HK | Reviewed MOR | 0.50 | 250.00 | B210 |
| 8/11/2023 | KN | Budget; boat issues | 4.50 | 1,800.00 | B210 |
| 8/14/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 8/14/2023 | KN | Accounting issues; invoice support' homepay issues | 7.00 | 2,800.00 | B210 |
| 8/15/2023 | BS | In Houston; meetings with counsel; attend hearing; follow on meetings with counsel | 5.70 | 2,850.00 | B110 |
| 8/15/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 8/15/2023 | HK | Attend hearing | 3.30 | 1,650.00 | B110 |
| 8/15/2023 | KN | August accounting; invoices, | 4.00 | 1,600.00 | B210 |
| 8/16/2023 | BS | Conference call with FSS, counsel and tax professionals | 1.20 | 600.00 | B240 |
| 8/16/2023 | KN | Discussions with boat broker; accounting, budget | 4.50 | 1,800.00 | B210 |
| 8/17/2023 | BS | Conference call with tax professionals follow up to call with FSS re: deductibility of settlement payments | 0.90 | 450.00 | B240 |
| 8/17/2023 | HK | Updated FSS Sales Reconciliation | 0.70 | 350.00 | B210 |
| 8/17/2023 | KN | MOR revisions | 0.70 | 280.00 | B210 |
| 8/17/2023 | KN | Homepay, invoices, budget | 2.80 | 1,120.00 | B210 |
| 8/18/2023 | HK | Call with counsel admin claim | 0.60 | 300.00 | B120 |
| 8/18/2023 | HK | Call with counsel admin claim; follow up analysis | 1.60 | 800.00 | B120 |
| 8/18/2023 | KN | Accounting, review entries, invoices | 3.50 | 1,400.00 | B210 |
| 8/21/2023 | BS | Accounting; cash flow | 0.60 | 300.00 | B120 |
| 8/21/2023 | BS | Admin claim analysis - wages; recovery timing | 0.90 | 450.00 | B120 |
| 8/21/2023 | KN | Accounting issues; invoice support' homepay issues | 4.50 | 1,800.00 | B210 |
| 8/22/2023 | BS | Call with counsel, Crowder rep re: COO sourcing; bitcoin/Coinbase residual balances | 0.70 | 350.00 | B210 |

| | | Re: | Alexander E. Jones, Debtor In Possession | Case No. 22-33553 | | | |
|---|---|---|---|---|---|---|---|
| **Billing Period:** | | | August 1 through August 31, 2023 | | | | |
| **Invoice No.** | | | AJ0801-23 | | | | |
| | 8/22/2023 | KN | Accounting issues; budget; invoices | | 4.50 | 1,800.00 | B210 |
| | 8/23/2023 | BS | Non-working travel | | 3.00 | 750.00 | B195 |
| | 8/23/2023 | BS | On-site - meetings with A.Jones and FSS CRO - operational issues: COO sourcing | | 6.70 | 3,350.00 | B210 |
| | 8/23/2023 | HK | Non-working travel | | 3.00 | 750.00 | B195 |
| | 8/23/2023 | HK | On-site - meetings with A.Jones and FSS CRO - operational issues | | 8.00 | 4,000.00 | B210 |
| | 8/23/2023 | KN | Accounting issues; budget; invoices | | 4.50 | 1,800.00 | B210 |
| | 8/24/2023 | HK | On-site at FSS; Operational issues | | 2.00 | 1,000.00 | B210 |
| | 8/24/2023 | HK | Non-working travel | | 3.00 | 750.00 | B195 |
| | 8/24/2023 | HK | Updated FSS Sales Reconciliation | | 0.70 | 350.00 | B210 |
| | 8/25/2023 | HK | Reviewed FSS spreadsheet for ESG Sales Analysis as of Aug 13, 2023 | | 0.30 | 150.00 | B210 |
| | 8/25/2023 | HK | Reviewed ESG's analysis | | 1.00 | 500.00 | B210 |
| | 8/29/2023 | BS | ESG conference call re: disagreement on claim | | 1.00 | 500.00 | B210 |
| | 8/29/2023 | HK | Review ESG's calculations in conference call | | 1.00 | 500.00 | B210 |
| | 8/30/2023 | BS | GiveSendGo account analysis and set up new account; | | 1.50 | 750.00 | B120 |
| | 8/31/2023 | HK | 2004 Examination - David Jones | | 2.30 | 1,150.00 | B210 |
| | 8/31/2023 | HK | Non-working travel | | 3.00 | 750.00 | B195 |
| | | | | | **180.20** | **$ 74,050.00** | |
| | | | Total hours for Robert Schleizer (BS) | | 60.70 | $ 25,100.00 | |
| | | | Total hours for Harold Kessler (HK) | | 34.00 | 14,750.00 | |
| | | | Total hours for Kathy Norderhaug (KN) | | 85.50 | 34,200.00 | |
| | | | | | **180.20** | **$ 74,050.00** | |

