| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Alexander Emric Jones** | | | | | | | | **Case No. 22-33553** |

## Part 1 - Statement of Cash Receipts and Disbursements
### August 1-August 31, 2023

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 747,419 | 4,653 | 4,978 | 26,246 | 10,106 | 1,206 | 5,000 | 799,608 |
| Cash Receipts | 46,543 | | | | 2 | 1 | | 46,546 |
| Cash Disbursements | (35,214) | (300) | | | (162) | | | (35,676) |
| **Net Cash Flow** | 758,747 | 4,353 | 4,978 | 26,246 | 9,946 | 1,207 | 5,000 | 810,477 |
| Transfer In | | | | | | | | 0 |
| Transfers Out | | | | | | | | 0 |
| **Ending Bank Balance** | 758,747 | 4,353 | 4,978 | 26,246 | 9,946 | 1,207 | 5,000 | 810,477 |

# Alex Jones
# Balance Sheet
### As of August 31, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
|   **Bank Accounts** | |
|     Bank of America #2913 | 9,946 |
|     Bank of America #6078 | 5,000 |
|     Chase #3520 | 1,207 |
|     Chase #7518 | 26,246 |
|     PNC #5233 DIP | 758,747 |
|     Prosperity Bank #9175 | 4,353 |
|     Security Bank #8548 | 4,978 |
|   **Total Bank Accounts** | **$ 810,477** |
|   **Accounts Receivable** | |
|     Accounts Receivable | 334,718 |
|   **Total Accounts Receivable** | **$ 334,718** |
|   **Other Current Assets** | |
|     Cash on Hand | 1,000 |
|     Federal Income Tax Receivable | 3,807,459 |
|     Inventory Platinum | 422,403 |
|     Petty Cash for Child Care | 121 |
|     PreNup Pre Payment | 58,877 |
|     Prepaid Insurance | 7,437 |
|     Prepayment -Legal Account | 50,000 |
|     Rental Property Escrow | 19,128 |
|   **Total Other Current Assets** | **$ 4,366,425** |
| **Total Current Assets** | **$ 5,511,621** |
| **Fixed Assets** | |
|   Homestead | 2,612,800 |
|   Lakehouse | 1,750,000 |
|   Ranch Property | 2,189,220 |
|   Rental Property | 505,000 |
|   **Vehicles and Marine Assets** | |
|     Chevy Tahoe 2 | 60,034 |
|     Dodge Challenger | 67,575 |
|     Dodge Charger | 70,618 |
|     Ford Expedition | 21,463 |
|     Marine Assets | 114,300 |
|   **Total Vehicles and Marine Assets** | **$ 333,990** |
| **Total Fixed Assets** | **$ 7,391,010** |
| **Other Assets** | |
|   Interests In Trust | 2,658,500 |
|   Ownership Interests in Non Public Entities | 17,548 |
|   Personal Property | 171,536 |
|   Receivable from Mrs. Jones | 10,221 |
| **Total Other Assets** | **$ 2,857,805** |
| **TOTAL ASSETS** | **$ 15,760,436** |

# Alex Jones
# Balance Sheet
### As of August 31, 2023

|  | Total |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       Accounts Payable | |
|         Accounts Payable | 8,398 |
|       **Total Accounts Payable** | $ 8,398 |
|       Other Current Liabilities | |
|         Accrued Professional Fees | 1,699,603 |
|         Accrued Property Tax Payable | 39,300 |
|         Payroll Tax Payable-Child Care | 2,177 |
|         Payroll Tax Withheld-Child Care | 6,988 |
|       **Total Other Current Liabilities** | $ 1,748,069 |
|     **Total Current Liabilities** | $ 1,756,467 |
|     Long-Term Liabilities | |
|       Rental Property Mortgage | 30,417 |
|     **Total Long-Term Liabilities** | $ 30,417 |
|   **Total Liabilities** | $ 1,786,884 |
|   Equity | |
|     Opening Balance Equity | 15,237,245 Note 1 |
|       OtherDeposits/Transfers | 171,668 |
|     **Total Owner's Investment** | $ 171,668 |
|     Owner's Pay & Personal Expenses | |
|       Gifts | 63,919 |
|     **Total Owner's Pay & Personal Expenses** | $ 63,919 |
|     Retained Earnings | 13,190 |
|     Net Income | -1,535,613 |
|   **Total Equity** | $ 13,950,409 |
| **TOTAL LIABILITIES AND EQUITY** | $ 15,737,293 |

**Note 1- Net increase of $1,909 due to addition of unliquidated Coinbase account ($25,409) and reclass of -23,500 of owners investment to beginning equity.**

