IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| Debtor. | ) |

**NOTICE OF TENEO CAPITAL LLC'S SIXTH MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| **Name of Applicant:** | Teneo Capital LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Financial Advisor to the Debtors | |
| **Date Order of Employment Signed:** | March 21, 2023 (effective as of January 19, 2023) | |
| | **Beginning of Period:** | **End of Period** |
| **Time period covered by this Statement:** | 6/1/2023 | 6/30/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total fees requested in this Statement:** | | $75,848.20 |
| **Total expenses requested in this Statement:** | | $0.00 |
| **Total fees and expenses requested in this Statement (exclusive of 20% Holdback):** | | $60,678.56 |
| **Total fees and expenses referenced in this Statement (inclusive of 20% Holdback):** | | $75,848.20 |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. 106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* (the "Fee Procedures Order") [Docket No. 106], Teneo Capital LLC ("Teneo"), as financial advisor to the Committee of Unsecured Creditors, hereby files its *Sixth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Financial Advisor to the Committee for the Period from June 1, 2023 through June 30, 2023* ("Monthly Fee Statement").

1. By this Monthly Fee Statement, and pursuant to the Fee Procedures Order, Teneo seeks interim payment of $60,678.56 (80% of $75,848.20) as compensation for professional services rendered to the Committee during the period of June 1, 2023 through June 30, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $.0.00, for a total amount of $75,848.20.

2. In support of the Monthly Fee Statement, Teneo submits, a *Summary of Professional Fees by Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit A**, *a Summary of Professional Fees by Task Category as Financial Advisor for the Period*, attached hereto as **Exhibit B**, a *Detailed Time Entry by Task Category as Financial Advisor for*

*the Fee Period*, attached hereto as **Exhibit C**, a *Summary of Expenses Incurred by Category as Financial Advisor for the Fee Period*, attached hereto as **Exhibit D**, and a *Detailed Expenses Incurred by Category and Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit E**.

3. Pursuant to the Fee Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses shall, within fourteen (14) days of service of the Monthly Fee Statement, serve via email to Teneo, and the following Notice Parties (as defined in the Fee Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "Notice of Objection") fourteen (14) days after service of this Monthly Fee Statement:

(a) co-counsel to Debtor, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com);

(b) co-counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com);

(c) U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St,Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov;

(d) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com,mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com);;

(e) counsel to the Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com); and

(f) counsel to the Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com).

4.  If a Notice of Objection is timely served pursuant to the Fee Procedures Order, the objecting party and Teneo shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtor shall promptly pay Teneo an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5.  Teneo has made every effort to coordinate with Nardello & Co. and to minimize any duplication of effort. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: September 26, 2023

/s/ Gary Polkowitz
**Teneo Capital LLC**

*Financial Advisor to the Official Committee of Unsecured Creditors*
Gary Polkowitz
Senior Managing Director
280 Park Avenue, 4th Floor
New York, NY 10117
Telephone: (212) 593-2255
Email: gary.polkowitz@teneo.com

**Exhibit A**
**Summary of Professional Fees by Professional as Financial Advisor**
**For the Period June 1, 2023 through June 30, 2023**

| Professional | Title | Bill Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Gary Polkowitz | Sr. Managing Director | $683 | 30.8 | $21,036.40 |
| Marc Kirschner | Senior Advisor | $650 | 1.7 | $1,105.00 |
| Alyssa Scotti | Vice President | $508 | 37.1 | $18,846.80 |
| Nicholas Lee | Analyst | $280 | 105.2 | $29,456.00 |
| Sidney Yune | Analyst | $280 | 19.3 | $5,404.00 |
| **Subtotal Hours and Fees** | | | **194.1** | **$75,848.20** |
| Less: Voluntary Reduction (General) | | | - | - |
| Less: Voluntary Reduction (Travel Time) | | | - | - |
| **Total Hours and Fees** | | | **194.1** | **$75,848.20** |

