**CROWE&DUNLEVY**
ATTORNEYS AND COUNSELORS AT LAW

**2525 MCKINNON, SUITE 425**
**DALLAS, TX 75201**
**(214) 420-2163**
TAX I.D. NUMBER 73-1055796

September 29, 2023
Invoice # 763441

Alex "AJ" Jones
ATTN: Shelby A. Jordan                                    Responsible Attorney
6207 Bee Cave Road, Suite 120                                  Vickie L. Driver
Austin, TX 78746

Client #        50134
Matter #        00802

Post – petition

## INVOICE SUMMARY

| | |
|---|---|
| Current Invoice Total Fees | $300,337.50 |
| Current Invoice Total Expenses | $20,532.34 |
| **Current Invoice Total** | **$320,869.84** |

*Payment Instructions*

| Check Remittance: | Credit Card Remittance: | Wire Remittance: |
|---|---|---|
| **Mail To:** | **https://www.crowedunlevy.com/makeapayment/** | **Bank Name: BancFirst** |
| **Crowe & Dunlevy** | | **Routing #103003632** |
| **Braniff Building** | | **Oklahoma City, OK 73102** |
| **324 N. Robinson Ave., Ste. 100** | | **Account Name: Crowe & Dunlevy** |
| **Oklahoma City, OK 73102** | | **Account Number 4025023715** |
| | | **Swift Code BFOKUS44** |

*Please refer to Invoice # 763441 and any other invoice numbers being paid on your remittance.*

Jones, Alex "AJ"                                                                    Page 2
                                                                        September 29, 2023

Client #        50134                                                   Invoice # 763441
Matter #        00802                                                 Responsible Attorney
                                                                          Vickie L. Driver
Post - petition

### SUMMARY OF PREVIOUS UNPAID INVOICES

| Invoice Number | Invoice Date | Amount Billed | Credits Applied | Balance Due |
|---|---|---|---|---|
| 754086 | 04/21/2023 | 215,770.53 | -67,541.80 | 148,228.73 |
| 761699 | 06/30/2023 | 341,921.51 | 0.00 | 341,921.51 |
| 761700 | 07/31/2023 | 214,254.82 | 0.00 | 214,254.82 |
| 761710 | 05/31/2023 | 185,862.13 | 0.00 | 185,862.13 |
| 761722 | 08/31/2023 | 493,188.66 | 0.00 | 493,188.66 |
| **TOTALS:** | | $1,450,997.65 | $-67,541.80 | $1,383,455.85 |

Jones, Alex "AJ" | Page 3
September 29, 2023

Client #     50134          Invoice # 763441
Matter #    00802          Responsible Attorney
                                   Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|------|-----------|------|-------------|-------|
| 08/01/2023 | L. Dauphin | B190/ | Prepare account reconciliations and month end reports for JLJR Holdings, LLC and PLJR Holdings, LLC for production review. | 0.20 |
| 08/01/2023 | J. Davis | B190/ | Review and analyze Reply Brief filed in support of the MSJ. | 2.50 |
| 08/01/2023 | J. Davis | B190/ | Review and analyze original complaints and the exhibits thereto. | 4.00 |
| 08/01/2023 | V. Driver | B190/ | Call to discuss preparation for meet and confer and hearing on evidence and logistics. | 0.70 |
| 08/01/2023 | V. Driver | B210/ | Review and analyze emails regarding operational issues raised by FSS CRO (.9); call with FSS to discuss operational issues (.9); calls with FA on operational issues (1.2); calls with client regarding same (1.2). | 4.20 |
| 08/01/2023 | D. McClellan | B190/ | Review pleadings in preparation for plaintiffs' summary judgment hearing. | 2.80 |
| 08/01/2023 | C. Stephenson | B210/ | Conference regarding operational issues raised by CRO (1.1); review related correspondence (.7). | 1.80 |
| 08/01/2023 | E. Weaver | B190/ | Review application to employ Pattis & Smith and circulate to team. | 0.20 |
| 08/01/2023 | J. Yoon | B190/ | Assist with evidentiary hearing preparations. | 2.10 |

Jones, Alex "AJ"

Client #       50134                                        Invoice # 763441
Matter #      00802                                      Responsible Attorney
                                                               Vickie L. Driver

Post - petition

| 08/02/2023 | J. Davis | B190/ | Review and analyze court's verdict forms, ruling on default judgment, and 45 page ruling on punitive damages. | 2.50 |
|---|---|---|---|---|
| 08/02/2023 | J. Davis | B190/ | Review and analyze non-dischargeability lawsuit and review the exhibits it cited to and attached. | 2.50 |
| 08/02/2023 | J. Davis | B190/ | Review and analyze exhibits attached or cited to plaintiffs' non-dischargeability lawsuit. | 4.00 |
| 08/02/2023 | J. Davis | B190/ | Review and analyze Appeal Brief filed in CT by the Alex Jones defendants. | 2.00 |
| 08/02/2023 | V. Driver | B210/ | Call with financial advisors on initial results from operational meeting with AJ and FSS CRO. | 1.10 |
| 08/02/2023 | D. McClellan | B190/ | Review and analyze summary judgment briefing and authorities cited within in preparation for summary judgment hearing. | 4.50 |
| 08/02/2023 | D. McClellan | B190/ | Perform document review. | 5.20 |
| 08/02/2023 | C. Stephenson | B190/ | Draft correspondence regarding evidentiary analysis. | 0.80 |
| 08/02/2023 | R. Yates | B190/ | Continue to develop hearing strategy and prepare for hearing on summary judgment motion. | 7.30 |

Jones, Alex "AJ"                                                                                    Page 5
                                                                                        September 29, 2023

Client #        50134                                                          Invoice # 763441
Matter #        00802                                                       Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| 08/02/2023 | J. Yoon | B190/ | Prepare for oral arguments/summary judgment hearing for Texas and Connecticut adversarial proceedings (1.0); shepardize and research case law on dischargeability (1.0); draft email analysis regarding shepardized cases, and review issues in plaintiffs' evidentiary cites (1.1). | 3.10 |
| 08/03/2023 | J. Davis | B190/ | Review and analyze CT trial court's ruling on Default Judgment (transcript of proceedings) and the 45 page written ruling on CUTPA claims and punitive damages. | 1.50 |
| 08/03/2023 | J. Davis | B190/ | Review and analyze Lafferty Complaint from the underlying CT case. | 1.50 |
| 08/03/2023 | J. Davis | B190/ | Review and analyze original jury charge (transcript of proceedings), and the verdict forms for all 15 plaintiffs. | 1.00 |
| 08/03/2023 | J. Davis | B190/ | Review and analyze 5th Circuit and Houston Bankruptcy cases which provide the legal framework for the Court's role in evaluating 523(A)6 cases. | 4.00 |
| 08/03/2023 | V. Driver | B140/ | Review ALLY bank MFR and analyze VIN Number issues. | 0.40 |

Jones, Alex "AJ"                                                                                   Page 6
                                                                                        September 29, 2023

Client #        50134                                                              Invoice # 763441
Matter #        00802                                                          Responsible Attorney
                                                                                      Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 08/03/2023 | V. Driver | B190/ | Review and analyze email to FSS and Sub V Trustee clarifying position of plaintiffs in settlement (.8); draft correspondence regarding newest issues with ESG to FA for review with client (.6). | 1.40 |
| 08/03/2023 | V. Driver | B210/ | Draft correspondence with final employment agreement and status and is finalized from AJ perspective (.8); call with R. Battaglia regarding same (.6); review revised contract and complete with addresses and send to counsel for MugClub (.3). | 2.10 |
| 08/03/2023 | A. Finch | B190/ | Review and redact documents (emails) for production re: UCC's 2004 requests. | 0.90 |
| 08/03/2023 | D. McClellan | B190/ | Review record submitted by Connecticut plaintiffs in preparation for summary judgment hearing. | 10.30 |
| 08/03/2023 | E. Weaver | B190/ | Review and download voluminous filed pleadings and circulate Litshare link to team. | 0.60 |
| 08/03/2023 | E. Weaver | B190/ | Westlaw case research for hearing. | 0.50 |
| 08/03/2023 | R. Yates | B190/ | Develop arguments for evidentiary hearing and coordinate for moot court. | 0.50 |
| 08/03/2023 | R. Yates | B190/ | Develop "actually litigated" argument for hearing. | 2.20 |

