United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 04, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> FREE SPEECH SYSTEMS LLC, <br><br>           Debtor | Bankruptcy <br> Case No. 22-60043 (CML) <br><br> Chapter 11 <br> (Subchapter V) |
| In re: <br><br> ALEXANDER E. JONES, <br><br>           Debtor | Bankruptcy <br> Case No. 22-33553 (CML) <br><br> Chapter 11 |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the Estate of Erica Lafferty, <br><br>           Plaintiffs <br><br> v. <br><br> Alexander E. Jones and Free Speech Systems LLC, <br><br>           Defendants | Adv. Pro. No. 23-03036 (CML) <br> Adv. Pro. No. 23-03037 (CML) |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
FOR CONNECTICUT PLAINTIFFS**

CAME ON to be considered the Motion to Withdraw as Counsel for Connecticut Plaintiffs (Motion) filed on behalf of Daniel Sinnreich of Paul, Weiss, Rifkind, Wharton & Garrison LLP. After consideration of the Motion and representations by Movant,

responses and objections, if any, and arguments of counsel, if any, the Court finds the Motion meritorious. It is, therefore,

ORDERED that Movant Daniel Sinnreich is permitted to withdraw as counsel on behalf of Connecticut Plaintiffs.

Signed: October 04, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 22-33553-cml
Alexander E. Jones  Chapter 11
Official Committee Of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 7 |
|---|---|---|
| Date Rcvd: Oct 04, 2023 | Form ID: pdf002 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| aty | + | Anna Kordas, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-1000, UNITED STATES 10036-6730 |
| aty | + | David Franklin Hill, IV, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Theodore James Salwen, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850 Austin, TX 78701-0137 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Suite 203, Austin, TX 78701-2720 |
| cr | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 04 2023 20:15:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| crcm | + | Email/Text: mbrimmage@akingump.com | Oct 04 2023 20:16:00 | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | Oct 04 2023 20:15:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Oct 04 2023 20:16:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |

| District/off: 0541-4 | User: ADIuser | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Oct 04, 2023 | Form ID: pdf002 | Total Noticed: 20 |

| | |
|---|---|
| cr | Carlee Soto Parisi |
| cr | Carlos M Soto |
| intp | David Ross Jones |
| cr | David Wheeler |
| cr | Donna Soto |
| cr | Ian Hockley |
| cr | Jacqueline Barden |
| cr | Jennifer Hensel |
| cr | Jillian Soto-Marino |
| cr | Mark Barden |
| cr | Nicole Hockley |
| cr | Public Storage |
| cr | Robert Parker |
| cr | William Aldenberg |
| cr | William Sherlach |

TOTAL: 16 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Bennett Greg Fisher | |

District/off: 0541-4                              User: ADIuser                                Page 3 of 7
Date Rcvd: Oct 04, 2023                           Form ID: pdf002                             Total Noticed: 20

        on behalf of Creditor Public Storage bennett.fisher@lewisbrisbois.com
        krr@fisherlaw.net;jrf@fisherlaw.net;wanda@fisherlaw.net;candace@fisherlaw.net;torrie@fisherlaw.net

Bradley J. Reeves

        on behalf of Creditor Reeves Law  PLLC bradley.reeves@pillsburylaw.com

Christina Walton Stephenson

        on behalf of Debtor Alexander E. Jones Crissie.Stephenson@crowedunlevy.com
        elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Christina Walton Stephenson

        on behalf of Defendant Alexander E. Jones Crissie.Stephenson@crowedunlevy.com
        elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Elizabeth Carol Freeman

        on behalf of Interested Party Melissa A Haselden liz@lizfreemanlaw.com
        kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Eric Henzy

        on behalf of Plaintiff Richard M. Coan ehenzy@zeislaw.com

Ha Minh Nguyen

        on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jarrod B. Martin

        on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com
        Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

        on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com
        Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

        on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com
        Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

        on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com
        Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

        on behalf of Plaintiff Estate of Marcel Fontaine jarrod.martin@chamberlainlaw.com
        Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

        on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com
        Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

        on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com
        Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

        on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com
        Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

        on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com
        Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

        on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com
        Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jason Starks

        on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jayson B. Ruff

        on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jennifer Jaye Hardy

        on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

        on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

        on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

        on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

| | |
|---|---|
| | on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Plaintiff Neil Heslin jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com  mao@willkie.com |
| John D Malone | |
| | on behalf of Creditor Security Bank of Texas myra@johnmalonepc.com  myra@johnmalonepc.com |
| Johnie J Patterson | |
| | on behalf of Creditor Elevated Solutions Group  LLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com |
| Marty L Brimmage | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alexander E. Jones mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Nicole Hockley mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Carlos M Soto mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Mark Barden mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor William Sherlach mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor William Aldenberg mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Francine Wheeler mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Donna Soto mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor David Wheeler mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |

District/off: 0541-4  User: ADIuser  Page 5 of 7
Date Rcvd: Oct 04, 2023  Form ID: pdf002  Total Noticed: 20

| | |
|---|---|
| Marty L Brimmage | on behalf of Creditor Neil Heslin mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Leonard Pozner mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Robert Parker mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Ian Hockley mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Melissa A Haselden | mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com |
| Melissa A Haselden | on behalf of Interested Party Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com |
| Nicholas Lawson | on behalf of Creditor Neil Heslin nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Marcel Fontaine nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Veronique De La Rosa nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Scarlett Lewis nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Leonard Pozner nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Raymond William Battaglia | on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com |
| Ryan E Chapple | on behalf of Plaintiff Mark Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Donna Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Richard M. Coan rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff David Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlos M Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Aldenberg rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Mark Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff William Sherlach rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Donna Soto rchapple@cstrial.com  aprentice@cstrial.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 7 |
| Date Rcvd: Oct 04, 2023 | Form ID: pdf002 | Total Noticed: 20 |

| | |
|---|---|
| Ryan E Chapple | on behalf of Creditor Robert Parker rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Sherlach rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jacqueline Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor David Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Robert Parker rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff William Aldenberg rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Nicole Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com  aprentice@cstrial.com |
| Scott R. Cheatham | on behalf of Creditor Bank of America N.A. scott.cheatham@arlaw.com  vicki.owens@arlaw.com |
| Shelby A Jordan | on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com |
| Shelby A Jordan | on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com |
| Stephen A Roberts | on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com  1222805420@filings.docketbird.com |
| Stephen Wayne Lemmon | on behalf of Creditor PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vickie L Driver | on behalf of Creditor Free Speech Systems  LLC Vickie.Driver@crowedunlevy.com, elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Vickie L Driver | on behalf of Defendant Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |

District/off: 0541-4     User: ADIuser     Page 7 of 7
Date Rcvd: Oct 04, 2023     Form ID: pdf002     Total Noticed: 20

Vickie L Driver
   on behalf of Debtor Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Yoshie Valadez
   on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com yvaladez@mccarthyholthus.com

TOTAL: 110