| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Alexander Emric Jones** | | | | | | | | **Case No. 22-33553** |

## Part 1 - Statement of Cash Receipts and Disbursements
### September 1-30, 2023

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 758,747 | 4,353 | 4,978 | 26,246 | 9,946 | 1,207 | 5,000 | 810,477 |
| Cash Receipts | 359,420 | | | | 1 | | | 359,421 |
| Cash Disbursements | (587,377) | | | | (288) | | | (587,666) |
| **Net Cash Flow** | 530,790 | 4,353 | 4,978 | 26,246 | 9,659 | 1,207 | 5,000 | 582,233 |
| Transfer In | | | | | | | | 0 |
| Transfers Out | | | | | | | | 0 |
| **Ending Bank Balance** | 530,790 | 4,353 | 4,978 | 26,246 | 9,659 | 1,207 | 5,000 | 582,233 |

# Alex Jones
# Balance Sheet
### As of September 30, 2023

|  |  | Total |
|---|---:|---:|
| **ASSETS** |  |  |
|   **Current Assets** |  |  |
|     **Bank Accounts** |  |  |
|       Bank of America #2913 |  | 9,659 |
|       Bank of America #6078 |  | 5,000 |
|       Chase #3520 |  | 1,207 |
|       Chase #7518 |  | 26,247 |
|       PNC #5233 DIP |  | 530,790 |
|       Prosperity Bank #9175 |  | 4,353 |
|       Security Bank #8548 |  | 4,978 |
|     **Total Bank Accounts** | $ | **582,233** |
|     **Accounts Receivable** |  |  |
|       Accounts Receivable |  | 142,424 |
|     **Total Accounts Receivable** | $ | **142,424** |
|     **Other Current Assets** |  |  |
|       Cash on Hand |  | 1,000 |
|       Federal Income Tax Receivable |  | 3,807,459 |
|       GiveSendGo-Legal |  | 173,363 |
|       Inventory Platinum |  | 404,649 |
|       PreNup Pre Payment |  | 43,694 |
|       Prepaid Insurance |  | 5,578 |
|       Prepayment -Legal Account |  | 50,000 |
|       Rental Property Escrow |  | 20,291 |
|     **Total Other Current Assets** | $ | **4,506,033** |
|   **Total Current Assets** | $ | **5,230,690** |
|   **Fixed Assets** |  |  |
|     Homestead |  | 2,612,800 |
|     Lakehouse |  | 1,750,000 |
|     Ranch Property |  | 2,189,220 |
|     Rental Property |  | 505,000 |
|     **Vehicles and Marine Assets- Note 1** |  |  |
|       Dodge Challenger |  | 67,575 |
|       Dodge Charger |  | 70,618 |
|       Ford Expedition |  | 21,463 |
|       Marine Assets |  | 114,300 |
|     **Total Vehicles and Marine Assets** | $ | **273,956** |
|   **Total Fixed Assets** | $ | **7,330,976** |
|   **Other Assets** |  |  |
|     Interests In Trust |  | 2,658,516 |
|     Ownership Interests in Non Public Entities |  | 17,518 |
|     Personal Property |  | 171,536 |
|     Receivable from Mrs. Jones |  | 10,221 |
|   **Total Other Assets** | $ | **2,857,791** |
| **TOTAL ASSETS** | $ | **15,419,458** |
| **LIABILITIES AND EQUITY** |  |  |

# Alex Jones
# Balance Sheet
### As of September 30, 2023

|  | Total |
|---|---:|
| **Liabilities** | |
|   **Current Liabilities** | |
|     Accounts Payable | |
|       Accounts Payable | 36,111 |
|     Total Accounts Payable | $ 36,111 |
|     Other Current Liabilities | |
|       Accrued Professional Fees-Note 2 | 1,949,735 |
|       Accrued Property Tax Payable | 52,400 |
|       Payroll Tax Payable-Child Care | 923 |
|       Payroll Tax Withheld-Child Care | 2,309 |
|     Total Other Current Liabilities | $ 2,005,367 |
|   Total Current Liabilities | $ 2,041,478 |
|   **Long-Term Liabilities** | |
|     Rental Property Mortgage | 29,909 |
|   Total Long-Term Liabilities | $ 29,909 |
| **Total Liabilities** | $ 2,071,387 |
| **Equity** | |
|   Opening Balance Equity- Note 1 | 15,177,211 |
|   Owner's Investment | 0 |
|     OtherDeposits/Transfers | 171,668 |
|   Total Owner's Investment | $ 171,668 |
|   Owner's Pay & Personal Expenses | |
|     Gifts | 63,919 |
|   Total Owner's Pay & Personal Expenses | $ 63,919 |
|   Retained Earnings | 13,190 |
|   Net Income | -2,077,917 |
| **Total Equity** | $ 13,348,071 |
| **TOTAL LIABILITIES AND EQUITY** | $ 15,419,458 |

**Note 1-** Chevy Tahoe (previously valued at $60,034) is property of FSS, not AEJ.  It has been removed from AEJ Balance Sheet and offset in Opening Balance Equity

**Note 2 :** Accrued Professional Fees includes only unpaid fees submitted to court for approval  and those not objected to by the debtor net of amounts paid by retainers.  Multiple firms have yet to submit fee applications for past months including fees to offset the Legal Prepayment. Additionally the debtor has objected to approximately $104,000 in fees filed to date.

