United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 20, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALEXANDER E. JONES | ) Case No. 22-33553 (CML) |
| | ) |
| Debtor. | ) |
| | ) |

**FOURTH STIPULATION AND AGREED ORDER GRANTING THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ALEXANDER E. JONES AN
EXTENSION OF TIME TO OBJECT TO A CLAIM OF EXEMPTIONS
AND OTHER RELATED RELIEF**

Alexander E. Jones ("Jones" or the "Debtor") and the Official Committee of Unsecured

Creditors (the "Committee") appointed in the above-captioned chapter 11 case (the "Chapter 11

Case"), by and through their respective undersigned counsel, hereby enter into this fourth

stipulation and agreed order (the "Fourth Stipulation and Order") as follows:

WHEREAS, the Debtor filed his Schedules of Assets and Liabilities on February 14, 2023

[ECF No. 161] (the "First Schedules");

WHEREAS, the Debtor filed his amended Schedules of Assets and Liabilities on March

30, 2023 [ECF No. 231] (the "Amended Schedules");

WHEREAS, the Debtor filed his second amended Schedules of Assets and Liabilities on

April 18, 2023 [ECF No. 242] (the "Second Amended Schedules" and together with the First

Schedules and the Amended Schedules, the "Schedules");

WHEREAS, the Debtor has identified at least one additional modification to be made to

the Schedule C of the Second Amended Schedules, and has informed the Committee that it may

file further amended Schedules in the future (such future amended schedules, the "Further

Amended Schedules");

WHEREAS, in order to preserve resources of the estate, on May 17, 2023, counsel for the Committee and counsel for the Debtor entered into a stipulation and agreed order to extend the deadline for any challenge to Schedule C of the Second Amended Schedules to until and at least June 19, 2023, and as may be further extended by written agreement between the parties, operation of the applicable rules, or order of the Court, which was so ordered by the Court on May 18, 2023 [ECF No. 285] (the "First Stipulation and Order");

WHEREAS, in order to preserve resources of the estate, on June 16, 2023, counsel for the Committee and counsel for the Debtor entered into a second stipulation and agreed order to extend the deadline for any challenge to Schedule C of the Second Amended Schedules to until and at least August 18, 2023, and as may be further extended by written agreement between the parties, operation of the applicable rules, or order of the Court, which was so ordered by the Court on  June 16, 2023 [ECF No. 333] (the "Second Stipulation and Order");

WHEREAS, in order to preserve resources of the estate, on August 18, 2023, counsel for the Committee and counsel for the Debtor entered into a third stipulation and agreed order to extend the deadline for any challenge to Schedule C of the Second Amended Schedules to until and at least October 20, 2023, and as may be further extended by written agreement between the parties, operation of the applicable rules, or order of the Court, which was so ordered by the Court on  August 18, 2023 [ECF No. 399] (the "Third Stipulation and Order");

WHEREAS, in order to preserve resources of the estate, counsel for the Committee and counsel for the Debtor have further agreed to extend the deadline for any challenge to Schedule C of the Second Amended Schedules to until and at least twenty-one days after the Debtor files their forthcoming Further Amended Schedules, and as may be further extended by written agreement between the parties, operation of the applicable rules, or order of the Court;

2

WHEREAS, good cause exists to extend the deadline to object to the designation of any property currently designated as exempt on Schedule C of the Second Amended Schedules;

**NOW, THEREFORE IN CONSIDERATION OF THE FOREGOING RECITALS, IT HEREBY IS STIPULATED AND AGREED** as follows:

1.      The deadline for the Committee to object to the Debtor's list of property claimed as exempt in the Debtor's Schedule C of the Second Amended Schedules and/or in any Further Amended Schedules shall be extended to until twenty-one days after the Debtor files such Further Amended Schedules.

2.      The undersigned hereby represent and warrant that they have full authority to execute this Stipulation on behalf of the respective parties, and that the respective parties have full knowledge of, and have consented to, this Stipulation.

3.      This Stipulation shall be effective immediately upon filing with the Court.

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

**STIPULATED AND AGREED TO THIS 18TH DAY OF OCTOBER 2023**

By: */s/ Vickie L. Driver*
Vickie L. Driver

**CROWE & DUNLEVY, P.C.**
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, Texas 75201
Telephone: 737.218.6187
Facsimile: (214) 969-4343
Email: dallaservice@crowedunlevy.com

*Counsel to Alexander E. Jones*

By: */s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

*-and-*

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com

Email: kporter@akingump.com

***Counsel to the Official Committee of Unsecured
Creditors of Alexander E. Jones***

**SO ORDERED:**

Signed:  October 19, 2023

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                              Case No. 22-33553-cml

Alexander E. Jones                                                                  Chapter 11

Official Committee Of Unsecured Creditor
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                          User: ADIuser                                    Page 1 of 7

