IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**NINTH MONTHLY FEE STATEMENT OF JORDAN & ORTIZ, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| **Name of Applicant:** | Jordan & Ortiz, P.C. ("J&O") | |
|---|---|---|
| **Applicant's Role in Case:** | Co-Counsel to Debtor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #105) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 10/1/2023 | 10/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $7,916.00 (80% of $9,895.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $0.00[1] | |
| **Summary Attorney Fees for the Period Covered by this Statement** | | |
| **Attorneys Fees in this Statement:** | $9,420.00 | |
| **Total Actual Attorneys Hours Covered by this Statement:** | 15.70 | |
| **Average Hourly Rate for Attorneys:** | $600.00 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| **Paraprofessional Fees Requested in this Statement:** | $475.00 | |
| **Total Actual Paraprofessional Hours Covered by this Statement:** | 1.90 | |
| **Average Hourly Rate for Paraprofessionals:** | $250.00 | |

---

[1] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

> **In accordance with the Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals [ECF #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

## RELIEF REQUESTED

1. This is Jordan & Ortiz, P.C.'s ("J&O") ninth monthly fee statement for compensation (the "Fee Statement") for the period of October 1, 2023 through October 31, 2023 (the "Fee Period") pursuant to the Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals [ECF #106] (the "Interim Compensation Order"). J&O is filing its ninth monthly fee statement for compensation showing that J&O requests: (a) allowance of compensation in the amount of $7,916.00 (80% of $9,895.00) for actual, reasonable, and necessary professional services rendered to the Debtor by J&O and (b) reimbursement of actual, reasonable, and necessary costs and expenses in the amount of $0.00 incurred by J&O during the Fee Period. By this Fee Statement, J&O seeks interim allowance of compensation for services rendered and reimbursement of expenses incurred solely in connection with its work performed on behalf of the Debtor.

## SERVICES RENDERED AND DISBURSEMENTS INCURRED

2. Attached as Exhibit "A" is the Fee Statement for the period October 1, 2023 through October 31, 2023, which includes a summary of professionals who rendered services to the Debtor during the Fee Period, including each person's billing rate and the fees incurred during the Fee Period summarized by task code and the itemized schedule of expenses within each category,

including description, incurred with the amounts for which reimbursement is requested. Exhibit "A" also shows the fee statements that were included in the First Interim Application for fees and expenses from December 1, 2022 through May 15, 2023 (Docket #306) and Ordered to be paid (Docket #346). Attached as Exhibit "B" is a Task Code breakdown by Attorney and Paralegal.

## NOTICE AND OBJECTION PROCEDURES

3. Pursuant to the Interim Compensation Order notice of this Fee Statement has been provided to:

   a. Debtor Counsel, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com)

   b. U.S. Trustee c/o/ Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

   c. Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com)

   d. Connecticut Plaintiffs, (a) Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

   e. Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

   f. All parties that receive ECF notifications

In light of the nature of the relief requested herein, J&O submits that no further or other notice is required.

4. Pursuant to the Interim Compensation Order (ECF #106), the Notice Parties and parties in interest have 14 days after service of the Monthly Fee Statement to object to the requested fees and expenses. If any Notice Party, or any other party in interest, objects to a Retained Professional's Monthly Fee Statement, it must serve on the affected Retained Professional and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline. Thereafter, the objecting party and the affected Retained Professional may attempt to resolve the Objection on a consensual basis. If the parties are unable to reach a resolution of the Objection within 14 days after service of the Objection, or such later date as may be agreed upon by the objecting party and the affected Retained Professional, the affected Retained Professional may either: (i) file a response to the Objection with the Court, together with a request for payment of the difference, if any, between the Maximum Payment and the Authorized Payment made to the affected Retained Professional (the "Incremental Amount") and schedule such matter for hearing on at least 14 days' notice; or (ii) forego payment of the Incremental Amount until the next interim or final fee application hearing, at which time the Court will consider and dispose of the Objection if requested by the affected Retained Professional. Failure by a Notice Party, or any other party in interest, to object to a Monthly Fee Statement shall not constitute a waiver of any kind nor prejudice that party's right to object to any Interim Fee Application (as defined below) subsequently filed by a Retained Professional.

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. J&O reserves the right to make further application to this Court for allowance of such fees and expenses not included herein, or correct and erroneous or errors set out herein. Subsequent Monthly Fee Statements will be filed

in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

WHEREFORE, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, J&O respectfully requests: (a) that it be allowed on an interim basis (i) $7,916.00 (80% of fees in the amount of $9,895.00) for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and (ii) reimbursement of $0.00 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtor be authorized and directed to immediately pay to J&O the amount of $7,916.00 which is equal to the sum of 80% of J&O's fees and 100% of J&O's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Dated: November 9, 2023

