IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| Debtor. | ) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF ALEXANDER E. JONES FOURTH NOTICE OF
<u>RESCHEDULED RULE 2004 DEPOSITION OF ROBERT SCHLEIZER</u>**

Please take notice that the examination of Robert Schleizer by the Official Committee of Unsecured Creditors of Alexander E. Jones, which was originally scheduled to take place on September 15, 2023, was subsequently adjourned at the Debtor's request,[1] and has been rescheduled to take place on November 28, 2023, at 10:00 a.m. Central Time, at the offices of Akin Gump Strauss Hauer & Feld LLP, 1111 Louisiana Street, 44th Floor, Houston, TX 77002, or at such other date, time and place as the parties may agree.

*[The remainder of this page intentionally left blank.]*

---

[1] *See Official Committee of Unsecured Creditors of Alexander E. Jones Notice of Rule 2004 Examination of Robert Schleizer* [ECF No. 413]; *Official Committee of Unsecured Creditors of Alexander E. Jones Notice of Postponement of Rule 2004 Deposition of Robert Schleizer* [ECF No. 436]; *Official Committee of Unsecured Creditors of Alexander E. Jones Notice of Rescheduled Rule 2004 Deposition of Robert Schleizer* [ECF No. 460]; *Official Committee of Unsecured Creditors of Alexander E. Jones Second Notice of Rescheduled Rule 2004 Deposition of Robert Schleizer* [ECF No. 469]; *Official Committee of Unsecured Creditors of Alexander E. Jones Third Notice of Rescheduled Rule 2004 Deposition of Robert Schleizer* [ECF No. 474].

Dated: November 14, 2023

Respectfully submitted,

By: */s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

*-and-*

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

***Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones***

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 2004-1, I hereby certify that counsel for the Committee conferred with Crowe & Dunlevy PC on the rescheduling of the Committee's Rule 2004 deposition on November 13, 2023.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2023, a true and correct copy of the foregoing was served on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.