United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 14, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | | In Re: | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |

| Name of party applicant seeks to appear for: | |

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |

| Dated: | Signed: |

| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature: |

| **Order** | This lawyer is admitted *pro hac vice*.

Signed: November 14, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the "Connecticut Plaintiffs").