IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**NINTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS
CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM
SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Crowe & Dunlevy, P.C. | |
| **Applicant's Role in Case:** | Co-Counsel to Debtor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #104) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 09/01/2023 | 09/30/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $170,632.80[1] (80% of $213,291.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $5,012.57[2] | |
| **Summary Attorney Fees for the Period Covered by this Statement** | | |
| **Attorneys Fees in this Statement:** | $213,291.00 | |
| **Total Actual Attorneys Hours Covered by this Statement:** | 436.00 | |
| **Average Hourly Rate for Attorneys:** | $454.75 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| **Paraprofessional Fees Requested in this Statement:** | $15,018.00 | |
| **Total Actual Paraprofessional Hours Covered by this Statement:** | 54.6 | |
| **Average Hourly Rate for Paraprofessionals:** | $275.05 | |

---

[1] Counsel is holding $0.00 as a retainer in its IOLTA Account which is included in this fee/expense request.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**NINTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 1**

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], Crowe & Dunlevy, P.C. ("C&D"), as co-counsel to the Debtor, hereby files its *Ninth Monthly Fee Statement of Crowe & Dunlevy, P.C. for Allowance of Compensation for Services Rendered as Co-Counsel to the Debtor for the Period from September 1, 2023 through September 30, 2023* (the "Monthly Fee Statement").

## RELIEF REQUESTED

1.      By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, C&D seeks interim payment of $170,632.80 (80% of $213,291.00) as compensation for professional services rendered to the Debtor during the period from September 1, 2023 through September 30, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $5,012.57, for a total amount of $175,645.37 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2.      In support of the Monthly Fee Statement, C&D submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Legal Fees by Category as Counsel*

*for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Co-Counsel for the Fee Period*, attached hereto as **Exhibit C**.

3.      Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order), and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline:

a.      Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b.      U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c.      Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d.      Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e.      Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f.      Any other parties that the Court may designate.

**NINTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 3**

In light of the nature of the relief requested herein, C&D submits that no further or other notice is required.

4.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. C&D reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5.      Therefore, C&D respectfully submits support for its fees in the amount of $213,291.00 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $5,012.57 for reasonable, actual and necessary expenses incurred during the Fee Period. C&D further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to C&D the amount of $175,645.37 which is equal to the sum of 80% of C&D's fees and 100% of C&D's expenses incurred during the Fee Period.

Houston, TX
Dated: November 15, 2023

**CROWE & DUNLEVY, P.C.**

By: */s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

**ATTORNEYS FOR DEBTOR ALEXANDER
E. JONES**

## CERTIFICATE OF SERVICE

I certify that on November 15, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a.   Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b.   U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c.   Proposed Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d.   Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e.   Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f.   Any other parties that the Court may designate.

*/s/ Christina W. Stephenson*
Christina W. Stephenson

## EXHIBIT "A"

### SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Lodging/Travel/Meals | **4,670.57** |
| Texas SOS online charge | **1.00** |
| Express Courier Charges | **341.00** |

# EXHIBIT "B"

## SUMMARY OF LEGAL FEES AND EXPENSES BY CATEGORY
## FOR THE FEE PERIOD

| CATEGORIES | ATTORNEY TIME | PARALEGAL TIME |
|---|---|---|
| B110 Case Administration | 15.1 | 7.7 |
| B120 Asset Analysis and Recovery | 33.0 | 0.00 |
| B130 Asset Disposition | 3.3 | 0.00 |
| B140 Relief from Stay/Adequate Protection | 1.1 | 0.00 |
| B150 Meetings of & Communications with Creditors | 0.00 | 0.0 |
| B160 Fee/Employment Applications | 9.4 | 22.1 |
| B170 Fee/Employment Objections | 0.00 | 0.00 |
| B180 Avoidance Action Analysis | 0.00 | 0.00 |
| B185 Assumption/Rejection of Executory Contracts | 5.1 | 0.8 |
| B190 Other Contested Matters | 319.10 | 14.5 |
| B195 Non-Working Travel | 18.1 | 0.00 |
| B210 Business Operations | 23.5 | 2.4 |
| B220 Employee Benefits/Pensions | 0.00 | 0.00 |
| B230 Financing/Cash Collections | 0.00 | 0.5 |
| B240 Tax Issues | 0.00 | 0.00 |
| B250 Real Estate | 0.00 | 0.00 |
| B260 Board of Directors Matters | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 0.00 | 6.6 |
| B320 Plan and Disclosure Statement | 8.3 | 0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.00 | 0.00 |
| B420 Restructurings | 0.00 | 0.00 |
| **TOTALS:** | **436.00** | **54.6** |

# EXHIBIT "C"

## DETAILED RECORD OF FEES FOR THE FEE PERIOD

# CROWE&DUNLEVY
### ATTORNEYS AND COUNSELORS AT LAW

**2525 MCKINNON, SUITE 425**
**DALLAS, TX 75201**
**(214) 420-2163**
TAX I.D. NUMBER 73-1055796

October 31, 2023
Invoice # 765083

Alex "AJ"  Jones
ATTN:  Shelby A. Jordan
6207 Bee Cave Road, Suite 120
Austin, TX 78746

Responsible Attorney
Vickie L. Driver

Client #        50134
Matter #        00802

Post – petition

## INVOICE SUMMARY

| | |
|---|---:|
| Current Invoice Total Fees | $213,291.00 |
| Current Invoice Total Expenses | $5,012.57 |
| **Current Invoice Total** | **$218,303.57** |

