**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF TENEO CAPITAL LLC'S SEVENTH MONTHLY FEE STATEMENT FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD FROM
JULY 1, 2023 THROUGH JULY 31, 2023**

| Name of Applicant: | Teneo Capital LLC | |
|---|---|---|
| Applicant's Role in Case: | Financial Advisor to the Debtors | |
| Date Order of Employment Signed: | March 21, 2023 (effective as of January 19, 2023) | |
| | **Beginning of Period:** | **End of Period** |
| Time period covered by this Statement: | 7/1/2023 | 7/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested in this Statement: | | $84,611.60 |
| Total expenses requested in this Statement: | | $0.00 |
| Total fees and expenses requested in this Statement (exclusive of 20% Holdback): | | $67,689.28 |
| Total fees and expenses referenced in this Statement (inclusive of 20% Holdback): | | $84,611.60 |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. 106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* (the "Fee Procedures Order") [Docket No. 106], Teneo Capital LLC ("Teneo"), as financial advisor to the Committee of Unsecured Creditors, hereby files its *Seventh Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Financial Advisor to the Committee for the Period from July 1, 2023 through July 31, 2023* ("Monthly Fee Statement").

1. By this Monthly Fee Statement, and pursuant to the Fee Procedures Order, Teneo seeks interim payment of $67,689.28 (80% of $84,611.60) as compensation for professional services rendered to the Committee during the period of July 1, 2023 through July 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $.0.00, for a total amount of $84,611.60.

2. In support of the Monthly Fee Statement, Teneo submits, a *Summary of Professional Fees by Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit A**, *a Summary of Professional Fees by Task Category as Financial Advisor for the Period*, attached hereto as **Exhibit B**, a *Detailed Time Entry by Task Category as Financial Advisor for*

*the Fee Period*, attached hereto as **Exhibit C**, a *Summary of Expenses Incurred by Category as Financial Advisor for the Fee Period*, attached hereto as **Exhibit D**, and a *Detailed Expenses Incurred by Category and Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit E**.

3. Pursuant to the Fee Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses shall, within fourteen (14) days of service of the Monthly Fee Statement, serve via email to Teneo, and the following Notice Parties (as defined in the Fee Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "Notice of Objection") fourteen (14) days after service of this Monthly Fee Statement:

(a) co-counsel to Debtor, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com);

(b) co-counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com);

(c) U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St,Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov;

(d) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com,mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com);;

(e) counsel to the Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com); and

(f) counsel to the Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com).

4. If a Notice of Objection is timely served pursuant to the Fee Procedures Order, the objecting party and Teneo shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtor shall promptly pay Teneo an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5. Teneo has made every effort to coordinate with Nardello & Co. and to minimize any duplication of effort. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: November 20, 2023

/s/ Gary Polkowitz
**Teneo Capital LLC**

*Financial Advisor to the Official Committee of Unsecured Creditors*
Gary Polkowitz
Senior Managing Director
280 Park Avenue, 4th Floor
New York, NY 10117
Telephone: (212) 593-2255
Email: gary.polkowitz@teneo.com

**Exhibit A**
**Summary of Professional Fees by Professional as Financial Advisor**
**For the Period July 1, 2023 through July 31, 2023**

| Professional | Title | Bill Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gary Polkowitz | Sr. Managing Director | $683 | 32.8 | $22,402.40 |
| Marc Kirschner | Senior Advisor | $650 | 5.8 | $3,770.00 |
| Alyssa Scotti | Vice President | $508 | 41.4 | $21,031.20 |
| Nicholas Lee | Analyst | $280 | 114.2 | $31,976.00 |
| Sidney Yune | Analyst | $280 | 19.4 | $5,432.00 |
| **Subtotal Hours and Fees** | | | **213.6** | **$84,611.60** |
| Less: Voluntary Reduction (General) | | | - | - |
| Less: Voluntary Reduction (Travel Time) | | | - | - |
| **Total Hours and Fees** | | | **213.6** | **$84,611.60** |

