**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| Debtor. | ) |

**NOTICE OF TENEO CAPITAL LLC'S EIGHTH MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

| **Name of Applicant:** | Teneo Capital LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Financial Advisor to the Debtors | |
| **Date Order of Employment Signed:** | March 21, 2023 (effective as of January 19, 2023) | |
| | **Beginning of Period:** | **End of Period** |
| **Time period covered by this Statement:** | 8/1/2023 | 8/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total fees requested in this Statement:** | | $54,224.40 |
| **Total expenses requested in this Statement:** | | $0.00 |
| **Total fees and expenses requested in this Statement (exclusive of 20% Holdback):** | | $43,379.52 |
| **Total fees and expenses referenced in this Statement (inclusive of 20% Holdback):** | | $54,224.40 |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. 106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* (the "Fee Procedures Order") [Docket No. 106], Teneo Capital LLC ("Teneo"), as financial advisor to the Committee of Unsecured Creditors, hereby files its *Eighth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Financial Advisor to the Committee for the Period from August 1, 2023 through August 31, 2023* ("Monthly Fee Statement").

1. By this Monthly Fee Statement, and pursuant to the Fee Procedures Order, Teneo seeks interim payment of $43,379.52 (80% of $54,224.40) as compensation for professional services rendered to the Committee during the period of August 1, 2023 through August 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $.0.00, for a total amount of $54,224.40.

2. In support of the Monthly Fee Statement, Teneo submits, a *Summary of Professional Fees by Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit A**, *a Summary of Professional Fees by Task Category as Financial Advisor for the Period*, attached hereto as **Exhibit B**, a *Detailed Time Entry by Task Category as Financial Advisor for*

the Fee Period, attached hereto as **Exhibit C**, a *Summary of Expenses Incurred by Category as Financial Advisor for the Fee Period*, attached hereto as **Exhibit D**, and a *Detailed Expenses Incurred by Category and Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit E**.

3. Pursuant to the Fee Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses shall, within fourteen (14) days of service of the Monthly Fee Statement, serve via email to Teneo, and the following Notice Parties (as defined in the Fee Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "Notice of Objection") fourteen (14) days after service of this Monthly Fee Statement:

(a) co-counsel to Debtor, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com);

(b) co-counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com);

(c) U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St,Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov;

(d) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com,mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com);;

(e) counsel to the Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com); and

(f) counsel to the Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com).

4. If a Notice of Objection is timely served pursuant to the Fee Procedures Order, the objecting party and Teneo shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtor shall promptly pay Teneo an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5. Teneo has made every effort to coordinate with Nardello & Co. and to minimize any duplication of effort. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: November 20, 2023

/s/ Gary Polkowitz
**Teneo Capital LLC**

*Financial Advisor to the Official Committee of Unsecured Creditors*
Gary Polkowitz
Senior Managing Director
280 Park Avenue, 4th Floor
New York, NY 10117
Telephone: (212) 593-2255
Email: gary.polkowitz@teneo.com

**Exhibit A**
**Summary of Professional Fees by Professional as Financial Advisor**
**For the Period August 1, 2023 through August 31, 2023**

| Professional | Title | Bill Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gary Polkowitz | Sr. Managing Director | $683 | 37.8 | $25,817.40 |
| Marc Kirschner | Senior Advisor | $650 | 2.1 | $1,365.00 |
| Alyssa Scotti | Vice President | $508 | 33.5 | $17,018.00 |
| Nicholas Lee | Analyst | $280 | 31.8 | $8,904.00 |
| Sidney Yune | Analyst | $280 | 4.0 | $1,120.00 |
| **Subtotal Hours and Fees** | | | **109.2** | **$54,224.40** |
| Less: Voluntary Reduction (General) | | | - | - |
| Less: Voluntary Reduction (Travel Time) | | | - | - |
| **Total Hours and Fees** | | | **109.2** | **$54,224.40** |

