**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ALEXANDER E. JONES, | ) ) ) | Case No. 22-33553 (CML) |
| Debtor. | ) ) | |

**NOTICE OF TENEO CAPITAL LLC'S NINTH MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

| **Name of Applicant:** | Teneo Capital LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Financial Advisor to the Debtors | |
| **Date Order of Employment Signed:** | March 21, 2023 (effective as of January 19, 2023) | |
| | **Beginning of Period:** | **End of Period** |
| **Time period covered by this Statement:** | 9/1/2023 | 9/30/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total fees requested in this Statement:** | | $57,537.20 |
| **Total expenses requested in this Statement:** | | $0.00 |
| **Total fees and expenses requested in this Statement (exclusive of 20% Holdback):** | | $46,029.76 |
| **Total fees and expenses referenced in this Statement (inclusive of 20% Holdback):** | | $57,537.20 |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. 106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* (the "Fee Procedures Order") [Docket No. 106], Teneo Capital LLC ("Teneo"), as financial advisor to the Committee of Unsecured Creditors, hereby files its *Nineth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Financial Advisor to the Committee for the Period from September 1, 2023 through September 30, 2023* ("Monthly Fee Statement").

1. By this Monthly Fee Statement, and pursuant to the Fee Procedures Order, Teneo seeks interim payment of $46,029.76 (80% of $57,537.20) as compensation for professional services rendered to the Committee during the period of September 1, 2023 through September 30, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $.0.00, for a total amount of $57,537.20.

2. In support of the Monthly Fee Statement, Teneo submits, a *Summary of Professional Fees by Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Professional Fees by Task Category as Financial Advisor for the Period*, attached hereto as **Exhibit B**, a *Detailed Time Entry by Task Category as Financial Advisor for*

*the Fee Period*, attached hereto as **Exhibit C**, a *Summary of Expenses Incurred by Category as Financial Advisor for the Fee Period*, attached hereto as **Exhibit D**, and a *Detailed Expenses Incurred by Category and Professional as Financial Advisor for the Fee Period*, attached hereto as **Exhibit E**.

3.  Pursuant to the Fee Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses shall, within fourteen (14) days of service of the Monthly Fee Statement, serve via email to Teneo, and the following Notice Parties (as defined in the Fee Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "Notice of Objection") fourteen (14) days after service of this Monthly Fee Statement:

(a) co-counsel to Debtor, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com);

(b) co-counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com);

(c) U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St,Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov;

(d) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com,mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com);;

(e) counsel to the Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com); and

(f) counsel to the Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com).

4. If a Notice of Objection is timely served pursuant to the Fee Procedures Order, the objecting party and Teneo shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtor shall promptly pay Teneo an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5. Teneo has made every effort to coordinate with Nardello & Co. and to minimize any duplication of effort. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: November 17, 2023

/s/ Gary Polkowitz
**Teneo Capital LLC**

*Financial Advisor to the Official Committee of Unsecured Creditors*
Gary Polkowitz
Senior Managing Director
280 Park Avenue, 4th Floor
New York, NY 10117
Telephone: (212) 593-2255
Email: gary.polkowitz@teneo.com

**Exhibit A**
**Summary of Professional Fees by Professional as Financial Advisor**
**For the Period September 1, 2023 through September 30, 2023**

| Professional | Title | Bill Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gary Polkowitz | Sr. Managing Director | $683 | 40.4 | $27,593.20 |
| Marc Kirschner | Senior Advisor | $650 | 4.8 | $3,120.00 |
| Nicholas Lee | Analyst | $280 | 60.9 | $17,052.00 |
| Sidney Yune | Analyst | $280 | 34.9 | $9,772.00 |
| **Subtotal Hours and Fees** | | | **141.0** | **$57,537.20** |
| Less: Voluntary Reduction (General) | | | - | - |
| Less: Voluntary Reduction (Travel Time) | | | - | - |
| **Total Hours and Fees** | | | **141.0** | **$57,537.20** |

