IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ALEXANDER E. JONES,** | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | JUDGE CHRISTOPHER M. LOPEZ |
| | § | |

### **DEBTOR'S MOTION REQUESTING STATUS CONFERENCE**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

Alexander E. Jones, debtor and debtor-in-possession in the above-referenced case, ("Debtor" or "Jones"), files this *Motion Requesting Status Conference* (the "Motion") and in support thereof, respectfully states as follows:

### **JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The basis for relief requested herein is 11 U.S.C. § 105(d)(1).

## BACKGROUND

3. On December 2, 2022, the Debtor filed his voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), initiating the above-referenced case (the "Chapter 11 Case").

4. Debtor continues in possession of his property and is managing same as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

5. An official committee of unsecured creditors ("UCC") was appointed in this Chapter 11 Case on December 13, 2022 [Docket No. 42].

6. While the mediation ordered by this Court was not fruitful, the UCC and the Debtor, along with "Texas Plaintiffs,"[1] and "Connecticut Plaintiffs[2] have engaged in settlement discussions. This culminated in a meeting in New York in the first week of November, attended by approximately seventeen (17) lawyers on behalf of the UCC, the Texas Plaintiffs, and the Connecticut Plaintiffs, and one lawyer each for Jones, FSS,[3] and PQPR Holdings, LLC.

7. Following this meeting, Jones, on one hand, and the UCC, Texas Plaintiffs, and the Connecticut Plaintiffs on the other, each submitted offers. Upon information and belief, FSS was unable to submit an offer due to its limited bandwidth and desire to file an amended plan.

8. On November 18, 2023, the FSS amended plan was filed without final approval of Jones.

9. Debtor and the UCC, the Texas Plaintiffs and the Connecticut Plaintiffs had an open-ended stand-still regarding any of those parties filing a plan of reorganization to allow for

---

[1] Texas Plaintiffs are Plaintiffs Neil Heslin, Scarlett Lewis, Leonard Pozner, and Veronique De La Rosa in Adversary Proceeding No. 23-03035.
[2] Connecticut Plaintiffs are Plaintiffs David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as Chapter 7 Trustee for the Estate of Erica Lafferty in Adversary Proceeding No. 23-03037.
[3] FSS refers to Free Speech Systems, LLC, a debtor-in-possession in case no. 22-60043 pending in this Court.

**MOTION REQUESTING STATUS CONFERENCE**                                                                 **PAGE 2**

good-faith settlement negotiations considering the development within the Chapter 11 Case and its adversary proceedings.

10. On November 20, 2023, the Monday before the Thanksgiving holiday, Jones' counsel was informed that the UCC, the Texas Plaintiffs and the Connecticut Plaintiffs would be filing some form of a draft liquidation plan with this Court *this week* and seeking to discuss a scheduling order to set filing and discovery for the remainder of the Jones case. While Jones has not seen this draft plan, Jones' legal and financial teams have been working on a draft plan with the goal of filing such mid-December.

11. Given the UCC, the Texas Plaintiffs and the Connecticut Plaintiff's desire to file the terms of an undisclosed plan on such short notice, undersigned counsel is unwilling to ruin the Thanksgiving holiday for many professionals who have already been working long hours on other matters on this case and others simply to "beat them to the punch." However, counsel believes a status conference on Monday, November 27, 2023, at 2:00 p.m. is warranted and would be fruitful. As of that date, this case will be nearly one year old, and Jones believes the time has come to move toward filing a plan, and confirmation thereof. Indeed, given much of his income comes from FSS, it is financially feasible for his financial advisors to weave into his personal financial projections the most recent FSS projections filed three days ago. Accordingly, Jones will not rush filing his plan, but is more than willing to discuss a path toward exit in what has been a very expensive bankruptcy process for an individual.

### REQUEST FOR RELIEF

12. Pursuant to § 105(d) of the Bankruptcy Code, Debtor requests that the Court enter an order setting a status conference in this Chapter 11 Case on or about Monday, November 27, 2023, or the first possible date thereafter. A proposed order granting the same is attached hereto as **Exhibit A**.

13. For the foregoing reasons, Debtor believes that holding the requested status conference will "further the expeditious and economical resolution" of this Chapter 11 Case as he seeks to confirm a plan. 11 U.S.C. § 105(d)(1).

WHEREFORE, the Debtor respectfully requests that the Court grant the relief requested herein, and such other and further relief as it deems just and proper.

Dated: November 21, 2023.

        **CROWE & DUNLEVY, P.C.**

        By: */s/ Vickie L. Driver*
        Vickie L. Driver
        State Bar No. 24026886
        Christina W. Stephenson
        State Bar No. 24049535
        2525 McKinnon St., Suite 425
        Dallas, TX 75201
        Telephone: 737.218.6187
        Email: dallaseservice@crowedunlevy.com

        -and-

        Shelby A. Jordan
        State Bar No. 11016700
        S.D. No. 2195
        Antonio Ortiz
        State Bar No. 24074839
        S.D. No. 1127322
        **JORDAN & ORTIZ, P.C.**
        500 North Shoreline Blvd., Suite 900
        Corpus Christi, TX 78401
        Telephone: (361) 884-5678
        Facsimile: (361) 888-5555
        Email: sjordan@jhwclaw.com
                aortiz@jhwclaw.com
        Copy to: cmadden@jhwclaw.com

        **ATTORNEYS FOR DEBTOR**
        **ALEXANDER E. JONES**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served upon all parties receiving service via the Court's ECF noticing system on this 21st day of November 2023.

                                              */s/ Vickie L. Driver*
                                              Vickie L. Driver

# EXHIBIT A

"Proposed Order"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ALEXANDER E. JONES,** | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | **JUDGE CHRISTOPHER M. LOPEZ** |
| | § | |

## ORDER GRANTING DEBTOR'S
## MOTION REQUESTING STATUS CONFERENCE

This Court, having acted upon and considered *Debtor's Motion Requesting Status Conference* (the "Motion") requested by Alexander E. Jones, debtor and debtor-in-possession, finds that the Motion should be approved and relief set forth in this Order granted.

It is hereby **ORDERED** that a status conference is hereby set for **Monday, November 27, 2023 at 2:00 p.m. (Central Time)**, which may be adjourned or continued to a different date without further notice, other than notice given in open court at such hearing.

Dated: _____, 2023

_____
**UNITED STATES BANKRUPTCY JUDGE**