**Alexander Emric Jones**         **Case No. 22-33553**

## Part 1 - Statement of Cash Receipts and Disbursements
### October 1-31, 2023

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 530,790 | 4,353 | 4,978 | 26,246 | 9,659 | 1,207 | 5,000 | 582,233 |
| Cash Receipts | 327,062 | | | 1 | | | 1 | 327,063 |
| Cash Disbursements | (52,738) | | (25) | | | | | (52,763) |
| **Net Cash Flow** | **805,114** | **4,353** | **4,953** | **26,247** | **9,659** | **1,207** | **5,001** | **856,532** |
| Transfer In | 44,900 | | | | | | | 44,900 |
| Transfers Out | | (3,500) | (3,900) | (25,000) | (8,500) | | (4,000) | (44,900) |
| **Ending Bank Balance** | **850,014** | **853** | **1,053** | **1,247** | **1,159** | **1,207** | **1,001** | **856,532** |

# Alex Jones
# Profit and Loss
### October 2023

|  | | Total |
|---|---|---:|
| **Income** | | |
| **Book Sales Income** | | 9,750 |
| **FreeSpeech Payroll** | | 40,000 |
| **Interest Income** | | 6 |
| **Rental Income** | | 1,200 |
| **Sales of Product Income** | | 183,263 |
| **Cost of Goods Sold** | | -33,745 |
| **Selling Expense** | | -71,853 |
| **Total Sales of Product Income** | $ | 77,665 |
| **Total Income** | $ | 128,621 |
| **Payroll Deductions** | | |
| **Child Support- Garnished** | | 1,846 |
| **Medical Insurance Premiums** | | 1,112 |
| **Payroll Taxes withheld** | | 12,022 |
| **Payroll Deductions** | $ | 14,980 |
| **Gross Profit** | $ | 113,640 |
| **Expenses** | | |
| **Living Expenses** | | |
| **Auto/Trucks/Watercraft** | | |
| **Auto/Boat Maintenance** | | 190 |
| **Auto/Truck/Boat Insurance** | | 1,859 |
| **Boat Storage** | | 860 |
| **Fuel** | | 1,214 |
| **Total Auto/Trucks/Watercraft** | $ | 4,124 |
| **Family** | | |
| **Child Care** | | 18,501 |
| **Groceries** | | 2,432 |
| **Homestead** | | |
| **HOA** | | 175 |
| **Maintenance** | | 6,861 |
| **Housekeeping** | | 3,900 |
| **Misc. Supplies and Services** | | 2,137 |
| **Total Maintenance** | $ | 12,898 |
| **Phone/Internet** | | 1,051 |
| **Property Tax** | | 9,150 |
| **Utilities** | | 3,839 |
| **Total Homestead** | $ | 27,114 |
| **Household Purchases** | | 1,079 |
| **Insurance** | | 1,990 |
| **Meals & Entertainment** | | 3,727 |
| **Apple/Netflix/Hulu charges** | | 681 |
| **Total Meals & Entertainment** | $ | 4,407 |
| **Medical** | | 2,218 |
| **Other** | | 260 |
| **PreNup Obligation** | | 15,184 |
| **School and Kid's Activities** | | |
| **Activities** | | 1,312 |
| **Tuition/ Tutor** | | 600 |
| **Total School and Kid's Activities** | $ | 1,912 |
| **Total Family** | $ | 75,096 |
| **Total Living Expenses** | $ | 79,220 |

Confidental

# Alex Jones
# Profit and Loss
### October 2023

| | | Total |
|---|---|---:|
| **Other Expenses** | | |
| Bank Charges & Fees | | 25 |
| Business Expenses | | 2,296 |
| Federal Income Tax Expense (1) | | -77,612 |
| Interest Paid | | 162 |
| Legal & Professional Services | | 506,509 |
| Real Estate | | |
| Austin Condos (2) | | |
| Condo HOA (2) | | -5,500 |
| Condo Insurance (2) | | -571 |
| Condo Property Tax (2) | | -13,995 |
| Condo Utilities and Maintenance (2) | | -7,718 |
| **Total Austin Condos** | -$ | 27,784 |
| Lakehouse | | |
| Lakehouse Maintenance | | 600 |
| Lakehouse Property Tax | | 2,400 |
| Lakehouse Utilities | | 41 |
| **Total Lakehouse** | $ | 3,041 |
| Ranch property | | 27 |
| Rental Property Tax | | 1,550 |
| **Total Real Estate** | -$ | 23,167 |
| Rental Storage Units | | 2,079 |
| Travel | | 369 |
| **Total Other Expenses** | $ | 410,661 |
| **Total Expenses** | $ | 489,881 |
| **Net Operating Income** | -$ | 376,241 |
| **Other Income** | | |
| Donations | | 11,273 |
| **Total Other Income** | $ | 11,273 |
| **Net Other Income** | $ | 11,273 |
| **Net Income** | -$ | 364,969 |

**Notes**

(1) Represents the increase in the income tax refund due to overpayment of taxes reported in 2022 on the debtor's 2022 form 1040.

