**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | ) ) | Case No. 22-60043 (CML) |
| Debtor | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| ALEXANDER E. JONES, | ) ) | Case No. 22-33553 (CML) |
| Debtor | ) ) ) | |

# EXHIBIT 23

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60043 |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | |
| | § | Chapter 11 (Subchapter V) |
| Debtor. | § | |

## ALEXANDER E. JONES'S NOTICE OF WITHDRAWAL OF
## MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
## EXPENSES PURSUANT TO 11 U.S.C. § 503(B)(1)

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

PLEASE BE ADVISED on July 6, 2023, creditor and interested party Alexander E. Jones ("Jones"), in the above-captioned case, filed a *Motion for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(B)(1)* [Dkt. No. 659] (the "Motion"). Jones hereby withdraws the Motion without prejudice to refiling.

Dated: October 18, 2023

Respectfully submitted,

**CROWE & DUNLEVY, P.C.**

By: */s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

**NOTICE OF WITHDRAWAL – Page 1**

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR DEBTOR, ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2023, a true and correct copy of the foregoing document was served on all parties entitled to notice through this Court's CM/ECF System, including, but not limited to, Debtor, Debtor's Counsel, Trustee and U.S. Trustee.

*/s/ Vickie L. Driver*____
Vickie L. Driver

**NOTICE OF WITHDRAWAL – Page 2**