WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION ||
|---|---|
| Main Case No: **22-33553** | Name of Debtor: **Alexander E. Jones** |
| Adversary No: **N/A** | Style Of Adversary: **N/A** |
| | |
| Witnesses: | |
| **Joey Dalessio** | Judge: **Lopez** |
| **Bob Schleizer** | |
| **Alexander Jones** | Hearing Date: **November 27, 2023** |
| | Hearing Time: **2:00 pm** |
| **Rebuttal/Impeachment Witnesses** | Party's Name: **Elevated Solutions Group, LLC** |
| | |
| | Attorney's Name: **Johnie Patterson/ Miriam Goott** |
| | Attorney's Phone: **713.956.5577** |
| | Nature of Proceeding: ***Motion To Reject (Docket No. 244)*** |
| | |
| | |
| | |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | | | | | |
| 1 | Joint Stipulation 22-60043 | | | | |
| 2 | Joint Stipulation 22-33553 | | | | |
| 3 | Platinum Affiliate Program Agreement | | | | |
| 4 | Professional Services Agreement | | | | |
| 5 | Conspiracy Bourbon Agreement | | | | |
| 6 | | | | | |
| 7 | | | | | |
| | ***Rebuttal/Impeachment Exhibits*** | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |