# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS, LLC, | ) Case No. 22-60043 (CML) |
| Debtor. | ) |
| In re: | ) Chapter 11 |
| ALEXANDER E. JONES, | ) Case No. 22-33553 (CML) |
| Debtor. | ) |

**THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR
NOVEMBER 27, 2023, AT 2:00 P.M. (CST)**

The Official Committee of Unsecured Creditors of Alexander E. Jones (the "Committee") appointed in the chapter 11 case of *Alexander E. Jones*, Case No. 22-33553 (CML), respectfully files its Witness and Exhibit List for the hearing of the above-captioned chapter 11 cases to be held on November 27, 2023, at 2:00 P.M. (Central Standard Time) and that may be adjourned or continued from time to time by the Court (the "Hearing") as follows:

**WITNESSES**

The Committee may call the following witnesses at the Hearing:

1. Any witness listed or called by any other party;

2. Rebuttal witnesses as necessary; and

3. The Committee reserves the right to cross-examine any witness called by any other party.

The Committee does not presently intend to offer testimony from any witness, but reserves the right to do so.

## EXHIBITS

The Committee may offer into evidence one or more the following exhibits at the Hearing:

1. Any document or pleading filed in the above-captioned cases;

2. Any exhibit necessary for impeachment and/or rebuttal purposes; and

3. Any exhibit identified or offered by any other party.

The Committee does not presently intend to offer into evidence any exhibits, but reserves the right to do so.

## RESERVATION OF RIGHTS

The Committee reserves all rights, including, but not limited to, the right to amend, revise, or supplement this witness and exhibit list at any time, to designate additional witnesses and exhibits, to call any person identified as a witness by any other party in interest or introduce any document identified as an exhibit by any other party in interest, and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment, rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure and the Federal Rules of Evidence.

*[The remainder of this page intentionally left blank.]*

Dated:  November 22, 2023             Respectfully submitted,

By: */s/ Marty L. Brimmage, Jr.*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
Lacy M. Lawrence
Texas Bar No. 24055913
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

*-and-*

Ira S. Dizengoff (admitted *pro hac vice*)
David M. Zensky (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dzensky@akingump.com
Email: pdublin@akingump.com
Email: sbrauner@akingump.com
Email: kporter@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones*

3

**CERTIFICATE OF SERVICE**

      I certify that on November 22, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.