**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ALEXANDER E. JONES** | § | **Case No. 22-33553** |
| | § | |
| **Debtor.** | § | |
| | § | |

**GLOBAL NOTES AND SUPPORTING INFORMATION REGARDING THIRD
AMENDED SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF FINANCIAL AFFAIRS**

On December 2, 2022 (the "Petition Date"), Alexander E. Jones (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").

With the assistance of his Bankruptcy Court approved financial and legal advisors, the Debtor prepared the original Schedules and Statement of Financial Affairs filed on February 14, 2023 at Docket Numbers 130 and 131. The Debtor amended his Schedules and Statement of Financial Affairs at Docket Numbers 161 and 162, and further at Docket Numbers 231 and 232, with additional information located at Docket Numbers 233 and 234. On April 18, 2023, the Debtor filed further amended Schedules and Statement of Financial Affairs at Docket Numbers 242 and 243. On this the date below, the Debtor filed his Third Amended Schedules of Assets and Liabilities (the "Schedules") and the Third Amended Statement of Financial Affairs (the "SOFA") and combined, the "Schedules and SOFAs"), pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to any financial statements.

Although the Debtor's advisors and the Debtor have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. These notes regarding the Debtor's Schedules and SOFAs (the "Notes") comprise an integral part of the Debtor's Schedules and SOFAs and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

Compiling the information necessary to complete the Schedules and SOFAs for this individual debtor was incredibly difficult due to the lack of books and records in any single place. Multiple individuals assisted the Debtor in paying his bills and household expenses, but no budget

1

existed and no bookkeeper reconciled any bank statements.  Bank accounts were used by or on behalf of the Debtor by third parties due to his status as a controversial public media personality.

1.      <u>Amendments.</u> The Debtor reserves the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

2.      <u>Asset Presentation.</u> Most assets and liabilities of the Debtor are fair market value as of December 2, 2022; provided, however, that some adjustments have been made when the information was available subsequent thereto. When another source or method was used, all attempts have been made to notate such source or method.  The Debtor reserves his right to amend or adjust the value of each asset or liability set forth herein.

3.      <u>Liabilities.</u> The Debtor sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtor also reserves the right to change the allocation of liability to the extent additional information becomes available.

4.      <u>Causes of Action.</u> Despite reasonable efforts, the Debtor may not have identified or set forth all of its causes of action against third parties as assets in his Schedules and SOFAs. The Debtor reserves any and all of his rights with respect to any causes of action he may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.      <u>Claim Description.</u> Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on his Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtor also reserves the right to amend his Schedules or SOFAs as necessary or appropriate.

6.      <u>Property and Equipment.</u> A third-party appraisal company has completed a physical inventory or appraisal of all of his owned equipment household goods, jewelry, and other physical assets located at his homestead and lake house and such values are described and contained in these Schedules.  Nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all of his rights with respect to such issues.

7.      <u>Insurance.</u> The Debtor has, in the past, maintained a variety of insurance policies including property and life. The Debtor's interest in these types of policies is limited to the amount of the premiums that the Debtor has prepaid, if any, as of Petition Date. To the best of the Debtor's knowledge, no such prepayments exist. The Debtor reserves all rights to refunds of any

overpayments of premiums paid on any insurance policies.  In addition, the Debtor believes there is no cash value in such policies.

8.      <u>Insiders.</u> In the circumstances where the Bankruptcy Schedules require information regarding insiders, the listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or apparent or actual authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.      <u>Statement of Financial Affairs 19(d) – Financial Statements.</u> The Debtor has tried to remember all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtor reserves his rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

10.      <u>Specific Notes.</u> These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, list, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, list, or continuation sheet.

11.      <u>Totals.</u> All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

12.      <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

13.      <u>General Reservation of Rights.</u> The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of his Schedules and SOFAs as and to the extent necessary as he deems appropriate.

14.      <u>Specific Notes.</u>

- Schedule A/B:
  - Changes to condominium ownership:
    - Condo # 6 – Purchased February 25, 2016 (original deed) from 3504 Clawson Road, LLC (seller) by RXXCTTGAA Trust (corrected deed filed on April 25, 2016) and transferred via General Warranty Deed to The Alexander E. Jones Descendent and Beneficiary Trust on February 7, 2019.
- Schedule A/B: Property – Part 2 – Vehicles
  - 3.0: Cars, vans, trucks, sport utility vehicles, motorcycles
    - 2020 Chevrolet Tahoe was removed from these Schedules – FSS leases the vehicle.

