**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **ALEXANDER E. JONES** | § | **Case No. 22-33553** |
| | § | |
| Debtor. | § | |
| | § | |

**GLOBAL NOTES AND SUPPORTING INFORMATION REGARDING THIRD
AMENDED SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF FINANCIAL AFFAIRS**

On December 2, 2022 (the "Petition Date"), Alexander E. Jones (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").

With the assistance of his Bankruptcy Court approved financial and legal advisors, the Debtor prepared the original Schedules and Statement of Financial Affairs filed on February 14, 2023 at Docket Numbers 130 and 131. The Debtor amended his Schedules and Statement of Financial Affairs at Docket Numbers 161 and 162, and further at Docket Numbers 231 and 232, with additional information located at Docket Numbers 233 and 234. On April 18, 2023, the Debtor filed further amended Schedules and Statement of Financial Affairs at Docket Numbers 242 and 243. On this the date below, the Debtor filed his Third Amended Schedules of Assets and Liabilities (the "Schedules") and the Third Amended Statement of Financial Affairs (the "SOFA") and combined, the "Schedules and SOFAs"), pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to any financial statements.

Although the Debtor's advisors and the Debtor have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. These notes regarding the Debtor's Schedules and SOFAs (the "Notes") comprise an integral part of the Debtor's Schedules and SOFAs and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

Compiling the information necessary to complete the Schedules and SOFAs for this individual debtor was incredibly difficult due to the lack of books and records in any single place. Multiple individuals assisted the Debtor in paying his bills and household expenses, but no budget

1

existed and no bookkeeper reconciled any bank statements.  Bank accounts were used by or on behalf of the Debtor by third parties due to his status as a controversial public media personality.

1.  <u>Amendments.</u> The Debtor reserves the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

2.  <u>Asset Presentation.</u> Most assets and liabilities of the Debtor are fair market value as of December 2, 2022; provided, however, that some adjustments have been made when the information was available subsequent thereto. When another source or method was used, all attempts have been made to notate such source or method.  The Debtor reserves his right to amend or adjust the value of each asset or liability set forth herein.

3.  <u>Liabilities.</u> The Debtor sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtor also reserves the right to change the allocation of liability to the extent additional information becomes available.

4.  <u>Causes of Action.</u> Despite reasonable efforts, the Debtor may not have identified or set forth all of its causes of action against third parties as assets in his Schedules and SOFAs. The Debtor reserves any and all of his rights with respect to any causes of action he may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.  <u>Claim Description.</u> Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on his Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtor also reserves the right to amend his Schedules or SOFAs as necessary or appropriate.

6.  <u>Property and Equipment.</u> A third-party appraisal company has completed a physical inventory or appraisal of all of his owned equipment household goods, jewelry, and other physical assets located at his homestead and lake house and such values are described and contained in these Schedules. Nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all of his rights with respect to such issues.

7.  <u>Insurance.</u> The Debtor has, in the past, maintained a variety of insurance policies including property and life. The Debtor's interest in these types of policies is limited to the amount of the premiums that the Debtor has prepaid, if any, as of Petition Date. To the best of the Debtor's knowledge, no such prepayments exist. The Debtor reserves all rights to refunds of any

overpayments of premiums paid on any insurance policies. In addition, the Debtor believes there is no cash value in such policies.

8.     <u>Insiders.</u> In the circumstances where the Bankruptcy Schedules require information regarding insiders, the listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or apparent or actual authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.     <u>Statement of Financial Affairs 19(d) – Financial Statements.</u> The Debtor has tried to remember all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtor reserves his rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

10.     <u>Specific Notes.</u> These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, list, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, list, or continuation sheet.

11.     <u>Totals.</u> All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

12.     <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

13.     <u>General Reservation of Rights.</u> The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of his Schedules and SOFAs as and to the extent necessary as he deems appropriate.

14.     <u>Specific Notes.</u>

- Schedule A/B:
  - Changes to condominium ownership:
    - Condo # 6 – Purchased February 25, 2016 (original deed) from 3504 Clawson Road, LLC (seller) by RXXCTTGAA Trust (corrected deed filed on April 25, 2016) and transferred via General Warranty Deed to The Alexander E. Jones Descendent and Beneficiary Trust on February 7, 2019.
- Schedule A/B: Property – Part 2 – Vehicles
  - 3.0: Cars, vans, trucks, sport utility vehicles, motorcycles
    - 2020 Chevrolet Tahoe was removed from these Schedules – FSS leases the vehicle.

- Schedule A/B: Property – Part 2 – Boats & trailers (slip #'s 1C73, 1A80, TR007, & 1A11)
    - 4.3: 2003 Glastron 22 foot boat Model GS209 removed.  Transferred to Patrick Reilly seven years ago and registration changed into his name in March 2022

- Schedule A/B: Property - Part 4 – Financial Assets.
    - 10. Firearms.  $73,744 total value of all firearms.
    - 19.0 Non-publicly traded stock and interests and unincorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture.
        - AEJ Austin Holdings LLC
            - Prior to September 25, 2018, owned 80% equity ownership of PLJR Holdings Limited, LLC which owns 90% of PQPR Holdings Limited, LLC ("PQPR"), an effective 72% ownership of PQPR
            - Value of bank balance $10,000 – (Security Bank account #0940).
            - Effective September 25, 2018, AEJ Austin Holdings, LLC, transferred its equity ownership in PLJR Holdings Limited, LLC to The AEJ 2018 Trust in exchange for $25,900,000.00 Note and Security Agreement.
            - According to the bank records, The AEJ 2018 Trust made one interest payment under the Note, then de minimus transfers note tied to the economics of the Note.
            - Value was determined by a third-party analysis of Briggs & Veselka Co., P.C. as of March 31, 2018.
        - Austin Shiprock Publishing – revise that tax bill for 2021 paid by FSS in 2022, not 2002.
    - 22. Security Deposits and Prepayments
        - Move Prepaid Legal.
    - 25 Trusts
        - AEJ 2018 Trust – Added Debtor's role as Trustee and Beneficiary
            - As noted above, AEJ 2018 Trust executed a Note and Security Agreement in favor of AEJ Austin Holdings, LLC for $29,500,000 in exchange for the PLJR equity interests.
            - The Note is in default.
        - Alexander E. Jones Descendent and Beneficiary Trust – Added Debtor's role as Grantor.  Removed value as this trust has been reviewed and is not within the control of the Debtor, nor is Debtor entitled to direct the trust, nor is he a beneficiary.  Increased value to reflect the pre-petition transfer of Condo #6 from RXXCTTGAA Trust.
        - Greenleaf Trust – Added Debtor's role as former co-trustee and co-settlor.  Removed value as this trust has been reviewed and is not within the

