IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ALEXANDER E. JONES,** | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | **JUDGE CHRISTOPHER M. LOPEZ** |
| | § | |

**ORDER GRANTING DEBTOR'S
MOTION REQUESTING STATUS CONFERENCE**

This Court, having acted upon and considered *Debtor's Motion Requesting Status Conference* (the "Motion") requested by Alexander E. Jones, debtor and debtor-in-possession, finds that the Motion should be approved and relief set forth in this Order granted.

It is hereby **ORDERED** that a status conference is hereby set for **Monday, November 27, 2023 at 2:00 p.m. (Central Time)**, which may be adjourned or continued to a different date without further notice, other than notice given in open court at such hearing.

Dated: _____, 2023

_____
**UNITED STATES BANKRUPTCY JUDGE**