United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |
| | § | |

### ORDER APPROVING MOTION OF DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS

Upon the motion (the "Motion")[1] of the above-captioned Debtor for entry of an order (this "Order") authorizing the Debtor to (a) reject the Contracts set forth on Exhibit 1 attached to the Order, effective as of April 19, 2023; and upon the Court's finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the Motion is in full compliance with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Bankruptcy Local Rules, and Orders and procedures of this Court; (v) the relief requested in the Motion is in the best interests of Debtor's estate, the creditors, and other parties in interest; (vi) Debtor's notice of the Motion and opportunity for a hearing on the Motion were adequate and appropriate under the circumstances and no other notice need be provided; (vii) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; (ix) any timely objection to the Application having been withdrawn or overruled for the reasons stated on the record at the hearing on the Application; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Contract set forth on Exhibit 1 attached to this Order is rejected pursuant to section 365 of the Bankruptcy Code effective as of April 19, 2023.

---

[1] Capitalized terms not defined herein have the meaning set forth in the Motion.

2. Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Motion.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: November 27, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

**<u>Exhibit 1</u>**

**Contract**

| Description of Original Contract | Debtor Party | Non-Debtor Party | Non-Debtor Party Address | Effective Date of Rejection |
|---|---|---|---|---|
| Verbal Contract with Mountain Way Marketing, LLC for Marketing and Personal Appearances | Alexander E. Jones | Mountain Way Marketing, LLC | Free Speech Systems, LLC c/o Ray Battaglia 66 Granbury Circle San Antonio, TX 78218-3010 | April 19, 2023 |