UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-60043 |
|---|---|---|---|
| Debtor | | In Re: | Free Speech Systems, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric Henzy<br>Zeisler & Ziesler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>203.368.5495; ehenzy@zeislaw.com<br>CT 412146 |
|---|---|

| Name of party applicant seeks to appear for: | Richard M. Coan, as Chapter 7 Trustee to the Estate of Erica Lafferty |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/10/23 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                                                                  United States Bankruptcy Judge