IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALEXANDER E. JONES, | ) | Case No. 22-33553 (CML) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF FILING OF PROPOSED AGREED
SCHEDULING ORDER FOR CONFIRMATION HEARING**

**PLEASE TAKE NOTICE** that, on November 21, 2023, Alexander E. Jones, as debtor and debtor in possession ("Jones" or the "Debtor") in the above captioned chapter 11 case (the "Jones Case") filed the *Debtor's Motion Requesting Status Conference* [ECF No. 494].

**PLEASE TAKE FURTHER NOTICE** that, on November 22, 2023, the Committee, the Texas Plaintiffs and the Connecticut Plaintiffs filed the *Statement by the Official Committee of Unsecured Creditors and the Sandy Hook Families Regarding Status of the Chapter 11 Case and Proposed Creditors' Plan* [ECF No. 498].

**PLEASE TAKE FURTHER NOTICE** that, on November 27, 2023, the Court held a status conference regarding a confirmation timeline in the Jones Case and the pending bankruptcy case of Free Speech Systems, LLC ("FSS" and such case, the "FSS Case").

**PLEASE TAKE FURTHER NOTICE** that the Jones, the Committee, the Texas Plaintiffs and the Connecticut Plaintiffs (together, the "Parties") have met and conferred as to a proposed schedule in respect of a confirmation hearing in the Jones Case and have agreed to the *Proposed Agreed Scheduling Order for Confirmation Hearing* attached hereto as **Exhibit A** (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE THAT** the Proposed Order was shared with counsel to FSS in an effort to reach global consensus regarding a confirmation timeline for both the Jones Case and the FSS Case. FSS has not agreed to be bound the dates contained therein. Accordingly, the Parties request that the Court enter a separate order in the FSS Case that comports with the timeline contemplated by the Proposed Order.

[*Remainder of page intentionally blank*]

Dated: November 30, 2023

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: */s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Fax: (214) 969-4343
E-mail: mbrimmage@akingump.com

*-and-*

David M. Zensky (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
Anna Kordas (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002
E-mail: dzensky@akingump.com
E-mail: sbrauner@akingump.com
E-mail: kporter@akingump.com
E-mail: akordas@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones*

Respectfully submitted,

**CAIN & SKARNULIS PLLC**

By: */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
E-mail: rchapple@cstrial.com

**KOSKOFF KOSKOFF & BIEDER, PC**
Alinor C. Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
E-mail: asterling@koskoff.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kyle J. Kimpler (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
E-mail: kkimpler@paulweiss.com
E-mail: chopkins@paulweiss.com

*Co-Counsel to the Connecticut Plaintiffs*

**MCDOWELL HETHERINGTON LLP**
By: */s/ Avi Moshenberg*
Avi Moshenberg
State Bar No. 24083532
1001 Fannin Street, Suite 2700
Houston, TX 77002
Telephone: (713) 337-5580
Fax: (713) 337-8850
E-mail:  Avi.Moshenberg@mhllp.com

**CHAMBERLAIN, HRDLICKA,
WHITE, WILLIAMS & AUGHTRY, PC**
Jarrod B. Martin
State Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, TX 77002
Telephone:  (713) 356-1280
Fax:  (713) 658-2553
E-mail:  jarrod.martin@chamberlainlaw.com

**WILLKIE FARR & GALLAGHER LLP**
Jennifer J. Hardy
State Bar No. 24096068
600 Travis Street
Houston, TX 77002
Telephone: (713) 510-1766
Fax: (713) 510-1799
E-mail:  jhardy2@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Stuart R. Lombardi (admitted *pro hac vice*)
Ciara A. Sisco (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Fax: (212) 728-8111
E-mail:  rstrickland@willkie.com
E-mail:  slombardi@willkie.com
E-mail:  csisco@willkie.com

*Co-Counsel to the Texas Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 30, 2023, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

    */s/ Marty L. Brimmage, Jr.*    
Marty L. Brimmage, Jr.
