# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) ) ) Chapter 11 |
| ALEXANDER E. JONES, | ) ) Case No. 22-33553 (CML) |
| Debtor. | ) ) ) |

## NOTICE OF RATE INCREASE OF AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

1. Pursuant to the *Order Authorizing the Official Committee of Unsecured Creditors of Alexander E. Jones to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective as of December 19, 2022* [Docket No. 157] (the "Retention Order"),[1] Akin Gump Strauss Hauer & Feld LLP ("Akin"), as counsel to the Official Committee of Unsecured Creditors (the "Committee"), submits this notice of rate increase.

2. As set forth in the Application, Akin's hourly rates are subject to periodic adjustments (typically on January 1 of each year) to reflect economic and other conditions. *See* Application, ¶ 17. The Committee has consented to such ordinary course rate increases. *See* Application, *Declaration of Leonard Pozner and Robert Parker in Support of the Application of the Official Committee of Unsecured Creditors of Alexander E. Jones to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective as of December 19, 2022*, ¶ 5.

3. Paragraph 5 of the Retention Order provides that Akin shall provide ten (10) business days' notice to the Debtors and the U.S. Trustee before any increases in the rates set forth in the Application are implemented and shall file such notice with the Court.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Retention Order.

4.      In the ordinary course, Akin has adjusted the hourly rates charged by its professionals and paraprofessionals.  Effective as of January 1, 2024, the standard hourly rate ranges established by Akin for professionals and paraprofessionals employed in its domestic offices are as set forth below:

| Title | 2024 Billing Rate Range |
|---|---|
| Partners | $1,440-$2,195 |
| Senior Counsel | $1,055-$1,800 |
| Counsel | $1,295-$1,825 |
| Associates | $840-$1,350 |
| Paralegals | $255-$530 |

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Dated: December 5, 2023 Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
2300 N. Field Street, Suite 1800
Dallas, TX 75201-2481
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com

*-and-*

David M. Zensky (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
Anna Kordas (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email:  dzensky@akingump.com
            sbrauner@akingump.com
            kporter@akingump.com
            akordas@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones*

### CERTIFICATE OF SERVICE

I certify that on December 5, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.