United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALEXANDER E. JONES, | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER
(1) AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF
LIENS, CLAIMS, AND ENCUMBRANCES AND
(2) GRANTING RELATED RELIEF**

ON THIS DATE, this Court considered Debtor's *Motion for Order (1) Authorizing Sale of Property Free and Clear of Liens, Claims, and Encumbrances and (2) Granting Related Relief* (the "Motion") filed by the above-captioned debtor and debtor-in-possession (the "Debtor") for the entry of an order (the "Order") authorizing Debtor to sell personal property in the following categories: (i) furnishings, gym equipment, jewelry, and other physical assets in storage units and residences;[1] (ii) various firearms;[2] and (iii) vehicles such as cars and boats[3] (together, the "Personal Property"). The sale (the "Sale") of this Personal Property is authorized under Sections 105(a) and 363(b) of Title 11 of the United States Code (the "Bankruptcy Code"). Upon review of the Motion, the Court finds that is has jurisdiction to grant the relief requested in the Application pursuant to 28 U.S.C. §§ 1334 and 157 and hereby GRANTS the Motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

1. Debtor is authorized to sell the Personal Property with the assistance of his

---

[1] *See Global Notes and Supporting Information Regarding Second Amended Schedules of Assets and Liabilities and Statement of Financial Affairs* [Docket No. 242] (the "Second Amended Schedules") at 2, 14.
[2] Second Amended Schedules at 5.
[3] *Id.* at 4–5.

professionals and in consultation with the official committee of unsecured creditors (the "Official Committee"). The sale of such Personal Property (the "Proposed Sale") is authorized, without further order or authorization, as long as the sale value is within 10% of an independently appraised value, or easily verifiable current value provided by public sources, including but not limited to Kelley Blue Book, which appraisal or valuation is acceptable to the Official Committee (the "Approved Variance"), to unrelated parties and subject to the following procedures (the "Notice Procedures"):

    a. At least five (5) business days prior to finalizing any Proposed Sale for any item or items comprising Personal Property with a value over $10,000 (the "Proposed Sale Cap"), other than the Identified Personal Property (as defined below), Debtor will serve written notice of such sale, which may occur by e-mail (each, a "Proposed Sale Notice") to counsel for (a) the Official Committee, (b) the Texas Plaintiffs, (c) the Connecticut Plaintiffs, and (d) the United States Trustee (collectively, the "Notice Parties"). The Proposed Sale Notice shall identify (1) the Personal Property contemplated to be sold, (2) the proposed purchase price and confirmation that it falls within the Approved Variance, (3) the source of the independent appraisal, or easily verifiable current value provided by public sources, (4) the contemplated purchaser of the Personal Property and any relationship between such purchaser and Debtor or FSS, and (5) any significant terms of the Proposed Sale;

    b. The Notice Parties shall have five (5) business days (the "Notice Period") after the service of the Proposed Sale Notice to object to a Proposed Sale, which objection may be lodged informally via e-mail to counsel for Debtor and the other Notice Parties and shall provide the general grounds for such objection;

    c. If any material economic term of a Proposed Sale is amended after transmittal of the Proposed Sale Notice, but prior to the expiration of the Notice Period, Debtor shall serve a revised Proposed Sale Notice on the Notice Parties describing any changes to the Proposed Sale, and the Notice Period shall be extended for three (3) business days;

    d. If a written objection is properly served by a Notice Party in respect of a Proposed Sale within the applicable Notice Period, (a) such objection shall be deemed a request for a hearing on the Proposed Sale, and the objection shall be heard at the next scheduled omnibus hearing in the Chapter 11 Case that is at least five (5) calendar days after service of the objection;

      *provided that* Debtor reserves the right to seek a hearing prior to such time and (b) the Proposed Sale may not proceed absent (1) written withdrawal of the objection or (2) entry of an order by the Bankruptcy Court specifically approving the Proposed Sale; and

    e. Debtor may consummate a Proposed Sale prior to expiration of the Notice Period only if Debtor obtains written consent to such sale from the Notice Parties.

    f. The Personal Property (the "Identified Personal Property") identified on Schedule A to the proposed form of the order attached to this Motion as Exhibit A (the "Proposed Order"), which includes certain items of Personal Property with an identified value in excess of the Proposed Sale Cap, may be sold by the Debtors in accordance with the procedures set forth above without the need to send a Proposed Sale Notice; *provided that* any such sale must otherwise comply with the procedures set forth herein.

