IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| ALEXANDER E. JONES ) | CASE NO. 22-33553 |
| ) | |
| DEBTOR. ) | (CHAPTER 11) |
| ) | |
| ) | JUDGE CHRISTOPHER M. LOPEZ |

**TENTH MONTHLY FEE STATEMENT OF JORDAN & ORTIZ, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| **Name of Applicant:** | Jordan & Ortiz, P.C. ("J&O") |
|---|---|
| **Applicant's Role in Case:** | Co-Counsel to Debtor |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #105) |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 11/01/2023 | 11/30/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $5,092.00 (80% of $6,365.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $65.00[1] | |
| **Summary Attorney Fees for the Period Covered by this Statement** | | |
| **Attorneys Fees in this Statement:** | $6,240.00 | |
| **Total Actual Attorneys Hours Covered by this Statement:** | 10.40 | |
| **Average Hourly Rate for Attorneys:** | $600.00 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| **Paraprofessional Fees Requested in this Statement:** | $125.00 | |
| **Total Actual Paraprofessional Hours Covered by this Statement:** | 0.50 | |
| **Average Hourly Rate for Paraprofessionals:** | $250.00 | |

---

[1] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

> **In accordance with the Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals [ECF #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

## RELIEF REQUESTED

1. This is Jordan & Ortiz, P.C.'s ("J&O") ninth monthly fee statement for compensation (the "Fee Statement") for the period of November 1, 2023 through November 30, 2023 (the "Fee Period") pursuant to the Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals [ECF #106] (the "Interim Compensation Order"). J&O is filing its ninth monthly fee statement for compensation showing that J&O requests: (a) allowance of compensation in the amount of $5,092.00 (80% of $6,365.00) for actual, reasonable, and necessary professional services rendered to the Debtor by J&O and (b) reimbursement of actual, reasonable, and necessary costs and expenses in the amount of $65.00 incurred by J&O during the Fee Period. By this Fee Statement, J&O seeks interim allowance of compensation for services rendered and reimbursement of expenses incurred solely in connection with its work performed on behalf of the Debtor.

## SERVICES RENDERED AND DISBURSEMENTS INCURRED

2. Attached as Exhibit "A" is the Fee Statement for the period November 1, 2023 through November 30, 2023, which includes a summary of professionals who rendered services to the Debtor during the Fee Period, including each person's billing rate and the fees incurred during the Fee Period summarized by task code and the itemized schedule of expenses within each

category, including description, incurred with the amounts for which reimbursement is requested. Exhibit "A" also shows the fee statements that were included in the First Interim Application for fees and expenses from December 1, 2022 through May 15, 2023 (Docket #306) and Ordered to be paid (Docket #346). Attached as Exhibit "B" is a Task Code breakdown by Attorney and Paralegal.

## NOTICE AND OBJECTION PROCEDURES

3. Pursuant to the Interim Compensation Order notice of this Fee Statement has been provided to:

   a. Debtor Counsel, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com)

   b. U.S. Trustee c/o/ Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

   c. Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com)

   d. Connecticut Plaintiffs, (a) Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

   e. Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

   f. All parties that receive ECF notifications

In light of the nature of the relief requested herein, J&O submits that no further or other notice is required.

4. Pursuant to the Interim Compensation Order (ECF #106), the Notice Parties and parties in interest have 14 days after service of the Monthly Fee Statement to object to the requested fees and expenses. If any Notice Party, or any other party in interest, objects to a Retained Professional's Monthly Fee Statement, it must serve on the affected Retained Professional and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline. Thereafter, the objecting party and the affected Retained Professional may attempt to resolve the Objection on a consensual basis. If the parties are unable to reach a resolution of the Objection within 14 days after service of the Objection, or such later date as may be agreed upon by the objecting party and the affected Retained Professional, the affected Retained Professional may either: (i) file a response to the Objection with the Court, together with a request for payment of the difference, if any, between the Maximum Payment and the Authorized Payment made to the affected Retained Professional (the "Incremental Amount") and schedule such matter for hearing on at least 14 days' notice; or (ii) forego payment of the Incremental Amount until the next interim or final fee application hearing, at which time the Court will consider and dispose of the Objection if requested by the affected Retained Professional. Failure by a Notice Party, or any other party in interest, to object to a Monthly Fee Statement shall not constitute a waiver of any kind nor prejudice that party's right to object to any Interim Fee Application (as defined below) subsequently filed by a Retained Professional.

