IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| ALEXANDER E. JONES ) | CASE NO. 22-33553 |
| ) | |
| DEBTOR. ) | (CHAPTER 11) |
| ) | |
| ) | JUDGE CHRISTOPHER M. LOPEZ |

**NINTH MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Name of Applicant: | BlackBriar Advisors, LLC | |
|---|---|---|
| Applicant's Role in Case: | Financial Advisor | |
| Date Order of Appointment Signed: | January 20, 2023 (Dkt #112) | |
| | **Beginning of Period** | **End of Period** |
| Time Period Covered in Statement: | 10/01/2023 | 11/30/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total Fees Requested in this Statement: | $105,192.00[1] (80% of $131,490.00) | |
| Total Reimbursable Expenses Requested in this Statement: | $5,162.22[2] | |
| **Summary of Fees for the Period Covered by this Statement** | | |
| Professional Fees in this Statement: | $131,490.00 | |
| Total Actual Professional Hours Covered by this Statement: | 302.50 | |
| Average Hourly Rate for Professionals: | $435.67 | |

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

---

[1] BlackBriar is holding $0.00 as a retainer in its Trust Account.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**NINTH MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 1**

Pursuant to §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], BlackBriar Advisors, LLC ("BlackBriar"), as Financial Advisor to the Debtor, hereby files its *Ninth Monthly Fee Statement of BlackBriar Advisors, LLC. for Allowance of Compensation for Services Rendered as Financial Advisor to the Debtor for the Period from October 1, 2023 through November 30, 2023* (the "Monthly Fee Statement").

## RELIEF REQUESTED

1. By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, BlackBriar seeks interim payment of $105,192.00.00 (80% of $131,490.00) as compensation for professional services rendered to the Debtor during the period from October 1, 2023 through November 30, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $5,162.22, for a total amount of $110,354.22 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2. In support of the Monthly Fee Statement, BlackBriar submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Fees by Category as Financial Advisor for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Financial Advisor for the Fee Period*, attached hereto as **Exhibit C**.

3. Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order),

**NINTH MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 2**

and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline:

 a. Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

 b. U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

 c. Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

 d. Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

 e. Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

 f. Any other parties that the Court may designate.

In light of the nature of the relief requested herein, BlackBriar submits that no further or other notice is required.

 4. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. BlackBriar reserves the right to make further application to this Court for allowance of such fees and expenses not included

**NINTH MONTHLY FEE STATEMENT OF BLACKBRIAR ADVISORS, LLC – Page 3**

herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5. Therefore, BlackBriar respectfully submits support for its fees in the amount of $131,490.00 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $5,162.22 for reasonable, actual and necessary expenses incurred during the Fee Period. BlackBriar further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to BlackBriar the amount of $110,354.22 which is equal to the sum of 80% of BlackBriar's fees and 100% of BlackBriar's expenses incurred during the Fee Period.

Houston, TX
Dated: December 15, 2023

**BLACKBRIAR ADVISORS, LLC**

By: */s/ Robert Schleizer*
Robert Schleizer
2626 Cole Ave., Suite 300
Dallas, TX 75201
Telephone: 214-599-8600
Email: bschleizer@blackbriaradvisors.com

**FINANCIAL ADVISORS FOR DEBTOR ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

I certify that on December 15, 2023, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a. Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b. U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c. Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d. Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e. Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f. Any other parties that the Court may designate.

*/s/ Christina W. Stephenson*
Christina W. Stephenson

# EXHIBIT "A"

## SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Airfare/Train | **$3,291.60** |
| Mileage | **627.10** |
| Meals | **373.56** |
| Auto | **278.29** |
| Hotel | **358.02** |
| Other | **233.65** |

