**Alexander Emric Jones**          **Case No. 22-33553**

## Part 1 - Statement of Cash Receipts and Disbursements
### November 1-30, 2023

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Opening Balance** | 850,014 | 853 | 1,053 | 1,247 | 1,159 | 1,207 | 1,001 | 856,533 |
| Cash Receipts | 347,082 | | | | | | | 347,082 |
| Cash Disbursements | (575,669) | | | (25) | (52) | | (25) | (575,771) |
| **Net Cash Flow** | **621,427** | **853** | **1,053** | **1,222** | **1,107** | **1,207** | **976** | **627,844** |
| Transfer In | | | | | | | | 0 |
| Transfers Out | | | | | | | | 0 |
| **Ending Bank Balance** | **621,427** | **853** | **1,053** | **1,222** | **1,107** | **1,207** | **976** | **627,844** |

# Alex Jones
# Balance Sheet
### As of November 30, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Bank of America #2913 | 1,107 |
| Bank of America #6078 | 976 |
| Chase #3520 | 1,207 |
| Chase #7518 | 1,222 |
| PNC #5233 DIP | 621,427 |
| Prosperity Bank #9175 | 853 |
| Security Bank #8548 | 1,053 |
| **Total Bank Accounts** | $ 627,844 |
| **Accounts Receivable** | |
| Accounts Receivable | 169,773 |
| **Total Accounts Receivable** | $ 169,773 |
| **Other Current Assets** | |
| Cash on Hand | 1,000 |
| Federal Income Tax Receivable | 3,885,071 |
| GiveSendGo-Legal | 38,109 |
| Inventory Platinum | 339,119 |
| Petty Cash for Child Care | 700 |
| PreNup Pre Payment | 13,326 |
| Prepaid Insurance | 1,859 |
| Prepayment -Legal Account | 50,000 |
| Rental Property Escrow | 15,050 |
| **Total Other Current Assets** | $ 4,344,234 |
| **Total Current Assets** | $ 5,141,851 |
| **Fixed Assets** | |
| Homestead | 2,612,800 |
| Lakehouse | 1,750,000 |
| Ranch Property | 2,189,220 |
| Rental Property | 505,000 |
| **Vehicles and Marine Assets** | |
| Dodge Challenger | 67,575 |
| Dodge Charger | 70,618 |
| Ford Expedition | 21,463 |
| Marine Assets | 114,300 |
| **Total Vehicles and Marine Assets** | $ 273,956 |
| **Total Fixed Assets** | $ 7,330,976 |
| **Other Assets** | |
| Interests In Trust | 131,622 |
| Ownership Interests in Non Public Entities | 17,518 |
| Personal Property | 171,536 |
| Receivable from Descendants Trust | 30,015 |
| Receivable from Mrs. Jones | 10,221 |
| **Total Other Assets** | $ 360,913 |
| **TOTAL ASSETS** | $ 12,833,740 |

# Alex Jones
# Balance Sheet
### As of November 30, 2023

|  |  | Total |
|---|---:|---:|
| **LIABILITIES AND EQUITY** | | |
|   Liabilities | | |
|     Current Liabilities | | |
|       Accounts Payable | | |
|         Accounts Payable | | 17,866 |
|       Total Accounts Payable | $ | 17,866 |
|       Other Current Liabilities | | |
|         Accrued Professional Fees | | 2,222,005 |
|         Accrued Property Tax Payable | | 78,600 |
|         Payroll Tax Payable-Child Care | | 2,347 |
|         Payroll Tax Withheld-Child Care | | 7,761 |
|       Total Other Current Liabilities | $ | 2,310,713 |
|     Total Current Liabilities | $ | 2,328,579 |
|     Long-Term Liabilities | | |
|       Rental Property Mortgage | | 28,883 |
|     Total Long-Term Liabilities | $ | 28,883 |
|   Total Liabilities | $ | 2,357,462 |
|   Equity | | |
|     Opening Balance Equity | | 12,650,317 |
|     Owner's Investment | | 0 |
|       OtherDeposits/Transfers | | 171,668 |
|     Total Owner's Investment | $ | 171,668 |
|     Owner's Pay & Personal Expenses | | |
|       Gifts | | 63,919 |
|     Total Owner's Pay & Personal Expenses | $ | 63,919 |
|     Retained Earnings | | 13,190 |
|     Net Income | | -2,422,817 |
|   Total Equity | $ | 10,476,277 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 12,833,740 |

