United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ALEXANDER E. JONES** | § | |
| | § | |
| Debtor. | § | Case No. 22-33553 |
| | § | |

### ORDER GRANTING EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO FILE SCHEDULES AND STATEMENTS UNDER SEAL [DOCKET NO. 230]

Upon consideration of the *Emergency Motion for Entry of An Order Authorizing Debtor to File Schedules and Statements Under Seal* (the "Motion") filed by Debtor Alexander E. Jones, ("Debtor") [Dkt. No. 230], made pursuant to Sections 107(c) of the United States Bankruptcy Code (the "Bankruptcy Code") in the above-referenced bankruptcy case, the Court finds that it has jurisdiction to grant the relief requested in the Motion pursuant to 28 U.S.C. §§ 1334(b) and 157; that due notice of the Motion has been provided as set forth in the Motion and no other or further notice need be provided; and further that the relief requested in the Motion is in the best interest of the Debtor.

**IT IS THEREFORE ORDERED** that the Motion filed by the Debtor on March 30, 2023 is hereby **GRANTED**; it is further ordered that

1. The redacted information from the Schedules and Statements shall remain under seal; and

2. any parties receiving such redacted information shall keep such information confidential; and

3. any future filings containing the Redacted Information be filed under seal;

and

4. the Redacted Schedules and Statements are sufficient for the public docket.

Signed: December 20, 2023

*[signature]*

Christopher Lopez
United States Bankruptcy Judge