**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ALEXANDER E. JONES,** | § | **Case No. 22-33553** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |
| | § | |

**ORDER IN SUPPORT OF DEBTOR'S**
**APPLICATION TO EMPLOY BROKER TO ASSIST IN THE SALE OF**
**5240 MCCORMICK MOUNTAIN DRIVE**

ON THIS DATE, this Court considered Debtor's *Application to Employ Broker to Assist in the Sale of 5240 McCormick Mountain Drive* (the "Application") filed by the above-captioned debtor and debtor-in-possession (the "Debtor") for the entry of an order (the "Order") authorizing Debtor to retain and employ Keller Williams Realty as its real estate broker, pursuant to Sections 105(a), 327, and 1107 of Title 11 of the United States Code (the "Bankruptcy Code"),  Rule 2014 of the Federal Rules of Bankruptcy  Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Rules"). Upon review of the Application and the Declaration of Jaymes Willoughby (the Willoughby Declaration"), the Court finds that is has jurisdiction to grant the relief requested in the Application pursuant to 28 U.S.C. §§ 1334 and 157(b)(2).

The Court further finds that due and adequate notice of the Application was served via the court's electronic transmission facilities and United States First Class Mail upon all necessary parties.

The Court further finds that Keller Williams Realty does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matter on which it is to be employed in

**ORDER IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY BROKER TO ASSIST IN THE**
**SALE OF 5240 MCCORMICK MOUNTAIN DRIVE – PAGE 1**

this Chapter 11 Case pursuant to 11 U.S.C. § 327(e).

**IT IS THEREFORE**,

**ORDERED** that the Application is hereby **GRANTED**; and it is further

**ORDERED** that the Debtor is authorized to employ and retain Keller Williams Realty

as real estate broker; it is further

**ORDERED** that Keller Williams Realty shall be compensated in accordance with

procedures set forth in the Application and such procedures as may be fixed by order of this

Court.

Dated: _____, 2023

_____
**UNITED STATES BANKRUPTCY JUDGE**