| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Melanie A. Miller<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-1000<br>(212) 872-1029<br>New York (5604202) |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: January 5, 2024    Signed: /s/ Melanie Miller |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____  Signed: _____
                              Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____  _____
                                          United States Bankruptcy Judge