IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE SECOND INTERIM APPLICATION OF JORDAN & ORTIZ, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 16, 2023 TO NOVEMBER 30, 2023**
**[DKT #527]**

1. On December 19, 2023, Alexander E. Jones ("Debtor"), as debtor and debtor-in possession in the above-captioned Chapter 11 Case, filed his Second Interim Fee Application of Jordan & Ortiz, P.C., as Co-Counsel to the Debtor for the Fee Period from May 16, 2023 to November 30, 2023 [Dkt. No. 527] (the "Application").

2. The deadline for parties to file objections and responses to the Application was January 9, 2024 (the "Objection Deadline"). No objections or responses to the Application were filed on the docket on or before the Objection Deadline. Undersigned counsel for Debtor did not receive any other informal responses on or before the Objection Deadline.

3. Debtor hereby respectfully requests that the Court enter the proposed order on the Application, attached as Exhibit A, at the earliest convenience of the Court.

Respectfully submitted January 12, 2024

                              */s/ Shelby A. Jordan*
                              SHELBY A. JORDAN
                              State Bar No. 11016700
                              S.D. No. 2195
                              ANTONIO ORTIZ
                              State Bar No. 24074839
                              S.D. No. 1127322
                              ***Jordan & Ortiz, P.C.***
                              500 North Shoreline Blvd., Suite 804
                              Corpus Christi, TX 78401
                              Telephone: (361) 884-5678
                              Facsimile: (361) 888-5555
                              Email: sjordan@jhwclaw.com
                                            aortiz@jhwclaw.com
                              Copy to: cmadden@jhwclaw.com
                              **CO-COUNSEL FOR DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 12, 2024, a true and correct copy of the foregoing was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

                              */s/ Shelby A. Jordan*
                                 Shelby A. Jordan

# EXHIBIT A
## Proposed Order