IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| ALEXANDER E. JONES ) | CASE NO. 22-33553 |
| ) | |
| DEBTOR. ) | (CHAPTER 11) |
| ) | |
| ) | JUDGE CHRISTOPHER M. LOPEZ |

**ORDER GRANTING SECOND INTERIM APPLICATION OF JORDAN & ORTIZ, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 16, 2023 TO NOVEMBER 30, 2023**
**[Docket #527]**

The Court has considered the Second Interim Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period from May 16, 2023 through November 30, 2023 (the "Application") filed by Jordan & Ortiz, P.C. (the "Applicant"), bankruptcy co-counsel to Debtor Alexander E. Jones.

1. The Applicant is allowed Interim compensation of fees in the amount of **Sixty-One Thousand Four Hundred Fifty-Five Dollars ($61,455.00)** for services rendered and expenses of **Three Hundred Sixteen Dollars and 99/100 ($316.99)** incurred as legal counsel to the Debtor for the period from May 16, 2023 through November 30, 2023.

2. Debtor Alexander E. Jones is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2024

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE