## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |

### NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference has been set in the above referenced chapter 11 case for <u>January 16, 2024, at 11:30 a.m.</u> (prevailing Central Time) in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, TX 77002.

PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the person information setting.

PLEASE TAKE FURTHER NOTICE parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: [COURT PROCEDURES (uscourts.gov)](https://uscourts.gov).

PLEASE TAKE FURTHER NOTICE that hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated: January 12, 2024.                    Respectfully submitted,

                                          **CROWE & DUNLEVY, P.C.**

                                          By: */s/ Christina W. Stephenson*
                                          Vickie L. Driver
                                          State Bar No. 24026886
                                          Christina W. Stephenson
                                          State Bar No. 24049535
                                          2525 McKinnon St., Suite 425
                                          Dallas, TX 75201
                                          Telephone: 737.218.6187
                                          Email: dallaseservice@crowedunlevy.com

                                          **ATTORNEYS FOR ALEXANDER E. JONES**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon upon all parties registered to receive notice via the Court's CM/ECF noticing system on this 12th day of January, 2024.

*/s/ Christina W. Stephenson*
Christina W. Stephenson