IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ALEXANDER E. JONES** | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been set in the above-referenced case for <u>January 24, 2024 at 3:00 p.m.</u> (prevailing Central Time) in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, TX 77002, regarding the following:

- *Application to Employ Auctioneer to Assist in the Sale of the Contents of Storage Units* [Dkt. No. 534];
- *Application to Employ Keller Williams Realty as Broker to Assist in the Sale of 5240 McCormick Mountain Drive* [Dkt. No. 535];
- *Creditor Plan Proponents' Emergency Motion for Entry of an Order (I) Approving the Disclosure Statement on a Conditional Basis; (II) Approving the Solicitation Procedures; (III) Approving the Form of Ballot; And (IV) Approving Certain Dates and Deadlines in Connection with Solicitation of the Plan* [Dkt. No. 543]; *and*
- *Debtor's Emergency Motion for Entry of an Order (I) Approving the Disclosure Statement on a Conditional Basis; (II) Approving the Solicitation Procedures; (III) Approving the Form of Ballot; And (IV) Approving Certain Dates and Deadlines in Connection With Solicitation of the Plan* [Dkt. No. 544]

PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or via audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the person information setting.

PLEASE TAKE FURTHER NOTICE parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: COURT PROCEDURES (uscourts.gov).

**NOTICE OF HEARING – PAGE 1**

PLEASE TAKE FURTHER NOTICE that hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated:  January 16, 2024.                    Respectfully submitted,

**CROWE & DUNLEVY, P.C.**

By:  */s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
            aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was served upon the parties listed below via email and upon all parties registered to receive notice via the Court's CM/ECF noticing system on this January 16, 2024.

                                              */s/ Vickie L. Driver*
                                              Vickie L. Driver