United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**ORDER GRANTING SECOND INTERIM APPLICATION OF JORDAN & ORTIZ, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 16, 2023 TO NOVEMBER 30, 2023**

On this day came on for consideration the Second Interim Application of JORDAN & ORTIZ, P.C., Co-Counsel to Alexander E. Jones, ("Debtor") for legal services rendered from May 16, 2023 through November 30, 2023. (the "Application") seeking allowance of compensation incurred during such period of time, and it appears that notice, and service of such Application has been made in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules promulgated thereunder, and after considering the pleadings of record and the arguments of counsel;

THE COURT FINDS that the legal services provided by Applicant were necessary and beneficial to the estate and that the fees and expenses sought are reasonable after considering the following factors: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the customary fee; (4) whether the fee is fixed or contingent; (5) the amount involved and the results obtained; (6) the experience, reputation and ability of the professionals; (7) the "undesirability" of the case; and (8) awards in similar cases.

IT APPEARING that to the extent herein provided, that interim compensation and reimbursement of out-of-pocket expenses should be authorized; it is, therefore,

ORDERED that the JORDAN & ORTIZ, P.C. shall be, and hereby is awarded INTERIM compensation of fees in the amount of **Sixty-One Thousand Four Hundred Fifty-Five Dollars ($61,455.00)** for services rendered and expenses of **Three Hundred Sixteen Dollars and 99/100 ($316.99)** incurred as legal counsel to the Debtor for the period from May 16, 2023 through November 30, 2023, it is further,

ORDERED that the Debtor is authorized to pay JORDAN & ORTIZ, P.C. the balance of the allowed fees and expenses owed after crediting all payments pursuant to the Interim Compensation Order.

Houston, Texas

Signed: January 16, 2024

_____
Christopher Lopez
United States Bankruptcy Judge