Electronic Appearance Sheet

Sure Thing, Pro Se, None, Pro Se
Client(s): None

Jayson Ruff, US DOJ
Client(s): US Trustee

Marty Brimmage, Akin
Client(s): UCC

David Zensky, Akin
Client(s): UCC

Sara Brauner, Akin
Client(s): UCC

Katherine Porter, Akin
Client(s): UCC

Anna Kordas, Akin
Client(s): UCC

Melanie Miller, Akin
Client(s): UCC

Christina Stephenson, Crowe & Dunlevy
Client(s): Alex Jones

Jayson Ruff, US DOJ
Client(s): US TRUSTEE