IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| ALEXANDER E. JONES ) | CASE NO. 22-33553 |
| ) | |
| DEBTOR. ) | (CHAPTER 11) |
| ) | |
| ) | JUDGE CHRISTOPHER M. LOPEZ |

**ELEVENTH MONTHLY FEE STATEMENT OF JORDAN & ORTIZ, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| **Name of Applicant:** | Jordan & Ortiz, P.C. ("J&O") | |
|---|---|---|
| **Applicant's Role in Case:** | Co-Counsel to Debtor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #105) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 12/01/2023 | 12/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $4,532.00 (80% of $5,665.00) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $14.15[1] | |
| **Summary Attorney Fees for the Period Covered by this Statement** | | |
| **Attorneys Fees in this Statement:** | $4,440.00 | |
| **Total Actual Attorneys Hours Covered by this Statement:** | 7.40 | |
| **Average Hourly Rate for Attorneys:** | $600.00 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| **Paraprofessional Fees Requested in this Statement:** | $1,225.00 | |
| **Total Actual Paraprofessional Hours Covered by this Statement:** | 4.90 | |
| **Average Hourly Rate for Paraprofessionals:** | $250.00 | |

---

[1] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

> **In accordance with the Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals [ECF #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

## RELIEF REQUESTED

1. This is Jordan & Ortiz, P.C.'s ("J&O") ninth monthly fee statement for compensation (the "Fee Statement") for the period of December 1, 2023 through December 31, 2023 (the "Fee Period") pursuant to the Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals [ECF #106] (the "Interim Compensation Order"). J&O is filing its eleventh monthly fee statement for compensation showing that J&O requests: (a) allowance of compensation in the amount of $4,532.00 (80% of $5,665.00) for actual, reasonable, and necessary professional services rendered to the Debtor by J&O and (b) reimbursement of actual, reasonable, and necessary costs and expenses in the amount of $14.15 incurred by J&O during the Fee Period. By this Fee Statement, J&O seeks interim allowance of compensation for services rendered and reimbursement of expenses incurred solely in connection with its work performed on behalf of the Debtor.

## SERVICES RENDERED AND DISBURSEMENTS INCURRED

2. Attached as Exhibit "A" is the Fee Statement for the period December 1, 2023 through December 31, 2023, which includes a summary of professionals who rendered services to the Debtor during the Fee Period, including each person's billing rate and the fees incurred during the Fee Period summarized by task code and the itemized schedule of expenses within each

category, including description, incurred with the amounts for which reimbursement is requested. Exhibit "A" also shows the fee statements that were included in the First Interim Application for fees and expenses from December 1, 2022 through May 15, 2023 (Docket #306) and Ordered to be paid (Docket #346). The Second Interim Application for fees and expenses from May 16, 2023 through November 30, 2023 (Docket #527) and Ordered to be paid (Docket #546). Attached as Exhibit "B" is a Task Code breakdown by Attorney and Paralegal.

## NOTICE AND OBJECTION PROCEDURES

3. Pursuant to the Interim Compensation Order notice of this Fee Statement has been provided to:

   a. Debtor Counsel, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com)

   b. U.S. Trustee c/o/ Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

   c. Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com)

   d. Connecticut Plaintiffs, (a) Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

   e. Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

   f. All parties that receive ECF notifications

In light of the nature of the relief requested herein, J&O submits that no further or other notice is required.

4. Pursuant to the Interim Compensation Order (ECF #106), the Notice Parties and parties in interest have 14 days after service of the Monthly Fee Statement to object to the requested fees and expenses. If any Notice Party, or any other party in interest, objects to a Retained Professional's Monthly Fee Statement, it must serve on the affected Retained Professional and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline. Thereafter, the objecting party and the affected Retained Professional may attempt to resolve the Objection on a consensual basis. If the parties are unable to reach a resolution of the Objection within 14 days after service of the Objection, or such later date as may be agreed upon by the objecting party and the affected Retained Professional, the affected Retained Professional may either: (i) file a response to the Objection with the Court, together with a request for payment of the difference, if any, between the Maximum Payment and the Authorized Payment made to the affected Retained Professional (the "Incremental Amount") and schedule such matter for hearing on at least 14 days' notice; or (ii) forego payment of the Incremental Amount until the next interim or final fee application hearing, at which time the Court will consider and dispose of the Objection if requested by the affected Retained Professional. Failure by a Notice Party, or any other party in interest, to object to a Monthly Fee Statement shall not constitute a waiver of any kind nor prejudice that party's right to object to any Interim Fee Application (as defined below) subsequently filed by a Retained Professional.

