United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 19, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Melanie A. Miller<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-1000<br>(212) 872-1029<br>New York (5604202) |

Seeks to appear as the attorney for this party:

**Official Committee of Unsecured Creditors**

| Dated: January 5, 2024 | Signed: /s/ Melanie Miller |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: __Currently Registered__.

| Dated: 01/19/2024 | Signed: /s/ Z. Compean<br>Deputy Clerk |
|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Signed: January 19, 2024

_Christopher M. Lopez_
Christopher Lopez
United States Bankruptcy Judge