# LIQUIDATION ANALYSIS

**Alex Jones**
**Liquidation Analysis**
Based on Preliminary Balance Sheet as of
December 31, 2023

| | Preliminary Dec 2023 | Adjustments to Balance Sheet for exempt | Adjusted Non-Exempt Assets | Estimated Recovery % | | Estimated Proceeds $ | |
|---|---|---|---|---|---|---|---|
| | | | | Low | High | Low | High |
| **ASSETS** | | | | | | | |
| **Current Assets** | | | | | | | |
| Total Bank Accounts (1) | $ 885,026 | | 885,026 | 100% | 100% | 885,026 | 885,026 |
| Total Accounts Receivable (2) | $ 118,139 | | 118,139 | 100% | 100% | 118,139 | 118,139 |
| Other Current Assets | | | - | | | | |
| Bitcoin Account (3) | | | | | | | |
| Cash on Hand (1) | 1,000 | | 1,000 | | | | |
| Federal Income Tax Receivable (4) | 3,370,713 | | 3,370,713 | 100% | 100% | 3,370,713 | 3,370,713 |
| GiveSendGo-Legal (1) | 10,461 | | 10,461 | 100% | 100% | 10,461 | 10,461 |
| Inventory Platinum (5) | 307,081 | | 307,081 | 100% | 100% | 307,081 | 307,081 |
| Petty Cash for Child Care (1) | 120 | | 120 | 35% | 55% | 42 | 66 |
| Prepayment -Legal Account (6) | 50,000 | | 50,000 | 100% | 100% | 50,000 | 50,000 |
| Rental Property Escrow (7) | 6,245 | | 6,245 | 0% | 0% | - | - |
| Undeposited Funds - Car sale (10) | 72,000 | | 72,000 | 100% | 100% | 72,000 | 72,000 |
| Undeposited Funds - IRS checks held/not deposited (4) | 514,358 | | 514,358 | 100% | 100% | 514,358 | 514,358 |
| Total Other Current Assets | $ 4,331,978 | | 4,331,978 | | | 4,324,655 | 4,324,679 |
| Total Current Assets | $ 5,335,143 | $ 0 | $ 5,335,143 | | | $ 5,327,820 | $ 5,327,844 |
| | | | - | | | | |
| **Fixed Assets** | | | | | | | |
| Homestead | 2,612,800 | (2,612,800) | - | 0% | 0% | | |
| Lakehouse (8) | 1,750,000 | | 1,750,000 | 63% | 87% | 1,095,666 | 1,518,700 |
| Ranch Property (8) | 2,189,220 | | 2,189,220 | 92% | 116% | 2,007,870 | 2,540,000 |
| Rental Property (9) | 505,000 | | 505,000 | 92% | 114% | 465,200 | 578,103 |
| Vehicles and Marine Assets | | | - | | | | |
| Dodge Challenger (10) | | | - | | | - | - |
| Dodge Charger | 70,618 | (70,618) | - | 0% | 0% | - | - |
| Ford Expedition (11) | 21,463 | | 21,463 | 79% | 94% | 16,870 | 20,269 |
| Marine Assets (12) | 114,300 | | 114,300 | 87% | 105% | 100,000 | 120,000 |
| Total Vehicles and Marine Assets | $ 206,381 | -$ 70,618 | $ 135,763 | | | 116,870 | 140,269 |
| Total Fixed Assets | $ 7,263,401 | -$ 2,683,418 | $ 4,579,983 | | | $ 3,685,606 | $ 4,777,072 |
| Other Assets | | | | | | | |
| Interests In Trust (13) | 131,466 | | 131,466 | 49% | 49% | 64,521 | 64,521 |
| Ownership Interests in Non Public Entities (14) | 17,302 | | 17,302 | 58% | 58% | 10,000 | 10,000 |
| Personal Property (15) | 171,536 | (39,056) | 132,480 | 70% | 100% | 92,736 | 132,480 |
| Receivable from Descendants Trust (16) | 30,832 | | 30,832 | 100% | 100% | 30,832 | 30,832 |
| Receivable from Mrs. Jones (16) | 8,363 | | 8,363 | 100% | 100% | 8,363 | 8,363 |
| Contingent receivable - Yougevity (17) | | 186,577 | 186,577 | 0% | 100% | - | 186,577 |
| Total Other Assets | $ 359,499 | 147,521 | 507,020 | | | 206,452 | 432,773 |
| **TOTAL ASSETS** | $ 12,958,043 | -$ 2,535,897 | $ 10,422,146 | | | $ 9,219,879 | $ 10,537,690 |

