# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| ALEXANDER E. JONES ) | CASE NO. 22-33553 |
| ) | |
| DEBTOR. ) | (CHAPTER 11) |
| ) | |
| ) | JUDGE CHRISTOPHER M. LOPEZ |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JANUARY 24, 2024, AT 3:00 P.M. (PREVAILING CENTRAL TIME)

Alexander E. Jones ("Jones" and "Debtor"), a debtor and debtor-in-possession in the above-referenced Chapter 11 case, respectfully submits this Witness and Exhibit List for the hearing to be held on January 24, 2024, at 3:00 p.m. (prevailing Central Time) (the "Hearing"):

### WITNESSES

1. Any witness listed or called by any other party.

2. Rebuttal witnesses as necessary; and

3. Jones reserves the right to cross-examine any witness called by any other party.

### EXHIBITS

Debtor may offer for admission into evidence any of the following exhibits at the Hearing:

1. Any document or pleading filed in the above-captioned case;

2. Any exhibit necessary for impeachment and/or rebuttal purposes; and

3. Any exhibit identified or offered by any other party.

Debtor reserves the right to supplement, amend or delete any exhibit prior to the Hearing. Debtor also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Debtor finally reserves the right to introduce exhibits previously admitted.

**DEBTOR'S WITNESS AND EXHIBIT LIST - Page 1**

Respectfully submitted this 22nd day of January 22, 2024.

        **CROWE & DUNLEVY, P.C.**

        By: */s/ Christina W. Stephenson*
        Vickie L. Driver
        State Bar No. 24026886
        Christina W. Stephenson
        State Bar No. 24049535
        2525 McKinnon St., Suite 425
        Dallas, TX 75201
        Telephone: 737.218.6187
        Email: dallaseservice@crowedunlevy.com

        -and-

        Shelby A. Jordan
        State Bar No. 11016700
        S.D. No. 2195
        Antonio Ortiz
        State Bar No. 24074839
        S.D. No. 1127322
        **JORDAN & ORTIZ, P.C.**
        500 North Shoreline Blvd., Suite 900
        Corpus Christi, TX  78401
        Telephone: (361) 884-5678
        Facsimile:  (361) 888-5555
        Email:  sjordan@jhwclaw.com
        aortiz@jhwclaw.com
        Copy to: cmadden@jhwclaw.com

        **ATTORNEYS FOR ALEXANDER E. JONES**

## **CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing document was filed with the Court on January 22, 2024, and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, via electronic mail on counsel for for the U.S Trustee and counsel for the Official Committee of Unsecured Creditors for Alexander E. Jones.

                                               */s/ Christina W. Stephenson*
                                               Christina W. Stephenson