# Alex Jones Case (Case 22-33553)
## Profit and Loss
### For the Month Ended
### December 31, 2023

| | | |
|---|---:|---:|
| **Income** | | |
|   Book Sales Income | $ | 168,199 |
|   Bourbon Sales | | 74,047 |
|     Bourbon Sales Fees | | (22,214) |
|   **Total Bourbon Sales** | | **51,833** |
|   FreeSpeech Payroll | | 42,308 |
|   Interest Income | | 72 |
|   Rental Income | | 1,200 |
|   Sales of Product Income | | 186,353 |
|     Cost of Goods Sold | | (32,039) |
|     Selling Expense | | (76,735) |
|   **Total Sales of Product Income** | | **77,579** |
|   Subscription Sales | | 43,325 |
|     Subscription Fee Owed | | (12,998) |
|   **Total Subscription Sales** | | **30,328** |
|   Video Game Revenue | | 100,958 |
|     Video Game Fees | | (50,479) |
|   **Total Video Game Revenue** | | **50,479** |
| **Total Income** | | **421,997** |
| **Payroll Deductions** | | |
|   Child Support- Garnished | | 1,846 |
|   Medical Insurance Premiums | | 1,815 |
|   Payroll Taxes withheld | | 12,577 |
| **Total Payroll Deductions** | | **16,238** |
| **Gross Profit** | | **405,759** |
| **Expenses** | | |
|   Living Expenses | | |
|     Auto/Trucks/Watercraft | | |
|       Auto/Boat Maintenance | | 824 |
|       Auto/Truck/Boat Insurance | | 3,469 |
|       Boat Storage | | 860 |
|       Fuel | | 275 |
|     **Total Auto/Trucks/Watercraft** | | **5,428** |
|     Family | | |
|       Child Care | | 3,779 |
|       Groceries | | 4,366 |
|       Homestead | | |
|         Maintenance | | 4,415 |
|           Housekeeping | | 3,900 |
|           Misc. Supplies and Services | | 2,996 |
|         **Total Maintenance** | | **11,311** |
|         Phone/Internet | | 408 |
|         Property Insurance | | 1,006 |
|         Property Tax | | (46) |
|         Repairs | | 100 |
|         Utilities | | 2,081 |
|       **Total Homestead** | | **14,860** |

## Alex Jones Case (Case 22-33553)
## Profit and Loss
### For the Month Ended
### December 31, 2023

| | |
|---|---:|
| **Household Purchases** | 79 |
| **Insurance** | 126 |
| **Meals & Entertainment** | 3,067 |
|    Apple/Netflix/Hulu charges | 418 |
| **Total Meals & Entertainment** | **3,485** |
| **Medical** | 1,863 |
| **Other** | 752 |
| **PreNup Obligation** | 15,184 |
| **Total School and Kid's Activities** | 1,200 |
| **Total Family** | **45,694** |
| **Total Living Expenses** | **51,122** |
| **Other Expenses** | |
|   Bank Charges & Fees | 449 |
|   Business Expenses | 32 |
|   Interest Paid | 156 |
|   Internet/Phone | 220 |
|   Legal & Professional Services (1) | 252,220 |
|   Loss/(Gain) on Sale of Assets | (4,425) |
|   Real Estate | |
|     Lakehouse | |
|       Lakehouse Insurance | 352 |
|       Lakehouse Internet | 356 |
|       Lakehouse Maintenance | 871 |
|       Lakehouse Property Tax | 943 |
|       Lakehouse Utilities | 42 |
|     **Total Lakehouse** | **2,563** |
|     Ranch property | 27 |
|     Rental Property Tax | 668 |
|   **Total Real Estate** | **3,258** |
|   Rental Storage Units | 2,109 |
| **Total Other Expenses** | **254,020** |
| **US Trustee Fees** | 10,284 |
| **Total Expenses** | **315,426** |
| **Net Operating Income** | **90,333** |
| **Other Income** | |
|   Donations | 22,615 |
| **Total Other Income** | **22,615** |
| **Net Other Income** | **22,615** |
| **Net Income** | **$ 112,948** |

(1) Includes adjustment for $28,378 for unapplied payment to balance.

