United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 24, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT           SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | In Re: | | |

This lawyer, who is admitted to the State Bar of _____:

|  |
|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number |

Seeks to appear as the attorney for this party:

|  |
|---|
| Dated:          Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:          Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: January 24, 2024

_____
Christopher Lopez
United States Bankruptcy Judge