United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ALEXANDER E. JONES,** | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## ORDER IN SUPPORT OF DEBTOR'S
## APPLICATION TO EMPLOY AUCTIONEER TO ASSIST IN
## THE SALE OF THE CONTENTS OF STORAGE UNITS

ON THIS DATE, this Court considered Debtor's *Application to Employ Auctioneer to Assist in the Sale of the Contents of Storage Units* (the "Application") filed by the above-captioned debtor and debtor-in-possession (the "Debtor") for the entry of an order (the "Order") authorizing Debtor to retain and employ Davis Auctioneers, L.P. as its auctioneer, pursuant to Sections 105(a), 327, and 1107 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Rules"). Upon review of the Application and the Declaration of Luther D. Davis, III (the "Davis Declaration"), the Court finds that is has jurisdiction to grant the relief requested in the Application pursuant to 28 U.S.C. §§ 1334 and 157(b)(2).

The Court further finds that due and adequate notice of the Application was served via the court's electronic transmission facilities and United States First Class Mail upon all necessary parties.

The Court further finds that Davis Auctioneers, L.P. does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matter on which it is to be employed in this Chapter 11 Case pursuant to 11 U.S.C. § 327(e).

**IT IS THEREFORE**,

**ORDERED** that the Application is hereby **GRANTED**; and it is further

**ORDERED** that the Debtor is authorized to employ and retain Davis Auctioneers, L.P. as auctioneer; it is further

**ORDERED** that Davis Auctioneers, L.P. shall be compensated in accordance with procedures set forth in the Application and such procedures as may be fixed by order of this Court.

Signed: January 24, 2024

_____
Christopher Lopez
United States Bankruptcy Judge