Electronic Appearance Sheet

Marty Brimmage, Akin
Client(s): UCC

David Zensky, Akin
Client(s): UCC

Sara Brauner, Akin
Client(s): UCC

Katherine Porter, Akin
Client(s): UCC

Anna Kordas, Akin
Client(s): UCC

Melanie Miller, Akin
Client(s): UCC

Christina Stephenson, Crowe & Dunlevy
Client(s): Alex Jones

Melissa Haselden, Haselden Farrow PLLC
Client(s): Subchapter V Trustee for Free Speech Systems, LLC