IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALEXANDER E. JONES[1], | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |
| | § | |

### NOTICE OF CORRECTED EXHIBIT B TO DEBTOR'S AMENDED PLAN OF REORGANIZATION

Please take notice of the attached corrected Exhibit "B"- List of all litigation that would be terminated with Opt-In Settling Plaintiffs to Debtor's Amended Plan of Reorganization (the "Amended Plan") [Dkt. No. 590], which was properly served on all parties entitled to receive solicitation materials.

Dated:  January 30, 2024         **CROWE & DUNLEVY, P.C.**

By:  */s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
Antonio Ortiz
State Bar No. 24074839
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR ALEXANDER E. JONES**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Debtor's Amended Plan.

**NOTICE OF CORRECTED EXHIBIT B TO DEBTOR'S AMENDED PLAN OF REORGANIZATION - Page 1**

# Corrected Exhibit B

**EXHIBIT B**

| Case Title | Case Number | Court |
|---|---|---|
| Marcel Fontaine v. Alex E. Jones, InfoWars, LLC, Free Speech Systems | 22-01022-hcm | U.S. Bankruptcy Court for the Western District of Texas (Austin) |
| Neil Heslin v. Alexander E. Jones, InfoWars, LLC, Free Speech Systems, LLC and Owen Shroyer | 22-01023-hcm | U.S. Bankruptcy Court for the Western District of Texas (Austin) |
| Scarlett Lewis v. Alexander E. Jones, InfoWars, LLC, and Free Speech Systems, LLC | 22-01024-hcm | U.S. Bankruptcy Court for the Western District of Texas (Austin) |
| Gilmore v. Jones et al. | 3:18-cv-00017-NKM-JCH | U.S. District Court for the Western District of Virginia (Charlottesville) |
| Klayman v. Infowars, LLC et al. | 0:20-cv-61912-AMC | U.S. District Court for the Southern District of Florida (Ft. Lauderdale) |
| Murdock v. Jones et al. | 3:21-cv-13184-MAS-DEA | U.S. District Court for the District of New Jersey (Trenton) |
| Erica Lafferty, David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Jeremy Hensel, Jeremy Richman, Donna Soto, Carlee Soto-Parisi, Carlos Soto, Jillian Soto, and William Aldenberg v. Alex Emeric Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, Prison Planet TV, LLC, Wolfgang Halbig, Corey T. Sklanka, Gensis Communications Network, | 22-05004 | U.S. Bankruptcy Court for the District of Connecticut (Bridgeport) |

1

| | | |
|---|---|---|
| Inc., and Midas Resources, Inc. | | |
| William Sherlach<br>v.<br>Alex E. Jones, Free Speech Systems, LLC, Wolfgang Halbig, Cory T. Sklanaka, Genesis Communications Network, Inc. and Midas Resources, Inc. | 22-05005 | U.S. Bankruptcy Court for the District of Connecticut (Bridgeport) |
| William Sherlach<br>v.<br>Alex E. Jones, Free Speech Systems, LLC, Wolfgang Halbig, Cory T. Sklanka, Genesis Communications Network, Inc., and Midas Resources, Inc. | 22-05006 | U.S. Bankruptcy Court for the District of Connecticut (Bridgeport) |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique de la Rosa, Marcel Fontaine<br>v.<br>Info W, LLC, Alex E. Jones, Free Speech Systems, LLC | 22-06004-mmp | U.S. Bankruptcy Court for the Western District of Texas (Waco) |
| Neil Heslin<br>v.<br>Alex E. Jones et al. | D-1GN-18-001835 | 261st District Court of Travis County, Texas |
| Scarlett Lewis<br>v.<br>Alex E. Jones, et al. | D1-GN-18-006623 | 53rd District Court for Travis County, Texas |
| Leonard Pozner and Veronique De La Rosa<br>v.<br>Alex E. Jones, et al. | D1-GN-18-001824 | 345th District Court of Travis County, Texas |
| Marcel Fontaine<br>v.<br>Alex E. Jones, et al. | D1-GN-18-001605 | 459th District Court of Travis County, Texas |
| Lafferty, et al.<br>v.<br>Alex Jones, et al. | UWY-CV-18-6046436-S | Superior Court of Connecticut Judicial District of Waterbury |
| Sherlach<br>v.<br>Jones, et al. | UWY-CV-18-6046437-S | Superior Court of Connecticut Judicial District of Waterbury |
| Sherlach, et al.<br>v. | UWY-CV-18-6046438-S | Superior Court of Connecticut Judicial District of Waterbury |

| | | |
|---|---|---|
| Jones, et al. | | |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Estate of Marcel Fontaine<br>v.<br>Alexander E. Jones | 23-3035 | U.S. Bankruptcy Court for the Southern District of Texas (Houston) |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty<br>v.<br>Alexander E. Jones | 23-3037 | U.S. Bankruptcy Court for the Southern District of Texas (Houston) |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Estate of Marcel Fontaine<br>v.<br>Alexander E. Jones | 4:23-cv-4238 | U.S. District Court for the Southern District of Texas (Houston) |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as Chapter 7 Trustee for the Estate of Erica Lafferty<br>v.<br>Alexander E. Jones and Free Speech Systems, LLC | 4:23-cv-4240 | U.S. District Court for the Southern District of Texas (Houston) |

3