United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALEXANDER E. JONES, | ) | Case No. 22-33553 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## AMENDED AGREED SCHEDULING ORDER
## FOR CONFIRMATION HEARING

WHEREAS, Debtor Alexander E. Jones ("Jones"), the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 case (the "Jones Case"), the Texas Plaintiffs,[1] and the Connecticut Plaintiffs[2] (collectively, the "Parties") have met and conferred regarding the scheduling of dates relevant to a confirmation hearing to commence on March 25, 2024 (the "Confirmation Hearing") and have agreed to the following proposed scheduling order; and

WHEREAS, the Court has considered the proposed schedule in connection with the Confirmation Hearing;

IT IS HEREBY ORDERED THAT:

1. The following dates and deadlines shall govern confirmation of any plans filed in the Jones Case, including discovery and the conduct of the Confirmation Hearing:

---

[1] The Texas Plaintiffs comprise Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine.

[2] The Connecticut Plaintiffs comprise David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker.

| Event | Date |
|---|---|
| **Plan Filing Date.**  The date by which any Party or other party in interest must file a plan (each, a "Plan"). | **Friday, December 15, 2023** |
| **Jones Disclosure Statement Filing Date.**  The date by which Jones must file his disclosure statement in support of any Plan he has proposed. | **Friday, December 22, 2023** |
| **Committee Disclosure Statement Filing Date.**  The date by which the Committee, the Texas Plaintiffs and the Connecticut Plaintiffs and any other party in interest proposing a Plan must file its disclosure statement in support thereof. | **Friday, January 5, 2024** |
| **Written Discovery Deadline.**  The deadline by which the Parties and any other parties in interest shall serve discovery relating to any Plans, potential objections thereto, and any other matters to be heard at the Confirmation Hearing (the "Requests").  The Parties and other parties in interest may—and are encouraged to—serve Requests sooner.  The Parties and any other parties in interest shall serve responses and objections to any Requests within two weeks of service of the Requests.  For the avoidance of doubt, the Parties and any other parties in interest shall meet and confer in good faith regarding timing and any requested extension of response deadline. | **Tuesday, January 9, 2024** |
| **Objections to Provisional Approval of Disclosure Statements.**  The date by which Parties and any other parties in interest shall file any objections to the provisional approval of any disclosure statements filed. | **Tuesday, January 16, 2024** |
| **Disclosure Statement Hearing Date.**  The date on which the Parties and any other parties in interest shall, subject to the Court's availability, participate in a hearing regarding any disclosure statements filed to seek provisional approval thereof. | **Wednesday, January 24, 2024** |
| **Substantial Completion of Document Production.**  The date by which the Parties and any other recipients of the Requests shall substantially complete the production of documents in response to the Requests. | **Friday, February 2, 2024** |

2

| | |
|---|---|
| *Parties and any other recipients of the Requests must commence production of documents in response to Requests as soon as reasonably possible and shall roll out document production in tranches, as available. Parties and any other recipients of the Requests shall not wait until the substantial completion deadline to commence production.* | |
| **Solicitation Mailing/Publication Deadline.** | **Monday, January 29, 2024** |
| **Privilege Log Deadline.** The date by which the Parties and any other recipients of the Requests shall have provided logs of documents responsive to the Requests that were withheld or redacted on the basis of any claim or privilege. | **Tuesday, January 30, 2024** |
| **Preliminary Witness Lists.** The date by which the Parties and any other parties in interest shall exchange lists of witnesses each such party in good faith expects to call at the Confirmation Hearing. | **Friday, February 23, 2024** |
| **Fact Witness Depositions.** The dates during which the Parties and any other parties in interest shall conduct fact witness depositions. | **Tuesday, February 27 – Thursday, February 29, 2024** |
| **Production of Materials Relied Upon in Expert Reports.** The date by which the Parties and any other parties in interest shall produce copies of any documents or data that were (a) relied on by such party's expert in forming the opinions contained in such report and (b) have not already been produced in these cases. | **Wednesday, March 6, 2024** |
| **Expert Reports.** The date by which the Parties and any other parties in interest shall simultaneously exchange expert reports, with a date for rebuttal reports (if needed) to be determined by the Parties and any other parties in interest intending to serve such reports. Bankruptcy Rule 7026 shall apply in its entirely to any expert reports exchanged.[3] | **Friday, March 8, 2024** |
| **Plan Objection Deadline.** The date by which objections to any Plan must be filed. | **Friday, March 8, 2024** |
| **Exchange of Final Witness and Exhibit Lists.** The date by which the Parties and any | **Friday, March 8, 2024** |

---

[3] Any rebuttal opinions may be offered during Expert Depositions.

| | |
|---|---|
| other parties in interest shall serve a final list of witnesses and exhibits they intend to offer at the Confirmation Hearing. Witness lists shall identify all witnesses that each party will call and may call at the Confirmation Hearing and shall provide a brief summary of the anticipated testimony of each witness. | |
| **Exchange of Exhibits.** The deadline by which the Parties and any other parties in interest shall exchange exhibits with each other. | **Friday March 8, 2024, 12 pm CT** |
| **Objections to Final Witness and Exhibit Lists.** The date by which the Parties and any other parties in interest must serve any objections to the final witness and exhibit lists. | **Monday, March 18, 2024** |
| **Expert Depositions.** The dates during which the Parties and any other parties in interest shall conduct expert witness depositions. | **[Tuesday, March 19, 2024 – Wednesday, March 20, 2024]** |
| **Meet and Confer**. The date on which the Parties shall meet and confer concerning any objections to witnesses or exhibits. | **[Wednesday, March 20, 2024 / Thursday, March 21, 2024]** |
| **Filing of Final Witness and Exhibit Lists with the Clerk of the Court.** The deadline by which the Parties and any other parties in interest shall file final exhibit and witness lists with the Clerk of the Court. | **Thursday, March 21, 2024** |
| **Final Pretrial Conference.** The date on which the Parties and any other parties in interest shall, subject to the Court's availability, participate in a final pretrial conference. | **Thursday, March 21, 2024** |
| **Reply to Objections.** The date by which the Parties and any other parties in interest must file their reply to all timely objections to their respective Plans. | **Thursday, March 21, 2024** |
| **Confirmation Hearing Dates.** The timeframe in which the Parties and any other parties in interest shall complete trial. For the avoidance of doubt, final approval of any disclosure statements filed will be sought during the Confirmation Hearing. | **[Monday, March 25, 2024 – Wednesday, March 27, 2024]** |

2.      **Service.**  The Parties and any other parties in interest agree to serve by email on all other Parties and any other parties in interest all discovery requests and written responses. Parties producing electronically stored information shall simultaneously transmit or make available such productions to all Parties that are bound by the *Stipulated Confidentiality Agreement and Protective Order*, dated February 14, 2023 [FSS ECF No. 461; Jones ECF No. 159].

3.      **Discovery Disputes.**  The Parties and any other parties in interest shall promptly seek Court intervention regarding any disputes that cannot be resolved consensually, which disputes shall be heard by the Court on an expedited basis.

4.      **Confirmation Hearing.**  The Parties and any other parties in interest will meet and confer on the details of the Confirmation Hearing, including the sequencing and length of witness testimony and the presentation of other evidence.

5.      **Amendments or Modifications.**  The Court may amend or modify the terms of this Order for good cause shown.

6.      **Retention of Jurisdiction.**  This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation of this Order.

Signed: January 31, 2024

Christopher Lopez
United States Bankruptcy Judge