IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**ELEVENTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| Name of Applicant: | Crowe & Dunlevy, P.C. | |
|---|---|---|
| **Applicant's Role in Case:** | Co-Counsel to Debtor | |
| **Date Order of Appointment Signed:** | January 20, 2023 (Dkt #104) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered in Statement:** | 12/01/2023 | 12/31/2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $146,882.80[1] (80% of $183,603.50) | |
| **Total Reimbursable Expenses Requested in this Statement:** | $16,805.98[2] | |
| **Summary Attorney Fees for the Period Covered by this Statement** | | |
| **Attorneys Fees in this Statement:** | $172,831.00 | |
| **Total Actual Attorneys Hours Covered by this Statement:** | 380.60 | |
| **Average Hourly Rate for Attorneys:** | $454.10 | |
| **Summary Paraprofessional Fees for the Period Covered by this Statement** | | |
| **Paraprofessional Fees Requested in this Statement:** | $10,772.50 | |
| **Total Actual Paraprofessional Hours Covered by this Statement:** | 38.90 | |
| **Average Hourly Rate for Paraprofessionals:** | $276.92 | |

---

[1] Counsel is holding $0.00 as a retainer in its IOLTA Account which is included in this fee/expense request.

[2] The date listed for expenses contained in the attached does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**ELEVENTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 1**

> **In accordance with the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [Docket No. #106], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14 day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Granting Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 106], Crowe & Dunlevy, P.C. ("C&D"), as co-counsel to the Debtor, hereby files its *Eleventh Monthly Fee Statement of Crowe & Dunlevy, P.C. for Allowance of Compensation for Services Rendered as Co-Counsel to the Debtor for the Period from December 1, 2023 through December 31, 2023* (the "Monthly Fee Statement").

## RELIEF REQUESTED

1.      By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, C&D seeks interim payment of $146,882.80 (80% of $183,603.50) as compensation for professional services rendered to the Debtor during the period from December 1, 2023 through December 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $16,805.98, for a total amount of $163,688.78 to be paid upon expiration of the objection deadline barring any objections, pursuant to the Interim Compensation Order.

2.      In support of the Monthly Fee Statement, C&D submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Legal Fees by Category as Counsel*

*for the Fee Period*, attached as **Exhibit B**, and a *Detailed Record of Fees as Co-Counsel for the Fee Period*, attached hereto as **Exhibit C**.

3.      Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve on the undersigned counsel and the following Retained Professionals (as defined in the Interim Compensation Order), and each of the other Notice Parties a written objection (the "Objection") so that it is received on or before the Objection Deadline:

   a.   Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX  78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

   b.   U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

   c.   Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller;  dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com,  melanie.miller@akingump.com

   d.   Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling,  ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

   e.   Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg,  avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

   f.   Any other parties that the Court may designate.

**ELEVENTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 3**

In light of the nature of the relief requested herein, C&D submits that no further or other notice is required.

4.       Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. C&D reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

5.       Therefore, C&D respectfully submits support for its fees in the amount of $183,603.50 for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Fee Period and $16,805.98 for reasonable, actual and necessary expenses incurred during the Fee Period. C&D further submits that, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, that the Debtor shall be authorized to immediately pay to C&D the amount of $163,688.78 which is equal to the sum of 80% of C&D's fees and 100% of C&D's expenses incurred during the Fee Period.

Houston, TX
Dated: February 5, 2024

**CROWE & DUNLEVY, P.C.**

By: */s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

**ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

I certify that on February 5, 2024, a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list via the Court's ECF system and pursuant to Local Rule 9003-1, via e mail or U.S. mail as follows:

a.   Co-Counsel to Debtor, Jordan & Ortiz, P.C., 500 North Shoreline Blvd., Suite 900, Corpus Christi, TX 78401 (Attn: Shelby Jordan, sjordan@jhwclaw.com)

b.   U.S. Trustee c/o Ha Minh Nguyen and Jayson Ruff, Office of the United States Trustee 515 Rusk St, Ste 3516 Houston, TX 77002, ha.nguyen@usdoj.gov, jayson.b.ruff@usdoj.gov

c.   Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: David M. Zensky, Marty L. Brimmage, Jr., Sara L. Brauner and Melanie A. Miller; dzensky@akingump.com, mbrimmage@akingump.com, sbrauner@akingump.com, melanie.miller@akingump.com

d.   Counsel to Connecticut Plaintiffs, (a) Koskoff Koskoff & Bieder PC, 350 Fairfield Avenue, Bridgeport, CT 06604 (Attn: Alinor Sterling, ASterling@koskoff.com) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kyle J. Kimpler and Martin Salvucci, kkimpler@paulweiss.com, msalvucci@paulweiss.com)

e.   Counsel to Texas Plaintiffs, (a) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2700, Houston, TX 77002 (Attn: Avi Moshenberg, avi.moshenberg@mhllp.com) and (b) Chamberlain, Hrdlicka, White, Williams & Aughtry, PC, 1200 Smith Street, Suite 1400, Houston, TX 77002 (Attn: Jarrod B. Martin, Jarrod.Martin@chamberlainlaw.com)

f.   Any other parties that the Court may designate.

