IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**ORDER GRANTING THE SECOND INTERIM FEE APPLICATION OF
CROWE & DUNLEVY, P.C., CO-COUNSEL TO THE DEBTOR, FOR THE
FEE PERIOD FROM MAY 16, 2023 THROUGH DECEMBER 31, 2023**

The Court has considered the *Second Interim Fee Application of Crowe & Dunlevy, P.C., Co-Counsel to the Debtor, for Allowance and Payment of Fees and Expenses for the Period from May 16, 2023 through December 31, 2023*. The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $2,328,303.60 for the period set forth in the Application.

2. The Debtor is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

**Dated: _____, 2023.**

_____
**UNITED STATES BANKRUPTCY JUDGE**