BL9849591

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

In Re:   ALEXANDER E JONES

Chapter: 11
Bankruptcy No: 22-33553

## WITHDRAWAL OF CLAIM

American Express National Bank, by and through its counsel, withdraws its Proof of Claim Number 1 filed on December 13th, 2022, for account number 3009 and in the amount of $149,678.58.

Respectfully submitted,

By: /s/ Christopher Cramer

Christopher S Cramer, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

DATE:   2/14/2024