# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-33553** |
| | § | |
| **ALEXANDER E. JONES** | § | **(Chapter 11)** |
| | § | |
| **Debtor.** | § | |
| | § | |

**ORDER GRANTING APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF D. R. PAYNE & ASSOCIATES, INC. AS
EXPERT FOR THE DEBTOR**

ON THIS DATE, this Court considered the *Application for Entry of an Order Authorizing the Retention and Employment of D. R. Payne & Associates, Inc. as Expert for the Debtor* (the "Application") filed by the above-captioned case's (the "Chapter 11 Case") debtor and debtor-in-possession (the "Debtor") for the entry of an order (the "Order") authorizing the Debtor to retain and employ D. R. Payne & Associates, Inc. ("DRPA") as his expert witness, pursuant to sections 105(a), 327, and 1107 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Rules"). Upon review of the Application and the Declaration of David Payne (the "Payne Declaration"), the Court finds that it has jurisdiction to grant the relief requested in the Application pursuant to 28 U.S.C. §§ 1334 and 157(b)(2).

The Court further finds that due and adequate notice of the Application was served via the Court's electronic transmission facilities and United States First Class Mail upon all necessary parties.

The Court further finds that DRPA does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matter on which it is to be employed in this Chapter 11 Case pursuant to section 327(e) of the Bankruptcy Code.

**IT IS THEREFORE,**

**ORDERED** that the Application is hereby **GRANTED**; and it is further

**ORDERED** that the Debtor is authorized to employ and retain DRPA as his expert witness, effective January 16, 2024; it is further

**ORDERED** that DRPA shall be compensated in accordance with procedures set forth in the Application and such procedures as may be fixed by order of this Court.


Dated: _____, 2024


_____
**UNITED STATES BANKRUPTCY JUDGE**