**Alexander Emric Jones**                                            **Case No. 22-33553**

## Part 1 - Statement of Cash Receipts and Disbursements
### January 1-31, 2024

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 878,810 | 853 | 1,053 | 1,197 | 955 | 1,207 | 951 | 885,026 |
| Cash Receipts | 294,467 | | | | | | | 294,467 |
| Cash Disbursements | (470,549) | | | (25) | (25) | | (25) | (470,624) |
| **Net Cash Flow** | 702,728 | 853 | 1,053 | 1,172 | 930 | 1,207 | 926 | 708,868 |
| Transfer In | | | | | | | | 0 |
| Transfers Out | | | | | | | | 0 |
| **Ending Bank Balance** | 702,728 | 853 | 1,053 | 1,172 | 930 | 1,207 | 926 | 708,868 |

# Alexander E Jones
# Balance Sheet
### As of January 31, 2024

|  |  | Total |
|---|---:|---:|
| **ASSETS** |  |  |
|   **Current Assets** |  |  |
|     **Bank Accounts** |  |  |
|       Bank of America #2913 |  | 930 |
|       Bank of America #6078 |  | 926 |
|       Chase #3520 |  | 1,207 |
|       Chase #7518 |  | 1,172 |
|       PNC #5233 DIP |  | 702,728 |
|       Prosperity Bank #9175 |  | 853 |
|       Security Bank #8548 |  | 1,053 |
|     **Total Bank Accounts** | $ | **708,868** |
|     **Accounts Receivable** |  |  |
|       Accounts Receivable |  | 63,533 |
|     **Total Accounts Receivable** | $ | **63,533** |
|     **Other Current Assets** |  |  |
|       Bitcoin Account |  | 1,882 |
|       Cash on Hand |  | 1,000 |
|       Federal Income Tax Receivable |  | 3,370,713 |
|       GiveSendGo-Legal |  | 32,227 |
|       Inventory Platinum |  | 280,221 |
|       Petty Cash for Child Care |  | 35 |
|       Prepayment -Legal Account |  | 50,000 |
|       Rental Property Escrow |  | 5,546 |
|       Undeposited Funds-IRS |  | 514,358 |
|     **Total Other Current Assets** | $ | **4,255,982** |
|   **Total Current Assets** | $ | **5,028,384** |
|   **Fixed Assets** |  |  |
|     Homestead |  | 2,612,800 |
|     Lakehouse |  | 1,750,000 |
|     Ranch Property |  | 2,189,220 |
|     Rental Property |  | 505,000 |
|     **Vehicles and Marine Assets** |  |  |
|       Dodge Charger |  | 70,618 |
|       Ford Expedition |  | 21,463 |
|       Marine Assets |  | 114,300 |
|     **Total Vehicles and Marine Assets** | $ | **206,381** |
|   **Total Fixed Assets** | $ | **7,263,401** |
|   **Other Assets** |  |  |
|     Asset Sales Escrow Account |  | 72,000 |
|     Interests In Trust |  | 131,528 |
|     Ownership Interests in Non Public Entities |  | 17,302 |
|     Personal Property |  | 180,821 |
|     Receivable from Descendants Trust |  | 32,034 |
|     Receivable from Mrs. Jones |  | 8,363 |
|   **Total Other Assets** | $ | **442,048** |
| **TOTAL ASSETS** | $ | **12,733,832** |

# Alexander E Jones
# Balance Sheet
### As of January 31, 2024

|  | Total |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       Accounts Payable | |
|         Accounts Payable | 60,127 |
|       **Total Accounts Payable** | $ 60,127 |
|       Other Current Liabilities | |
|         Accrued PreNuptial Obligation | 15,791 |
|         Accrued Professional Fees | 2,343,618 |
|         Accrued Property Tax Payable | 6,910 |
|         Payroll Tax Payable-Child Care | 604 |
|         Payroll Tax Withheld-Child Care | 1,577 |
|       **Total Other Current Liabilities** | $ 2,368,501 |
|     **Total Current Liabilities** | $ 2,428,628 |
|     **Long-Term Liabilities** | |
|       Rental Property Mortgage | 27,844 |
|     **Total Long-Term Liabilities** | $ 27,844 |
|   **Total Liabilities** | $ 2,456,472 |
|   **Equity** | |
|     Opening Balance Equity (1) | 12,705,358 |
|     Owner's Investment | 0 |
|       OtherDeposits/Transfers | 171,668 |
|     **Total Owner's Investment** | $ 171,668 |
|     Owner's Pay & Personal Expenses | |
|       Gifts | 63,919 |
|     **Total Owner's Pay & Personal Expenses** | $ 63,919 |
|     Retained Earnings | -2,296,679 |
|     Net Income | -366,905 |
|   **Total Equity** | $ 10,277,361 |
| **TOTAL LIABILITIES AND EQUITY** | $ 12,733,832 |

**Notes**

(1) Adjustments were made to beginning equity totalling $11,187 to record additional personal assets ($9,285) and unliquidatd cryto ($1,882) added to the Debtor's assets as of the filing date.

