# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | Chapter 11 |
| ALEXANDER E. JONES ) | |
| ) | Case No. 22-33553 (CML) |
| DEBTOR. ) | |
| ) | |
| ) | |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO SECOND
INTERIM FEE APPLICATION OF BLACKBRIAR ADVISORS, LLC AS
FINANCIAL ADVISOR TO THE DEBTOR FOR THE FEE PERIOD
FROM MAY 16, 2023 THROUGH NOVEMBER 30, 2023**

1. On December 15, 2024, BlackBriar Advisors, LLC ("BlackBriar"), as financial advisor to the debtor and debtor-in-possession in the above-captioned Chapter 11 Case, filed their *Second Interim Fee Application for Allowance and Payment of Fees and Expenses as Financial Advisor to the Debtor for the Period from May 16, 2023 through November 30, 2023* [Doc. No. 524] (the "Application").

2. The deadline for parties to file objections and responses to the Application was January 5, 2024 (the "Objection Deadline"). No objections or responses to the Motion were filed on the docket on or before the Objection Deadline. Counsel to the Debtor did not receive any other informal responses on or before the Objection Deadline.

3. The Debtor hereby respectfully requests that the Court enter the proposed order on the Application, attached as Exhibit A, at the earliest convenience of the Court.

Dated: February 21, 2024.

          **CROWE & DUNLEVY, P.C.**

          By: */s/ Christina W. Stephenson*
          Vickie L. Driver
          State Bar No. 24026886
          Christina W. Stephenson
          State Bar No. 24049535
          2525 McKinnon St., Suite 425
          Dallas, TX 75201
          Telephone: 737.218.6187
          Email: dallaseservice@crowedunlevy.com

          **ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

# **EXHIBIT A**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

## ORDER GRANTING THE SECOND INTERIM FEE APPLICATION OF BLACKBRIAR ADVISORS, LLC AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE FEE PERIOD FROM MAY 16, 2023 THROUGH NOVEMBER 30, 2023 [DOCKET NO. 524]

The Court has considered the *Second Interim Fee Application of BlackBriar Advisors, LLC as Financial Advisor to the Debtor for the Fee Period from May 16, 2023 Through November 30, 2023* (the "Application") filed by BlackBriar Advisors, LLC (the "Applicant"), financial advisor to Debtor Alexander E. Jones.

The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of fees and expenses in the amount of $444,121.85.00 for the period set forth in the Application.

2. Debtor Alexander E. Jones is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2023

_____
**CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**