IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ALEXANDER E. JONES | ) | CASE NO. 22-33553 |
| | ) | |
| DEBTOR. | ) | (CHAPTER 11) |
| | ) | |
| | ) | JUDGE CHRISTOPHER M. LOPEZ |

**ORDER GRANTING THE SECOND INTERIM FEE APPLICATION OF BLACKBRIAR ADVISORS, LLC AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE FEE PERIOD FROM MAY 16, 2023 THROUGH NOVEMBER 30, 2023 [DOCKET NO. 524]**

The Court has considered the *Second Interim Fee Application of BlackBriar Advisors, LLC as Financial Advisor to the Debtor for the Fee Period from May 16, 2023 Through November 30, 2023* (the "Application") filed by BlackBriar Advisors, LLC (the "Applicant"), financial advisor to Debtor Alexander E. Jones.

The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of fees and expenses in the amount of $444,121.85.00 for the period set forth in the Application.

2. Debtor Alexander E. Jones is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2023        _____
                               **CHRISTOPHER M. LOPEZ**
                               **UNITED STATES BANKRUPTCY JUDGE**