IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | Chapter 11 |
| ALEXANDER E. JONES ) | |
| ) | Case No. 22-33553 (CML) |
| DEBTOR. ) | |
| ) | |
| ) | |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO SECOND
INTERIM FEE APPLICATION OF CROWE & DUNLEVY, P.C. AS
CO-COUNSEL TO THE DEBTOR FOR THE FEE PERIOD
FROM MAY 16, 2023 THROUGH DECEMBER 31, 2023**

1.  On February 5, 2024, Crowe & Dunlevy, P.C. ("C&D"), as co-counsel to the debtor and debtor-in-possession in the above-captioned Chapter 11 Case, filed their *Second Interim Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtor for the Period from May 16, 2023 through December 31, 2023* [Doc. No. 600] (the "Application").

2.  The deadline for parties to file objections and responses to the Application was February 26, 2024 (the "Objection Deadline"). No objections or responses to the Application were filed on the docket on or before the Objection Deadline. Counsel to the Debtor did receive an informal response on or before the Objection Deadline, and such parties have agreed to pass any unresolved issues to a final fee application hearing.

3.  The Debtor hereby respectfully requests that the Court enter the proposed order on the Application, attached as Exhibit A, at the earliest convenience of the Court.

Dated: February 27, 2024.

        **CROWE & DUNLEVY, P.C.**

        By: */s/ Christina W. Stephenson*
        Vickie L. Driver
        State Bar No. 24026886
        Christina W. Stephenson
        State Bar No. 24049535
        2525 McKinnon St., Suite 425
        Dallas, TX 75201
        Telephone: 737.218.6187
        Email: dallaseservice@crowedunlevy.com

        **ATTORNEYS FOR DEBTOR ALEXANDER E. JONES**

## **EXHIBIT A**

Proposed Order

3
Case 22-33553   Document 614   Filed in TXSB on 02/27/24   Page 3 of 3