United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 28, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| ALEXANDER E. JONES | ) CASE NO. 22-33553 |
| | ) |
| DEBTOR. | ) (CHAPTER 11) |
| | ) |
| | ) JUDGE CHRISTOPHER M. LOPEZ |

## ORDER GRANTING THE SECOND INTERIM FEE APPLICATION OF CROWE & DUNLEVY, P.C. AS CO-COUNSEL TO THE DEBTOR FOR THE FEE PERIOD FROM MAY 16, 2023 THROUGH DECEMBER 31, 2023 [DOCKET NO. 600]

The Court has considered the *Second Interim Fee Application of Crowe & Dunlevy, P.C. as Co-Counsel to the Debtor, for Allowance and Payment of Fees and Expenses for the Period from May 16, 2023 Through December 31, 2023* (the "Application") filed by Crow & Dunlevy, P.C. (the "Applicant"), co-counsel to Debtor Alexander E. Jones.

The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of fees and expenses in the amount of $2,328,303.60 for the period set forth in the Application.

2. Debtor Alexander E. Jones is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: February 28, 2024

_____
Christopher Lopez
United States Bankruptcy Judge