**Alexander Emric Jones**  **Case No. 22-33553**

## Part 1 - Statement of Cash Receipts and Disbursements
### February 1-29, 2024

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Opening Balance** | 702,728 | 853 | 1,053 | 1,172 | 930 | 1,207 | 926 | 708,868 |
| Cash Receipts | 4,715,476 | | | | | | | 4,715,476 |
| Cash Disbursements | (832,910) | | | (25) | (155) | | (25) | (833,115) |
| **Net Cash Flow** | 4,585,293 | 853 | 1,053 | 1,147 | 775 | 1,207 | 901 | 4,591,228 |
| Transfer In | | | | | | | | 0 |
| Transfers Out | | | | | | | | 0 |
| **Ending Bank Balance** | 4,585,293 | 853 | 1,053 | 1,147 | 775 | 1,207 | 901 | 4,591,228 |

# Alexander E Jones
# Balance Sheet
### As of February 29, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Bank of America #2913 | 775 |
| Bank of America #6078 | 901 |
| Chase #3520 | 1,207 |
| Chase #7518 | 1,147 |
| PNC #5233 DIP (1) | 4,585,293 |
| Prosperity Bank #9175 | 853 |
| Security Bank #8548 | 1,053 |
| **Total Bank Accounts** | **$ 4,591,229** |
| **Accounts Receivable** | |
| Accounts Receivable | 22,162 |
| **Total Accounts Receivable** | **$ 22,162** |
| **Other Current Assets** | |
| Bitcoin Account | 1,882 |
| Cash on Hand | 1,000 |
| GiveSendGo-Legal | 33,486 |
| Inventory Platinum | 260,666 |
| Rental Property Escrow | 6,706 |
| **Total Other Current Assets** | **$ 303,741** |
| **Total Current Assets** | **$ 4,917,131** |
| **Fixed Assets** | |
| Homestead | 2,612,800 |
| Lakehouse | 1,750,000 |
| Ranch Property | 2,189,220 |
| Rental Property | 505,000 |
| **Vehicles and Marine Assets** | |
| Dodge Charger | 70,618 |
| Ford Expedition | 21,463 |
| Marine Assets | 114,300 |
| **Total Vehicles and Marine Assets** | **$ 206,381** |
| **Total Fixed Assets** | **$ 7,263,401** |
| **Other Assets** | |
| Asset Sales Escrow Account | 72,000 |
| Interests In Trust | 131,528 |
| Ownership Interests in Non Public Entities | 17,302 |
| Personal Property | 180,821 |
| Receivable from Descendants Trust | 32,351 |
| Receivable from Mrs. Jones | 8,363 |
| **Total Other Assets** | **$ 442,365** |
| **TOTAL ASSETS** | **$ 12,622,897** |

# Alexander E Jones
# Balance Sheet
### As of February 29, 2024

|  | Total |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 40,541 |
|       **Total Accounts Payable** | $ 40,541 |
|       **Other Current Liabilities** | |
|         Accrued Pre Nuptial Obligation | 31,582 |
|         Accrued Professional Fees | 2,376,193 |
|         Accrued Property Tax Payable | 13,820 |
|         Payroll Tax Payable-Child Care | 1,354 |
|         Payroll Tax Withheld-Child Care | 3,874 |
|       **Total Other Current Liabilities** | $ 2,426,824 |
|     **Total Current Liabilities** | $ 2,467,365 |
|     **Long-Term Liabilities** | |
|       Rental Property Mortgage | 27,319 |
|     **Total Long-Term Liabilities** | $ 27,319 |
|   **Total Liabilities** | $ 2,494,684 |
|   **Equity** | |
|     Opening Balance Equity | 13,016,932 |
|     Owner's Investment | 0 |
|       OtherDeposits/Transfers | 171,668 |
|     **Total Owner's Investment** | $ 171,668 |
|     **Owner's Pay & Personal Expenses** | |
|       Gifts | 63,919 |
|     **Total Owner's Pay & Personal Expenses** | $ 63,919 |
|     Retained Earnings | -2,296,679 |
|     Net Income | -827,626 |
|   **Total Equity** | $ 10,128,214 |
| **TOTAL LIABILITIES AND EQUITY** | $ 12,622,897 |

**Notes:**

assets on the January 2024 balance sheet.  The amount included interest earned of $311,575 plus $408,157 not previous cIncludes interest earned on IRS refund received in February 2024 ($74,281 related to 2023  and $237,293 related to 2024) plus $408,157 previously paid but not credited to debtor by IRS. The $408,157 was adjusted to beginning equity.

