**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: § | |
| § | Case No. 22-33553 (CML) |
| **ALEXANDER E. JONES** § | |
| § | Chapter 11 |
| Debtor. § | |
| § | |

**JONES' PRELIMINARY WITNESS LIST**

| | |
|---|---|
| Main Case No: 22-33553 | Name of Debtor: Alexander E. Jones |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Robert Schleizer | Judge: Christopher M. Lopez |
| Alexander E. Jones | Courtroom Deputy: |
| Patrick Magill | Hearing Date: May 21, 2024 – May 22, 2024 |
| David R. Payne | Hearing Time: TBD |
| Jeff Schultz | Party's Name: Alexander E. Jones |
| Texas plaintiffs' representative | Attorney's Name: Vickie L. Driver |
| Connecticut plaintiffs' representative | Attorney's Phone: 737-218-6187 |
| Official Committee of Unsecured Creditors' representative | |
| | |
| Jones may call or cross-examine any witness designated or called by any other party; Any witness necessary for impeachment or rebuttal, as necessary; Any witness for the authentication of documents; and Jones reserves the right to amend or supplement this list as necessary, or in the interests of justice. | Nature of Proceeding: Confirmation Hearing |

Respectfully submitted this 25th day of March, 2024.

**CROWE & DUNLEVY, P.C.**

By: */s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

1

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR ALEXANDER E. JONES**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was filed with the Court on March 25th, 2024, and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ Vickie L. Driver*
Vickie L. Driver
