IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br>Alexander E. Jones,<br>　　　　Debtor, | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| In re<br>Free Speech Systems LLC,<br>　　　　Debtor, | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11 |

**PRELIMINARY WITNESS LIST FOR CONFIRMATION HEARINGS**

Neil Heslin, Scarlett Lewis, Veronique De La Rosa, Leonard Pozner, and the Estate of Marcel Fontaine (collectively, the "Texas Plaintiffs") preliminarily identify the following witnesses whom they may call to testify at the confirmation hearings in the above-captioned cases, pursuant to the Second Amended Agreed Scheduling Order for Confirmation Hearing [ECF No. 624]. The Texas Plaintiffs reserve the right to amend, revise, or supplement this preliminary witness list.

**WITNESSES**

The Texas Plaintiffs may call the following witnesses:

1. Alexander E. Jones
2. Robert Schleizer;
3. Patrick Magill;
4. Jeffrey Shulse;

1

5. A representative for David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica L. Ash;

6. Expert witnesses disclosed by the parties in accordance with the case schedule;

7. Any witness listed or called by any other party; and

8. Rebuttal witnesses as necessary.

The Texas Plaintiffs reserve the right to call any witness listed by any other party and any rebuttal witnesses as necessary. The Texas Plaintiffs also reserve the right to cross-examine any witness called by any other party.

[*Remainder of page intentionally left blank*]

Dated: March 25, 2024

/s/ *Jennifer J. Hardy*

| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>Jennifer J. Hardy (Texas Bar No. 24096068)<br>600 Travis Street<br>Houston, Texas 77002<br>Telephone: 713-510-1700<br>Facsimile: 713-510-1799<br>Email: jhardy2@willkie.com<br><br>**AND**<br><br>Rachel C. Strickland (admitted *pro hac vice*)<br>Stuart R. Lombardi (admitted *pro hac vice*)<br>Ciara A. Sisco (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: 212-728-8000<br>Facsimile: 212-728-8111<br>Email: rstrickland@willkie.com<br>　　　slombardi@willkie.com<br>　　　csisco@willkie.com<br><br>*Bankruptcy Co-Counsel to the Texas Plaintiffs* | **MCDOWELL HETHERINGTON LLP**<br>Avi Moshenberg (TX Bar No. 24083532)<br>1001 Fannin Street<br>Suite 2400<br>Houston, Texas 77002<br>Telephone: 713-337-5580<br>Facsimile: 713-337-8850<br>Email: avi.moshenberg@mhllp.com<br><br>**AND**<br><br>**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**<br>Jarrod B. Martin (TX Bar No. 24070221)<br>1200 Smith Street<br>Suite 1400<br>Houston, Texas 77002<br>Telephone: 713-356-1280<br>Facsimile: 713-658-2553<br>Email: jarrod.martin@chamberlainlaw.com<br><br>*Bankruptcy Co-Counsel to the Texas Plaintiffs* |

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2024, a true and correct copy of the foregoing was served via the Court's ECF system to the parties registered to receive electronic service.

                                        */s/ Jennifer J. Hardy*
                                        Jennifer J. Hardy