# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS, LLC, | Case No. 22-60043 (CML) |
| Debtor. | |
| In re: | Chapter 11 |
| ALEXANDER E. JONES, | Case No. 22-33553 (CML) |
| Debtor. | |

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PRELIMINARY WITNESS LIST FOR CONFIRMATION HEARINGS SCHEDULED FOR MAY 21–22, 2024

The Official Committee of Unsecured Creditors of Alexander E. Jones (the "Committee") appointed in the chapter 11 case of *Alexander E. Jones*, Case No. 22-33553 (CML), submits this Preliminary Witness List for the confirmation hearings scheduled for May 21–22, 2024 (the "Confirmation Hearings"), pursuant to the *Second Amended Agreed Scheduling Order for Confirmation Hearing*.[1]

### WITNESS LIST

The Committee may call the following witnesses at the Confirmation Hearings:

1. Any witness listed or called by any other party.

---

[1] *In re Alexander E. Jones*, No. 22-33553 (Bankr. S.D. Tex. Mar. 5, 2024), [ECF No. 624].

2

**<u>RESERVATION OF RIGHTS</u>**

The Committee reserves all rights, including, but not limited to, the right to amend, revise, or supplement this Preliminary Witness List at any time, to designate additional witnesses, to call any person identified as a witness by any other party in interest, and to offer additional witnesses at the Confirmation Hearings for purposes of impeachment, rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure and the Federal Rules of Evidence.

*[The remainder of this page intentionally left blank.]*

Dated:  March 25, 2024

By: */s/ Marty L. Brimmage, Jr.*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Texas Bar No. 00793386
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone:  (214) 969-2800
Fax:  (214) 969-4343
E-mail:  mbrimmage@akingump.com

*-and-*

David M. Zensky (admitted *pro hac vice*)
Sara L. Brauner (admitted *pro hac vice*)
Katherine Porter (admitted *pro hac vice*)
Anna Kordas (admitted *pro hac vice*)
Melanie A. Miller (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000
Fax:  (212) 872-1002
E-mail:  dzensky@akingump.com
E-mail:  sbrauner@akingump.com
E-mail:  kporter@akingump.com
E-mail:  akordas@akingump.com
E-mail:  melanie.miller@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Alexander E. Jones*

## **CERTIFICATE OF SERVICE**

I certify that on March 25, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.