| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  **TRANSCRIPT ORDER** | FOR COURT USE ONLY  DUE DATE: |
|---|---|---|

*Please Read Instructions:*

| 1. NAME  Marty L. Brimmage, Jr. | 2. PHONE NUMBER  (214) 969-4633 | 3. DATE  6/30/2023 |
|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL  bkemp@akingump.com | 5. CITY  Dallas | 6. STATE  TX | 7. ZIP CODE  75201 |
| 8. CASE NUMBER  22-60043 | 9. JUDGE  Christopher M. Lopez | DATES OF PROCEEDINGS |
|  |  | 10. FROM 6/29/2023 | 11. TO 6/29/2023 |
| 12. CASE NAME  Free Speech Systems LLC | LOCATION OF PROCEEDINGS |
|  | 13. CITY Houston | 14. STATE Texas |

15. ORDER FOR

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify Witness) |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☐ PRE-TRIAL PROCEEDING (Spcy) |  |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☒ OTHER (Specify) | 6/29/23 Hearing |
| ☐ SENTENCING |  |  |  |
| ☐ BAIL HEARING |  |  |  |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES |  |  |
| 14-Day | ☐ | ☐ | NO. OF COPIES |  |  |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES |  |  |
| 3-Day | ☐ | ☐ | NO. OF COPIES |  |  |
| DAILY | ☒ | ☐ | NO. OF COPIES |  |  |
| HOURLY | ☐ | ☐ | NO. OF COPIES |  |  |
| REALTIME | ☐ | ☐ |  |  |  |

| CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE  /s/ Marty L. Brimmage, Jr. | PROCESSED BY |  |
| 19. DATE  June 30, 2023 | PHONE NUMBER |  |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |  |

|  | DATE | BY |  |  |
|---|---|---|---|---|
| ORDER RECEIVED |  |  |  |  |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY