**Fill in this information to identify the case:**

Debtor Name Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-60043

XX Check if this is an
amended filing **

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: July 2022

Line of business: Dietary Supplement Sales

Date report filed: 12/16/2022
MM / DD / YYYY

NAISC code: 325411

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: J. Patrick Magill

Original signature of responsible party

Printed name of responsible party J. Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? ** NOTE 1 ** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

** Amended to more securely redact attachments.  No substantive changes were made.

Debtor Name  Free Speech Systems LLC

Case number  22-60043

17. Have you paid any bills you owed before you filed bankruptcy?   ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☑ ☐ ☐
    ** NOTE 1 **  We provide consignment sales services to PQPR

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 1,023,699.0

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 369,017.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 104,337.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $ 264,680.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 1,288,379.0

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 792,303.00

    *(Exhibit E)*

Debtor Name **Free Speech Systems LLC**

Case number 22-60043

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 467,672.00

(Exhibit F)

---

## 5. Employees

26. What was the number of employees when the case was filed?

54

27. What is the number of employees as of the date of this monthly report?

54

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?

$ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?

$ 0.00

30. How much have you paid this month in other professional fees?

$ 0.00

31. How much have you paid in total other professional fees since filing the case?

$ 0.00

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **−** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 369,017.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 104,337.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ 0.00 | − | $ 264,680.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:

$ 2,449,289.0

36. Total projected cash disbursements for the next month:

- $ 1,773,415.0

37. Total projected net cash flow for the next month:

= $ 675,874.00

---

Debtor Name  Free Speech Systems LLC

Case number  22-60043

## 8. Additional Information

**If available, check the box to the left and attach copies of the following documents.**

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Print     Save As...     Reset

 FREE SPEECH SYSTEMS

| | AXOS Deposits #78877 | AXOS Operating #78919 | AXOS Donations #78885 | AXOS Payroll #78927 | AXOS Infowars #78893 | AXOS Legal #78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **July 29 to July 31** | | | | | | | | | | | | |
| **Opening Balance** | - | - | - | - | - | - | 832,158.02 | 510.00 | 70,613.73 | 4,998.39 | 115,418.75 | 1,023,698.89 |
| Cash Receipts | - | - | - | - | - | - | 250,000.00 | - | - | - | 119,016.52 | 369,016.52 |
| Cash Disbursements | - | - | - | - | - | - | (104,336.51) | - | - | - | | (104,336.51) |
| **Net Cash Flow** | - | - | - | - | - | - | 145,663.49 | - | - | - | 119,016.52 | 264,680.01 |
| Transfers In | - | - | - | - | - | - | 191,558.35 | - | 1,000.00 | - | | 192,558.35 |
| Transfers Out | | | | | | | (1,000.00) | (510.00) | (70,613.73) | (4,998.39) | (115,436.23) | (192,558.35) |
| **Cash on Hand** | - | - | - | - | - | - | 1,168,379.86 | - | 1,000.00 | - | 118,999.04 | 1,288,378.90 |



**FORM 425C Exhibit E**
**Total Payables**

*For various reasons, Free Speech Systems LLC has not kept its books on the accrual basis of accounting and as a result there is not a traditional accounts payable list available at this time. Free Speech Systems has kept books on the cash basis and virtually all bills are paid via ACH. We are including the invoices / bills paid / checks cleared from the 1st to the 15th of the following month as a reasonable estimate of our payables at the date of the report.*

