**Fill in this information to identify the case:**

Debtor Name  Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-60043

☒ Check if this is an amended filing **\*\***

---

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __November__

Line of business: __Dietary Supplement Sales__

Date report filed: __12/19/2022__
MM / DD / YYYY

NAISC code: __325411__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  J Patrick Magill

Original signature of responsible party  *[signature]*

Printed name of responsible party  J Patrick Magill

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
|  | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** |  |  |  |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☒ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
|  | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

**\*\* Amended to more securely redact attachments.  No substantive changes were made.**

Debtor Name  Free Speech Systems LLC

Case number  22-60043

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

*** NOTE 1 *** We provide consignment sales services to PQPR

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 2,017,213.0

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 2,482,520.0

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 2,691,237.0

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -208,717.00

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 1,808,795.0

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

*(Exhibit E)*

$ 1,359,575.0

Debtor Name  Free Speech Systems LLC

Case number  22-60043

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                         $ 269,941.00

   *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                          54

27. What is the number of employees as of the date of this monthly report?             43

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 182,501.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 182,501.00

30. How much have you paid this month in other professional fees?                       $ 80,000.00

31. How much have you paid in total other professional fees since filing the case?          $ 310,000.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **−** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,482,520.0 | − | $ 2,482,520.0 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 2,691,237.0 | − | $ 2,691,237.0 | = | $ 0.00 |
| 34. **Net cash flow** | $ -208,717.00 | − | $ -208,717.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                                   $ 2,744,652.0

36. Total projected cash disbursements for the next month:                            − $ 3,105,628.0

37. Total projected net cash flow for the next month:                                  = $ -360,976.00

---

Debtor Name  Free Speech Systems LLC                    Case number 22-60043

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Print          Save As...                    Reset



| | AXOS Deposits #78877 | AXOS Operating #78919 | AXOS Donations #78885 | AXOS Payroll #78927 | AXOS Infowars #78893 | AXOS Legal #78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **November 1 to November 30** | | | | | | | | | | | | |
| **Opening Balance** | 840,915.62 | 802,613.29 | 351,229.87 | 16,616.78 | 6,125.44 | - | - | - | - | - | 11.77 | 2,017,512.77 |
| Cash Receipts | 2,464,271.55 | 9,782.48 | 4,741.64 | 3,724.00 | - | - | - | - | - | - | - | 2,482,519.67 |
| Cash Disbursements | - | (2,447,732.82) | - | (243,504.17) | - | - | - | - | - | - | - | (2,691,236.99) |
| **Net Cash Flow** | 2,464,271.55 | (2,437,950.34) | 4,741.64 | (239,780.17) | - | - | - | - | - | - | - | (208,717.32) |
| Transfers In | - | 2,000,000.00 | - | 325,000.00 | - | 300,000.00 | - | - | - | - | - | 2,625,000.00 |
| Transfers Out | (2,200,000.00) | (125,000.00) | - | - | - | (300,000.00) | - | - | - | - | - | (2,625,000.00) |
| Cash on Hand | 1,105,187.17 | 239,662.95 | 355,971.51 | 101,836.61 | 6,125.44 | - | - | - | - | - | 11.77 | 1,808,795.45 |



**FORM 425C Exhibit E**
**Total Payables**

*For various reasons, Free Speech Systems LLC has not kept its books on the accrual basis of*
*accounting and as a result there is not a traditional accounts payable list available at this*
*time.  Free Speech Systems has kept books on the cash basis and virtually all bills are paid via*
*ACH.  We are including the invoices / bills paid / checks cleared from the 1st to the 15th of*
*the following month as a reasonable estimate of our payables at the date of the report.*

