| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 22-60043<br>Southern District of Texas<br>Houston<br>Thu Jul  6 14:47:59 CDT 2023 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Free Speech Systems LLC<br>3019 Alvin Devane Blvd. STE 300<br>Austin, TX 78741-7417 |
| Official Committee of Unsecured Creditors of<br>c/o Marty L. Brimmage, Jr.<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201-4675 | PQPR Holdings Limited, LLC<br>c/o Streusand Landon Ozburn & Lemmon LLP<br>attn: Stephen Lemmon<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746-9817 | Reeves Law, PLLC<br>702 Rio Grande St., Ste. 203<br>Austin, TX 78701-2720 |
| Security Bank of Crawford<br>P.O. BOx 90<br>Crawford, Tx 76638-0090 | Shannon & Lee LLP<br>700 Milam Street, STE 1300<br>Houston, TX 77002-2736 | Texas Comptroller of Public Accounts, Revenu<br>Christopher J. Dylla<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Travis County<br>c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, TX 78767-1748 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| ADP Total Source Insurance<br>10200 Sunset Drive<br>Miami, FL 33173-3033 | ADP TotalSource Payroll<br>10200 Sunset Drive<br>Miami, FL 33173-3033 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197-5001 |
| AWIO Web Services LLC<br>6608 Truxton Ln<br>Raleigh, NC 27616-6694 | Addshoppers, Inc<br>222 S. Church Street , #410M<br>Charlotte, NC 28202-3213 | Airco Mechanical, LTD<br>PO Box 1598<br>Round Rock, TX 78680-1598 |
| Alex E. Jones<br>c/o Jordan & Ortiz, P.C.<br>Attn: Shelby Jordan<br>500 North Shoreline Blvd, STE 900<br>Corpus Christi, TX 78401-0658 | Alex Emeric Jones<br>c/o Jordan & Ortiz, P.C.<br>Attention: Shelby Jordan<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78401-0658 | Ally Auto<br>PO Box 9001948<br>Louisville, KY 40290-1948 |
| Amazon Marketplace<br>Amazon Payments, Inc.<br>410 Terry Ave N.<br>Seattle, WA 98109-5210 | Amazon Web Services<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Media/Reality Zone<br>PO Box 4646<br>Thousand Oaks, CA 91359-1646 | Andrews, Christopher<br>210 N. Beyer Stree<br>Marion, TX 78124-4014 |
| Atomial, LLC<br>1920 E. Riverside Drive<br>Suite A-120 #124<br>Austin, TX 78741-1350 | Auriam Services, LLC<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | Balcones Recycling Inc.<br>PO Box 679912<br>Dallas, TX 75267-9916 |

| | | |
|---|---|---|
| Biodec, LLC<br>901 S. Mopac Expressway, Building 4, Ste<br>Austin, TX 78746-5776 | Blott, Jacquelyn<br>200 University Boulevard<br>Suite 225 #251<br>Round Rock TX 78665-1096 | Brennan Gilmore<br>c/o Civil Rights Clinic<br>ATTN: Andrew Mendrala<br>600 New Jersey Avenue, NW<br>Washington, DC 20001-2022 |
| Campco<br>4625 W. Jefferson Blvd<br>Los Angeles, CA 90016-4006 | Carlee Soto Parisi<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 | Carlos Soto<br>c/o Ryan Chapple<br>303 Colorado Street, Ste. 2850<br>Austin, TX 78701-0137 |
| Chelsea Green Publishing<br>85 North Main Street Ste 120<br>White River Junction, VT 05001-7135 | Christopher Sadowski<br>c/o Copycat Legal PLLC<br>3111 N. University Drive Ste. 301<br>Coral Springs, FL 33065-5058 | City of Austin<br>c/o Austin Energy<br>4815 Mueller Blvd.<br>Austin, TX 78723-3573 |
| Cloudflare, Inc<br>Dept LA 24609<br>Pasadena, CA 91185-4609 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Constant Contact, Inc.<br>1601 Trapelo Road<br>Watham, MA 02451-7357 |
| CustomTattoNow.com<br>16107 Kensington Dr #172<br>Sugar Land, TX 77479-4224 | David Icke Books Limited<br>c/o Ickonic Enterprises Limited<br>St. Helen's House King Street<br>Derby DE1 3EE<br>United Kingdom | David Wheeler<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Deese, Stetson<br>328 Greenland Blvd. #81<br>Death Valley, CA 92328-9600 | DirectTV<br>PO Box 5006<br>Carol Stream, IL 60197-5006 |
| Dona Soto<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 | EPS, LLC<br>17350 State Hwy 249, Ste 220, #4331<br>Houston, TX 77064-1132 | ERM Protect<br>800 South Douglas Road, Suite 940N<br>Coral Gables, FL 33134-3125 |
| Edgecast, Inc.<br>Dept CH 18120<br>Palatine, IL 60055-0001 | Elevated Solutions Group<br>28 Maplewood Drive<br>Cos Cob, CT 06807-2601 | Erica Lafferty<br>c/o Joseph Mirrione<br>27 Elm Street<br>New Haven, CT 06510-2087 |
| Estate of Marcel Fontaine<br>Chamberlain Hrdlicka<br>attn?  Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 | FW Robert Broadcasting Co<br>2730 Loumor Ave<br>Metairie, LA 70001-5425 | Francine Wheeler<br>c/o Ryan Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 |
| Frost Insurance Agency<br>401 Congress Avenue, 14th Floor<br>Austin ,TX 78701-3793 | Gabriela Tolentino<br>5701 S Mopac Expy<br>Austin, TX 78749-1464 | Getty Images, Inc<br>PO Box 953604<br>St. Louis, MO 63195-3604 |

