UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | CASE NO: 22-60043 |
|---|---|
| FREE SPEECH SYSTEMS, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>Judge: Christopher Lopez |

On 7/12/2023, I did cause a copy of the following documents, described below,

Application to Employ Harold May and Evident Tax, LLC

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/12/2023

/s/ Ray Battaglia
Ray Battaglia  01918055
Attorney for Debtor
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX  78218
210 601 9405
rbattaglialaw@outlook.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | CASE NO: 22-60043 |
|---|---|
| FREE SPEECH SYSTEMS, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>Judge: Christopher Lopez |

On 7/12/2023, a copy of the following documents, described below,

Application to Employ Harold May and Evident Tax, LLC

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/12/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ray Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX  78218

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ATTN: MARK BANKSON, WILLIAM OGDEN<br>KASTER LYNCH FARRAR & BALL, LLP<br>1117 HERKIMER STREET<br>HOUSTON, TX 77008 | ATTN: ALINOR C. STERLIN,<br>CHRISTOPHER MATTEI,<br>MATTHEW BLUMENTHAL<br>KOSKOFF KOSKOFF & BIEDER<br>350 FAIRFIELD AVENUE<br>BRIDGEPORT, CT 06604 | ATTN: F. ANDINO REYNAL<br>FERTITTA & REYNAL LLP<br>917 FRANKLIN ST., SUITE 600<br>HOUSTON, TX 77002 |
| ATTN: ERIC HENZY<br>ZEISLER & ZEISLER P.C.<br>10 MIDDLE STREET, 15TH FLOOR<br>BRIDGEPORT, CT 06604 | ATTN: SHELBY JORDAN<br>JORDAN & ORTIZ, P.C.<br>500 N. SHORELINE BLVD. SUITE 900<br>CORPUS CHRISTI, TEXAS 78401 | ATTN: AVI MOSHENBERG<br>MCDOWELL HETERHINGTON LLP<br>1001 FANNIN STREET, SUITE 2700<br>HOUSTON, TX 77002 |
| ATTN: CORDT AKERS<br>THE AKERS LAW FIRM PLLC<br>CORDT AKERS<br>3401 ALLEN PARKWAY, SUITE 101<br>HOUSTON, TX 77019 | ATTN: DANIEL DESOUZA<br>COPYCAT LEGAL PLLC<br>3111 N. UNIVERSITY DRIVE, SUITE 301<br>CORAL SPRINGS, FL 33065 | JENNIFER J. HARDY<br>WILLKIE FARR & GALLAGHER LLP<br>600 TRAVIS STREET<br>HOUSTON, TEXAS 77002 |
| ATTN: RYAN E. CHAPPLE<br>CAIN & SKARNULIS PLLC<br>303 COLORADO STREET, SUITE 2850<br>AUSTIN, TEXAS 78701 | ATTN: JARROD B. MARTIN<br>CHAMBERLAIN HRDLICKA<br>1200 SMITH STREET, SUITE 1400<br>HOUSTON, TX 77002 | ATTN: KIMBERLY A. WALSH<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| MELISSA HASELDEN<br>SUBCHAPTER V TRUSTEE<br>700 MILAM, SUITE 1300<br>HOUSTON, TX 77002 | ATTN: HA M. NGUYEN, JAYSON B. RUFF<br>OFFICE OF U.S. TRUSTEE<br>515 RUSK, SUITE 3516<br>HOUSTON, TX 77002 | ELEVATED SOLUTIONS GROUP<br>706 W. BEN WHITE BLVD,<br>AUSTIN, TEXAS 78704 |
| CHRISTOPHER SADOWSKI<br>C/O COPYCAT LEGAL PLLC<br>3111 N. UNIVERSITY DRIVE STE 301<br>CORAL SPRINGS, FL 33065 | ATOMIAL LLC<br>1920 E. RIVERSIDE DR.<br>SUITE A-120 #124<br>AUSTIN, TX 78741 | CLOUDFLARE, INC<br>DEPT LA 24609<br>PASADENA, CA 91185-4609 |
| JACQUELYN BLOTT<br>200 UNIVERSITY BLVD<br>SUITE 225 #251<br>ROUND ROCK, TX 78665 | JOEL SKOUSEN<br>PO BOX 565<br>SPRING CITY, UT 84662 | COMMERCE CDN, LLC<br>221 E 63RD STREET<br>SAVANNAH, GA 31405 |
