# Crissie Stephenson

**Subject:** FW: depositions of FSS - Re: Jones/FSS - Deposition Notices and Requests for Production of Documents

---

**From:** Vickie Driver <vickie.driver@crowedunlevy.com>
**Sent:** Monday, May 20, 2024 11:00 AM
**To:** Crissie Stephenson <crissie.stephenson@crowedunlevy.com>
**Subject:** FW: depositions of FSS - Re: Jones/FSS - Deposition Notices and Requests for Production of Documents



**Vickie Driver**
Shareholder/Director

| Dallas | Houston | Oklahoma City | Tulsa |
|---|---|---|---|
| 2525 McKinnon St., Ste. 425 | Gateway\|Building | Braniff Building | 222 N. Detroit Ave. |
| Dallas, TX 75201 | 3663 North Sam Houston Parkway East | 324 N. Robinson, Suite 100 | Suite 600 |
| direct line:214.420.2142 | Suite 600 | Oklahoma City, OK 73102 | Tulsa, OK 74120 |
|  | Houston, TX 77032 |  |  |

vickie.driver@crowedunlevy.com
v-card   bio   website

---

**From:** Paterson, Paul <ppaterson@paulweiss.com>
**Date:** Friday, May 3, 2024 at 11:02 AM
**To:** Vickie Driver <vickie.driver@crowedunlevy.com>, Annie Catmull <aecatmull@o-w-law.com>, Sara Brauner <sbrauner@akingump.com>, Porter, Katherine <kporter@akingump.com>, Avi Moshenberg <avi.moshenberg@lmbusinesslaw.com>, Hardy, Jennifer <jhardy2@willkie.com>, Martin, Jarrod B. <Jarrod.Martin@chamberlainlaw.com>, Liz Freeman <liz@lizfreemanlaw.com>
**Cc:** Kimpler, Kyle <kkimpler@paulweiss.com>, Robinson, Vida <ViRobinson@paulweiss.com>, GRP-PW-JONESBK <GRP-PW-JONESBK@paulweiss.com>
**Subject:** RE: depositions of FSS - Re: Jones/FSS - Deposition Notices and Requests for Production of Documents

**ALERT:** Email contains attachments from external sender.   Be cautious.

Vickie,

Thanks for the call just now.  As discussed, we have agreed to hold all of the plan confirmation deadlines in abeyance.

Paul

**Paul Paterson** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3581 (Direct Phone)
ppaterson@paulweiss.com | www.paulweiss.com

1