*Form M-200*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:                             Case No. 22-60043
FREE SPEECH SYSTEMS
LLC                           (Chapter 11)
        **Debtor(s)**

**MOTION FOR RELIEF FROM THE STAY 1AND CO-DEBTOR STAY, IF APPLICABLE! REGARDING**
**EXEMPT PROPERTY**

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NOT LATER THAN <u>AUGUST 9,</u> 2023 AND YOU MUST ATTEND THE HEARING.**

**THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN 7 DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON AUGUST 24, 2023 AT 10:00 A.M. IN COURTROOM <u>4tH, 515 Rusk, luumen. TX 77002.</u>**

1. This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to foreclose on or to repossess the property that is identified in paragraph 3.

2. Mtwara: <u>Ally Bank</u>

3. Movant, directly or as agent for the holder, holds a security interest in <u>2020 Chevrolet Tahoe Utility 4D LT</u> 4WD <u>5.3L V8, VIN # 1GNSKBKCXLR288493.</u>

4. Movant has reviewed the schedules filed in this case. The property described in paragraph 3 is claimed as exempt by the debtor. Movant does not contest the claimed exemption.

5. Type of collateral (e.g., Horne, Manufactured Home, Car, Truck, Motorcycle): <u>Automobile.</u>

6. Debtor's scheduled value of property: N/A.

7. Movant's estimated value of property: <u>$47,425.00.</u>

8. Total amount owed to movant: <u>**$51,668.54.**</u>

9. Estimated equity (paragraph 7 minus paragraph 8): $ _

10. Total pre and post-petition arrearages: $20,843.44.

11. Total post-petition arrearages: <u>$17,031.07.</u>

12. _____ Amount of unpaid, past due property taxes, if applicable: $ _____

13. Expiration date on insurance policy, if applicable: _____

14. _____✓_____.  Movant seeks relief based on the debtor(s)' failure to make payments. Debtor's)' payment history is attached as exhibit "D." Movant represents that the attached payment history is a current payment history reflecting all payments, advances, charges and credits from the beginning of the loan. Movant further represents that the payment history is self-explanatory or can be interpreted by application of coding information that is also attached. Movant acknowledges that the Court may prohibit the use of parole evidence to interpret a payment history that does not satisfy these representations.

15. _____✓_____.  Movant seeks relief based on the debtor(s)' failure to provide a certificate of insurance reflecting insurance coverage as required under the debtor's pre-petition contracts.

16. If applicable: Name of Co-Debtor: _____

17, Based on the foregoing, movant seeks termination of the automatic stay [and the co-debtor stay, if applicable] to allow movant to foreclose or repossess the debtor(s)' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 9.

l& Movant certifies-that prior to. Ming- this motion an attempt was Made" to confer with the- Debturtel cuonst.4 (or with Debtor(s), if *pro se)* either by telephone, by e-mail or by facsimile, by the following person on the following date and time:  April 25, 2023 via email to Raymond William Battaglia, and via telephone to Kyung Shik Lee.

_____ . An agreement could not be reached. If requested by debtor or debtor's counsel, a payment history in the form attached to this motion was provided at least two days, excluding intermediate weekends and holidays, before this motion was filed.

*s/* **Patrick M. Lynch**
**Movant's counsel signature**
**Name: Patrick M, Lvnch**
**State Bar No.: #24065655**
**S.D. Tex. Bar No.:**
**Address: 2001 Bryan St., Suite 1800, Dallas, TX 75201**
**Telephone: 4214) 880-1864**
**Fax: (214)871- 2111**
**E-mail: plynchialslwm.com**

### _Certificate_ of Service

I certify that on July 26 2023, I caused to be served a true and correct copy of the foregoing Motion for Relief from stay by electronic mail or by first class mail with postage prepaid on the following:

Raymond William Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio,, TX 78218
rbattaglia@outlook.com

Melissa A Haselden
Haselden Farrow PLLC
Pennzoil Place
700 Milam
Suite 130.4
Houston, TX 77002

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 1516-
Houston, TX 77002

_Via US Mail:_
Free Speech Systems LLC
3019 Alvin Devane Blvd, STE 300
Austin, TX 78741

Official Committee of Unsecured
Creditors  Alexander E. Jones
c/o Marty L. Brimmage, Jr.
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201

Christopher Hopkins
PAUL, WEISS, RIFKIND, WHARTON
GARRISON LLP
1285 Avenue of the Americas
New- York, NY 10919-064

Walter T. Cicack
HAWASH CICACK & GASTON LLP
3401 Allen Parkway, Suite 200
Houston, Texas 77019

_Via US Mail:_
Elyse M. Farrow
State Bar No. 24062719
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002

Ryan E. Chapple
State Bar No. 24036354
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701

Rachel C. Strickland
Stuart R. Lombardi
Ciara A. Sisco (pro hac vice motion pending)
WILLKIE FARR '& GALLAGHER LLP'
787 Seventh Avenue
New York, New York 10019_

Jennifer J. Hardy (Texas Bar No.
24096068) WILLKIE FARR & GALLAGHER
LLP 600 Travis Street
Houston, Texas 77002-

Kyle J. Kimpler
Alexander Woolverton
Martip Salvucci
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP 1285 Avenue of the Americas New
York, NY 10019.6064

AKIN GUMP STRAUSS HAUER & FELD LLP
Nicholas R. Lombardi
State Bar No. 2412302}
2300 N. Field Street, Suite 1800
Dallas, TX 75201

DELIA GARZA
Travis County Attorney
P.O. Box 1748
Austin, TX 78167

Kyung S. Lee
Shannon & Lee LLP
Pennzoil Place-13th Floor
700 Milam
Houston, Texas 77002

Avi Moshenberg
Texas Bar No. 240835'32
1001 Fannin Street
Suite 2700 •
Houston, TX 77002

Jarrod B. Martin
Texas Bar No. 24070221
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002

Randy W. Williams
State Bar No. 21566850
BYMAN & ASSOCIATES PLLC
7924 Broadway, Suite 104
Pearland, Texas 77581

Bradley J. Reeves
State Bar No. 24068266
REEVES LAW, PLLC
702 Rio Grande St., Suite 203
Austin, Texas 78701

John Malone
SBOT #128742000
5400 Bosque Blvd., Ste 308
Waco; Texas 767 141

R Shannon
Shannon & Lee LLP
Pennzoil Place-13th Floor
700 Milam
Houston, Texas 77002

Stephen A. Roberts
Stephen 1⁴... Roberts, PC,
1400 Marshall Ln
Austin, TX 78703

Christopher L Dylla
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Shelby A. Jordan
State Bar # 11016700
JORDAN & ORTIZ, P.C.
500 North Shoreline Blvd, Suite 900
Corpus Christi, Texas 78401

<u>is/ Patrick M, Lynch</u>
Patrick M. Lynch