IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ALEXANDER E. JONES<br><br>Debtor. | § <br> § <br> § Case No. 22-33553 <br> § (Chapter 11) <br> § <br> § |

**ORDER APPROVING THE FINAL FEE APPLICATION OF THE REYNAL LAW FIRM, P.C., AS COUNSEL FOR DEBTOR FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 8, 2023, THROUGH JUNE 6, 2024.**
**[Relates to ECF # ___]**

On this day, came on for consideration the Final Fee Application for Allowance of Compensation for Services and Reimbursement of Expenses (the "Final Fee Application"), filed by The Reynal Law Firm, P.C. (the "Applicant"), in the capacity as litigation counsel for the chapter 11 debtor. The Court has reviewed the Final Fee Application requesting the allowance of compensation for services rendered and reimbursement for expenses. It appears that notice of the Final Fee Application has been given to all creditors and those parties requesting notice, no objections have been filed, and it further appears that all of the services rendered and costs advanced by the Applicant on behalf of Debtor, as outlined in the Application, were reasonable, actual and necessary; it is, therefore,

ORDERED that:

1. The Final Fee Application is approved.

2. The Court authorizes Applicant to apply the $50,000 retainer to the $81,933.25 due, and further authorizes the Debtor to pay the net balance of $31,933.25 to Applicant.

_____
UNITED STATES BANKRUPTCY JUDGE