### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|                            |   |                           |
|----------------------------|---|---------------------------|
| IN RE:                     | § |                           |
|                            | § | **CASE NO. 22-60043**     |
|                            | § | **Chapter 11 (Subchapter V)** |
| **FREE SPEECH SYSTEMS, LLC** | § |                           |
|                            | § |                           |
| **DEBTOR.**                | § |                           |

### CERTIFICATE OF NO OBJECTION
(Relates to Docket No.664,665)

On July 10, 2022, Melissa A. Haselden, Subchapter V trustee in the captioned case, filed a FIRST INTERIM APPLICATION OF MELISSA A. HASELDEN, SUBCHAPTER V TRUSTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES ("**Application**")[Docket No. 664] and Notice of Filing the Application ("**Notice**")[Docket No. 665] and the Notice was served on the Master Service List, as evidenced by the Unsworn Declaration of Mailing [Docket No. 666]. I certify that no objections have been made to or filed in connection with the Application or Notice.

DATED: August 3, 2023

Respectfully submitted,

**HASELDEN FARROW PLLC**

By: */s/ Melissa A. Haselden*
MELISSA A. HASELDEN
State Bar No. 00794778
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
Email: mhaselden@haseldenfarrow.com
*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, a copy of the foregoing *Certificate of No Objection* has been served via through the ECF system to the parties listed below.

**22-60043      Notice      will      be      electronically      mailed      to:**

Raymond   William   Battaglia   on   behalf   of   Debtor   Free   Speech   Systems   LLC
rbattaglialaw@outlook.com,                                        rwbresolve@gmail.com

Raymond   William   Battaglia   on   behalf   of   Interested   Party   Alex   E   Jones
rbattaglialaw@outlook.com,                                        rwbresolve@gmail.com

Raymond   William   Battaglia   on   behalf   of   Plaintiff   Free   Speech   Systems   LLC
rbattaglialaw@outlook.com,                                        rwbresolve@gmail.com

Joseph   S.U.   Bodoff   on   behalf   of   Creditor   ADP   TotalSource,   Inc.
jbodoff@rubinrudman.com

Marty L Brimmage on behalf of Creditor Committee Official Committee Of Unsecured Creditors
mbrimmage@akingump.com,
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage on behalf of Creditor Committee Official Committee of Unsecured Creditors
of                                    Alexander                   E.                        Jones
mbrimmage@akingump.com,
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty   L   Brimmage   on   behalf   of   Creditor   David   Wheeler,   et   al.
mbrimmage@akingump.com,
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty   L   Brimmage   on   behalf   of   Creditor   Leonard   Pozner
mbrimmage@akingump.com,
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty   L   Brimmage   on   behalf   of   Creditor   Marcel   Fontaine
mbrimmage@akingump.com,
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty   L   Brimmage   on   behalf   of   Creditor   Neil   Heslin
mbrimmage@akingump.com,

lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage on behalf of Creditor Scarlett Lewis
mbrimmage@akingump.com,
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage on behalf of Creditor Veronique De La Rosa
mbrimmage@akingump.com,
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Ryan E Chapple on behalf of Creditor Carlee Soto Parisi
rchapple@cstrial.com,                                    aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor Carlos M. Soto
rchapple@cstrial.com,                                    aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor David Wheeler
rchapple@cstrial.com,                                    aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor David Wheeler, et al.
rchapple@cstrial.com,                                    aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor Donna Soto
rchapple@cstrial.com,                                    aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor Francine Wheeler
rchapple@cstrial.com,                                    aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor Ian Hockley
rchapple@cstrial.com,                                    aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor Jacqueline Barden
rchapple@cstrial.com,                                    aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor Jennifer Hensel
rchapple@cstrial.com,                                    aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor Jillian Soto-Marino
rchapple@cstrial.com,                                    aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor Leonard Pozner
rchapple@cstrial.com,                                    aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Creditor      Marcel      Fontaine
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Creditor      Mark      Barden
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Creditor      Neil      Heslin
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Creditor      Nicole      Hockley
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Creditor      Richard      M.      Coan
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Creditor      Robert      Parker
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Creditor      Scarlett      Lewis
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Creditor      Veronique      De      La      Rosa
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Creditor      William      Aldenberg
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Creditor      William      Sherlach
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Plaintiff      Carlee      Soto-Parisi
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Plaintiff      Carlos      M.      Soto
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Plaintiff      David      Wheeler
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Plaintiff      Donna      Soto
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Plaintiff      Francine      Wheeler
rchapple@cstrial.com,                                                 aprentice@cstrial.com

