United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 03, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 22-60043 |
| **FREE SPEECH SYSTEMS, LLC** | § § | |
| | § | CHAPTER 11 |
| DEBTOR. | § § | |
| | § | (Subchapter V) |

**ORDER ON FIRST INTERIM APPLICATION OF MELISSA A. HASELDEN AND HASELDEN FARROW, PLLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE TO THE DEBTOR FOR THE PERIOD FROM AUGUST 2, 2022 TO JUNE 30, 2023**

(Relates to Docket No. 664)

On this day, came on for consideration the First Interim Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Subchapter V Trustee (the "**Application**"), filed by Melissa A. Haselden and Haselden Farrow, PLLC ("**Trustee**"), in her capacity as Subchapter V Trustee for Free Speech Systems, LLC (the "**Debtor**"), in the above captioned proceeding, for the period from August 2, 2022 to June 30, 2023. The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered, and costs advanced by the Trustee on behalf of the Debtor, as set out in the Application, were reasonable, actual and necessary. Accordingly, it is, therefore, ORDERED that

1. The Application is APPROVED.

2. The Court approves compensation to Subchapter V Trustee Melissa A. Haselden and Haselden Farrow, PLLC in the amount of $376,585.00 for fees, $9,334.82 in expenses, and $2,750.00 for reimbursement for the preparation, prosecution and service of this application for a total of $388,669.82.

3. The Court approves the interim payments to Trustee under the Fee Procedures Order[1] in the aggregate amount of $280,129.72.

4. The Court further authorizes Trustee to apply $39,500.00 held in trust to the outstanding fees and expenses approved herein and requires payment of the remaining balance of

---

[1] Capitalized terms not otherwise defined have the meaning ascribed in the Application.

$69,040.10 to be paid by the Debtor from first available funds and payable to Haselden Farrow, PLLC.

Signed: August 03, 2023

_____
Christopher Lopez
United States Bankruptcy Judge