**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Free Speech Systems LLC<br>Debtor | Case No.: 22−60043<br>Chapter: 11 |

### NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E−Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at http://www.txs.uscourts.gov.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at http://www.txs.uscourts.gov or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-60043-cml |
| Free Speech Systems LLC | Chapter 11 |
| Official Committee of Unsecured Creditor | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 7 |
| Date Rcvd: Aug 01, 2023 | Form ID: ntctran | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Free Speech Systems LLC, 3019 Alvin Devane Blvd. STE 300, Austin, TX 78741-7417 |
| aty | | Kyung Shik Lee, Shannon & Lee LLP, Pennzoil Place-Suite 1300, HOUSTON, TX 77027, UNITED STATES |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Shannon & Lee LLP, 700 Milam Street, STE 1300, Houston, TX 77002-2736 |
| intp | + | Alex E Jones, c/o Jordan & Ortiz PC, 500 N Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |
| cr | + | Ally Bank, c/o Quilling, Selander, et al, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | #+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX 77002-6774 |
| cr | #+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| crcm | + | Official Committee of Unsecured Creditors of Alexa, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Ste. 203, Austin, TX 78701-2720 |
| cr | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | #+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| cr | + | Security Bank of Crawford, P.O. BOx 90, Crawford, Tx 76638-0090 |
| cr | #+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2023 20:00:37 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| crcm | + | Email/Text: mbrimmage@akingump.com | Aug 01 2023 19:58:00 | Official Committee of Unsecured Creditors of Alexa, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | Aug 01 2023 19:58:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | ^ | MEBN | Aug 01 2023 19:53:43 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Aug 01 2023 19:58:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 5

District/off: 0541-4                           User: ADIuser                              Page 2 of 7
Date Rcvd: Aug 01, 2023                        Form ID: ntctran                           Total Noticed: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | ADP TotalSource, Inc. |
| wit | | Charles "Charlie" Cicack |
| res | | Cicack Holdings, LLC |
| intp | | David Ross Jones |
| op | | Marc Schwartz |
| op | | Marc Schwartz |
| op | | Schwartz Associates, LLC |
| op | | Schwartz and Associates, LLC |
| intp | | Shelby A Jordan |
| intp | | Sweetwater Holdings Group, Inc. |
| op | | W. Marc Schwartz |

TOTAL: 12 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2023                             Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | |

|  |  |
|---|---|
|  | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | |
|  | on behalf of Plaintiff Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Bradley J. Reeves | |
|  | on behalf of Creditor Reeves Law  PLLC bradley.reeves@pillsburylaw.com |
| Christina Walton Stephenson | |
|  | on behalf of Debtor Free Speech Systems LLC Crissie.Stephenson@crowedunlevy.com  elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Christina Walton Stephenson | |
|  | on behalf of Interested Party Alex E Jones Crissie.Stephenson@crowedunlevy.com  elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Christopher Dylla | |
|  | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division Christopher.Dylla@azag.gov |
| Elizabeth Carol Freeman | |
|  | on behalf of Trustee Melissa A Haselden liz@lizfreemanlaw.com  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |
| Elyse M Farrow | |
|  | on behalf of Trustee Melissa A Haselden EFarrow@HaseldenFarrow.com  elysefarrow@gmail.com |
| Federico Andino Reynal | |
|  | on behalf of Defendant Free Speech Systems  LLC areynal@frlaw.us |
| Federico Andino Reynal | |
|  | on behalf of Defendant Alex E. Jones areynal@frlaw.us |
| Federico Andino Reynal | |
|  | on behalf of Defendant AEJ HOLDINGS  LLC areynal@frlaw.us |
| Federico Andino Reynal | |
|  | on behalf of Defendant AEJ TRUST 2018 areynal@frlaw.us |
| Ha Minh Nguyen | |
|  | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Jarrod B. Martin | |
|  | on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
|  | on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
|  | on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
|  | on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
|  | on behalf of Plaintiff Estate of Marcel Fontaine jarrod.martin@chamberlainlaw.com  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
|  | on behalf of Plaintiff Marcel Fontaine jarrod.martin@chamberlainlaw.com  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
|  | on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
|  | on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
|  | on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
|  | on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com  Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jarrod B. Martin | |
|  | on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com |

| | |
|---|---|
| | Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jason Starks | |
| | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Jayson B. Ruff | |
| | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jennifer Jaye Hardy | |
| | on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Plaintiff Neil Heslin jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com  mao@willkie.com |
| Jennifer Jaye Hardy | |
| | on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com  mao@willkie.com |
| John D Malone | |
| | on behalf of Creditor Security Bank of Crawford myra@johnmalonepc.com  myra@johnmalonepc.com |
| Johnie J Patterson | |
| | on behalf of Creditor Elevated Solutions Group  LLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com |
| Joseph S.U. Bodoff | |
| | on behalf of Creditor ADP TotalSource  Inc. jbodoff@rubinrudman.com |
| Kimberly A Walsh | |
| | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Kyung Shik Lee | |
| | on behalf of Attorney Kyung Shik Lee kslee50@gmail.com  Courtnotices@kasowitz.com |
| Kyung Shik Lee | |
| | on behalf of Debtor Free Speech Systems LLC kslee50@gmail.com  Courtnotices@kasowitz.com |
| Marty L Brimmage | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alexander E. Jones mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Neil Heslin mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 7 |
| Date Rcvd: Aug 01, 2023 | Form ID: ntctran | Total Noticed: 21 |

