# AJ - 7

```
 1                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF TEXAS
 2                          HOUSTON DIVISION

 3                                      )  CASE NO: 22-60043-cml
     FREE SPEECH SYSTEMS LLC,           )  Houston, Texas
 4                                      )
          Debtor.                       )  Tuesday, May 21, 2024
 5                                      )  1:00 PM to 1:45 PM
     -------------------------------)
 6                                      )  CASE NO: 22-33553-cml
     ALEXANDER E. JONES,                )
 7                                      )
          Debtor.                       )
 8   -------------------------------)

 9                                TRIAL

10           BEFORE THE HONORABLE CHRISTOPHER M. LOPEZ
                  UNITED STATES BANKRUPTCY JUDGE
11

12   APPEARANCES:

13   For Free Speech:          ANNIE CATMULL
                               O'ConnorWechsler PLLC
14                             4400 Post Oak Parkway, Suite 2360
                               Houston, Texas 77027
15
     For Alex E. Jones:        VICKIE L. DRIVER
16                             Crowe & Dunlevy PC
                               2525 McKinnon Street, Suite 425
17                             Dallas, TX 75201

18   For Texas Plaintiffs:     JENNIFER J. HARDY
                               AVI MOSHENBERG
19                             JARROD MARTIN
                               Willkie Farr & Gallagher LLP
20                             600 Travis Street
                               Houston, TX 77002
21
     For PQPR Holdings         STEPHEN WAYNE LEMMON
22   Limited, LLC:             Streusand Landon Ozburn Lemmon LLP
                               1801 S. Mopac Expressway, Suite 320
23                             Austin, TX 78746

24

25
```

```
 1    For Elevated Solutions      JOHNIE J. PATTERSON
      Group:                      Walker & Patterson, PC
 2                                P.O. Box 61301
                                  Houston, TX 77208
 3
      For Melissa Haselden:       ELIZABETH CAROL FREEMAN
 4                                The Law Office of Liz Freeman
                                  PO Box 61209
 5                                Houston, TX 77208-1209

 6    For Connecticut             KYLE J. KIMPLER
      Plaintiffs:                 Paul, Weiss, Rifkind, Wharton &
 7                                Garrison LLP
                                  1285 Avenue of the Americas
 8                                New York, NY 10019

 9    For CMC Consulting:         WALTER CICACK
                                  Hawash Cicack & Gaston LLP
10                                711 W. Alabama Street
                                  Houston, TX 77006
11
      For Committee:              SARA BRAUNER
12                                KATHERINE PORTER
                                  Akin Gump Strauss Hauer & Feld LLP
13                                23 N. Field Street
                                  Dallas, TX 75201
14
      For the U.S. Trustee:       JAYSON RUFF
15                                Office of the United States Trustee
                                  515 Rusk Street, Suite 3516
16                                Houston, TX 77002

17    Court Reporter:             Unknown

18    Courtroom Deputy:           Unknown

19    Transcribed by:             Veritext Legal Solutions
                                  330 Old Country Road, Suite 300
20                                Mineola, NY 11501
                                  Tel: 800-727-6396
21

22

23

24    Proceedings recorded by electronic sound recording;
      Transcript produced by transcription service.
25
```

1    case with the exception of the ESG.  I think the ESG, I read
2    the response, Mr. Patterson.  You don't need to respond to
3    that.  I saw that you had to file it.  That wasn't a
4    response.  I think, I think what -- that, I can address,
5    that seems like an easy answer in that case.  And I saw Mr.
6    Cicack filed a motion for an interpleader.  That matter
7    should be resolved, but I'll make the call on that and I
8    don't -- that one won't be hard for me at all based upon
9    what I'm reading.  I think I can keep that one, but I think
10   Free Speech is a Subchapter V case.  It has been pending for
11   two years.
12          Subchapter V is far different than Chapter 11.
13   That case is either going to be confirmed on the 14th or I'm
14   going to dismiss it.  I'm not converting that case.  That
15   case is not, in my mind, -- and people can try to convince
16   me otherwise -- it's time, it's just time.  And you all are
17   going to have to let me know what you're going to do.  But
18   this case, we would just be keeping a case open for the sake
19   of operating it.  People have state law rights.  Free Speech
20   is continuing to operate.  We're now going to have to take
21   up 523 actions, which means that a Subchapter V case would
22   proceed, quite frankly, potentially even until 2025.  I'm
23   not doing it.  Free Speech is either going to get dismissed
24   or confirmed on the 14th and I'll give everyone the
25   opportunity to try to convince me otherwise, but that's the