| Fill in this information to identify the case: | |
|---|---|
| Debtor Name Free Speech Systems LLC | |
| United States Bankruptcy Court for the: Southern District of Texas | |
| Case number: 22-60043 | |

❑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

| | | |
|---|---|---|
| Month: July | Date report filed: | 08/19/2023 |
| | | MM / DD / YYYY |
| Line of business: Dietary Supplement Sales | NAISC code: | 325411 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    J Patrick Magill

Original signature of responsible party _____

Printed name of responsible party     J Patrick Magill

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name _____  Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☐  ☐

*** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

‒ $ _____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____

*(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          _____

27. What is the number of employees as of the date of this monthly report?          _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____

30. How much have you paid this month in other professional fees?                                             $ _____

31. How much have you paid in total other professional fees since filing the case?                             $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                          $ _____

36. Total projected cash disbursements for the next month:                                 − $ _____

37. Total projected net cash flow for the next month:                                        = $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit E**
**Total Payables**

*As of July 31, 2023*

| From | Amount | Due Date | |
|---|---|---|---|
| ***Legal / Consulting Fees*** | | | |
| Law Office of Ray Battaglia | 24,531.56 | 06/30/2023 | |
| Melissa Haselden | 5,322.00 | 06/30/2023 | |
| | **29,853.56** | | |
| | | | |
| ***Trade AP*** | | | |
| Addshoppers Inc. | 2,989.00 | 07/15/2023 | |
| Austin Security and Investigations | 8,840.02 | 08/07/2023 | |
| Balcones Recycling | 386.99 | 08/30/2023 | |
| BCC UF LLC (Stream Realty) | 13,294.61 | 06/21/2023 | *(a)* |
| City of Austin | 4,010.41 | 07/17/2023 | |
| City of Austin | 1,411.39 | 07/17/2023 | |
| City of Austin | 888.43 | 07/17/2023 | |
| City of Austin | 404.55 | 07/17/2023 | |
| Cloudflare Inc | 49,173.32 | 08/01/2023 | |
| Cloudflare Inc | 63,320.40 | 08/03/2023 | |
| Frost Insurance | 3,839.20 | 06/14/2023 | *(b)* |
| Gracenote Media Services | 123.58 | 07/28/2023 | |
| Iron Mountain | 429.40 | 05/31/2023 | |
| Kount | 3,788.99 | 07/31/2023 | |
| Kount | 3,788.75 | 07/31/2023 | |
| Kount | 3,788.75 | 08/06/2023 | |
| Lease Direct | 720.99 | 08/15/2023 | |
| Novasors (Centrinex LLC) | 6,297.78 | 08/10/2023 | |
| Ready Alliance | 69,842.26 | 07/16/2023 | |
| Ready Alliance | 56,632.79 | 07/23/2023 | |
| Ready Alliance | 60,805.36 | 07/31/2023 | |
| Sparkletts & Sierra Springs | 1,757.16 | 07/17/2023 | |
| Specialized A C Mechanical Svcs | 864.65 | 08/30/2023 | |
| | **357,398.78** | | |
| | | | |
| **Total Accounts Payable** | **387,252.34** | | |

(a)   *True-up of Common area Maintenance, not current rent due*

(b)   *This is not current Insurance premium due, it is the result of the workmans comp audit*
   *and includes pre-petition time periods, working with company on how to resolve*



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits from the 1st to the 5th of the following month as receivables*

*As of July 31, 2023*

| From | Amount | Due Date |
|------|--------|----------|
| Processor S | 217,776.17 | 8/1/2023 |
| Processor S | 93,951.87 | 8/2/2023 |
| Processor S | 159,915.29 | 8/3/2023 |
| Processor S | 134,309.53 | 8/4/2023 |
| | **605,952.86** | |



| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 | AXOS Legal # 78901 | SEC BANK Operations #8514 | SEC BANK Donations #8746 | SEC BANK Payroll #8522 | SEC BANK InfoWars #8621 | SEC BANK Deposits #8563 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **July 1 to July 31** | | | | | | | | | | | | |
| **Opening Balance** | 382,822.04 | 240,375.03 | 41,721.51 | 3,015.86 | 691,010.75 | 100,000.00 | - | - | - | - | 11.77 | 1,458,956.96 |
| Cash Receipts | 2,449,083.63 | 15,448.79 | 6,042.67 | - | 5,203.90 | - | - | - | - | - | - | 2,475,778.99 |
| Cash Disbursements | (144.45) | (2,021,444.89) | - | (376,544.89) | - | - | - | - | - | - | - | (2,398,134.23) |
| **Net Cash Flow** | 2,448,939.18 | (2,005,996.10) | 6,042.67 | (376,544.89) | 5,203.90 | - | - | - | - | - | - | 77,644.76 |
| Transfers In | - | 2,200,000.00 | - | 380,000.00 | - | - | - | - | - | - | - | 2,580,000.00 |
| Transfers Out | (2,580,000.00) | - | - | - | - | - | - | - | - | - | - | (2,580,000.00) |
| **Cash on Hand** | 251,761.22 | 434,378.93 | 47,764.18 | 6,470.97 | 696,214.65 | 100,000.00 | - | - | - | - | 11.77 | 1,536,601.72 |



