**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: <br><br> ALEXANDER JONES, <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-33553 (CML) |
| In re: <br><br> FREE SPEECH SYSTEMS LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-60043 (CML) |

**DECLARATION OF VIDA J. ROBINSON IN SUPPORT OF THE CONNECTICUT FAMILIES' EMERGENCY MOTION TO CONVERT THE FSS CASE AND IN SUPPORT OF DEBTOR'S EMERGENCY MOTION TO CONVERT THE JONES CASE**

VIDA J. ROBINSON declares pursuant to 28 U.S.C. § 1746:

1. My name is Vida J. Robinson. I am over twenty-one years of age and am fully competent to make this declaration. I have personal knowledge of the facts stated in this declaration, which are true and correct.

2. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica Ash (the "Connecticut Families") in these actions.

3. I submit this declaration in support of the *Emergency Motion of the Connecticut Families for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [Case No. 22-60043,

Docket No. 921] filed on June 2, 2024, and in support of the *Debtor's Emergency Motion for Entry of an Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [Case No. 22-33553, Docket No. 684] filed by Alexander E. Jones ("Alex Jones") on June 5, 2024.

4.  On June 1, 2024, Alex Jones released an "Alex Jones Emergency Broadcast" on Infowars.com titled *Breaking: Deep State Attempted to Shut Down Infowars Headquarters Last Night* (the "June 1 Episode"). Attached hereto as Exhibit A is a copy of a true and correct transcription of excerpts from the June 1 Episode. Where the speaker of the statement is not identified in any transcription excerpt, it is Alex Jones.

5.  On June 1, 2024, Alex Jones released another "Emergency Broadcast" on Infowars.com titled *Is This Infowars' Last Broadcast? Patriots Rally Behind Alex Jones and Crew* (the "June 1 Bannon Episode"). Attached hereto as Exhibit B is a copy of a true and correct transcription of excerpts from the June 1 Bannon Episode.

6.  On June 7, 2024, Alex Jones released an episode on banned.video.com titled *Infowars On The Edge: Alex Jones Gives A Bankruptcy Update* (the "June 7 Episode"). Attached hereto as Exhibit C is a copy of a true and correct transcription of the June 7 Episode.

7.  On June 12, 2024, I visited the Dr. Jones' Naturals website, which is at https://drjonesnaturals.com/. Attached hereto as Exhibit D are screenshots showing "InfoWarsLife"-branded products being marketed on the Dr. Jones' Naturals website.

8.  I am aware that items previously sold on the InfoWars Store website, at https://www.infowarsstore.com/, are now featured on the Dr. Jones' Naturals website as "New Products." Specifically, there are at least four products that were marketed on the InfoWars Store website as of February 2024, but that appear to be no longer available on that website. These

products are "InfoWarsLife"-branded "Wholefood Multivitamin," "Organic Greens Fiber Capsules," "Immune Support," and a "Nascent Iodine Surface Spray," screenshots of which (provided by an internet archiving service) are attached hereto as Exhibit E. As of June 11, 2024, these products are marketed as "New Products" on the Dr. Jones' Naturals website homepage, a screenshot of which is attached hereto as Exhibit F.

9. Free Speech Systems LLC ("FSS") filed its *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Amended Schedules and Statements* on April 30, 2024 [Case No. 22-60043, Dkt. No. 900], a copy of which is attached hereto as Exhibit G. Page 15 of 77 lists the "Infowars" and "Infowars Life" wordmarks as FSS assets. In addition, Alex Jones filed his *Global Notes and Supporting Information Regarding Second Amended Schedules of Assets and Liabilities and Statement of Financial Affairs* on April 18, 2024 [Case No. 22-33553, Docket No. 242], a copy of which is attached hereto as Exhibit H. Pages 7-8 and 11 list "rights title and interest to" various Infowars assets as being owned by the 2022 Litigation Settlement Trust, an asset of the Jones estate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2024.

/s/ *[signature]*
Vida J. Robinson

3