# Exhibit B

**Is This Infowars' Last Broadcast Patriots Rally Behind Alex Jones and crew**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
**Transcript by TransPerfect**

**[01:55:00]**

If you do your job and enforce the rule of law, these people are criminals, and that's why they're moving so hard. Look at the thing on Trump, it's so ridiculous. And now they're going to say they're going to put Trump in prison. They're going to give him his sentence one week before he's about to take the world stage in front of the world as Republican nominee. There's nothing these demons won't do to win. And now, people have to awaken. We need a great awakening of people in positions of authority to adjudicate this, to use the apparatus as you have, to use the institutions you have, and to respect those institutions and do what the revolutionary generation did this country.

**ALEX JONES:** I totally agree, America is not what's bad. The country is hijacked.

**STEVE BANNON:** The country is hijacked by a bunch of demons. That's all you have to do, is do what the revolutionary generation did and stand up to tyranny. They stood up to the worthless [INDISCERNIBLE 01:55:53] aristocracy and the monopolistic power of the Crown and the British East India Company, these monopolistic companies – the exact same thing today. You have the exact same tyranny. But we have the receipts on our side. We have the evidence on our side. Their crimes are manifest. It's just who has the political will, and the stones, and the courage to stand up to him because, hey...

**ALEX JONES:** Steven, I totally respect you. Steve Bannon is here of the War Room. Let me ask you, Steve, didn't mean to interrupt you. They could literally lock this up the next few days. What is your advice to Infowars and our crew? You say you'll send crew out here?

**STEVE BANNON:** The crew right now, if you can't move to go someplace and do a pirate version of this, then let's get people down there and surround the building. Make them come through a chain of patriots, get people inside [INDISCERNIBLE 01:56:40].

**ALEX JONES:** That's what I'm going to do. Our location has been somewhat secret, but I agree with you. We need to surround the building and just make a big issue out of this.

**STEVE BANNON:** And expose them. Say, "Hey, get your lawyers down there, get your comms people down there. Let's get the TV cameras." These are cockroaches. They can't – you put the cameras on them, what are they going to do? You have a chain of people outside to defend Alex Jones peacefully. What are they going to do? Put the cameras on them, expose them. Let's see who they are. Let's see what agencies they're coming from, what their orders are, and who gave them the orders.

**Is This Infowars' Last Broadcast Patriots Rally Behind Alex Jones and crew**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
**Transcript by TransPerfect**

**[03:40:00]**

Because they love people beyond their family.  Like, I want to be known.  I love humans. I love humans.  I want to just I'm just here making cave drawings.  Like, I love you, man, I just want to help you.  You want to help me, just remember me.  That's all I'm saying.

**MYRON:**  Well, here's the thing Alex, we're not going to remember you because you're going to keep going, man.  Because you started the shit and you're going to fuck end this shit.  These people can't stop.  You've been fighting this fight for damn near since I was in diapers.  You gotta keep going, man.  A lot of people started this because of you.

**ALEX JONES:**  I'm not going to quit.

**MYRON:**  These motherfuckers are not going to take this from you.

**ALEX JONES:**  I'm just emotional that they're destroying everything.

**MYRON:**  They're not going to take this for you.  You're a fucking legend, Alex.

**ALEX JONES:**  I don't care about me.  It's that the fact they're coming, the assault is now the enemy is coming.  You understand it's here.  This is it.  Do you understand me? It's not about me.  The enemy is coming.  We're the canary in the coal mine.  Go ahead and finish up.  I want to finish up.

