# Exhibit D

**WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE**

NEED HELP? CALL 512-773-9742 | FAQ | NON-PROFIT | CONTACT | BLOG

Dr. Jones' NATURALS

ORAL CARE | SUPPLEMENTS | COSMETICS

LOGIN | 0

HOME / PRODUCTS / INFOWARS LIFE SUPERBLUE SILVER IMMUNE GARGLE






**SALE**

Infowars Life

# INFOWARS LIFE SUPERBLUE SILVER IMMUNE GARGLE

★★★★★ 2 Reviews

**$11.16** $13.95
You Save 20% ($2.79)

**Purchase options**

One-time purchase — $11.16
Subscribe & Save 6% — $10.49

ⓘ About subscriptions

**Size**
3.4 FL OZ | 1 FL OZ SPRAY

**Qty**
1

**ADD TO CART**

---

**Description**

On The Go Or At Home, SuperBlue Silver Immune Gargle Will Be Your Go To Formula! Healthy living is an important part of staying in top form. Now is the time to get serious about your well-being and prepare to make a stand in favor of you and your family's health. Designed to be used everyday, just take a tea spoon amount in your mouth, swish it around and swallow. Immune Gargle ingredients are:

• **Iodine** (as EDDI)

• **Silversol® Technology Nano Silver**

• **Deionized Water**: Ultra purified water for purity and extended shelf life


Rewards

WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL  512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG    LOGIN    0

Dr. Jones' NATURALS

ORAL CARE    SUPPLEMENTS    COSMETICS    Search...

HOME  /  PRODUCTS  /  INFOWARS LIFE SUPERBLUE FLUORIDE-FREE TOOTHPASTE - 4 FL OZ



**SALE**

Infowars Life

# INFOWARS LIFE SUPERBLUE FLUORIDE-FREE TOOTHPASTE - 4 FL OZ

★★★★★ 16 Reviews

**$11.21** $14.95
You Save 25% ($3.74)

**Purchase options**

One-time purchase
$11.21

Subscribe & Save 6%
$10.54

About subscriptions

Qty

− 1 +    **ADD TO CART**

Rewards

NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG                                                      LOGIN    🛒 0



ORAL CARE ⌄    SUPPLEMENTS ⌄    COSMETICS ⌄        Search... 🔍

HOME  /  PRODUCTS  /  KNOCKOUT SLEEP SUPPORT



**SALE**

Infowars Life

# KNOCKOUT SLEEP SUPPORT

⭐⭐⭐⭐⭐ 5 Reviews

**$25.95** ~~$35.95~~
You Save 28% ($10.00)

**Purchase options**



| One-time purchase | Subscribe & Save 6% |
| $25.95 | $24.39 |

❓ About subscriptions

**Qty**

[ − ]  [ 1 ]  [ + ]    **ADD TO CART**

---

**Description**


Rewards



WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG

LOGIN    0

Dr. Jones' NATURALS

ORAL CARE ⌄   SUPPLEMENTS ⌄   COSMETICS ⌄   Search... 🔍

HOME / PRODUCTS / IMMUNE SUPPORT




NEW

# IMMUNE SUPPORT

$29.95

**Purchase options**



One-time purchase
$29.95

Subscribe & Save 6%
$28.15

ⓘ About subscriptions

Qty

−  1  +    **ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**

Rewards



NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG    👤 LOGIN    🛒 0



Search...

ORAL CARE ⌄    SUPPLEMENTS ⌄    COSMETICS ⌄

HOME  /  PRODUCTS  /  SUPERSILVER GRAPEFRUIT SKIN CREAM





**SALE**

Infowars Life

# SUPERSILVER GRAPEFRUIT SKIN CREAM

**$16.95** ~~$19.95~~
You Save 15% ($3.00)

**Purchase options**



One-time purchase
**$16.95**

Subscribe & Save 6%
$15.93

ⓘ About subscriptions

**Size**

| 3.4 FL OZ | 1.2 FL OZ |


Rewards


0

WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE ×

NEED HELP? CALL 📞 512-773-9742     FAQ    NON-PROFIT    CONTACT    BLOG                    👤 LOGIN    🛒 0


Dr. Jones' NATURALS

ORAL CARE ⌄    SUPPLEMENTS ⌄    COSMETICS ⌄        Search... 🔍

HOME  /  PRODUCTS  /  SILVER BULLET COLLOIDAL SILVER - 2 FL OZ







**SALE**

Infowars Life

# SILVER BULLET COLLOIDAL SILVER - 2 FL OZ

⭐⭐⭐⭐⭐ 3 Reviews

**$12.98** ~~$29.95~~
You Save 57% ($16.97)

Purchase options



| One-time purchase | Subscribe & Save 6% |
|---|---|
| **$12.98** | $12.20 |

ⓘ About subscriptions

Qty

[  1  ]        **ADD TO CART**




Rewards




WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 512-773-9742   FAQ   NON-PROFIT   CONTACT   BLOG   LOGIN   0



ORAL CARE   SUPPLEMENTS   COSMETICS   Search...

