# Exhibit 4-A

**BREAKING Deep State Attempted To Shut Down Infowars Headquarters Last Night**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
**Transcript by TransPerfect**

*PAT MAGILL:* No. No, we don't want it shut down.

*ALEX JONES:* So let me ask you this; if you're saying – and I'll send you this in email – if you're saying that this thing I've got is some forgery or whatever or manufac… what does your sealed document say?

*PAT MAGILL:* I don't know. I never said what your dad said I said. And that document does not say what your dad said it said. I would never do that. I would never…

*ALEX JONES:* No, I understand. Listen, I got thick skin. I have very thick skin.

*PAT MAGILL:* I know that, Alex, but I would never do that. I'm just telling you, I would never do that.

{End of recording}

**ALEX JONES:** But now when we're down to the alligator that's got me in its mouth or like jaws, I'm going to say a few things as I'm going down the gullet. But I tell you, I'm not going to be a very tasty snack {*laughs*} You're not going to like the taste of that. And you bit off a lot more than you can chew, son. So I don't know how all this is going to end, but if people want to get in a fight with me, they better believe they got one. I don't live on my knees. My ancestors didn't live on their knees. We built this damn country, and I will not sit there and play along with this bullshit. So.

He was so drunk he couldn't even control his phone when he called me and this is God that did this. And by the way, there's more. Do you think I might have hit record when he came to my office that time? {*snickers*}

**[00:05:00]**

{Recording}
**VOICEOVER:** While other networks lie to you about what's happening now, Infowars tells you the truth about what's happening next.

**ALEX JONES:** All right, ladies and gentlemen, the battle to shut down Infowars has been going on really for a decade, but intensified, as you know, in the last six years. Tens of thousands of news articles lying about us written, thousands of news reports conservatively. Some days in Google alerts, I would get 30 plus 1000 articles because they would republish AP and Reuters articles attacking me in 10,000 publications. It'd be on every local news channel, national news, everything just total lies.

**BREAKING Deep State Attempted To Shut Down Infowars Headquarters Last Night**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

[00:15:00]

Well, the judge is so astute, Lopez, he fires that guy while I'm up at the Connecticut show trial. I got them – there was press coverage and I said I think Judge Lopez is the right thing. I'm not against the last CRO, but this is bizarre. The media spun it. What's Jones doing giving his own money for shipping? Well, I mean, my god, you've got to ship your stuff. And, of course, that hurt confidence in a lot of the people and hurt our overall sales because that happened. And I get it. So then he's gone. And then we get this new guy that says, 'If I get appointed by the court, I'll do it." And he had done some small cases and I knew some people in Houston that knew him and they said well he's never done big cases but, you know, he's known as okay. And I'm like okay. So they bring this guy in, and immediately he gets rid of all the sponsors we had, which is $12 million a year. So he just gets rid of $12 million of advertising. And I'm like, "why are you doing this?" "Well, these advertising groups and these ad agencies, they're not going to get 10%." I go "Hell, a lot of ad agencies get 30%." I said, "They're the ones that do it. They get the sale. They bring us the people, they manage it. That's normal." "Nope, we're not going to have outside groups doing that." And I said, "Well, that's funny. John Harmon, he's our affiliate relations director, he's with all our great radio stations; he's been here 21 years – and now it's 22; this is a year ago. And I said "he's actually managed some of the in house advertising," and I said "He gets 5% for that on top of his salary. He does as great job." I said, "Let's bring him in as the ad manager. I've got all these advertisers. Let's not get rid of this $12 million that we made the year before to bring that in and fund operation." "Oh, yeah, yeah, we'll do that. We'll do that." I'm like, "well you understand you just killed all this other advertising. We've got one sponsor that he handles, that's the satellite phone company, and there's currently, in the bank account a couple hundred thousand dollars from that group. I want to bring that in to Free Speech." That was something that was happening previously that was an ad that John and I had. It was something that I was paying myself that he was being paid from. Most of it went into Free Speech Systems, but I would pay in to do it. So I had meetings with him and my lawyers and, you know, the people that are all there and this goes on for like 6 months, and I go, "hey, that sponsor left because we weren't going to do a deal without you agreeing." And he goes, "yeah, well, that's just the way it is." And then I tell my lawyers about and they go "we'll just file that I just file bankruptcy. We'll file that you've got a couple hundred thousand dollars sitting over here and that John Harmon is supposed to get his 5% or whatever." And that's totally normal. That's really low for a sales manager. Most of it is about 10% usually. I filed in the court months before, hey, we've got this money, we want to bring it over here. We disclose it, it's sitting in the bank account. I mean, I know I'm being watched, plus I'm not a crook ever anyways. I'm like literally like a boy scout. So it's filed in the court. He doesn't even know that. And his name is Pat Magill. He's the he's the CRO guy. And he goes to the court, which is got in the news, you know, *Wall Street Journal, Bloomberg*, you name it, and says, 'oh, I found this money just now that they were secretly holding over here, but don't worry I fixed I and they've agreed to give me the money. I caught them.' So I go in there with my lawyers when they were here, and we said, "hey, man, they wrote notes in those meetings 4 or 5 months ago and we filed 2 months ago. You need to go public and

