# Exhibit 7-D

WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 512-773-9742 | FAQ | NON-PROFIT | CONTACT | BLOG

LOGIN  0

Dr. Jones' NATURALS

ORAL CARE | SUPPLEMENTS | COSMETICS

Search...

HOME / PRODUCTS / INFOWARS LIFE SUPERBLUE SILVER IMMUNE GARGLE





SALE

Infowars Life

# INFOWARS LIFE SUPERBLUE SILVER IMMUNE GARGLE

★★★★★ 2 Reviews

**$11.16** $13.95
You Save 20% ($2.79)

**Purchase options**



○ One-time purchase $11.16
○ Subscribe & Save 6% $10.49

ⓘ About subscriptions

**Size**

[ 3.4 FL OZ ]  [ 1 FL OZ SPRAY ]

**Qty**

[ − ] 1 [ + ]     **ADD TO CART**

---

### Description

   On The Go Or At Home, SuperBlue Silver Immune Gargle Will Be Your Go To Formula! Healthy living is an important part of staying in top form. Now is the time to get serious about your well-being and prepare to make a stand in favor of you and your family's health. Designed to be used everyday, just take a tea spoon amount in your mouth, swish it around and swallow. Immune Gargle ingredients are:

• **Iodine** (as EDDI)

• **Silversol® Technology Nano Silver**

• **Deionized Water**: Ultra purified water for purity and extended shelf life


Rewards



WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 📞 512-773-9742      FAQ      NON-PROFIT      CONTACT      BLOG                                    LOGIN     0


Dr. Jones' NATURALS

ORAL CARE ⌄   SUPPLEMENTS ⌄   COSMETICS ⌄        Search... 🔍

HOME  /  PRODUCTS  /  INFOWARS LIFE SUPERBLUE FLUORIDE-FREE TOOTHPASTE - 4 FL OZ



**SALE**

Infowars Life

# INFOWARS LIFE SUPERBLUE FLUORIDE-FREE TOOTHPASTE - 4 FL OZ

⭐⭐⭐⭐⭐ 16 Reviews

**$11.21** ~~$14.95~~
You Save 25% ($3.74)

**Purchase options**





| One-time purchase | Subscribe & Save 6% |
| $11.21 | $10.54 |

ⓘ About subscriptions

Qty

[ − ]  1  [ + ]        **ADD TO CART**




Rewards



WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE→

NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG

LOGIN    🛒 0

Dr. Jones' NATURALS

ORAL CARE ∨    SUPPLEMENTS ∨    COSMETICS ∨    Search...

HOME  /  PRODUCTS  /  KNOCKOUT SLEEP SUPPORT



SALE

Infowars Life

# KNOCKOUT SLEEP SUPPORT

★★★★★ 5 Reviews

**$25.95** ~~$35.95~~
You Save 28% ($10.00)

**Purchase options**

One-time purchase
$25.95

Subscribe & Save 6%
$24.39

ⓘ About subscriptions

**Qty**

[  −  1  +  ]    **ADD TO CART**

---

**Description**

WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG    👤 LOGIN    🛒 0



ORAL CARE ▾    SUPPLEMENTS ▾    COSMETICS ▾    Search... 🔍

HOME / PRODUCTS / IMMUNE SUPPORT




**NEW**

# IMMUNE SUPPORT

___

$29.95

**Purchase options**

☐ One-time purchase
$29.95

☐ Subscribe & Save 6%
$28.15

ⓘ About subscriptions

Qty

[ − ]  1  [ + ]     **ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**


Rewards



WHOLE FOOD MULTIVITAMIN NOW AVAILABLE

NEED HELP? CALL 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG    LOGIN     0



ORAL CARE    SUPPLEMENTS    COSMETICS    Search...

HOME  /  PRODUCTS  /  SUPERSILVER GRAPEFRUIT SKIN CREAM




**SALE**

Infowars Life

# SUPERSILVER GRAPEFRUIT SKIN CREAM

$16.95  $19.95
You Save 15% ($3.00)

**Purchase options**



One-time purchase — $16.95

Subscribe & Save 6% — $15.93

About subscriptions

**Size**

3.4 FL OZ    1.2 FL OZ

  Rewards



WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 📞 512-773-9742   FAQ   NON-PROFIT   CONTACT   BLOG   👤 LOGIN   🛒 0



ORAL CARE ⌄   SUPPLEMENTS ⌄   COSMETICS ⌄   Search...

