# Exhibit 8-E

SUPERCHARGE YOUR BODY'S DEFENSES!! GET THE REAL RED PILL PLUS AND DNA FORCE COMBO TODAY!



**INFOWARS STORE**
"Thank you for supporting the Infowar!"

Points | Account | Wishlist | Cart

Search entire store here...

INFOWARS LIFE | DONATE! | HEALTH & WELLNESS | PREPAREDNESS | MEDIA | SPECIALS | GEAR

Share  Tweet    Refer Friends

# WHOLEFOOD MULTIVITAMIN

Introdcing our Wholefood Multivitamin! Our new Wholefood Multi-Vitamin is sourced from 100% high quality natural food sources, and our two new Vitamins are loaded with natural immune support boosters that many listeners have been asking for.

Retail: $49.95  
**Now: $37.45**  
Savings: $12.50 (25%)

★★★★★ 4.6
49 Reviews
Add Your Review

Quantity  1      **ADD TO CART**

✎ Wishlist    🖨 Print





SUPERCHARGE YOUR BODY'S DEFENSES!! GET THE REAL RED PILL PLUS AND DNA FORCE COMBO TODAY!





Points | Account | Wishlist | Cart

Search entire store here...

**INFOWARS LIFE** | **DONATE!** | **HEALTH & WELLNESS** | **PREPAREDNESS** | **MEDIA** | **SPECIALS** | **GEAR**

Share | Tweet | Pin it | Refer Friends

# ORGANIC GREENS FIBER CAPS



With the new Organic Greens Fiber Caps at InfowarsStore.com, we're making it easier than ever to take in the organic greens and sprouts that are loaded with healthy fiber. Give your gut a reboot and a new lease on life - Total Amino Acid Super Charger!

Retail: $29.95
**Now: $22.45**
Savings: $7.50 (25%)

★★★★★ 5.0
33 Reviews
Add Your Review

### Delivery Options

 What is this?
Recurring shipping can be set up to deliver as many times as you like whenever you like.

Quantity  1    **ADD TO CART**

Wishlist   Print



SUPERCHARGE YOUR BODY'S DEFENSES!! GET THE REAL RED PILL PLUS AND DNA FORCE COMBO TODAY!

**INFOWARS STORE**
"Thank you for supporting the Infowar!"

Points | Account | Wishlist | Cart

Search entire store here...

INFOWARS LIFE | DONATE! | HEALTH & WELLNESS | PREPAREDNESS | MEDIA | SPECIALS | GEAR

Share | Tweet | Pin it | Refer Friends

# IMMUNE SUPPORT

Get the new proprietary Immune Support formula by Infowars Life today – antioxidants and super ingredients for natural support.

Retail: $39.95
**Now: $29.95**
Savings: $10.00 (25%)

★★★★★ 5.0
17 Reviews
Add Your Review

**Delivery Options**
ⓘ What is this?
Recurring shipping can be set up to deliver as many times as you like whenever you like.

Quantity: 1        **ADD TO CART**

✏ Wishlist    🖨 Print

SUPERCHARGE YOUR BODY'S DEFENSES!! GET THE REAL RED PILL PLUS AND DNA FORCE COMBO TODAY!



# INFOWARS STORE
"Thank you for supporting the Infowar!"

 Points     Account     Wishlist     Cart

Search entire store here... 

**INFOWARS LIFE**  |  **DONATE!**  |  **HEALTH & WELLNESS**  |  **PREPAREDNESS**  |  **MEDIA**  |  **SPECIALS**  |  **GEAR**

Share   Tweet   Pin it   Refer Friends



## NASCENT IODINE SURFACE SPRAY

This is not your average spray cleaner - this is the first-ever Nascent Iodine Surface Spray from Infowars Life!

Retail: $29.95            ★★★★★  4.8
**Now: $14.95**              4 Reviews
Savings: $15.00 (50%)       Add Your Review

### Delivery Options
ⓘ What is this?
Recurring shipping can be set up to deliver as many times as you like whenever you like.

Quantity  [ 1 ]        **ADD TO CART**

 Wishlist      Print

