# Exhibit 13



# Alex Jones ✓
@RealAlexJones

Tomorrow's News Today: InfoWars.com | Please support our sponsors: DrJonesNaturals.com & InfoWarsStore.com

View more

💼 Media Personality  📍 Austin, TX  🔗 infowarsstore.com
📅 Joined January 2010

**718** Following  **2.3M** Followers