United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 14, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-33553 |
| | § | |
| **ALEXANDER E. JONES** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE TO A CASE
UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion") of the Debtor for entry of an order (this "Order"), pursuant to section 1112(a) of the Bankruptcy Code, Bankruptcy Rule 1017 and 9013, converting the Debtor's chapter 11 case to a case under chapter 7 of the Bankruptcy Code, as more fully described in the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, his estate, his creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing (if any) (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing (if any) establish just cause for the relief granted herein; and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Debtor's chapter 11 case is hereby converted, pursuant to 11 U.S.C. § 1112(a), to a case under chapter 7 of the Bankruptcy Code, effective as of the date of the entry of this Order

(the "Conversion Date").

    3.    The following Conversion Procedures are hereby approved:

        a. <u>Professional Fees</u>. To the extent applicable, professionals retained in the chapter 11 case shall submit final fee applications (the "<u>Final Fee Applications</u>") in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and orders of this Court by no later than 14 days after the Conversion Date (the "<u>Final Fee Application Deadline</u>"). The Court will schedule a hearing on such Final Fee Applications at a date to be determined. All approved amounts owed for professionals' fees and expenses shall be paid (x) first, from each professional's retainer, to the extent such retainers exist; and thereafter (y) from the Debtor's chapter 7 estate.

        b. <u>The Committee</u>. On the Conversion Date, the Committee shall be immediately dissolved, and all professionals retained by the Committee shall be immediately discharged, with no further action required by the Debtor or the Committee.

        c. <u>Books and Records</u>. As soon as reasonably practicable, but in no event more than fourteen (14) days after the assumption of duties by the chapter 7 trustee, the Debtor shall turn over to the chapter 7 trustee the books and records of the Debtor in the Debtors' possession and control, as required by Bankruptcy Rule 1019(4). For purposes hereof, the Debtors may provide copies (including electronic copies) of such books and records to the chapter 7 trustee, or instructions for locating and accessing such books and records, and may retain copies of such books and records to the extent necessary to complete the reports required herein.

        d. <u>Lists and Schedules</u>. To the extent not already filed with the Court, within 14 days

of the Conversion Date, the Debtors shall file the statements and schedules required by Bankruptcy Rules 1019(1)(A) and 1007(b).

e. <u>Schedule of Unpaid Debts</u>. Within 14 days of the Conversion Date, the Debtors shall file a schedule of unpaid debts incurred after commencement of the Debtor's chapter 11 case, including the name and address of each creditor, as required by Bankruptcy Rule 1019(5).

f. <u>Final Report</u>. Within thirty (30) days after the Conversion Date, the Debtor shall file and transmit to the chapter 7 trustee a final report and account in accordance with Bankruptcy Rule 1019(5)(A).

4. The Debtor and his counsel shall appear at the First Meeting of Creditors pursuant to section 341(a) and 343 of the Bankruptcy Code.

5. Nothing in this Order or in the conversion of the Debtor's chapter 11 case to a case under chapter 7 of the Bankruptcy Code will vacate, nullify, or otherwise modify any order entered in the Debtor's chapter 11 case, including, for the avoidance of any doubt, any Sale Order.

6. The Debtor is authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion.

7. The terms of this Order shall be effective and enforceable immediately upon its entry.

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Signed: June 14, 2024

_____
Christopher Lopez
United States Bankruptcy Judge