IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-33553 |
| | § | |
| ALEXANDER E. JONES | § | |
| AKA: ALEX JONES | § | |
| Debtor(s) | | |

ORDER GRANTING RELIEF FROM AUTOMATIC STAY [AND THE CO- DEBTOR STAY, IF APPLICABLE] AFTER HEARING
(This Order Resolves Docket #____)

Ally Bank ("Movant") filed a motion for relief from the automatic stay regarding 2020 Chevrolet Tahoe Utility 4D LT 4WD 5.3L V8, VIN #1GNSKBKCXLR288493 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

_____  Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

_____  The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

_____  The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief.

_____  After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____  No timely response was filed. Accordingly, the motion is granted by default.

_____  As shown by debtor's counsel signature below, Debtor has agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the Codebtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

_____  Movant is awarded attorney's fees in the amount of $_____.

_____       The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.