**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** § | |
| § | **Case No. 22-60043** |
| **FREE SPEECH SYSTEMS, LLC.,** § | **Chapter 11 (Subchapter V)** |
| § | |
| **Debtor.** § | |

**NOTICE OF WITHDRAWAL OF DOCUMENT**
**[Relates to ECF No. 719]**

**PLEASE TAKE NOTICE** Free Speech Systems, LLC. hereby withdraws Debtor-In-Possession Monthly Operating Report for Filing Period ending 6/30/2023 [Dkt. 719] filed on September 19, 2023, as errantly filed in this case.,

Respectfully submitted this September 19, 2023.

                                                                               THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
                                                                               66 Granburg Circle
                                                                               San Antonio, Texas 78218
                                                                               Telephone (210) 601-9405
                                                                               Email: rbattaglialaw@outlook.com

                                                   By:  */s/ Raymond W. Battaglia*
                                                                Raymond W. Battaglia
                                                                Texas Bar No. 01918055

                                                   **ATTORNEYS FOR THE DEBTOR IN POSSESSION**