# EXHIBIT 4

06/24/2024 04:57:09 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-18-001835

## D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS | § | IN DISTRICT COURT OF |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES and FREE SPEECH | § | 261st DISTRICT COURT |
| SYSTEMS, LLC | § | |

---

## TURNOVER ORDER

---

      The Court has considered Plaintiffs' Application for Turnover Order and any response and arguments by the parties' counsel. Having done so, the Court hereby orders that the Application should be GRANTED.

      It is therefore ORDERED that Defendant and Judgment Debtor Free Speech Systems, LLC turn over all its nonexempt property to the Travis County Sheriff's Office for execution as required by Tex. Civ. Prac. & Rem. Code 31.002(b)(1). This includes (but is not limited to) the property identified in Exhibit 4 of Plaintiff's Application as well as all other real property, personal property, or intellectual property not listed in Exhibit 4. This order likewise applies to all money of Free Speech Systems, including money held in any bank accounts or being held or controlled by any other third parties at the direction of Free Speech Systems.

      It is further ORDERED that Free Speech Systems is further enjoined from transferring, assigning, or in any way conveying any of its property to any insiders or affiliates within the meaning of the Texas Uniform Fraudulent Transfer Act[1] without a prior order from this Court.

\     This ORDER may be enforced through contempt proceedings if Free Speech Systems refuses to comply with or otherwise disobeys this ORDER.

      This ORDER was entered on June 24, 2024.

Travis County District Judge

---

[1] *See* Tex. Bus. & Comm. Code § 24.001–12.