United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 04, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FREE SPEECH SYSTEMS LLC,<br><br>    Debtor | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11<br>(Subchapter V) |
| In re:<br><br>ALEXANDER E. JONES,<br><br>    Debtor | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the Estate of Erica Lafferty,<br><br>    Plaintiffs<br><br>    v.<br><br>Alexander E. Jones and<br>Free Speech Systems LLC,<br><br>    Defendants | Adv. Pro. No. 23-03036 (CML)<br>Adv. Pro. No. 23-03037 (CML) |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
FOR CONNECTICUT PLAINTIFFS**

CAME ON to be considered the Motion to Withdraw as Counsel for Connecticut Plaintiffs (Motion) filed on behalf of Daniel Sinnreich of Paul, Weiss, Rifkind, Wharton & Garrison LLP. After consideration of the Motion and representations by Movant,

responses and objections, if any, and arguments of counsel, if any, the Court finds the Motion meritorious. It is, therefore,

ORDERED that Movant Daniel Sinnreich is permitted to withdraw as counsel on behalf of Connecticut Plaintiffs.

Signed: October 04, 2023

_____
Christopher Lopez
United States Bankruptcy Judge