# Exhibit A

# D. R. Payne & Associates, Inc.

*119 North Robinson, Suite 400*
*Oklahoma City, OK  73102*
*Phone:  (405) 272-0511  Fax:  (405) 272-0501*

|  |  |
|---|---|
| Invoice Date: | 06/24/2024 |
| Invoice #: | 16052 |

Alexander E. Jones
c/o Vickie L. Driver, Esq.
Crowe & Dunley, P.C.
2525 McKinnon St., Suite 425
Dallas, TX  75201

In Reference To:    In re: Alexander E. Jones

DRAFT - Approved by:_____

## Professional Services

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 01/18/2024 | | | | | |
| | RAB | O - Access the docket and locate relevant pleadings using Pacer. | 215.00 | 1.50 | 322.50 |
| 01/22/2024 | | | | | |
| | RAB | O - Assist in preparation of form of Declaration for DRP and Firm and form of engagement letter for employment. | 215.00 | 1.25 | 268.75 |
| | DRP | O - Review schedules, matrix, entries of appearance and related docket pleadings to assess relationships and disinterestedness; provide R. Bishop with terms and conditions for initial engagement letter and declaration to be employed. | 650.00 | 2.50 | 1,625.00 |
| 01/23/2024 | | | | | |
| | DRP | A - Review schedules of assets and liabilities, SOFA and MOR's in A. Jones' case; review other relevant pleadings, two competing plans and plan objections in A. Jones' case in order to generate a detailed scope of work for inclusion in engagement letter and terms for employment application; prepare outline for data request; develop outline of work scope areas to discuss with debtor's counsel and Bob Schleizer. | 650.00 | 4.50 | 2,925.00 |
| 01/24/2024 | | | | | |
| | DRP | A - Continue docket and pleadings review and generate additional items for data and information request and develop master document working list to be provided to counsel and B. Schleizer. | 650.00 | 2.00 | 1,300.00 |

|  |  | Invoice Date: | 06/24/2024 |
|---|---|---|---|
|  |  | Invoice No. | 16052 |
| Alexander E. Jones |  | Page No. | 2 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 01/25/2024 | | | | | |
| | DRP | K - Conference call with B. Schleizer, financial advisor to A. Jones to discuss working approach and document sharing. | 650.00 | 0.30 | 195.00 |
| 01/30/2024 | | | | | |
| | AJM | A - Review, organize and index for Rule 26 disclosures 2 documents received via e-mail. | 215.00 | 0.12 | 25.80 |
| 02/08/2024 | | | | | |
| | RAB | O - Prepare terms and disclosures to include in employment documents and application to be retained. | 215.00 | 0.25 | 53.75 |
| 02/12/2024 | | | | | |
| | RAB | O - Prepare and complete terms and disclosures included in employment documents and application. | 215.00 | 1.00 | 215.00 |
| | CBL | K - Conference with counsel re: Initial Plan & Scope of Services. | 325.00 | 1.30 | 422.50 |
| | CBL | A - Review documents received to determine what additional source and supporting documents are required. | 325.00 | 1.25 | 406.25 |
| | DRP | K - Conference call with V. Driver, debtor's counsel and B. Schleizer to discuss master working list and documents. | 650.00 | 1.30 | 845.00 |
| | DRP | G - Review of A. Jones' ownership interest in Free Speech including review of products/SKU's and prices offered through Free Speech Systems' online site; prepare price and SKU outline summary for significant products and categories. | 650.00 | 1.50 | 975.00 |
| | DRP | F - Research competitor sites and similar competing products and price points in order to assess competitive market position of Free Speech Systems. | 650.00 | 1.60 | 1,040.00 |
| | DRP | G - Review of Free Speech Systems' sales and costs of goods, POR and disclosures in projections; compare projections to more recent MOR's. | 650.00 | 0.50 | 325.00 |
| 02/13/2024 | | | | | |
| | CBL | A - Review Monthly Operating Reports in order to begin setup trending summaries for A. Jones personal income/expenses and FSS income/expenses. | 325.00 | 0.75 | 243.75 |
| | CBL | A - Review Bankruptcy Schedules and assets and liabilities in order to set up comparative reorganization liquidation schedules. | 325.00 | 5.50 | 1,787.50 |
| 02/14/2024 | | | | | |
| | RAB | A - Search docket and locate significant documents and save to server for use in scope of work on Pacer. | 215.00 | 1.50 | 322.50 |
| | CGH | A - Review documents received for use in preparing forecast schedules in DRPA valuation models.. | 275.00 | 1.00 | 275.00 |
| | DRP | H - Prepare additive items master working list of document to be utilized through shared site with B. Schleizer; begin shared site review of QuickBooks trended financial statements for A. Jones including wages and categories of living expenses and income tax returns; identify various | | | |

| | | | Invoice Date: | 06/24/2024 |
|---|---|---|---|---|
| | | | Invoice No. | 16052 |
| Alexander E. Jones | | | Page No. | 3 |

