# Exhibit B

## SUMMARY OF PROFESSIONALS DURING THE SERVICES PERIOD

| Name of Professional | Position of Applicant | Hourly Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David R. Payne | Managing Director | $650.00 | 151.50 | $92,267.50 |
| Ann M. Payne | Director | $575.00 | 3.00 | $1,725.00 |
| Sandra J. Bassett | Manager | $495.00 | 22.50 | $11,137.50 |
| Mark A. Jackson | Manager | $450.00 | 24.50 | $11,025.00 |
| Chandler Lidia | Consultant | $325.00 | 79.05 | $25,691.25 |
| Clay G. Heston | Consultant | $275.00 | 15.00 | $4,125.00 |
| Rozetta A. Bishop | Staff | $215.00 | 67.82 | $14,581.30 |
| Amy J. Mullin | Staff | $215.00 | 9.02 | $1,939.30 |
| Total | | | 372.39 | $162,491.85 |

## BLENDED RATE OF PROFESSIONALS DURING SERVICES PERIOD

| Professional | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Managing Directors & Directors | $608.37 | 154.50 | $93,992.50 |
| Managers & Consultants | $368.51 | 141.05 | $51,978.75 |
| Staff | $215.00 | 76.84 | $16,520.60 |
| **Total** | | 372.39 | $162,491.85 |