# Exhibit C

## COMPENSATION BY CATEGORY DURING SERVICES PERIOD

| | Project Area | Hours | Total Fees |
|---|---|---|---|
| A. | Review and Evaluation of Case Documents, Significant Docket Filings Including Debtor's DS and POR, Creditors' POR, MOR's, Schedules and SOFA – A. Jones Case #22-33553 | 21.82 | $ 8,513.80 |
| B. | Review and Evaluation of Case Documents, Significant Docket Filings Including Debtor's DS and POR, Creditors' POR, MOR's, Schedules and SOFA – Free Speech Systems, LLC Case #22-60043 | 12.75 | $ 3,264.50 |
| C. | Assess Personal Goodwill, Corporate Goodwill and Reasonable Compensation (Section 5 of Expert Report) | 25.85 | $ 13,283.75 |
| D. | Review, Organize and Research Articles, Publications, Case Law and Statistics Impacting Confirmation of the Plans (Section 7 of Expert Report) | 8.05 | $ 2,731.25 |
| E. | Perform Present Value Calculations Related to Plan Payments/Values and Assess Appropriate Discount Rates (Section 6 of Expert Report) | 24.95 | $ 9,766.25 |
| F. | Reorganization Value Assessment of A. Jones' Ownership Interest in Free Speech Systems (Section 4 of Expert Report) | 35.00 | $ 13,000.00 |
| G. | Evaluation of Free Speech Sales, Margin, Profits, Historical Trends and 5-Year Projections (Section 3 of Expert Report) | 13.25 | $ 5,465.75 |
| H. | Evaluation of A. Jones Proposed Plan and Projections Including Salary, Living and Maintenance Expenses, Non-Exempt Assets, Disposable Income and Proposed Payout; Historical Analysis of Personal Income and Living Expenses (Section 2 of Expert Report) | 16.05 | $ 7,683.75 |
| I. | Expert Rule 26 Report for A. Jones Reorganization Evaluation: Liquidation Test, Disposable Income Test and Absolute Priority Test | 73.12 | $ 30,296.30 |
| J. | Expert Rule 26 Report for A. Jones' Ownership Interest in Free Speech Systems: Reorganization Value, Liquidation Value and Contributing Value of Personal Goodwill | 54.20 | $ 25,814.00 |
| K. | Meeting and Conferences with Debtor's Professionals to Discuss Scope of Work and Findings/Opinions | 8.20 | $ 4,663.75 |
| L. | Meetings, Interviews and Conference With Free Speech Systems' Employees, Contractors and Professionals | 36.30 | $ 19,082.50 |

| | Project Area | Hours | Total Fees |
|---|---|---|---|
| M. | Travel to/from Free Speech Offices and Debtor Location for In Person, On-Site Work Procedures; Travel to/from Ft. Worth BK Court for Mediation | 19.10 | $ 6,207.50 |
| N. | Attendance and Participation in Plan Settlement/Mediation Conference | 13.30 | $ 8,645.00 |
| O. | Preparation of Retention and/or Fee Application Matters and Disclosures to Include in Pleadings | 10.45 | $ 4,073.75 |
| | Total Fees Requested | 372.39 | $162,491.85 |