# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ALEXANDER E. JONES** | § | **Case No. 22-33553** |
| | § | |
| Debtor. | § | |

**ORDER AUTHORIZING PAYMENT OF FIRST INTERIM AND FINAL FEE APPLICATION OF D. R. PAYNE & ASSOCIATES, INC. FOR COMPENSATION FOR SERVICES AND REIMBURSMENT OF EXPENSES AS THE DEBTOR'S FINANCIAL EXPERTS FOR PERIOD FROM JANUARY 16, 2024 THROUGH JUNE 14, 2024**

ON THIS DATE this Court considered the First Interim and *Final Fee Application of D.R. Payne & Associates, Inc.* ("DRPA") *for Compensation for Services and Reimbursement of Expenses as the Debtor's Financial Experts for Period from January 16, 2024 Through June 14, 2024* (the "Application"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court has considered the Application and any objections prior to the signing of this order. Accordingly, IT IS HEREBY ORDERED THAT:

1.   The Application is GRANTED as set forth therein.

2.   DRPA is awarded $162,491.85 for professional fees and services provided during the Application Period of January 16, 2024, through June 14, 2024.

3.   DRPA is awarded $1,938.92 for reimbursement of actual and necessary expenses incurred by DRPA during the Services Period.

4.   Notice of the Application provided by DRPA is deemed to be good and sufficient notice of the Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

IT IS FURTHER ORDERED that, notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2024

_____
**CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**