IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60043 |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | |
| | § | Chapter 11 (Subchapter V) |
| Debtor. | § | |

### ALEXANDER E. JONES'S NOTICE OF WITHDRAWAL OF MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(B)(1)

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

PLEASE BE ADVISED on July 6, 2023, creditor and interested party Alexander E. Jones ("Jones"), in the above-captioned case, filed a *Motion for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(B)(1)* [Dkt. No. 659] (the "Motion"). Jones hereby withdraws the Motion without prejudice to refiling.

Dated:  October 18, 2023                Respectfully submitted,

                              **CROWE & DUNLEVY, P.C.**

                              By:  */s/ Vickie L. Driver*
                              Vickie L. Driver
                              State Bar No. 24026886
                              Christina W. Stephenson
                              State Bar No. 24049535
                              2525 McKinnon St., Suite 425
                              Dallas, TX 75201
                              Telephone: 737.218.6187
                              Email: dallaseservice@crowedunlevy.com

                              -and-

**NOTICE OF WITHDRAWAL – Page 1**

        Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
     aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR DEBTOR, ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 18, 2023, a true and correct copy of the foregoing document was served on all parties entitled to notice through this Court's CM/ECF System, including, but not limited to, Debtor, Debtor's Counsel, Trustee and U.S. Trustee.

        */s/ Vickie L. Driver*
        Vickie L. Driver