# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FREE SPEECH SYSTEMS LLC,<br><br>　　　　Debtor | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11<br>(Subchapter V) |
| In re:<br><br>ALEXANDER E. JONES,<br><br>　　　　Debtor | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the Estate of Erica Lafferty,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>Alexander E. Jones and<br>Free Speech Systems LLC,<br><br>　　　　Defendants | Adv. Pro. No. 23-03036 (CML)<br>Adv. Pro. No. 23-03037 (CML) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
## FOR CONNECTICUT PLAINTIFFS

CAME ON to be considered the Motion to Withdraw as Counsel for Connecticut Plaintiffs (Motion) filed on behalf of Briana Sheridan of Paul, Weiss, Rifkind, Wharton & Garrison LLP.  After consideration of the Motion and representations by Movant,

responses and objections, if any, and arguments of counsel, if any, the Court finds the Motion meritorious. It is, therefore,

ORDERED that Movant Briana Sheridan is permitted to withdraw as counsel on behalf of Connecticut Plaintiffs.

Dated: _____ ____, 2023

_____
UNITED STATES BANKRUPTCY JUDGE