**Transfers to Erika Lyn Jones**

| Bank Account | Date of Payment | Check # | Amount | Description per Check Memo | Signed by |
|---|---|---|---|---|---|
| Chase #7518 | 12/9/2021 | 775 | 21,000 | apt+furn+ movers +mo | Alex Jones |
| Chase #7518 | 1/7/2022 | 474 | 12,000 | Support | Alex Jones |
| Chase #7518 | 2/12/2022 | 655 | 40,000 | Feb & reimburse | Alex Jones |
| Chase #7518 | 2/14/2022 | 654 | 15,000 | Monthly +Dad+ uber Eats | Alex Jones |
| Chase #7518 | 2/28/2022 | 656 | 15,000 | Monthly +Dad+ uber Eats | Alex Jones |
| Chase #7518 | 3/14/2022 | 658 | 16,000 | monthly + VE+dad | Alex Jones |
| Chase #7518 | 3/25/2022 | 659 | 15,000 | Feb | Alex Jones |
| Chase #7518 | 4/6/2022 | 660 | 18,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 5/11/2022 | 824 | 70,000 | back pay | Alex Jones |
| Chase #7518 | 5/24/2022 | 827 | 43,800 | March, Apri, May | Alex Jones |
| Chase #7518 | 6/27/2022 | 828 | 30,000 |  | Alex Jones |
| Chase #7518 | 7/5/2022 | 829 | 25,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 8/9/2022 | 718 | 15,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 8/25/2022 | 661 | 31,239 | reimbursements | Alex Jones |
| Chase #7518 | 9/19/2022 | 662 | 18,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 10/4/2022 | 663 | 21,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 10/18/2022 | 664 | 15,000 | Monthly + massage | Alex Jones |
| Chase #7518 | 11/7/2022 | 665 | 18,000 | Monthly + VRBO | Alex Jones |
| Chase #7518 | 11/28/2022 | 666 | 22,000 | Nov + Dad +furniture | Alex Jones |
| **Total Chase** |  |  | **461,039** |  |  |
| **Sec. Bank # 8548- AEJ** |  |  |  |  |  |
| Sec. Bank | 10/17/2022 | WT | 50,000 |  |  |
| Sec. Bank | 11/8/2022 | WT | 179,764 | Transferred by D Jones. Prepay 2023 pre nupitual agreed payments |  |
| **Sec. Bank- #0916 Missouri Trust** |  |  |  |  |  |
|  | 11/8/2022 | 154 | 78,140 | Signed by D Jones Catch up of pre petition amounts owed |  |
| **Prosperity Bank #9175** |  |  |  |  |  |
|  | 10/14/2022 | WT | 40,000 |  |  |
| **Bank of America #6078** |  |  |  |  |  |
|  | 10/17/2022 | WT | 25,000.00 |  |  |
| **Total Transfers** |  |  | **833,943.00** |  |  |

| Transfers to David Ross Jones | | |
|---|---|---:|
| **Date of Payment** | | **Amount** |
| 1/10/2022 | Credit Card Reimbursement | 8,157 |
| 1/18/2022 | Credit Card Reimbursement | 12,505 |
| 2/8/2022 | Credit Card Reimbursement | 24,180 |
| 2/18/2022 | | 19,367 |
| 2/28/2022 | Credit Card Reimbursement | 28,556 |
| 2/23/2022 | Credit Card Reimbursement | 15,000 |
| 3/2/2022 | | 20,000 |
| 4/21/2022 | | 20,000 |
| 5/9/2022 | | 20,000 |
| 7/22/2022 | | 73,538 |
| 7/25/2022 | | 12,000 |
| 7/25/2022 | | 15,000 |
| 8/16/2022 | | 44,112 |
| 9/1/2022 | Credit Card Reimbursement | 10,000 |
| 9/3/2022 | Credit Card Reimbursement | 25,000 |
| 9/15/2022 | | 20,000 |
| 9/26/2022 | | 55,399 |
| 10/4/2022 | | 25,000 |
| 11/4/2022 | Note 1 | 500,000 |
| | | **947,814** |
| **Transfers of Property** | | |
| 4/14/2022 | Perdanales Hills Ranch | 137,240 |
| 10/12/2022 | 2015 Challenger Hellcat- Note 2 | 42,347 |
| 10/12/2022 | 2019 Toyota 4Runner Note 2 | 32,010 |
| 10/12/2022 | 2012 Ford Raptor Note 2 | 31,767 |
| Transfers of Property | | **243,364** |
| | | |
| **Total Value of Transfers** | | **1,191,178** |

| | |
|---|---|
| Note 1 | Missouri Trust transferred $500,000 to D Jones and D Jones transferred to AEJ account #8548 |
| Note 2 | Vehicle values per KBB on 3/30/23 (Raptor)/2/29/24 $Runnwer |

**BankTransfers to Carol Jones**
**From Sec. Bank #8605-PLJR**

| Date | Amount |
|---|---:|
| 12/15/2021 | 8,000 |
| 12/20/2021 | 16,000 |
| 12/21/2021 | 2,000 |
| 12/28/2021 | 24,000 |
| 12/29/2021 | 24,000 |
| 12/30/2021 | 20,000 |
| 1/18/2022 | 40,000 |
| 1/19/2022 | 22,000 |
| 2/24/2022 | 12,000 |
| 2/28/2022 | 12,000 |
| 3/17/2022 | 12,000 |
| 3/29/2022 | 12,000 |
| 4/26/2022 | 20,000 |
| 5/16/2022 | 16,000 |
| 7/1/2022 | 8,000 |
| 9/9/2022 | 36,000 |
| 10/14/2022 | 20,000 |
| | 304,000 |

**Transfers to Alexander E Jones Descendant Beneficiary Trust**

| Date | Amount | |
|---|---:|---|
| 12/1/2022 | 16,347 | Unit 3 |
| 12/1/2022 | 14,299 | Unit 6 |
| | **30,646** | |

Payments to Travis County for Condos 3 & 6 2022 property taxes