**Fill in this information to identify the case:**

Debtor Name  Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number:  22-60043

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  October

Date report filed:  11/20/2023
MM / DD / YYYY

Line of business:  Dietary Supplement Sales

NAISC code:  325411

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  J Patrick Magill

Original signature of responsible party

Printed name of responsible party  J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?     ☐     ☐     ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐     ☐     ☐

        *** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ _____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?     _____

27. What is the number of employees as of the date of this monthly report?     _____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____

30. How much have you paid this month in other professional fees?     $ _____

31. How much have you paid in total other professional fees since filing the case?     $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Column A* | | Column B | | *Column C* |
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:     $ _____

36. Total projected cash disbursements for the next month:     − $ _____

37. Total projected net cash flow for the next month:     = $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit E**
**Total Payables**

*As of October 31, 2023*

| From | Amount | Due Date | |
|---|---|---|---|
| ***Trade AP*** | | | |
| Chart Capital Management LLC | 23.04 | 09/19/2023 | |
| Jani-King | 1,125.80 | 10/09/2023 | |
| Sergio Sanchez | 58.12 | 10/23/2023 | |
| Wes Perkins | 1,120.00 | 10/23/2023 | |
| David Thomas | 1,600.00 | 10/24/2023 | |
| Fruge' Marion Michelle | 40.00 | 10/24/2023 | |
| Cloudflare Inc | 35,053.59 | 10/25/2023 | |
| Robert Dew | 20,000.00 | 10/25/2023 | |
| Austin Security and Investigations | 8,810.47 | 10/30/2023 | |
| Fruge' Marion Michelle | 122.66 | 10/30/2023 | |
| Leslie Muniz - V | 246.97 | 10/30/2023 | |
| Wes Perkins | 1,180.00 | 10/30/2023 | |
| Jani-King | 2,747.89 | 10/31/2023 | |
| Olivia Cabrales | 3,450.00 | 10/31/2023 | |
| Security Bank / Camper | 2,196.25 | 10/31/2023 | |
| Security Bank / Camper | 2,196.25 | 10/31/2023 | |
| Willow Grove Productions | 3,450.00 | 11/03/2023 | |
| Austin Security and Investigations | 8,810.47 | 11/06/2023 | |
| Novasors (Centrinex LLC) | 8,223.14 | 11/10/2023 | |
| Getty Images Inc. | 10,343.74 | 11/14/2023 | |
| Specialized A C Mechanical Svcs | 5,073.34 | 11/22/2023 | |
| Lumen | 11,548.67 | 11/23/2023 | |
| | **127,420.40** | | |
| | | | |
| ***Inventory*** | | | |
| Ready Alliance | 49,081.69 | 09/17/2023 | |
| Ready Alliance | 42,635.38 | 10/15/2023 | |
| Ready Alliance | 15,910.53 | 10/22/2023 | |
| Supply Acceleration | 82,369.99 | 10/22/2023 | |
| Bactolac Pharmaceutical, Inc. | 137,031.20 | 10/25/2023 | |
| Supply Acceleration | 69,413.66 | 10/29/2023 | |
| Paul Wittenberger - Covidland | 6,208.80 | 10/30/2023 | |
| Skyhorse Publishing | 195,156.00 | 11/01/2023 | |
| | **597,807.25** | | |
| | | | |
| ***Legal / Consulting Fees*** | | | |
| Melissa Haselden | 5,322.00 | 06/30/2023 | *(a)* |
| Patrick Magill | 25,000.00 | 10/25/2023 | *(a)* |
| Daphne Pattison Silverman Pattison Law Firm, P.C. | 1,750.00 | 10/26/2023 | *(a)* |
| Melissa Haselden | 22,640.00 | 10/26/2023 | *(a)* |
| Melissa Haselden | 4,045.00 | 10/26/2023 | *(a)* |
| Law Office of Ray Battaglia | 34,975.22 | 10/31/2023 | *(a)* |
| | **93,732.22** | | |
| | | | |
| **Total Accounts Payable** | **818,959.87** | | |

*(a)*  *FSS Normally pays legal fees at the end of the month, but due to the actions of AXOS Bank cutting off the account without notice, we were transitioning between accounts at the end of the month.  That is why the legal fees paid in the month is $0 on Section 6 of the October MOR and the AP balance is more than normal for Professional Fees.*



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers.  Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor.  There is a lag between the transaction on the on-line store and the funding from our processor.  Therefore, we don't have traditional customer receivables but have included our daily processor deposits that are unpaid as of the end of the month as receivables*

*As of October 31, 2023*

| From | Amount | Due Date |
|------|--------|----------|
| Processor T | 101,859.77 | 10/18/2023 |
| Processor T | 115,783.16 | 10/19/2023 |
| Processor T | 95,548.56 | 10/20/2023 |
| Processor T | 63,393.88 | 10/21/2023 |
| Processor T | 54,284.50 | 10/22/2023 |
| Processor T | 90,776.18 | 10/23/2023 |
| Processor T | 86,213.13 | 10/24/2023 |
| Processor T | 97,214.03 | 10/25/2023 |
| Processor T | 76,296.30 | 10/26/2023 |
| Processor T | 66,479.79 | 10/27/2023 |
| Processor T | 45,004.66 | 10/28/2023 |
| Processor T | 53,794.42 | 10/29/2023 |
| Processor T | 55,028.37 | 10/30/2023 |
| Processor T | 82,997.68 | 10/31/2023 |
| | **1,084,674.43** | |

*FSS switched credit card processors in October in order to reduce our bankcard rate from 7.0% to 5.5%.  The settlement period in the new contract is listed as 5-10 business days resulting in our Accounts Receivable balance at month end being significantly higher than previous months. As of the date of this MOR filing, all of the above AR has been collected by FSS.*



| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 # 77838 | AXOS Legal # 78901 | CADE Deposits # 78877 | CADE Operating # 8-100-8 | CADE Donations # 8-101-6 | CADE Payroll # 8-102-4 | CADE Escrow # 8-103-2 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **October 1 to October 30** | | | | | | | | | | | | |
| **Opening Balance** | **628,476.66** | **724,763.94** | **63,692.61** | **5,000.00** | **396,338.37** | **100,000.00** | **-** | **-** | **-** | **-** | **-** | **1,918,271.58** |
| Cash Receipts | 1,362,617.55 | 190,048.16 | 6,053.60 | - | 184,614.80 | - | 554,843.78 | 2,496.89 | 2,455.00 | - | - | **2,303,129.78** |
| Cash Disbursements | (15.00) | (1,104,135.17) | - | (374,235.01) | (96,911.37) | - | - | (3,301.46) | - | (185,794.86) | - | **(1,764,392.87)** |
| **Net Cash Flow** | **1,362,602.55** | **(914,087.01)** | **6,053.60** | **(374,235.01)** | **87,703.43** | **-** | **554,843.78** | **(804.57)** | **2,455.00** | **(185,794.86)** | **-** | **538,736.91** |
| Transfers In | - | 923,133.29 | 10,000.00 | 374,235.01 | 67,618.36 | - | 616,092.55 | 1,018,432.90 | 79,746.21 | 190,794.86 | 565,887.38 | *3,845,940.56* |
| Transfers Out | (1,991,079.21) | (733,400.64) | (79,746.21) | (5,000.00) | (465,887.38) | (100,000.00) | (285,032.26) | (185,794.86) | - | - | - | *(3,845,940.56)* |
| **Cash on Hand** | **-** | **409.58** *(a)* | **-** | **-** | **85,772.78** *(a)* | **-** | **885,904.07** | **831,833.47** | **82,201.21** | **5,000.00** | **565,887.38** | **2,457,008.49** |

