**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| FREE SPEECH SYSTEMS LLC, | Case No. 22-60043 (CML) |
| Debtor | |
| In re: | Chapter 11 |
| ALEXANDER E. JONES, | Case No. 22-33553 (CML) |
| Debtor | |

# EXHIBIT 22

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FREE SPEECH SYSTEMS, LLC,** | § | |
| | § | |
| Debtor. | § | Case No. 22-60043 |
| | § | |

**ALEXANDER JONES' MOTION FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(B)(1)**

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY**

Alexander E. Jones ("Jones"), as a creditor and party in interest in the above-captioned Chapter 11 Case, hereby submits this motion (the "Motion") pursuant to Section 503(b) of the United States Bankruptcy Code (the "Code"). In support of this Motion, Jones respectfully represents as follows:

### I.   JURISDICTION

1.   This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334(b). This matter is a core proceeding and this Application is proper in this district pursuant

to 28 U.S.C. §§ 1408 and 1409.

2. The statutory basis for the relief requested herein is Section 503(b) of the Code.

## II. BACKGROUND

3. Jones hosts a syndicated radio and video talk show in Austin, Texas. Free Speech Systems, LLC ("FSS") is a single member LLC, 100% owned by Jones, that produces and syndicates much of the show. In addition, FSS offers high-end dietary supplement products, books, t-shirts, and other products, which are solely promoted and advertised by Jones during his radio and streaming video talk shows, for online sale to customers at the Infowars web site.

4. FSS filed for Chapter 11 Bankruptcy under Subchapter V in the Southern District of Texas Bankruptcy Court, Houston Division, Case No. 22-60043 (the "FSS Bankruptcy Case") on July 29, 2022; and Jones filed his own Chapter 11 Bankruptcy case, Case No. 22-33553 (the "Jones Bankruptcy Case") on December 2, 2022.

5. As of the filing of the FSS Bankruptcy Case and the Jones Bankruptcy Case, FSS and Jones were parties to an Employment Agreement dated April 14, 2022 (the "Employment Agreement")[1]. Under the terms of the Employment Agreement, Jones agreed to produce his show on FSS's platform in exchange for an annual salary of One Million, Three Hundred Thousand Dollars and NO/100 ($1,300,000.00).

6. In or about August 2022, FSS ceased paying Jones his full compensation owed under the Employment Agreement, reducing his bi-weekly compensation from $50,000.00 to $20,000.00[2] (a 60% reduction). This payment reduction resulted in a claim of $290,000.00 by

---

[1] True and correct copies of the Employment Agreement available upon request.
[2] Jones was paid only $10,000 per pay period under the *Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection* (the "Interim Cash Collateral Order") (Doc. No. 41). Jones' salary was increased to $20.000 per pay period in the Second *Interim Order Authorizing Debtor's Use of Cash Collateral and Providing Partial Adequate Protection* (Doc. No. 98).

**JONES' MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(B)(1) – Page 2**

Jones against FSS as of December 2, 2022, and an ongoing claim accrual of $30,000.00 per month since then based upon Jones' current compensation rate (as Jones has performed as agreed under the Prior Employment Agreement). The current post-petition total due and owing to Jones by FSS under the Employment Agreement as of May 31, 2023, is **$680,000.00** (the "Administrative Claim"). [3]

7.     While FSS and Jones continue to work together going forward and have negotiated the terms of an updated employment contract, each working with and through their own separate counsel, this process is not yet completed due to the informal objections by the Committee to a long-term contract. As of the date hereof, Jones and FSS continue to work with the Committee to reach an agreement on an interim compensation increase and either that agreement or a motion to approve the next employment agreement between Jones and FSS will be filed in short order. The above referenced claim is based upon the existing Employment Agreement.

### III.     RELIEF REQUESTED AND BASIS THEREFORE

8.     Bankruptcy Code section 503(b)(1)(A) provides that: "After notice and a hearing, there shall be allowed, administrative expenses, other than claims allowed under § 502(f) of this title, including … the actual, necessary costs and expenses of preserving the estate." 11 U.S.C. § 503(b)(1)(A).

