THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § § | **(Chapter 7)** |
| Debtor. | § § | |

**STIPULATION AND AGREED ORDER
EXTENDING THE DEADLINE FOR PARTIES TO RESPOND TO
BLACKBRIAR ADVISORS LLC'S FINAL APPLICATION**
[Relates to Docket No. 743]

**WHEREAS**, on December 2, 2022 ("**Petition Date**"), Alexander E. Jones ("**Debtor**") filed his voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas ("**Court**").

**WHEREAS**, on January 20, 2023, the Court entered an *Order* [DE 112] authorizing the Debtor's retention of Blackbriar Advisors, LLC ("**Blackbriar**") as financial advisor.

**WHEREAS**, on January 20, 2023, the Court entered an *Order* [DE 106] establishing procedures for interim compensation and reimbursement of expenses for chapter 11 professionals ("**Interim Compensation Procedures**").

**WHEREAS**, pursuant to the Interim Compensation Procedures, Blackbriar filed the following interim fee applications and monthly fee statements:

| DOCKET NO. | DESCRIPTION |
|---|---|
| 131 | First Monthly Fee Statement |
| 194 | Second Monthly Fee Statement |
| 237 | Third Monthly Fee Statement |
| 259 | Fourth Monthly Fee Statement |
| *307* | *First Interim Fee Application* |
| 430 | Fifth Monthly Fee Statement |
| 431 | Sixth Monthly Fee Statement |
| 442 | Seventh Monthly Fee Statement |

PAGE **1** OF **3**

| | |
|---|---|
| 487 | Eight Monthly Fee Statement |
| 522 | Ninth Monthly Fee Statement |
| *524* | *Second Interim Fee Application* |
| 631 | Tenth Monthly Fee Statement |
| 667 | Eleventh Monthly Fee Statement |
| 671 | Twelfth Monthly Fee Statement |
| 683 | Thirteenth Monthly Fee Statement |

**WHEREAS**, on June 14, 2024 ("**Conversion Date**"), the Court entered an *Order* [DE 708] converting the bankruptcy case from a case under chapter 11 of the Bankruptcy Code to a case under chapter 7 of the Bankruptcy Code.

**WHEREAS,** upon conversion of the bankruptcy case to a case under chapter 7 of the Bankruptcy Code, Christopher R. Murray was duly appointed as the chapter 7 trustee ("**Trustee**") of the Debtor's bankruptcy estate ("**Estate**").

**WHEREAS**, on June 28, 2024, Blackbriar filed its *Final Application for Compensation* [DE 743] (the "**Final Fee Application**") requesting allowance and payment, on a final basis, professional fees and reimbursable expenses for professional services rendered as financial advisor to the Debtor for the period of December 2, 2022 through June 14, 2024.

**WHEREAS**, the deadline for all parties to file a response to the Final Fee Application is July 19, 2024 ("**Original Response Deadline**").

**WHEREAS**, the Trustee requested and the Blackbriar agreed to a 30-day extension of the Original Response Deadline to aid in a more efficient transition of the case post-conversion.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES HERETO AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED THAT:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereafter.

2.	The deadline for any and all creditors and/or parties-in-interest in this bankruptcy case, including but not limited to the Trustee ("**Parties**"), to file a response and/or objection to Blackbriar's Final Fee Application is extended to **August 19, 2024.**

3.	Nothing herein shall be construed to prohibit Parties from seeking further extensions by agreement and/or by further order of the Court.

4.	Notwithstanding anything in the Bankruptcy Code or the Bankruptcy Rules to the contrary, this *Stipulation and Agreed Order* shall be effective immediately upon the Court's approval.

5.	The Court has exclusive jurisdiction and power regarding the implementation, interpretation, and enforcement of this *Stipulation and Agreed Order*.

Dated: July 16, 2024.

**IT IS SO ORDERED.**

        Christopher M. Lopez
        United States Bankruptcy Judge

**AGREED AS TO FORM AND SUBSTANCE:**

| **JONES MURRAY LLP** | **BLACKBRIAR ADVISORS, LLC** |
|---|---|
| */s/ Erin E. Jones* | */s/ Robert Schleizer (with permission)* |
| Erin E. Jones | Robert Schleizer |
| Texas Bar No. 24032478 | bschleizer@blackbriaradvisors.com |
| erin@jonesmurray.com | 2626 Cole Ave., Suite 300 |
| Jacqueline Q. Chiba | Dallas, TX 75201 |
| Texas Bar No. 24113599 | Tel. (214) 599-8600 |
| jackie@jonesmurray.com | **FINANCIAL ADVISOR FOR THE DEBTOR** |
| 602 Sawyer St., Suite 400 | |
| Houston, TX 77007 | |
| Tel. (832) 529-1999 | |
| **CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE** | |