UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC., § | Chapter 11 (Subchapter V) |
| § | |
| Debtor. § | |

## SEVENTEENTH INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL AND PROVIDING PARTIAL ADEQUATE PROTECTION

On July 29, 2022, the above-captioned debtor and debtor-in-possession (the "Debtor" or "FSS") in the above-captioned chapter 11 case (the "Case"), filed its *Emergency Motion for an Interim and Final Order (I) Authorizing the Use of Cash Collateral Pursuant to sections 105, 361, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) and (II) Granting Adequate Protection to the Pre-Petition Secured Lender* (the "Motion"). In the Motion, the Debtor requested, *inter alia*, entry of an interim order pursuant to Sections 105, 361, and 363 of title 11 of the United States Code,11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and in accordance with Rules 2002, 4001,and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Debtor's use of Cash Collateral (as hereinafter defined), as set forth herein. The Court held an interim hearing on the Motion on August 3, 2022 (the "Interim Hearing") and entered an order approving the interim use of cash collateral. (the "First Interim Order"). The Court has subsequently conducted periodic hearings extending authority to use cash collateral on an interim basis. This order is the Seventeenth interim order ("Seventeenth Interim Order"), negotiated between the Debtor, PQPR and certain tort claimants pursuing litigation against the Debtor and others in Texas and Connecticut (the "Tort Plaintiffs"). The Debtor and the Tort Plaintiffs reserve all rights relating to a final hearing on the use of cash collateral. The findings contained in the First Interim Order are incorporated by reference.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. <u>Interim Use</u>. The Court approves the interim use of cash collateral as set forth herein.

2.      Interim Order. This Order shall be considered an interim cash collateral order and shall be binding upon all parties and upon all subsequently appointed court officers, including any trustee appointed in the Case under Chapter 7 or Chapter 11 of the Bankruptcy Code.

3.      DIP Account. The Debtor shall maintain debtor in possession ("DIP") accounts at Cadence Bank which accounts shall contain all operating revenues and any other source of cash constituting Cash Collateral, which is (or has been) generated by and is attributable to the Debtor's business (the "DIP Account"). All cash generated by the Debtor or from the Debtor's business or assets, including any cash held in any of the Debtor's pre-petition bank accounts, shall be immediately transferred by the Debtor to the DIP Account. The Debtor shall be prohibited from withdrawing or using Cash Collateral funds from the DIP Account except as provided for in the Budget, this Order, or pursuant to further order of the Court.

4.      Terms of Cash Collateral Use. The Debtor is hereby authorized to use Cash Collateral during the period covered by this Seventeenth Interim Order (the "Interim Period") to pay the items set forth in the revised Budget attached to this Order as Exhibit A, and up to the respective aggregate amount of disbursements set forth in the Budget for any week during the Interim Period, subject to the Permitted Variance (as hereinafter defined). The Permitted Variance shall be defined as 10% per line item and 20% of the overall Budget. The Debtor shall not use, sell, or expend, directly or indirectly, the Cash Collateral except pursuant to the Budget and upon the terms and conditions set forth in this Order.

5.      No Payments to Insiders. Other than as provided for in the Budget, the Debtor shall not make any payment to or for the benefit of any insider of the Debtor, as that term is defined in section 101(31) of the Bankruptcy Code. Other than as provided for in the Budget, no payments to any insider during the Interim Period shall exceed $10,000.

6.      Further Authorization.  The Debtor is hereby authorized to enter into all agreements pursuant to the terms of this Order necessary to allow the Debtor to use Cash Collateral subject to the terms of this Order in the amounts and for the expenses set forth on the Budget. The Debtor is authorized to collect and receive all accounts receivable and other operating revenues and immediately deposit same in the DIP Account.

7. _Taxes_.  Nothing in this Order shall be construed to grant PQPR (the "_Pre-Petition Lender_") liens which are senior to pre- and post-petition statutory ad valorem real property tax liens. The Debtor shall remain current in all post-petition tax payments and reporting obligations, including, but not limited to, all ad valorem real property taxes and federal trust fund taxes.

8. _Adequate Protection – Replacement Liens_.  The adequate protection and related carve out set forth in the First, Second, Third and Fourth Interim Orders are incorporated in the Seventeenth Interim Order.

