# Exhibit B

Martin, Disiere, Jefferson & Wisdom, L.L.P.
Client Accounting Ledger
To  Jul/15/2024

| Date | Type | Ref# | Received From/Paid To Explanation | Fees | Disb | A/R | Trust Acc# | Retainer |
|---|---|---|---|---|---|---|---|---|
| **3143** | **Free Speech Systems** | | | | | | | |
| **3143-0002** | **Jones, Alex/FSS (SEE NOTES)** | | | | | | | **Resp Lawyer: CWM** |
| Oct/17/2022 | CER | X6574 | Expense Recovery Litigation support vendors Federal Express, Invoice #7-920-47007, Standard Overnight delivery to Shannon Matusek-Steele | | 45.60 | B | | |
| Oct/18/2022 | CER | X6540 | Expense Recovery Litigation support vendors Kevin Cain, Dinner - Working late on response to Motion for Sanctions | | 13.29 | B | | |
| Oct/24/2022 | BIL | 242475 | Billing on Invoice 242475 | -61922.50 | 0.00 | 61922.50 | | |
| Oct/31/2022 | CER | | Expense Recovery DocuCopy Copy Services | | 591.90 | B | | |
| Nov/10/2022 | REC | 124715 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) | | | -8496.44 | | |
| Nov/10/2022 | REC | 124715 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) | | | -103.12 | | |
| Nov/10/2022 | REC | 124715 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) | | | -1254.27 | | |
| Nov/10/2022 | REC | 124715 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) | | | -62066.67 | | |
| Nov/10/2022 | REC | 124715 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) | | | -1082.87 | | |
| Nov/10/2022 | REC | 124715 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) | | | -6025.49 | | |
| Nov/10/2022 | RET | 124715 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) | | | | | 30971.14 |
| Nov/10/2022 | REC | 126938 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) remove payment to apply as retainer | | | 8496.44 | | |
| Nov/10/2022 | REC | 126938 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) remove payment to apply as retainer | | | 103.12 | | |
| Nov/10/2022 | REC | 126938 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) remove payment to apply as retainer | | | 1254.27 | | |
| Nov/10/2022 | REC | 126938 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) remove payment to apply as retainer | | | 62066.67 | | |
| Nov/10/2022 | REC | 126938 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) remove payment to apply as retainer | | | 1082.87 | | |
| Nov/10/2022 | REC | 126938 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) remove payment to apply as retainer | | | 6025.49 | | |
| Nov/10/2022 | RET | 126939 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) RETAINER | | | | | 79028.86 |
| Nov/10/2022 | RET | 126939 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) RETAINER | | | | | 0.00 |
| Nov/10/2022 | RET | 126939 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) RETAINER | | | | | 0.00 |
| Nov/10/2022 | RET | 126939 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) RETAINER | | | | | 0.00 |
| Nov/10/2022 | RET | 126939 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) RETAINER | | | | | 0.00 |
| Nov/10/2022 | RET | 126939 | David Jones - Electronic Alex Jones 60% Share on Invoices (3143-0002) RETAINER | | | | | 0.00 |
| Nov/28/2022 | CER | X6598 | Expense Recovery Out-of-town travel Chris Martin, traveled to Austin, TX to attend Prep and All-day Hearing, mileage (190 @ .625) | | 118.75 | B | | |
| Nov/28/2022 | CER | X6598 | Expense Recovery Out-of-town travel Chris | | 224.04 | B | | |

