IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |

**ORDER AUTHORIZING PAYMENT OF AMENDED FINAL FEE APPLICATION OF MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P., SPECIAL COUNSEL TO THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 8, 2023, THROUGH JUNE 14, 2024**

**ON THIS DATE** this Court considered the *Amended Final Fee Application of Martin, Disiere, Jefferson & Wisdom, L.L.P., Special Counsel to the Debtor, for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period from January 8, 2023, Through June 14, 2024* (the "***Application***"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b), that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court has considered the Application and any objections prior to entering this Order.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. Martin, Disiere, Jefferson & Wisdom, L.L.P. ("***Applicant***") is awarded $530,554.50 for professional fees and services provided to Debtor during the period of January 8, 2023, through June 14, 2024 (the "***Application Period***") as an administrative expense.

3. Applicant is awarded $18,934.01 for reimbursement of actual, reasonable, and necessary expenses incurred by Applicant during the Application Period as an administrative expense.

4. Additionally, Applicant's request for approval of Applicant's application of a portion of the Wire funds to Applicant's invoices for its work and expenses incurred representing Debtor and Free Speech Systems, LLC prior to the Debtor's filing is **GRANTED**.

5. The payment of the fees and expenses awarded herein to Applicant are to be reduced by 50% under the terms of the Retention Order, and further reduced by (i) the $181,971.70 payment made by Debtor to Applicant, and by (ii) the $57,211.36 remainder of the Wire after the application of the Wire as approved by this Order.

6. Therefore, the chapter 7 Trustee is **ORDERED** to pay to Applicant the sum of $35,561.20 no later than 60 days after this Order becomes final.

7. Notice of the Application provided by Applicant is deemed to be good and sufficient notice of the Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

8. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS FURTHER ORDERED** that, notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Done in Houston, Texas this ___ day of _____, 2024.

_____
**CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**