# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FREE SPEECH SYSTEMS LLC, | Case No. 22-60043 (CML) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned, as counsel for Melissa Haselden, Subchapter V Trustee in the above-referenced bankruptcy proceeding, requests that all pleadings filed and notices given in this case be given and served to the following:

Jennifer F. Wertz
Jackson Walker LLP
100 Congress, Suite 1100
Austin, Texas 78701
(512) 236-2247
jwertz@jw.com

Sean F. Gallagher
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
(512) 236-2014
sgallagher@jw.com

Emily Meraia
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
(713) 752-4458
emeraia@jw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and pleadings, but also includes, without limitation, notices of any pleadings, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral,

38432924v.1 163212/00001

and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case.

Dated: December 12, 2023

/s/ *Jennifer F. Wertz*
**JACKSON WALKER LLP**
Jennifer F. Wertz (TX Bar No. 24072822)
Sean F. Gallagher (TX Bar No. 24101781)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:   (713) 752-4200
Facsimile:   (713) 752-4221
Email: jwertz@jw.com
Email: sgallagher@jw.com
Email: emeraia@jw.com

*Counsel for Melissa Haselden, Subchapter V Trustee*

38432924v.1 163212/00001

## CERTIFICATE OF SERVICE

I certify that on December 12, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas

                                     /s/ *Jennifer F. Wertz*
                                     Jennifer F. Wertz