THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ALEXANDER E. JONES | § § | Case No. 22-33553<br>(Chapter 7) |
| Debtor. | § § | |

ORDER AUTHORIZING
EMPLOYMENT OF JONES MURRAY LLP
AS GENERAL BANKRUPTCY CO-COUNSEL TO THE CHAPTER 7 TRUSTEE
(This relates to Docket No. _____)

The Court, having considered the Trustee's *Application to Employ Jones Murray LLP as General Bankruptcy Co-Counsel for the Chapter 7 Trustee* (the "**Application**")[1], the Declaration of Erin E. Jones in support of the Application, any objections or responses, and the record in this case, the Court finds that: (a) notice of the Application was adequate under the circumstances; (b) Jones Murray LLP is a "disinterested person" as defined in the Bankruptcy Code and holds no interest adverse to the Trustee, the Debtor, the Estate, the United States Trustee, and other parties-in-interest in this case as required by 11 U.S.C. § 327(a); (c) the relief requested is appropriate under the circumstances; (d) good cause exists to grant the Application; and (e) granting the relief requested is in the best interest of the Estate, its creditors, and any other stakeholders.

It is hereby **ORDERED** that:

1. The Trustee is authorized to employ Jones Murray LLP as general bankruptcy co-counsel under the terms and conditions set forth in the Application, effective June 14, 2024, and pursuant to 11 U.S.C. § 327(a) and § 328(a).

---

[1] Capitalized terms used but not otherwise defined herein are intended to have the same meaning as defined in the Application.

2. Allowance and payment of the Jones Murray LLP's fees and reimbursement of expenses is subject to application and approval by the Court pursuant to 11 U.S.C. § 330 and/or § 331.

3. Jones Murray LLP shall receive no compensation from the Estate for performing duties required to be performed by the Trustee, except as may be authorized by 11 U.S.C. § 326(a).

4. This Court retains exclusive jurisdiction over all aspects of this Order and the Application.