**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: _____   Date report filed: _____
MM / DD / YYYY

Line of business: _____   NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party *[signature]*

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|  | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
|---|---|---|---|---|
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name  _____          Case number_____

|     |                                                                                                 |   |   |   |
|-----|-------------------------------------------------------------------------------------------------|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy?                                   | ❑ | ❑ | ❑ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     | ❑ | ❑ | ❑ |

*** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

    *(Exhibit E)*

Debtor Name  _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____
27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____
30. How much have you paid this month in other professional fees?  $ _____
31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | — | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  − $ _____
37. Total projected net cash flow for the next month:  = $ _____

Debtor Name   _____          Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❏ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❏ 39.  Bank reconciliation reports for each account.

- ❏ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❏ 41.  Budget, projection, or forecast reports.

- ❏ 42.  Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit E**
**Total Payables**

*As of December 31, 2023*

| From | Amount | Due Date | |
|---|---:|---|---|
| **Trade AP** | | | |
| Jonathon Wolfe | 10,500.00 | 11/07/2023 | (a) |
| Cloudflare Inc | 63,320.40 | 12/1/2023 | |
| Subscribe Pro Inc | 275.00 | 12/03/2023 | |
| Daniel Lyman | 4,000.00 | 12/14/2023 | |
| Addshoppers Inc. | 2,989.00 | 12/15/2023 | |
| ATX HD | 20,671.00 | 12/20/2023 | |
| Cloudflare Inc | 63,320.40 | 12/26/2023 | |
| Jani-King | 3,623.13 | 12/27/2023 | |
| Robert Dew | 20,000.00 | 12/27/2023 | |
| Wes Perkins | 647.98 | 12/27/2023 | |
| Lumen | 9,685.84 | 1/23/2024 | |
| | **199,032.75** | | |
| **Inventory** | | | |
| Hi Tech Pharm | 598,762.50 | 12/20/2023 | |
| Yellow Emperor | 93,750.00 | 12/13/2023 | |
| Yellow Emperor | 87,500.00 | 12/13/2023 | |
| Ready Alliance | 24,729.90 | 12/10/2023 | |
| Ready Alliance | 21,240.51 | 12/24/2023 | |
| Ready Alliance | 17,839.81 | 12/31/2023 | |
| Skyhorse Publishing | 5,422.50 | 01/10/2024 | |
| Skyhorse Publishing | 5,040.00 | 01/10/2024 | |
| | **854,285.22** | | |
| **Legal / Consulting Fees** | | | |
| | - | | |
| **Total Accounts Payable** | **1,053,317.97** | | |

(a)   Disputed



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits that are unpaid as of the end of the month as receivables*

*As of December 31, 2023*

| From | Amount | Due Date |
|---|---|---|
| Processor T | 109,991.95 | 12/18/2023 |
| Processor T | 97,466.73 | 12/19/2023 |
| Processor T | 85,191.21 | 12/20/2023 |
| Processor T | 71,512.32 | 12/21/2023 |
| Processor T | 67,295.14 | 12/22/2023 |
| Processor T | 51,178.07 | 12/23/2023 |
| Processor T | 36,419.05 | 12/24/2023 |
| Processor T | 27,364.80 | 12/25/2023 |
| Processor T | 53,053.28 | 12/26/2023 |
| Processor T | 62,855.40 | 12/27/2023 |
| Processor T | 79,885.19 | 12/28/2023 |
| Processor T | 111,948.76 | 12/29/2023 |
| Processor T | 82,395.97 | 12/30/2023 |
| Processor T | 68,910.78 | 12/31/2023 |
|  | **1,005,468.65** |  |

*FSS switched credit card processors in October in order to reduce our bankcard rate from 7.0% to 5.5%. The settlement period in the new contract is listed as 5-10 business days and it has been averaging 12 days. The Accounts Receivable balance at month end is trending higher than previous months. As of the date of this MOR filing, all of the above AR has been collected by FSS.*



| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 # 77838 | AXOS Legal # 78901 | CADE Deposits # 8-099-2 | CADE Operating # 8-100-8 | CADE Donations # 8-101-6 | CADE Payroll # 8-102-4 | CADE Escrow # 8-103-2 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **December 1 to December 31** | | | | | | | | | | | | |
| **Opening Balance** | - | 409.58 | - | - | 85,772.78 | - | 726,866.83 | 578,946.50 | 96,355.21 | 5,000.00 | 565,887.38 | 2,059,238.28 |
| Cash Receipts | - | - | - | - | - | - | 3,794,157.86 | 15,773.17 | 2,126.00 | - | - | 3,812,057.03 |
| Cash Disbursements | - | - | - | - | - | - | - | (2,558,096.53) | - | (343,998.72) | - | (2,902,095.25) |
| **Net Cash Flow** | - | - | - | - | - | - | 3,794,157.86 | (2,542,323.36) | 2,126.00 | (343,998.72) | - | 909,961.78 |
| Transfers In | - | - | - | - | - | - | - | 2,056,224.26 | - | 343,998.72 | - | 2,400,222.98 |
| Transfers Out | - | - | - | - | - | - | (2,400,222.98) | - | - | - | - | (2,400,222.98) |
| **Cash on Hand** | - | 409.58 (a) | - | - | 85,772.78 (a) | - | 2,120,801.71 | 92,847.40 | 98,481.21 | 5,000.00 | 565,887.38 | 2,969,200.06 |

(a) On 10/26 AXOS bank closed our accounts for the second time in 30 days, despite assurances that they would work with FSS to provide an orderly transition.  There was some confusion with the InfoWars account #78893 and the InfoW Account #77838 with the multiple account closures and cashiers checks that were sent to the Austin office.  The InfoW address on file with AXOS was to a different office and as of 12/31 we were still working with AXOS bank to get the closing balance to the correct account.  We are working diligently to resolve this issue.



P0053

```
                                                              30/0

     FREE SPEECH SYSTEMS LLC
     PAYROLL ACCOUNT
     3019 ALVIN DEVANE BLVD STE 350
     AUSTIN TX 78741-7424                       STATEMENT DATE
                                                      12/31/23
                                                ACCOUNT NUMBER


     INFOLINE  1-888-797-7711
     * * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
     PREVIOUS BALANCE         5,000.00         AVERAGE BALANCE
      +     2 CREDITS       343,998.72                     5,000
      -     2 DEBITS        343,998.72       YTD INTEREST PAID
      -  SERVICE CHARGES          .00                         .00
      +   INTEREST PAID            .00
     ENDING BALANCE           5,000.00


                                                                31
     DAYS IN PERIOD

     * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
          DEPOSITS AND OTHER CREDITS
     DATE..........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
     12/12      168,461.88 ONLINE TRANSFER CREDIT 121223
                           CADENCE BANK      XFER CR    ONLINE
                           CUSTOMER TRANSFER FROM

     12/26      175,536.84 ONLINE TRANSFER CREDIT 122623
                           CADENCE BANK      XFER CR    ONLINE
                           CUSTOMER TRANSFER FROM

          OTHER DEBITS
     DATE..........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
     12/12      168,461.88 MMMH & COMPANY
                           084201278 CADENCE BANK
                           PR 12.12
     12/26      175,536.84 MMMH & COMPANY
                           084201278 CADENCE BANK
                           PR 12.26
     * * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
          DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
          11/30      5000.00   12/12      5000.00   12/26      5000.00
```



