**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-60043** |
| | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR** | § | |

**UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST
FOR JANUARY 24, 2024 HEARING**

Kevin M. Epstein, the United States Trustee for Region 7 (the "U.S. Trustee") files this

Witness and Exhibit List for the hearing scheduled for January 24, 2024 at 3:00 p.m., Central Time

(or as such hearing may be continued or rescheduled, the "Hearing").

**WITNESSES**

The U.S. Trustee may examine:

1. Any witnesses called or designated by any other party; and

2. Any witness necessary to rebut testimony of a witness called or designated by any other party.

## EXHIBITS

The U.S. Trustee may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|-------|-------------|---------|-----------|------------------------|-------------|
|  | All exhibits presented or designated by any other parties for the hearing |  |  |  |  |
|  | All rebuttal exhibits |  |  |  |  |

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Dated: January 22, 2024

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/Jayson B. Ruff
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
515 Rusk, Ste. 3516
Houston, TX  77002
Telephone: (713)718-4662
Facsimile: (713)718-4670

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 22, 2024, I caused a true and correct copy of the foregoing **UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST FOR JANUARY 24, 2024 HEARING** to be served upon all parties receiving electronic notice via ECF.

<u>/s/ Jayson B. Ruff</u>
Jayson B. Ruff