UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 22-60043 |
| FREE SPEECH SYSTEMS, LLC | § § | |
| | § | CHAPTER 11 |
| DEBTOR. | § § | |
| | § | (Subchapter V) |

**ORDER ON SECOND INTERIM APPLICATION OF MELISSA A. HASELDEN AND HASELDEN FARROW, PLLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE TO THE DEBTOR FOR THE PERIOD FROM JULY 1, 2023 TO DECEMBER 31, 2023**
(Relates to Docket No. ____)

On this day, came on for consideration the Second Interim Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Subchapter V Trustee (the "**Application**"), filed by Melissa A. Haselden and Haselden Farrow, PLLC (**"Trustee"**), in her capacity as Subchapter V Trustee for Free Speech Systems, LLC (the **"Debtor"**), in the above captioned proceeding, for the period from July 1, 2023 to December 31, 2023.  The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered, and costs advanced by the Trustee on behalf of the Debtor, as set out in the Application, were reasonable, actual and necessary.  Accordingly, it is, therefore, ORDERED that

1. The Application is APPROVED.

2. The Court approves compensation to Subchapter V Trustee Melissa A. Haselden and Haselden Farrow, PLLC in the amount of $133,900.00 for fees, $3,095.87 in expenses, and $2,050.00 for reimbursement for the preparation, prosecution and service of this application for a total of $139,045.87.

3. The Court approves the interim payments to Trustee under the Fee Procedures Order[1] in the aggregate amount of $85,308.47.

---

[1] Capitalized terms not otherwise defined have the meaning ascribed in the Application.

4. The Court further requires payment of the remaining balance of $53,737.40 to be paid by the Debtor from first available funds and payable to Haselden Farrow, PLLC.

Signed this _____ day of _____, 2024

_____
CHRISTOPHER M. LOPEZ
United States Bankruptcy Judge