**Fill in this information to identify the case:**

Debtor Name  Free Speech Systems LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-60043

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: **November**

Date report filed: 12/20/2023
MM / DD / YYYY

Line of business: Dietary Supplement Sales

NAISC code: 325411

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  J. Patrick Magill

Original signature of responsible party  *[signature]*

Printed name of responsible party  J Patrick Magill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?*** NOTE 1 *** | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____  Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?   ☐   ☐   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐   ☐   ☐

*** NOTE 1 *** We provide consignment sales services to PQPR and ESG

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ _____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ _____

   *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                  $ _____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          _____

27. What is the number of employees as of the date of this monthly report?           _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ _____

30. How much have you paid this month in other professional fees?          $ _____

31. How much have you paid in total other professional fees since filing the case?          $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | – | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | – | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | – | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | – | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                          $ _____

36. Total projected cash disbursements for the next month:                                 **-** $ _____

37. Total projected net cash flow for the next month:                                            **=** $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.



**FORM 425C Exhibit E**
**Total Payables**

*As of November 30, 2023*

| From | Amount | Due Date | |
|---|---|---|---|
| ***Trade AP*** | | | |
| Chart Capital Management LLC | 23.04 | 09/19/2023 | |
| Jonathan Wolfe | 10,500.00 | 11/7/2023 | *(a)* |
| Novasors | 10,941.56 | 12/10/2023 | |
| | **21,464.60** | | |
| ***Inventory*** | | | |
| LogoIt | 262.59 | 11/7/2023 | |
| | **262.59** | | |
| ***Legal / Consulting Fees*** | | | |
| Liz Freeman Law (Retainer) | 100,000.00 | 11/30/2023 | |
| Melissa Haselden | 48,244.47 | 12/7/2023 | |
| | **148,244.47** | | |
| **Total Accounts Payable** | **169,971.66** | | *(b)* |

*(a)   Disputed*

*(b)   FSS Staff made an effort to ensure AP was current and up to date.  As a result the November 30, 2023*
      *AP balance is lower than previous months.*



**FORM 425C Exhibit F**
**Total Receivables**

*Free Speech Systems LLC does not have traditional receivables from our customers. Virtually all our transactions happen via our on-line store and aggregated by our third party credit card processor. There is a lag between the transaction on the on-line store and the funding from our processor. Therefore, we don't have traditional customer receivables but have included our daily processor deposits that are unpaid as of the end of the month as receivables*

*As of November 30, 2023*

| From | Amount | Due Date |
|------|--------|----------|
| Processor T | 167,539.77 | 11/18/2023 |
| Processor T | 144,943.11 | 11/19/2023 |
| Processor T | 212,624.90 | 11/20/2023 |
| Processor T | 186,667.27 | 11/21/2023 |
| Processor T | 150,922.69 | 11/22/2023 |
| Processor T | 86,324.13 | 11/23/2023 |
| Processor T | 136,476.92 | 11/24/2023 |
| Processor T | 100,258.48 | 11/25/2023 |
| Processor T | 91,042.28 | 11/26/2023 |
| Processor T | 149,548.93 | 11/27/2023 |
| Processor T | 120,340.61 | 11/28/2023 |
| Processor T | 123,339.71 | 11/29/2023 |
| Processor T | 142,305.82 | 11/30/2023 |
| | **1,812,334.62** | |

*FSS switched credit card processors in October in order to reduce our bankcard rate from 7.0% to 5.5%. The settlement period in the new contract is listed as 5-10 business days and it has been averaging 12 days. The Accounts Receivable balance at month end is trending higher than previous months. As of the date of this MOR filing, all of the above AR has been collected by FSS.*



| | AXOS Deposits # 78877 | AXOS Operating # 78919 | AXOS Donations # 78885 | AXOS Payroll # 78927 | AXOS Infowars # 78893 # 77838 | AXOS Legal # 78901 | CADE Deposits # 8-099-2 | CADE Operating # 8-100-8 | CADE Donations # 8-101-6 | CADE Payroll # 8-102-4 | CADE Escrow # 8-103-2 | TOTAL All Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **November 1 to November 30** | | | | | | | | | | | | |
| **Opening Balance** | - | **409.58** | - | - | **85,772.78** | - | **885,904.07** | **831,833.47** | **82,201.21** | **5,000.00** | **565,887.38** | **2,457,008.49** |
| Cash Receipts | - | - | - | - | - | - | 2,684,700.98 | 12,809.18 | 14,159.00 | - | - | **2,711,669.16** |
| Cash Disbursements | - | - | - | - | - | - | - | (2,677,360.97) | (5.00) | (432,073.40) | - | **(3,109,439.37)** |
| **Net Cash Flow** | - | - | - | - | - | - | 2,684,700.98 | (2,664,551.79) | 14,154.00 | (432,073.40) | - | **(397,770.21)** |
| Transfers In | - | - | - | - | - | - | - | 2,411,664.82 | - | 432,073.40 | - | *2,843,738.22* |
| Transfers Out | - | - | - | - | - | - | (2,843,738.22) | - | - | - | - | *(2,843,738.22)* |
| **Cash on Hand** | - | 409.58 *(o)* | - | - | 85,772.78 *(o)* | - | 726,866.83 | 578,946.50 | 96,355.21 | 5,000.00 | 565,887.38 | **2,059,238.28** |

