**Alexander Emric Jones**                                **Case No. 22-33553**

**Part 1 - Statement of Cash Receipts and Disbursements**

**May 1-31, 2024**

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Asset Sales Escrow Account (1) | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 923,951 | 853 | 1,053 | 1,097 | 479 | 1,207 | 851 | | 929,490 |
| Cash Receipts | 176,851 | | | | | | | | 176,851 |
| Cash Disbursements | (476,567) | | | (25) | (25) | | (25) | | (476,642) |
| **Net Cash Flow** | 624,235 | 853 | 1,053 | 1,072 | 454 | 1,207 | 826 | | 629,700 |
| Transfer In | | | | | | | | | 0 |
| Transfers Out | | | | | | | | | 0 |
| **Ending Bank Balance** | 624,235 | 853 | 1,053 | 1,072 | 454 | 1,207 | 826 | 0 | 629,700 |
| | | | | | | | | | 0 |

(1) Account established in February 2024 to deposit sales proceeds for non-exempt assets. As of May 1 and May 31, 2024 there was a $0 balance in the account.     *0*

# Alexander E Jones
## Balance Sheet
### As of May 31, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Bank of America #2913 | 454 |
|       Bank of America #6078 | 826 |
|       Chase #3520 | 1,207 |
|       Chase #7518 | 1,072 |
|       PNC #5233 DIP | 624,237 |
|       Prosperity Bank #9175 | 853 |
|       Security Bank #8548 | 1,053 |
|     **Total Bank Accounts** | **$ 629,701** |
|     **Accounts Receivable** | |
|       Accounts Receivable | 90 |
|     **Total Accounts Receivable** | **$ 90** |
|     **Other Current Assets** | |
|       Bitcoin Account | 1,882 |
|       Cash on Hand | 1,000 |
|       GiveSendGo-Legal | 4,682 |
|       Inventory Platinum | 207,402 |
|       Prepayment -Legal Account | 40,000 |
|       Rental Property Escrow | 10,182 |
|     **Total Other Current Assets** | **$ 265,148** |
|   **Total Current Assets** | **$ 894,939** |
|   **Fixed Assets** | |
|     Homestead | 2,612,800 |
|     Lakehouse | 1,750,000 |
|     Ranch Property | 2,189,220 |
|     Rental Property | 505,000 |
|     **Vehicles and Marine Assets** | |
|       Dodge Charger | 70,618 |
|       Ford Expedition | 21,463 |
|       Marine Assets | 114,300 |
|     **Total Vehicles and Marine Assets** | **$ 206,381** |
|   **Total Fixed Assets** | **$ 7,263,401** |
|   **Other Assets** | |
|     Interests In Trust | 128,341 |
|     Ownership Interests in Non Public Entities | 17,302 |
|     Personal Property | 180,821 |
|     Receivable from Descendants Trust | 33,557 |
|     Receivable from Mrs. Jones | 8,363 |
|   **Total Other Assets** | **$ 368,384** |
| **TOTAL ASSETS** | **$ 8,526,725** |

# Alexander E Jones
# Balance Sheet
### As of May 31, 2024

|  | Total |
|---|---:|
| **LIABILITIES AND EQUITY** |  |
|   **Liabilities** |  |
|     **Current Liabilities** |  |
|       **Accounts Payable** |  |
|         Accounts Payable | 15,072 |
|       **Total Accounts Payable** | $ 15,072 |
|       **Other Current Liabilities** |  |
|         Accrued Pre Nuptial Obligation | 78,956 |
|         Accrued Professional Fees | 8,610 |
|         Accrued Property Tax Payable | 34,550 |
|         Payroll Tax Payable-Child Care | 1,874 |
|         Payroll Tax Withheld-Child Care | 5,742 |
|       **Total Other Current Liabilities** | $ 129,733 |
|     **Total Current Liabilities** | $ 144,805 |
|     **Long-Term Liabilities** |  |
|       Rental Property Mortgage | 25,738 |
|     **Total Long-Term Liabilities** | $ 25,738 |
|   **Total Liabilities** | $ 170,543 |
|   **Equity** |  |
|     Opening Balance Equity | 13,039,233 |
|     **Owner's Investment** |  |
|       OtherDeposits/Transfers | 171,668 |
|     **Total Owner's Investment** | $ 171,668 |
|     **Owner's Pay & Personal Expenses** |  |
|       Gifts | 63,919 |
|     **Total Owner's Pay & Personal Expenses** | $ 63,919 |
|     Retained Earnings | -2,296,679 |
|     Net Income | -2,621,959 |
|   **Total Equity** | $ 8,356,182 |
| **TOTAL LIABILITIES AND EQUITY** | $ 8,526,725 |

