**Alexander Emric Jones**  Case No. 22-33553

## Part 1 - Statement of Cash Receipts and Disbursements
### June 1-14, 2024

| Bank Account | PNC DIP #5233 | Prosperity Bank #9175 | Security Bank #8548 | Chase #7518 | B of A #2913 | Chase #3520 | B of A #6078 | Asset Sales Escrow Acct | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | 624,237 | 853 | 1,053 | 1,072 | 454 | 1,207 | 826 | | 629,702 |
| Cash Receipts | 194,368 | | | | | | | 2,785,789 | 2,980,157 |
| Cash Disbursements | (140,831) | | | (25) | (126) | | | (511,790) | (652,772) |
| **Net Cash Flow** | 677,774 | 853 | 1,053 | 1,047 | 328 | 1,207 | 826 | 2,273,999 | 2,957,087 |
| Transfer In | | | | | | | | | 0 |
| Transfers Out | | | | | | | | | 0 |
| **Ending Bank Balance** | 677,774 | 853 | 1,053 | 1,047 | 328 | 1,207 | 826 | 2,273,999 | 2,957,087 |

# Alexander E Jones
## Balance Sheet
### As of June 14, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|     **Asset Sales Escrow Account - Restricted Cash (1)** | 2,273,999 |
|       Bank of America #2913 | 328 |
|       Bank of America #6078 | 826 |
|       Chase #3520 | 1,207 |
|       Chase #7518 | 1,047 |
|       PNC #5233 DIP | 677,774 |
|       Prosperity Bank #9175 | 853 |
|       Security Bank #8548 | 1,053 |
|     **Total Bank Accounts** | **$ 2,957,086** |
|     **Accounts Receivable** | |
|       Accounts Receivable | 112,365 |
|     **Total Accounts Receivable** | **$ 112,365** |
|     **Other Current Assets** | |
|       Bitcoin Account | 1,882 |
|       Cash on Hand | 5,000 |
|       GiveSendGo-Legal | 11,703 |
|       Inventory Platinum | 185,086 |
|       Prepayment -Legal Account | 40,000 |
|       Rental Property Escrow | 11,343 |
|     **Total Other Current Assets** | **$ 255,013** |
|   **Total Current Assets** | **$ 3,324,465** |
|   **Fixed Assets** | |
|     Homestead | 2,612,800 |
|     Lakehouse | 1,750,000 |
|     Rental Property | 505,000 |
|     **Vehicles and Marine Assets** | |
|       Dodge Charger | 70,618 |
|       Ford Expedition | 21,463 |
|     **Total Vehicles and Marine Assets** | **$ 92,081** |
|   **Total Fixed Assets** | **$ 4,959,881** |
|   Interests In Trust | 128,341 |
|   Ownership Interests in Non Public Entities | 17,302 |
|   Personal Property | 117,688 |
|   Receivable from Descendants Trust | 33,836 |
|   Receivable from Mrs. Jones | 8,363 |
|   **Total Other Assets** | **$ 305,531** |
| **TOTAL ASSETS** | **$ 8,589,876** |

# Alexander E Jones
# Balance Sheet
### As of June 14, 2024

|  | Total |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 3,544 |
|       **Total Accounts Payable** | **$ 3,544** |
|       **Other Current Liabilities** | |
|         Accrued Pre Nuptial Obligation | 78,956 |
|         Accrued Professional Fees | 13,810 |
|         Accrued Property Tax Payable | 40,630 |
|         Payroll Tax Payable-Child Care | 396 |
|         Payroll Tax Withheld-Child Care | 1,237 |
|       **Total Other Current Liabilities** | **$ 135,029** |
|     **Total Current Liabilities** | **$ 138,573** |
|     **Long-Term Liabilities** | |
|       Rental Property Mortgage | 25,204 |
|     **Total Long-Term Liabilities** | **$ 25,204** |
|   **Total Liabilities** | **$ 163,777** |
|   **Equity** | |
|     Opening Balance Equity | 13,039,233 |
|     **Owner's Investment** | |
|       Other Deposits/Transfers | 171,668 |
|     **Total Owner's Investment** | **$ 171,668** |
|     **Owner's Pay & Personal Expenses** | |
|       Gifts | 63,919 |
|     **Total Owner's Pay & Personal Expenses** | **$ 63,919** |
|     Retained Earnings | -2,296,679 |
|     Net Income | -2,552,042 |
|   **Total Equity** | **$ 8,426,099** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 8,589,876** |

**Notes:**
(1) Asset escrow account established per court order to retain sales proceeds of non-exempt assets. Ranch sale, boat sale and sale of firearms occurred in June.
Professional fees of $511,790 paid from account in June.

