**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-60043 |
| FREE SPEECH SYSTEMS, LLC | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |
| | § | (Subchapter V) |

## UNSWORN DECLARATION OF MAILING

I, _____Ramiro Vidaurri Jr._____, am an employee of <u>Array</u>, with offices located at 2501 Central Parkway, Suite A-11, Houston, TX. On <u>February 12, 2024</u>, at the request of Haselden Farrow PLLC, I caused the document(s) referenced below by docket number to be served on the parties listed in the attached service list by placing true copies of the document in the United States Mail, first class postage prepaid.

- NOTICE OF HEARING ON DEBTOR'S AMENDED EMERGENCY APPLICATION TO EMPLOY HAROLD "HAP" MAY PC AS COUNSEL [Docket Nos. 809, 810].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Ramiro Vidaurri Jr* (signature)

_____
*Signature*

Ramiro Vidaurri Jr
_____
*Type Name*