**<u>Exhibit B</u>**

**Declaration of Jeff Tanenbaum**

15509336

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § Chapter 7 <br> § |
| **ALEXANDER E. JONES** | § <br> § Case No. 22-33553 (CML) |
| Debtor. | § <br> § <br> § |

## DECLARATION OF JEFF TANENBAUM IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY TRANZON AND TRANZON360 AS SALE BROKER

I, Jeff Tanenbaum, declare and state under penalty of perjury pursuant to 28 U.S.C. § 1747 that the following is true and correct to the best of my personal knowledge:

1. I have been in the asset recovery profession since 1985. I have handled all aspects of the profession, including operations and marketing, auctioneering, supervising liquidations, and conducting valuations. I have also handled complex transactions involving multiple asset classes and expansive geographies. I am a member of the National Auctioneers Association, a Certified Auctioneers Institute Designee, a Certified Estate Specialist Designee, and a former officer of the Industrial Auctioneers Association.

2. I am the President of ThreeSixty Asset Advisors ("**ThreeSixty**"), a company that specializes in full-service auction solutions, including live webcast, online only, and sealed bid auctions. For purposes of this engagement, Tranzon Asset Advisors ("**Tranzon**") and ThreeSixty (collectively, "**Tranzon360**") have entered a joint venture[1] to market, auction and sell the intellectual and personal property described in the Trustee's motion to employ Tranzon and Tranzon360 to sell the properties at auction.

3. After having reviewed the creditors' matrices in the above bankruptcy case and the Free Speech Systems, LLC ("**FSS**") bankruptcy case, to the best of my knowledge, information, and belief, I, ThreeSixty, its members and associates, are disinterested persons within the meaning of 11 U.S.C. § 101(13) and are eligible to serve as auctioneers for the Debtor's estate and assets the Trustee administers pursuant to the provisions of 11 U.S.C. § 327(a). To the best of my knowledge, I and ThreeSixty, represent no interest adverse to the Debtor's estate or FSS in the matters upon which Tranzon and Tranzon360 is to be engaged by the Trustee.

4. In compliance with FED. R. BANKR. P. 2014, I verify that, to the best of my knowledge, except as may be disclosed herein, neither I, nor ThreeSixty, have any connections with the Debtor or FSS, any other party in interest, their respective attorneys and accountants, or any person employed by the Debtor or FSS.

---

[1] The marketing, auction, and sale of the intellectual property assets and personal property is undertaken as a joint venture between Tranzon and ThreeSixty and the marketing, auction, and sale of the real property is undertaken in Tranzon's sole capacity.

15522148

2

5.     I further state that I have not served as examiner in these cases and have not to my knowledge been employed by or connected with any person having an interest adverse to the Debtor or FSS or to any of the general creditors of the Debtor's estate or FSS.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 17th day of August 2024.

DECLARANT:

_____
**JEFF TANENBAUM**

15522148