# **EXHIBIT C**

**Bankruptcy Auction Agency Agreement**

15509336

 Bankruptcy Auction Agency Agreement | Intellectual & Personal Property

**Date:** August 12, 2024

**Parties:** ThreeSixty Asset Advisors, LLC ("Agent")
25577 Conifer Road, #203, Conifer, CO 80433

Tranzon Asset Advisors of Texas, LLC ("Agent")
945 McKinney St, #13384, Houston, TX 77002

Christopher Murray as Chapter 7 Trustee in the Matter of Alexander E. Jones ("Trustee")

Alexander E. Jones ("Debtor")

**Case #:** 22-33553

**Court:** U.S. Bankruptcy Court, Southern District of Texas ("Bankruptcy Court")

**Assets:** Websites, Social Media Accounts, Production Rights, and related items per Exhibit A-1 ("Intellectual Property Assets")

Production Facility Equipment and Vehicles per Exhibit A-2 ("Personal Property Assets")

**Personal Property Asset Location:** 3019 Alvin Devane Blvd, Austin, TX 78741

**Sale Method:** Intellectual Property Assets – Sealed Bid, with a round of virtual live bidding amongst competitive bidders, if deemed appropriate and necessary by Trustee and Agent. Trustee shall reserve the right to accept or reject any sealed bids submitted.

Personal Property Assets - Online bidding, with links to the bidding site at 360bid.sale and tranzon.com

**Sale Date/Time(s):** Intellectual Property Assets – Sealed Bid Deadline – [DATE TBD]

Personal Property Assets – Online Auction Closing – [DATE TBD], 2024; Online Auction Removal – Approximately 10-14 days following the Auction Closing. Note, for security reasons, no physical inspection shall be provided prior to the Auction.

Dates are Contingent upon receipt of an approved Sale Order by [DATE TBD]

**Compensation:** Intellectual Property Assets – 10% of the first $500,000 of sale revenues; 7% of sale revenues from $501,000 to $2,000,000; 5% of sale revenues in excess of $2,000,000.

Personal Property Assets – 15%

**Expenses:** Agent shall be entitled to reimbursement for its incurred expenses up to the aggregate amount provided for on the budgets attached as Exhibits B-1 and B-2 ("Expenses"). In the event of unanticipated Expenses, Agent shall obtain approval in writing from Trustee before incurring such additional unanticipated Expenses.

Trustee agrees that any Expenses incurred by Agent prior to receipt of the approved Sale Order ("Pre-Approval Expenses") shall be deemed a super-priority administrative expense claim of the bankruptcy estate and shall be reimbursed to Agent from the estate should Trustee not obtain an approved Sale Order.



Bankruptcy Auction Agency Agreement | Intellectual & Personal Property

1. Trustee hereby retains Agent to act as its sole and exclusive agent to sell the Assets of Debtor, including but not limited to those items listed above at one or more publicly marketed Sale(s), and to utilize the Asset Location(s) without disruption from engagement through the Removal Period.

2. Agent shall conduct the Sale(s) in a manner intended to maximize recovery in an expedited time frame, and utilizing the methods that Agent deems, in its professional judgment, to be appropriate and in the best interest of Trustee, and in accordance with the Proposal submitted to Trustee by Agent.

3. Agent hereby agrees to use its professional skill, knowledge, and experience to the best advantage of both Parties but makes no representations or warranties regarding the outcome of the Sale, except to the extent as may be provided for in this Agreement.

4. Agent shall be authorized to promote the Sale of the Assets immediately upon execution of this Agreement and shall be authorized to use Debtor's name and logo in all advertising without further consideration; Prior to court approval, any promotions will state that the sale is pending court approval.

5. Agent shall have the authority to establish appropriate terms of sale consistent with Agent's best practices for Sales of similar nature, subject to Trustee's approval.

6. All Assets shall be offered for sale on an "As-Is, Where-Is" basis; The sale shall be without reserve.

7. Agent shall be authorized to accept, as Trustee's agent, cash, cashiers' checks, wire transfer, guaranteed checks, or credit card as payment for the Assets sold. Payment by credit card shall be limited to $5,000 per buyer and subject to a 4% surcharge to cover the cost of associated credit card merchant fees.

8. Agent shall be responsible to collect, report, and remit sales tax collected during the Sale(s).

9. Agent shall maintain an insurance liability policy including full coverage for injuries or damage to people and/or property.

10. Within 14 days of the completion of the Sale for all Assets paid for and removed by buyers, Agent shall turn over to the Trustee all Sale Proceeds (exclusive of sales tax collected), and within 21 days of the completion of the Removal Period, Agent shall provide Trustee with an accounting of the Sale income and expenses ("Auctioneers Report") along with any remaining Net Income due Trustee. Within 7 days of Trustee's receipt of the Auctioneers Report, it shall remit to Agent its approved fees and expense reimbursements.

11. Agent shall have the right to convey all Assets to purchasers free and clear of any liens, judgments, or encumbrances whatsoever.  All sales of the Assets shall be made by Agent as agent in fact for Trustee. Title to the Assets shall remain with the Trustee throughout the Sale Term. In the case of vehicles, Trustee shall provide all necessary documents necessary for the conveyance of title to the buyer.

12. Agent's Limitations: i) Agent shall not be responsible for occupancy costs, data backup or destruction, removal of debris or trash from the Asset location, containment, storage, sale or disposition of hazardous materials, or disposition of unsold or abandoned Assets; ii) Agent shall not be responsible for any purchaser that fails to live up to its obligation to complete a purchase of any of the Assets, and iii) Agent's maximum liability for any breach of this Agreement or any and damages sustained by any person or entity that arises from or is related to this Agreement or the Sale shall be limited to the aggregate amounts actually received by Agent as compensation under this Agreement.

