**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**THIRD MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as proposed Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | August 1, 2024 through and including August 31, 2024 |
| **Interim Fees Incurred:** | $103,537.50 |
| **Interim Payment of Fees Requested (80%):** | $82,830.00 |
| **Interim Expenses Incurred:** | $1,881.17 |
| **Total Fees and Expenses Due:** | $84,711.17 |

This is the Third Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Third Monthly Fee Statement (the "Fee Statement") for the period from August 1, 2024 through August 31, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $103,537.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,881.17 (the "Expenses"), for the period from August 1, 2024 through August 31, 2024. Eighty percent (80%) of the fees equals $82,830.00 and one hundred percent (100%) of the Expenses equals $1,881.17 for a total requested amount of $84,711.17.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $82,830.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,881.17 in the total amount of $84,711.17.

15552297v1

Dated:  September 9, 2024
       Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 9, 2024.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15552297v1

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 113.90 | 78,584.00 |
| Case Administration | 16.80 | 7,525.50 |
| Employment/Fee Application | 14.30 | 8,932.50 |
| Litigation/Contested Matters | 15.10 | 8,495.50 |
|  |  |  |
| **TOTAL** | 160.10 | 103,537.50 |

15552297v1

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 374.18 |
| Delivery Service | 48.00 |
| Postage | 0.97 |
| Reproduction | 1.95 |
| Reproduction Services | 1,427.72 |
| Service Fee | 28.35 |
|  |  |
| **TOTAL** | 1,881.17 |

**EXHIBIT 3**

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Derek V. Forinash | $950.00 | 3.50 |
| Joshua W. Wolfshohl | $945.00 | 26.70 |
| Michael B. Dearman | $625.00 | 54.20 |
| Jordan T. Stevens | $595.00 | 1.50 |
| Kenesha L. Starling | $575.00 | 55.80 |
| Carey A. Sakert | $470.00 | 6.70 |
| Mitzie L. Webb | $465.00 | 4.60 |
| Eliana Garfias | $405.00 | 4.60 |
| Pamela A. Balser | $410.00 | .50 |
| Allyson A. Adame | $385.00 | 2.00 |
|  |  |  |
| **TOTAL** |  | **160.10** |

6

15552297v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 567594 |
| Date | 09/06/24 |
| | 018577-0001 |
| | JOSHUA W. WOLFSHOHL |

ATTN: CHRIS MURRAY

TAX ID# 74-2174193

**Alex Jones**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $103,537.50 |
| Disbursements | 1,881.17 |
| Total Current Invoice | $105,418.67 |
| **TOTAL AMOUNT DUE** | **$105,418.67** |

Exhibit 4

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 567594 |
| Date | 09/06/24 |
| | 018577-0001 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

