THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 22-33553 |
| ALEXANDER E. JONES | § | (Chapter 7) |
| | § § | |
| Debtor. | § | |

**NOTICE OF STATUS CONFERENCE AND CERTIFICATE OF SERVICE**
[Relates to Docket No. 829]

**PLEASE TAKE NOTICE** that on August 22, 2024, Christopher R. Murray, the chapter 7 trustee ("**Trustee**") for the bankruptcy estate of Alexander E. Jones, filed his *Motion for Entry of An Order Authorizing the Winddown of Free Speech Systems, LLC* [DE 829] ("**Motion**"). The Motion has been set for a hybrid status conference for **September 11, 2024 at 11:00AM (central time)** before the Honorable Christopher Lopez, U.S. Bankruptcy Judge, Courtroom 401, 515 Rusk, Houston, TX 77002.

This is a hybrid status conference. Parties may participate in-person or by telephone and video conference. Audio communication will be conducted by use of the Court's regular dial-in number: **832-917-1510**. The six-digit conference code for this status conference is: **590153**. Video participation is conducted through: **https://www.gotomeet.me/JudgeLopez**. Audio connections by phone are required for all video participants. Additional instructions on participation may be found on the Court's homepage: **https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez**.

Dated: September 9, 2024

Respectfully submitted,

By: */s/Jacqueline Q. Chiba*
Erin E. Jones (Bar No. 24032478)
erin@jonesmurray.com
Jacqueline Q. Chiba (Bar No. 24116899)
jackie@jonesmurray.com
**JONES MURRAY LLP**
602 Sawyer Street, Suite 400
Houston, TX 77007
Telephone: (832) 529-1999
Facsimile: (832) 529-3393

*AND*

Joshua W. Wolfshohl (Bar No. 24038592)
jwolfshohl@porterhedges.com
Michael B. Dearman (Bar No. 24116270)
mdearman@porterhedges.com
Jordan T. Stevens (Bar No. 24106467)
jstevens@porterhedges.com
Kenesha L. Starling (Bar No. 24114906)
kstarling@porterhedges.com
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248

**COUNSEL FOR CHRISTOPHER R. MURRAY, CHAPTER 7 TRUSTEE**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on September 9, 2024 on all parties registered for and entitled to electronic service in this case through CM/ECF and/or by U.S. First Class Mail, postage prepaid, on the attached service list.

*/s/Jacqueline Q. Chiba*
Jacqueline Q. Chiba

```
Label Matrix for local noticing        Ally Bank                              Ally Bank, c/o AIS Portfolio Services, LLC
0541-4                                 c/o Quilling, Selander, et al          4515 N Santa Fe Ave. Dept. APS
Case 22-33553                          2001 Bryan Street                      Oklahoma City, OK 73118-7901
Southern District of Texas             Suite 1800
Houston                                Dallas, TX 75201-3070
Fri Sep  6 12:38:40 CDT 2024

American Express National Bank         Bank of America N.A.                   BlackBriar Advisors LLC
c/o Becket and Lee LLP                 P.O. BOX 31785                         3131 McKinney Ave., Suite 600
PO Box 3001                            Tampa, FL 33631-3785                   Dallas, TX 75204-2456
Malvern, PA 19355-0701


Crowe & Dunlevy                        Elevated Solutions Group, LLC          Free Speech Systems, LLC
2525 McKinnon St                       c/o Walker & Patterson, P.C.           Free Speech Systems, LLC
Suite 425                              P.O. Box 61301                         c/o Patrick Magill
Dallas, TX 75201-1543                  Houston, TX 77208-1301                 3019 Alvin Devane Blvd.
                                                                              Ste 300
                                                                              Austin,, TX 78741-7417

Jones Murray LLP                       Martin, Disiere, Jefferson & Wisdom, LLP    Official Committee Of Unsecured Creditors
602 Sawyer Suite 400                   808 Travis, Suite 1100                 c/o Marty L. Brimmage, Jr.
Houston, Tx 77007-7510                 Houston, TX 77002-5831                 Akin Gump Strauss Hauer & Feld LLP
                                                                              2300 N. Field Street, Suite 1800
                                                                              Dallas, TX 75201-4675

PQPR Holdings Limited, LLC             Reeves Law, PLLC                       Reynal Law Firm, P.C.
c/o Streusand Landon Ozburn & Lemmon LLP   702 Rio Grande St., Suite 203      917 Franklin St., Suite 600
attn: Stephen Lemmon                   Austin, TX 78701-2720                  Houston, TX 77002-1764
1801 S. Mopac Expressway
Suite 320
Austin, TX 78746-9817

Security Bank of Texas                 Travis County                          4
P.O. Box 90                            c/o Jason A. Starks                    United States Bankruptcy Court
Crawford, Tx 76638-0090                P.O. Box 1748                          PO Box 61010
                                       Austin, TX 78767-1748                  Houston, TX 77208-1010

ADP Total Source Insurance             ADP TotalSource Payroll                AT&T
10200 Sunset Drive                     10200 Sunset Drive                     PO Box 5001
Miami, FL 33173-3033                   Miami, FL 33173-3033                   Carol Stream, IL 60197-5001


AWIO Web Services LLC                  Addshoppers, Inc                       Airco Mechanical, LTD
6608 Truxton Ln                        222 S. Church Street , #410M           PO Box 1598
Raleigh, NC 27616-6694                 Charlotte, NC 28202-3213               Round Rock, TX 78680-1598


Alex  E. Jones                         Alex E. Jones                          Ally Auto
c/o Crowe & Dunlevy, PC                c/o Jordan & Ortiz, PC                 PO Box 9001948
Attn: Vickie L. Driver                 Attn: Shelby Jordan                    Louisville, KY 40290-1948
2525 McKinnon Street, Ste 425          500 North Shoreline Blvd, Ste 900
Dallas, TX 75201-1543                  Corpus Christi, TX  78401-0658

Amazon Marketplace                     Amazon Web Services                    American Express
Amazon Payments, Inc.                  410 Terry Avenue North                 PO Box 650448
410 Terry Ave N.                       Seattle, WA 98109-5210                 Dallas, TX 75265-0448
Seattle, WA 98109-5210
```

