THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-33553 |
| ALEXANDER E. JONES | § | (Chapter 7) |
| | § | |
| Debtor. | § | |

**THIRD MONTHLY FEE STATEMENT OF JONES MURRAY LLP AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSTION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as proposed bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | August 1, 2024 through and including August 31, 2024 |
| **Interim Fees Incurred:** | $76,454.50 |
| **Interim Payment of Fees Requested (80%):** | $61,163.60 |
| **Interim Expenses Incurred:** | $0.00 |
| **Total Fees and Expenses Due:** | $61,163.60 |

This is the Third Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Third Monthly Fee Statement (the "Fee Statement") for the period from August 1, 2024 through August 31, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [pending, motion filed at Docket No. 757] (the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $76,454.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from August 1, 2024 through August 31, 2024. Eighty percent (80%) of the fees equals $61,163.60 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested amount of $61,163.60.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $61,163.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 for a total amount of $61,163.60.

Dated September 10, 2024.

                                          Respectfully submitted,

                                          **JONES MURRAY LLP**
                                          */s/ Erin E. Jones*
                                          Erin E. Jones
                                          Texas Bar No. 24032478
                                          erin@jonesmurray.com
                                          602 Sawyer St., Suite 400
                                          Houston, TX 77007
                                          Tel. (832) 529-1999
                                          **CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

<u>**CERTIFICATE OF SERVICE**</u>

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 10, 2024.

                                                                                   */s/ Erin E. Jones*
                                                                                   Erin E. Jones

# EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 100 | $62,633.50 |
| Assumption/Rejection of Contracts | 4 | $2,556.50 |
| Case Administration | 2.1 | $1,039.50 |
| Claims Administration and Objections | 9.1 | $6,748.50 |
| Employment/Fee Application | 3.5 | $2,625.00 |
| Litigation/Other Contested Matters | 1.7 | $841.50 |
| **TOTAL** | **120.4** | **$76,454.50** |

## **EXHIBIT 2**

### SUMMARY OF OUT OF POCKET EXPENSES

| Expense Description | Cost |
|---|---:|
| | |
| | |
| **TOTAL EXPENSES** | **$0.00** |

## **EXHIBIT 3**

### SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $750.00 | 76.3 |
| Jacqueline Q. Chiba, *Associate* | $495.00 | 37.6 |
| Apollo Pham, *Paralegal* | $95.00 | 6.5 |
|  |  |  |
| **TOTAL** |  | **120.4** |

**EXHIBIT 4**

# Jones Murray LLP  # INVOICE

602 Sawyer St, Ste 400  
Houston, TX 77007

Invoice # 10  
Date: 09/10/2024  
Due On: 10/10/2024

Christopher Murray, Chapter 7 Trustee  
602 Sawyer Street, Suite 400  
Houston, TX 77007

