UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | Chapter 7 |
|---|---|
| ALEXANDER E. JONES, | Case No. 22-33553 (CML) |
| Debtor. | |

**TRUSTEE'S WITNESS AND EXHIBIT LIST
FOR FRIDAY, SEPTEMBER 13, 2024 HEARING**

Christopher R. Murray in his capacity as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Alexander E. Jones ("**Alex Jones**") files this Witness and Exhibit List for the hearing to be held on Friday, September 13, 2024, at 12:00 p.m. (prevailing Central Time) before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

**EXHIBITS**

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | *Trustee's Emergency Motion for Entry of an Order Authorizing the (I) Sale of Real Property and (II) Extend Retention of Sale Broker* [Docket No. 837] | | | | | | |
| 2. | One to Four Family Residential Contract (Resale) attached as Exhibit 1 to the Proposed Order [Docket No. 837-1] | | | | | | |
| 3. | *Application to Employ Broker to Assist in the Sale of 5240 McCormick Mountain Drive* [Docket No. 535] (the "Broker Motion") | | | | | | |
| 4. | Broker Listing Agreement attached as Exhibit A to Broker Motion [Docket No. 535] | | | | | | |

1

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 5. | *Declaration of Jaymes Willoughby in Support of Debtor's Application to Employ Broker to Assist in the Sale of 5240 McCormick Mountain Drive* attached as Exhibit B to Broker Motion [Docket No. 535] | | | | | | |
| 6. | *Order In Support of Debtor's Application to Employ Broker to Assist in the Sale of 5240 McCormick Mountain Drive* [Docket No. 574] | | | | | | |
| 7. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case or the prior chapter 11 case | | | | | | |
| 8. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| 9. | Any exhibit listed by any other party | | | | | | |

## **WITNESSES**

1. Christopher R. Murray, Trustee for the Alex Jones bankruptcy estate
2. Any witness listed by any other party.

The Trustee reserves the right to amend and/or supplement this Witness and Exhibit List as necessary in advance of the Hearing. The Trustee also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, the Trustee reserves the right to introduce any previously admitted exhibit.

15563217

Dated: September 12, 2024.

        Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*
    Joshua W. Wolfshohl (Bar No. 24038592)
    Michael B. Dearman (Bar No. 24116270)
    Jordan T. Stevens (Bar No. 24106467)
    Kenesha L. Starling (Bar No.24114906)
    **PORTER HEDGES LLP**
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6000
    Facsimile: (713) 226-6248
    jwolfshohl@porterhedges.com
    mdearman@porterhedges.com
    jstevens@porterhedges.com
    kstarling@porterhedges.com

AND

Erin E. Jones
Texas Bar No. 24032478
**Jones Murray LLP**
602 Sawyer Suite 400
Houston, Tx 77007
Telephone 832-529-1999
erin@jonesmurray.com

**COUNSEL TO**
**CHRISTOPHER R. MURRAY,**
**CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

    I certify that on September 12, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

        */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl

15563217