# **EXHIBIT 5**

Exhibit B

Willoughby's Declaration in Support of Debtor's Application to Employ Broker to Assist in the Sale of 5240 McCormick Mountain Drive

**APPLICATION TO EMPLOY BROKER TO ASSIST IN THE SALE OF 5240 MCCORMICK MOUNTAIN DRIVE - Page | 9**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ALEXANDER E. JONES,** | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |
| | § | |

**DECLARATION OF JAYMES WILLOUGHBY IN SUPPORT OF
DEBTOR'S APPLICATION TO EMPLOY BROKER TO ASSIST IN THE
SALE OF 5240 MCCORMICK MOUNTAIN DRIVE**

I, James Willoughby on behalf of Keller Williams Realty declare:

1. That I am a broker with Keller Williams Realty with my principal office located at 1801 S. Mopac Blvd., Ste. 100, Austin, TX 78746.

2. I am over 21 years of age, of sound mind, and am fully competent to testify as to the facts contained in this Declaration. I am a licensed real estate salesperson in the state of Texas. Except as otherwise noted, I have personal knowledge of the matters set forth in this Declaration. The facts contained in this Declaration are true and correct to the best of my knowledge and belief.

3. I submit this declaration (the "Declaration") pursuant to Rule 2014(a) of the Bankruptcy Rules and in support of the Debtor's *Application to Employ Broker to Assist in the Sale of 5240 McCormick Mountain Drive*. The Application seeks to employ and retain Keller Williams Realty and its related subsidiary entities, as the Debtor's real estate broker, pursuant to the terms and conditions of the Listing Agreement. In connection with the proposed representation, Keller Williams Realty anticipates rendering the services outlined in the Application (the "Brokerage Services") in connection with this Chapter 11 Case.

4.  Keller Williams Realty's Austin Southwest Office is the top producing brokerage in Austin, Texas, and their knowledge of real estate like the Lakehouse make them a reliable brokerage firm for this Sale.

5.  Keller Williams Realty has attempted to determine its past and present connections, if any, with the Debtor, its creditors, or any parties-in-interest, their representative attorneys and accountants, the Unites States Trustee, or any person employed in the office of the United States Trustee. In particular, Keller Williams Realty obtained from the Debtor and/or its representatives the names of the individuals and entities that may be parties-in-interest in this Chapter 11 Case. Based upon Keller Williams Realty's internal investigation and to the best of my present knowledge, I am not aware of any connections that Keller Williams Realty has with the Debtor, its creditors or any other parties-in-interest, their respective attorneys and accounts, the United States Trustee, or any person employed in the office of the United States Trustee. However, Keller Williams Realty may have in the past represented, may currently represent, and likely in the future will represent, parties-in interest, including creditors of the Debtor in connection with matters unrelated to the Debtor and this Chapter 11 Case. And, as is part of its customary practice, Keller Williams Realty is involved in cases, proceedings, reorganizations, and transactions involving many different parties, some of which may represent, or be, claimants, or other parties-in-interest in this Chapter 11 Case.

6.  To the best of my present knowledge, and unless as otherwise disclosed in this Declaration, neither Keller Williams Realty nor any of its representatives, insofar as I have been able to ascertain, hold any interest materially adverse to the interest of the Debtor's estates or to any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor.

**APPLICATION TO EMPLOY BROKER TO ASSIST IN THE SALE OF 5240 MCCORMICK MOUNTAIN DRIVE - Page | 11**

7. I believe that Keller Williams Realty, and each of its representatives, is a "disinterested person" within the meaning of Sections 101(14) and 327(a) of the Bankruptcy Code.

8. If any new relevant facts or relationships are discovered or arise, Keller Williams Realty will use reasonable efforts to identify such further developments and will promptly file a supplemental affidavit as Bankruptcy Rule 2014(a) requires.

9. Subject to the Court's approval, and pursuant to the Listing Agreement, Keller Williams Realty will charge the applicable Debtor a commission of 3% of the gross sales price relating to the sale the Lakehouse Property. Keller Williams Realty's fees are consistent with and typical of fees charged by other brokerage firms for comparable services under similar circumstances. The fees charged by Keller Williams Realty are market-based and designed to compensate Keller Williams Realty fairly for the work of its professionals and to cover fixed and routine expenses.

10. Keller Williams Realty has been informed and understands that no sale may be consummated, and no commission paid until after notice and a hearing on the proposed sale, and until after such time as the Court approves the sale.

11. To the extent that Keller Williams Realty subsequently discovers any facts bearing on this Declaration, this Declaration will be supplemented, and those facts will be disclosed to the Court at the earliest opportunity.

12. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2023

                                                            _/s/ Jaymes Willoughby__
                                                            JAYMES WILLOUGHBY