## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| ALEX JONES, | Case No. 22-33553 |
| Debtor. | |

### TRUSTEE'S WITNESS AND EXHIBIT LIST
### FOR TUESDAY, SEPTEMBER 24, 2024, HEARING

Christopher R. Murray in his capacity as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Alexander E. Jones ("**Alex Jones**") files this Witness and Exhibit List for the hearing to be held on Tuesday, September 24, 2024, at 2:00 p.m. (prevailing Central Time) before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

### **EXHIBITS**

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Bankruptcy Auction Agency Agreement | | | | | | |
| 2. | Agency and Marketing Agreement | | | | | | |
| 3. | Free Speech Systems LLC Operating Agreement | | | | | | |
| 4. | Order Dismissing Free Speech Systems LLC chapter 11 bankruptcy case | | | | | | |
| 5. | Alexander E. Jones chapter 7 bankruptcy Schedules | | | | | | |
| 6. | Free Speech Systems LLC chapter 11 bankruptcy Schedules | | | | | | |
| 7. | *Trustee's Emergency Motion to (1) Clarify Transfer of Control and Signing Authority with Respect to Debtor's Bank Accounts, (2) for an Order Extending Automatic Stay in the Alex Jones Case to Free Speech Systems LLC, and (3) Related Relief* (exclusive of exhibits | | | | | | |

1

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| | thereto) [Dkt. No. 720] | | | | | | |
| 8. | Transcript of June 27, 2024, Hearing regarding Trustee's Emergency Motion to (1) Clarify Transfer of Control and Signing Authority with Respect to Debtor's Bank Accounts, (2) for an Order Extending Automatic Stay in the Alex Jones Case to Free Speech Systems LLC, and (3) Related Relief [Dkt. No. 758] | | | | | | |
| 9. | Plaintiffs' Application for Turnover Order regarding *Neil Heslin and Scarlett Lewis v. Alex E. Jones and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001835, 261st Judicial District Court of Travis County, Texas (inclusive of exhibits thereto) | | | | | | |
| 10. | State Court Order regarding Plaintiffs' Application for Turnover Order concerning *Neil Heslin and Scarlett Lewis v. Alex E. Jones and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001835, 261st Judicial District Court of Travis County, Texas | | | | | | |
| 11. | Plaintiffs' Application for Post-Judgment Writ of Garnishment regarding *Neil Heslin and Scarlett Lewis v. Alex E. Jones and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001835, 261st Judicial District Court of Travis County, Texas (inclusive of exhibits thereto) | | | | | | |
| 12. | Connecticut Families' Statement in Support of the Trustee's Emergency Motion (inclusive of exhibits thereto) [Dkt. No. 725] | | | | | | |
| 13. | The Texas Plaintiffs' Response to the Jones Chapter 7 Trustee's Emergency Motion (inclusive of exhibits thereto) [Dkt. No. 726] | | | | | | |

15572541

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 14. | Notice of Removal regarding *Neil Heslin and Scarlett Lewis v. Alex E. Jones and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001835, 261st Judicial District Court of Travis County, Texas (inclusive of exhibits thereto) | | | | | | |
| 15. | June 21, 2024, Emails with Texas State Court Coordinator regarding Plaintiffs' Application for Turnover Order | | | | | | |
| 16. | Notice of Removal regarding *Neil Heslin and Scarlett Lewis v. Cadence Bank and Alex E. Jones and Free Speech Systems, LLC*, Cause No. D-1-GN-24-003882, 200th Judicial District Court of Travis County, Texas (inclusive of exhibits thereto) | | | | | | |
| 17. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case | | | | | | |
| 18. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| 19. | Any exhibit listed by any other party | | | | | | |

## WITNESSES

1. Christopher R. Murray, Trustee for the Alex Jones bankruptcy estate

2. Jeff Tanenbaum, President of ThreeSixty Asset Advisors

3. Any witness listed by any other party.

The Trustee reserves the right to amend and/or supplement this Witness and Exhibit List as necessary in advance of the Hearing. The Trustee also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, the Trustee reserves the right to introduce any previously admitted exhibit.

15572541

Dated: September 19, 2024.

        Respectfully submitted,
        **PORTER HEDGES LLP**

        By:*/s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl
        Texas Bar No. 24038592
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6000
        Facsimile: (713) 226-6248
        jwolfshohl@porterhedges.com

        AND

        */s/ Erin E. Jones*
        Erin E. Jones
        Texas Bar No. 24032478
        Jones Murray LLP
        602 Sawyer Suite 400
        Houston, Tx 77007
        Telephone 832-529-1999
        erin@jonesmurray.com

        **COUNSEL TO**
        **CHRISTOPHER R. MURRAY,**
        **CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

    I certify that on September 19, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

        */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl

15572541