# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 22-33553** |
| | § | |
| **ALEXANDER E. JONES,** | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |

## UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST
## FOR SEPTEMBER 24, 2024, HEARING

Kevin M. Epstein, the United States Trustee for Region 7 (the "U.S. Trustee") files this Witness and Exhibit List for the hearing scheduled for September 24, 2024, at 2:00 p.m., Central Time (or as such hearing may be continued or rescheduled, the "Hearing").

## WITNESSES

The U.S. Trustee may examine:

1. Any witnesses called or designated by any other party; and

2. Any witness necessary to rebut testimony of a witness called or designated by any other party.

**EXHIBITS**

The U.S. Trustee may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | All exhibits presented or designated by any other parties for the hearing |  |  |  |  |
|  | All rebuttal exhibits |  |  |  |  |

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

RESPECTFULLY SUBMITTED:
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

DATED: 9/19/2024

*/s/ HA M NGUYEN*
Ha Nguyen, Trial Attorney
CA Bar #305411
FED ID NO. 3623593
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: Ha.Nguyen@usdoj.gov
Cell: 202-590-7962

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024,, I caused a true and correct copy of the foregoing **UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST FOR SEPTEMBER 24, 2024, HEARING** to be served upon all parties receiving electronic notice via ECF.

/s/ Ha M Nguyen
Ha M. Nguyen