UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) |
| Debtor. | |

**NOTICE OF (I) REVISED PROPOSED ORDER GRANTING TRUSTEE'S MOTION
FOR ENTRY OF AN ORDER AUTHORIZING THE WINDDOWN OF
FREE SPEECH SYSTEMS, LLC AND (II) REDLINE THEREOF**
[Relates to Docket No. 829]

**PLEASE TAKE NOTICE THAT** on August 22, 2024, Christopher R. Murray, the chapter 7 trustee for the bankruptcy estate of Alexander E. Jones filed the proposed *Order Granting Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC* [Docket No. 829] (the "***Original Winddown Order***")

**PLEASE TAKE FURTHER NOTICE THAT** on the date hereof, the Trustee's filed the revised *Order Granting Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC* [Docket No. __] (the "***Revised Winddown Order***").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a redline of the Original Winddown Order against the Revised Winddown Order.

15576886

Dated: September 24, 2024
       Houston, Texas

                            Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*
    Joshua W. Wolfshohl (Bar No. 24038592)
    Michael B. Dearman (Bar No. 24116270)
    Jordan T. Stevens (Bar No. 24106467)
    Kenesha L. Starling (Bar No.24114906)
    **PORTER HEDGES LLP**
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6000
    Facsimile: (713) 226-6248
    jwolfshohl@porterhedges.com
    mdearman@porterhedges.com
    jstevens@porterhedges.com
    kstarling@porterhedges.com

    *and*

    Erin E. Jones (TX 24032478)
    **JONES MURRAY LLP**
    602 Sawyer Street, Suite 400
    Houston, Texas 77007
    Telephone: (832) 529-1999
    Fax: (832) 529-3393
    erin@jonesmurray.com

    *Counsel for Christopher R. Murray, Chapter 7 Trustee*

2

15576886

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing document was served on September 24, 2024 on all parties receiving ECF service in the above-captioned case on the date hereof.

/s/ *Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

15576886