THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ALEXANDER E. JONES | § § | Case No. 22-33553 (Chapter 7) |
| Debtor. | § § | |

### ORDER AUTHORIZING
### EMPLOYMENT AND RETENTION OF N&N FORENSICS, LLC
**[This Order relates to Docket No. _____]**

The Court, having considered the Trustee's *Application to Employ N&N Forensics, LLC as Forensic IT Professional Nunc Pro Tunc to September 4, 2024* (the "**Application**"),[1] any responses thereto and the record in this case finds that: (i) the Court has jurisdiction under 28 U.S.C. § 1334; (ii) this is a core proceeding under § 157(b); (iii) *nunc pro tunc* relief is appropriate under the circumstances; (iv) the relief requested is in the best interest of the Estate, its creditors, and other stakeholders; (v) N&N Forensics, LLC ("**N&N**") represents no interest adverse to the Estate with respect to the matters upon which it is to be engaged; (vi) N&N is a "disinterested person" as the terms is defined under section 101(14) of the Bankruptcy Code; and (vii) good cause exists to grant this relief.

It is therefore, **ORDERED** that:

1. Pursuant to 11 U.S.C. § 327(a), the Trustee is authorized to employ and retain N&N, effective September 4, 2024, in accordance with the terms and conditions set forth in the Application.

2. N&N shall apply for compensation for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred in the connection with the services for which they are being retained by the Trustee, in complaince with sections 330 and 331 of the Bankruptcy Code, any applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and/or any fee procedures and orders of the Court.

3. Notwithstanding anything to the contrary in the Application, the Engagement Letter, or the Newton Declaration attached to the Application, N&N shall not be entitled to reimbursement for fees and expenses in connection with the defense of any objection to its fees, without further order of the Court.

---

[1] Capitalized terms used but not otherwise defined herein are intended to have the same meaning as defined in the Application.

4. The Trustee is empowered to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. This Court shall retain exclusive jurisdiction to resolve all matters arising out of or related to the Application or this Order.