**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In Re:  Alexander E. Jones and Official Committee Of Unsecured Creditors  Debtor | Case No.: 22−33553  Chapter: 7 |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-33553-cml |
| Alexander E. Jones | Chapter 7 |
| Official Committee Of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 8 |
| Date Rcvd: Oct 11, 2024 | Form ID: ntctran | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| aty | + | Anna Kordas, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-1000, UNITED STATES 10036-6730 |
| aty | + | Crowe & Dunlevy, 2525 McKinnon St, Suite 425, Dallas, TX 75201-1543 |
| aty | + | David Franklin Hill, IV, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | + | Jonathan Day, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Jones Murray LLP, 602 Sawyer Suite 400, Houston, Tx 77007-7510 |
| aty | + | Leslie E. Liberman, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Martin, Disiere, Jefferson & Wisdom, LLP, 808 Travis, Suite 1100, Houston, TX 77002-5831 |
| aty | + | Paul Andrew Paterson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Reynal Law Firm, P.C., 917 Franklin St., Suite 600, Houston, TX 77002-1764 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Theodore James Salwen, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | + | Vida Robinson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| fa | + | BlackBriar Advisors LLC, 3131 McKinney Ave., Suite 600, Dallas, TX 75204-2456 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Erica L. Ash, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701 UNITED STATES 78701-0137 |
| cr | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850 Austin, TX 78701-0137 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Suite 203, Austin, TX 78701-2720 |
| cr | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Oct 11 2024 19:47:16 | Ally Bank, c/o Quilling, Selander, et al, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 11 2024 20:02:22 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 20:02:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 11 2024 19:51:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| cr | + | Email/Text: notifications@cstrial.com | Oct 11 2024 19:52:00 | Erica L. Ash, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701, UNITED STATES 78701-0137 |
| cr | + | Email/Text: notifications@cstrial.com | | |

| District/off: 0541-4 | User: ADIuser | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: ntctran | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 11 2024 19:52:00 | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| crcm | + | Email/Text: mbrimmage@akingump.com | Oct 11 2024 19:52:00 | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | Oct 11 2024 19:51:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | + | Email/Text: notifications@cstrial.com | Oct 11 2024 19:52:00 | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Oct 11 2024 19:52:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 10

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| intp | | David Ross Jones |
| cr | | David Wheeler |
| cr | | Donna Soto |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |
| cr | | Mark Barden |
| cr | | Nicole Hockley |
| cr | | Public Storage |
| op | | Rachel Kennerly LLC |
| cr | | Robert Parker |
| cr | | William Aldenberg |
| cr | | William Sherlach |
| cr | ##+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |

TOTAL: 17 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 8 |
| Date Rcvd: Oct 11, 2024 | Form ID: ntctran | Total Noticed: 28 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Annie E Catmull | on behalf of Creditor Free Speech Systems  LLC aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Avi Moshenberg | on behalf of Plaintiff Leonard Pozner avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Bennett Greg Fisher | on behalf of Creditor Public Storage bennett.fisher@lewisbrisbois.com amber.kaiser@lewisbrisbois.com;audrey.bridges@lewisbrisbois.com;jann.pigg@lewisbrisbois.com;maria.brito@lewisbrisbois.com;daniel.david@lewisbrisbois.com;andrea.silverman@lewisbrisbois.com |
| Bradley J. Reeves | on behalf of Creditor Reeves Law  PLLC bradley.reeves@pillsburylaw.com |
| Christina Walton Stephenson | on behalf of Defendant Alexander E. Jones crissie@etglaw.com  elisa@etglaw.com |
| Christina Walton Stephenson | on behalf of Debtor Alexander E. Jones crissie@etglaw.com  elisa@etglaw.com |
| Christina Walton Stephenson | on behalf of Attorney Crowe & Dunlevy crissie@etglaw.com  elisa@etglaw.com |
| Christopher R Murray | chris@jonesmurray.com  crm@trustesolutions.net |
| Elizabeth Carol Freeman | on behalf of Trustee Melissa A Haselden liz@lizfreemanlaw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |
| Eric Henzy | on behalf of Plaintiff Richard M. Coan ehenzy@zeislaw.com |
| Erin Elizabeth Jones | on behalf of Trustee Christopher R Murray erin@jonesmurray.com  8597346420@filings.docketbird.com |
| Federico Andino Reynal | on behalf of Attorney Reynal Law Firm  P.C. areynal@frlaw.us |
| Ha Minh Nguyen | |

| District/off: 0541-4 | User: ADIuser | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: ntctran | Total Noticed: 28 |

    on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jacqueline Chiba
    on behalf of Trustee Christopher R Murray jackie@jonesmurray.com 8234279420@filings.docketbird.com

