THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>ALEXANDER E. JONES,<br>      Debtor. | Case No. 22-33553 (CML)<br><br>Chapter 7 |

**TRUSTEE'S REPORT OF SALE**

1. On or about October 10, 2024, the Trustee sold real estate at 5240 McCormick Mountain Drive, Austin, Texas, to Texas ERW, LTD and/or assigns for $1,080,000.00.

2. The sale was authorized by Court order dated September 23, 2024. DE 852

3. The closing statement is attached hereto.

Respectfully submitted, October 14, 2024      /s/ *Christopher Murray*
602 Sawyer, Suite 400
Houston, TX 77007
chris@jonesmurray.com
832-529-1999
*Chapter 7 Trustee*

| A. Settlement Statement | U.S. Department of Housing and Urban Development | | OMB No. 2502-0265 |
|---|---|---|---|

| B. Type of Loan | | | |
|---|---|---|---|
| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins<br>4. ☐ VA  5. ☐ Conv Ins.  6. ☐ Seller Finance<br>7. ☒ Cash Sale. | 6. File Number<br>TL24-822965-AM | 7. Loan Number | 8. Mortgage Ins Case Number |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing: they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower<br>NTG Exchange LLC as QI for Texas ERW, LTD, a Texas Limited Partnership<br>5008 Mcintyre Circle<br>Austin, TX 78734 | E. Name & Address of Seller<br>Christopher R. Murray in his capacity as chapter 7 trustee for the bankruptcy estate of Alexander E. Jones<br>500 N. Shoreline Blvd Ste 900<br>Corpus Christi, TX 78401-0658 | F. Name & Address of Lender |
|---|---|---|

| G. Property Location<br>Lot 3, Back of the Moon Amd Plat, Travis County, Texas.<br>5240 McCormick Mountain Drive<br>Austin, TX 78734 | H. Settlement Agent Name<br>Capital Title of Texas, LLC - Austin Mopac<br>6850 Austin Center Blvd., Suite 127<br>Austin, TX 78731  Tax ID: 75-2848550<br>Underwritten By: First National Title Insurance Company | |
|---|---|---|
| | Place of Settlement<br>Capital Title of Texas, LLC - Austin Mopac<br>6850 Austin Center Blvd., Ste. 127<br>Austin, TX 78731 | I. Settlement Date<br>10/9/2024<br>Fund: 10/10/2024 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract Sales Price | $1,080,000.00 | 401. Contract Sales Price | $1,080,000.00 |
| 102. Principal Reduction | | 402. Personal Property | |
| 103. Settlement Charges to Borrower | $1,241.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. Buyer's portion of HOA dues pd by seller  10/10/24 thru 10/31/24 | $425.81 | 406. Buyer's portion of HOA dues pd by seller  10/10/24 thru 10/31/24 | $425.81 |
| 107. City Property Taxes | | 407. City Property Taxes | |
| 108. Est 2024 property taxes from seller | | 408. Est 2024 property taxes from seller | |
| 109. Other | | 409. Other | |
| 110. Mud Notices | | 410. Mud Notices | |
| 111. School Property Taxes | | 411. School Property Taxes | |
| 112. | | 412. 2022 County Taxes | |
| 113. Non-Realty Items | $20,000.00 | 413. Non-Realty Items | $20,000.00 |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 120. Gross Amount Due From Borrower | $1,101,666.81 | 420. Gross Amount Due to Seller | $1,100,425.81 |
| 200. Amounts Paid By Or in Behalf Of Borrower | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit or Earnest Money | $10,500.00 | 501. Excess Deposit | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (line 1400) | $77,572.50 |
| 203. | | 503. Existing Loan(s) Taken Subject to | |
| 204. Exchange Proceeds | $910,894.20 | 504. Payoff of First Mortgage Loan  to | |
| 205. | | 505. Payoff of Second Mortgage Loan  to | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. Buyer's portion of HOA dues pd by seller | | 510. Buyer's portion of HOA dues pd by seller | |
| 211. City Property Taxes | | 511. City Property Taxes | |
| 212. Est 2024 property taxes from seller  01/01/24 thru 10/09/24 | $11,033.18 | 512. Est 2024 property taxes from seller  01/01/24 thru 10/09/24 | $11,033.18 |
| 213. Other | | 513. Other | |
| 214. Mud Notices | | 514. Mud Notices | |
| 215. School Property Taxes | | 515. School Property Taxes | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | $932,427.38 | 520. Total Reduction Amount Due Seller | $88,605.68 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | $1,101,666.81 | 601. Gross Amount due to seller (line 420) | $1,100,425.81 |
| 302. Less amounts paid by/for borrower (line 220) | $932,427.38 | 602. Less reductions in amt. due seller (line 520) | $88,605.68 |
| 303. Cash From Borrower | $169,239.43 | 603. Cash To Seller | $1,011,820.13 |

