# EXHIBIT A

## List of Executory Contracts

15546064

| **CONTRACTS** | | | |
|---|---|---|---|
| **Party** | **Contract Name** | **Address** | **Cure Amount, if any** |
| Bitchute: https://www.bitchute.com/channel/tVt4srrb0hdW/ | Terms of Service | Deep State Protocol LLC<br>c/o Northwest Registered Agent Service Inc<br>30 N Gould St Ste N<br>Sheridan, WY 82801 | $0.00 |
| Bitclout: https://bitclout.com/u/AlexJones | Terms of Service | Bitclout<br>c/o LegalInc Corporate Services Inc.<br>131 Continental Drive Suite 305<br>Newark, DE 19713 | $0.00 |
| BrighteonSocial: https://brighteon.social/@AlexJones | Terms of Service | Brighteon Media Inc.<br>c/o Registered Agents Inc.<br>30 N Gould St Ste R<br>Sheridan, WY 82801 | $0.00 |
| Cozy.TV: https://cozy.tv/alexjones | Terms of Service | Trollge LLC<br>c/o Registered Agents Inc.<br>1209 Mountain Road PL NE, Suite R,<br>Albuquerque, NM 87110 | $0.00 |
| FreeTalk45: https://freetalk.app/RealAlexJones | Terms of Service | Herring Networks, Inc.<br>c/o Robert S Herring<br>4757 Morena Blvd<br>San Diego, CA 92117 | $0.00 |
| Gab.com: https://gab.com/RealAlexJones | Terms of Service | GAB AI Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | $0.00 |
| Gettr: https://gettr.com/user/alexjones | Terms of Service | GETTR USA, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801 | $0.00 |
| Minds: https://www.minds.com/TheAlexJonesChannel | Terms of Service | Minds, Inc.<br>c/o Registered Agents Inc.<br>2389 MAIN STREET, SUITE 100,<br>GLASTONBURY, CT, 06033 | $0.00 |
| Parler: https://app.parler.com/alexjones | Terms of Service | PDS Partners, LLC<br>c/o Capitol Services, Inc.<br>108 Lakeland Ave.<br>Dover, DE 19901 | $0.00 |

15546064

| | | | |
|---|---|---|---|
| Social1776: https://social1776.com/RealAlexJones | Terms of Service | Social 1776<br>c/o Daniel J. Leach Jr.<br>1003 6th Ave NW<br>Williston, ND 58801-3305 | $0.00 |
| Sovren: https://sovren.media/u/alexjones/ | Terms of Service | Isegoria, Inc.<br>c/o National Registered Agents, Inc.<br>2232 Dell Range Blvd Ste 200<br>Cheyenne, WY 82009 | $0.00 |
| SubscribeStar:<br>https://www.subscribestar.com/alexjones | Terms of Service | SubscribeStar.com / Starcling, LLC<br>c/o Registered Agents Inc<br>30 N Gould St Ste R<br>Sheridan, WY 82801 | $0.00 |
| Telegram: https://t.me/AlexJonesChannel | Terms of Service | Telegram Messenger Inc.<br>c/o Vistra (Bvi) Limited<br>Vistra Corporate Services Centre,<br>Wickhams Cay II,<br>Road Town, Tortola,<br>Virgin Islands, British, VG1110 | $0.00 |
| Truth Social: https://truthsocial.com/@realAlexJones | Terms of Service | Trump Media & Technology Group Corp.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | $0.00 |
| VK: https://vk.com/alexjoneslive | Terms of Service | VK.company<br>125167, Leningradsky prospket<br>39, bld. 79<br>Moscow, Russia | $0.00 |
| X (formerly Twitter): https://x.com/RealAlexJones | Terms of Service | X Corp.<br>c/o CT Corporation System<br>701 S Carson St, Suite 200<br>Carson City, NV 89701 | $0.00 |

15546064