## EXHIBIT B

### Non-Executory Contracts

| | | | |
|---|---|---|---|
| Skyhorse Publishing, Inc. | Publishing Agreement, dated as of February 4, 2022 | Skyhorse Publishing, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801<br><br>Waterside Productions, Inc.<br>2055 Oxford Avenue<br>Cardiff-by-the-Sea, CA 92007 | Non-Executory |
| Mint Studios AZ LLC | Alex Jones Video Game Agreement | Mint Studios AZ LLC<br>c/o Andrew Meyer<br>15390 W. Centerra Dr.<br>Unit 56<br>Goodyear, AZ 85338 | Non-Executory |

15546064