UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ALEXANDER E. JONES,** | § | **Case No. 22-33553 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF HEARING ON
TRUSTEE'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING
(I) THE SALE OF INTELLECTUAL PROPERTY ASSETS IN CONNECTION WITH
THE WINDDOWN OF FREE SPEECH SYSTEMS, LLC AND
(II) THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**
[Relates to Docket No. 882]

**PLEASE TAKE NOTICE** that, on October 15, 2024, Christopher R. Murray, Chapter 7 Trustee for the bankruptcy estate of Alexander E. Jones (the "Trustee") filed the *Emergency Motion for Entry of an Order Authorizing (I) the Sale of Intellectual Property Assets in Connection with the Winddown of Free Speech Systems, LLC and (II) the Assumption and Assignment of Executory Contracts* [Docket No. 882] (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is Schedule for **October 25, 2024, at 9:00 a.m. (prevailing Central Time)** before Judge Christopher M. Lopez in Courtroom 401, 515 Rusk, Houston, TX 77002.

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge

1

15618937

Lopez's homepage. The meeting code is "**JudgeLopez**". Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated: October 17, 2024
Houston, Texas.

    Respectfully submitted,

    By: */s/ Joshua W. Wolfshohl*
    Joshua W. Wolfshohl (Bar No. 24038592)
    Michael B. Dearman (Bar No. 24116270)
    Jordan T. Stevens (Bar No. 24106467)
    Kenesha L. Starling (Bar No.24114906)
    **Porter Hedges LLP**
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6000
    Facsimile: (713) 226-6248
    jwolfshohl@porterhedges.com
    mdearman@porterhedges.com
    jstevens@porterhedges.com
    kstarling@porterhedges.com

    *and*

    Erin E. Jones (TX 24032478)
    **Jones Murray LLP**
    602 Sawyer Street, Suite 400
    Houston, Texas 77007
    Telephone: (832) 529-1999
    Fax: (832) 529-3393
    erin@jonesmurray.com

    *Counsel for Christopher R. Murray, Chapter 7 Trustee*

2

15618937

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that a copy of the foregoing document was served on October 17, 2024 on all parties receiving ECF service in the above-captioned case and by U.S. First-Class Mail, postage prepaid on the attached service list and the parties listed below.

               */s/ Joshua W. Wolfshohl*
               Joshua W. Wolfshohl

| | |
|---|---|
| Deep State Protocol LLC<br>c/o Northwest Registered Agent Service Inc<br>30 N Gould St Ste N<br>Sheridan, WY 82801 | Isegoria, Inc.<br>c/o National Registered Agents, Inc.<br>2232 Dell Range Blvd Ste 200<br>Cheyenne, WY 82009 |
| Bitclout<br>c/o LegalInc Corporate Services Inc.<br>131 Continental Drive Suite 305<br>Newark, DE 19713 | SubscribeStar.com / Starcling, LLC<br>c/o Registered Agents Inc<br>30 N Gould St Ste R<br>Sheridan, WY 82801 |
| Brighteon Media Inc.<br>c/o Registered Agents Inc.<br>30 N Gould St Ste R<br>Sheridan, WY 82801 | Telegram Messenger Inc.<br>c/o Vistra (Bvi) Limited<br>Vistra Corporate Services Centre, Wickhams Cay II,<br>Road Town, Tortola,<br>Virgin Islands, British, VG1110 |
| Trollge LLC<br>c/o Registered Agents Inc.<br>1209 Mountain Road PL NE, Suite R, Albuquerque, NM 87110 | Trump Media & Technology Group Corp.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Herring Networks, Inc.<br>c/o Robert S Herring<br>4757 Morena Blvd<br>San Diego, CA 92117 | VK.company<br>125167, Leningradsky prospket<br>39, bld. 79<br>Moscow, Russia |
| GAB AI Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | X Corp.<br>c/o CT Corporation System<br>701 S Carson St, Suite 200<br>Carson City, NV 89701 |
| GETTR USA, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801 | Skyhorse Publishing, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801 |
| Minds, Inc.<br>c/o Registered Agents Inc.<br>2389 MAIN STREET, SUITE 100,<br>GLASTONBURY, CT, 06033 | Mint Studios AZ LLC<br>c/o Andrew Meyer<br>15390 W. Centerra Dr.<br>Unit 56<br>Goodyear, AZ 85338 |
| PDS Partners, LLC<br>c/o Capitol Services, Inc.<br>108 Lakeland Ave.<br>Dover, DE 19901 | Waterside Productions, Inc.<br>2055 Oxford Avenue<br>Cardiff-by-the-Sea, CA 92007 |
| Social 1776<br>c/o Daniel J. Leach Jr.<br>1003 6th Ave NW<br>Williston, ND 58801-3305 | |

