**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**FOURTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as proposed Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | September 1, 2024 through and including September 30, 2024 |
| **Interim Fees Incurred:** | $130,496.00 |
| **Interim Payment of Fees Requested (80%):** | $104,396.80 |
| **Interim Expenses Incurred:** | $4,836.49 |
| **Total Fees and Expenses Due:** | $109,233.29 |

This is the Fourth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Fourth Monthly Fee Statement (the "Fee Statement") for the period from September 1, 2024 through September 30, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $130,496.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $4,836.49 (the "Expenses"), for the period from September 1, 2024 through September 30, 2024. Eighty percent (80%) of the fees equals $104,396.80 and one hundred percent (100%) of the Expenses equals $4,836.49 for a total requested amount of $109,233.29.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $104,396.80 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $4,836.49 in the total amount of $109,233.29.

Dated:  October 18, 2024
       Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on October 18, 2024.

*/s/ Joshua W. Wolfshohl*
  Joshua W. Wolfshohl

3

15615478v1

# EXHIBIT 1

## SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 146.00 | 96,744.50 |
| Case Administration | 15.30 | 6,358.50 |
| Employment/Fee Application | .90 | 850.50 |
| Litigation/Contested Matters | 40.30 | 26,542.50 |
| | | |
| **TOTAL** | 202.50 | 130,496.00 |

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 2,291.91 |
| Delivery Service | 48.00 |
| Foreign Associate Fees | 1,471.08 |
| Reproduction Services | 1,025.50 |
| | |
| **TOTAL** | 4,836.49 |

15615478v1

## EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $945.00 | 36.20 |
| Adam K. Nalley | $900.00 | .30 |
| Michael B. Dearman | $625.00 | 52.30 |
| Jordan T. Stevens | $595.00 | 40.00 |
| Kenesha L. Starling | $575.00 | 53.20 |
| Grecia V. Sarda | $500.00 | 5.00 |
| Mitzie L. Webb | $465.00 | 2.70 |
| Eliana Garfias | $405.00 | 12.80 |
|  |  |  |
| **TOTAL** |  | **202.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | October 17, 2024 |
| Invoice Num.: | 569275 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:        Alex Jones

For professional services rendered and costs incurred through September 30, 2024

| | |
|---|---|
| Professional Services | 130,496.00 |
| Disbursements | 4,836.49 |
| **Total Amount Due** | **$135,332.49** |

EXHIBIT 4

## PORTER HEDGES LLP

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date:      October 17, 2024 |
| Matter: Alex Jones | Invoice Num.:      569275 |
| | Matter Number:      018577-0001 |

---

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/02/2024 | MBD | Begin draft sale motion (.8); correspond with C. Murray regarding same (.1). | 0.90 | 562.50 |
| 09/03/2024 | JWW | Review motion to transfer venue in Western District case and emails with K. Starling regarding same. | 0.50 | 472.50 |
| 09/03/2024 | MBD | Continue draft motion to sell. | 0.10 | 62.50 |
| 09/04/2024 | MBD | Review interim compensation procedures (.2); multiple correspondence with V. Driver regarding intellectual property (.2); correspond with D. Forinash regarding trademarks (.1); continue draft motion to sell intellectual property (.2); draft motion and order to sell real property and employ Keller Williams (2.2); draft declaration ISO same (.3); correspond with C. Murray and E. Jones regarding motion to sell real property (.1); review trademark reports and correspond with J. Tannenbaum and C. Murray regarding same (.2). | 3.50 | 2,187.50 |
| 09/05/2024 | MBD | Continue draft sale motion (1.0); conference with J. Tannenbaum, K. Toney, C. Murray, and E. Jones regarding sale process (.8); conference with Trustee team and PH team regarding case strategy (1.0); revise motion to sell real property (1.0); review NDA and correspond with C. Murray regarding same (.2); correspond with M. Webb regarding upcoming hearings (.1); correspond with B. Schleizer regarding assets (.1); correspond with J. Tanenbaum regarding auction (.2); update PH team regarding case status (.3). | 4.70 | 2,937.50 |
| 09/05/2024 | JWW | Emails regarding open issues and status conference setting. | 0.40 | 378.00 |
| 09/05/2024 | MLW | Confer with Court Case Manager regarding Court's request for a status conference (.2); confer with J. Wolfshohl regarding same (.2). | 0.40 | 186.00 |
| 09/05/2024 | JTS | Prepare for and attend a strategy session with the Porter Hedges Team and the Trustee Team. | 0.40 | 238.00 |

