**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| ALEX JONES, | Case No. 22-33553 |
| Debtor. | |

**TRUSTEE'S WITNESS AND EXHIBIT LIST**
**FOR FRIDAY, OCTOBER 25, 2024, HEARING**
[Relates to Dkt. No. 882]

Christopher R. Murray in his capacity as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Alexander E. Jones ("**Alex Jones**") files this Witness and Exhibit List for the hearing to be held on Friday, October 25, 2024, at 9:00 a.m. (prevailing Central Time) before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

**EXHIBITS**

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Order Granting Trustee's Motion for Entry of an Order Authorizing the Windown of Free Speech Systems, LLC | | | | | | |
| 2. | Order Supplementing Order Dismissing Case | | | | | | |
| 3. | *Trustee's Emergency Motion for Entry of an Order Authorizing (I) the Sale of Intellectual Property Assets in Connection with the Windown of Free Speech Systems, LLC and (II) the Assumption and Assignment of Executory Contracts* (inclusive of exhibits thereto) [Dkt. No. 882] | | | | | | |
| 4. | *Debtor's Motion to Assume Existing Book Contract Pursuant to 11 U.S.C. § 365 and Approve New Contract Pursuant to U.S.C. §§ 105 and 363 (b)* (inclusive of exhibits thereto) [Dkt. No. 368] | | | | | | |

1

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 5. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case | | | | | | |
| 6. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| 7. | Any exhibit listed by any other party | | | | | | |

## WITNESSES

1. Christopher R. Murray, Trustee for the Alex Jones bankruptcy estate

2. Jeff Tanenbaum, President of ThreeSixty Asset Advisors

3. Any witness listed by any other party.

The Trustee reserves the right to amend and/or supplement this Witness and Exhibit List as necessary in advance of the Hearing. The Trustee also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, the Trustee reserves the right to introduce any previously admitted exhibit.

Dated: October 23, 2024.

    Respectfully submitted,
    **PORTER HEDGES LLP**

    By:*/s/ Joshua W. Wolfshohl*
    Joshua W. Wolfshohl
    Texas Bar No. 24038592
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6000
    Facsimile: (713) 226-6248
    jwolfshohl@porterhedges.com

    AND

    Erin E. Jones
    Texas Bar No. 24032478

15627417

Jones Murray LLP
602 Sawyer Suite 400
Houston, Tx 77007
Telephone 832-529-1999
erin@jonesmurray.com

**COUNSEL TO
CHRISTOPHER R. MURRAY,
CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I certify that on October 23, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15627417