IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-33553 (CML) |
| | § | |
| **ALEXANDER E. JONES** | § | Chapter 7 |
| | § | |
| Debtor. | § | |
| | § | |

## JONES' WITNESS AND EXHIBIT LIST

| | |
|---|---|
| Main Case No: 22-33553 | Name of Debtor:  Alexander E. Jones |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Christopher R Murray, Trustee | Judge: Christopher M. Lopez |
| Jeff Tanenbaum, President of ThreeSixty Asset Advisors | Courtroom Deputy: |
| | Hearing Date:  March 25, 2024 |
| | Hearing Time: 9:00 a.m. (CT) |
| | Party's Name:  Alexander E. Jones |
| | Attorney's Name: Vickie L. Driver |
| Rebuttal witnesses as necessary; and | Attorney's Phone: 469-809-6730 |
| Jones may call as part of its case in chief or cross-examine any witness designated or called by any other party | Nature of Proceeding:  Trustee's Emergency Motion for Entry of an Order Authorizing (I) the Sale of Intellectual Property Assets in Connection with the Winddown of Free Speech Systems, LLC and (II) the Assumption and Assignment of Executory Contracts [Dkt. No. 882] |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned case | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| | Any exhibit identified or offered by any other party | | | | |

**Jones Witness & Exhibit List - Page 1**

Jones reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Jones finally reserves the right to introduce exhibits previously admitted.

Respectfully submitted this 23rd day of October, 2024.

        **ELLIOTT, THOMASON & GIBSON, LLP**

        By: */s/ Vickie L. Driver*
        Vickie L. Driver
        State Bar No. 24026886
        Christina W. Stephenson
        State Bar No. 24049535
        511 N. Akard St. Suite 202
        Dallas, TX 75201
        Telephone: 469.809.6730
        Email: vickie@etglaw.com
        Email: crissie@etglaw.com

        -and-

        Shelby A. Jordan
        State Bar No. 11016700
        S.D. No. 2195
        Antonio Ortiz
        State Bar No. 24074839
        S.D. No. 1127322
        **JORDAN & ORTIZ, P.C.**
        500 North Shoreline Blvd., Suite 900
        Corpus Christi, TX  78401
        Telephone: (361) 884-5678
        Facsimile:  (361) 888-5555
        Email:  sjordan@jhwclaw.com
        aortiz@jhwclaw.com
        Copy to: cmadden@jhwclaw.com

        **ATTORNEYS FOR ALEXANDER E. JONES**

## **CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing document was filed with the Court on October 23, 2024, and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

                                            */s/ Vickie L. Driver*
                                            Vickie L. Driver