**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § <br> § **Chapter 7** <br> § |
| **ALEXANDER E. JONES,** | § **Case No. 22-33553 (CML)** <br> § |
| Debtor. | § <br> § <br> § |

**NOTICE OF (I) REVISED PROPOSED ORDER GRANTING TRUSTEE'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING (I) THE SALE OF ASSETS IN CONNECTION WITH THE WINDDOWN OF FREE SPEECH SYSTEMS, LLC, (II) THE ASSUMPTION OF EXECUTORY CONTRACTS, AND (III) REDLINE THEREOF**
**[Relates to Docket No. 882]**

**PLEASE TAKE NOTICE THAT** on October 15, 2024, Christopher R. Murray, the chapter 7 trustee for the bankruptcy estate of Alexander E. Jones filed the proposed *Order Granting Trustee's Emergency Motion for Entry of an Order Authorizing (I) The Sale of Assets in Connection with the Winddown of Free Speech Systems, LLC and (II) The Assumption of Executory Contracts.* [Docket No. 882] (the "*Original Sale Order*").

**PLEASE TAKE FURTHER NOTICE THAT** on the date hereof, the Trustee has filed the revised *Order Granting Trustee's Emergency Motion for Entry of an Order Authorizing (I) The Sale of Assets in Connection with the Winddown of Free Speech Systems, LLC and (II) The Assumption of Executory Contracts* [Docket No. __] (the "***Revised Winddown Order***").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a redline of the Original Sale Order against the Revised Sale Order.

15632486

Dated: October 25, 2024
      Houston, Texas

                      Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*
    Joshua W. Wolfshohl (Bar No. 24038592)
    Michael B. Dearman (Bar No. 24116270)
    Jordan T. Stevens (Bar No. 24106467)
    Kenesha L. Starling (Bar No.24114906)
    **PORTER HEDGES LLP**
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6000
    Facsimile: (713) 226-6248
    jwolfshohl@porterhedges.com
    mdearman@porterhedges.com
    jstevens@porterhedges.com
    kstarling@porterhedges.com

    *and*

    Erin E. Jones (TX 24032478)
    **JONES MURRAY LLP**
    602 Sawyer Street, Suite 400
    Houston, Texas 77007
    Telephone: (832) 529-1999
    Fax: (832) 529-3393
    erin@jonesmurray.com

    *Counsel for Christopher R. Murray, Chapter 7 Trustee*

2

15632486

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing document was served on October 25, 2024, on all parties receiving ECF service in the above-captioned case on the date hereof.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15632486