**Other Expenses**

**Expenses**

    From attached expense breakdown      $  6,806.41

    **Total Invoice Amount**      **$ 80,856.41**

**BlackBriar Advisors LLC**
**2626 Cole Ave., Suite 300**
**Dallas, TX  75204**

**Alex E. Jones**
**Billing Period:** August 1 through August 31, 2023
**Invoice:** AJ0801-23

| Date | Airfare/Train | Mileage | Meals | Auto | Hotel | Other | Total |
|---|---|---|---|---|---|---|---|
| 1-Aug | - | - | - | - | - | - | - |
| 2-Aug | 1,627.00 | 188.87 | - | - | - | - | 1,815.87 |
| 3-Aug | 409.40 | - | 35.00 | 36.05 | - | 16.00 | 496.45 |
| 4-Aug | - | - | - | - | - | - | - |
| 5-Aug | - | - | - | - | - | - | - |
| 6-Aug | - | - | - | - | - | - | - |
| 7-Aug | - | - | - | - | - | - | - |
| 8-Aug | - | - | - | - | - | - | - |
| 9-Aug | 783.81 | - | 13.56 | - | - | - | 797.37 |
| 10-Aug | - | 129.87 | 70.00 | 60.00 | - | 16.00 | 275.87 |
| 11-Aug | - | - | - | - | - | - | - |
| 12-Aug | - | - | - | - | - | - | - |
| 13-Aug | - | - | - | - | - | - | - |
| 14-Aug | 638.40 | - | - | - | - | - | 638.40 |
| 15-Aug | 188.90 | - | - | 43.00 | 129.53 | - | 361.43 |
| 16-Aug | - | - | - | - | - | - | - |
| 17-Aug | - | - | - | - | - | - | - |
| 18-Aug | - | - | - | - | - | - | - |
| 19-Aug | - | - | - | - | - | - | - |
| 20-Aug | - | - | - | - | - | - | - |
| 21-Aug | - | - | - | - | - | - | - |
| 22-Aug | 710.80 | 142.39 | - | 22.00 | - | - | 875.19 |
| 23-Aug | 134.00 | 6.16 | 53.87 | 65.84 | - | 16.00 | 275.87 |
| 24-Aug | 134.00 | 6.16 | - | 29.84 | 208.26 | - | 378.26 |
| 25-Aug | - | - | - | - | - | - | - |
| 26-Aug | - | - | - | - | - | - | - |
| 27-Aug | - | - | - | - | - | - | - |
| 28-Aug | - | - | - | - | - | - | - |
| 29-Aug | - | - | - | - | - | - | - |
| 30-Aug | - | - | - | - | - | - | - |
| 31-Aug | 388.00 | - | 209.51 | 110.25 | 183.94 | - | 891.70 |
| **Total** | **$ 5,014.31** | **$ 473.45** | **$ 381.94** | **$ 366.98** | **$ 521.73** | **$ 48.00** | **$ 6,806.41** |