# Alex Jones
## Profit and Loss by Month
### August 2023

|  | Total |
|---|---:|
| **Income** | |
|   FreeSpeech Payroll | 40,000 |
|   Interest Income | 59 |
|   Rental Income | 1,200 |
|   Sales of Product Income | 53,303 |
|     Cost of Goods Sold | -8,675 |
|     Selling Expense | -23,474 |
|   **Total Sales of Product Income** | $ 21,153 |
| **Total Income** | $ 62,413 |
| **Payroll Deductions** | |
|   Child Support- Garnished | 1,846 |
|   Medical Insurance Premiums | 1,029 |
|   Payroll Taxes withheld | 12,022 |
| **Total Payroll Deductions** | $ 14,897 |
| **Gross Income** | $ 47,515 |
| **Expenses** | |
|   **Living Expenses** | |
|     Auto/Trucks/Watercraft | |
|       Auto/Boat Maintenance | 684 |
|       Auto/Truck/Boat Insurance | 2,217 |
|       Boat Storage | 860 |
|       Fuel | 1,773 |
|     **Total Auto/Trucks/Watercraft** | $ 5,534 |
|     Family | |
|       Child Care | 7,377 |
|       Groceries | 3,665 |
|       Homestead | |
|         Maintenance | 3,736 |
|           Housekeeping | 3,900 |
|           Misc. Supplies and Services | 588 |
|         **Total Maintenance** | $ 8,224 |
|         Phone/Internet | 408 |
|         Property Tax | 9,150 |
|         Utilities | 2,321 |
|       **Total Homestead** | $ 20,102 |
|       Household Purchases | 729 |
|       Meals & Entertainment | 4,255 |
|         Apple/Netflix/Hulu charges | 322 |
|       **Total Meals & Entertainment** | $ 4,578 |
|       Medical | 1,349 |
|       Other | 186 |
|       PreNup Obligation | 15,184 |
|       School and Kid's Activities | |
|         Activities | 1,302 |
|         Tuition/ Tutor | 920 |
|       **Total School and Kid's Activities** | $ 2,222 |
|     **Total Family** | $ 55,391 |
|   **Total Living Expenses** | $ 60,925 |

# Alex Jones
# Profit and Loss by Month
## August 2023

|  |  | Total |
|---|---|---:|
| **Other Expenses** | | |
|   Bank Charges & Fees | | 444 |
|   Business Expenses | | 4,482 |
|   Interest Paid | | 168 |
|   Internet/Phone | | 282 |
|   Legal & Professional Services- See Note 1 | | 169,171 |
|   Loss/(Gain) on Sale of Assets | | 1,415 |
|   Real Estate | | |
|     Austin Condos | | |
|       Condo HOA | | 440 |
|       Condo Utilities and Maintenance | | 349 |
|     Total Austin Condos | $ | 789 |
|     Lakehouse | | |
|       Lakehouse Internet | | 355 |
|       Lakehouse Maintenance | | 708 |
|       Lakehouse Property Tax | | 2,400 |
|       Lakehouse Utilities | | 40 |
|     Total Lakehouse | $ | 3,503 |
|     Ranch property | | 27 |
|     Rental Property Tax | | 1,550 |
|   Total Real Estate | $ | 5,869 |
|   Rental Storage Units | | 2,079 |
| **Total Other Expenses** | $ | 183,909 |
|   US Trustee Fees | | 121 |
| **Total Expenses** | $ | 244,955 |
| **Net Operating Income** | -$ | 197,440 |
| **Net Income** | -$ | 197,440 |

**Note 1- Adjusted or net difference in application of retainer to pre-petition fees.**

**Debtor's Name** Alexander Emric Jones                                                                                          Case No. 22-33553

### Part 5: Professional Fees and Expenses

| a. | | | Approved Current Month | Approved Cumulative | Paid Current Month* | Paid Cumulative* |
|---|---|---|---|---|---|---|
| | *Debtors prof fees & expenses (bankruptcy) Aggregate Total* | | 126,972 | 2,499,451 | - | 799,847 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm name | Role | | | | |
| | **BlackBriar Advisors** | Financial Advisors | | 813,794 | | 200,000 |
| | **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | | 1,224,517 | | 451,807 |
| | **Jordan & Ortiz** | Co-Counsel to Debtor | 24,207 | 268,897 | | 146,790 |
| | **Teneo** | Co-Counsel to Debtor | 102,765 | 181,218 | | |
| | **Rachel Kennerly** | Tax Accountant | | 11,025 | | 1,250 |
| | | | | | | |
| | * | All amounts paid from retainers provided prepetition. Professional fees reported in the debtors income statement represent fees incurred after retainers were depleted. | | | | |