**Exhibit B**
**Summary of Professional Fees by Task Category Descriptions as Financial Advisor**
**For the Period June 1, 2023 through June 30, 2023**

| Project Categories ` | Total Hours | Total Fees |
|---|---:|---:|
| Attendance of Court Hearings | 1.7 | $879.00 |
| Investigation | 159.0 | $58,382.90 |
| Mediation | 2.7 | $1,682.90 |
| Meetings and Communications with UCC and Counsel | 8.3 | $4,155.30 |
| Strategy and Financial Advisory Services to UCC | 22.4 | $10,748.10 |
| **TOTAL** | **194.1** | **$75,848.20** |

**EXHIBIT C**

**Detailed Time Entry by Task Category as Financial Advisor**
**For the Period June 1, 2023 through June 30, 2023**

**See Attached**

**Teneo Capital LLC**
**Time Period: June 1, 2023 to June 30, 2023**                                                                                                                                                Exhibit C

| Employee | Date | Case/Task/Event | Note | Spent Time | Rate | Amount |
|---|---|---|---|---|---|---|
| Nicholas Lee | 6/8/2023 | Attendance of Court Hearings | Listen into court hearing for AEJ and FSS. | 0.7 | 280 | $196.00 |
| Gary Polkowitz | 6/14/2023 | Attendance of Court Hearings | Listen into the lift stay motion hearing | 0.3 | 683 | $204.90 |
| Gary Polkowitz | 6/29/2023 | Attendance of Court Hearings | Attend court hearing on 9019 settlement motion, Pattis & Smith retention and interim cash collateral order | 0.7 | 683 | $478.10 |
| | | **Attendance of Court Hearings** | | **1.7** | | **$879.00** |
| Gary Polkowitz | 6/1/2023 | Investigation | Read and reviewed correspondence related to bank transfers (0.3); Review of bank transfers from document production (1.0) | 1.3 | 683 | $887.90 |
| Nicholas Lee | 6/1/2023 | Investigation | Analyze bank statements for trends (0.3); Call with A. Scotti re: bank statement analyses for new productions (0.2); Analyze PQPR production, and bank statements (2.9); Continue to analyze PQPR production (2.2); Review production in from May 24, 2023 re: PQPR, including for data room inventory (0.3) | 5.9 | 280 | $1,652.00 |
| Alyssa Scotti | 6/1/2023 | Investigation | Call with N. Lee re: bank statement analyses for new productions (0.2); Review and analyze bank statement transfers (0.9); Prepare summary analysis (1.2); Review and analyze bank statement transfers (1.7); Reconcile bank details to Debtor filed schedules (0.7); Review and analyze transactions related to Alex Jones (1.6); Perform review of debtor provided documents (1.3) | 7.6 | 508 | $3,860.80 |
| Nicholas Lee | 6/2/2023 | Investigation | Continue to analyze PQPR production, including bank statements (2.9); Analyze PQPR production, including bank statements (2.9); Review ESG's motion for protection from Rule 2004 (0.3) | 6.1 | 280 | $1,708.00 |
| Alyssa Scotti | 6/2/2023 | Investigation | Review and analyze bank statement transfer (0.9); Prepare summary analysis (1.2) | 2.1 | 508 | $1,066.80 |
| Gary Polkowitz | 6/2/2023 | Investigation | Continue to review bank transfers from document production | 1.3 | 683 | $887.90 |
| Nicholas Lee | 6/4/2023 | Investigation | Analyze PQPR production, including bank statements | 1.4 | 280 | $392.00 |
| Nicholas Lee | 6/5/2023 | Investigation | Analyze transfers to David Jones (0.5); Analyze PQPR production, including bank statements (2.3); Analyze Bank of America production, including bank statements (1.7); Review production (1.6); Review email interactions re: Frost Bank records (0.2) | 6.3 | 280 | $1,764.00 |
| Gary Polkowitz | 6/5/2023 | Investigation | Review of bank information from third party production (1.7); Read and reviewed correspondence related to document production (0.2); Review of ESG's motion for protection related to production (0.5) | 2.4 | 683 | $1,639.20 |