Jones, Alex "AJ"

September 29, 2023

| Client # | 50134 | Invoice # 763441 |
| Matter # | 00802 | Responsible Attorney |
| | | Vickie L. Driver |

Post - petition

| 08/03/2023 | R. Yates | B190/ | Draft legal standard section for "necessarily decided" prong of collateral estoppel for summary judgment hearing. | 3.00 |
| 08/03/2023 | R. Yates | B190/ | Read trial appellate brief (1.0); organize argument outline (1.0); define discussions and arguments (1.1). | 3.10 |
| 08/03/2023 | J. Yoon | B190/ | Prepare for oral arguments/summary judgment hearing for both Texas and Connecticut Plaintiffs' adversarial proceedings - continue to categorize arguments and objections (3.5); strategize and analyze Connecticut state court appeal to incorporate into oral arguments (.4) | 3.90 |
| 08/04/2023 | L. Dauphin | B190/ | Prepare additional document production review assignment groups. | 0.60 |
| 08/04/2023 | J. Davis | B190/ | Review and analyze underlying trial testimony transcripts of Alderson and several of the plaintiffs which are identified as exhibits to the CT Plaintiffs' MSJ. | 6.00 |
| 08/04/2023 | V. Driver | B190/ | Email document production manager seeking to keep production review going on assistant emails (.2);  review and approve judicial notice motion (.6). | 0.80 |
| 08/04/2023 | V. Driver | B210/ | Emails with J. Harmann on issues. | 0.10 |

Jones, Alex "AJ"

Page 8
September 29, 2023

Client #      50134
Matter #     00802

Invoice # 763441
Responsible Attorney
Vickie L. Driver

Post - petition

| 08/04/2023 | D. McClellan | B190/ | Review and analyze Texas plaintiffs' summary judgment record in preparation for summary judgment hearing. | 7.60 |
|---|---|---|---|---|
| 08/04/2023 | A. Sokolosky | B190/ | Analyze volume of document production and current level of reviewers (.4); discuss joining review with additional associates (.1). | 0.50 |
| 08/04/2023 | E. Weaver | B190/ | Prepare electronic hearing notebook. | 1.20 |
| 08/04/2023 | E. Weaver | B190/ | Document review in response to requests by UCC. | 4.00 |
| 08/04/2023 | R. Yates | B190/ | Draft case summaries of key cases in briefing. | 1.70 |
| 08/04/2023 | R. Yates | B190/ | Continue to analyze legal arguments and draft argument outline. | 2.20 |
| 08/04/2023 | J. Yoon | B190/ | Analyze and review Connecticut adversarial complaint and exhibits in preparation for summary judgment hearing/oral arguments (1.3); draft email analysis of research findings (2.3); draft and revise the same (0.7). | 4.30 |
| 08/05/2023 | J. Davis | B190/ | Review and analyze MSJ record submitted by CT Plaintiffs (1.5); review of 3 binders of exhibits, over 80 MSJ exhibits (1.5). | 3.00 |
| 08/05/2023 | D. McClellan | B190/ | Review and analyze cases cited by Texas plaintiffs in summary judgment briefing in preparation for summary judgment hearing. | 6.20 |

Jones, Alex "AJ"

Page 9

September 29, 2023

| Client # | 50134 | | | | Invoice # 763441 |
|---|---|---|---|---|---|

Responsible Attorney

Vickie L. Driver

Matter #      00802

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 08/05/2023 | T. Smith | B190/ | Review, redact and product documents in response to request of Unsecured Creditors Committee. | 3.10 |
| 08/05/2023 | R. Yates | B190/ | Read, analyze, and summarize key cases for summary judgment hearing. | 5.10 |
| 08/05/2023 | R. Yates | B190/ | Continue to outline arguments for summary judgment hearing. | 1.20 |
| 08/05/2023 | J. Yoon | B190/ | Revise Motion Requesting the Court to Take Judicial Notice of Connecticut Appeal Brief applying additional case law and final changes (1.3); draft and revise proposed order granting the same (0.4). | 1.70 |
| 08/06/2023 | V. Driver | B190/ | Review and respond to email on videos and impact on case for hearing presentation (.3); analyze evidentiary issues in advance of hearing (.9). | 1.20 |
| 08/06/2023 | V. Driver | B210/ | Summarize MugClub deal and disclose to Committee. | 1.60 |
| 08/06/2023 | D. McClellan | B190/ | Draft response to Texas and Connecticut plaintiffs' letter regarding evidentiary issues for August 7 evidentiary hearing. | 4.10 |
| 08/06/2023 | D. McClellan | B190/ | Perform document review. | 3.10 |
| 08/06/2023 | T. Smith | B190/ | Review and redact documents in response to request of Unsecured Creditors Committee. | 3.50 |

Jones, Alex "AJ"                                                                      Page 10
                                                                          September 29, 2023

Client #        50134                                                      Invoice # 763441
Matter #        00802                                                   Responsible Attorney
                                                                            Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 08/06/2023 | C. Stephenson | B190/ | Perform analysis and draft correspondence regarding contested hearing issues. | 0.80 |
| 08/07/2023 | C. Chamberlain | B190/ | Conferences with Lucas Meacham and Kelly Kinser regarding UCC request document review (.6). | 0.60 |
| 08/07/2023 | J. Davis | B190/ | Review and analyze opposition brief. | 3.00 |
| 08/07/2023 | J. Davis | B190/ | Begin drafting and preparing an oral argument outline for the CT Plaintiffs MSJ. | 4.00 |
| 08/07/2023 | J. Davis | B190/ | Trial team meeting regarding oral argument at the MSJ hearing. | 0.50 |
| 08/07/2023 | J. Davis | B190/ | Attendance (Remote) at 3:00 status hearing with Judge Lopez and all parties of record. | 0.50 |
| 08/07/2023 | J. Davis | B190/ | Prepare for evidence hearing. | 1.80 |
| 08/07/2023 | V. Driver | B190/ | Meet and conference calls with plaintiffs on evidence objections and issues with same (2.5); attend hearing (.7); review results of hearing and preparation strategy in light thereof (.2); emails scheduling UCC call and pre-call with production team on document responses and production timing (1.4). | 4.80 |
| 08/07/2023 | V. Driver | B210/ | Calls and emails regarding termination of FSS assistant and complications regarding same. | 2.90 |

Jones, Alex "AJ"                                                                                        Page 11
                                                                                          September 29, 2023

Client #        50134                                                                   Invoice # 763441
Matter #        00802                                                             Responsible Attorney
                                                                                          Vickie L. Driver