# Alex Jones
# Profit and Loss
### September 2023

|  | Total |
|---|---:|
| **Income** | |
|   FreeSpeech Payroll | 40,000 |
|   Interest Income | 23 |
|   Rental Income | 1,200 |
|   Sales of Product Income | 92,847 |
|     Cost of Goods Sold | -17,754 |
|     Selling Expense | -37,802 |
|   **Total Sales of Product Income** | **$ 37,290** |
|   Subscription Sales | 84,818 |
|     Subscription Fee Owed | -25,445 |
|   **Total Subscription Sales** | **$ 59,373** |
| **Total Income** | **$ 137,886** |
| **Payroll Deductions** | |
|   Child Support- Garnished | 1,846 |
|   Medical Insurance Premiums | 1,029 |
|   Payroll Taxes withheld | 12,022 |
| **Total Payroll Deductions** | **$ 14,897** |
| **Gross Profit** | **$ 122,989** |
| **Expenses** | |
|   Living Expenses | |
|     Auto/Trucks/Watercraft | |
|       Auto/Boat Maintenance | 4,033 |
|       Auto/Truck/Boat Insurance | 2,217 |
|       Boat Storage | 860 |
|       Fuel | 1,290 |
|     **Total Auto/Trucks/Watercraft** | **$ 8,400** |
|     Family | |
|       Child Care | 11,651 |
|       Groceries | 1,728 |
|       Homestead | |
|         Maintenance | 1,060 |
|           Housekeeping | 3,900 |
|           Misc. Supplies and Services | 491 |
|         **Total Maintenance** | **$ 5,451** |
|         Phone/Internet | 408 |
|         Property Insurance | 1,007 |
|         Property Tax | 9,150 |
|         Utilities | 3,227 |
|       **Total Homestead** | **$ 19,243** |
|       Household Purchases | 1,200 |
|       Insurance | 126 |
|       Meals & Entertainment | 2,974 |
|         Apple/Netflix/Hulu charges | 320 |
|       **Total Meals & Entertainment** | **$ 3,294** |

# Alex Jones
# Profit and Loss
### September 2023

|  |  | Total |
|---|---:|---:|
| Medical |  | 1,420 |
| Other |  | 832 |
| Personal Expenses |  | 1,600 |
| PreNup Obligation |  | 15,184 |
| School and Kid's Activities |  |  |
|   Activities |  | 1,696 |
| Total School and Kid's Activities | $ | 1,696 |
| Total Family | $ | 57,972 |
| **Total Living Expenses** | $ | 66,372 |
| Other Expenses |  |  |
| Bank Charges & Fees |  | 56 |
| Business Expenses |  | 1,327 |
| Interest Paid |  | 165 |
| Internet/Phone |  | 228 |
| Legal & Professional Services (Note 1) |  | 782,132 |
| Real Estate |  |  |
|   Austin Condos |  |  |
|     Condo HOA |  | 440 |
|     Condo Utilities and Maintenance |  | 477 |
|   Total Austin Condos | $ | 917 |
|   Lakehouse |  |  |
|     Lakehouse Insurance |  | 353 |
|     Lakehouse Internet |  | 356 |
|     Lakehouse Maintenance |  | 817 |
|     Lakehouse Property Tax |  | 2,400 |
|     Lakehouse Utilities |  | 41 |
|   Total Lakehouse | $ | 3,967 |
|   Ranch property |  | 27 |
|   Rental Property Tax |  | 1,550 |
| Total Real Estate | $ | 6,461 |
| Rental Storage Units |  | 2,079 |
| Travel |  | 2,979 |
| **Total Other Expenses** | $ | 795,427 |
| **Total Expenses** | $ | 861,799 |
| **Net Operating Income** | -$ | 738,810 |
| Other Income |  |  |
|   Donations |  | 173,363 |
| **Total Other Income** | $ | 173,363 |
| **Net Other Income** | $ | 173,363 |
| **Net Income** | -$ | 565,447 |

Note 1 : Legal and Professional Fees include only unpaid fees submitted to court for approval and those not objected to by the debtor net of amounts paid by retainers. Multiple firms have yet to submit fee applications for past months and the debtor has objected to approximately $104,000 in fees filed to date.

**Debtor's Name** Alexander Emric Jones                                                           Case No. 22-33553

| | Part 5: Professional Fees and Expenses | | | | | |
|---|---|---|---|---|---|---|
| a. | | | Approved Current Month | Approved Cumulative | Paid Current Month* | Paid Cumulative* |
| | *Debtors prof fees & expenses (bankruptcy) Aggregate Total* | | 782,131 | 3,281,582 | 532,000 | 1,331,847 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm name | Role | | | | |
| | **BlackBriar Advisors** | Financial Advisors | 79,107 | 892,901 | 210,398 | 410,398 |
| | **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | 595,288 | 1,819,805 | 287,913 | 739,720 |
| | **Jordan & Ortiz** | Co-Counsel to Debtor | | 268,897 | 30,727 | 177,517 |
| | **Teneo** | Financial Advisor for Creditors | 107,736 | 288,954 | | |
| | **Rachel Kennerly** | Tax Accountant | | 11,025 | 2,961 | 4,211 |
| | | | | | | |
| Delete | * All amounts paid from retainers provided prepetition.  Professional fees will not be reported in the debtors income statement until retainers are depleted. | | | | | |