Date Rcvd: Oct 23, 2023                       Form ID: pdf002                                  Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| aty | + | Anna Kordas, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-1000, UNITED STATES 10036-6730 |
| aty | + | David Franklin Hill, IV, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Theodore James Salwen, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850 Austin, TX 78701-0137 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Suite 203, Austin, TX 78701-2720 |
| cr | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Oct 23 2023 20:10:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| crcm | + | Email/Text: mbrimmage@akingump.com | | |
| | | | Oct 23 2023 20:10:00 | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | | |
| | | | Oct 23 2023 20:10:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | | |
| | | | Oct 23 2023 20:10:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |

| | |
|---|---|
| cr | Carlee Soto Parisi |
| cr | Carlos M Soto |
| intp | David Ross Jones |
| cr | David Wheeler |
| cr | Donna Soto |
| cr | Ian Hockley |
| cr | Jacqueline Barden |
| cr | Jennifer Hensel |
| cr | Jillian Soto-Marino |
| cr | Mark Barden |
| cr | Nicole Hockley |
| cr | Public Storage |
| cr | Robert Parker |
| cr | William Aldenberg |
| cr | William Sherlach |

TOTAL: 16 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Moshenberg | |
| | on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | |
| | on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | |
| | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | |
| | on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | |
| | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | |
| | on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | |
| | on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | |
| | on behalf of Plaintiff Neil Heslin avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | |
| | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | |
| | on behalf of Plaintiff Leonard Pozner avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Bennett Greg Fisher | |

District/off: 0541-4
Date Rcvd: Oct 23, 2023

User: ADIuser
Form ID: pdf002

Page 3 of 7
Total Noticed: 20

on behalf of Creditor Public Storage bennett.fisher@lewisbrisbois.com
krr@fisherlaw.net;jrf@fisherlaw.net;wanda@fisherlaw.net;candace@fisherlaw.net;torrie@fisherlaw.net

Bradley J. Reeves

on behalf of Creditor Reeves Law  PLLC bradley.reeves@pillsburylaw.com

Christina Walton Stephenson

on behalf of Debtor Alexander E. Jones Crissie.Stephenson@crowedunlevy.com
elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Christina Walton Stephenson

on behalf of Defendant Alexander E. Jones Crissie.Stephenson@crowedunlevy.com
elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Elizabeth Carol Freeman

on behalf of Interested Party Melissa A Haselden liz@lizfreemanlaw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Eric Henzy

on behalf of Plaintiff Richard M. Coan ehenzy@zeislaw.com

Ha Minh Nguyen

on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jarrod B. Martin

on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

on behalf of Plaintiff Estate of Marcel Fontaine jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin

on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jason Starks

on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jayson B. Ruff

on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jennifer Jaye Hardy

on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

District/off: 0541-4
Date Rcvd: Oct 23, 2023

User: ADIuser
Form ID: pdf002

Page 4 of 7
Total Noticed: 20

on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Plaintiff Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

John D Malone

on behalf of Creditor Security Bank of Texas myra@johnmalonepc.com  myra@johnmalonepc.com

Johnie J Patterson

on behalf of Creditor Elevated Solutions Group  LLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Marty L Brimmage

on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alexander E. Jones mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Nicole Hockley mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Carlos M Soto mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Mark Barden mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor William Sherlach mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor William Aldenberg mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Francine Wheeler mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Donna Soto mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor David Wheeler mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Neil Heslin mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Robert Parker mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Ian Hockley mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Melissa A Haselden
mhaselden@haseldenfarrow.com
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Melissa A Haselden
on behalf of Interested Party Melissa A Haselden mhaselden@haseldenfarrow.com
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Nicholas Lawson
on behalf of Creditor Neil Heslin nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
on behalf of Creditor Marcel Fontaine nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
on behalf of Creditor Veronique De La Rosa nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
on behalf of Creditor Scarlett Lewis nick.lawson@mhllp.com  patricia.flores@mhllp.com

Nicholas Lawson
on behalf of Creditor Leonard Pozner nick.lawson@mhllp.com  patricia.flores@mhllp.com

Raymond William Battaglia
on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com

Ryan E Chapple
on behalf of Plaintiff Mark Barden rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Donna Soto rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Richard M. Coan rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff David Wheeler rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Carlos M Soto rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor William Aldenberg rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Mark Barden rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff William Sherlach rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Donna Soto rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Creditor Robert Parker rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Creditor William Sherlach rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Creditor Jacqueline Barden rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Creditor David Wheeler rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Plaintiff Robert Parker rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Plaintiff Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Creditor Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Plaintiff William Aldenberg rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Creditor Nicole Hockley rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com  aprentice@cstrial.com

Scott R. Cheatham

    on behalf of Creditor Bank of America N.A. scott.cheatham@arlaw.com  vicki.owens@arlaw.com

Shelby A Jordan

    on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com

Shelby A Jordan

    on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com

Stephen A Roberts

    on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com  1222805420@filings.docketbird.com

Stephen Wayne Lemmon

    on behalf of Creditor PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com

US Trustee

    USTPRegion07.HU.ECF@USDOJ.GOV

Vickie L Driver

    on behalf of Creditor Free Speech Systems  LLC Vickie.Driver@crowedunlevy.com,
elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Vickie L Driver

    on behalf of Defendant Alexander E. Jones Vickie.Driver@crowedunlevy.com
elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

District/off: 0541-4                          User: ADIuser                                  Page 7 of 7
Date Rcvd: Oct 23, 2023                  Form ID: pdf002                          Total Noticed: 20

Vickie L Driver

on behalf of Debtor Alexander E. Jones Vickie.Driver@crowedunlevy.com
elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Yoshie Valadez

on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com  yvaladez@mccarthyholthus.com


TOTAL: 110