        /s/ Shelby A. Jordan
        SHELBY A. JORDAN
        State Bar No. 11016700
        S.D. No. 2195
        ANTONIO ORTIZ
        State Bar No. 24074839
        S.D. No. 1127322
        **Jordan & Ortiz, P.C.**
        500 North Shoreline Blvd., Suite 804
        Corpus Christi, TX  78401
        Telephone: (361) 884-5678
        Facsimile:  (361) 888-5555
        Email:  sjordan@jhwclaw.com
                aortiz@jhwclaw.com
        Copy to: cmadden@jhwclaw.com
        **CO-COUNSEL FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a. Debtor Counsel, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com)

b. U.S. Trustee c/o/ Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c. Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com)

d. Connecticut Plaintiffs, (a) Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e. Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f. All parties that receive ECF notifications

                                        */s/ Shelby A. Jordan*
                                           Shelby A. Jordan

# EXHIBIT "A"

**JORDAN & ORTIZ, P.C. INVOICES FOR PERIOD
OCTOBER 1, 2023 through OCTOBER 31, 2023**

## SUMMARY OF PREVIOUS INVOICES THAT HAVE BEEN ORDERED TO BE PAID UNDER DOCKET #346[2]

| Invoice No. | Month Billed | Invoice Date | Fees | Expenses | Invoice Total | Amount Applied | Remaining Balance Due |
|---|---|---|---|---|---|---|---|
| 922199 | December | 1/27/23 | $77,362.50 | $506.65 | $77,869.15 | -$62,396.65 | $15,472.50 |
| 922213 | January | 2/15/23 | $28,125.00 | $102.50 | $28,227.50 | -$22,602.50 | $5,625.00 |
| 922268 | February | 3/2/23 | $51,205.00 | $22.44 | $51,227.44 | -$40,986.44 | $10,241.00 |
| 922376 | March | 4/6/23 | $46,820.00 | $120.30 | $46,940.30 | -$20,804.57 | $26,135.73 |
| 922405 | April | 5/4/23 | $15,560.00 | $0.00 | $15,560.00 | $0.00 | $15,560.00 |
| 922449 | May 1-15 | 5/18/23 | $24,550.00 | $315.70 | $24,865.70 | $0.00 | $24,865.70 |
| **TOTAL** | | | **$272,957.50** | **$1,303.48** | **274,260.98** | **-$146,790.16** | **$127,470.82** |

---

[2] Order Granting First Interim Application of Jordan & Ortiz, P.C. for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period from December 2, 2022 through May 15, 2023

Page 8 of 9

# EXHIBIT "B"

## TASK CODES

| CATEGORIES | ATTORNEY TIME | PARALEGAL TIME |
|---|---|---|
| B110 Case Administration | 11.50 | |
| B120 Asset Analysis and Recovery | | |
| B130 Asset Disposition | | |
| B140 Relief from Stay/Adequate Protection | | |
| B150 Meetings of & Communications with Creditors | | |
| B160 Fee/Employment Applications | | 1.90 |
| B170 Fee/Employment Objections | | |
| B180 Avoidance Action Analysis | | |
| B185 Assumption/Rejection of Executory Contracts | | |
| B190 Other Contested Matters | 3.60 | |
| B195 Non-Working Travel | | |
| B210 Business Operations | | |
| B220 Employee Benefits/Pensions | | |
| B230 Financing/Cash Collections | | |
| B240 Tax Issues | | |
| B250 Real Estate | | |
| B260 Board of Directors Matters | | |
| B310 Claims Administration and Objections | 0.60 | |
| B320 Plan and Disclosure Statement | | |
| B410 General Bankruptcy Advice/Opinions | | |
| B420 Restructurings | | |
| **TOTALS:** | **15.80** | **1.90** |

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS  78401-0341
TAX ID NO. 74-2553880
(361) 884-5678

|  |  |
|---|---|
| JONES, ALEX<br>alexejones1777@gmail.com | Page: 1<br>November 06, 2023<br>Account No:   5481-002000M<br>Statement No:           922768 |

Bankruptcy

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | PREVIOUS BALANCE | | $112,619.63 |
| 10/02/2023 | SAJ | B110 | A106 | Email to client and Lemmon and co-counsel. | 0.40 | 240.00 |
| | SAJ | B110 | A106 | Conference with client and conference call with co-counsel and client regarding issues with FFC CRO and status of funding, book arrangement, salary and other matters. | 1.20 | 720.00 |
| | SAJ | B190 | A109 | Attend 2004 exam of David Jones (actual time spend 4.0). | 1.50 | 900.00 |
| 10/03/2023 | SAJ | B110 | A106 | Three calls with client regarding discussions yesterday with client, Shelby Jordan and co-counsel and timing of bringing issues to Court's attention if CRO continues to refuse to deal with income and salary issues and email to co-counsel. | 0.70 | 420.00 |
| 10/04/2023 | SAJ | B110 | A106 | Call from client and review regarding Ch V and issue raised regarding McGill opposition to repayment of administrative claim and email to co-counsel. | 0.40 | 240.00 |
| 10/05/2023 | SAJ | B110 | A106 | Call from client regarding Chapter V and issue raised regarding McGill opposition to repayment of administrative claim and client request to call Battaglia. | 0.60 | 360.00 |
| 10/06/2023 | SAJ | B110 | A106 | Conference with client regarding funds holdup by FSS and issue of consent to hold up by SubV Trustee. | 0.40 | 240.00 |
| | SAJ | B110 | A107 | Call to Battaglia and message. | 0.20 | 120.00 |
| 10/07/2023 | SAJ | B110 | A106 | Conference with client regarding refusal of McGill to approve salary or administrative expenses. | 0.40 | 240.00 |
| | SAJ | B110 | A107 | Conference with Pattis and email to co-counsel to object to demand estate incur expense to travel to Georgia for testimony and retention of Pattis by estate to deal with Georgia vs Trump. | 0.50 | 300.00 |
| 10/09/2023 | CRM | B160 | A103 | Prepare 8th Monthly Fee Statement and email to Shelby Jordan for approval. | 0.50 | 125.00 |