*Payment Instructions*

| Check Remittance: | Credit Card Remittance: | Wire Remittance: |
|---|---|---|
| **Mail To:** | **https://www.crowedunlevy.com/makeapayment/** | **Bank Name: BancFirst** |
| **Crowe & Dunlevy** | | **Routing #103003632** |
| **Braniff Building** | | **Oklahoma City, OK 73102** |
| **324 N. Robinson Ave., Ste. 100** | | **Account Name: Crowe & Dunlevy** |
| **Oklahoma City, OK 73102** | | **Account Number 4025023715** |
| | | **Swift Code BFOKUS44** |

*Please refer to Invoice # 765083 and any other invoice numbers being paid on your remittance.*

Jones, Alex "AJ"                                                                                                    Page 2
                                                                                                        October 31, 2023

Client #        50134                                                                          Invoice # 765083
Matter #        00802                                                                        Responsible Attorney
                                                                                                     Vickie L. Driver

Post - petition

## SUMMARY OF PREVIOUS UNPAID INVOICES

| Invoice Number | Invoice Date | Amount Billed | Credits Applied | Balance Due |
|---|---|---|---|---|
| 761699 | 06/30/2023 | 341,921.51 | 0.00 | 341,921.51 |
| 761700 | 07/31/2023 | 214,254.82 | 0.00 | 214,254.82 |
| 761710 | 05/31/2023 | 185,862.13 | -8,891.79 | 176,970.34 |
| 761722 | 08/31/2023 | 493,188.66 | 0.00 | 493,188.66 |
| 763441 | 09/29/2023 | 320,869.84 | 0.00 | 320,869.84 |
| **TOTALS:** | | $1,556,096.96 | $-8,891.79 | $1,547,205.17 |

Jones, Alex "AJ"                                                                                    Page 3
                                                                                     October 31, 2023

Client #        50134                                                              Invoice # 765083
Matter #        00802                                                         Responsible Attorney
                                                                                    Vickie L. Driver

Post - petition

| 09/01/2023 | V. Driver | B110/ | Calls with client regarding case matters. | 0.50 |
|---|---|---|---|---|
| 09/01/2023 | V. Driver | B140/ | Emails regarding stay relief and continuing trial date. | 0.30 |
| 09/01/2023 | V. Driver | B190/ | Review email from FSS CRO on refusal to give assistant to be terminated notice (.2); send email to R. Battaglia clarifying that timing on FSS filing the motion to employ the contract is not restricted by AJ legal team (.3); call with FSS regarding attempts to stem the admin expense claim if terminated FSS employee sues (.5). | 1.00 |
| 09/01/2023 | V. Driver | B190/ | Emails regarding production scheduling and completion. | 0.20 |
| 09/01/2023 | V. Driver | B210/ | Emails regarding Alex related URLs. (.2); emails regarding mediation discussion (.2). | 0.40 |
| 09/01/2023 | D. Harlan | B190/ | Performed document review. | 6.00 |
| 09/01/2023 | K. Kinser | B190/ | Perform document review. | 8.80 |
| 09/01/2023 | E. Weaver | B160/ | Revisions to Rachel Kennerly's monthly fee statement for May and June (.5); email correspondence to and from Rachel Kennerly regarding July time (.2). | 0.70 |

Jones, Alex "AJ"                                                                                        Page 4
                                                                                              October 31, 2023

Client #        50134                                                            Invoice # 765083
Matter #        00802                                                         Responsible Attorney
                                                                                    Vickie L. Driver

Post - petition

| 09/01/2023 | E. Weaver | B160/ | Continue drafting spreadsheet of professional fees for all estate and UCC professionals. | 2.00 |
|---|---|---|---|---|
| 09/01/2023 | E. Weaver | B160/ | Docket objection deadline for fifth, sixth and seventh monthly fee statements of Crowe & Dunlevy and fifth and sixth monthly fee statements of BlackBriar Advisors (.2); docket extended 2004 production request deadline (.2). | 0.40 |
| 09/01/2023 | E. Weaver | B190/ | Email correspondence to team regarding powerpoint slide deck. | 0.20 |
| 09/02/2023 | D. Harlan | B190/ | Perform document review. | 8.60 |
| 09/03/2023 | D. Harlan | B190/ | Perform document review. | 5.80 |
| 09/04/2023 | V. Driver | B160/ | Call with N, Pattis about payment (.3); emails regarding payment to N. Pattis (.2). | 0.50 |
| 09/04/2023 | V. Driver | B190/ | Emails on 2004 limits for AJ examination. | 0.20 |
| 09/04/2023 | D. Harlan | B190/ | Perform document review. | 4.30 |
| 09/05/2023 | L. Dauphin | B190/ | Access online repository and prepare third party productions for attorney discovery review. | 1.20 |
| 09/05/2023 | V. Driver | B190/ | Review 2004 exam notice. | 0.30 |
| 09/05/2023 | V. Driver | B195/ | Travel to Austin for deposition (billed at half time 3.0). | 1.50 |

Jones, Alex "AJ"                                                                                    Page 5
                                                                                   October 31, 2023