**Exhibit B**
**Summary of Professional Fees by Task Category Descriptions as Financial Advisor**
**For the Period July 1, 2023 through July 31, 2023**

| Project Categories ` | Total Hours | Total Fees |
|---|---:|---:|
| Attendance of Court Hearings | 0.5 | $140.00 |
| Business Plan, Budgets Forecast | 7.3 | $2,614.00 |
| Investigation | 145.0 | $49,303.20 |
| Mediation | 5.6 | $2,938.20 |
| Meetings and Communications with UCC and Counsel | 16.9 | $8,672.70 |
| Plan and Disclosure Statement | 0.9 | $585.00 |
| Retention and Fee Applications | 7.0 | $4,168.50 |
| Strategy and Financial Advisory Services to UCC | 30.4 | $16,190.00 |
| **TOTAL** | **213.6** | **$84,611.60** |

**EXHIBIT C**

**Detailed Time Entry by Task Category as Financial Advisor**
**For the Period July 1, 2023 through July 31, 2023**

**See Attached**

| Employee | Date | Case/Task/Event | Note | Time Spent | Amount |
|---|---|---|---|---|---|
| Nicholas Lee | 7/27/2023 | Attendance of Court Hearings | Listen into court hearing for AEJ and FSS. | 0.5 | $140.00 |
| | | **Attendance of Court Hearings** | | **0.5** | **$140.00** |
| Alyssa Scotti | 7/26/2023 | Business Plan, Budgets Forecasts | Prepare analysis of budget to actual expenses (1.7); Draft and send response to Debtor's FA re: budget analysis (.8) | 2.5 | $1,270.00 |
| Nicholas Lee | 7/26/2023 | Business Plan, Budgets Forecasts | Analyze AEJ budget, including for actuals from May and June MORs (4.1) | 4.1 | $1,148.00 |
| Nicholas Lee | 7/27/2023 | Business Plan, Budgets Forecasts | Analyze AEJ budget, including for actuals from May and June | 0.7 | $196.00 |
| | | **Business Plan, Budgets Forecasts** | | **7.3** | **$2,614.00** |
| Nicholas Lee | 7/1/2023 | Investigation | Analyze productions of bank statements. | 2.2 | $616.00 |
| Nicholas Lee | 7/2/2023 | Investigation | Review PQPR production | 0.3 | $84.00 |
| Nicholas Lee | 7/3/2023 | Investigation | Analyze productions of bank statements. | 6.7 | $1,876.00 |
| Nicholas Lee | 7/4/2023 | Investigation | Analyze productions of bank statements. | 1.3 | $364.00 |
| Marc Kirschner | 7/5/2023 | Investigation | Email to S. Brauner, K. Porter and D. Hill re: discovery work streams, reviewing Bank accounts for Erika, David and Alex (0.5); Call with N. Lee, A. Scotti re: discovery issues (0.3) | 0.8 | $520.00 |
| Nicholas Lee | 7/5/2023 | Investigation | Analyze productions of bank statements (8.2); Review transfers related to Erika Wulff (0.4) | 8.6 | $2,408.00 |
| Nicholas Lee | 7/6/2023 | Investigation | Analyze productions of bank statements (5.6); Review documents produced re: David Jones (1.0) | 6.6 | $1,848.00 |
| Nicholas Lee | 7/7/2023 | Investigation | Analyze productions of bank statements (4.0); Continue to analyze productions of bank statements (4.2); Review documents produced re: David Jones (0.5) | 8.7 | $2,436.00 |
| Gary Polkowitz | 7/9/2023 | Investigation | Read and reviewed correspondence related to document production | 0.3 | $204.90 |
| Gary Polkowitz | 7/10/2023 | Investigation | Read and reviewed correspondence related to document production (0.4); Read and reviewed correspondence related to deposition preparation (0.4); Review of bank statement information from document production (1.0) | 1.8 | $1,229.40 |
| Nicholas Lee | 7/10/2023 | Investigation | Analyze productions of bank statements. | 5.2 | $1,456.00 |
| Gary Polkowitz | 7/11/2023 | Investigation | Participate on E. Jones deposition preparation call with N. Lee, S. Yune and the Akin and Nardello team (0.5); Review of documents and information for E. Jones deposition (0.7); Review of crypto letter and related correspondence (0.2); Read and reviewed correspondence related to document production (0.4); Review of bank information anlaysis (0.4) | 2.2 | $1,502.60 |