**Exhibit B**
**Summary of Professional Fees by Task Category Descriptions as Financial Advisor**
**For the Period August 1, 2023 through August 31, 2023**

| Project Categories ` | Total Hours | Total Fees |
|---|---:|---:|
| Attendance of Court Hearings | 1.4 | $620.00 |
| Business Plan, Budgets Forecast | 6.7 | $4,455.20 |
| Investigation | 64.0 | $31,053.10 |
| Meetings and Communications with UCC and Counsel | 10.8 | $6,205.10 |
| Retention and Fee Applications | 0.7 | $478.10 |
| Strategy and Financial Advisory Services to UCC | 25.6 | $11,412.90 |
| **TOTAL** | **109.2** | **$54,224.40** |

**EXHIBIT C**

**Detailed Time Entry by Task Category as Financial Advisor
For the Period August 1, 2023 through August 31, 2023**

**See Attached**

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Alyssa Scotti | 8/15/2023 | Attendance of Court Hearings | Listen in to hearing on SHF Dischargeability Summary Judgement Motion | 1.0 | 508 | $508.00 |
| Nicholas Lee | 8/29/2023 | Attendance of Court Hearings | Listen into AEJ and FSS court hearing as it relates to AEJ. | 0.4 | 280 | $112.00 |
| | | **Attendance of Court Hearings** | | **1.4** | | **$620.00** |
| Gary Polkowitz | 8/1/2023 | Business Plan, Budgets Forecasts | Review of correspondence related to the Alex Joens monthly budget | 0.3 | 683 | $204.90 |
| Gary Polkowitz | 8/4/2023 | Business Plan, Budgets Forecasts | Review of correspondence related to the Alex Joens monthly budget | 0.2 | 683 | $136.60 |
| Gary Polkowitz | 8/8/2023 | Business Plan, Budgets Forecasts | Read and review BlackBriar's response to the Teneo questions related to the monthly budget (0.6); Discussions with A. Scotti on the responses from BlackBriar on the monthly budget (0.4) | 1.0 | 683 | $683.00 |
| Gary Polkowitz | 8/9/2023 | Business Plan, Budgets Forecasts | Discussions with A. Scotti on draft responses to BlackBriar on their responses to questions raised by Teneo (0.6); Review of June 2023 MOR actuals to monthly budgets (0.5); Additional discussions with A. Scotti on the responses from BlackBriar on the monthly budget (0.3); Review and comment on draft responses BlackBriar to actuals vs budgets related to the June 2023 MORs (0.4); Review of the analysis comparing actuals to budget related to the June 2023 MOR (0.7) | 2.5 | 683 | $1,707.50 |
| Gary Polkowitz | 8/10/2023 | Business Plan, Budgets Forecasts | Review and comment on draft responses BlackBriar to actuals vs budgets related to the June 2023 MORs | 0.3 | 683 | $204.90 |
| Nicholas Lee | 8/10/2023 | Business Plan, Budgets Forecasts | Review Blackbriar response to budget. | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 8/17/2023 | Business Plan, Budgets Forecasts | Review of the Teneo analysis on the Alex Jones July and June 2023 MOR and the monthly budget | 0.8 | 683 | $546.40 |
| Gary Polkowitz | 8/30/2023 | Business Plan, Budgets Forecasts | Read and reviewed correspondence related to BlackBriar response on monthly budget (0.3); Review of monthly actuals and budget in conjunction with BlackBriar response on monthly budget (0.6); Read and reviewed BlackBriar response monthly budget (0.4) | 1.3 | 683 | $887.90 |
| | | **Business Plan, Budgets Forecasts** | | **6.7** | | **$4,455.20** |
| Gary Polkowitz | 8/1/2023 | Investigation | Review of correspondence related to document production (0.2); Review of document production | 0.9 | 683 | $614.70 |
| Nicholas Lee | 8/1/2023 | Investigation | Analyze productions of bank statements (1.6); Review JP Morgan documents received (0.4) | 2.0 | 280 | $560.00 |
| Gary Polkowitz | 8/2/2023 | Investigation | Read and reviewed correspondence related to document production (0.2); Read and reviewed correspondence related to upcoming deposition and prep for depositions (0.4); Review of bank information analysis (0.4) | 1.0 | 683 | $683.00 |
| Nicholas Lee | 8/2/2023 | Investigation | Analyze productions of bank statements. | 2.2 | 280 | $616.00 |
| Alyssa Scotti | 8/3/2023 | Investigation | Review bank statement detail and prepare analysis re: same | 2.4 | 508 | $1,219.20 |
| Nicholas Lee | 8/3/2023 | Investigation | Analyze productions of bank statements (3.6); Review JP Morgan documents received (0.5) | 4.1 | 280 | $1,148.00 |
| Gary Polkowitz | 8/4/2023 | Investigation | Review of crypto report (0.4); Read and reviewed correspondence related to document production (0.4); Read and reviewed correspondence related to depositions (0.3) | 1.1 | 683 | $751.30 |
| Nicholas Lee | 8/4/2023 | Investigation | Analyze productions of bank statements (2.3); Review PQPR sales reconciliation summary (0.3) | 2.6 | 280 | $728.00 |
| Gary Polkowitz | 8/7/2023 | Investigation | Read and reviewed summaries related to the documents produced by parties (0.4); Read and reviewed correspondence related to document production (0.3) | 0.7 | 683 | $478.10 |
| Alyssa Scotti | 8/7/2023 | Investigation | Draft communications to Debtor's FA re: investigation and data requests | 0.3 | 508 | $152.40 |
| Gary Polkowitz | 8/8/2023 | Investigation | Discussions with A. Scotti on the R. Battaglia correspondence on the FSS document production (0.3); Read and reviewed R. Battaglia correspondence on the FSS document production (0.3); Read and reviewed summaries related to the documents produced by parties (0.3); Read and reviewed correspondence related to the depositions (0.2) | 1.1 | 683 | $751.30 |
| Alyssa Scotti | 8/8/2023 | Investigation | Review responses and documentation received from Debtor's FA re: document requests | 1.3 | 508 | $660.40 |
| Nicholas Lee | 8/8/2023 | Investigation | Review email interactions re: FSS document production as it relates to AEJ. | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 8/9/2023 | Investigation | Continue to read and reviewed R. Battaglia correspondence on the FSS document production | 0.4 | 683 | $273.20 |