**Exhibit B**
**Summary of Professional Fees by Task Category Descriptions as Financial Advisor**
**For the Period September 1, 2023 through September 30, 2023**

| Project Categories ` | Total Hours | Total Fees |
|---|---:|---:|
| Business Plan, Budgets Forecast | 4.7 | $3,210.10 |
| Investigation | 62.1 | $24,005.20 |
| Meetings and Communications with UCC and Counsel | 6.5 | $3,815.90 |
| Retention and Fee Applications | 3.0 | $2,049.00 |
| Strategy and Financial Advisory Services to UCC | 64.7 | $24,457.00 |
| **TOTAL** | **141.0** | **$57,537.20** |

**EXHIBIT C**

**Detailed Time Entry by Task Category as Financial Advisor**
**For the Period September 1, 2023 through September 30, 2023**

**See Attached**

**Teneo Capital LLC**
Time Period: September 1, 2023 to September 30, 2023                                                                 Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Gary Polkowitz | 9/7/2023 | Business Plan, Budgets Forecasts | Review of analysis related to monthly budget and actuals from MORs | 0.6 | 683 | $409.80 |
| Gary Polkowitz | 9/9/2023 | Business Plan, Budgets Forecasts | Read and reviewed correspondence from V. Driver on the monthly budget | 0.2 | 683 | $136.60 |
| Gary Polkowitz | 9/11/2023 | Business Plan, Budgets Forecasts | Review of financial information and MORs related to budget and actuals | 0.7 | 683 | $478.10 |
| Gary Polkowitz | 9/11/2023 | Business Plan, Budgets Forecasts | Read and reviewed correspondence related to Alex Jones budget and actuals | 0.3 | 683 | $204.90 |
| Gary Polkowitz | 9/15/2023 | Business Plan, Budgets Forecasts | Review of budget information from Debtor professionals and related financial information | 0.3 | 683 | $204.90 |
| Gary Polkowitz | 9/20/2023 | Business Plan, Budgets Forecasts | Review of actual to budget for Alex Jones | 0.7 | 683 | $478.10 |
| Gary Polkowitz | 9/21/2023 | Business Plan, Budgets Forecasts | Read and reviewed correspondence related to the Debtor's budget from his professionals (0.3); Review the August MOR and compare to the Debtors budget (0.7) | 1.0 | 683 | $683.00 |
| Gary Polkowitz | 9/22/2023 | Business Plan, Budgets Forecasts | Compare actual MOR financial information to budget information provided by the Debtor's professionals | 0.9 | 683 | $614.70 |
| | | **Business Plan, Budgets Forecasts** | | **4.7** | | **$3,210.10** |
| | | | | | | |
| Gary Polkowitz | 9/1/2023 | Investigation | Continue to review and comment on Alex Jones deposition outline | 0.9 | 683 | $614.70 |
| Nicholas Lee | 9/1/2023 | Investigation | Review documents, including deposition transcript. | 4.9 | 280 | $1,372.00 |
| Nicholas Lee | 9/2/2023 | Investigation | Review and preparation for AEJ deposition. | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 9/5/2023 | Investigation | Read and reviewed information for Ales Jones deposition outline (0.5): Review of information for deposition outline for D. Jones deposition (0.4) | 0.9 | 683 | $614.70 |
| Nicholas Lee | 9/6/2023 | Investigation | Listen into Erika Wulff deposition. | 3.5 | 280 | $980.00 |
| Gary Polkowitz | 9/6/2023 | Investigation | Read and reviewed correspondence and documents on Alex Jones' trusts (0.6); Review of BlackBriar deposition outline (0.4); Read and reviewed correspondence related to E. Jones deposition (0.3) | 1.3 | 683 | $887.90 |