(2) Represents adjustments for amounts paid by debtor on behalf of The Alexander E. Jones Descendant and Beneficiary Trust reclassified to accounts receivable.

Confidental

# Alex Jones
# Balance Sheet
### As of October 31, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **Bank of America #2913** | 1,159 |
| **Bank of America #6078** | 1,001 |
| **Chase #3520** | 1,207 |
| **Chase #7518** | 1,247 |
| **PNC #5233 DIP** | 850,014 |
| **Prosperity Bank #9175** | 853 |
| **Security Bank #8548** | 1,053 |
| **Total Bank Accounts** | **$ 856,533** |
| **Accounts Receivable** | |
| **Accounts Receivable** | 141,248 |
| **Total Accounts Receivable** | **$ 141,248** |
| **Other Current Assets** | |
| **Cash on Hand** | 1,000 |
| **Federal Income Tax Receivable (1)** | 3,885,071 |
| **GiveSendGo-Legal** | 6,455 |
| **Inventory Platinum** | 370,903 |
| **PreNup Pre Payment** | 28,510 |
| **Prepaid Insurance** | 3,719 |
| **Prepayment -Legal Account** | 50,000 |
| **Rental Property Escrow** | 21,454 |
| **Total Other Current Assets** | **$ 4,367,112** |
| **Total Current Assets** | **$ 5,364,892** |
| **Fixed Assets** | |
| **Homestead** | 2,612,800 |
| **Lakehouse** | 1,750,000 |
| **Ranch Property** | 2,189,220 |
| **Rental Property** | 505,000 |
| **Vehicles and Marine Assets** | |
| **Dodge Challenger** | 67,575 |
| **Dodge Charger** | 70,618 |
| **Ford Expedition** | 21,463 |
| **Marine Assets** | 114,300 |
| **Total Vehicles and Marine Assets** | **$ 273,956** |
| **Total Fixed Assets** | **$ 7,330,976** |
| **Other Assets** | |
| **Interests In Trust** | 131,622 |
| **Ownership Interests in Non Public Entities** | 17,518 |
| **Personal Property** | 171,536 |
| **Receivable from Descendants Trust (2)** | 28,785 |
| **Receivable from Mrs. Jones** | 10,221 |
| **Total Other Assets** | **$ 359,682** |

# Alex Jones
# Balance Sheet
### As of October 31, 2023

|  | Total |
| --- | ---: |
| **TOTAL ASSETS** | **$ 13,055,550** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 40,705 |
| **Total Accounts Payable** | **$ 40,705** |
| **Other Current Liabilities** | |
| Accrued Professional Fees | 2,456,244 |
| Accrued Property Tax Payable | 65,500 |
| Payroll Tax Payable-Child Care | 1,591 |
| Payroll Tax Withheld-Child Care | 5,905 |
| **Total Other Current Liabilities** | **$ 2,529,240** |
| **Total Current Liabilities** | **$ 2,569,945** |
| **Long-Term Liabilities** | |
| Rental Property Mortgage | 29,397 |
| **Total Long-Term Liabilities** | **$ 29,397** |
| **Total Liabilities** | **$ 2,599,342** |
| **Equity** | |
| Opening Balance Equity (3) | 12,650,317 |
| Owner's Investment | 0 |
| Other Deposits/Transfers | 171,668 |
| **Total Owner's Investment** | **$ 171,668** |
| **Owner's Pay & Personal Expenses** | |
| Gifts | 63,919 |
| **Total Owner's Pay & Personal Expenses** | **$ 63,919** |
| Retained Earnings | 13,190 |
| Net Income | -2,442,886 |
| **Total Equity** | **$ 10,456,208** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 13,055,550** |

**Notes**

(1) Increased by $77,612 due to overpayment reported on 2022 debtor form 1040 filed in October 2023.

(2) Represents receivable from The Alexander E. Jones Descendant and Beneficiary Trust for expenses paid post petition by the Debtor related to the condominiums owned by the trust.

(3) Beginning equity adjusted for removal of Interests in trusts in the amount of $2,526,895 deemed to not be assets of the estates

**Debtor's Name  Alexander  Emric Jones**                                                    **Case No. 22-33553**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month* | Paid Cumulative* |
|---|---|---|---|---|---|---|---|
| a. | | | | | | | |
| | *Debtors prof fees & expenses (bankruptcy) Aggregate Total* | | | 506,509 | 3,788,091 | - | 1,331,847 |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm name | Role | | | | |
| | | **BlackBriar Advisors** | Financial Advisors | 166,383 | 1,059,285 | | 410,398 |
| | | **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | 260,802 | 2,080,607 | | 739,720 |
| | | **Jordan & Ortiz** | Co-Counsel to Debtor | 16,365 | 285,262 | | 177,517 |
| | | **Teneo** | Financial Advisor for Credito | 60,679 | 349,632 | | |
| | | **Rachel Kennerly** | Tax Accountant | 2,280 | 13,305 | | 4,211 |
| | | | | | | | |
| Delete | | | | | | | |

**Part 5: Professional Fees and Expenses**

* **All amounts paid from retainers provided prepetition.  Professional fees will not be reported in the debtors income statement until retainers are depleted.**