- Schedule A/B: Property – Part 2 – Boats & trailers (slip #'s 1C73, 1A80, TR007, & 1A11)
  - 4.3: 2003 Glastron 22 foot boat Model GS209 removed.  Transferred to Patrick Reilly seven years ago and registration changed into his name in March 2022

- Schedule A/B: Property - Part 4 – Financial Assets.
  - 10. Firearms.  $73,744 total value of all firearms.
  - 19.0 Non-publicly traded stock and interests and unincorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture.
    - AEJ Austin Holdings LLC
      - Prior to September 25, 2018, owned 80% equity ownership of PLJR Holdings Limited, LLC which owns 90% of PQPR Holdings Limited, LLC ("PQPR"), an effective 72% ownership of PQPR
      - Value of bank balance $10,000 – (Security Bank account #0940).
      - Effective September 25, 2018, AEJ Austin Holdings, LLC, transferred its equity ownership in PLJR Holdings Limited, LLC to The AEJ 2018 Trust in exchange for $25,900,000.00 Note and Security Agreement.
      - According to the bank records, The AEJ 2018 Trust made one interest payment under the Note, then de minimus transfers note tied to the economics of the Note.
      - Value was determined by a third-party analysis of Briggs & Veselka Co., P.C. as of March 31, 2018.
    - Austin Shiprock Publishing – revise that tax bill for 2021 paid by FSS in 2022, not 2002.
  - 22. Security Deposits and Prepayments
    - Move Prepaid Legal.
  - 25 Trusts
    - AEJ 2018 Trust – Added Debtor's role as Trustee and Beneficiary
      - As noted above, AEJ 2018 Trust executed a Note and Security Agreement in favor of AEJ Austin Holdings, LLC for $29,500,000 in exchange for the PLJR equity interests.
      - The Note is in default.
    - Alexander E. Jones Descendent and Beneficiary Trust – Added Debtor's role as Grantor.  Removed value as this trust has been reviewed and is not within the control of the Debtor, nor is Debtor entitled to direct the trust, nor is he a beneficiary.  Increased value to reflect the pre-petition transfer of Condo #6 from RXXCTTGAA Trust.
    - Greenleaf Trust – Added Debtor's role as former co-trustee and co-settlor.  Removed value as this trust has been reviewed and is not within the

4

control of the Debtor, nor is Debtor entitled to direct the trust, nor is he a beneficiary.
- Recharge Dynasty Trust – Added Debtor's role as co-settlor and trustee.
- RXXCTTGAA Trust – Added Debtor's role as settlor, co-trustee, and beneficiary.  Also removed value due to pre-petition transfer of Condo #6 to the Alexander E. Jones Descendent and Beneficiary Trust.
- o 33.0 Claims against third parties
  - Both counsel listed represented Debtor in Texas litigation; claim not valued currently.

- Schedule C – Exemptions
  - o Debtor is claiming $12,500 value of one watch as exempt.

- Schedule G: Executory Contracts
  - o Added contract with Mint for video game NIL. It will be assumed.

**SOFA Form 107**
- Part 3
  - o Paid $59,816.22 in real property taxes as follows:
    - $12,108.94 – Whispering Winds
    - $16,346.67 – Unit 3 Clawson Road
    - $14,298.95 – Unit 6 Clawson Road
    - $17,061.66 – Back of the Moon
- Part 5
  - o 13. Within two years before you filed for bankruptcy.
    - Gift cards for children for holidays under $3,000 each.
- Part 7
  - o 16.
    - Adding $500,000 retainer paid to Crowe & Dunlevy, noting $48,193.00 applied for pre-petition services.
    - Changed the payment amount to Jordan & Ortiz to $744,844.06 to include $598,053.90 in fees and expenses paid for the one year before filing the bankruptcy case on 12/2/22 and a $146,790.16 retainer fee.
    - Added BlackBriar Advisors retainer of $200,000 paid on 12/2/22.