control of the Debtor, nor is Debtor entitled to direct the trust, nor is he a beneficiary.
- Recharge Dynasty Trust – Added Debtor's role as co-settlor and trustee.
- RXXCTTGAA Trust – Added Debtor's role as settlor, co-trustee, and beneficiary.  Also removed value due to pre-petition transfer of Condo #6 to the Alexander E. Jones Descendent and Beneficiary Trust.
  - o 33.0 Claims against third parties
    - Both counsel listed represented Debtor in Texas litigation; claim not valued currently.

- Schedule C – Exemptions
  - o Debtor is claiming $12,500 value of one watch as exempt.

- Schedule G: Executory Contracts
  - o Added contract with Mint for video game NIL. It will be assumed.

**SOFA Form 107**
- Part 3
  - o Paid $59,816.22 in real property taxes as follows:
    - $12,108.94 – Whispering Winds
    - $16,346.67 – Unit 3 Clawson Road
    - $14,298.95 – Unit 6 Clawson Road
    - $17,061.66 – Back of the Moon
- Part 5
  - o 13. Within two years before you filed for bankruptcy.
    - Gift cards for children for holidays under $3,000 each.
- Part 7
  - o 16.
    - Adding $500,000 retainer paid to Crowe & Dunlevy, noting $48,193.00 applied for pre-petition services.
    - Changed the payment amount to Jordan & Ortiz to $744,844.06 to include $598,053.90 in fees and expenses paid for the one year before filing the bankruptcy case on 12/2/22 and a $146,790.16 retainer fee.
    - Added BlackBriar Advisors retainer of $200,000 paid on 12/2/22.

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Alexander**            **E.**            **Jones** | |
| | First Name            Middle Name            Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name            Middle Name            Last Name | |
| United States Bankruptcy Court for the: | **Southern District of Texas** | |
| Case number (if known) | **22-33553** | |

☑ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Alexander**            **E.**                    **Jones**                                    Case number *(if known)* 22-33553
_____    _____    _____                                    _____
First Name        Middle Name        Last Name

**Part 2:    Explain the Sources of Your Income**

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $8,232,691.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | $30,296,069.00 | ☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2021 )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $1,144,044.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | $37,593,377.00 | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $639,118.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | $45,520,393.00 | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental Income (see Schedule I, Part 2. 8(a)) | $14,400.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2021 )<br>YYYY | Rental Income (see Schedule I, Part 2. 8(a)) | $14,400.00 | | |

Debtor 1 __Alexander__ __E.__ __Jones__   Case number *(if known)* _22-33553_
First Name    Middle Name    Last Name

| **For the calendar year before that:** | Rental Income (see | $14,400.00 | | |
| (January 1 to December 31, _2020_ ) | Schedule I, Part 2. | | | |
| YYYY | 8(a) | | | |
| | | | | |
| | | | | |

---

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Muniz, L. <br> Creditor's Name <br> c/o Ray Battaglia, 66 Granburg Circle <br> Number    Street <br> San Antonio, TX 78218-3010 <br> City    State    ZIP Code | 09/23/2022 - 10/18/2022 | $16,117.71 | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other  Admin |
| JPMorgan Chase <br> Creditor's Name <br> PO Box 29505 A21-1191 <br> Number    Street <br> Phoenix, AZ 85038-9505 <br> City    State    ZIP Code | 10/04/2022-10 /25/2022 | $73,458.00 | | ☐ Mortgage <br> ☐ Car <br> ☑ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other |
| Pattis, Norman A. <br> Creditor's Name <br> 383 Orange Street, 1st Floor <br> Number    Street <br> New Haven, CT 06511 <br> City    State    ZIP Code | | $160,025.00 | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other  Retainer |

Debtor 1  **Alexander**          **E.**              **Jones**                              Case number *(if known)* 22-33553
          First Name     Middle Name       Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Martin, Chris<br>Creditor's Name<br><br>808 Travis, Suite 1100<br>Number     Street<br><br>Houston, TX 77002<br>City          State     ZIP Code | | $110,025.00 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  Retainer |
| Travis County, Texas<br>Creditor's Name<br><br>PO Box 1748<br>Number     Street<br><br>Austin, TX 78714-1748<br>City          State     ZIP Code | 12/01/2022-12/02/2022 | $59,816.22 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  Property Taxes |
| Contini Renovations<br>Creditor's Name<br><br>510 Brian Lane<br>Number     Street<br><br>Kyle, TX 78640<br>City          State     ZIP Code | 09/07/2022-10/18/2022 | $17,829.85 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  Home Repair |
| Minton Burton Bassett & Collins<br>Creditor's Name<br><br>1100 Guadalupe Street<br>Number     Street<br><br>Austin, TX 78701<br>City          State     ZIP Code | 11/23/2022 | $20,000.00 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  Retainer |
| PrivJets<br>Creditor's Name<br><br><br>Number     Street<br><br><br>City          State     ZIP Code | 11/07/2022 | $51,944.56 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other |
| Allstate<br>Creditor's Name<br><br>12835 E. Arapahoe Rd. Tower I-Suite 200<br>Number     Street<br><br>Centennial, CO 80112<br>City          State     ZIP Code | 09/16/2022 -11/16/2022 | $22,581.82 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other |