2. Debtor is authorized, but not required, without separation motion or authorization from the Court, to hire independent, third-party brokers solely for the purpose of efficiently executing the Sale of the Personal Property. To the extent the cost to hire the third-party brokers to sell the Personal Property is within the Approved Variance, Debtor may employ and compensate such third-party brokers as ordinary course professionals to facilitate the Sale without further motions or Court authorization. In the event the cost to employ and compensate the valuation professional is greater than the Permitted Variance or they are deemed insiders, Debtor will file the necessary application for employment.

3. Debtor is authorized to conduct sales on his radio and video talk show, which shall also be subject to the Notice Procedures.

4. Debtor's monthly operating reports will detail the Personal Property sold, date of sale, purchase price, identity and amount paid to any third-party broker, and any Personal Property abandoned in the month.

5. The net proceeds of any Proposed Sale shall be deposited into an escrow account (the "Escrow Account") to which the Debtor has no signatory authority or access; the proceeds

are not to be used for any purpose not authorized by Court Order; provided, however, that proceeds may be used to pay professional fees payable by Debtor's estate during the pendency of the Chapter 11 Case, subject to approval by the Bankruptcy Court and pursuant to interim compensation procedures, including notice and the opportunity to object, which rights are expressly preserved for all parties in interest. Debtor shall receive no portion of such proceeds and shall not be a signatory to the Escrow Account. At the conclusion of the Chapter 11 Case, any excess amounts in the Escrow Account shall be distributed in accordance with a plan in the Chapter 11 Case or as otherwise ordered by the Bankruptcy Court or agreed to by Debtor, the Official Committee, the Texas Plaintiffs, and the Connecticut Plaintiffs.

6. The automatic stay is modified to the extent necessary to implement the Proposed Sale of the Personal Property.

Signed: December 06, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-33553-cml |
| Alexander E. Jones | Chapter 11 |
| Official Committee Of Unsecured Creditor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 10 |
| Date Rcvd: Dec 07, 2023 | Form ID: pdf001 | Total Noticed: 169 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| aty | + | Anna Kordas, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-1000, UNITED STATES 10036-6730 |
| aty | + | David Franklin Hill, IV, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Theodore James Salwen, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | + | Vida Robinson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850 Austin, TX 78701-0137 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Suite 203, Austin, TX 78701-2720 |