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. J&O reserves the right to make further application to this Court for allowance of such fees and expenses not included herein, or correct and erroneous or errors set out herein. Subsequent Monthly Fee Statements will be filed

in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

WHEREFORE, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, J&O respectfully requests: (a) that it be allowed on an interim basis (i) $5,092.00 (80% of fees in the amount of $6,365.00) for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and (ii) reimbursement of $65.00 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtor be authorized and directed to immediately pay to J&O the amount of $5,157.000 which is equal to the sum of 80% of J&O's fees and 100% of J&O's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Dated: December 12, 2023

> /s/ Shelby A. Jordan
> SHELBY A. JORDAN
> State Bar No. 11016700
> S.D. No. 2195
> ANTONIO ORTIZ
> State Bar No. 24074839
> S.D. No. 1127322
> **Jordan & Ortiz, P.C.**
> 500 North Shoreline Blvd., Suite 804
> Corpus Christi, TX  78401
> Telephone: (361) 884-5678
> Facsimile:  (361) 888-5555
> Email:  sjordan@jhwclaw.com
>           aortiz@jhwclaw.com
> Copy to: cmadden@jhwclaw.com
> **CO-COUNSEL FOR DEBTOR**

## CERTIFICATE OF SERVICE

I certify that on December 12, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a. Debtor Counsel, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com)

b. U.S. Trustee c/o/ Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c. Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com)

d. Connecticut Plaintiffs, (a) Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e. Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f. All parties that receive ECF notifications

                                                   */s/ Shelby A. Jordan*
                                                       Shelby A. Jordan

# EXHIBIT "A"

## JORDAN & ORTIZ, P.C. INVOICES FOR PERIOD
## NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS  78401-0341
TAX ID NO. 74-2553880
(361) 884-5678

|  |  |
|---|---|
| JONES, ALEX | Page: 1 |
| alexejones1777@gmail.com | December 06, 2023 |
|  | Account No:     5481-002000M |
|  | Statement No:            922835 |

Bankruptcy

|  |  |  |  |  | | |
|---|---|---|---|---|---|---|
|  |  |  |  | PREVIOUS BALANCE |  | $122,514.63 |
|  |  |  |  |  | Hours |  |
| 11/02/2023 | SAJ | B110 | A107 | Conference with co-counsel regarding new developments in plan, negotiations, status of pending claims in Texas and client position. | 0.30 | 180.00 |
|  | SAJ | B110 | A106 | Conference with client. | 0.40 | 240.00 |
| 11/05/2023 | SAJ | B110 | A106 | Call from client regarding status of appeals and potential for settlements. | 0.30 | 180.00 |
| 11/09/2023 | CRM | B160 | A103 | Prepare 9th Monthly Fee Notice and file and serve same. | 0.50 | 125.00 |
| 11/10/2023 | SAJ | B110 | A104 | Review budget from co-counsel and work on budget and forward. | 0.60 | 360.00 |
|  | SAJ | B210 | A104 | Review brief and edit for Texas appeal and copy to Chris Martin. | 1.00 | 600.00 |
| 11/12/2023 | SAJ | B110 | A106 | Call to client regarding statement in broadcast about resolutions. | 0.20 | 120.00 |
| 11/13/2023 | SAJ | B190 | A104 | Review proposal by Debtors for settlement and calls to co-counsel and call from and to Battaglia. | 1.70 | 1,020.00 |
| 11/14/2023 | SAJ | B190 | A103 | Work on additional edits to the proposed settlement outline. | 0.70 | 420.00 |
| 11/15/2023 | SAJ | B130 | A106 | Review and telephone conference with client regarding sale of exempt assets on-line. | 0.30 | 180.00 |
| 11/16/2023 | SAJ | B110 | A103 | Pull and prepare initial accounting to disclose any funds paid for bankruptcy advise and petition preparation in the SOFA. | 0.80 | 480.00 |
|  | SAJ | B110 | A107 | Review and forward to co-counsel Jay Wolman's email regarding client's claim against Erica Garbatini bankruptcy. | 0.40 | 240.00 |
|  | SAJ | B410 | A106 | Call from client regarding sale of his exempt property and reminder of Governor Conoly's Chapter 7 sale of his |  |  |

|  |  |  |  |  |  | Page: 2 |
|---|---|---|---|---|---|---|
| JONES, ALEX |  |  |  |  |  | December 06, 2023 |
|  |  |  |  |  | Account No: | 5481-002000M |
|  |  |  |  |  | Statement No: | 922835 |
| Bankruptcy |  |  |  |  |  |  |

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  |  |  |  | non-exempt property. | 0.40 | 240.00 |
| 11/21/2023 | SAJ | B110 | A107 | Emails to co-counsel regarding status of settlement and NY trip and call to client regarding same. | 0.40 | 240.00 |
| 11/22/2023 | SAJ | B110 | A107 | Email and call to co-counsel regarding 2004 exam of Bob R and status of NY trip and settlement and review motion for status conference and issues raised by Motion and MOR filed. | 0.50 | 300.00 |
|  | SAJ | B110 | A104 | Review exhibit list for client question on EGS hearing on rejection of contacts (whiskey, EGS Agr). | 0.30 | 180.00 |
|  | SAJ | B320 | A104 | Begin analysis on bean transactions and claim by GrainChain to disclaim profits and emails and call to Dundon Advisors. | 0.20 | 120.00 |
| 11/27/2023 | SAJ | B110 | A107 | Email to co-counsel on issues of hearing and $650k salary for client and status of NY Settlement trip. | 0.20 | 120.00 |
|  | SAJ | B110 | A107 | Call to Battaglia regarding hearing outcome, Judge response to motions and status of NY Settlement negotiations. | 0.50 | 300.00 |
|  | SAJ | B110 | A104 | Review memo of status of offers exchanged to settle matters and telephone conference with co-counsel. | 0.20 | 120.00 |
|  | SAJ | B320 | A104 | Review motion for creditor plan. | 0.30 | 180.00 |
| 11/29/2023 | SAJ | B110 | A107 | Call from Battaglia regarding funds sent by Axios from prior Chapter 11 of Health to address in Victoria and conference with Chrystal Madden to get report of location of check and call to ex CRO account name for direction. | 0.70 | 420.00 |
|  |  |  |  | For Current Services Rendered | 10.90 | 6,365.00 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| SHELBY A. JORDAN | Partners | 10.40 | $600.00 | $6,240.00 |
| CHRYSTAL MADDEN | Paralegals | 0.50 | 250.00 | 125.00 |