# EXHIBIT "B"

## SUMMARY OF FEES AND EXPENSES BY CATEGORY FOR THE FEE PERIOD

| CATEGORIES | PROFESSIONAL TIME |
|---|---|
| B110 Case Administration | 70.80 |
| B120 Asset Analysis and Recovery | 4.2 |
| B130 Asset Disposition | 4.4 |
| B140 Relief from Stay/Adequate Protection | 0.00 |
| B150 Meetings of & Communications with Creditors | 0.00 |
| B160 Fee/Employment Applications | 3.2 |
| B170 Fee/Employment Objections | 0.00 |
| B180 Avoidance Action Analysis | 0.00 |
| B185 Assumption/Rejection of Executory Contracts | 0.00 |
| B190 Other Contested Matters | 28.5 |
| B195 Non-Working Travel | 26.00 |
| B210 Business Operations | 147.40 |
| B220 Employee Benefits/Pensions | 0.00 |
| B230 Financing/Cash Collections | 0.00 |
| B240 Tax Issues | 7.5 |
| B250 Real Estate | 0.00 |
| B260 Board of Directors Matters | 0.00 |
| B310 Claims Administration and Objections | 0.00 |
| B320 Plan and Disclosure Statement | 10.5 |
| B410 General Bankruptcy Advice/Opinions | 0.00 |
| B420 Restructurings | 0.00 |
| **TOTALS:** | **302.5** |

# **EXHIBIT "C"**

## **DETAILED RECORD OF FEES FOR THE FEE PERIOD**

 

October 31, 2023

Alex E. Jones
c/o Shelby A. Jordan
**Jordan & Ortiz, P.C.**
6207 Bee Cave Road, Suite 120
Austin, TX 78746

| | Re: | Alexander E. Jones, Debtor In Possession | Case No. 22-33553 |
|---|---|---|---|