# Alex Jones
# Profit and Loss
## November 2023

|  | Total |
|---|---:|
| **Income** | |
|   Book Sales Income | 160,151 |
|   FreeSpeech Payroll (1) | 77,692 |
|   Interest Income | 8 |
|   Rental Income | 1,200 |
|   Sales of Product Income | 178,166 |
|     Cost of Goods Sold | -31,784 |
|     Selling Expense | -70,857 |
|   Total Sales of Product Income | $ 75,525 |
| **Total Income** | $ 314,576 |
| **Payroll Deductions** | |
|   Child Support- Garnished | 1,846 |
|   Medical Insurance Premiums | 1,137 |
|   Payroll Taxes withheld | 26,763 |
| **Total Payroll Deductions** | $ 29,745 |
| **Gross Profit** | $ 284,831 |
| **Expenses** | |
|   Living Expenses | |
|     Auto/Trucks/Watercraft | |
|       Auto/Boat Maintenance | 154 |
|       Auto/Truck/Boat Insurance | 3,472 |
|       Boat Storage | 860 |
|       Fuel | 1,261 |
|     Total Auto/Trucks/Watercraft | $ 5,747 |
|     Family | |
|       Child Care | 16,154 |
|       Groceries | 3,236 |
|       Homestead | |
|         Maintenance | 5,788 |
|           Housekeeping | 3,900 |
|           Misc. Supplies and Services | 1,199 |
|         Total Maintenance | $ 10,887 |
|         Phone/Internet | 408 |
|         Property Insurance | 1,006 |
|         Property Tax | 9,150 |
|         Utilities | 2,405 |
|       Total Homestead | $ 23,856 |
|       Household Purchases | 290 |
|       Meals & Entertainment | 3,445 |
|         Apple/Netflix/Hulu charges | 419 |
|       Total Meals & Entertainment | $ 3,863 |
|       Medical | 117 |
|       Other | 1,303 |
|       PreNup Obligation | 15,184 |
|       School and Kid's Activities | |
|         Activities | 1,451 |
|         Tuition/ Tutor | 567 |
|       Total School and Kid's Activities | $ 2,018 |
|     Total Family | $ 66,020 |
|   Total Living Expenses | $ 71,767 |

# Alex Jones
# Profit and Loss
#### November 2023

|  | Total |
|---|---:|
| **Other Expenses** | |
|   Bank Charges & Fees | 104 |
|   Business Expenses | 1,438 |
|   Interest Paid | 159 |
|   Legal & Professional Services | 265,761 |
|   Real Estate | |
|     Lakehouse | |
|       Lakehouse Insurance | 352 |
|       Lakehouse Internet | 356 |
|       Lakehouse Maintenance | 1,108 |
|       Lakehouse Property Tax | 2,400 |
|       Lakehouse Utilities | 46 |
|     **Total Lakehouse** | $ 4,261 |
|     Ranch property | 27 |
|     Rental Property Tax | 1,550 |
|   **Total Real Estate** | $ 5,838 |
|   Rental Storage Units | 2,109 |
|   Travel | 141 |
| **Total Other Expenses** | $ 275,550 |
|   US Trustee Fees | 475 |
| **Total Expenses** | $ 347,792 |
| **Net Operating Income** | -$ 62,961 |
| **Other Income** | |
|   Donations | 83,030 |
| **Total Other Income** | $ 83,030 |
| **Net Other Income** | $ 83,030 |
| **Net Income** | $ 20,069 |

**(1) FSS adjusted AEJ payroll prior to 11/27/23 hearing to $57,692.31 biweekly. Judge approved increase to $25,000 biweekly. FSS will adjust overpayment in December to conform to approved amount.**

| Debtor's Name | **Alexander Emric Jones** | | | | Case No. 22-33553 |
|---|---|---|---|---|---|
| **Part 5: Professional Fees and Expenses** | | | | | |
| | | Approved Current Month | Approved Cumulative | Paid Current Month* | Paid Cumulative* |
| *Debtors prof fees & expenses (bankruptcy) Aggregate Total* | | 265,761 | 4,053,852 | 500,000 | 1,831,847 |
| *Itemized Breakdown by Firm* | | | | | |
| Firm name | Role | | | | |
| **BlackBriar Advisors** | Financial Advisors | 53,665 | 1,112,949 | 181,227 | 591,625 |
| **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | 175,645 | 2,256,253 | 208,518 | 948,238 |
| **Jordan & Ortiz** | Co-Counsel to Debtor | 36,451 | 321,713 | 28,915 | 206,433 |
| **Teneo** | Financial Advisor for Creditors | | 349,632 | 78,453 | 78,453 |
| **Rachel Kennerly** | Tax Accountant | | 13,305 | 2,887 | 7,099 |

**All amounts paid from retainers provided prepetition.  Professional fees will not be reported in the debtors income statement until retainers are depleted.**