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. J&O reserves the right to

make further application to this Court for allowance of such fees and expenses not included herein, or correct and erroneous or errors set out herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

WHEREFORE, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, J&O respectfully requests: (a) that it be allowed on an interim basis (i) $4,532.00 (80% of fees in the amount of $5,665.00) for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and (ii) reimbursement of $14.15 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtor be authorized and directed to immediately pay to J&O the amount of $4,546.15 which is equal to the sum of 80% of J&O's fees and 100% of J&O's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Dated: January 17, 2024

*/s/ Shelby A. Jordan*
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
***Jordan & Ortiz, P.C.***
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
             aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR DEBTOR**

## CERTIFICATE OF SERVICE

I certify that on January 17, 2024, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a.  Debtor Counsel, Crowe & Dunlevy, PC, 2525 McKinnon St, Ste. 425, Dallas, TX 75201 (Attn: Vickie L. Driver, dallaseservice@crowedunlevy.com)

b.  U.S. Trustee c/o/ Ha Minh Nguyen and Jayson ruff, Office of the United States Trustee 515 Rusk St Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c.  Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com)

d.  Connecticut Plaintiffs, (a) Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e.  Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f.  All parties that receive ECF notifications

                        */s/ Shelby A. Jordan*
                          Shelby A. Jordan

# EXHIBIT "A"

## JORDAN & ORTIZ, P.C. INVOICES FOR PERIOD
## DECEMBER 1, 2023 TO DECEMBER 31, 2023

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS  78401-0341
TAX ID NO. 74-2553880
(361) 884-5678

|  |  |
|---|---|
| JONES, ALEX | Page: 1 |
| alexejones1777@gmail.com | January 09, 2024 |
|  | Account No:   5481-002000M |
|  | Statement No:   922899 |

Bankruptcy

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | PREVIOUS BALANCE | | $100,029.25 |
| | | | | | Hours | |
| 12/01/2023 | SAJ | B110 | A107 | Email Bob Schliezer regarding all fees accounting previously furnished and request need for update or further information. | 0.40 | 240.00 |
| | SAJ | B320 | A104 | Review agreed schedule for Plan confirmation hearings and calendar along with dates for objection. | 1.00 | 600.00 |
| 12/05/2023 | SAJ | B110 | A107 | Conference with Battaglia and discuss case status and status of missing bank deposit check. | 0.50 | 300.00 |
| 12/11/2023 | SAJ | B160 | A103 | Work on second fee application draft. | 1.00 | 600.00 |
| 12/12/2023 | CRM | B160 | A103 | Work on 2nd Interim Fee Application. | 0.70 | 175.00 |
| | CRM | B160 | A103 | Prepare 10th Monthly Fee Notice and file and serve same. | 2.90 | 725.00 |
| | SAJ | B110 | A107 | Email to co-counsel for status. | 0.20 | 120.00 |
| | SAJ | B110 | A106 | Call to client regarding internet coverage by Tucker Carlson and admission to X (twitter) and caution on posts. | 0.40 | 240.00 |
| | SAJ | B160 | A103 | Begin review of time for 2nd application. | 0.30 | 180.00 |
| 12/13/2023 | SAJ | B110 | A107 | Telephone conference with co-counsel regarding plan and terms and agreement that $1.5B claims may by agreement become become non-dischargeable and appeal dropped. | 1.40 | 840.00 |
| | SAJ | B320 | A104 | Begin review of Plan and Plan terms and telephone call to client. | 0.50 | 300.00 |
| 12/14/2023 | SAJ | B110 | A107 | Status report call to co-counsel. | 0.20 | 120.00 |
| | SAJ | B320 | A104 | Work on review of plan. | 0.70 | 420.00 |
| 12/15/2023 | SAJ | B320 | A104 | Continue to review plan and make comments. | 0.80 | 480.00 |
| 12/19/2023 | CRM | B160 | A103 | Review and revise Shelby Jordan revisions to 2nd Interim Fee | | |

JONES, ALEX

Account No:  5481-002000M
Statement No:     922899

Bankruptcy

|  | Hours |  |
|---|---|---|
| Application and file and serve same. | 1.30 | 325.00 |
| For Current Services Rendered | 12.30 | 5,665.00 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| SHELBY A. JORDAN | Partners | 7.40 | $600.00 | $4,440.00 |
| CHRYSTAL MADDEN | Paralegals | 4.90 | 250.00 | 1,225.00 |

| 12/31/2023 | B110 | E106 | Lexis | 14.15 |
|---|---|---|---|---|
|  |  |  | Total Expenses | 14.15 |
|  |  |  | Total Current Work | 5,679.15 |
|  |  |  | Total Payments | -38,257.26 |
|  |  |  | Balance Due | $67,451.14 |