**Alex Jones**
**Liquidation Analysis**
Based on Preliminary Balance Sheet as of
December 31, 2023

| | Preliminary Dec 2023 | Adjustments to Balance Sheet for exempt | Adjusted Non-Exempt Assets | Estimated Recovery % | | Estimated Proceeds $ | |
|---|---|---|---|---|---|---|---|
| | | | | Low | High | Low | High |
| **Liquidation Expenses** | | | | | | | |
| Trustee Fees (18) | | | | | | 302,846 | 342,381 |
| Trustee Counsel (19) | | | | | | 242,277 | 273,905 |
| Liquidation Expenses | | | | | | | |
| Real Estate (8,9) | | | | | | 321,186 | 370,944 |
| Personal Property (15) | | | | | | 13,910 | 26,496 |
| Contingency (20) | | | | | | 138,298 | 158,065 |
| Total Liquidation Costs | | | | | | 1,018,518 | 1,171,791 |
| | | | | | | | |
| Net Proceeds | | | | | | 8,201,360 | 9,365,899 |
| | | | | | | | |
| **Allocation of Net Proceeds** | | | | | | | |
| Secured Creditors | | | | | | 28,366 | 28,366 |
| Estimated Priority Claims | | | | | | - | - |
| Legal and Professional Fees - Estimated | | | | | | 5,319,247 | 5,319,247 |
| | | | | | | 5,347,613 | 5,347,613 |
| Total Secured and Administrative Claims | | | | | | | |
| | | | | | | | |
| Net Proceeds Available to Unsecured Creditors | | | | | | 2,853,747 | 4,018,286 |

**NOTES**

(1)  account

(2)  Accounts receivable are for contemporaneous services and are assumed to be 100% recoverable

(3)  Unliquidated bitcoin reflected at no value. Estimated value $1,700 but cost to liquidate will exceed value.

(4)  undeposited funds represent 2 refund checks received and held pending reconciliation when IRS systems are back online.

(5)  Inventory values reflected as recoverable values provided by FSS for similar products.

(6)  Prepaid legal represents retainer that will be offset against court approved legal fees

(7)  Rental property escrow represents excess balance to be refunded to debtor and is 100% recoverable

(8)  Lakehouse and Ranch property values based on realtor engaged to sell property estimated liquidation values under current market conditions. Fees and expenses of 8-9% are reflected in liquidation costs.

(9)  Rental property value based on estimated ranges on Zillow and Realtor.com at 1/12/24. Fees and expenses of 8-9% are reflected in liquidation costs.

(10)  Janruay 2024

(11)  2017 Ford expedition value based on current Autotrader range of values.   Vehicle listed for sale.

(12)  Values based on projected sales prices from broker located at Capital Marine - located at marina boats are stored.

(13)  Interests in trusts valued at cash balance of 49% .  No value of assigned for liquidation of non-cash assets.

(14)  Ownership in Non-Public entities ranges in value based on cash value of bank accounts

(15)  Non-exempt personal property value ranges reflected at 70-100% based on Valuepro March 24, 2023 appraisal which include household goods, furniture, watches, jewelry, lake house furniture, firearms, and other non-exempt assets noted in the appraisal.  Liquidation fees and expenses are estimated at 15-20%

(16)  Other receivables for expenses paid by the estate are assumed collectible as related parties have sufficient unencumbered assets.

(17)  Contingent receivable based on discovery from Youngevity.  Collectability not determined.