# Alex Jones
# Balance Sheet
### As of December 31, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
|   Bank Accounts | |
|     Bank of America #2913 | 956 |
|     Bank of America #6078 | 951 |
|     Chase #3520 | 1,207 |
|     Chase #7518 | 1,197 |
|     PNC #5233 DIP | 878,810 |
|     Prosperity Bank #9175 | 853 |
|     Security Bank #8548 | 1,053 |
|   **Total Bank Accounts** | **$ 885,026** |
|   Accounts Receivable | |
|     Accounts Receivable | 118,139 |
|   **Total Accounts Receivable** | **$ 118,139** |
|   Other Current Assets | |
|     Cash on Hand | 1,000 |
|     Federal Income Tax Receivable | 3,370,713 |
|     GiveSendGo-Legal | 10,461 |
|     Inventory Platinum | 307,081 |
|     Petty Cash for Child Care | 120 |
|     Prepayment -Legal Account | 50,000 |
|     Rental Property Escrow | 6,245 |
|     Undeposited Funds-Auto Sale | 72,000 |
|     Undeposited Funds-IRS | 514,358 |
|   **Total Other Current Assets** | **$ 4,331,978** |
| **Total Current Assets** | **$ 5,335,143** |
| **Fixed Assets** | |
|   Homestead | 2,612,800 |
|   Lakehouse | 1,750,000 |
|   Ranch Property | 2,189,220 |
|   Rental Property | 505,000 |
|   Vehicles and Marine Assets | |
|     Dodge Charger | 70,618 |
|     Ford Expedition | 21,463 |
|     Marine Assets | 114,300 |
|   **Total Vehicles and Marine Assets** | **$ 206,381** |
| **Total Fixed Assets** | **$ 7,263,401** |
| **Other Assets** | |
|   Interests In Trust | 131,528 |
|   Ownership Interests in Non Public Entities | 17,302 |
|   Personal Property | 171,536 |
|   Receivable from Descendants Trust | 30,832 |
|   Receivable from Mrs. Jones | 8,363 |
| **Total Other Assets** | **$ 359,561** |
| **TOTAL ASSETS** | **$ 12,958,105** |

# Alex Jones
# Balance Sheet
### As of December 31, 2023

|  | Total |
|---|---:|
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
|   **Current Liabilities** | |
|     Accounts Payable | |
|       Accounts Payable | 49,299 |
|     **Total Accounts Payable** | **$ 49,299** |
|     Other Current Liabilities | |
|       Accrued Professional Fees | 2,164,086 |
|       Accrued Property Tax Payable | 70,197 |
|       Payroll Tax Payable-Child Care | 4,866 |
|       Payroll Tax Withheld-Child Care | 8,192 |
|     **Total Other Current Liabilities** | **$ 2,247,342** |
|   **Total Current Liabilities** | **$ 2,296,641** |
|   **Long-Term Liabilities** | |
|     Rental Property Mortgage | 28,366 |
|   **Total Long-Term Liabilities** | **$ 28,366** |
| **Total Liabilities** | **$ 2,325,007** |
| **Equity** | |
|   Opening Balance Equity(1) | 12,694,191 |
|   Owner's Investment | |
|     OtherDeposits/Transfers | 171,668 |
|   **Total Owner's Investment** | **$ 171,668** |
|   Owner's Pay & Personal Expenses | |
|     Gifts | 63,919 |
|   **Total Owner's Pay & Personal Expenses** | **$ 63,919** |
|   Retained Earnings | 13,190 |
|   Net Income | -2,309,869 |
| **Total Equity** | **$ 10,633,099** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 12,958,105** |

**Notes**

(1) Includes adjustment for liquidation of crypto in the amount of $43,877 in Dec 2023 that debtor did not report as of the filing date.

**Alexander Emric Jones**  Case No. 22-33553

## Schedule of Payments to Professionals
### December 1-31, 2023

| Firm Name | Role | Amount |
|---|---|---:|
| **BlackBriar Advisors** | Financial Advisors | - |
| **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | 276,278 |
| **Jordan & Ortiz** | Co-Counsel to Debtor | 38,257 |
| **Teneo** | Financial Advisor for Creditor | - |
| **Rachel Kennerly** | Tax Accountant | 3,926 |
| | | 318,461 |

## Schedule of Payments to Insiders
### December 1-31, 2023

| Payee | Amount |
|---|---|

No Payments during the Period