*/s/ Christina W. Stephenson*
Christina W. Stephenson

**ELEVENTH MONTHLY FEE STATEMENT OF CROWE & DUNLEVY, P.C. – Page 6**

## EXHIBIT "A"

**SUMMARY OF EXPENSES FOR THE FEE PERIOD**

| EXPENSE | TOTAL |
|---|---|
| Lodging/Travel/Meals | 2,732.98 |
| Online Research | 247.80 |
| Court Fees | 588.0 |
| Deposition Transcripts | 3,021.20 |
| Litigation Support Vendors | 10,036.00 |
| Other Professionals | 180.00 |

# EXHIBIT "B"

## SUMMARY OF LEGAL FEES AND EXPENSES BY CATEGORY
## FOR THE FEE PERIOD

| CATEGORIES | ATTORNEY TIME | PARALEGAL TIME |
|---|---|---|
| B110 Case Administration | 1.4 | 5.5 |
| B120 Asset Analysis and Recovery | 0.0 | 0.0 |
| B130 Asset Disposition | 2.6 | 2.8 |
| B140 Relief from Stay/Adequate Protection | 1.7 | 0.0 |
| B150 Meetings of & Communications with Creditors | 0.0 | 0.0 |
| B160 Fee/Employment Applications | 20.7 | 15.4 |
| B170 Fee/Employment Objections | 6.2 | 1.4 |
| B180 Avoidance Action Analysis | 0.0 | 0.0 |
| B185 Assumption/Rejection of Executory Contracts | 0.0 | 0.0 |
| B190 Other Contested Matters | 99.2 | 5.4 |
| B195 Non-Working Travel | 13.6 | 0.0 |
| B210 Business Operations | 4.6 | 0.0 |
| B220 Employee Benefits/Pensions | 0.00 | 0.0 |
| B230 Financing/Cash Collections | 1.5 | 0.0 |
| B240 Tax Issues | 0.0 | 0.0 |
| B250 Real Estate | 0.0 | 0.0 |
| B260 Board of Directors Matters | 0.0 | 0.0 |
| B310 Claims Administration and Objections | 6.5 | 2.2 |
| B320 Plan and Disclosure Statement | 222.6 | 0.0 |
| B410 General Bankruptcy Advice/Opinions | 0.0 | 0.0 |
| B420 Restructurings | 0.0 | 0.0 |
| **TOTALS:** | **380.6** | **38.9** |

## EXHIBIT "C"

## DETAILED RECORD OF FEES FOR THE FEE PERIOD

# CROWE&DUNLEVY
ATTORNEYS AND COUNSELORS AT LAW

**2525 MCKINNON, SUITE 425**
**DALLAS, TX 75201**
**(214) 420-2163**
TAX I.D. NUMBER 73-1055796

Alex "AJ" Jones
ATTN: Shelby A. Jordan
6207 Bee Cave Road, Suite 120
Austin, TX 78746

February 2, 2024
Invoice # 770571

Responsible Attorney
Vickie L. Driver

Client #      50134
Matter #     00802

Post - petition

## INVOICE SUMMARY

| | |
|---|---|
| Current Invoice Total Fees | $183,603.50 |
| Current Invoice Total Expenses | $16,805.98 |
| **Current Invoice Total** | **$200,409.48** |

*Payment Instructions*

| Check Remittance: | Credit Card Remittance: | Wire Remittance: |
|---|---|---|
| **Mail To:** | https://www.crowedunlevy.com/makeapayment/ | **Bank Name: BancFirst** |
| **Crowe & Dunlevy** | | **Routing #103003632** |
| **Braniff Building** | | **Oklahoma City, OK 73102** |
| **324 N. Robinson Ave., Ste. 100** | | **Account Name: Crowe & Dunlevy** |
| **Oklahoma City, OK 73102** | | **Account Number 4025023715** |
| | | **Swift Code BFOKUS44** |

*Please refer to Invoice # 770571 and any other invoice numbers being paid on your remittance.*

Jones, Alex "AJ"                                                                                      Page 2
                                                                                                February 2, 2024

Client #          50134                                                           Invoice # 770571
Matter #          00802                                                     Responsible Attorney
                                                                                      Vickie L. Driver

Post - petition

| Date | Name | Code | Description | Hours |
|---|---|---|---|---|
| 12/01/2023 | J. Davis | B190 | Assist with reviewing, editing, and drafting of the Reply Briefs in support of our Motion for Leave to Appeal, filed in both the Texas Plaintiffs and Conn. Plaintiffs adversary proceedings. | 4.50 |
| 12/01/2023 | V. Driver | B320 | Review case law on third party injunctions. | 1.10 |
| 12/01/2023 | D. McClellan | B190 | Draft reply to Connecticut plaintiff's response to Debtor's motion for leave to file interlocutory appeal. | 7.50 |
| 12/01/2023 | E. Weaver | B110 | Review email correspondence from Yasmine Rivera with the US Trustee's office regarding quarterly fees and forward same to BlackBriar Advisors. | 0.20 |
| 12/01/2023 | E. Weaver | B110 | Review agreed scheduling order for confirmation hearing and docket all dates and deadlines. | 1.30 |
| 12/01/2023 | E. Weaver | B170 | Finalize fee detail spreadsheet for Teneo Capital and circulate to BlackBriar Advisors. | 1.00 |
| 12/01/2023 | R. Yates | B190 | Coordinate regarding legal strategy and planning for reply brief in support of motion for leave to file interlocutory appeal. | 0.50 |
| 12/01/2023 | J. Yoon | B190 | Analyze and review local rules and judge-specific rules cross-motion requirements for appeals. | 0.70 |
| 12/02/2023 | D. McClellan | B190 | Continue drafting reply to Connecticut plaintiff's response to Debtor's motion for leave to file interlocutory appeal. | 14.20 |
| 12/03/2023 | D. Harlan | B190 | Perform research and analysis for reply brief. | 1.70 |
| 12/03/2023 | D. Harlan | B190 | Research SD Tex and Judge's rules regarding motions and responses. | 0.60 |
| 12/03/2023 | D. McClellan | B190 | Draft reply to Texas plaintiff's response to Debtor's motion for leave to file interlocutory | 7.30 |