# Alexander E Jones
## Profit and Loss
### January 2024

|  | Total |
|---|---:|
| **Income** | |
|   Advertising Income | 5,718 |
|   Book Sales Income | 19,946 |
|    Bourbon Sales | 953 |
|    Bourbon Sales Fees | -286 |
|   **Total Bourbon Sales** | $ 667 |
|   FreeSpeech Payroll | 50,000 |
|   Interest Income | 7 |
|   Rental Income | 1,200 |
|   Sales of Product Income | 147,228 |
|    Cost of Goods Sold | -26,860 |
|    Selling Expense | -60,305 |
|   **Total Sales of Product Income** | $ 60,063 |
|   Video Game Revenue | 24,047 |
|    Video Game Fees | -12,024 |
|   **Total Video Game Revenue** | $ 12,024 |
| **Total Income** | $ 149,624 |
| **Payroll Deductions** | |
|   Child Support- Garnished | 1,846 |
|   Medical Insurance Premiums | 1,161 |
|   Payroll Taxes withheld | 18,176 |
| **Total Payroll Deductions** | $ 21,184 |
| **Gross Profit** | $ 128,440 |
| **Expenses** | |
|   Living Expenses | |
|    Auto/Trucks/Watercraft | |
|     Auto/Boat Maintenance | 801 |
|     Auto/Truck/Boat Insurance | 1,209 |
|     Boat Storage | 860 |
|     Fuel | 1,549 |
|    **Total Auto/Trucks/Watercraft** | $ 4,420 |
|    Family | |
|     Child Care | 8,487 |
|     Groceries | 4,013 |
|     Homestead | |
|      HOA | 1,155 |
|      Maintenance | 1,337 |
|       Housekeeping | 3,900 |
|       Misc. Supplies and Services | 993 |
|      **Total Maintenance** | $ 6,229 |
|      Phone/Internet | 408 |
|      Property Insurance | 1,006 |
|      Property Tax | 7,800 |
|      Utilities | 2,468 |
|     **Total Homestead** | $ 19,066 |
|     Household Purchases | 1,627 |
|     Meals & Entertainment | 1,680 |
|      Apple/Netflix/Hulu charges | 516 |
|     **Total Meals & Entertainment** | $ 2,195 |
|     Medical | 50,714 |

# Alexander E Jones
# Profit and Loss
### January 2024

|  |  | Total |
|---|---:|---:|
| Other |  | 146 |
| PreNup Obligation |  | 15,791 |
| School and Kid's Activities |  |  |
|   Activities |  | 593 |
|  Total School and Kid's Activities | $ | 593 |
| **Total Family** | **$** | **102,633** |
| **Total Living Expenses** | **$** | **107,053** |
| Other  Expenses |  |  |
|  Bank Charges & Fees |  | 85 |
|  Business Expenses |  | 450 |
|  Interest Paid |  | 154 |
|  Legal & Professional Services |  | 401,701 |
|  Real Estate |  |  |
|   Lakehouse |  |  |
|    Lakehouse Insurance |  | 352 |
|    Lakehouse Internet |  | 356 |
|    Lakehouse Maintenance |  | 625 |
|    Lakehouse Property Tax |  | 1,280 |
|    Lakehouse Utilities |  | 42 |
|   Total Lakehouse | $ | 2,655 |
|   Ranch  property |  | 27 |
|   Rental Property Tax |  | 830 |
|  Total Real Estate | $ | 3,511 |
|  Rental Storage Units |  | 2,298 |
| **Total Other  Expenses** | **$** | **408,199** |
| Rental Property Insurance |  | 1,859 |
| **Total Expenses** | **$** | **517,112** |
| **Net Operating Income** | **-$** | **388,671** |
| Other Income |  |  |
|  Donations |  | 21,766 |
| **Total Other Income** | **$** | **21,766** |
| **Net Other Income** | **$** | **21,766** |
| **Net Income** | **-$** | **366,905** |

Monday, Feb 19, 2024 05:54:45 PM GMT-8 - Accrual Basis

**Debtor's Name**  Alexander  Emric Jones                                          Case No. 22-33553

| | Part 5: Professional Fees and Expenses | | | | | |
|---|---|---|---|---|---|---|
| a. | | | Approved Current Month | Approved Cumulative | Paid Current Month* | Paid Cumulative* |
| | *Debtors prof fees & expenses (bankruptcy) Aggregate Total* | | 534,782 | 4,836,893 | 222,169 | 2,372,477 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm name | Role | | | | |
| | **BlackBriar Advisors** | Financial Advisors | 84,781 | 1,308,083 | 222,169 | 813,794 |
| | **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | 437,710 | 2,693,963 | | 1,224,516 |
| | **Jordan & Ortiz** | Co-Counsel to Debtor (1) | 12,291 | 306,665 | | 244,690 |
| | **Teneo** | Financial Advisor for Creditors | | 510,977 | | 78,453 |
| | **Rachel Kennerly** | Tax Accountant | | 17,205 | | 11,025 |
| | | | | | | |
| Delete | * **All amounts paid from retainers provided prepetition.  Professional fees will not be reported in the debtors income statement until retainers are depleted.** | | | | | |

**Alexander Emric Jones**                           Case No.  22-33553
## Schedule of Payments to Professionals
### January 1-31, 2024

| Firm Name | Role | Amount |
|---|---|---|
| **BlackBriar Advisors** | Financial Advisors | 222,169 |
| **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | - |
| **Jordan & Ortiz** | Co-Counsel to Debtor | - |
| **Teneo** | Financial Advisor for Creditor | - |
| **Rachel Kennerly** | Tax Accountant | - |
|  |  | 222,169 |

## Schedule of Payments to Insiders
### January 1-31, 2024

| Payee | Amount |
|---|---|

No Payments during the Period however, $15,791.00 was accrued pursuant to the prematial agreement