# Alexander E Jones
## Profit and Loss
### February 2024

|  |  | Total |
|---|---:|---:|
| **Income** | | |
|   Advertising Income | | 5,020 |
|   Book Sales Income | | 41,314 |
|   FreeSpeech Payroll | | 50,000 |
|   Interest Income (1) | | 333,883 |
|   Rental Income | | 1,200 |
|   Sales of Product Income | | 138,593 |
|     Cost of Goods Sold | | -24,484 |
|     Selling Expense | | -54,826 |
|   Total Sales of Product Income | $ | 59,283 |
| **Total Income** | $ | **490,701** |
| **Cost of Goods Sold** | | |
|   Child Support- Garnished | | 1,846 |
|   Medical Insurance Premiums | | 1,161 |
|   Payroll Taxes withheld | | 18,176 |
| **Total Cost of Goods Sold** | $ | **21,184** |
| **Gross Profit** | $ | **469,517** |
| **Expenses** | | |
|   Living Expenses | | |
|     Auto/Trucks/Watercraft | | |
|       Auto/Boat Maintenance | | 535 |
|       Auto/Truck/Boat Insurance | | 1,209 |
|       Boat Storage | | 860 |
|       Fuel | | 1,023 |
|     Total Auto/Trucks/Watercraft | $ | 3,628 |
|     Family | | |
|       Child Care | | 10,618 |
|       Groceries | | 2,697 |
|       Homestead | | |
|         Maintenance | | 2,251 |
|           Housekeeping | | 3,900 |
|           Misc. Supplies and Services | | 1,128 |
|         Total Maintenance | $ | 7,279 |
|         Phone/Internet | | 437 |
|         Property Insurance | | 1,006 |
|         Property Tax | | 4,800 |
|         Utilities | | 3,054 |
|       Total Homestead | $ | 16,575 |
|       Household Purchases | | 8,354 |
|       Meals & Entertainment | | 3,110 |
|         Apple/Netflix/Hulu charges | | 332 |
|       Total Meals & Entertainment | $ | 3,441 |
|       Medical | | 4,092 |
|       Other | | 399 |
|       PreNup Obligation | | 15,791 |
|       School and Kid's Activities | | |
|         Activities | | 1,492 |
|       Total School and Kid's Activities | $ | 1,492 |
|     Total Family | $ | 63,460 |
|   Total Living Expenses | $ | 67,088 |

# Alexander E Jones
# Profit and Loss
### February 2024

|  | Total |
|---|---:|
| **Other Expenses** | |
|   Bank Charges & Fees | 72 |
|   Business Expenses | 2,329 |
|   Interest Paid | 151 |
|   Legal & Professional Services | 841,104 |
|   Real Estate | |
|     Lakehouse | |
|       Lakehouse Insurance | 352 |
|       Lakehouse Internet | 356 |
|       Lakehouse Maintenance | 3,953 |
|       Lakehouse Property Tax | 1,280 |
|       Lakehouse Utilities | 42 |
|     **Total Lakehouse** | **$ 5,983** |
|     Ranch property | 27 |
|     Rental Property Tax | 830 |
|   **Total Real Estate** | **$ 6,840** |
|   Rental Storage Units | 2,298 |
| **Total Other Expenses** | **$ 852,794** |
| **Total Expenses** | **$ 919,881** |
| **Net Operating Income** | **-$ 450,365** |
| **Other Income** | |
|   Donations | 1,259 |
| **Total Other Income** | **$ 1,259** |
| **Net Other Income** | **$ 1,259** |
| **Net Income** | **-$ 449,105** |

**Notes:**

(1) Includes interest earned on IRS refund received in February 2024 ($74,281 related to 2023 and $237,293 related to 2024).

Debtor's Name **Alexander Emric Jones**                                                                                     Case No. 22-33553

### Part 5: Professional Fees and Expenses

| a. | | | Approved Current Month | Approved Cumulative | Paid Current Month* | Paid Cumulative* |
|---|---|---|---|---|---|---|
| | *Debtors prof fees & expenses (bankruptcy) Aggregate Total* | | 840,877 | 5,548,668 | 750,000 | 3,172,477 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm name | Role | | | | |
| | **BlackBriar Advisors** | Financial Advisors | | 1,257,915 | | 813,794 |
| | **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | 551,531 | 3,244,992 | 750,000 | 1,974,516 |
| | **Jordan & Ortiz** | Co-Counsel to Debtor (1) | 1,208 | 307,873 | | 244,690 |
| | **Teneo** | Financial Advisor for Creditors | | 432,545 | | 78,453 |
| | **The Reynal Lawfirm** | | 106,167 | 106,167 | | 50,000 |
| | **Martin, Disere, Jefferson & Wisdom, LLP** | | 181,971 | 181,971 | | |
| | **Rachel Kennerly** | Tax Accountant | | 17,205 | | 11,025 |
| | | | | | | |
| Delete | * All amounts paid from retainers provided prepetition. Professional fees will not be reported in the debtors income statement until retainers are depleted. | | | | | |