*As of July 31, 2022*

| Vendor | Amount | Due Date |
|---|---|---|
| Norm Pattis | 50,000.00 | 8/1/2022 |
| American Express | 264,811.80 | 8/1/2022 |
| Check # 11822 | 1,386.07 | 8/1/2022 |
| Check # 11833 | 1,685.00 | 8/1/2022 |
| City of Austin | 541.06 | 8/2/2022 |
| City of Austin | 905.02 | 8/2/2022 |
| City of Austin | 1,400.53 | 8/2/2022 |
| City of Austin | 3,686.07 | 8/2/2022 |
| E Commerce CDN | 27,270.00 | 8/2/2022 |
| Check # 11701 | 1,500.00 | 8/3/2022 |
| Check # 11730 | 1,500.00 | 8/3/2022 |
| Check # 11779 | 1,500.00 | 8/3/2022 |
| Blue Ascension | 100,000.00 | 8/9/2022 |
| ADP - Payroll | 132,940.39 | 8/9/2022 |
| Blue Ascension | 114,418.19 | 8/10/2022 |
| ACH Batch - Operations | 88,758.84 | 8/12/2022 |
| | **792,302.97** | |



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of July 31, 2022*

| From | Amount | Due Date |
|------|--------|----------|
| Processor A | 213,890.47 | 8/1/2022 |
| Processor A | 60,090.48 | 8/2/2022 |
| Processor A | 65,799.59 | 8/3/2022 |
| Processor A | 68,128.75 | 8/4/2022 |
| Processor A | 59,763.17 | |
| | **467,672.46** | |



```
FREE SPEECH SYSTEMS LLC                    ACCOUNT          ███████
DEPOSITORY
PO BOX 19549                               STATEMENT PERIOD
AUSTIN  TX 78704                           06/30/2022 TO 07/29/2022
```

```
------------------------ C H E C K I N G   S U M M A R Y ------------------------
              COMMERCIAL               -     3338563
    CHECKING BALANCE LAST STATEMENT.......      306,544.29
                          2  DEPOSITS.............      101,618.66
                         81  OTHER CREDITS........    1,636,372.59
                             CHECKS...............            .00
                         12  OTHER DEBITS.........    1,925,536.50
    CHECKING BALANCE THIS STATEMENT.......      118,999.04
------------------------------ F E E   S U M M A R Y ------------------------------
                             TOTAL FEES IMPOSED          .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

| | | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|---|
| TOTAL OVERDRAFT FEES | | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
07/01        9.81 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6027833
07/01       58.29 eBay           PAYOUT                       0018286123
07/01      200.53 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7075827
07/01   20,522.55 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5659021
07/05       51.50 eBay           PAYOUT                       0010910473
07/05       31.58 eBay           PAYOUT                       0013793669
07/06   68,433.85 DEPOSIT
07/06       93.81 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7803940
07/06      201.41 eBay           PAYOUT                       0013014304
07/06      622.06 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4318662
07/06      998.57 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6072302
07/06   21,613.19 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2082672
07/06  102,325.50 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1550258
07/07       12.21 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2210217
07/07      121.78 eBay           PAYOUT                       0014530428
07/07      891.91 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4974971
07/07   22,454.60 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7500608
```



```
                                                 PAGE  2
FREE SPEECH SYSTEMS LLC                   ACCOUNT
DEPOSITORY
PO BOX 19549                               STATEMENT PERIOD
AUSTIN  TX 78704                   06/30/2022 TO 07/29/2022


DATE.....AMOUNT....DESCRIPTION
07/08      27.26 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5214041
07/08     133.01 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5856397
07/08  25,153.56 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9670600
07/11      53.28 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 8178396
07/11     843.06 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1665723
07/11  79,542.81 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3557968
07/12      13.17 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5711387
07/12      34.23 eBay          PAYOUT              0012463277
07/12     116.96 eBay          PAYOUT              0012940837
07/12     126.37 eBay          PAYOUT              0013232183
07/12     591.36 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6454736
07/12  36,813.18 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5379767
07/13       3.63 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1394548
07/13     126.18 eBay          PAYOUT              0012855393
07/13     206.67 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9462632
07/13  34,514.66 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 8228041
07/14      12.58 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7951468
07/14      73.67 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4582806
07/14     163.44 eBay          PAYOUT              0014556814
07/14  35,123.69 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5273860
07/15  33,184.81 DEPOSIT
07/15       1.87 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2964920
07/15     103.78 eBay          PAYOUT              0010807770
07/15     110.51 eBay          PAYOUT              0010807770
07/15  27,867.62 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7540799
07/18     166.98 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3846282
07/18     206.67 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4207631
07/18  86,965.06 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4193858
07/19      36.84 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5185115
07/19      73.70 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6232565
07/19      98.60 eBay          PAYOUT              0012245255
07/19 140,935.37 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 8506376
07/20      50.06 eBay          PAYOUT              0013450411
07/20      95.46 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6650677
07/20     237.37 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2060486
07/20 106,516.31 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 8295531
07/21     105.30 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2173721
07/21     110.51 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3584139
07/21  68,558.55 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7637218
```