*As of November 30, 2022*

| From | Amount | Due Date | From | Amount | Due Date |
|------|-------:|----------|------|-------:|----------|
| Surf Thru | 20.00 | 12/1/2022 | RMA Toll Road | 475.75 | 12/8/2022 |
| The Hartford | 2,363.10 | 12/1/2022 | Check #99266774 | 425.66 | 12/8/2022 |
| Blue Ascension | 46,960.01 | 12/1/2022 | Spectrum | 180.14 | 12/9/2022 |
| Blue Ascension | 49,999.99 | 12/1/2022 | Waste Connections | 2,099.92 | 12/9/2022 |
| Lathem Time Corp | 138.64 | 12/2/2022 | Austin Security | 4,237.99 | 12/9/2022 |
| ACH Ops Expense | 1,600.00 | 12/2/2022 | Blue Ascension | 4,900.00 | 12/9/2022 |
| ACH Ops Expense | 2,700.00 | 12/2/2022 | Contract Production | 8,950.00 | 12/9/2022 |
| ACH Ops Expense | 2,837.50 | 12/2/2022 | Alex Jones CC Reimb | 22,325.27 | 12/9/2022 |
| ACH Ops Expense | 3,000.00 | 12/2/2022 | Employee Exp Reimb | 15.66 | 12/9/2022 |
| Austin Security | 4,692.64 | 12/2/2022 | Blue Ascension | 50,000.00 | 12/9/2022 |
| Austin Security | 4,919.96 | 12/2/2022 | B&H Video | 238.91 | 12/9/2022 |
| Authnet Gateway | 6,096.00 | 12/2/2022 | Edgecast Inc | 5,863.00 | 12/9/2022 |
| ACH Ops Expense | 8,194.05 | 12/2/2022 | Gracenote Media | 123.58 | 12/9/2022 |
| Air Supply of N TX | 238.91 | 12/2/2022 | Haivision | 49,865.00 | 12/9/2022 |
| ATX HD | 20,671.00 | 12/2/2022 | JIB Equipment | 818.82 | 12/9/2022 |
| Atomial LLC | 25,200.00 | 12/2/2022 | Stone Edge | 970.00 | 12/9/2022 |
| E Commerce CDN | 27,270.00 | 12/2/2022 | PQPR | 5,000.00 | 12/9/2022 |
| ACH Ops Expense | 50,798.26 | 12/2/2022 | PQPR | 50,000.00 | 12/9/2022 |
| Nutrascience | 121,752.51 | 12/2/2022 | PQPR | 187,012.07 | 12/9/2022 |
| Stone Edge | 970.00 | 12/2/2022 | Nutrascience | 121,752.51 | 12/9/2022 |
| PQPR | 50,000.00 | 12/2/2022 | Check # 99093634 | 216.44 | 12/9/2022 |
| PQPR | 5,000.00 | 12/2/2022 | Hertz Toll Rd | 24.45 | 12/12/2022 |
| PQPR | 116,486.01 | 12/2/2022 | Quickbooks Online | 213.20 | 12/12/2022 |
| PQPR | 127,518.40 | 12/2/2022 | Verizon | 535.06 | 12/12/2022 |
| ACH Ops Expense | 10.00 | 12/2/2022 | Telecomm Grande | 1,300.00 | 12/12/2022 |
| Amazon | 103.96 | 12/2/2022 | ACH Ops Expense | 3,394.69 | 12/12/2022 |
| Hertz Austin | 873.50 | 12/5/2022 | Check 1007 | 225.00 | 12/12/2022 |
| ADT Security | 10.28 | 12/5/2022 | Check 1006 | 475.00 | 12/12/2022 |
| ADT Security | 20.45 | 12/5/2022 | Check 1004 | 706.25 | 12/12/2022 |
| ADT Security | 64.22 | 12/5/2022 | Check 1002 | 718.75 | 12/12/2022 |
| ADT Security | 69.18 | 12/5/2022 | Check 1005 | 1,512.50 | 12/12/2022 |
| ADT Security | 72.02 | 12/5/2022 | WEBFILE Tax Pmt | 3,817.56 | 12/13/2022 |
| ADT Security | 81.19 | 12/5/2022 | WEBFILE Tax Pmt | 4,915.54 | 12/13/2022 |
| ADT Security | 81.19 | 12/5/2022 | WEBFILE Tax Pmt | 10,857.23 | 12/13/2022 |
| ADT Security | 102.06 | 12/5/2022 | WEBFILE Tax Pmt | 12,081.77 | 12/13/2022 |
| ADT Security | 126.76 | 12/5/2022 | Name.com | 151.90 | 12/13/2022 |
| DirectTV | 208.43 | 12/5/2022 | Check #99512212 | 18,269.20 | 12/13/2022 |
| Google Ad Services | 280.00 | 12/5/2022 | Check # 99136700 | 67,521.44 | 12/13/2022 |
| ADT Security | 532.93 | 12/5/2022 | WEBFILE Tax Pmt | 2,875.94 | 12/14/2022 |
| Quickbooks Online | 642.27 | 12/5/2022 | WEBFILE Tax Pmt | 6,392.62 | 12/14/2022 |
| ADT Security | 830.10 | 12/5/2022 | WEBFILE Tax Pmt | 7,225.91 | 12/14/2022 |
| ADT Security | 1,411.18 | 12/5/2022 | WEBFILE Tax Pmt | 12,042.22 | 12/14/2022 |
| Complete Controller | 1,835.00 | 12/5/2022 | Amazon - Supplies | 267.78 | 12/14/2022 |
| Check # 99393588 | 56.00 | 12/5/2022 | Amazon - Supplies | 170.70 | 12/15/2022 |
| Check #99415135 | 570.00 | 12/5/2022 | Amazon - Supplies | 241.52 | 12/15/2022 |
| Check # 99234248 | 92.95 | 12/8/2022 | Orkin Pest Control | 261.97 | 12/15/2022 |
|  |  |  | Amazon - Supplies | 405.50 | 12/15/2022 |
|  |  |  | **1,359,575.07** |  |  |



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of November 30, 2022*

| From | Amount | Due Date |
|------|--------|----------|
| Processor C | 160,455.75 | 12/1/2022 |
| Processor S | 109,485.05 | 12/5/2022 |
| | **269,940.80** | |