Gracenote
29421 Network Place
Chicago, IL 60673-1294

Greenair, Inc
23569 Center Ridge Road
Westlake, OH 44145-3642

Haivision Network Video
Deot CH 19848
Palatine, IL 60055-9848

Ian Hockley
Ryan Chapple
303 Colorado Street
Suite 2850
Austin, TX 78701-0137

Impact Fire Services, LLC
PO Box 735063
Dallas, TX 75373-5063

Independent Publishers Group
PO Box 2154
Bedford Park, IL 60499-2154

Iron Mountain, Inc
PO Box 915004
Dallas, TX 75391-5004

JCE SEO
6101 Broadway
San Antonio, TX 78209-4561

JW JIB Productions, LLC
2921 Carvelle Drive
Riviera Beach, FL 33404-1855

Jacqueline Barden
c/o Ryan Chapple
303 Colorado Street, Suite 2850
Austin TX 78701-0137

Jennifer Hensel
c/o Ryan Chapple
303 Colorado Street, Suite 2850
Austin TX 78701-0137

Jeremy Richman
c/o Koskoff Koskoff & Bieder
350 Fairfield Ave
Bridgeport, CT 06604-6014

Jillian Soto-Marino
c/o Ryan Chapple
303 Colorado Street, Suite 2850
Austin TX 78701-0137

Justin Lair
1313 Lookout Ave
Klamath Falls, OR 97601-6533

KI4U.com
212 Oil Patch Lane
Gonzales, TX 78629-8028

LIT Industrial
1717 McKinney Ave #1900
Dallas, TX 75202-1253

Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL 33433-3426

Leonard Pozner
c/o Chamberlain Hrdlicka
attn:  Jarrod B. Martin
1200 Smith, Suite 1400
Houston TX 77002-4496

Lincoln-Remi Group, LLC
1200 Benstein Rd.
Commerce Twp., MI 48390-2200

Logo It, LLC
820 Tivy Street
Kerrville, TX 78028-3654

Lumen/Level 3 Communications
PO Box 910182
Denver, CO 80291-0182

MRJR Holdings, LLC
PO Box 27740
Las Vegas, NV 89126-7740

MVD Entertainment Group
203 Windsor Rd
Pottstown, PA 19464-3405

Magento
PO Box 204125
Dallas, TX 75320-4105

Mark Barden
c/o Ryan Chapple
303 Colorado Street, Suite 2850
Austin Tx 78701-0137

Microsoft Bing Ads
c/o Microsoft Online, Inc.
P.O. Box 847543
1950 N Stemmons Fwy, Ste 5010
Dallas, TX 75207-3199

Miller, Sean
PO Box 763
Wyalusing, PA 18853-0763

Music Videos Distributors
203 Windsor Rd
Pottstown, PA 19464-3405

Neil Heslin
c/o Chamberlain Hrdlicka
Attn: Jarrod B. Martin
1200 Smith, Suite 1400
Houston TX 77002-4496

NetSuite Inc
Bank of America Lockbox Services
Chicago, IL 60693-0001

New Relic  
188 Spear Street, Suite 1200  
San Francisco, CA 94105-1752

Newegg.com  
9997E. Rose Hills Road  
Whittier, CA 90601

Nicole Hockley  
c/o Ryan Chapple  
303 Colorado Street, Suite 2850  
Austin TX 78701-0137


One Party America, LLC  
6700 Woodlands Parkway, Suite 230-309  
The Woodlands, TX 77382-2575

Orkin, Inc.  
5810 Trade Center Drive, Suite 300  
Austin, TX 78744-1365

PQPR Holdings Limited, LLC  
c/o Stephen Lemmon  
1801 S. Mopac Expressway  
Suite 320  
Austin, TX 78746-9817