| INTERNATIONAL<br>PAUL WATSON<br>9 RIVERDALE ROAD<br>RANMOOR SHEFFIELD<br>SOUTH YORKSHIRE S10 3FA<br>UNITED KINGDOM | BRENNAN GILMORE<br>C/O CIVIL RIGHTS CLINIC<br>600 NEW JERSEY AVENUE, NW<br>WASHINGTON, DC 20001 | GREENAIR, INC<br>23569 CENTER RIDGE RD<br>WESTLAKE, OH 44145 |
| EDGECAST, INC<br>DEPT CH 18120<br>PALATINE, IL 60055 | READY ALLIANCE GROUP, INC<br>PO BOX 1709<br>SANDPOINT, ID 83864 | GETTY IMAGES, INC<br>PO BOX 953604<br>ST. LOUIS, MO 63195-3604 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RATSMEDICAL.COM<br>C/O RAPID MEDICAL<br>120 N REDWOOD RD<br>NORTH SALT LAKE, UT 84054 | INTERNATIONAL<br>DAVID ICKE BOOKS LIMITED<br>C/O ICKONIC ENTERPRISES LIMITED<br>ST. HELEN'S HOUSE KING STREET<br>DERBY DE1 3EE<br>UNITED KINGDOM | WWCR<br>1300 WWCR AVE<br>NASHVILLE, TN 37218-3800 |
| JW JIB PRODUCTIONS, LLC<br>2921 CARVELLE DRIVE<br>RIVIERA BEACH, FL 33404 | CUSTOMTATTONOW.COM<br>16107 KENSINGTON DR. #172<br>SUGAR LAND, TX 77479 | AT&T<br>PO BOX 5001<br>CAROL STREAM, IL 60197-5001 |
| JUSTIN LAIR<br>1313 LOOKOUT AVE<br>KLAMATH FALLS, OR 97601 | PQPR HOLDINGS LIMITED, LLC<br>C/O STEPHEN LEMMON<br>1801 S. MOPAC EXPRESSWAY<br>SUITE 320<br>AUSTIN, TX 78746 | RYAN E. CHAPPLE<br>CAIN & SKARNULIS PLLC<br>303 COLORADO STREET, SUITE 2850<br>AUSTIN, TEXAS 78701 |
| ATTN: SHELBY JORDAN<br>JORDAN & ORTIZ, P.C.<br>500 N. SHORELINE BLVD. SUITE 900<br>CORPUS CHRISTI, TEXAS 78401 | JARROD B. MARTIN<br>CHAMBERLAIN HRDLICKA<br>1200 SMITH STREET, SUITE 1400<br>HOUSTON, TX 77002 | CHRISTOPHER J. DYLLA<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| RICHARD A. COCHRANE<br>AKIN GUMP STRAUSS HAUER & FELD<br>2300 N. FIELD STREET<br>SUITE 1800<br>DALLAS, TX 75201 | ELIZABETH CAROL FREEMAN<br>THE LAW OFFICE OF LIZ FREEMAN<br>PO BOX 61209<br>HOUSTON, TX 77208-1209 | JOHN D MALONE<br>ATTORNEY AT LAW<br>5400 BOSQUE BLVD., STE. 650<br>WACO, TX 76710 |
| BRADLEY J. REEVES<br>PILLSBURY WINTHROP SHAW PITTMAN<br>909 FANNIN ST<br>STE 2000<br>HOUSTON, TX 77010 | MICHAEL P RIDULFO<br>KANE RUSSELL COLEMAN LOGAN<br>5151 SAN FELIPE, SUITE 800<br>HOUSTON, TX 77056 | STEPHEN A ROBERTS<br>STEPHEN A ROBERTS, P.C.<br>1400 MARSHALL LN<br>AUSTIN, TX 78703 |
| JASON STARKS<br>TRAVIS COUNTY ATTORNEY'S OFFICE<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | CHRISTINA WALTON STEPHENSON<br>CROWE & DUNLEVY<br>2525 MCKINNON ST.<br>STE 425<br>DALLAS, TX 75201 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>MARTY L. BRIMMAGE, JR.<br>LACY M. LAWRENCE<br>2300 N. FIELD STREET, SUITE 1800<br>DALLAS, TX 75201 |
| WALTER J. CICACK<br>HAWASH CICACK & GASTON LLP<br>3401 ALLEN PARKWAY, SUITE 200<br>HOUSTON, TEXAS 77019 | KYLE J. KIMPLER<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | MARTIN J. SALVUCCI<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 |
| ALEXANDER WOOLVERTON<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | ATTN: ALLY BANK DEPARTMENT<br>AIS PORTFOLIO SERVICES, LLC<br>ACCOUNT: XXXXXXXX4933<br>4515 N SANTA FE AVE. DEPT. APS<br>OKLAHOMA CITY, OK 73118 | CHRISTOPHER HOPKINS<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 |