Ryan      E      Chapple      on      behalf      of      Plaintiff      Ian      Hockley

rchapple@cstrial.com,                                                                                    aprentice@cstrial.com

Ryan     E     Chapple     on     behalf     of     Plaintiff     Jacqueline     Barden
rchapple@cstrial.com,                                                                                    aprentice@cstrial.com

Ryan     E     Chapple     on     behalf     of     Plaintiff     Jennifer     Hensel
rchapple@cstrial.com,                                                                                    aprentice@cstrial.com

Ryan     E     Chapple     on     behalf     of     Plaintiff     Jillian     Soto     Marino
rchapple@cstrial.com,                                                                                    aprentice@cstrial.com

Ryan     E     Chapple     on     behalf     of     Plaintiff     Mark     Barden
rchapple@cstrial.com,                                                                                    aprentice@cstrial.com

Ryan     E     Chapple     on     behalf     of     Plaintiff     Nicole     Hockley
rchapple@cstrial.com,                                                                                    aprentice@cstrial.com

Ryan     E     Chapple     on     behalf     of     Plaintiff     Richard     M.     Coan
rchapple@cstrial.com,                                                                                    aprentice@cstrial.com

Ryan     E     Chapple     on     behalf     of     Plaintiff     Robert     Parker
rchapple@cstrial.com,                                                                                    aprentice@cstrial.com

Ryan     E     Chapple     on     behalf     of     Plaintiff     William     Sherlach
rchapple@cstrial.com,                                                                                    aprentice@cstrial.com

Ryan     E     Chapple     on     behalf     of     Plaintiff     Wlliam     Aldenberg
rchapple@cstrial.com,                                                                                    aprentice@cstrial.com

Walter   J   Cicack   on   behalf   of   Interested   Party   Sweetwater   Holdings   Group,   Inc.
wcicack@hcgllp.com,                                                                                      mallen@hcgllp.com

Walter   J   Cicack   on   behalf   of   Respondent   Cicack   Holdings,   LLC
wcicack@hcgllp.com,                                                                                      mallen@hcgllp.com

Walter   J   Cicack   on   behalf   of   Witness   Charles   "Charlie"   Cicack
wcicack@hcgllp.com,                                                                                      mallen@hcgllp.com

Vickie   L   Driver   on   behalf   of   Interested   Party   Alex   E   Jones
Vickie.Driver@crowedunlevy.com,   elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Christopher Dylla on behalf of Creditor Texas Comptroller of Public Accounts, Revenue
Accounting                                                                                               Division
Christopher.Dylla@azag.gov

Elyse     M     Farrow     on     behalf     of     Trustee     Melissa     A     Haselden

EFarrow@HaseldenFarrow.com,                                    elysefarrow@gmail.com

Elizabeth    Carol    Freeman    on    behalf    of    Trustee    Melissa    A    Haselden
liz@lizfreemanlaw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Jennifer    Jaye    Hardy    on    behalf    of    Creditor    Leonard    Pozner
jhardy2@willkie.com,                                              mao@willkie.com

Jennifer    Jaye    Hardy    on    behalf    of    Creditor    Marcel    Fontaine
jhardy2@willkie.com,                                              mao@willkie.com