|  |  |
|---|---|
| | on behalf of Creditor David Wheeler  et al. mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Leonard Pozner mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Melissa A Haselden | |
| | mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com |
| Melissa Anne Haselden | |
| | on behalf of Trustee Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcy@gmail.com,haselden.melissaa.r104367@notify.bestcase.com |
| Michael P Ridulfo | |
| | on behalf of Other Prof. W. Marc Schwartz mridulfo@krcl.com  rcoles@krcl.com |
| Michael P Ridulfo | |
| | on behalf of Other Prof. Schwartz Associates  LLC mridulfo@krcl.com, rcoles@krcl.com |
| Michael P Ridulfo | |
| | on behalf of Other Prof. Schwartz and Associates  LLC mridulfo@krcl.com, rcoles@krcl.com |
| Michael P Ridulfo | |
| | on behalf of Other Prof. Marc Schwartz mridulfo@krcl.com  rcoles@krcl.com |
| Patrick Michael Lynch | |
| | on behalf of Creditor Ally Bank plynch@qslwm.com  jtownzen@qslwm.com |
| R. J. Shannon | |
| | on behalf of Debtor Free Speech Systems LLC rshannon@shannonpllc.com rshannon@shannonleellp.com;7044075420@filings.docketbird.com |
| R. J. Shannon | |
| | on behalf of Attorney Shannon & Lee LLP rshannon@shannonpllc.com rshannon@shannonleellp.com;7044075420@filings.docketbird.com |
| Raymond William Battaglia | |
| | on behalf of Interested Party Alex E Jones rbattaglialaw@outlook.com  rwbresolve@gmail.com |
| Raymond William Battaglia | |
| | on behalf of Debtor Free Speech Systems LLC rbattaglialaw@outlook.com  rwbresolve@gmail.com |
| Raymond William Battaglia | |
| | on behalf of Plaintiff Free Speech Systems LLC rbattaglialaw@outlook.com  rwbresolve@gmail.com |
| Ryan E Chapple | |
| | on behalf of Creditor Richard M. Coan rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff David Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Scarlett Lewis rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Neil Heslin rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Marcel Fontaine rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff Wlliam Aldenberg rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor William Aldenberg rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Mark Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff William Sherlach rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Donna Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Creditor Robert Parker rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | |
| | on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com  aprentice@cstrial.com |

District/off: 0541-4 | User: ADIuser | Page 6 of 7
Date Rcvd: Aug 01, 2023 | Form ID: ntctran | Total Noticed: 21

| | |
|---|---|
| Ryan E Chapple | on behalf of Creditor William Sherlach rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jacqueline Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor David Wheeler  et al. rchapple@cstrial.com, aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor David Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Robert Parker rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Veronique De La Rosa rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlos M. Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Leonard Pozner rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Nicole Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Mark Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Donna Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Shelby A Jordan | on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com |
| Shelby A Jordan | on behalf of Interested Party Alex E Jones cmadden@jhwclaw.com |
| Shelby A Jordan | on behalf of Interested Party Shelby A Jordan cmadden@jhwclaw.com |
| Stephen A Roberts | on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com  1222805420@filings.docketbird.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 7 |
| Date Rcvd: Aug 01, 2023 | Form ID: ntctran | Total Noticed: 21 |

Stephen Wayne Lemmon
　　　　　　　　on behalf of Defendant PLJR HOLDINGS  LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
　　　　　　　　on behalf of Defendant PQPR HOLDINGS LIMITED  LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
　　　　　　　　on behalf of Creditor PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
　　　　　　　　on behalf of Defendant PLJR HOLDINGS LIMITED  LLC lemmon@slollp.com, mates@slollp.com

US Trustee
　　　　　　　　USTPRegion07.HU.ECF@USDOJ.GOV

Vickie L Driver
　　　　　　　　on behalf of Interested Party Alex E Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Walter J Cicack
　　　　　　　　on behalf of Respondent Cicack Holdings  LLC wcicack@hcgllp.com, mallen@hcgllp.com

Walter J Cicack
　　　　　　　　on behalf of Witness Charles "Charlie" Cicack wcicack@hcgllp.com  mallen@hcgllp.com

Walter J Cicack
　　　　　　　　on behalf of Interested Party Sweetwater Holdings Group  Inc. wcicack@hcgllp.com, mallen@hcgllp.com

TOTAL: 120