Date 7/31/23        Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Deposit

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number | Statement Dates   7/03/23 thru  7/31/23 | |
| Previous Balance | 382,822.04 | Days in the statement period | 29 |
| 19 Deposits/Credits | 2,449,083.63 | Avg Daily Ledger | 428,636.83 |
| 8 Checks/Debits | 2,580,144.45 | Avg Daily Collected | 428,636.83 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 251,761.22 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/03 | Wire Transfer Credit | 117,245.02 |
| | SSB BANK | |
| | 20230703QMGFT001001130 | |
| | 20230703MMQFMP9N000348 | |
| | 07031357FT03 | |
| 7/05 | Wire Transfer Credit | 275,244.23 |



Date 7/31/23          Page    2
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | SSB BANK | |
| 7/06 | 20230705QMGFT012000644<br>20230705MMQFMP9N000178<br>07051221FT03<br>Wire Transfer Credit | 243,369.61 |
| | SSB BANK | |
| 7/10 | 20230706QMGFT008001031<br>20230706MMQFMP9N000268<br>07061403FT03<br>Wire Transfer Credit | 103,647.97 |
| | SSB BANK | |
| 7/11 | JULY 10 VENDOR PAYMENT<br>20230710QMGFT014000403<br>20230710MMQFMP9N000155<br>07101120FT03<br>Wire Transfer Credit | 252,906.28 |
| | SSB BANK | |
| 7/12 | 20230711QMGFT011000672<br>20230711MMQFMP9N000182<br>07111254FT03<br>Wire Transfer Credit | 111,718.68 |



Date  7/31/23          Page     3
Primary Account

Commercial Checking                    ، (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | SSB BANK | |
| 7/13 | 20230712QMGFT004000258<br>20230712MMQFMP9N000127<br>07121048FT03<br>Wire Transfer Credit<br><br>SSB BANK | 92,511.62 |
| 7/14 | JULY 1<br>20230713QMGFT008000544<br>20230713MMQFMP9N000133<br>07131156FT03<br>Wire Transfer Credit<br><br>SSB BANK | 108,199.85 |
| 7/17 | 20230714QMGFT014000395<br>20230714MMQFMP9N000127<br>07141117FT03<br>Wire Transfer Credit | 96,742.87 |
| 7/18 | JULY 17<br>20230717QMGFT003001357<br>20230717MMQFMP9N000369<br>07171553FT03<br>Wire Transfer Credit<br><br>SSB BANK | 168,785.01 |
| | JULY 18 | |



Date  7/31/23
Primary Account

Commercial Checking                                (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20230718QMGFT010000339 20230718MMQFMP9N000097 07181114FT03 | |
| 7/19 | Wire Transfer Credit | 79,258.17 |
|      | SSB BANK | |
|      | DEPOSIT 20230719QMGFT002000358 20230719MMQFMP9N000091 07191121FT03 | |
| 7/20 | Wire Transfer Credit | 80,191.07 |
|      | SSB BANK | |
|      | 20230720QMGFT003000369 20230720MMQFMP9N000090 07201108FT03 | |
| 7/21 | Wire Transfer Credit | 101,809.06 |
|      | SSB BANK | |
|      | DEPOSIT 20230721QMGFT004000369 20230721MMQFMP9N000128 07211115FT03 | |
| 7/24 | Wire Transfer Credit | 89,891.26 |
|      | SSB BANK | |
|      | JULY 24 | |



Date  7/31/23          Page    5
Primary Account

Commercial Checking                              (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 7/25 | 20230724QMGFT013000807<br>20230724MMQFMP9N000190<br>07241347FT03<br>Wire Transfer Credit<br><br>SSB BANK | 189,898.87 |
| 7/26 | 20230725QMGFT002000479<br>20230725MMQFMP9N000131<br>07251200FT03<br>Wire Transfer Credit<br><br>SSB BANK | 74,365.71 |
| 7/27 | 20230726QMGFT009000446<br>20230726MMQFMP9N000108<br>07261139FT03<br>Wire Transfer Credit<br><br>SSB BANK | 73,419.08 |
| 7/28 | 20230727QMGFT001000612<br>20230727MMQFMP9N000112<br>07271148FT03<br>Wire Transfer Credit<br><br>SSB BANK | 94,736.73 |
| | 20230728QMGFT009000874<br>20230728MMQFMP9N000204 | |



Date  7/31/23
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 7/31 | 07281255FT03 Wire Transfer Credit | 95,142.54 |
| | SSB BANK | |
| | 20230731QMGFT015000466 20230731MMQFMP9N000152 07311056FT03 | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 7/03 | MERCH FEES TANGRAM CCD 084106760050847 INFOWARS | 129.00– |
| 7/06 | WEBPAYMENT GATEWAY SERVICES WEB 091000016399330 FREE SPEECH SYSTEMS, L | 15.45– |
| 7/07 | From DDA *8877,To DDA *8919 | 500,000.00– |
| 7/11 | From DDA *8877,To DDA *8927,payroll | 190,000.00– |
| 7/13 | From DDA *8877,To DDA *8919,AP | 700,000.00– |
| 7/20 | From DDA *8877,To DDA *8919 | 500,000.00– |
| 7/25 | From DDA *8877,To DDA *8927 | 190,000.00– |
| 7/27 | From DDA *8877,To DDA *8919 | 500,000.00– |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 499,938.06 | 7/12 | 796,809.38 | 7/20 | 222,497.97 |
| 7/05 | 775,182.29 | 7/13 | 189,321.00 | 7/21 | 324,307.03 |
| 7/06 | 1,018,536.45 | 7/14 | 297,520.85 | 7/24 | 414,198.29 |
| 7/07 | 518,536.45 | 7/17 | 394,263.72 | 7/25 | 414,097.16 |
| 7/10 | 622,184.42 | 7/18 | 563,048.73 | 7/26 | 488,462.87 |
| 7/11 | 685,090.70 | 7/19 | 642,306.90 | 7/27 | 61,881.95 |