**MYRON:**  Man, I mean, whatever you guys need.  You guys need anything from Fresh and Fit, man, you tell me.  I'll let my people know…

**ALEX JONES:**  Well, then I'll tell you.  I'll tell you.  I'll tell you.  Infowars is overrun. Supporting Infowars Store.  It's done.  We're overtaken.  Maybe we fix it.  I'll tell you day one, it's happened.  It's gone.  We're overrun, enemies all over us.  My dad said two years ago – he's smarter than I am.  He said, you're going to be shut down.  I'm starting the thing, DrJonesNaturals.com as our sponsor to the next level.  We don't even need much money.  We've already got emergency stuff backed up.  We're going to continue on no matter what happens here.  But I need anyone that cares about what we're doing.  I can't even believe how epic this is.  Like it's a no-brainer.  We have probably 5 million people watching right now.  Less than 1% will buy a goddamn tube of toothpaste or any incredible products we've got.  Go to DrJonesNaturals.com.  I'm not bitching.  I'm like, you want to revolution, man, you want victory.  You want fucking war against fucking tyrants.  You've fucking got people that are ready to fight, man.  I mean, I'm fucking completely war driven against these people.  I fucking knocked my ear piece out.  I am completely – somebody come find my ear  piece and put it in my ear.  I am completely war driven.  Okay.  I literally love humanity.  I fucking love people.  I love everybody, black people, white people, old people, everybody.  I literally just want to beat tyrants.  I literally love humanity.  Thank you.  So I'm just saying it's so  fucking simple. DrJonesNaturals.com.  Go get these products.  Support us with my embattled family.

**Is This Infowars' Last Broadcast Patriots Rally Behind Alex Jones and crew**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
**Transcript by TransPerfect**

My dad literally saw this happening and said, I'm doing this and at 75 years old and ran off and set this company up.  So, yes, DrJonesNaturals.com amazing products right now.  I'm not going to even plug it.  If you're not going to support me, I don't fucking care.  But I am in the trenches.  I hate Satanists.  I hate pedophiles.  I hate demonic people.  I hate anti-humans.  I am totally fucking committed to our species.  I am totally fucking committed against Satanists.  I hate the new world order with every ounce of my body.  I don't support these people.  And all I'm saying is, will you support us in this fight, DrJonesNaturals.com.  And that's why I will release all the video.  I will release all the shit of these fucking people that fucking think I'm going to bow down to them and suck their fucking dick.  It ain't fucking happening.  They wanna a fucking war; ya' better believe they got one.  And I'm sorry for all the cussing folks, but I am beyond bullshit level.  I'm beyond Mr. fucking nice guy shit.  That's all over now.  Total war.  Total war is what they want.  Total war is what they get.  So if you support what I'm doing, DrJonesNaturals.com to support the tip of the spear in the fight for the human destiny and the future of the world.  And I'm done talking about it.  And I appreciate you all.  You guys can go on and take more calls.  I'm going to end this right now, and I'm just I'm fucking done.  I'm done.  I appreciate everybody.  You guys close the comments.  Go ahead.

**OWEN SHROYER:**  Well, every moment we have here at Infowars shall not be taken for granted.  Every moment that we have is truly in the final moments.

**ALEX JONES:**  It's a good chance this is our last show.

**OWEN SHROYER:**  Now, if this is the final one, then I mean it's about as epic as you can do.  It's about the last dance, stealing the ball, taking it down the court, crossing over your enemy, putting his ass on the floor, and hitting the buzzer beater shot to win the championship.  So you have nothing to be ashamed of.  This crew has nothing to be ashamed of.  This audience has nothing to be ashamed of.  We have nothing to be afraid of.  We will be victorious.

**ALEX JONES:**  We carried it out.

**OWEN SHROYER:**  That's right.  That's it.  Mission mission…I mean, look, the mission is accomplished when either we save the country or they decommission the millennium falcon…

**ALEX JONES:**  But in front of God we did the right thing.

**OWEN SHROYER:**  Yeah.

**ALEX JONES:**  The only audience I ever have I want is God.

**[03:45:00]**

I never talk to the audience.  I love the audience.  I love you guys, but I never talk in the audience.  I'm like, in front of God every day on air.  I have one fucking viewer.  It's God.  Does that make sense?