HOME / PRODUCTS / SUPERSILVER UNSCENTED SKIN CREAM





**SALE**

Infowars Life

# SUPERSILVER UNSCENTED SKIN CREAM

★★★★★ 5 Reviews

**$15.96** ~~$19.95~~
You Save 20% ($3.99)

**Purchase options**



One-time purchase
$15.96

Subscribe & Save 6%
$15.00

ⓘ About subscriptions

**Size**

| 3.4 FL OZ | 1.2 FL OZ |




Rewards


0

WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE →

NEED HELP? CALL 📞 512-773-9742     FAQ     NON-PROFIT     CONTACT     BLOG



LOGIN     0

ORAL CARE ⌄     SUPPLEMENTS ⌄     COSMETICS ⌄     Search...

HOME  /  PRODUCTS  /  GREENS FIBER CAPSULES




SALE     NEW

# GREENS FIBER CAPSULES

⭐⭐⭐⭐⭐  3 Reviews

**$22.45**  ~~$29.95~~
You Save 25% ($7.50)

**Purchase options**




One-time purchase
**$22.45**

Subscribe & Save 6%
$21.10

ⓘ About subscriptions

**Qty**



|  −  | 1 | + |     **ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**





WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG    LOGIN    0



ORAL CARE    SUPPLEMENTS    COSMETICS    Search...

HOME  /  PRODUCTS  /  SUPERSILVER LAVENDER SKIN CREAM




**SALE**

Infowars Life

# SUPERSILVER LAVENDER SKIN CREAM

★★★★★ 2 Reviews

**$15.96** $19.95
You Save 20% ($3.99)

**Purchase options**




One-time purchase
$15.96

Subscribe & Save 6%
$15.00

ⓘ About subscriptions

**Size**

3.4 FL OZ    1.2 FL OZ


Rewards



WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 📞 512-773-9742   FAQ   NON-PROFIT   CONTACT   BLOG                    LOGIN   🛒 0


Dr. Jones' NATURALS

ORAL CARE ⌄   SUPPLEMENTS ⌄   COSMETICS ⌄            Search... 🔍

HOME / PRODUCTS / WHOLEFOOD MULTIVITAMIN






**SALE**  **NEW**

# WHOLEFOOD MULTIVITAMIN

⭐⭐⭐⭐⭐ 2 Reviews

**$37.45** ~~$49.95~~
You Save 25% ($12.50)

**Purchase options**



One-time purchase $37.45    Subscribe & Save 6% $35.20

ⓘ About subscriptions

**Qty**


[ − ] 1 [ + ]    **ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**


Rewards












WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 512-773-9742     FAQ     NON-PROFIT     CONTACT     BLOG                                    LOGIN     0

**Dr. Jones' NATURALS**

ORAL CARE    SUPPLEMENTS    COSMETICS                                    Search...

HOME / PRODUCTS / NASCENT IODINE SURFACE SPRAY




**SALE**   **NEW**

# NASCENT IODINE SURFACE SPRAY

**$17.76** ~~$35.52~~
You Save 50% ($17.76)

**Purchase options**



One-time purchase
**$17.76**

Subscribe & Save 6%
$16.69

ⓘ About subscriptions

**Qty**

[ − ]  1  [ + ]     **ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**


Rewards



WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG                                   LOGIN    🛒 0


Dr. Jones' NATURALS

ORAL CARE ⌄    SUPPLEMENTS ⌄    COSMETICS ⌄        Search... 🔍

HOME  /  PRODUCTS  /  SUPER BLUE BUBBLE GUM TOOTHPASTE - 4 FL OZ



**SALE**

Infowars Life

# SUPER BLUE BUBBLE GUM TOOTHPASTE - 4 FL OZ

⭐⭐⭐⭐⭐ 6 Reviews

**$11.21** ~~$14.95~~
You Save 25% ($3.74)

**Purchase options**


**One-time purchase**
**$11.21**


Subscribe & Save 6%
$10.54

ⓘ About subscriptions

Qty

[ − ]  1  [ + ]        **ADD TO CART**


Rewards