BREAKING Deep State Attempted To Shut Down Infowars Headquarters Last Night
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

retract that. That's a terrible thing. Do you have Alzheimer's?" I asked him, I said "are you having memory lapses here?" He said, "I'm protecting you. It's fine. It's good. Don't worry." And I said, "so you're not going to go retract that to the court it's wrong. You now I'd already filed with the court. You want me to go make a stink in front of the court because you just in the news said I was stealing money from my own company." And this guy is like, literally could be like, like, like play, you know, the bad guys in Oliver Twist or something. I mean, this guy is like literally a street cretin, you know, slimy, I mean just absolutely the most lie to your face person you've ever met. I mean it is just unbelievable.

So I'm dealing with that. And then three months ago, I'm out there doing Tucker Carlson's show in Florida, and I get in my email a secret filing he filed with the court. He didn't even know that the judge would give it to me. And I have the filing. I have it all. And he says, "Alex Jones isn't competent and Alex Jones took this money and I caught him, as I told you, and I need to take full control of the company and I need to be able to basically fire him…" and all this other stuff. And the judge immediately gives that to me and has since excoriated Magill in court repeatedly.

[00:20:00]

And I didn't talk to him after that. I talked to him one time after that with my counsel just a few weeks ago. And he stayed away except when I'm on air. He comes here about once a week every two weeks. He's here for one day. So I'm like, oh my god, you just did this again. I mean, it's cut and dry. It's filed with the court months before he claims this. I have all these meetings with him, with witnesses, and that's just one story. There's like 50 of them. So the judge says a week and a half ago, 'no, I'm not going to liquidate and shut down Infowars; I'm going to kick it out of bankruptcy and give it back to Alex Jones.' Which then means the state courts and Judge Guerra Gamble and the Wild-Eyed Democrats can try to come in here, but he washes his hands like Pontius Pilate, and he says 'I'm not doing this.' And so there's this thing coming up on the 14th of June in Houston, the federal courthouse, I'll be there. And we're like, okay, well, we'll see what happens there. You know, if we can keep it in the federal court so we can ask for it back in there, then we can do some negotiations. There's other creditors, not just the creditors from the judgments; we're still appealing all that. And those creditors are saying they want to keep it in federal court. So last week, PQPR, that's my dad's company that I don't have nothing to do with. And by that, I mean I literally don't make the decision. It's a supplement company and he sells them to us then we sell them. Says well – and I only learned this last night – I was like "What the hell is going on? They put a filing in saying, hey, we need to get it teed up, but only Free Speech System CRO can do it to say we want to keep this in federal court when you kick it out, we want to put it back because we don't want it going to the state courts. And they said no, says we're not doing that. And by the way, don't have that hearing or I will padlock the doors with the private security company that I hired six, seven years ago and we'll shut it down because I can't have my cash collateral challenged to have any expenses going on. Even though the shopping cart is working, the warehouse in Denver is going, everything's purring along

**BREAKING Deep State Attempted To Shut Down Infowars Headquarters Last Night**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
**Transcript by TransPerfect**

fine. And I went, 'oh, but you can have security here while we're all kicked out of the building. They can be paid.' He goes "Yes, that's essential."