HOME  /  PRODUCTS  /  SILVER BULLET COLLOIDAL SILVER - 2 FL OZ





**SALE**

Infowars Life

# SILVER BULLET COLLOIDAL SILVER - 2 FL OZ

★★★★★ 3 Reviews

$12.98 $29.95
You Save 57% ($16.97)

**Purchase options**



One-time purchase
**$12.98**



Subscribe & Save 6%
$12.20

ⓘ About subscriptions

Qty

[ − ]  1  [ + ]     **ADD TO CART**




WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE



NEED HELP? CALL 📞 512-773-9742     FAQ     NON-PROFIT     CONTACT     BLOG                                    LOGIN     🛒 0

     ORAL CARE ⌄   SUPPLEMENTS ⌄   COSMETICS ⌄       Search... 🔍

HOME  /  PRODUCTS  /  SUPERSILVER UNSCENTED SKIN CREAM





**SALE**

Infowars Life

# SUPERSILVER UNSCENTED SKIN CREAM

⭐⭐⭐⭐⭐ 5 Reviews

**$15.96** $19.95
You Save 20% ($3.99)

**Purchase options**



One-time purchase
**$15.96**

Subscribe & Save 6%
$15.00

❓ About subscriptions

**Size**

| 3.4 FL OZ | 1.2 FL OZ |



 Rewards

 0

WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE →

NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG



LOGIN    🛒 0

ORAL CARE ⌄    SUPPLEMENTS ⌄    COSMETICS ⌄    Search... 🔍

HOME  /  PRODUCTS  /  GREENS FIBER CAPSULES






SALE   NEW

# GREENS FIBER CAPSULES

⭐⭐⭐⭐⭐ 3 Reviews

**$22.45** ~~$29.95~~
You Save 25% ($7.50)

**Purchase options**



One-time purchase
**$22.45**

Subscribe & Save 6%
$21.10

❓ About subscriptions

**Qty**



[ − ]  1  [ + ]    **ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**




Rewards



WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 512-773-9742  FAQ  NON-PROFIT  CONTACT  BLOG  LOGIN  0

**Dr. Jones' NATURALS**

ORAL CARE | SUPPLEMENTS | COSMETICS

Search...

HOME / PRODUCTS / SUPERSILVER LAVENDER SKIN CREAM




**SALE**

Infowars Life

# SUPERSILVER LAVENDER SKIN CREAM

★★★★★ 2 Reviews

**$15.96** $19.95

You Save 20% ($3.99)

**Purchase options**




One-time purchase
$15.96

Subscribe & Save 6%
$15.00

ⓘ About subscriptions

**Size**

3.4 FL OZ | 1.2 FL OZ




Rewards





# WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 512-773-9742   FAQ   NON-PROFIT   CONTACT   BLOG   LOGIN   0



ORAL CARE   SUPPLEMENTS   COSMETICS   Search...

HOME / PRODUCTS / WHOLEFOOD MULTIVITAMIN

SALE   NEW

## WHOLEFOOD MULTIVITAMIN

★★★★★ 2 Reviews

$37.45 $49.95

You Save 25% ($12.50)

**Purchase options**



One-time purchase $37.45

Subscribe & Save 6% $35.20

About subscriptions

Qty
1

**ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**









NEED HELP? CALL 📞 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG    LOGIN    0



ORAL CARE ⌄    SUPPLEMENTS ⌄    COSMETICS ⌄    Search...

HOME  /  PRODUCTS  /  SUPERSILVER WOUND DRESSING GEL™ FIRST AID AND SUNBURN RELIEF WITH SILVERSOL® NANO SILVER





**SALE**

Infowars Life

# SUPERSILVER WOUND DRESSING GEL™ FIRST AID AND SUNBURN RELIEF WITH SILVERSOL® NANO SILVER

★★★★★ 11 Reviews

**$29.95** ~~$39.95~~
You Save 25% ($10.00)

**Purchase options**



One-time purchase
$29.95



Subscribe & Save 6%
$28.15

ⓘ About subscriptions




Rewards



WHOLEFOOD MULTIVITAMIN - NOW AVAILABLE

NEED HELP? CALL 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG    LOGIN    0

Dr. Jones' NATURALS

ORAL CARE    SUPPLEMENTS    COSMETICS    Search...

HOME / PRODUCTS / NASCENT IODINE SURFACE SPRAY




**SALE**  **NEW**

# NASCENT IODINE SURFACE SPRAY

**$17.76** $35.52
You Save 50% ($17.76)

**Purchase options**

One-time purchase $17.76

Subscribe & Save 6% $16.69

About subscriptions

Qty

[ − ] 1 [ + ]    **ADD TO CART**

**May Sale - Add to cart and save an extra 40% off on this product at checkout.**

 Rewards



NEED HELP? CALL 512-773-9742    FAQ    NON-PROFIT    CONTACT    BLOG

 Dr. Jones' NATURALS

 LOGIN     0

ORAL CARE ⌄    SUPPLEMENTS ⌄    COSMETICS ⌄    Search...

HOME  /  PRODUCTS  /  SUPER BLUE BUBBLE GUM TOOTHPASTE - 4 FL OZ



**SALE**

Infowars Life

# SUPER BLUE BUBBLE GUM TOOTHPASTE - 4 FL OZ

★★★★★ 6 Reviews

**$11.21** ~~$14.95~~

You Save 25% ($3.74)

**Purchase options**



One-time purchase
$11.21



Subscribe & Save 6%
$10.54

ⓘ About subscriptions

Qty

[ − ]  1  [ + ]    **ADD TO CART**

 Rewards