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | | investments reported in tax returns including AEJ Austin Holdings, AEJ 2018 Trust, RXXCTTGAA Trust and AJ D&D Trust. | 650.00 | 2.40 | 1,560.00 |
| 02/15/2024 | | | | | |
| | RAB | B - Continue to search docket on Pacer to locate significant documents and save to server for use in DRPA's scope of work. | 215.00 | 2.00 | 430.00 |
| | RAB | B - Assist in formalizing of significant case issues and notes. | 215.00 | 0.75 | 161.25 |
| | AJM | B - Search docket on Pacer to locate additional documents and save to server. | 215.00 | 5.10 | 1,096.50 |
| | AJM | A - Review, organize and index multiple documents downloaded for use in work scope and compliance with Rule 26. | 215.00 | 1.50 | 322.50 |
| | CBL | E - Prepare trended Forecast Schedules for use in assessing reorganization value. | 325.00 | 7.25 | 2,356.25 |
| 02/16/2024 | | | | | |
| | SJB | F - Trended Aug. 2022-Dec. 2023 Internal IS (Free Speech Systems, LLC); prepared projected income/expenses through 2034 including common size; researched benchmarks in BLS; prepared PV of projection with benchmarks researched in BLS. | 495.00 | 1.50 | 742.50 |
| | RAB | A - Continued to search docket on Pacer to locate additional documents requested by D. Payne and save to server. | 215.00 | 1.00 | 215.00 |
| | RAB | B - Assist in formalizing significant work scope matters and notes. | 215.00 | 0.25 | 53.75 |
| | AJM | A - Review, organize and index 7 documents received via e-mail on 02/15/2024 for use in work scope and compliance with Rule 26. | 215.00 | 0.50 | 107.50 |
| | CBL | E - Prepare appraisal report schedules with initial data or DCF method. | 325.00 | 6.00 | 1,950.00 |
| | CBL | K - Meeting with C. Regens and B. Schleizer re: Open document Items. | 325.00 | 0.75 | 243.75 |
| | DRP | K - Conference call with B. Schleizer, C. Regens and C. Lidia to review status of master working list of documents. | 650.00 | 0.75 | 487.50 |
| | DRP | B - Outline numerous docket/pleading numbers from FSS docket for further review and evaluation.. | 650.00 | 0.95 | 617.50 |
| 02/19/2024 | | | | | |
| | SJB | E - Modified interest rate schedule to reflect anticipated 5% increase annually to arrive at discount rate; reviewed and saved research materials for living expenditures; researched BLS for consumer expenses & prepared commons size (high level categories with select granularity) for both 4 and 5 person consumer units. | 495.00 | 2.00 | 990.00 |
| | CGH | G - Accessed Infowarsstore.com product offerings and prepared a list of products offered and retail price points from the online site | 275.00 | 3.50 | 962.50 |
| | CBL | F - Research Potential Guideline Companies and SIC Codes for valuation of Free Speech Systems. | 325.00 | 5.25 | 1,706.25 |

|  |  | Invoice Date: | 06/24/2024 |
|  |  | Invoice No. | 16052 |
| Alexander E. Jones |  | Page No. | 4 |

|  |  | Rate | Hours |  |
|---|---|---:|---:|---:|
| CBL | E - Prepare Report Schedules for FSS plan projections and present value of payouts. | 325.00 | 1.25 | 406.25 |

02/20/2024

| | | Rate | Hours | |
|---|---|---:|---:|---:|
| SJB | G - Shared and stratified product lines and product data for D. Payne's review and use on-site at FSS offices. | 495.00 | 0.10 | 49.50 |
| DRP | M - Travel from Oklahoma City to Austin for meetings with A. Jones, FSS' CRO, FSS' staff, V. Driver, C. Stephenson and B. Schleizer. | 650.00 | 3.60 | 2,340.00 |
| CGH | G - Finish schedule of products and price points from infowarsstore.com site. | 275.00 | 3.50 | 962.50 |
| MAJ | L - Review and discuss with CRO proposed plan of restructuring, including assumptions, method of preparation, and inclusion of company personnel.  Developed history of CRO's involvement, including enhancements made to company's internal controls, financial systems and procedures as well product development. Group working session with outside attorneys, financial advisors and key management on game plan, timing and strategy.  Developed understanding of litigation participants, expectations and projected potential outcomes.  Reviewed stress test prepared by financial advisors on expected financial performance and sensitivity to different adjustments proposed by creditors counsel. Outlined efforts required by DR Payne and Associates to be prepared to testify as a witness and data and cooperation required to perform these duties.  This was discussed with Alex Jones in an executive session. | 450.00 | 6.50 | 2,925.00 |
| DRP | L - While on-site review FSS financial data, production data and projections to prepare outline for interview and meeting with P. Magill, CRO. | 650.00 | 0.90 | 585.00 |
| DRP | L - On-site meetings and interviews with P. Magill and B. Schleizer at FSS offices with M. Jackson; debtor's legal team present at offices to discuss interface of business matters with proposed plans. | 650.00 | 5.60 | 3,640.00 |