*(a)* On 10/26 AXOS bank closed our accounts for the second time in 30 days, despite assurances that they would work with FSS to provide an orderly transition. There was some confusion with the InfoWars account #78893 and the InfoW Account #77838 with the multiple account closures and cashiers checks that were sent to the Austin office. The InfoW address on file with AXOS was to a different office and as of 10/31 we were still working with AXOS bank to get the closing balance to the correct account. It will be resolved in November, but that is why the AXOS statement reads $0 balance but we show a balance as we haven't received the cahsiers check to deposit.



Date 10/31/23
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Deposit
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

| Account Title: | FREE SPEECH SYSTEMS, LLC |
| | Case 22-60043, Deposit |

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates  10/02/23 thru 10/31/23 | |
| Previous Balance | 628,476.66 | Days in the statement period | 30 |
| 9 Deposits/Credits | 1,362,617.55 | Avg Daily Ledger | 540,955.41 |
| 18 Checks/Debits | 1,991,094.21 | Avg Daily Collected | 540,955.41 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/02 | Wire Transfer Credit | 123,820.43 |
| | SSB BANK | |
| | 20231002QMGF100100100I | |
| | 20231002MMQFMP9N000301 | |
| | 10021320FT03 | |
| 10/03 | Wire Transfer Credit | 227,860.52 |



Date 10/31/23          Page    2
Primary Account

Commercial Checking                              (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | SSB BANK | |
| | 20231003QMGFT010000792 | |
| | 20231003MMQFMP9N000203 | |
| | 10031339FT03 | |
| 10/04 | Wire Transfer Credit | 93,206.45 |
| | 20231004QMGFT011000620 | |
| | 20231004MMQFMP9N000155 | |
| | 10041247FT03 | |
| 10/05 | Wire Transfer Credit | 106,293.17 |
| | 20231005QMGFT001000429 | |
| | 20231005MMQFMP9N000122 | |
| | 10051137FT03 | |
| 10/06 | Wire Transfer Credit | 124,699.71 |
| | SSB BANK | |



Date 10/31/23  Page __ 3
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 20231006QMGFT002000493<br>20231006MMQFMP9N000127<br>10061155FT03 | |
| 10/10 | Wire Transfer Credit | 126,204.43 |
| | SSB BANK | |
| | 20231010QMGFT001001226<br>20231010MMQFMP9N000375<br>10101410FT03 | |
| 10/11 | Wire Transfer Credit | 343,408.84 |
| | SSB BANK | |
| | 20231011QMGFT004000570<br>20231011MMQFMP9N000131<br>10111205FT03 | |
| 10/12 | Wire Transfer Credit | 84,640.47 |
| | SSB BANK | |
| | 20231012QMGFT008000450<br>20231012MMQFMP9N000124<br>10121136FT03 | |
| 10/16 | Wire Transfer Credit | 132,483.53 |



Date 10/31/23       Page    4
Primary Account

Commercial Checking                    (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | SSB BANK |  |
|      | 20231016QMGFT009000852 |  |
|      | 20231016MMQFMP9N000216 |  |
|      | 10161321FT03 |  |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/02 | From DDA *8877,To DDA *8919 | 64,207.07- |
| 10/03 | From DDA *8877,To DDA *8927 | 189,800.93- |
| 10/04 | WEBPAYMENT GATEWAY SERVICES | 15.00- |
|       | WEB 091000010028767 |  |
|       | FREE SPEECH SYSTEMS, L |  |
| 10/05 | From DDA *8877,To DDA *8919 | 92,165.49- |
| 10/05 | From DDA *8877,To DDA *8919 | 213,712.76- |
| 10/10 | From DDA *8877,To DDA *8919 | 25,000.00- |
| 10/11 | From DDA *8877,To DDA *8885 | 10,000.00- |
| 10/12 | From DDA *8877,To DDA *8919,ES G | 9,499.43- |
| 10/12 | From DDA *8877,To DDA *8919,PQ PR | 22,675.88- |
| 10/12 | From DDA *8877,To DDA *8919,AE J | 41,032.11- |
| 10/12 | From DDA *8877,To DDA *7838,Bo oks | 67,618.36- |
| 10/12 | From DDA *8877,To DDA *8919 | 122,867.64- |
| 10/12 | From DDA *8877,To DDA *8919 | 160,041.52- |
| 10/17 | From DDA *8877,To DDA *8927,PR 10.17.23 | 184,434.08- |
| 10/19 | From DDA *8877,To DDA *8919 | 49,284.39- |
| 10/19 | From DDA *8877,To DDA *8919 | 50,671.54- |
| 10/19 | From DDA *8877,To DDA *8919 | 71,975.46- |
| 10/23 | Closing entry - zero balance | 616,092.55- |



Date 10/31/23
Primary Account

Commercial Checking                                        (Continued)

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/02 | 688,090.02 | 10/06 | 744,455.69 | 10/16 | 972,458.02 |
| 10/03 | 726,149.61 | 10/10 | 845,660.12 | 10/17 | 788,023.94 |
| 10/04 | 819,341.06 | 10/11 | 1,179,068.96 | 10/19 | 616,092.55 |
| 10/05 | 619,755.98 | 10/12 | 839,974.49 | 10/23 | .00 |

*** END OF STATEMENT ***



Date 10/31/23        Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Operations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Operations

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 5 |
| Account Number | | Statement Dates  10/02/23 thru 10/31/23 | |
| Previous Balance | 724,763.94 | Days in the statement period | 30 |
| 36 Deposits/Credits | 1,113,181.45 | Avg Daily Ledger | 517,205.48 |
| 137 Checks/Debits | 1,837,535.81 | Avg Daily Collected | 514,430.94 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 409.58 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/02 | From DDA *8877,To DDA *8919 | 64,207.07 |
| 10/05 | From DDA *8877,To DDA *8919 | 92,165.49 |
| 10/05 | From DDA *8877,To DDA *8919 | 213,712.76 |
| 10/10 | From DDA *8877,To DDA *8919 | 25,000.00 |
| 10/10 | Wire Transfer Credit | 9,063.58 |
| | TWC 2022 INC. | |
| | 433 PLAZA REAL | |
| | SUITE 275 | |
| | BOCA RATON, FL  33432 | |
| | SEPTEMBER AFFILIATE PAYOUT | |
| | 20231010L1B77D1C006199 | |
| | 20231010MMQFMP9N000537 | |
| | 10101715FT03 | |
| 10/11 | Wire Transfer Credit | 779.80 |
| | ZELENKO LABS LLC | |