9.     In the period prior to assumption or rejection, the non-debtor party to an executory contract is required to perform, but the contract is unenforceable as against the debtor until assumption. *See, e.g., NLRB v. Bildisco*, 465 U.S. 513, 532 (1984). Nonetheless, "[i]f the debtor-in-possession elects to continue to receive benefits from the other party to an executory contract pending a decision to reject or assume the contract, *the debtor-in-possession is obligated to pay*

---

[3] If Jones' salary is not approved to be increased as of June, 1, 2023, and is paid at current rate, then the Administrative Claim will continue to accrue an additional $30,000.00 per month.

**JONES' MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(B)(1) – Page 3**

*for the reasonable value of those services….*" *Id*. at 531 (emphasis added).

10. The services provided to FSS by Jones under the Employment Agreement have conferred a post-petition benefit on the FSS estate by ensuring FSS is able to continue to broadcast a show and sell products. Jones' services ensure FSS operations continue and maintain their going-concern value. Indeed, FSS' CRO has stated that when Jones does not broadcast his show, FSS endures much lower revenue from sales, causing a dip in its enterprise value.

11. Accordingly, Jones is entitled to an administrative claim pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2). A prima facie case under Section 503(b)(1) may be established by evidence that (1) the claim arises from a transaction with the debtor-in-possession; and (2) the goods or services supplied enhanced the ability of the debtor-in-possession's business to function as a going concern. *Matter of TransAmerican Natural Gas Corp.*, 978 F.2d 1409 (5th Cir. 1992); *In re Coastal Carriers Corp.*, 128 B.R. 400, 403 (Bankr. D. Md. 1991); *Kimzey v. Premium Casing Equipment, LLC*, Civ. A. No. 16-CV-01490, 2018 WL 1321971, at *4 (W.D. La. March 14, 2018).

12. The Administrative Claim arises from the Employment Agreement (a transaction with FSS), and the services supplied by Jones certainly enhance the ability of FSS to function as a going concern. In fact, it can be safely said that FSS would not be able to function as a going concern without the services supplied by Jones. Thus, a prima facie case under Section 503(b)(1) is established.

13. The question of whether the estate has benefited is not limited to a dollars and cents calculation. *TransAmerican*, 978 F.2d at 1420. The purpose of the priority treatment afforded by Section 503 is to encourage third parties to provide necessary goods and services to the debtor-in-possession so that it can continue to conduct its business, thus generating funds from which prepetition creditors can be paid. *Id*. Although the estate receives a benefit that can generally be

measured by the actual cost of necessary goods or services supplied, the estate also receives other less readily calculable benefits, such as the ability to continue to conduct business as usual. *Id*.; *see also In re Coastal Carriers*, 128 B.R. at 404; *Kimzey*, 2018 WL 1321971 at *3. Again, the value provided by Jones' services to FSS more than meet the stated metric. Jones' continued participation in the show production and product sales allows FSS to continue to conduct business as usual.

14. Finally, Jones would request that the Court direct FSS to pay the Administrative expense immediately, as it is able. These funds would be very helpful in paying time sensitive administrative expenses in the Jones Bankruptcy Case. Furthermore, directing a debtor to pay administrative expenses prior to plan confirmation is at the discretion of the Court. *See In re Austin*, No. 85-40639, 1994 WL 245224, at *1 (Bankr. S.D. Ga. Feb. 8, 1994) ("the time of payment of … administrative expenses … is entirely within the discretion of the bankruptcy court"); *In re Dakota Indus., Inc.*, 31 B.R. 23, 26 (D. S.D. 1983) ("There is no restriction on the debtor's paying administrative claims prior to confirmation of the plan in a Chapter 11 case…."); *In re Isis Foods, Inc.*, 27 B.R. 156, 157-58 (W.D. Mo. 1982) (affirming bankruptcy court order that debtor make immediate payment on administrative expense claims). Therefore, to the extent there are funds available, FSS should be compelled to make immediate payment to Jones on account of the Administrative Claim.

WHEREFORE, Jones respectfully requests that the Court enter an order allowing the Administrative Claim in an amount of not less than $680,000.00, directing FSS to immediately pay Jones the Administrative Claim, and granting Jones such other and further relief as may be just and proper.