9. _Adequate Protection Payment_.  The Debtor will reserve the sum of $5,000 per week during the Interim Period for adequate protection to PQPR but shall not pay the reserved amount to PQPR unless authorized by further orders of this Court.  Nothing herein shall constitute an admission that PQPR is or is not entitled to receive any adequate protection payment on account of its claims.  Moreover, nothing herein shall prejudice the rights of any party-in-interest, including but not limited to the Debtor, any creditor, or PQPR to challenge or assert PQPR's entitlement to receive an adequate protection payment.

10. _Subsequent Modification of Order_. If any or all of the provisions of this Order are hereafter modified, vacated or stayed, such modification, vacation or stay shall not affect the validity of any obligation, indebtedness or liability incurred by the Debtor from the Petition Date through the effective date of such modification, vacation or stay, or the validity or enforceability of any security interest, lien or priority authorized or created by this Order.

11. _Credit Card Processing_. The Debtor is authorized to remit fulfillment costs as provided in the Fulfillment Agreement previously approved by this Court's _Order Granting Emergency Motion for Entry of Order Authorizing Debtor to Enter into Fulfillment Agreement_ [Dkt. No. 286] from the daily settlement contemporaneously with the distributions to FSS and PQPR.  Proceeds received by FSS for sales of PQPR inventory shall be held by FSS in trust pending distribution to PQPR by FSS.

12. _Reporting_. The Debtor shall report each Thursday for the preceding calendar week reflecting weekly sales and disbursement of the proceeds of those sales.  A copy of the report shall be forwarded to the

U.S. Trustee, the Subchapter V Trustee, counsel for PQPR and Jarrod Martin as a representative of the Tort Plaintiffs.

13. <u>Reservation of Rights</u>. Nothing herein shall constitute a finding or ruling by this Court that any alleged and disputed lien or alleged and disputed security interest held by the alleged Pre-Petition Lender in respect of the purported PQPR Notes (as defined in the Motion) is valid, senior, enforceable, prior, perfected, or nonavoidable. Moreover, nothing herein shall prejudice the rights of any party-in-interest, including but not limited to the Debtor, any official committee appointed in the Chapter 11 Case or any other creditor, to challenge the validity, priority, enforceability, seniority, avoidability, perfection, or extent of any alleged and disputed lien or alleged and disputed security interest held by the alleged Pre-Petition Lender in respect of the purported PQPR Notes.

14. <u>Final Cash Collateral Hearing</u>: The Debtor shall file a notice of cash collateral use with a proposed budget for the months of January and February 2024 not less than 7 days prior to the end of each month. The terms and conditions of this Order shall apply to any future use of cash collateral. Any party with an objection to Debtor's budgets shall file appropriate pleadings and request a hearing before the Court.