| Date | Type | Ref# | Received From/Paid To Explanation | Fees | Disb | A/R | Trust Acc# | Retainer |
|---|---|---|---|---:|---:|---:|---|---:|
| | | | Martin, traveled to Austin, TX to attend Prep and All-day Hearing; hotel | | | | | |
| Nov/28/2022 | CER | X6598 | Expense Recovery Out-of-town travel Chris Martin, traveled to Austin, TX to attend Prep and All-day Hearing; uber | | 8.69 | B | | |
| Nov/30/2022 | CER | | Expense Recovery DocuCopy Copy Services | | 252.00 | B | | |
| Dec/21/2022 | BIL | 245374 | Billing on Invoice 245374 | -33250.50 | -603.48 | 33853.98 | | |
| Dec/21/2022 | BIL | 245375 | Billing on Invoice 245375 | -35287.50 | -650.79 | 35938.29 | | |
| Jan/16/2023 | BIL | 245480 | Billing on Invoice 245480 | -22100.00 | 0.00 | 22100.00 | | |
| Jan/25/2023 | RET | 127259 | David Jones - Electronic Remove retainer to apply correctly to Invoices | | | | | -110000.00 |
| Jan/25/2023 | RET | 127259 | David Jones - Electronic Remove retainer to apply correctly to Invoices | | | | | 0.00 |
| Jan/25/2023 | RET | 127259 | David Jones - Electronic Remove retainer to apply correctly to Invoices | | | | | 0.00 |
| Jan/25/2023 | RET | 127259 | David Jones - Electronic Remove retainer to apply correctly to Invoices | | | | | 0.00 |
| Jan/25/2023 | RET | 127259 | David Jones - Electronic Remove retainer to apply correctly to Invoices | | | | | 0.00 |
| Jan/25/2023 | RET | 127259 | David Jones - Electronic Remove retainer to apply correctly to Invoices | | | | | 0.00 |
| Jan/25/2023 | REC | 127260 | David Jones - Electronic Apply retainer to 50% on Invoices 242475, 245374, 245375, 245480 | | | -6771.88 | | |
| Jan/25/2023 | REC | 127260 | David Jones - Electronic Apply retainer to 50% on Invoices 242475, 245374, 245375, 245480 | | | -82.19 | | |
| Jan/25/2023 | REC | 127260 | David Jones - Electronic Apply retainer to 50% on Invoices 242475, 245374, 245375, 245480 | | | -1254.27 | | |
| Jan/25/2023 | REC | 127260 | David Jones - Electronic Apply retainer to 50% on Invoices 242475, 245374, 245375, 245480 | | | -61878.77 | | |
| Jan/25/2023 | REC | 127260 | David Jones - Electronic Apply retainer to 50% on Invoices 242475, 245374, 245375, 245480 | | | -863.53 | | |
| Jan/25/2023 | REC | 127260 | David Jones - Electronic Apply retainer to 50% on Invoices 242475, 245374, 245375, 245480 | | | -4802.48 | | |
| Jan/25/2023 | RET | 127260 | David Jones - Electronic Apply retainer to 50% on Invoices 242475, 245374, 245375, 245480 | | | | | 34346.88 |
| Feb/13/2023 | CER | | General Bank Entry Court Fees: eFileGov eFile Envelope #72725511, Doc: | | 80.00 | B | | |
| Feb/14/2023 | CER | X6722 | Expense Recovery Litigation support vendors Alicia DuBois, Court reporter's transcript ASAP from 11/22 hearing | | 530.78 | B | | |
| Feb/20/2023 | BIL | 247412 | Billing on Invoice 247412 | -29305.00 | 0.00 | 29305.00 | | |
| Feb/28/2023 | CER | | Expense Recovery DocuCopy Copy Services | | 56.70 | B | | |
| Mar/ 1/2023 | RET | 128651 | David Jones - Electronic Apply retainer to 50% on Invoice 247412 | | | | | 0.00 |
| Mar/ 1/2023 | RET | 128651 | David Jones - Electronic Apply retainer to 50% on Invoice 247412 | | | | | 0.00 |
| Mar/ 1/2023 | RET | 128651 | David Jones - Electronic Apply retainer to 50% on Invoice 247412 | | | | | 0.00 |
| Mar/ 1/2023 | RET | 128651 | David Jones - Electronic Apply retainer to 50% on Invoice 247412 | | | | | 0.00 |
| Mar/ 1/2023 | RET | 128651 | David Jones - Electronic Apply retainer to 50% on | | | | | 0.00 |