P0053

```
                                                                30/0

     FREE SPEECH SYSTEMS LLC
     DONATIONS ACCOUNT
     3019 ALVIN DEVANE BLVD STE 350
     AUSTIN TX 78741-7424                        STATEMENT DATE
                                                      12/31/23
                                                 ACCOUNT NUMBER


     INFOLINE  1-888-797-7711
     * * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
     PREVIOUS BALANCE            96,355.21        AVERAGE BALANCE
       +    2 CREDITS             2,221.50                  97,586
       -    1 DEBITS                 95.50      YTD INTEREST PAID
       - SERVICE CHARGES              .00                      .00
       +  INTEREST PAID               .00
     ENDING BALANCE              98,481.21


     DAYS IN PERIOD                                              31

     * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
         DEPOSITS AND OTHER CREDITS
     DATE.........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
     12/07          95.50 UNAUTHORIZED ACH TRANSACTION
     12/14       2,126.00 DEPOSIT
         OTHER DEBITS
     DATE.........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
     12/06          95.50 CUSTOMER CHECK CHARGE   120623
     * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
       DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
     11/30       96355.21   12/07     96355.21   12/14     98481.21
     12/06       96259.71
```



```
                                                                30/0
     FREE SPEECH SYSTEMS LLC                              PAGE     3
     DEPOSIT ACCOUNT
     3019 ALVIN DEVANE BLVD STE 350
     AUSTIN TX 78741-7424                           STATEMENT DATE
                                                        12/31/23
                                                    ACCOUNT NUMBER


 * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     DEPOSITS AND OTHER CREDITS
  DATE.........AMOUNT.TRANSACTION DESCRIPTION          CHK NO/ATM CD
  12/29      84,586.58                    945440567
                             I2VLVBGG                PPD
     OTHER DEBITS
  DATE.........AMOUNT.TRANSACTION DESCRIPTION          CHK NO/ATM CD
  12/12      59,636.78 ONLINE TRANSFER DEBIT   121223
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO    IM

  12/12     168,461.88 ONLINE TRANSFER DEBIT   121223
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO    IM

  12/12     176,375.50 ONLINE TRANSFER DEBIT   121223
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

  12/14     185,623.75 ONLINE TRANSFER DEBIT   121423
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

  12/14     384,903.27 ONLINE TRANSFER DEBIT   121423
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

  12/15     432,794.67 ONLINE TRANSFER DEBIT   121523
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

  12/21     702,094.74 ONLINE TRANSFER DEBIT   122123
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

  12/26     175,536.84 ONLINE TRANSFER DEBIT   122623
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO

  12/28     114,795.55 ONLINE TRANSFER DEBIT   122823
                       CADENCE BANK     XFER DB     ONLINE
                       CUSTOMER TRANSFER TO
```



```
                                                                    30/0
    FREE SPEECH SYSTEMS LLC                                  PAGE     2
    DEPOSIT ACCOUNT
    3019 ALVIN DEVANE BLVD STE 350
    AUSTIN TX 78741-7424                              STATEMENT DATE
                                                           12/31/23
                                                      ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * *
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD
12/13      142,305.82                  945440567
                         IGOX8KEZG                      PPD
12/14         156.08 MY STORE          1832821631
                                       PAYMENTS    CCD
12/14       3,673.55                   1270478020
                                       VENDOR PAY CCD
12/14     103,874.45                   945440567
                         I6BYN2NZB                      PPD
12/18     104,877.28                   945440567
                         IV8BY46ZL                      PPD
12/18     114,789.89                   945440567
                         IYO9V9094                      PPD
12/19     118,448.08                   945440567
                         IXBL58OKJ                      PPD
12/20       4,023.16                   1270478020
                                       VENDOR PAY CCD
12/20     156,818.69                   945440567
                         IXBL2A697                      PPD
12/21     125,628.40                   945440567
                         IWBZL9N7A                      PPD
12/21     140,175.27                   945440567
                         IYO97P57Z                      PPD
12/21     583,333.00                               LLC
             107006428                             BAN

12/22     112,096.06                   945440567
                         INRN4KVAZ                      PPD
12/26      86,447.42                   945440567
                         IABLL477E                      PPD
12/26     134,337.69                   945440567
                         ILVPP2MMA                      PPD
12/27     140,153.08                   945440567
                         IVOAANKEN                      PPD
12/28       2,329.69                   1270478020
                                       VENDOR PAY CCD
12/28     126,121.95                   945440567
                         IURM9RBNR                      PPD
12/29         170.29 MY STORE          1832821631
                                       PAYMENTS    CCD
```