*(o)* On 10/26 AXOS bank closed our accounts for the second time in 30 days, despite assurances that they would work with FSS to provide an orderly transition. There was some confusion with the InfoWars account #78893 and the InfoW Account #77838 with the multiple account closures and cashiers checks that were sent to the Austin office. The InfoW address on file with AXOS was to a different office and as of 11/30 we were still working with AXOS bank to get the closing balance to the correct account. We are working diligently to resolve this issue in December.

# CADENCE
## Bank

FREE SPEECH SYSTEMS LLC                                    30/0
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424
                                                    STATEMENT DATE
                                                      11/30/23
                                                    ACCOUNT NUMBER

INFOLINE  1-888-797-7711
* * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * *
PREVIOUS BALANCE          885,904.07
 +      35 CREDITS      2,684,700.98       AVERAGE BALANCE
 -      19 DEBITS       2,843,738.22              821,626
 - SERVICE CHARGES             .00      YTD INTEREST PAID
 +   INTEREST PAID             .00                   .00
ENDING BALANCE            726,866.83

DAYS IN PERIOD                                        30

* * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD
11/01      95,548.56
11/02      63,393.88                            ▸ PPD
11/03      54,284.50.                           ▸ PPD
11/06      86,213.13                            ▸ PPD
11/06      90,776.18                            ▸ PPD
11/06       1,104.62 DEPOSIT                      PPD
11/07      25,445.38
                    043000096          PITT
                    23B7K2717LP30N7E FREE SPEECH SYSTEMS,LLC ACC
11/07      76,296.30.                   945440567
                          IXBX286BX            PPD
11/07      97,214.03                   1800289908
                                             CCD
11/08      66,479.79                   945440567
                          ILVMXY66V            PPD
11/09      45,004.66                   945440567
                          ILVMEW2N6            PPD
11/13      53,794.42                   945440567
                          IWBYRKBPA            PPD



50019

FREE SPEECH SYSTEMS LLC
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0
PAGE    2

STATEMENT DATE
11/30/23
ACCOUNT NUMBER
)

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* ^ ^ \* \* \* \* \* \*
DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|------|--------|-------------------------|---------------|
| 11/13 | 55,028.37 | 7 | |
| 11/13 | 82,997.69 | 7 PPD | |
| 11/14 | 100,557.98 | 7 PPD | |
| 11/15 | 85,031.80 | 7 PPD | |
| 11/16 | 15,285.84 | 7 PPD | |
| 11/16 | 73,707.37 | 01 P PPD | |
| 11/17 | 53,820.84 | 7 PPD | |
| 11/17 | 58,252.77 | 7 PPD | |
| 11/17 | 78,680.75 | 7 PPD | |
| 11/20 | 76,908.37 | 7 PPD | |
| 11/21 | 85,677.19 | 7 PPD | |
| 11/22 | 9,102.53 | PPD | |
| 11/22 | 106,901.39 | CCD | |
| 11/24 | 81,886.65 | PPD | |
| 11/24 | 93,846.10 | PPD | |
| 11/24 | 121,348.40 | PPD | |
| 11/24 | 164,257.80 | PPD | |
| 11/27 | 105,089.78 | PPD | |
| 11/28 | 106,981.98 | PPD | |
| | | PPD | |



B0019

**CADENCE**
Bank

FREE SPEECH SYSTEMS LLC                                    30/0
DEPOSIT ACCOUNT                                    PAGE      3
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424
                                              STATEMENT DATE
                                                 11/30/23
                                              ACCOUNT NUMBER

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
11/29      8,369.93              270478020
                                              CCD
11/29     86,493.40
                                              PPD
11/30        672.17                         L
                                              CCD
11/30    278,246.43
                                              PPD

    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
11/03        145.74 ONLINE TRANSFER DEBIT  110323
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM|

11/03     69,413.66 ONLINE TRANSFER DEBIT  110323
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM|

11/03     82,369.99 ONLINE TRANSFER DEBIT  110323
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM

11/03    185,794.86 ONLINE TRANSFER DEBIT  110323
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM|

11/09     32,025.06 ONLINE TRANSFER DEBIT  110923
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM|

11/09    666,733.59 ONLINE TRANSFER DEBIT  110923
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM

11/14    223,619.95 ONLINE TRANSFER DEBIT  111423
                    CADENCE BANK     XFER DB    ONLINE
                    CUSTOMER TRANSFER TO    IM