# Alexander E Jones
# Profit and Loss
### May 2024

|  | Total |
|---|---:|
| **Income** | |
|   Advertising Income | 16,707 |
|   Book Sales Income | 5,183 |
|   FreeSpeech Payroll | 75,000 |
|   Interest Income | 11 |
|   Rental Income | 1,200 |
|   Sales of Product Income | 99,171 |
|     Cost of Goods Sold | -17,370 |
|     Selling Expense | -39,059 |
|   Total Sales of Product Income | $ 42,742 |
| **Total Income** | $ 140,843 |
| **Payroll Deductions** | |
|   Child Support- Garnished | 2,769 |
|   Medical Insurance Premiums | 1,742 |
|   Payroll Taxes withheld | 23,340 |
| **Total Payroll Deductions** | $ 27,851 |
| **Gross Profit** | $ 112,992 |
| **Expenses** | |
|   Living Expenses | |
|     Auto/Trucks/Watercraft | |
|       Auto/Boat Maintenance | 522 |
|       Auto/Truck/Boat Insurance | 1,304 |
|       Fuel | 891 |
|     Total Auto/Trucks/Watercraft | $ 2,717 |
|     Family | |
|       Child Care | 15,825 |
|       Groceries | 5,654 |
|       Homestead | |
|         Maintenance | 3,756 |
|           Housekeeping | 3,600 |
|           Misc. Supplies and Services | 1,422 |
|         Total Maintenance | $ 8,778 |
|         Phone/Internet | 437 |
|         Property Insurance | 1,006 |
|         Property Tax | 2,070 |
|         Utilities | 1,250 |
|       Total Homestead | $ 13,541 |
|       Household Purchases | 3,836 |
|       Meals & Entertainment | 4,504 |
|         Apple/Netflix/Hulu charges | 571 |
|       Total Meals & Entertainment | $ 5,075 |
|       Medical | 2,704 |
|       Other | 335 |
|       Personal Expenses | 7,000 |
|       PreNup Obligation | 15,791 |
|       School and Kid's Activities | |
|         Activities | 5,670 |
|       Total School and Kid's Activities | $ 5,670 |
|     Total Family | $ 75,430 |
|   Total Living Expenses | $ 78,148 |

# Alexander E Jones
## Profit and Loss
### May 2024

|  |  | Total |
|---|---:|---:|
| **Other Expenses** |  |  |
|   Bank Charges & Fees |  | 75 |
|   Business Expenses |  | 6,831 |
|   Interest Paid |  | 140 |
|   Legal & Professional Services |  | 344,596 |
|   Loss/(Gain) on Sale of Assets |  | 5 |
|   Real Estate |  |  |
|     Lakehouse |  |  |
|       Lakehouse Insurance |  | 352 |
|       Lakehouse Internet |  | 376 |
|       Lakehouse Maintenance |  | 3,325 |
|       Lakehouse Property Tax |  | 1,280 |
|       Lakehouse Utilities |  | 41 |
|     Total Lakehouse | $ | 5,374 |
|     Ranch property |  | 27 |
|     Rental Property Tax |  | 830 |
|   Total Real Estate | $ | 6,230 |
|   Rental Storage Units |  | 401 |
| **Total Other Expenses** | $ | 358,279 |
|   US Trustee Fees |  | 8,700 |
| **Total Expenses** | $ | 445,126 |
| **Net Operating Income** | -$ | 332,135 |
| **Other Income** |  |  |
|   Donations |  | 2,528 |
| **Total Other Income** | $ | 2,528 |
| **Net Other Income** | $ | 2,528 |
| **Net Income** | -$ | 329,606 |

**Alexander Emric Jones**                                **Case No. 22-33553**
### Schedule of Payments to Professionals
### May 1-31, 2024

| Firm Name | Role | Amount |
|---|---|---:|
| **BlackBriar Advisors** | Financial Advisors | 154,098 |
| **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | 114,322 |
| **Jordan & Ortiz** | Co-Counsel to Debtor | 26,997 |
| **Teneo** | Financial Advisor for Creditor | 49,180 |
| **Martin Disiere Jefferson Wisdom** | Special Counsel to Debtor | |
| **Reynal Law Firm** | Special Counsel to Debtor | |
| **Rachel Kennerly** | Tax Accountant | |
| | | 344,596 |

### Schedule of Payments to Insiders
### May 1-31, 2024

| Payee | Amount |
|---|---:|

No Payments during the Period