# Alexander E Jones
## Profit and Loss
### June 1-14, 2024

|  | Total |
|---|---:|
| **Income** | |
|   Advertising Income | 7,469 |
|   Book Sales Income | 20,369 |
|   FreeSpeech Payroll | 25,000 |
|   Interest Income | 0 |
|   Rental Income | 1,200 |
|   Royalty Income | 147,262 |
|   Sales of Product Income | 129,074 |
|     Cost of Goods Sold | -22,316 |
|     Selling Expense | -50,166 |
|   **Total Sales of Product Income** | $ 56,592 |
| **Total Income** | $ 257,892 |
| **Payroll Deductions** | |
|   Child Support- Garnished | 923 |
|   Medical Insurance Premiums | 581 |
|   Payroll Taxes withheld | 7,794 |
| **Total Payroll Deductions** | $ 9,298 |
| **Gross Profit** | $ 248,594 |
| **Expenses** | |
|   Living Expenses | |
|     Auto/Trucks/Watercraft | |
|       Auto/Boat Maintenance | 194 |
|       Fuel | 278 |
|     **Total Auto/Trucks/Watercraft** | $ 473 |
|     Family | |
|       Child Care | 7,105 |
|       Groceries | 1,445 |
|       Homestead | |
|         Maintenance | 799 |
|           Misc. Supplies and Services | 1,342 |
|         **Total Maintenance** | $ 2,141 |
|         Phone/Internet | 376 |
|         Property Tax | 4,800 |
|         Repairs | 870 |
|         Utilities | 1,629 |
|       **Total Homestead** | $ 9,816 |
|       Household Purchases | 877 |
|       Insurance | 126 |
|       Meals & Entertainment | 610 |
|         Apple/Netflix/Hulu charges | 2,445 |
|       **Total Meals & Entertainment** | $ 3,056 |
|       Medical | 79,788 |
|       Other | 361 |
|       Personal Expenses | 1,000 |
|       PreNup Obligation | 15,791 |
|       School and Kid's Activities | |
|         Activities | 518 |
|       **Total School and Kid's Activities** | $ 518 |
|     **Total Family** | $ 119,883 |
|   **Total Living Expenses** | $ 120,355 |

# Alexander E Jones
## Profit and Loss
### June 1-14, 2024

|  | Total |
|---|---:|
| **Other Expenses** |  |
|   Bank Charges & Fees | 25 |
|   Business Expenses | 1,018 |
|   Interest Paid | 135 |
|   Legal & Professional Services | 511,790 |
|   Loss/(Gain) on Sale of Assets | -573,915 |
|   Real Estate |  |
|     Lakehouse |  |
|       Lakehouse Maintenance | 600 |
|       Lakehouse Property Tax | 1,280 |
|       Lakehouse Utilities | 42 |
|     **Total Lakehouse** | **$ 1,922** |
|     Ranch property | 17,451 |
|       Taxes Paid | 35,760 |
|     **Total Ranch property** | **$ 53,211** |
|   **Total Real Estate** | **$ 55,133** |
|   Rental Storage Units | 122 |
| **Total Other Expenses** | **-$ 5,693** |
| **US Trustee Fees** | 5,200 |
| **Total Expenses** | **$ 119,862** |
| **Net Operating Income** | **$ 128,732** |
| **Other Income** |  |
|   Donations | 7,021 |
| **Total Other Income** | **$ 7,021** |
| **Other Expenses** |  |
|   Commission Paid on Sale of Assets | 65,835 |
| **Total Other Expenses** | **$ 65,835** |
| **Net Other Income** | **-$ 58,814** |
| **Net Income** | **$ 69,917** |

**Alexander Emric Jones**  Case No. 22-33553

## Schedule of Payments to Professionals
### June 1-14, 2023

| Firm Name | Role | Amount |
|---|---|---:|
| **BlackBriar Advisors** | Financial Advisors | 57,859 |
| **Crowe Dunlevy, P.C.** | Co-Counsel to Debtor | 355,873 |
| **Jordan & Ortiz** | Co-Counsel to Debtor | 10,832 |
| **Teneo** | Financial Advisor for Creditor | 87,226 |
| **Martin Disiere Jefferson Wisdom** | Special Counsel to Debtor | |
| **Reynal Law Firm** | Special Counsel to Debtor | |
| **Rachel Kennerly** | Tax Accountant | |
| | | 511,790 |

## Schedule of Payments to Insiders
### June 1-14, 2023

| Payee | Amount |
|---|---|

No Payments during the Period