13. Except for Paragraph 4 and provisions regarding Pre-Approval Expenses, this Agreement is subject to the jurisdiction and approval of the Bankruptcy Court, and, lacking applicable law thereunder, the laws of the State of Texas.  Trustee shall prepare and file a motion with the Bankruptcy Court and use its reasonable best efforts to ensure the motion is approved by an order ("Sale Order") that provides, among other things, as follows: (i) approval and/or assumption of this Agreement; (ii) for the payment of all Compensation owed and Costs incurred hereunder, to Agent, free and clear of all liens, claims and encumbrances, in accordance with this Agreement, without need for any further order of the Bankruptcy Court; (iii) approval of the transactions contemplated in this Agreement; and (iv) authority for Company and Agent to take such further actions as are necessary or appropriate to carry out the terms and conditions of this Agreement.



Bankruptcy Auction Agency Agreement | Intellectual & Personal Property

| Trustee: | Agent: |
|---|---|
| CHRISTOPHER MURRAY, AS CHAPTER 7 TRUSTEE IN THE MATTER OF ALEXANDER E. JONES | THREESIXTY ASSET ADVISORS, LLC |
| By:_____Date: _____ | By:_____Date: _____ |
|  | Agent: |
|  | TRANZON ASSET ADVISORS, LLC |
|  | By:_____Date: _____ |



Bankruptcy Auction Agency Agreement | Intellectual & Personal Property

EXHIBIT A-1

Intellectual Property Assets

Trustee and Agent shall identify the Intellectual Property Assets to be included, which are anticipated to include but not be limited to:

- Property of Free Speech Systems, including:
    - Infowars related Production Materials and Rights
    - Infowars Trademarks and Branding Materials
    - Infowars Website and eCommerce Site
    - Infowars Customer Lists
    - Infowars Social Media Accounts
- Property of Alex Jones Personally, including
    - Alex Jones Personal Production Rights
    - Alex Jones Personal Social Media Accounts

Other Alex Jones and/or Free Speech Systems owned brands, websites, trademarks, social media accounts and related intellectual property materials, accounts and rights.

 Bankruptcy Auction Agency Agreement | Intellectual & Personal Property

EXHIBIT A-2

Personal Property Assets

Including but not limited to personal property of Alexander E. Jones and Free Speech Systems, including production equipment and vehicles per below:

- 2017 Ford Expedition (TBD)

- 2020 Dodge Charger Hellcat (TBD)

- Assets of Free Speech Systems per the following schedule provided by Free Speech Systems management:




**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 269 | Desktop Generic | Desktop | Computer Equipment | Black box | 1,500.00 |
| 270 | Desktop Generic | Desktop | Computer Equipment | Black box | 2,500.00 |
| 2676 | Desktop Generic | Desktop | Computer Equipment | Black box | 5,000.00 |
| 178 | LG Curved Monitor | Monitor | Computer Equipment | Black box | 500.00 |
| 271 | LG Curved Monitor | Monitor | Computer Equipment | Black box | 1,200.00 |
| 29 | iMac | Desktop | Computer Equipment | E-Commerce office | 500.00 |
| 30 | New iMac | Desktop | Computer Equipment | E-Commerce office | 1,200.00 |
| 256 | iMac | Desktop | Computer Equipment | Production Office | 500.00 |
| 252 | LG Curved Monitor | Monitor | Computer Equipment | Production Office | 600.00 |
| 15 | iMac | Desktop | Computer Equipment | CS Conference room | 500.00 |
| 653 | Server rack | Rack | Computer Equipment | CS server room | 1,200.00 |
| 657 | ProCurve Switch 4208vl | Switch | Computer Equipment | CS server room | 550.00 |
| 7 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Customer Service | 750.00 |
| 241 | Apple Mac Pro | Desktop | Computer Equipment | Production Office | 8,000.00 |
| 242 | LG Curved Monitor | Monitor | Computer Equipment | Production Office | 600.00 |
| 243 | LG Curved Monitor | Monitor | Computer Equipment | Production Office | 600.00 |
| 1 | iMac | Desktop | Computer Equipment | E-Commerce | 500.00 |
| 53 | iMac | Desktop | Computer Equipment | E-Commerce | 500.00 |
| 2 | iMac | Desktop | Computer Equipment | E-Commerce | 1,000.00 |
| 27 | Canon Printer | Large Printer | Computer Equipment | E-Commerce | 1,200.00 |
| 14 | HP DesignJet | Large Printer | Computer Equipment | E-Commerce | 2,600.00 |
| 40 | LG Curved Monitor | Monitor | Computer Equipment | E-Commerce | 1,300.00 |
| 141 | New iMac | Desktop | Computer Equipment | Empty office | 1,500.00 |
| 142 | UniFi switch 48 | Switch | Computer Equipment | Empty office | 950.00 |
| 18 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 19 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 20 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 21 | Lenovo ThinkCentre | All in One pc | Computer Equipment | Facility manager room | 750.00 |
| 26 | Desktop Generic | Desktop | Computer Equipment | Facility manager room | 800.00 |
| 148 | LG Curved Monitor | Monitor | Computer Equipment | Front waiting room / office | 600.00 |
| 152 | LG Curved Monitor | Monitor | Computer Equipment | Front waiting room / office | 600.00 |
| 112 | iPad | Tablet | Computer Equipment | Gym | 600.00 |
| 74 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 75 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 76 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 77 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 78 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Gym / storage | 5,400.00 |
| 71 | Server rack | Rack | Computer Equipment | Gym / storage | 1,600.00 |
| 50 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 52 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 55 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 58 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 59 | Lenovo ThinkCentre | All in One pc | Computer Equipment | IT | 750.00 |
| 41 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 47 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 48 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 56 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 57 | iMac | Desktop | Computer Equipment | IT | 500.00 |
| 51 | MacBook Pro | Laptop | Computer Equipment | IT | 600.00 |
| 46 | LG Curved Monitor | Monitor | Computer Equipment | IT | 600.00 |
| 10 | Dell Desktop | Desktop | Computer Equipment | Customer Service Office | 750.00 |
| 61 | LG Curved Monitor | Monitor | Computer Equipment | Customer Service Office | 600.00 |
| 153 | Thinksmart hub | Video conference | Computer Equipment | Small conference room | 2,400.00 |
| 309 | iMac | Desktop | Computer Equipment | Producers room | 600.00 |
| 308 | Mac Mini | Desktop | Computer Equipment | Production Break Room | 600.00 |
| 237 | LG Curved Monitor | Monitor | Computer Equipment | Security entrance | 600.00 |
| 238 | LG Curved Monitor | Monitor | Computer Equipment | Security entrance | 600.00 |
| 8 | Dell Desktop | Desktop | Computer Equipment | Customer Service Office | 750.00 |
| 202 | Desktop Generic | Desktop | Computer Equipment | Studio B | 1,200.00 |
| 203 | Desktop Generic | Desktop | Computer Equipment | Studio B | 1,200.00 |
| 161 | Desktop Generic | Desktop | Computer Equipment | Studio B | 1,500.00 |
| 206 | Desktop Generic | Desktop | Computer Equipment | Studio B | 2,500.00 |
| 214 | iMac | Desktop | Computer Equipment | Studio B | 600.00 |
| 204 | iMac | Desktop | Computer Equipment | Studio B | 800.00 |
| 205 | iMac | Desktop | Computer Equipment | Studio B | 1,200.00 |
| 220 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 221 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 222 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 223 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 224 | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio B | 5,400.00 |
| 325 | Desktop Generic | Desktop | Computer Equipment | Studio C | 1,200.00 |
| 315 | Desktop Generic | Desktop | Computer Equipment | Studio C | 1,500.00 |
| 332 | Desktop Generic | Desktop | Computer Equipment | Studio C | 1,500.00 |