_____

For professional services rendered and related expenses incurred in the above-referenced matter through August 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/24 | MBD | Correspond with J. Chiba regarding case administration (.1); conference with PH team and Trustee team regarding case strategy and outstanding issues (1.2); conference with K. Starling regarding application to employ Tranzon (.2); begin draft application to employ Tranzon (.3); multiple correspondence with counterparties to agreed stipulation and confidentiality agreement (.5); continue draft motion to sell FSS assets (2.9); correspond with M. Kingston regarding protective order (.3); multiple correspondence with Texas counsel regarding protective order (.2). | 5.70 | 3,562.50 |
| 08/01/24 | KLS | Teams call with M. Dearman regarding application to employ Tranzon. | 0.30 | 172.50 |
| 08/01/24 | JWW | Work on issues related to subpoena responses and discovery (.3); emails regarding sale issues (.2); conference with trustee and team regarding sale issues and related open issues in case (1.2); conference with trustee and A. Jones (.6); follow-up call with trustee and E. Jones (.4). | 2.70 | 2,551.50 |
| 08/02/24 | MBD | Correspond with U.S. Trustee regarding protective order (.2); prepare protective order for filing (.5); continue draft sale motion and order (.9); calendar fee application deadlines (.2); numerous correspondence and conferences with objecting parties regarding protective order (1.5); conference with C. Murray regarding document production and sale motion (.2); correspond with C. Murray, J. Wolfshohl, and E. Jones regarding same (.2). | 3.70 | 2,312.50 |
| 08/02/24 | JTS | Review and analyze the Protective Order governing the earlier production of documents. | 0.30 | 178.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 567594 |
| Date | 09/06/24 |
| | 018577-0001 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/02/24 | EG | Correspondence on draft and filing logistics of protective order (.1); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); email case manager on submission of same (.1); update file (.1). | 0.60 | 243.00 |
| 08/02/24 | MLW | Email exchanges with M. Dearman regarding proposed Confidentiality Agreement and Protective Order (.2); receive and file same with copy to Court Case Manager (.3). | 0.50 | 232.50 |
| 08/05/24 | MBD | Conference with D. Forinash and J. Wolfshohl regarding IP issues (.2); conference with J. Wolfshohl regarding case status (.2); multiple correspondence with C. Murray regarding fee application objections (.1); conference with Trustee team and J. Wolfshohl regarding professional fee applications (.8); continue draft bid procedures and sale motion (2.2). | 3.50 | 2,187.50 |
| 08/05/24 | DVF | Discussing intellectual property issues with M. Dearman and J. Wolfshohl. | 0.50 | 475.00 |
| 08/05/24 | JWW | Conference with M. Dearman regarding structure of asset sale and related issues (.5); review fee application summary in preparation for meeting with Trustee team (.3); conference with Trustee team regarding strategy for fee application review and negotiation (1.1); conference with L. Freeman regarding same (.3); conference with E. Jones regarding same (.8); follow-up emails on subpoena (.1). | 3.10 | 2,929.50 |
| 08/06/24 | MBD | Conference with K. Starling regarding Tranzon retention application (.2); continue draft bid procedures motion, bid procedures, and bid procedures order (3.7); attend to correspondence with PH team regarding motion to remand (.2); correspond with C. Murray regarding IP assets (.1). | 4.20 | 2,625.00 |
| 08/06/24 | KLS | Begin initial draft of Trustee's Application to Employ Tranzon360 as Sale Broker. | 6.70 | 3,852.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|  |  |
|---|---|
| Page | 4 |
| Inv# | 567594 |
| Date | 09/06/24 |
|  | 018577-0001 |
|  | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/24 | JTS | Review and analyze the draft complaints provided by Akin Gump. | 0.40 | 238.00 |
| 08/06/24 | CAS | Communications with K. Starling, J. Wolfshohl, and vendor regarding setting up new database (.5); communications with A. Adame to coordinate setting up new ShareFile site and collecting and transferring client data to vendor for processing (.3). | 0.80 | 376.00 |
| 08/06/24 | JWW | Emails and phone conferences regarding fee application resolution options and related issues (.6); emails regarding IP sale issues (.1); emails regarding protective order entry and issues with data obtained by subpoena (.3); work on fee statement (.5). | 1.50 | 1,417.50 |