| | | |
|---|---|---|
| American Media/Reality Zone<br>PO Box 4646<br>Thousand Oaks, CA 91359-1646 | Andrews, Christopher<br>210 N. Beyer Street<br>Marion, TX 78124-4014 | Atomial, LLC<br>1920 E. Riverside Drive<br>Suite A-120 #124<br>Austin, TX 78741-1350 |
| Balcones Recycling Inc.<br>PO Box 679912<br>Dallas, TX 75267-9916 | Biodec, LLC<br>901 S. Mopac Expressway,<br>Building 4, Ste 285<br>Austin, TX 78746-5776 | Blott, Jacquelyn<br>200 University Boulevard<br>Suite 225 #251<br>Round Rock TX 78665-1096 |
| Brennan Gilmore<br>c/o Civil Rights Clinic<br>Attn Andrew Mendrala<br>600 New Jersey Avenue, NW<br>Washington, DC 20001-2022 | Campco<br>4625 W. Jefferson Blvd<br>Los Angeles, CA 90016-4006 | Carlee Soto-Parisi<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| Carlos Soto<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Chamberlain Hrdlicka White et al<br>Attn Jarrod B. Martin<br>1200 Smith Street, Ste 1400<br>Houston, TX 77002-4496 | Chelsea Green Publishing<br>85 North Main Street Ste 120<br>White River Junction, VT 05001-7135 |
| Christopher Sadowski<br>c/o Copycat Legal PLLC<br>3111 N. University Drive Ste. 301<br>Coral Springs, FL 33065-5058 | City of Austin<br>c/o Austin Energy<br>4815 Muller<br>Austin, TX 78723 | Cloudflare, Inc<br>Dept LA 24609<br>Pasadena, CA 91185-4609 |
| Constant Contact, Inc.<br>1601 Trapelo Road<br>Watham, MA 02451-7357 | CustomTattooNow.com<br>16107 Kensington Dr #172<br>Sugar Land, TX 77479-4224 | David Icke Books Limited<br>c/o Ickonic Enterprises Limited<br>St. Helen's House King Street<br>Derby DE1 3EE<br>United Kingdom |
| De Lage Financial<br>Attn Litigation & Recovery<br>111 Old Eagle School Road<br>Wayne, PA 19087-1453 | Deese, Stetson<br>328 Greenland Blvd. #81<br>Death Valley, CA 92328-9600 | DirectTV<br>PO Box 006<br>Carol Stream, IL 60197 |
| Donna Soto<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | EPS, LLC<br>17350 State Hwy 249, Ste 220, #4331<br>Houston, TX 77064-1132 | ERM Protect<br>800 South Douglas Road, Suite 940N<br>Coral Gables, FL 33134-3125 |
| Edgecast, Inc.<br>Dept CH 18120<br>Palatine, IL 60055-0001 | Elevated Solutions Group<br>28 Maplewood Drive<br>Cos Cob, CT 06807-2601 | Erica L. Ash<br>c/o Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado St., Suite 2850<br>Austin, Texas 78701-0137 |
| Erica Lafferty<br>c/o Rosemarie Paine<br>350 Orange Street<br>New Haven, CT 06511-6447 | Erica Lafferty<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | FW Robert Broadcasting Co<br>2730 Loumor Ave<br>Metairie, LA 70001-5425 |