## 00040-Christopher Murray, Chapter 7 Trustee

## In re Alexander E. Jones

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 08/01/2024 | Claims Administration and Objections: Review and confirm the deadlines set forth in the executed stipulations relating to objections and responses to pleadings pending in the case and calendar (0.3) | 0.30 | $495.00 | $148.50 |
| Service | 08/01/2024 | Case Administration: Conference call between Trustee's legal team to discuss case strategy and pending issues (1.2) | 1.20 | $495.00 | $594.00 |
| Service | 08/01/2024 | Case Administration: Strategy meeting with E. Jones and C. Murray regarding case status, exemptions, and other pending matters in the case (0.4) | 0.40 | $495.00 | $198.00 |
| Service | 08/01/2024 | Asset Disposition: Call with Trustee legal team on various open items/projects (1.2); call with A. Jones legal team and conference with C. Murray regarding same (.5); conference with C. Murray regarding potential buyer for IP as a standalone purchase (.3) | 2.00 | $750.00 | $1,500.00 |
| Service | 08/02/2024 | Asset Disposition: Conference with C. Murray regarding interested parties for a potential sales process (0.4) | 0.40 | $495.00 | $198.00 |
| Service | 08/05/2024 | Asset Analysis and Recovery: Conference call between members of trustee's legal team to discuss sale process for assets and strategy regarding pending fee application of professionals (0.8); post call debrief with E. Jones regarding same (0.3) | 1.10 | $495.00 | $544.50 |
| Service | 08/05/2024 | Assumption/Rejection of Leases and Contracts: Review 365(d)(1) deadlines and schedules regarding same (.6); conference with J. Wolfshohl regarding same (.3); conference with J. Chiba regarding same (.3) | 1.20 | $750.00 | $900.00 |
| Service | 08/05/2024 | Claims Administration and Objections: Call with J. Wolfshohl, M. Dearman, J. Chiba and C. Murray regarding FSS fees and Jones Fees and pending fee applications and orders (.8); call to A. Catmull regarding | 4.80 | $750.00 | $3,600.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | same (.1); review fee applications in detail and analysis of previous payments and update chart and forward to C. Murray and team (3.4); review docket for previous proffers/representations regarding fee amounts (.5) | | | |
| Service | 08/05/2024 | Asset Analysis and Recovery: Conference with C. Murray regarding sale process/auction concepts and review various expressions of interest (1.3) | 1.30 | $750.00 | $975.00 |
| Service | 08/05/2024 | Asset Analysis and Recovery: Review ESG adversary docket and evaluate dispute between parties (1.5); review background materials (.4); telephone call with J. Patterson regarding same (1.2); conference with J. Wolfshohl regarding same (.4) | 3.50 | $750.00 | $2,625.00 |
| Service | 08/05/2024 | Asset Analysis and Recovery: Review chapter 11 dismissal and authority issues and research regarding same (4.2) | 4.20 | $750.00 | $3,150.00 |
| Service | 08/06/2024 | Assumption/Rejection of Leases and Contracts: Draft motion to extend 365(d)(1) deadline and proposed order (1.5) | 1.50 | $495.00 | $742.50 |
| Service | 08/06/2024 | Assumption/Rejection of Leases and Contracts: Confer with E. Jones regarding 365(d)(1) deadline (0.2) | 0.20 | $495.00 | $99.00 |
| Service | 08/06/2024 | Asset Analysis and Recovery: Review correspondence from T. Holman regarding Debtor's assets listed in schedules (0.1); review Debtor's pre-conversion schedules and post conversion schedules to prepare correspondence to Debtor's counsel regarding same (0.5); review response from Debtor's counsel and respond to T. Holman (0.1) | 0.70 | $495.00 | $346.50 |
| Service | 08/06/2024 | Asset Analysis and Recovery: Locate and review public property records related to real property owned by the Debtor or associated entities (2.0); conduct legal research into ownership of real property by trusts under Texas law to consider applicability of a homestead exemption (3.7); draft detailed summary of findings and analysis and provide to E. Jones for consideration (.9) | 6.60 | $495.00 | $3,267.00 |
| Service | 08/06/2024 | Claims Administration and Objections: Extended conference with A. Catmull regarding pending fees for FSS professionals and issues with distribution (.7); conference with C. Murray regarding same (.2); review reynal order regarding current balance (.2); extended conference call with M. Haselden regarding case background and fees (.9) | 2.00 | $750.00 | $1,500.00 |