Jarrod B. Martin
    on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com
    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com
    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com
    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com
    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com
    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com
    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Estate of Marcel Fontaine jarrod.martin@chamberlainlaw.com
    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com
    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com
    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com
    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jason Starks
    on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jayson B. Ruff
    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey Gresham Tinkham
    on behalf of Attorney Martin Disiere, Jefferson & Wisdom, LLP tinkham@mdjwlaw.com, paulaj@mdjwlaw.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Leonard Pozner jhardy2@willkie.com mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Marcel Fontaine jhardy2@willkie.com mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Scarlett Lewis jhardy2@willkie.com mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Neil Heslin jhardy2@willkie.com mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Neil Heslin jhardy2@willkie.com mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com mao@willkie.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 8 |
| Date Rcvd: Oct 11, 2024 | Form ID: ntctran | Total Noticed: 28 |

John D Malone
    on behalf of Creditor Security Bank of Texas myra@johnmalonepc.com myra@johnmalonepc.com

Johnie J Patterson
    on behalf of Creditor Elevated Solutions Group LLC
    wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Joshua W. Wolfshohl
    on behalf of Trustee Christopher R Murray jwolfshohl@porterhedges.com
    egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Marty L Brimmage
    on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Robert Parker mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Ian Hockley mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alexander E. Jones mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Nicole Hockley mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlos M Soto mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Mark Barden mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor William Sherlach mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor William Aldenberg mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Francine Wheeler mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Donna Soto mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com
    lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

District/off: 0541-4                                    User: ADIuser                                    Page 6 of 8
Date Rcvd: Oct 11, 2024                                 Form ID: ntctran                                 Total Noticed: 28

| | |
|---|---|
| Marty L Brimmage | on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor David Wheeler mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | on behalf of Creditor Neil Heslin mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Melanie A. Miller | on behalf of Creditor Committee Official Committee Of Unsecured Creditors melanie.miller@akingump.com |
| Melissa A Haselden | on behalf of Trustee Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;mhaselden@ecf.courtdrive.com;haselden.melissaa.r104367@notify.bestcase.com |
| Nicholas Lawson | on behalf of Creditor Leonard Pozner nick.lawson@lmbusinesslaw.com kate.taylor@lmbusinesslaw.com |
| Nicholas Lawson | on behalf of Creditor Neil Heslin nick.lawson@lmbusinesslaw.com kate.taylor@lmbusinesslaw.com |
| Nicholas Lawson | on behalf of Creditor Marcel Fontaine nick.lawson@lmbusinesslaw.com kate.taylor@lmbusinesslaw.com |
| Nicholas Lawson | on behalf of Creditor Veronique De La Rosa nick.lawson@lmbusinesslaw.com kate.taylor@lmbusinesslaw.com |
| Nicholas Lawson | on behalf of Creditor Scarlett Lewis nick.lawson@lmbusinesslaw.com kate.taylor@lmbusinesslaw.com |
| Patrick Michael Lynch | on behalf of Creditor Ally Bank plynch@qslwm.com jtownzen@qslwm.com |
| Raymond William Battaglia | on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com |
| Ryan E Chapple | on behalf of Creditor Erica L. Ash rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Nicole Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Francine Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Ian Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Donna Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Richard M. Coan rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff David Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlos M Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Aldenberg rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff William Sherlach rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 8 |
| Date Rcvd: Oct 11, 2024 | Form ID: ntctran | Total Noticed: 28 |

| | |
|---|---|
| Ryan E Chapple | on behalf of Creditor Donna Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Robert Parker rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor William Sherlach rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jacqueline Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor David Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Robert Parker rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Ian Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jennifer Hensel rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff William Aldenberg rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Scott R. Cheatham | on behalf of Creditor Bank of America N.A. scott.cheatham@arlaw.com |
| Shelby A Jordan | on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com |
| Shelby A Jordan | on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com |
| Stephen A Roberts | on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com |
| Stephen Wayne Lemmon | on behalf of Creditor PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vickie L Driver | on behalf of Attorney Crowe & Dunlevy vickie@etglaw.com crissie@etglaw.com;elisa@etglaw.com |
| Vickie L Driver | on behalf of Financial Advisor BlackBriar Advisors LLC vickie@etglaw.com crissie@etglaw.com;elisa@etglaw.com |
| Vickie L Driver | on behalf of Creditor Free Speech Systems  LLC vickie@etglaw.com, crissie@etglaw.com;elisa@etglaw.com |
| Vickie L Driver | on behalf of Other Prof. Rachel Kennerly LLC vickie@etglaw.com crissie@etglaw.com;elisa@etglaw.com |
| Vickie L Driver | on behalf of Defendant Alexander E. Jones vickie@etglaw.com crissie@etglaw.com;elisa@etglaw.com |

District/off: 0541-4                           User: ADIuser                              Page 8 of 8
Date Rcvd: Oct 11, 2024                   Form ID: ntctran                           Total Noticed: 28

Vickie L Driver
           on behalf of Debtor Alexander E. Jones vickie@etglaw.com crissie@etglaw.com;elisa@etglaw.com

Yoshie Valadez
           on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com yvaladez@mccarthyholthus.com

TOTAL: 123