| L. Settlement Charges | | | |
|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price  $1,080,000.00  @6 % = $64,800.00 | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| Division of Commission (line 700) as follows: | | | |
| 701. $64,800.00 | to  Keller Williams Realty | | |
| 702. $0.00 | to  NO AGENT | | |
| 703. Commission Paid at Settlement | | $0.00 | $64,800.00 |
| 704. The following persons, firms or | to | | |
| 705. corporations received a portion | to | | |
| 706. of the real estate commission amount | to | | |
| 707. shown above: Jaymes Willoughby, | to | | |
| 708. Fast Expert, Inc, KW MC1 LTD | to | | |
| 800. Items Payable in Connection with Loan | | | |
| 801. Loan Origination Fee      % | to | | |
| 802. Loan Discount                % | to | | |
| 803. Appraisal Fee | to | | |
| 804. Credit Report | to | | |
| 805. Lender's Inspection Fee | to | | |
| 806. Mortgage Insurance Application | to | | |
| 807. Assumption Fee | to | | |
| 900. Items Required by Lender To Be Paid in Advance | | | |
| 901. Interest from  10/10/2024 to  11/1/2024 @ $0/day | | | |
| 902. Mortgage Insurance Premium for months | to | | |
| 903. Hazard Insurance Premium for years | to | | |
| 1000. Reserves Deposited With Lender | | | |
| 1001. Hazard Insurance | months @  per month | | |
| 1002. Mortgage Insurance | months @  per month | | |
| 1003. Buyer's portion of HOA dues pd by seller | months @  per month | | |
| 1004. City Property Taxes | months @  per month | | |
| 1005. Est 2024 property taxes from seller | months @  per month | | |
| 1006. Mud Notices | months @  per month | | |
| 1007. Other | months @  per month | | |
| 1008. School Property Taxes | months @  per month | | |
| 1011. Aggregate Adjustment | | | |
| 1100. Title Charges | | | |
| 1101. Settlement or Closing Fee | to | | |
| 1102. Abstract or Title Search | to | | |
| 1103. Title Examination | to | | |
| 1104. Title Insurance Binder | to | | |
| 1105. Document Preparation | to | | |
| 1106. Notary Fees | to | | |
| 1107. Attorney's Fees | to  Shaddock & Associates, P.C. | | $125.00 |
| (includes above items numbers:  ) | | | |
| 1108. Title Insurance | to  Capital Title of Texas | | $5,921.00 |
| (includes above items numbers:  ) | | | |
| 1109. Lender's coverage | $0.00/$0.00 . | | |
| 1110. Owner's coverage | $1,080,000.00/$5,921.00 | | |
| 1111. Escrow Fee | to  Capital Title of Texas | $595.00 | $595.00 |
| 1112. Courier Fee | to  Capital Title of Texas | | $20.00 |
| 1113. State of Texas Policy Guaranty Fee | to  Texas Title Insurance Guaranty Association | $0.00 | $2.00 |
| 1114. Title - Tech Fee | to  Capital Title of Texas | | |
| 1115. Title - Remote Online Notary | to  Capital Title of Texas | | |
| 1116. 10% of Title Premium | to  Capital Title of Texas | | |
| 1117. 90% of Title Premium | to  Texas Living Title | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Government Recording Charges  Deed ; Mortgage ; Rel | to Capital Title of Texas | | |
| 1202. City/county tax/stamps   Deed ; Mortgage | to | | |
| 1203. State tax/stamps             Deed ; Mortgage | to | | |
| 1204. Tax Certificate | to  United Tax Service, Inc. | | $87.00 |
| 1205. E Recording Fee | to  United eRecording | $9.00 | |
| 1206. Recording WD | to  Capital Title of Texas | $37.00 | |
| 1300. Additional Settlement Charges | | | |
| 1301. Survey | to  Windrose Land Services Austin | | $3,247.50 |
| 1302. HOA current balance | to  Back of the Moon Home Owners Association | | $2,000.00 |
| 1303. HOA October dues | to  Back of the Moon Home Owners Association | | $600.00 |
| 1304. HOA November dues | to  Back of the Moon Home Owners Association | $600.00 | |
| 1305. Remote signing | to  Executive Notary Services | | $175.00 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | $1,241.00 | $77,572.50 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.