15618937

```
Label Matrix for local noticing        Ally Bank                              Ally Bank, c/o AIS Portfolio Services, LLC
0541-4                                  c/o Quilling, Selander, et al          4515 N Santa Fe Ave. Dept. APS
Case 22-33553                           2001 Bryan Street                      Oklahoma City, OK 73118-7901
Southern District of Texas              Suite 1800
Houston                                 Dallas, TX 75201-3070
Wed Aug 21 20:24:12 CDT 2024

American Express National Bank          Bank of America N.A.                   Crowe & Dunlevy
c/o Becket and Lee LLP                  P.O. BOX 31785                         2525 McKinnon St
PO Box 3001                             Tampa, FL 33631-3785                   Suite 425
Malvern, PA 19355-0701                                                         Dallas, TX 75201-1543


Elevated Solutions Group, LLC           Free Speech Systems, LLC               Jones Murray LLP
c/o Walker & Patterson, P.C.            Free Speech Systems, LLC               602 Sawyer Suite 400
P.O. Box 61301                          c/o Patrick Magill                     Houston, Tx 77007-7510
Houston, TX 77208-1301                  3019 Alvin Devane Blvd.
                                        Ste 300
                                        Austin,, TX 78741-7417

Martin, Disiere, Jefferson & Wisdom, LLP  Official Committee Of Unsecured Creditors   PQPR Holdings Limited, LLC
808 Travis, Suite 1100                  c/o Marty L. Brimmage, Jr.             c/o Streusand Landon Ozburn & Lemmon LLP
Houston, TX 77002-5831                  Akin Gump Strauss Hauer & Feld LLP     attn: Stephen Lemmon
                                        2300 N. Field Street, Suite 1800       1801 S. Mopac Expressway
                                        Dallas, TX 75201-4675                  Suite 320
                                                                               Austin, TX 78746-9817

Reeves Law, PLLC                        Reynal Law Firm, P.C.                  Security Bank of Texas
702 Rio Grande St., Suite 203           917 Franklin St., Suite 600            P.O. Box 90
Austin, TX 78701-2720                   Houston, TX 77002-1764                 Crawford, Tx 76638-0090


Travis County                           4                                      ADP Total Source Insurance
c/o Jason A. Starks                     United States Bankruptcy Court         10200 Sunset Drive
P.O. Box 1748                           PO Box 61010                           Miami, FL 33173-3033
Austin, TX 78767-1748                   Houston, TX 77208-1010


ADP TotalSource Payroll                 AT&T                                   AWIO Web Services LLC
10200 Sunset Drive                      PO Box 5001                            6608 Truxton Ln
Miami, FL 33173-3033                    Carol Stream, IL 60197-5001            Raleigh, NC 27616-6694


Addshoppers, Inc                        Airco Mechanical, LTD                  Alex E. Jones
222 S. Church Street , #410M            PO Box 1598                            c/o Crowe & Dunlevy, PC
Charlotte, NC 28202-3213                Round Rock, TX 78680-1598              Attn: Vickie L. Driver
                                                                               2525 McKinnon Street, Ste 425
                                                                               Dallas, TX 75201-1543

Alex E. Jones                           Ally Auto                              Amazon Marketplace
c/o Jordan & Ortiz, PC                  PO Box 9001948                         Amazon Payments, Inc.
Attn: Shelby Jordan                     Louisville, KY 40290-1948              410 Terry Ave N.
500 North Shoreline Blvd, Ste 900                                              Seattle, WA 98109-5210
Corpus Christi, TX  78401-0658


Amazon Web Services                     American Express                       American Media/Reality Zone
410 Terry Avenue North                  PO Box 650448                          PO Box 4646
Seattle, WA 98109-5210                  Dallas, TX 75265-0448                  Thousand Oaks, CA 91359-1646
```