**PORTER HEDGES LLP**

| | | |
|---|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: | October 17, 2024 |
| Matter: Alex Jones | Invoice Num.: | 569275 |
| | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/06/2024 | MBD | Correspond with J. Tannenbaum and C. Murray regarding NDAs (.1); attend to correspondence with B. Schleizer regarding intellectual property (.1); conference with K. Starling regarding pending motions and case strategy (.4). | 0.60 | 375.00 |
| 09/06/2024 | JWW | Attend PQPR hearing (.2); work on fee statement (.5); emails regarding open issues with sale (.2). | 0.90 | 850.50 |
| 09/06/2024 | KLS | Teams call with M. Dearman regarding tasks concerning A. Jones and Free Speech Systems, including Motions to Transfer Venue and Sales Motion. | 0.50 | 287.50 |
| 09/09/2024 | MBD | Conference with J. Tannenbaum and IT professionals regarding IP auction (.4); conference with J. Tannenbaum regarding legal issues related to IP assets (.5); conference with J. Stevens regarding lien avoidance issues (.2); analyze book and video game agreements (.2). | 1.30 | 812.50 |
| 09/09/2024 | JWW | Conference with C. Murray and K. Starling regarding motion to transfer venue and related issues (.3); follow-up with K. Starling and emails regarding sale motion and related issues (.5). | 0.80 | 756.00 |
| 09/09/2024 | KLS | Teams call with J. Wolfshohl and C. Murray regarding Motions to Transfer Venue and Response to Motions to Remand (.2); further revise Motions to Transfer Venue (1.1); review Plaintiff's Motions to Remand (.5); memo regarding analysis of PQPR claims (2.1). | 3.90 | 2,242.50 |
| 09/09/2024 | EG | Correspondence on filing logistics of motions to transfer venue. | 0.20 | 81.00 |
| 09/09/2024 | JTS | Conduct legal research and analysis regarding potential fraudulent transfer claims in connection with PQPR's liens. | 1.40 | 833.00 |
| 09/10/2024 | JWW | Prepare for status conference and review docket regarding same (.9); conference with K. Starling regarding motion to transfer venue and response to motion to remand (.4); follow-up regarding same (.2); | 3.40 | 3,213.00 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE
Matter: Alex Jones

Invoice Date:     October 17, 2024
Invoice Num.:     569275
Matter Number:     018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | review revisions to motion to transfer venue and further revise same (1.0); emails with C. Murray and K. Starling regarding same (.1); review issues related to sale and IP and conference and emails with M. Dearman regarding same (.8). | | |
| 09/10/2024 | MBD | Continue reviewing book agreement and video game agreement (1.0); continue draft motion to sell (1.8); correspond with J. Wolfshohl regarding same (.2); correspond with C. Murray regarding same (.1); analyze case law governing rejection (1.0); conference with J. Wolfshohl regarding sale issues (.4). | 4.50 | 2,812.50 |
| 09/10/2024 | KLS | Teams call with J. Wolfshohl regarding Trustee's Response to Texas Plaintiffs' Motions to Remand (.2); further revise Trustee's Motions to Transfer Venue and begin initial draft of Trustee's Response to Texas Plaintiffs' Motions to Remand (7.3). | 7.50 | 4,312.50 |
| 09/10/2024 | JTS | Conduct legal research and analysis regarding potential fraudulent transfer claims in connection with PQPR's liens. | 8.00 | 4,760.00 |
| 09/11/2024 | JWW | Prepare for status hearing, review wind down motion, docket and adversary opinion (.5); meet with Trustee and E. Jones in preparation for hearing (.5); attend hearing regarding case status (.5); meet with A. Catmull and Trustee team regarding open issues with FSS (.4); emails and phone conference with J. Martin (.2); emails and phone conference with K. Starling regarding Western District case, transfer and response to remand motion (.3). | 2.40 | 2,268.00 |
| 09/11/2024 | MBD | Numerous correspondence with K. Starling and J. Stevens regarding PQPR (.5); conference with K. Toney regarding real property sales (.2); continue draft Jones IP sale motion (2.8); conference with interested purchaser and C. Murray (.5); respond to written inquiries from interested purchaser (.5); attend to correspondence with C. Murray, E. Jones, and J. Wolfshohl regarding hearing | 4.70 | 2,937.50 |