| Nicholas Lee | 6/6/2023 | Investigation | Analyze Bank of America production, including bank statements (2.9); Continue to analyze Bank of America production, including bank statements (0.6) | 3.5 | 280 | $980.00 |
| Gary Polkowitz | 6/6/2023 | Investigation | Call with A. Scotti on various matters related to the investigation | 0.4 | 683 | $273.20 |
| Nicholas Lee | 6/7/2023 | Investigation | Review production from May 24, 2023 re: PQPR, including for data room inventory (0.3); Review objections of David and Carol Jones to 2004 exam (0.3); Review ESG payments between AEJ related entities (0.3); Analyze Bank of America production, including bank statements (2.9); Continue to analyze Bank of America production, including bank statements (1.7) | 5.5 | 280 | $1,540.00 |
| Gary Polkowitz | 6/7/2023 | Investigation | Review of summary of bank transfers (0.7); Review objections to 2004 requests (1.8) | 2.5 | 683 | $1,707.50 |
| Nicholas Lee | 6/8/2023 | Investigation | Analyze PlainsCapital Bank production (2.9); Continue to analyze PlainsCapital Bank production (1.8); Analyze Bank of America production, including bank statements (1.3) | 6.0 | 280 | $1,680.00 |
| Gary Polkowitz | 6/8/2023 | Investigation | Review of bank information from third party production (1.5); Read and reviewed correspondence related to document discovery (0.3) | 1.8 | 683 | $1,229.40 |
| Sidney Yune | 6/9/2023 | Investigation | Review of Bank of England and Security Bank Documents in Relativity at the direction of A. Scotti | 2.5 | 280 | $700.00 |
| Alyssa Scotti | 6/9/2023 | Investigation | Review and analyze financial documents and bank statements produced by the debtor | 1.2 | 508 | $609.60 |
| Nicholas Lee | 6/13/2023 | Investigation | Analyze PlainsCapital Bank production (0.6); Review email interactions re: E. Jones' response to 2004 (0.4) | 1.0 | 280 | $280.00 |
| Gary Polkowitz | 6/13/2023 | Investigation | Read and reviewed correspondence related to document production (0.3); Review of summary bank information from document production (0.5) | 0.8 | 683 | $546.40 |
| Nicholas Lee | 6/14/2023 | Investigation | Analyze PlainsCapital Bank production (2.9); Continue to analyze PlainsCapital Bank production (1.4); Review production re: David Minton, including for data room inventory (0.2) | 4.5 | 280 | $1,260.00 |
| Nicholas Lee | 6/15/2023 | Investigation | Review document production re: Frost Bank, including for data room inventory (2.6); Review document production re: David Minton, including for data room inventory (1.3) | 3.9 | 280 | $1,092.00 |
| Nicholas Lee | 6/16/2023 | Investigation | Analyze Frost Bank production (2.9); Continue to analyze Frost Bank production (2.8); Review production re: Bank of England, including for data room inventory (0.5) | 6.2 | 280 | $1,736.00 |
| Gary Polkowitz | 6/16/2023 | Investigation | Review of bank summary information from document production (0.7); Read and reviewed summaries of document production (0.8) | 1.5 | 683 | $1,024.50 |
| Marc Kirschner | 6/16/2023 | Investigation | Review issues related to deposition materials | 0.4 | 650 | $260.00 |
| Nicholas Lee | 6/17/2023 | Investigation | Analyze Frost Bank production. | 1.0 | 280 | $280.00 |
| Nicholas Lee | 6/19/2023 | Investigation | Analyze production of bank statements. | 0.5 | 280 | $140.00 |
| Nicholas Lee | 6/20/2023 | Investigation | Analyze production of bank statements (4.6); Review reportre: same (0.3) | 4.9 | 280 | $1,372.00 |
| Gary Polkowitz | 6/20/2023 | Investigation | Review of documents from document production (0.3); Continue to review of bank information from document production (0.4) | 0.7 | 683 | $478.10 |