Post - petition

| 08/07/2023 | K. Kinser | B190/ | Conference to discuss document review. | 0.30 |
| 08/07/2023 | K. Kinser | B190/ | Perform document review. | 8.70 |
| 08/07/2023 | D. McClellan | B190/ | Revise response to Texas and Connecticut plaintiffs' letter to the court regarding evidentiary issues for August 7 hearing. | 3.10 |
| 08/07/2023 | D. McClellan | B190/ | Meet and confer with Texas and Connecticut plaintiffs regarding evidentiary issues for court's August 7 hearing. | 1.30 |
| 08/07/2023 | D. McClellan | B190/ | Prepare for evidentiary hearing. | 2.90 |
| 08/07/2023 | D. McClellan | B190/ | Attend evidentiary hearing. | 0.50 |
| 08/07/2023 | D. McClellan | B190/ | Perform document review. | 5.30 |
| 08/07/2023 | L. Meacham | B190/ | Correspondence regarding document review guidelines. | 0.20 |
| 08/07/2023 | T. Smith | B190/ | Review, redact and produce documents in response to request of Unsecured Creditors committee. | 0.80 |
| 08/07/2023 | A. Sokolosky | B190/ | Phone conference with Katherine Porter regarding production of documents received from third-parties. | 0.10 |
| 08/07/2023 | C. Stephenson | B190/ | Review and analyze correspondence regarding production issues. | 2.90 |

Jones, Alex "AJ"                                                                    Page 12
                                                                       September 29, 2023

Client #        50134                                                    Invoice # 763441
Matter #        00802                                                 Responsible Attorney
                                                                         Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 08/07/2023 | C. Stephenson | B190/ | Review and revise Response to Comment (1.3); draft Court correspondence (.2); prepare for and attend evidentiary hearing (1.3). | 2.80 |
| 08/07/2023 | E. Weaver | B160/ | Draft monthly June and July fee statements for BlackBriar Advisors. | 1.80 |
| 08/07/2023 | E. Weaver | B190/ | Document review in response to requests by UCC. | 3.00 |
| 08/07/2023 | E. Weaver | B190/ | Finalize and file defendant's comment regarding letter brief in both adversary cases. | 0.80 |
| 08/07/2023 | R. Yates | B190/ | Advise on evidentiary issues and legal arguments for summary judgment hearing. | 1.40 |
| 08/07/2023 | R. Yates | B190/ | Continue to develop summary judgment hearing presentation (1.0); debrief status conference (1.0); revise argument accordingly (1.2). | 3.20 |
| 08/07/2023 | R. Yates | B190/ | Draft detailed description of due process arguments. | 4.10 |
| 08/07/2023 | R. Yates | B190/ | Formulate strategies for opening statements. | 0.50 |

Jones, Alex "AJ"                                                                                          Page 13
                                                                                          September 29, 2023

Client #        50134                                                                    Invoice # 763441
Matter #        00802                                                                 Responsible Attorney
                                                                                          Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 08/07/2023 | J. Yoon | B190/ | Analyze and review Texas and Connecticut Plaintiffs' letter regarding the evidentiary hearing and issues (0.5); analyze and review case law regarding evidentiary standards in preparation to draft response letter to the plaintiffs' letter (1.4); draft and revise response letter to plaintiffs' letter regarding evidentiary issues (1.2); attend remote status conference regarding the hearing on the summary judgment motions in the adversarial proceedings (0.4). | 3.50 |
| 08/08/2023 | J. Davis | B190/ | Review and study of cases cited in Brief in Opposition to the CT Plaintiffs' MSJ. | 6.50 |
| 08/08/2023 | V. Driver | B190/ | Review and respond to questions from production review team member. | 0.80 |
| 08/08/2023 | V. Driver | B210/ | Call with R. Battaglia on operational issues and comments to MugClub contract (.8); review and comment to draft email to Teneo on budget questions (.4); emails and calls discussing harm to FSS and AJ estates if FSS CRO terminates assistant with no warning and no notice (1.7); emails seeking additional time and notice to employee to avoid administrative expense claim (.9); discuss strategy to mitigate damage with FA (.9). | 4.90 |

Jones, Alex "AJ"                                                                                    Page 14
                                                                                        September 29, 2023

Client #        50134                                                              Invoice # 763441
Matter #        00802                                                        Responsible Attorney
                                                                                      Vickie L. Driver

Post - petition

| 08/08/2023 | K. Kinser | B190/ | Document review and related internal correspondence analyzing same. | 10.70 |
|---|---|---|---|---|
| 08/08/2023 | D. McClellan | B190/ | Draft hearing script for summary judgment hearing. | 7.30 |
| 08/08/2023 | D. McClellan | B190/ | Perform document review. | 4.20 |
| 08/08/2023 | L. Meacham | B190/ | Review and analyze email correspondence relating to Debtor's assets. | 2.60 |
| 08/08/2023 | T. Smith | B190/ | Review, redact and produce documents in response to request of Unsecured Creditors Committee. | 2.30 |
| 08/08/2023 | T. Smith | B190/ | Review, redact and produce documents in response to request of Unsecured Creditors Committee. | 1.10 |
| 08/08/2023 | C. Stephenson | B190/ | Perform analysis and draft correspondence regarding hearing preparation (2.8); review exhibit lists (1.2); review and revise Debtor exhibit lists (.8). | 4.80 |
| 08/08/2023 | E. Weaver | B190/ | Review response to movant's motion for summary judgment, circulate to team and docket objection deadline. | 0.30 |
| 08/08/2023 | E. Weaver | B190/ | Document review in response to requests by UCC. | 3.00 |
| 08/08/2023 | R. Yates | B190/ | Continue to develop argument for summary judgment hearing. | 5.60 |

Jones, Alex "AJ"                                                                                Page 15
                                                                                  September 29, 2023

Client #        50134                                                          Invoice # 763441
Matter #        00802                                                       Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|------|-----------|------|-------------|-------|
| 08/08/2023 | J. Yoon | B140/ | Analyze and review Austin Shiprock v. Travis County case and strategize plan regarding same. | 0.40 |
| 08/08/2023 | J. Yoon | B190/ | Analyze and review case law regarding collateral estoppel in preparation for summary judgment hearing. | 1.10 |
| 08/09/2023 | J. Davis | B190/ | Review and analyze cases (3.0); draft oral argument (3.0); practice oral argument (3.0). | 9.00 |
| 08/09/2023 | K. Kinser | B190/ | Perform document review. | 8.30 |
| 08/09/2023 | D. McClellan | B190/ | Continue drafting hearing script for summary judgment hearing. | 8.30 |
| 08/09/2023 | D. McClellan | B190/ | Perform document review. | 6.60 |
| 08/09/2023 | L. Meacham | B110/ | Review and analyze documents relating to Debtor's assets. | 6.00 |
| 08/09/2023 | T. Smith | B190/ | Review, redact and produce documents in response to request of Unsecured Creditors Committee. | 0.90 |
| 08/09/2023 | C. Stephenson | B190/ | Review and analyze UCC's emergency motion to enforce Court ruling. | 0.40 |
| 08/09/2023 | C. Stephenson | B320/ | Perform and analyze plan research. | 2.70 |
| 08/09/2023 | E. Weaver | B190/ | Document review in response to requests by UCC. | 3.50 |

Jones, Alex "AJ"                                                                                      Page 16
                                                                                      September 29, 2023

Client #        50134                                                        Invoice # 763441
Matter #        00802                                                     Responsible Attorney
                                                                               Vickie L. Driver

Post - petition

| 08/09/2023 | E. Weaver | B190/ | Download and review UCC's emergency motion to enforce 06-08-2023 ruling against Elevated Solutions Group, LLC. | 0.20 |
|---|---|---|---|---|
| 08/09/2023 | R. Yates | B190/ | Create list of potential questions for oral arguments and moot court. | 2.50 |
| 08/09/2023 | R. Yates | B190/ | Conduct moot court on first section of Texas case argument. | 1.50 |
| 08/09/2023 | R. Yates | B190/ | Conduct legal research on statements of dicta being given preclusive effect in subsequent proceeding. | 0.50 |
| 08/09/2023 | R. Yates | B190/ | Conduct multiple moot courts on Connecticut and Texas cases. | 4.10 |
| 08/09/2023 | J. Yoon | B190/ | Prepare for oral arguments/summary judgment hearing - researching case law and summarizing arguments in anticipation of rebuttal. | 1.50 |
| 08/10/2023 | V. Driver | B110/ | Emails on UST bill and invoicing. | 0.10 |
| 08/10/2023 | V. Driver | B170/ | Analyzing issues with proposed order on Teneo fees. | 0.60 |
| 08/10/2023 | V. Driver | B190/ | Analyzing status of document review (.4); answering inquiries from Committee on third party documents (.3). | 0.70 |
| 08/10/2023 | V. Driver | B190/ | Email with courtroom deputy on hearing logistics. | 0.10 |
| 08/10/2023 | V. Driver | B190/ | Review emergency motion filed by Committee on ESG document production. | 0.20 |