Case 22-33553   Document 476   Filed in TXSB on 11/09/23   Page 11 of 12

Page: 2
November 06, 2023
Account No:     5481-002000M
Statement No:        922768

JONES, ALEX

Bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | CRM | B160 | A103 | Start draft of 2nd Interim Fee Statement. | 1.10 | 275.00 |
|  | SAJ | B110 | A106 | Call to client to verify not contacting McGill directly subpoena from GA State Court. | 0.30 | 180.00 |
| 10/10/2023 | CRM | B160 | A103 | File 8th Monthly Fee Statement and serve same. | 0.30 | 75.00 |
|  | SAJ | B110 | A107 | Conference with Pattis regarding Georgia subpoenas and objection by client and call to client regarding same. | 0.60 | 360.00 |
| 10/12/2023 | SAJ | B110 | A107 | Conference with Ray Battaglia regarding issues with McGill and plan confirmation without agreements between Texas and Connecticut Plaintiffs. | 0.30 | 180.00 |
|  | SAJ | B110 | A106 | Email and call from client on meeting in Houston without invitation to attend. | 0.20 | 120.00 |
| 10/16/2023 | SAJ | B110 | A107 | Review email from co-counsel regarding budget of fees and reply. | 0.40 | 240.00 |
| 10/19/2023 | SAJ | B110 | A107 | Conference with co-counsel and email regarding budgeting. | 0.20 | 120.00 |
|  | SAJ | B110 | A106 | Conference with client regarding MSJ rulings TX and Conn and set up meeting tomorrow. | 0.50 | 300.00 |
|  | SAJ | B110 | A107 | Conference wit co-counsel regarding rulings. | 0.20 | 120.00 |
|  | SAJ | B110 | A107 | Conference with Norm Pattis regarding Georgia subpoena and representation locally of Alex Jones and MSJ ruling in Conn case. | 1.00 | 600.00 |
|  | SAJ | B310 | A104 | Read both MSJ rulings by Court and outline issues and questions to co-counsel handling briefing and arguments. | 0.60 | 360.00 |
| 10/20/2023 | SAJ | B190 | A106 | Meeting in office with client regarding Court's MSJ orders. | 1.30 | 780.00 |
|  | SAJ | B190 | A107 | Call to co-counsel and telephone conference with co-counsel and MSJ team to discuss orders and going forward strategy. | 0.80 | 480.00 |
| 10/23/2023 | SAJ | B110 | A106 | Call and conference with client regarding issue of non-payment of salary and MSJ and continued decision to work. | 0.80 | 480.00 |
| 10/24/2023 | SAJ | B110 | A106 | Conference with client and conference with co-counsel regarding ongoing refusal to adjust salary and ongoing refusal to fund administrative expense. | 1.10 | 660.00 |
| 10/26/2023 | SAJ | B110 | A106 | Telephone conference with client regarding strategy regarding MSJ, Lopez docket, current issues with Sub Ch V lawyer and potential resignation and update on turmoil in SDTX system. | 0.50 | 300.00 |
| 10/27/2023 | SAJ | B110 | A106 | Follow up call with client regarding strategy in face of SDTX docket and judge issues and appeal. | 0.60 | 360.00 |

JONES, ALEX

Bankruptcy

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 17.60 | 9,895.00 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| SHELBY A. JORDAN | Partners | 15.70 | $600.00 | $9,420.00 |
| CHRYSTAL MADDEN | Paralegals | 1.90 | 250.00 | 475.00 |

Total Current Work                                                              9,895.00

Balance Due                                                                     $122,514.63

### Task Code Summary

|  |  | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 6900.00 | 0.00 |
| B160 | Fee/Employment Applications | 475.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 2160.00 | 0.00 |
| B100 | Administration | 9,535.00 | 0.00 |
| B310 | Claims Administration and Objections | 360.00 | 0.00 |
| B300 | Claims and Plan | 360.00 | 0.00 |

*The entry N/C signifies time spent for which there will be no charge.*