Client #          50134                                                        Invoice # 765083
Matter #          00802                                                    Responsible Attorney
                                                                                 Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 09/05/2023 | D. Harlan | B190/ | Perform document review. | 1.60 |
| 09/05/2023 | D. Harlan | B190/ | Redact documents for document review. | 3.20 |
| 09/05/2023 | J. Yoon | B190/ | Email UCC's counsel regarding Rule 2004 deposition transcripts of Patrick Riley. | 0.20 |
| 09/06/2023 | L. Dauphin | B190/ | Prepare third party productions received from Akin and Scott Douglas for attorney review. | 1.30 |
| 09/06/2023 | V. Driver | B120/ | Emails seeking clarification on 2017 watch report to current valuepro's appraisal. | 0.30 |
| 09/06/2023 | V. Driver | B140/ | Continuation of emails on rescheduling Texas trial. | 0.20 |
| 09/06/2023 | V. Driver | B160/ | Circulating interim monthly fee statements. | 0.10 |
| 09/06/2023 | V. Driver | B190/ | Preparation for and attend E. Jones 2004 examination (7.4); discuss examination with client (.6); emails regarding review protocol for texts (.2). | 8.20 |
| 09/06/2023 | V. Driver | B210/ | Emails regarding issues on budget. | 0.40 |
| 09/06/2023 | D. Harlan | B190/ | Perform document review. | 8.60 |
| 09/06/2023 | K. Kinser | B190/ | Perform document review. | 7.30 |
| 09/06/2023 | C. Stephenson | B110/ | Draft response to press inquiry. | 1.20 |
| 09/06/2023 | C. Stephenson | B190/ | Review and respond to personal property inquiry from creditor. | 0.70 |

Jones, Alex "AJ"                                                                                  Page 6
                                                                                    October 31, 2023

Client #          50134                                                            Invoice # 765083
Matter #          00802                                                       Responsible Attorney
                                                                                     Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 09/06/2023 | E. Weaver | B110/ | Procure appraisal report and premarital agreement and circulate to team. | 0.20 |
| 09/06/2023 | E. Weaver | B110/ | Electronic case file management. | 2.20 |
| 09/06/2023 | E. Weaver | B190/ | Review the UCC's notice of rescheduled rule 2004 deposition of Joseph Dalessio and continuance of rule 2004 deposition of David Jones and docket same. | 0.40 |
| 09/07/2023 | L. Dauphin | B190/ | Continue to prepare third party productions received from Akin for attorney review. | 3.50 |
| 09/07/2023 | V. Driver | B110/ | Meeting with client regarding various case status issues. | 1.00 |
| 09/07/2023 | V. Driver | B190/ | Emails with group regarding logistics for AJ 2004 examination. | 0.20 |
| 09/07/2023 | V. Driver | B190/ | Emails with N. Pattis on payment owed and status of appeal. | 0.40 |
| 09/07/2023 | V. Driver | B195/ | Travel from Austin home (billed at half time 3.0). | 1.50 |
| 09/07/2023 | D. Harlan | B190/ | Research privilege issues. | 1.60 |
| 09/07/2023 | D. Harlan | B190/ | Perform document review. | 7.30 |
| 09/07/2023 | K. Kinser | B190/ | Perform document review. | 3.20 |
| 09/07/2023 | C. Stephenson | B320/ | Perform and analyze research for plan of reorganization. | 3.80 |

Jones, Alex "AJ"                                                                                              Page 7
                                                                                                  October 31, 2023

Client #        50134                                                                        Invoice # 765083
Matter #        00802                                                                      Responsible Attorney
                                                                                              Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 09/07/2023 | E. Weaver | B190/ | Review the UCC's notice of continued rule 2004 deposition of David Jones and the Texas Plaintiff's amended notice of 2004 deposition of David Jones and docket same (.2); review the UCC"s notice of postponed 2004 examination of Robert Schleizer and docket same (.1). | 0.30 |
| 09/08/2023 | L. Dauphin | B190/ | Prepare supplemental document production. | 0.90 |
| 09/08/2023 | V. Driver | B190/ | Call with L. Dauphin on document production issues (.3); review documents for production (.8); emails with UCC on document production status (.2). | 1.30 |
| 09/08/2023 | D. Harlan | B190/ | Perform document review. | 6.80 |
| 09/08/2023 | D. Harlan | B190/ | Work on privilege memo. | 0.70 |
| 09/08/2023 | K. Kinser | B190/ | Perform document review. | 7.40 |
| 09/08/2023 | C. Stephenson | B320/ | Perform and analyze research regarding disposable income issue for plan of reorganization (2.2); draft related correspondence (.8). | 3.00 |
| 09/09/2023 | D. Harlan | B190/ | Perform document review. | 9.80 |
| 09/10/2023 | V. Driver | B190/ | Call with UCC on examination issues. | 0.40 |

Jones, Alex "AJ"                                                                                                   Page 8
                                                                                                        October 31, 2023

Client #        50134                                                                          Invoice # 765083
Matter #        00802                                                                     Responsible Attorney
                                                                                                Vickie L. Driver

Post - petition

| 09/10/2023 | V. Driver | B195/ | Travel to Austin for 2004 exam preparation (billed at half time 3.0). | 1.50 |
|---|---|---|---|---|
| 09/10/2023 | D. Harlan | B190/ | Perform document review. | 11.60 |
| 09/11/2023 | V. Driver | B110/ | Meet with client regarding ROR response structure and references (1.3); meeting with S. Jordan discussing response to ROR (.4). | 1.70 |
| 09/11/2023 | V. Driver | B110/ | Meetings with client on general case status. | 0.90 |
| 09/11/2023 | V. Driver | B190/ | Meeting(s) with client to prepare for 2004 examination. | 5.70 |
| 09/11/2023 | V. Driver | B190/ | Preparation for 2004 examination. | 2.10 |
| 09/11/2023 | V. Driver | B190/ | Address questions related to document review and privilege issues. | 0.60 |
| 09/11/2023 | D. Harlan | B190/ | Perform document review. | 9.60 |
| 09/11/2023 | K. Kinser | B110/ | Perform document review. | 2.00 |
| 09/11/2023 | C. Stephenson | B190/ | Client meeting for deposition prep (2.2); meeting with financial advisor regarding same (1.1); additional deposition preparation (1.6). | 4.90 |
| 09/11/2023 | C. Stephenson | B195/ | Travel to Austin for client deposition billed at half-time (4.0). | 2.00 |
| 09/11/2023 | E. Weaver | B110/ | Review and revise list of upcoming deadlines. | 0.60 |