| Nicholas Lee | 7/11/2023 | Investigation | Analyze productions of bank statements (3.7); Call with S. Yune re: bank statement analysis coordination (0.2) | 3.9 | $1,092.00 |
| Sidney Yune | 7/11/2023 | Investigation | Review and Analysis of Erika Jones Bank Statement Production at the Direction of G. Polkowitz | 2.8 | $784.00 |
| Gary Polkowitz | 7/12/2023 | Investigation | Call with N. Lee and S. Yuen and K. Hanlon of Nardello on coordination on document production review (0.5); read and review correspondence on document production (0.3); review of bank information from document production (0.9) | 1.7 | $1,161.10 |
| Nicholas Lee | 7/12/2023 | Investigation | Analyze productions of bank statements. | 4.2 | $1,176.00 |
| Sidney Yune | 7/12/2023 | Investigation | Bank Statement Analysis at the Direction of G. Polkowitz | 6.8 | $1,904.00 |
| Gary Polkowitz | 7/13/2023 | Investigation | Call to coordinate document review with L. Hanlon, N. Lee and S. Yune (0.5); Review correspondence related to trusts (0.4); Review correspondence related to tax returns (0.2); Review of Alex Jones tax returns (0.8) | 1.9 | $1,297.70 |
| Nicholas Lee | 7/13/2023 | Investigation | Analyze productions of bank statements (3.8); Review documents produced re: Erika Wulff (0.5); Review email interactions re: AEJ administrative expenses (0.3); Review documents produced re: PQPR (0.4). | 5.0 | $1,400.00 |
| Sidney Yune | 7/13/2023 | Investigation | Bank Statement Analysis at the Direction of G. Polkowitz | 2.4 | $672.00 |
| Gary Polkowitz | 7/14/2023 | Investigation | Review of bank information analysis (0.8); Read and reviewed correspondence related to document production (0.2) | 1.0 | $683.00 |
| Nicholas Lee | 7/14/2023 | Investigation | Analyze productions of bank statements (2.0); Review documents produced re: David Jones (1.0); Review FSS complaint vs. AEJ related entities (0.3); Review Declaration of David Dang (0.2) | 3.5 | $980.00 |
| Sidney Yune | 7/14/2023 | Investigation | Bank Statement Analysis at the Direction of G. Polkowitz | 3.6 | $1,008.00 |
| Nicholas Lee | 7/15/2023 | Investigation | Review documents produced re: Erika Wulff. | 0.4 | $112.00 |
| Gary Polkowitz | 7/17/2023 | Investigation | Read and reviewed correspondence related to document production | 0.3 | $204.90 |
| Nicholas Lee | 7/17/2023 | Investigation | Analyze productions of bank statements. | 6.3 | $1,764.00 |
| Sidney Yune | 7/17/2023 | Investigation | Review of David Jones Production for Bank Statements at the Direction of G. Polkowitz | 3.3 | $924.00 |
| Alyssa Scotti | 7/18/2023 | Investigation | review bank statements produced by debtor | 1.3 | $660.40 |
| Gary Polkowitz | 7/18/2023 | Investigation | Review of bank information from document production (0.7); Read and reviewed correspondence on document production (0.4); Read and reviewed correspondence on depositions (0.2) | 1.3 | $887.90 |
| Nicholas Lee | 7/18/2023 | Investigation | Analyze productions of bank statements (4.9); Review documents produced re: David Jones (2.3) | 7.2 | $2,016.00 |
| Nicholas Lee | 7/19/2023 | Investigation | Analyze productions of bank statements (2.1); Review documents produced re: David Jones (1.3) | 3.4 | $952.00 |
| Nicholas Lee | 7/20/2023 | Investigation | Analyze productions of bank statements. | 5.4 | $1,512.00 |
| Nicholas Lee | 7/21/2023 | Investigation | Analyze productions of bank statements (3.5); Continue to analyze productions of bank statements (4.0) | 7.5 | $2,100.00 |
| Alyssa Scotti | 7/21/2023 | Investigation | Review bank statements produced by debtor (1.3) | 1.3 | $660.40 |
| Gary Polkowitz | 7/24/2023 | Investigation | Read and reviewed correspondence related to document production (0.3); Review of bank information from document production (0.4) | 0.7 | $478.10 |