**Teneo Capital LLC**
**Time Period: August 1, 2023 to August 31, 2023**                                                                                                          Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 8/9/2023 | Investigation | Read and reviewed correspondence related to document production (0.4) Discussions with A. Scotti on the R. Battaglia correspondence on the FSS document production (0.2) | 0.6 | 683 | $409.80 |
| Alyssa Scotti | 8/9/2023 | Investigation | Review bank statement detail | 2.3 | 508 | $1,168.40 |
| Gary Polkowitz | 8/10/2023 | Investigation | Review of bank transactions from document production by parties(1.0); Read and reviewed summaries related to the documents produced by parties (0.6); Read and reviewed correspondence related to the depositions (0.2) | 1.8 | 683 | $1,229.40 |
| Alyssa Scotti | 8/10/2023 | Investigation | Prepare summary analysis re: bank statement detail | 1.4 | 508 | $711.20 |
| Nicholas Lee | 8/14/2023 | Investigation | Analyze productions of bank statements (0.3); Call with A. Scotti re: deposition preparation (0.2) | 0.5 | 280 | $140.00 |
| Gary Polkowitz | 8/15/2023 | Investigation | Review of write ups related to the trust information (0.7); Review correspondence and summary of document production to date (0.6) | 1.3 | 683 | $887.90 |
| Alyssa Scotti | 8/15/2023 | Investigation | Prepare analysis re: bank statement and transfer detail | 1.3 | 508 | $660.40 |
| Nicholas Lee | 8/15/2023 | Investigation | Review Nardello summary of deposition preparation. | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 8/16/2023 | Investigation | Read and reviewed correspondence and documents related to the deposition prep | 0.3 | 683 | $204.90 |
| Nicholas Lee | 8/16/2023 | Investigation | Review David Jones deposition outline. | 0.4 | 280 | $112.00 |
| Alyssa Scotti | 8/17/2023 | Investigation | Prepare analysis re: cash transactions | 1.4 | 508 | $711.20 |
| Gary Polkowitz | 8/17/2023 | Investigation | Read and reviewed correspondence related to document production (0.5); Read and reviewed correspondence and documents related to the deposition prep ((0.4) | 0.9 | 683 | $614.70 |
| Nicholas Lee | 8/17/2023 | Investigation | Review documents and interactions re: David Jones deposition. | 0.9 | 280 | $252.00 |
| Gary Polkowitz | 8/23/2023 | Investigation | Review of bank statement analysis | 0.8 | 683 | $546.40 |
| Alyssa Scotti | 8/23/2023 | Investigation | Prepare debtor cash analysis | 1.3 | 508 | $660.40 |
| Alyssa Scotti | 8/24/2023 | Investigation | Prepare deposition outline and analysis of transactions re: D Jones | 1.6 | 508 | $812.80 |
| Gary Polkowitz | 8/25/2023 | Investigation | Review of summary of payments to related parties | 0.8 | 683 | $546.40 |
| Alyssa Scotti | 8/25/2023 | Investigation | Prepare deposition outline and analysis of transactions re: D Jones | 1.3 | 508 | $660.40 |
| Nicholas Lee | 8/25/2023 | Investigation | Review corporate payments related to AEJ. | 0.7 | 280 | $196.00 |