| Gary Polkowitz | 9/7/2023 | Investigation | Review of bank statement analyses from document production (0.8); Read and review correspondence related to upcoming depositions (0.3) | 1.1 | 683 | $751.30 |
| Nicholas Lee | 9/7/2023 | Investigation | Review notes on Erika deposition. | 0.6 | 280 | $168.00 |
| Gary Polkowitz | 9/8/2023 | Investigation | Review of documents related to ESG production | 0.8 | 683 | $546.40 |
| Nicholas Lee | 9/8/2023 | Investigation | Review documents produced, including bank statements. | 0.7 | 280 | $196.00 |
| Nicholas Lee | 9/10/2023 | Investigation | Review documents produced, including bank statements. | 0.4 | 280 | $112.00 |
| Sidney Yune | 9/11/2023 | Investigation | Call to discuss Bank Statement Analysis Questions w/ G. Polkowitz, N. Lee (0.6); Call to discuss Asset Summary Presentation w/ G. Polkowitz (0.5): Second call to discuss Asset Summary Presentation w/ G. Polkowitz (0.5) | 1.6 | 280 | $448.00 |
| Gary Polkowitz | 9/11/2023 | Investigation | Review of bank statement analysis from document production (0.8); Call with N. Lee and S. Yune on banks statement analysis from document production (0.5) | 1.3 | 683 | $887.90 |
| Marc Kirschner | 9/12/2023 | Investigation | Observe the beginning of Alex Jones' Deposition | 2.2 | 650 | $1,430.00 |
| Nicholas Lee | 9/13/2023 | Investigation | Listen into Alex Jones deposition (2.4); Review documents produced, including bank statements (0.4) | 2.8 | 280 | $784.00 |
| Gary Polkowitz | 9/13/2023 | Investigation | Listen in on Day 2 of Alex Jones depsoition | 1.2 | 683 | $819.60 |
| Gary Polkowitz | 9/13/2023 | Investigation | Read and reviewed correspondence related to case depositions (0.3); Read and reviewed correspondence related to bank transfers (0.3) | 0.6 | 683 | $409.80 |
| Sidney Yune | 9/14/2023 | Investigation | Bank Statement Analysis on ESG Production | 2.2 | 280 | $616.00 |
| Nicholas Lee | 9/14/2023 | Investigation | Review documents produced, including bank statements (0.7); Review notes on AEJ deposition (0.4); Review summary on AEJ podcast (0.4) | 1.5 | 280 | $420.00 |
| Gary Polkowitz | 9/14/2023 | Investigation | Cal with N. Lee and S. Yune on Marleigh Jones document production | 0.4 | 683 | $273.20 |
| Sidney Yune | 9/14/2023 | Investigation | Call to discussion ESG and Marleigh Jones Production w/ G. Polkowitz | 0.3 | 280 | $84.00 |
| Gary Polkowitz | 9/15/2023 | Investigation | Read and reviewed correspondence related to document production | 0.2 | 683 | $136.60 |
| Nicholas Lee | 9/18/2023 | Investigation | Review documents produced, including bank statements (0.4); Call with G. Polkowitz re: documents produced review (0.2) | 0.6 | 280 | $168.00 |
| Gary Polkowitz | 9/18/2023 | Investigation | Continue to review bank statement analysis from document production (0.6); Read and reviewed correspondence related to document production from parties (0.3) | 0.9 | 683 | $614.70 |
| Sidney Yune | 9/19/2023 | Investigation | Bank Statement Discussion w/ G. Polkowitz | 0.4 | 280 | $112.00 |
| Nicholas Lee | 9/19/2023 | Investigation | Listen into Dalessio deposition (1.9); Review documents produced, including bank statements | 2.4 | 280 | $672.00 |
| Gary Polkowitz | 9/19/2023 | Investigation | Call with S. Yune on bank statement analysis | 0.4 | 683 | $273.20 |
| Sidney Yune | 9/20/2023 | Investigation | Bank Statement Analysis on ESG Production | 2.1 | 280 | $588.00 |