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** | **E.** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Southern** | District of | **Texas** |
| Case number | **22-33553** | | |

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1** **Homestead (see Motion to Seal, Dkt No. 230)**

Street address, if available, or other description

**Austin, TX 78735**
City     State     ZIP Code

**Travis**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,266,000.00 | $2,612,800.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

**1.2** **Rental Property - WW**

Street address, if available, or other description

**(see Motion to Seal, Dkt. No. 230)**

**Austin, TX 78745**
City     State     ZIP Code

**Travis**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $505,000.00 | $505,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

Debtor **Jones, Alexander E.**                                         Case number *(if known)* **22-33553**

---

**1.3**   **Lake House (Lake Travis)**
Street address, if available, or other description

**(see Motion to Seal, Dkt. No. 230)**

**Austin, TX 78745**
City          State        ZIP Code

**Travis**
County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,750,000.00 | $1,750,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

**2.**   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ................................................ ➔   **$4,867,800.00**

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

**3.1**   Make:   **Ford**

Model:   **Expedition**

Year:   **2017**

Approximate mileage:   **99,300**

Other information:

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $21,463.00 | $21,463.00 |

If you own or have more than one, describe here:

**3.2**   Make:   **Dodge**

Model:   **Challenger**

Year:   **2019**

Approximate mileage:   **15,000**

Other information:

Hellcat Redeye

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $67,575.00 | $67,575.00 |

---

Debtor   **Jones, Alexander E.**                                    Case number *(if known)* **22-33553**

| 3.3 | Make: | **Dodge** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Make: **Dodge**

Model: **Charger**

Year: **2020**

Approximate mileage: **5,000**

Other information:

> Hellcat

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $70,618.00

**Current value of the portion you own?**   $70,618.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☑ Yes

   4.1  Make: **Regal Boats**

   Model: **28 Express**

   Year: **2016**

   Other information:

   > Rarely Used. Stored in a marina stack system (Safe Harbor Emerald Point - Lake Travis)

   **Who has an interest in the property?** Check one.
   - ☑ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**   $67,015.00

   **Current value of the portion you own?**   $67,015.00

   If you own or have more than one, list here:

   4.2  Make: **Regal Boats**

   Model: **24 Fasdeck**

   Year: **2015**

   Other information:

   > Rarely used. Stored in a marina stack system (Safe Harbor Emerald Point - Lake Travis)

   **Who has an interest in the property?** Check one.
   - ☑ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**   $47,285.00

   **Current value of the portion you own?**   $47,285.00

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................... ➜   **$273,956.00**

---

| Part 3: | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........   | Furniture, rugs, artwork and grill (see attached). |   **$11,955.00**

---

Official Form 106A/B                         **Schedule A/B: Property**                         page 3

Debtor  **Jones, Alexander E.**                                              Case number *(if known)* **22-33553**

---

7.  **Electronics**

    *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe. .........

    | Television, monitor (see attached). | $660.00 |

8.  **Collectibles of value**

    *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe. .........

    | 44 U.S. Silver (Morgan Dollar) coins (see attached). | $1,680.00 |

9.  **Equipment for sports and hobbies**

    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe. .........

    | Treadmill and 3 Electric Bikes (see attached). | $2,385.00 |

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe. .........

    | 1 Falcor Petra 300WinMag 22" Rifle and 1 Stacatto XC 9MM Hangun (see attached)<br><br>49 guns - appraisal conducted by Mike Cargill of Central Texas Gun Works, a licensed FFL (see attached). | $73,744.00 |

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. .........

    | Clothes (see attached). | $300.00 |

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe. .........

    | 19 Watches, 1 pair cufflinks (see attached). | $54,622.00 |

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe. .........

    | 1 Ragdoll cat - approx. 2 years old (see attached). | $200.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Give specific information. ..............

    | See Attached. | $25,990.00 |

---

| Debtor | Jones, Alexander E. | Case number *(if known)* | 22-33553 |
|---|---|---|---|

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ......................................................... ➡ | **$171,536.00** |

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes .............................................................................................................................. Cash: .................. | **$12,000.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ...................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | **Bank of America #2913** **Alexander Jones DBA Magnolia Management, Infowars, Jones Productions** | **$10,499.75** |
| 17.2. Checking account: | **Bank of America #6078** **Alexander E. Jones POA David R. Jones** | **$21,291.31** |
| 17.3. Checking account: | **JPMorgan Chase #3520** **Alexander E. Jones** | **$1,206.43** |
| 17.4. Checking account: | **JPMorgan Chase #7518** **Alexander E. Jones** | **$7,513.11** |
| 17.5. Checking account: | **PNC Bank #5233** **Alexander Jones # 22-33553 DIP** | **$25,599.51** |
| 17.6. Checking account: | **Prosperity Bank #9175** | **$57,403.38** |
| 17.7. Checking account: | **Security Bank of Crawford #8548** **Alexander Emric Jones** | **$51,523.89** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ...................    Institution or issuer name:

Debtor  **Jones, Alexander E.**                              Case number *(if known)* **22-33553**

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| A. Emric Productions, LLC (tax forfeiture 01-28-2011) | 100.00% | $0.00 |
| AEJ Austin Holdings, LLC | 100.00% | $10,000.00 |
| Austin Shiprock Publishing, LLC (tax forfeiture 03-10-2023) | 100.00% | $0.00 |
| Emric Productions LLC (no entity filing found) | 100.00% | $485.27 |
| Free Speech Systems, LLC | 100.00% | $0.00 |
| Guadalupe County Land and Water LLC | 100.00% | $0.00 |
| Jones Productions, LLC | 100.00% | $0.00 |
| Jones Report, LLC (prisonplanet.com + jonesreport.com) | 100.00% | $7,302.00 |
| Magnolia Holdings Limited Partnership, LLC | 100.00% | $0.00 |
| Magnolia Management, LLC | 100.00% | $0.00 |
| Planet Infowars, LLC (tax forfeiture 03-10-2023) | 100.00% | $0.00 |
| RCGJ, LLC | 100.00% | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☐ No

    ☑ Yes. Give specific information about them....................

| Issuer name: | |
|---|---|
| Crypto Currency wallet which had a value of $0 at filing, received a donation on 12-03-2022. As of 12-03-2022 the balance was $304.00. | $0.00 |

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | |
| Pension plan: | | |
| IRA: | | |
| Retirement account: | | |
| Keogh: | | |
| Additional account: | | |
| Additional account: | | |

Debtor  **Jones, Alexander E.**                                    Case number *(if known)* **22-33553**

---

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes ......................                          Institution name or individual:

| | | |
|---|---|---|
| Other: | **Alex Jones Legal Fund - GiveSendGo (the funds from this campaign will be received by Pattis & Smith, LLC).** | **$9,464.00** |
| Other: | **Bank of America escrow for rental** | **$8,678.68** |
| Other: | **Per Premarital Agreement - Erika Jones** | **$179,764.00** |
| Other: | **Prepaid Legal - GiveSendGo (the funds from this campaign will be received by Pattis & Smith, LLC).** | **$55,694.00** |

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ......................  Issuer name and description:

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ......................  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Give specific information about them. ...

| | |
|---|---|
| See Attached. | **$131,456.00** |

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

27.  **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

---

Official Form 106A/B                        **Schedule A/B: Property**                        page **7**

Debtor  **Jones, Alexander E.**                                              Case number *(if known)* **22-33553**

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

> 2021 | Anticipated refund is based on AEJ's 2021 Form 1040 that was filed March 29, 2023.

Federal:                  **$3,807,459.00**

State:

Local:

**29.** **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information. ........

Alimony:

Maintenance:

Support:

Divorce settlement:

Property settlement:

**30.** **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information. ........

> Unpaid wages under contract - Free Speech Systems, LLC ("FSS"). Post FSS bankruptcy filing 9 payrolls (08-10-2022 - 12-02-2022).

          **$270,000.00**

**31.** **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| CMFG Life Insurance Policy | Kelly Jones | $0.00 |
| Lincoln Benefits Life Insurance Policy | Policy has been requested. | $0.00 |

**32.** **Any interest in property that is due from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information. ........

Debtor  **Jones, Alexander E.**          Case number *(if known)* **22-33553**

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No

    ☑ Yes. Describe each claim. .............. | Barnes' Law, LLP (potential malpractice). | **unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No

    ☑ Yes. Describe each claim. ..............

    | Elevated Solutions Group, LLC<br><br>Youngevity International, Inc. | **unknown** |

35. **Any financial assets you did not already list**

    ☐ No

    ☑ Yes. Give specific information. ........ | Unclaimed Property (see attached) | **$6,395.67**

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................................................ ➜ | **$4,673,736.00** |

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

---

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.

    ☑ Yes. Go to line 38.

    > **Current value of the portion you own?**
    > Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

---

Debtor **Jones, Alexander E.**                                                                 Case number *(if known)* **22-33553**

---

**41.** **Inventory**

☐ No

☑ Yes. Describe. .........

> Debtor purchased inventory - purchased supplements from Hi-Tech Pharmaceuticals, a dietary supplement industry leader in pre-workouts, diet & energy/weight loss, and strength & muscle building. Inventory cost was $760,854. Product was being marketed through a marketing agreement by and between AEJ, ESG and FSS.