Debtor 1    **Alexander**          **E.**              **Jones**                          Case number *(if known)* 22-33553
           First Name          Middle Name        Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Austin Security and Investigation Solutions, LLC<br>Creditor's Name<br><br>PO Box 2904<br>Number     Street<br><br>Pflugerville, TX 78691<br>City          State     ZIP Code | 10/18/2022 | $39,575.12 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other  Personal Security |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Erika Wulff Jones<br>Insider's Name<br><br>FSS, c/o Raymond Battaglia, 66 Granburg Circle<br>Number     Street<br><br>San Antonio, TX 78218-3010<br>City          State     ZIP Code | See attachment | $833,943.00 | Unliquidated | Premarital Agreement which requires monthly payments with a 4% annual escalation throughout the term of the marriage plus reimbursement of certain expenses set forth in the agreement plus vehicle to be replaced periodically as set forth therein. |
| David Ross Jones<br>Insider's Name<br><br>c/o Stephen A. Roberts, 1400 Marshall Ln.<br>Number     Street<br><br>Austin, TX 78703-3407<br>City          State     ZIP Code | See attachment | $947,813.84 | $0.00 | Of the $947,813.84, $500,000.00 was a direct pass-through from The Missouri779384 Trust to David Jones (Security Bank Acct #753) then immediately to Alexander E. Jones (Security Bank Acct #8548). $330,000.00 went to pay for professional retainer fees. $447,813.84 was reimbursement for charges incurred by Alex on David's credit cards and other payments made on behalf of Alex. Alex was an authorized user of David's credit card and used it due to credit limitations. |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No

☑ Yes. List all payments that benefited an insider.

Debtor 1   **Alexander**          **E.**          **Jones**                Case number *(if known)* 22-33553
           First Name       Middle Name     Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| David R. Jones, Trustee<br>Insider's Name<br>c/o Stephen A. Roberts, 1400 Marshall Ln.<br>Number    Street<br>Austin, TX 78703-3407<br>City           State    ZIP Code | See attachment | $83,146.14 | $0.00 | Payments for condos owned by The Alexander E. Jones Descendant and Beneficiary Trust. |

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  Marcel Fontaine v. Alex E. Jones, InfoWars, LLC, Free Speech Systems<br><br>Case number  22-01022-hcm | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Austin)<br>Court Name<br>903 San Jacinto Blvd., Suite 322<br>Number    Street<br>Austin, TX 78701<br>City           State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title  Neil Heslin v. Alexander E. Jones, InfoWars, LLC, Free Speech Systems, LLC and Owen Shroyer<br><br>Case number  22-01023-hcm | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Austin)<br>Court Name<br>903 San Jacinto Blvd., Suite 322<br>Number    Street<br>Austin, TX 78701<br>City           State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title  Scarlett Lewis v. Alexander E. Jones, InfoWars, LLC, and Free Speech Systems, LLC<br><br>Case number  22-01024-hcm | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Austin)<br>Court Name<br>903 San Jacinto Blvd., Suite 322<br>Number    Street<br>Austin, TX 78701<br>City           State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title  Gilmore v. Jones et al<br>Case number  3:18-cv-00017-NKM-JCH | 320 Assault Libel & Slander | U.S. District Court Western District of Virginia (Charlottesville)<br>Court Name<br>255 W. Main Street Room 304<br>Number    Street<br>Charlottesville, VA 22902<br>City           State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor 1    **Alexander**          **E.**              **Jones**                                    Case number *(if known)* __22-33553__
            First Name          Middle Name         Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title __Klayman v. Infowars, LLC et al__  Case number __0:20-cv-61912-AMC__ | 320 Assault Libel & Slander | __U.S. District Court for the Southern__ __District of Florida (Ft. Lauderdale)__ Court Name __299 East Broward Blvd., #108__ Number    Street __Fort Lauderdale, FL 33301__ City              State     ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |
| Case title __Murdock v. Jones et al__  Case number __3:21-cv-13184-MAS-DEA__ | 890 Other Statutory Actions | __U.S. District Court District of New__ __Jersey (Trenton)__ Court Name __402 East State Street__ Number    Street __Trenton, NJ 08608__ City              State     ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |
| Case title __Erica Lafferty, David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Jeremy Hensel, Jeremy Richman, Donna Soto, Carlee Soto-Parisi, Carlos Soto, Jillian Soto, and William Aldenberg v. Alex Emeric Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, Prison Planet TV, LLC, Wolfgang Halbig, Corey T. Sklanka, Gensis Communications Network, Inc., and Midas Resources, Inc.__  Case number __22-05004__ | Determination of removed claim or cause | __U.S. Bankruptcy Court District of__ __Connecticut (Bridgeport)__ Court Name __915 Lafayette Boulevard__ Number    Street __Bridgeport, CT 06604__ City              State     ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |
| Case title __William Sherlach v. Alex E. Jones, Free Speech Systems, LLC, Wolfgang Halbig, Cory T. Sklanka, Genesis Communications Network, Inc. and Midas Resources, Inc.__  Case number __22-05005__ | Determination of removed claim or cause | __U.S. Bankruptcy Court District of__ __Connecticut (Bridgeport)__ Court Name __915 Lafayette Boulevard__ Number    Street __Bridgeport, CT 06604__ City              State     ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |

Debtor 1   **Alexander**            **E.**               **Jones**                              Case number *(if known)* 22-33553
           First Name              Middle Name          Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title   William Sherlach v. Alex E. Jones, Free Speech Systems, LLC, Wolfgang Halbig, Cory T. Sklanka, Genesis Communications Network, Inc., and Midas Resources, Inc.<br><br>Case number  22-05006 | Determination of removed claim or cause | U.S. Bankruptcy Court District of Connecticut (Bridgeport)<br>Court Name<br>915 Lafayette Boulevard<br>Number     Street<br>Bridgeport, CT 06604<br>City                    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title   Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique de la Rose, Marcel Fontaine v. Info W, LLC, Alex E. Jones, Free Speech Systems, LLC<br><br>Case number  22-06004-mmp | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Waco)<br>Court Name<br>800 Franklin Avenue, #140<br>Number     Street<br>Waco, TX 76701<br>City                    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title   Neil Heslin v. Alex E. Jones et al<br><br>Case number  D-1GN-18-001835 | Defamation | 261st District Court of Travis County Texas<br>Court Name<br>1700 Guadalupe, 10th Floor<br>Number     Street<br>Austin, TX 78701<br>City                    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title   Scarlett Lewis v. Alex E. Jones, et al<br><br>Case number  D1-GN-18-006623 | Defamation | 53rd District Court for Travis County Texas<br>Court Name<br>1700 Guadalupe, 8th Floor<br>Number     Street<br>Austin, TX 78701<br>City                    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title   Leonard Pozner and Veronique De La Rosa v. Alex E. Jones, et al<br><br>Case number  D1-GN-18-001824 | Defamation | 345th District Court of Travis County Texas<br>Court Name<br>1700 Guadalupe, 10th Floor<br>Number     Street<br>Austin, TX 78701<br>City                    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title   Marcel Fontaine v. Alex E. Jones, et al<br><br>Case number  D1-GN-18-001605 | Defamation | 459th District Court of Travis County Texas<br>Court Name<br>1700 Guadalupe, 11th Floor<br>Number     Street<br>Austin, TX 78701<br>City                    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    __Alexander__    __E.__    __Jones__      Case number *(if known)* __22-33553__