| cr | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |
| 12339523 | + | ADP Total Source Insurance, 10200 Sunset Drive, Miami, FL 33173-3033 |
| 12339524 | + | ADP TotalSource Payroll, 10200 Sunset Drive, Miami, FL 33173-3033 |
| 12339522 | + | Addshoppers, Inc, 222 S. Church Street , #410M, Charlotte, NC 28202-3213 |
| 12339521 | + | Airco Mechanical, LTD, PO Box 1598, Round Rock, TX 78680-1598 |
| 12339525 | + | Alex E. Jones, c/o Crowe & Dunlevy, PC, Attn: Vickie L. Driver, 2525 McKinnon Street, Ste 425, Dallas, TX 75201-1543 |
| 12339526 | # | Alex E. Jones, c/o Jordan & Ortiz, PC, Attn: Shelby Jordan, 500 North Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |
| 12339529 | + | Amazon Marketplace, Amazon Payments, Inc., 410 Terry Ave N., Seattle, WA 98109-5210 |
| 12339533 | + | American Media/Reality Zone, PO Box 4646, Thousand Oaks, CA 91359-1646 |
| 12339534 | + | Andrews, Christopher, 210 N. Beyer Street, Marion, TX 78124-4014 |
| 12339536 | + | Atomial, LLC, 1920 E. Riverside Drive, Suite A-120 #124, Austin, TX 78741-1350 |
| 12339538 | + | Balcones Recycling Inc., PO Box 679912, Dallas, TX 75267-9916 |
| 12339539 | + | Biodec, LLC, 901 S. Mopac Expressway,, Building 4, Ste 285, Austin, TX 78746-5776 |
| 12339540 | + | Blott, Jacquelyn, 200 University Boulevard, Suite 225 #251, Round Rock TX 78665-1096 |
| 12339541 | + | Brennan Gilmore, c/o Civil Rights Clinic, Attn Andrew Mendrala, 600 New Jersey Avenue, NW, Washington, DC 20001-2022 |
| 12339542 | + | Campco, 4625 W. Jefferson Blvd, Los Angeles, CA 90016-4006 |
| 12339543 | + | Carlee Soto-Parisi, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339544 | + | Carlos Soto, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339545 | + | Chamberlain Hrdlicka White et al, Attn Jarrod B. Martin, 1200 Smith Street, Ste 1400, Houston, TX 77002-4496 |
| 12339547 | #+ | Chelsea Green Publishing, 85 North Main Street Ste 120, White River Junction, VT 05001-7135 |
| 12339548 | + | Christopher Sadowski, c/o Copycat Legal PLLC, 3111 N. University Drive Ste. 301, Coral Springs, FL 33065-5058 |
| 12339549 | | City of Austin, c/o Austin Energy, 4815 Muller, Austin, TX 78723 |
| 12339550 | | Cloudflare, Inc, Dept LA 24609, Pasadena, CA 91185-4609 |
| 12339551 | + | Constant Contact, Inc., 1601 Trapelo Road, Watham, MA 02451-7357 |
| 12339552 | + | CustomTattooNow.com, 16107 Kensington Dr #172, Sugar Land, TX 77479-4224 |
| 12339553 | | David Icke Books Limited, c/o Ickonic Enterprises Limited, St. Helen's House King Street, Derby DE1 3EE, United Kingdom |
| 12339555 | + | De Lage Financial, Attn Litigation & Recovery, 111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 12339554 | + | Deese, Stetson, 328 Greenland Blvd. #81, Death Valley, CA 92328-9600 |
| 12339556 | | DirectTV, PO Box 006, Carol Stream, IL 60197 |
| 12339557 | + | Donna Soto, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |

District/off: 0541-4                         User: ADIuser                              Page 2 of 10
Date Rcvd: Dec 07, 2023                      Form ID: pdf001                            Total Noticed: 169

| | | |
|---|---|---|
| 12339562 | + | EPS, LLC, 17350 State Hwy 249, Ste 220, #4331, Houston, TX 77064-1132 |
| 12339564 | + | ERM Protect, 800 South Douglas Road, Suite 940N, Coral Gables, FL 33134-3125 |
| 12339560 | | Edgecast, Inc., Dept CH 18120, Palatine, IL 60055-0001 |
| 12339561 | + | Elevated Solutions Group, 28 Maplewood Drive, Cos Cob, CT 06807-2601 |
| 12402939 | + | Erica Lafferty, c/o Rosemarie Paine, 350 Orange Street, New Haven, CT 06511-6447 |
| 12339563 | + | Erica Lafferty, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339567 | + | FW Robert Broadcasting Co, 2730 Loumor Ave, Metairie, LA 70001-5425 |
| 12339566 | + | Francine Wheeler, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12404971 | + | Free Speech Systems. LLC, 3019 Alvin Devane, Suite 350, Austin, Texas 78741-7424 |
| 12339565 | + | Frost Insurance Agency, 401 Congress Avenue, 14th Floor, Austin ,TX 78701-3793 |
| 12339568 | + | Gabriela Tolentino, 5701 S Mopac Expy, Austin, TX 78749-1464 |
| 12339570 | | Gracenote, 29421 Network Place, Chicago, IL 60673-1294 |
| 12339572 | | Haivision Network Video, Deot CH 19848, Palatine, IL 60055-9848 |
| 12339573 | + | Ian Hockley, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339574 | + | Impact Fire Services, LLC, PO Box 735063, Dallas, TX 75373-5063 |
| 12339575 | | Independent Publishers Group, PO Box 2154, Bedford Park, IL 60499-2154 |
| 12339581 | + | JCE SEO, 6101 Broadway, San Antonio, TX 78209-4561 |
| 12339584 | + | JW JIB Productions, LLC, 2921 Carvelle Drive, Riviera Beach, FL 33404-1855 |
| 12339578 | + | Jacqueline Barden, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339579 | + | Jennifer Hensel, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339580 | + | Jeremy Richman, c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave, Bridgeport, CT 06604-6014 |
| 12339582 | + | Jillian Soto-Marino, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339583 | + | Justin Lair, 1313 Lookout Ave, Klamath Falls, OR 97601-6533 |
| 12339585 | | KI4U.com, 212 Oil Patch Lane, Gonzales, TX 78629-8028 |
| 12339586 | + | Kaster Lynch Farrar & Ball, Attn Mark D. Bankston, 1117 Herkimer, Houston, TX 77008-6745 |
| 12339588 | + | Koskoff Koskoff & Bieder, Attn Alinor C. Sterling, 350 Fairfield Ave, Bridgeport, CT 06604-6002 |
| 12339591 | + | LIT Industrial, 1717 McKinney Ave #1900, Dallas, TX 75202-1253 |
| 12339589 | + | Leonard Pozner, c/o Avi Moshenberg, McDowell Hetherington, 1001 Fannin Street, Ste 2700, Houston, TX 77002-6774 |
| 12339590 | + | Lincoln-Remi Group, LLC, 1200 Benstein Rd., Commerce Twp., MI 48390-2200 |
| 12339593 | | Lumen/Level 3 Communications, PO Box 910182, Denver, CO 80291-0182 |