| 11/30/2023 |  | B110 | E106 | Pacer |  | 65.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | Total Expenses |  | 65.00 |
|  |  |  |  | Total Current Work |  | 6,430.00 |
|  |  |  |  | Total Payments |  | -28,915.38 |
|  |  |  |  | Balance Due |  | $100,029.25 |

JONES, ALEX

Bankruptcy

## Task Code Summary

| | | Fees | Expenses |
|---|---|---:|---:|
| B110 | Case Administration | 3480.00 | 65.00 |
| B130 | Asset Disposition | 180.00 | 0.00 |
| B160 | Fee/Employment Applications | 125.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1440.00 | 0.00 |
| B100 | Administration | 5,225.00 | 65.00 |
| | | | |
| B210 | Business Operations | 600.00 | 0.00 |
| B200 | Operations | 600.00 | 0.00 |
| | | | |
| B320 | Plan and Discosure Statement (including Business Plan) | 300.00 | 0.00 |
| B300 | Claims and Plan | 300.00 | 0.00 |
| | | | |
| B410 | General Bankruptcy Advice/Opinions | 240.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 240.00 | 0.00 |

Your trust account #1 balance is

| | | |
|---|---|---:|
| | Opening Balance | $0.00 |
| 11/16/2023 | Interim Wire Payment | 28,915.38 |
| 11/16/2023 | Payment on 922268, 922376 and 922405 | -28,915.38 |
| | Closing Balance | $0.00 |

*The entry N/C signifies time spent for which there will be no charge.*

## SUMMARY OF PREVIOUS INVOICES THAT HAVE BEEN ORDERED TO BE PAID UNDER DOCKET #346[2]

| Invoice No. | Month Billed | Invoice Date | Fees | Expenses | Invoice Total | Amount Applied | Interim Amount Applied Per #346 | Remaining Balance Due |
|---|---|---|---|---|---|---|---|---|
| **First Fee Application** | | | | | | | | |
| 922199 | December | 1/27/23 | $77,362.50 | $506.65 | $77,869.15 | -$62,396.65 | $15,472.50 | $0.00 |
| 922213 | January | 2/15/23 | $28,125.00 | $102.50 | $28,227.50 | -$22,602.50 | $5,625.00 | $0.00 |
| 922268 | February | 3/2/23 | $51,205.00 | $22.44 | $51,227.44 | -$40,986.44 | $10,241.00 | $0.00 |
| 922376 | March | 4/6/23 | $46,820.00 | $120.30 | $46,940.30 | -$20,804.57 | $26,135.73 | $0.00 |
| 922405 | April | 5/4/23 | $15,560.00 | $0.00 | $15,560.00 | $0.00 | $2,168.44 | $13,391.56 |
| 922449 | May 1-15 | 5/18/23 | $24,550.00 | $315.70 | $24,865.70 | $0.00 | | $24,865.70 |
| | | **TOTALS** | **$243,622.50** | **$1,067.59** | **$244,690.09** | **-$146,790.16** | **$59,642.67** | **$38,257.26** |

---

[2] Order Granting First Interim Application of Jordan & Ortiz, P.C. for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period from December 2, 2022 through May 15, 2023

# EXHIBIT "B"

## TASK CODES

| CATEGORIES | ATTORNEY TIME | PARALEGAL TIME |
|---|---|---|
| B110 Case Administration | 5.80 | |
| B120 Asset Analysis and Recovery | | |
| B130 Asset Disposition | 0.30 | |
| B140 Relief from Stay/Adequate Protection | | |
| B150 Meetings of & Communications with Creditors | | |
| B160 Fee/Employment Applications | | 0.50 |
| B170 Fee/Employment Objections | | |
| B180 Avoidance Action Analysis | | |
| B185 Assumption/Rejection of Executory Contracts | | |
| B190 Other Contested Matters | 2.40 | |
| B195 Non-Working Travel | | |
| B210 Business Operations | | |
| B220 Employee Benefits/Pensions | | |
| B230 Financing/Cash Collections | | |
| B240 Tax Issues | | |
| B250 Real Estate | | |
| B260 Board of Directors Matters | | |
| B310 Claims Administration and Objections | | |
| B320 Plan and Disclosure Statement | 0.50 | |
| B410 General Bankruptcy Advice/Opinions | 0.40 | |
| B420 Restructurings | | |
| **TOTALS:** | **10.40** | **0.50** |