**Billing Period:** October 1 through October 31, 2023
**Invoice No.** AJ1001-23

**Professional Services Rendered:**

| Date | Professional | Description | Hours | Amount | Task Code |
|---|---|---|---|---|---|
| 10/1/2023 | KN | Bank reconciliations | 2.50 | $ 1,000.00 | B210 |
| 10/2/2023 | BS | Banking (.3); Book sales (.5); crowder follow up(.2) | 1.00 | 500.00 | B210 |
| 10/2/2023 | BS | Donations tax issues (.4); | 0.40 | 200.00 | B240 |
| 10/2/2023 | KN | Sept accounting; reconciliations | 4.00 | 1,600.00 | B210 |
| 10/3/2023 | BS | Cash management; sales | 0.50 | 250.00 | B210 |
| 10/3/2023 | BS | Non- exempt asset analysis; prepare summary for Teneo | 0.60 | 300.00 | B210 |
| 10/3/2023 | KN | MOR setup; discussion with Teneo; gather backup for Teneo; | 3.50 | 1,400.00 | B110 |
| 10/3/2023 | KN | Personnel/nanny issues | 1.00 | 400.00 | B210 |
| 10/4/2023 | BS | Conference call - FSS Sub V trustee; counsel; follow up call | 0.50 | 250.00 | B110 |
| 10/4/2023 | BS | Asset sales - research current values - update asset list and exempt assets | 0.90 | 450.00 | B120 |
| 10/4/2023 | BS | Recap outstanding operation issues for FSS meeting; call w counsel | 0.40 | 200.00 | B210 |
| 10/4/2023 | BS | Staffing firm interview and follow up for COO/Controller - Red Ballon | 0.70 | 350.00 | B210 |
| 10/4/2023 | KN | Asset listings; SOFA reconciliation, update; MOR | 4.00 | 1,600.00 | B110 |
| 10/5/2023 | BS | Asset sales - research current values - update asset list and exempt assets | 0.60 | 300.00 | B210 |
| 10/5/2023 | KN | Appraisals, MOR, SOFA updates | 3.00 | 1,200.00 | B110 |
| 10/5/2023 | KN | Accounting, nanny issues | 2.00 | 800.00 | B210 |
| 10/6/2023 | BS | Asset sales - research current values - update asset list and exempt assets | 0.50 | 250.00 | B210 |
| 10/6/2023 | KN | Research on checks; boat issues, accounting | 5.00 | 2,000.00 | B210 |
| 10/8/2023 | HK | Updated FSS Sales Reconciliation for 5 weeks | 2.00 | 1,000.00 | B210 |
| 10/9/2023 | KN | Professional fees; childcare issues; accounting issues | 4.50 | 1,800.00 | B210 |
| 10/10/2023 | BS | Other income review - outstanding tax issues for tax accountant | 1.10 | 550.00 | B210 |
| 10/10/2023 | HK | Reviewed FSS forecast & budget | 1.50 | 750.00 | B210 |
| 10/10/2023 | KN | Household bills to split; accounting | 4.50 | 1,800.00 | B210 |
| 10/11/2023 | BS | Non working travel | 3.00 | 750.00 | B195 |
| 10/11/2023 | KN | Household invoice reconciliation; accounting; MOR setup | 3.50 | 1,400.00 | B210 |
| 10/12/2023 | BS | On site FSS office - operations; meeting with FSS employees, CRO; A. Jones; financial statement support; budget update | 6.00 | 3,000.00 | B210 |
| 10/12/2023 | BS | Open tax issues to complete A. Jones 2022 tax return | 1.20 | 600.00 | B240 |
| 10/12/2023 | KN | Accounting; reconciliations, Professional fees; | 4.00 | 1,600.00 | B210 |
| 10/13/2023 | BS | On site FSS office - operations; meeting with A. Jones; professional fee recap; budget review | 2.40 | 1,200.00 | B210 |
| 10/13/2023 | BS | Non working travel | 3.00 | 750.00 | B195 |
| 10/13/2023 | HK | Updated FSS Sales Reconciliation & added book sales to spreadsheet | 1.50 | 750.00 | B210 |
| 10/13/2023 | KN | Reconciliations; review sales entries | 3.50 | 1,400.00 | B210 |
| 10/14/2023 | BS | Cash flow - GivesendGo update; disbursement review; financial statement review | 1.70 | 850.00 | B210 |
| 10/16/2023 | BS | Tax return review and analysis | 1.50 | 750.00 | B240 |
| 10/16/2023 | BS | Cash management; accounts payable review; budget update | 2.00 | 1,000.00 | B210 |
| 10/16/2023 | BS | MOR/financial review | 0.80 | 400.00 | B110 |
| 10/16/2023 | KN | Boat issue; childcare time sheets;Oct accounting, | 2.50 | 1,000.00 | B210 |
| 10/16/2023 | KN | Sept MOR | 2.00 | 800.00 | B110 |
| 10/17/2023 | KN | Budget; invoice collection; | 2.00 | 800.00 | B210 |
| 10/17/2023 | KN | Revised MOR - Sept | 1.50 | 600.00 | B110 |
| 10/18/2023 | BS | Calls w V. Driver & A. & E. Jones - disbursements; budget; budget updates (1.3); correspondence - E. Jones re expenses (.3) | 1.60 | 800.00 | B210 |
| 10/18/2023 | BS | Calls/mails re Lake Property sale - prospective brokers | 0.60 | 300.00 | B120 |
| 10/18/2023 | BS | Correspondence - R. Kennerly re GiveSendGo contributions; follow up on 2022 tax returns | 0.50 | 250.00 | B240 |
| 10/18/2023 | BS | Liquidation - storage units - call with appraiser; liquidators | 0.30 | 150.00 | B120 |
| 10/19/2023 | BS | Discussion w V. Driver re MOR changes and schedule adjustments; revise per SOFA changes | 0.50 | 250.00 | B110 |
| 10/19/2023 | HK | Updated FSS Sales Reconciliation | 0.70 | 350.00 | B210 |
| 10/19/2023 | KN | Bank accounts; discussions with D Jones; Homepay issues; review bills to be paid | 2.50 | 1,000.00 | B210 |