### Task Code Summary

|  |  | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 1860.00 | 14.15 |
| B160 | Fee/Employment Applications | 2005.00 | 0.00 |
| B100 | Administration | 3,865.00 | 14.15 |
| B320 | Plan and Discosure Statement (including Business Plan) | 1800.00 | 0.00 |
| B300 | Claims and Plan | 1,800.00 | 0.00 |

*The entry N/C signifies time spent for which there will be no charge.*

# SUMMARY OF PREVIOUS INVOICES THAT HAVE BEEN ORDERED TO BE PAID UNDER DOCKET #346 and #546[2]

| Invoice No. | Month Billed | Invoice Date | Fees | Expenses | Invoice Total | Amount Applied | Interim Amount Applied Per #346 | Remaining Balance Due |
|---|---|---|---|---|---|---|---|---|
| First Fee Application | | | | | | | | |
| 922199 | December | 1/27/23 | $77,362.50 | $506.65 | $77,869.15 | -$62,396.65 | $15,472.50 | $0.00 |
| 922213 | January | 2/15/23 | $28,125.00 | $102.50 | $28,227.50 | -$22,602.50 | $5,625.00 | $0.00 |
| 922268 | February | 3/2/23 | $51,205.00 | $22.44 | $51,227.44 | -$40,986.44 | $10,241.00 | $0.00 |
| 922376 | March | 4/6/23 | $46,820.00 | $120.30 | $46,940.30 | -$20,804.57 | $26,135.73 | $0.00 |
| 922405 | April | 5/4/23 | $15,560.00 | $0.00 | $15,560.00 | $0.00 | $15,560.00 | $0.00 |
| 922449 | May 1-15 | 5/18/23 | $24,550.00 | $315.70 | $24,865.70 | $0.00 | $24,865.70 | $0.00 |
| | | TOTALS | $243,622.50 | $1,067.59 | $244,690.09 | -$146,790.16 | $97,899.93 | $0.00 |

| Invoice No. | Month Billed | Invoice Date | Fees | Expenses | Invoice Total | Amount Applied | Interim Amount Applied Per #546 | Remaining Balance Due |
|---|---|---|---|---|---|---|---|---|
| Second Fee Application | | | | | | | | |
| 922462 | May 16-31 | 6/8/23 | $9,925.00 | $189.09 | $10,114.09 | $0.00 | | $10,114.09 |
| 922517 | June | 7/11/23 | $9,420.00 | $14.30 | $9,434.30 | $0.00 | | $9,434.30 |
| 922607 | July | 8/3/23 | $5,455.00 | $0.00 | $5,455.00 | $0.00 | | $5,455.00 |
| 922637 | August | 9/7/23 | $4,535.00 | $32.50 | $4,567.50 | $0.00 | | $4,567.50 |
| 922703 | September | 10/4/23 | $15,860.00 | $16.10 | $15,876.10 | $0.00 | | $15,876.10 |
| 922768 | October | 11/6/23 | $9,895.00 | $0.00 | $9,895.00 | $0.00 | | $9,895.00 |
| 922835 | November | 12/6/23 | $6,365.00 | $65.00 | $6,430.00 | $0.00 | | $6,430.00 |
| | | TOTALS | $61,455.00 | $316.99 | $61,771.99 | $0.00 | | $61,771.99 |

---

[2] Order Granting First Interim Application of Jordan & Ortiz, P.C. for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period from December 2, 2022 through May 15, 2023 (#346) and Order Granting Second Interim Application of Jordan & Ortiz, P.C. for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period from May 16, 2023 through November 30, 2023 (#546).

# EXHIBIT "B"

## TASK CODES

| CATEGORIES | ATTORNEY TIME | PARALEGAL TIME |
|---|---|---|
| B110 Case Administration | 3.10 | |
| B120 Asset Analysis and Recovery | | |
| B130 Asset Disposition | | |
| B140 Relief from Stay/Adequate Protection | | |
| B150 Meetings of & Communications with Creditors | | |
| B160 Fee/Employment Applications | 1.3 | 4.9 |
| B170 Fee/Employment Objections | | |
| B180 Avoidance Action Analysis | | |
| B185 Assumption/Rejection of Executory Contracts | | |
| B190 Other Contested Matters | | |
| B195 Non-Working Travel | | |
| B210 Business Operations | | |
| B220 Employee Benefits/Pensions | | |
| B230 Financing/Cash Collections | | |
| B240 Tax Issues | | |
| B250 Real Estate | | |
| B260 Board of Directors Matters | | |
| B310 Claims Administration and Objections | | |
| B320 Plan and Disclosure Statement | 3.0 | |
| B410 General Bankruptcy Advice/Opinions | | |
| B420 Restructurings | | |
| **TOTALS:** | **7.40** | **4.9** |