(18)  Trustee fees range from 3.26-3.31% of gross proceeds

(19)  Trustee counsel estimated at 80% of trustee fees

(20)  Contingency of 1.5% of gross proceeds for unknown costs and expenses

**Alex Jones**
**Liquidation Analysis (w FSS)**
Based on Preliminary Balance Sheet as of
December 31,2023

| ASSETS | Preliminary Dec 2023 | Adjustments to Balance Sheet for | Adjusted Non-Exempt Assets | Estimated Recovery % | | Estimated Proceeds $ | |
|---|---|---|---|---|---|---|---|
| | | | | Low | High | Low | High |
| **Current Assets** | | | | | | | |
| Total Bank Accounts (1) | $    885,026 | | 885,026 | 100% | 100% | 885,026 | 885,026 |
| Total Accounts Receivable (2) | $    118,139 | | 118,139 | 100% | 100% | 118,139 | 118,139 |
| Other Current Assets | | | - | | | | |
| Bitcoin Account (3) | | | | | | | |
| Cash on Hand (1) | 1,000 | | 1,000 | | | | |
| Federal Income Tax Receivable (4) | 3,370,713 | | 3,370,713 | 100% | 100% | 3,370,713 | 3,370,713 |
| GiveSendGo-Legal (1) | 10,461 | | 10,461 | 100% | 100% | 10,461 | 10,461 |
| Inventory Platinum (5) | 307,081 | | 307,081 | 100% | 100% | 307,081 | 307,081 |
| Petty Cash for Child Care (1) | 120 | | 120 | 35% | 55% | 42 | 66 |
| Prepayment -Legal Account (6) | 50,000 | | 50,000 | 100% | 100% | 50,000 | 50,000 |
| Rental Property Escrow (7) | 6,245 | | 6,245 | 0% | 0% | - | - |
| Undeposited Funds - Car sale (10) | 72,000 | | 72,000 | 100% | 100% | 72,000 | 72,000 |
| Undeposited Funds - IRS checks held/not deposited (4) | 514,358 | | 514,358 | 100% | 100% | 514,358 | 514,358 |
| Total Other Current Assets | $  4,331,978 | | 4,331,978 | | | 4,324,655 | 4,324,679 |
| Total Current Assets | $  5,335,143 | $          0 | $  5,335,143 | | | $  5,327,820 | $  5,327,844 |
| | | | - | | | | |
| **Fixed Assets** | | | | | | | |
| Homestead | 2,612,800 | (2,612,800) | - | 0% | 0% | | |
| Lakehouse (8) | 1,750,000 | | 1,750,000 | 63% | 87% | 1,095,666 | 1,518,700 |
| Ranch Property (8) | 2,189,220 | | 2,189,220 | 92% | 116% | 2,007,870 | 2,540,000 |
| Rental Property (9) | 505,000 | | 505,000 | 92% | 114% | 465,200 | 578,103 |
| Vehicles and Marine Assets | | | | | | | |
| Dodge Challenger (10) | | | - | | | - | - |
| Dodge Charger | 70,618 | (70,618) | - | 0% | 0% | - | - |
| Ford Expedition (11) | 21,463 | | 21,463 | 79% | 94% | 16,870 | 20,269 |
| Marine Assets (12) | 114,300 | | 114,300 | 87% | 105% | 100,000 | 120,000 |
| Total Vehicles and Marine Assets | $    206,381 | -$     70,618 | $    135,763 | | | 116,870 | 140,269 |
| Total Fixed Assets | $  7,263,401 | -$ 2,683,418 | $  4,579,983 | | | $  3,685,606 | $  4,777,072 |
| Other Assets | | | - | | | | |
| Interests In Trust (13) | 131,466 | | 131,466 | 49% | 49% | 64,521 | 64,521 |
| Ownership Interests in Non Public Entities (14) | 17,302 | | 17,302 | 58% | 58% | 10,000 | 10,000 |
| Free Speech Systems (21) | | | | | | 1,408,137 | 1,850,336 |
| Personal Property (15) | 171,536 | (39,056) | 132,480 | 70% | 100% | 92,736 | 132,480 |
| Receivable from Descendants Trust (16) | 30,832 | | 30,832 | 100% | 100% | 30,832 | 30,832 |
| Receivable from Mrs. Jones (16) | 8,363 | | 8,363 | 100% | 100% | 8,363 | 8,363 |
| Contingent receivable - Yougevity (17) | | 186,577 | 186,577 | 0% | 100% | - | 186,577 |
| | | | - | | | | |
| Total Other Assets | $    359,499 | 147,521 | 507,020 | | | 1,614,589 | 2,283,109 |
| TOTAL ASSETS | $ 12,958,043 | -$ 2,535,897 | $ 10,422,146 | | | $ 10,628,016 | $ 12,388,026 |