Jones, Alex "AJ"                                                                                               Page 3
                                                                                              February 2, 2024

Client #        50134                                                                    Invoice # 770571
Matter #        00802                                                                Responsible Attorney
                                                                                          Vickie L. Driver

Post - petition

|            |               |       | appeal. |      |
|------------|---------------|-------|---------|------|
| 12/03/2023 | D. McClellan  | B190  | Continue drafting reply to Connecticut plaintiff's response to Debtor's motion for leave to file interlocutory appeal. | 8.20 |
| 12/03/2023 | C. Stephenson | B190  | Review and revise Reply to CT Response to Motion for Leave to Appeal (.9); draft related correspondence (.8). | 1.70 |
| 12/03/2023 | R. Yates      | B190  | Edit draft of reply in support of motion for leave to file interlocutory appeal. | 1.20 |
| 12/03/2023 | J. Yoon       | B190  | Analyze and review interlocutory appeals in preparation to draft reply to the response to the motion for leave to appeal interlocutory appeals. | 1.50 |
| 12/04/2023 | D. Harlan     | B160  | Gathering and analyzing relevant documents to draft informal objection to Teneo's eighth and ninth monthly fee statements. | 0.70 |
| 12/04/2023 | D. McClellan  | B190  | Revise and finalize replies to Connecticut and Texas plaintiffs' responses to Debtor's motions for leave to file interlocutory appeal. | 4.80 |
| 12/04/2023 | C. Stephenson | B170  | Review and analyze Teneo fee objections (.9); draft related correspondence (.5). | 1.40 |
| 12/04/2023 | C. Stephenson | B190  | Review and analyze Replies to Responses to Motion for Leave to Appeal (1.7); review and respond to related correspondence (.8). | 2.50 |
| 12/04/2023 | E. Weaver     | B170  | Final review of Teneo fee spreadsheet and email correspondence to Bob Schleizer regarding same. | 0.40 |
| 12/04/2023 | E. Weaver     | B190  | Finalize and file AJ's reply to plaintiffs' response in opposition to defendant's motion for leave to file interlocutory appeal in each adversary. | 0.80 |
| 12/04/2023 | R. Yates      | B190  | Review final drafts of reply on motion for leave to file interlocutory appeal. | 0.90 |
| 12/04/2023 | J. Yoon       | B190  | Research timeliness of cross-appeal of | 9.40 |

Jones, Alex "AJ"                                                                                         Page 4
                                                                                               February 2, 2024

Client #        50134                                                                    Invoice # 770571
Matter #        00802                                                              Responsible Attorney
                                                                                            Vickie L. Driver

Post - petition

|            |               |       |                                                                                                                                      |      |
|------------|---------------|-------|--------------------------------------------------------------------------------------------------------------------------------------|------|
|            |               |       | interlocutory appeal (0.7); draft and revise Texas and the Connecticut reply briefs (8.7).                                             |      |
| 12/04/2023 | J. Yoon       | B190  | Draft and revise pro hac vice motions for admissions of Deric J. McClellan and Chris Davis.                                            | 0.70 |
| 12/05/2023 | L. Dauphin    | B190  | Apply pre-production quality and coding conflict checks.                                                                               | 0.40 |
| 12/05/2023 | V. Driver     | B140  | Review and approve lift stay continuance (.2); emails to TX trial team on extension of stay and budget limitations. (.2)               | 0.40 |
| 12/05/2023 | V. Driver     | B160  | Draft correspondence regarding employment of real estate brokers.                                                                      | 0.60 |
| 12/05/2023 | V. Driver     | B170  | Review notice of increased hourly rates from Akin.                                                                                     | 0.20 |
| 12/05/2023 | V. Driver     | B190  | Review and revise entry of appearance and suggestion of BK in FSS and PQPR adversary (.4); review document production. (2.4)           | 2.80 |
| 12/05/2023 | D. Harlan     | B130  | Review and edit Motion to Employ Broker for sale of the lakehouse property.                                                            | 0.60 |
| 12/05/2023 | D. Harlan     | B190  | Perform document review.                                                                                                               | 1.50 |
| 12/05/2023 | D. Harlan     | B320  | Research relevant information and drafting disclosure statement.                                                                        | 6.50 |
| 12/05/2023 | C. Stephenson | B170  | Review and respond to various correspondence regarding fee objections.                                                                 | 0.80 |
| 12/05/2023 | E. Weaver     | B110  | Download, review notice of rate increase filed by UCC and circulate to team.                                                           | 0.10 |
| 12/05/2023 | E. Weaver     | B130  | Review email correspondence from BlackBriar Advisors regarding storage facility liquidation and contract regarding same.              | 0.30 |
| 12/05/2023 | E. Weaver     | B130  | Review listing agreement and revise motion to employ broker for the lake house property (.8); prepare redline of same and circulate for | 1.00 |

Jones, Alex "AJ"                                                                                        Page 5
                                                                                        February 2, 2024