FREE SPEECH SYSTEMS LLC
DEPOSITORY
PO BOX 19549
AUSTIN  TX 78704

ACCOUNT 

STATEMENT PERIOD
06/30/2022 TO 07/29/2022

```
DATE.....AMOUNT....DESCRIPTION
07/22       35.27 eBay             PAYOUT                          0015784815
07/22       96.18 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2788588
07/22      106.59 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 6696736
07/22   72,180.32 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4277004
07/25       58.72 eBay             PAYOUT                          0013128125
07/25      166.77 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7823186
07/25      452.21 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9849408
07/25   50,940.76 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7200079
07/25  123,903.43 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1867026
07/25  159,042.10 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 5657898
07/26       38.89 eBay             PAYOUT                          0013269521
07/26       40.25 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1502716
07/26       96.27 eBay             PAYOUT                          0012744367
07/26      133.82 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9315997
07/26   40,518.51 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3553104
07/26   73,167.12 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 9601708
07/27      144.54 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2308649
07/27      229.18 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3682470
07/27      281.72 eBay             PAYOUT                          0012893317
07/27  107,795.31 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 3607370
07/28       78.82 eBay             PAYOUT                          0014736802
07/28      100.79 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 7479897
07/28   71,605.87 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 8701312
07/29       17.48 eBay             PAYOUT                          0011564006
07/29       92.54 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 4452672
07/29      325.35 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 2024574
07/29  118,581.15 INTERNET TRANSFER FROM CHK 4645 TO CHK 8563 1582815
```

--------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------

```
DATE.....AMOUNT....DESCRIPTION
07/01  150,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 6537408
07/05        5.27 eBay ComNNEWRQIM  PAYMENTS                       0023849470
07/05       20.00 AUTHNET GATEWAY   BILLING                        0010089277
07/05       40.00 PAYARC            MERCH FEES                     6760102425
07/06       15.00 GATEWAY SERVICES  WEBPAYMENT                     0018530444
07/06       20.00 USAePay           0622 BILLI                     6935666281
07/13  250,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8522 6185497
07/18  400,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 7703862
```



FREE SPEECH SYSTEMS LLC
DEPOSITORY
PO BOX 19549
AUSTIN  TX 78704

ACCOUNT 

STATEMENT PERIOD
06/30/2022 TO 07/29/2022

```
DATE.....AMOUNT....DESCRIPTION
07/25  475,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 3509399
07/27  285,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8522 4291063
07/28  250,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 5299816
07/29  115,436.23 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 1051049
```

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 07/01 | 177,335.47 | 07/13 | 323,406.56 | 07/22 | 496,623.67 |
| 07/05 | 177,373.28 | 07/14 | 358,779.94 | 07/25 | 356,187.66 |
| 07/06 | 371,626.67 | 07/15 | 420,048.53 | 07/26 | 470,182.52 |
| 07/07 | 395,107.17 | 07/18 | 107,387.24 | 07/27 | 293,633.27 |
| 07/08 | 420,421.00 | 07/19 | 248,531.75 | 07/28 | 115,418.75 |
| 07/11 | 500,860.15 | 07/20 | 355,430.95 | 07/29 | 118,999.04 |
| 07/12 | 539,555.42 | 07/21 | 424,205.31 | | |