Date 11/30/22          Page     1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Operations

| Commercial Checking | | Number of Enclosures | 15 |
|---|---|---|---|
| Account Number | | Statement Dates   11/01/22 thru 11/30/22 | |
| Previous Balance | 802,613.29 | Days in the statement period | 30 |
| 47 Deposits/Credits | 2,097,600.82 | Avg Daily Ledger | 293,655.21 |
| 122 Checks/Debits | 2,660,550.86 | Avg Daily Collected | 293,453.26 |
| Maintenance Fee | .30 | | |
| Interest Paid | .00 | | |
| Ending Balance | 239,662.95 | | |

## SERVICE CHARGE ITEMIZATION

| Description | Amount |
|---|---|
| Item Fee in Service Charge | .30 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/03 | ACH Credit Back Item | 3,724.00 |
| 11/03 | From DDA *8877,To DDA *8919 | 100,000.00 |
| 11/10 | From DDA *8877,To DDA *8919 | 200,000.00 |
| 11/10 | From DDA *8877,To DDA *8919 | 400,000.00 |
| 11/16 | From DDA *8901,To DDA *8919 | 300,000.00 |
| 11/17 | From DDA *8877,To DDA *8919 | 1,000,000.00 |
| 11/17 | REVERSAL    FREESPEECHOP | 44,094.34 |
| | CCD 122287250000663 | |



Commercial Checking                            (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | FREESPEECHOP | |
| 11/22 | ACH Credit Back Item | 3,724.00 |
| 11/22 | ACH Credit Back Item | 20,000.00 |
| 11/22 | REVERSAL    FREESPEECHOP | 20,000.00 |
| | PPD 12228725000622 | |
| | FREESPEECHOP | |
| 11/28 | MyDeposit | 13.00 |
| 11/28 | MyDeposit | 29.41 |
| 11/28 | MyDeposit | 30.00 |
| 11/28 | MyDeposit | 35.91 |
| 11/28 | MyDeposit | 60.73 |
| 11/28 | MyDeposit | 68.98 |
| 11/28 | MyDeposit | 72.85 |
| 11/28 | MyDeposit | 85.00 |
| 11/28 | MyDeposit | 85.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 101.55 |
| 11/28 | MyDeposit | 106.90 |
| 11/28 | MyDeposit | 121.84 |
| 11/28 | MyDeposit | 130.00 |
| 11/28 | MyDeposit | 134.80 |
| 11/28 | MyDeposit | 144.00 |
| 11/28 | MyDeposit | 149.80 |
| 11/28 | MyDeposit | 149.89 |
| 11/28 | MyDeposit | 151.35 |
| 11/28 | MyDeposit | 160.00 |
| 11/28 | MyDeposit | 167.70 |
| 11/28 | MyDeposit | 181.00 |
| 11/28 | MyDeposit | 190.00 |
| 11/28 | MyDeposit | 196.80 |
| 11/28 | MyDeposit | 200.00 |
| 11/28 | MyDeposit | 206.75 |
| 11/28 | MyDeposit | 222.13 |
| 11/28 | MyDeposit | 229.54 |
| 11/28 | MyDeposit | 256.45 |
| 11/28 | MyDeposit | 288.55 |
| 11/28 | MyDeposit | 288.55 |
| 11/28 | MyDeposit | 400.00 |



Date 11/30/22
Primary Account ████████████

Commercial Checking ████████████ (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 11/28 | MyDeposit | 500.00 |
| 11/28 | MyDeposit | 500.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/31 | SALE      BLUE ASENSION LO<br>CCD 021000027264708<br>FREE SPEECH SYSTEMS | 49,999.99- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000716<br>FREESPEECHOP | 13.12- |
| 11/01 | PURCHASE   COMPLETECONTROLR<br>PPD 091000017110340<br>FREE SPEECH SYSTEMS | 150.00- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000120<br>FREESPEECHOP | 363.54- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000103<br>FREESPEECHOP | 373.46- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000773<br>FREESPEECHOP | 738.80- |
| 11/01 | ORKIN PEST ORKIN<br>WEB 021000023805874<br>FREE SPEECH SYSTEMS *O<br>5406790 | 785.91- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000398<br>FREESPEECHOP | 970.00- |
| 11/01 | Monthly    FREESPEECHOP<br>CCD 122287250000112<br>FREESPEECHOP | 3,724.00- |
| 11/01 | Monthly    FREESPEECHOP<br>PPD 122287250000598<br>FREESPEECHOP | 5,504.47- |
| 11/01 | SALE      AUSTIN SECURITY<br>CCD 021000024955195 | 5,791.38- |