Pattison Law Firm, P.C.  
501 IH-35  
Austin, TX 78702-3229

Payarc  
411 West Putnam Avenue, Ste 340  
Greenwich, CT 06830-6291

Paymentus  
18390 NE 68th St  
Redmond, WA 98052-5057


Paz Law, LLC  
1021 Orange Center Road  
Orange, CT 06477-1216

Percision Oxygen  
13807 Thermal Dr  
Austin, TX 78728-7735

Perfect Imprints.com  
709 Eglin Pkwy NE  
Fort Walton Beach, FL 32547-2527


Perkins, Wes  
General Delivery  
Lockhart, TX 78644-9999

Pipe Hitters Union, LLC  
PO Box 341194  
Austin, TX 78734-0020

Post Hill Press, LLC  
8115 Isabella Lane, Ste. 4  
Brentwood, TN 37027-9110


Poulsen, Debra  
112 Eames St.  
Elkhorn, WI 53121-1228

Power Reviews, Inc.  
1 N. Dearborn Street  
Chicago, IL 60602-4331

Precision Camera  
2438 W Anderson Ln  
Austin, TX 78757-1149


Private Jets, LLC  
1250 E. Hallandale Beach Blvd, Suite 505  
Hallandale, FL 33009-4635

Protection 1 Alarm  
PO Box 219044  
Kansas City, MO 64121-9044

Public Storage  
2301 E. Ben White Blvd  
Austin, TX 78741-7110


Pullman & Comley, LLC  
850 Main Street  
Bridgeport, CT 06604-4988

Randazza Legal Group, PLLC  
2764 Lake Sahara Drive, Suite 109  
Las Vegas, NV 89117  
702-420-2001  
ecf@randazza.com 89117-3400

RatsMedical.com  
c/o Rapid Medical  
120 N Redwood Rd  
North Salt Lake, UT 84054-2792


Ready Alliance Group, Inc  
PO Box 1709  
Sandpoint, ID 83864-0901

Reeves Law, PLLC  
Attn: Bradley Reeves  
702 Rio Grande St., Suite 203  
Austin, TX 78701-2720

Renaissance  
PO Box 8036  
Wisconsin Rapids, WI 54495-8036


Restore America  
PO Box 147  
Grimsley, TN 38565-0147

Richard Coan,  
Chapter 7 Trustee for Debtor, Erica Laff  
c/o Eric Henzy  
10 Middle Street  
Bridgeport, CT 06604-4257

Robert Parker  
c/o Ryan Chapple  
303 Colorado Street, Suite 2850  
Austin TX 78701-0137

| | | |
|---|---|---|
| SLNT<br>30 N Gould St, Ste 20647<br>Sheridan, WY 82801-6317 | Scarlett Lewis<br>c/o Chamberlain Hrdlicka<br>Attn:  Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 | Security Bank of Crawford<br>6688 North Lone Star Parkway<br>PO Box 90<br>Crawford, TX 76638-0090 |
| Simon & Schuster<br>PO Box 70660<br>Chicago, IL 60673-0660 | SintecMedia NYC, Inc. DBA Operative<br>PO Box 200663<br>Pittsburgh, PA 15251-2662 | Skousen, Joel<br>PO Box 565<br>Spring City, UT 84662-0565 |
| Skyhorse Publishing<br>307 West 36th Street, 11th Floor<br>New York, NY 10018-6592 | Sparkletts & Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | Spectrum Enterprise aka Time Warner Cable<br>1600 Dublin Road<br>Columbus, OH 43215-2098 |
| Stamps.com<br>1990 E Grand Ave.<br>El Segundo, CA 90245-5013 | Stone Edge Technologies, Inc<br>660 American Avenue, Suite 204<br>King of Prussia, PA 19406-4032 | Stratus Technologies<br>5 Mill & Main Place, Suite 500<br>Maynard, MA 01754-2660 |
| Studio 2426, LLC<br>1920 E. Riverside Drive, Suite A120, ï¿½<br>Austin, TX 78741-1350 | Synergy North America, Inc<br>  11001 W. 120th Avenue, Suite 400<br>Broomfield, CO 80021-3493 | TD Canada Trust<br>  421 7th Avenue SW<br>Calgary, AB T2P 4K9, Canada |
| Texas Comptroller<br>PO Box 13003<br>Austin, TX 78711-3003 | Texas Disposal Systems, Inc<br>PO Box 674090<br>Dallas, TX 75267-4090 | Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 |
| Textedly<br>133 N. Citrus Ave., Suite 202<br>Los Angeles, CA 90036 | The Creative Group<br>c/o Robert Half<br>2884 Sand Hill Road, Ste 200<br>Menlo Park, CA 94025-7072 | The Hartford<br>PO Box 14219<br>Lexington, KY 40512-4219 |
| The Steam Team, Inc<br>1904 W. Koeing Lane<br>Austin, TX 78756-1211 | Third Coast Graphics, Inc<br>110 Del Monte Dr.<br>Friendswood, TX 77546-4487 | Thomas, David<br>79 Malone Hill Road<br>Elma, WA 98541-9206 |
| Travelers<br>PO Box 660317<br>Dallas, TX 75266-0317 | Travis County<br>PO Box 149328<br>Austin, TX 78714-9328 | Travis County c/o Jason A. Starks<br>PO Box 1748<br>Austin, Texas 78767-1748 |
| U.S. Legal Support<br>PO Box 4772<br>Houston, TX 77210-4772 | Uline Shipping Supply<br>12575 Uline Drive<br>Pleasant Prarie, WI 53158-3686 | Vazquez, Valdemar Rodriguez<br>145 Quail Ridge Drive<br>Kyle TX 78640-9788 |