Jennifer    Jaye    Hardy    on    behalf    of    Creditor    Neil    Heslin
jhardy2@willkie.com,                                              mao@willkie.com

Jennifer    Jaye    Hardy    on    behalf    of    Creditor    Scarlett    Lewis
jhardy2@willkie.com,                                              mao@willkie.com

Jennifer    Jaye    Hardy    on    behalf    of    Creditor    Veronique    De    La    Rosa
jhardy2@willkie.com,                                              mao@willkie.com

Jennifer    Jaye    Hardy    on    behalf    of    Plaintiff    Estate    of    Marcel    Fontaine
jhardy2@willkie.com,                                              mao@willkie.com

Jennifer    Jaye    Hardy    on    behalf    of    Plaintiff    Leonard    Pozner
jhardy2@willkie.com,                                              mao@willkie.com

Jennifer    Jaye    Hardy    on    behalf    of    Plaintiff    Neil    Heslin
jhardy2@willkie.com,                                              mao@willkie.com

Jennifer    Jaye    Hardy    on    behalf    of    Plaintiff    Scarlett    Lewis
jhardy2@willkie.com,                                              mao@willkie.com

Jennifer    Jaye    Hardy    on    behalf    of    Plaintiff    Veronique    De    La    Rosa
jhardy2@willkie.com,                                              mao@willkie.com

Melissa                              A                              Haselden
mhaselden@haseldenfarrow.com,
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367
@notify.bestcase.com

Melissa    Anne    Haselden    on    behalf    of    Trustee    Melissa    A    Haselden
mhaselden@haseldenfarrow.com,
haseldenbankruptcy@gmail.com,haselden.melissaa.r104367@notify.bestcase.com

Shelby    A    Jordan    on    behalf    of    Defendant    Alexander    E.    Jones

cmadden@jhwclaw.com

Shelby A Jordan on behalf of Interested Party Alex E Jones
cmadden@jhwclaw.com

Shelby A Jordan on behalf of Interested Party Shelby A Jordan
cmadden@jhwclaw.com

Kyung Shik Lee on behalf of Attorney Kyung Shik Lee
kslee50@gmail.com,                                         Courtnotices@kasowitz.com

Kyung Shik Lee on behalf of Debtor Free Speech Systems LLC
kslee50@gmail.com,                                         Courtnotices@kasowitz.com

Stephen Wayne Lemmon on behalf of Creditor PQPR Holdings Limited, LLC
lemmon@slollp.com,                                              mates@slollp.com

Stephen Wayne Lemmon on behalf of Defendant PLJR HOLDINGS LIMITED, LLC
lemmon@slollp.com,                                              mates@slollp.com

Stephen Wayne Lemmon on behalf of Defendant PLJR HOLDINGS, LLC
lemmon@slollp.com,                                              mates@slollp.com

Stephen Wayne Lemmon on behalf of Defendant PQPR HOLDINGS LIMITED, LLC
lemmon@slollp.com,                                              mates@slollp.com

Patrick Michael Lynch on behalf of Creditor Ally Bank
plynch@qslwm.com,                                            jtownzen@qslwm.com

John D Malone on behalf of Creditor Security Bank of Crawford
myra@johnmalonepc.com,                                    myra@johnmalonepc.com

Jarrod B. Martin on behalf of Creditor Leonard Pozner
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Creditor Marcel Fontaine
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Creditor Neil Heslin
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin on behalf of Creditor Scarlett Lewis
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlai
nlaw.com

Jarrod B. Martin on behalf of Creditor Veronique De La Rosa
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlai
nlaw.com

Jarrod B. Martin on behalf of Plaintiff Estate of Marcel Fontaine
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlai
nlaw.com

Jarrod B. Martin on behalf of Plaintiff Leonard Pozner
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlai
nlaw.com

Jarrod B. Martin on behalf of Plaintiff Marcel Fontaine
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlai
nlaw.com