Date  7/31/23          Page      7
Primary Account

Commercial Checking                          (Continued)

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 7/28 | 156,618.68 | 7/31 | 251,761.22 |

*** END OF STATEMENT ***



Date   7/31/23          Page ____ 1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:            FREE SPEECH SYSTEMS, LLC
                          Case 22-60043, Operations

| Commercial Checking | | Number of Enclosures | 3 |
|---|---|---|---|
| Account Number | | Statement Dates   7/03/23 thru   7/31/23 | |
| Previous Balance | 240,375.03 | Days in the statement period | 29 |
| 41 Deposits/Credits | 2,215,448.79 | Avg Daily Ledger | 330,531.02 |
| 123 Checks/Debits | 2,021,444.89 | Avg Daily Collected | 329,782.87 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 434,378.93 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/07 | From DDA *8877,To DDA *8919 | 500,000.00 |
| 7/10 | Wire Transfer Credit | 926.75 |
| | ZELENKO LABS LLC | |
| | 9045 LA FONTANA BLVD STE 105 | |
| | BOCA RATON FL 33434-5640 US | |
| | JUNE AFFILIATE COMMISSIONS LES | |
| | HHOLDING TAX | |
| | 20230710B1QGC07C010342 | |
| | 20230710MMQFMP9N000287 | |
| | 07101427FT03 | |
| 7/11 | Wire Transfer Credit | 3,380.01 |
| | TWC 2022 INC. | |
| | 2960 NE 207TH ST | |
| | 608 | |



Date 7/31/23  Page____ 2
Primary Account

Commercial Checking                                    tinued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|  | AVENTURA, FL  33180 |  |
|  | 20230711L1B77D1C002612 |  |
|  | 20230711MMQFMP9N000234 |  |
|  | 07111415FT03 |  |
| 7/12 | MyDeposit | 36.76 |
| 7/12 | MyDeposit | 69.90 |
| 7/12 | MyDeposit | 74.90 |
| 7/12 | MyDeposit | 100.00 |
| 7/12 | MyDeposit | 106.00 |
| 7/12 | MyDeposit | 107.96 |
| 7/12 | MyDeposit | 107.96 |
| 7/12 | MyDeposit | 122.06 |
| 7/12 | MyDeposit | 126.00 |
| 7/12 | MyDeposit | 127.40 |
| 7/12 | MyDeposit | 148.01 |
| 7/12 | MyDeposit | 186.00 |
| 7/12 | MyDeposit | 200.00 |
| 7/12 | MyDeposit | 227.47 |
| 7/12 | MyDeposit | 227.65 |
| 7/12 | MyDeposit | 274.34 |
| 7/12 | MyDeposit | 332.65 |
| 7/12 | MyDeposit | 395.59 |
| 7/12 | MyDeposit | 467.35 |
| 7/12 | MyDeposit | 558.80 |
| 7/12 | MyDeposit | 599.50 |
| 7/12 | MyDeposit | 619.50 |
| 7/12 | MyDeposit | 649.00 |
| 7/13 | From DDA *8877,To DDA *8919,AP | 700,000.00 |
| 7/20 | From DDA *8877,To DDA *8919 | 500,000.00 |
| 7/21 | MyDeposit | 74.85 |
| 7/21 | MyDeposit | 85.00 |
| 7/21 | MyDeposit | 100.00 |
| 7/21 | MyDeposit | 100.00 |
| 7/21 | MyDeposit | 135.35 |
| 7/21 | MyDeposit | 150.00 |
| 7/21 | MyDeposit | 248.74 |
| 7/21 | MyDeposit | 249.35 |
| 7/21 | MyDeposit | 269.70 |
| 7/21 | MyDeposit | 500.00 |
| 7/21 | MyDeposit | 1,171.99 |
| 7/21 | MyDeposit | 2,192.25 |



Date  7/31/23          Page      3
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 7/27 | From DDA *8877,To DDA *8919 | 500,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 7/03 | DBT CRD 1222 07/02/23 25365471 GITHUB, INC. HTTPSGITHUB.C CA C#5784 | 24.00- |
| 7/03 | DBT CRD 1401 07/01/23 84763653 ZOOM.US 888-799-9666 WWW.ZOOM.US   CA C#5784 | 159.48- |
| 7/03 | DBT CRD 1521 07/01/23 33150778 Name.com, Inc 720-2492374   CO C#5784 | 223.21- |
| 7/03 | DBT CRD 1939 07/03/23 23939068 MONGODBCLOUD ITS OR... MONGODB.COM   CA C#5784 | 3,303.42- |
| 7/03 | POS DEB 1821 07/01/23 00H9XSHY AMAZON.COM*Y261D3GH3 AMAZON.COM SEATTLE     WA C#5784 | 102.82- |
| 7/03 | DBT CRD 1423 06/30/23 97911916 AMZN Mktp US*X70U41UP3 Amzn.com/bill WA C#5784 | 5.40- |
| 7/03 | DBT CRD 0851 06/30/23 98818108 VALET TIPS HTTPSPARKINGM TN C#0837 | 6.65- |
| 7/03 | DBT CRD 1309 07/02/23 53846719 VALET TIPS HTTPSPARKINGM TN C#0837 | 9.65- |
| 7/03 | DBT CRD 2155 07/02/23 05323770 CRESCENT MOON OMAHA     NE C#0837 | 46.59- |
| 7/03 | DBT CRD 2124 06/30/23 86495066 SQ *LUCKY TIGER Omaha     NE C#0837 | 97.90- |
| 7/03 | DBT CRD 1445 07/02/23 11437267 AMZN Mktp US*BR5LF07G3 Amzn.com/bill WA C#5784 | 171.36- |