So it puts the company into cardiac arrest, turns the show off. The radio stations will all kill it. Turning one of these office is like turning a nuclear reactor off. There's a way you've got to do it or you screw a bunch of people. How is that fiduciary to just *vreeemmm* and to turn the whole thing off and turn the revenue off and all this all because he's about to be removed on the 14th and I'm about to be back in control of my company in the interim for the new assault. And so because he's not going to get paid $50,000 a month to sit around and do nothing, in my opinion, he's going to then shut it down.

So let me go back to about four o'clock yesterday. I've known this, you know, guard has been here about a year. Nice guy, don't talk to him much, but friendly fellow, walks me out to my car, comes out when I get there, you know, does a great job. And he's acting kind of like this and I'm like… and my instincts are – I mean they're good; I've learned to always follow them. And God goes okay, they're shutting Infowars down today. You're not been told about this. So I bluff him, and I go, "hey, why are extra guards coming in tonight?" He goes, "well, how do you know that?" "No, no, I mean I heard about it. I've been heard about how they're going to lock the doors and change locks tonight." He goes, "yeah, man, I just feel terrible." I go "that's all right." This is Jedi level stuff, man. This is what God's told me. Like you, you go with when I tell you something, you go with it. I literally saw it and went like okay, now they're shutting us down tonight. So I call up my people, and they go, "listen, we don't want you to have a heart attack. I told you earlier, we're trying to fix it right now, but we've got to try to keep it in federal court and stuff." And he's not saying he's going to do that and this is all crazy. And I go, "let me guess. He's claiming there's no funds to run this, even though there are." And they go "Yeah, what? Have you talked to somebody?" I go "No, I just see how this goes." Because they don't want to be the one to shut it down. Oh sorry, there's no money. Even though the hearing is on Monday about extending it out another month and the judge has already said he'd do that. He said a hearing's not even needed. But my dad's lawyers wanted to simply put it out there that, hey, we want to get Free Speech Systems and Magill and it's literally, like always happens. It's just a formality to then keep it in federal court for the decision of the wind down or whatever is going to happen, tell the plaintiffs how do you want us to sell the product out, you want that money, you know, whatever. You want to just shut this down. There's that whole process. Then there's other people that have stakes in it, so they get to say what they want.

**[00:25:00]**

**BREAKING Deep State Attempted To Shut Down Infowars Headquarters Last Night**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

So whatever happens to me, I'm going down swinging politically, not violently, but I will defend myself physically as well, just in the main.  But yeah, the globalists are in desperation mode.  They're rolling out on all fronts against everybody.  I'm just way up at the front, so I'm one of the main guys getting attacked.  As Trump said a 1000 times, "they're not trying to get me; they're trying to get through me to get to you."  And it's the same thing.

If you want to support me, a sponsor that I really trust.  It's a guy I know very, very well.  It's my dad.  I know him pretty good.  Has DrJonesNaturals.com.  The products are amazing.  But he may just put up a straight up donation page, too, because whatever next move we make if they shut this down and I mean, it can be tomorrow, the next day, next week.  Hopefully it doesn't and people will be like 'oh, look, they survived again.  Oh, Jones is just saying that.'  No, I'm on my children, not saying that.  Infowarsstore.com is great, but that's overrun.  I'm sure whatever orders you put in, you'll get.  I don't know though, they're just going to lock the whole building down.  I actually don't know.  But it was like, oh, the rest of the people stay, just you and your talk show host are locked out.  That was the other part.  'oh we don't have money to have the company running, but security and the other people that are my minions, they'll all be here.  But Alex Jones is talk show host, and Owen Shroyer and Harrison Smith and [INDISCERNIBLE 00:38:47] and the writers and Ben Warren, and Don Salazar – they're all, [INDISCERNIBLE 00:38:55] they're all bye-bye.