02/21/2024

| | | Rate | Hours | |
|---|---|---:|---:|---:|
| DRP | L - Staff interviews at FSS with Blake Roddy and Alex Jones; review core supplement products, pricing relationship with PQPR, David Jones products, number of customers, Patriot Points, Lifetime Spend, PFI investigations, autoship inventory levels and runoff, fulfillment of orders, # of viewers, sales fluctuation levels, plan projections, other staff, production of show preparation, employment agreement and business team. | 650.00 | 5.40 | 3,510.00 |
| MAJ | L - Second day of in-house meetings with company personnel.  Focus on operations, specifically product development, sales and inventory control.  Gained understanding of major sales and revenue generation, their components and distribution.  Reviewed inventory rundown and sensitivity to various operations and management changes to programming and marketing, including | | | |

|  |  |  | Invoice Date: | 06/24/2024 |
|--|--|--|--|--|
|  |  |  | Invoice No. | 16052 |
| Alexander E. Jones |  |  | Page No. | 5 |

|  |  |  | Rate | Hours |  |
|--|--|--|--:|--:|--:|
|  |  | discounting and packaging of products. Reviewed IT systems and controls, including security administration, file retention and backup. Additional executive session with Alex Jones on project status and continued efforts. | 450.00 | 6.50 | 2,925.00 |
|  | DRP | K - Meet with V. Driver and C. Stephenson to discuss FSS findings and observations to date. | 650.00 | 0.70 | 455.00 |
|  | DRP | M - Travel from FSS offices in Austin to Oklahoma City. | 650.00 | 3.50 | 2,275.00 |
| 02/22/2024 |  |  |  |  |  |
|  | SJB | H - Prepared multiple schedules on living expenses for benchmarking and report purposes; verified data. | 495.00 | 2.50 | 1,237.50 |
|  | DRP | I - Prepare human capital services and value schedule and review with M. Jackson. | 650.00 | 1.10 | 715.00 |
|  | RAB | B - Prepare schedule of causes of action, notes, personal service and contingent asset summary. | 215.00 | 0.75 | 161.25 |
|  | CBL | H - Prepare Cause of Action summary schedule. | 325.00 | 0.25 | 81.25 |
|  | CBL | E - Prepare Plan Recovery Summary schedules. | 325.00 | 2.00 | 650.00 |
|  | MAJ | F - Follow up discussion with D. Payne to address key assumptions and information gained from in-house meetings. | 450.00 | 0.50 | 225.00 |
|  | DRP | E - Prepare form of distribution to creditors model summary and format. | 650.00 | 0.80 | 520.00 |
|  | DRP | I - Analyze potential claims listed in creditors' plan and prepare estimated value based upon probability of services model. | 650.00 | 2.30 | 1,495.00 |
| 02/23/2024 |  |  |  |  |  |
|  | SJB | H - Prepared AEJ forecast schedule without FSS income or payroll tax expense; saved several research materials. | 495.00 | 1.50 | 742.50 |
|  | DRP | C - Conference with M. Jackson to review A. Jones' compensation model in proposed contract compared to market research. | 650.00 | 0.60 | 390.00 |
|  | MAJ | C - Conference with D. Payne regarding research and review of contractual agreements for a key individual in a situation similar to the company; analysis of employment agreements that deal with an executive who is the focus and center of the operation and sole driver of financial results. | 450.00 | 2.50 | 1,125.00 |
| 02/26/2024 |  |  |  |  |  |
|  | RAB | D - Prepare non-exempt asset liquidation proceeds; research and organize appraisal and case precedent guidance and articles on ROP for use and disclosure in Rule 26 Reports. | 215.00 | 2.00 | 430.00 |
|  | DRP | D - Review numerous articles, cases and treatises addressing personal goodwill, ROP, celebrity goodwill, absolute, priority, property of estate disposable income and confirmation standards for individual debtor cases for use and disclosure in Rule 26 Reports. | 650.00 | 2.30 | 1,495.00 |
| 02/27/2024 |  |  |  |  |  |
|  | AJM | B - Review, organize and index document received via e-mail on 02/27/2024 for use in work scope and compliance with Rule 26. | 215.00 | 0.25 | 53.75 |

|  |  |  | Invoice Date: | 06/24/2024 |
|---|---|---|---|---|
|  |  |  | Invoice No. | 16052 |
| Alexander E. Jones |  |  | Page No. | 6 |