Date 10/31/23
Primary Account

Page  2

Commercial Checking

(Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| | 9045 LA FONTANA BLVD STE 105 | |
| | BOCA RATON FL 33434-5640 US | |
| | 20231011B1QGC07C015882 | |
| | 20231011MMQFMP9N000170 | |
| | 10111301FT03 | |
| 10/11 | MyDeposit | 37.45 |
| 10/11 | MyDeposit | 56.55 |
| 10/11 | MyDeposit | 71.75 |
| 10/11 | MyDeposit | 79.90 |
| 10/11 | MyDeposit | 112.45 |
| 10/11 | MyDeposit | 113.00 |
| 10/11 | MyDeposit | 164.95 |
| 10/11 | MyDeposit | 215.91 |
| 10/11 | MyDeposit | 224.80 |
| 10/11 | MyDeposit | 309.80 |
| 10/11 | MyDeposit | 339.63 |
| 10/11 | MyDeposit | 348.04 |
| 10/11 | MyDeposit | 399.90 |
| 10/11 | MyDeposit | 458.64 |
| 10/11 | MyDeposit | 516.67 |
| 10/11 | MyDeposit | 79,686.81 |
| 10/12 | From DDA *8877,To DDA *8919,ES G | 9,499.43 |
| 10/12 | From DDA *8877,To DDA *8919,PQ PR | 22,675.88 |
| 10/12 | From DDA *8877,To DDA *8919,AE J | 41,032.11 |
| 10/12 | From DDA *8877,To DDA *8919 | 122,867.64 |
| 10/12 | From DDA *8877,To DDA *8919 | 160,041.52 |
| 10/12 | MyDeposit | 100.00 |
| 10/16 | Wire Transfer Credit | 96,911.37 |
| | REHOBOTH MEDICAL CLINICS PLLC | |
| | 6728 HIGHWAY 6 S | |
| | HOUSTON, TX  77083-1512 | |
| | 20231016MMQFMPPM000341 | |
| | 20231016MMQFMP9N000373 | |
| | 10161639FT03 | |
| 10/19 | From DDA *8877,To DDA *8919 | 49,284.39 |
| 10/19 | From DDA *8877,To DDA *8919 | 50,671.54 |
| 10/19 | From DDA *8877,To DDA *8919 | 71,975.46 |



Date 10/31/23          Page     3
Primary Account

Commercial Checking                          (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/23 | POS CRE 0000 10/20/23 39398876<br>POS PAY<br>201-2797987   NJ C#0837 | .01 |
| 10/23 | POS CRE 0000 10/20/23 53561515<br>KEYME LOCKSMITHS<br>JERSEY CITY   NJ C#0837 | 11.87 |
| 10/23 | POS CRE 0000 10/20/23 67147356<br>POS PAY<br>201-2797987   NJ C#0837 | 22.64 |
| 10/23 | POS CRE 0000 10/20/23 29082449<br>POS PAY<br>201-8292028   TX C#0837 | 22.64 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/02 | DBT CRD 1351 10/01/23 78868387<br>ZOOM.US 888-799-9666<br>WWW.ZOOM.US    CA C#0837 | 159.48- |
| 10/02 | POS DEB 1857 09/30/23 51830277<br>WAL WAL-MART #0475 412727<br>2701 SOUTH IH-35<br>ROUND ROCK    TX C#0837 | 64.47- |
| 10/02 | DBT CRD 0422 10/01/23 37439653<br>AMZN Mktp US*T14M34SV1<br>Amzn.com/bill WA C#0837 | 30.69- |
| 10/02 | DBT CRD 0106 09/29/23 19956366<br>AMZN Mktp US*T92J1L1VG2<br>Amzn.com/bill WA C#0837 | 32.62- |
| 10/02 | DBT CRD 1554 09/29/23 52827059<br>AT&T 7JDG 176556<br>AUSTIN      TX C#0837 | 59.54- |
| 10/02 | DBT CRD 0822 10/01/23 81346382<br>AMZN Mktp US*T91AM7S22<br>Amzn.com/bill WA C#0837 | 68.57- |
| 10/02 | DBT CRD 1720 10/01/23 04079775<br>WAL-MART #0475<br>ROUND ROCK    TX C#0837 | 129.90- |
| 10/02 | DBT CRD 1545 09/29/23 47132611<br>AT&T 7JDG 176556 | 166.78- |



Date 10/31/23          Page     4
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/02 | AUSTIN          TX C#0837<br>DBT CRD 1853 10/01/23 59967892<br>VULTR BY CONSTANT<br>VULTR.COM     NJ C#0837 | 255.84- |
| 10/02 | DBT CRD 0335 10/01/23 09484828<br>AMZN Mktp US*T977602S2<br>Amzn.com/bill WA C#0837 | 348.41- |
| 10/02 | DBT CRD 1630 09/29/23 74475387<br>AWIO WEB SERVICES, LLC<br>267-2803589    NC C#0837 | 899.00- |
| 10/02 | AP092923   FREESPEECHOP<br>PPD 122287250000984<br>FREESPEECHOP | 36,251.32- |
| 10/03 | DBT CRD 1202 10/02/23 13289173<br>GITHUB, INC.<br>HTTPSGITHUB.C CA C#0837 | 24.00- |
| 10/03 | DBT CRD 0920 10/02/23 16419763<br>CLOUDFLARE<br>HTTPSWWW.CLOU CA C#0837 | 40.18- |
| 10/03 | DBT CRD 2140 10/03/23 96566354<br>MONGODBCLOUD ITS OR...<br>MONGODB.COM    CA C#0837 | 3,325.34- |
| 10/03 | DBT CRD 1519 10/02/23 31667599<br>H-E-B  #091<br>AUSTIN          TX C#0837 | 186.53- |
| 10/03 | DBT CRD 1434 10/02/23 04743696<br>AMZN Mktp US*T95D08P70<br>Amzn.com/bill WA C#0837 | 332.60- |
| 10/03 | PAYMENT    LATHEM TIME CORP<br>PPD 062000017538840<br>FREE SPEECH SYSTEMS LL | 134.32- |
| 10/03 | PAYMENT    City of Austin T<br>PPD 021000028142790<br>Melinda Flores | 421.98- |
| 10/03 | PAYMENT    City of Austin T<br>PPD 021000028145228<br>Melinda Flores | 1,039.00- |
| 10/03 | PAYMENT    City of Austin T<br>PPD 021000028145223<br>Melinda Flores | 1,487.85- |