## IV. NOTICE

15. Notice of this Motion has been provided to: (a) the Offices of the United States Trustee; (b) the Sub V Trustee; (c) Debtor's 20 largest unsecured creditors; (d) the Debtor's secured lenders; (e) any notices of appearance. Jones submits the above notice is sufficient and that no further notice is necessary.

Dated: July 6, 2023.                    **CROWE & DUNLEVY, P.C.**

By: */s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 737.218.6187
Email: dallaseservice@crowedunlevy.com

-and-

Shelby A. Jordan
State Bar No. 11016700
S.D. No. 2195
Antonio Ortiz
State Bar No. 24074839
S.D. No. 1127322
**JORDAN & ORTIZ, P.C.**
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
        aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was served upon the parties via e-mail, and/or electronic transmission via the Court's ECF noticing system on this 6th day of July, 2023.

                                          */s/ Christina W. Stephenson*
                                          Christina W. Stephenson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 22-60043<br>Southern District of Texas<br>Houston<br>Thu Jul  6 14:47:59 CDT 2023 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Free Speech Systems LLC<br>3019 Alvin Devane Blvd. STE 300<br>Austin, TX 78741-7417 |
| Official Committee of Unsecured Creditors of<br>c/o Marty L. Brimmage, Jr.<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201-4675 | PQPR Holdings Limited, LLC<br>c/o Streusand Landon Ozburn & Lemmon LLP<br>attn: Stephen Lemmon<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746-9817 | Reeves Law, PLLC<br>702 Rio Grande St., Ste. 203<br>Austin, TX 78701-2720 |
| Security Bank of Crawford<br>P.O. BOx 90<br>Crawford, Tx 76638-0090 | Shannon & Lee LLP<br>700 Milam Street, STE 1300<br>Houston, TX 77002-2736 | Texas Comptroller of Public Accounts, Revenu<br>Christopher J. Dylla<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Travis County<br>c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, TX 78767-1748 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| ADP Total Source Insurance<br>10200 Sunset Drive<br>Miami, FL 33173-3033 | ADP TotalSource Payroll<br>10200 Sunset Drive<br>Miami, FL 33173-3033 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197-5001 |
| AWIO Web Services LLC<br>6608 Truxton Ln<br>Raleigh, NC 27616-6694 | Addshoppers, Inc<br>222 S. Church Street , #410M<br>Charlotte, NC 28202-3213 | Airco Mechanical, LTD<br>PO Box 1598<br>Round Rock, TX 78680-1598 |
| Alex E. Jones<br>c/o Jordan & Ortiz, P.C.<br>Attn: Shelby Jordan<br>500 North Shoreline Blvd, STE 900<br>Corpus Christi, TX 78401-0658 | Alex Emeric Jones<br>c/o Jordan & Ortiz, P.C.<br>Attention: Shelby Jordan<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78401-0658 | Ally Auto<br>PO Box 9001948<br>Louisville, KY 40290-1948 |
| Amazon Marketplace<br>Amazon Payments, Inc.<br>410 Terry Ave N.<br>Seattle, WA 98109-5210 | Amazon Web Services<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Media/Reality Zone<br>PO Box 4646<br>Thousand Oaks, CA 91359-1646 | Andrews, Christopher<br>210 N. Beyer Stree<br>Marion, TX 78124-4014 |
| Atomial, LLC<br>1920 E. Riverside Drive<br>Suite A-120 #124<br>Austin, TX 78741-1350 | Auriam Services, LLC<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | Balcones Recycling Inc.<br>PO Box 679912<br>Dallas, TX 75267-9916 |