Signed: December 05, 2023

Christopher Lopez
United States Bankruptcy Judge

## CURRENT 4 WEEK BUDGET

| | Week Number | 12/1/2023-12/2/2023 48 | 12/3/2023-12/9/2023 49 | 12/10/2023-12/16/2023 50 | 12/17/2023-12/23/2023 51 | 12/24/2023-12/30/2023 52 | 12/31/2023 52 | Total | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | |
| Product Sales (Net of 7.0% Merchant Fee) | | $ 125,517.03 | $ 477,510.44 | $ 513,323.72 | $ 359,326.80 | $ 358,132.83 | $ 62,758.51 | $ 1,896,569.13 | Net of 6.5% CC Merchant fees. Includes Shipping and Sales Tax, excludes any PQPR / Platin |
| New Product Initiative | | 39,183.71 | 149,068.49 | 160,248.63 | 112,174.04 | 111,801.37 | 19,591.85 | 592,068.09 | Drop Ship vendor for Meals Ready to Eat and Coffee, gross sales |
| Point of Sales Revenue | | 13,684.44 | 52,060.37 | 55,964.90 | 39,175.43 | 39,045.28 | 6,842.22 | 206,772.64 | Fulfillment Vendor Product Sales |
| Platinum / PQPR Commission | | 22,530.07 | 85,712.21 | 92,140.63 | 64,498.44 | 64,284.16 | 11,265.03 | 340,430.54 | Net of 50% payment to PQPR |
| Donations | | 500.00 | 1,250.00 | 1,250.00 | 1,250.00 | 500.00 | 500.00 | 5,250.00 | |
| **Total Income** | | **201,415.25** | **765,601.51** | **822,927.88** | **576,424.52** | **573,763.64** | **100,957.61** | **3,041,090.40** | |
| **Selling & Product Costs** | | | | | | | | | |
| Inventory Purchases | | (29,387.73) | (450,000.00) | | | (83,851.03) | (14,693.89) | (450,000.00) | Inventory deposits and purchases from numerous Vendors |
| New Product Initiative | | (8,210.66) | (111,801.37) | (120,186.47) | (84,130.53) | | (4,105.33) | (444,051.07) | Payments to Meal Ready to Eat Vendor |
| Point of Sale Product Cost | | (16,944.80) | (31,236.22) | (33,578.94) | (23,505.26) | (23,427.17) | (8,472.40) | (124,063.58) | Fulfillment Vendor product costs |
| Fulfillment Services | | (1,568.98) | (64,463.91) | (69,288.70) | (48,508.09) | (48,347.93) | (784.48) | (256,036.83) | Fulfillment Vendor shipping and handling costs |
| Texas Sales Tax (20% of Sales @ 6.25%) | | | (5,968.88) | (6,416.55) | (4,491.58) | (4,476.66) | | (23,707.11) | |
| **Total Cost of Goods Sold** | | **(56,112.21)** | **(663,470.38)** | **(229,480.66)** | **(160,635.46)** | **(160,102.79)** | **(28,056.10)** | **(1,297,858.60)** | |
| **Operating Expenses** | | | | | | | | | |
| **Advertising & Promotion** | | | | | | | | | |
| Print / Media | | - | - | - | - | - | - | - | |
| Radio Show Advertising | | - | - | - | - | - | - | - | |
| **Total Advertising & Promotion** | | - | - | - | - | - | - | - | |
| **Computer/IT/IP Expense** | | | | | | | | | |
| Internet & TV services | | | (2,500.00) | (1,750.00) | (3,250.00) | (3,250.00) | | (10,750.00) | |
| Server Hosting / Cloud Service / Ecomm | | | (90,000.00) | (15,000.00) | (50,000.00) | (50,000.00) | | (205,000.00) | |
| Satellite Service | | | (140,000.00) | (15,000.00) | (15,000.00) | (15,000.00) | | (185,000.00) | |
| Telecommunications | | | (18,500.00) | (2,000.00) | (7,000.00) | (7,000.00) | | (34,500.00) | |
| Image License, Software & Other | | | (10,000.00) | (10,000.00) | (10,000.00) | (10,000.00) | | (40,000.00) | |
| **Total Computer/IT/IP Expense** | | - | **(261,000.00)** | **(43,750.00)** | **(85,250.00)** | **(85,250.00)** | - | **(475,250.00)** | |
| **Office & Administrative Expense** | | | | | | | | | |
| Bank Fees & Service Charges | | | (100.00) | (200.00) | (200.00) | (200.00) | | (700.00) | |
| Insurance | | | (12,000.00) | | | | | (12,000.00) | Liability, auto, property and workers comp |
| Rent | | | (57,440.00) | | | | | (57,440.00) | |
| Utilities | | | (3,100.00) | (800.00) | (500.00) | (500.00) | | (4,900.00) | |
| Janitorial | | | | (3,500.00) | | | | (3,500.00) | Quarterly Cleaning fees |
| Office Security | | | (9,000.00) | (9,000.00) | (9,000.00) | (9,000.00) | | (36,000.00) | |
| Repair & Maintenance | | | | | (5,000.00) | | | (5,000.00) | |
| Supplies/Printing/Copy | | | (1,000.00) | (1,000.00) | (2,500.00) | (2,500.00) | | (7,000.00) | Includes Konica Minolta copier lease |
| Business Meals | | | (3,500.00) | | (500.00) | | | (4,000.00) | Austin Office Christmas Event |
| **Total Office & Administrative Expense** | | - | **(86,140.00)** | **(14,500.00)** | **(17,700.00)** | **(12,200.00)** | - | **(130,540.00)** | |
| **Personnel Expenses** | | | | | | | | | |
| Salaries & Wages & Benefits | | | | (155,500.00) | | (155,500.00) | | (311,000.00) | |
| Payroll Tax | | | | (12,440.00) | | (13,824.62) | | (26,264.62) | |
| Contract Employees | | | (5,000.00) | (14,500.00) | (5,000.00) | (32,450.00) | | (56,950.00) | |
| Consulting Services | | | (3,850.00) | (5,000.00) | (3,850.00) | (5,000.00) | | (17,700.00) | |
| Alex Jones Salary | | | | | | (17,307.69) | | (17,307.69) | HR, Tax and Bookeeping Fees<br>Per the 11/27 Hearing, Jones Salary should not have been increased.  He received one paycheck at the unapproved rate.  His new rate will be $25,000 per pay period and FSS will recover the $32,692.31 overpayment in the December payroll |
| **Total Personnel Expenses** | | - | **(8,850.00)** | **(187,440.00)** | **(8,850.00)** | **(224,082.31)** | - | **(429,222.31)** | |
| **Travel** | | | | | | | | | |
| Mileage/Parking/Tolls | | (100.00) | (100.00) | (100.00) | (100.00) | (100.00) | | (500.00) | |
| Special Event Travel | | | (15,000.00) | | | | | (15,000.00) | Alex Jones Podcast Appearance |
| Travel / Lodging | | | | | | | | | |
| Vehicle Rental / Leases | | | (500.00) | (500.00) | (500.00) | (500.00) | | (2,000.00) | |
| **Total Travel Expenses** | | **(100.00)** | **(15,600.00)** | **(600.00)** | **(600.00)** | **(600.00)** | - | **(17,500.00)** | |
| **Total Operating Expenses** | | **(100.00)** | **(371,590.00)** | **(246,290.00)** | **(112,400.00)** | **(322,132.31)** | - | **(1,052,512.31)** | |
| **Non-Operating Expenses** | | | | | | | | | |
| Adequate Protection Payment to SEC Bank | | - | (2,750.00) | - | - | - | - | (2,750.00) | |
| **Total Other Expenses** | | - | **(2,750.00)** | - | - | - | - | **(2,750.00)** | |
| **Professional Fees** | | | | | | | | | |
| CRO Fees | | | | | | (50,000.00) | | (50,000.00) | |
| CRO Expenses | | | | | | | | | |
| Trustee Fees | | | | | | (30,000.00) | | (30,000.00) | |
| Trustee Counsel | | | | (100,000.00) | | | | (100,000.00) | |
| Legal Fees - Reyival | | | | | | | | | |
| Legal Fees - Tax Consulting | | | (25,000.00) | | | | | (25,000.00) | |
| Legal Fees - Texas Appellate Counsel | | | | (20,000.00) | | | | (20,000.00) | |
| Discovery Data Processing Fee | | | | | | (50,000.00) | | (50,000.00) | |
| Ray Battaglia | | | | | | | | | |
| **Total Professional Fees** | | - | **(25,000.00)** | **(120,000.00)** | - | **(130,000.00)** | - | **(275,000.00)** | |
| **Total Cash Flow** | | **145,203.04** | **(297,208.87)** | **227,157.22** | **303,388.65** | **(38,471.45)** | **72,901.51** | **412,969.50** | |
| **Ending Cash** | | **2,047,859.78** | **1,750,650.91** | **1,977,808.13** | **2,281,196.18** | **2,242,724.73** | **2,315,626.24** | | |