| Date | Type | Ref# | Received From/Paid To Explanation | Fees | Disb | A/R | Trust Acc# | Retainer |
|---|---|---|---|---|---|---|---|---|
| | | | Invoice 247412 | | | | | |
| Mar/ 1/2023 | RET | 128651 | David Jones - Electronic Apply retainer to 50% on Invoice 247412 | | | | | 0.00 |
| Mar/ 1/2023 | RET | 128651 | David Jones - Electronic Apply retainer to 50% on Invoice 247412 | | | | | -14652.50 |
| Mar/ 1/2023 | REC | 128652 | David Jones - Electronic Apply retainer to 50% on Invoice 247412 | | | -7203.75 | | |
| Mar/ 1/2023 | REC | 128652 | David Jones - Electronic Apply retainer to 50% on Invoice 247412 | | | -7448.75 | | |
| Mar/ 1/2023 | CER | X6798 | Expense Recovery Litigation support vendors Federal Express, Invoice 8-055-41319, Express Saver Delivery to Keri Ward (2/22/23) | | 40.69 | B | | |
| Mar/15/2023 | BIL | 248474 | Billing on Invoice 248474 | -58494.00 | -667.48 | 59161.48 | | |
| Mar/31/2023 | CER | | Expense Recovery DocuCopy Copy Services | | 58.95 | B | | |
| Mar/31/2023 | CER | | Expense Recovery DocuCopy Copy Services | | 46.20 | B | | |
| Apr/ 5/2023 | CER | X6857 | Expense Recovery Out-of-town travel Chris Martin traveled to Austin, TX, to attend the Sanctions Hearing at the Travis County Courthouse., mileage (170.10 @ .655) (4/5/2023) | | 111.42 | B | | |
| Apr/ 5/2023 | CER | X6857 | Expense Recovery Out-of-town travel Chris Martin traveled from Austin, TX, to attend the Sanctions Hearing at the Travis County Courthouse. mileage (170.10 @ .655) (4/5/2023) | | 111.42 | B | | |
| Apr/ 6/2023 | CER | X6857 | Expense Recovery Out-of-town travel Chris Martin traveled to Austin, TX, for the 2nd Hearing on the Judge's Decision., mileage (170.10 @ .655) | | 111.42 | B | | |
| Apr/ 6/2023 | CER | X6857 | Expense Recovery Out-of-town travel Chris Martin traveled from Austin, TX, for the 2nd Hearing on the Judge's Decision., mileage (170.10 @ .655) | | 111.42 | B | | |
| Apr/10/2023 | CER | X6857 | Expense Recovery Out-of-town travel Chris Martin, traveled to Austin, TX to attend All-Counsel Meeting; hotel stay for A. Jones All-Counsel Meeting (4/10/2023) | | 192.21 | B | | |
| Apr/10/2023 | CER | X6857 | Expense Recovery Out-of-town travel Chris Martin, traveled to Austin, TX to attend All-Counsel Meeting, mileage, (170.10 @ .655) (4/10/2023) | | 111.42 | B | | |
| Apr/10/2023 | CER | X6857 | Expense Recovery Out-of-town travel Chris Martin, traveled from Austin, TX to attend All-counsel Meeting, mileage from Austin, TX (170.10 @ .655) (4/10/2023) | | 111.42 | B | | |
| Apr/12/2023 | REC | 130222 | David Jones - Electronic Apply remaining retainer to Invoice 248474 | | | -19694.38 | | |
| Apr/12/2023 | REC | 130222 | David Jones - Electronic Apply remaining retainer to Invoice 248474 | | | 5970.67 | | |
| Apr/12/2023 | REC | 130222 | David Jones - Electronic Apply remaining retainer to Invoice 248474 | | | -4853.66 | | |
| Apr/12/2023 | REC | 130222 | David Jones - Electronic Apply remaining retainer to Invoice 248474 | | | -89.61 | | |
| Apr/12/2023 | REC | 130222 | David Jones - Electronic Apply remaining retainer to Invoice 248474 | | | -1027.40 | | |
| Apr/12/2023 | RET | 130165 | David Jones - Electronic Apply remaining retainer to Invoice 248474 | | | | | -19694.38 |
| Apr/12/2023 | RET | 130165 | David Jones - Electronic | | | | | 0.00 |