P0082

**CADENCE Bank**

30/0

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
12/31/23
ACCOUNT NUMBER

```
INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * *
PREVIOUS BALANCE         726,866.83         AVERAGE BALANCE
  +    33 CREDITS      3,794,157.86                1,707,168
  -     9 DEBITS       2,400,222.98         YTD INTEREST PAID
  - SERVICE CHARGES            .00                        .00
  + INTEREST PAID               .00
ENDING BALANCE         2,120,801.71


DAYS IN PERIOD                                              31

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
     DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
12/01    144,943.11               945440567
                     I6RLMO57W4                PPD
12/01    167,539.77               945440567
                     IWBXWN6R4                 PPD
12/01    212,624.90               945440567
                     I8596JPER                 PPD
12/04    186,667.27               945440567
                     IO4NV9L2E                 PPD
12/05    150,922.69               945440567
                     I4KZWLMGY                 PPD
12/06      5,191.64               1270478020
                                  VENDOR PAY  CCD
12/06     86,324.13               945440567
                     I4KZRW8B5                 PPD
12/06    136,476.92               945440567
                     ILVLYWX86                 PPD
12/07     91,042.28               945440567
                     I4KZ877K9                 PPD
12/07     50,479.00 DEPOSIT
12/08      7,710.18               9111111101
                     613088366555FTF DIRECT DEP PPD
12/11    120,340.61               945440567
                     I85999BOV                 PPD
12/11    149,508.83               945440567
                     IABXXONY                  PPD
```



```
                                                                    30/3
    FREE SPEECH SYSTEMS LLC                           PAGE      8
    OPERATIONS ACCOUNT
    BANKRUPTCY DEBTOR IN PROCESS CH 11
    CASE 22-60043                                STATEMENT DATE
    3019 ALVIN DEVANE BLVD STE 350                     12/31/23
    AUSTIN TX 78741-7424                         ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
  DATE.........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
  12/27         219.60 AMZN Mktp US*5X3 Amzn.com/bill WA
  12/27       4,804.32 WEBFILE TAX PYMT 2146000311
                       902/74394456      DD         CCD
  12/28      32,204.42 ALEXANDER JONES #22-33553 DIP
                       043000096 PNC BANK, N.A.
                       AP 12.28
  12/28          40.00 VERCEL PRO         COVINA         CA
  12/28         616.13 2COCOM*BITDEFEND Alpharetta       GA
  12/28       5,300.00 FREE SPEECH OPS    1261510005
                       -SETT-CCACH        DEP/PAY     PPD
  12/28      74,302.13 FREE SPEECH OPS    1261510005
                       -SETT-CCACH        DEP/PAY     PPD
* * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * *
    DATE.......BALANCE    DATE.......BALANCE    DATE.......BALANCE
  11/30     578946.50    12/11     140542.68    12/20      98206.46
  12/01     577644.60    12/12     138491.39    12/21      96618.00
  12/04     560424.36    12/13      61496.93    12/22      95971.71
  12/05     559665.62    12/14     172384.57    12/26      95581.73
  12/06     558242.57    12/15     163800.11    12/27      90514.53
  12/07     145367.78    12/18     117124.65    12/28      92847.40
  12/08     140985.29    12/19     116614.58
```