**CADENCE**
Bank

30019

```
                                                    30/0
FREE SPEECH SYSTEMS LLC                     PAGE    4
DEPOSIT ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424                     STATEMENT DATE
                                            11/30/23
                                         ACCOUNT NUMBER
```

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*
  OTHER DEBITS

DATE..........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD

| 11/16 | 15,141.57 | ONLINE TRANSFER DEBIT  111623 |
| | | CADENCE BANK    XFER DB   ONT.TNR |
| | | CUSTOMER TRANSFER TO   IM |

| 11/16 | 62,242.22 | ONLINE TRANSFER DEBIT  111623 |
| | | CADENCE BANK    XFER DB   ONT.TNR |
| | | CUSTOMER TRANSFER TO   IM |

| 11/16 | 261,374.31 | ONLINE TRANSFER DEBIT  111623 |
| | | CADENCE BANK    XFER DB   ONT.TNR |
| | | CUSTOMER TRANSFER TO   IM |

| 11/22 | 22,582.73 | ONLINE TRANSFER DEBIT  112223 |
| | | CADENCE BANK    XFER DB   ONT.TNR |
| | | CUSTOMER TRANSFER TO   IM |

| 11/22 | 54,634.36 | ONLINE TRANSFER DEBIT  112223 |
| | | CADENCE BANK    XFER DB   ONLINE |
| | | CUSTOMER TRANSFER TO   IM |

| 11/22 | 62,242.22 | ONLINE TRANSFER DEBIT  112223 |
| | | CADENCE BANK    XFER DB   ONT.TNR |
| | | CUSTOMER TRANSFER TO   IM |

| 11/22 | 112,402.00 | ONLINE TRANSFER DEBIT  112223 |
| | | CADENCE BANK    XFER DB   ONLINE |
| | | CUSTOMER TRANSFER TO   IM |

| 11/28 | 208,453.45 | ONLINE TRANSFER DEBIT  112823 |
| | | CADENCE BANK    XFER DB   ONT.TNR |
| | | CUSTOMER TRANSFER TO   IM |

| 11/29 | 75,365.55 | ONLINE TRANSFER DEBIT  112923 |
| | | CADENCE BANK    XFER DB   ONLINE |
| | | CUSTOMER TRANSFER TO   IM |

| 11/29 | 150,026.91 | ONLINE TRANSFER DEBIT  112923 |
| | | CADENCE BANK    XFER DB   ONT.TNR |
| | | CUSTOMER TRANSFER TO   IM |



**CADENCE**
Bank

FREE SPEECH SYSTEMS LLC                          30/0
DEPOSIT ACCOUNT                          PAGE      5
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

                                        STATEMENT DATE
                                          11/30/23
                                        ACCOUNT NUMBER

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
11/30       86,273.00 ONLINE TRANSFER DEBIT   113023
                      CADENCE BANK      XFER DB   ONLINE
                      CUSTOMER TRANSFER TO   IM

11/30      472,897.05 ONLINE TRANSFER DEBIT   113023
                      CADENCE BANK      XFER DB   ONLINE
                      CUSTOMER TRANSFER TO   IM

* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * *
    DATE.......BALANCE    DATE.......BALANCE    DATE.......BALANCE
10/31    885904.07    11/09    551182.20    11/21    808547.54
11/01    981452.63    11/13    743002.68    11/22    672690.15
11/02   1044846.51    11/14    619940.71    11/24   1134029.10
11/03    761406.76    11/15    704972.51    11/27   1239118.88
11/06    939500.69    11/16    455207.62    11/28   1137647.41
11/07   1138456.40    11/17    645961.98    11/29   1007118.28
11/08   1204936.19    11/20    722870.35    11/30    726866.83



P0019
# CADENCE
Bank

FREE SPEECH SYSTEMS LLC
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

STATEMENT DATE
11/30/23
ACCOUNT NUMBER

INFOLINE  1-888-797-7711

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY  \* \* \* \* \* \* \* \* \* \*

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 831,833.47 | AVERAGE BALANCE | |
| +    24 CREDITS | 2,424,474.00 | | 666,569 |
| -   162 DEBITS | 2,677,161.01 | YTD INTEREST PAID | |
| -  SERVICE CHARGES | 199.96 | | .00 |
| +  INTEREST PAID | .00 | | |
| ENDING BALANCE | 578,946.50 | | |