Bankruptcy Auction Agency Agreement | Intellectual & Personal Property



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio C | 97,000.00 |
| 801 | Dell Precision T3600 | AUTOCAD | Computer Equipment | Studio C Server Room | 500.00 |
| 814 | Dell Precision T3600 | AUTOCAD | Computer Equipment | Studio C Server Room | 500.00 |
| 812 | Mac Mini | Desktop | Computer Equipment | Studio C Server Room | 500.00 |
| 813 | Mac Mini | Desktop | Computer Equipment | Studio C Server Room | 500.00 |
| 807 | Supermicro SuperServer 1029P-MT SYS-1029P-MT | Rack | Computer Equipment | Studio C Server Room | 1,000.00 |
| 284 | Desktop Generic | Desktop | Computer Equipment | Studio J | 800.00 |
| 285 | Desktop Generic | Desktop | Computer Equipment | Studio J | 800.00 |
| 277 | Desktop Generic | Desktop | Computer Equipment | Studio J | 3,500.00 |
| 278 | Desktop Generic | Desktop | Computer Equipment | Studio J | 3,500.00 |
| 280 | iMac | Desktop | Computer Equipment | Studio J | 600.00 |
| 191 | Pixel Plex | Monitor | Computer Equipment | Studio J | 40,000.00 |
| | PN-V601A LCD Monitor | Monitor | Computer Equipment | Studio J | 130,000.00 |
| 297 | iMac | Desktop | Computer Equipment | Writers Room | 600.00 |
| | | | | **Total Computer Equipment Cost** | **403,800.00** |
| 37 | Fridge | Break Room | Facilities | Accounting office | 600.00 |
| 39 | Large TV | TV | Facilities | Accounting office | 500.00 |
| 38 | Vacuum | Vacuum | Facilities | Accounting office | 600.00 |
| 33 | TV | TV | Facilities | E-Commerce office | 600.00 |
| 6 | Fridge | Break Room | Facilities | CS breakroom | 900.00 |
| 4 | Coffee Grinder | Coffee grinder | Facilities | CS breakroom | 900.00 |
| 5 | Coffee Maker | Coffee maker | Facilities | CS breakroom | 1,100.00 |
| 13 | TV | TV | Facilities | CS Conference room | 800.00 |
| 244 | Large TV | TV | Facilities | Producer's Office | 1,200.00 |
| 22 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 23 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 24 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 25 | Zebra RF Gun | RF Gun | Facilities | Facility manager room | 1,300.00 |
| 113 | Air compressor | Air compressor | Facilities | Gym | 5,000.00 |
| 95 | Hoist Bench | Gym equipment | Facilities | Gym | 550.00 |
| 96 | Hoist Bench | Gym equipment | Facilities | Gym | 550.00 |
| 97 | Hoist Bench | Gym equipment | Facilities | Gym | 550.00 |
| 98 | Hoist HD-3700 | Gym equipment | Facilities | Gym | 5,000.00 |
| 103 | Keiser Biaxial Chest press | Gym equipment | Facilities | Gym | 5,000.00 |
| 101 | Keiser Infinity series | Gym equipment | Facilities | Gym | 5,000.00 |
| 104 | Keiser Leg press | Gym equipment | Facilities | Gym | 5,000.00 |
| 105 | Keiser seated leg curl | Gym equipment | Facilities | Gym | 5,000.00 |
| 102 | Keiser Upper Back | Gym equipment | Facilities | Gym | 5,000.00 |
| 106 | Massage table | Gym equipment | Facilities | Gym | 670.00 |
| | Massage table | Gym equipment | Facilities | Gym | 670.00 |
| | Punching bag | Gym equipment | Facilities | Gym | 200.00 |
| | Punching bag | Gym equipment | Facilities | Gym | 200.00 |
| 100 | Rouge Echo Bike | Gym equipment | Facilities | Gym | 900.00 |
| 107 | RowERG | Gym equipment | Facilities | Gym | 1,200.00 |
| 93 | Squat Rack | Gym equipment | Facilities | Gym | 1,200.00 |
| 94 | Squat Rack | Gym equipment | Facilities | Gym | 1,200.00 |
| 99 | Teeter | Gym equipment | Facilities | Gym | 500.00 |
| 122 | Teeter | Gym equipment | Facilities | Gym | 500.00 |
| 92 | TF Leg Press | Gym equipment | Facilities | Gym | 1,500.00 |
| 108 | Weight rack with weights 10-60 lbs | Gym equipment | Facilities | Gym | 1,700.00 |
| 109 | Weight rack with weights 65-100lbs | Gym equipment | Facilities | Gym | 3,000.00 |
| 111 | PA System | Speaker | Facilities | Gym | 900.00 |
| 110 | TV | TV | Facilities | Gym | 300.00 |
| 70 | Ac Unit | AC Unit | Facilities | Gym / storage | 9,500.00 |
| 82 | BBQ Pit | BBQ Pit | Facilities | Gym / storage | 3,000.00 |
| 84 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 85 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 86 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 87 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 88 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 89 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 90 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 91 | Philips Selecon Studio light | Lights | Facilities | Gym / storage | 1,800.00 |
| 73 | Electric pallet jack | Pallet jack | Facilities | Gym / storage | 4,000.00 |
| 72 | Pallet jack | Pallet jack | Facilities | Gym / storage | 500.00 |
| 64 | Safe | Safe | Facilities | Gym / storage | 500.00 |
| 67 | Safe | Safe | Facilities | Gym / storage | 500.00 |
| 65 | Safe | Safe | Facilities | Gym / storage | 3,300.00 |
| 66 | Safe | Safe | Facilities | Gym / storage | 3,300.00 |
| 69 | Shipping container | Safe | Facilities | Gym / storage | 6,000.00 |
| 79 | Drone storage case | Storage case | Facilities | Gym / storage | 900.00 |