| 08/07/24 | MBD | Review and revise retention application for Tanzon (.5); correspond with K. Starling regarding same (.2); continue draft bid procedures and order (.6). | 1.30 | 812.50 |
| 08/07/24 | KLS | Continue initial draft of Trustee's Application to Employ Tranzon360 as Sale Broker and declaration of K. Toney in support of same. | 2.70 | 1,552.50 |
| 08/07/24 | AAA | Download .zip files from Akin Gump to L: drive (.4); upload .zip files to ShareFile (.5); prepare FTP link to circulate to vendor for processing (1.1). | 2.00 | 770.00 |
| 08/07/24 | CAS | Communications with A. Adame regarding contacting Akin Gump for direct access to client data (.2); communications with K. Starling and J. Wolfshohl regarding options for e-discovery platform (.5); contact Will Dent at Innovative Driven regarding setting up new database (.3); work with A. Adame to transfer hundreds of GBs to Innovative Driven (.6). | 1.60 | 752.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---:|
| Page | 5 |
| Inv# | 567594 |
| Date | 09/06/24 |
| | 018577-0001 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 08/08/24 | MBD | Review and revise Toney declaration (.2); continue draft and revise auction and sale motion (1.8); conference with Trustee team and PH team regarding case status and strategy (.8); correspond with K. Starling and J. Stevens regarding discovery issues and litigation (.2). | 3.00 | 1,875.00 |
| 08/08/24 | KLS | Weekly Teams call (.5); begin Trustee's Motions for extension of time to respond to Plaintiffs' Motions to Remand and proposed orders regarding same (1.3); begin review of draft Complaints (.5). | 2.30 | 1,322.50 |
| 08/08/24 | JTS | Prepare for and attend a strategy session with members of the Porter Hedges Team and the Client Team (.6); correspond with members of the Porter Hedges Team regarding points raised therein (.2). | 0.80 | 476.00 |
| 08/08/24 | CAS | Continue transferring data from Akin Gump to vendor for processing and loading (.7); communications with vendor regarding details of client data (.3); provide K. Starling with updates on status of database (.6). | 1.60 | 752.00 |
| 08/08/24 | JWW | Emails regarding issues related to remand response (.3); emails regarding storage of subpoena response material (.1); weekly call with Trustee team regarding open issues (.8); conference with W. Cicak regarding status of APA (.3); phone conference with J. Martin regarding extension to response deadline (.2); conference with C. Murray and E. Jones regarding sale strategy for FSS (.7); follow-up emails regarding same (.1); review fee statement and circulate to Trustee (.2). | 2.70 | 2,551.50 |
| 08/09/24 | MBD | Correspond with Committee, PH team, and Trustee team regarding documents requests. | 0.20 | 125.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    6
Inv#              567594
Date          09/06/24
                018577-0001
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/09/24 | KLS | Finalize Trustee's Motions for Extension of Time to respond to Plaintiffs' Motions to Remand and proposed orders regarding same. | 1.70 | 977.50 |
| 08/09/24 | EG | Correspondence on potential filing (.2); monitor emails for status of same (1.0); receive, review, and electronically file same with court (.6); download and circulate same (.2); update file (.1). | 2.10 | 850.50 |
| 08/09/24 | CAS | Continue coordinating data transfer to vendor ID (.4); communications with vendor regarding status of project (.3). | 0.70 | 329.00 |
| 08/11/24 | MBD | Draft nondisclosure agreement (.8); correspond with J. Wolfshohl regarding same (.1). | 0.90 | 562.50 |
| 08/12/24 | MBD | Multiple correspondence with C. Murray regarding nondisclosure agreement (.2); continue revising sale motion and order (5.2); correspond with V. Driver regarding nondisclosure agreement (.2); conference with Tranzon, C. Murray, J. Wolfshohl regarding sale (1.0). | 6.60 | 4,125.00 |
| 08/12/24 | KLS | Draft amended certificate of service for Joint Motions for Extensions of Time to Respond to Plaintiffs' Motions to Remand. | 1.50 | 862.50 |
| 08/12/24 | EG | Correspondence on submission of certificate of service (.2); receive, review and electronically file same with court (.2); upload same (.1); follow up emails on same (.1); discuss same with M. Webb (.1). | 0.70 | 283.50 |
| 08/12/24 | CAS | Email communications with vendor regarding setting up M. Dearman and J. Stevens with access to database (.2); confer with vendor regarding organization of client data (.4). | 0.60 | 282.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