| | | |
|---|---|---|
| Francine Wheeler<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Free Speech Systems, LLC<br>3019 Alvin Devane, Suite 350<br>Austin, Texas 78741-7424 | Frost Insurance Agency<br>401 Congress Avenue, 14th Floor<br>Austin ,TX 78701-3793 |
| Gabriela Tolentino<br>5701 S Mopac Expy<br>Austin, TX 78749-1464 | Getty Images, Inc<br>PO Box 953604<br>St. Louis, MO 63195-3604 | Gracenote<br>29421 Network Place<br>Chicago, IL 60673-1294 |
| Greenair, Inc<br>23569 Center Ridge Road<br>Westlake, OH 44145-3642 | Haivision Network Video<br>Deot CH 19848<br>Palatine, IL 60055-9848 | Ian Hockley<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| Impact Fire Services, LLC<br>PO Box 735063<br>Dallas, TX 75373-5063 | Independent Publishers Group<br>PO Box 2154<br>Bedford Park, IL 60499-2154 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Iron Mountain, Inc<br>PO Box 915004<br>Dallas, TX 75391-5004 | JCE SEO<br>6101 Broadway<br>San Antonio, TX 78209-4561 | JW JIB Productions, LLC<br>2921 Carvelle Drive<br>Riviera Beach, FL 33404-1855 |
| Jacqueline Barden<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Jennifer Hensel<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Jeremy Richman<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 |
| Jillian Soto-Marino<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Justin Lair<br>1313 Lookout Ave<br>Klamath Falls, OR 97601-6533 | KI4U.com<br>212 Oil Patch Lane<br>Gonzales, TX 78629-8028 |
| Kaster Lynch Farrar & Ball<br>Attn Mark D. Bankston<br>1117 Herkimer<br>Houston, TX 77008-6745 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Koskoff Koskoff & Bieder<br>Attn Alinor C. Sterling<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6002 |
| LIT Industrial<br>1717 McKinney Ave #1900<br>Dallas, TX 75202-1253 | Leonard Pozner<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002-6774 | Lincoln-Remi Group, LLC<br>1200 Benstein Rd.<br>Commerce Twp., MI 48390-2200 |
| Logo It, LLC<br>820 Tivy Street<br>Kerrville, TX 78028-3654 | Lumen/Level 3 Communications<br>PO Box 910182<br>Denver, CO 80291-0182 | MRJR Holdings, LLC<br>PO Box 27740<br>Las Vegas, NV 89126-7740 |

| | | |
|---|---|---|
| MVD Entertainment Group<br>203 Windsor Rd<br>Pottstown, PA 19464-3405 | Magento<br>PO Box 204125<br>Dallas, TX 75320-4105 | Mark Barden<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| Microsoft Bing Ads<br>c/o Microsoft Online, Inc.<br>P.O. Box 847543<br>1950 N Stemmons Fwy, Ste 5010<br>Dallas, TX 75207-3199 | Miller, Sean<br>PO Box 763<br>Wyalusing, PA 18853-0763 | Music Videos Distributors<br>203 Windsor Rd<br>Pottstown, PA 19464-3405 |
| Neil Heslin<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002-6774 | NetSuite Inc<br>Bank of America Lockbox Services<br>Chicago, IL 60693-0001 | New Relic<br>188 Spear Street, Suite 1200<br>San Francisco, CA 94105-1752 |
| Newegg.com<br>9997E. Rose Hills Road<br>Whittier, CA 90601-1701 | Nicole Hockley<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | One Party America, LLC<br>6700 Woodlands Parkway, Suite 230-309<br>The Woodlands, TX 77382-2575 |
| Orkin, Inc.<br>5810 Trade Center Drive, Suite 300<br>Austin, TX 78744-1365 | PQPR Holdings Limited, LLC<br>c/o Stephen Lemmon<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746-9817 | Payarc<br>411 West Putnam Avenue, Ste 340<br>Greenwich, CT 06830-6233 |
| Paymentus<br>18390 NE 68th St<br>Redmond, WA 98052-5057 | Perfect Imprints.com<br>709 Eglin Pkwy NE<br>Fort Walton Beach, FL 32547-2527 | Perkins, Wes<br>General Delivery<br>Lockhart, TX 78644-9999 |
| Pipe Hitters Union, LLC<br>PO Box 341194<br>Austin, TX 78734-0020 | Post Hill Press, LLC<br>8115 Isabella Lane, Ste. 4<br>Brentwood, TN 37027-9110 | Poulsen, Debra<br>112 Eames St.<br>Elkhorn, WI 53121-1228 |
| Power Reviews, Inc.<br>1 N. Dearborn Street<br>Chicago, IL 60602-4331 | Precision Oxygen<br>13807 Thermal Dr<br>Austin, TX 78728-7735 | Precision Camera<br>2438 W Anderson Ln<br>Austin, TX 78757-1149 |
| Private Jets, LLC<br>1250 E. Hallandale Beach Blvd, Suite 505<br>Hallandale, FL 33009-4635 | Protection 1 Alarm<br>PO Box 219044<br>Kansas City, MO 64121-9044 | Public Storage<br>2301 E. Ben White Blvd<br>Austin, TX 78741-7110 |
| Randazza Legal Group, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 | RatsMedical.com<br>c/o Rapid Medical<br>120 N Redwood Rd<br>North Salt Lake, UT 84054-2792 | Ready Alliance Group, Inc<br>PO Box 1709<br>Sandpoint, ID 83864-0901 |