| Service | 08/06/2024 | Assumption/Rejection of Leases and Contracts: Conference with J. Wolfshohl regarding executory contracts, status of various ongoing projects and sale concepts (.5); conference with J. Chiba regarding same and motion to extended 365 deadlines (.3); conference with C. Murray regarding same (.3) | 1.10 | $750.00 | $825.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/06/2024 | Asset Analysis and Recovery: Conference with J. Chiba regarding exemption issues to evaluate (.5); conference with C. Murray regarding same (.2) | 0.70 | $750.00 | $525.00 |
| Service | 08/06/2024 | Asset Analysis and Recovery: Conference with E. Jones regarding exemption issues to evaluate (.5) | 0.50 | $495.00 | $247.50 |
| Service | 08/07/2024 | Asset Analysis and Recovery: Conference with C. Murray regarding fee issues and update regarding discussions with various parties on sale concepts (.8) | 0.80 | $750.00 | $600.00 |
| Service | 08/08/2024 | Other Contested Matters: Strategy meeting with members of Trustee's legal team regarding sale process, negotiations, interested parties, and the removal/remand of state court litigation (1.2) | 1.20 | $495.00 | $594.00 |
| Service | 08/08/2024 | Asset Analysis and Recovery: Conference with C. Murray regarding sale issues/structure and review potential concepts/strategies to maximize value in sale process (.5) | 0.50 | $750.00 | $375.00 |
| Service | 08/08/2024 | Asset Analysis and Recovery: Participate in weekly Trustee legal team call and strategy session to discuss pending open projects (1.2); conference with C. Murray and J. Wolfshohl regarding potential buyer in a stalking horse bid situation (.5) | 1.70 | $750.00 | $1,275.00 |
| Service | 08/12/2024 | Fee/Employment Applications: Review PH 2nd Interim Monthly Fee Statement and conference with C. Murray regarding same and email to J. Wolfshohl regarding same (.5); prepare JM 2nd Interim Monthly Fee Statement and circulate for review and finalize same for filing (2.0) | 2.50 | $750.00 | $1,875.00 |
| Service | 08/12/2024 | Asset Analysis and Recovery: Review various emails regarding NDA for prospective purchasers / sale process and review draft NDA (.4); review V. Driver response to draft NDA and discuss with C. Murray and various responses to same (.3) | 0.70 | $750.00 | $525.00 |
| Service | 08/12/2024 | Asset Analysis and Recovery: Review email from W. Cicack requesting expense information for past 3 months and will agree to sign NDA and C. Murray response to same (.1); review email regarding potential new terms for proposal to purchase assets (.1) | 0.20 | $750.00 | $150.00 |
| Service | 08/12/2024 | Asset Analysis and Recovery: Conference with C. Murray regarding update on sale discussion with auctioneer and other interested parties (.5) | 0.50 | $750.00 | $375.00 |
| Service | 08/12/2024 | Asset Analysis and Recovery: Review email regarding AXOS bank account and email C. Murray regarding same (.1) | 0.10 | $750.00 | $75.00 |
| Service | 08/12/2024 | Asset Analysis and Recovery: Review emails with C. Murray, M. Dearman and J. Wolfshohl regarding sale process and various potential bidders/auction process | 0.20 | $750.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | (.2) | | | |
| Service | 08/12/2024 | Asset Analysis and Recovery: Review various emails from K. Starling and begin process to set up and review UCC production (.6) | 0.60 | $750.00 | $450.00 |
| Service | 08/13/2024 | Asset Analysis and Recovery: Review correspondences from potential interested parties to create potential buyers list as part of sale process to consider as part of development of sale process (.9) | 0.90 | $495.00 | $445.50 |
| Service | 08/15/2024 | Other Contested Matters: Strategy meeting with members of Trustee's legal team to address pending legal issues and disputes related to the sale of Debtor's assets and recovery of other assets (0.5) | 0.50 | $495.00 | $247.50 |
| Service | 08/15/2024 | Research debtor's properties and associated trusts to find relevant deeds or liens (2.9), draft memorandum summarizing results of research (1.7) | 4.60 | $95.00 | $437.00 |
| Service | 08/15/2024 | Asset Analysis and Recovery: Participate in weekly trustee legal team call (.6); prepare for same (.3); conference with C. Murray regarding sale and auction issues (.5) | 1.40 | $750.00 | $1,050.00 |
| Service | 08/16/2024 | Asset Analysis and Recovery: Call V. Driver regarding various open issues including upcoming deadlines (.2) | 0.20 | $750.00 | $150.00 |