| | | |
|---|---|---|
| Andrews, Christopher<br>210 N. Beyer Street<br>Marion, TX 78124-4014 | Atomial, LLC<br>1920 E. Riverside Drive<br>Suite A-120 #124<br>Austin, TX 78741-1350 | Balcones Recycling Inc.<br>PO Box 679912<br>Dallas, TX 75267-9916 |
| Biodec, LLC<br>901 S. Mopac Expressway,<br>Building 4, Ste 285<br>Austin, TX 78746-5776 | Blott, Jacquelyn<br>200 University Boulevard<br>Suite 225 #251<br>Round Rock TX 78665-1096 | Brennan Gilmore<br>c/o Civil Rights Clinic<br>Attn Andrew Mendrala<br>600 New Jersey Avenue, NW<br>Washington, DC 20001-2022 |
| Campco<br>4625 W. Jefferson Blvd<br>Los Angeles, CA 90016-4006 | Carlee Soto-Parisi<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Carlos Soto<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| Chamberlain Hrdlicka White et al<br>Attn Jarrod B. Martin<br>1200 Smith Street, Ste 1400<br>Houston, TX 77002-4496 | Chelsea Green Publishing<br>85 North Main Street Ste 120<br>White River Junction, VT 05001-7135 | Christopher Sadowski<br>c/o Copycat Legal PLLC<br>3111 N. University Drive Ste. 301<br>Coral Springs, FL 33065-5058 |
| City of Austin<br>c/o Austin Energy<br>4815 Muller<br>Austin, TX 78723 | Cloudflare, Inc<br>Dept LA 24609<br>Pasadena, CA 91185-4609 | Constant Contact, Inc.<br>1601 Trapelo Road<br>Watham, MA 02451-7357 |
| CustomTattooNow.com<br>16107 Kensington Dr #172<br>Sugar Land, TX 77479-4224 | David Icke Books Limited<br>c/o Ickonic Enterprises Limited<br>St. Helen's House King Street<br>Derby DE1 3EE<br>United Kingdom | De Lage  Financial<br>Attn Litigation & Recovery<br>111 Old Eagle School Road<br>Wayne, PA 19087-1453 |
| Deese, Stetson<br>328 Greenland Blvd. #81<br>Death Valley, CA 92328-9600 | DirectTV<br>PO Box 006<br>Carol Stream, IL 60197 | Donna Soto<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| EPS, LLC<br>17350 State Hwy 249, Ste 220, #4331<br>Houston, TX 77064-1132 | ERM Protect<br>800 South Douglas Road, Suite 940N<br>Coral Gables, FL 33134-3125 | Edgecast, Inc.<br>Dept CH 18120<br>Palatine, IL 60055-0001 |
| Elevated Solutions Group<br>28 Maplewood Drive<br>Cos Cob, CT 06807-2601 | Erica L. Ash<br>c/o Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado St., Suite 2850<br>Austin, Texas 78701-0137 | Erica Lafferty<br>c/o Rosemarie Paine<br>350 Orange Street<br>New Haven, CT 06511-6447 |
| Erica Lafferty<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | FW Robert Broadcasting Co<br>2730 Loumor Ave<br>Metairie, LA 70001-5425 | Francine Wheeler<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |

| | | |
|---|---|---|
| Free Speech Systems, LLC<br>3019 Alvin Devane, Suite 350<br>Austin, Texas 78741-7424 | Frost Insurance Agency<br>401 Congress Avenue, 14th Floor<br>Austin ,TX 78701-3793 | Gabriela Tolentino<br>5701 S Mopac Expy<br>Austin, TX 78749-1464 |
| Getty Images, Inc<br>PO Box 953604<br>St. Louis, MO 63195-3604 | Gracenote<br>29421 Network Place<br>Chicago, IL 60673-1294 | Greenair, Inc<br>23569 Center Ridge Road<br>Westlake, OH 44145-3642 |
| Haivision Network Video<br>Deot CH 19848<br>Palatine, IL 60055-9848 | Ian Hockley<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Impact Fire Services, LLC<br>PO Box 735063<br>Dallas, TX 75373-5063 |
| Independent Publishers Group<br>PO Box 2154<br>Bedford Park, IL 60499-2154 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Iron Mountain, Inc<br>PO Box 915004<br>Dallas, TX 75391-5004 |
| JCE SEO<br>6101 Broadway<br>San Antonio, TX 78209-4561 | JW JIB Productions, LLC<br>2921 Carvelle Drive<br>Riviera Beach, FL 33404-1855 | Jacqueline Barden<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| Jennifer Hensel<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Jeremy Richman<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 | Jillian Soto-Marino<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| Justin Lair<br>1313 Lookout Ave<br>Klamath Falls, OR 97601-6533 | KI4U.com<br>212 Oil Patch Lane<br>Gonzales, TX 78629-8028 | Kaster Lynch Farrar & Ball<br>Attn Mark D. Bankston<br>1117 Herkimer<br>Houston, TX 77008-6745 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Koskoff Koskoff & Bieder<br>Attn Alinor C. Sterling<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6002 | LIT Industrial<br>1717 McKinney Ave #1900<br>Dallas, TX 75202-1253 |
| Leonard Pozner<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002-6774 | Lincoln-Remi Group, LLC<br>1200 Benstein Rd.<br>Commerce Twp., MI 48390-2200 | Logo It, LLC<br>820 Tivy Street<br>Kerrville, TX 78028-3654 |
| Lumen/Level 3 Communications<br>PO Box 910182<br>Denver, CO 80291-0182 | MRJR Holdings, LLC<br>PO Box 27740<br>Las Vegas, NV 89126-7740 | MVD Entertainment Group<br>203 Windsor Rd<br>Pottstown, PA 19464-3405 |

| | | |
|---|---|---|
| Magento<br>PO Box 204125<br>Dallas, TX 75320-4105 | Mark Barden<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Microsoft Bing Ads<br>c/o Microsoft Online, Inc.<br>P.O. Box 847543<br>1950 N Stemmons Fwy, Ste 5010<br>Dallas, TX 75207-3199 |
| Miller, Sean<br>PO Box 763<br>Wyalusing, PA 18853-0763 | Music Videos Distributors<br>203 Windsor Rd<br>Pottstown, PA 19464-3405 | Neil Heslin<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002-6774 |
| NetSuite Inc<br>Bank of America Lockbox Services<br>Chicago, IL 60693-0001 | New Relic<br>188 Spear Street, Suite 1200<br>San Francisco, CA 94105-1752 | Newegg.com<br>9997E. Rose Hills Road<br>Whittier, CA 90601-1701 |
| Nicole Hockley<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | One Party America, LLC<br>6700 Woodlands Parkway, Suite 230-309<br>The Woodlands, TX 77382-2575 | Orkin, Inc.<br>5810 Trade Center Drive, Suite 300<br>Austin, TX 78744-1365 |
| PQPR Holdings Limited, LLC<br>c/o Stephen Lemmon<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746-9817 | Payarc<br>411 West Putnam Avenue, Ste 340<br>Greenwich, CT 06830-6233 | Paymentus<br>18390 NE 68th St<br>Redmond, WA 98052-5057 |
| Perfect Imprints.com<br>709 Eglin Pkwy NE<br>Fort Walton Beach, FL 32547-2527 | Perkins, Wes<br>General Delivery<br>Lockhart, TX 78644-9999 | Pipe Hitters Union, LLC<br>PO Box 341194<br>Austin, TX 78734-0020 |
| Post Hill Press, LLC<br>8115 Isabella Lane, Ste. 4<br>Brentwood, TN 37027-9110 | Poulsen, Debra<br>112 Eames St.<br>Elkhorn, WI 53121-1228 | Power Reviews, Inc.<br>1 N. Dearborn Street<br>Chicago, IL 60602-4331 |
| Precision  Oxygen<br>13807 Thermal Dr<br>Austin, TX 78728-7735 | Precision Camera<br>2438 W Anderson Ln<br>Austin, TX 78757-1149 | Private Jets, LLC<br>1250 E. Hallandale Beach Blvd, Suite 505<br>Hallandale, FL 33009-4635 |
| Protection 1 Alarm<br>PO Box 219044<br>Kansas City, MO 64121-9044 | Public Storage<br>2301 E. Ben White Blvd<br>Austin, TX 78741-7110 | Randazza Legal Group, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 |
| RatsMedical.com<br>c/o Rapid Medical<br>120 N Redwood Rd<br>North Salt Lake, UT 84054-2792 | Ready Alliance Group, Inc<br>PO Box 1709<br>Sandpoint, ID 83864-0901 | Reeves Law, PLLC<br>Attn Bradley Reeves<br>702 Rio Grande St., Ste 203<br>Austin, TX 78701-2720 |