**PORTER HEDGES LLP**

| | | |
|---|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: | October 17, 2024 |
| Matter: Alex Jones | Invoice Num.: | 569275 |
| | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | (.2). | | |
| 09/11/2024 | KLS | Draft memo to Trustee regarding PQPR debt. | 9.50 | 5,462.50 |
| 09/11/2024 | JTS | Continue conducting legal research and analysis regarding potential fraudulent transfer claims in connection with PQPR's liens and other potentially avoidable transfers (2.1); outline a memorandum to the Trustee summarizing the results of the same (.4); begin drafting a memorandum to the Trustee regarding potential fraudulent transfer claims . | 2.50 | 1,487.50 |
| 09/12/2024 | JWW | Emails regarding sale issues and issues regarding remand of Western District case (.3); weekly call with trustee team regarding open issues in case, upcoming mediation and hearing (.9); review PQPR memo and provide comments to same (.8); emails with PH team regarding same (.2); emails regarding PQPR informal mediation (.3); conference with J. Martin regarding extending deadline to respond to remand motion and review and revise same (.4). | 2.90 | 2,740.50 |
| 09/12/2024 | MBD | Revise memorandum on potential claims (1.0); correspond with K. Starling and J. Stevens regarding same (.1); correspond with J. Wolfshohl regarding same (.2); conference with Tranzon360 team and C. Murray regarding sale process (.6); conference with Trustee team and PH team regarding case strategy and updates (.7); draft witness and exhibit list for September 13 hearing (.5); review motion to sell (.1); correspond with J. Wolfshohl and E. Garfias regarding witness and exhibit list and sale motion (.3); respond to J. Tanenbaum inquiries regarding sale process (.3); begin revising sale order (.2). | 4.00 | 2,500.00 |
| 09/12/2024 | KLS | Weekly call with Trustee via Teams (.5); draft joint motions for extensions of time to respond to Texas Plaintiffs' Motions to Remand and finalize initial draft of Trustee's Response to Texas Plaintiffs' Motions to Remand (6.8). | 7.30 | 4,197.50 |

# PORTER HEDGES LLP

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE
Matter: Alex Jones

Invoice Date: October 17, 2024
Invoice Num.: 569275
Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/12/2024 | EG | Correspondence on draft and filing logistics of witness/exhibit list (.2); receive, review, and compile exhibits in support of same (.5); finalize and electronically file same with court (.2); download and circulate filed copy of same (.1); update file (.1); further emails on draft and filing logistics of motions for extension of time (.2); receive, review, and electronically file same with court (.3); download and circulate filed version (.1); update file (.1). | 1.80 | 729.00 |
| 09/12/2024 | JTS | Continue conducting legal research and analysis regarding potential fraudulent transfer claims to members of the Jones family, including reviewing relevant documents and agreements related to the same (1.9); continue drafting a memorandum to the Trustee regarding same (1.7). | 3.60 | 2,142.00 |
| 09/13/2024 | JWW | Prepare for hearing on sale of lake house (.8); attend hearing (.7); meet with Trustee and J. Martin regarding removed case (.4); participate in informal mediation with PQPR (2.5); meet with PH team regarding same (.2). | 4.60 | 4,347.00 |
| 09/13/2024 | KLS | Attend informal mediation with counsel to PQPR and Dr. and Mrs. David Jones (1.1); conference with J. Wolfshohl, J. Stevenson, and Trustee regarding information mediation (1.3); finalize and Joint Motions for Extension of Time and Trustee's Response to Plaintiffs' Motions to Remand (2.6). | 5.00 | 2,875.00 |
| 09/13/2024 | JTS | Prepare for an informal mediation between the Trustee and the Jones family, including by reviewing documents and conducting legal research, and attend the same. | 4.60 | 2,737.00 |
| 09/15/2024 | MBD | Continue draft IP sale motion. | 1.00 | 625.00 |
| 09/16/2024 | MBD | Continue draft IP assets sale motion (3.7); draft exhibit of contracts (1.5); conference with C. Murray regarding sale motion (.1); correspond with J. Tanenbaum and K. Toney regarding retention order (.1); correspond with K. Starling and J. Stevens regarding sale hearing (.2). | 5.60 | 3,500.00 |