**Teneo Capital LLC**
Time Period: June 1, 2023 to June 30, 2023                                                                                                                     Exhibit C

| Employee | Date | Case/Task/Event | Note | Spent Time | Rate | Amount |
|---|---|---|---|---|---|---|
| Nicholas Lee | 6/21/2023 | Investigation | Analyze production of bank statements (0.5); Review report re: same (0.3); Review documents produced re: AEJ, including for inventory (1.5); Review documents produced re: ESG, including for inventory (1.9); Draft correspondence to counsel re: investigation (0.5) | 4.7 | 280 | $1,316.00 |
| Gary Polkowitz | 6/21/2023 | Investigation | Read and reviewed correspondence related to document production | 0.3 | 683 | $204.90 |
| Alyssa Scotti | 6/21/2023 | Investigation | Prepare summary analysis re: EWJ bank statement and transaction detail (2.8); Draft correspondence to counsel re: investigation (0.5); Review and analyze documents produced by Debtor re: expenses (2.1); Prepare summary analysis of documents produced by Debtor re: expenses (2.4) | 10.2 | 508 | $5,181.60 |
| Nicholas Lee | 6/22/2023 | Investigation | Analyze production of bank statements (1.9); Review bank statements for depositions preparation (2.3) | 4.2 | 280 | $1,176.00 |
| Gary Polkowitz | 6/22/2023 | Investigation | Participate on deposition call prep with A. Scotti. N. Lee, S. Yune and Akin Gump and Teneo | 0.8 | 683 | $546.40 |
| Nicholas Lee | 6/23/2023 | Investigation | Review bank statements for depositions preparation. | 3.1 | 280 | $868.00 |
| Gary Polkowitz | 6/23/2023 | Investigation | Continue to review of bank statement analysis (0.5); Read and reviewed correspondence related to document production (0.4) | 0.9 | 683 | $614.70 |
| Alyssa Scotti | 6/26/2023 | Investigation | Review and analyze documents produced by Debtor re: expenses (2.1); Prepare summary analysis of documents produced by Debtor re: expenses (2.4) | 4.5 | 508 | $2,286.00 |
| Nicholas Lee | 6/26/2023 | Investigation | Review bank statements for depositions preparation (0.7); Review documents produced re: AEJ (0.7); Review Eric Taube production (0.4) | 1.8 | 280 | $504.00 |
| Gary Polkowitz | 6/26/2023 | Investigation | Review bank information from document production (1.0); Read and reviewed correspondence on document production (0.5); Read and reviewed correspondence related to depositions (0.3) | 1.8 | 683 | $1,229.40 |
| Nicholas Lee | 6/27/2023 | Investigation | Review bank statements for depositions preparation (0.2); Review documents produced re: PNC, including for inventory (0.5) | 0.7 | 280 | $196.00 |
| Sidney Yune | 6/28/2023 | Investigation | Review of David Jones Production at the Direction of A. | 6.5 | 280 | $1,820.00 |
| Nicholas Lee | 6/28/2023 | Investigation | Review documents produced re: PNC, including for inventory (3.8); Analyze productions of bank statements | 7.4 | 280 | $2,072.00 |
| Nicholas Lee | 6/29/2023 | Investigation | Analyze productions of bank statements. | 5.8 | 280 | $1,624.00 |
| Sidney Yune | 6/29/2023 | Investigation | Continue to review David Jones Production at the Direction of A. Scotti | 5.2 | 280 | $1,456.00 |
| Gary Polkowitz | 6/29/2023 | Investigation | Call with A. Scotti, N. Lee, S. Yune on document record form document production received (0.5); Read and reviewed correspondence related to documents production received (0.4) | 0.9 | 683 | $614.70 |