Jones, Alex "AJ"                                                                    Page 17
                                                                          September 29, 2023

Client #        50134                                                Invoice # 763441
Matter #        00802                                             Responsible Attorney
                                                                      Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 08/10/2023 | V. Driver | B210/ | Correspondence with Crowder CEO on operational issue. | 0.20 |
| 08/10/2023 | K. Kinser | B190/ | Perform document review. | 2.30 |
| 08/10/2023 | D. McClellan | B190/ | Prepare for summary judgment hearing by reviewing record, authorities cited, and hearing script. | 6.20 |
| 08/10/2023 | D. McClellan | B190/ | Perform document review. | 4.00 |
| 08/10/2023 | L. Meacham | B110/ | Review and analyze documents relating to Debtor's assets. | 3.90 |
| 08/10/2023 | A. Sokolosky | B190/ | Prepare for phone conference with unsecured creditors committee by reviewing correspondence and 2004 requests and responses. | 0.70 |
| 08/10/2023 | A. Sokolosky | B190/ | Phone conference with unsecured creditors committee regarding document production. | 0.40 |
| 08/10/2023 | A. Sokolosky | B190/ | Review requests, responses, and documents produced; consider how best to respond to questions from unsecured creditors committee. | 0.80 |
| 08/10/2023 | C. Stephenson | B160/ | Review billing statements for interim compensation preparation. | 1.80 |
| 08/10/2023 | C. Stephenson | B320/ | Perform and analyze plan research. | 4.30 |
| 08/10/2023 | E. Weaver | B190/ | Document review in response to requests by UCC. | 5.00 |

Jones, Alex "AJ"                                                                    Page 18
                                                                          September 29, 2023

Client #        50134                                          Invoice # 763441
Matter #        00802                                          Responsible Attorney
                                                               Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 08/10/2023 | E. Weaver | B190/ | Review stipulation and agreed order regarding schedule for answering and summary judgment brief in both adversary cases and docket hearing date for same. | 0.30 |
| 08/10/2023 | R. Yates | B190/ | Conduct moot court and debrief same. | 1.90 |
| 08/10/2023 | R. Yates | B190/ | Draft oral argument summary on full faith and credit and free speech protection. | 1.30 |
| 08/10/2023 | R. Yates | B190/ | Compile potential questions derived from briefing. | 1.60 |
| 08/10/2023 | R. Yates | B190/ | Review and summarize key documents for hearing. | 1.80 |
| 08/10/2023 | J. Yoon | B190/ | Analyze and review debtor documents and phone records for responsive documents to UCC's rule 2004 examination. | 5.20 |
| 08/11/2023 | B. Allen | B190/ | Review and prepare L. Muniz email correspondence for production. | 3.10 |

Jones, Alex "AJ"                                                                                      Page 19
                                                                                      September 29, 2023

Client #        50134                                                         Invoice # 763441
Matter #        00802                                                      Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| 08/11/2023 | N. Collins | B240/ | Correspondence with CPA regarding cost basis analysis for 2021 and 2022 gains/losses (.3); analyze worksheets regarding 2021 and 2022 cost basis, fair market value and gain/loss calculations (.9); craft correspondence to tax advisor regarding cost basis, fair market value and capital gain/loss reporting for 2021 and 2022 tax year (.5); discussion with Tyler Bennett regarding cost basis information (.7). | 2.40 |
| 08/11/2023 | K. Kinser | B190/ | Perform document review. | 4.80 |
| 08/11/2023 | D. McClellan | B190/ | Prepare for summary judgment hearing by reviewing record, authorities cited, and hearing script. | 5.30 |
| 08/11/2023 | D. McClellan | B190/ | Perform document review. | 3.00 |
| 08/11/2023 | A. Sokolosky | B190/ | Conduct document review to produce documents in response to unsecured creditors committee's 2004 requests. | 2.30 |
| 08/11/2023 | A. Sokolosky | B190/ | Draft email to unsecured creditors committee regarding document production. | 0.20 |
| 08/11/2023 | C. Stephenson | B190/ | Prepare for summary judgment hearing (.8); calls and correspondence regarding same (.5). | 1.30 |

Jones, Alex "AJ"                                                                                       Page 20
                                                                                          September 29, 2023

Client #        50134                                                                      Invoice # 763441
Matter #        00802                                                                  Responsible Attorney
                                                                                            Vickie L. Driver

Post - petition

| 08/11/2023 | C. Stephenson | B320/ | Perform and analyze plan research. | 4.60 |
| 08/11/2023 | E. Weaver | B190/ | Coordinate procurement of bankruptcy documents from BK case in the SDNY. | 0.60 |
| 08/11/2023 | E. Weaver | B190/ | Document review in response to requests by UCC. | 4.00 |
| 08/11/2023 | R. Yates | B190/ | Conduct moot court for Connecticut case. | 1.60 |
| 08/11/2023 | R. Yates | B190/ | Conduct moot court for Texas argument. | 1.20 |
| 08/11/2023 | R. Yates | B190/ | Conduct round table discussions on cases relied upon in briefing. | 3.50 |
| 08/11/2023 | R. Yates | B190/ | Draft argument sections on full faith and credit and due process. | 0.90 |
| 08/11/2023 | J. Yoon | B190/ | Analyze and review debtor's phone records for documents responsive to UCC's rule 2004 examination. | 2.70 |
| 08/12/2023 | V. Driver | B190/ | Review summary of document production call and respond as possible with information. | 0.40 |
| 08/12/2023 | D. McClellan | B190/ | Prepare for summary judgment hearing by reviewing record, authorities cited, and hearing script. | 5.50 |
| 08/12/2023 | D. McClellan | B195/ | Perform document review. | 2.00 |
| 08/13/2023 | J. Davis | B195/ | Travel time one way from Tulsa to Houston [10.0 hours billed at half-time] | 10.00 |

Jones, Alex "AJ"                                                                          Page 21
                                                                              September 29, 2023

Client #        50134                                              Invoice # 763441
Matter #        00802                                         Responsible Attorney
                                                                  Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 08/13/2023 | D. McClellan | B190/ | Prepare for summary judgment hearing by reviewing record, authorities cited, and hearing script. | 6.20 |
| 08/13/2023 | D. McClellan | B195/ | Travel to Houston for hearing [4.8 hours billed at half-time]. | 2.40 |
| 08/14/2023 | J. Davis | B190/ | Preparations for hearing (3.0); review of all exhibits; briefs, case law, practice presentation (3.0); moot court for TX and CT oral arguments (2.0). | 8.00 |
| 08/14/2023 | V. Driver | B110/ | Emails on extension to object to exemptions. | 0.20 |
| 08/14/2023 | V. Driver | B190/ | Preparation for hearing on MSJ. | 0.80 |
| 08/14/2023 | V. Driver | B190/ | Emailing court on logistical issues in advance of hearing. | 0.20 |
| 08/14/2023 | V. Driver | B190/ | Updates on third party subpoena. | 0.60 |
| 08/14/2023 | V. Driver | B195/ | Travel to Houston (4.0) billing at half time. | 2.00 |
| 08/14/2023 | V. Driver | B210/ | Analyze and discuss budgeting and related concerns from UCC. | 1.80 |
| 08/14/2023 | V. Driver | B210/ | Review and revise stipulation resolving admin claim and raised salary for AJ and send to UCC, Sub V Trustee and FSS counsel for review and comment (1.1); emails extending objections deadlines on admin claim motion (.2). | 1.30 |
| 08/14/2023 | V. Driver | B210/ | Emails regarding FSS operations. | 1.50 |