Jones, Alex "AJ"                                                                                          Page 9
                                                                                              October 31, 2023

Client #        50134                                                              Invoice # 765083
Matter #        00802                                                         Responsible Attorney
                                                                                      Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|------|-----------|------|-------------|-------|
| 09/11/2023 | E. Weaver | B190/ | Attention to letter from Gus Oppermann requesting supplemental clerk's record to be filed with the court of appeals in state court action pending in Travis County and circulate same to team. | 0.20 |
| 09/12/2023 | L. Dauphin | B190/ | Create additional document assignment groups. | 0.10 |
| 09/12/2023 | V. Driver | B140/ | Emails regarding lift stay extension with Texas plaintiffs. | 0.20 |
| 09/12/2023 | V. Driver | B185/ | Emails regarding ESG issues, potential resolution. | 0.90 |
| 09/12/2023 | V. Driver | B190/ | Meet with client to prepare for second half of 2004 exam. | 1.10 |
| 09/12/2023 | V. Driver | B190/ | Preparation for and attend 2004 exam of client. | 5.10 |
| 09/12/2023 | K. Kinser | B190/ | Perform document review. | 1.70 |
| 09/12/2023 | C. Stephenson | B190/ | Attend deposition of A. Jones and related client meetings (5.2); draft and revise response to reservation of rights (2.4). | 7.60 |
| 09/12/2023 | E. Weaver | B110/ | Compile upcoming dates and deadlines (.3); email correspondence to Bob Schleizer with upcoming 2004 deposition dates and hearings (.2). | 0.50 |
| 09/12/2023 | E. Weaver | B160/ | Review updated spreadsheet received from Blackbriar Advisors and revise seventh monthly fee statement to include August time. | 1.40 |

Jones, Alex "AJ"                                                                   Page 10
                                                                        October 31, 2023

Client #        50134                                              Invoice # 765083
Matter #        00802                                           Responsible Attorney
                                                                     Vickie L. Driver

Post - petition

| 09/13/2023 | V. Driver | B140/ | Discuss extension of trial to accommodate pretrial extension with Texas counsel. | 0.40 |
|---|---|---|---|---|
| 09/13/2023 | V. Driver | B190/ | Meeting with Sub V trustee and client. | 1.40 |
| 09/13/2023 | V. Driver | B190/ | Attend 2004 examination and preparation before (4.9); meetings with client following 2004 exam (.9). | 5.80 |
| 09/13/2023 | V. Driver | B210/ | Meet with T. Wolff on bourbon contract and have same executed and sent to SubV Trustee and FSS. (.7) Meeting with UCC following 2004 exam. (.5) | 1.20 |
| 09/13/2023 | D. Harlan | B190/ | Perform document review. | 7.80 |
| 09/13/2023 | K. Kinser | B190/ | Perform document review. | 6.30 |
| 09/13/2023 | C. Stephenson | B190/ | Draft and revise response to Reservation of Rights (4.3); review and respond to related correspondence (1.3). | 5.60 |
| 09/13/2023 | E. Weaver | B160/ | Draft professional fee statement spreadsheet. | 4.20 |
| 09/14/2023 | V. Driver | B110/ | Review and revise ROR response (1.5); calls with client finalizing ROR response (.6). | 2.10 |
| 09/14/2023 | V. Driver | B185/ | Work to finalize ESG settlement. | 0.80 |
| 09/14/2023 | V. Driver | B195/ | Travel to Dallas from Austin (3.6 - billed at half-time). | 1.80 |

Jones, Alex "AJ"                                                                    Page 11
                                                                          October 31, 2023

Client #        50134                                         Invoice # 765083
Matter #        00802                                         Responsible Attorney
                                                              Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 09/14/2023 | V. Driver | B210/ | Emails extending objection deadlines on admin claim and employee motion. | 0.20 |
| 09/14/2023 | D. Harlan | B120/ | Perform asset recovery research. | 7.60 |
| 09/14/2023 | D. Harlan | B190/ | Perform document review. | 2.40 |
| 09/14/2023 | C. Stephenson | B195/ | Travel from Austin to Dallas (billed at half-time). | 2.00 |
| 09/14/2023 | E. Weaver | B160/ | Revise professional fee statement spreadsheet (3.5); email correspondence to Shelby Jordan's office and Rachel Kennerly's office to confirm initial retainer received (.3). | 3.80 |
| 09/14/2023 | E. Weaver | B190/ | Review agreed order on motion for approval of compromise and settlement and docket date consensual agreement due and date automatic shall lift to allow pre-trial proceedings. | 0.40 |
| 09/14/2023 | E. Weaver | B190/ | Review notice of relocated deposition of Joseph Dalessio and docket same. | 0.20 |
| 09/15/2023 | L. Dauphin | B190/ | Prepare discovery for attorney production review. | 1.20 |
| 09/15/2023 | V. Driver | B120/ | Analyze issues relating to estate assets for individuals in Bankruptcy. | 1.10 |
| 09/15/2023 | V. Driver | B190/ | Emails scheduling meeting with Sub V trustee. | 0.30 |
| 09/15/2023 | V. Driver | B190/ | Emails regarding resetting R. Schleizer deposition. | 0.30 |