**Teneo Capital LLC**
Time Period: July 1, 2023 to July 31, 2023

Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Amount |
|---|---|---|---|---|---|
| Nicholas Lee | 7/24/2023 | Investigation | Analyze productions of bank statements. | 2.1 | $588.00 |
| Gary Polkowitz | 7/25/2023 | Investigation | Read and reviewed correspondence and documents related to deposition prep (0.7); Read and reviewed correspondence and related to document production (0.4) | 1.1 | $751.30 |
| Nicholas Lee | 7/25/2023 | Investigation | Analyze productions of bank statements. | 3.0 | $840.00 |
| Alyssa Scotti | 7/25/2023 | Investigation | prepare deposition questionnaire (1.4); | 1.4 | $711.20 |
| Gary Polkowitz | 7/26/2023 | Investigation | Continue read correspondence and documents for deposition prep (0.8); Continue to review of bank information from document production (0.9) | 1.7 | $1,161.10 |
| Nicholas Lee | 7/26/2023 | Investigation | Analyze productions of bank statements. | 1.1 | $308.00 |
| Gary Polkowitz | 7/27/2023 | Investigation | Read and reviewed correspondence related to document production | 0.7 | $478.10 |
| Nicholas Lee | 7/27/2023 | Investigation | Analyze productions of bank statements. | 1.7 | $476.00 |
| Alyssa Scotti | 7/28/2023 | Investigation | Prepare summary of ESG payments (0.9); Review and analyze tax return documents for distributions (1.4) | 2.3 | $1,168.40 |
| Nicholas Lee | 7/28/2023 | Investigation | Analyze productions of bank statements (1.0); Review ESG deposition summary (0.5); Review Austin Rivera deposition summary (0.5) | 2.0 | $560.00 |
| Alyssa Scotti | 7/31/2023 | Investigation | Analyze bank statement detail provided by Debtor (1.4); Prepare analysis re: ESG payments (1.1); Update deposition outline (0.5) | 3.0 | $1,524.00 |
| Gary Polkowitz | 7/31/2023 | Investigation | Read and reviewed correspondence related to document production (0.5); Read and reviewed correspondence related to upcoming depositions (0.4) | 0.9 | $614.70 |
| Nicholas Lee | 7/31/2023 | Investigation | Analyze productions of bank statements (3.7); Analyze payments related to Owen Shroyer (0.4) | 4.1 | $1,148.00 |
| | | **Investigation** | | **145.0** | **$49,303.20** |
| Gary Polkowitz | 7/5/2023 | Mediation | Review of draft side comparison of proposal and counter proposal | 1.5 | $1,024.50 |
| Gary Polkowitz | 7/6/2023 | Mediation | Review of correspondence related to Jones trusts (0.5): Continue to review side by side comparison of proposal and counter proposal (1.0) | 1.5 | $1,024.50 |
| Gary Polkowitz | 7/9/2023 | Mediation | Read and reviewed correspondence related to the side by side proposal and counter proposal | 0.4 | $273.20 |
| Nicholas Lee | 7/19/2023 | Mediation | Analyze AEJ historical and projected income (1.7); Review UCC response to proposed plan (0.5). | 2.2 | $616.00 |
| | | **Mediation** | | **5.6** | **$2,938.20** |
| Nicholas Lee | 7/5/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo team, Nardello team and Akin team re: work streams progress (1.3); Call with Teneo team, Nardello team and Akin team re: work streams progress (0.3) | 1.6 | $448.00 |
| Alyssa Scotti | 7/6/2023 | Meetings and Communications with UCC and Counsel | Teleconference with Akin, UCC Counsel, Nardello and Teneo re: update and strategy (1.2): | 1.2 | $609.60 |