| Alyssa Scotti | 8/26/2023 | Investigation | Prepare deposition outline and analysis of transactions re: D Jones | 0.9 | 508 | $457.20 |
| Nicholas Lee | 8/26/2023 | Investigation | Review outline for deposition preparations. | 0.5 | 280 | $140.00 |
| Nicholas Lee | 8/27/2023 | Investigation | Review outline for deposition preparations. | 0.2 | 280 | $56.00 |
| Gary Polkowitz | 8/28/2023 | Investigation | Reviewed of bank statement analysis (0.6); Read and reviewed correspondence related to upcoming depositions (0.3) | 0.9 | 683 | $614.70 |
| Alyssa Scotti | 8/28/2023 | Investigation | Prepare analysis of transactions to include in deposition outline re: Alex Jones (2.6); Prepare deposition outline re: Alex Jones (1.8); Prepare deposition outline re: BlackBriar (1.6) | 6.0 | 508 | $3,048.00 |
| Nicholas Lee | 8/28/2023 | Investigation | Review and preparation for AEJ deposition. | 0.5 | 280 | $140.00 |
| Nicholas Lee | 8/29/2023 | Investigation | Call with A. Scotti re: deposition preparation. | 0.1 | 280 | $28.00 |
| Gary Polkowitz | 8/29/2023 | Investigation | Review of transfer payments from bank statement analysis | 0.4 | 683 | $273.20 |
| Gary Polkowitz | 8/30/2023 | Investigation | Read and reviewed correspondence related to David Jones additional document production (0.2); Review of David Jones additional document production (1.2); Review of correspondence and financial information on David Jones (0.5) | 1.9 | 683 | $1,297.70 |
| Alyssa Scotti | 8/30/2023 | Investigation | Review responses and supporting documentation received from Debtor's FA | 1.3 | 508 | $660.40 |
| Nicholas Lee | 8/30/2023 | Investigation | Review documents produced, including bank statements. | 3.3 | 280 | $924.00 |
| Gary Polkowitz | 8/31/2023 | Investigation | Listen in on David Jones deposition (1.5); Review of draft Alex Jones deposition outline (0.6); Draft correspondence related to Daavid Jones additional production (0.6); Read and reviewed correspondence on David Jones additional production (0.3) | 3.0 | 683 | $2,049.00 |
| Nicholas Lee | 8/31/2023 | Investigation | Review documents produced, including bank statements (0.5); Review and preparation for AEJ deposition (0.8); Call with G. Polkowitz, A. Scotti re: deposition preparation (0.3) | 1.6 | 280 | $448.00 |
| Marc Kirschner | 8/31/2023 | Investigation | Teleconference with G. Polkowitz re: Deposition Strategy | 0.1 | 650 | $65.00 |
| Alyssa Scotti | 8/31/2023 | Investigation | Review and analyze bank statement transactions (1.4); Update deposition outline re: D Jones (1.6) | 3.0 | 508 | $1,524.00 |
| | | **Investigation** | | **64.0** | | **$31,053.10** |
| Gary Polkowitz | 8/2/2023 | Meetings and Communications with UCC and Counsel | Call with D. Hill and N. Lombardi of Akin and Teneo on deposition preparation | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 8/2/2023 | Meetings and Communications with UCC and Counsel | Meet with Akin (D Hill) re: update and status | 0.5 | 508 | $254.00 |