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Nicholas Lee | 9/20/2023 | Investigation | Review documents produced, including bank statements. | 4.0 | 280 | $1,120.00 |
| Nicholas Lee | 9/21/2023 | Investigation | Review documents produced, including bank statements. | 3.5 | 280 | $980.00 |
| Nicholas Lee | 9/22/2023 | Investigation | Review documents produced, including bank statements. | 2.1 | 280 | $588.00 |
| Nicholas Lee | 9/25/2023 | Investigation | Review documents produced, including bank statements. | 0.4 | 280 | $112.00 |
| Gary Polkowitz | 9/26/2023 | Investigation | Review of bank statement analysis | 0.4 | 683 | $273.20 |
| Nicholas Lee | 9/26/2023 | Investigation | Review documents produced, including bank statements. | 1.0 | 280 | $280.00 |
| Sidney Yune | 9/27/2023 | Investigation | Call to discuss disposable income w/ G. Polkowitz | 0.3 | 280 | $84.00 |
| Nicholas Lee | 9/27/2023 | Investigation | Review documents produced, including bank statements. | 2.1 | 280 | $588.00 |
| Sidney Yune | 9/28/2023 | Investigation | Call to Discuss David Jones Transfers w/ G. Polkowitz, N. Lee (0.3); David Jones Transfers Analysis (0.8) | 1.1 | 280 | $308.00 |
| Nicholas Lee | 9/28/2023 | Investigation | Review documents produced, including bank statements. | 1.1 | 280 | $308.00 |
| Gary Polkowitz | 9/28/2023 | Investigation | Review of David Jones transfers for David Jones deposition (0.6); Call with S. Yune on David Jones for David deposition (0.5); Read and reviewed correspondence related to depositions (0.3) | 1.4 | 683 | $956.20 |
| Sidney Yune | 9/29/2023 | Investigation | Premarital Agreement Call w/ G. Polkowitz, N. Lee | 1.0 | 280 | $280.00 |
| Gary Polkowitz | 9/29/2023 | Investigation | Call with S. Yune and N. Lee on the financial aspects of the premartial agreement between Alex Jones and Erika Wulff Jones (0.7); Continue to review David Jones transfer information (0.5); Read and reviewed correspondence related to document production | 1.5 | 683 | $1,024.50 |
| Nicholas Lee | 9/30/2023 | Investigation | Review documents produced, including bank statements. | 2.5 | 280 | $700.00 |
| Sidney Yune | 9/30/2023 | Investigation | David Jones Transfers Analysis | 2.1 | 280 | $588.00 |
| Gary Polkowitz | 9/30/2023 | Investigation | Review of David Jones information for his deposition (0.6); Call with S. Yune on information for David Jones' deposition (0.3); Call with N. Lee on David Jones information for deposition (0.3) | 1.1 | 683 | $751.30 |
| | | **Investigation** | | **62.1** | | **$24,005.20** |
| | | | | | | |
| Gary Polkowitz | 9/8/2023 | Meetings and Communications with UCC and Counsel | Participate on UCC call with Teneo, Akin and Nardello teams and counsel to the UCC members | 0.5 | 683 | $341.50 |
| Marc Kirschner | 9/8/2023 | Meetings and Communications with UCC and Counsel | Participate in UCC call with Akin, Families, Nardello, Teneo | 0.3 | 650 | $195.00 |