**$760,854.48**

**42.** **Interests in partnerships or joint ventures**

☐ No

☑ Yes. Describe .......

Name of entity:                                          % of ownership:

**Please see entities under #19 which includes values.**     **100.00%**          **unknown**

**43.** **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

   ☐ No

   ☐ Yes. Describe. .........

**44.** **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ...................................................................... ➔     **$760,854.48**

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46.** **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

☑ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

---

Debtor  **Jones, Alexander E.**                                     Case number *(if known)* **22-33553**

---

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

---

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☑ Yes .........................   | Inoperable CAT bull dozer and inoperable Ford dump truck. Please see global notes for pictures of each. |   **$0.00**

---

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................

---

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No

☑ Yes. Give specific information. ............   | Acreage in Guadalupe County Texas purchased 05/15/2020. |   **$2,189,220.00**

---

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ..................................................................................... ➜   **$2,189,220.00**

---

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific information. ............

Alex Was Right (Give/Send/Go) [value: $915.00]   **$915.00**

Access to helicopter service - non-transferable. Up to eight (8) trips per year for a term of fifteen years in exchange for a one-time payment of $335,000 dated 03-03-21 from FSS, check #10635 [value: $0.00]   **$0.00**

---

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................ ➜   **$915.00**

---

**Part 8:**   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ..................................................................................... ➜   **$4,867,800.00**

56. **Part 2: Total vehicles, line 5**         **$273,956.00**

57. **Part 3: Total personal and household items, line 15**         **$171,536.00**

---

Debtor **Jones, Alexander E.**

Case number *(if known)* **22-33553**

| | | | | |
|---|---|---|---|---|
| 58. | **Part 4: Total financial assets, line 36** | **$4,673,736.00** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$760,854.48** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$2,189,220.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$915.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | **$8,070,217.48** | Copy personal property total ➜ | + **$8,070,217.48** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................................... | | | **$12,938,017.48** |

Official Form 106A/B

**Schedule A/B: Property**

page **12**

Debtor __Jones, Alexander E.__                                    Case number *(if known)* __22-33553__

| | Continuation Page |
|---|---|

| 14. | Any other personal and household items you did not already list, including any health aids you did not list | |
|---|---|---|
| | Cryoniq Cryogenic chamber (see attached) | $4,000.00 |
| | Lake House (furniture, fixtures, household goods, recreational equipment - see attachment). | $21,145.00 |
| | Sunglasses and prescription glasses (see attached). | $845.00 |
| 25. | Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit | |
| | 2022 Litigation Settlement Trust | $66,935.00 |
| | AEJ 2018 Trust - Trustee + Beneficiary | $10,002.00 |
| | Alexander E. Jones Descendent and Beneficiary Trust - Grantor | $0.00 |
| | Green Leaf Trust - Former Trustee + Cosettlor | $0.00 |
| | Recharge Dynasty Trust - Cosettler + Trustee | $0.00 |
| | RXXCTTGAA Trust - Settlor, Co-Trustee + Beneficiary | $0.00 |
| | The Missouri779384 Trust | $54,519.00 |

<table>
<tr><td colspan="3" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | Alexander | E. | Jones |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Southern District of Texas** _____

Case number (if known): _____ 22-33553 _____

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Homestead (see Motion to Seal, Dkt No. 230)<br>Austin, TX 78735<br><br>Line from *Schedule A/B*:   1.1 | $2,612,800.00 | ☑  $2,612,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 |
| Brief description:<br>Furniture, rugs, artwork and grill (see attached).<br><br>Line from *Schedule A/B*:   6 | $11,955.00 | ☑  $11,955.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☑ No

   　　☐ Yes

| Debtor 1 | **Alexander** | **E.** | **Jones** | | Case number *(if known)* 22-33553 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Television, monitor (see attached).<br><br>Line from *Schedule A/B:* ___7___ | $660.00 | ☑ $660.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Treadmill and 3 Electric Bikes (see attached).<br><br>Line from *Schedule A/B:* ___9___ | $2,385.00 | ☑ $2,385.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>1 Falcor Petra 300WinMag 22" Rifle and 1 Stacatto XC 9MM Hangun (see attached)<br><br>Line from *Schedule A/B:* ___10___ | $10,211.00 | ☑ $10,211.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description:<br>Clothes (see attached).<br><br>Line from *Schedule A/B:* ___11___ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>19 Watches, 1 pair cufflinks (see attached).<br><br>Line from *Schedule A/B:* ___12___ | $54,622.00 | ☑ $12,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>1 Ragdoll cat - approx. 2 years old (see attached).<br><br>Line from *Schedule A/B:* ___13___ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) |
| Brief description:<br>Sunglasses and prescription glasses (see attached).<br><br>Line from *Schedule A/B:* ___14___ | $845.00 | ☑ $845.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.001(b)(2) |
| | | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** | **E.** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **22-33553** | | |