     First Name      Middle Name      Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title __Lafferty, et al v. Alex Jones, et al__<br><br>Case number __UWY-CV-18-6046436-S__ | Defamation | __In the Superior Court of Connecticut__<br>__Judicial District of Waterbury__<br>Court Name<br>__400 Grand Street__<br>Number    Street<br>__Waterbury, CT 06702__<br>City      State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title __Sherlach v. Jones, et al__<br><br>Case number __UWY-CV-18-6046437-S__ | Defamation | __In the Superior Court of Connecticut__<br>__Judicial District of Waterbury__<br>Court Name<br>__400 Grand Street__<br>Number    Street<br>__Waterbury, CT 06702__<br>City      State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title __Sherlach, et al v. Jones, et al__<br><br>Case number __UWY-CV-18-6046438-S__ | Defamation | __In the Superior Court of Connecticut__<br>__Judicial District of Waterbury__<br>Court Name<br>__400 Grand Street__<br>Number    Street<br>__Waterbury, CT 06702__<br>City      State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City      State    ZIP Code | | _____ | _____ |

**Explain what happened**

☐ Property was repossessed.

☐ Property was foreclosed.

☐ Property was garnished.

☐ Property was attached, seized, or levied.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Alexander**          **E.**              **Jones**                                Case number *(if known)* 22-33553
_____
First Name          Middle Name         Last Name

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | | |
| Creditor's Name | | | |
| | | | |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _See Global Notes_<br>Person to Whom You Gave the Gift | Children, Holidays all under $3,000.00. | | _____ unknown |
| | | | |
| _____<br>Number    Street | | | |
| _____<br>City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _Lake Hills Church_<br>Charity's Name | | Unknown | $2,000.00 |
| | | | |
| _11521 Bee Caves Rd._<br>Number    Street | | | |
| _Austin, TX 78758_<br>City          State    ZIP Code | | | |

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Crowe & Dunlevy, P. C.<br>Person Who Was Paid<br><br>2525 McKinnon St., Suite 425<br>Number      Street<br><br><br>Dallas, TX 75201<br>City                          State      ZIP Code<br>www.cowedunlevy.com<br>Email or website address<br>The Missouri779384 Trust<br>Person Who Made the Payment, if Not You | Attorney's Retainer - $500,000.00 - $48,193.00 (Prepetition). | 12/2/2022 | $48,193.00 |
| BlackBriar Advisors, LLC<br>Person Who Was Paid<br><br>2626 Cole Avenue<br>Number      Street<br><br><br>Dallas, TX 75201<br>City                          State      ZIP Code<br><br>Email or website address<br>The Missouri779384 Trust<br>Person Who Made the Payment, if Not You | Retainer $200,000.00 | 12/02/2023 | $0.00 |

Debtor 1    **Alexander**          **E.**              **Jones**              Case number *(if known)* 22-33553
            First Name         Middle Name        Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Jordan, Shelby A. | Attorney's Retainer -$146,790.16 paid on 11/30/22 + payments made from 12/01/21 - 12/01/2022 (see attachment). | 11/30/22 | $744,844.06 |

Person Who Was Paid

500 N. Shoreline Blvd.,
Number     Street


Corpus Christi, TX 78401-0341
City          State     ZIP Code

www.jhwclaw.com
Email or website address

The Missouri779384 Trust
Person Who Made the Payment, if Not You

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number     Street | | | |
| City          State     ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number     Street | | | |
| City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Alexander | E. | Jones | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☐ No

☑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _The Missouri779384_<br><br>_Trust_ | House sold in November, 2021 for $3,252,925.49 which was transferred to The Missouri779384 Trust (Cedar Oaks Dr., in Westlake). | _04-05-2022_ |

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _Security Bank of Crawford_<br>**Name of Financial Institution**<br><br>_PO Box 90_<br>**Number      Street**<br><br>_Crawford, TX 76638_<br>**City          State    ZIP Code** | XXXX– _8_ _5_ _4_ _8_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | See Global Notes, Item #25 for Schedules | $29,935.66 |
| _Prosperity Bank_<br>**Name of Financial Institution**<br><br>_PO Box Box Drawer G_<br>**Number      Street**<br><br>_El Campo, TX 77437_<br>**City          State    ZIP Code** | XXXX– _9_ _1_ _7_ _5_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _01/10/2023_ | $212,742.30 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No

☑ Yes. Fill in the details.

| Debtor 1 | Alexander | E. | Jones | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Prosperity Bank<br>**Name of Financial Institution**<br><br>PO Box Drawer G<br>**Number    Street**<br><br><br>El Campo, TX 77437<br>**City          State      ZIP Code** | N/A<br>**Name**<br><br><br>**Number     Street**<br><br><br>**City                     State      ZIP Code** | On 03-24-2023 lock was drilled and box was empty (1 rubber band). Cosigners were AEJ and ex-wife. | ☑ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Cubesmart<br>**Name of Storage Facility**<br><br>6130 E. Ben White Blvd.<br>**Number    Street**<br><br><br>Austin, TX 78741<br>**City          State      ZIP Code** | David Jones and Alex Jones, L. Muniz<br>(see Motion to Seal, Dkt #230)<br>**Name**<br><br><br>**Number     Street**<br><br>Austin, TX<br>**City                     State      ZIP Code** | 4 Units - Household furniture, exercise equipment & misc. | ☐ No<br>☑ Yes |
| Public Storage Ben White<br>**Name of Storage Facility**<br><br>2301 E. Ben White Blvd.<br>**Number    Street**<br><br><br>Austin, TX 78741<br>**City          State      ZIP Code** | David Jones, Alex Jones, L. Muniz<br>(see Motion to Seal, Dkt #230)<br>**Name**<br><br><br>**Number     Street**<br><br><br>**City                     State      ZIP Code** | 2 Units - Household furniture. | ☐ No<br>☑ Yes |
| Public Storage Westlake<br>**Name of Storage Facility**<br><br>6726 RM 2244<br>**Number    Street**<br><br><br>Austin, TX 78746<br>**City          State      ZIP Code** | David Jones, Alex Jones, L. Muniz<br>(see Motion to Seal, Dkt #230)<br>**Name**<br><br><br>**Number     Street**<br><br><br>**City                     State      ZIP Code** | 3 Units - Household furniture. | ☑ No<br>☐ Yes |
| Public Storage<br>**Name of Storage Facility**<br><br>1800 S. Lamar Blvd.<br>**Number    Street**<br><br><br>Austin, TX 78704<br>**City          State      ZIP Code** | David Jones, Alex Jones, L. Muniz<br>(see Motion to Seal, Dkt #230)<br>**Name**<br><br><br>**Number     Street**<br><br><br>**City                     State      ZIP Code** | 2 Units - Household furniture. | ☑ No<br>☐ Yes |