| 12339600 | + | MRJR Holdings, LLC, PO Box 27740, Las Vegas, NV 89126-7740 |
| 12339596 | | Magento, PO Box 204125, Dallas, TX 75320-4105 |
| 12339595 | + | Mark Barden, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339597 | + | Microsoft Bing Ads, c/o Microsoft Online, Inc., P.O. Box 847543, 1950 N Stemmons Fwy, Ste 5010, Dallas, TX 75207-3199 |
| 12339598 | + | Miller, Sean, PO Box 763, Wyalusing, PA 18853-0763 |
| 12339603 | + | Neil Heslin, c/o Avi Moshenberg, McDowell Hetherington, 1001 Fannin Street, Ste 2700, Houston, TX 77002-6774 |
| 12339605 | + | NetSuite Inc, Bank of America Lockbox Services, Chicago, IL 60693-0001 |
| 12339606 | + | New Relic, 188 Spear Street, Suite 1200, San Francisco, CA 94105-1752 |
| 12339604 | + | Nicole Hockley, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339608 | + | One Party America, LLC, 6700 Woodlands Parkway, Suite 230-309, The Woodlands, TX 77382-2575 |
| 12339609 | | Orkin, Inc., 5810 Trade Center Drive, Suite 300, Austin, TX 78744-1365 |
| 12339614 | + | PQPR Holdings Limited, LLC, c/o Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| 12339610 | + | Payarc, 411 West Putnam Avenue, Ste 340, Greenwich, CT 06830-6291 |
| 12339617 | + | Perfect Imprints.com, 709 Eglin Pkwy NE, Fort Walton Beach, FL 32547-2527 |
| 12339612 | + | Perkins, Wes, General Delivery, Lockhart, TX 78644-9999 |
| 12339618 | + | Pipe Hitters Union, LLC, PO Box 341194, Austin, TX 78734-0020 |
| 12339613 | + | Poulsen, Debra, 112 Eames St., Elkhorn, WI 53121-1228 |
| 12339620 | + | Power Reviews, Inc., 1 N. Dearborn Street, Chicago, IL 60602-4331 |
| 12339616 | + | Precision Oxygen, 13807 Thermal Dr, Austin, TX 78728-7735 |
| 12339621 | + | Precision Camera, 2438 W Anderson Ln, Austin, TX 78757-1149 |
| 12339622 | + | Private Jets, LLC, 1250 E. Hallandale Beach Blvd, Suite 505, Hallandale, FL 33009-4635 |
| 12339615 | + | Protection 1 Alarm, PO Box 219044, Kansas City, MO 64121-9044 |
| 12339623 | + | Public Storage, 2301 E. Ben White Blvd, Austin, TX 78741-7110 |
| 12339625 | + | RatsMedical.com, c/o Rapid Medical, 120 N Redwood Rd, North Salt Lake, UT 84054-2792 |
| 12339626 | + | Ready Alliance Group, Inc, PO Box 1709, Sandpoint, ID 83864-0901 |
| 12339627 | + | Reeves Law, PLLC, Attn Bradley Reeves, 702 Rio Grande St., Ste 203, Austin, TX 78701-2720 |
| 12339628 | | Renaissance, PO Box 8036, Wisconsin Rapids, WI 54495-8036 |
| 12339629 | + | Restore America, PO Box 147, Grimsley, TN 38565-0147 |
| 12339630 | | Richard Coan, Chapter 7 Trustee for Debtor Erica Laffe, c/o Eric Henry, 10 Middle Street, Bridgeport, CT 06604-4257 |
| 12339631 | + | Robert Parker, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339639 | + | SLNT, 30 N Gould St, Ste 20647, Sheridan, WY 82801-6317 |
| 12339632 | + | Scarlett Lewis, c/o Avi Moshenberg, McDowell Hetherington, 1001 Fannin Street, Ste 2700, Houston, TX 77002-6774 |
| 12339633 | | Security Bank of Crawford, PO Box 90, Crawford, TX 76638-0090 |