Re: **Alexander E. Jones, Debtor In Possession**     Case No. 22-33553

**Billing Period:** October 1 through October 31, 2023
**Invoice No.** AJ1001-23

| Date | Initials | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 10/20/2023 | BS | Review/finalize MOR | 0.80 | 400.00 | B110 |
| 10/20/2023 | KN | Oct accounting | 3.50 | 1,400.00 | B210 |
| 10/22/2023 | BS | Professional fee recap | 1.10 | 550.00 | B110 |
| 10/23/2023 | BS | Non working travel | 3.00 | 750.00 | B195 |
| 10/23/2023 | BS | On site - meetings w FSS; A. Jones - operations; cash flow; accounting | 4.50 | 2,250.00 | B210 |
| 10/23/2023 | KN | October accounting; | 2.00 | 800.00 | B210 |
| 10/23/2023 | KN | Revised amended SOFA | 1.50 | 600.00 | B110 |
| 10/24/2023 | BS | On site - meetings w FSS; A. Jones - operations; cash flow; accounting | 5.50 | 2,750.00 | B210 |
| 10/24/2023 | BS | Meet with RE brokers re Ranch and Lake properties; follow up documentation requests | 2.30 | 1,150.00 | B210 |
| 10/24/2023 | BS | Non working travel | 3.00 | 750.00 | B195 |
| 10/24/2023 | HK | Updated FSS Sales Reconciliation | 0.70 | 350.00 | B210 |
| 10/24/2023 | HK | Reconciling payment received from book sales with Jeff | 0.40 | 200.00 | B210 |
| 10/24/2023 | KN | Review amended SOFA- update transfers to insiders; | 2.50 | 1,000.00 | B110 |
| 10/25/2023 | KN | Bank transfers; October accounting | 4.00 | 1,600.00 | B210 |
| 10/26/2023 | BS | Respond to Teneo questions | 0.50 | 250.00 | B110 |
| 10/26/2023 | BS | Cash management; follow up with Crowder re sales; Platinum sales | 0.80 | 400.00 | B210 |
| 10/26/2023 | KN | Bill payment; invoice entry; accounting; reconciliations | 2.50 | 1,000.00 | B210 |
| 10/27/2023 | BS | Cash management; follow up sales; forecast | 1.50 | 750.00 | B210 |
| 10/27/2023 | BS | Correspondence re real estate listings | 0.60 | 300.00 | B210 |
| 10/30/2023 | BS | Non working travel | 3.00 | 750.00 | B195 |
| 10/30/2023 | KN | Invoices; issues with lawn care, nanny payroll, banking, accounting | 3.50 | 1,400.00 | B210 |
| 10/31/2023 | BS | On site - meetings w FSS; A. Jones - operations; cash flow; accounting; meeting w E Jones re budget | 4.20 | 2,100.00 | B210 |
| 10/31/2023 | BS | Meet broker at Lake House | 1.70 | 850.00 | B120 |
| 10/31/2023 | KN | Meeting in Austin w/ AEJ, Erika re household expenses; lake house sale; plan | 5.00 | 2,000.00 | B210 |
| | | | **151.60** | **64,050.00** | |

| | Hours | Amount |
|---|---|---|
| Total hours for Robert Schleizer (BS) | 64.80 | $ 28,650.00 |
| Total hours for Harold Kessler (HK) | 6.80 | 3,400.00 |
| Total hours for Kathy Norderhaug (KN) | 80.00 | 32,000.00 |
| | **151.60** | **$ 64,050.00** |