**Alex Jones**
**Liquidation Analysis (w FSS)**
Based on Preliminary Balance Sheet as of
December 31,2023

| | Preliminary Dec 2023 | Adjustments to Balance Sheet for | Adjusted Non-Exempt Assets | Estimated Recovery % | | Estimated Proceeds $ | |
|---|---|---|---|---|---|---|---|
| | | | | Low | High | Low | High |
| **Liquidation Expenses** | | | | | | | |
| Trustee Fees (18) | | | | | | 345,090 | 397,891 |
| Trustee Counsel (19) | | | | | | 276,072 | 318,313 |
| Liquidation Expenses | | | | | | | |
| Real Estate (8,9) | | | | | | 321,186 | 370,944 |
| Personal Property (15) | | | | | | 13,910 | 26,496 |
| Contingency (20) | | | | | | 159,420 | 185,820 |
| Total Liquidation Costs | | | | | | 1,115,680 | 1,299,464 |
| | | | | | | | |
| Net Proceeds | | | | | | 9,512,336 | 11,088,562 |
| | | | | | | | |
| Allocation of Net Proceeds | | | | | | | |
| Secured Creditors | | | | | | 28,366 | 28,366 |
| Estimated Priority Claims | | | | | | - | - |
| Legal and Professional Fees - Estimated | | | | | | 5,319,247 | 5,319,247 |
| | | | | | | 5,347,613 | 5,347,613 |
| | | | | | | | |
| Total Secured and Administrative Claims | | | | | | | |
| | | | | | | 4,164,723 | 5,740,949 |
| | | | | | | | |
| Net Proceeds Available to Unsecured Creditors | | | | | | | |

### NOTES

(1) Bank account and cash on hand assumed to be 100% recoverable including net funds available in GiveSendGo account

(2) Accounts receivable are for contemporaneous services and are assumed to be 100% recoverable

(3) Unliquidated bitcoin reflected at no value. Estimated value $1,700 but cost to liquidate will exceed value.

(4) Income tax receivable and undeposited funds total 3,885,071 and are assumed to be 100% collectible. The undeposited funds represent 2 refund checks received and held pending reconciliation when IRS systems are back online.

(5) Inventory values reflected as recoverable values provided by FSS for similar products.

(6) Prepaid legal represents retainer that will be offset against court approved legal fees

(7) Rental property escrow represents excess balance to be refunded to debtor and is 100% recoverable

(8) Lakehouse and Ranch property values based on realtor engaged to sell property estimated liquidation values under current market conditions. Fees and expenses of 8-9% are reflected in liquidation costs.

(9) Rental property value based on estimated ranges on Zillow and Realtor.com at 1/12/24. Fees and expenses of 8-9% are reflected in liquidation costs.

(10) 2019 Dodge Challenger sold for $72,000 on 12/29/23. Check received after close of business and deposited in Januray 2024

(11) 2017 Ford expedition value based on current Autotrader range of values. Vehicle listed for sale.

(12) Values based on projected sales prices from broker located at Capital Marine - located at marina boats are stored.

(13) Interests in trusts valued at cash balance of 49%. No value of assigned for liquidation of non-cash assets.

(14) Ownership in Non-Public entities ranges in value based on cash value of bank accounts

(15) Non-exempt personal property value ranges reflected at 70-100% based on Valuepro March 24, 2023 appraisal which include household goods, furniture, watches, jewelry, lake house furniture, firearms, and other non-exempt assets noted in the appraisal. Liquidation fees and expenses are estimated at 15-20%

(16) Other receivables for expenses paid by the estate are assumed collectible as related parties have sufficient unencumbered assets.

(17) Contingent receivable based on discovery from Youngevity. Collectability not determined.

(18) Trustee fees range from 3.26-3.31% of gross proceeds

(19) Trustee counsel estimated at 80% of trustee fees

(20) Contingency of 1.5% of gross proceeds for unknown costs and expenses

(21) Net liquidation proceeds from FSS per their disclosure statement. Filed 11/18/23 dkt 756 page 77