Client #        50134                                                         Invoice # 770571
Matter #        00802                                                   Responsible Attorney
                                                                                  Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| | | | approval (.2). | |
| 12/05/2023 | E. Weaver | B160 | Review listing agreement and revise motion to employ broker for the ranch property (.8); prepare redline of same and circulate for approval (.2). | 1.00 |
| 12/05/2023 | E. Weaver | B190 | Draft notice of appearance and suggestion of bankruptcy for the PQPR Holdings adversary. | 1.50 |
| 12/05/2023 | J. Yoon | B190 | Draft and prepare pro hac vice motions for Deric J. McClellan and Chris Davis for admission to respective proceedings in the Connecticut appeal and the Texas appeal. | 1.40 |
| 12/06/2023 | V. Driver | B130 | Review and revise CNO for property sale. | 0.20 |
| 12/06/2023 | V. Driver | B190 | Review and respond to detailed emails on follow up items related to discovery requests (.9); work through issues to get responses to discovery items (1.3). | 2.40 |
| 12/06/2023 | V. Driver | B320 | Call with creditors working on plan negotiations. | 1.10 |
| 12/06/2023 | D. Harlan | B190 | Perform document review. | 5.60 |
| 12/06/2023 | D. Harlan | B320 | Researching relevant information and drafting disclosure statement. | 6.50 |
| 12/06/2023 | C. Stephenson | B320 | Research and analysis regarding plan of reorganization. | 2.30 |
| 12/06/2023 | E. Weaver | B130 | Draft and file certificate of no objection to motion for order authorizing sale of personal property (.4); finalize and file propose order regarding same (.2). | 0.60 |
| 12/06/2023 | E. Weaver | B190 | Finalize and file notice of appearance and suggestion of bankruptcy in the PQPR Holdings adversary. | 0.60 |
| 12/06/2023 | J. Yoon | B190 | Call with the Court and coordinate PHV filings for Deric J. McClellan and Chris Davis. | 0.50 |

Jones, Alex "AJ"                                                                                                    Page 6
                                                                                                        February 2, 2024

Client #          50134                                                                          Invoice # 770571
Matter #          00802                                                                        Responsible Attorney
                                                                                                   Vickie L. Driver

Post - petition

| 12/07/2023 | L. Dauphin | B190 | Prepare supplemental client document production. | 1.00 |
|---|---|---|---|---|
| 12/07/2023 | D. Harlan | B190 | Edit formatting on privilege log. | 4.50 |
| 12/07/2023 | D. Harlan | B320 | Draft disclosure statement. | 3.80 |
| 12/07/2023 | E. Weaver | B130 | Review order granting motion for sale of property free and clear of liens and circulate same to team. | 0.20 |
| 12/07/2023 | E. Weaver | B190 | Finalize and file motion for pro hac vice for Chris Davis and Deric McClellan in both adversary cases. | 0.60 |
| 12/08/2023 | L. Dauphin | B190 | Revise supplemental client document production. | 0.30 |
| 12/08/2023 | L. Dauphin | B190 | Conference related to privilege log preparation and export from Everlaw. | 0.20 |
| 12/08/2023 | V. Driver | B190 | Work through creditor terms, settlement offers, and plan terms for drafting and structure. | 3.50 |
| 12/08/2023 | D. Harlan | B190 | Edit formatting on privilege log. | 3.80 |
| 12/08/2023 | D. Harlan | B320 | Draft disclosure statement. | 4.10 |
| 12/08/2023 | C. Stephenson | B160 | Review and revise billing. | 1.70 |
| 12/08/2023 | C. Stephenson | B170 | Meeting with financial advisor regarding fee objections (.8); call regarding same (.3). | 1.10 |
| 12/08/2023 | C. Stephenson | B320 | Meeting with financial advisor regarding plan issues. | 2.80 |
| 12/09/2023 | D. Harlan | B320 | Draft disclosure statement. | 1.80 |
| 12/10/2023 | D. Harlan | B320 | Draft disclosure statement. | 2.50 |
| 12/11/2023 | V. Driver | B110 | Review emails on UCC Crypto issues and respond briefly. | 0.40 |
| 12/11/2023 | V. Driver | B190 | Calls with potential transferees negotiating potential settlement and discussing defenses (.9); emails with counsel for the Texas plaintiffs regarding suggestion of BK filed in | 1.50 |

Jones, Alex "AJ"                                                                              Page 7
                                                                                  February 2, 2024

Client #        50134                                                        Invoice # 770571
Matter #        00802                                                     Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