---------------------------------------------------------------------------------

Thank you for banking with us!
If you have any questions please call
our Crawford Branch at (254) 486-0003 or
our Temple Branch at (254) 249-2265.



```
                                        35  -  20                  PAGE   1
    FREE SPEECH SYSTEMS LLC                           ACCOUNT
    OPERATING
    PO BOX 19549                                      STATEMENT PERIOD
    AUSTIN  TX 78704                                  06/30/2022 TO 07/29/2022
```

```
----------------------- C H E C K I N G   S U M M A R Y -----------------------
            COMMERCIAL                    -    3338514
    CHECKING BALANCE LAST STATEMENT.......            217,317.70
                        2  DEPOSITS.............      349,620.00
                       17  OTHER CREDITS........    3,503,143.52
                       33  CHECKS...............    2,618,855.13
                       36  OTHER DEBITS.........      282,846.23
    CHECKING BALANCE THIS STATEMENT.......          1,168,379.86
----------------------- F E E   S U M M A R Y -----------------------
    STOP PAY FEE                                                25.00
                              TOTAL FEES IMPOSED              25.00
                                   (LISTED BELOW)
---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------
```

|                        | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES   | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES | $0.00               | $0.00              |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
07/01  150,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 6537403
07/06    6,946.21 WT FREE SPEECH SYSTEMS
07/08    3,501.67 WT FREE SPEECH SYSTEMS
07/14  500,000.00 WT FREE SPEECH SYSTEMS
07/18  275,000.00 WT FREE SPEECH SYSTEMS
07/18  400,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 7703562
07/18  850,000.00 INTERNET TRANSFER FROM CHK 0924 TO CHK 8514 8045880
07/25  475,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 3509399
07/26  200,000.00 WT FREE SWPEECH SYSTEMS
07/27   99,620.00 DEPOSIT
07/28   24,682.62 INTERNET TRANSFER FROM CHK 5675 TO CHK 8514 3093924
07/28   81,264.19 INTERNET TRANSFER FROM CHK 8746 TO CHK 8514 2407078
07/28   95,190.48 INTERNET TRANSFER FROM CHK 8621 TO CHK 8514 9192858
07/28  250,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 5299816
07/29  250,000.00 DEPOSIT
```



Security
Bank

PAGE   2

FREE SPEECH SYSTEMS LLC
OPERATING
PO BOX 19549
AUSTIN  TX 78704

ACCOUNT

STATEMENT PERIOD
06/30/2022 TO 07/29/2022

```
DATE.....AMOUNT....DESCRIPTION
07/29     510.00 INTERNET TRANSFER FROM CHK 8746 TO CHK 8514 5425754
07/29   4,998.39 INTERNET TRANSFER FROM CHK 8621 TO CHK 8514 4302104
07/29  70,613.73 INTERNET TRANSFER FROM CHK 8522 TO CHK 8514 8945544
07/29 115,436.23 INTERNET TRANSFER FROM CHK 8563 TO CHK 8514 1051049
```

--------------- O T H E R  D E B I T  T R A N S A C T I O N S ---------------