Date 11/30/22
Primary Account

Commercial Checking                                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/01 | FREE SPEECH SYSTEMS<br>WEBPAYMENT ADDSHOPPERSINC<br>WEB 091000017151129<br>ALEX JONES | 5,978.00- |
| 11/01 | PAYMENT       City of Austin T<br>WEB 021000028106186<br>FREE SPEECH SYSTEMS LL<br>4722133167 | 6,413.00- |
| 11/01 | NWTBCLSCIC THE HARTFORD<br>CCD 051000014695706<br>FREE SPEECH SYSTEMS | 7,093.30- |
| 11/01 | Monthly     FREESPEECHOP<br>CCD 122287250000114<br>FREESPEECHOP | 9,367.26- |
| 11/01 | monthly     FREESPEECHOP<br>PPD 122287250000074<br>FREESPEECHOP | 16,378.64- |
| 11/01 | Monthly     FREESPEECHOP<br>CCD 122287250000749<br>FREESPEECHOP | 27,000.00- |
| 11/01 | SALE         ECOMMERCE CDN LL<br>CCD 021000025341453<br>FREE SPEECH SYSTEMS | 27,270.00- |
| 11/01 | Fees         FREESPEECHOP<br>PPD 122287250000186<br>FREESPEECHOP | 82,501.19- |
| 11/02 | monthly     FREESPEECHOP<br>CCD 122287250000424<br>FREESPEECHOP | 33.88- |
| 11/02 | MSInvoice  DS WATERS OF AME<br>WEB 042000016128720<br>Wendell M Schwartz<br>937914222078336 | 278.41- |
| 11/02 | BILL PYMNT ACHIVR VISB<br>TEL 021000029876511 | 438.24- |
| 11/02 | WEB_PAY    WASTE CONNECTION<br>WEB 021000021042294<br>WENDELL M SCHWARTZ<br>67125862103122 | 4,199.84- |
| 11/02 | BILLING    AUTHNET GATEWAY<br>CCD 104000016774334 | 8,285.20- |



Date 11/30/22
Primary Account ███████████

Page      5

Commercial Checking     ████████████      (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/02 | FREE SPEECH SYSTEMS, L<br>monthly    FREESPEECHOP<br>PPD 122287250000417<br>FREESPEECHOP | 50,000.00- |
| 11/02 | Monthly    FREESPEECHOP<br>CCD 122287250000394<br>FREESPEECHOP | 52,907.19- |
| 11/03 | PAYMENTS    LATHEM TIME CORP<br>CCD 062000019360318<br>FREE SPEECH SYSTEMS LL | 138.64- |
| 11/03 | PURCHASE    COMPLETECONTROLR<br>PPD 091000016953596<br>FREE SPEECH SYSTEMS | 1,835.00- |
| 11/03 | From DDA *8919,To DDA *8927 | 125,000.00- |
| 11/03 | Domestic Wire Transfer-DL<br>Norman A Pattix<br>011103093<br>4392610957<br>383 Orange Street, First Floor<br>New Haven, CT 06511 UNITED STA<br>TD Bank<br>20221103MMQFMP9N000087<br>20221103MMQFMPYQ004257<br>11031201FT03 | 80,000.00- |
| 11/04 | QBooks Onl 18004INTUIT<br>CCD 021000029314672<br>FREE SPEECH SYSTEMS | 684.91- |
| 11/04 | Payment    ATT<br>WEB 031100201585791<br>Free speech systems<br>103476003GLB2B | 2,567.49- |
| 11/04 | monthly    FREESPEECHOP<br>PPD 122287250000118<br>FREESPEECHOP | 3,000.00- |
| 11/04 | monthly    FREESPEECHOP<br>PPD 122287250000116<br>FREESPEECHOP | 3,200.00- |
| 11/04 | monthly    FREESPEECHOP<br>CCD 122287250000122<br>FREESPEECHOP | 7,500.00- |



Date 11/30/22          Page     6
Primary Account    ███████████████

Commercial Checking          ████████    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/04 | monthly     FREESPEECHOP<br>CCD 122287250000120<br>FREESPEECHOP | 15,998.00- |
| 11/04 | Monthly     FREESPEECHOP<br>CCD 122287250000109<br>FREESPEECHOP | 49,988.58- |
| 11/04 | monthly     FREESPEECHOP<br>PPD 122287250000104<br>FREESPEECHOP | 50,000.00- |
| 11/04 | weekly      FREESPEECHOP<br>CCD 122287250000127<br>FREESPEECHOP | 55,000.00- |
| 11/04 | weekly      FREESPEECHOP<br>CCD 122287250000106<br>FREESPEECHOP | 109,300.00- |
| 11/07 | WEB_PAY    WASTE CONNECTION<br>WEB 021000023962426<br>WENDELL M SCHWARTZ<br>67596190110322 | 2,099.92- |
| 11/08 | BUS INSUR  TRAVELERS<br>CCD 021000023673538<br>FREE SPEECH SYSTEMS, L | 2,275.06- |
| 11/09 | SPECTRUM   SPECTRUM<br>PPD 021000023812368<br>FREE SPEECH SYSTEMS LL | 180.14- |
| 11/09 | monthly     FREESPEECHOP<br>PPD 122287250000244<br>FREESPEECHOP | 3,500.00- |
| 11/09 | monthly     FREESPEECHOP<br>CCD 122287250000242<br>FREESPEECHOP | 5,863.00- |
| 11/09 | monthly     FREESPEECHOP<br>PPD 122287250000240<br>FREESPEECHOP | 7,000.00- |
| 11/09 | SALE      BLUE ASENSION LO<br>CCD 021000024929450<br>FREE SPEECH SYSTEMS | 11,960.01- |
| 11/09 | SALE      BLUE ASENSION LO<br>CCD 021000024929448<br>FREE SPEECH SYSTEMS | 49,999.99- |