| | | |
|---|---|---|
| Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Verizon Edgecast<br>13031 West Jefferson Blvd, Building 900<br>Los Angeles, CA 90094-7002 | Veronique De La Rosa<br>c/o Chamberlain Hrdlicka<br>attn: Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 |
| Vultr<br>14 Cliffwood Avenue, Suite 300<br>Matawan, NJ 07747-3931 | WMQM-AM 1600<br>21 Stephen Hill Road<br>Atoka, TN 38004-7183 | WWCR<br>1300 WWCR Avenue<br>Nashville, TN 37218-3800 |
| Waste Connections Lone Star, Inc.<br>PO Box 17608<br>Austin, TX 78760-7608 | Water Event - Pure Water Solutions<br>1310 Missouri St<br>South Houston, TX 77587-4537 | Watson, Paul<br>9 Riverdale Road<br>Ranmoor Sheffield<br>South Yorkshire S10 3FA<br>United Kingdom |
| Westwood One, LLC<br>3542 Momentum Place<br>Chicago, IL 60689-5335 | William Aldenberg<br>c/o Ryan Chapple<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | William Sherlach<br>c/o Ryan Chapple<br>303 Colorado Stret, Suite 2850<br>Austin TX 78701-0137 |
| Willow Grove Productions<br>1810 Rockcliff Road<br>Austin, TX 78746-1215 | Wisconsin Dept of Revenue<br>Special Procedures Unit<br>POB 8901<br>Madison, WI 53708-8901 | Wisconsin Dept. of Revenue<br>PO Box 3028<br>Milwaukee, WI 53201-3028 |
| Your Promtional Products, LLC<br>133 North Friendswood STE 186<br>Friendswood, TX 77546-3746 | Zendesk, Inc<br>989 Market Street<br>San Francisco, CA 94103-1708 | Zoom US<br>55 Almaden Blvd, 6th Floor<br>San Jose, CA 95113-1608 |
| eBay<br>2025 Hamilton Avenue<br>San Jose, CA 95125-5904 | eCommerce CDN, LLC<br>221 E 63rd Street<br>Savannah, GA 31405-4226 | mongoDB Cloud<br>1633 Broadway<br>39th Floor<br>New York, NY 10019-6757 |
| Alex E Jones<br>c/o Jordan & Ortiz PC<br>500 N Shoreline Blvd<br>Ste 900<br>Corpus Christi, TX 78401-0658 | Christina Walton Stephenson<br>Crowe & Dunlevy<br>2525 McKinnon St.<br>Ste 425<br>Dallas, TX 75201-1543 | David Wheeler, et al.<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 |
| Kyung Shik Lee<br>Kyung S. Lee PLLC<br>4723 Oakshire Drive<br>Apt. B<br>Houston, TX 77027-5499 | Kyung Shik Lee<br>Shannon & Lee LLP<br>Pennzoil Place-Suite 1300<br>HOUSTON, TX 77027 United States | Leonard Pozner<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |
| Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin<br>Suite 2700<br>Houston, TX 77002-6774 | Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 | Neil Heslin<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |

| | | |
|---|---|---|
| R. J. Shannon<br>Shannon & Lee LLP<br>700 Milam St., STE 1300<br>Houston, TX 77002-2736 | Raymond William Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 | Richard M. Coan<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 |
| Scarlett Lewis<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Shelby A Jordan | Veronique De La Rosa<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA  190087 | (d)Konica Minolta Premier Finance<br>PO Box 41602<br>Philadelphia, PA 19101-1602 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ADP TotalSource, Inc. | (u)Akin Gump Strauss Hauer & Feld LLP | (u)Schwartz Associates, LLC |
| (u)Schwartz and Associates, LLC | (u)Sweetwater Holdings Group, Inc. | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (u)Resistance Manifesto | (u)Charles Charlie Cicack | (u)David Ross Jones |
| (u)Marc Schwartz | (u)W. Marc Schwartz | End of Label Matrix<br>Mailable recipients   185<br>Bypassed recipients    11<br>Total                 196 |