Jarrod B. Martin on behalf of Plaintiff Neil Heslin
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlai
nlaw.com

Jarrod B. Martin on behalf of Plaintiff Scarlett Lewis
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlai
nlaw.com

Jarrod B. Martin on behalf of Plaintiff Veronique De La Rosa
jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlai
nlaw.com

Avi Moshenberg on behalf of Creditor Leonard Pozner
avi.moshenberg@mhllp.com,                    patricia.flores@mhllp.com

Avi Moshenberg on behalf of Creditor Marcel Fontaine
avi.moshenberg@mhllp.com,                    patricia.flores@mhllp.com

8

Avi        Moshenberg        on        behalf        of        Creditor        Neil        Heslin
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Creditor        Scarlett        Lewis
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Creditor        Veronique        De        La        Rosa
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Plaintiff        Estate        of        Marcel        Fontaine
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Plaintiff        Leonard        Pozner
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Plaintiff        Leonard        Pozner
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Plaintiff        Marcel        Fontaine
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Plaintiff        Neil        Heslin
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Plaintiff        Neil        Heslin
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Plaintiff        Scarlett        Lewis
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Plaintiff        Scarlett        Lewis
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Plaintiff        Veronique        De        La        Rosa
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Avi        Moshenberg        on        behalf        of        Plaintiff        Veronique        De        La        Rosa
avi.moshenberg@mhllp.com,                                              patricia.flores@mhllp.com

Ha        Minh        Nguyen        on        behalf        of        U.S.        Trustee        US        Trustee
ha.nguyen@usdoj.gov

Johnie        J        Patterson        on        behalf        of        Creditor        Elevated        Solutions        Group,        LLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Bradley J. Reeves on behalf of Creditor Reeves Law, PLLC
bradley.reeves@pillsburylaw.com

Federico Andino Reynal on behalf of Defendant AEJ HOLDINGS, LLC
areynal@frlaw.us

Federico Andino Reynal on behalf of Defendant AEJ TRUST 2018
areynal@frlaw.us

Federico Andino Reynal on behalf of Defendant Free Speech Systems, LLC
areynal@frlaw.us

Federico Andino Reynal on behalf of Defendant Alex E. Jones
areynal@frlaw.us

Michael P Ridulfo on behalf of Other Prof. Schwartz Associates, LLC
mridulfo@krcl.com,                                                     rcoles@krcl.com

Michael P Ridulfo on behalf of Other Prof. Schwartz and Associates, LLC
mridulfo@krcl.com,                                                     rcoles@krcl.com

Michael P Ridulfo on behalf of Other Prof. Marc Schwartz
mridulfo@krcl.com,                                                     rcoles@krcl.com

Michael P Ridulfo on behalf of Other Prof. W. Marc Schwartz
mridulfo@krcl.com,                                                     rcoles@krcl.com

Stephen A Roberts on behalf of Interested Party David Ross Jones
sroberts@srobertslawfirm.com,                       1222805420@filings.docketbird.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

R. J. Shannon on behalf of Attorney Shannon & Lee LLP
rshannon@shannonpllc.com,
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon on behalf of Debtor Free Speech Systems LLC
rshannon@shannonpllc.com,
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Jason Starks on behalf of Creditor Travis County
bkecf@traviscountytx.gov

Christina Walton Stephenson on behalf of Debtor Free Speech Systems LLC
Crissie.Stephenson@crowedunlevy.com,

elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Christina   Walton   Stephenson   on   behalf   of   Interested   Party   Alex   E   Jones
Crissie.Stephenson@crowedunlevy.com,
elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

US                                                                                                      Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Kimberly  A  Walsh  on  behalf  of  Creditor  Texas  Comptroller  of  Public  Accounts,  Revenue
Accounting                                                                                          Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

*/s/ Melissa A. Haselden*
Melissa A. Haselden