Date  7/31/23
Primary Account

Page     5

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 7/05 | Melinda Flores<br>PAYMENT    City of Austin T<br>PPD 021000021105160 | 1,218.76− |
| 7/05 | Melinda Flores<br>WEB_PAY    WASTE CONNECTION<br>WEB 021000028394812 | 1,500.35− |
| 7/05 | WENDELL M SCHWARTZ<br>72664791070123<br>PAYMENT    City of Austin T<br>PPD 021000021105090 | 3,572.73− |
| 7/05 | Melinda Flores<br>BILLING    AUTHNET GATEWAY<br>CCD 104000016943729 | 5,456.20− |
| 7/06 | FREE SPEECH SYSTEMS, L<br>DBT CRD 1121 07/05/23 88985646<br>Name.com, Inc<br>720-2492374    CO C#5784 | 175.15− |
| 7/06 | POS DEB 0936 07/06/23 00802156<br>Instacart<br>50 Beal St Suite 6<br>San Francisco CA C#5784 | 38.62− |
| 7/06 | POS DEB 0934 07/06/23 00772041<br>Instacart<br>50 Beal St Suite 6<br>San Francisco CA C#5784 | 44.03− |
| 7/06 | POS DEB 1217 07/05/23 00HB133X<br>AMAZON.COM*OH5PP87M3<br>AMAZON.COM<br>SEATTLE       WA C#5784 | 182.94− |
| 7/06 | DBT CRD 1430 07/05/23 02559779<br>DSI NTTA WEB<br>HORSEHEADS    NY C#5784 | 40.67− |
| 7/06 | DBT CRD 1432 07/06/23 03488913<br>AMZN Mktp US*8I21395D3<br>Amzn.com/bill WA C#5784 | 190.67− |
| 7/06 | UTIL PAYMT ONE GAS TEXAS PR<br>PPD 101000692904230<br>FREE SPEECH SYSTEM LLC | 99.70− |
| 7/06 | PAYMENT    LATHEM TIME CORP<br>PPD 062000018449866 | 134.32− |



Date   7/31/23
Primary Account

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | FREE SPEECH SYSTEMS LL | |
| 7/07 | DBT CRD 1056 07/06/23 73676747 | 22.16- |
| | Name.com, Inc | |
| | 720-2492374    CO C#5784 | |
| 7/07 | DBT CRD 1157 07/06/23 10444289 | 39.99- |
| | GROKABILITY: SNIPE-IT | |
| | HTTPSSNIPEITA CA C#5784 | |
| 7/07 | DBT CRD 0921 07/06/23 17011317 | 102.00- |
| | MIRASVIT EXTENSIONS | |
| | HTTPSMIRASVIT CA C#5784 | |
| 7/07 | DBT CRD 0921 07/06/23 16961110 | 221.00- |
| | MIRASVIT EXTENSIONS | |
| | HTTPSMIRASVIT CA C#5784 | |
| 7/07 | POS DEB 1217 07/05/23 00HB0ZE1 | 249.27- |
| | AMAZON.COM*VX2YT6DK3 | |
| | AMAZON.COM | |
| | SEATTLE      WA C#5784 | |
| 7/07 | DBT CRD 1452 07/06/23 15208258 | 34.58- |
| | AMZN Mktp US*BB47H7FK3 | |
| | Amzn.com/bill WA C#5784 | |
| 7/07 | DBT CRD 1938 07/06/23 23220618 | 59.49- |
| | Amazon.com*083OA6503 | |
| | Amzn.com/bill WA C#5784 | |
| 7/07 | DBT CRD 0823 07/06/23 82002981 | 81.60- |
| | H-E-B  #091 | |
| | AUSTIN       TX C#5784 | |
| 7/07 | DBT CRD 1019 07/06/23 51974907 | 108.01- |
| | WWW.XTENTO.COM MAGENTO | |
| | BAIERSDORF    DF C#5784 | |
| 7/07 | DBT CRD 0921 07/06/23 17052667 | 160.30- |
| | MIRASVIT EXTENSIONS | |
| | HTTPSMIRASVIT CA C#5784 | |
| 7/07 | DBT CRD 0310 07/06/23 94257948 | 328.10- |
| | AMZN Mktp US*EG32D20O3 | |
| | Amzn.com/bill WA C#5784 | |
| 7/07 | DBT CRD 1630 07/05/23 74111378 | 899.00- |
| | AWIO WEB SERVICES, LLC | |
| | 267-2803589   NC C#5784 | |
| 7/07 | Int Fee 1145 07/07/23 51974907 | 1.08- |
| | WWW.XTENTO.COM MAGENTO | |