So this is just… because people think it's open season on me.  They think, 'well, Jones is attacked by the deep state.  We can do whatever we want.  We won't get in trouble for it.'  Well, you get in trouble with me.  So you big tough guy, push people around, well, you just ran into somebody that doesn't back down.  I'm real nice for the overall good.  See, they take me taking abuse 'oh, this guy's a pussy.  I mean, he'll sit there and take…'  Yeah, I'll take abuse like a mother hen sitting on her chicks when the weasel drinking its blood because she knows it's saving them.  So I've been sitting there with the weasel literally sucking my blood going well, it's alright because I'm getting the transmission out.  Not spending our time on me, not telling you about the dirty tricks, not telling you about all the attacks and all the harassment, all the rest of it.  I'm just sitting there like a man going 'folks [INDISCERNIBLE 00:39:39] is really serious, they're coming after you.  Twenty-two million dead from the shots.  I think about all the bad that's been done to other people.  So I think, well, we're not going to make it about me.  Except now we're down to the wire and I've got to get the truth out.

So I'm going to air a 15 minute phone conversation from back in March when I'm out to interview Tucker Carlson, and I get in my

**[00:40:00]**

email a secret filing by the CRO appointed by the court saying that Alex Jones is incompetent and Alex Jones tried to steal money.  But I discovered it Pat Magill, the CRO, says.  And I need to take this all over, be able to fire him, do whatever I want.  And the judge said no to that.  But then the few people around here that have actually drank the Kool-Aid they're like well that's not that bad.  I mean, you know, he told the court you're a criminal one time and then did it again, even though it wasn't true when you had already filed with the court what was going on.

BREAKING Deep State Attempted To Shut Down Infowars Headquarters Last Night
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

**ALEX JONES:** No, I believe you.  So, so, so, so let's talk about this.  I'm not involved with you and Ray Battaglia.  I never talk to Ray Battaglia.

**PAT MAGILL:** Ray's gone he doesn't give a shit.  He wants me gone.  That's not the issue.  The issue, fucking issue of people in this company that are fucking with me and fucking with you – they're trying to put you and me pitch you and I together.  Okay.  So he

**ALEX JONES:** Hit pause again.  Back it up 10 seconds.  When I left to Florida two days before he calls me when I'm going to the airport, I'm in the airport walking with my bag and he calls and he goes, "I just want you to know Ray Battaglia is doing all this horrible stuff to me.

[01:15:00]

I'm standing up to him and I am going to file something tomorrow to put the record straight.  But don't worry, I'll file it secretly so it's not in the press."  And I'm like, not even trying to engage in subterfuge.  Then I'm like, okay, great, man, whatever.  I'm not involved with you and Ray Battaglia.  Because Ray Battaglia said I can't ethically be involved with this guy.  He wouldn't say what it was.  So then he was running around saying I'm in some conspiracy with the lawyer they hired over there in the bankruptcy that I don't even talk to some of the meetings.  He just sits there quietly now.  The judge loves him.  He's very respected.  That's what I'm told.  And whatever's going on, Ray Battaglia refuses to even talk to me since this happened.  He just said "it's bad, I'm not involved."  He told the judge "I cannot ethically be involved.  I'm outta here."  And he said "and it's the CRO.  It's this guy."  So I keep thinking and explain to him I'm not in some thing with you, you paranoid loon.  But I'm wondering why he's attacking me.  Why is he filing this.  And I've even gotten to the point, like dude, you said I'm a criminal and stole money to the court again right here.  Not just that I'm incompetent and should be fired.  And I have the damn letter right here.  I'll pull it up.  Like I'll dig it out.  It's in there for March.  So again, imagine living under this and then watching the security people, like weird and like, what's going on?  Oh, we're shutting you down tonight.  Oh, great, I'm staying here.  And, again, it's all this brinkmanship.  This is crazy town people.  They've got 6 million dollars in the bank over here and a couple million in debt they've got.  They've got money.  I've told listeners hey, we're in the black a little bit.  I've told listeners 'hey Infowars is not the big thing to support right now.  They're great products, you need them.'  I'm saying go to DrJonesNaturals.com that's a separate company, a separate operation.  That's what you should be supporting.  So, again, I've told you all this.  I've known all this.  I'm sitting here putting up with it, and then I'm here… and they're going to lock me out.  So again over and over again, it's like when a man breaks his wife's jaw and says "I didn't punch you baby, I didn't punch you, baby."  This is gaslighting 101.  Let's continue.