| | | Rate | Hours | |
|---|---|---|---|---|
| RAB | I - Prepare schedules to be used with expert report; case law research. | 215.00 | 1.50 | 322.50 |
| CBL | F - Prepare multiple appraisal report schedules and valuation models for use in assessing intangible value and reorganization value of FSS. | 325.00 | 1.50 | 487.50 |
| CBL | F - Prepare Guideline Companies Schedules. | 325.00 | 3.75 | 1,218.75 |
| MAJ | G - Conference call with company CFO, reviewing accounting policies and procedures as well as monthly closing schedule and review of financial data. Drilled down on specific elements of the restructuring plan, including development of specific revenue and expense line items, key assumptions,and contingent liabilities. Follow up discussions after further review of data requested and provided. | 450.00 | 1.60 | 720.00 |
| DRP | L - Interview with Jeff Shulse, outsourced CFO to FSS to discuss projections, his supplement market study, other FSS personnel, inventory accounting and product sale reports, discuss A. Jones time at business location. | 650.00 | 1.60 | 1,040.00 |
| MAJ | G - Review of FSS financial data to formulate outline of topics and issues for CFO and for further investigation. | 450.00 | 1.40 | 630.00 |
| DRP | G - Run some sensitivity assumptions and stress test on FSS projections. | 650.00 | 0.90 | 585.00 |

02/28/2024

| | | | | |
|---|---|---|---|---|
| RAB | I - Prepare schedules to be used with expert report; case law research. | 215.00 | 2.00 | 430.00 |
| CBL | F - Prepare Guideline Companies, Cost of Capital, Net Asset Value, and Private Transactions schedules. | 325.00 | 8.00 | 2,600.00 |
| CBL | J - Finalize initial working draft of expert report schedules for FSS for D. Payne's review. | 325.00 | 0.25 | 81.25 |

02/29/2024

| | | | | |
|---|---|---|---|---|
| AJM | B - Review, organize and index a document received via e-mail on 02/29/2024 for use in work scope and compliance with Rule 26. | 215.00 | 0.10 | 21.50 |
| RAB | I - Prepare schedules to be used with expert report; case law research. | 215.00 | 0.50 | 107.50 |
| CBL | C - Prepare Guideline Companies and Executive Compensation Summary Schedules. | 325.00 | 6.50 | 2,112.50 |
| DRP | I - Prepare disposable income test summaries before and after income, taxes, expert schedule 1-A.3. | 650.00 | 2.00 | 1,300.00 |
| DRP | J - Prepare present value components of personal goodwill chart schedule 1-A.5. | 650.00 | 1.30 | 845.00 |

03/01/2024

| | | | | |
|---|---|---|---|---|
| RAB | J - Prepare schedules to be used with expert report. | 215.00 | 0.75 | 161.25 |
| DRP | I - Prepare schedule of liquidation analysis and sensitivity for A. Jones. | 650.00 | 1.00 | 650.00 |

03/04/2024

| | | | | |
|---|---|---|---|---|
| RAB | J - Prepare schedules to use with expert report. | 215.00 | 0.25 | 53.75 |
| CBL | J - Revise Report schedules for ownership of A. Jones in | | | |

|  |  |  | Invoice Date: | 06/24/2024 |
|---|---|---|---|---|
|  |  |  | Invoice No. | 16052 |
| Alexander E. Jones |  |  | Page No. | 7 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
|  |  | FSS. | 325.00 | 0.50 | 162.50 |
|  | CBL | F - Update Private Transactions schedules. | 325.00 | 0.50 | 162.50 |
| 03/05/2024 |  |  |  |  |  |
|  | RAB | B - Review, organize and index multiple documents received via Dropbox on 3/4/2024. | 215.00 | 0.75 | 161.25 |
|  | CBL | A - Review and incorporation of new documents received for report. | 325.00 | 0.50 | 162.50 |
|  | DRP | C - Review and evaluating of personal goodwill and celebrity goodwill; evaluate percentage of gross enhanced earnings, excess earnings and relief from royalty valuation methodologies. | 650.00 | 2.20 | 1,430.00 |
| 03/06/2024 |  |  |  |  |  |
|  | RAB | D - Research for case law, statutes, articles and publication guidance affecting personal goodwill, earnings and property of BK estate. | 215.00 | 3.75 | 806.25 |
|  | RAB | A - Prepare update to document request. | 215.00 | 0.50 | 107.50 |
|  | CBL | F - Prepare Financials Summary Schedules for report for FSS. | 325.00 | 2.25 | 731.25 |
|  | SJB | F - Restructured P&L; prepared multiple schedules including common size. | 495.00 | 1.00 | 495.00 |
|  | DRP | H - Prepare structure for expert Rule 26 Report as to various exhibits and aids in support of narrative disclosures for A. Jones. | 650.00 | 1.40 | 910.00 |
|  | DRP | J - Prepare structure for expert Rule 26 Report as to various exhibits and aids in support of narrative disclosures for A. Jones' interest in Free Speech. | 650.00 | 1.90 | 1,235.00 |
| 03/07/2024 |  |  |  |  |  |
|  | AJM | A - Review, organize and index an e-mail received via e-mail on 03/06/2024 for use in work scope and compliance with Rule 26. | 215.00 | 0.10 | 21.50 |
|  | CBL | F - Prepare Financials Summary Schedules for FSS reorganization value report. | 325.00 | 0.75 | 243.75 |
| 03/12/2024 |  |  |  |  |  |
|  | CGH | I - Prepare product and price list in alphabetical sort version; obtain weekly sales reports for 10/2/2021 - 02/18/2022 and enter into trended product sales model. | 275.00 | 3.50 | 962.50 |
| 03/13/2024 |  |  |  |  |  |
|  | CBL | G - Prepare Profit and Loss Summaries from Tax Returns. | 325.00 | 3.75 | 1,218.75 |
|  | AJM | A - Review, organize and index 2 documents via e-mail on 03/13/2024 for use in work scope and compliance with Rule 26. | 215.00 | 0.10 | 21.50 |
| 03/14/2024 |  |  |  |  |  |
|  | CBL | E - Compile tax P&L schedules and tax returns for further tax review. | 325.00 | 0.25 | 81.25 |
|  | SJB | H - Verified usage of BLS data for family of 5 (Schedules |  |  |  |