Date 10/31/23        Page    5
Primary Account

Commercial Checking                         (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/03 | PAYMENT    City of Austin T<br>PPD 021000028145154<br>Melinda Flores | 4,260.54- |
| 10/03 | BILLING    AUTHNET GATEWAY<br>CCD 104000016978641<br>FREE SPEECH SYSTEMS, L | 4,416.80- |
| 10/03 | AP100223   FREESPEECHOP<br>CCD 122287250000237<br>FREESPEECHOP | 64,207.07- |
| 10/04 | DBT CRD 1343 10/03/23 74253048<br>AMZN Mktp US*T92QH7CQ1<br>Amzn.com/bill WA C#0837 | 70.34- |
| 10/04 | DBT CRD 1502 10/03/23 21673012<br>HE-GOVERNMENT PAYMENTS<br>800-926-3466  TX C#0837 | 89.40- |
| 10/04 | DBT CRD 1312 10/04/23 55788704<br>ONLINE STORE SALES<br>361-816-4113  TX C#0837 | 215.43- |
| 10/04 | QBooks Onl INTUIT *<br>CCD 021000022017310<br>FREE SPEECH SYSTEMS | 213.20- |
| 10/04 | MSInvoice  DS WATERS OF AME<br>PPD 042000011253504<br>Wendell M Schwartz | 683.07- |
| 10/05 | DBT CRD 1437 10/04/23 06438832<br>CLOUDFLARE<br>HTTPSWWW.CLOU CA C#0837 | 9.77- |
| 10/05 | DBT CRD 1804 10/04/23 30911128<br>MIDJOURNEY INC.<br>HTTPSWWW.MIDJ CA C#0837 | 31.92- |
| 10/05 | DBT CRD 0835 10/04/23 88252193<br>H-E-B GAS/CARWASH #628<br>AUSTIN      TX C#0837 | 41.00- |
| 10/05 | DBT CRD 1245 10/04/23 39407437<br>UBER   EATS<br>HELP.UBER.COM CA C#0837 | 86.80- |
| 10/05 | DBT CRD 0751 10/04/23 62669908<br>FDCSERVERSN<br>312-423-6675  FL C#0837 | 555.34- |
| 10/05 | UTIL PAYMT ONE GAS TEXAS PR<br>PPD 101000692024914 | 97.68- |



Date 10/31/23          Page    6
Primary Account

Commercial Checking                        (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/05 | FREE SPEECH SYSTEM LLC<br>Domestic Wire Transfer-DL<br>Security Bank of Crawford<br>111010170<br>1020536<br>6688 North Lonestar Pkwy.<br>Crawford, Tx 76638 UNITED STAT<br>TIB Dallas<br>20231005MMQFMP9N000829<br>20231005K1QJ1N3C000917<br>10051517FT03 | 21,275.49- |
| 10/05 | Domestic Wire Transfer-DL<br>Alexander Jones<br>043000096<br>4946655233<br>UNITED STATES<br>PNC BANK, NATIONAL<br>20231005MMQFMP9N000895<br>20231005MMQFMPNB008407<br>10051554FT03 | 57,606.07- |
| 10/06 | DBT CRD 1436 10/05/23 05719232<br>CLOUDFLARE<br>HTTPSWWW.CLOU CA C#0837 | 61.36- |
| 10/06 | DBT CRD 1137 10/05/23 98764033<br>COPYRIGHT OSP<br>202-707-8244  DC C#0837 | 6.00- |
| 10/06 | DBT CRD 1230 10/05/23 30479143<br>HEB ONLINE #108<br>855-803-0611  TX C#0837 | 128.31- |
| 10/06 | AP10.05.23 FREESPEECHOP<br>PPD 122287250000329<br>FREESPEECHOP | 9,154.89- |
| 10/06 | ESG10.05    FREESPEECHOP<br>CCD 122287250000843<br>FREESPEECHOP | 13,283.93- |
| 10/06 | AP10.05.23 FREESPEECHOP<br>CCD 122287250000341<br>FREESPEECHOP | 204,653.87- |
| 10/10 | DBT CRD 1159 10/08/23 11573015<br>Name.com, Inc | 68.68- |



Date 10/31/23
Primary Account

Commercial Checking                                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|       | 720-2492374      CO C#0837 | |
| 10/10 | DBT CRD 1046 10/09/23 67784888 | 58.54- |
|       | AMZN Mktp US*TE9G13MN0 | |
|       | Amzn.com/bill WA C#0837 | |
| 10/10 | DBT CRD 1405 10/06/23 87405215 | 192.49- |
|       | HEB ONLINE #108 | |
|       | 855-803-0611  TX C#0837 | |
| 10/10 | DBT CRD 0832 10/07/23 87664801 | 255.72- |
|       | HEB ONLINE #108 | |
|       | 855-803-0611  TX C#0837 | |
| 10/10 | DBT CRD 1633 10/08/23 76326053 | 339.18- |
|       | OFFICE DEPOT #403 | |
|       | AUSTIN        TX C#0837 | |
| 10/10 | TELECOMM   GRANDE COMMUNICA | 1,300.00- |
|       | WEB 021000023494685 | |
|       | WENDELL M *SCHWARTZ | |
|       | 0916557 | |
| 10/11 | DBT CRD 0725 10/10/23 47449416 | 15.60- |
|       | AMZN Mktp US*TE96S4KS0 | |
|       | Amzn.com/bill WA C#0837 | |
| 10/11 | DBT CRD 1332 10/10/23 67319354 | 352.73- |
|       | H-E-B #091 | |
|       | AUSTIN        TX C#0837 | |
| 10/11 | DBT CRD 1752 10/10/23 23608758 | 1,190.75- |
|       | THE RANGE AT AUSTIN | |
|       | 512-6502734   TX C#0837 | |
| 10/11 | QBooks Onl INTUIT * | 213.20- |
|       | CCD 021000020928602 | |
|       | FREE SPEECH SYSTEMS LL | |
| 10/11 | PAYMENTS   VERIZON WIRELESS | 496.73- |
|       | CCD 021000028711360 | |
|       | 0000000072148064500001 | |
| 10/11 | PAYMENTS   VERIZON WIRELESS | 570.88- |
|       | CCD 021000028711361 | |
|       | 0000000072148064500003 | |
| 10/11 | AP10.10.23 FREESPEECHOP | 25,000.00- |
|       | PPD 12228725000972 | |
|       | FREESPEECHOP | |
| 10/12 | DBT CRD 0000 10/11/23 22813078 | 36.80- |
|       | WALMART.COM | |



Date 10/31/23        Page    8
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 800-966-6546   AR C#0837 | |
| 10/12 | DBT CRD 1218 10/11/23 22813078 | 324.74- |
| | WALMART.COM | |
| | 800-966-6546   AR C#0837 | |
| 10/12 | DBT CRD 1549 10/10/23 49835932 | 638.85- |
| | CLIFF HOUSE RESORT AND | |
| | CAPE NEDDICK   ME C#0837 | |
| 10/12 | DBT CRD 1844 10/10/23 54980258 | 638.85- |
| | CLIFF HOUSE RESORT AND | |
| | 207-3611000   ME C#0837 | |
| 10/12 | DBT CRD 1143 10/11/23 02123222 | 2,924.50- |
| | DAVE & BUSTER S, INC. | |
| | 214-904-2265   TX C#0837 | |
| 10/12 | ORKIN PEST ORKIN | 280.36- |
| | WEB 021000024885633 | |
| | FREE SPEECH SYSTEMS *O | |
| | 1773445 | |
| 10/12 | PM10.11.23 FREESPEECHOP | 10,000.00- |
| | PPD 122287250000394 | |
| | FREESPEECHOP | |
| 10/12 | Domestic Wire Transfer-DL | 22,675.88- |
| | Security Bank of Crawford | |
| | 111010170 | |
| | 1020536 | |
| | 6688 North Lonestar Pkwy. | |
| | Crawford, Tx 76638 UNITED STAT | |
| | TIB Dallas | |
| | 20231012MMQFMP9N000586 | |
| | 20231012K1QJ1N3C001108 | |
| | 10121657FT03 | |
| 10/12 | Domestic Wire Transfer-DL | 41,032.11- |
| | Alexander Jones | |
| | 043000096 | |
| | 4946655233 | |
| | UNITED STATES | |
| | PNC BANK, NATIONAL | |
| | 20231012MMQFMP9N000718 | |
| | 20231012MMQFMPNB010641 | |
| | 10121755FT03 | |
| 10/13 | DBT CRD 1528 10/12/23 37372332 | 693.51- |
| | B&H PHOTO 800-606-6969 | |