| | | |
|---|---|---|
| Biodec, LLC<br>901 S. Mopac Expressway, Building 4, Ste<br>Austin, TX 78746-5776 | Blott, Jacquelyn<br>200 University Boulevard<br>Suite 225 #251<br>Round Rock TX 78665-1096 | Brennan Gilmore<br>c/o Civil Rights Clinic<br>ATTN: Andrew Mendrala<br>600 New Jersey Avenue, NW<br>Washington, DC 20001-2022 |
| Campco<br>4625 W. Jefferson Blvd<br>Los Angeles, CA 90016-4006 | Carlee Soto Parisi<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 | Carlos Soto<br>c/o Ryan Chapple<br>303 Colorado Street, Ste. 2850<br>Austin, TX 78701-0137 |
| Chelsea Green Publishing<br>85 North Main Street Ste 120<br>White River Junction, VT 05001-7135 | Christopher Sadowski<br>c/o Copycat Legal PLLC<br>3111 N. University Drive Ste. 301<br>Coral Springs, FL 33065-5058 | City of Austin<br>c/o Austin Energy<br>4815 Mueller Blvd.<br>Austin, TX 78723-3573 |
| Cloudflare, Inc<br>Dept LA 24609<br>Pasadena, CA 91185-4609 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Constant Contact, Inc.<br>1601 Trapelo Road<br>Watham, MA 02451-7357 |
| CustomTattoNow.com<br>16107 Kensington Dr #172<br>Sugar Land, TX 77479-4224 | David Icke Books Limited<br>c/o Ickonic Enterprises Limited<br>St. Helen's House King Street<br>Derby DE1 3EE<br>United Kingdom | David Wheeler<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Deese, Stetson<br>328 Greenland Blvd. #81<br>Death Valley, CA 92328-9600 | DirectTV<br>PO Box 5006<br>Carol Stream, IL 60197-5006 |
| Dona Soto<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 | EPS, LLC<br>17350 State Hwy 249, Ste 220, #4331<br>Houston, TX 77064-1132 | ERM Protect<br>800 South Douglas Road, Suite 940N<br>Coral Gables, FL 33134-3125 |
| Edgecast, Inc.<br>Dept CH 18120<br>Palatine, IL 60055-0001 | Elevated Solutions Group<br>28 Maplewood Drive<br>Cos Cob, CT 06807-2601 | Erica Lafferty<br>c/o Joseph Mirrione<br>27 Elm Street<br>New Haven, CT 06510-2087 |
| Estate of Marcel Fontaine<br>Chamberlain Hrdlicka<br>attn? Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 | FW Robert Broadcasting Co<br>2730 Loumor Ave<br>Metairie, LA 70001-5425 | Francine Wheeler<br>c/o Ryan Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 |
| Frost Insurance Agency<br>401 Congress Avenue, 14th Floor<br>Austin ,TX 78701-3793 | Gabriela Tolentino<br>5701 S Mopac Expy<br>Austin, TX 78749-1464 | Getty Images, Inc<br>PO Box 953604<br>St. Louis, MO 63195-3604 |

| | | |
|---|---|---|
| Gracenote<br>29421 Network Place<br>Chicago, IL 60673-1294 | Greenair, Inc<br>23569 Center Ridge Road<br>Westlake, OH 44145-3642 | Haivision Network Video<br>Deot CH 19848<br>Palatine, IL 60055-9848 |
| Ian Hockley<br>Ryan Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Impact Fire Services, LLC<br>PO Box 735063<br>Dallas, TX 75373-5063 | Independent Publishers Group<br>PO Box 2154<br>Bedford Park, IL 60499-2154 |
| Iron Mountain, Inc<br>PO Box 915004<br>Dallas, TX 75391-5004 | JCE SEO<br>6101 Broadway<br>San Antonio, TX 78209-4561 | JW JIB Productions, LLC<br>2921 Carvelle Drive<br>Riviera Beach, FL 33404-1855 |
| Jacqueline Barden<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 | Jennifer Hensel<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 | Jeremy Richman<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 |
| Jillian Soto-Marino<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 | Justin Lair<br>1313 Lookout Ave<br>Klamath Falls, OR 97601-6533 | KI4U.com<br>212 Oil Patch Lane<br>Gonzales, TX 78629-8028 |
| LIT Industrial<br>1717 McKinney Ave #1900<br>Dallas, TX 75202-1253 | Larry Klayman, Esq.<br>7050 W. Palmetto Park Rd<br>Boca Raton, FL 33433-3426 | Leonard Pozner<br>c/o Chamberlain Hrdlicka<br>attn: Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 |
| Lincoln-Remi Group, LLC<br>1200 Benstein Rd.<br>Commerce Twp., MI 48390-2200 | Logo It, LLC<br>820 Tivy Street<br>Kerrville, TX 78028-3654 | Lumen/Level 3 Communications<br>PO Box 910182<br>Denver, CO 80291-0182 |
| MRJR Holdings, LLC<br>PO Box 27740<br>Las Vegas, NV 89126-7740 | MVD Entertainment Group<br>203 Windsor Rd<br>Pottstown, PA 19464-3405 | Magento<br>PO Box 204125<br>Dallas, TX 75320-4105 |
| Mark Barden<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin Tx 78701-0137 | Microsoft Bing Ads<br>c/o Microsoft Online, Inc.<br>P.O. Box 847543<br>1950 N Stemmons Fwy, Ste 5010<br>Dallas, TX 75207-3199 | Miller, Sean<br>PO Box 763<br>Wyalusing, PA 18853-0763 |
| Music Videos Distributors<br>203 Windsor Rd<br>Pottstown, PA 19464-3405 | Neil Heslin<br>c/o Chamberlain Hrdlicka<br>Attn: Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 | NetSuite Inc<br>Bank of America Lockbox Services<br>Chicago, IL 60693-0001 |