EXHIBIT
A
exhibitsticker.com

FREE SPEECH SYSTEMS

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                                          Case No. 22-60043-cml
Free Speech Systems LLC                                                                          Chapter 11
Official Committee of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                       User: ADIuser                                           Page 1 of 7
Date Rcvd: Dec 06, 2023               Form ID: pdf002                                Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Free Speech Systems LLC, 3019 Alvin Devane Blvd. STE 300, Austin, TX 78741-7417 |
| aty | | Kyung Shik Lee, Shannon & Lee LLP, Pennzoil Place-Suite 1300, HOUSTON, TX 77027, UNITED STATES |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Shannon & Lee LLP, 700 Milam Street, STE 1300, Houston, TX 77002-2736 |
| aty | + | Vida Robinson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| intp | + | Alex E Jones, c/o Jordan & Ortiz PC, 500 N Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |
| cr | + | Ally Bank, c/o Quilling, Selander, et al, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Ste. 203, Austin, TX 78701-2720 |
| cr | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | + | Security Bank of Crawford, P.O. BOx 90, Crawford, Tx 76638-0090 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 06 2023 20:19:58 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| crcm | + | Email/Text: mbrimmage@akingump.com | Dec 06 2023 20:15:00 | Official Committee of Unsecured Creditors of Alexa, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | Dec 06 2023 20:15:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | ^ | MEBN | Dec 06 2023 20:15:26 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Dec 06 2023 20:15:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0541-4 | User: ADIuser | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: pdf002 | Total Noticed: 17 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | ADP TotalSource, Inc. |
| wit | | Charles "Charlie" Cicack |
| res | | Cicack Holdings, LLC |
| intp | | David Ross Jones |
| op | | Marc Schwartz |
| op | | Marc Schwartz |
| op | | Schwartz Associates, LLC |
| op | | Schwartz and Associates, LLC |
| intp | | Shelby A Jordan |
| intp | | Sweetwater Holdings Group, Inc. |
| op | | W. Marc Schwartz |
| cr | ##+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |

TOTAL: 12 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Marcel Fontaine avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com |
| Avi Moshenberg | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 7 |
| Date Rcvd: Dec 06, 2023 | Form ID: pdf002 | Total Noticed: 17 |

on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com

Avi Moshenberg
    on behalf of Plaintiff Neil Heslin avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com

Avi Moshenberg
    on behalf of Plaintiff Scarlett Lewis avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com

Avi Moshenberg
    on behalf of Plaintiff Leonard Pozner avi.moshenberg@mhllp.com  jessica.valdez@mhllp.com

Bradley J. Reeves
    on behalf of Creditor Reeves Law  PLLC bradley.reeves@pillsburylaw.com

Christina Walton Stephenson
    on behalf of Debtor Free Speech Systems LLC Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Christina Walton Stephenson
    on behalf of Interested Party Alex E Jones Crissie.Stephenson@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Christopher Dylla
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division Christopher.Dylla@azag.gov

Elizabeth Carol Freeman
    on behalf of Trustee Melissa A Haselden liz@lizfreemanlaw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Elyse M Farrow
    on behalf of Trustee Melissa A Haselden EFarrow@HaseldenFarrow.com  elysefarrow@gmail.com

Federico Andino Reynal
    on behalf of Defendant AEJ TRUST 2018 areynal@frlaw.us

Federico Andino Reynal
    on behalf of Defendant Free Speech Systems  LLC areynal@frlaw.us

Federico Andino Reynal
    on behalf of Defendant Alex E. Jones areynal@frlaw.us

Federico Andino Reynal
    on behalf of Defendant AEJ HOLDINGS  LLC areynal@frlaw.us

Ha Minh Nguyen
    on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jarrod B. Martin
    on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Estate of Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 7 |
| Date Rcvd: Dec 06, 2023 | Form ID: pdf002 | Total Noticed: 17 |

Jarrod B. Martin
 on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com
 Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
 on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com
 Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jason Starks
 on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jayson B. Ruff
 on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jennifer Jaye Hardy
 on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Plaintiff Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

John D Malone
 on behalf of Creditor Security Bank of Crawford myra@johnmalonepc.com  myra@johnmalonepc.com

Johnie J Patterson
 on behalf of Creditor Elevated Solutions Group  LLC
 wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Joseph S.U. Bodoff
 on behalf of Creditor ADP TotalSource  Inc. jbodoff@rubinrudman.com

Kimberly A Walsh
 on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov,
 sherri.simpson@oag.texas.gov

Kyung Shik Lee
 on behalf of Attorney Kyung Shik Lee kslee50@gmail.com  Courtnotices@kasowitz.com

Kyung Shik Lee
 on behalf of Debtor Free Speech Systems LLC kslee50@gmail.com  Courtnotices@kasowitz.com

Marty L Brimmage
 on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com
 lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
 on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alexander E. Jones mbrimmage@akingump.com
 lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
 on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com
 lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
 on behalf of Creditor Veronique De La RosaABrimmage@akingump.com
 lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
 on behalf of Creditor Neil Heslin mbrimmage@akingump.com
 lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 7 |
| Date Rcvd: Dec 06, 2023 | Form ID: pdf002 | Total Noticed: 17 |

Marty L Brimmage
    on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor David Wheeler  et al. mbrimmage@akingump.com,
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Melissa A Haselden
    mhaselden@haseldenfarrow.com
    haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Melissa A Haselden
    on behalf of Trustee Melissa A Haselden mhaselden@haseldenfarrow.com
    haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Melissa Anne Haselden
    on behalf of Trustee Melissa A Haselden mhaselden@haseldenfarrow.com
    haseldenbankruptcy@gmail.com,haselden.melissaa.r104367@notify.bestcase.com