| Date | Type | Ref# | Received From/Paid To Explanation | Fees | Disb | A/R | Trust Acc# | Retainer |
|---|---|---|---|---|---|---|---|---|
| | | | Apply remaining retainer to Invoice 248474 | | | | | |
| Apr/13/2023 | CER | X6855 | Expense Recovery Litigation support vendors John LaBoon, Parking for attendance at hearings. | | 30.00 | B | | |
| Apr/13/2023 | CER | | General Bank Entry Court Fees: eFileGov eFile Envelope #74630323, Doc: --- No. 03-23-00209-CV Letter to electronically remit | | 205.00 | B | | |
| Apr/18/2023 | BIL | 249806 | Billing on Invoice 249806 | -59300.00 | -99.64 | 59399.64 | | |
| Apr/19/2023 | CER | X6863 | Expense Recovery Out-of-town travel Chris Martin traveled to Austin, TX., for Hearing on Sanctions (4/5/2023); Lorie Haines paid for overnight hotel stay for Chris Martin due to account changes; hotel | | 234.74 | B | | |
| Apr/30/2023 | CER | | Expense Recovery DocuCopy Copy Services | | 53.00 | B | | |
| Apr/30/2023 | CER | X6917 | Expense Recovery Litigation support vendors Lorie Haines, payment to Travis County for Certificate Record (5/10/2023) | | 1012.39 | B | | |
| May/22/2023 | CHE | 37839 | Alicia Ann Dubois Experts Alicia Ann Dubois - Payment for Reporter's Record, Volume 1-24 including exhibits (3143-0002) | | 11340.69 | B | | |
| Jun/ 1/2023 | REC | 132001 | Free Speech - Electronic PAYMENT ON INVOICE 245374 (expenses), 245375 (expenses), 248474 (80% fees and total expenses), 249806 (80% fees and total expenses) | | | -264.42 | | |
| Jun/ 1/2023 | REC | 132001 | Free Speech - Electronic PAYMENT ON INVOICE 245374 (expenses), 245375 (expenses), 248474 (80% fees and total expenses), 249806 (80% fees and total expenses) | | | -3.21 | | |
| Jun/ 1/2023 | REC | 132001 | Free Speech - Electronic PAYMENT ON INVOICE 245374 (expenses), 245375 (expenses), 248474 (80% fees and total expenses), 249806 (80% fees and total expenses) | | | -99.64 | | |
| Jun/ 1/2023 | REC | 132001 | Free Speech - Electronic PAYMENT ON INVOICE 245374 (expenses), 245375 (expenses), 248474 (80% fees and total expenses), 249806 (80% fees and total expenses) | | | -19725.14 | | |
| Jun/ 1/2023 | REC | 132001 | Free Speech - Electronic PAYMENT ON INVOICE 245374 (expenses), 245375 (expenses), 248474 (80% fees and total expenses), 249806 (80% fees and total expenses) | | | -55970.55 | | |
| Jun/ 1/2023 | REC | 132001 | Free Speech - Electronic PAYMENT ON INVOICE 245374 (expenses), 245375 (expenses), 248474 (80% fees and total expenses), 249806 (80% fees and total expenses) | | | -171.89 | | |
| Jun/ 1/2023 | REC | 132001 | Free Speech - Electronic PAYMENT ON INVOICE 245374 (expenses), 245375 (expenses), 248474 (80% fees and total expenses), 249806 (80% fees and total expenses) | | | -1980.96 | | |
| Jun/ 1/2023 | CER | X6997 | Expense Recovery Litigation support vendors Federal Express, Invoice 8-156-05231, Priority Overnight Delivery to Alicia DuBois | | 38.46 | B | | |
| Jun/ 9/2023 | BIL | 252799 | Billing on Invoice 252799 | -36334.00 | -2442.06 | 38776.06 | | |
| Jun/14/2023 | BIL | 253006 | Billing on Invoice 253006 | -7580.50 | -11340.69 | 18921.19 | | |
| Jul/ 1/2023 | CER | X7034 | Expense Recovery Litigation support vendors Susan Poodiack, Supplemental Clerk Records (8/1/2023) | | 12.80 | B | | |
| Jul/12/2023 | CER | | General Bank Entry | | 10.00 | B | | |