P0018

```
                                                             30/3
   FREE SPEECH SYSTEMS LLC                           PAGE      7
   OPERATIONS ACCOUNT
   BANKRUPTCY DEBTOR IN PROCESS CH 11
   CASE 22-60043                                STATEMENT DATE
   3019 ALVIN DEVANE BLVD STE 350                      12/31/23
   AUSTIN TX 78741-7424                         ACCOUNT NUMBER


   * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
      OTHER DEBITS
   DATE..........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
   12/18       2,302.77 H-E-B #091           AUSTIN        TX
   12/18       3,462.99 DAVE & BUSTER'S  AUSTIN         TX
   12/18       3,787.67 APPLE.COM/US       800-676-2775  CA
   12/18       3,897.86 MSFT * E0400Q24T MSBILL.INFO     WA
   12/19          18.92 HOVER              8667316556    MS
   12/19         128.27 TEXASGASSERVICE    8007002443    OK
   12/19         181.44 TWITTER PAID FEA SAN FRANCISCO CA
   12/19         181.44 TWITTER PAID FEA SAN FRANCISCO CA
   12/20          19.49 AMZN Mktp US*LZ1 Amzn.com/bill WA
   12/20          44.14 AMZN Mktp US*QB9 Amzn.com/bill WA
   12/20          75.57 Walmart.com        Bentonville   AR
   12/20          78.95 AMZN Mktp US*523 Amzn.com/bill WA
   12/20          85.51 AMZN Mktp US*U16 Amzn.com/bill WA
   12/20         112.32 AMZN Mktp US*S68 Amzn.com/bill WA
   12/20         490.38 AMZN Mktp US*FR8 Amzn.com/bill WA
   12/20         545.34 FDCSERVERSN        3124236675    FL
   12/20         899.00 AWIO WEB SERVICE CARY            NC
   12/20       4,289.35 ADOBE  *ACROBAT    4085366000    CA
   12/20       4,700.52 TRAVELERS BUS IN 800-252-2268  VA
   12/20       7,067.55 CITY OF AUSTIN T 5746000085
                        5376658312         PAYMENT    WEB
   12/21      82,945.40 ALEXANDER JONES #22-33553 DIP
                        043000096 PNC BANK, N.A.
                        S.S 12.21
   12/21          51.96 AMAZON.COM*NA73U1QQ3 SEATTLE     WA
   12/21         639.60 CLOUDFLARE       SAN FRANCISCO CA
   12/21         896.92 PRIMO WATER        TAMPA         FL
   12/21     186,451.82 FREE SPEECH OPS  1261510005
                        -SETT-CCACH        DEP/PAY   PPD
   12/21     432,697.50 FREE SPEECH OPS  1261510005
                        -SETT-CCACH        DEP/PAY   PPD
   12/22         215.43 ONLINE STORE SAL 361-816-4113   TX
   12/22         215.43 ONLINE STORE SAL 361-816-4113   TX
   12/22         215.43 ONLINE STORE SAL 361-816-4113   TX
   12/26          10.00 PRITUNL PREMIUM    SEATTLE       WA
   12/26          24.00 GITHUB, INC.     SAN FRANCISCO CA
   12/26          43.28 AMZN Mktp US*YO6 Amzn.com/bill WA
   12/26         100.00 RUMBLEVIDEO        TORONTO       ON
   12/26         212.70 H-E-B #673         ROUND ROCK    TX
   12/27          43.28 AMZN Mktp US*L13 Amzn.com/bill WA
```



P0018

```
                                                              30/3
     FREE SPEECH SYSTEMS LLC                           PAGE      6
     OPERATIONS ACCOUNT
     BANKRUPTCY DEBTOR IN PROCESS CH 11
     CASE 22-60043                                STATEMENT DATE
     3019 ALVIN DEVANE BLVD STE 350                      12/31/23
     AUSTIN TX 78741-7424                         ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     OTHER DEBITS
  DATE..........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
  12/14          125.73 SPECTRUM           0000358635
                        0555076            SPECTRUM     PPD
  12/14       21,439.76 FREE SPEECH OPS    1261510005
                        -SETT-CCACH        DEP/PAY      PPD
  12/14       80,775.44 FREE SPEECH OPS    1261510005
                        -SETT-CCACH        DEP/PAY      PPD
  12/14      263,463.51 FREE SPEECH OPS    1261510005
                        -SETT-CCACH        DEP/PAY      PPD
  12/14           95.67 XAA ANALYSIS
  12/15           22.43 AMZN Mktp US*5N7 Amzn.com/bill WA
  12/15           30.28 AMZN Mktp US*335 Amzn.com/bill WA
  12/15           34.63 AMZN Mktp US*HP2 Amzn.com/bill WA
  12/15           67.31 WALGREENS 2650 R R 6 ROUND ROCK      TX
  12/15           71.52 AMZN Mktp US*9Y8 Amzn.com/bill WA
  12/15          159.19 BACKBLAZE.COM         SAN MATEO      CA
  12/15          266.50 NRI*NEW RELIC      888-643-8776      CA
  12/15          279.01 AMZN Mktp US*3R0 Amzn.com/bill WA
  12/15          568.40 GOOGLE *FIBER V6SCNF Mountain View CA
  12/15          571.19 FDCSERVERSN          3124236675      FL
  12/15        2,814.00 THE HARTFORD         9942902727
                        12649598           NTCLBIIVRC CCD
  12/15        3,700.00 FREE SPEECH OPS    1261510005
                        -SETT-CCACH        DEP/PAY      PPD
  12/15      432,794.67 FREE SPEECH OPS    1261510005
                        -SETT-CCACH        DEP/PAY      PPD
  12/18           36.67 AMZN Mktp US*NQ6 Amzn.com/bill WA
  12/18           39.99 GROKABILITY: SNI SAN DIEGO           CA
  12/18           39.99 GROKABILITY: SNI SAN DIEGO           CA
  12/18           39.99 GROKABILITY: SNI SAN DIEGO           CA
  12/18           39.99 GROKABILITY: SNI SAN DIEGO           CA
  12/18           54.95 AMZN Mktp US*0G6 Amzn.com/bill WA
  12/18           55.52 Amazon.com*LI0KS Amzn.com/bill WA
  12/18           68.55 H-E-B #781            GEORGETOWN     TX
  12/18           92.71 AMZN Mktp US*280 Amzn.com/bill WA
  12/18           94.57 AMZN Mktp US*2Z8 Amzn.com/bill WA
  12/18          168.93 AMZN Mktp US*A14 Amzn.com/bill WA
  12/18          208.72 AMZN Mktp US*Y57 Amzn.com/bill WA
  12/18          237.55 AMZN Mktp US*0D6 Amzn.com/bill WA
  12/18          269.36 AMZN Mktp US*YT1 Amzn.com/bill WA
  12/18          327.07 DOUBLE DAVES PIZ AUSTIN              TX
```