DAYS IN PERIOD                                                    30

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \* \*
    DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 11/02 | 162.66 | RETURN SETTLE    CA DEFAULT | |
| | | -SETT-AUTO      RETURN    PPD | |
| 11/03 | 145.74 | ONLINE TRANSFER CREDIT 110323 | |
| | | CADENCE BANK    XFER CR    ONLINE | |
| | | CUSTOMER TRANSFER FROM IM | |
| 11/03 | 69,413.66 | ONLINE TRANSFER CREDIT 110323 | |
| | | CADENCE BANK    XFER CR    ONLINE | |
| | | CUSTOMER TRANSFER FROM IM | |
| 11/03 | 82,369.99 | ONLINE TRANSFER CREDIT 110323 | |
| | | CADENCE BANK    XFER CR    ONLINE | |
| | | CUSTOMER TRANSFER FROM IM | |
| 11/03 | 185,794.86 | ONLINE TRANSFER CREDIT 110323 | |
| | | CADENCE BANK    XFER CR    ONLINE | |
| | | CUSTOMER TRANSFER FROM IM | |
| 11/06 | 3,077.98 | DEPOSIT | |
| 11/07 | 145.74 | RETURN SETTLE    CA DEFAULT | |
| | | -SETT-AUTO      RETURN    PPD | |
| 11/08 | 162.66 | RETURN SETTLE    CA DEFAULT | |
| | | -SETT-AUTO      RETURN    PPD | |
| 11/09 | 32,025.06 | ONLINE TRANSFER CREDIT 110923 | |
| | | CADENCE BANK    XFER CR    ONLINE | |
| | | CUSTOMER TRANSFER FROM IM | |

P0019
# CADENCE
## Bank

```
                                                        30/8
FREE SPEECH SYSTEMS LLC                    PAGE      2
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                          STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350            11/30/23
AUSTIN TX 78741-7424                   ACCOUNT NUMBER
```

| Date | Amount | Description |
|---|---|---|
| 11/09 | 666,733.59 | ONLINE TRANSFER CREDIT 110923 CADENCE BANK     XFER CR     ONLINE CUSTOMER TRANSFER FROM IM |
| 11/16 | 15,141.57 | ONLINE TRANSFER CREDIT 111623 CADENCE BANK     XFER CR     ONLINE CUSTOMER TRANSFER FROM IM |
| 11/16 | 62,242.22 | ONLINE TRANSFER CREDIT 111623 CADENCE BANK     XFER CR     ONLINE CUSTOMER TRANSFER FROM IM |
| 11/16 | 261,374.31 | ONLINE TRANSFER CREDIT 111623 CADENCE BANK     XFER CR     ONLINE CUSTOMER TRANSFER FROM IM |
| 11/20 | 6,766.01 | DEPOSIT |
| 11/22 | 22,582.73 | ONLINE TRANSFER CREDIT 112223 CADENCE BANK     XFER CR     ONLINE CUSTOMER TRANSFER FROM IM |
| 11/22 | 54,634.36 | ONLINE TRANSFER CREDIT 112223 CADENCE BANK     XFER CR     ONLINE CUSTOMER TRANSFER FROM IM |
| 11/22 | 62,242.22 | ONLINE TRANSFER CREDIT 112223 CADENCE BANK     XFER CR     ONLINE CUSTOMER TRANSFER FROM IM |
| 11/22 | 112,402.00 | ONLINE TRANSFER CREDIT 112223 CADENCE BANK     XFER CR     ONLINE CUSTOMER TRANSFER FROM IM |
| 11/24 | 246.50 | REV UNAUTHORIZED ACH TRANSACTION |
| 11/29 | 75,365.55 | ONLINE TRANSFER CREDIT 112923 CADENCE BANK     XFER CR     ONLINE CUSTOMER TRANSFER FROM IM |
| 11/29 | 150,026.91 | ONLINE TRANSFER CREDIT 112923 CADENCE BANK     XFER CR     ONLINE CUSTOMER TRANSFER FROM IM |



P0019

P0019

```
FREE SPEECH SYSTEMS LLC                              30/8
OPERATIONS ACCOUNT                         PAGE      3
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350           STATEMENT DATE
AUSTIN TX 78741-7424                        11/30/23
                                         ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
11/29     2,247.63 DEPOSIT
11/30    86,273.00 ONLINE TRANSFER CREDIT 113023
                   CADENCE BANK    XFER CR    ONLINE
                   CUSTOMER TRANSFER FROM IM

11/30   472,897.05 ONLINE TRANSFER CREDIT 113023
                   CADENCE BANK    XFER CR    ONT TNT?
                   CUSTOMER TRANSFER FROM IM
```

```
    CHECKS
DATE..CHECK NO..........AMOUNT   DATE..CHECK NO..........AMOUNT
11/08  99034973*         61.97   11/21  99504656*      61,756.59
11/03  99082554*        223.41   11/03  99898480*         236.89
11/02  99274224*         80.13   11/03  99898613*         133.62
11/14  99349746*        136.25   11/13  99963519*         140.72
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
11/01     6,455.77 FREE SPEECH OPS  1261510005
                   -SETT-CCACH      DEP/PAY    PPD
11/01     7,447.45 AL THURMOND AGEN 2472319830
                   14918307         PAYMENTS   CCD
11/01    39,727.88 FREE SPEECH OPS  1261510005
                   -SETT-CCACH      DEP/PAY    PPD
11/01    44,560.00 FREE SPEECH OPS  1261510005
                   -SETT-CCACH      DEP/PAY    PPD
11/01    72,616.12 FREE SPEECH OPS  1261510005
                   -SETT-CCACH      DEP/PAY    PPD
11/02     4,392.50 SECURITY BANK OF CRAWFORD
                   111010170 TIB THE INDEPENDEN
                   LOAN # 4228
11/02     2,989.00 ADDSHOPPERSINC   3383693141
                                    WEBPAYMENT WEB
11/02     5,776.00 AL THURMOND AGEN 2472319830
                   14933536         PAYMENTS   CCD
11/02    15,081.69 FREE SPEECH OPS  1261510005
                   -SETT-CCACH      DEP/PAY    PPD
11/02    24,005.00 AL THURMOND AGEN 2472319830
                   14933455         PAYMENTS   CCD
```