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 144 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 145 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 146 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 147 | Fridge | Break Room | Facilities | Gym Break room | 1,200.00 |
| 143 | Euhomy Ice box | Kitchen | Facilities | Gym Break room | 500.00 |
| 121 | Air tower elite | Gym equipment | Facilities | Gym Cold Room | 1,300.00 |
| 126 | Elliptical | Gym equipment | Facilities | Gym Cold Room | 1,200.00 |
| 118 | Resistance Fitness Bike | Gym equipment | Facilities | Gym Cold Room | 800.00 |
| 119 | Resistance Fitness Bike | Gym equipment | Facilities | Gym Cold Room | 800.00 |
| 120 | Resistance Fitness Bike | Gym equipment | Facilities | Gym Cold Room | 800.00 |
| 125 | Treadmill | Gym equipment | Facilities | Gym Cold Room | 600.00 |
| 123 | Trueform trainer | Gym equipment | Facilities | Gym Cold Room | 7,000.00 |
| 124 | Trueform trainer | Gym equipment | Facilities | Gym Cold Room | 7,000.00 |
| 114 | Joovv red light | Lights | Facilities | Gym Cold Room | 1,300.00 |
| 116 | Joovv red light | Lights | Facilities | Gym Cold Room | 1,300.00 |
| 117 | Joovv red light | Lights | Facilities | Gym Cold Room | 18,000.00 |
| 115 | TV | TV | Facilities | Gym Cold Room | 600.00 |
| 140 | Large TV | TV | Facilities | Morning Host office | 600.00 |
| 42 | Large TV | TV | Facilities | IT | 500.00 |
| 49 | Large TV | TV | Facilities | IT | 500.00 |
| 43 | Large TV | TV | Facilities | IT | 600.00 |
| 60 | TV | TV | Facilities | IT | 800.00 |
| 138 | Large TV | TV | Facilities | Sales office | 600.00 |
| 11 | TV | TV | Facilities | Customer Service Office | 300.00 |
| 62 | TV | TV | Facilities | Customer Service Office | 200.00 |
| 136 | Large TV | TV | Facilities | Afternoon Host office | 600.00 |
| 137 | Large TV | TV | Facilities | Afternoon Host office | 800.00 |
| 157 | Fridge | Break Room | Facilities | Small conference room | 1,200.00 |
| 154 | TV | TV | Facilities | Small conference room | 1,200.00 |
| 303 | Coffee Maker | Coffee maker | Facilities | Podcast studio | 1,200.00 |
| 311 | TV | TV | Facilities | Producers room | 500.00 |
| 307 | Fridge | Break Room | Facilities | Production Break Room | 2,500.00 |
| 305 | Coffee Grinder | Coffee grinder | Facilities | Production Break Room | 1,000.00 |
| 306 | Coffee Maker | Coffee maker | Facilities | Production Break Room | 1,200.00 |
| 304 | Large TV | TV | Facilities | Production Break Room | 800.00 |
| 232 | Large TV | TV | Facilities | Production Conference room | 2,300.00 |
| 236 | Safe | Safe | Facilities | Security entrance | 1,600.00 |
| 9 | Large TV | TV | Facilities | Customer Service Office | 500.00 |
| 266 | Safe | Safe | Facilities | Studio J | 5,000.00 |
| 298 | TV | TV | Facilities | Writers Room | 600.00 |
| | | | **Total Facilities Cost** | | **180,690.00** |
| 17 | Cabinet | Cabinet | Office Furniture | Customer Service | 500.00 |
| 28 | Cabinet | Cabinet | Office Furniture | Facility manager room | 600.00 |
| 32 | Cabinet | Cabinet | Office Furniture | Purchasing office | 600.00 |
| 35 | Cabinet | Cabinet | Office Furniture | Accounting office | 500.00 |
| 44 | Cabinet | Cabinet | Office Furniture | IT | 600.00 |
| 45 | Cabinet | Cabinet | Office Furniture | IT | 500.00 |
| 134 | Cabinet | Cabinet | Office Furniture | Green screen room | 800.00 |
| 12 | Whiteboard | Whiteboard | Office Furniture | CS Conference room | 600.00 |
| 139 | Whiteboard | Whiteboard | Office Furniture | Sales office | 500.00 |
| 155 | Whiteboard | Whiteboard | Office Furniture | Small conference room | 600.00 |
| 233 | Whiteboard | Whiteboard | Office Furniture | Production Conference room | 600.00 |
| 234 | Whiteboard | Whiteboard | Office Furniture | Production Conference room | 500.00 |
| 3 | Table | Table | Office Furniture | E-Commerce | 500.00 |
| 16 | Conference Table | Table | Office Furniture | CS Conference room | 1,200.00 |
| 83 | Conference Table | Table | Office Furniture | Gym / storage | 1,200.00 |
| 156 | Conference Table | Table | Office Furniture | Small conference room | 2,000.00 |
| 231 | Conference Table | Table | Office Furniture | Production Conference room | 3,000.00 |
| 135 | Cabinet | Cabinet | Office Furniture | Bull pen | 500.00 |
| 208 | Cabinet | Cabinet | Office Furniture | Studio B | 800.00 |
| 209 | Cabinet | Cabinet | Office Furniture | Studio B | 800.00 |
| 239 | Cabinet | Cabinet | Office Furniture | Production Office | 500.00 |
| 312 | Cabinet | Cabinet | Office Furniture | Studio C | 600.00 |
| 636 | Cabinet | Cabinet | Office Furniture | Studio C | 500.00 |
| 31 | Couch | Couch | Office Furniture | E-Commerce office | 500.00 |
| 36 | Couch | Couch | Office Furniture | Accounting office | 500.00 |
| 63 | Couch | Couch | Office Furniture | Customer Service Office | 500.00 |
| 151 | Couch | Couch | Office Furniture | Front waiting room / office | 800.00 |
| 299 | Couch | Couch | Office Furniture | Writers Room | 600.00 |
| 34 | Desk | Desk | Office Furniture | Accounting office | 2,000.00 |
| 54 | Big White Desk | Desk | Office Furniture | IT | 500.00 |