Page        7
Inv#        567594
Date        09/06/24
018577-0001
JOSHUA W. WOLFSHOHL

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/12/24 | MLW | Email exchanges and calls with K. Starling regarding Amended Certificate of Service (.2); review draft and provide proposed edits to same (1.3); confer with E. Garfias regarding filing Amended Certificate (.2). | 1.70 | 790.50 |
| 08/12/24 | JWW | Emails regarding sale issues (.2); review emails from W. Cicak (.1); conference with Tranzon regarding sale process (.9); emails regarding same (.1); work on fee statement finalization and filing (.2); emails regarding issues with removed actions and review emails from court (.3); emails regarding subpoena issues and memos from UCC (.2); emails regarding Bloomberg inquiry (.1). | 2.10 | 1,984.50 |
| 08/13/24 | MBD | Correspond with J. Wolfshohl regarding sale motion (.1); correspond with K. Starling regarding Tranzon360 employment application (.1); review and revise sale motion (.4); correspond with C. Murray and E. Jones regarding same (.1). | 0.70 | 437.50 |
| 08/13/24 | KLS | Begin review and analysis of UCC draft complaints. | 2.40 | 1,380.00 |
| 08/13/24 | JWW | Review motion to sell and provide comments to same (.5); several emails regarding sale process and email to M. Cuban regarding sale issues (.4); emails regarding issues related to fee applications and review docket regarding same (.2). | 1.10 | 1,039.50 |
| 08/14/24 | MBD | Revise Tranzon employment application (.8); attend to multiple correspondence regarding discovery (.3); multiple correspondence Tranzon employment application (.2); continue revising sale motion and order (.5). | 1.80 | 1,125.00 |
| 08/14/24 | KLS | Further revise Trustee's Application to Employ Tranzon360 and declarations in support of same (2.4); complete review and analysis of UCC draft complaints (3.2). | 5.60 | 3,220.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 8 |
| Inv# | 567594 |
| Date | 09/06/24 |
| | 018577-0001 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/14/24 | EG | Correspondence on filings logistics of joint motion for extension of time (.2); receive, review, and electronically file same with court (.2); download and circulate same (.1); coordinate service (.1); update file (.1). | 0.70 | 283.50 |
| 08/14/24 | CAS | Communications with K. Starling regarding setting up complex searches to facilitate her review. | 0.30 | 141.00 |
| 08/14/24 | JWW | Emails and conference regarding sale motion and next steps for FSS assets (.6); conference with J. Martin regarding abatement of claim objection and review same (.3); emails regarding filing same (.1); emails regarding Tranzon employment and structure of application (.2); emails regarding sale process (.1). | 1.30 | 1,228.50 |
| 08/15/24 | MBD | Draft alternate sale order language (.7); review docket updates (.2); conference with Trustee team and PH team regarding case status and strategy (.5); correspond with C. Murray, E. Jones, and J. Wolfshohl regarding sale order language (.1); conference with J. Wolfshohl regarding same (.1); conference with C. Murray regarding same (.1); multiple correspondence with J. Wolfshohl and K. Starling regarding claims analysis (.3); revise Tranzon360 declarations and correspond with J. Wolfshohl and K. Starling regarding same (.5); continue revising sale motion and order (2.2); correspond with C. Murray and E. Jones regarding same (.1). | 4.80 | 3,000.00 |
| 08/15/24 | KLS | Finalize declarations in support of Trustee's Application to Employ Tranzon360 (.2); weekly call via Teams (.2); begin analysis of PQPR claims for Trustee (5.1). | 5.50 | 3,162.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                          9
Inv#                     567594
Date                   09/06/24
                    018577-0001
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/15/24 | JWW | Emails regarding sale process and Tranzon retention (.3); weekly conference call with Trustee team regarding all open issues in cases (.5); review and revise Tranzon retention and several emails with PH team regarding finalizing same for filing (.9); emails regarding M. Dearman regarding revisions to motion to approve sale process (.3); work on issues related to PQPR and analysis of claims (.5). | 2.50 | 2,362.50 |
| 08/16/24 | MBD | Conference with J. Tannenbaum regarding auction procedures (.3); multiple correspondence with E. Garfias and J. Wolfshohl regarding sale motion and filing logistics (.2); correspond with K. Starling, Tranzon, and ThreeSixty regarding employment applications (.2); review and revise sale motion and order (1.0). | 1.70 | 1,062.50 |
| 08/16/24 | KLS | Continue analysis of PQPR claims for Trustee. | 2.50 | 1,437.50 |
| 08/16/24 | EG | Correspondence on draft and revisions to sale motion. | 0.20 | 81.00 |