| | | |
|---|---|---|
| Reeves Law, PLLC<br>Attn Bradley Reeves<br>702 Rio Grande St., Ste 203<br>Austin, TX 78701-2720 | Renaissance<br>PO Box 8036<br>Wisconsin Rapids, WI 54495-8036 | Restore America<br>PO Box 147<br>Grimsley, TN 38565-0147 |
| Richard Coan<br>Chapter 7 Trustee for Debtor Erica Laffe<br>c/o Eric Henry<br>10 Middle Street<br>Bridgeport, CT  06604-4257 | Robert Parker<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | SLNT<br>30 N Gould St, Ste 20647<br>Sheridan, WY 82801-6317 |
| Scarlett Lewis<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002-6774 | Security Bank of Crawford<br>PO Box 90<br>Crawford, TX 76638-0090 | Simon & Schuster<br>PO Box 70660<br>Chicago, IL 60673-0660 |
| SintecMedia NYC, Inc. DBA Operative<br>PO Box 200663<br>Pittsburgh, PA 15251-2662 | Skousen, Joel<br>PO Box 565<br>Spring City, UT 84662-0565 | Skyhorse Publishing<br>307 West 36th Street, 11th Floor<br>New York, NY 10018-6592 |
| Sparkletts & Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | Spectrum Enterprise<br>aka Time Warner Cable<br>1600 Dublin Road<br>Columbus, OH  43215-2098 | Stamps.com<br>1990 E Grand Ave.<br>El Segundo, CA 90245-5013 |
| Stone Edge Technologies, Inc<br>660 American Avenue, Suite 204<br>King of Prussia, PA 19406-4032 | Stratus Technologies<br>5 Mill & Main Place, Suite 500<br>Maynard, MA 01754-2660 | Studio 2426, LLC<br>1920 E. Riverside Drive, Suite A120<br>Austin, TX 78741-1350 |
| Synergy North America, Inc<br>11001 W. 120th Avenue, Suite 400<br>Broomfield, CO 80021-3493 | TD Canada Trust<br>421 7th Avenue SW<br>Calgary, AB T2P 4K9, Canada | Texas Comptroller<br>PO Box 13003<br>Austin, TX 78711-3003 |
| Texas Disposal Systems, Inc<br>PO Box 674090<br>Dallas, TX 75267-4090 | Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 | Textedly<br>133 N. Citrus Ave., Suite 202<br>Los Angeles, CA 90036 |
| The Creative Group<br>c/o Robert Half<br>2884 Sand Hill Road, Ste 200<br>Menlo Park, CA 94025-7072 | The Estate of Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attn Avi Moshenberg<br>100 Fannin, Ste 2700<br>Houston, TX 77002-1915 | The Hartford<br>PO Box 14219<br>Lexington, KY 40512-4219 |
| The Steam Team, Inc<br>1904 W. Koeing Lane<br>Austin, TX 78756-1211 | Third Coast Graphics, Inc<br>110 Del Monte Dr.<br>Friendswood, TX 77546-4487 | Thomas, David<br>79 Malone Hill Road<br>Elma, WA 98541-9206 |