| Service | 08/16/2024 | Asset Analysis and Recovery: Review and respond to W. Cicack email regarding ESG issues and conference with C. Murray regarding same (.2) | 0.20 | $750.00 | $150.00 |
| Service | 08/16/2024 | Asset Analysis and Recovery: Review draft sale motion and provide comments to same (1.2); conference with C. Murray regarding same (.3) | 1.50 | $750.00 | $1,125.00 |
| Service | 08/19/2024 | Asset Analysis and Recovery: Call with J. Wolfshohl, C. Murray and M. Dearborn regarding sale process and review revisions relating to same and discuss same with C. Murray (2.0) | 2.00 | $750.00 | $1,500.00 |
| Service | 08/19/2024 | Asset Analysis and Recovery: Call with CT families' counsel, C. Murray, JW and MD - re sale, fees, and general status update (.5); conference with C. Murray re same (.4) | 0.90 | $750.00 | $675.00 |
| Service | 08/19/2024 | Asset Analysis and Recovery: Call with V. Driver regarding fee issues, sale issues, pending litigation with Texas claimant and lift stay (1.2) | 1.20 | $750.00 | $900.00 |
| Service | 08/19/2024 | Fee/Employment Applications: Various messages with V. Driver regarding order on fees and review of draft order and discuss same with C. Murray (1.0) | 1.00 | $750.00 | $750.00 |
| Service | 08/20/2024 | Asset Analysis and Recovery: Conference with J. Patterson regarding EGS claims and reporting issues (1.0); conference with C. Murray regarding same (.5) | 1.50 | $750.00 | $1,125.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/21/2024 | Asset Analysis and Recovery: Strategy meeting with E. Jones regarding investigation of trust held assets and evaluation of Debtor's exemptions (0.7); conduct initial legal research regarding treatment of trusts in bankruptcy and application of exemptions (3.8); begin review of prior disclosures, investigative reports, and other records related to Debtor's assets and claimed exemptions (3.0) | 7.50 | $495.00 | $3,712.50 |
| Service | 08/21/2024 | Asset Analysis and Recovery: Review redraft of sale motion, proposed order and Tranzon employ application and provide comments (1.1); conference with C. Murray regarding issues relating to same (.5); conference with J. Chiba regarding exemptions (.7); review various documents and prior analysis and disclosure relating to exemptions and property transfers (3.2) | 5.50 | $750.00 | $4,125.00 |
| Service | 08/22/2024 | Asset Analysis and Recovery: Finish review of disclosures and prior investigative reports relating to Debtor's assets (1.6); research and review property records and other legal documents relating to Debtor's trusts and assets (3.4); confer with E. Jones regarding same (0.1); review motion to employ auctioneer and proposed sale of FSS assets (0.5); conduct legal research regarding trust structures and rights of beneficiaries, settlors, and/or trustees (1.5) | 7.10 | $495.00 | $3,514.50 |
| Service | 08/22/2024 | Prepare relevant filings for review in connection with analysis of exemptions (1.9) | 1.90 | $95.00 | $180.50 |
| Service | 08/22/2024 | Asset Analysis and Recovery: Conference with J. Chiba regarding research on various exemption issues (.5); review W. Cicack email regarding sale issues and conference with C. Murray regarding same (.3) | 0.80 | $750.00 | $600.00 |
| Service | 08/22/2024 | Asset Analysis and Recovery: Review materials and research on homestead exemption (2.5); review various emails from and regarding various prospective buyers/participants in sale process (.3); conference with C. Murray regarding status of same (.5) | 3.30 | $750.00 | $2,475.00 |
| Service | 08/23/2024 | Asset Analysis and Recovery: Review documents relating to the various trusts to consider the rights and/or options available to the trustee (1.8); draft comprehensive memo summarizing information relating to the various trusts, the assets held by trusts, and providing legal analysis and recommendation to the trustee regarding possible objections to exemptions (4.4) | 6.20 | $495.00 | $3,069.00 |
| Service | 08/23/2024 | Asset Analysis and Recovery: Continue to review issues relating to homestead exemption and other transfers and review cases/legal research (5.6); review email regarding prospective buyer for Lake property and respond to same and conference with C. Murray regarding same (.5) | 6.10 | $750.00 | $4,575.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/26/2024 | Asset Analysis and Recovery: Review sale issues with lakehouse, broker and employment issues (2.0); conference with C. Murray regarding same (.2); review email from neighbor about golf carts and conference with J. Chiba and C. Murray regarding same (.2) | 2.40 | $750.00 | $1,800.00 |