| | | |
|---|---|---|
| Renaissance<br>PO Box 8036<br>Wisconsin Rapids, WI 54495-8036 | Restore America<br>PO Box 147<br>Grimsley, TN 38565-0147 | Richard Coan<br>Chapter 7 Trustee for Debtor Erica Laffe<br>c/o Eric Henry<br>10 Middle Street<br>Bridgeport, CT  06604-4257 |
| Robert Parker<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | SLNT<br>30 N Gould St, Ste 20647<br>Sheridan, WY 82801-6317 | Scarlett Lewis<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002-6774 |
| Security Bank of Crawford<br>PO Box 90<br>Crawford, TX 76638-0090 | Simon & Schuster<br>PO Box 70660<br>Chicago, IL 60673-0660 | SintecMedia NYC, Inc. DBA Operative<br>PO Box 200663<br>Pittsburgh, PA 15251-2662 |
| Skousen, Joel<br>PO Box 565<br>Spring City, UT 84662-0565 | Skyhorse Publishing<br>307 West 36th Street, 11th Floor<br>New York, NY 10018-6592 | Sparkletts & Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 |
| Spectrum Enterprise<br>aka Time Warner Cable<br>1600 Dublin Road<br>Columbus, OH  43215-2098 | Stamps.com<br>1990 E Grand Ave.<br>El Segundo, CA 90245-5013 | Stone Edge Technologies, Inc<br>660 American Avenue, Suite 204<br>King of Prussia, PA 19406-4032 |
| Stratus Technologies<br>5 Mill & Main Place, Suite 500<br>Maynard, MA 01754-2660 | Studio 2426, LLC<br>1920 E. Riverside Drive, Suite A120<br>Austin, TX 78741-1350 | Synergy North America, Inc<br>11001 W. 120th Avenue, Suite 400<br>Broomfield, CO 80021-3493 |
| TD Canada Trust<br>421 7th Avenue SW<br>Calgary, AB T2P 4K9, Canada | Texas Comptroller<br>PO Box 13003<br>Austin, TX 78711-3003 | Texas Disposal Systems, Inc<br>PO Box 674090<br>Dallas, TX 75267-4090 |
| Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 | Textedly<br>133 N. Citrus Ave., Suite 202<br>Los Angeles, CA 90036 | The Creative Group<br>c/o Robert Half<br>2884 Sand Hill Road, Ste 200<br>Menlo Park, CA 94025-7072 |
| The Estate of Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attn Avi Moshenberg<br>100 Fannin, Ste 2700<br>Houston, TX 77002-1915 | The Hartford<br>PO Box 14219<br>Lexington, KY 40512-4219 | The Steam Team, Inc<br>1904 W. Koeing Lane<br>Austin, TX 78756-1211 |
| Third Coast Graphics, Inc<br>110 Del Monte Dr.<br>Friendswood, TX 77546-4487 | Thomas, David<br>79 Malone Hill Road<br>Elma, WA 98541-9206 | Travelers<br>PO Box 660317<br>Dallas, TX 75266-0317 |