# PORTER HEDGES LLP

| | | |
|---|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: | October 17, 2024 |
| Matter: Alex Jones | Invoice Num.: | 569275 |
| | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/17/2024 | MBD | Review UST objection to motion to winddown FSS (.1); correspond with PH team regarding same (.2); conference with K. Toney regarding hearing and asset sales (.2). | 0.50 | 312.50 |
| 09/17/2024 | JTS | Begin reviewing and analyzing the U.S. Trustee's Objection to the Trustee's Motion seeking authority to employ Tranzon and winddown FSS. | 1.20 | 714.00 |
| 09/17/2024 | EG | Review entered orders and docket deadlines. | 0.20 | 81.00 |
| 09/18/2024 | JWW | Emails and phone conferences regarding preparation for upcoming sale hearing, witness/exhibit list preparation, reply to UST objection and proffer (1.0); conference with Trustee and team regarding same and other open issues in case (1.5); follow-up regarding same and w/e list (.4); work on response to motion to remand (.8). | 3.70 | 3,496.50 |
| 09/18/2024 | MBD | Correspond with Trustee and PH team regarding sale motion (.1); attend to correspondence with Trustee team and PH team regarding case updates and UST objection (.2); conference with PH team regarding hearing preparations (.5); begin draft C. Murray proffer (.3); correspond with J. Stevens and K. Starling regarding reply to UST objection (.2). | 1.30 | 812.50 |
| 09/18/2024 | KLS | Teams call with J. Wolfshohl, J. Stevenson, and M. Dearman regarding September 24th hearing (.5); draft Witness and Exhibit List and begin preparing exhibits for September 24th hearing (2.1). | 2.60 | 1,495.00 |
| 09/18/2024 | JTS | Conduct legal research and evaluate counterarguments to U.S. Trustee's Objection to the Trustee's Motion seeking authority to employ Tranzon and winddown FSS (2.1); outline a draft of the Trustee's Reply to the same (.6); prepare for and attend a strategy session with J. Wolfshohl, E. Jones, and the Trustee regarding the U.S. Trustee's Objection (1.5); begin drafting the Trustee's Reply to the U.S. Trustee's Objection (1.2). | 5.40 | 3,213.00 |
| 09/18/2024 | MLW | Email exchanges with K. Starling regarding upcoming | 0.10 | 46.50 |