| Nicholas Lee | 6/30/2023 | Investigation | Review and analyze productions of bank statements (5.1) ; continue to review document produciton (4.2) | 9.3 | 280 | $2,604.00 |
| Alyssa Scotti | 6/30/2023 | Investigation | Review documents produced by Debtor | 1.5 | 508 | $762.00 |
| Sidney Yune | 6/30/2023 | Investigation | Review of David Jones Production at the Direction of A. Scotti | 4.9 | 280 | $1,372.00 |
| Gary Polkowitz | 6/30/2023 | Investigation | Review of correspondence related to document production (0.3); Review of correspondence related to depositions (0.3) | 0.6 | 683 | $409.80 |
| Gary Polkowitz | 6/30/2023 | Investigation | Call with M. Kirschner, A. Scotti and K. Porter on document production review | 0.7 | 683 | $478.10 |
| | | **Investigation** | | **159.0** | | **$58,382.90** |
| Gary Polkowitz | 6/27/2023 | Mediation | Review of AEJ Settlement Counteroffer- Term Sheet | 0.5 | 683 | $341.50 |
| Nicholas Lee | 6/27/2023 | Mediation | Review AEJ settlement proposal. | 0.4 | 280 | $112.00 |
| Gary Polkowitz | 6/28/2023 | Mediation | Continue to review AEJ Counter Settlement – term sheet and Exhibit A (1.5); Read and reviewed correspondence related to AEJ counter settlement (0.3) | 1.8 | 683 | $1,229.40 |
| | | **Mediation** | | **2.7** | | **$1,682.90** |
| Alyssa Scotti | 6/5/2023 | Meetings and Communications with UCC and Counsel | Teleconference with Akin (A Cooksey) re: transfers | 0.3 | 508 | $152.40 |
| Alyssa Scotti | 6/8/2023 | Meetings and Communications with UCC and Counsel | Call with Akin, Nardello, Counsel to UCC Members and Teneo (G Polkowitz, M Kirschner) re: case strategy and update | 0.7 | 508 | $355.60 |
| Nicholas Lee | 6/15/2023 | Meetings and Communications with UCC and Counsel | Call with G. Polkowitz, A. Scotti, S. Yune, Nardello, and Akin re: depositions. | 1.0 | 280 | $280.00 |
| Gary Polkowitz | 6/22/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with M . Kirschner, A. Scotti, Akin Gump and Nardello teams and UCC members' counsel | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 6/22/2023 | Meetings and Communications with UCC and Counsel | Call with Akin (D Hill, A Cooksey, D Chasin and N Lombardi) re: case strategy (0.8); Draft response to counsel re: debtor expense (0.5) | 1.3 | 508 | $660.40 |
| Gary Polkowitz | 6/27/2023 | Meetings and Communications with UCC and Counsel | Participate on a call with A. Scotti, N. Lee and the Nardello team to discuss coordination of work (0.9); Participate on a Teneo team call with M. Kirschner, A. Scotti, N. Lee and S. Yune to discuss case strategy  (0.5) | 1.4 | 683 | $956.20 |
| Nicholas Lee | 6/27/2023 | Meetings and Communications with UCC and Counsel | Call with G. Polkowitz, A. Scotti, S. Yune, Nardello, and Akin teams re: depositions and next steps | 0.9 | 280 | $252.00 |
| Nicholas Lee | 6/28/2023 | Meetings and Communications with UCC and Counsel | Call with G. Polkowitz, A. Scotti, Nardello, Akin teams and counsel to the committee members re: updates and next steps. | 0.2 | 280 | $56.00 |
| Alyssa Scotti | 6/30/2023 | Meetings and Communications with UCC and Counsel | Call with Akin, Nardello, Counsel to UCC and Teneo (G Polkowitz and M Kirschner) re: case strategy and update (0.6); Call with K Porter and Teneo (G Polkowitz and M Kirschner) re: case strategy and update (0.8) | 1.4 | 508 | $711.20 |
| Marc Kirschner | 6/30/2023 | Meetings and Communications with UCC and Counsel | Change to: Conference call with UCC, Akin, Nardelo, Families counsel re: deposition and strategy with G. Polkowitz and A. Scotti | 0.6 | 650 | $390.00 |