Jones, Alex "AJ"                                                                    Page 22
                                                                    September 29, 2023

Client #        50134                                            Invoice # 763441
Matter #        00802                                            Responsible Attorney
                                                                    Vickie L. Driver

Post - petition

| 08/14/2023 | K. Kinser | B190/ | Perform document review. | 3.80 |
|---|---|---|---|---|
| 08/14/2023 | K. Kinser | B190/ | Perform document review. | 2.00 |
| 08/14/2023 | D. McClellan | B190/ | Prepare for summary judgment hearing by reviewing record, authorities cited, and hearing script. | 10.50 |
| 08/14/2023 | A. Sokolosky | B190/ | Correspond with Sarah Mansfield regarding additional email account for document production. | 0.30 |
| 08/14/2023 | C. Stephenson | B190/ | Prepare for hearings on Motions for summary judgment. | 2.10 |
| 08/14/2023 | C. Stephenson | B195/ | Travel from Dallas to Houston [billed at half time 4.0]. | 2.00 |
| 08/14/2023 | C. Stephenson | B320/ | Meetings with Professionals regarding plan treatment matters. | 4.20 |
| 08/14/2023 | E. Weaver | B190/ | Review spreadsheets received from BlackBriar Advisors and draft July monthly operating report. | 3.00 |
| 08/14/2023 | R. Yates | B190/ | Draft response arguments for hearing on summary judgment. | 1.00 |
| 08/14/2023 | J. Yoon | B190/ | Analyze and review Plaintiffs' Original Petition in matter Travis County, et al. v. Austin Shiprock Publishing, LLC, No. D-1-GN-23-003599 (0.3); draft, revise, and file original answer in response to the Travis County petition (1.1). | 1.40 |

Jones, Alex "AJ"                                                                                     Page 23
                                                                                        September 29, 2023

Client #        50134                                                              Invoice # 763441
Matter #        00802                                                          Responsible Attorney
                                                                                    Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 08/14/2023 | J. Yoon | B190/ | Analyze and review debtor's cell phone records for documents responsive to UCC's rule 2004 examination. | 2.20 |
| 08/15/2023 | B. Allen | B190/ | Review and analyze  email correspondence of L. Muniz in preparation for producing same. | 3.90 |
| 08/15/2023 | L. Dauphin | B190/ | Create additional document review assignments and review target list regarding images from backup retrieved from cloud storage. | 0.60 |
| 08/15/2023 | J. Davis | B110/ | Attend overall case strategy meeting. | 2.00 |
| 08/15/2023 | J. Davis | B190/ | Prepare for and attend on Motion for Summary Judgment. | 5.00 |
| 08/15/2023 | V. Driver | B110/ | Prepare for and attend overall case strategy meeting. | 2.90 |
| 08/15/2023 | V. Driver | B190/ | Preparation for and attend hearing on MSJ. | 3.90 |
| 08/15/2023 | V. Driver | B240/ | Emails regarding taxation issue. | 0.20 |
| 08/15/2023 | K. Kinser | B190/ | Perform document review and correspondence with Lisa Dauphin regarding production of same. | 8.10 |
| 08/15/2023 | D. McClellan | B190/ | Prepare for summary judgment hearing. | 3.00 |
| 08/15/2023 | D. McClellan | B190/ | Attend summary judgment hearing. | 3.30 |
| 08/15/2023 | D. McClellan | B195/ | Travel from Houston to Tulsa (4.8 hours). | 2.40 |

Jones, Alex "AJ"                                                                           Page 24
                                                                              September 29, 2023

Client #        50134                                                    Invoice # 763441
Matter #        00802                                                 Responsible Attorney
                                                                          Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 08/15/2023 | C. Stephenson | B110/ | Prepare for and attend overall case strategy meeting (2.9); draft and review related correspondence (1.2). | 4.10 |
| 08/15/2023 | C. Stephenson | B190/ | Prepare for and attend hearing on Motions for Summary Judgment. | 3.10 |
| 08/15/2023 | E. Weaver | B190/ | Review valuation report and schedules (.6); prepare list of the boats, cars and watches with values to submit to the UCC (1.2). | 1.80 |
| 08/15/2023 | R. Yates | B190/ | Attend summary judgment hearing remotely for potential appeal purposes. | 3.30 |
| 08/15/2023 | J. Yoon | B190/ | Analyze and review debtor's phone records and coordinate production of documents responsive to UCC's rule 2004 examination. | 2.80 |
| 08/15/2023 | J. Yoon | B190/ | Attend oral arguments/summary judgment hearing on the adversarial proceedings - provide real-time analysis, research, and support for the in-court hearing team. | 1.70 |
| 08/16/2023 | B. Allen | B190/ | Review and analyze initial emails of S. Mansfield in preparation for document production (4.10); finalize review of additional email correspondence of L. Muniz in preparation for producing (1.5). | 5.60 |

Jones, Alex "AJ"

Page 25
September 29, 2023

| | | | | |
|---|---|---|---|---|
| Client # | 50134 | | | Invoice # 763441 |
| Matter # | 00802 | | | Responsible Attorney |
| | | | | Vickie L. Driver |

Post - petition

| | | | | |
|---|---|---|---|---|
| 08/16/2023 | N. Collins | B240/ | Correspondence with FSS regarding conference call to discuss proposed plan of reorganization tax issues (.6). | 0.60 |
| 08/16/2023 | L. Dauphin | B190/ | Review text message discovery for production. | 0.40 |
| 08/16/2023 | J. Davis | B195/ | Travel time one way from Houston [9.0 billed at half-time]. | 4.50 |
| 08/16/2023 | V. Driver | B190/ | Discuss 2004 document request procedures. | 0.40 |
| 08/16/2023 | V. Driver | B195/ | Travel from Houston (4.0 billed at half-time). | 2.00 |
| 08/16/2023 | V. Driver | B210/ | Initial review of contract and terms on bourbon deal and respond via email to same. | 0.20 |
| 08/16/2023 | K. Kinser | B190/ | Perform document review. | 3.10 |
| 08/16/2023 | A. Sokolosky | B190/ | Conduct document review to produce documents in response to unsecured creditors committee's 2004 requests. | 0.80 |
| 08/16/2023 | C. Stephenson | B195/ | Travel from Houston to Dallas [billed at half time 4 hours]. | 2.00 |
| 08/16/2023 | C. Stephenson | B320/ | Perform research and analysis regarding plan issues. | 2.30 |

Jones, Alex "AJ"                                                                                     Page 26
                                                                                          September 29, 2023

Client #        50134                                                            Invoice # 763441
Matter #        00802                                                          Responsible Attorney
                                                                                   Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 08/16/2023 | J. Yoon | B190/ | Analyze and research public corporate filings and records of Youngevity International, Inc. for service and conference purposes (0.9); analyze and review Local Rule 2004-1(d) in preparation to draft rule 2004 examination (0.2); draft and revise Notice of Debtor's Rule 2004 Examination of Youngevity International, Inc. (3.1); attempt to confer with Youngevity International, Inc. for purposes of certificate of conference of the debtor's rule 2004 examination (0.4). | 4.60 |
| 08/17/2023 | N. Collins | B240/ | Conference call with FSS regarding tax issues related to plan of reorganization (2.4); correspondence with CPA regarding same (.4). | 2.80 |
| 08/17/2023 | L. Dauphin | B190/ | Document review. | 2.20 |
| 08/17/2023 | V. Driver | B110/ | Check on status of multiple matters in case and confirming deadlines on same. | 0.80 |
| 08/17/2023 | V. Driver | B110/ | Review and approve exemption objection extension for filing. | 0.30 |
| 08/17/2023 | V. Driver | B160/ | Review Martin firm invoice and send to BBA for accounting. | 0.30 |
| 08/17/2023 | V. Driver | B210/ | Emails with J. Harmaan on marketing efforts. | 0.30 |