Jones, Alex "AJ"                                                                                              Page 12
                                                                                                    October 31, 2023

| Client # | 50134 | | | Invoice # 765083 |
| Matter # | 00802 | | | Responsible Attorney |
| | | | | Vickie L. Driver |

Post - petition

| Date | Attorney | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 09/15/2023 | V. Driver | B210/ | Emails and calls related to ESG settlement. | 1.10 |
| 09/15/2023 | D. Harlan | B120/ | Draft asset recovery memo. | 9.50 |
| 09/15/2023 | D. Harlan | B190/ | Perform document review. | 2.60 |
| 09/15/2023 | K. Kinser | B190/ | Correspondence regarding production. | 0.10 |
| 09/15/2023 | C. Stephenson | B190/ | Review and analyze research regarding contested budget issues (1.6); draft and review related correspondence (1.3). | 2.90 |
| 09/15/2023 | E. Weaver | B160/ | Revise, finalize and file seventh monthly fee statement for BlackBriar Advisors (.6); serve same via email to the notice parties (.2). | 0.80 |
| 09/16/2023 | D. Harlan | B190/ | Perform document review. | 11.20 |
| 09/17/2023 | D. Harlan | B190/ | Perform document review. | 11.40 |
| 09/18/2023 | V. Driver | B185/ | Review and revise release on ESG and send to group for review (.4); review and analyze stipulation incorporating release terms and approve same (.3); emails and calls seeking approval of ESG stipulation for filing (.4). | 1.10 |
| 09/18/2023 | V. Driver | B190/ | Review and revise ROR response and prepare for filing (1.6); communication with client regarding same (.2). | 1.80 |
| 09/18/2023 | D. Harlan | B120/ | Work on asset recovery memo. | 2.60 |

Jones, Alex "AJ"                                                                          Page 13
                                                                                  October 31, 2023

Client #        50134                                                    Invoice # 765083
Matter #        00802                                                Responsible Attorney
                                                                        Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 09/18/2023 | D. Harlan | B130/ | Proof, edit and fix cities on sale motion. | 1.60 |
| 09/18/2023 | D. Harlan | B190/ | Perform document review. | 7.40 |
| 09/18/2023 | C. Stephenson | B190/ | Review and respond to Youngevity counsel regarding 2004 production. | 0.80 |
| 09/18/2023 | C. Stephenson | B190/ | Draft and revise Response and Objection to Reservation of Rights (2.8); review and respond to related correspondence (.8). | 3.60 |
| 09/18/2023 | C. Stephenson | B210/ | Draft joint mutual release document. | 1.70 |
| 09/18/2023 | E. Weaver | B110/ | Review spreadsheet received from BlackBriar Advisors and draft August monthly operating report (2.0); telephone call with Bob Schleizer and Kathy Norderhaug regarding professional fee schedule (.2). | 2.20 |
| 09/18/2023 | E. Weaver | B190/ | Review email communications from Eric Awerbuch with Emord & Associates regarding Youngevity's written response and responsive documents to 2004 request (.2); forward fileshare link to Eric to share documents (.2); telephone call with Eric regarding access (.1); upload same to Litshare and Everlaw (.5). | 1.00 |
| 09/19/2023 | V. Driver | B110/ | Review and respond to press inquiry. | 0.30 |

Jones, Alex "AJ"                                                                    Page 14
                                                                         October 31, 2023

Client #        50134                                         Invoice # 765083
Matter #        00802                                    Responsible Attorney
                                                              Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 09/19/2023 | V. Driver | B120/ | Analyze issues with press coverage and misstatement of liability. | 0.30 |
| 09/19/2023 | V. Driver | B190/ | Attend deposition of Joey DeLassio. | 2.00 |
| 09/19/2023 | V. Driver | B210/ | Review and approve changes to stipulation with ESG on Platinum monies. | 0.30 |
| 09/19/2023 | D. Harlan | B190/ | Perform document review. | 5.60 |
| 09/19/2023 | D. Harlan | B190/ | Perform text document review. | 9.50 |
| 09/19/2023 | C. Stephenson | B120/ | Draft correspondence regarding potential claims. | 1.30 |
| 09/19/2023 | C. Stephenson | B185/ | Perform analysis and review correspondence regarding ESG contract issues. | 1.70 |
| 09/19/2023 | E. Weaver | B110/ | Revise, finalize and file August monthly operating report. | 2.00 |
| 09/19/2023 | E. Weaver | B160/ | Draft July monthly fee statement for Rachel Kennerly. | 1.00 |
| 09/20/2023 | D. Harlan | B120/ | Draft asset recovery memo. | 3.50 |
| 09/20/2023 | D. Harlan | B190/ | Perform document review. | 9.40 |
| 09/20/2023 | C. Stephenson | B190/ | Review and respond to research correspondence regarding various contested matters. | 1.30 |
| 09/20/2023 | C. Stephenson | B210/ | Review and revise stipulation (.6); review and draft related correspondence (1.6). | 2.20 |

Jones, Alex "AJ"                                                                          Page 15
                                                                                  October 31, 2023

Client #        50134                                                         Invoice # 765083
Matter #        00802                                                     Responsible Attorney
                                                                                 Vickie L. Driver