| Marc Kirschner | 7/6/2023 | Meetings and Communications with UCC and Counsel | Call with UCC counsel, Akin, Nardello,, A. Scotti re: Depositions, discussion (1.2) | 1.2 | $780.00 |
| Nicholas Lee | 7/11/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo team, Nardello team, and Akin team re: deposition preparations (0.3); | 0.3 | $84.00 |
| Marc Kirschner | 7/12/2023 | Meetings and Communications with UCC and Counsel | Conference call with Akin and Nardello re: Report on Akin meetings with Judge Isgar, discussions of strategy | 0.5 | $325.00 |
| Alyssa Scotti | 7/17/2023 | Meetings and Communications with UCC and Counsel | Teleconference with Akin (K Porter, D Hill and D Chasin) and Nardello re: declaration review (0.5); Send communication to Akin re: summary meeting notes and follow up requests to FSS (0.8); Teleconference with Akin, UCC Counsel, Nardello and Teneo re: strategy (1.0) | 2.3 | $1,168.40 |
| Alyssa Scotti | 7/20/2023 | Meetings and Communications with UCC and Counsel | Teleconference with Akin (K Porter, D Hill and D Chasin) and Nardello re: declaration review (0.5); Draft and send communication to Akin re: summary meeting notes and follow up requests to FSS (0.8); Teleconference with Akin, UCC Counsel, Nardello and Teneo re: strategy (1.0) | 2.3 | $1,168.40 |
| Gary Polkowitz | 7/20/2023 | Meetings and Communications with UCC and Counsel | Participate on the weekly UCC call with Teneo, the Akin and Nardello teams and counsel to the UCC members | 1.0 | $683.00 |
| Alyssa Scotti | 7/21/2023 | Meetings and Communications with UCC and Counsel | Send communication to Akin re: summary meeting notes and follow up requests to FSS (0.8); Teleconference with Akin, UCC Counsel, Nardello and Teneo re: strategy (1.0); Teleconference with Akin (K Porter, D Hill and D Chasin) and Nardello re: declaration review (0.5); Draft and send communication to Akin re: summary meeting notes and follow up requests to FSS (0.8) | 3.1 | $1,574.80 |
| Alyssa Scotti | 7/24/2023 | Meetings and Communications with UCC and Counsel | Teleconference with Akin (D Hill, A Cooksey, D Chasin), Nardello (L. Hanlon) and Teneo re: status and update (0.5); Teleconference with Akin, UCC Counsel, Nardello and Teneo (1.0) | 1.5 | $762.00 |
| Gary Polkowitz | 7/26/2023 | Meetings and Communications with UCC and Counsel | Participated on the weekly advisor call with Teneo and the Akin Gump and Nardello teams | 0.5 | $341.50 |
| Nicholas Lee | 7/26/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo, Nardello, Akin teams and counsel to the committee members re: updates and next steps. | 0.3 | $84.00 |
| Alyssa Scotti | 7/27/2023 | Meetings and Communications with UCC and Counsel | Teleconference with Akin (D Hill, A Cooksey, D Chasin) and Teneo re: status and update (0.5) | 0.5 | $254.00 |
| Marc Kirschner | 7/27/2023 | Meetings and Communications with UCC and Counsel | Attend UCC call with Teneo, the Akin Gump and Nardello teams and counsel to the UCC members | 0.5 | $325.00 |
| Marc Kirschner | 7/31/2023 | Meetings and Communications with UCC and Counsel | Review Sara Brauner email re: discussions with Jones counsel about Plan issues and Administration Claims Order (0.1); | 0.1 | $65.00 |