Teneo Capital LLC

Time Period: August 1, 2023 to August 31, 2023

Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Alyssa Scotti | 8/4/2023 | Meetings and Communications with UCC and Counsel | Draft communications re: response to Debtor's counsel | 0.5 | 508 | $254.00 |
| Alyssa Scotti | 8/9/2023 | Meetings and Communications with UCC and Counsel | Meet with Akin (D Hill, D Mahout, A Cooksey, D Chasin) re: discovery | 0.5 | 508 | $254.00 |
| Gary Polkowitz | 8/10/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with Teneo, the Akin and Nardello teams and counsel to the UCC members | 0.7 | 683 | $478.10 |
| Alyssa Scotti | 8/10/2023 | Meetings and Communications with UCC and Counsel | Meet with Akin, Counsel for UCC, Nardello, Teneo re: status update | 0.7 | 508 | $355.60 |
| Alyssa Scotti | 8/14/2023 | Meetings and Communications with UCC and Counsel | Teleconference with Akin (D Hill, D Chasin and A Cooksey) and Teneo re: deposition prep | 0.5 | 508 | $254.00 |
| Nicholas Lee | 8/14/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo and Akin team re: deposition preparation. | 0.8 | 280 | $224.00 |
| Gary Polkowitz | 8/15/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo, Akin Gump and Nardello teams to discuss trust and assets | 1.0 | 683 | $683.00 |
| Alyssa Scotti | 8/15/2023 | Meetings and Communications with UCC and Counsel | Teleconference with Akin, Nardello and Teneo re: trusts and assets (1.0); Teleconference with Nardello (L Hanlon and C Martin) re: deposition and transaction review (0.5) | 1.5 | 508 | $762.00 |
| Gary Polkowitz | 8/17/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with Teneo, Akin Gump and Nardello teams and counsel to the UCC members | 0.8 | 683 | $546.40 |
| Marc Kirschner | 8/17/2023 | Meetings and Communications with UCC and Counsel | Attend UCC call with Teneo, Nardello, Akin Families to discuss strategy | 0.8 | 650 | $520.00 |
| Gary Polkowitz | 8/28/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo, the Akin and Nardello teams on preparation of asset summary | 1.0 | 683 | $683.00 |
| Gary Polkowitz | 8/29/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo and A. Moshenberg on upcoming David Jones deposition | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 8/29/2023 | Meetings and Communications with UCC and Counsel | Teleconference with A Moshenberg and Teneo re: strategy | 0.5 | 508 | $254.00 |
| | | **Meetings and Communications with UCC and Counsel** | | **10.8** | | **$6,205.10** |
| Gary Polkowitz | 8/1/2023 | Retention and Fee Applications | Review of June 2023 time narratives for the June 2023 monthly fee statement | 0.7 | 683 | $478.10 |
| | | **Retention and Fee Applications** | | **0.7** | | **$478.10** |
| Gary Polkowitz | 8/1/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner, A. Scotti, N. Lee and S. Yune to discuss case update and strategy (0.3); Review of various correspondence related to case status (0.4) | 0.7 | 683 | $478.10 |
| Marc Kirschner | 8/1/2023 | Strategy and Financial Advisory Services to UCC | Attend internal strategy meeting with G. Polkowitz, A. Scotti, N. Lee, S. Yune re: ESG and FSS issues | 0.5 | 650 | $325.00 |