| Marc Kirschner | 9/14/2023 | Meetings and Communications with UCC and Counsel | Participate in UCC call with Akin, Families, Nardello, Teneo | 1.0 | 650 | $650.00 |
| Gary Polkowitz | 9/21/2023 | Meetings and Communications with UCC and Counsel | Call with N. Lombardi and Teneo on disposal income calculation | 0.5 | 683 | $341.50 |
| Marc Kirschner | 9/21/2023 | Meetings and Communications with UCC and Counsel | Jones UCC call with Akin, Nardello, and Families | 0.5 | 650 | $325.00 |
| Nicholas Lee | 9/21/2023 | Meetings and Communications with UCC and Counsel | UCC call with Nardello, Akin teams and and counsel to the committee members. | 0.4 | 280 | $112.00 |
| Gary Polkowitz | 9/26/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo and the Akin and Nardello teams to discuss the asset summary presentation for the UCC | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 9/27/2023 | Meetings and Communications with UCC and Counsel | Call with K. Porter and Teneo on Alex Jones' QuickBooks | 0.4 | 683 | $273.20 |
| Nicholas Lee | 9/27/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo, Akin team re: worksreams and next steps. | 0.5 | 280 | $140.00 |
| Gary Polkowitz | 9/28/2023 | Meetings and Communications with UCC and Counsel | Participate on weekly UCC call with Akin and Nardello teams and counsel to the UCC members | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 9/29/2023 | Meetings and Communications with UCC and Counsel | Call with Akin team to provide update on B. Schliezer of BlackBriar on QuickBooks | 0.4 | 683 | $273.20 |
| Gary Polkowitz | 9/30/2023 | Meetings and Communications with UCC and Counsel | Call with K. Porter and D, Hill of Akin and Teneo on David Jones related to upcoming deposition | 0.5 | 683 | $341.50 |
| Nicholas Lee | 9/30/2023 | Meetings and Communications with UCC and Counsel | Call with Teneo and Akin team re: workstreams updates. | 0.5 | 280 | $140.00 |
| | | **Meetings and Communications with UCC and Counsel** | | **6.5** | | **$3,815.90** |
| | | | | | | |
| Gary Polkowitz | 9/6/2023 | Retention and Fee Applications | Prepare June 2023 monthly fee statement | 1.0 | 683 | $683.00 |
| Gary Polkowitz | 9/7/2023 | Retention and Fee Applications | Continue to prepare June 2023 monthly fee | 0.5 | 683 | $341.50 |
| Gary Polkowitz | 9/8/2023 | Retention and Fee Applications | Continue to prepare June 2023 monthly fee | 0.3 | 683 | $204.90 |
| Gary Polkowitz | 9/26/2023 | Retention and Fee Applications | Finalize June 2023 monthly fee statement | 1.2 | 683 | $819.60 |
| | | **Retention and Fee Applications** | | **3.0** | | **$2,049.00** |
| | | | | | | |
| Nicholas Lee | 9/5/2023 | Strategy and Financial Advisory Services to UCC | Call with M. Kirschner, G. Polkowitz re: workstream updates and next steps (0.2); Review summary of assets as it relates to AEJ (0.4) | 0.6 | 280 | $168.00 |
| Gary Polkowitz | 9/5/2023 | Strategy and Financial Advisory Services to UCC | Participate on team weekly update and strategy call with M. Kirschner, N. Lee and S. Yune | 0.3 | 683 | $204.90 |