☑ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Cubesmart<br>Name<br>6130 E. Ben White Blvd.<br>Number     Street<br>Austin, TX 78741<br>City                    State       ZIP Code | 4 Units - Household |
| 2.2 | Elevated Solutions Group, LLC<br>Name<br>211 E. 7th Street, Suite 620<br>Number       Street<br>Austin, TX 78701-3218<br>City                    State       ZIP Code | Agreement to design, production conception, marketing and fulfilment of dietary supplement products.<br>Contract to be REJECTED |
| 2.3 | Elevated Solutions Group, LLC<br>Name<br>211 E. 7th Street, Suite 620<br>Number       Street<br>Austin, TX 78701-3218<br>City                    State       ZIP Code | Celebrity Endorsement and Likeness Use Agreement - Conspiracy Bourbon LLC<br>Contract to be REJECTED |
| 2.4 | Free Speech Systems, LLC<br>Name<br>c/o Ray Battaglia, 66 Granbury Circle<br>Number     Street<br>San Antonio, TX 78218-3010<br>City                    State       ZIP Code | Employment Agreement |

Debtor 1    **Alexander**        **E.**        **Jones**                                    Case number *(if known)* 22-33553

            First Name    Middle Name    Last Name

███ **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.5** Jones, Erika Wulff <br> Name <br> (see Motion to Seal, Dkt. No. 230) <br> Number        Street <br> Austin, TX 78735 <br> City              State      ZIP Code | Premarital Agreement <br> Contract to be: ASSUMED |
| **2.6** Mint Studios <br> Name <br> 15390 W. Centerra Dr., Unit 56 <br> Number        Street <br> Goodyear, AZ 85338 <br> City              State      ZIP Code | Video Game Agreement <br> Contract to be: ASSUMED |
| **2.7** Mountain Way Marketing, LLC <br> Name <br> (see Motion to Seal, Dkt. No. 230) <br> Number        Street <br> City              State      ZIP Code | Verbal contract for marketing and personal appearances. <br> Contract to be: REJECTED |
| **2.8** Public Storage <br> Name <br> 1800 S. Lamar Blvd. <br> Number        Street <br> Austin, TX 78704 <br> City              State      ZIP Code | 2 Units - Household <br> Contract to be: |
| **2.9** Public Storage Ben White <br> Name <br> 2301 E. Ben White Blvd. <br> Number        Street <br> Austin, TX 78741 <br> City              State      ZIP Code | 2 Units - Household <br> Contract to be: |
| **2.10** Public Storage Westlake <br> Name <br> 6726 RM 2244 <br> Number        Street <br> Austin, TX 78746 <br> City              State      ZIP Code | 3 Units - Household <br> Contract to be: |
| **2._** <br> Name <br> Number        Street <br> City              State      ZIP Code | |
| **2._** <br> Name <br> Number        Street <br> City              State      ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** | **E.** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **22-33553** | | |

☑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1:   Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................... | $4,867,800.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................... | $8,070,217.48 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................. | $12,938,017.48 |

## Part 2:   Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $34,883.11 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $558,984.64 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $1,489,382,466.68 |
| **Your total liabilities** | $1,489,976,334.43 |

## Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................... | $154,396.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*...................................................................................... | $77,374.00 |

Debtor 1    **Alexander**          **E.**          **Jones**                          Case number *(if known)*  22-33553
             First Name        Middle Name      Last Name

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $25,183.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $558,984.64 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | |
| 9d. Student loans. (Copy line 6f.) | |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + |
| 9g. **Total**. Add lines 9a through 9f. | $584,167.64 |

Fill in this information to identify your case:

Debtor 1    __Alexander__          __E.__          __Jones__
            First Name             Middle Name     Last Name

Debtor 2    _____
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    __Southern District of Texas__

Case number    _____22-33553_____
(if known)

☑ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  __/s/ Alex Jones_____

Alex Jones, Debtor 1

Date __11/26/2023_____
     MM/  DD/  YYYY