Debtor 1    **Alexander**      **E.**      **Jones**      Case number *(if known)* 22-33553

First Name      Middle Name      Last Name

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owen Shroyer<br>**Owner's Name**<br><br>FSS, c/o Raymond Battaglia, 66<br>Granburg Circle<br>**Number   Street**<br><br>San Antonio, TX 78218-3010<br>**City    State    ZIP Code** | FSS, c/o Raymond Battaglia, 66<br>Granburg Circle<br>**Number   Street**<br><br>San Antonio, TX 78218-3010<br>**City       State    ZIP Code** | January 6th participant. 1. Ruger - Security-9 2. Falkor Defense-FD-9S 3. Sig Sauer -SIGM400 4. Storger Coach Gun-Coach Gun 12 GA 3" chamber. | unknown |
| Sam Montova<br>**Owner's Name**<br><br>FSS, c/o Raymond Battaglia, 66<br>Granburg Circle<br>**Number   Street**<br><br>San Antonio, TX 78218<br>**City    State    ZIP Code** | FSS, c/o Raymond Battaglia, 66<br>Granburg Circle<br>**Number   Street**<br><br>San Antonio, TX 78218-3010<br>**City       State    ZIP Code** | January 6th participant. 1. Smith & Wesson - M&P 15-22. | unknown |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site**<br><br>**Number   Street**<br><br>**City    State    ZIP Code** | **Governmental unit**<br><br>**Number   Street**<br><br>**City    State    ZIP Code** | | |

| Debtor 1 | Alexander | E. | Jones | Case number *(if known)* 22-33553 |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |
| _____ Name of site | _____ Governmental unit | | _____ |
| _____ Number    Street | _____ Number    Street | | |
| _____ City        State    ZIP Code | _____ City            State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
| --- | --- | --- | --- |
| Case title _____ | _____ Court Name | | ☐ Pending ☐ On appeal ☐ Concluded |
| _____ | _____ Number    Street | | |
| _____ Case number | _____ City            State    ZIP Code | | |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☑ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* 22-33553 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Free Speech Systems, LLC<br>**Name**<br><br>c/o Ray Battaglia, 66 Granburg Circle<br>**Number     Street** | Media production. | EIN:  _2_ _6_ – _1_ _5_ _1_ _0_ _0_ _0_ _5_ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| San Antonio, TX 78218-3010<br>**City                       State     ZIP Code** | Patrick MaGill and Jeff Shulse | From  11/16/2007   To<br>03/10/2023 (Tax Forfeiture) |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Magnolia Management, LLC<br>**Name**<br><br>3059 Mountainwood<br>**Number     Street** | General Partner for Magnolia Holdings, Limited Partnership | EIN:  _6_ _1_ – _1_ _5_ _4_ _6_ _9_ _1_ _5_ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| Juneau, AK 99801<br>**City                       State     ZIP Code** | NA | From  11/16/2007   To  09/23/2021 |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Magnolia Holdings, Limited Partnership<br>**Name**<br><br>1225 E. International Airport Rd., Suite<br>**Number     Street** | Holding company for Prison Planet TV, LLC, Jones Report, LLC and Infowars, LLC. | EIN:  _2_ _6_ – _1_ _5_ _0_ _9_ _9_ _0_ _6_ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| Anchorage, AK 99518<br>**City                       State     ZIP Code** | NA | From  11/20/2007   To  05/29/2020 |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Prison Planet TV, LLC<br>**Name**<br><br>3005 S. Lamar Blvd., Suite<br>**Number     Street** | Holds movie rights | EIN:  __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| Austin, TX 78704<br>**City                       State     ZIP Code** | NA | From  11/15/2007   To<br>03/10/2023 (Tax Forfeiture) |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Jones Report, LLC<br>**Name**<br><br>3005 S. Lamar Blvd., Suite<br>**Number     Street** | Holds Intellectual Property | EIN:  __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| Austin, TX 78704<br>**City                       State     ZIP Code** | NA | From  11/15/2007   To  03/10/2023 |

Debtor 1   **Alexander**          **E.**          **Jones**                                    Case number *(if known)* 22-33553
                First Name       Middle Name       Last Name