Case 22-33553   Document 519   Filed in TXSB on 12/09/23   Page 7 of 14

| District/off: 0541-4 | User: ADIuser | Page 3 of 10 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf001 | Total Noticed: 169 |

| | | |
|---|---|---|
| 12339634 | | Simon & Schuster, PO Box 70660, Chicago, IL 60673-0660 |
| 12339635 | | SintecMedia NYC, Inc. DBA Operative, PO Box 200663, Pittsburgh, PA 15251-2662 |
| 12339636 | + | Skousen, Joel, PO Box 565, Spring City, UT 84662-0565 |
| 12339637 | + | Skyhorse Publishing, 307 West 36th Street, 11th Floor, New York, NY 10018-6592 |
| 12339641 | + | Stamps.com, 1990 E Grand Ave., El Segundo, CA 90245-5013 |
| 12339642 | + | Stone Edge Technologies, Inc, 660 American Avenue, Suite 204, King of Prussia, PA 19406-4032 |
| 12339643 | + | Stratus Technologies, 5 Mill & Main Place, Suite 500, Maynard, MA 01754-2660 |
| 12339644 | | Studio 2426, LLC, 1920 E. Riverside Drive, Suite A120, Austin, TX 78741-1350 |
| 12339645 | | Synergy North America, Inc, 11001 W. 120th Avenue, Suite 400, Broomfield, CO 80021-3493 |
| 12339646 | | TD Canada Trust, 421 7th Avenue SW, Calgary, AB T2P 4K9, Canada |
| 12339649 | | Texas Comptroller, PO Box 13003, Austin, TX 78711-3003 |
| 12339647 | | Texas Disposal Systems, Inc, PO Box 674090, Dallas, TX 75267-4090 |
| 12339648 | + | Texas Gas Service, PO Box 219913, Kansas City, MO 64121-9913 |
| 12339650 | + | Textedly, 133 N. Citrus Ave., Suite 202, Los Angeles, CA 90036 |
| 12339651 | + | The Creative Group, c/o Robert Half, 2884 Sand Hill Road, Ste 200, Menlo Park, CA 94025-7072 |
| 12339594 | + | The Estate of Marcel Fontaine, c/o McDowell Hetherington LLP, Attn Avi Moshenberg, 100 Fannin, Ste 2700, Houston, TX 77002-1915 |
| 12339653 | | The Hartford, PO Box 14219, Lexington, KY 40512-4219 |
| 12339654 | | The Steam Team, Inc, 1904 W. Koeing Lane, Austin, TX 78756-1211 |
| 12339655 | + | Third Coast Graphics, Inc, 110 Del Monte Dr., Friendswood, TX 77546-4487 |
| 12339658 | + | Thomas, David, 79 Malone Hill Road, Elma, WA 98541-9206 |
| 12339656 | | Travelers, PO Box 660317, Dallas, TX 75266-0317 |
| 12339657 | + | Travis County, PO Box 149328, Austin, TX 78714-9328 |
| 12339659 | + | U.S. Legal Support, PO Box 4772, Houston, TX 77210-4772 |
| 12339661 | + | Vazquez, Valdemar Rodriguez, 145 Quail Ridge Drive, Kyle TX 78640-9788 |
| 12339663 | + | Verizon Edgecast, 13031 West Jefferson Blvd, Bldg 900, Los Angeles, CA 90094-7002 |
| 12339664 | + | Veronique De La Rosa, c/o Avi Moshenberg, McDowell Hetherington, 1001 Fannin Street, Ste 2700, Houston, TX 77002-6774 |
| 12339665 | + | Vultr, 14 Cliffwood Avenue, Suite 300, Matawan, NJ 07747-3931 |
| 12339675 | + | WMQM-AM 1600, 21 Stephen Hill Road, Atoka, TN 38004-7183 |
| 12339676 | | WWCR, 1300 WWCR Avenue, Nashville, TN 37218-3800 |
| 12339666 | + | Waste Connections Lone Star, Inc., PO Box 17608, Austin, TX 78760-7608 |
| 12339667 | + | Water Event-Pure Water Solutions, 1310 Missouri St, South Houston, TX 77587-4537 |
| 12339668 | | Watson, Paul, 9 Riverdale Road, Ranmoor Sheffield, South Yorkshire S10 3FA, United Kingdom |
| 12339669 | | Westwood One, LLC, 3542 Momentum Place, Chicago, IL 60689-5335 |
| 12339670 | + | Wheeler, David, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339672 | + | William Aldenberg, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339671 | + | William Sherlach, c/o Ryan Chapple, Cain & Skarnulis, 303 Colorado Street, Ste 2850, Austin, TX 78701-0137 |
| 12339673 | + | Willow Grove Productions, 1810 Rockcliff Road, Austin, TX 78746-1215 |
| 12339674 | | Wisconsin Dept. of Revenue, PO Box 3028, Milwaukee, WI 53201-3028 |
| 12339677 | + | Your Promotional Products, LLC, 133 North Friendswood Ste 186, Friendswood, TX 77546-3746 |
| 12339678 | + | Zendesk, Inc, 989 Market Street, San Francisco, CA 94103-1708 |
| 12339679 | + | Zoom US, 55 Almaden Blvd, 6th Floor, San Jose, CA 95113-1608 |
| 12339559 | + | eCommerce CDN, LLC, 221 E 63rd Street, Savannah, GA 31405-4226 |
| 12339599 | + | mongoDB Cloud, 1633 Broadway 39th Floor, New York, NY 10019-6757 |