**Other Expenses**

**Expenses**
From attached expense breakdown     $ 2,842.91

**Total Invoice Amount**     **$ 66,892.91**

**BlackBriar Advisors LLC**
**2626 Cole Ave., Suite 300**
**Dallas, TX 75204**

**Alex E. Jones**
**Billing Period:**    October 1 through October 31, 2023
**Invoice:**    AJ1001-23

| Date | Airfare/Train | Mileage | Meals | Auto | Hotel | Other | Total |
|---|---|---|---|---|---|---|---|
| 1-Oct | - | - | - | - | - | - | - |
| 2-Oct | - | - | - | - | - | - | - |
| 3-Oct | - | - | - | - | - | - | - |
| 4-Oct | - | - | - | - | - | - | - |
| 5-Oct | - | - | - | - | - | - | - |
| 6-Oct | - | - | - | - | - | - | - |
| 7-Oct | - | - | - | - | - | - | - |
| 8-Oct | - | - | - | - | - | - | - |
| 9-Oct | - | - | - | - | - | - | - |
| 10-Oct | - | - | - | - | - | - | - |
| 11-Oct | 790.80 | - | - | - | - | - | 790.80 |
| 12-Oct | - | - | 17.81 | - | - | - | 17.81 |
| 13-Oct | - | - | 22.00 | 20.00 | - | 18.00 | 60.00 |
| 14-Oct | - | - | - | - | - | 42.69 | 42.69 |
| 15-Oct | - | - | - | - | - | - | - |
| 16-Oct | - | - | - | - | - | - | - |
| 17-Oct | - | - | - | - | - | - | - |
| 18-Oct | - | - | - | - | - | - | - |
| 19-Oct | - | - | - | - | - | - | - |
| 20-Oct | - | - | - | - | - | - | - |
| 21-Oct | - | - | - | - | - | - | - |
| 22-Oct | - | - | - | - | - | - | - |
| 23-Oct | #REF! | - | - | - | - | - | 790.80 |
| 24-Oct | 790.80 | - | - | - | - | 16.00 | 16.00 |
| 25-Oct | - | - | - | - | - | - | - |
| 26-Oct | - | - | - | - | - | - | - |
| 27-Oct | - | - | - | - | - | - | - |
| 28-Oct | - | - | - | - | - | - | - |
| 29-Oct | - | - | - | - | - | - | - |
| 30-Oct | 681.80 | - | 29.00 | - | 358.02 | - | 1,068.82 |
| 31-Oct | - | - | 55.99 | - | - | - | 55.99 |
| **Total** | **#REF!** | $ - | $ 124.80 | $ 20.00 | $ 358.02 | $ 76.69 | $ 2,842.91 |

 

November 30, 2023

Alex E. Jones
c/o Shelby A. Jordan
**Jordan & Ortiz, P.C.**
6207 Bee Cave Road, Suite 120
Austin, TX 78746

| | Re: | Alexander E. Jones, Debtor In Possession | Case No. 22-33553 |
|---|---|---|---|

| **Billing Period:** | November 1 through November 30, 2023 |
|---|---|
| **Invoice No.** | AJ1101-23 |