|            |               |      |                                                                                                          |      |
|------------|---------------|------|----------------------------------------------------------------------------------------------------------|------|
|            |               |      | PQPR lawsuit (.4); emails on Greenleaf trust issues raised by K. Jones (.2).                              |      |
| 12/11/2023 | V. Driver     | B195 | Travel from Austin to Dallas (billed at half-time 3.8).                                                  | 1.90 |
| 12/11/2023 | V. Driver     | B210 | Call with Whiskey partner on issues with margins and new contract (.5); emails regarding same (.1).      | 0.60 |
| 12/11/2023 | D. Harlan     | B195 | Travel to Austin (billed at half time).                                                                  | 3.00 |
| 12/11/2023 | D. Harlan     | B320 | Draft disclosure statement.                                                                              | 3.10 |
| 12/11/2023 | C. Stephenson | B195 | Travel from Dallas to Austin [6.0 billed at half time].                                                  | 3.00 |
| 12/11/2023 | E. Weaver     | B160 | Review compensation order and begin drafting second interim fee application of C&D.                      | 1.80 |
| 12/12/2023 | V. Driver     | B130 | Emails with UCC regarding personal property sales and cost (.3); discuss rates and notices needed for sales (.4). | 0.70 |
| 12/12/2023 | V. Driver     | B210 | Discussion regarding potential marketing deals.                                                          | 0.40 |
| 12/12/2023 | V. Driver     | B320 | Analyze strategy regarding plan terms and meetings with client and constituents on plan term options (3.2); review and revise plan (3.6). | 6.80 |
| 12/12/2023 | D. Harlan     | B320 | Draft disclosure statement.                                                                              | 8.00 |
| 12/12/2023 | C. Stephenson | B320 | Attend plan working meetings and discussions (3.8); revise plan draft (2.6).                             | 6.40 |
| 12/12/2023 | E. Weaver     | B130 | Prepare outline of notice procedures for proposed sale of personal property and circulate to team.       | 0.60 |
| 12/12/2023 | E. Weaver     | B160 | Draft ninth monthly fee statement of BlackBriar Advisors.                                                | 2.00 |
| 12/12/2023 | E. Weaver     | B160 | Finalize draft of second interim fee application of C&D and circulate for approval.                      | 2.00 |
| 12/13/2023 | V. Driver     | B110 | Call with K. Porter on extension to exemption                                                            | 0.20 |

Jones, Alex "AJ"                                                                    Page 8
                                                                              February 2, 2024

Client #        50134                                                    Invoice # 770571
Matter #        00802                                              Responsible Attorney
                                                                         Vickie L. Driver

Post - petition

| | | | objection .2. | |
|---|---|---|---|---|
| 12/13/2023 | V. Driver | B160 | Review and analyze fee app filings and pro rata sharing for payments. | 0.40 |
| 12/13/2023 | V. Driver | B190 | Call with counsel for potential transferee to discuss settlement (.9); discuss same with client (.7). | 1.60 |
| 12/13/2023 | V. Driver | B195 | Travel from Austin to Dallas (billed at half-time 3.8). | 1.90 |
| 12/13/2023 | V. Driver | B210 | Call with Wulff on bourbon contract and issues with same. | 0.40 |
| 12/13/2023 | V. Driver | B320 | Review and revise plan (3.7); meeting with client explaining and describing plan and taking comments to same (1.1); strategy discussion on plan terms with co-counsel (.7). | 5.50 |
| 12/13/2023 | D. Harlan | B195 | Travel to Dallas (3.8 billed at half time). | 1.90 |
| 12/13/2023 | D. Harlan | B320 | Draft disclosure statement. | 8.00 |
| 12/13/2023 | C. Stephenson | B195 | Travel from Austin to Dallas [3.8 billed at half-time]. | 1.90 |
| 12/13/2023 | C. Stephenson | B320 | Draft and revise plan of reorganization (3.2); draft related correspondence (1.1); client meeting regarding same (1.8). | 6.10 |
| 12/13/2023 | E. Weaver | B160 | Draft second interim fee application of BlackBriar Advisors. | 3.40 |
| 12/13/2023 | J. Yoon | B160 | Review the interim compensation procedures order in preparation to draft interim fee statements for The Reynal Law firm and Martin, Disiere, Jefferson & Wisdom LLP (0.4); draft and revise the same (0.7). | 1.10 |
| 12/14/2023 | V. Driver | B190 | Call with counsel for transferee on potential settlement. | 0.90 |
| 12/14/2023 | V. Driver | B320 | Review and revise plan and analyze revisions needed. (3.6); call with committee on plan | 4.30 |

Jones, Alex "AJ"                                                                                    Page 9
                                                                                        February 2, 2024

Client #          50134                                                         Invoice # 770571
Matter #          00802                                                        Responsible Attorney
                                                                                     Vickie L. Driver

Post - petition

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | filing. (.7) |  |
| 12/14/2023 | D. Harlan | B320 | Proofreading and eliminating formatting issues on the Plan. | 3.80 |
| 12/14/2023 | C. Stephenson | B320 | Draft and revise Plan of Reorganization (3.3); review and respond to related correspondence (1.8). | 5.10 |
| 12/14/2023 | E. Weaver | B130 | Email correspondence to BlackBriar Advisors regarding employment of auctioneer. | 0.10 |
| 12/14/2023 | E. Weaver | B160 | Finalize draft of motion to employ auctioneer and circulate for approval. | 0.80 |
| 12/14/2023 | J. Yoon | B160 | Draft and revise interim fee statements for the Reynal Law Firm and Martin, Disiere, Jefferson & Wisdom LLP. | 1.50 |
| 12/15/2023 | V. Driver | B110 | Review and approve exemption deadline extension. | 0.40 |
| 12/15/2023 | V. Driver | B320 | Review and revise plan and prepare for filing (2.7); calls and emails with various constituencies on comments and finalizing plan for filing (1.9). | 4.60 |
| 12/15/2023 | D. Harlan | B320 | Review and format Plan. | 3.60 |
| 12/15/2023 | D. Harlan | B320 | Draft disclosure statement. | 4.00 |
| 12/15/2023 | T. Rinck | B320 | Draft Table of Contents based upon analysis of the Debtor's Plan of Reorganization. | 5.20 |
| 12/15/2023 | C. Stephenson | B320 | Review and finalize Plan of Reorganization. | 4.80 |
| 12/15/2023 | E. Weaver | B110 | Review email correspondence from US Trustee's office regarding remaining bank statements and accounts needed (.1); compare with bank statements previously sent to their office (.4). | 0.50 |
| 12/15/2023 | E. Weaver | B110 | Review fifth stipulation extending motion to objection to exemptions and docket deadline for same. | 0.20 |