```
DATE.....AMOUNT....DESCRIPTION
07/05      23.45 PROTECTION ONE     WEB_PAY                    0023851618
07/05      69.18 PROTECTION ONE     WEB_PAY                    0023851617
07/05     102.06 PROTECTION ONE     WEB_PAY                    0023851616
07/05     126.76 PROTECTION ONE     WEB_PAY                    0023851619
07/05     550.69 City of Austin T   PAYMENT                    0026237371
07/05     830.10 PROTECTION ONE     WEB_PAY                    0023851620
07/05     855.76 City of Austin T   PAYMENT                    0026236107
07/05   1,213.48 City of Austin T   PAYMENT                    0026238076
07/05   1,411.18 PROTECTION ONE     WEB_PAY                    0023851615
07/05   3,246.03 City of Austin T   PAYMENT                    0026237678
07/05   6,397.58 AUSTIN SECURITY    SALE                       0026838088
07/05 131,010.60 AMEX EPAYMENT      ACH PMT                    0012609317
07/08  20,000.00 STAMPS.COM         POSTAGE                    0023484889
07/12      35.30 STAMPS.COM         STAMPS.COM                 0027499926
07/12   6,700.68 AUSTIN SECURITY    SALE                       0029529349
07/13   2,196.25 AUTO PAYMENT TO IN --XXXXXXXXXXXX228 FREE SPEECH SYSTEMS LL
07/18   5,820.26 AUSTIN SECURITY    SALE                       0029538678
07/22   2,700.00 WILLOW GROVE PRO   Bill Pay                   6340000014
07/22   3,000.00 VAZQUEZ, VALDEMA   Bill Pay                   6340000011
07/22   3,500.00 JW JIB PRODUCTIO   Bill Pay                   6340000013
07/22  20,671.00 ATX HD SATELLITE   Bill Pay                   6340000012
07/25       1.49 PAYMENTUS          BILLPAY                    0016269094
07/25      87.10 TEXASGASSERVICE    BILLPAY                    0016320438
07/25   1,300.00 GRANDE COMMUNICA   TELECOMM                   0021981017
07/25   1,419.56 ALLY               ALLY PAYMT                 0023156344
07/25   6,348.86 AUSTIN SECURITY    SALE                       0022387461
07/25  25,200.00 ATOMIAL LLC        SALE                       0022387378
07/26   1,761.27 LEASE DIRECT       WEB PAY                    0090558209
07/26   2,989.00 ADDSHOPPERSINC     WEBPAYMENT                 0014598637
07/26   2,989.00 ADDSHOPPERSINC     WEBPAYMENT                 0014598638
07/27  20,000.00 DEW, ROBERT        Bill Pay                   6340000015
```



FREE SPEECH SYSTEMS LLC
OPERATING
PO BOX 19549
AUSTIN  TX 78704

ACCOUNT 

STATEMENT PERIOD
06/30/2022 TO 07/29/2022

```
DATE.....AMOUNT....DESCRIPTION
07/27     25.00 STOP PAY FEE
07/29  1,000.00 INTERNET TRANSFER FROM CHK 8514 TO CHK 8522 8274286
07/29  1,003.76 MUNIZ, LESLIE    Bill Pay                    6340000015
07/29  2,037.69 AUSTIN SECURITY  SALE                        0028451641
07/29  6,208.14 AUSTIN SECURITY  SALE                        0028451643
```

------------------------------- C H E C K S --------------------------------

```
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
07/01     011801    70,000.00  07/29      011825      5,863.00
07/05     011802    49,865.00  07/25      011826      3,964.66
07/12    *011807     2,106.03  07/28     *011828         36.72
07/05     011808       902.50  07/27     *011830        531.80
07/06     011809       217.02  07/27      011831      9,000.00
07/05     011810    10,780.99  07/28      011832    122,489.67
07/11     011811       948.12  07/15      *               189,976.20
07/07     011812    50,000.00  07/19      *                52,922.19
07/06     011813     4,000.00  07/19      *               205,487.38
07/18     011814     1,989.97  07/26      *                99,635.00
07/26     011815     1,600.00  07/27      *              1097,484.50
07/18     011816     1,705.00  07/28      *               100,015.00
07/20    *011818       775.00  07/29      *               199,635.00
07/27     011819     6,491.86  07/28      *               233,806.08
07/28     011820     1,796.91  07/28      *                 3,253.80
07/27     011821       351.81  07/29      *                89,223.92
07/26    *011824     2,000.00
```

--------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ---------------