Date 11/30/22          Page     7
Primary Account        ▉▉▉▉▉▉▉▉

Commercial Checking          ▉▉▉▉▉▉▉    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/10 | PAYMENT     ADT<br>PPD 101000695745383<br>FREE SPEECH SYSTEMS | 9.44- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745392<br>FREE SPEECH SYSTEMS | 10.28- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745389<br>FREE SPEECH SYSTEMS | 20.45- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745398<br>FREE SPEECH SYSTEMS | 20.45- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745382<br>FREE SPEECH SYSTEMS | 58.94- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745391<br>FREE SPEECH SYSTEMS | 64.22- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745381<br>FREE SPEECH SYSTEMS | 66.08- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745387<br>FREE SPEECH SYSTEMS | 69.18- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745396<br>FREE SPEECH SYSTEMS | 69.18- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745390<br>FREE SPEECH SYSTEMS | 72.02- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745386<br>FREE SPEECH SYSTEMS | 102.06- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745395<br>FREE SPEECH SYSTEMS | 102.06- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745384<br>FREE SPEECH SYSTEMS | 126.76- |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745393 | 126.76- |



Date 11/30/22
Primary Account

Page       8

Commercial Checking                                      (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FREE SPEECH SYSTEMS | |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745388 | 830.10- |
| | FREE SPEECH SYSTEMS | |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745397 | 830.10- |
| | FREE SPEECH SYSTEMS | |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745385 | 1,411.18- |
| | FREE SPEECH SYSTEMS | |
| 11/10 | PAYMENT     ADT<br>PPD 101000695745394 | 1,411.18- |
| | FREE SPEECH SYSTEMS | |
| 11/10 | monthly     FREESPEECHOP<br>CCD 122287250000531 | 44,094.34- |
| | FREESPEECHOP | |
| 11/14 | PURCHASE    COMPLETECONTROLR<br>PPD 091000013860061 | 93.75- |
| | FREE SPEECH SYSTEMS | |
| 11/14 | QBooks Onl 18004INTUIT<br>CCD 021000023391252 | 213.20- |
| | FREE SPEECH SYSTEMS LL | |
| 11/14 | SERVICES    GOOGLE<br>CCD 091000013199402 | 280.00- |
| | Free Speech Systems, L | |
| 11/14 | SALE        AUSTIN SECURITY<br>CCD 021000028468290 | 1,353.13- |
| | FREE SPEECH SYSTEMS | |
| 11/14 | INSUR CLM  PLIC-SBD<br>CCD 091000013124406 | 5,344.17- |
| | Axos Operations | |
| 11/14 | SALE        AUSTIN SECURITY<br>CCD 021000028468292 | 5,829.26- |
| | FREE SPEECH SYSTEMS | |
| 11/14 | Monthly     FREESPEECHOP<br>PPD 122287250000066 | 24,700.00- |
| | FREESPEECHOP | |
| 11/15 | Expenses    FREESPEECHOP<br>PPD 122287250000045 | 2,192.33- |
| | FREESPEECHOP | |



Date 11/30/22          Page     9
Primary Account    ████████████

Commercial Checking        ████████████        (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/15 | WEBPAYMENT ADDSHOPPERSINC<br>WEB 091000012223915<br>FREE SPEECH SYSTEMS | 2,989.00- |
| 11/15 | Monthly    FREESPEECHOP<br>PPD 122287250000035<br>FREESPEECHOP | 50,000.00- |
| 11/15 | weekly    FREESPEECHOP<br>CCD 122287250000040<br>FREESPEECHOP | 55,000.00- |
| 11/15 | weekly    FREESPEECHOP<br>CCD 122287250000037<br>FREESPEECHOP | 254,050.00- |
| 11/16 | SALE      BLUE ASENSION LO<br>CCD 021000021328725<br>FREE SPEECH SYSTEMS | 25,040.01- |
| 11/16 | SALE      BLUE ASENSION LO<br>CCD 021000021328723<br>FREE SPEECH SYSTEMS | 49,999.99- |
| 11/16 | Monthly    FREESPEECHOP<br>CCD 122287250000549<br>FREESPEECHOP | 52,631.26- |
| 11/18 | DBT CRD 1011 11/17/22 82785204<br>EAGLE TOWING AND RECOV<br>AUSTIN      TX C#0837 | 183.00- |
| 11/18 | PURCHASE   COMPLETECONTROLR<br>PPD 091000018897820<br>FREE SPEECH SYSTEMS | 206.25- |
| 11/18 | SALE      AUSTIN SECURITY<br>CCD 021000023565532<br>FREE SPEECH SYSTEMS | 3,657.25- |
| 11/18 | SALE      AUSTIN SECURITY<br>CCD 021000023565534<br>FREE SPEECH SYSTEMS | 5,185.18- |
| 11/18 | monthly    FREESPEECHOP<br>PPD 122287250000714<br>FREESPEECHOP | 20,000.00- |
| 11/18 | SALE      BLUE ASENSION LO<br>CCD 021000023568231<br>FREE SPEECH SYSTEMS | 31,140.00- |
| 11/18 | monthly    FREESPEECHOP<br>PPD 122287250000700 | 41,617.74- |