Date   7/31/23
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 7/10 | BAIERSDORF    00 C# 5784<br>DBT CRD 1723 07/09/23 06350957<br>AMZN Mktp US*OG20D4XQ3<br>Amzn.com/bill WA C#5784 | 27.05– |
| 7/10 | DBT CRD 1413 07/09/23 91943981<br>AMZN Mktp US*MI44492A3<br>Amzn.com/bill WA C#5784 | 66.55– |
| 7/10 | DBT CRD 1725 07/08/23 07176285<br>AMZN Mktp US*LM20E08N3<br>Amzn.com/bill WA C#5784 | 92.54– |
| 7/10 | DBT CRD 1636 07/07/23 77755362<br>WAL-MART #1253<br>AUSTIN        TX C#5784 | 100.87– |
| 7/10 | DBT CRD 1902 07/09/23 01315998<br>AMZN Mktp US*1V9XD9NN3<br>Amzn.com/bill WA C#5784 | 178.07– |
| 7/10 | DBT CRD 1949 07/09/23 29539066<br>WWW.1AND1.COM<br>CHESTERBROOK  PA C#5784 | 461.54– |
| 7/10 | Sales0707  FREESPEECHOP<br>CCD 122287250000250<br>FREESPEECHOP | 184,137.52– |
| 7/11 | DBT CRD 1057 07/10/23 74790990<br>Name.com, Inc<br>720-2492374    CO C#5784 | 252.17– |
| 7/11 | DBT CRD 1327 07/10/23 64591945<br>SPREAKER.COM<br>WWW.SPREAKER. NY C#5784 | 432.00– |
| 7/11 | DBT CRD 1919 07/10/23 11557536<br>AMZN Mktp US*N61ND28M3<br>Amzn.com/bill WA C#5784 | 16.20– |
| 7/11 | DBT CRD 1720 07/10/23 04543456<br>AMZN Mktp US*AZOW65PO3<br>Amzn.com/bill WA C#5784 | 27.06– |
| 7/11 | DBT CRD 2253 07/10/23 40245233<br>AMZN Mktp US*KJ1174FJ3<br>Amzn.com/bill WA C#5784 | 65.99– |
| 7/11 | DBT CRD 0626 07/10/23 11729697<br>HOVER | 67.68– |



Date  7/31/23
Primary Account

Page    8

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 866-731-6556  MS C#5784 | |
| 7/11 | DBT CRD 1452 07/11/23 15298576 | 100.65– |
| | AMZN Mktp US*FC2ZZ8BG3 | |
| | Amzn.com/bill WA C#5784 | |
| 7/11 | DBT CRD 1656 07/10/23 89816175 | 3,596.06– |
| | SP SNAP-LOC CARGO CO | |
| | HTTPSSNAPLOC. NV C#5784 | |
| 7/11 | QBooks Onl INTUIT * | 213.20– |
| | CCD 021000022859162 | |
| | FREE SPEECH SYSTEMS LL | |
| 7/11 | PAYMENTS   VERIZON WIRELESS | 543.38– |
| | CCD 021000028088961 | |
| | 0000000072148064500001 | |
| 7/11 | PAYMENTS   VERIZON WIRELESS | 648.78– |
| | CCD 021000028088962 | |
| | 0000000072148064500003 | |
| 7/11 | TELECOMM   GRANDE COMMUNICA | 1,300.00– |
| | WEB 021000023715486 | |
| | WENDELL M *SCHWARTZ | |
| | 5643343 | |
| 7/11 | DD      WEBFILE TAX PYMT | 3,135.58– |
| | CCD 021000021580193 | |
| | 33311/12345/EDI/XML – | |
| 7/12 | DBT CRD 1057 07/11/23 74256142 | 22.16– |
| | Name.com, Inc | |
| | 720-2492374   CO C#5784 | |
| 7/12 | DBT CRD 0715 07/11/23 41015314 | 68.00– |
| | SP SNAP-LOC CARGO CO | |
| | HTTPSSNAPLOC. NV C#5784 | |
| 7/12 | DBT CRD 1110 07/11/23 82196764 | 73.92– |
| | H-E-B  #091 | |
| | AUSTIN     TX C#5784 | |
| 7/12 | DBT CRD 1324 07/11/23 62721594 | 1,190.75– |
| | THE RANGE AT AUSTIN | |
| | 512-6502734   TX C#5784 | |
| 7/12 | MSInvoice  DS WATERS OF AME | 883.25– |
| | PPD 042000015362477 | |
| | wendell M Schwartz | |
| 7/13 | DBT CRD 1557 07/12/23 54371203 | 49.00– |
| | EMAILLISTVERIFY.COM | |