{recording of phone call}

**PAT MAGILL:**  … fight anymore.

**ALEX JONES:**  There's nobody fighting.

**BREAKING Deep State Attempted To Shut Down Infowars Headquarters Last Night**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Transcript by TransPerfect

Hopefully they back off and go away and they remove this guy and we can move forward. But that's where we are. And parting is such sweet sorrow out out brief candle. Life comes. Life goes. Things are born, they grow, they come to fruition, they get old, they die. So I can sit here and do a tour of the place and talk about memories. I could talk about all the amazing things we've done together and the whole history of it, but that will be celebrated through the destruction of Infowars, which I'm not happy for. I've stayed the course. I don't want that to happen. But I will make plenty of lemonade out of lemons and I will not be gaslit and I will not sit here and I will not lay down. But it is critical if you want to support us to support my one sponsor that's separate from this operation, DrJonesnaturals.com. And they've attacked my dad and they're suing him, but that'll take years. We got a lot of stuff ready, a lot of stuff ready to do. We will not be silenced. We will not be broken. We will not but we need your help. I will not back down. My spirit is strong, but my body is weak. You are the folks that hold us up. You are the oxygen and the intel and the mind and the spirit of this. So it's simple, 30 years of work right here at the end. Hopefully we save it. But I discovered the plot to shut us down last night. So the thing to do is to go to DrJonesnaturals.com. It's so no-brainer and get great products, like all the nano silver products and the fluoride-free toothpaste and the immune guard and all of them, wound gel, and the amazing green fiber caps are the highest quality that are so amazing with the compounds they have in them naturally and flush out your guts and the next whole foundational energy. It's all there. And the silver serum face cream that women love so much. There's so many products there at DrJonesnaturals.com.

**[01:50:00]**

DrJonesnaturals.com. And just support us, go there and back what we're doing. Because in whatever weird pissing contest it was yesterday, they said give us money or we're going to shut you down. You know they have millions of dollars from people that have taken over the company. But we won't take your money; we want your dad's money. And my dad is like 'okay, well, what do you want?' We want $50,000. Well I only have 25,000. And they said, well, we're going to shut things Monday. So I don't know what to say. The security guys are good guys. They're caught in the middle of this. They're not lawyers. They don't understand that Magill tried to take us over months ago with that filing, and the judge said, no, under the law, Jones is the owner. He's the decision maker. So that failed. But they don't know that. They don't understand that. I'm not going to get in some confrontation with those guys. I am just here to tell you that I'll be sleeping here tonight. I'll be here till whatever happens. And I probably need some witnesses. I haven't even talked to the crew. I don't know who can volunteer to stay up here with me. Because the security is run by this guy. I don't get security for myself. And that's where we are. And I'll probably, you know, if they start doing something, you'll see me on X or Alex Jones, I'll say, okay, we're going live. I'm being told, you know, with a gun on his hip to get out of the building, I'm going to call the police. And that's it. And, you know, again, don't piss on me and tell me it's raining. That was the final reason I went ahead and went with this is, oh, it's no big deal. We're filing stuff saying you're a criminal. There's no big deal we deny we filed it. Just take it, man, just take it. Hey, we're just going to close the building for 3 days. And then I'm like, no, it's two weeks. They go well, it's two weeks probably forever. Remember two weeks to flatten the curve, two weeks to stay in your house, two weeks to wear a mask. How'd that work out for you?