|  |  |  | Invoice Date: | 06/24/2024 |
|---|---|---|---|---|
|  |  |  | Invoice No. | 16052 |
| Alexander E. Jones |  |  | Page No. | 8 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
|  |  | 2.7 & 2.8) . | 495.00 | 0.25 | 123.75 |
| 03/21/2024 | | | | | |
| | DRP | I - Analyze tax basis and estimated sales prices in ancillary assets of A. Jones for assessing estimated tax expense in future years and impact on disposable income. | 650.00 | 1.50 | 975.00 |
| 03/22/2024 | | | | | |
| | DRP | J- Prepare and review various income, market and net asset valuation schedules in support of assessing reorganization value and A. Jones' ownership in FSS; prepare appraisal report for FSS. | 650.00 | 4.70 | 3,055.00 |
| 03/25/2024 | | | | | |
| | RAB | J - Prepare various schedules and exhibits to be utilized in the report. | 215.00 | 1.40 | 301.00 |
| 03/26/2024 | | | | | |
| | RAB | J - Prepare various schedules and exhibits to be utilized in the expert report. | 215.00 | 0.50 | 107.50 |
| | CBL | F - Compile bankruptcy disclosure/plan filings for tax evaluation. | 325.00 | 0.25 | 81.25 |
| | CBL | F - Update / Revise / Prepare Miscellaneous Income Approach schedules. | 325.00 | 0.75 | 243.75 |
| 03/27/2024 | | | | | |
| | CBL | F - Prepare Correlation of Value for ownership in FSS report. | 325.00 | 0.50 | 162.50 |
| 03/28/2024 | | | | | |
| | RAB | I - Prepare various schedules to be utilized with the report. | 215.00 | 2.25 | 483.75 |
| | CBL | F - Compile draft correlation of value schedules and other value method schedules for review. | 325.00 | 0.25 | 81.25 |
| | CBL | J - Revise correlation of value and other value method schedules for FSS. | 325.00 | 1.00 | 325.00 |
| | CBL | I - Update / Revise / Prepare report schedules for A. Jones. | 325.00 | 0.75 | 243.75 |
| 03/29/2024 | | | | | |
| | RAB | I - Prepare various schedules to be utilized with the report. | 215.00 | 0.42 | 90.30 |
| | CBL | H - Prepare Comparison Schedule of Reported Claim amounts from Bankruptcy Filings. | 325.00 | 3.00 | 975.00 |
| | DRP | J - Prepare Contributory Components to Value for FSS based upon appraisal report and reorganization value and other exhibits to FSS expert report. | 650.00 | 1.10 | 715.00 |
| | DRP | I - Prepare retained and contributed assets and values pursuant to A. Jones' proposed plans and other charts addressing confirmation and absolute priority. | 650.00 | 1.50 | 975.00 |
| 04/01/2024 | | | | | |
| | SJB | E - Prepare multiple schedules at various discount rates; assisted with finalization of draft report for 4/2/2024 meeting. | 495.00 | 3.50 | 1,732.50 |

|  |  |  | Invoice Date: | 06/24/2024 |
|---|---|---|---|---|
|  |  |  | Invoice No. | 16052 |
| Alexander E. Jones |  |  | Page No. | 9 |