Date 10/31/23          Page      9
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 800-2215743    NY C#0837 | |
| 10/13 | DBT CRD 1659 10/12/23 91627043 | 801.76- |
| | EZCATERFUDDRUCKERS | |
| | 8004881803    MA C#0837 | |
| 10/13 | SERVICES    GOOGLE | 280.00- |
| | CCD 091000013843960 | |
| | Free Speech Systems, L | |
| 10/13 | BUS INSUR   TRAVELERS | 1,962.49- |
| | CCD 021000025376765 | |
| | FREE SPEECH SYSTEMS, L | |
| 10/13 | WEBPAYMENT REDBALLOONLLC | 4,500.00- |
| | WEB 091000013056283 | |
| | FREE SPEECH SYSTEMS, L | |
| 10/13 | ESG1012    FREESPEECHOP | 9,499.43- |
| | CCD 122287250000897 | |
| | FREESPEECHOP | |
| 10/13 | AP101223    FREESPEECHOP | 16,138.42- |
| | PPD 122287250000868 | |
| | FREESPEECHOP | |
| 10/13 | AP10.12.23 FREESPEECHOP | 97,090.22- |
| | CCD 122287250000884 | |
| | FREESPEECHOP | |
| 10/13 | SUP10.12   FREESPEECHOP | 160,041.52- |
| | CCD 122287250000875 | |
| | FREESPEECHOP | |
| 10/16 | DBT CRD 1051 10/13/23 71126937 | 119.73- |
| | Spectrum | |
| | 855-707-7328   MO C#0837 | |
| 10/16 | DBT CRD 1035 10/14/23 61118743 | 142.38- |
| | BACKBLAZE.COM | |
| | HTTPSWWW.BACK CA C#0837 | |
| 10/16 | DBT CRD 0903 10/14/23 06370318 | 266.50- |
| | NRI*NEW RELIC | |
| | 888-643-8776   CA C#0837 | |
| 10/16 | DBT CRD 1613 10/15/23 63994291 | 131.43- |
| | HEB ONLINE #108 | |
| | 855-803-0611   TX C#0837 | |
| 10/16 | SALE    AUSTIN'S VERY OW | 725.00- |
| | WEB 021000023453380 | |
| | FREE SPEECH SYSTEMS | |



Date 10/31/23          Page    10
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/16 | WEBPAYMENT ADDSHOPPERSINC<br>WEB 091000015450333<br>MICHELLE FRUGE | 2,989.00- |
| 10/17 | POS DEB 1558 10/16/23 00IDX0RH<br>AMAZON.COM*TD6PP6FO0<br>AMAZON.COM<br>SEATTLE          WA C#0837 | 39.01- |
| 10/17 | POS DEB 0712 10/17/23 00IE63M7<br>AMAZON.COM*TP8U52282<br>AMAZON.COM<br>SEATTLE          WA C#0837 | 69.27- |
| 10/17 | POS DEB 1255 10/16/23 00IDUEWW<br>AMAZON.COM*TP8Y21QM2<br>AMAZON.COM<br>SEATTLE          WA C#0837 | 81.40- |
| 10/17 | DBT CRD 1529 10/16/23 37782001<br>THE UPS STORE 6726<br>512-9860029    TX C#0837 | 18.07- |
| 10/17 | DBT CRD 1633 10/16/23 76396234<br>WALMART.COM<br>800-966-6546  AR C#0837 | 38.97- |
| 10/17 | DBT CRD 0843 10/16/23 94218847<br>AMZN Mktp US*TP3JB3UI0<br>Amzn.com/bill WA C#0837 | 41.12- |
| 10/17 | DBT CRD 1540 10/16/23 42550867<br>H-E-B GAS/CARWASH #628<br>AUSTIN          TX C#0837 | 45.00- |
| 10/17 | DBT CRD 1239 10/16/23 35412896<br>AMZN Mktp US*TP7DI7RP0<br>Amzn.com/bill WA C#0837 | 50.87- |
| 10/17 | DBT CRD 0000 10/16/23 76396234<br>WALMART.COM<br>800-966-6546  AR C#0837 | 335.56- |
| 10/17 | DBT CRD 1002 10/16/23 41391452<br>FDCSERVERSN<br>312-423-6675  FL C#0837 | 571.19- |
| 10/18 | POS DEB 1339 10/18/23 04532696<br>WAL WAL-MART SUPER 622992<br>1253 WAL-SAMS<br>AUSTIN          TX C#0837 | 46.35- |



Date 10/31/23          Page    11
Primary Account

Commercial Checking                          (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/18 | POS DEB 0712 10/17/23 00IE66EC AMAZON.COM*TP2Q227D2 AMAZON.COM SEATTLE      WA C#0837 | 140.72- |
| 10/18 | DBT CRD 1204 10/17/23 14625636 AMZN Mktp US*TP9PQ57U2 Amzn.com/bill WA C#0837 | 54.04- |
| 10/18 | DBT CRD 1747 10/17/23 20415263 AMZN Mktp US*TP3P891K1 Amzn.com/bill WA C#0837 | 138.69- |
| 10/18 | DBT CRD 1744 10/17/23 18882184 AMZN Mktp US*TD9IX70F0 Amzn.com/bill WA C#0837 | 145.91- |
| 10/18 | DBT CRD 2225 10/17/23 23160593 Amazon.com*TD25N54N0 Amzn.com/bill WA C#0837 | 168.75- |
| 10/18 | DBT CRD 1237 10/17/23 34652247 AMZN Mktp US*TP4PQ5P81 Amzn.com/bill WA C#0837 | 377.84- |
| 10/18 | SALE      AUSTIN'S VERY OW CCD 021000029737710 FREE SPEECH SYSTEMS | 625.00- |
| 10/19 | DBT CRD 0938 10/18/23 27385805 DTV*DIRECTV SERVICE 800-347-3288  CA C#0837 | 218.87- |
| 10/19 | POS DEB 0752 10/18/23 00IELO1C AMAZON.COM*XQ2UEODG3 AMAZON.COM SEATTLE      WA C#0837 | 91.57- |
| 10/19 | DBT CRD 1329 10/18/23 65744678 KEYME LOCKSMITHS JERSEY CITY   NJ C#0837 | 7.55- |
| 10/19 | DBT CRD 1319 10/18/23 59641370 KEYME LOCKSMITHS JERSEY CITY   NJ C#0837 | 11.87- |
| 10/19 | DBT CRD 1455 10/17/23 17519565 TERRY S CORNER BASTROP      TX C#0837 | 45.72- |
| 10/19 | DBT CRD 1016 10/18/23 49601587 AMZN Mktp US*MM3509U73 | 60.59- |