| | | |
|---|---|---|
| New Relic<br>188 Spear Street, Suite 1200<br>San Francisco, CA 94105-1752 | Newegg.com<br>9997E. Rose Hills Road<br>Whittier, CA 90601 | Nicole Hockley<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 |
| One Party America, LLC<br>6700 Woodlands Parkway, Suite 230-309<br>The Woodlands, TX 77382-2575 | Orkin, Inc.<br>5810 Trade Center Drive, Suite 300<br>Austin, TX 78744-1365 | PQPR Holdings Limited, LLC<br>c/o Stephen Lemmon<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746-9817 |
| Pattison Law Firm, P.C.<br>501 IH-35<br>Austin, TX 78702-3229 | Payarc<br>411 West Putnam Avenue, Ste 340<br>Greenwich, CT 06830-6291 | Paymentus<br>18390 NE 68th St<br>Redmond, WA 98052-5057 |
| Paz Law, LLC<br>1021 Orange Center Road<br>Orange, CT 06477-1216 | Percision Oxygen<br>13807 Thermal Dr<br>Austin, TX 78728-7735 | Perfect Imprints.com<br>709 Eglin Pkwy NE<br>Fort Walton Beach, FL 32547-2527 |
| Perkins, Wes<br>General Delivery<br>Lockhart, TX 78644-9999 | Pipe Hitters Union, LLC<br>PO Box 341194<br>Austin, TX 78734-0020 | Post Hill Press, LLC<br>8115 Isabella Lane, Ste. 4<br>Brentwood, TN 37027-9110 |
| Poulsen, Debra<br>112 Eames St.<br>Elkhorn, WI 53121-1228 | Power Reviews, Inc.<br>1 N. Dearborn Street<br>Chicago, IL 60602-4331 | Precision Camera<br>2438 W Anderson Ln<br>Austin, TX 78757-1149 |
| Private Jets, LLC<br>1250 E. Hallandale Beach Blvd, Suite 505<br>Hallandale, FL 33009-4635 | Protection 1 Alarm<br>PO Box 219044<br>Kansas City, MO 64121-9044 | Public Storage<br>2301 E. Ben White Blvd<br>Austin, TX 78741-7110 |
| Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT 06604-4988 | Randazza Legal Group, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br>702-420-2001<br>ecf@randazza.com 89117-3400 | RatsMedical.com<br>c/o Rapid Medical<br>120 N Redwood Rd<br>North Salt Lake, UT 84054-2792 |
| Ready Alliance Group, Inc<br>PO Box 1709<br>Sandpoint, ID 83864-0901 | Reeves Law, PLLC<br>Attn: Bradley Reeves<br>702 Rio Grande St., Suite 203<br>Austin, TX 78701-2720 | Renaissance<br>PO Box 8036<br>Wisconsin Rapids, WI 54495-8036 |
| Restore America<br>PO Box 147<br>Grimsley, TN 38565-0147 | Richard Coan,<br>Chapter 7 Trustee for Debtor, Erica Laff<br>c/o Eric Henzy<br>10 Middle Street<br>Bridgeport, CT 06604-4257 | Robert Parker<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 |