Michael P Ridulfo
    on behalf of Other Prof. Marc Schwartz mridulfo@krcl.com  rcoles@krcl.com

Michael P Ridulfo
    on behalf of Other Prof. W. Marc Schwartz mridulfo@krcl.com  rcoles@krcl.com

Michael P Ridulfo
    on behalf of Other Prof. Schwartz Associates  LLC mridulfo@krcl.com, rcoles@krcl.com

Michael P Ridulfo
    on behalf of Other Prof. Schwartz and Associates  LLC mridulfo@krcl.com, rcoles@krcl.com

Patrick Michael Lynch
    on behalf of Creditor Ally Bank plynch@qslwm.com  jtownzen@qslwm.com

R. J. Shannon
    on behalf of Debtor Free Speech Systems LLC rshannon@shannonpllc.com
    rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon
    on behalf of Attorney Shannon & Lee LLP rshannon@shannonpllc.com
    rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Raymond William Battaglia
    on behalf of Interested Party Alex E Jones rbattaglialaw@outlook.com  rwbresolve@gmail.com

Raymond William Battaglia
    on behalf of Debtor Free Speech Systems LLC rbattaglialaw@outlook.com  rwbresolve@gmail.com

Raymond William Battaglia
    on behalf of Plaintiff Free Speech Systems LLC rbattaglialaw@outlook.com  rwbresolve@gmail.com

Ryan E Chapple
    on behalf of Creditor Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Donna Soto rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Richard M. Coan rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff David Wheeler rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Scarlett Lewis rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Neil Heslin rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor Marcel Fontaine rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Plaintiff Wlliam Aldenberg rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
    on behalf of Creditor William Aldenberg rchapple@cstrial.com  aprentice@cstrial.com

District/off: 0541-4  User: ADIuser  Page 6 of 7
Date Rcvd: Dec 06, 2023  Form ID: pdf002  Total Noticed: 17

| | |
|---|---|
| Ryan E Chapple | on behalf of Creditor Mark Barden rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff William Sherlach rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Donna Soto rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Robert Parker rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Sherlach rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jacqueline Barden rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor David Wheeler et al. rchapple@cstrial.com, aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor David Wheeler rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Robert Parker rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Ian Hockley rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jennifer Hensel rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Veronique De La Rosa rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlos M. Soto rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Leonard Pozner rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Nicole Hockley rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Mark Barden rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Francine Wheeler rchapple@cstrial.com aprentice@cstrial.com |
| Shelby A Jordan | on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 7 |
| Date Rcvd: Dec 06, 2023 | Form ID: pdf002 | Total Noticed: 17 |

Shelby A Jordan
    on behalf of Interested Party Alex E Jones cmadden@jhwclaw.com

Shelby A Jordan
    on behalf of Interested Party Shelby A Jordan cmadden@jhwclaw.com

Stephen A Roberts
    on behalf of Defendant CAROL JONES sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

Stephen A Roberts
    on behalf of Defendant AEJ Austin Holdings LLC sroberts@srobertslawfirm.com, 1222805420@filings.docketbird.com

Stephen A Roberts
    on behalf of Defendant David Jones sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

Stephen A Roberts
    on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

Stephen Wayne Lemmon
    on behalf of Defendant JLJR Holdings LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
    on behalf of Defendant PQPR Holdings Limited LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
    on behalf of Defendant PLJR HOLDINGS LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
    on behalf of Defendant PQPR HOLDINGS LIMITED LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
    on behalf of Creditor PQPR Holdings Limited LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon
    on behalf of Defendant PQPR Holdings LLC lemmon@slollp.com mates@slollp.com

Stephen Wayne Lemmon
    on behalf of Defendant PLJR HOLDINGS LIMITED LLC lemmon@slollp.com, mates@slollp.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Vickie L Driver
    on behalf of Interested Party Alex E Jones Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Walter J Cicack
    on behalf of Respondent Cicack Holdings LLC wcicack@hcgllp.com, mallen@hcgllp.com

Walter J Cicack
    on behalf of Witness Charles "Charlie" Cicack wcicack@hcgllp.com mallen@hcgllp.com

Walter J Cicack
    on behalf of Interested Party Sweetwater Holdings Group Inc. wcicack@hcgllp.com, mallen@hcgllp.com

TOTAL: 127