Martin, Disiere, Jefferson & Wisdom, L.L.P.
Client Accounting Ledger
To  Jul/15/2024

| Date | Type | Ref# | Received From/Paid To Explanation | Fees | Disb | A/R | Trust Acc# | Retainer |
|---|---|---|---|---|---|---|---|---|
| | | | Court Fees: eFileGov eFile Envelope #77439954, Doc: Unopposed Motion for Extension of Time to File Appellan | | | | | |
| Jul/20/2023 | BIL | 255053 | Billing on Invoice 255053 | -42125.00 | -38.46 | 42163.46 | | |
| Jul/25/2023 | CER | X7017 | Expense Recovery Litigation support vendors Chavela Crain, Payment of Supplemental records for 8/30/18 and 10/03/19 | | 536.50 | B | | |
| Jul/31/2023 | CER | | Expense Recovery DocuCopy Copy Services | | 1336.80 | B | | |
| Aug/ 1/2023 | CER | X7063 | Expense Recovery Litigation support vendors Federal Express, Invoice 8-211-61224, FedEx Priority Overnight delivery to Chavela Crain | | 25.69 | B | | |
| Aug/ 1/2023 | CER | | General Bank Entry Court Fees: eFileGov eFile Envelope #78103137, Doc: | | 10.00 | B | | |
| Aug/10/2023 | CER | | General Bank Entry Court Fees: eFileGov eFile Envelope #78414193, Doc: - Extension of Time | | 10.00 | B | | |
| Aug/17/2023 | BIL | 255919 | Billing on Invoice 255919 | -26310.50 | -1896.10 | 28206.60 | | |
| Aug/29/2023 | CER | | General Bank Entry Court Fees: eFileGov eFile Envelope #79035634, Doc: - Amened Mot. for Extension of Time to File Appellants' | | 10.00 | B | | |
| Aug/31/2023 | CER | X7075 | Expense Recovery Out-of-town travel Chris Martin, traveled to and from Austin, TX to attend an All-Counsel meeting in Austin, mileage (340.2 @ .655) | | 222.83 | B | | |
| Aug/31/2023 | CER | X7075 | Expense Recovery Out-of-town travel Chris Martin, traveled to and from Austin, TX to attend an All-Counsel meeting in Austin; hotel | | 192.21 | B | | |
| Aug/31/2023 | CER | | Expense Recovery Copying DocuCopy Copy Services for 3146 bw @ 0.15 | | 471.90 | B | | |
| Sep/12/2023 | CER | X7081 | Expense Recovery Litigation support vendors Velva L. Price, District Clerk, for Supplemental Clerk Records | | 847.00 | B | | |
| Sep/14/2023 | CER | X7126 | Expense Recovery Litigation support vendors Federal Express, Invoice 8-261-62166, Priority Overnight delivery to Velva L. Price | | 47.42 | B | | |
| Sep/18/2023 | BIL | 257303 | Billing on Invoice 257303 | -73007.50 | -942.63 | 73950.13 | | |
| Sep/28/2023 | CER | X7100 | Expense Recovery Litigation support vendors Chavela V. Crain, Transcript regarding Hearing on Motion for Expedited Discovery and Motion for Protective Order | | 270.00 | B | | |
| Sep/30/2023 | CER | | Expense Recovery Litigation support vendors DocuCopy Copy Services for 645 bw @ 0.15 and 5 di @ 0.12 | | 97.35 | B | | |
| Oct/10/2023 | CER | | General Bank Entry Court Fees: eFileGov eFile Envelope #80449214, Doc: - Mot. for Extension of time to file Appellants' Brief | | 10.00 | B | | |
| Oct/10/2023 | CER | X7151 | Expense Recovery Litigation support vendors Federal Express, Invoice 8-290-31424, Priority Overnight delivery to Chavela Crain | | 47.53 | B | | |
| Oct/12/2023 | CER | X7143 | Expense Recovery Litigation support vendors Platinum Parking, parking fee, client meeting with D. Opperman | | 20.00 | B | | |
| Oct/24/2023 | BIL | 260227 | Billing on Invoice 260227 | -66000.00 | -1261.77 | 67261.77 | | |
| Oct/31/2023 | CER | | General Bank Entry Court Fees: eFileGov eFile | | 10.00 | B | | |