P0018

```
                                                                    30/3
   FREE SPEECH SYSTEMS LLC                              PAGE        5
   OPERATIONS ACCOUNT
   BANKRUPTCY DEBTOR IN PROCESS CH 11
   CASE 22-60043                                  STATEMENT DATE
   3019 ALVIN DEVANE BLVD STE 350                       12/31/23
   AUSTIN TX 78741-7424                           ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
   OTHER DEBITS
 DATE.........AMOUNT.TRANSACTION DESCRIPTION         CHK NO/ATM CD
 12/11       1,330.00 GRANDE COMMUNICA 0000173049
                      9297917           TELECOMM     WEB
 12/12       2,196.25 SECURITY BANK OF CRAWFORD
                      111010170 TIB THE INDEPENDEN
                      RV
 12/12     176,375.50 ALEXANDER JONES #22-33553 DIP
                      043000096 PNC BANK, N.A.
                      AEJ BOOKS
 12/12          32.42 AMAZON.COM*ED3QV1KS3 SEATTLE         WA
 12/12          54.37 AMZN Mktp US*JX8 Amzn.com/bill WA
 12/12          76.83 AMZN Mktp US*VZ1 Amzn.com/bill WA
 12/12          97.13 TURO INC.* TRIP   SAN FRANCISCO CA
 12/12         215.96 AMZN Mktp US*CL6 Amzn.com/bill WA
 12/12         480.00 SQ *LONESTAR PDR Austin       TX
 12/12         975.00 AUSTIN'S VERY OW 9215986202
                                        SALE        WEB
 12/12       1,674.73 ATT             9864031005
                      249023002GLB2N   PAYMENT      WEB
 12/12      57,440.53 FREE SPEECH OPS  1261510005
                      -SETT-CCACH      DEP/PAY      PPD
 12/13          60.83 AMZN Mktp US*ZE7 Amzn.com/bill WA
 12/13          76.62 DNH*GODADDY.COM   480-505-8855 AZ
 12/13         103.94 AMZN Mktp US*FQ5 Amzn.com/bill WA
 12/13         220.36 AMZN Mktp US*5U6 Amzn.com/bill WA
 12/13         249.27 H-E-B #091               AUSTIN      TX
 12/13         313.93 B&H PHOTO 800-60 NEW YORK           NY
 12/13       1,190.75 THE RANGE AT AUS AUSTIN             TX
 12/13         280.36 ORKIN            0000427522
                      0328210          ORKIN PEST WEB
 12/13         975.00 AUSTIN'S VERY OW 9215986202
                                        SALE        WEB
 12/14     104,848.31 ALEXANDER JONES #22-33553 DIP
                      043000096 PNC BANK, N.A.
                      S.S 12.14
 12/14          50.00 Amazon.com*O157Z Amzn.com/bill WA
 12/14          63.85 AMAZON.COM*R17613JB3 SEATTLE        WA
 12/14          70.14 Name.com, Inc    7202492374         CO
 12/14          81.18 AMAZON.COM*VO2ZD8KN3 SEATTLE        WA
 12/14         246.50 IRON MOUNTAIN    BOSTON             MA
```



```
                                                                    30/3
     FREE SPEECH SYSTEMS LLC                              PAGE       4
     OPERATIONS ACCOUNT
     BANKRUPTCY DEBTOR IN PROCESS CH 11
     CASE 22-60043                                  STATEMENT DATE
     3019 ALVIN DEVANE BLVD STE 350                      12/31/23
     AUSTIN TX 78741-7424                           ACCOUNT NUMBER


* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     OTHER DEBITS
  DATE..........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
  12/07            31.29 AMAZON.COM*YC4LZ09Z3 SEATTLE       WA
  12/07            31.38 AMZN Mktp US*MH8 Amzn.com/bill WA
  12/07            54.00 AMZN Mktp US*TJ8 Amzn.com/bill WA
  12/07           107.17 AMZN Mktp US*6B1 Amzn.com/bill WA
  12/07           169.52 AMZN Mktp US*EG4 Amzn.com/bill WA
  12/07        41,828.97 FREE SPEECH OPS   1261510005
                         -SETT-CCACH       DEP/PAY    PPD
  12/07        83,966.50 FREE SPEECH OPS   1261510005
                         -SETT-CCACH       DEP/PAY    PPD
  12/07        95,866.27 FREE SPEECH OPS   1261510005
                         -SETT-CCACH       DEP/PAY    PPD
  12/07       165,416.65 FREE SPEECH OPS   1261510005
                         -SETT-CCACH       DEP/PAY    PPD
  12/08            12.98 AMAZON.COM*H039292R3 SEATTLE       WA
  12/08            68.72 AMAZON.COM*0G7LJ0YA3 SEATTLE       WA