B0019

## CADENCE
Bank

```
                                                    30/8
FREE SPEECH SYSTEMS LLC                      PAGE     4
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                         STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350            11/30/23
AUSTIN TX 78741-7424                  ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * *
     OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
11/03        126.52 AMAZON.COM SERVI 9049016352
                    043000096758072 INTERNET   CCD
11/03        145.74 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
11/03        420.81 IRON MOUNTAIN    0000706192
                    7868240          RECRD MGMT CCD
11/03     69,413.66 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
11/03     82,369.99 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
11/06        162.66 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
11/06        213.20 INTUIT *         0000756346
                    8285661          QBOOKS ONL CCD
11/06        623.61 INTUIT *         0000756346
                    8285640          QBOOKS PAY CCD
11/07     23,025.90 ALEXANDER JONES              DIP
                      I
                    AEJ 10.22
11/07     23,422.12 ALEXANDER JONES              DIP
                    AEJ 10.29
11/07      5,341.16 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
11/07      5,492.35 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
11/07     21,410.36 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
11/07     24,284.90 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
11/08        403.00 PROG COUNTY MUT  9409348187
                    POL  973583190   INS PREM   PPD
11/08      1,964.47 DS WATERS OF AME 1205743877
                    22078336         MSINVOICE  WEB
11/08      2,816.00 THE HARTFORD     9942902727
                    12649598         NTCLBIIVRC CCD
11/08      3,155.00 THE HARTFORD     9942902727
                    17228748         NTCLBIIVRC CCD
```



P0019

# CADENCE
Bank

```
                                                    30/8
FREE SPEECH SYSTEMS LLC              PAGE       5
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                        STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350          11/30/23
AUSTIN TX 78741-7424                 ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
11/08      4,500.00 REDBALLOONLLC    3383693141
                             WEBPAYMENT WEB
11/09        162.66 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
11/09        475.00 USA-MDT COMPANY, 9215986202
                             SALE        CCD
11/09      1,067.81 ATT              9864031005
                    344390003MYW4M   PAYMENT    WEB
11/09     32,025.06 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
11/09    462,623.74 FREE SPEECH OPS  1261510005
                    -SETT-CCACH      DEP/PAY    PPD
11/10          1.49 PAYMENTUS        0000000160
                    PAYMENTUSCORP_I  BILLPAY    WEB
11/10         22.29 ADT              3931064579
                    953169174        PAYMENT    PPD
11/10         22.29 ADT              3931064579
                    953169174        PAYMENT    PPD
11/10         75.42 ADT              3931064579
                    953169174        PAYMENT    PPD
11/10         75.42 ADT              3931064579
                    953169174        PAYMENT    PPD
11/10         97.68 TEXASGASSERVICE  0000000160
                    TEXASGASSERVICE  BILLPAY    WEB
11/10        111.24 ADT              3931064579
                    953169174        PAYMENT    PPD
11/10        111.24 ADT              3931064579
                    953169174        PAYMENT    PPD
11/10        138.15 ADT              3931064579
                    953169174        PAYMENT    PPD
11/10        138.15 ADT              3931064579
                    953169174        PAYMENT    PPD
11/10        496.73 ACHMA VISB       0000751800
                    9889620          BILL PYMNT WEB
11/10        571.47 ACHMA VISB       0000751800
                    9889620          BILL PYMNT WEB
11/10        877.56 CITY OF AUSTIN T 5746000085
                    5424584569       PAYMENT    WEB
```



30019

```
                                                              30/8
FREE SPEECH SYSTEMS LLC                         PAGE     6
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                                  STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350                    11/30/23
AUSTIN TX 78741-7424                           ACCOUNT NUMBER
```