**FREE SPEECH SYSTEMS LLC**
Southern District of Texas
Case #22-60043
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 149 | Big White Desk | Desk | Office Furniture | Front waiting room / office | 600.00 |
| 150 | Big White Desk | Desk | Office Furniture | Front waiting room / office | 600.00 |
| 172 | Studio B Desk | Desk | Office Furniture | Studio B | 10,000.00 |
| 253 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 254 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 255 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 257 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 258 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 259 | Big White Desk | Desk | Office Furniture | Production Office | 600.00 |
| 261 | Desk | Desk | Office Furniture | Studio J | 45,000.00 |
| 265 | Desk | Desk | Office Furniture | Studio J | 15,000.00 |
| 286 | Desk | Desk | Office Furniture | Studio J | 5,000.00 |
| 287 | Desk | Desk | Office Furniture | Studio J | 5,000.00 |
| 302 | Desk | Desk | Office Furniture | Podcast studio | 5,000.00 |
| 310 | Desk | Desk | Office Furniture | Producers room | 600.00 |
| 317 | Desk | Desk | Office Furniture | Studio C | 3,000.00 |
| 329 | Desk | Desk | Office Furniture | Studio C | 2,500.00 |
| 334 | Desk | Desk | Office Furniture | Studio C | 2,500.00 |
| 349 | Desk | Desk | Office Furniture | Studio C | 15,000.00 |
| 651 | Big White Desk | Desk | Office Furniture | IT | 500.00 |
| 652 | Big White Desk | Desk | Office Furniture | IT | 500.00 |
| | | | | | 138,300.00 |
| 313 | Avcom portable spectrum analyzer | Analyzer | Production Equipment | Studio C | 1,200.00 |
| 185 | Distribution Amplifier Pro Plus | Audio Amplifier | Production Equipment | Studio J | 200.00 |
| 159 | AD 22S Audio Delay | Audio Delay | Production Equipment | Studio B | 579.00 |
| 182 | AD 22S Audio Delay | Audio Delay | Production Equipment | Studio J | 580.00 |
| 291 | AD 22S Audio Delay | Audio Delay | Production Equipment | Studio C | 600.00 |
| 184 | Scarlett 18i20 | Audio Interface | Production Equipment | Studio J | 600.00 |
| 791 | BD600 | Broadcast Delay | Production Equipment | Studio C | 4,000.00 |
| 321 | Airtools 6100 | BroadcastDelay | Production Equipment | Studio C | 900.00 |
| 322 | Airtools 6100 | BroadcastDelay | Production Equipment | Studio C | 900.00 |
| 170 | Camera with Tripod | Camera | Production Equipment | Studio B | 6,000.00 |
| 171 | Camera with Tripod | Camera | Production Equipment | Studio B | 7,200.00 |
| 173 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 174 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 175 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 176 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 177 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio J | 8,000.00 |
| 210 | Sony Carl Zeiss | Camera | Production Equipment | Studio B | 700.00 |
| 211 | Panasonic Camera | Camera | Production Equipment | Studio B | 5,000.00 |
| 225 | Camera with Tripod | Camera | Production Equipment | Studio B | 6,000.00 |
| 226 | Camera with Tripod | Camera | Production Equipment | Studio B | 6,500.00 |
| 228 | Sony Carl Zeiss | Camera | Production Equipment | Studio B | 700.00 |
| 283 | Sony Carl Zeiss | Camera | Production Equipment | Studio J | 700.00 |
| 288 | Camera crane with Camera | Camera | Production Equipment | Studio J | 15,000.00 |
| 335 | Sony Carl Zeiss | Camera | Production Equipment | Studio C | 700.00 |
| 351 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
| 355 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
| 356 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
| 357 | Sony camera with tripod | Camera | Production Equipment | Studio C | 1,700.00 |
| 361 | Camera with Tripod and MD-HX | Camera | Production Equipment | Studio C | 8,000.00 |
| | Sony Carl Zeiss | Camera | Production Equipment | Studio C | 600.00 |
| | Canon Camera | Camera | Production Equipment | E-Commerce | 2,500.00 |
| | Sony Carl Zeiss | Camera | Production Equipment | Studio J | 700.00 |
| | Sony Carl Zeiss | Camera | Production Equipment | Studio J | 700.00 |
| 196 | Sony remote control unit | Camera controller | Production Equipment | Studio B | 1,500.00 |
| 207 | DJI Ronin M | Camera controller | Production Equipment | Studio B | 1,400.00 |
| 260 | Sony remote control unit | Camera controller | Production Equipment | Studio J | 800.00 |
| 276 | NovaStar LED digital video display | Camera controller | Production Equipment | Studio J | 4,500.00 |
| 331 | Sony remote control unit | Camera controller | Production Equipment | Studio C | 1,500.00 |
| 183 | 6200 DAB | Digital Audio Broadcast Processor | Production Equipment | Studio J | 1,700.00 |
| 320 | 6200 DAB | Digital Audio Broadcast Processor | Production Equipment | Studio C | 1,700.00 |
| 811 | Optimod 6200 DAB | Digital Audio Broadcast Processor | Production Equipment | Studio C Server Room | 2,000.00 |
| 68 | Drone | Drone | Production Equipment | Gym / storage | 3,000.00 |
| 187 | NC1 I/O | Input Output Module | Production Equipment | Studio J | 5,400.00 |
| 188 | NC1 I/O | Input Output Module | Production Equipment | Studio J | 5,400.00 |
| 314 | NC1 I/O | Input Output Module | Production Equipment | Studio C | 1,200.00 |
| 127 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 128 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 131 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 132 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |

 Bankruptcy Auction Agency Agreement | Intellectual & Personal Property



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 158 | Wheatstone Strata 32 | Soundboard | Production Equipment | Studio B | 75,000.00 |
| 160 | ETC | Soundboard | Production Equipment | Studio B | 4,500.00 |
| 197 | Newtek | Soundboard | Production Equipment | Studio B | 20,000.00 |
| 249 | Newtek | Soundboard | Production Equipment | Studio B | 20,000.00 |
| 273 | Newtek | Soundboard | Production Equipment | Studio J | 20,000.00 |
| 275 | ETC | Soundboard | Production Equipment | Studio J | 3,000.00 |
| 279 | Wheatstone Strata 32 | Soundboard | Production Equipment | Studio J | 75,000.00 |
| 319 | Wheatstone Strata 32 | Soundboard | Production Equipment | Studio C | 75,000.00 |
| 330 | Newtek | Soundboard | Production Equipment | Studio C | 20,000.00 |
| 787 | Access Rack | Stereo | Production Equipment | Studio C | 1,800.00 |
| 788 | Access Rack | Stereo | Production Equipment | Studio C | 1,800.00 |
| 162 | ProSafe GS728TP | Switch | Production Equipment | Studio B | 500.00 |
| 190 | Switch 48 | Switch | Production Equipment | Studio J | 1,200.00 |
| 783 | Catalyst 3650 24 4X1G | Switch | Production Equipment | Studio C | 2,500.00 |
| 800 | Smart Videohub | Switch | Production Equipment | Studio C Server Room | 3,000.00 |
| 809 | ProCurve Switch 4208vl | Switch | Production Equipment | Studio C Server Room | 1,000.00 |
| 810 | DXS-1210-12SC | Switch | Production Equipment | Studio C Server Room | 1,500.00 |
| 129 | Large TV | TV | Production Equipment | Green screen room | 800.00 |
| 130 | Large TV | TV | Production Equipment | Green screen room | 800.00 |
| 198 | Large TV | TV | Production Equipment | Studio B | 2,000.00 |
| 199 | Large TV | TV | Production Equipment | Studio B | 3,000.00 |
| 200 | Large TV | TV | Production Equipment | Studio B | 1,500.00 |
| 201 | TV | TV | Production Equipment | Studio B | 800.00 |
| 216 | TV | TV | Production Equipment | Studio B | 500.00 |
| 217 | Large TV | TV | Production Equipment | Studio B | 500.00 |
| 218 | Large TV | TV | Production Equipment | Studio B | 1,500.00 |
| 219 | Large TV | TV | Production Equipment | Studio B | 1,500.00 |
| 227 | Large TV | TV | Production Equipment | Studio B | 600.00 |
| 250 | Large TV | TV | Production Equipment | Studio C | 600.00 |
| 251 | Large TV | TV | Production Equipment | Studio C | 800.00 |
| 262 | Large TV | TV | Production Equipment | Studio J | 5,500.00 |
| 263 | Large TV | TV | Production Equipment | Studio J | 4,500.00 |
| 264 | Large TV | TV | Production Equipment | Studio J | 1,500.00 |
| 267 | TV | TV | Production Equipment | Studio J | 5,400.00 |
| 268 | Large TV | TV | Production Equipment | Studio J | 1,500.00 |
| 272 | Large TV | TV | Production Equipment | Black box | 1,500.00 |
| 281 | Large TV | TV | Production Equipment | Studio J | 2,500.00 |
| 282 | Large TV | TV | Production Equipment | Studio J | 2,000.00 |
| 300 | TV | TV | Production Equipment | Podcast studio | 1,200.00 |
| 301 | TV | TV | Production Equipment | Podcast studio | 2,800.00 |
| 352 | Large TV | TV | Production Equipment | Studio C | 800.00 |
| 353 | Large TV | TV | Production Equipment | Studio C | 600.00 |
| 354 | Large TV | TV | Production Equipment | Studio C | 3,000.00 |
| 358 | TV | TV | Production Equipment | Studio C | 600.00 |
| 359 | TV | TV | Production Equipment | Studio C | 600.00 |
| 360 | TV | TV | Production Equipment | Studio C | 600.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
|  | Large TV | TV | Production Equipment | Studio J | 1,200.00 |
| 348 | SmartOnline UPS | UPS | Production Equipment | Studio C Server Room | 2,000.00 |
| 802 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 7,500.00 |
| 803 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 7,500.00 |
| 804 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 10,500.00 |
| 805 | GXT4 UPS | UPS | Production Equipment | Studio C Server Room | 10,500.00 |
| 806 | SmartOnline UPS | UPS | Production Equipment | Studio C | 2,000.00 |
| 163 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 1,500.00 |
| 164 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 1,500.00 |
| 165 | Smart Videohub 40x40 | Video Broadcaster | Production Equipment | Studio B | 3,000.00 |
| 179 | ATEM 1 M/E Production Studio 4k | Video Broadcaster | Production Equipment | Studio J | 2,700.00 |
| 180 | Design Video Assist | Video Broadcaster | Production Equipment | Studio J | 1,000.00 |
| 186 | LU2000 | Video Broadcaster | Production Equipment | Studio J | 5,500.00 |
| 189 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio J | 16,000.00 |
| 192 | Ultimatte 12 4k | Video Broadcaster | Production Equipment | Studio C | 2,500.00 |
| 193 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |
| 194 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |
| 195 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |
| 245 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 600.00 |
| 246 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio B | 1,500.00 |
| 293 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio C | 16,000.00 |
| 316 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio C | 5,000.00 |