| 08/16/24 | JWW | Emails regarding analysis of fee requests (.2); work on sale procedure and circulate revisions to Tranzon and sale motion and follow-up emails regarding same (.9); emails regarding discussion with CT plaintiffs (.1). | 1.20 | 1,134.00 |
| 08/17/24 | MBD | Review J. Tannenbaum revisions to sale order (.3); revise sale order (1.7). | 2.00 | 1,250.00 |
| 08/18/24 | MBD | Revise sale motion and incorporate changes (.4); correspond with C. Murray, E. Jones, and J. Wolfshohl regarding sale motion (.1). | 0.50 | 312.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 10 |
| Inv# | 567594 |
| Date | 09/06/24 |
| | 018577-0001 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/19/24 | MBD | Conference with C. Murray, E. Jones, and J. Wolfshohl regarding auction procedures (.5); continue revising sale motion and order (2.2); conference with counsel to Connecticut plaintiffs, C. Murray, E. Jones, and J. Wolfshohl regarding case status (.3); conference with J. Tannenbaum regarding revisions to sale order (.3). | 3.30 | 2,062.50 |
| 08/19/24 | KLS | Continue analysis of potential PQPR claims. | 5.50 | 3,162.50 |
| 08/19/24 | DVF | Drafting list of disclosure requests for unregistered intellectual property. | 2.00 | 1,900.00 |
| 08/19/24 | JWW | Several emails regarding revisions to sale motion and Tranzon application and related strategy issues (.7); conference call regarding same (.5); conference call with Paul Weiss regarding open issues in case (.5); follow-up emails with Tranzon regarding sale issues (.3). | 2.00 | 1,890.00 |
| 08/20/24 | MBD | Conference with J. Wolfshohl regarding sale order (.1); revise sale motion and order (.2); correspond with D. Forinash regarding trademarks (.1); correspond with C. Murray regarding same (.1). | 0.50 | 312.50 |
| 08/20/24 | DVF | Discussing trademark search requirements with P. Balser, finalizing list of disclosure requests for unregistered intellectual property. | 0.50 | 475.00 |
| 08/21/24 | MBD | Review and revise sale motion and order and prepare for filing (3.6); attend to correspondence with C. Murray regarding intellectual property and sale motion (.3); correspond with E. Garfias and M. Webb regarding sale motion and employment application (.1). | 4.00 | 2,500.00 |
| 08/21/24 | MLW | Email exchanges with M. Dearman regarding sale motion (.2); confer with Court Case Manager regarding availability for hearing (.2); update M. Dearman regarding same (.2). | 0.60 | 279.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 11 |
| Inv# | 567594 |
| Date | 09/06/24 |
| | 018577-0001 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/21/24 | JWW | Work on sale issues and emails with M. Dearman regarding same. | 0.50 | 472.50 |
| 08/21/24 | PAB | Prepare correspondence and send to associate requesting comprehensive trademark ownership search for two entities (.4); report same to requesting attorney (.1). | 0.50 | 207.50 |
| 08/22/24 | MBD | Conference with C. Murray regarding hearing logistics (.1); conference and correspond with M. Webb regarding sale motion (.2); conference with M. Webb regarding filing and service logistics (.2); multiple correspondence with Tranzon and ThreeSixty regarding sale motion and retention application (.1); correspond with H. Nguyen regarding sale motion (.1). | 0.70 | 437.50 |
| 08/22/24 | MLW | Confer with M. Dearman regarding obtaining court's availability for hearing on sale motion (.2); confer with Court Case Manager and update M. Dearman (.2); finalize sale motion and file (.8); coordinate service of same (.1); forward copy of filed sale motion to Court Case Manager (.1). | 1.40 | 651.00 |
| 08/22/24 | DVF | Reviewing results of trademark search. | 0.50 | 475.00 |
| 08/22/24 | JWW | Phone conference with J. Martin regarding FSS sale (.2); emails regarding finalizing sale motion and Tranzon application and conference with M. Dearman and K. Starling regarding same (.5); emails with K. Kempler regarding same (.1); emails with prospective buyer (.1); emails with Trustee regarding same and other issues (.1); review docket (.1). | 1.10 | 1,039.50 |
| 08/23/24 | MLW | Email exchange with M. Dearman confirming mail-out of Sale Motion. | 0.10 | 46.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                  12
Inv#            567594
Date          09/06/24
018577-0001
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/26/24 | MBD | Correspond with interested party and trustee regarding auction and sale (.1); compile documents related to same (.1); correspond with K. Starling regarding claims analysis (.1); multiple correspondence with C. Murray, E. Jones, and J. Wolfshohl regarding real property (.2); attend to auction preparation materials (.1); review confidentiality agreement (.2); correspond with C. Murray regarding same (.1); correspond with Tranzon360 regarding property sales (.1). | 1.00 | 625.00 |