| | | |
|---|---|---|
| Travelers<br>PO Box 660317<br>Dallas, TX 75266-0317 | Travis County<br>PO Box 149328<br>Austin, TX 78714-9328 | U.S. Legal Support<br>PO Box 4772<br>Houston, TX 77210-4772 |
| U.S. Trustee's Office<br>515 Rusk Avenue, Suite 3516<br>Houston, Texas 77002-2604 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Uline Shipping Supply<br>12575 Uline Drive<br>Pleasant Prarie, WI 53158-3686 |
| Vazquez, Valdemar Rodriguez<br>145 Quail Ridge Drive<br>Kyle TX 78640-9788 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Verizon Edgecast<br>13031 West Jefferson Blvd, Bldg 900<br>Los Angeles, CA 90094-7002 |
| Veronique De La Rosa<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002-6774 | Vultr<br>14 Cliffwood Avenue, Suite 300<br>Matawan, NJ 07747-3931 | WMQM-AM 1600<br>21 Stephen Hill Road<br>Atoka, TN 38004-7183 |
| WWCR<br>1300 WWCR Avenue<br>Nashville, TN 37218-3800 | Waste Connections Lone Star, Inc.<br>PO Box 17608<br>Austin, TX 78760-7608 | Water Event-Pure Water Solutions<br>1310 Missouri St<br>South Houston, TX 77587-4537 |
| Watson, Paul<br>9 Riverdale Road<br>Ranmoor Sheffield<br>South Yorkshire S10 3FA<br>United Kingdom | Westwood One, LLC<br>3542 Momentum Place<br>Chicago, IL 60689-5335 | Wheeler, David<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| William Aldenberg<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | William Sherlach<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Willow Grove Productions<br>1810 Rockcliff Road<br>Austin, TX 78746-1215 |
| Wisconsin Dept. of Revenue<br>PO Box 3028<br>Milwaukee, WI 53201-3028 | Your Promotional Products, LLC<br>133 North Friendswood Ste 186<br>Friendswood, TX 77546-3746 | Zendesk, Inc<br>989 Market Street<br>San Francisco, CA 94103-1708 |
| Zoom US<br>55 Almaden Blvd, 6th Floor<br>San Jose, CA 95113-1608 | eBay<br>2025 Hamilton Avenue<br>San Jose, CA 95125-5904 | eCommerce CDN, LLC<br>221 E 63rd Street<br>Savannah, GA 31405-4226 |
| mongoDB Cloud<br>1633 Broadway 39th Floor<br>New York, NY 10019-6757 | Alexander E. Jones<br>c/o 2525 McKinnon Street<br>Suite 425<br>Dallas, TX 75201 | Christina Walton Stephenson<br>Crowe & Dunlevy<br>2525 McKinnon St.<br>Ste 425<br>Dallas, TX 75201-1543 |

| | | |
|---|---|---|
| Christopher R Murray<br>Jones Murray LLP<br>602 Sawyer St<br>Ste 400<br>Houston, TX 77007-7510 | Erica L. Ash<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Francine Wheeler<br>Cain & Skarnulis PLLC<br>Ryan E. Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 |
| Leonard Pozner<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin<br>Suite 2700<br>Houston, TX 77002-6774 | Neil Heslin<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |
| Richard M. Coan<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Scarlett Lewis<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Shelby A Jordan<br>Jordan & Ortiz, PC<br>500 N Shoreline Blvd<br>Ste 804<br>Corpus Christi, TX 78401-0335 |
| Veronique De La Rosa<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Vickie L Driver<br>Crowe & Dunlevy, P.C.<br>2525 McKinnon St.<br>Ste 425<br>Dallas, TX 75201-1543 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Konica Minolta Premier Finance
PO Box 41602
Philadelphia, PA 19101-1602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Akin Gump Strauss Hauer & Feld LLP | (u)Public Storage | (u)Rachel Kennerly LLC |
| (d)Ally Bank<br>c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK  73118-7901 | (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| (d)Bank of America N.A.<br>PO Box 31785<br>Tampa, FL 33631-3785 | (d)Free Speech Systems. LLC<br>3019 Alvin Devane, Suite 350<br>Austin, Texas 78741-7424 | (u)Carlee Soto Parisi |

| | | |
|---|---|---|
| (u)Carlos M Soto | (u)David Wheeler | (u)David Ross Jones |
| (u)Donna Soto | (u)Ian Hockley | (u)Jacqueline Barden |
| (u)Jennifer Hensel | (u)Jillian Soto-Marino | (u)Mark Barden |
| (u)Nicole Hockley | (u)Robert Parker | (u)William Aldenberg |
| (u)William Sherlach | | |

End of Label Matrix
Mailable recipients   190
Bypassed recipients    22
Total                 212