| Service | 08/26/2024 | Claims Administration and Objections: Review orders on fees and emails from various professionals requesting payment (.2); conference with C. Murray regarding same (.5) | 0.70 | $750.00 | $525.00 |
| Service | 08/26/2024 | Asset Analysis and Recovery: Review and conference with C. Murray regarding credit card processing issues (.4) | 0.40 | $750.00 | $300.00 |
| Service | 08/27/2024 | Asset Analysis and Recovery: Call with representative of potential buyer regarding sale options/auction process in bankruptcy (.4); post-call meeting with M. Dearman, J. Wolfshohl and C. Murray regarding same (.3); conference with C. Murray regarding same (.4); conference with C. Murray regarding offer on Lakehouse (.2); call with B. Schleizer regarding lake property, DIP Account, and credit card processing (.5); conference with C. Murray regarding same and status of various ongoing projects (.6); review email from J. Chiba regarding personal property questions and exemptions (3.0) | 5.40 | $750.00 | $4,050.00 |
| Service | 08/28/2024 | Asset Analysis and Recovery: Conference with C. Murray regarding sale motion and issues raised by US Trustee (1.0); legal research relating to same (.8); review email regarding filmmaker request to use sound snippet and conference with C. Murray regarding same (.2); review various emails regarding auction timeline and respond to same and address questions regarding due diligence (.2); conference with owner/president of prospective buyer of assets at auction (.3); conference with C. Murray regarding same (.2); review NDA's returned to date (.2); discuss proposed revisions to sale order (.2) | 3.30 | $750.00 | $2,475.00 |
| Service | 08/28/2024 | Claims Administration and Objections: Conference with C. Murray regarding FSS professional fees and timing and source of payment and conference with A. Catmull regarding same (.5) | 0.50 | $750.00 | $375.00 |
| Service | 08/28/2024 | Claims Administration and Objections: Conference with C. Murray regarding status of resolution of proration between creditor groups (.3) | 0.30 | $750.00 | $225.00 |
| Service | 08/29/2024 | Case Administration: Strategy meeting with trustee's legal team to discuss pending issues regarding sale of assets, pending litigation, and potential resolutions of lien disputes (0.5) | 0.50 | $495.00 | $247.50 |
| Service | 08/29/2024 | Asset Analysis and Recovery: Participate in weekly trustee legal team call regarding open projects and | 5.70 | $750.00 | $4,275.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | strategy session (.7); conference with C. Murray regarding same (.2); conference with C. Murray regarding discussions with V. Driver regarding 523 issues (.3); conference call with A. Catmull regarding professional fees and payment timeing and source (.5); continue to evaluate issues relative to claimed exemptions (2.9); begin to review proposal on sale of Lake house (.4); and conference with C. Murray regarding same (.2); review emails relating to motion to remand and motion to transfer removed actions and conference with C. Murray regarding same (.5) | | | |
| Service | 08/30/2024 | Asset Analysis and Recovery: Respond to email from T. Holman regarding availability of assets (0.1) | 0.10 | $495.00 | $49.50 |
| Service | 08/30/2024 | Asset Analysis and Recovery: Draft second stipulation and agreed order to extend deadline for objections to Debtor's claimed exemptions and provide to Debtor's counsel for commentary (0.5); conference with E. Jones regarding same (.2) | 0.70 | $495.00 | $346.50 |
| Service | 08/30/2024 | Claims Administration and Objections: Review status of pending Texas litigation and review stay order regarding same (.5) | 0.50 | $750.00 | $375.00 |
| Service | 08/30/2024 | Asset Analysis and Recovery: Conference call with V. Driver regarding sale motion and auction and issues relating to exemptions (.7); conference with C. Murray regarding same (.2); conference with C. Murray regarding substantive reponses to potential objections or issues relating to sale/auction of certain assets (1.0); conference with J. Wolfshohl regarding status of issues relating to professional fees and potential objections or issues relating to sale/auction of certain assets (.5); conference call with A. Catmull regarding filing motion to order payment of FSS professional fees and conference call with C. Murray regarding same (.5) | 2.90 | $750.00 | $2,175.00 |

**Total**     **$76,454.50**