| | | |
|---|---|---|
| Travis County<br>PO Box 149328<br>Austin, TX 78714-9328 | U.S. Legal Support<br>PO Box 4772<br>Houston, TX 77210-4772 | U.S. Trustee's Office<br>515 Rusk Avenue, Suite 3516<br>Houston, Texas 77002-2604 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Uline Shipping Supply<br>12575 Uline Drive<br>Pleasant Prarie, WI 53158-3686 | Vazquez, Valdemar Rodriguez<br>145 Quail Ridge Drive<br>Kyle TX 78640-9788 |
| Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Verizon Edgecast<br>13031 West Jefferson Blvd, Bldg 900<br>Los Angeles, CA 90094-7002 | Veronique De La Rosa<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002-6774 |
| Vultr<br>14 Cliffwood Avenue, Suite 300<br>Matawan, NJ 07747-3931 | WMQM-AM 1600<br>21 Stephen Hill Road<br>Atoka, TN 38004-7183 | WWCR<br>1300 WWCR Avenue<br>Nashville, TN 37218-3800 |
| Waste Connections Lone Star, Inc.<br>PO Box 17608<br>Austin, TX 78760-7608 | Water Event-Pure Water Solutions<br>1310 Missouri St<br>South Houston, TX 77587-4537 | Watson, Paul<br>9 Riverdale Road<br>Ranmoor Sheffield<br>South Yorkshire S10 3FA<br>United Kingdom |
| Westwood One, LLC<br>3542 Momentum Place<br>Chicago, IL 60689-5335 | Wheeler, David<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | William Aldenberg<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| William Sherlach<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Willow Grove Productions<br>1810 Rockcliff Road<br>Austin, TX 78746-1215 | Wisconsin Dept. of Revenue<br>PO Box 3028<br>Milwaukee, WI 53201-3028 |
| Your Promotional Products, LLC<br>133 North Friendswood Ste 186<br>Friendswood, TX 77546-3746 | Zendesk, Inc<br>989 Market Street<br>San Francisco, CA 94103-1708 | Zoom US<br>55 Almaden Blvd, 6th Floor<br>San Jose, CA 95113-1608 |
| eBay<br>2025 Hamilton Avenue<br>San Jose, CA 95125-5904 | eCommerce CDN, LLC<br>221 E 63rd Street<br>Savannah, GA 31405-4226 | mongoDB Cloud<br>1633 Broadway 39th Floor<br>New York, NY 10019-6757 |
| Alexander E. Jones<br>c/o 2525 McKinnon Street<br>Suite 425<br>Dallas, TX 75201 | Christina Walton Stephenson<br>Crowe & Dunlevy<br>2525 McKinnon St.<br>Ste 425<br>Dallas, TX 75201-1543 | Christopher R Murray<br>Jones Murray LLP<br>602 Sawyer St<br>Ste 400<br>Houston, TX 77007-7510 |

| | | |
|---|---|---|
| Erica L. Ash<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Francine Wheeler<br>Cain & Skarnulis PLLC<br>Ryan E. Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Leonard Pozner<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |
| Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin<br>Suite 2700<br>Houston, TX 77002-6774 | Neil Heslin<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Richard M. Coan<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 |
| Scarlett Lewis<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Shelby A Jordan<br>Jordan & Ortiz, PC<br>500 N Shoreline Blvd<br>Ste 804<br>Corpus Christi, TX 78401-0335 | Veronique De La Rosa<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |
| Vickie L Driver<br>Crowe & Dunlevy, P.C.<br>2525 McKinnon St.<br>Ste 425<br>Dallas, TX 75201-1543 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Konica Minolta Premier Finance
PO Box 41602
Philadelphia, PA 19101-1602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Akin Gump Strauss Hauer & Feld LLP | (u)Public Storage | (d)Ally Bank<br>c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK  73118-7901 |
| (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | (d)Bank of America N.A.<br>PO Box 31785<br>Tampa, FL 33631-3785 |
| (d)Free Speech Systems. LLC<br>3019 Alvin Devane, Suite 350<br>Austin, Texas 78741-7424 | (u)Carlee Soto Parisi | (u)Carlos M Soto |

| | | |
|---|---|---|
| (u)David Wheeler | (u)David Ross Jones | (u)Donna Soto |
| (u)Ian Hockley | (u)Jacqueline Barden | (u)Jennifer Hensel |
| (u)Jillian Soto-Marino | (u)Mark Barden | (u)Nicole Hockley |
| (u)Robert Parker | (u)William Aldenberg | (u)William Sherlach |

End of Label Matrix
Mailable recipients   189
Bypassed recipients    21
Total                 210