# PORTER HEDGES LLP

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: October 17, 2024 |
| Matter: Alex Jones | Invoice Num.: 569275 |
| | Matter Number: 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | filing of witness/exhibit list. | | |
| 09/19/2024 | JWW | Conference with Tranzon regarding sale process (.5); weekly conference with Trustee team regarding sale issues and open matters in case (1.0); further conference with PH team regarding work streams (.4); work on response to motion to remand (1.3); emails regarding same and other open issues in case (.5). | 3.70 | 3,496.50 |
| 09/19/2024 | MBD | Conference with J. Wolfshohl, E. Jones, and J. Tanenbaum regarding sale process and hearing (.4); conference with Trustee team and PH team regarding hearing preparations and case status (1.0); draft motion for substantive consolidation (2.5); analyze case law regarding same (.5); conference with J. Wolfshohl and J. Stevens regarding same and reply to UST objection (.4); conference with K. Starling regarding motion and reply drafts (.2); conference with J. Tanenbaum regarding sale timeline (.2). | 5.20 | 3,250.00 |
| 09/19/2024 | KLS | Weekly status via Teams with the Trustee (1.0); finalize witness and exhibit list and preparation of exhibits for September 24th hearing (1.1); revise initial draft of Trustee's Response to Plaintiffs' Motion to Remand to incorporate comments and revisions from J. Wolfshohl (1.2). | 3.30 | 1,897.50 |
| 09/19/2024 | JTS | Prepare for and attend a strategy session with members of the Porter Hedges and Trustee Teams, including regarding the U.S. Trustee's Objection (.7); continue conducting legal research and analysis regarding the U.S. Trustee's Objection and the Trustee's Motion and Application, including as it regards the Trustee's authority and the Court's jurisdiction (7.1). | 7.80 | 4,641.00 |
| 09/19/2024 | EG | Correspondence on preparing and filing logistics of witness/exhibit list for September 24th hearing (.2); monitor emails for status of same of finalizing and filing of same (1.5); discuss same with M. Webb (.1); receive, review, and electronically file same with court (.8); download and circulate filed versions (.2); bookmark | 3.40 | 1,377.00 |

**PORTER HEDGES LLP**

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date:     October 17, 2024 |
| Matter: Alex Jones | Invoice Num.:     569275 |
| | Matter Number:     018577-0001 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | and organize same for upcoming hearing (.5); update file (.1). | | |
| 09/19/2024 | MLW | Email exchanges with K. Starling regarding witness/exhibit list; review/prep exhibits for filing. | 0.40 | 186.00 |
| 09/20/2024 | MBD | Review limited objection from the Debtor (.2); correspond with PH team regarding motions and replies (.2); conference with Trustee team and PH team regarding case strategy (.5); correspond with E. Jones regarding winddown motion hearing preparations (.2). | 1.10 | 687.50 |
| 09/20/2024 | KLS | Teams call with Trustee regarding U.S. Trustee objections (.5); initial draft of Trustee's Motion to Substantially Consolidate (3.5). | 4.00 | 2,300.00 |
| 09/20/2024 | JWW | Emails regarding fee issues for FSS professionals (.2); emails regarding preparation of various filings (.3); review reply to UST objection (.3); conference with Trustee team regarding same (.5); review and revise response to remand motion (1.0); emails regarding same (.2); emails regarding various other filings (.1); conference with E. Jones regarding open issues (.3). | 2.90 | 2,740.50 |
| 09/20/2024 | JTS | Continue conducting legal research and revising the draft Reply to the U.S. Trustee's Objection, including in light of comments from the Porter Hedges and Trustee Teams. | 2.00 | 1,190.00 |
| 09/20/2024 | EG | Correspondence on potential filings of motion to transfer venue and response to motion to remand (.2); continuous monitoring of emails for status of same and filing logistics (.8). | 1.00 | 405.00 |
| 09/22/2024 | MBD | Draft notice of redline and redline winddown motion (.3); attend to correspondence with K. Starling and J. Stevens regarding motions and replies (.1); continue revising substantive consolidation motion (.5). | 0.90 | 562.50 |
| 09/23/2024 | JWW | Conference with C. Murray and E. Jones regarding sale hearing (.7); conference with M. Dearman regarding same (.3); review and revise reply to UST objection (.4); | 1.90 | 1,795.50 |