2

**Teneo Capital LLC**
**Time Period: June 1, 2023 to June 30, 2023**                                                                                                                                Exhibit C

| Employee | Date | Case/Task/Event | Note | Spent Time | Rate | Amount |
|---|---|---|---|---|---|---|
| | | Meetings and Communications with UCC and Counsel | | 8.3 | | $4,155.30 |
| Nicholas Lee | 6/1/2023 | Strategy and Financial Advisory Services to UCC | Review master asset tracker for Frost bank account | 0.2 | 280 | $56.00 |
| Gary Polkowitz | 6/1/2023 | Strategy and Financial Advisory Services to UCC | Review of latest version of the asset tracker | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 6/2/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed various case correspondence (0.3); Review of Alex Jones April 2023 MOR (0.6) | 0.9 | 683 | $614.70 |
| Alyssa Scotti | 6/5/2023 | Strategy and Financial Advisory Services to UCC | Prepare summary analysis re: financial information (1.2) | 1.2 | 508 | $609.60 |
| Gary Polkowitz | 6/5/2023 | Strategy and Financial Advisory Services to UCC | Read and review correspondence related to the ESG | 0.2 | 683 | $136.60 |
| Gary Polkowitz | 6/6/2023 | Strategy and Financial Advisory Services to UCC | Review of various case correspondence (0.6); Participate in Teneo team meeting discuss various team member takes and case update (0.5) | 1.1 | 683 | $751.30 |
| Alyssa Scotti | 6/6/2023 | Strategy and Financial Advisory Services to UCC | Teleconference with G Polkowitz re: status and case strategy (0.5); Call with G Polkowitz, M Kirschner, S Yune and N Lee re: workstream and case strategy (0.5) | 1.0 | 508 | $508.00 |
| Gary Polkowitz | 6/7/2023 | Strategy and Financial Advisory Services to UCC | Review of latest asset tracker (0.5); Review of latest payment analysis (0.6) | 1.1 | 683 | $751.30 |
| Nicholas Lee | 6/7/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, A. Scotti, S. Yune and Nardello re: strategy and coordination of work (0.5); Review summary of transfers to and from individuals (0.5) | 1.0 | 280 | $280.00 |
| Alyssa Scotti | 6/7/2023 | Strategy and Financial Advisory Services to UCC | Call with Nardello and Teneo (G Polkowitz, N Lee and S Yune) re: case strategy and coordination (0.5); Review and update 2004 request to FSS (0.7) | 1.2 | 508 | $609.60 |
| Marc Kirschner | 6/8/2023 | Strategy and Financial Advisory Services to UCC | Strategy call with G. Polkowitz and A. Scotti | 0.3 | 650 | $195.00 |
| Marc Kirschner | 6/12/2023 | Strategy and Financial Advisory Services to UCC | Analysis of certain of Jones' assets | 0.4 | 650 | $260.00 |
| Gary Polkowitz | 6/14/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti to discuss case strategy | 0.5 | 683 | $341.50 |
| Nicholas Lee | 6/15/2023 | Strategy and Financial Advisory Services to UCC | Review Security Bank production summary (0.3); Review PQPR production summary (0.2); Review Austin Rivera production summary (0.3) | 0.8 | 280 | $224.00 |
| Gary Polkowitz | 6/16/2023 | Strategy and Financial Advisory Services to UCC | Reviewed correspondence related to case updates | 0.4 | 683 | $273.20 |
| Nicholas Lee | 6/20/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, A. Scotti, and Nardello team re: workstreams and updates (0.5); Review funds flow from bank statements (0.5); Review AEJ May 2023 MOR (0.5) | 1.5 | 280 | $420.00 |