Jones, Alex "AJ"                                                              Page 27
                                                                    September 29, 2023

Client #        50134                                            Invoice # 763441
Matter #        00802                                          Responsible Attorney
                                                                   Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 08/17/2023 | V. Driver | B210/ | Review and revise Bourbon contract and send to counter party for review and approval (1.7); emails regarding modifications sought (.2). | 1.90 |
| 08/17/2023 | A. Sokolosky | B190/ | E-mail exchanges with debtor's assistant regarding additional email address and obtaining access. | 0.20 |
| 08/17/2023 | A. Sokolosky | B190/ | Conduct document review to produce documents in response to unsecured creditors committee's 2004 requests. | 2.10 |
| 08/17/2023 | C. Stephenson | B110/ | Correspondence with co-counsel regarding various matters. | 0.20 |
| 08/17/2023 | E. Weaver | B190/ | Finalize and file debtor's 2004 production request to Youngevity and docket response date for same (.4); review Texas Plaintiff's 2004 notices to Erika Wulff-Jones and Patrick Reiley and docket date for same (.4). | 0.80 |
| 08/17/2023 | J. Yoon | B190/ | Finalize and coordinate service of debtor's rule 2004 examination of Youngevity International, Inc. (0.5); draft and revise debtor's rule 2004 examination of UCC (2.7). | 3.20 |

Jones, Alex "AJ"                                                                                          Page 28
September 29, 2023

Client #        50134                                                        Invoice # 763441
Matter #        00802                                                   Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 08/18/2023 | N. Collins | B240/ | Conference call with Bob Schleizer and Rachel Kennerly regarding proposed plan of reorganization tax implications (.9); call with CPA regarding prior year reporting implications of proposed plan of reorganization issues (.5); correspondence with Tyler Elliot regarding cost basis reporting for 2021 and 2022 (.5). | 1.90 |
| 08/18/2023 | V. Driver | B130/ | Send draft sale motion to UCC. | 0.10 |
| 08/18/2023 | V. Driver | B190/ | Correspondence on claim and lawsuit answer date. | 0.20 |
| 08/18/2023 | V. Driver | B210/ | Review emails on admin claim motion and request meeting to discuss with FSS (.4); call with UCC on Admin claim issues (.8). | 1.20 |
| 08/18/2023 | V. Driver | B210/ | Draft short opportunities contract and send to counsel for FSS and FSS for review and comment. | 1.20 |
| 08/18/2023 | E. Weaver | B110/ | Review and update list of upcoming deadlines and circulate to team. | 0.50 |
| 08/18/2023 | E. Weaver | B185/ | Draft certificate of no objection to motion to assume existing book contract and approve new contract. | 0.80 |
| 08/18/2023 | E. Weaver | B190/ | Document review in response to requests by UCC. | 3.00 |

Jones, Alex "AJ"                                                                                          Page 29
                                                                                      September 29, 2023

Client #        50134                                                            Invoice # 763441
Matter #        00802                                                       Responsible Attorney
                                                                                   Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|------|-----------|------|-------------|-------|
| 08/18/2023 | E. Weaver | B190/ | Download and review July bank statements supporting July monthly operating report. | 0.40 |
| 08/18/2023 | R. Yates | B190/ | Debrief summary judgment hearing. | 0.50 |
| 08/18/2023 | J. Yoon | B130/ | Review and revise motion for sale and proposed order in preparation to send to UCC counsel for review (0.7); email Sara Brauner a draft of the same (0.2). | 0.90 |
| 08/18/2023 | J. Yoon | B190/ | Draft and revise debtor's rule 2004 examination of UCC. | 1.90 |
| 08/19/2023 | V. Driver | B210/ | Review and respond to FSS regarding termination of assistant without notice (.5); perform analysis regarding administrative risks to estate (.5). | 1.00 |
| 08/19/2023 | A. Sokolosky | B190/ | Conduct document review to produce documents in response to unsecured creditors committee's 2004 requests. | 1.80 |
| 08/21/2023 | N. Collins | B240/ | Correspondence and discussion with Bob Schleizer and Rachel Kennerly CPA regarding cost basis, gross income, gains and losses and tax reporting requirements for various contributions (.9); draft follow-up correspondence to Tyler Elliot regarding cost basis and fair market calculations for various contributions (.4). | 1.30 |

Jones, Alex "AJ"                                                                                    Page 30
                                                                                        September 29, 2023

Client #        50134                                                          Invoice # 763441
Matter #        00802                                                     Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| 08/21/2023 | L. Dauphin | B190/ | Review client discovery for production and privilege. | 0.50 |
|---|---|---|---|---|
| 08/21/2023 | L. Dauphin | B190/ | Receive additional email discovery from Digital Mountain and prepare for attorney production review. | 0.20 |
| 08/21/2023 | E. Weaver | B190/ | Review emergency motion for protective order by Elevated Solutions Group and notice of hearing regarding same (.2); docket continued hearing date (.2). | 0.40 |
| 08/21/2023 | E. Weaver | B190/ | Document review in response to requests by UCC. | 3.00 |
| 08/21/2023 | J. Yoon | B190/ | Analyze and review rule 2004 examination-related pleadings between UCC and Elevated Solutions Group. | 0.90 |
| 08/22/2023 | L. Dauphin | B190/ | Review client discovery for production and privilege. | 1.90 |
| 08/22/2023 | V. Driver | B110/ | Review docket and hearing on ESG discovery dispute with UCC and prepare for hearing. | 0.30 |
| 08/22/2023 | V. Driver | B120/ | Research regarding control for donation accounts. | 1.10 |
| 08/22/2023 | V. Driver | B130/ | Review comments to sale motion from UCC and send to BBA for review. | 0.80 |
| 08/22/2023 | V. Driver | B210/ | Emails regarding rescheduling call (.1); confirming sending book contract, Crowder and whiskey sharing with FSS (.2); analyzing admin claim and bifurcation issues with FSS (.2). | 0.50 |

Jones, Alex "AJ"                                                                    Page 31
                                                                          September 29, 2023

Client #        50134                                              Invoice # 763441
Matter #        00802                                          Responsible Attorney
                                                                   Vickie L. Driver

Post - petition

| 08/22/2023 | V. Driver | B210/ | Call with contact to find executive search firm for FSS. | 0.50 |
| 08/22/2023 | E. Weaver | B160/ | Review updated spreadsheets received from BlackBriar Advisors and revise fee statement drafts for May and June. | 1.30 |
| 08/22/2023 | E. Weaver | B190/ | Review FSS's motion to quash UCC's rule 2004 examination and docket hearing date for same. | 0.20 |
| 08/23/2023 | L. Dauphin | B190/ | Review client discovery for production and privilege. | 1.30 |
| 08/23/2023 | V. Driver | B110/ | Provide client with updates on case. | 1.10 |
| 08/23/2023 | D. McClellan | B190/ | Develop strategy regarding next steps after court issues order on summary judgment motions. | 0.30 |
| 08/23/2023 | E. Weaver | B160/ | Email correspondence to and from BlackBriar Advisors regarding May and June fee statements. | 0.20 |
| 08/23/2023 | E. Weaver | B190/ | Review agreed order granting motion for relief from stay regarding the 2020 Chevrolet Tahoe filed in the FSS case and circulate to team. | 0.20 |
| 08/23/2023 | E. Weaver | B190/ | Review second rescheduled 2004 deposition of Erika Wulff-Jones and docket same. | 0.20 |
| 08/23/2023 | R. Yates | B190/ | Discuss contingency plans for ruling on summary judgment motion. | 0.60 |