Post - petition

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| 09/20/2023 | E. Weaver | B160/ | Revise, finalize and file third monthly fee statement for Rachel Kennerly (1.0); serve same via email to the notice parties (.2). | 1.20 |
| 09/20/2023 | E. Weaver | B210/ | Revise and finalize joint stipulation and agreed order resolving distribution of Platinum Products sales proceeds and file in both the AEJ and FSS cases. | 1.40 |
| 09/21/2023 | V. Driver | B210/ | Calls and emails with FSS counsel, Sub V Trustee, FSS controller, and client on FSS' DIP account closure and resolving same (2.2); calls and emails with CLO for Axos Bank on reopening accounts (.7); review and revise motion for sanctions for willful violation of the stay and order granting same (.8); call and email with court seeking time for emergency hearing and informing them of resolution of issue (.4). | 4.10 |
| 09/21/2023 | D. Harlan | B120/ | Draft asset recovery memo. | 5.30 |
| 09/21/2023 | D. Harlan | B190/ | Perform document review. | 0.60 |
| 09/21/2023 | D. Harlan | B190/ | Finishing doc review for leftover trust docs. | 0.10 |
| 09/21/2023 | D. Harlan | B210/ | Obtaining contact information for executives of Axis Bank to forward potential motion. | 0.10 |

Jones, Alex "AJ"                                                                    Page 16
                                                                          October 31, 2023

Client #       50134                                              Invoice # 765083
Matter #       00802                                          Responsible Attorney
                                                                   Vickie L. Driver

Post - petition

| Date | Attorney | Task | | Hours |
|------|----------|------|------|-------|
| 09/21/2023 | C. Stephenson | B110/ | Review and respond to media inquiry. | 0.90 |
| 09/21/2023 | C. Stephenson | B210/ | Draft Emergency Motion to Enforce the Automatic Stay regarding Axios Bank (1.7); draft proposed order regarding same (.5). | 2.20 |
| 09/21/2023 | E. Weaver | B210/ | Revise joint emergency motion to enforce the automatic stay and request for damages for willful stay violations in FSS case. | 1.00 |
| 09/22/2023 | V. Driver | B190/ | Preparation for call with UCC on outstanding discovery issues (.7); attend call with UCC counsel on discovery issues (.8). | 1.50 |
| 09/22/2023 | V. Driver | B210/ | Emails with co-counsel on employment contract and admin claim. | 0.80 |
| 09/22/2023 | D. Harlan | B190/ | Discovery call with Vickie L. Driver and Akin Gump. | 1.10 |
| 09/22/2023 | D. Harlan | B190/ | Perform document review. | 5.70 |
| 09/22/2023 | E. Weaver | B160/ | Revise professional fee statement to include Martin, Disiere, the Reynal firm and Teneo Capital, LLC numbers. | 2.80 |
| 09/25/2023 | V. Driver | B190/ | Emails on discovery follow ups and working to resolve same (.8); review and analyze further review documents and items in discovery (1.6). | 2.40 |

Jones, Alex "AJ"                                                                                  Page 17
                                                                                    October 31, 2023

Client #        50134                                                          Invoice # 765083
Matter #        00802                                                    Responsible Attorney
                                                                               Vickie L. Driver

Post - petition

| 09/25/2023 | V. Driver | B210/ | Emails seeking meetings to resolve FSS issues (.4); review 16th CCO and send comments to same (.4). | 0.80 |
|---|---|---|---|---|
| 09/25/2023 | D. Harlan | B120/ | Draft MOR-related memo. | 1.50 |
| 09/25/2023 | E. Weaver | B160/ | Revise professional fee statement spreadsheet. | 3.10 |
| 09/25/2023 | E. Weaver | B190/ | Review the UCC's second notice of rule 2004 requests to Coinbase and docket deadline for same. | 0.20 |
| 09/25/2023 | E. Weaver | B230/ | Review FSS's sixteenth interim cash collateral order and docket hearing date for same. | 0.30 |
| 09/26/2023 | V. Driver | B195/ | Travel from Houston to Austin for client meeting (billed at half time 3.0). | 1.50 |
| 09/26/2023 | V. Driver | B210/ | Preparation for and attend hearing on cash collateral for FSS and related case issues (1.2); meeting with FSS counsel on Axos bank issues and other DIP banks (.3); meeting with SubV Trustee and FSS on issues with plan revision and confirmation and employment agreement and admin claim (.8). | 2.30 |
| 09/26/2023 | V. Driver | B320/ | Analyze issues with plan terms. | 1.50 |
| 09/26/2023 | D. Harlan | B110/ | Review MORs. | 0.40 |
| 09/26/2023 | D. Harlan | B190/ | Draft privilege log. | 2.20 |

Jones, Alex "AJ"                                                                                    Page 18
                                                                                        October 31, 2023