**Teneo Capital LLC**
Time Period: July 1, 2023 to July 31, 2023

Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Amount |
|---|---|---|---|---|---|
| | | Meetings and Communications with UCC and Counsel | | 16.9 | $8,672.70 |
| Marc Kirschner | 7/23/2023 | Plan and Disclosure Statement | Review draft UCC Plan dated July 19, 2023 | 0.7 | $455.00 |
| Marc Kirschner | 7/31/2023 | Plan and Disclosure Statement | Complete review of Draft Committee Plan (0.2) | 0.2 | $130.00 |
| | | **Plan and Disclosure Statement** | | **0.9** | **$585.00** |
| Alyssa Scotti | 7/7/2023 | Retention and Fee Applications | Review and update time entries for April fee statement | 2.7 | $1,371.60 |
| Gary Polkowitz | 7/14/2023 | Retention and Fee Applications | Review and comment on draft April monthly fee statement and time narratives | 1.2 | $819.60 |
| Alyssa Scotti | 7/27/2023 | Retention and Fee Applications | Call with G Polkowitz and J. Bruno re: May and June monthly fee statement | 0.8 | $406.40 |
| Gary Polkowitz | 7/27/2023 | Retention and Fee Applications | Call with J. Bruno and A. Scotti coordinate the preparation of the May and June 2023 monthly fee statements and the first interim fee application | 0.8 | $546.40 |
| Gary Polkowitz | 7/28/2023 | Retention and Fee Applications | Review of May 2023 time narratives for the May 2023 monthly fee statement | 0.7 | $478.10 |
| Gary Polkowitz | 7/31/2023 | Retention and Fee Applications | Review of May 2023 time narratives for May 2023 monthly fee statement | 0.8 | $546.40 |
| | | **Retention and Fee Applications** | | **7.0** | **$4,168.50** |
| Gary Polkowitz | 7/5/2023 | Strategy and Financial Advisory Services to UCC | Call with Teneo team (M. Kirschner, N. Lee and S. Yune) on various case matters, coordination of work and case strategy | 0.5 | $341.50 |
| Marc Kirschner | 7/5/2023 | Strategy and Financial Advisory Services to UCC | Strategy call with G. Polkowitz; Internal Teneo call with G. Polkowitz | 0.5 | $325.00 |
| Alyssa Scotti | 7/6/2023 | Strategy and Financial Advisory Services to UCC | Analyze and prepare summary of transfers (3.6); Prepare analysis re: tax rate comparison (1.4) | 5.0 | $2,540.00 |
| Nicholas Lee | 7/7/2023 | Strategy and Financial Advisory Services to UCC | Review summary on trusts related to AEJ | 0.3 | $84.00 |
| Gary Polkowitz | 7/10/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee on case strategy and deliverables (0.5); read and reviewed various case correspondence on case natters (0.3) | 0.8 | $546.40 |
| Nicholas Lee | 7/10/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz re: work streams and next steps | 0.4 | $112.00 |
| Gary Polkowitz | 7/11/2023 | Strategy and Financial Advisory Services to UCC | Review of Sub Chapter V report | 0.6 | $409.80 |
| Marc Kirschner | 7/11/2023 | Strategy and Financial Advisory Services to UCC | Internal Teneo Strategy call with N. Lee, G. Polkowitz, S. Yune | 0.5 | $325.00 |
| Nicholas Lee | 7/11/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz re: work streams and next steps | 0.5 | $140.00 |
| Gary Polkowitz | 7/12/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee, S. Yune and Akin Gump and Nardello teams on case update and case strategy (0.5); Review of Alex Jones monthly operating reports (0.8) | 1.3 | $887.90 |
| Nicholas Lee | 7/12/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, S. Yune, Nardello team re: work streams and updates (0.5); Check updates on AEJ and FSS as it relates to AEJ (0.2) | 0.7 | $196.00 |
| Nicholas Lee | 7/13/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, S. Yune re: work streams and updates (0.3); Call with G. Polkowitz, S. Yune, Nardello team re: work streams and updates (0.5) | 0.8 | $224.00 |
| Sidney Yune | 7/13/2023 | Strategy and Financial Advisory Services to UCC | Alex Jones - Coordination Call w/ G. Polkowitz, N. Lee, Nardello | 0.5 | $140.00 |
| Gary Polkowitz | 7/13/2023 | Strategy and Financial Advisory Services to UCC | Call to Discuss Bank Statement Analysis w/ N. Lee, C. Chiulli | 0.5 | $341.50 |
| Gary Polkowitz | 7/14/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed FSS complaint against PQPR to understand the impact on Alex Jones (0.8); Review of PQPR financial data as it relates to Alex Jones (0.5) | 1.3 | $887.90 |
| Nicholas Lee | 7/14/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz re: work streams and next steps (0.1); Check updates on AEJ and FSS as it relates to AEJ (0.3) | 0.4 | $112.00 |
| Gary Polkowitz | 7/17/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti on case update and discuss strategy | 0.3 | $204.90 |
| Nicholas Lee | 7/17/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ. | 0.3 | $84.00 |
| Alyssa Scotti | 7/18/2023 | Strategy and Financial Advisory Services to UCC | Review and update presentation re: tax returns | 0.5 | $254.00 |
| Gary Polkowitz | 7/18/2023 | Strategy and Financial Advisory Services to UCC | Participate on weekly call with M. Kirchner, A. Scotti, S. Yune and N. Lee to discuss case update and strategy | 0.5 | $341.50 |
| Marc Kirschner | 7/18/2023 | Strategy and Financial Advisory Services to UCC | Internal Strategy meeting with G. Polkowitz, A. Scotti, N. Lee, S. Yune | 0.5 | $325.00 |
| Nicholas Lee | 7/19/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ. | 0.1 | $28.00 |
| Alyssa Scotti | 7/20/2023 | Strategy and Financial Advisory Services to UCC | Review and update presentation re: tax returns (0.5); Teleconference with M Kirschner, G Polkowitz, S Yune and N Lee re: strategy (0.5); Review bank statements produced by debtor (1.3) | 2.3 | $1,168.40 |
| Alyssa Scotti | 7/21/2023 | Strategy and Financial Advisory Services to UCC | Review and update presentation re: tax returns (0.5); Teleconference with M Kirschner, G Polkowitz, S Yune and N Lee | 1.0 | $508.00 |
| Nicholas Lee | 7/21/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ. | 0.3 | $84.00 |
| Alyssa Scotti | 7/24/2023 | Strategy and Financial Advisory Services to UCC | Review third party contracts analysis | 0.8 | $406.40 |
| Gary Polkowitz | 7/24/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner on case update and strategy | 0.2 | $136.60 |