| Nicholas Lee | 8/2/2023 | Strategy and Financial Advisory Services to UCC | Review asset tracker for known bank accounts | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 8/8/2023 | Strategy and Financial Advisory Services to UCC | Participate on weekly team call with M. Kirschner, A, Scotti and N. Lee to discuss case status and strategy (0.4); Review of June 2023 MOR (0.4) | 0.8 | 683 | $546.40 |
| Nicholas Lee | 8/9/2023 | Strategy and Financial Advisory Services to UCC | UCC financial advisor call with G. Polkowitz, A. Scotti, S.Yune, Nardello, Akin teams and counsel to the committee members. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 8/11/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ. | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 8/15/2023 | Strategy and Financial Advisory Services to UCC | Review of Alex Jones SOFA and SOAl and amended SOFA and SOAL (0.5); Read and reviewed debtor's response to UCC statement and reservation of rights on amended schedules (0.2) | 0.7 | 683 | $478.10 |
| Sidney Yune | 8/15/2023 | Strategy and Financial Advisory Services to UCC | Jones - Call to Discuss Trusts & Assets w/ G. Polkowitz, A. Scotti, N. Lee | 2.0 | 280 | $560.00 |
| Nicholas Lee | 8/15/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, A. Scotti, S. Yune and Akin team re: discussion of trusts and assets tied to AEJ. | 2.0 | 280 | $560.00 |
| Gary Polkowitz | 8/16/2023 | Strategy and Financial Advisory Services to UCC | Review of Alex Jones July 2023 MOR (0.5); Call with A. Scotti on Alex Jones July 2023 MOR (0.3) | 0.8 | 683 | $546.40 |
| Nicholas Lee | 8/16/2023 | Strategy and Financial Advisory Services to UCC | Listen into Patrick Riley interview re: AEJ. | 1.3 | 280 | $364.00 |
| Nicholas Lee | 8/16/2023 | Strategy and Financial Advisory Services to UCC | Review AEJ July 2023 MOR for expense trends. | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 8/17/2023 | Strategy and Financial Advisory Services to UCC | Continue to review the Alex Jones July 2023 MOR (0.6); Call wit A. Scotti, N. Lee and S. Yune on the UCC requests (0.3); Preparation for UCC call (0.3) | 1.2 | 683 | $819.60 |
| Alyssa Scotti | 8/17/2023 | Strategy and Financial Advisory Services to UCC | Internal meeting with G Polkowitz, N Lee and S Yune re: requests made by UCC Counsel | 0.5 | 508 | $254.00 |
| Nicholas Lee | 8/17/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, A. Scotti, S. Yune re: coordination on requests by UCC and Akin (0.4); Review AEJ July 2023 MOR for expense trends (1.4) | 1.8 | 280 | $504.00 |
| Gary Polkowitz | 8/18/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed latest draft of the admin stipulation (0.4); Read and reviewed correspondence related to admin stipulation (0.3); Read and review draft motion to approve sale of property (0.3) | 1.0 | 683 | $683.00 |
| Nicholas Lee | 8/18/2023 | Strategy and Financial Advisory Services to UCC | Review AEJ July 2023 MOR for expense trends (0.4); Call with G. Polkowitz re: AEJ July MOR review (0.2) | 0.6 | 280 | $168.00 |