**Teneo Capital LLC**
**Time Period: September 1, 2023 to September 30, 2023**                                                                                                                                                   Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Sidney Yune | 9/6/2023 | Strategy and Financial Advisory Services to UCC | Prepare draft Asset Summary Presentation (1.5); Asset Summary Presentation Discussion w/ G. Polkowitz (0.5) | 2.0 | 280 | $560.00 |
| Gary Polkowitz | 9/6/2023 | Strategy and Financial Advisory Services to UCC | Call with S. Yune on preparation of UCC presentation on asseets (0.5); Outline UCC presentation deck on assets (0.4) | 0.9 | 683 | $614.70 |
| Nicholas Lee | 9/6/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz re: workstream updates and next steps. | 0.2 | 280 | $56.00 |
| Sidney Yune | 9/7/2023 | Strategy and Financial Advisory Services to UCC | Work on Asset Summary Presentation | 1.3 | 280 | $364.00 |
| Nicholas Lee | 9/7/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ. | 0.3 | 280 | $84.00 |
| Sidney Yune | 9/8/2023 | Strategy and Financial Advisory Services to UCC | Continue to Work on Asset Summary Presentation (1.9); Asset Summary Presentation Discussion w/ G. Polkowitz (0.3) | 2.2 | 280 | $616.00 |
| Gary Polkowitz | 9/8/2023 | Strategy and Financial Advisory Services to UCC | Review of draft UCC presentation on assets | 0.5 | 683 | $341.50 |
| Nicholas Lee | 9/8/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ. | 0.4 | 280 | $112.00 |
| Gary Polkowitz | 9/8/2023 | Strategy and Financial Advisory Services to UCC | Call with S. Yune on draft template for UCC presentation on assets (0.4); Review of information related to assets (1.2) | 1.6 | 683 | $1,092.80 |
| Gary Polkowitz | 9/10/2023 | Strategy and Financial Advisory Services to UCC | Review of draft asset summary UCC presentation | 0.7 | 683 | $478.10 |
| Nicholas Lee | 9/10/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ. | 0.1 | 280 | $28.00 |
| Sidney Yune | 9/11/2023 | Strategy and Financial Advisory Services to UCC | Work on Asset Summary Presentation | 4.3 | 280 | $1,204.00 |
| Gary Polkowitz | 9/11/2023 | Strategy and Financial Advisory Services to UCC | Call with L. Hanlon and S. Yune on preparation of asset summary for UCC (0.5); Call with S. Yune on the preparation of asset summary for the UCC (0.4); Review of draft asset summary template for UCC (0.4) | 1.3 | 683 | $887.90 |
| Nicholas Lee | 9/14/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz re: matter progress and next steps. | 0.2 | 280 | $56.00 |
| Nicholas Lee | 9/19/2023 | Strategy and Financial Advisory Services to UCC | Review AEJ August 2023 MOR for expense trends (0.3); Check updates on AEJ and FSS as it relates to AEJ (0.3) | 0.6 | 280 | $168.00 |
| Gary Polkowitz | 9/20/2023 | Strategy and Financial Advisory Services to UCC | Participated in weekly team with M. Kirschner, N. Lee and S Yune on case update and strategy | 0.4 | 683 | $273.20 |
| Marc Kirschner | 9/20/2023 | Strategy and Financial Advisory Services to UCC | Internal Strategy call with G. Polkowitz, N. Lee and S. Yune | 0.4 | 650 | $260.00 |
| Nicholas Lee | 9/20/2023 | Strategy and Financial Advisory Services to UCC | Review AEJ August 2023 MOR for expense trends (2.6); Check updates on AEJ and FSS as it relates to AEJ (0.1) | 2.7 | 280 | $756.00 |
| Gary Polkowitz | 9/21/2023 | Strategy and Financial Advisory Services to UCC | Review of August 2021 MOR (0.5); Call with N. Lee to discuss the MORs filed (0.5); Review the disposal income forms (0.4) | 1.4 | 683 | $956.20 |
| Nicholas Lee | 9/21/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz re: workstream updates and next steps (0.8); Review AEJ August 2023 MOR for expense trends (0.5); Call with G. Polkowitz, Akin re: AEJ income analysis (0.5); Set up and review AEJ Quickbooks (0.4) | 2.2 | 280 | $616.00 |
| Gary Polkowitz | 9/22/2023 | Strategy and Financial Advisory Services to UCC | Call with N. Lee on Alex Jones on QuickBooks (0.4); Review of disposal income data (0.4); Coordination of QuickBooks access (0.3) | 1.1 | 683 | $751.30 |
| Nicholas Lee | 9/22/2023 | Strategy and Financial Advisory Services to UCC | Review of AEJ Quickbooks (2.3); Review AEJ August 2023 MOR for expense trends (1.0); Check updates on AEJ and FSS as it relates to AEJ (0.3); Call with G. Polkowitz re: workstream updates and next steps (0.3) | 3.9 | 280 | $1,092.00 |
| Nicholas Lee | 9/25/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ. | 0.2 | 280 | $56.00 |
| Gary Polkowitz | 9/26/2023 | Strategy and Financial Advisory Services to UCC | Participate on weekly Teneo team call with M. Kirschner and N. Lee to discuss case update and strategy (0.3); Gather information for asset summary presentation deck for the UCC (0.8); Review of Akin comment on eth asset summary presentation for the UCC (0.4); Coordination of call on Alex Ones QuickBooks (0.2) | 1.7 | 683 | $1,161.10 |
| Nicholas Lee | 9/26/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ (0.3); Review assets of AEJ (0.2); Call with G. Polkowitz, Nardello team re: AEJ assets summary (0.2); Set up and review AEJ Quickbooks transactions (1.5); Call with G. Polkowitz, Nardello and Akin teams re: AEJ assets summary (1.0) | 3.2 | 280 | $896.00 |
| Marc Kirschner | 9/26/2023 | Strategy and Financial Advisory Services to UCC | Internal call with G. Polkowitz and N. Lee to review deck for presentation to UCC | 0.4 | 650 | $260.00 |