---

__AEJ Austin Holdings, LLC__
**Name**

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|

_PO Box 19549_
**Number       Street**

Distributions from AEJ 2018 Trust

EIN: __ __ – __ __ __ __ __ __ __

| Name of accountant or bookkeeper | Dates business existed |
|---|---|

_Austin, TX 78760_
**City              State     ZIP Code**

NA

From  _09/24/2018_  To _03/10/2023_

---

_Planet Infowars, LLC_
**Name**

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|

_PO Box 19549_
**Number       Street**

Unknown - upon information and belief, this entity has not been used

EIN: __ __ – __ __ __ __ __ __ __

| Name of accountant or bookkeeper | Dates business existed |
|---|---|

_Austin, TX 78760-9549_
**City              State     ZIP Code**

NA

From  _04/04/2012_  To _03/10/2023_

---

_Emeric Productions, LLC_
**Name**

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|

_Uknown_
**Number       Street**

Unknown - upon information and belief, this entity has not been used

EIN: __ __ – __ __ __ __ __ __ __

| Name of accountant or bookkeeper | Dates business existed |
|---|---|

**City              State     ZIP Code**

NA

From  _05/10/2007_  To _11/28/2011_

---

_Austin Shiprock Publishing, LLC_
**Name**

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|

_PO Box 19549_
**Number       Street**

Unknown - upon information and belief, this entity has not been used

EIN: __ __ – __ __ __ __ __ __ __

| Name of accountant or bookkeeper | Dates business existed |
|---|---|

_Austin, TX 78760-9549_
**City              State     ZIP Code**

From  _04/24/2012_  To _03/10/2023_

---

_Infowars n/k/a Infow, LLC_
**Name**

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|

_3005 S. Lamar Blvd., Suite_
**Number       Street**

Holds Intellectual Property

EIN: __ __ – __ __ __ __ __ __ __

| Name of accountant or bookkeeper | Dates business existed |
|---|---|

_Austin, TX 78704_
**City              State     ZIP Code**

NA

From  _11/15/2007_  To _03/10/2023_

---

_Jones Productions, LLC_
**Name**

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|

_3005 S. Lamar Blvd., Suite_
**Number       Street**

EIN: _2_ _6_ – _1_ _5_ _0_ _9_ _9_ _5_ _5_

| Name of accountant or bookkeeper | Dates business existed |
|---|---|

_Austin, TX 78704_
**City              State     ZIP Code**

NA

From  _01/14/2007_  To
_03/10/2023 (Tax Forfeiture)_

---

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* 22-33553 |
| | First Name | Middle Name | Last Name | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | _____ |
| Name | MM / DD / YYYY |
| _____ | |
| Number    Street | |
| _____ | |
| _____ | |
| City                State    ZIP Code | |

---

| **Part 12:** | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Alex Jones
_____

Signature of Alex Jones, Debtor 1

Date  11/26/2023

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Attachment(s) to Statement of Financial Affairs #7 #8 & 16

## Payments to Insiders or Bankruptcy Counsel

**Transfers to Erika Lyn Jones**                                                    Revised: 11/25/23

| Bank Account | Date of Payment | Check # | Amount | Description per Check Memo | Signed by |
|---|---|---|---|---|---|
| Chase #7518 | 12/9/2021 | 775 | 21,000 | apt+furn+ movers +mo | Alex Jones |
| Chase #7518 | 1/7/2022 | 474 | 12,000 | Support | Alex Jones |
| Chase #7518 | 2/12/2022 | 655 | 40,000 | Feb & reimburse | Alex Jones |
| Chase #7518 | 2/14/2022 | 654 | 15,000 | Monthly +Dad+ uber Eats | Alex Jones |
| Chase #7518 | 2/28/2022 | 656 | 15,000 | Monthly +Dad+ uber Eats | Alex Jones |
| Chase #7518 | 3/14/2022 | 658 | 16,000 | monthly + VE+dad | Alex Jones |
| Chase #7518 | 3/25/2022 | 659 | 15,000 | Feb | Alex Jones |
| Chase #7518 | 4/6/2022 | 660 | 18,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 5/11/2022 | 824 | 70,000 | back pay | Alex Jones |
| Chase #7518 | 5/24/2022 | 827 | 43,800 | March, Apri, May | Alex Jones |
| Chase #7518 | 6/27/2022 | 828 | 30,000 | | Alex Jones |
| Chase #7518 | 7/5/2022 | 829 | 25,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 8/9/2022 | 718 | 15,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 8/25/2022 | 661 | 31,239 | reimbursements | Alex Jones |
| Chase #7518 | 9/19/2022 | 662 | 18,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 10/4/2022 | 663 | 21,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 10/18/2022 | 664 | 15,000 | Monthly + massage | Alex Jones |
| Chase #7518 | 11/7/2022 | 665 | 18,000 | Monthly + VRBO | Alex Jones |
| Chase #7518 | 11/28/2022 | 666 | 22,000 | Nov + Dad +furniture | Alex Jones |
| **Total Chase** | | | **461,039** | | |
| | | | | | |
| **Sec. Bank # 8548- AEJ** | | | | | |
| Sec. Bank | 10/17/2022 | WT | 50,000 | | |
| Sec. Bank | 11/8/2022 | WT | 179,764 | Transferred by D Jones. Prepay 2023 pre nupitual agreed payments | |
| | | | | | |
| **Sec. Bank- #0916 Missouri Trust** | | | | | |
| | 11/8/2022 | 154 | 78,140 | Signed by D Jones Catch up of pre petition amounts owed | |
| | | | | | |
| **Prosperity Bank #9175** | | | | | |
| | 10/14/2022 | WT | 40,000 | | |
| | | | | | |
| **Bank of America #6078** | | | | | |
| | 10/17/2022 | WT | 25,000 | | |
| **Total Transfers** | | | **833,943** | | |

| Transfers to David Ross Jones | | |
|---|---|---|
| **Date of Payment** | | **Amount** |
| 1/10/2022 | Credit Card Reimbursement | 8,157 |
| 1/18/2022 | Credit Card Reimbursement | 12,505 |
| 2/8/2022 | Credit Card Reimbursement | 24,180 |
| 2/18/2022 | | 19,367 |
| 2/28/2022 | Credit Card Reimbursement | 28,556 |
| 2/23/2022 | Credit Card Reimbursement | 15,000 |
| 3/2/2022 | | 20,000 |
| 4/21/2022 | | 20,000 |
| 5/9/2022 | | 20,000 |
| 7/22/2022 | | 73,538 |
| 7/25/2022 | | 12,000 |
| 7/25/2022 | | 15,000 |
| 8/16/2022 | | 44,112 |
| 9/1/2022 | Credit Card Reimbursement | 10,000 |
| 9/3/2022 | Credit Card Reimbursement | 25,000 |
| 9/15/2022 | | 20,000 |
| 9/26/2022 | | 55,399 |
| 10/4/2022 | | 25,000 |
| 11/4/2022 | Note 1 | 500,000 |
| | | **947,814** |
| **Transfers of Property** | | |
| 4/14/2022 | Perdanales Hills Ranch | 137,240 |
| 10/12/2022 | 2015 Challenger Hellcat- Note 2 | 42,347 |
| 10/12/2022 | 2013 Ford Raptor-Note 2 | 35,095 |
| 10/12/2022 | 2019 Ford Raptor- Note 2 | 31,767 |
| Transfers of Property | | **246,449** |
| **Total Value of Transfers** | | **1,194,263** |

| Note 1 | Missouri Trust transferred $500,000 to D Jones and D Jones transferred to AEJ account #8548 |
|---|---|
| Note 2 | Vehicle values per KBB on 3/29/23 |