TOTAL: 147

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| crcm | + | Email/Text: mbrimmage@akingump.com | | |
| | | | Dec 07 2023 20:16:00 | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | | |
| | | | Dec 07 2023 20:16:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | | |
| | | | Dec 07 2023 20:16:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |
| 12339535 | | Email/Text: g17768@att.com | | |
| | | | Dec 07 2023 20:16:00 | AT&T, PO Box 5001, Carol Stream, IL 60197-5001 |
| 12339537 | + | Email/Text: dan@awio.com | | |

| District/off: 0541-4 | User: ADIuser | Page 4 of 10 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf001 | Total Noticed: 169 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 07 2023 20:16:00 | AWIO Web Services LLC, 6608 Truxton Ln, Raleigh, NC 27616-6694 |
| 12339527 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 07 2023 20:16:00 | Ally Auto, PO Box 9001948, Louisville, KY 40290-1948 |
| 12339528 | | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 07 2023 20:15:07 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 12339530 | | Email/Text: bankruptcynotices@amazon.com | Dec 07 2023 20:16:00 | Amazon Web Services, 410 Terry Avenue North, Seattle, WA 98109-5210 |
| 12339531 | | Email/PDF: bncnotices@becket-lee.com | Dec 07 2023 20:26:45 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 12335804 | | Email/PDF: bncnotices@becket-lee.com | Dec 07 2023 20:26:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12403767 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 07 2023 20:15:00 | Bank of America N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 12339587 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Dec 07 2023 20:15:00 | Konica Minolta Premier Finance, PO Box 41602, Philadelphia, PA 19101-1602 |
| 12339569 | | Email/Text: Mailbox-Bankruptcy@gettyimages.com | Dec 07 2023 20:16:00 | Getty Images, Inc, PO Box 953604, St. Louis, MO 63195-3604 |
| 12339576 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 07 2023 20:16:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12339577 | | Email/Text: bankruptcy2@ironmountain.com | Dec 07 2023 20:16:00 | Iron Mountain, Inc, PO Box 915004, Dallas, TX 75391-5004 |
| 12339602 | + | Email/Text: ed@mvdb2b.com | Dec 07 2023 20:16:00 | MVD Entertainment Group, 203 Windsor Rd, Pottstown, PA 19464-3405 |
| 12339601 | | Email/Text: ed@mvdb2b.com | Dec 07 2023 20:16:00 | Music Videos Distributors, 203 Windsor Rd, Pottstown, PA 19464-3405 |
| 12339638 | | Email/Text: bankruptcy@dsservices.com | Dec 07 2023 20:16:00 | Sparkletts & Sierra Springs, PO Box 660579, Dallas, TX 75266-0579 |
| 12339640 | | Email/Text: dl-csgbankruptcy@charter.com | Dec 07 2023 20:16:00 | Spectrum Enterprise, aka Time Warner Cable, 1600 Dublin Road, Columbus, OH 43215-2098 |
| 12339660 | + | Email/Text: accounts.receivable@uline.com | Dec 07 2023 20:16:00 | Uline Shipping Supply, 12575 Uline Drive, Pleasant Prarie, WI 53158-3686 |
| 12339662 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 07 2023 20:15:00 | Verizon, PO Box 660108, Dallas, TX 75266-0108 |
| 12339558 | + | Email/Text: jstauffe_bk@ebay.com | Dec 07 2023 20:16:00 | eBay, 2025 Hamilton Avenue, San Jose, CA 95125-5904 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| intp | | David Ross Jones |
| cr | | David Wheeler |
| cr | | Donna Soto |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |

Case 22-33553   Document 519   Filed in TXSB on 12/09/23   Page 9 of 14

| District/off: 0541-4 | User: ADIuser | Page 5 of 10 |
| --- | --- | --- |
| Date Rcvd: Dec 07, 2023 | Form ID: pdf001 | Total Noticed: 169 |

| | | |
| --- | --- | --- |
| cr | | Mark Barden |
| cr | | Nicole Hockley |
| cr | | Public Storage |
| cr | | Robert Parker |
| cr | | William Aldenberg |
| cr | | William Sherlach |
| cr | * | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| 12339532 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 12339546 | *+ | Chamberlain Hrdlicka White et al, Attn Jarrod B. Martin, 1200 Smith Street, Ste 1400, Houston, TX 77002-4496 |
| 12404972 | *+ | Free Speech Systems, LLC, 3019 Alvin Devane, Suite 350, Austin, Texas 78741-7424 |
| 12339652 | *+ | The Estate of Marcel Fontaine, c/o McDowell Hetherington LLP, Attn Avi Moshenberg, 100 Fannin, Ste 2700, Houston, TX 77002-1915 |
| cr | ##+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| 12339571 | ##+ | Greenair, Inc, 23569 Center Ridge Road, Westlake, OH 44145-3642 |
| 12339592 | ##+ | Logo It, LLC, 820 Tivy Street, Kerrville, TX 78028-3654 |
| 12339607 | ##+ | Newegg.com, 9997E. Rose Hills Road, Whittier, CA 90601-1701 |
| 12339611 | ##+ | Paymentus, 18390 NE 68th St, Redmond, WA 98052-5057 |
| 12339619 | ##+ | Post Hill Press, LLC, 8115 Isabella Lane, Ste. 4, Brentwood, TN 37027-9110 |
| 12339624 | ##+ | Randazza Legal Group, PLLC, 2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117-3400 |

TOTAL: 16 Undeliverable, 5 Duplicate, 11 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
| --- | --- | --- |
| Date: Dec 09, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:

| **Name** | **Email Address** |
| --- | --- |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 10 |
| Date Rcvd: Dec 07, 2023 | Form ID: pdf001 | Total Noticed: 169 |