**Professional Services Rendered:**

| Date | Professional | Description | Hours | Amount | Task Code |
|---|---|---|---|---|---|
| 11/1/2023 | BS | order | 1.60 | 800.00 | B130 |
| 11/1/2023 | BS | Accounting/financial statement issues | 0.40 | 200.00 | B210 |
| 11/1/2023 | BS | Tax issues - 2023 estimate/issues; calls/emails - R. Kennerly | 0.20 | 100.00 | B240 |
| 11/1/2023 | BS | Work on income forecast for plan; emails/calls with V. Driver | 1.10 | 550.00 | B320 |
| 11/1/2023 | KN | Accounting; household issues; reconciliations | 3.00 | $ 1,200.00 | B210 |
| 11/2/2023 | KN | Bank reconciliations; month end accounting | 2.50 | 1,000.00 | B210 |
| 11/3/2023 | BS | Forecast update for 408 meeting; review FSS forecast ; pre call w Akin et al | 2.40 | 1,200.00 | B190 |
| 11/3/2023 | HK | Updated FSS Sales Reconciliation | 0.80 | 400.00 | B210 |
| 11/6/2023 | BS | Research Ranch property for broker; title; restrictions; water/mineral rights | 0.70 | 350.00 | B120 |
| 11/6/2023 | BS | Meeting with BlackBriar & attorney - case issues | 3.50 | 1,750.00 | B110 |
| 11/6/2023 | BS | Update forecast for settlement negotiations; calls emails w V. Driver | 0.80 | 400.00 | B190 |
| 11/6/2023 | BS | Operations - sales research-Crowder; accounting issues | 0.50 | 250.00 | B210 |
| 11/6/2023 | HK | Meeting with BlackBriar & attorney - case issues | 3.50 | 1,750.00 | B110 |
| 11/7/2023 | BS | Deposition preparation - review AEJ depo; review documents | 3.20 | 1,600.00 | B190 |
| 11/7/2023 | KN | October Accounting; MOR; Household issues | 2.50 | 1,000.00 | B210 |
| 11/8/2023 | BS | Deposition preparation - review AEJ depo; review documents | 1.70 | 850.00 | B190 |
| 11/8/2023 | BS | Attend teleconference with UCC attorneys; V. Driver; FSS and PQPR counsel | 2.90 | 1,450.00 | B190 |
| 11/8/2023 | BS | Professional fee forecast and recap | 0.80 | 400.00 | B210 |
| 11/8/2023 | KN | Update MOR; reconciliations | 3.00 | 1,200.00 | B110 |
| 11/9/2023 | BS | Deposition preparation - review AEJ depo; review documents | 2.00 | 1,000.00 | B190 |
| 11/9/2023 | BS | Review revise SOFA and amended schedules | 1.90 | 950.00 | B110 |
| 11/9/2023 | KN | Bank statements grouping | 3.00 | 1,200.00 | B210 |
| 11/10/2023 | BS | Review revise SOFA and amended schedules | 0.50 | 250.00 | B110 |
| 11/10/2023 | BS | Fee statement preparation/review | 2.90 | 1,450.00 | B160 |
| 11/10/2023 | BS | Sales order review | 0.50 | 250.00 | B210 |
| 11/10/2023 | BS | Call with A. Jones - forecast; plan status; cash position | 0.50 | 250.00 | B210 |
| 11/10/2023 | BS | Meeting with Counsel & K. Norderhaug regarding SOFA; case admin and scheduling | 2.60 | 1,300.00 | B110 |
| 11/10/2023 | HK | Updated FSS Sales Reconciliation | 0.80 | 400.00 | B210 |
| 11/10/2023 | KN | Meeting with Vickie and Bob regarding SOFA; case admin and scheduling | 2.60 | 1,040.00 | B110 |
| 11/11/2023 | BS | Review revise SOFA and amended schedules | 0.50 | 250.00 | B110 |
| 11/11/2023 | BS | Insider payments - Descendant trust | 1.30 | 650.00 | B110 |
| 11/13/2023 | BS | Meeting w counsel; B. Roe meeting; Deposition preparation | 2.50 | 1,250.00 | B110 |
| 11/13/2023 | BS | Insider payments - Descendant trust; correspondence w counsel | 1.30 | 650.00 | B110 |
| 11/13/2023 | BS | Operations- Cash flow; sales - calls emails with FSS; meet w K. Norderhaug - banking, expenses, cash flow | 2.40 | 1,200.00 | B210 |
| 11/13/2023 | BS | Accounting - update professional fees; review disbursements | 1.50 | 750.00 | B210 |
| 11/13/2023 | BS | Call w P. Story - IRS re claim | 0.60 | 300.00 | B240 |
| 11/13/2023 | KN | Household issues, invoices, update MOR; follow-up re boats; professional fees | 2.50 | 1,000.00 | B210 |
| 11/14/2023 | BS | Real Estate - Ranch Property listing agreement | 0.40 | 200.00 | B130 |
| 11/14/2023 | BS | Fee statement preparation/review | 0.30 | 150.00 | B160 |
| 11/14/2023 | BS | Non-working travel | 5.00 | 1,250.00 | B195 |
| 11/14/2023 | BS | Onsite - operations; meet w FSS; sales; accounting, forecast; bank issues | 4.20 | 2,100.00 | B210 |
| 11/14/2023 | BS | Tax issues - domestic pay | 2.00 | 1,000.00 | B240 |
| 11/14/2023 | KN | Property tax issue; Petty cash issue; accounting; boat issue; | 3.50 | 1,400.00 | B210 |
| 11/15/2023 | BS | Review revise SOFA and amended schedules | 0.60 | 300.00 | B110 |