Jones, Alex "AJ"                                                                                   Page 10
                                                                                       February 2, 2024

Client #        50134                                                        Invoice # 770571
Matter #        00802                                                    Responsible Attorney
                                                                               Vickie L. Driver

Post - petition

| 12/15/2023 | E. Weaver | B110 | Electronic case filing management. | 0.60 |
|---|---|---|---|---|
| 12/15/2023 | E. Weaver | B160 | Revise, finalize and file second interim fee application for BlackBriar Advisors and serve same. | 1.80 |
| 12/15/2023 | E. Weaver | B320 | Finalize and file AJ's plan of reorganization (.6); review UCC"s plan of liquidation and circulate to team (.2). | 0.80 |
| 12/15/2023 | E. Weaver | B320 | Review email correspondence regarding opt-in-settlement for unsecured claims and begin working on exhibit to plan (.4); begin drafting motion to seal plan exhibit (1.0). | 1.40 |
| 12/16/2023 | D. Harlan | B320 | Draft disclosure statement. | 2.00 |
| 12/17/2023 | D. Harlan | B320 | Draft disclosure statement. | 4.70 |
| 12/18/2023 | V. Driver | B160 | Emails on retainers and issues on Martin and Reynal fee statements. | 0.40 |
| 12/18/2023 | V. Driver | B190 | Emails with UCC on open discovery requests and related information requests. | 1.30 |
| 12/18/2023 | V. Driver | B210 | Revise employment agreement. | 1.40 |
| 12/18/2023 | V. Driver | B320 | Disclosure Statement drafting (1.7); calls with claimants seeking input on plan and terms for potential settlement (.9); responding to emails from UCC on plan clarifications (.4); reviewing plan and start amendments to address issues (.6). | 3.20 |
| 12/18/2023 | D. Harlan | B160 | Edit Motion to Employ Broker for Ranch property. | 0.80 |
| 12/18/2023 | D. Harlan | B320 | Edit initial draft of disclosure statement. | 4.80 |
| 12/18/2023 | D. Harlan | B320 | Draft confirmation order. | 5.20 |
| 12/18/2023 | E. Weaver | B110 | Review spreadsheet received from BlackBriar Advisors and draft October monthly operating report. | 2.00 |
| 12/18/2023 | E. Weaver | B320 | Review draft disclosure statement and prepare list of exhibits (.3); circulate same to team | 0.40 |

Jones, Alex "AJ"                                                                                                    Page 11
February 2, 2024

Client #        50134                                                              Invoice # 770571
Matter #        00802                                                          Responsible Attorney
                                                                                      Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| | | | (.1). | |
| 12/18/2023 | J. Yoon | B160 | Draft and revise consolidated interim fee statements for Martin, Disiere, Jefferson & Wisdom LLP and proposed order granting the same. | 3.70 |
| 12/18/2023 | J. Yoon | B160 | Draft and revise consolidated interim fee statements for The Reynal Law Firm and proposed order granting the same. | 3.20 |
| 12/19/2023 | V. Driver | B320 | Edit Disclosure Statement (4.3); working on liquidation analysis. (.8) | 5.10 |
| 12/19/2023 | D. Harlan | B160 | Edit Motion to Employ Broker for sale of Ranch property. | 0.50 |
| 12/19/2023 | D. Harlan | B320 | Edit Disclosure Statement. | 3.90 |
| 12/19/2023 | D. McClellan | B320 | Draft section discussing Connecticut adversary action for disclosure filing. | 1.50 |
| 12/19/2023 | C. Stephenson | B160 | Review and revise October and November billing (4.8); draft related correspondence (1.1). | 5.90 |
| 12/19/2023 | E. Weaver | B110 | Finalize and file October monthly operating report. | 0.60 |
| 12/20/2023 | V. Driver | B210 | Email seeking clarification on employment agreement term from employment counsel (.4); revise contract regarding same. (.4) | 0.80 |
| 12/20/2023 | V. Driver | B320 | Internal call working through group comments and questions on Disclosre Statement draft (1.3); Call with claimants on points and issues (.7); call with subV Trustee counsel on status (.8); review and revise Disclosure Statement and preparing for filing (1.8). | 4.60 |
| 12/20/2023 | D. Harlan | B130 | Edit the Motion to Employ Auctioneer to Sell Contents of Storage Units. | 1.10 |
| 12/20/2023 | D. Harlan | B310 | Review UCC's Plan for potential objections. | 1.50 |
| 12/20/2023 | D. Harlan | B310 | Draft objections to Creditors' Plan. | 3.00 |

Jones, Alex "AJ"                                                                         Page 12
                                                                                  February 2, 2024