```
DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
07/01   297,317.70    07/13    14,170.82     07/25  1987,293.15
07/05    89,926.34    07/14   514,170.82     07/26  2076,318.88
07/06    92,655.53    07/15   324,194.62     07/27  1042,053.91
07/07    42,655.53    07/18  1839,670.39     07/28   832,158.02
07/08    26,157.20    07/19  1581,260.82     07/29  1168,379.86
07/11    25,209.08    07/20  1580,485.82
07/12    16,367.07    07/22  1550,614.82
```

-----------------------------------------------------------------------------



FREE SPEECH SYSTEMS LLC
DONATIONS
PO BOX 19549
AUSTIN  TX 78704

21  -  20                PAGE   1
ACCOUNT

STATEMENT PERIOD
06/30/2022 TO 07/29/2022

```
----------------------- C H E C K I N G   S U M M A R Y -----------------------
            COMMERCIAL              -    3338746
      CHECKING BALANCE LAST STATEMENT.......          78,274.19
                        21  DEPOSITS.............       3,500.00
                            OTHER CREDITS........            .00
                            CHECKS...............            .00
                        2   OTHER DEBITS.........      81,774.19
      CHECKING BALANCE THIS STATEMENT.......                 .00
--------------------------- F E E   S U M M A R Y -----------------------------
                            TOTAL FEES IMPOSED            .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|                         | TOTAL FOR<br>THIS PERIOD | TOTAL<br>YEAR-TO-DATE |
|-------------------------|----------------|--------------|
| TOTAL OVERDRAFT FEES     | $0.00          | $0.00        |
| TOTAL RETURNED ITEM FEES | $0.00          | $0.00        |

```
------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
07/25      10.00 DEPOSIT
07/25      20.00 DEPOSIT
07/25      60.00 DEPOSIT
07/25      60.00 DEPOSIT
07/25      60.00 DEPOSIT
07/25     100.00 DEPOSIT
07/25     200.00 DEPOSIT
07/25     300.00 DEPOSIT
07/25   1,000.00 DEPOSIT
07/26      10.00 DEPOSIT
07/26      20.00 DEPOSIT
07/26      50.00 DEPOSIT
07/26     300.00 DEPOSIT
07/26     300.00 DEPOSIT
07/26     500.00 DEPOSIT
07/28      10.00 DEPOSIT
07/28      20.00 DEPOSIT
```



FREE SPEECH SYSTEMS LLC
DONATIONS
PO BOX 19549
AUSTIN  TX 78704

PAGE  2
ACCOUNT

STATEMENT PERIOD
06/30/2022 TO 07/29/2022

DATE.....AMOUNT....DESCRIPTION
07/28      20.00 DEPOSIT
07/28      60.00 DEPOSIT
07/28     100.00 DEPOSIT
07/28     300.00 DEPOSIT

--------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------

DATE.....AMOUNT....DESCRIPTION
07/28   81,264.19 INTERNET TRANSFER FROM CHK 8746 TO CHK 8514 2407078
07/29     510.00 INTERNET TRANSFER FROM CHK 8746 TO CHK 8514 5425754

--------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

DATE.......BALANCE         DATE.......BALANCE         DATE.......BALANCE
07/25    80,084.19         07/28        510.00
07/26    81,264.19         07/29          .00

-------------------------------------------------------------------------------

Thank you for banking with us!
If you have any questions please call
our Crawford Branch at (254) 486-0003 or
our Temple Branch at (254) 249-2265.