Date 11/30/22
Primary Account ███████████

Commercial Checking   ███████   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FREESPEECHOP | |
| 11/18 | Monthly    FREESPEECHOP<br>CCD 122287250000693 | 90,053.00- |
| | FREESPEECHOP | |
| 11/18 | monthly    FREESPEECHOP<br>CCD 122287250000706 | 212,677.98- |
| | FREESPEECHOP | |
| 11/18 | monthly    FREESPEECHOP<br>CCD 122287250000712 | 508,265.00- |
| | FREESPEECHOP | |
| 11/21 | DBT CRD 1557 11/18/22 90301375<br>COVERT CHEVROLET OF HU<br>HUTTO        TX C#0837 | 352.32- |
| 11/21 | PAYMENT    City of Austin T<br>WEB 021000023631651<br>FREE SPEECH SYSTEMS LL<br>5424584569 | 16,736.02- |
| 11/23 | PRINT CHRG SUPERIOR PRESS<br>PPD 091000012903496<br>FREE SPEECH SYSTEMS, | 199.27- |
| 11/23 | RECRD MGMT IRON MOUNTAIN<br>CCD 021000025816842<br>WENDELL *M SCHWARTZ | 340.06- |
| 11/23 | PRINT CHRG SUPERIOR PRESS<br>PPD 091000012903497<br>FREE SPEECH SYSTEMS, | 396.84- |
| 11/23 | SALE       BLUE ASENSION LO<br>CCD 021000022371006<br>FREE SPEECH SYSTEMS | 1,800.01- |
| 11/23 | Payment    ATT<br>PPD 031100205645117<br>Free speech systems | 2,751.56- |
| 11/23 | monthly    FREESPEECHOP<br>PPD 122287250000624<br>FREESPEECHOP | 20,000.00- |
| 11/23 | SALE       BLUE ASENSION LO<br>CCD 021000022371004<br>FREE SPEECH SYSTEMS | 49,999.99- |
| 11/25 | ACH Chargeback | 20,000.00- |
| 11/28 | PHONECHECK HASTINGSHUMANS<br>TEL 091000014960165 | 169.95- |



Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 11/28 | PHONECHECK HASTINGSHUMANS<br>TEL 091000014960158 | 9,154.02- |
| 11/30 | Debit Card Rush Order | 50.00- |
| 11/30 | ORKIN PEST ORKIN<br>WEB 021000028492713<br>FREE SPEECH SYSTEMS *O<br>2366061 | 261.97- |
| 11/30 | MSInvoice  DS WATERS OF AME<br>PPD 042000011184648<br>Wendell M Schwartz | 643.85- |
| 11/30 | Service Charge | .30-SC |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 11/07 | 99000758 | 100.79 | 11/25 | 99556681* | 65.66 |
| 11/09 | 99004724* | 44.78 | 11/28 | 99745491* | 40.04 |
| 11/09 | 99019411* | 42.04 | 11/28 | 99885866* | 56.33 |
| 11/14 | 99212994* | 218.89 | 11/29 | 99888651* | 98.02 |
| 11/14 | 99240371* | 239.82 | 11/25 | 99895633* | 17.29 |
| 11/10 | 99240504* | 17.19 | 11/25 | 99895803* | 497.26 |
| 11/15 | 99527498* | 58.98 | 11/14 | 99995014* | 71,597.80 |
| 11/14 | 99549738* | 18,754.27 | | | |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 552,197.23 | 11/10 | 502,988.15 | 11/22 | 340,146.89 |
| 11/02 | 436,054.47 | 11/14 | 374,363.86 | 11/23 | 264,659.16 |
| 11/03 | 332,804.83 | 11/15 | 10,073.55 | 11/25 | 244,078.95 |
| 11/04 | 35,565.85 | 11/16 | 182,402.29 | 11/28 | 240,717.09 |
| 11/07 | 33,365.14 | 11/17 | 1,226,496.63 | 11/29 | 240,619.07 |
| 11/08 | 31,090.08 | 11/18 | 313,511.23 | 11/30 | 239,662.95 |
| 11/09 | 47,499.88- | 11/21 | 296,422.89 | | |

*** END OF STATEMENT ***



Date 11/30/22
Primary Account 

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Deposit

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates   11/01/22 thru 11/30/22 | |
| Previous Balance | 840,915.62 | Days in the statement period | 30 |
| 18 Deposits/Credits | 2,464,271.55 | Avg Daily Ledger | 972,891.50 |
| 6 Checks/Debits | 2,200,000.00 | Avg Daily Collected | 972,891.50 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,105,187.17 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/01 | Wire Transfer Credit | 296,501.49 |
| | 91362-4344 US CA | |
| | 20221101B6B7HU3R010191 | |
| | 20221101MMQFMP9N000181 | |
| | 11011230FT03 | |
| 11/02 | Wire Transfer Credit | 52,787.32 |
| | VENDOR PAYMENT | |
| | 20221102B6B7HU2R009482 | |