Date  7/31/23
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|  | BRATISLAVA     SK C#5784 | |
| 7/13 | DBT CRD 1209 07/13/23 17968470<br>ONLINE STORE SALES<br>361-816-4113  TX C#5784 | 215.43– |
| 7/13 | DBT CRD 1210 07/13/23 18027709<br>ONLINE STORE SALES<br>361-816-4113  TX C#5784 | 215.43– |
| 7/13 | Int Fee 1132 07/13/23 54371203<br>EMAILLISTVERIFY.COM | .49– |
| 7/13 | BRATISLAVA   00 C# 5784<br>SERVICES   GOOGLE<br>CCD 091000014359625 | 280.00– |
| 7/13 | Free Speech Systems, L<br>ORKIN PEST ORKIN<br>WEB 021000027350596<br>FREE SPEECH SYSTEMS *O<br>6531279 | 280.36– |
| 7/14 | DBT CRD 1130 07/13/23 94277814<br>Name.com, Inc<br>720-2492374   CO C#5784 | 18.17– |
| 7/14 | POS DEB 1048 07/13/23 00HE512T<br>AMAZON.COM*KB2J860T3<br>AMAZON.COM<br>SEATTLE     WA C#5784 | 119.08– |
| 7/14 | DBT CRD 0254 07/13/23 84679885<br>AMZN Mktp US*9O7R71GH3<br>Amzn.com/bill WA C#5784 | 33.50– |
| 7/14 | DBT CRD 1316 07/13/23 57829290<br>EMAILLISTVERIFY.COM<br>BRATISLAVA    SK C#5784 | 89.00– |
| 7/14 | DBT CRD 1518 07/13/23 30833833<br>X.COMMERCE, INC. DBA M<br>310-945-0345  CA C#5784 | 269.00– |
| 7/14 | Int Fee 1134 07/14/23 57829290<br>EMAILLISTVERIFY.COM<br>BRATISLAVA   00 C# 5784 | .89– |
| 7/14 | AP0613    FREESPEECHOP<br>PPD 122287250001064 | 71,411.16– |



Date  7/31/23          Page    10
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | FREESPEECHOP | |
| 7/14 | AP071323    FREESPEECHOP<br>CCD 122287250001054 | 792,753.71- |
|      | FREESPEECHOP | |
| 7/17 | DBT CRD 2102 07/14/23 73642009<br>Amazon.com*GU1AV0WN3<br>Amzn.com/bill WA C#5784 | 28.40- |
| 7/17 | DBT CRD 2344 07/16/23 70999655<br>AMZN Mktp US*RX7704N33<br>Amzn.com/bill WA C#5784 | 328.96- |
| 7/17 | Domestic Wire Transfer-DL<br>Pattis&Smith<br>211170101<br>9476066<br>UNITED STATES<br>WEBSTER BANK, N.A.<br>20230717MMQFMP9N000259<br>20230717MMQFMPAK000574<br>07171337FT03 | 70,000.00- |
| 7/18 | DBT CRD 2205 07/17/23 11088849<br>Amazon.com*Z83JG2E83<br>Amzn.com/bill WA C#5784 | 359.00- |
| 7/20 | DD        WEBFILE TAX PYMT<br>CCD 021000028899983<br>33311/12345/EDI/XML - | 3,469.51- |
| 7/21 | WEBPAYMENT ADDSHOPPERSINC<br>WEB 091000010710367<br>DANI WHITEHAIR | 2,989.00- |
| 7/21 | AP0720      FREESPEECHOP<br>PPD 122287250000753<br>FREESPEECHOP | 5,927.87- |
| 7/21 | AP0720      FREESPEECHOP<br>CCD 122287250000749<br>FREESPEECHOP | 216,592.87- |
| 7/24 | POS DEB 1541 07/21/23 00HGY9T8<br>AMAZON.COM*A49SZ9X33<br>AMAZON.COM<br>SEATTLE      WA C#0837 | 104.12- |
| 7/24 | POS DEB 1152 07/24/23 11411850<br>FDCSERVERSN | 571.19- |



Date  7/31/23
Primary Account

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 2211 North First S | |
| | San Jose       CA C#0837 | |
| 7/24 | DBT CRD 2015 07/23/23 45540374 | 44.90- |
| | AMZN Mktp US*BL1JG6IX3 | |
| | Amzn.com/bill WA C#0837 | |
| 7/24 | Payment     ATT | 583.39- |
| | PPD 031100207675039 | |
| | Free speech systems | |
| 7/24 | RECRD MGMT IRON MOUNTAIN | 687.99- |
| | CCD 021000027896430 | |
| | WENDELL *M SCHWARTZ | |
| 7/24 | AP0721     FREESPEECHOP | 3,200.00- |
| | PPD 122287250000327 | |
| | FREESPEECHOP | |
| 7/25 | DBT CRD 0956 07/24/23 37987309 | 110.88- |
| | H-E-B  #091 | |
| | AUSTIN       TX C#0837 | |
| 7/25 | DBT CRD 1052 07/24/23 71260095 | 545.34- |
| | FDCSERVERSN | |
| | 312-423-6675  FL C#0837 | |
| 7/26 | POS DEB 1534 07/25/23 00371854 | 62.99- |
| | WM SUPERCENTER #1253 | |
| | Wal-Mart Super Cen | |
| | AUSTIN       TX C#0837 | |
| 7/26 | DBT CRD 1522 07/25/23 33292160 | 8.66- |
| | MINUTEKEY | |
| | BOULDER       CO C#0837 | |
| 7/27 | DBT CRD 1126 07/27/23 91713817 | 260.47- |
| | Amazon.com*T67389U72 | |
| | Amzn.com/bill WA C#0837 | |
| 7/27 | DBT CRD 0914 07/26/23 12828216 | 571.61- |
| | AMZN Mktp US*T66FZ78S1 | |
| | Amzn.com/bill WA C#0837 | |
| 7/28 | DBT CRD 1205 07/27/23 15256799 | 10.00- |
| | PRITUNL PREMIUM | |
| | HTTPSPRITUNL. WA C#0837 | |
| 7/28 | DBT CRD 1210 07/27/23 18593188 | 20.00- |
| | VERCEL PRO | |
| | HTTPSVERCEL.C CA C#0837 | |
| 7/28 | DBT CRD 1206 07/27/23 16181415 | 132.64- |
| | BACKBLAZE.COM | |