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
|  | RAB | I - Prepare various schedules to be utilized with the report. | 215.00 | 4.75 | 1,021.25 |
|  | CBL | J - Revise various Schedules and Exhibits for Expert Report. | 325.00 | 2.75 | 893.75 |
|  | CBL | F - Prepare Comparison Schedule of Creditor Trust Payments from Bankruptcy filings, Net Cash Flow, and EBITDA. | 325.00 | 3.00 | 975.00 |
|  | CBL | B - Review, organize and index a document received via DropBox 4/1/24. | 325.00 | 0.25 | 81.25 |
|  | DRP | I - Prepare expert report. | 650.00 | 2.60 | 1,690.00 |
| 04/02/2024 |  |  |  |  |  |
|  | RAB | I - Prepare various schedules to be utilized with the report. | 215.00 | 0.25 | 53.75 |
|  | CBL | H - Review premarital agreement to attempt to reconcile family support payments from Bankruptcy Schedules. | 325.00 | 0.75 | 243.75 |
|  | CBL | A - Update document request list, send list of remaining outstanding items to DRP for review. | 325.00 | 0.50 | 162.50 |
|  | CBL | B - Review, organize and index 4 documents received 4/1/24 via DropBox. | 325.00 | 0.25 | 81.25 |
|  | CBL | C - Prepare updated DCF - Residual Earnings for Goodwill schedules. | 325.00 | 0.75 | 243.75 |
|  | CBL | H - Prepare updated DCF - Residual Earnings for Creditor Trust Distributions schedules. | 325.00 | 0.50 | 162.50 |
|  | CBL | C - Prepare Alternative scenario DCF schedules. | 325.00 | 0.50 | 162.50 |
|  | DRP | M - Travel from DRPA's OKC office to Debtor's counsel's Dallas office to meet with V. Driver and C. Stephenson. | 650.00 | 3.00 | 1,950.00 |
|  | DRP | L - Attend Jeff Shulse's deposition. | 650.00 | 2.20 | 1,430.00 |
|  | DRP | I - Review numerous supporting schedules and analytical reports which will be utilized in support of our Expert Report regarding confirmation of A. Jones' proposed plan, appraisal of FSS and personal goodwill with Debtor's counsel. | 650.00 | 3.60 | 2,340.00 |
|  | DRP | K - Work on updates to schedules. | 650.00 | 1.40 | 910.00 |
|  | DRP | M - Travel from Dallas office to DRPA's OKC office. | 650.00 | 3.00 | 1,950.00 |
| 04/03/2024 |  |  |  |  |  |
|  | SJB | E - Updated Schedules 2.1-2.5 at 5.50% discount rate and added footnote details; prepared Living Expenses to Means Test Level schedule. | 495.00 | 0.50 | 247.50 |
|  | AJM | A - Review, organize and index an e-mail received via e-mail on 04/02/2024 for use in work scope and compliance with Rule 26. | 215.00 | 0.10 | 21.50 |
|  | RAB | I - Prepare various schedules to be utilized with the report and report narrative. | 215.00 | 1.40 | 301.00 |
|  | CBL | B - Review, organize and index a document received via DropBox 4/3/24. | 325.00 | 0.25 | 81.25 |
|  | DRP | E - Finalize discount rates for use in exhibits and expert report. | 650.00 | 0.90 | 585.00 |
|  | DRP | F - Prepare narrative appraisal of equity interest and reorganization value for Free Speech. | 650.00 | 1.90 | 1,235.00 |
| 04/04/2024 |  |  |  |  |  |
|  | AJM | B - Review, organize and index a document received via e-mail on 04/04/2024 for Rule 26 disclosures. | 215.00 | 0.10 | 21.50 |
|  | RAB | J - Prepare various schedules to be utilized with the report |  |  |  |