Date 10/31/23          Page    12
Primary Account

Commercial Checking                              (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | Amzn.com/bill WA C#0837 | |
| 10/19 | AP101223   FREESPEECHOP<br>CCD 122287250000306 | 6,650.00- |
| | FREESPEECHOP | |
| 10/19 | Domestic Wire Transfer-DL<br>Security Bank of Crawford<br>111010170<br>1020536<br>6688 North Lonestar Pkwy.<br>Crawford, Tx 76638 UNITED STAT<br>TIB Dallas<br>20231019MMQFMP9N000499<br>20231019K1QJ1N3C001081<br>10191656FT03 | 19,720.92- |
| 10/19 | Domestic Wire Transfer-DL<br>Alexander Jones<br>043000096<br>4946655233<br>UNITED STATES<br>PNC BANK, NATIONAL<br>20231019MMQFMP9N000510<br>20231019MMQFMPNB008286<br>10191714FT03 | 24,008.12- |
| 10/20 | DBT CRD 1125 10/19/23 91258320<br>Amazon.com*TP0Y056N1 | 314.07- |
| 10/20 | DBT CRD 1619 10/19/23 67763471<br>AMZN Mktp US*7z2O36DS3 | 377.84- |
| | Amzn.com/bill WA C#0837 | |
| 10/20 | ESG10.19   FREESPEECHOP<br>CCD 122287250000986 | 5,555.35- |
| | FREESPEECHOP | |
| 10/20 | B-AP-10.19 FREESPEECHOP<br>CCD 122287250000647 | 23,694.53- |
| | FREESPEECHOP | |
| 10/20 | I-AP-10.19 FREESPEECHOP<br>PPD 122287250000643 | 32,955.01- |
| | FREESPEECHOP | |
| 10/20 | S.A.10.19  FREESPEECHOP<br>CCD 122287250000984 | 71,975.46- |



Date 10/31/23          Page  13
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/23 | FREESPEECHOP<br>DBT CRD 1407 10/22/23 88645904<br>PRITUNL PREMIUM<br>HTTPSPRITUNL. WA C#0837 | 10.00- |
| 10/23 | DBT CRD 1844 10/21/23 54532021<br>VERCEL PRO<br>HTTPSVERCEL.C CA C#0837 | 20.00- |
| 10/23 | DBT CRD 1156 10/21/23 09614229<br>Name.com, Inc<br>720-2492374    CO C#0837 | 101.02- |
| 10/23 | DBT CRD 0913 10/20/23 11848788<br>CLOUDFLARE<br>HTTPSWWW.CLOU CA C#0837 | 639.60- |
| 10/23 | DBT CRD 0953 10/20/23 35852311<br>POS PAY<br>201-2797987   NJ C#0837 | .01- |
| 10/23 | DBT CRD 0940 10/20/23 28157753<br>POS PAY<br>201-8292028   TX C#0837 | 22.64- |
| 10/23 | DBT CRD 1041 10/20/23 64963971<br>POS PAY<br>201-2797987   NJ C#0837 | 22.64- |
| 10/23 | DBT CRD 1122 10/21/23 89415778<br>AMZN Mktp US*JN11Q1HM3<br>Amzn.com/bill WA C#0837 | 85.49- |
| 10/23 | DBT CRD 0054 10/22/23 12701623<br>AMZN Mktp US*JP91C0CA3<br>Amzn.com/bill WA C#0837 | 112.05- |
| 10/23 | DBT CRD 0833 10/23/23 87933652<br>Amazon.com*900X13KR3<br>Amzn.com/bill WA C#0837 | 134.18- |
| 10/23 | DBT CRD 0246 10/22/23 79632210<br>Amazon.com*UG9YS6VJ3<br>Amzn.com/bill WA C#0837 | 145.21- |
| 10/23 | DBT CRD 0825 10/22/23 83057610<br>AMZN Mktp US*TD8Q90LI1<br>Amzn.com/bill WA C#0837 | 177.28- |
| 10/23 | DBT CRD 0852 10/22/23 99460985<br>AMZN Mktp US*DX2LT29Y3<br>Amzn.com/bill WA C#0837 | 225.97- |



Date 10/31/23          Page    14
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/23 | DBT CRD 1945 10/21/23 27365065<br>H-E-B ONLINE #108<br>855-803-0611  TX C#0837 | 268.43- |
| 10/23 | DBT CRD 0300 10/20/23 88128232<br>ADOBE INC.<br>408-536-6000  CA C#0837 | 4,289.35- |
| 10/23 | Closing entry - zero balance | 733,400.64- |
| 10/24 | DBT CRD 1100 10/23/23 76452433<br>CONANS PIZZA SOUTH<br>AUSTIN        TX C#0837 | 38.79- |
| 10/24 | DBT CRD 1030 10/23/23 58052901<br>H-E-B ONLINE #108<br>855-803-0611  TX C#0837 | 441.15- |
| 10/24 | DBT CRD 0720 10/23/23 44057331<br>FDCSERVERSN<br>312-423-6675  FL C#0837 | 545.34- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 10/10 | 99013312 | 61.27 | 10/13 | 99810444* | 18,641.55 |
| 10/11 | 99480415* | 213.59 | 10/11 | 99968582* | 392.51 |
| 10/13 | 99515182* | 58,277.19 | | | |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/02 | 750,504.39 | 10/11 | 755,500.32 | 10/19 | 875,904.47 |
| 10/03 | 670,628.18 | 10/12 | 1,033,164.81 | 10/20 | 741,032.21 |
| 10/04 | 669,356.74 | 10/13 | 665,238.72 | 10/23 | 1,434.86 |
| 10/05 | 895,530.92 | 10/16 | 757,776.05 | 10/24 | 409.58 |
| 10/06 | 668,242.56 | 10/17 | 756,485.59 | | |
| 10/10 | 700,030.26 | 10/18 | 754,788.29 | | |

*** END OF STATEMENT ***



Date 10/31/23
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Donations
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:     FREE SPEECH SYSTEMS, LLC
                   Case 22-60043, Donations

| | | |
|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates  10/02/23 thru 10/31/23 | |
| Previous Balance | 63,692.61 | Days in the statement period | 30 |
| 29 Deposits/Credits | 16,053.60 | Avg Daily Ledger | 51,003.43 |
| 1 Checks/Debits | 79,746.21 | Avg Daily Collected | 50,801.64 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/11 | From DDA *8877,To DDA *8885 | 10,000.00 |
| 10/11 | MyDeposit | 5.00 |
| 10/11 | MyDeposit | 5.00 |
| 10/11 | MyDeposit | 10.00 |
| 10/11 | MyDeposit | 10.00 |
| 10/11 | MyDeposit | 10.00 |
| 10/11 | MyDeposit | 25.00 |
| 10/11 | MyDeposit | 25.00 |
| 10/11 | MyDeposit | 35.00 |
| 10/11 | MyDeposit | 50.00 |
| 10/11 | MyDeposit | 75.00 |
| 10/11 | MyDeposit | 75.00 |
| 10/11 | MyDeposit | 75.00 |
| 10/11 | MyDeposit | 100.00 |
| 10/11 | MyDeposit | 100.00 |