| | | |
|---|---|---|
| SLNT<br>30 N Gould St, Ste 20647<br>Sheridan, WY 82801-6317 | Scarlett Lewis<br>c/o Chamberlain Hrdlicka<br>Attn:  Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 | Security Bank of Crawford<br>6688 North Lone Star Parkway<br>PO Box 90<br>Crawford, TX 76638-0090 |
| Simon & Schuster<br>PO Box 70660<br>Chicago, IL 60673-0660 | SintecMedia NYC, Inc. DBA Operative<br>PO Box 200663<br>Pittsburgh, PA 15251-2662 | Skousen, Joel<br>PO Box 565<br>Spring City, UT 84662-0565 |
| Skyhorse Publishing<br>307 West 36th Street, 11th Floor<br>New York, NY 10018-6592 | Sparkletts & Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | Spectrum Enterprise aka Time Warner Cable<br>1600 Dublin Road<br>Columbus, OH 43215-2098 |
| Stamps.com<br>1990 E Grand Ave.<br>El Segundo, CA 90245-5013 | Stone Edge Technologies, Inc<br>660 American Avenue, Suite 204<br>King of Prussia, PA 19406-4032 | Stratus Technologies<br>5 Mill & Main Place, Suite 500<br>Maynard, MA 01754-2660 |
| Studio 2426, LLC<br>1920 E. Riverside Drive, Suite A120, ï¿½<br>Austin, TX 78741-1350 | Synergy North America, Inc<br>  11001 W. 120th Avenue, Suite 400<br>Broomfield, CO 80021-3493 | TD Canada Trust<br>  421 7th Avenue SW<br>Calgary, AB T2P 4K9, Canada |
| Texas Comptroller<br>PO Box 13003<br>Austin, TX 78711-3003 | Texas Disposal Systems, Inc<br>PO Box 674090<br>Dallas, TX 75267-4090 | Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 |
| Textedly<br>133 N. Citrus Ave., Suite 202<br>Los Angeles, CA 90036 | The Creative Group<br>c/o Robert Half<br>2884 Sand Hill Road, Ste 200<br>Menlo Park, CA 94025-7072 | The Hartford<br>PO Box 14219<br>Lexington, KY 40512-4219 |
| The Steam Team, Inc<br>1904 W. Koeing Lane<br>Austin, TX 78756-1211 | Third Coast Graphics, Inc<br>110 Del Monte Dr.<br>Friendswood, TX 77546-4487 | Thomas, David<br>79 Malone Hill Road<br>Elma, WA 98541-9206 |
| Travelers<br>PO Box 660317<br>Dallas, TX 75266-0317 | Travis County<br>PO Box 149328<br>Austin, TX 78714-9328 | Travis County c/o Jason A. Starks<br>PO Box 1748<br>Austin, Texas 78767-1748 |
| U.S. Legal Support<br>PO Box 4772<br>Houston, TX 77210-4772 | Uline Shipping Supply<br>12575 Uline Drive<br>Pleasant Prarie, WI 53158-3686 | Vazquez, Valdemar Rodriguez<br>145 Quail Ridge Drive<br>Kyle TX 78640-9788 |