Martin, Disiere, Jefferson & Wisdom, L.L.P.
Client Accounting Ledger
To  Jul/15/2024

| Date | Type | Ref# | Received From/Paid To Explanation | Fees | Disb | A/R | Trust Acc# | Retainer |
|---|---|---|---|---:|---:|---:|---:|---:|
| | | | Envelope #81139556, Doc: - Mot. for leave to file Supp. Reporter's Record in thi | | | | | |
| Oct/31/2023 | CER | | Expense Recovery DocuCopy Copy Services | | 122.55 | B | | |
| Nov/17/2023 | BIL | 260400 | Billing on Invoice 260400 | -61891.50 | -210.08 | 62101.58 | | |
| Nov/30/2023 | CER | | Expense Recovery DocuCopy Copy Services | | 35.10 | B | | |
| Dec/15/2023 | BIL | 261858 | Billing on Invoice 261858 | -32874.50 | -35.10 | 32909.60 | | |
| Jan/23/2024 | BIL | 276186 | Billing on Invoice 276186 | -1530.00 | 0.00 | 1530.00 | | |
| Feb/23/2024 | BIL | 277103 | Billing on Invoice 277103 | -170.00 | 0.00 | 170.00 | | |
| Jun/30/2024 | CER | X7348 | Expense Recovery Litigation support vendors Jeff Tinkham; Work in June related to the fee applications in the Alex Jones and FSS bankruptcies. | | 1000.00 | | | |
| Jul/ 2/2024 | BIL | 282378 | Billing on Invoice 282378 | -2677.50 | 0.00 | 2677.50 | | |
| | | | Totals for Report Period: | -650160.50 | 1000.00 | 482132.97 | 0.00 | 0.00 |
| | | | Totals up to Ending Date: | -650160.50 | 1000.00 | 482132.97 | 0.00 | 0.00 |

*** Firm Totals ***

| | | | | | | | | |
|---|---|---|---|---:|---:|---:|---:|---:|
| | | | Firm Totals for Report Period: | -650160.50 | 1000.00 | 482132.97 | 0.00 | 0.00 |
| | | | Firm Totals up to Ending Date: | -650160.50 | 1000.00 | 482132.97 | 0.00 | 0.00 |

REPORT SELECTIONS - Client Accounting Ledger

| | | | |
|---|---|---|---|
| Layout Template: | All | | |
| Requested by: | AMYH | | |
| Finished: | Monday, July 15, 2024 at 11:48:24 AM | | |
| Date Range: | To Jul/15/2024 | | |
| Matters: | 3143-0002 | | |
| Clients: | All | Show Check # on Paid Payables: | No |
| Major Clients: | All | Matters Sort by: | Default |
| Responsible Lawyer: | All | New Page for Each Lawyer: | No |
| Client Intro Lawyer: | All | Totals Only: | No |
| Matter Intro Lawyer: | All | Firm Totals Only: | No |
| Assigned Lawyer: | All | Trust Only: | No |
| Type of Law: | All | Show Trust Summary by Account: | No |
| Select From: | Active,Inactive,Archived Matters | Incl Matters With No Transactions: | No |
| Ver: | Enterprise 2021 R1 (16.8.20211124) | | |