  12/08            95.22 AMZN Mktp US*209 Amzn.com/bill WA
  12/08           462.81 TURO INC.* TRIP   SAN FRANCISCO CA
  12/08         1,046.87 CABO BOB`S - BEN  512-771-4300    TX
  12/08         2,814.00 THE HARTFORD      9942902727
                         12649598          NWTBCLSCIC CCD
  12/11             8.63 NST THE HOME DEPOT 0 SUNSET VALLEY TX
  12/11            12.22 SHELL OIL 575456 BAYTOWN           TX
  12/11            20.16 CIRCLE K # 40371 RAYNE             LA
  12/11            21.90 AMAZON.COM*D43NB5AK3 SEATTLE       WA
  12/11            25.15 CHICK-FIL-A #029 HOUSTON           TX
  12/11            27.06 WAL-MART #1129            AUSTIN   TX
  12/11            27.83 RACEWAY 6946   58 LAKE CHARLES     LA
  12/11            34.12 ATLASSIAN          SAN FRANCISCO  CA
  12/11            34.75 SHELL OIL 575445 AUSTIN            TX
  12/11            36.61 RACEWAY 6946   58 LAKE CHARLES     LA
  12/11            54.02 RAISING CANES 00 LAFAYETTE         LA
  12/11            60.01 BUC-EE'S #28      BASTROP          TX
  12/11            92.76 WALGREENS 2650 R R 6 ROUND ROCK    TX
  12/11           110.42 AMZN Mktp US*461 Amzn.com/bill WA
  12/11           125.13 H-E-B #373             ROUND ROCK  TX
  12/11           219.93 AMZN Mktp US*TZ7 Amzn.com/bill WA
  12/11           262.43 AMZN Mktp US*YL6 Amzn.com/bill WA
  12/11           336.01 AMZN Mktp US*7L8 Amzn.com/bill WA
  12/11           417.47 AMZN Mktp US*7U9 Amzn.com/bill WA
```



```
                                                                    30/3
   FREE SPEECH SYSTEMS LLC                              PAGE      3
   OPERATIONS ACCOUNT
   BANKRUPTCY DEBTOR IN PROCESS CH 11
   CASE 22-60043                                STATEMENT DATE
   3019 ALVIN DEVANE BLVD STE 350                      12/31/23
   AUSTIN TX 78741-7424                         ACCOUNT NUMBER

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
     OTHER DEBITS
 DATE..........AMOUNT.TRANSACTION DESCRIPTION         CHK NO/ATM CD
 12/04       2,865.40 BARRACUDA NETWOR CAMPBELL        CA
 12/04       3,636.08 MONGODBCLOUD ITS PALO ALTO       CA
 12/04          22.29 ADT             3931064579
                      953169174       PAYMENT    PPD
 12/04          25.20 AUTHNET GATEWAY 1870568569
                      132672366       BILLING    CCD
 12/04          75.42 ADT             3931064579
                      953169174       PAYMENT    PPD
 12/04         111.24 ADT             3931064579
                      953169174       PAYMENT    PPD
 12/04         138.15 ADT             3931064579
                      953169174       PAYMENT    PPD
 12/04         138.64 LATHEM TIME CORP 2580522471
                      1439874         PAYMENT    PPD
 12/04         213.20 INTUIT *        0000756346
                      7326873         QBOOKS ONL CCD
 12/04         218.87 DIRECTV         9DTVDTV
                      083741384       PAYMENT    PPD
 12/04         904.81 ADT             3931064579
                      953169174       PAYMENT    PPD
 12/04       1,538.22 ADT             3931064579
                      953169174       PAYMENT    PPD
 12/04       4,594.31 WEBFILE TAX PYMT 2146000311
                      902/74166389    DD         CCD
 12/04       4,700.03 WEBFILE TAX PYMT 2146000311
                      902/74166405    DD         CCD
 12/05           9.70 LOWE'S #689 5510 SOU AUSTIN         TX
 12/05          68.02 AMAZON.COM*ZL2FV3TP3 SEATTLE        WA
 12/05         125.68 AMAZON.COM*JY0KC0LI3 SEATTLE        WA
 12/05         555.34 FDCSERVERSN     3124236675    FL
 12/06         500.00 ATM 5501 HIGHWAY 290 WES AUSTIN       TX
 12/06          35.16 DNH*GODADDY.COM TEMPE         AZ
 12/06         216.40 NRI*NEW RELIC   888-643-8776  CA
 12/06         246.50 IRON MOUNTAIN   BOSTON        MA
 12/06         329.49 HEB ONLINE #108 855-803-0611  TX
 12/06          95.50 CUSTOMER CHECK CHARGE   120623
 12/07      25,498.54 ALEXANDER JONES #22-33553 DIP
                      043000096 PNC BANK, N.A.
                      S.S 12.7
```