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
    OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|------|--------|------------------------|---------------|
| 11/10 | 904.81 | ADT              3931064579 | |
|       |        | 953169174      PAYMENT    PPD | |
| 11/10 | 904.81 | ADT              3931064579 | |
|       |        | 953169174      PAYMENT    PPD | |
| 11/10 | 1,300.00 | GRANDE COMMUNICA 0000173049 | |
|       |        | 9957530        TELECOMM   WEB | |
| 11/10 | 1,538.22 | ADT              3931064579 | |
|       |        | 953169174      PAYMENT    PPD | |
| 11/10 | 1,538.22 | ADT              3931064579 | |
|       |        | 953169174      PAYMENT    PPD | |
| 11/10 | 5,499.37 | CITY OF AUSTIN T 5746000085 | |
|       |        | 5376658312     PAYMENT    WEB | |
| 11/13 | 276.14 | AMAZON.COM*YI9JA6XP3 SEATTLE | WA |
| 11/13 | 12.98 | DS WATERS OF AME 1205743877 | |
|       |        | 22078336       MSINVOICE  WEB | |
| 11/14 | 19.04 | AMAZON.COM*SZ0QS8673 SEATTLE | WA |
| 11/14 | 61.11 | AMAZON.COM*LW26J9YY3 SEATTLE | WA |
| 11/14 | 108.26 | AMAZON.COM*9J0G85LO3 SEATTLE | WA |
| 11/14 | 194.52 | AMAZON.COM*0Q4EG28G3 SEATTLE | WA |
| 11/14 | 555.34 | FDCSERVERSN       3124236675 | FL |
| 11/14 | 571.19 | FDCSERVERSN       3124236675 | FL |
| 11/14 | 125.73 | SPECTRUM          0000358635 | |
|       |        | 1074255        SPECTRUM   PPD | |
| 11/15 | 17.32 | AMAZON.COM*GJ7NB1ZL3 SEATTLE | WA |
| 11/15 | 77.61 | AMZN Mktp US*9X3 Amzn.com/bill | WA |
| 11/15 | 93.95 | AMZN Mktp US*519 Amzn.com/bill | WA |
| 11/15 | 164.48 | BACKBLAZE.COM    SAN MATEO | CA |
| 11/15 | 205.91 | WM SUPERCENTER #1253 AUSTIN | TX |
| 11/15 | 255.84 | VULTR BY CONSTAN VULTR.COM | NJ |
| 11/15 | 266.50 | NRI*NEW RELIC    888-643-8776 | CA |
| 11/15 | 463.12 | HEB ONLINE #108  855-803-0611 | TX |
| 11/15 | 172,084.79 | FREE SPEECH OPS  1261510005 | |
|       |        | -SETT-CCACH    DEP/PAY    PPD | |
| 11/16 | 23,724.34 | ALEXANDER JONES            DIP | |
|       |        | SETSM 11.16 | |
| 11/16 | 129.89 | CNSCWWW.TARGET.COM 2 BROOKLYN PARK MN | |
| 11/16 | 217.80 | Amazon.com*JO6DE Amzn.com/bill WA | |
| 11/16 | 274.78 | WAL WAL-MART #1253 0 AUSTIN | TX |
| 11/16 | 492.95 | SP SNAP-LOC CARG LAS VEGAS | NV |



CADENCE
Bank

F0019

```
                                                      30/8
FREE SPEECH SYSTEMS LLC                      PAGE    7
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                           STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350              11/30/23
AUSTIN TX 78741-7424                    ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
   OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
11/16    15,141.57 FREE SPEECH OPS  1261510005
                   -SETT-CCACH    DEP/PAY    PPD
11/16    38,517.88 FREE SPEECH OPS  1261510005
                   -SETT-CCACH    DEP/PAY    PPD
11/16    89,222.50 FREE SPEECH OPS  1261510005
                   -SETT-CCACH    DEP/PAY    PPD
11/16   261,374.31 FREE SPEECH OPS  1261510005
                   -SETT-CCACH    DEP/PAY    PPD
11/16       199.96 XAA ANALYSIS
11/17        21.05 RMA TOLL         833-762-8655  CA
11/17        56.49 AMZN Mktp US*MU1 Amzn.com/bill WA
11/17       108.47 H-E-B #091           AUSTIN     TX
11/17       440.24 AMZN Mktp US*EV4 Amzn.com/bill WA
11/20         9.63 AMAZON.COM*B97BK7AF3 SEATTLE    WA
11/20       122.22 AMAZON.COM*0L4OK0JM3 SEATTLE    WA
11/20       188.61 WM SUPERCENTER #475  ROUND ROCK TX
11/20       227.15 AMZN Mktp US*T85 Amzn.com/bill WA
11/20       324.60 PERSONNEL CONCEP ONTARIO        CA
11/20       354.25 AMZN Mktp US*AK7 Amzn.com/bill WA
11/20       545.34 FDCSERVERSN      3124236675     FL
11/20       899.00 AWIO WEB SERVICE CARY           NC
11/20     1,095.42 DTVDT VIDEOLABS  6026878507     AZ
11/20     1,190.75 THE RANGE AT AUS AUSTIN         TX
11/20     3,403.37 B&H PHOTO 800-60 NEW YORK       NY
11/20     2,046.00 AUTHNET GATEWAY  1870568569
                   132514234       BILLING    CCD
11/21        15.14 AMAZON.COM*0O8V64JK3 SEATTLE    WA
11/21        32.46 AMAZON.COM*GR3UL8HZ3 SEATTLE    WA
11/21        74.33 AMZN Mktp US*LO0 Amzn.com/bill WA
11/21       113.24 H-E-B  #091         AUSTIN     TX
11/21       235.08 AMZN Mktp US*3X8 Amzn.com/bill WA
11/21       337.96 WM SUPERCENTER #5317 AUSTIN     TX
11/21     2,611.01 Amazon.com*RO57M Amzn.com/bill WA
11/22    20,393.83 ALEXANDER JONES          DIP

                   S.S 11.05
11/22    33,833.35 ALEXANDER JONES:         DIP

                   S SET 11.22
11/22        51.16 ATLASSIAN        SAN FRANCISCO CA
```