Bankruptcy Auction Agency Agreement | Intellectual & Personal Property



**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 133 | Socanland Light | Lights | Production Equipment | Green screen room | 1,000.00 |
| 212 | Socanland Light | Lights | Production Equipment | Studio B | 500.00 |
| 213 | Socanland Light | Lights | Production Equipment | Studio B | 500.00 |
| 215 | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
| 229 | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
| 230 | Socanland Light | Lights | Production Equipment | Studio B | 1,200.00 |
| 235 | Socanland Light | Lights | Production Equipment | Security entrance | 600.00 |
| 240 | Socanland Light | Lights | Production Equipment | Studio B | 500.00 |
| 336 | Socanland Light | Lights | Production Equipment | Studio C | 1,200.00 |
| 337 | Socanland Light | Lights | Production Equipment | Studio C | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio J | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 1,200.00 |
|  | Light | Lights | Production Equipment | Studio J | 2,000.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 600.00 |
|  | Socanland Light | Lights | Production Equipment | Studio B | 1,200.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 600.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
|  | Socanland Light | Lights | Production Equipment | Studio C | 800.00 |
|  | Socanland Light | Lights | Production Equipment | Studio B | 600.00 |
|  | Socanland Light | Lights | Production Equipment | Studio B | 1,200.00 |
| 169 | The Garnet Microphone | Microphone | Production Equipment | Sound Booth | 3,075.00 |
| 167 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio B | 5,555.00 |
| 168 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio B | 5,555.00 |
| 326 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 5,555.00 |
| 350 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 5,000.00 |
| 784 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 4,200.00 |
| 785 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 4,200.00 |
| 797 | Blade-3 | Microphone I/O Network Blade | Production Equipment | Studio C | 4,200.00 |
| 786 | Gibraltar Network | Network Rack | Production Equipment | Studio C | 650.00 |
| 323 | Clear-com MS-702 | Rack | Production Equipment | Studio C | 1,600.00 |
| 324 | Clear-com HME DX210 | Rack | Production Equipment | Studio C | 3,000.00 |
| 338 | Evo SNS 16B64TB-2X10C | Rack | Production Equipment | Studio C Server Room | 35,000.00 |
| 339 | Dell 3930 Rack | Rack | Production Equipment | Studio C Server Room | 2,000.00 |
| 340 | HP ProLiant DL360e Gen 8 | Rack | Production Equipment | Studio C Server Room | 1,100.00 |
| 341 | Haivision Encoders | Rack | Production Equipment | Studio C Server Room | 50,000.00 |
| 342 | Evo Server Rack | Rack | Production Equipment | Studio C Server Room | 50,000.00 |
| 343 | Supermicro SuperServer 1029P-MT SYS-1029P-MT | Rack | Production Equipment | Studio C Server Room | 2,100.00 |
| 344 | UC-IRD Receiver Decoder | Rack | Production Equipment | Studio C Server Room | 2,100.00 |
| 345 | Wave Stream Redundancy Controller | Rack | Production Equipment | Studio C Server Room | 15,000.00 |
| 346 | Tanberg E5770 | Rack | Production Equipment | Studio C Server Room | 600.00 |
| 347 | Tandberg EN5990 Digital Encoder | Rack | Production Equipment | Studio C Server Room | 2,500.00 |
| 362 | Creston AV3 | Rack | Production Equipment | Studio C | 2,500.00 |
| 808 | Supermicro SuperServer 1029P-MT SYS-1029P-MT | Rack | Production Equipment | Studio C Server Room | 1,000.00 |
| 274 | Digital radio control | Radio control | Production Equipment | Studio J | 5,100.00 |
| 792 | EW G4 | Radio control | Production Equipment | Studio C | 1,100.00 |
| 794 | True Diversity Receiver 500 | Receiver | Production Equipment | Studio C | 600.00 |
| 795 | True Diversity Receiver 500 | Receiver | Production Equipment | Studio C | 600.00 |
| 796 | True Diversity Receiver 500 | Receiver | Production Equipment | Studio C | 600.00 |
| 166 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio B | 545.00 |
| 181 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio J | 525.00 |
| 289 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio C | 1,200.00 |
| 290 | Teranex Mini - SDI Distribution 12G | SDI Distribution | Production Equipment | Studio C | 700.00 |
| 247 | Tricaster Server | Server | Production Equipment | Studio B | 7,500.00 |
| 248 | Tricaster Server | Server | Production Equipment | Studio B | 7,500.00 |
| 292 | Behringer x32 Rack | Server | Production Equipment | Studio C | 1,600.00 |
| 294 | Tricaster Server | Server | Production Equipment | Studio C | 2,000.00 |
| 295 | Tricaster Server | Server | Production Equipment | Studio C | 10,000.00 |
| 296 | BlackMagic Atem production switcher | Server | Production Equipment | Studio C | 1,000.00 |
| 654 | Server | Server | Production Equipment | CS server room | 600.00 |
| 655 | Server | Server | Production Equipment | CS server room | 700.00 |
| 656 | Server | Server | Production Equipment | CS server room | 1,200.00 |
| 781 | IOT/Embedded System | Server | Production Equipment | Studio C | 1,000.00 |
| 798 | Rockford R331 | Server | Production Equipment | Studio C | 11,000.00 |
| 799 | Rockford R331 | Server | Production Equipment | Studio C | 11,000.00 |
|  | Server | Server | Production Equipment | CS server room | 2,000.00 |