| 08/26/24 | KLS | Continue review and analysis of documents produced in response to UCC subpoena regarding PQPR claims for Trustee. | 2.50 | 1,437.50 |
| 08/27/24 | MBD | Conference with interested party, C. Murray, E. Jones, and J. Wolfshohl regarding asset sales (.3); conference with C. Murray and E. Jones regarding same (.3); correspond with J. Tannenbaum regarding intellectual property (.1); review sale information request list (.2). | 0.90 | 562.50 |
| 08/27/24 | KLS | Continue review and analysis of documents produced in response to UCC subpoena regarding PQPR claims for Trustee. | 6.50 | 3,737.50 |
| 08/27/24 | JWW | Emails regarding questions from prospective bidders (.3); conference with potential bidder (.5); emails and conference with M. Dearman regarding same (.5). | 1.30 | 1,228.50 |
| 08/28/24 | MBD | Correspond with C. Murray regarding interested parties (.1); conference with Tranzon360 team, C. Murray, E. Jones, and J. Wolfshohl regarding auction (.9); multiple correspondence with J. Tannenbaum regarding intellectual property (.2); prepare NDA for Tranzon360 (.1); review and prepare list of additional intellectual property items (.1). | 1.40 | 875.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 13 |
| Inv# | 567594 |
| Date | 09/06/24 |
| | 018577-0001 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/28/24 | KLS | Continue review and analysis of documents produced in response to UCC subpoena regarding PQPR claims for Trustee. | 2.20 | 1,265.00 |
| 08/28/24 | CAS | Export and create review set of hot documents for K. Starling (.8); communications with vendor regarding protocols and procedures (.3). | 1.10 | 517.00 |
| 08/28/24 | MLW | Confer with Court Case Manager and J. Wolfshohl regarding time estimate for Sale Motion hearing. | 0.30 | 139.50 |
| 08/28/24 | JWW | Several emails regarding sale issues (.2); conference with Tranzon regarding same (.9); follow-up emails regarding same (.3). | 1.40 | 1,323.00 |
| 08/29/24 | MBD | Review document production (.2); conference with C. Murray, E. Jones, J. Wolfshohl and J. Stevens regarding case status and strategy (.5); conference with J. Stevens regarding case strategy and lien analysis (.4); multiple correspondence with K. Starling regarding same (.2); conference with J. Martin and J. Wolfshohl regarding case status and sale (.3); correspond with C. Murray and E. Jones regarding case status (.1); conference with J. Wolfshohl regarding upcoming hearing (.1). | 1.80 | 1,125.00 |
| 08/29/24 | KLS | Continue initial drafts of Trustee's Motions to Transfer Venue. | 4.40 | 2,530.00 |
| 08/29/24 | EG | Correspondence on case docket and adversaries (.1); update case calendar (.2). | 0.30 | 121.50 |
| 08/29/24 | JWW | Weekly call with Trustee team regarding sale issues and other open matters in case (.6); follow-up with PH team regarding workstreams (.2); conference with J. Martin regarding auction process and position of Texas plaintiffs (.2); follow-up emails regarding same (.2); review docket regarding PQPR hearing and emails regarding same (.3). | 1.50 | 1,417.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 14 |
| Inv# | 567594 |
| Date | 09/06/24 |
| | 018577-0001 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/30/24 | KLS | Finalize initial drafts of Trustee's Motions to Transfer Venue. | 3.50 | 2,012.50 |
| 08/30/24 | JWW | Emails regarding extension of exemption objection deadline (.1); emails regarding sale process and issues with plaintiffs (.2); conference with E. Jones regarding sale issues (.4). | 0.70 | 661.50 |
| **Total Services** | | | **160.10** | **$103,537.50** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DVF | Derek V. Forinash | Partner | 3.50 | 950.00 | 3,325.00 |
| JWW | Joshua W. Wolfshohl | Partner | 26.70 | 945.00 | 25,231.50 |
| JTS | Jordan T. Stevens | Associate | 1.50 | 595.00 | 892.50 |
| KLS | Kenesha L. Starling | Associate | 55.80 | 575.00 | 32,085.00 |
| MBD | Michael B. Dearman | Associate | 54.20 | 625.00 | 33,875.00 |
| PAB | Pamela A. Balser | Technical Advisor | 0.50 | 415.00 | 207.50 |
| AAA | Allyson A. Adame | Paralegal | 2.00 | 385.00 | 770.00 |
| CAS | Carey A. Sakert | Paralegal | 6.70 | 470.00 | 3,149.00 |
| EG | Eliana Garfias | Paralegal | 4.60 | 405.00 | 1,863.00 |
| MLW | Mitzie L. Webb | Paralegal | 4.60 | 465.00 | 2,139.00 |

## Disbursements Summary

| Description | Value |
|-------------|-------|
| Computer Assisted Legal Research | 374.18 |
| Delivery Service | 48.00 |
| Postage | 0.97 |
| Reproduction | 1.95 |
| Reproduction Services | 1,427.72 |
| Service Fee | 28.35 |
| **Total Disbursements** | **$1,881.17** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 15 |
| Inv# | 567594 |
| Date | 09/06/24 |
| | 018577-0001 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

**Invoice Total**                                                                 **$105,418.67**