# PORTER HEDGES LLP

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE      Invoice Date:      October 17, 2024
Matter: Alex Jones      Invoice Num.:      569275
     Matter Number:      018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | draft proffer and emails with Trustee regarding same (.5). | | |
| 09/23/2024 | MBD | Correspond with Trustee team regarding motions and replies (.1); conference with K. Starling regarding same (.2); review and incorporate revisions to proposed order (.2); conference with J. Wolfshohl regarding case strategy (.2); multiple correspondence with M. Webb and E. Garfias regarding filing (.3); review interim compensation order and correspond with J. Wolfshohl regarding fee application (.3); conference with J. Tanenbaum regarding hearing and sale order (.2). | 1.50 | 937.50 |
| 09/23/2024 | KLS | Further revise Trustee's Motions to Transfer Venue with respect to the turnover and garnishment actions (.5); continue analyzing the Debtor's trusts for the Trustee (1.0). | 1.50 | 862.50 |
| 09/23/2024 | JTS | Revise, edit and finalize the Trustee's Reply to the U.S. Trustee's Objection and prepare the same for filing. | 1.20 | 714.00 |
| 09/23/2024 | EG | Correspondence on draft and filing logistics of various filings (.2); continuous monitoring of emails for status of same (1.5); follow up emails on status of same (.3). | 2.00 | 810.00 |
| 09/24/2024 | MBD | Prepare revised winddown order, redline, and notice thereof (.7); multiple correspondence with E. Garfias and M. Webb regarding revised order (.2); correspond with J. Wolfshohl regarding sale order and supplement to dismissal order (.2); correspond with J. Stevens regarding hearing outcomes and next steps (.3); analyze sale order for necessary revisions (.3). | 1.70 | 1,062.50 |
| 09/24/2024 | JWW | Work on finalizing and filing order resolving limited objection (.2); prepare for hearing (2.2); meet with Trustee team and attend hearing on motion to sell (1.3); meet with UST and Trustee team and draft supplemental dismissal order (.7). | 4.40 | 4,158.00 |
| 09/24/2024 | JTS | Assist in preparing for the hearing on the Trustee's Motion seeking authority to employ Tranzon and to winddown FSS and virtually attend the same. | 1.90 | 1,130.50 |

# PORTER HEDGES LLP

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE
Matter: Alex Jones

Invoice Date:     October 17, 2024
Invoice Num.:     569275
Matter Number:     018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/24/2024 | EG | Correspondence on notice of redline/revised proposed order (.1); receive, review, and discuss same with M. Dearman (.2); receive and electronically file revised notice of redline along with proposed order (.3); download and circulate filed version (.1); email case manager on submission of same (.1); coordinate service of same (.2); update file (.1). | 1.10 | 445.50 |
| 09/25/2024 | JWW | Emails and phone conference regarding sale issues in light of supplemental order (.4); emails with chapter 11 professionals regarding payment of fees (.2); emails regarding status of Western District case and pleadings to be filed (.2). | 0.80 | 756.00 |
| 09/25/2024 | MBD | Revise notice of sale (.4); analyze implications of supplemental dismissal order (.2); correspond with K. Starling and J. Stevens regarding same (.2). | 0.80 | 500.00 |
| 09/26/2024 | MBD | Review and revise bid packages and terms (1.0); conference with J. Tanenbaum regarding sale process and issues (.6); conference with Trustee team and PH team regarding case status and strategy (.5); correspond with J. Tanenbaum and K. Toney regarding sale order and supplemental dismissal order (.1); continue draft motion to sell IP assets and related exhibits and order (3.0); multiple correspondence with J. Tanenbaum regarding IP assets auction (.3); correspond with A. Nalley regarding form APA (.1); correspond with M. Webb and E. Garfias regarding sale notice (.1); locate service addresses for executory contract counterparties and revise related exhibits (2.0). | 7.70 | 4,812.50 |
| 09/26/2024 | JWW | Meet with G. Sarda regarding research issues regarding trusts (.5); conference with Trustee team regarding action items for sale and case (.8); further meeting with G. Sarda (.2); several emails regarding sale issues and issues with Western District case (.3); meet with J. Tinkham and emails regarding payment of professional fees and order regarding same (.3). | 2.10 | 1,984.50 |