| Gary Polkowitz | 6/20/2023 | Strategy and Financial Advisory Services to UCC | Participate on weekly Teneo and Nardello update call with A. Scotti , N. Lee, S. Yune and Nardello team | 0.5 | 683 | $341.50 |
| Nicholas Lee | 6/21/2023 | Strategy and Financial Advisory Services to UCC | Review ESG production summary. | 0.3 | 280 | $84.00 |
| Alyssa Scotti | 6/21/2023 | Strategy and Financial Advisory Services to UCC | Review Debtor field May 2023 MOR | 1.3 | 508 | $660.40 |
| Nicholas Lee | 6/22/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti re: AEJ matter status and next steps. | 0.3 | 280 | $84.00 |
| Alyssa Scotti | 6/22/2023 | Strategy and Financial Advisory Services to UCC | Call with N Lee re: case strategy (.3) | 0.3 | 508 | $152.40 |
| Nicholas Lee | 6/26/2023 | Strategy and Financial Advisory Services to UCC | Review Anthony Gucciardi production (0.3); Review AEJ monthly operating reports filed (1.1) | 1.4 | 280 | $392.00 |
| Alyssa Scotti | 6/26/2023 | Strategy and Financial Advisory Services to UCC | Draft response to counsel re: debtor expense (.5) | 0.5 | 508 | $254.00 |
| Nicholas Lee | 6/27/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ, including dockets for filings (0.2); Call with G. Polkowitz, A. Scotti, S. Yune re: workstreams and next steps (0.3); Review FSS documents proposal as it relates to AEJ (0.2); | 0.7 | 280 | $196.00 |
| Alyssa Scotti | 6/27/2023 | Strategy and Financial Advisory Services to UCC | Call with G Polkowitz, M Kirschner, S Yune and N Lee re: strategy and case update | 0.3 | 508 | $152.40 |
| Nicholas Lee | 6/28/2023 | Strategy and Financial Advisory Services to UCC | Update master asset tracker. | 0.7 | 280 | $196.00 |
| Nicholas Lee | 6/29/2023 | Strategy and Financial Advisory Services to UCC | Call with S. Yune re: work streams coordination (0.2); Call with G. Pollkowitz, A. Scotti, S. Yune re: work streams and next steps (0.4); Call with G. Polkowitz, A. Scotti and Nardello re: work streams and next steps (0.5); Call with A. Scotti re: workstreams and next steps (0.3) | 1.4 | 280 | $392.00 |
| Sidney Yune | 6/29/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee to Discuss Bank Statement Analysis | 0.2 | 280 | $56.00 |
| Gary Polkowitz | 6/29/2023 | Strategy and Financial Advisory Services to UCC | Calls with A. Scotti, N. Lee and L. Hanlon re: strategy and coordination | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 6/30/2023 | Strategy and Financial Advisory Services to UCC | Call with Nardello re: coordination (0.5); Review of of Sub Chapter V report as it related to Alex Jones (0.7) | 1.2 | 683 | $819.60 |
| Alyssa Scotti | 6/30/2023 | Strategy and Financial Advisory Services to UCC | Call with G Polkowitz, N Lee and S Yune re: case strategy | 0.5 | 508 | $254.00 |
| | | **Strategy and Financial Advisory Services to UCC** | | **22.4** | | **$10,748.10** |
| | | **Total** | | **194.1** | | **$75,848.20** |

**Exhibit D**
**Summary of Expenses Incurred by Category as Financial Advisor**
**For the Period June 1, 2023 through June 30, 2023**

**No Expenses Incurred.**

**Exhibit E**
**Detailed Expenses Incurred by Category and Professional as Financial Advisor**
**For the Period June 1, 2023 through June 30, 2023**

**No Expenses Incurred.**