Jones, Alex "AJ"                                                                      Page 32
                                                                         September 29, 2023

Client #        50134                                                    Invoice # 763441
Matter #        00802                                               Responsible Attorney
                                                                          Vickie L. Driver

Post - petition

| 08/23/2023 | J. Yoon | B120/ | Prepare for and attend rule 2004 examination deposition of Patrick Riley. | 7.40 |
|---|---|---|---|---|
| 08/23/2023 | J. Yoon | B190/ | Attend hearing on Elevated solution Group's emergency motion to protect. | 0.50 |
| 08/24/2023 | V. Driver | B140/ | Draft correspondence extending stay on TX trials. | 0.20 |
| 08/24/2023 | V. Driver | B170/ | Analyze issues with Teneo fees. | 0.80 |
| 08/24/2023 | V. Driver | B185/ | Review and approve CNO and order approving book contract motion. | 0.30 |
| 08/24/2023 | V. Driver | B190/ | Correspondence with UCC on privilege log and production requests. | 0.30 |
| 08/24/2023 | V. Driver | B210/ | Review and revise employment agreement regarding P. McGill comments and send to FSS counsel for review and comment (.6); review email comment and revise to address same (.3). | 0.90 |
| 08/24/2023 | V. Driver | B210/ | Call with Crowder CEO on FSS staffing and related recruiting issues. | 0.40 |
| 08/24/2023 | V. Driver | B210/ | Review email from Conspiracy Bourbon group. | 0.20 |
| 08/24/2023 | E. Weaver | B185/ | Finalize and file certificate of no objection on motion to assume existing book contract and approve new contract. | 0.30 |
| 08/25/2023 | L. Dauphin | B190/ | Review client discovery for production and privilege. | 1.50 |

Jones, Alex "AJ"                                                                Page 33
                                                                    September 29, 2023

Client #        50134                                          Invoice # 763441
Matter #        00802                                     Responsible Attorney
                                                                Vickie L. Driver

Post - petition

| 08/25/2023 | V. Driver | B160/ | Developing calendaring protocol for fee statements and interim fee applications. | 0.80 |
|---|---|---|---|---|
| 08/25/2023 | V. Driver | B190/ | Review 2004 notice of T. Fruge and emails regarding issues with timing (.3); emails with FSS counsel on T. Fruge defense at deposition (.2). | 0.50 |
| 08/25/2023 | V. Driver | B190/ | Emails regarding ESG's objection to UCC producing documents to Debtor. | 0.50 |
| 08/25/2023 | V. Driver | B210/ | Analyzing support for July expenses (1.1); call with UCC on budget issues (.4); emails regarding same (.2). | 1.70 |
| 08/25/2023 | V. Driver | B210/ | Review FSS budget and emails regarding travel expected in September. | 0.80 |
| 08/25/2023 | V. Driver | B210/ | Resending revised employment agreement to FSS for review and approval. | 0.10 |
| 08/25/2023 | K. Kinser | B190/ | Review document review guidelines and related e-mail correspondence. | 0.20 |
| 08/25/2023 | C. Stephenson | B160/ | Review and revise billing statements for interim compensation preparation (4.3); draft related correspondence (1.4). | 5.70 |
| 08/25/2023 | J. Yoon | B190/ | Analyze and review notes of Rule 2004 examination of Patrick Riley in preparation for Rule 2004 examination of debtor (.3); analyze and review notes from motion to protect hearing Vickie L. Driver (.2). | 0.50 |

Jones, Alex "AJ"                                                                Page 34
                                                                    September 29, 2023

Client #        50134                                          Invoice # 763441
Matter #        00802                                    Responsible Attorney
                                                             Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 08/26/2023 | V. Driver | B160/ | Call with AJ regarding legal bill inquiries and management (.7); emails setting up meeting with TX trial team (.3). | 1.00 |
| 08/26/2023 | V. Driver | B160/ | Emails to billers regarding time entry in BK for preparation of fee statements. | 0.30 |
| 08/26/2023 | C. Stephenson | B160/ | Review and revise billing statements for interim compensation preparation (4.4); draft related correspondence (.8). | 5.20 |
| 08/27/2023 | V. Driver | B210/ | Review and respond to emails on budgeting issues and send to BBA for discussion on same. | 0.40 |
| 08/27/2023 | K. Kinser | B190/ | Perform document review. | 5.90 |
| 08/28/2023 | V. Driver | B210/ | Drafting contract for opportunity share for interim period before employment agreement is approved (.8); follow up on employment agreement (.2); revise motion to approve contract and follow up on admin claim via email (.9) discuss same with FSS counsel (.6). | 2.50 |
| 08/28/2023 | V. Driver | B210/ | Review BBA response to Teneo and revise same. | 0.30 |
| 08/28/2023 | K. Kinser | B190/ | Perform document review. | 1.00 |
| 08/28/2023 | E. Weaver | B190/ | Review the UCC's notice of 2004 deposition of Bob Schleizer & Debtor and docket dates for same. | 0.30 |

Jones, Alex "AJ"                                                                                      Page 35
                                                                                           September 29, 2023

Client #        50134                                                          Invoice # 763441
Matter #        00802                                                     Responsible Attorney
                                                                            Vickie L. Driver

Post - petition

| 08/29/2023 | N. Collins | B240/ | Draft summary correspondence regarding income, gain or loss tax reporting with respect to in-kind contributions. | 0.90 |
|---|---|---|---|---|
| 08/29/2023 | L. Dauphin | B190/ | Run pre-production conflict and quality checks. | 1.70 |
| 08/29/2023 | V. Driver | B140/ | Review and analyze issues on crypto tax basis. | 1.00 |
| 08/29/2023 | V. Driver | B190/ | Call with counsel for PQPR and David Jones on David Jones deposition. | 1.20 |
| 08/29/2023 | V. Driver | B210/ | Calls and emails with UCC on employment agreement motion filed (1.3); call with FSS counsel on same (.6). | 1.80 |
| 08/29/2023 | K. Kinser | B190/ | Perform document review. | 1.00 |
| 08/29/2023 | L. Meacham | B160/ | Review and analyze billing requirements. | 0.40 |
| 08/29/2023 | E. Weaver | B160/ | Draft May and June monthly fee statements for Crowe and Dunlevy. | 3.80 |
| 08/29/2023 | J. Yoon | B190/ | Analyze and review local rules and case law regarding Rule 2004 examination time limits and procedures. | 0.80 |
| 08/30/2023 | L. Dauphin | B190/ | Review client discovery for production and privilege. | 0.50 |
| 08/30/2023 | L. Dauphin | B190/ | Continue to run pre-production conflict and quality checks. | 1.20 |
| 08/30/2023 | L. Dauphin | B190/ | Review financial records and apply redactions to confidential information. | 0.90 |

Jones, Alex "AJ"                                                                                        Page 36
                                                                                              September 29, 2023

Client #        50134                                                                    Invoice # 763441
Matter #        00802                                                                 Responsible Attorney
                                                                                          Vickie L. Driver