Client #         50134                                                              Invoice # 765083
Matter #         00802                                                          Responsible Attorney
                                                                                      Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|------|-----------|------|-------------|-------|
| 09/26/2023 | D. Harlan | B190/ | Draft Suggestion of Bankruptcy. | 0.90 |
| 09/26/2023 | D. Harlan | B195/ | Travel to Austin to meet with Alex Jones and Vickie L. Driver (billed at half time - 4.6 hours). | 2.30 |
| 09/26/2023 | D. McClellan | B190/ | Call to discuss status of adversary proceeding. | 0.50 |
| 09/26/2023 | E. Weaver | B160/ | Review sixth monthly fee statement of Teneo Capital, LLC and docket objection deadline for same. | 0.20 |
| 09/26/2023 | E. Weaver | B190/ | Coordinate with and various telephone calls and correspondence to Esquire to obtain Vol. 1 and 2 of the Alex Jones transcripts from his 2004 examination. | 1.40 |
| 09/26/2023 | E. Weaver | B230/ | Review agenda for FSS's cash collateral hearing and circulate to team. | 0.20 |
| 09/27/2023 | V. Driver | B110/ | Meetings with client to update on all case matters. | 1.40 |
| 09/27/2023 | V. Driver | B130/ | Review and revise Motion to Sell Personal Property (.8); emails with committee on sale motion modifications (.6); review personal property to be sold (.3). | 1.70 |
| 09/27/2023 | V. Driver | B185/ | Emails with UCC seeking hearing on motion to reject ESG. | 0.40 |
| 09/27/2023 | V. Driver | B190/ | Work on document discovery issues (1.3); emails on deposition scheduling (.2). | 1.50 |

Jones, Alex "AJ"                                                                    Page 19
                                                                       October 31, 2023

Client #        50134                                              Invoice # 765083
Matter #        00802                                          Responsible Attorney
                                                                   Vickie L. Driver

Post - petition

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 09/27/2023 | V. Driver | B210/ | Review stipulation as filed and send to FSS for inclusion in Thursday AP run. | 0.30 |
| 09/27/2023 | V. Driver | B210/ | Review and analyze UCC comments to employment agreement and admin claim motion and send response to FSS counsel (.8); discuss same with FSS counsel (.4); review and analyze budget expenditures and revenue (.7). | 1.90 |
| 09/27/2023 | D. Harlan | B110/ | Meeting with client to update on all case matters. | 0.80 |
| 09/27/2023 | D. Harlan | B110/ | Meeting with client and Blackbriar to update on case matters. | 0.50 |
| 09/27/2023 | D. Harlan | B190/ | Draft Suggestion of Bankruptcy for FSS and review trust documents. | 0.60 |
| 09/27/2023 | D. Harlan | B190/ | Draft privilege log. | 0.60 |
| 09/27/2023 | D. Harlan | B190/ | Perform document review. | 5.30 |
| 09/27/2023 | E. Weaver | B160/ | Email correspondence with Lori Hanes in Chris Martin's office regarding invoices/fee statements and retainer. | 0.50 |
| 09/27/2023 | E. Weaver | B185/ | Review case docket for objections/responses to motion to reject executory contracts and circulate to team. | 0.80 |
| 09/27/2023 | E. Weaver | B310/ | Review claims register and draft reconciliation spreadsheet against schedules. | 4.20 |

Jones, Alex "AJ"                                                                    Page 20
                                                                         October 31, 2023

Client #        50134                                              Invoice # 765083
Matter #        00802                                          Responsible Attorney
                                                                    Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|---|---|---|---|---|
| 09/28/2023 | V. Driver | B110/ | Calls with client on case. | 0.60 |
| 09/28/2023 | V. Driver | B185/ | Emails with UCC counsel on setting ESG motion to reject for hearing. | 0.20 |
| 09/28/2023 | V. Driver | B190/ | Review documents marked for further review (1.7); emails regarding document review on additional email account (.2); scheduling meeting with Sub V and client (.2). | 2.10 |
| 09/28/2023 | V. Driver | B195/ | Travel from Austin (3.6 billed at half time). | 1.80 |
| 09/28/2023 | V. Driver | B210/ | Meetings with client and BBA. | 2.10 |
| 09/28/2023 | D. Harlan | B190/ | Reviewing MOR documents and creating chart. | 2.50 |
| 09/28/2023 | D. Harlan | B190/ | Perform document review. | 8.80 |
| 09/28/2023 | D. Harlan | B195/ | Travel from Austin to DFW (11:30 AM - 4:00 PM) (Billed at half time - 4.5 hrs). | 2.20 |
| 09/28/2023 | C. Stephenson | B160/ | Review and revise billing statement (2.3); draft related correspondence (.6). | 2.90 |
| 09/28/2023 | C. Stephenson | B190/ | Review and analyze deposition testimony (3.8); draft related correspondence (.8). | 4.60 |
| 09/28/2023 | E. Weaver | B190/ | Review UCC's notice of rule 2004 requests to Binance and Krake and docket deadlines for same. | 0.30 |
| 09/28/2023 | E. Weaver | B310/ | Review claims register and begin downloading claims. | 2.40 |

Jones, Alex "AJ"

Page 21
October 31, 2023

Client #     50134

Invoice # 765083
Responsible Attorney
Vickie L. Driver

Matter #     00802

Post - petition

| 09/29/2023 | L. Dauphin | B190/ | Apply payment to upgrade Proton email account (.2); prepare email collected by Digital Mountain for attorney production review (.1). | 0.30 |
|---|---|---|---|---|
| 09/29/2023 | L. Dauphin | B190/ | Prepare supplemental client document production. | 1.40 |
| 09/29/2023 | V. Driver | B160/ | Review and approve monthly fee statement for filing. | 0.30 |
| 09/29/2023 | V. Driver | B190/ | Emails with UCC and team on discovery issues. | 2.10 |
| 09/29/2023 | V. Driver | B210/ | Call and emails with L. Freeman on FSS issues (1.1); call with FSS counsel on same (.3). | 1.40 |
| 09/29/2023 | D. Harlan | B190/ | Perform document review. | 9.20 |
| 09/29/2023 | D. Harlan | B190/ | Draft Suggestion of Bankruptcy. | 0.70 |
| 09/29/2023 | C. McDonald | B190/ | Review terms of AEJ 2018 Trust (.3); email correspondence (.6). | 0.90 |
| 09/29/2023 | C. Ottaway | B190/ | Review 2018 trust (.2); discuss power of court order (.4). | 0.60 |
| 09/29/2023 | C. Stephenson | B160/ | Draft and revise Eighth Statement of Interim Compensation (1.7); review spreadsheet data (1.3); draft exhibits to same (1.8); file and serve statement (.8). | 5.60 |
| 09/29/2023 | J. Yoon | B190/ | Analyze and review Youngevity's objections and responses to debtor's request for production under rule 2004 (1.5); draft email analysis of the same for discovery issues (1.2). | 2.70 |