**Teneo Capital LLC**
**Time Period: July 1, 2023 to July 31, 2023**                                                                                                                                                     Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Amount |
|---|---|---|---|---|---|
| Alyssa Scotti | 7/25/2023 | Strategy and Financial Advisory Services to UCC | Review third party contracts analysis | 0.8 | $406.40 |
| Gary Polkowitz | 7/25/2023 | Strategy and Financial Advisory Services to UCC | Participated on a weekly Teneo Call with M. Kirschner, A. Scotti, N. Lee and S. Yune on case update and strategy | 0.3 | $204.90 |
| Marc Kirschner | 7/25/2023 | Strategy and Financial Advisory Services to UCC | Internal call re: Strategy with G. Polkowitz, A. SCotti, N. Lee, S. Yune | 0.3 | $195.00 |
| Alyssa Scotti | 7/26/2023 | Strategy and Financial Advisory Services to UCC | Review Debtor MOR filed on the docket (0.7); Review third party contracts analysis (0.8) | 1.5 | $762.00 |
| Gary Polkowitz | 7/26/2023 | Strategy and Financial Advisory Services to UCC | Review of June 2023 MOR (1.0); Call with A, Scotti on MOR review in advance of the UCC meeting (0.3) | 1.3 | $887.90 |
| Nicholas Lee | 7/26/2023 | Strategy and Financial Advisory Services to UCC | Call with A. Scotti, C. Chiulli re: work streams and updates | 0.3 | $84.00 |
| Alyssa Scotti | 7/27/2023 | Strategy and Financial Advisory Services to UCC | Prepare deposition questionnaire (1.4) | 1.4 | $711.20 |
| Gary Polkowitz | 7/27/2023 | Strategy and Financial Advisory Services to UCC | Review of MOR analysis, including income statements and balance sheets | 1.2 | $819.60 |
| Alyssa Scotti | 7/31/2023 | Strategy and Financial Advisory Services to UCC | Review tax return detail (1.1); Prepare written communication to debtor's FA (0.2); Review draft response to FSS counsel (0.6) | 1.9 | $965.20 |
| | | **Strategy and Financial Advisory Services to UCC** | | **30.4** | **$16,190.00** |
| | | | **Total** | **213.6** | **$84,611.60** |

**Exhibit D**
**Summary of Expenses Incurred by Category as Financial Advisor**
**For the Period July 1, 2023 through July 31, 2023**

**No Expenses Incurred.**

**Exhibit E**
**Detailed Expenses Incurred by Category and Professional as Financial Advisor**
**For the Period July 1, 2023 through July 31, 2023**

**No Expenses Incurred.**