**Teneo Capital LLC**
**Time Period: August 1, 2023 to August 31, 2023**                                                                                                           Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Marc Kirschner | 8/21/2023 | Strategy and Financial Advisory Services to UCC | Internal Teneo Strategy with G. Polkowitz, A. Scotti, N. Lee and S. Yune | 0.4 | 650 | $260.00 |
| Nicholas Lee | 8/21/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ (0.4); Review AEJ bank account trends (0.3) | 0.7 | 280 | $196.00 |
| Gary Polkowitz | 8/22/2023 | Strategy and Financial Advisory Services to UCC | Review of bank account analysis related to the filed MORs (0.4); Read and reviewed correspondence related to the sale of non-exempt assets of Alex Jones (0.3); Read and reviewed correspondence related to trust assets (0.2); Attend weekly call with Teneo team (M. Kirschner, A. Scotti, N. Lee and S. Yune) to discuss case update and strategy (0.5) | 1.4 | 683 | $956.20 |
| Alyssa Scotti | 8/22/2023 | Strategy and Financial Advisory Services to UCC | Meet with M Kirschner, G Polkowitz, N Lee and S Yune re: status | 0.5 | 508 | $254.00 |
| Nicholas Lee | 8/22/2023 | Strategy and Financial Advisory Services to UCC | Review of draft motion re: AEJ sale of property (0.4); Review AEJ bank account trends (0.2); Check updates on AEJ and FSS as it relates to AEJ (0.1) | 0.7 | 280 | $196.00 |
| Gary Polkowitz | 8/28/2023 | Strategy and Financial Advisory Services to UCC | Review of financial information that would be included in the asset summary | 0.7 | 683 | $478.10 |
| Nicholas Lee | 8/28/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz, A. Scotti, S. Yune, Nardello, and Akin teams re: workstreams, including AEJ assets (0.9); Review developments in AEJ July 2023 MOR related matters. (0.3) | 1.2 | 280 | $336.00 |
| Sidney Yune | 8/28/2023 | Strategy and Financial Advisory Services to UCC | Alex Jones - Coordination of Preparation of Asset Summary to the UCC w/ G. Polkowitz, M. Kirschner, A. Scotti, N. Lee | 0.9 | 280 | $252.00 |
| Gary Polkowitz | 8/29/2023 | Strategy and Financial Advisory Services to UCC | Participate on weekly call with M. Kirschner, A. Scotti and N. Lee on case update and strategy | 0.5 | 683 | $341.50 |
| Alyssa Scotti | 8/29/2023 | Strategy and Financial Advisory Services to UCC | Teleconference with G Polkowitz, S Yune and N Lee re: strategy | 0.5 | 508 | $254.00 |
| Nicholas Lee | 8/29/2023 | Strategy and Financial Advisory Services to UCC | Review documents supporting expenses related to AEJ. | 0.4 | 280 | $112.00 |
| Sidney Yune | 8/30/2023 | Strategy and Financial Advisory Services to UCC | Build out Asset Summary Presentation | 0.8 | 280 | $224.00 |
| Gary Polkowitz | 8/30/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner to discuss case strategy (0.3); Call with S. Yune to coordinate asset summary deck (0.2) | 0.5 | 683 | $341.50 |
| Marc Kirschner | 8/30/2023 | Strategy and Financial Advisory Services to UCC | Internal Strategy call with G. Polkowitz | 0.3 | 650 | $195.00 |
| Alyssa Scotti | 8/30/2023 | Strategy and Financial Advisory Services to UCC | Review and update Reservation of Rights motion and verify detail therein | 0.5 | 508 | $254.00 |
| Sidney Yune | 8/30/2023 | Strategy and Financial Advisory Services to UCC | Alex Jones - Coordination of PowerPoint Presentation w/ G. Polkowitz | 0.3 | 280 | $84.00 |
| Nicholas Lee | 8/30/2023 | Strategy and Financial Advisory Services to UCC | Review documents supporting expenses related to AEJ. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 8/31/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz re: work stream updates. | 0.1 | 280 | $28.00 |
| | | **Strategy and Financial Advisory Services to UCC** | | **25.6** | | **$11,412.90** |
| | | | **Total** | **109.2** | | **$54,224.40** |

**Exhibit D**
**Summary of Expenses Incurred by Category as Financial Advisor**
**For the Period August 1, 2023 through August 31, 2023**

**No Expenses Incurred.**

**Exhibit E**
**Detailed Expenses Incurred by Category and Professional as Financial Advisor**
**For the Period August 1, 2023 through August 31, 2023**

**No Expenses Incurred.**