**Teneo Capital LLC**
**Time Period: September 1, 2023 to September 30, 2023**                                                                                                              Exhibit C

| Employee | Date | Case/Task/Event | Note | Time Spent | Rate | Amount |
|---|---|---|---|---|---|---|
| Sidney Yune | 9/27/2023 | Strategy and Financial Advisory Services to UCC | Work on Edits to Asset Summary Presentation (2.6); Work on Disposable Income Analysis (2.3); Call to Discuss AEJ - Asset Summary Presentation Coordination w/ G. Polkowitz, N. Lee (0.6); Call to discuss edits to Asset Summary Presentation w/ G. Polkowitz (0.5) | 6.0 | 280 | $1,680.00 |
| Nicholas Lee | 9/27/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz re: workstream updates and next steps (0.3); Continue to review AEJ Quickbooks transactions (2.3); Call with G. Polkowitz, S. Yune re: workstreams and next steps (0.6) | 3.2 | 280 | $896.00 |
| Gary Polkowitz | 9/27/2023 | Strategy and Financial Advisory Services to UCC | Read and reviewed correspondence related to disposal income calculation (0.2); Call with S. Yune on Alex Jones asset summary presentation deck for UCC (0.5); Call with N. Lee and S. Yune on the asset summary presentation deck to the UCC (0.5); Call with S. Yune on disposal income calculation (0.3) | 1.5 | 683 | $1,024.50 |
| Nicholas Lee | 9/27/2023 | Strategy and Financial Advisory Services to UCC | Check updates on AEJ and FSS as it relates to AEJ. | 0.3 | 280 | $84.00 |
| Sidney Yune | 9/28/2023 | Strategy and Financial Advisory Services to UCC | Work on Edits to Asset Summary Presentation | 1.1 | 280 | $308.00 |
| Nicholas Lee | 9/28/2023 | Strategy and Financial Advisory Services to UCC | Call with G. Polkowitz re: workstream updates and next steps (0.3); Call with G. Polkowitz, S. Yune re: workstreams and next steps (0.3); Continue to review AEJ Quickbooks transactions (0.3); Review assets of Alex Jones (0.3) | 1.2 | 280 | $336.00 |
| Gary Polkowitz | 9/28/2023 | Strategy and Financial Advisory Services to UCC | Call with B. Schleizer of BlackBriar on Alex Jones QuickBooks (0.3); Call with N. Lee on Alex Jones QuickBooks (0.2); Review of Alex Jones QuickBooks information (0.7) | 1.2 | 683 | $819.60 |
| Sidney Yune | 9/29/2023 | Strategy and Financial Advisory Services to UCC | Work on Edits to Asset Summary Presentation (3.4); Call to discuss edits to Asset Summary Presentation w/ G. Polkowitz, N. Lee (1.0); Alex Jones - Update on Call with Bob S. (BlackBriar) w/ G. Polkowitz, N. Lee (0.3) | 4.7 | 280 | $1,316.00 |
| Nicholas Lee | 9/29/2023 | Strategy and Financial Advisory Services to UCC | Set up and review AEJ Quickbooks transactions (2.2); Call with G. Polkowitz, S. Yune re: workstreams and next steps (1.3); Call with G. Polkowitz, S. Yune, Nardello team re: AEJ assets summary and next steps (1.0); Review assets of AEJ (0.3); Call with G. Polkowitz, S. Yune, and Akin team re: Quickbooks review (0.3) | 5.1 | 280 | $1,428.00 |
| Gary Polkowitz | 9/29/2023 | Strategy and Financial Advisory Services to UCC | Continue to review Alex Jones QuickBooks information (0.6); Review of financial terms to the Ales and Erika premarital agreement (0.6); Call with S. Yune, N. Lee and L. Hanlon on Asset summary presentation draft (0.5) | 1.7 | 683 | $1,161.10 |
| Sidney Yune | 9/30/2023 | Strategy and Financial Advisory Services to UCC | Work on Edits to Asset Summary Presentation | 2.2 | 280 | $616.00 |
| Gary Polkowitz | 9/30/2023 | Strategy and Financial Advisory Services to UCC | Review and comment on latest draft of asset summary presentation deck for UCC | 0.7 | 683 | $478.10 |
| Nicholas Lee | 9/30/2023 | Strategy and Financial Advisory Services to UCC | Review assets of Alex Jones (0.4); Call with G. Polkowitz re: workstream updates and next steps (0.3) | 0.7 | 280 | $196.00 |
| | | **Strategy and Financial Advisory Services to UCC** | | **64.7** | | **$24,457.00** |
| | | | **Total** | **141.0** | **-** | **$57,537.20** |

**Exhibit D**
**Summary of Expenses Incurred by Category as Financial Advisor**
**For the Period September 1, 2023 through September 30, 2023**

**No Expenses Incurred.**

**Exhibit E**
**Detailed Expenses Incurred by Category and Professional as Financial Advisor**
**For the Period September 1, 2023 through September 30, 2023**

**No Expenses Incurred.**