Insider Payments - Alexander E Jones -Case 22-33553

## Paid 12/2/2021-12/1/22

| | | | Vendor Paid | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Paid | Condo # | Maximus Residential - HOA | City of Austin - Electric (1) | One Gas | TX Water | Travis County - Property Tax | Allstate Insurance | Total |
| 12/3/2021 | 3 | 220.00 | | | | | | 220.00 |
| 12/6/2021 | | | 140.89 | | | | | 140.89 |
| 12/6/2021 | | | 110.98 | | | | | 110.98 |
| 12/8/2021 | 6 | | | 38.87 | | | | 38.87 |
| 12/8/2021 | 5 | | | 31.82 | | | | 31.82 |
| 12/10/2021 | 6 | | | | 65.25 | | | 65.25 |
| 12/10/2021 | 5 | | | | 42.89 | | | 42.89 |
| 12/24/2021 | 3 | | | | 84.31 | | | 84.31 |
| 12/30/2021 | 3 | | | | | | 1,057.23 | 1,057.23 |
| 1/3/2022 | 5 | 220.00 | | | | | | 220.00 |
| 1/3/2022 | 6 | 220.00 | | | | | | 220.00 |
| 1/3/2022 | 3 | 220.00 | | | | | | 220.00 |
| 1/4/2022 | | | 163.24 | | | | | 163.24 |
| 1/4/2022 | | | 99.07 | | | | | 99.07 |
| 1/10/2022 | 6 | | | 55.10 | | | | 55.10 |
| 1/10/2022 | 5 | | | 21.24 | | | | 21.24 |
| 1/12/2022 | 6 | | | | 102.80 | | | 102.80 |
| 1/12/2022 | 5 | | | | 60.77 | | | 60.77 |
| 1/23/2022 | 3 | | | | | 11,529.87 | | 11,529.87 |
| 1/23/2022 | 5 | | | | | 11,556.12 | | 11,556.12 |
| 1/23/2022 | 6 | | | | | 12,121.93 | | 12,121.93 |
| 1/24/2022 | 3 | | | | 68.16 | | | 68.16 |
| 2/1/2022 | 5 | 220.00 | | | | | | 220.00 |
| 2/1/2022 | 6 | 220.00 | | | | | | 220.00 |
| 2/3/2022 | 3 | 220.00 | | | | | | 220.00 |
| 2/7/2022 | | | 144.04 | | | | | 144.04 |
| 2/7/2022 | | | 90.48 | | | | | 90.48 |
| 2/7/2022 | 6 | | | 61.63 | | | | 61.63 |
| 2/7/2022 | 5 | | | 25.42 | | | | 25.42 |
| 2/11/2022 | 6 | | | | 136.34 | | | 136.34 |
| 2/11/2022 | 5 | | | | 38.50 | | | 38.50 |
| 2/28/2022 | 3 | | | | 58.09 | | | 58.09 |
| 3/1/2022 | 5 | 220.00 | | | | | | 220.00 |
| 3/1/2022 | 6 | 220.00 | | | | | | 220.00 |
| 3/3/2022 | 3 | 220.00 | | | | | | 220.00 |
| 3/7/2022 | | | 140.47 | | | | | 140.47 |
| 3/7/2022 | | | 91.15 | | | | | 91.15 |
| 3/7/2022 | 6 | | | 62.30 | | | | 62.30 |
| 3/7/2022 | 5 | | | 30.30 | | | | 30.30 |
| 3/17/2022 | 6 | | | | 315.62 | | | 315.62 |
| 3/17/2022 | 5 | | | | 41.11 | | | 41.11 |
| 3/28/2022 | 3 | | | | 40.02 | | | 40.02 |
| 4/1/2022 | 5 | 220.00 | | | | | | 220.00 |
| 4/1/2022 | 6 | 220.00 | | | | | | 220.00 |
| 4/4/2022 | 3 | 220.00 | | | | | | 220.00 |
| 4/5/2022 | | | 151.56 | | | | | 151.56 |
| 4/5/2022 | | | 92.51 | | | | | 92.51 |
| 4/6/2022 | 6 | | | 57.96 | | | | 57.96 |
| 4/6/2022 | 5 | | | 38.32 | | | | 38.32 |
| 4/14/2022 | 6 | | | | 165.49 | | | 165.49 |