Avi Moshenberg
    on behalf of Plaintiff Leonard Pozner avi.moshenberg@mhllp.com jessica.valdez@mhllp.com

Avi Moshenberg
    on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com jessica.valdez@mhllp.com

Avi Moshenberg
    on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com jessica.valdez@mhllp.com

Avi Moshenberg
    on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@mhllp.com jessica.valdez@mhllp.com

Avi Moshenberg
    on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com jessica.valdez@mhllp.com

Bennett Greg Fisher
    on behalf of Creditor Public Storage bennett.fisher@lewisbrisbois.com candace.russell@lewisbrisbois.com;jann.pigg@lewisbrisbois.com;maria.brito@lewisbrisbois.com

Bradley J. Reeves
    on behalf of Creditor Reeves Law PLLC bradley.reeves@pillsburylaw.com

Christina Walton Stephenson
    on behalf of Defendant Alexander E. Jones Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Christina Walton Stephenson
    on behalf of Debtor Alexander E. Jones Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Elizabeth Carol Freeman
    on behalf of Interested Party Melissa A Haselden liz@lizfreemanlaw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Eric Henzy
    on behalf of Plaintiff Richard M. Coan ehenzy@zeislaw.com

Ha Minh Nguyen
    on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jarrod B. Martin
    on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Estate of Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jason Starks
    on behalf of Creditor Travis County bkecf@traviscountytx.gov

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 10 |
| Date Rcvd: Dec 07, 2023 | Form ID: pdf001 | Total Noticed: 169 |

Jayson B. Ruff
    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jennifer Jaye Hardy
    on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

John D Malone
    on behalf of Creditor Security Bank of Texas myra@johnmalonepc.com  myra@johnmalonepc.com

Johnie J Patterson
    on behalf of Creditor Elevated Solutions Group  LLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Marty L Brimmage
    on behalf of Creditor Nicole Hockley mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlos M Soto mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Mark Barden mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor William Sherlach mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor William Aldenberg mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Francine Wheeler mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Donna Soto mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

| | |
|---|---|
| Marty L Brimmage | on behalf of Creditor David Wheeler mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Neil Heslin mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Leonard Pozner mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Robert Parker mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Ian Hockley mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alexander E. Jones mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Melissa A Haselden | mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com |
| Melissa A Haselden | on behalf of Interested Party Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com |
| Nicholas Lawson | on behalf of Creditor Scarlett Lewis nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Leonard Pozner nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Neil Heslin nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Marcel Fontaine nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Nicholas Lawson | on behalf of Creditor Veronique De La Rosa nick.lawson@mhllp.com  patricia.flores@mhllp.com |
| Raymond William Battaglia | on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com |
| Ryan E Chapple | on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor David Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Robert Parker rchapple@cstrial.com  aprentice@cstrial.com |

Ryan E Chapple
    on behalf of Plaintiff Ian Hockley rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Jennifer Hensel rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff William Aldenberg rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Nicole Hockley rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Mark Barden rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Francine Wheeler rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Ian Hockley rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Donna Soto rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Richard M. Coan rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff David Wheeler rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Carlos M Soto rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor William Aldenberg rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Mark Barden rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff William Sherlach rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Donna Soto rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Robert Parker rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor William Sherlach rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Jacqueline Barden rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com aprentice@cstrial.com

Scott R. Cheatham
    on behalf of Creditor Bank of America N.A. scott.cheatham@arlaw.com vicki.owens@arlaw.com

Shelby A Jordan
    on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com

Shelby A Jordan
    on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com

Stephen A Roberts
    on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 10 of 10 |
| Date Rcvd: Dec 07, 2023 | Form ID: pdf001 | Total Noticed: 169 |

Stephen Wayne Lemmon
    on behalf of Creditor PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Vickie L Driver
    on behalf of Creditor Free Speech Systems  LLC Vickie.Driver@crowedunlevy.com, elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Vickie L Driver
    on behalf of Defendant Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Vickie L Driver
    on behalf of Debtor Alexander E. Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Yoshie Valadez
    on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com  yvaladez@mccarthyholthus.com

TOTAL: 110