Re: **Alexander E. Jones, Debtor In Possession**   Case No. 22-33553

**Billing Period:** November 1 through November 30, 2023
**Invoice No.** AJ1101-23

| Date | Initials | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 11/15/2023 | BS | Accounting - disbursements; cash management | 0.30 | 150.00 | B210 |
| 11/15/2023 | BS | IRS tax claim; domestic payroll | 1.10 | 550.00 | B240 |
| 11/16/2023 | BS | Review revise SOFA and amended schedules | 0.50 | 250.00 | B110 |
| 11/16/2023 | BS | Review/revise counter offer to plaintiffs | 0.80 | 400.00 | B190 |
| 11/16/2023 | BS | Operations - sales review; call FSS | 0.30 | 150.00 | B210 |
| 11/17/2023 | HK | Updated FSS Sales Reconciliation | 0.80 | 400.00 | B210 |
| 11/17/2023 | KN | Household issues; reconciliations | 2.50 | 1,000.00 | B110 |
| 11/17/2023 | KN | Update MOR; bank accounts for UST | 1.00 | 400.00 | B110 |
| 11/19/2023 | BS | Review revise SOFA and amended schedules | 0.50 | 250.00 | B110 |
| 11/19/2023 | BS | Review revise SOFA and amended schedules w A. Jones | 0.70 | 350.00 | B110 |
| 11/19/2023 | BS | Real Estate - Ranch Property listing agreement | 0.50 | 250.00 | B130 |
| 11/19/2023 | BS | Real Estate -Lake house listing agreement | 0.60 | 300.00 | B130 |
| 11/20/2023 | BS | Review revise SOFA and amended schedules - trusts | 0.50 | 250.00 | B110 |
| 11/20/2023 | BS | MOR review/revisions | 0.20 | 100.00 | B110 |
| 11/20/2023 | BS | Plan preparation, call w counsel; liquidation analysis; forecast | 2.20 | 1,100.00 | B320 |
| 11/20/2023 | HK | Conversations with appraiser Re: fire arms value & disposal | 0.30 | 150.00 | B130 |
| 11/20/2023 | KN | Update MOR to remove trusts; book sales | 3.00 | 1,200.00 | B110 |
| 11/21/2023 | BS | Review revise SOFA and amended schedules - insider payments | 0.60 | 300.00 | B110 |
| 11/21/2023 | BS | MOR review/revisions | 0.20 | 100.00 | B110 |
| 11/21/2023 | BS | Plan of reorganization; liquidation analysis | 1.70 | 850.00 | B320 |
| 11/23/2023 | KN | Payments on behalf of Condos | 4.50 | 1,800.00 | B110 |
| 11/24/2023 | BS | Review revise SOFA and amended schedules; global notes | 0.50 | 250.00 | B110 |
| 11/24/2023 | KN | Update transfers to insiders; UST fee recon | 2.50 | 1,000.00 | B110 |
| 11/26/2023 | BS | Deposition preparation - review AEJ depo; review documents | 3.50 | 1,750.00 | B190 |
| 11/26/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 11/26/2023 | KN | Update Nov accounting; set up Nov MOR spreadsheet | 2.50 | 1,000.00 | B110 |
| 11/27/2023 | BS | Deposition preparation - review AEJ depo; review documents | 2.80 | 1,400.00 | B190 |
| 11/27/2023 | BS | Work on descendant trust receivable. Call with trustee re past and upcoming payments | 0.60 | 300.00 | B110 |
| 11/27/2023 | BS | Meetings with counsel - hearing preparation and attendance | 4.50 | 2,250.00 | B110 |
| 11/27/2023 | HK | Conversations with appraiser Re: fire arms value & disposal; updated spreadsheet | 0.40 | 200.00 | B130 |
| 11/27/2023 | KN | Vehicle values; cash disbursements Jan-Oct; | 5.50 | 2,200.00 | B320 |
| 11/28/2023 | BS | Deposition - preparation and attendance | 8.40 | 4,200.00 | B190 |
| 11/28/2023 | BS | Real Estate -Lake house listing agreement | 0.60 | 300.00 | B130 |
| 11/28/2023 | BS | Non-working travel | 3.00 | 750.00 | B195 |
| 11/28/2023 | KN | payroll; household invoices; discussion with Erika | 2.00 | 800.00 | B210 |
| 11/29/2023 | HK | Updated FSS Sales Reconciliation | 0.80 | 400.00 | B210 |
| 11/29/2023 | KN | November accounting; sales entries; PayPal statements | 4.00 | 1,600.00 | B210 |
| 11/30/2023 | KN | Bank reconciliations; payables; | 2.50 | 1,000.00 | B210 |
| | | | **150.90** | **$ 67,440.00** | |