Client #        50134                                                        Invoice # 770571
Matter #        00802                                                     Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

| | | | | |
|---|---|---|---|---|
| 12/20/2023 | D. Harlan | B320 | Edit Disclosure Statement. | 7.00 |
| 12/20/2023 | D. Harlan | B320 | Call with FA and other attorneys regarding disclosure statement edits. | 1.10 |
| 12/20/2023 | D. McClellan | B320 | Draft section discussing Texas adversary action for disclosure filing. | 0.50 |
| 12/20/2023 | C. Stephenson | B320 | Review and revise Disclosure Statement (3.3); calls and correspondence regarding same (1.8). | 5.10 |
| 12/20/2023 | E. Weaver | B160 | Finalize and file first monthly fee statement of the Reynal Law Firm, P.C. and serve same. | 0.60 |
| 12/21/2023 | V. Driver | B110 | Correspondence regarding seal schedules; (.2) correspond with UCC on same (.2). | 0.40 |
| 12/21/2023 | V. Driver | B320 | Working on Disclosure Statement and plan issues. | 3.20 |
| 12/21/2023 | D. Harlan | B310 | Draft objections to Creditors' Plan. | 2.00 |
| 12/21/2023 | D. Harlan | B320 | Edit disclosure statement. | 3.80 |
| 12/21/2023 | D. McClellan | B320 | Draft section discussing Texas adversary action for disclosure filing. | 1.20 |
| 12/21/2023 | C. Stephenson | B320 | Review and revise Disclosure Statement (2.3); draft related correspondence (1.8); calls regarding same (1.2). | 5.30 |
| 12/21/2023 | E. Weaver | B160 | Finalize and file tenth monthly fee statement of C&D and serve via email to notice parties. | 0.80 |
| 12/21/2023 | E. Weaver | B160 | Finalize and file employment application for Keller Williams Realty and serve via email to notice parties. | 0.60 |
| 12/21/2023 | E. Weaver | B160 | Finalize and file employment application for Davis Auctioneers and serve via email to notice parties. | 0.60 |
| 12/21/2023 | E. Weaver | B320 | Finalize and file proposed Disclosure Statement. | 0.60 |
| 12/22/2023 | D. Harlan | B320 | Draft objections to Creditors' Plan. | 3.00 |

Jones, Alex "AJ"                                                                                        Page 13
                                                                                              February 2, 2024

Client #        50134                                                              Invoice # 770571
Matter #        00802                                                           Responsible Attorney
                                                                                     Vickie L. Driver

Post - petition

| Date | Attorney | Code | Description | Hours |
|------|----------|------|-------------|-------|
| 12/22/2023 | D. Harlan | B320 | Perform research related to UCC Plan objections. | 4.40 |
| 12/26/2023 | V. Driver | B210 | Emails with FSS counsel on setting employment motion. | 1.00 |
| 12/26/2023 | D. Harlan | B320 | Research related to UCC Plan objections. | 3.40 |
| 12/26/2023 | D. Harlan | B320 | Draft objections to Creditors' Plan. | 2.00 |
| 12/26/2023 | D. Harlan | B320 | Call regarding UCC plan objections. | 0.50 |
| 12/27/2023 | D. Harlan | B320 | Draft objections to Creditors' Plan. | 4.60 |
| 12/27/2023 | D. Harlan | B320 | Research related to UCC Plan objections. | 3.50 |
| 12/27/2023 | C. Stephenson | B320 | Draft correspondence regarding plan research issues. | 0.80 |
| 12/27/2023 | J. Yoon | B230 | Analyze and review Youngevity document production and responses in preparation for analysis (1.0); draft email analysis regarding Youngevity document production and objections (.5). | 1.50 |
| 12/27/2023 | J. Yoon | B320 | Research plan issues regarding class treatment. | 2.80 |
| 12/28/2023 | D. Harlan | B160 | Email financial advisor about property sale motions. | 0.20 |
| 12/28/2023 | D. Harlan | B320 | Research related to UCC Plan objections. | 3.50 |
| 12/28/2023 | D. Harlan | B320 | Discuss objections to UCC Plan. | 0.50 |
| 12/28/2023 | D. Harlan | B320 | Edit objections to Creditors' Plan. | 2.80 |
| 12/28/2023 | C. Stephenson | B170 | Call and correspondence with financial advisor regarding fee objections. | 1.30 |
| 12/28/2023 | C. Stephenson | B320 | Review and analyze plan research (1.8); review and analyze UCC Plan (2.2); call and correspondence regarding same (.9); review plan objections (1.3). | 5.20 |
| 12/29/2023 | V. Driver | B140 | Review and analyze email from IRS on refunds and status of IRS (.6); respond to same (.4); call with FA regarding same. (.3) | 1.30 |

Jones, Alex "AJ"                                                                    Page 14
                                                                           February 2, 2024

Client #        50134                                                  Invoice # 770571
Matter #        00802                                          Responsible Attorney
                                                                      Vickie L. Driver

Post - petition

| 12/29/2023 | D. Harlan | B320 | Edit objections to Creditors' Plan. | 2.80 |
| 12/29/2023 | D. Harlan | B320 | Perform research related to UCC Plan objections. | 2.50 |
| 12/29/2023 | D. Harlan | B320 | Research governing case law authorities on ability of debtor with non-dischargeable debt to include broad, permanent plan injunction. | 3.10 |
| 12/29/2023 | C. Stephenson | B170 | Call and correspondence regarding objections to UCC professional fees. | 1.40 |
| 12/30/2023 | D. Harlan | B320 | Perform and analyze Plan research. | 5.10 |
| 12/31/2023 | D. Harlan | B320 | Perform and analyze Plan research. | 3.30 |

                                                              Total Hours      419.50

Total Fees for this Invoice                                              $183,603.50

## SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| B110 | 6.90 | 2,735.50 | Bankruptcy - Case Administration |
| B130 | 5.40 | 2,017.50 | Bankruptcy - Asset Disposition |
| B140 | 1.70 | 1,351.50 | Bankruptcy - Relief from Stay/Adequate Protection Proceedings |
| B160 | 36.10 | 14,413.50 | Bankruptcy - Fee/Employment Applications |
| B170 | 7.60 | 4,862.00 | Bankruptcy - Fee/Employment Objections |
| B190 | 104.60 | 40,561.50 | Bankruptcy - Other Contested Matters (excluding assumption/rejection motions) |

Jones, Alex "AJ"                                                                    Page 15
                                                                            February 2, 2024

Client #        50134                                                    Invoice # 770571
Matter #        00802                                                 Responsible Attorney
                                                                          Vickie L. Driver

Post - petition

## SUMMARY OF TASKS

| Task | Hours | Amount | Task Description |
|------|-------|--------|------------------|
| B195 | 13.60 | 7,896.50 | Bankruptcy - Non-Working Travel |
| B210 | 4.60 | 3,657.00 | Bankruptcy - Business Operations |
| B230 | 1.50 | 427.50 | Bankruptcy - Financing/Cash Collections |
| B310 | 6.50 | 1,820.00 | Bankruptcy - Claims Administration and Objections |
| B320 | 231.00 | 103,861.00 | Bankruptcy - Plan and Disclosure Statement (including Business Plan) |
| Total | 419.50 | $183,603.50 | |

| | | |
|---|---|---|
| 12/06/2023 | Everlaw- eDiscovery Data Hosting and Storage for subscription database for the month November 2023 | $5,005.00 |
| 12/11/2023 | Harlan, Danielle reimbursement of 11/29/2023 uber expense | 17.72 |
| 12/22/2023 | Texas Southern Bankruptcy Court for Filing Fee for Motion to Sell Personal Property 11/14/2023 | 188.00 |
| 12/22/2023 | Texas Southern District Court for filing for Pro Hac Vice for Chris Davis- CT Appeal 12/7/2023 | 100.00 |
| 12/22/2023 | Texas Southern District Court for filing for Pro Hac Vice for Derric McClellan- CT Appeal 12/7/2023 | 100.00 |
| 12/22/2023 | Texas Southern District Court for filing for Pro Hac Vice for Chris Davis- CT Appeal 12/7/2023 | 100.00 |
| 12/22/2023 | Texas Southern District Court for filing for Pro Hac Vice for Derric McClellan - CT Appeal 12/7/2023 | 100.00 |
| 12/28/2023 | Driver , Vickie reimbursement of travel expenses to Austin Texas for Client Meeting 12/11-13/2023; 404 miles .655/mile= $ 264.62, | 1,788.92 |

Jones, Alex "AJ"                                                                              Page 16
                                                                                    February 2, 2024

Client #        50134                                                          Invoice # 770571
Matter #        00802                                                      Responsible Attorney
                                                                              Vickie L. Driver

Post - petition

|  |  |  |
|---|---|---|
|  | lodging $ 1142.50 and meals $ 381.80 |  |
| 12/29/2023 | Harlan, Danielle reimbursement of travel expenses to Houston Texas for depositions 11/26-29/2023; transportation $ 764.17 and meals $ 162.17 | 926.34 |
| 01/05/2024 | Everlaw- eDiscovery Data Hosting and Storage for subscription database for the month of December 2023 | 5,031.00 |
| 01/25/2024 | Esquire Deposition Solutions for deposition 9/12/2023 | 1,434.85 |
| 01/25/2024 | Esquire Deposition Solutions for depositions 9/13/2023 | 1,586.35 |
| 01/25/2024 | Digital Mountain for document storage | 180.00 |

Subtotal of Expenses                                                              $16,558.18


Online Research                                                                      $247.80

        Subtotal of Costs                                                            $247.80

Total Expenses and Costs for this Invoice                                         $16,805.98


### SUMMARY OF DISBURSEMENTS

| Task Code | Amount | Task Description |
|---|---|---|
| E106 | 247.80 | On-line research |
| E110 | 2,732.98 | Out-of-town travel |
| E112 | 588.00 | Court fees |
| E115 | 3,021.20 | Deposition transcripts |
| E118 | 10,036.00 | Litigation support vendors |
| E123 | 180.00 | Other professionals |
| Total | $16,805.98 |  |

Jones, Alex "AJ"                                                                     Page 17
                                                                        February 2, 2024

Client #          50134                                            Invoice # 770571
Matter #          00802                                      Responsible Attorney
                                                                    Vickie L. Driver
Post - petition

Total For This Invoice                                              $200,409.48

## SUMMARY OF FEES

| Name | Hours Worked | Hourly Rate | Bill Amount |
|---|---|---|---|
| L. Dauphin | 1.90 | 185.00 | 351.50 |
| T. Rinck | 5.20 | 200.00 | 1,040.00 |
| D. McClellan | 45.20 | 310.00 | 14,012.00 |
| V. Driver | 67.50 | 795.00 | 53,662.50 |
| C. Stephenson | 66.60 | 715.00 | 47,619.00 |
| E. Weaver | 31.80 | 295.00 | 9,381.00 |
| R. Yates | 2.60 | 340.00 | 884.00 |
| J. Davis | 4.50 | 475.00 | 2,137.50 |
| J. Yoon | 28.00 | 285.00 | 7,980.00 |
| D. Harlan | 166.20 | 280.00 | 46,536.00 |
| Total | 419.50 | | $183,603.50 |