FREE SPEECH SYSTEMS LLC
PAYROLL
PO BOX 19549
AUSTIN   TX 78704

ACCOUNT

STATEMENT PERIOD
06/30/2022 TO 07/29/2022

```
----------------------- C H E C K I N G   S U M M A R Y -----------------------
              COMMERCIAL            –      3338522
     CHECKING BALANCE LAST STATEMENT.......      268,566.21
                         DEPOSITS............         .00
               3   OTHER CREDITS........      536,000.00
                         CHECKS..............         .00
               7   OTHER DEBITS.........      803,566.21
     CHECKING BALANCE THIS STATEMENT.......        1,000.00
----------------------------- F E E   S U M M A R Y ---------------------------
                         TOTAL FEES IMPOSED           .00
---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|                           | TOTAL FOR   | TOTAL        |
|                           | THIS PERIOD | YEAR-TO-DATE |
|---------------------------|-------------|--------------|
| TOTAL OVERDRAFT FEES      | $0.00       | $0.00        |
| TOTAL RETURNED ITEM FEES  | $0.00       | $0.00        |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
07/13  250,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8522 6185497
07/27  285,000.00 INTERNET TRANSFER FROM CHK 8563 TO CHK 8522 4291063
07/29    1,000.00 INTERNET TRANSFER FROM CHK 8514 TO CHK 8522 8274286

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
07/01  201,320.72 ADP PAYROLL FEES  ADP - FEES              0021269869
07/08      335.79 HOMEPAY           FEES                    0018442931
07/13   45,258.64 ADP PAYROLL FEES  ADP - FEES              0020411070
07/15  202,162.47 ADP PAYROLL FEES  ADP - FEES              0022474246
07/27    2,690.52 HOMEPAY           PAYROLL                 0017534793
07/28  281,184.34 ADP PAYROLL FEES  ADP - FEES              0025289872
07/29   70,613.73 INTERNET TRANSFER FROM CHK 8522 TO CHK 8514 8945544
```



FREE SPEECH SYSTEMS LLC
PAYROLL
PO BOX 19549
AUSTIN  TX 78704

PAGE   2
ACCOUNT   

STATEMENT PERIOD
06/30/2022 TO 07/29/2022

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

| DATE.......BALANCE | | DATE.......BALANCE | | DATE.......BALANCE | |
|---|---|---|---|---|---|
| 07/01 | 67,245.49 | 07/15 | 69,488.59 | 07/29 | 1,000.00 |
| 07/08 | 68,909.70 | 07/27 | 351,798.07 | | |
| 07/13 | 271,651.06 | 07/28 | 70,613.73 | | |

----------------------------------------------------------------------------------

Thank you for banking with us!
If you have any questions please call
our Crawford Branch at (254) 486-0003 or
our Temple Branch at (254) 249-2265.



```
FREE SPEECH SYSTEMS LLC                    ACCOUNT
INFOWARS
PO BOX 19549                               STATEMENT PERIOD
AUSTIN  TX 78704                           06/30/2022 TO 07/29/2022
```

```
----------------------- C H E C K I N G   S U M M A R Y -----------------------
              COMMERCIAL              -    3338621
      CHECKING BALANCE LAST STATEMENT.......       89,611.94
                         77  DEPOSITS.............   10,576.93
                             OTHER CREDITS........        .00
                             CHECKS..............          .00
                         2   OTHER DEBITS.........  100,188.87
      CHECKING BALANCE THIS STATEMENT.......             .00
------------------------------ F E E   S U M M A R Y --------------------------
                              TOTAL FEES IMPOSED         .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $30.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
07/25      20.00 DEPOSIT
07/25      20.00 DEPOSIT
07/25      25.00 DEPOSIT
07/25      25.00 DEPOSIT
07/25      29.85 DEPOSIT
07/25      30.00 DEPOSIT
07/25      35.00 DEPOSIT
07/25      39.90 DEPOSIT
07/25      40.00 DEPOSIT
07/25      40.00 DEPOSIT
07/25      50.00 DEPOSIT
07/25      50.00 DEPOSIT
07/25      50.00 DEPOSIT
07/25      56.65 DEPOSIT
07/25      75.00 DEPOSIT
07/25      95.00 DEPOSIT
07/25     100.00 DEPOSIT
```