Date 11/30/22
Primary Account 

Commercial Checking                    ontinued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20221102MMQFMP9N000187 11021306FT03 | |
| 11/03 | Wire Transfer Credit | 103,967.42 |
| | 91362-4344 US CA 20221103B6B7HU4R009678 20221103MMQFMP9N000115 11031206FT03 | |
| 11/04 | Wire Transfer Credit | 132,173.49 |
| | 20221104B6B7HU2R009553 20221104MMQFMP9N000129 11041229FT03 | |
| 11/07 | Wire Transfer Credit | 166,259.43 |
| | 20221107B6B7HU4R015307 20221107MMQFMP9N000310 11071654FT03 | |
| 11/08 | Wire Transfer Credit | 227,856.35 |
| | 20221108B6B7HU4R014032 20221108MMQFMP9N000318 11081713FT03 | |
| 11/09 | Wire Transfer Credit | 47,698.90 |
| | 91362-4344 US CA 20221109B6B7HU2R013415 | |



Date 11/30/22  Page 3
Primary Account █████████

Commercial Checking  ████████ (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20221109MMQFMP9N000250 11091526FT03 | |
| 11/10 | Wire Transfer Credit ████████████ 91362-4344 US CA 20221110B6B7HU1R015504 | 76,586.64 |
| | 20221110MMQFMP9N000311 11101607FT03 | |
| 11/14 | Wire Transfer Credit ████████████ 91362-4344 US CA 20221114B6B7HU4R022606 | 111,790.76 |
| | 20221114MMQFMP9N000377 11141609FT03 | |
| 11/16 | Wire Transfer Credit ████████ 91362-4344 US CA 20221116B6B7HU1R015967 | 262,779.77 |
| | 20221116MMQFMP9N000332 11161703FT03 | |
| 11/17 | Wire Transfer Credit ████████████ 91362-4344 US CA 20221117B6B7HU4R016369 | 79,661.66 |
| | 20221117MMQFMP9N000294 11171704FT03 | |
| 11/18 | Wire Transfer Credit ██████████ 91362-4344 US CA 20221118B6B7HU1R017780 | 31,632.62 |



Date 11/30/22
Primary Account

Page    4

Commercial Checking                           (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20221118MMQFMP9N000408 | |
|      | 11181734FT03 | |
| 11/21 | Wire Transfer Credit | 124,767.83 |
|      | 91362-4344 US CA | |
|      | 20221121B6B7HU1R014661 | |
|      | 20221121MMQFMP9N000279 | |
|      | 11211556FT03 | |
| 11/22 | Wire Transfer Credit | 135,566.52 |
|      | 20221122B6B7HU2R013297 | |
|      | 20221122MMQFMP9N000265 | |
|      | 11221500FT03 | |
| 11/25 | Wire Transfer Credit | 199,992.32 |
|      | 91362-4344 US CA | |
|      | 20221125B6B7HU2R012118 | |
|      | 20221125MMQFMP9N000120 | |
|      | 11251155FT03 | |
| 11/28 | Wire Transfer Credit | 114,920.67 |
|      | 91362-4344 US CA | |
|      | 20221128B6B7HU3R014166 | |
|      | 20221128MMQFMP9N000312 | |
|      | 11281545FT03 | |
| 11/29 | Wire Transfer Credit | 184,562.00 |
|      | 91362-4344 US CA | |
|      | 20221129B6B7HU1R010944 | |



Date 11/30/22          Page     5
Primary Account     ███████████

Commercial Checking          ███████████          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 11/30 | 20221129MMQFMP9N000179 11291308FT03 Wire Transfer Credit ███████████ 91302-4544 US CA 20221130B6B7HU3R021403 20221130MMQFMP9N000212 11301300FT03 | 114,766.36 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/03 | From DDA *8877,To DDA *8919 | 100,000.00- |
| 11/10 | From DDA *8877,To DDA *8919 | 200,000.00- |
| 11/10 | From DDA *8877,To DDA *8919 | 400,000.00- |
| 11/16 | From DDA *8877,To DDA *8901 | 300,000.00- |
| 11/17 | From DDA *8877,To DDA *8927 | 200,000.00- |
| 11/17 | From DDA *8877,To DDA *8919 | 1,000,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 1,137,417.11 | 11/09 | 1,768,160.02 | 11/21 | 355,379.30 |
| 11/02 | 1,190,204.43 | 11/10 | 1,244,746.66 | 11/22 | 490,945.82 |
| 11/03 | 1,194,171.85 | 11/14 | 1,356,537.42 | 11/25 | 690,938.14 |
| 11/04 | 1,326,345.34 | 11/16 | 1,319,317.19 | 11/28 | 805,858.81 |
| 11/07 | 1,492,604.77 | 11/17 | 198,978.85 | 11/29 | 990,420.81 |
| 11/08 | 1,720,461.12 | 11/18 | 230,611.47 | 11/30 | 1,105,187.17 |