Date  7/31/23          Page    12
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | HTTPSWWW.BACK CA C#0837 | |
| 7/28 | DBT CRD 1213 07/27/23 20218012 | 266.50- |
|      | NRI*NEW RELIC | |
|      | 888-643-8776  CA C#0837 | |
| 7/28 | ap         FREESPEECHOP | 286.30- |
|      | PPD 122287250000752 | |
|      | FREESPEECHOP | |
| 7/28 | 727AP      FREESPEECHOP | 92,434.30- |
|      | PPD 122287250000750 | |
|      | FREESPEECHOP | |
| 7/28 | ACH072723  FREESPEECHOP | 260,095.03- |
|      | CCD 122287250000581 | |
|      | FREESPEECHOP | |
| 7/31 | DBT CRD 1105 07/30/23 79285072 | 61.16- |
|      | Name.com, Inc | |
|      | 720-2492374    CO C#0837 | |
| 7/31 | DBT CRD 1216 07/28/23 21910356 | 4,289.35- |
|      | ADOBE STOCK | |
|      | 800-443-8158  CA C#0837 | |
| 7/31 | DBT CRD 0333 07/28/23 08213535 | 78.55- |
|      | AMZN Mktp US*TH9036NE2 | |
|      | Amzn.com/bill WA C#0837 | |
| 7/31 | loan        FREESPEECHOP | 2,306.06- |
|      | CCD 122287250000801 | |
|      | FREESPEECHOP | |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 7/14 | 99209397 | 58,423.66 | 7/13 | 99919394* | 61,132.08 |
| 7/13 | 99478812* | 18,250.19 | | | |

\* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 103,376.83 | 7/07 | 586,599.30 | 7/12 | 399,069.89 |
| 7/05 | 89,811.98 | 7/10 | 402,461.91 | 7/13 | 1,018,646.91 |
| 7/06 | 88,905.88 | 7/11 | 395,443.17 | 7/14 | 95,528.74 |



Date  7/31/23          Page   13
Primary Account

Commercial Checking                          (Continued)

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/17 | 25,171.38 | 7/24 | 295,918.77 | 7/28 | 441,114.05 |
| 7/18 | 24,812.38 | 7/25 | 295,262.55 | 7/31 | 434,378.93 |
| 7/20 | 521,342.87 | 7/26 | 295,190.90 | | |
| 7/21 | 301,110.36 | 7/27 | 794,358.82 | | |

\*\*\* END OF STATEMENT \*\*\*

| | 99209397 |
|---|---|
| Charge To: Schwartz Wendell | 87IWCZ0FTVRSXH | 07/13/23 07132000500 |

Pay to the order of: AMAZON WEB SERVI    $58,423.66
FIFTY-EIGHT THOUSAND FOUR HUNDRED TWENTY-THREE AND 66/100                    DOLLARS

ABA 122287251    Account 890000078919         Pre-Authorized Payment

Check  99209397   Date: 07/14   Amount: $58,423.66

| | 99478812 |
|---|---|
| Charge To: Systems Free | 87IWCZ0FTTJUE4 | 07/12/23 07124000478 |

Pay to the order of: AMAZON WEB SERVI    $18,250.19
EIGHTEEN THOUSAND TWO HUNDRED FIFTY AND 19/100                    DOLLARS

ABA 122287251    Account 890000078919         Pre-Authorized Payment

Check  99478812   Date: 07/13   Amount: $18,250.19

| | 999:9394 |
|---|---|
| Charge To: Schwartz Wendell | 87IWCZ0FTUEPYA | 07/12/23 07124001704 |

Pay to the order of: AMAZON WEB SERVI    $61,132.08
SIXTY-ONE THOUSAND ONE HUNDRED THIRTY-TWO AND 08/100                    DOLLARS

ABA 122287251    Account 890000078919         Pre-Authorized Payment

Check  99919394   Date: 07/13   Amount: $61,132.08



Date  7/31/23          Page     1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Donations

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number | Statement Dates   7/03/23 thru  7/31/23 | |
| Previous Balance | 41,721.51 | Days in the statement period | 29 |
| 41 Deposits/Credits | 6,042.67 | Avg Daily Ledger | 45,316.26 |
| Checks/Debits | .00 | Avg Daily Collected | 44,980.64 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 47,764.18 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 7/12 | MyDeposit | 10.00 |
| 7/12 | MyDeposit | 10.00 |
| 7/12 | MyDeposit | 10.00 |
| 7/12 | MyDeposit | 15.00 |
| 7/12 | MyDeposit | 20.00 |
| 7/12 | MyDeposit | 20.00 |
| 7/12 | MyDeposit | 20.00 |
| 7/12 | MyDeposit | 50.00 |
| 7/12 | MyDeposit | 50.00 |
| 7/12 | MyDeposit | 50.00 |
| 7/12 | MyDeposit | 50.00 |
| 7/12 | MyDeposit | 50.00 |
| 7/12 | MyDeposit | 75.00 |
| 7/12 | MyDeposit | 75.00 |
| 7/12 | MyDeposit | 75.00 |