|  |  |  | Invoice Date: | 06/24/2024 |
|---|---|---|---|---|
|  |  |  | Invoice No. | 16052 |
| Alexander E. Jones |  |  | Page No. | 10 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
|  |  | and report narrative. | 215.00 | 1.50 | 322.50 |
|  | CBL | B - Review, organize and index a document received via DropBox 4/3/24. | 325.00 | 0.25 | 81.25 |
|  | CBL | H - Enter Financials in DRPA personal income and expense models. | 325.00 | 0.50 | 162.50 |
|  | CBL | F - Prepare Alternate DCF Scenario Schedules. | 325.00 | 1.00 | 325.00 |
|  | DRP | I - Prepare Rule 26 Report for A. Jones proposed plan. | 650.00 | 4.50 | 2,925.00 |
| 04/05/2024 |  |  |  |  |  |
|  | SJB | H - Researched BEA for most recent consumer spending data available (2022). | 495.00 | 0.25 | 123.75 |
|  | DRP | J - Prepare Rule 26 Report for A. Jones' interest in Free Speech's proposed plan. | 650.00 | 2.60 | 1,690.00 |
| 04/08/2024 |  |  |  |  |  |
|  | SJB | I - Prepare individual report schedules for A. Jones expert report. | 495.00 | 1.00 | 495.00 |
|  | RAB | J - Prepare various schedules and report narratives. | 215.00 | 6.00 | 1,290.00 |
|  | DRP | I - Prepare narrative expert disclosure of Reorganization and Liquidation Values for A. Jones' proposed plan. | 650.00 | 4.80 | 3,120.00 |
|  | DRP | L - Conference call with Rachel Kennedy to review tax matters and A. Jones' tax returns. | 650.00 | 1.10 | 715.00 |
| 04/09/2024 |  |  |  |  |  |
|  | AJM | A - Review, organize and index a document received via e-mail on 04/09/2024 for Rule 26 disclosures. | 215.00 | 0.10 | 21.50 |
|  | RAB | J - Prepare various schedules and report narratives. | 215.00 | 4.00 | 860.00 |
| 04/10/2024 |  |  |  |  |  |
|  | AJM | B - Review, organize and index 2 documents and 2 e-mail received via e-mail on 04/08/2024 & 4/10/2024 for Rule 26 disclosures. | 215.00 | 0.25 | 53.75 |
|  | RAB | I - Prepare various schedules and report narratives. | 215.00 | 4.75 | 1,021.25 |
|  | MAJ | L - Review of HR, administrative and accounts payable functions with Michelle, manager.  Understanding of permanent employees verses contractors and consultants, as well as discussions on employment agreements.  Review of accounts payable process, approval procedures and methods of payment. Discussion of current headcount, employee resignations or terminations and moral of the workforce.  In-house review of employment files underway, as Michelle is new to her expanded role and gaining more understanding of the functions as assigned. Status meeting with CRO reviewing progress and results of in-house interviews as well as document requests.  Discussed potential comparison of 1Q Actuals to 1Q information contained in the Plan. | 450.00 | 3.00 | 1,350.00 |
| 04/11/2024 |  |  |  |  |  |
|  | CBL | F - Update and Revise Multiple Income Approach schedules. | 325.00 | 0.25 | 81.25 |
|  | RAB | J - Prepare various schedules and report narratives. | 215.00 | 1.75 | 376.25 |
|  | MAJ | C - Review of functions performed by Tim Enlow, which |  |  |  |

| | | | Invoice Date: | 06/24/2024 |
|---|---|---|---|---|
| | | | Invoice No. | 16052 |
| Alexander E. Jones | | | Page No. | 11 |

| | | | Rate | Hours | |
|---|---|---|---:|---:|---:|
| | | include security, what I would refer to as internal audit and chief of staff duties.  Responsibilities include addressing threats to personnel as well as internal operations and financial IT systems, investigating any potential financial irregularities between internal and external parties and providing security for AEJ. Tim arranges and provides security for AEJ business travel, specifically noting he is not responsible for personal or non-business travel. Tim interviews and arranges testing for security employees as well as background checks for all employees. | 450.00 | 2.50 | 1,125.00 |
| | AMP | J - Director review, comment and mark revisions for FSS report. | 575.00 | 2.25 | 1,293.75 |
| | AMP | I - Director review, comment and mark revisions for A. Jones report. | 575.00 | 0.75 | 431.25 |
| 04/12/2024 | | | | | |
| | RAB | I - Prepare various schedules and report narratives. | 215.00 | 1.75 | 376.25 |
| | DRP | J - Work on expert report. | 650.00 | 4.10 | 2,665.00 |
| 04/13/2024 | | | | | |
| | RAB | I - Prepare various schedules and report narratives. | 215.00 | 2.35 | 505.25 |
| | DRP | J - Update various schedules and update liquidation schedules/analysis. | 650.00 | 6.60 | 4,290.00 |
| 04/14/2024 | | | | | |
| | DRP | K - Conference call with V. Driver, Crissie Stephenson and Craig Regens to review expert report and disclosures. | 650.00 | 1.70 | 1,105.00 |
| | DRP | C - Prepare appraisal report for FSS invested capital corporate goodwill and personal goodwill. | 650.00 | 4.60 | 2,990.00 |
| | DRP | prepare and update summaries, aids and schedules sections 1, 2, 3, 4, 5, 6 and 7 to two written expert reports. | 650.00 | 5.70 | 3,705.00 |
| 04/15/2024 | | | | | |
| | AJM | A - Review, organize and index an e-mail received via e-mail on 04/12/2024 & an e-mail on 04/14/2024 &  an e-mail on 04/15/2024 for use in work scope and compliance with Rule 26. | 215.00 | 0.20 | 43.00 |
| | CBL | I - Update & Revise Narrative Report and Narrative insert tables. | 325.00 | 0.50 | 162.50 |
| | CBL | F - Update & Revise Cost of Capital Schedules. | 325.00 | 0.50 | 162.50 |
| | CGH | I - Prepare graphical charts for schedule 1.1.A, 1.1.B, and 1.2, update and revise as needed. | 275.00 | 3.50 | 962.50 |
| | SJB | J - Multiple Report Schedules; assisted with report completion. | 495.00 | 4.90 | 2,425.50 |
| | RAB | I - Prepare various schedules and report narratives. | 215.00 | 9.75 | 2,096.25 |
| | DRP | I - Finalize Rule 26 Expert Report for A. Jones. | 650.00 | 5.90 | 3,835.00 |
| | DRP | J - Finalize Rule 26 Expert Report for Free Speech Systems. | 650.00 | 4.10 | 2,665.00 |
| 04/16/2024 | | | | | |
| | AJM | I - Prepare Deposition Notebook. | 215.00 | 0.40 | 86.00 |
| | SJB | E - Prepare alternative schedules 2.1.A-2.4 with 9.00% and | | | |