Date 10/31/23
Primary Account

Page    2

Commercial Checking                                    (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/11 | MyDeposit | 100.00 |
| 10/11 | MyDeposit | 100.00 |
| 10/11 | MyDeposit | 100.00 |
| 10/11 | MyDeposit | 150.00 |
| 10/11 | MyDeposit | 165.00 |
| 10/11 | MyDeposit | 177.60 |
| 10/11 | MyDeposit | 200.00 |
| 10/11 | MyDeposit | 200.00 |
| 10/11 | MyDeposit | 600.00 |
| 10/11 | MyDeposit | 700.00 |
| 10/11 | MyDeposit | 1,100.00 |
| 10/11 | MyDeposit | 1,776.00 |
| 10/12 | MyDeposit | 10.00 |
| 10/12 | MyDeposit | 75.00 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/23 | Closing entry - zero balance | 79,746.21- |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 10/02 | 63,692.61 | 10/12 | 79,746.21 |
| 10/11 | 79,661.21 | 10/23 | .00 |

*** END OF STATEMENT ***



Date 10/31/23          Page    1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Payroll
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Payroll

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number | Statement Dates   10/02/23 thru 10/31/23 | |
| Previous Balance                3,000.00 | Days in the statement period | 30 |
| 2 Deposits/Credits            374,235.01 | Avg Daily Ledger | 3,500.00 |
| 3 Checks/Debits               379,235.01 | Avg Daily Collected | 3,500.00 |
| Maintenance Fee                     .00 | | |
| Interest Paid                       .00 | | |
| Ending Balance                      .00 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/03 | From DDA *8877,To DDA *8927 | 189,800.93 |
| 10/17 | From DDA *8877,To DDA *8927,PR 10.17.23 | 184,434.08 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/03 | Domestic Wire Transfer-DL HR&P 084201278 4975902 UNITED STATES Cadence Bank | 189,800.93- |



Date 10/31/23          Page     2
Primary Account

Commercial Checking                    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 20231003MMQFMP9N000428 | |
| | 20231003MMQFMPF1000786 | |
| | 10031455FT03 | |
| 10/17 | Domestic Wire Transfer-DL | 184,434.08- |
| | HR&P | |
| | 084201278 | |
| | 4975902 | |
| | UNITED STATES | |
| | Cadence Bank | |
| | 20231017MMQFMP9N000183 | |
| | 20231017MMQFMPF1000441 | |
| | 10171206FT03 | |
| 10/23 | Closing entry - zero balance | 5,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 10/02 | 5,000.00 | 10/17 | 5,000.00 |
| 10/03 | 5,000.00 | 10/23 | .00 |

*** END OF STATEMENT ***



Date 10/31/23          Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Infowars
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:          FREE SPEECH SYSTEMS, LLC
                        Case 22-60043, Infowars

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | | Statement Dates  10/02/23 thru 10/31/23 | |
| Previous Balance | 396,338.37 | Days in the statement period | 30 |
| 6 Deposits/Credits | 69,549.01 | Avg Daily Ledger | 313,212.53 |
| 1 Checks/Debits | 465,887.38 | Avg Daily Collected | 313,212.53 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/02 | PAYMENTS    My Store<br>CCD 056009470000095<br>Free Speech Systems, L | 570.33 |
| 10/03 | A/P        MY PILLOW<br>CCD 091901890000008<br>Free Speech Systems, L | 24,382.30 |
| 10/06 | A/P        MY PILLOW<br>CCD 091901890000002<br>Free Speech Systems, L | 16,735.10 |
| 10/10 | PAYMENTS    My Store<br>CCD 056009470000145<br>Free Speech Systems, L | 133.08 |
| 10/11 | A/P        MY PILLOW<br>CCD 091901890000002 | 22,063.46 |



Date 10/31/23                Page      2
Primary Account

Commercial Checking                    (Continued)

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|------|-------------|--------|
| 10/19 | Free Speech Systems, L<br>A/P       MY PILLOW<br>CCD 091901890000009<br>Free Speech Systems, L | 5,664.74 |

**CHECKS AND WITHDRAWALS**

| Date | Description | Amount |
|------|-------------|--------|
| 10/23 | Closing entry - zero balance | 465,887.38- |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/02 | 396,908.70 | 10/10 | 438,159.18 | 10/23 | .00 |
| 10/03 | 421,291.00 | 10/11 | 460,222.64 | | |
| 10/06 | 438,026.10 | 10/19 | 465,887.38 | | |

*** END OF STATEMENT ***



Date 10/31/23          Page      1
Primary Account

FREE SPEECH SYSTEMS, LLC
Case 22-60043, Legal
3019 ALVIN DEVANE BLVD, SUITE 230
AUSTIN TX 78741

Account Title:       FREE SPEECH SYSTEMS, LLC
                     Case 22-60043, Legal

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | | Statement Dates  10/02/23 thru 10/31/23 | |
| Previous Balance | 100,000.00 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Avg Daily Ledger | 70,000.00 |
| 1 Checks/Debits | 100,000.00 | Avg Daily Collected | 70,000.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

**CHECKS AND WITHDRAWALS**

| Date | Description | Amount |
|---|---|---|
| 10/23 | Closing entry - zero balance | 100,000.00- |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 10/02 | 100,000.00 | 10/23 | .00 |

*** END OF STATEMENT ***



Date 10/31/23          Page    1
Primary Account

INFOW, LLC
DEBTOR IN POSSESSION,
CASE 22-60020
5606 N. NAVARRO STE 300-W
VICTORIA TX 77904

Account Title:          INFOW, LLC
                        DEBTOR IN POSSESSION,
                        CASE 22-60020

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number | Statement Dates 10/02/23 thru 10/31/23 | |
| Previous Balance | 115,065.79 | Days in the statement period | 30 |
| 1 Deposits/Credits | 67,618.36 | Avg Daily Ledger | 35,384.97 |
| 2 Checks/Debits | 182,684.15 | Avg Daily Collected | 35,384.97 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/12 | From DDA *8877,TO DDA *7838,BO oks | 67,618.36 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/04 | Chargeback  252 | 96,911.37- |
| 10/20 | Closing entry - zero balance | 85,772.78- |



Date 10/31/23          Page    2
Primary Account

Commercial Checking                              (Continued)

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 10/02 | 115,065.79 | 10/12 | 85,772.78 |
| 10/04 | 18,154.42 | 10/20 | .00 |