| | | |
|---|---|---|
| Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Verizon Edgecast<br>13031 West Jefferson Blvd, Building 900<br>Los Angeles, CA 90094-7002 | Veronique De La Rosa<br>c/o Chamberlain Hrdlicka<br>attn: Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 |
| Vultr<br>14 Cliffwood Avenue, Suite 300<br>Matawan, NJ 07747-3931 | WMQM-AM 1600<br>21 Stephen Hill Road<br>Atoka, TN 38004-7183 | WWCR<br>1300 WWCR Avenue<br>Nashville, TN 37218-3800 |
| Waste Connections Lone Star, Inc.<br>PO Box 17608<br>Austin, TX 78760-7608 | Water Event - Pure Water Solutions<br>1310 Missouri St<br>South Houston, TX 77587-4537 | Watson, Paul<br>9 Riverdale Road<br>Ranmoor Sheffield<br>South Yorkshire S10 3FA<br>United Kingdom |
| Westwood One, LLC<br>3542 Momentum Place<br>Chicago, IL 60689-5335 | William Aldenberg<br>c/o Ryan Chapple<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | William Sherlach<br>c/o Ryan Chapple<br>303 Colorado Stret, Suite 2850<br>Austin TX 78701-0137 |
| Willow Grove Productions<br>1810 Rockcliff Road<br>Austin, TX 78746-1215 | Wisconsin Dept of Revenue<br>Special Procedures Unit<br>POB 8901<br>Madison, WI 53708-8901 | Wisconsin Dept. of Revenue<br>PO Box 3028<br>Milwaukee, WI 53201-3028 |
| Your Promtional Products, LLC<br>133 North Friendswood STE 186<br>Friendswood, TX 77546-3746 | Zendesk, Inc<br>989 Market Street<br>San Francisco, CA 94103-1708 | Zoom US<br>55 Almaden Blvd, 6th Floor<br>San Jose, CA 95113-1608 |
| eBay<br>2025 Hamilton Avenue<br>San Jose, CA 95125-5904 | eCommerce CDN, LLC<br>221 E 63rd Street<br>Savannah, GA 31405-4226 | mongoDB Cloud<br>1633 Broadway<br>39th Floor<br>New York, NY 10019-6757 |
| Alex E Jones<br>c/o Jordan & Ortiz PC<br>500 N Shoreline Blvd<br>Ste 900<br>Corpus Christi, TX 78401-0658 | Christina Walton Stephenson<br>Crowe & Dunlevy<br>2525 McKinnon St.<br>Ste 425<br>Dallas, TX 75201-1543 | David Wheeler, et al.<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 |
| Kyung Shik Lee<br>Kyung S. Lee PLLC<br>4723 Oakshire Drive<br>Apt. B<br>Houston, TX 77027-5499 | Kyung Shik Lee<br>Shannon & Lee LLP<br>Pennzoil Place-Suite 1300<br>HOUSTON, TX 77027 United States | Leonard Pozner<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |
| Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin<br>Suite 2700<br>Houston, TX 77002-6774 | Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 | Neil Heslin<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |

| | | |
|---|---|---|
| R. J. Shannon<br>Shannon & Lee LLP<br>700 Milam St., STE 1300<br>Houston, TX 77002-2736 | Raymond William Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 | Richard M. Coan<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 |
| Scarlett Lewis<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Shelby A Jordan | Veronique De La Rosa<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA  190087 | (d)Konica Minolta Premier Finance<br>PO Box 41602<br>Philadelphia, PA 19101-1602 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ADP TotalSource, Inc. | (u)Akin Gump Strauss Hauer & Feld LLP | (u)Schwartz Associates, LLC |
| (u)Schwartz and Associates, LLC | (u)Sweetwater Holdings Group, Inc. | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (u)Resistance Manifesto | (u)Charles Charlie Cicack | (u)David Ross Jones |
| (u)Marc Schwartz | (u)W. Marc Schwartz | End of Label Matrix<br>Mailable recipients   185<br>Bypassed recipients    11<br>Total                 196 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 22-60043 |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | (Chapter 11, Subchapter V) |
| | § | |
| Debtor. | § | JUDGE CHRISTOPHER M. LOPEZ |
| | § | |

### ORDER GRANTING MOTION OF ALEXANDER E. JONES FOR ENTRY OF AN ORDER AUTHORIZING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(B)(1)

ON THIS DATE this Court considered the *Motion of Alexander E. Jones for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. § 503(B)(1)* (the "Motion") in the above-captioned case.

The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The court has considered the Motion and lack of objections prior to the signing of this order.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** to the extent set forth herein.

2. Alexander E. Jones ("Jones") shall be allowed $680,000.00 as an administrative expense claim (the "Admin Claim") through May 31, 2023 for contract salary due under his Employment Agreement with Free Speech Systems LLC ("FSS"), and any additional amounts accrued under the Employment Agreement as set forth in the Motion.

3. Having allowed the Admin Claim, and no good cause appearing as to why the Admin Claim should not now be paid in full, it is now ordered that FSS shall pay the amount of

the Admin Claim in at least $680,000.00 (plus any such other amounts as are determined to have been accrued under the Employment Agreement) to Jones within 5 days of entry of this Order.

    4.    Notice of the Motion provided by Jones is deemed to be good and sufficient notice of the Motion, and the requirements of the Local Rules are satisfied by the contents of the Motion.

    5.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS FURTHER ORDERED** that, notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2023    _____
    **CHRISTOPHER M. LOPEZ**
    **UNITED STATES BANKRUPTCY JUDGE**