P0018

```
                                                                    30/3
FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                                    STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350                        12/31/23
AUSTIN TX 78741-7424                             ACCOUNT NUMBER


INFOLINE  1-888-797-7711
* * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *
PREVIOUS BALANCE           578,946.50        AVERAGE BALANCE
  +      18 CREDITS      2,079,864.45               204,962
  -     182 DEBITS       2,565,867.88        YTD INTEREST PAID
  - SERVICE CHARGES             95.67                    .00
  +   INTEREST PAID               .00
ENDING BALANCE              92,847.40


DAYS IN PERIOD                                             31

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
12/01           1.49 REV UNAUTHORIZED ACH TRANSACTION
12/01         126.78 REV UNAUTHORIZED ACH TRANSACTION
12/01       3,680.93 REV UNAUTHORIZED ACH TRANSACTION
12/04         813.52 UNAUTHORIZED ACH TRANSACTION
12/04       2,814.00 UNAUTHORIZED ACH TRANSACTION
12/07          95.50 UNAUTHORIZED ACH TRANSACTION
12/08         118.11 TURO INC.* TRIP    SAN FRANCISCO CA
12/11       2,814.00 REV UNAUTHORIZED ACH TRANSACTION
12/12         225.15 AMZN Mktp US       Amzn.com/bill WA
12/12       1,330.00 REV UNAUTHORIZED ACH TRANSACTION
12/12      59,636.78 ONLINE TRANSFER CREDIT 121223
                     CADENCE BANK      XFER CR    ONLINE
                     CUSTOMER TRANSFER FROM IM

12/12     176,375.50 ONLINE TRANSFER CREDIT 121223
                     CADENCE BANK      XFER CR    ONLINE
                     CUSTOMER TRANSFER FROM IM

12/14     185,623.75 ONLINE TRANSFER CREDIT 121423
                     CADENCE BANK      XFER CR    ONLINE
                     CUSTOMER TRANSFER FROM IM

12/14     384,903.27 ONLINE TRANSFER CREDIT 121423
                     CADENCE BANK      XFER CR    ONLINE
                     CUSTOMER TRANSFER FROM IM
```