**CADENCE**
Bank

B0019

```
                                                           30/8
FREE SPEECH SYSTEMS LLC                        PAGE      8
OPERATIONS ACCOUNT
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043                            STATEMENT DATE
3019 ALVIN DEVANE BLVD STE 350              11/30/23
AUSTIN TX 78741-7424                     ACCOUNT NUMBER
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * * *
       OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
11/22          53.60 AMZN Mktp US*SM6 Amzn.com/bill WA
11/22          54.09 AMZN Mktp US*X05 Amzn.com/bill WA
11/22         215.43 ONLINE STORE SAL 361-816-4113   TX
11/22         215.43 ONLINE STORE SAL 361-816-4113   TX
11/22         215.43 ONLINE STORE SAL 361-816-4113   TX
11/22         965.16 HOOVERS COOKING   AUSTIN        TX
11/22       3,435.86 MONGODBCLOUD ITS PALO ALTO      CA
11/22         246.50 IRON MOUNTAIN     0000706192
                     3638591           RECRD MGMT CCD
11/22       5,278.94 FREE SPEECH OPS  1261510005
                     -SETT-CCACH      DEP/PAY    PPD
11/22      34,240.53 FREE SPEECH OPS  1261510005
                     -SETT-CCACH      DEP/PAY    PPD
11/22      50,991.60 FREE SPEECH OPS  1261510005
                     -SETT-CCACH      DEP/PAY    PPD
11/22     107,123.06 FREE SPEECH OPS  1261510005
                     -SETT-CCACH      DEP/PAY    PPD
11/24          22.72 AMAZON.COM*BC6IC5C03 SEATTLE      WA
11/24          24.00 GITHUB, INC.     SAN FRANCISCO CA
11/24          35.71 AMZN Mktp US*099 Amzn.com/bill WA
11/24          91.09 AMZN Mktp US*737 Amzn.com/bill WA
11/24         258.11 AMZN Mktp US*303 Amzn.com/bill WA
11/24         432.96 AMZN Mktp US*NF4 Amzn.com/bill WA
11/24       4,289.35 ADOBE ACROBAT ST 8004438158      CA
11/27          36.87 Amazon.com*EK8UH Amzn.com/bill WA
11/27          43.38 H-E-B #373       ROUND ROCK    TX
11/27          59.21 AMZN Mktp US*2R8 Amzn.com/bill WA
11/27         174.39 AMZN Mktp US*4O6 Amzn.com/bill WA
11/27         265.03 AMZN Mktp US*0R1 Amzn.com/bill WA
11/27         268.13 HEB ONLINE #108  855-803-0611  TX
11/27         309.56 AMZN Mktp US*0E3 Amzn.com/bill WA
11/27         343.18 AMZN Mktp US*IR4 Amzn.com/bill WA
11/28          10.00 PRITUNL PREMIUM  SEATTLE       WA
11/28         133.39 WM SUPERCENTER #1253 AUSTIN       TX
11/28         201.87 AMZN Mktp US*659 Amzn.com/bill WA
11/28         287.04 H-E-B #091       AUSTIN        TX
11/28         639.60 CLOUDFLARE       SAN FRANCISCO CA
11/28       3,000.00 DAVE & BUSTER'S  COPPELL       TX
11/29      29,357.13 ALEXANDER JONES           DIP
```



P0019

FREE SPEECH SYSTEMS LLC                                    30/8
OPERATIONS ACCOUNT                              PAGE      9
BANKRUPTCY DEBTOR IN PROCESS CH 11
CASE 22-60043
3019 ALVIN DEVANE BLVD STE 350                  STATEMENT DATE
AUSTIN TX 78741-7424                               11/30/23
                                                ACCOUNT NUMBER