**FREE SPEECH SYSTEMS LLC**
**Southern District of Texas**
**Case #22-60043**
*Fixed Asset & Vehicle Schedule - Exhibit E*

| Asset Tag (a) | Description | Item | Category | Location | Est. Cost (b) |
|---|---|---|---|---|---|
| 318 | TriCaster TC1 | Video Broadcaster | Production Equipment | Studio B | 5,000.00 |
| 327 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio C | 1,500.00 |
| 328 | TalkShow VS-100 | Video Broadcaster | Production Equipment | Studio C | 1,500.00 |
| 333 | Ultimatte 12 4k | Video Broadcaster | Production Equipment | Studio C | 2,500.00 |
| 782 | KiPro Rack | Video Broadcaster | Production Equipment | Studio C | 3,000.00 |
| 789 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio J | 1,000.00 |
| 790 | HyperDeck Studio Pro | Video Broadcaster | Production Equipment | Studio C | 1,000.00 |
| | | | **Total Production Equipment Cost** | | **969,019.00** |
| | | | | | |
| | | | **TOTAL FIXED ASSETS** | | **1,691,809.00** |
| | | | | | |
| | 2021 Winnenago RV | Vehicle | Vehicles | Alvin Devane Office | 140,000.00 |
| | 2006 Acura MX | Vehicle | Vehicles | Alvin Devane Office | 10,000.00 |
| | 2015 Ford F450 Teradyne Truck | Vehicle | Vehicles | Gym / storage | 250,000.00 |
| | | | **TOTAL VEHICLE COST** | | **400,000.00** |

(a) List is the result of a physical count of items located at the FSS Offices and Studios and does not include anything of nominal value such as small office supplies or personal items. The threshold of value to be counted and assigned an Asset ID was $500 and higher. Management does not believe there is a material amount of liquidation value in the small items that have under $500 of cost when purchased.

(b) Historical asset values for Free Speech Systems are not complete or reliable. We researched our records to estimate the costs and management believes the amounts are materially correct and consistent with prior tax returns and disclosures in this

 Bankruptcy Auction Agency Agreement | Intellectual & Personal Property

EXHIBIT B-1

Intellectual Property Budget

| | | |
|---|---:|---:|
| Sealed Bid Package Prep & Data Room | | $2,500 |
| Marketing | | |
|     Trade Publications | $3,000 | |
|     Direct Email Campaign | $2,000 | |
|     Wall St. Journal | $3,500 | |
|     PR Campaign | $2,500 | |
|     Social Media | $750 | |
|     Ad Preparation | $1,250 | $13,000 |
| Total Budget | | $15,500 |

 Bankruptcy Auction Agency Agreement | Intellectual & Personal Property

EXHIBIT B-2

Personal Property Budget

Labor

| | | |
|---|---|---|
| Onsite Asset Prep – Supervisor @ 15 Days | $9,000 | |
| Onsite Asset Prep – Support @ 15 Days | $6,000 | |
| Checkout/Removal – Supervisor @ 10 Days | $6,000 | |
| Checkout/Removal – Support @ 10 Days | $4,000 | |
| Auction Administration | $2,000 | $27,000 |

Marketing

| | | |
|---|---|---|
| Trade Publications | $4,000 | |
| Direct Email Campaign | $2,000 | |
| PR Campaign | $2,500 | |
| Social Media | $1,000 | |
| Ad Preparation & Guerilla Marketing | $1,500 | $11,000 |

Marketing

| | | |
|---|---|---|
| Online Bidding Fees (2% of auction) | $10,000* | |
| Transportation, Supplies & Miscellaneous | $3,500 | |
| Security | $5,000** | $18,500 |
| Total Budget | | $56,600 |

\* Estimated cost; to be billed at actual cost

\*\* Estimated cost; to be used as necessary and billed at actual cost