# PORTER HEDGES LLP

| | | |
|---|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: | October 17, 2024 |
| Matter: Alex Jones | Invoice Num.: | 569275 |
| | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/26/2024 | AKN | Conder with M. Dearman regarding court approval on asset sale and related APA. | 0.30 | 270.00 |
| 09/26/2024 | GVS | Confer with J. Wolfshohl regarding case background (.7); attend weekly call with Trustee (.8); email exchanges with J. Wolfshohl regarding trust analysis and legal research (.1). | 1.60 | 800.00 |
| 09/26/2024 | KLS | Weekly Teams call with J. Wolfshohl. J. Stevenson, M. Dearman, and Trustee. | 0.70 | 402.50 |
| 09/27/2024 | MBD | Correspond with J. Tanenbaum regarding sale notice (.1); correspond with M. Webb regarding sale notice service (.1). | 0.20 | 125.00 |
| 09/27/2024 | GVS | Confer with J. Wolfshohl and K. Starling regarding legal research (.3); review transcript from 6/14 hearing (3.1). | 3.40 | 1,700.00 |
| 09/27/2024 | JWW | Emails and phone conferences regarding finalizing pleadings for Western District case and issues with sale. | 0.80 | 756.00 |
| 09/27/2024 | KLS | Finalize for filing Trustee's Motions to Transfer Venue and Response to Plaintiffs' Motions to Remand and associate exhibits for each. | 7.40 | 4,255.00 |
| 09/27/2024 | MLW | Email exchanges with M. Dearman regarding Sale Notice (.2); confer with E. Garfias regarding filing same (.1); coordinate mailing of Sale Notice with vendor for printing/mailing (.2); email exchanges with K. Starling regarding Motions to Transfer (.3); confer with K. Starling regarding same (.3); receive/review and file (.5); confer with E. Garfias regarding filing responses to Motion to Remand (.2). | 1.80 | 837.00 |
| 09/27/2024 | EG | Correspondence on draft and filing logistics of notice of FSS Sale (.2); receive, review, and electronically file same with court (.3); download and circulate filed version (.1); update file (.1). | 0.70 | 283.50 |
| 09/27/2024 | EG | Correspondence on draft and filing logistics of responses to remand (.4); continuous monitoring of emails for status of same (.9); receive, review, and electronically file same with court (.8); download and circulate filed | 2.40 | 972.00 |

# PORTER HEDGES LLP

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date:    October 17, 2024 |
| Matter: Alex Jones | Invoice Num.:    569275 |
| | Matter Number:    018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | versions (.2); update file (.1). | | |
| 09/29/2024 | MBD | Begin draft motion to ratify employment and compensation of FSS professionals. | 0.20 | 125.00 |
| 09/30/2024 | MBD | Correspond with K. Starling regarding assignments and next steps (.1); continue draft employment ratification motion (.1); correspond with J. Tanenbaum regarding NDA and information requests (.1). | 0.30 | 187.50 |
| **Total** | | | **202.50** | **$130,496.00** |

**Total Services** $130,496.00

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 36.20 | 945.00 | 34,209.00 |
| AKN | Adam K. Nalley | Partner | 0.30 | 900.00 | 270.00 |
| MBD | Michael B. Dearman | Associate | 52.30 | 625.00 | 32,687.50 |
| JTS | Jordan T. Stevens | Associate | 40.00 | 595.00 | 23,800.00 |
| KLS | Kenesha L. Starling | Associate | 53.20 | 575.00 | 30,590.00 |
| GVS | Grecia V. Sarda | Associate | 5.00 | 500.00 | 2,500.00 |
| MLW | Mitzie L. Webb | Paralegal | 2.70 | 465.00 | 1,255.50 |
| EG | Eliana Garfias | Paralegal | 12.80 | 405.00 | 5,184.00 |
| **Total** | | | **202.50** | | **$130,496.00** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 2,291.91 |
| Delivery Service | 48.00 |
| Foreign Associate Fees | 1,471.08 |
| Reproduction Services | 1,025.50 |
| **Total Disbursements** | **$4,836.49** |

**Total This Invoice** $135,332.49