Post - petition

| 08/30/2023 | V. Driver | B160/ | Emails with TX trial team on stay extension, trial extension, and budgeting needed. | 0.40 |
|---|---|---|---|---|
| 08/30/2023 | V. Driver | B195/ | Travel to Austin (3.5 - billed at half time). | 1.70 |
| 08/30/2023 | C. Stephenson | B190/ | Attend emergency hearing regarding D. Jones 2004 examination (.7); draft related correspondence (.6). | 1.30 |
| 08/30/2023 | E. Weaver | B160/ | Revise May and June monthly fee statements for Crowe & Dunlevy (1.3); draft July monthly fee statement (1.7). | 3.00 |
| 08/30/2023 | E. Weaver | B160/ | Begin drafting spreadsheet of professional fees for all professionals the bankruptcy estate is responsible to pay. | 1.00 |
| 08/30/2023 | J. Yoon | B190/ | Analyze and review scans of documents found in debtor's office for redactions prior to production in response to UCC's rule 2004 examination. | 0.40 |
| 08/31/2023 | V. Driver | B190/ | Answering document production questions. | 0.60 |
| 08/31/2023 | V. Driver | B190/ | Attend David Jones deposition. | 6.20 |
| 08/31/2023 | D. Harlan | B190/ | Working on doc review (mostly e-mails) for expenses. | 3.50 |
| 08/31/2023 | K. Kinser | B190/ | Perform document review. | 3.30 |
| 08/31/2023 | K. Kinser | B190/ | Perform document review. | 1.60 |

Jones, Alex "AJ"                                                                                        Page 37
                                                                                          September 29, 2023

Client #        50134                                                              Invoice # 763441
Matter #        00802                                                           Responsible Attorney
                                                                                     Vickie L. Driver

Post - petition

| 08/31/2023 | C. Stephenson | B160/ | Review and revise fee statements and billing (3.1); draft and review related correspondence (1.4). | 4.50 |
| 08/31/2023 | C. Stephenson | B190/ | Review and respond to Youngevity extension request. | 0.40 |
| 08/31/2023 | E. Weaver | B160/ | Revise, finalize and file May and June monthly fee statements for BlackBriar Advisors (1.5); revise, finalize and file May, June and July monthly fee statements for Crowe & Dunlevy (3.0); serve via email to UCC and trustee (1.); draft May and June monthly fee statement for Rachel Kennerly (1.0); docket objection deadline for fee statements (.1). | 5.70 |

                                                                        Total Hours            704.40

Total Fees for this Invoice                                                          $300,337.50


### SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| B110 | 22.40 | 11,228.00 | Bankruptcy - Case Administration |
| B120 | 8.50 | 2,983.50 | Bankruptcy - Asset Analysis and Recovery |
| B130 | 1.80 | 972.00 | Bankruptcy - Asset Disposition |
| B140 | 2.00 | 1,386.00 | Bankruptcy - Relief from Stay/Adequate Protection |

Jones, Alex "AJ"                                                                    Page 38
                                                                            September 29, 2023

Client #        50134                                          Invoice # 763441
Matter #        00802                                          Responsible Attorney
                                                               Vickie L. Driver

Post - petition

## SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| | | | Proceedings |
| B160 | 37.20 | 19,582.00 | Bankruptcy - Fee/Employment Applications |
| B170 | 1.40 | 1,113.00 | Bankruptcy - Fee/Employment Objections |
| B185 | 1.40 | 563.00 | Bankruptcy - Assumption/Rejection of Leases and Contracts |
| B190 | 531.10 | 195,161.00 | Bankruptcy - Other Contested Matters (excluding assumption/rejection motions) |
| B195 | 31.00 | 16,387.00 | Bankruptcy - Non-Working Travel |
| B210 | 39.40 | 31,179.00 | Bankruptcy - Business Operations |
| B240 | 10.10 | 6,841.50 | Bankruptcy - Tax Issues |
| B320 | 18.10 | 12,941.50 | Bankruptcy - Plan and Disclosure Statement (including Business Plan) |
| Total | 704.40 | $300,337.50 | |

| | | |
|---|---|---|
| 08/03/2023 | Yoon, John reimbursement of travel expense to Austin Texas regarding case 7/25-26/2023; 410 miles x .655/mile | $268.55 |
| 08/04/2023 | Everlaw- eDiscovery Data Hosting and Storage for subscription database for the month of July 2023 | 3,731.00 |
| 08/08/2023 | Davis , Chris reimbursement for dinner 8/3/2023 for/with Chris Davis, Deric McClellan and Randall Yates - preparing for Alex Jones | 107.02 |

Jones, Alex "AJ"                                                                                          Page 39
                                                                                          September 29, 2023

Client #        50134                                                                    Invoice # 763441
Matter #        00802                                                                Responsible Attorney
                                                                                          Vickie L. Driver

Post - petition

     status conference hearing scheduled 8/7/2023

| Date | Description | Amount |
|---|---|---|
| 08/14/2023 | Davis , Chris reimbursement of meals for/ with Deric McClellan and Randall Yates in preparation of Motion for Summary Judgment Hearing 8/7-9/2023 | 130.60 |
| 08/14/2023 | Driver , Vickie reimbursement of travel expenses to Austin, Houston and Dallas Texas for AJ/FSS Cash Collateral Hearing 7/25-27/2023; transportation $ 258.00, lodging $ 380.13 and meals $ 50.50 | 688.63 |
| 08/17/2023 | Stephenson, Christina reimbursement of travel expenses to Houston Texas for Motion for Summary Judgment 8/14-16/2023; transportation $ 547.80 and lodging $ 1379.20 | 1,927.00 |
| 08/17/2023 | Driver , Vickie reimbursement of travel expenses to Houston Texas for Motion for Summary Judgment 8/14-16/2023; transportation $ 567.79 and meals $ 202.47 | 770.26 |
| 08/25/2023 | VENDOR: Digital Mountain; INVOICE#: 8461.8505.8677; DATE: 8/25/2023  -  Payment for Invoice Nos. 8461, 8505 and 8677 | 9,165.28 |
| 08/31/2023 | Everlaw- eDiscovery Data Hosting and Storage for subscription database for the month of August 2023 | 3,744.00 |

    Subtotal of Expenses                                                      $20,532.34

Total Expenses for this Invoice                                                      $20,532.34

## SUMMARY OF DISBURSEMENTS

| Task Code | Amount | Task Description |
|---|---|---|
| E110 | 3,654.44 | Out-of-town travel |
| E111 | 237.62 | Meals |
| E118 | 7,475.00 | Litigation support vendors |
| E123 | 9,165.28 | Other professionals |
| Total | $20,532.34 | |

Jones, Alex "AJ"                                                                          Page 40
September 29, 2023

Client #        50134                                          Invoice # 763441
Matter #        00802                                     Responsible Attorney
                                                                Vickie L. Driver

Post - petition

Total For This Invoice                                              $320,869.84

## SUMMARY OF FEES

| Name | Hours Worked | Hourly Rate | Bill Amount |
|------|-------------:|------------:|------------:|
| L. Dauphin | 13.70 | 185.00 | 2,534.50 |
| D. McClellan | 137.40 | 310.00 | 42,594.00 |
| K. Kinser | 65.10 | 285.00 | 18,553.50 |
| A. Sokolosky | 10.20 | 305.00 | 3,111.00 |
| V. Driver | 83.80 | 795.00 | 66,621.00 |
| C. Stephenson | 66.10 | 715.00 | 47,261.50 |
| C. Chamberlain | 0.60 | 275.00 | 165.00 |
| E. Weaver | 58.90 | 295.00 | 17,375.50 |
| A. Finch | 0.90 | 305.00 | 274.50 |
| T. Smith | 11.70 | 400.00 | 4,680.00 |
| L. Meacham | 13.10 | 255.00 | 3,340.50 |
| R. Yates | 68.90 | 340.00 | 23,426.00 |
| N. Collins | 9.90 | 675.00 | 6,682.50 |
| B. Allen | 12.60 | 285.00 | 3,591.00 |
| J. Davis | 89.30 | 475.00 | 42,417.50 |
| J. Yoon | 58.70 | 285.00 | 16,729.50 |
| D. Harlan | 3.50 | 280.00 | 980.00 |
| Total | 704.40 | | $300,337.50 |