Jones, Alex "AJ"

Page 22
October 31, 2023

| Client # | 50134 | | Invoice # 765083 |
| Matter # | 00802 | | Responsible Attorney |
| | | | Vickie L. Driver |

Post - petition

| 09/30/2023 | V. Driver | B110/ | Calls with client on current issues in case and budgeting. | 0.80 |
| 09/30/2023 | D. Harlan | B190/ | Perform document review. | 8.30 |

Total Hours 490.60

Total Fees for this Invoice $213,291.00

### SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| B110 | 22.80 | 12,212.50 | Bankruptcy - Case Administration |
| B120 | 33.00 | 10,681.00 | Bankruptcy - Asset Analysis and Recovery |
| B130 | 3.30 | 1,799.50 | Bankruptcy - Asset Disposition |
| B140 | 1.10 | 874.50 | Bankruptcy - Relief from Stay/Adequate Protection Proceedings |
| B160 | 31.50 | 13,312.50 | Bankruptcy - Fee/Employment Applications |
| B185 | 5.90 | 4,154.50 | Bankruptcy - Assumption/Rejection of Leases and Contracts |
| B190 | 333.60 | 131,504.50 | Bankruptcy - Other Contested Matters (excluding assumption/rejection motions) |
| B195 | 18.10 | 11,752.00 | Bankruptcy - Non-Working Travel |
| B210 | 25.90 | 18,851.00 | Bankruptcy - Business Operations |

Jones, Alex "AJ"                                                                          Page 23
                                                                              October 31, 2023

Client #        50134                                                      Invoice # 765083
Matter #        00802                                              Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| B230 | 0.50 | 147.50 | Bankruptcy - Financing/Cash Collections |
| B310 | 6.60 | 1,947.00 | Bankruptcy - Claims Administration and Objections |
| B320 | 8.30 | 6,054.50 | Bankruptcy - Plan and Disclosure Statement (including Business Plan) |
| Total | 490.60 | $213,291.00 | |

| | | |
|---|---|---|
| 09/05/2023 | McClellan, Deric reimbursement of travel expenses to Houston Texas to attend Motion for Summary Judgment Hearing regarding Alex Jones 8/13-16/2023; transportation $ 663.83, lodging $ 817.33 and meals $ 86.29 | $1,567.45 |
| 09/05/2023 | Davis , Chris reimbursement of travel expenses to Houston Texas to attend Motion for Summary Judgment Hearing regarding Alex Jones 8/13-16/2023; 980 miles x .655/mile= $ 641.90, lodging $ 1383.24, conference room $ 500.00, tolls $ 26.00, valet and hotel tips $ 60.00 and meals 212.41 | 2,849.55 |
| 09/07/2023 | Payment to Special Delivery Service for professional services rendered regarding invoice 699478 | 341.00 |
| 09/12/2023 | Texas Secretary of State Online Charge 8/1-31/2023 | 1.00 |
| 09/14/2023 | Stephenson, Christina reimbursement of travel expenses to Austin Texas for depositions 9/10-14/2023; transportation $ 149.45 and meals $ 104.12 | 253.57 |

|  |  |
|---|---|
| Subtotal of Expenses | $5,012.57 |
| Subtotal of Costs | $0.00 |
| Total Expenses and Costs for this Invoice | $5,012.57 |

Jones, Alex "AJ"                                                                    Page 24
                                                                          October 31, 2023

Client #        50134                                              Invoice # 765083
Matter #        00802                                        Responsible Attorney
                                                                  Vickie L. Driver

Post - petition

## SUMMARY OF DISBURSEMENTS

| Task Code | Amount | Task Description |
|---|---|---|
| E110 | 4,670.57 | Out-of-town travel |
| E112 | 1.00 | Court fees |
| E123 | 341.00 | Other professionals |
| Total | $5,012.57 | |

Total For This Invoice                                                    $218,303.57

## SUMMARY OF FEES

| Name | Hours Worked | Hourly Rate | Bill Amount |
|---|---|---|---|
| C. Ottaway | 0.60 | 525.00 | 315.00 |
| L. Dauphin | 9.90 | 185.00 | 1,831.50 |
| D. McClellan | 0.50 | 310.00 | 155.00 |
| K. Kinser | 36.80 | 285.00 | 10,488.00 |
| V. Driver | 94.50 | 795.00 | 75,127.50 |
| C. Stephenson | 62.50 | 715.00 | 44,687.50 |
| E. Weaver | 44.70 | 295.00 | 13,186.50 |
| C. McDonald | 0.90 | 255.00 | 229.50 |
| J. Yoon | 2.90 | 285.00 | 826.50 |
| D. Harlan | 237.30 | 280.00 | 66,444.00 |
| Total | 490.60 | | $213,291.00 |