Insider Payments - Alexander E Jones -Case 22-33553

## Paid 12/2/2021-12/1/22

| | | Vendor Paid | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Paid | Condo # | Maximus Residential - HOA | City of Austin - Electric (1) | One Gas | TX Water | Travis County - Property Tax | Allstate Insurance | Total |
| 4/14/2022 | 5 | | | | 44.78 | | | 44.78 |
| 4/25/2022 | 3 | | | | 37.94 | | | 37.94 |
| 5/2/2022 | 5 | 220.00 | | | | | | 220.00 |
| 5/2/2022 | 6 | 220.00 | | | | | | 220.00 |
| 5/3/2022 | 3 | 220.00 | | | | | | 220.00 |
| 5/3/2022 | | | 143.92 | | | | | 143.92 |
| 5/5/2022 | | | 83.90 | | | | | 83.90 |
| 5/5/2022 | 6 | | | 28.32 | | | | 28.32 |
| 5/5/2022 | 5 | | | 23.06 | | | | 23.06 |
| 5/12/2022 | 6 | | | | 81.86 | | | 81.86 |
| 5/12/2022 | 5 | | | | 36.06 | | | 36.06 |
| 5/25/2022 | 3 | | | | 33.70 | | | 33.70 |
| 6/1/2022 | 5 | 220.00 | | | | | | 220.00 |
| 6/1/2022 | 6 | 220.00 | | | | | | 220.00 |
| 6/3/2022 | 3 | 220.00 | | | | | | 220.00 |
| 6/7/2022 | | | 110.89 | | | | | 110.89 |
| 6/7/2022 | 6 | | | 25.09 | | | | 25.09 |
| 6/7/2022 | 5 | | | 22.19 | | | | 22.19 |
| 6/14/2022 | 6 | | | | 47.23 | | | 47.23 |
| 6/14/2022 | 5 | | | | 38.05 | | | 38.05 |
| 6/24/2021 | 3 | | | | 41.72 | | | 41.72 |
| 7/1/2022 | 5 | 220.00 | | | | | | 220.00 |
| 7/1/2022 | 6 | 220.00 | | | | | | 220.00 |
| 7/5/2022 | 3 | 220.00 | | | | | | 220.00 |
| 7/6/2022 | | | 170.39 | | | | | 170.39 |
| 7/6/2022 | | | 156.02 | | | | | 156.02 |
| 7/7/2022 | 5 | | | 25.93 | | | | 25.93 |
| 7/7/2022 | 6 | | | 24.42 | | | | 24.42 |
| 7/13/2022 | 3 | | | | 56.73 | | | 56.73 |
| 7/13/2022 | 5 | | | | 45.57 | | | 45.57 |
| 7/25/2022 | 6 | | | | 56.73 | | | 56.73 |
| 8/2/2022 | 5 | 220.00 | | | | | | 220.00 |
| 8/2/2022 | 6 | 220.00 | | | | | | 220.00 |
| 8/2/2022 | 3 | 220.00 | | | | | | 220.00 |
| 8/5/2022 | | | 199.73 | | | | | 199.73 |
| 8/5/2022 | | | 147.23 | | | | | 147.23 |
| 8/5/2022 | 6 | | | 25.55 | | | | 25.55 |
| 8/5/2022 | 5 | | | 22.91 | | | | 22.91 |
| 8/11/2022 | 6 | | | | 44.56 | | | 44.56 |
| 8/11/2022 | 5 | | | | 42.46 | | | 42.46 |
| 8/23/2023 | 3 | | | | 34.28 | | | 34.28 |
| 9/1/2022 | 5 | 220.00 | | | | | | 220.00 |
| 9/1/2022 | 6 | 220.00 | | | | | | 220.00 |
| 9/6/2022 | 3 | 220.00 | | | | | | 220.00 |
| 9/6/2022 | | | 186.42 | | | | | 186.42 |
| 9/6/2022 | | | 180.57 | | | | | 180.57 |
| 9/7/2022 | 5 | | | 25.82 | | | | 25.82 |
| 9/7/2022 | 6 | | | 22.91 | | | | 22.91 |
| 9/12/2022 | 5 | | | | 46.32 | | | 46.32 |
| 9/12/2022 | 6 | | | | 36.80 | | | 36.80 |

Insider Payments - Alexander E Jones -Case 22-33553

## Paid 12/2/2021-12/1/22

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **Vendor Paid** | | | | | |
| | | **Maximus Residential - HOA** | **City of Austin - Electric (1)** | **One Gas** | **TX Water** | **Travis County - Property Tax** | **Allstate Insurance** | **Total** |
| **Date Paid** | **Condo #** | | | | | | | |
| 9/26/2022 | 3 | | | | 35.44 | | | 35.44 |
| 10/3/2022 | 5 | 220.00 | | | | | | 220.00 |
| 10/3/2022 | 6 | 220.00 | | | | | | 220.00 |
| 10/3/2022 | 3 | 220.00 | | | | | | 220.00 |
| 10/4/2022 | | | 172.77 | | | | | 172.77 |
| 10/4/2022 | | | 158.91 | | | | | 158.91 |
| 10/6/2022 | 6 | | | 24.42 | | | | 24.42 |
| 10/6/2022 | 5 | | | 22.91 | | | | 22.91 |
| 10/13/2022 | 5 | | | | 41.65 | | | 41.65 |
| 10/13/2022 | 6 | | | | 37.22 | | | 37.22 |
| 10/24/2022 | 3 | | | | 33.01 | | | 33.01 |
| 10/27/2022 | 6 | | | | | | 1,004.82 | 1,004.82 |
| 10/27/2022 | 5 | | | | | | 1,096.81 | 1,096.81 |
| 11/1/2022 | 5 | 220.00 | | | | | | 220.00 |
| 11/1/2022 | 6 | 220.00 | | | | | | 220.00 |
| 11/3/2022 | 3 | 220.00 | | | | | | 220.00 |
| 11/4/2022 | | | 155.09 | | | | | 155.09 |
| 11/4/2022 | | | 149.45 | | | | | 149.45 |
| 11/4/2022 | 6 | | | 24.28 | | | | 24.28 |
| 11/4/2022 | 5 | | | 24.28 | | | | 24.28 |
| 11/14/2022 | 6 | | | | 44.20 | | | 44.20 |
| 11/14/2022 | 5 | | | | 40.24 | | | 40.24 |
| 11/23/2022 | 3 | | | | 33.11 | | | 33.11 |
| 12/1/2022 | 5 | 220.00 | | | | | | 220.00 |
| 12/1/2022 | 6 | 220.00 | | | | | | 220.00 |
| 12/1/2022 | 3 | | | | | 16,346.67 | | 16,346.67 |
| 12/1/2022 | 6 | | | | | 14,298.95 | | 14,298.95 |
| | | **7,920.00** | **3,239.68** | **765.05** | **2,209.01** | **65,853.54** | **3,158.86** | **83,146.14** |

*(1) City of Austin payments are for Condos 5 and 6; invoices not available.*

#16 – Statement of Financial Affairs – Payments made to Jordan & Ortiz, P.C.

| Payment Date | Payment Amount to J&O |
|:---:|:---:|
| 12/13/21 | $32,640.00 |
| 4/6/22 | $100,510.00 |
| 4/26/22 | $18,422.00 |
| 5/6/22 | $17,777.50 |
| 5/23/22 | $64,278.57 |
| 6/27/22 | $49,770.55 |
| 7/18/22 | $47,353.00 |
| 8/15/22 | $59,944.56 |
| 9/15/22 | $39,212.76 |
| 10/26/22 | $85,000.00 |
| 11/10/22 | $83,144.96 |
| **TOTAL** | **[1]$598,053.90** |

---

[1] Retainer for the amount of $146,790.16 paid on 11/30/2022.  Total payments: $744,844.06.