| | Hours | Amount |
|---|---|---|
| Total hours for Robert Schleizer (BS) | 90.90 | $ 42,700.00 |
| Total hours for Harold Kessler (HK) | 7.40 | 3,700.00 |
| Total hours for Kathy Norderhaug (KN) | 52.60 | 21,040.00 |
| | **150.90** | **$ 67,440.00** |

**Other Expenses**

**Expenses**
From attached expense breakdown     $ 2,319.31

**Total Invoice Amount**     **$ 69,759.31**

**BlackBriar Advisors LLC**
**2626 Cole Ave., Suite 300**
**Dallas, TX 75204**

**Alex E. Jones**
**Billing Period:**     November 1 through November 30, 2023
**Invoice:**            AJ1101-23

| Date | Airfare/Train | Mileage | Meals | Auto | Hotel | Other | Total |
|---|---|---|---|---|---|---|---|
| 1-Nov | 258.00 | - | 67.76 | 258.29 | - | 64.05 | 648.10 |
| 2-Nov | - | - | - | - | - | - | - |
| 3-Nov | - | - | - | - | - | - | - |
| 4-Nov | - | - | - | - | - | - | - |
| 5-Nov | - | - | - | - | - | - | - |
| 6-Nov | - | - | - | - | - | - | - |
| 7-Nov | - | - | - | - | - | - | - |
| 8-Nov | - | - | - | - | - | - | - |
| 9-Nov | - | - | - | - | - | - | - |
| 10-Nov | - | - | - | - | - | - | - |
| 11-Nov | - | - | - | - | - | - | - |
| 12-Nov | - | - | - | - | - | - | - |
| 13-Nov | - | - | - | - | - | - | - |
| 14-Nov | - | - | - | - | - | - | - |
| 15-Nov | - | - | - | - | - | - | - |
| 16-Nov | - | - | - | - | - | - | - |
| 17-Nov | - | - | - | - | - | - | - |
| 18-Nov | - | - | - | - | - | - | - |
| 19-Nov | - | - | - | - | - | - | - |
| 20-Nov | - | - | - | - | - | - | - |
| 21-Nov | - | - | - | - | - | - | - |
| 22-Nov | - | - | - | - | - | - | - |
| 23-Nov | - | - | - | - | - | - | - |
| 24-Nov | - | - | - | - | - | - | - |
| 25-Nov | - | - | - | - | - | - | - |
| 26-Nov | 770.20 | 627.10 | - | - | - | - | 1,397.30 |
| 27-Nov | - | - | 181.00 | - | - | 92.91 | 273.91 |
| 28-Nov | - | - | - | - | - | - | - |
| 29-Nov | - | - | - | - | - | - | - |
| 30-Nov | - | - | - | - | - | - | - |
| 1-Dec | - | - | - | - | - | - | - |
| **Total** | $ 1,028.20 | $ 627.10 | $ 248.76 | $ 258.29 | $ - | $ 156.96 | $ 2,319.31 |