PAGE   2

FREE SPEECH SYSTEMS LLC
INFOWARS
PO BOX 19549
AUSTIN   TX 78704

ACCOUNT 

STATEMENT PERIOD
06/30/2022 TO 07/29/2022

```
DATE.....AMOUNT....DESCRIPTION
07/25    100.00 DEPOSIT
07/25    104.85 DEPOSIT
07/25    120.00 DEPOSIT
07/25    129.00 DEPOSIT
07/25    144.50 DEPOSIT
07/25    171.40 DEPOSIT
07/25    197.89 DEPOSIT
07/25    200.00 DEPOSIT
07/25    239.50 DEPOSIT
07/25    370.00 DEPOSIT
07/25    500.00 DEPOSIT
07/25    500.00 DEPOSIT
07/26      5.00 DEPOSIT
07/26     15.00 DEPOSIT
07/26     50.00 DEPOSIT
07/26    100.00 DEPOSIT
07/26    100.00 DEPOSIT
07/26    150.00 DEPOSIT
07/26    200.00 DEPOSIT
07/26    200.00 DEPOSIT
07/26    200.00 DEPOSIT
07/26    500.00 DEPOSIT
07/26    500.00 DEPOSIT
07/27     76.00 DEPOSIT
07/27     99.35 DEPOSIT
07/27    122.73 DEPOSIT
07/27    131.00 DEPOSIT
07/28      8.00 DEPOSIT
07/28     13.10 DEPOSIT
07/28     15.00 DEPOSIT
07/28     15.00 DEPOSIT
07/28     18.10 DEPOSIT
07/28     20.00 DEPOSIT
07/28     20.00 DEPOSIT
07/28     20.00 DEPOSIT
07/28     22.90 DEPOSIT
07/28     25.00 DEPOSIT
07/28     28.45 DEPOSIT
07/28     33.94 DEPOSIT
```



FREE SPEECH SYSTEMS LLC
INFOWARS
PO BOX 19549
AUSTIN   TX 78704

PAGE   3
ACCOUNT   █████

STATEMENT PERIOD
06/30/2022 TO 07/29/2022

```
DATE.....AMOUNT....DESCRIPTION
07/28        38.46 DEPOSIT
07/28        39.90 DEPOSIT
07/28        46.00 DEPOSIT
07/28        46.00 DEPOSIT
07/28        48.40 DEPOSIT
07/28        50.00 DEPOSIT
07/28        50.00 DEPOSIT
07/28        58.00 DEPOSIT
07/28        80.00 DEPOSIT
07/28       100.00 DEPOSIT
07/28       100.00 DEPOSIT
07/28       120.06 DEPOSIT
07/28       140.00 DEPOSIT
07/28       145.70 DEPOSIT
07/28       152.30 DEPOSIT
07/28       160.00 DEPOSIT
07/28       200.00 DEPOSIT
07/28       355.00 DEPOSIT
07/28       400.00 DEPOSIT
07/28     1,000.00 DEPOSIT
07/28     1,000.00 DEPOSIT
```

---------------- O T H E R  D E B I T  T R A N S A C T I O N S ----------------

```
DATE.....AMOUNT....DESCRIPTION
07/28   95,190.48 INTERNET TRANSFER FROM CHK 8621 TO CHK 8514 9192858
07/29    4,998.39 INTERNET TRANSFER FROM CHK 8621 TO CHK 8514 4302104
```

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

```
DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
07/25      93,170.48    07/27      95,619.56    07/29            .00
07/26      95,190.48    07/28       4,998.39
```

-------------------------------------------------------------------------------

Thank you for banking with us!
If you have any questions please call
our Crawford Branch at (254) 486-0003 or
our Temple Branch at (254) 249-2265.

SECURITY BANK OF CRAWFORD • PO BOX 90 • 8688 NORTH LONESTAR PARKWAY • CRAWFORD, TEXAS 76638 • 254-486-0003