*** END OF STATEMENT ***



Date 11/30/22          Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Donations

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number | Statement Dates  11/01/22 thru 11/30/22 | |
| Previous Balance | 351,229.87 | Days in the statement period | 30 |
| 39 Deposits/Credits | 4,741.64 | Avg Daily Ledger | 351,704.03 |
| Checks/Debits | .00 | Avg Daily Collected | 351,545.97 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 355,971.51 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/28 | MyDeposit | 8.00 |
| 11/28 | MyDeposit | 10.00 |
| 11/28 | MyDeposit | 10.00 |
| 11/28 | MyDeposit | 10.00 |
| 11/28 | MyDeposit | 10.00 |
| 11/28 | MyDeposit | 10.04 |
| 11/28 | MyDeposit | 20.00 |
| 11/28 | MyDeposit | 25.00 |
| 11/28 | MyDeposit | 25.00 |
| 11/28 | MyDeposit | 25.00 |
| 11/28 | MyDeposit | 25.00 |
| 11/28 | MyDeposit | 50.00 |
| 11/28 | MyDeposit | 50.00 |
| 11/28 | MyDeposit | 50.00 |
| 11/28 | MyDeposit | 50.00 |



Date 11/30/22         Page    2
Primary Account ████████████████

Commercial Checking                    ████████████████ (inued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 11/28 | MyDeposit | 50.00 |
| 11/28 | MyDeposit | 50.00 |
| 11/28 | MyDeposit | 56.00 |
| 11/28 | MyDeposit | 60.00 |
| 11/28 | MyDeposit | 65.00 |
| 11/28 | MyDeposit | 65.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 100.00 |
| 11/28 | MyDeposit | 140.00 |
| 11/28 | MyDeposit | 150.00 |
| 11/28 | MyDeposit | 177.60 |
| 11/28 | MyDeposit | 250.00 |
| 11/28 | MyDeposit | 300.00 |
| 11/28 | MyDeposit | 300.00 |
| 11/28 | MyDeposit | 400.00 |
| 11/28 | MyDeposit | 400.00 |
| 11/28 | MyDeposit | 1,000.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 11/01 | 351,229.87 | 11/28 | 355,971.51 |

*** END OF STATEMENT ***



Date 11/30/22                 Page     1
Primary Account         ████████████████

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Legal

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | ████████ | Statement Dates  11/01/22 thru 11/30/22 | |
| Previous Balance | | Days in the statement period | 30 |
| 1 Deposits/Credits | 300,000.00 | Avg Daily Ledger | .00 |
| 1 Checks/Debits | 300,000.00 | Avg Daily Collected | .00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/16 | From DDA *8877,To DDA *8901 | 300,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 11/16 | From DDA *8901,To DDA *8919 | 300,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11/01 | .00 | 11/16 | .00 |



Date 11/30/22          Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Payroll

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates 11/01/22 thru 11/30/22 | |
| Previous Balance | | Days in the statement period | 30 |
| 3 Deposits/Credits | 328,724.00 | Avg Daily Ledger | 65,535.44 |
| 5 Checks/Debits | 243,504.17 | Avg Daily Collected | 65,535.44 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 101,836.61 | | |

| DEPOSITS AND OTHER CREDITS | | |
|---|---|---|
| Date | Description | Amount |
| 11/03 | From DDA *8919,To DDA *8927 | 125,000.00 |
| 11/15 | ACH Credit Back Item | 3,724.00 |
| 11/17 | From DDA *8877,To DDA *8927 | 200,000.00 |

| CHECKS AND WITHDRAWALS | | |
|---|---|---|
| Date | Description | Amount |
| 11/04 | Payroll    FREESPEECHPAYR<br>PPD 122287250000362<br>FREESPEECHPAYR | 2,651.74- |
| 11/04 | Payroll    FREESPEECHPAYR<br>PPD 122287250000359<br>FREESPEECHPAYR | 118,273.54- |



Date 11/30/22    Page   2
Primary Account

Commercial Checking         (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/09 | monthly    FREESPEECHPAYR<br>CCD 122287250000276<br>FREESPEECHPAYR | 3,724.00- |
| 11/18 | Payroll    FREESPEECHPAYR<br>PPD 122287250000390<br>FREESPEECHPAYR | 2,651.72- |
| 11/18 | Payroll    FREESPEECHPAYR<br>PPD 122287250000387<br>FREESPEECHPAYR | 116,203.17- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 16,616.78 | 11/09 | 16,967.50 | 11/18 | 101,836.61 |
| 11/03 | 141,616.78 | 11/15 | 20,691.50 | | |
| 11/04 | 20,691.50 | 11/17 | 220,691.50 | | |

*** END OF STATEMENT ***



Date 11/30/22
Primary Account

███████████

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | █████ | Statement Dates 11/01/22 thru 11/30/22 | |
| Previous Balance | 6,125.44 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Avg Daily Ledger | 6,125.44 |
| Checks/Debits | .00 | Avg Daily Collected | 6,125.44 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 6,125.44 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 11/01 | 6,125.44 |

*** END OF STATEMENT ***