Date  7/31/23          Page      2
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 7/12 | MyDeposit | 100.00 |
| 7/12 | MyDeposit | 100.00 |
| 7/12 | MyDeposit | 177.60 |
| 7/12 | MyDeposit | 200.00 |
| 7/12 | MyDeposit | 200.00 |
| 7/12 | MyDeposit | 300.00 |
| 7/12 | MyDeposit | 300.00 |
| 7/12 | MyDeposit | 300.00 |
| 7/12 | MyDeposit | 340.00 |
| 7/12 | MyDeposit | 600.00 |
| 7/12 | MyDeposit | 1,000.00 |
| 7/21 | MyDeposit | 5.00 |
| 7/21 | MyDeposit | 10.00 |
| 7/21 | MyDeposit | 10.00 |
| 7/21 | MyDeposit | 10.00 |
| 7/21 | MyDeposit | 10.07 |
| 7/21 | MyDeposit | 25.00 |
| 7/21 | MyDeposit | 50.00 |
| 7/21 | MyDeposit | 50.00 |
| 7/21 | MyDeposit | 75.00 |
| 7/21 | MyDeposit | 100.00 |
| 7/21 | MyDeposit | 100.00 |
| 7/21 | MyDeposit | 100.00 |
| 7/21 | MyDeposit | 400.00 |
| 7/21 | MyDeposit | 400.00 |
| 7/21 | MyDeposit | 500.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 41,721.51 | 7/12 | 45,919.11 | 7/21 | 47,764.18 |

*** END OF STATEMENT ***



Date  7/31/23          Page       1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Payroll

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates  7/03/23 thru  7/31/23 | |
| Previous Balance | 3,015.86 | Days in the statement period | 29 |
| 2 Deposits/Credits | 380,000.00 | Avg Daily Ledger | 4,399.90 |
| 3 Checks/Debits | 376,544.89 | Avg Daily Collected | 4,399.90 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 6,470.97 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/11 | From DDA *8877,To DDA *8927,pa yroll | 190,000.00 |
| 7/25 | From DDA *8877,To DDA *8927 | 190,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 7/11 | Domestic Wire Transfer-DL HR&P 084201278 4975902 UNITED STATES Cadence Bank | 546.94- |



Date  7/31/23          Page    2
Primary Account

Commercial Checking                    (Continued)

| CHECKS AND WITHDRAWALS | | |
|---|---|---|
| Date | Description | Amount |
|  | 20230711MMQFMP9N000378 | |
|  | 20230711MMQFMPF1000734 | |
|  | 07111439FT03 | |
| 7/11 | Domestic Wire Transfer-DL | 188,313.66- |
|  | HR&P | |
|  | 084201278 | |
|  | 4975902 | |
|  | UNITED STATES | |
|  | Cadence Bank | |
|  | 20230711MMQFMP9N000262 | |
|  | 20230711MMQFMPF1000546 | |
|  | 07111300FT03 | |
| 7/25 | Domestic Wire Transfer-DL | 187,684.29- |
|  | HR&P | |
|  | 084201278 | |
|  | 4975902 | |
|  | UNITED STATES | |
|  | Cadence Bank | |
|  | 20230725MMQFMP9N000465 | |
|  | 20230725MMQFMPF1000808 | |
|  | 07251526FT03 | |

| DAILY BALANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 7/03 | 3,015.86 | 7/11 | 4,155.26 | 7/25 | 6,470.97 |

*** END OF STATEMENT ***



Date  7/31/23          Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates    7/03/23 thru  7/31/23 | |
| Previous Balance | 691,010.75 | Days in the statement period | 29 |
| 5 Deposits/Credits | 5,203.90 | Avg Daily Ledger | 693,535.63 |
| Checks/Debits | .00 | Avg Daily Collected | 693,535.63 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 696,214.65 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/07 | PAYMENTS   My Store<br>CCD 056009470000334<br>Free Speech Systems, L | 130.30 |
| 7/11 | A/P        MY PILLOW<br>CCD 091901890000009<br>Free Speech Systems, L | 1,543.96 |
| 7/20 | A/P        MY PILLOW<br>CCD 091901890000001<br>Free Speech Systems, L | 2,856.92 |
| 7/27 | A/P        MY PILLOW<br>CCD 091901890000027<br>Free Speech Systems, L | 566.94 |
| 7/28 | PAYMENTS   My Store<br>CCD 056009470000049 | 105.78 |



Date  7/31/23          Page     2
Primary Account

Commercial Checking                          (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | Free Speech Systems, L | |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 691,010.75 | 7/11 | 692,685.01 | 7/27 | 696,108.87 |
| 7/07 | 691,141.05 | 7/20 | 695,541.93 | 7/28 | 696,214.65 |

*** END OF STATEMENT ***



Date  7/31/23        Page     1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Legal

| | | |
|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates   7/03/23 thru  7/31/23 |
| Previous Balance | 100,000.00 | Days in the statement period | 29 |
| Deposits/Credits | .00 | Avg Daily Ledger | 100,000.00 |
| Checks/Debits | .00 | Avg Daily Collected | 100,000.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 100,000.00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 7/03 | 100,000.00 |

*** END OF STATEMENT ***