|  |  |  | Invoice Date: | 06/24/2024 |
|---|---|---|---|---|
|  |  |  | Invoice No. | 16052 |
| Alexander E. Jones |  |  | Page No. | 12 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
|  | 12.50% discount rates. | | 495.00 | 0.50 | 247.50 |
| **04/17/2024** | | | | | |
| AJM | A - Review, organize and index a document received via e-mail on 04/17/2024. | | 215.00 | 0.10 | 21.50 |
| SJB | H - Prepare comparative schedule of forecasts; check calculations of originating documents. | | 495.00 | 3.00 | 1,485.00 |
| RAB | B - Prepare documents and relied upon OneDrive. | | 215.00 | 0.50 | 107.50 |
| DRP | M - Travel to Ft. Worth from Oklahoma City for mediation/settlement conference. | | 650.00 | 3.00 | 1,950.00 |
| DRP | N - Participate in settlement conference before Judge Morris. | | 650.00 | 9.00 | 5,850.00 |
| **04/18/2024** | | | | | |
| DRP | M - Travel from Ft. Worth to Oklahoma City. | | 650.00 | 3.00 | 1,950.00 |
| DRP | N - Participate in settlement conference before Judge Morris. | | 650.00 | 4.30 | 2,795.00 |
| **06/03/2024** | | | | | |
| RAB | O - Prepare project codes for billing purposes. | | 215.00 | 0.50 | 107.50 |
| DRP | O- Time preparation, review and coding for fee application purposes. | | 650.00 | 1.70 | 1,105.00 |
| **06/05/2024** | | | | | |
| RAB | O - Code invoice for fee application. | | 215.00 | 0.50 | 107.50 |
| **06/06/2024** | | | | | |
| RAB | O - Code invoice for fee application. | | 215.00 | 1.25 | 268.75 |
|  | For Current Professional Services Rendered | | | 372.39 | 168,699.35 |
|  | Less 1/2 charges for travel (code m) | | | | -6,207.50 |
|  | Net Fees after Courtesy Discount | | | | 162,491.85 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| David Payne | 151.50 | $650.00 | $98,475.00 |
| Ann M. Payne | 3.00 | 575.00 | 1,725.00 |
| Chandler B. Lidia | 79.05 | 325.00 | 25,691.25 |
| Clay G. Heston | 15.00 | 275.00 | 4,125.00 |
| Rozetta A. Bishop | 67.82 | 215.00 | 14,581.30 |
| Sandra J. Bassett | 22.50 | 495.00 | 11,137.50 |
| Mark A. Jackson | 24.50 | 450.00 | 11,025.00 |
| Amy J. Mullin | 9.02 | 215.00 | 1,939.30 |

### Additional Charges

| 01/18/2024 | Pacer Charges | 129.20 |
|---|---|---:|
| 02/15/2024 | Pacer Charges | 309.00 |
| 02/21/2024 | Rental Car - Austin | 131.67 |
| 02/21/2024 | Flight to Austin | 691.47 |
| 04/17/2024 | Parking | 11.35 |
| 04/17/2024 | Mileage from OKC to Ft. Worth | 146.73 |

|  |  | Invoice Date: | 06/24/2024 |
|---|---|---|---|
|  |  | Invoice No. | 16052 |
| Alexander E. Jones |  | Page No. | 13 |

| 04/18/2024 | Parking | 11.35 |
|---|---|---|
| 04/18/2024 | Hotel | 351.12 |
| 05/07/2024 | Pacer Charges | 10.30 |
|  | Total Costs | 1,792.19 |
|  | Total Amount of this Bill | 164,284.04 |

<u>Payments</u>

| 06/22/2024 | Retainer Applied | -40,000.00 |
|---|---|---|
|  | Balance Due | <u>$124,284.04</u> |

<u>Client Funds</u>

| 04/18/2024 | Retainer Wire | 40,000.00 |
|---|---|---|
| 06/22/2024 | Retainer Applied | -40,000.00 |
|  | Ending Client Funds Balance | $0.00 |