*** END OF STATEMENT ***

# CADENCE
## Bank

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0

STATEMENT DATE
10/31/23
ACCOUNT NUMBER

INFOLINE  1-888-797-7711

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY  \* \* \* \* \* \* \* \* \*

| PREVIOUS BALANCE | | .00 | AVERAGE BALANCE | |
|---|---|---|---|---|
| + | 10 CREDITS | 1,170,936.33 | | 601,892 |
| - | 1 DEBITS | 285,032.26 | YTD INTEREST PAID | |
| - | SERVICE CHARGES | .00 | | .00 |
| + | INTEREST PAID | .00 | | |
| ENDING BALANCE | | 885,904.07 | | |

DAYS IN PERIOD                                          09

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*
    DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION          CHK NO/ATM CD

| DATE | AMOUNT | TRANSACTION DESCRIPTION | |
|---|---|---|---|
| 10/26 | 616,092.55 | DEPOSIT | |
| 10/27 | 5.84 | TUV INVESTMENTS  945440567 | |
| | | I85VAEAV4 TUV INVEST PPD | |
| 10/27 | 396.01 | TUV INVESTMENTS  945440567 | |
| | | I4K42B242 TUV INVEST PPD | |
| 10/27 | 56,415.43 | TUV INVESTMENTS  945440567 | |
| | | I9XKW5WZP TUV INVEST PPD | |
| 10/27 | 56,797.54 | TUV INVESTMENTS  945440567 | |
| | | IPAPVEVYM TUV INVEST PPD | |
| 10/27 | 61,999.06 | TUV INVESTMENTS  945440567 | |
| | | IGO4JMJWM TUV INVEST PPD | |
| 10/27 | 79,608.72 | TUV INVESTMENTS  945440567 | |
| | | IRPYBOBNL TUV INVEST PPD | |
| 10/27 | 81,978.25 | TUV INVESTMENTS  945440567 | |
| | | I85VAEAM4 TUV INVEST PPD | |
| 10/30 | 101,859.77 | TUV INVESTMENTS  945440567 | |
| | | IO4L2RXON TUV INVEST PPD | |
| 10/31 | 115,783.16 | TUV INVESTMENTS  945440567 | |
| | | I4KGKBA4Y TUV INVEST PPD | |

    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION          CHK NO/ATM CD

| DATE | AMOUNT | TRANSACTION DESCRIPTION | |
|---|---|---|---|
| 10/31 | 285,032.26 | RT WEB TXFR DB          103123 | |
| | | CADENCE BANK      XFER DB   NVIEW001 | |
| | | CUSTOMER TRANSFER TO   IM{ | |



**CADENCE**
Bank

P0080

```
                                                          30/0
FREE SPEECH SYSTEMS LLC                       PAGE      2
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424                          STATEMENT DATE
                                                  10/31/23
                                              ACCOUNT NUMBER
```

```
* * * * * * * * * * DAILY BALANCE SUMMARY * * * *
   DATE.......BALANCE    DATE.......BALANCE    DATE.......BALANCE
10/23          .00    10/27   953293.40    10/31   885904.07
10/26    616092.55    10/30  1055153.17
```



**CADENCE**
Bank

30/1

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                              STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350                10/31/23
AUSTIN TX 78741-7424                        ACCOUNT NUMBER

INFOLINE  1-888-797-7711
* * * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
PREVIOUS BALANCE                .00        AVERAGE BALANCE
  +      5 CREDITS      1,020,929.79              499,870
  -      3 DEBITS         189,096.32      YTD INTEREST PAID
  - SERVICE CHARGES           .00                     .00
  +   INTEREST PAID           .00
ENDING BALANCE           831,833.47

DAYS IN PERIOD                                        09

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
10/26    733,400.64 DEPOSIT
10/31    285,032.26 RT WEB TXFR CR      103123
                    CADENCE BANK     XFER CR    NVIEW001
                    CUSTOMER TRANSFER FROM IM 00005500380992

10/31        35.79 DEPOSIT
10/31       863.57 DEPOSIT
10/31     1,597.53 DEPOSIT
    CHECKS
DATE..CHECK NO..........AMOUNT   DATE..CHECK NO..........AMOUNT
10/31 99376399*         101.46
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
10/31     3,200.00 AUSTIN'S VERY OW 9215986202
                                    SALE    CCD
10/31   185,794.86 RT WEB TXFR DB      103123
                    CADENCE BANK     XFER DB    NVIEW001
                    CUSTOMER TRANSFER TO    IM |

* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
  DATE.......BALANCE  DATE.......BALANCE  DATE.......BALANCE
10/23         .00  10/26   733400.64  10/31    831833.47


**CADENCE**
Bank

30/0

FREE SPEECH SYSTEMS LLC
DONATIONS ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
10/31/23
ACCOUNT NUMBER

INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
PREVIOUS BALANCE                    .00        AVERAGE BALANCE
    +        5 CREDITS        82,201.21                        53,436
    -        0 DEBITS                .00     YTD INTEREST PAID
    -  SERVICE CHARGES              .00                          .00
    +    INTEREST PAID              .00
ENDING BALANCE              82,201.21

DAYS IN PERIOD                                          09

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
10/26     79,746.21 DEPOSIT
10/31         80.00 DEPOSIT
10/31        540.00 DEPOSIT
10/31        575.00 DEPOSIT
10/31      1,260.00 DEPOSIT
* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
  DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
10/23          .00   10/26    79746.21   10/31     82201.21



**CADENCE**
Bank

30099

                                                    30/0

FREE SPEECH SYSTEMS LLC
PAYROLL ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424                    STATEMENT DATE
                                           10/31/23
                                       ACCOUNT NUMBER


INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
PREVIOUS BALANCE                   .00      AVERAGE BALANCE
  +       2 CREDITS          190,794.86                3,333
  -       1 DEBITS          185,794.86   YTD INTEREST PAID
  -   SERVICE CHARGES              .00                  .00
  +     INTEREST PAID              .00
ENDING BALANCE               5,000.00


DAYS IN PERIOD                                   09

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
10/26    5,000.00 DEPOSIT
10/31  185,794.86 RT WEB TXFR CR        103123
                  CADENCE BANK     XFER CR    NVIEW001
                  CUSTOMER TRANSFER FROM IM


   OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
10/31   185,794.86 MMMH & COMPANY
                   084201278 CADENCE BANK
                   PR103123
* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
   DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
10/23         .00   10/26    5000.00   10/31    5000.00



**CADENCE**
Bank

50099

                                                              30/0

FREE SPEECH SYSTEMS LLC
ESCROW ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424                        STATEMENT DATE
                                                 10/31/23
                                            ACCOUNT NUMBER


INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
PREVIOUS BALANCE                    .00        AVERAGE BALANCE
    +      1 CREDITS        565,887.38               377,258
    -      0 DEBITS                .00      YTD INTEREST PAID
    - SERVICE CHARGES              .00                   .00
    +   INTEREST PAID              .00
ENDING BALANCE            565,887.38


DAYS IN PERIOD                                        09

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
10/26    565,887.38 DEPOSIT
* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
  DATE......BALANCE  DATE.......BALANCE  DATE.......BALANCE
10/23          .00  10/26   565887.38