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD
                   S.S 11.29
11/29    20,671.00 FREE SPEECH OPS  1261510005
                   -SETT-CCACH    DEP/PAY    PPD
11/29    46,008.42 FREE SPEECH OPS  1261510005
                   -SETT-CCACH    DEP/PAY    PPD
11/29   150,026.91 FREE SPEECH OPS  1261510005
                   -SETT-CCACH    DEP/PAY    PPD
11/30        21.61 AMZN Mktp US*HT6 Amzn.com/bill WA
11/30        75.63 AMAZON.COM*B10409XY3 SEATTLE      WA
11/30       153.76 AMZN Mktp US*1F1 Amzn.com/bill WA
11/30       159.48 ZOOM.US 888-799- SAN JOSE       CA
11/30       362.83 AMZN Mktp US*6Q8 Amzn.com/bill WA
11/30         1.49 PAYMENTUS          0000000160
                   PAYMENTUSCORP_I BILLPAY      WEB
11/30       126.78 TEXASGASSERVICE    0000000160
                   TEXASGASSERVICE BILLPAY      WEB
11/30     3,680.93 TRAVELERS          4069827001
                   BPITBI148014538 BUS INSUR  PPD
11/30    31,777.40 FREE SPEECH OPS  1261510005
                   -SETT-CCACH    DEP/PAY    PPD
11/30    86,273.00 FREE SPEECH OPS  1261510005
                   -SETT-CCACH    DEP/PAY    PPD
11/30   355,232.15 FREE SPEECH OPS  1261510005
                   -SETT-CCACH    DEP/PAY    PPD
* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
   DATE.......BALANCE  DATE.......BALANCE  DATE.......BALANCE
10/31    831833.47  11/10    868007.70  11/21    532196.63
11/01    661026.25  11/13    867577.86  11/22    526743.97
11/02    608864.59  11/14    865806.42  11/24    521836.53
11/03    793518.20  11/15    692176.90  11/27    520336.78
11/06    795596.71  11/16    601639.02  11/28    516064.88
11/07    692765.66  11/17    601012.77  11/29    497641.51
11/08    680027.88  11/20    597372.44  11/30    578946.50
11/09    882432.26

# CADENCE
## Bank

```
                                                    30/0

FREE SPEECH SYSTEMS LLC
DONATIONS ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424                    STATEMENT DATE
                                          11/30/23
                                       ACCOUNT NUMBER


INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
PREVIOUS BALANCE           82,201.21          AVERAGE BALANCE
   +     2 CREDITS         14,159.00                   84,159
   -     1 DEBITS               5.00      YTD INTEREST PAID
   - SERVICE CHARGES            .00                       .00
   +   INTEREST PAID            .00
ENDING BALANCE             96,355.21


DAYS IN PERIOD                                        30

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
11/20      3,385.00 DEPOSIT
11/29     10,774.00 DEPOSIT
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
11/24         5.00 RETURNED DEP ITEM
* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
  DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
10/31    82201.21   11/24    85581.21   11/29    96355.21
11/20    85586.21
```

# CADENCE
## Bank

E0100

FREE SPEECH SYSTEMS LLC
PAYROLL ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0

STATEMENT DATE
11/30/23
ACCOUNT NUMBER

INFOLINE  1-888-797-7711

* * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * *

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 5,000.00 | AVERAGE BALANCE | |
| +   2 CREDITS | 432,073.40 | | 5,000 |
| -   2 DEBITS | 432,073.40 | YTD INTEREST PAID | |
| -  SERVICE CHARGES | .00 | | .00 |
| +   INTEREST PAID | .00 | | |
| ENDING BALANCE | 5,000.00 | | |

DAYS IN PERIOD                                          30

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
        DEPOSITS AND OTHER CREDITS

DATE..........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
11/14    223,619.95 ONLINE TRANSFER CREDIT 111423
                    CADENCE BANK     XFER CR    ONLINE
                    CUSTOMER TRANSFER FROM IM

11/28    208,453.45 ONLINE TRANSFER CREDIT 112823
                    CADENCE BANK     XFER CR    ONLINE
                    CUSTOMER TRANSFER FROM IM

      OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
11/14    223,619.95 MMMH & COMPANY
                    084201278 CADENCE BANK
                    PR 11.14.23
11/28    208,453.45 MMMH & COMPANY
                    084201278 CADENCE BANK
                    PR 11.28

* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
  DATE.......BALANCE  DATE.......BALANCE  DATE.......BALANCE
10/31    5000.00   11/14    5000.00   11/28    5000.00



**CADENCE Bank**

FREE SPEECH SYSTEMS LLC
ESCROW ACCOUNT
3019 ALVIN DEVANE BLVD STE 350
AUSTIN TX 78741-7424

30/0

STATEMENT DATE
11/30/23
ACCOUNT NUMBER

INFOLINE  1-888-797-7711

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \*

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 565,887.38 | AVERAGE BALANCE | |
| + 0 CREDITS | .00 | | 565,887 |
| - 0 DEBITS | .00 | YTD INTEREST PAID | |
| - SERVICE CHARGES | .00 | | .00 |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 565,887.38 | | |

DAYS IN PERIOD                                      30

\* \* \* \* \* \* \* \* \* \* DAILY BALANCE SUMMARY \* \* \* \* \* \* \* \* \* \* \*
 DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
10/31    565887.38