**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| Debtor. | § | |

**FOURTH MONTHLY FEE STATEMENT OF JONES MURRAY LLP AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSTION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as proposed bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | September 1, 2024 through and including August 30, 2024 |
| **Interim Fees Incurred:** | **$117,060.00** |
| **Interim Payment of Fees Requested (80%):** | **$93,648.00** |
| **Interim Expenses Incurred:** | **$1,588.60** |
| **Total Fees and Expenses Due:** | **$95,236.60** |

This is the Fourth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Fourth Monthly Fee Statement (the "Fee Statement") for the period from September 1, 2024 through September 30, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [pending, motion filed at Docket No. 757] (the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $117,060.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,588.60 (the "Expenses"), for the period from September 1, 2024 through September 30, 2024. Eighty percent (80%) of the fees equals $93,648.00 and one hundred percent (100%) of the Expenses equals $1,588.60 for a total requested amount of $95,236.60.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $93,648.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,588.60 for a total amount of $95,236.60.

Dated November 3, 2024.

Respectfully submitted,

**JONES MURRAY LLP**
*/s/ Erin E. Jones*
Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999
**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

### CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on November 3, 2024.

*/s/ Erin E. Jones*
Erin E. Jones

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| | | |
| Asset Analysis/Recovery | 87.5 | $58,917.50 |
| Asset Disposition | 9.0 | $6,214.50 |
| Case Administration | 24.7 | $14,439.00 |
| Claims Administration and Objections | 30.8 | $11,250.00 |
| Employment/Fee Application | 6.8 | $4,131.00 |
| Litigation/Other Contested Matters | 30.6 | $22,108.50 |
| **TOTAL** | **189.4** | **$117,060.00** |

## EXHIBIT 2

### SUMMARY OF OUT OF POCKET EXPENSES

| Expense Description | Cost |
|---|---|
| Postage | $295.48 |
| Parking | $60.00 |
| Travel Lodging | $1,233.12 |
| **TOTAL EXPENSES** | **$1,588.60** |

**EXHIBIT 3**

**SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $750.00 | 129.4 |
| Jacqueline Q. Chiba, *Associate* | $495.00 | 41.4 |
| Apollo Pham, *Paralegal* | $95.00 | 18.6 |
| | | |
| **TOTAL** | | **189.4** |

# Exhibit 4

# Activities Export

11/03/2024
6:57 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/03/2024 | 🕐 | Fee/Employment Applications: Begin conflicts check process for disclosures and application to retain N&N as IT professional, including conference with Trustee regarding same (0.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.80h | $495.00 | - | $396.00 |
| 09/03/2024 | 🕐 | Fee/Employment Applications: Review and respond to email regarding retaining IP/IT professionals and conference with C. Murray regarding same (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| 09/03/2024 | 🕐 | Asset Disposition: Review contract for sale of lake house and mark-up with necessary revisions, trustee addendum and other bankruptcy related issues (2.0); conference with C. Murray regarding same (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.30h | $750.00 | - | $1,725.00 |
| 09/04/2024 | 🕐 | Asset Analysis and Recovery: Various conferences with Trustee team regarding NDA with prospective buyer and question from V. Driver regarding same (0.3); telephone conference with B. Schleizer, V. Driver, C. Stephenson A. Jones, and C. Murray regarding auction issues, NDA's, IP related issues and other pending details regarding FSS winddown and personal estate | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 5.00h | $750.00 | - | $3,750.00 |
| | | | | | | | **$0.00** | **$118,648.60** |
| | | | | | | | 0.00h | 189.40h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | issues (0.6), conference with C. Murray regarding strategy relating to these issues (0.7), conference with V. Driver regarding same, ESG adversary and claims, auction related issues (0.6) and conference with C. Murray regarding issues discussed with V. Driver (0.3); review ESG docket and live orders (0.3) and conference call with J. Patterson regarding ESG adversary status conference and issues in dispute (0.4) and conference with C. Murray regarding same (0.2); conference call with W. Cicack regarding sale issues and status conference (0.5) and conference with C. Murray regarding same (0.1); conference call with S. Lemmon and C. Murray regarding status conference and pending adversary with PQPR (0.5) and conference with C. Murray regarding same as well as general issues regarding resolution of disputes concerning PQPR (0.5)<br><br>🔵 Unbilled | | | | | | |
| 09/04/2024 | 🕐 | Fee/Employment Applications: Conference with L. Freeman regarding FSS professional fee orders and payment and conference with C. Murray regarding same (0.4)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | - | $300.00 |
| | | | | | | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/05/2024 | 🕐 | Case Administration: Strategy meeting regarding pending motions and other issues related to disposition of assets with trustee's legal team (0.9); conference with E. Jones and C. Murray regarding same (0.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.40h | $495.00 | - | $693.00 |
| 09/05/2024 | 🕐 | Asset Analysis and Recovery: Conference with E. Jones and C. Murray regarding corporate authority issues (0.5); review research materials relating to same (0.5); and draft and send correspondence to M. Dearman and J. Stevens regarding corporate authority under Texas law (0.4) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.40h | $495.00 | - | $693.00 |
| 09/05/2024 | 🕐 | Case Administration: Prepare for and participate in strategy meeting regarding pending motions and other issues related to disposition of assets with trustee's legal team (0.9); conference with J. Chiba and C. Murray regarding same (0.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.40h | $750.00 | - | $1,050.00 |
| 09/05/2024 | 🕐 | Asset Analysis and Recovery: Conference with J. Chiba and C. Murray regarding corporate authority issues (0.5); review materials relating to same prepared by J. Chiba and correspondence regarding same | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
|  |  |  |  |  |  |  | **$0.00** <br> 0.00h | **$118,648.60** <br> 189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | (0.5)<br>🔵 Unbilled | | | | | | |
| 09/05/2024 | 🕐 | Asset Analysis and Recovery: Conference call with sales professionals and sales teams regarding issue specific to auction and sale process (0.7); review various internal emails and documents relating to sales process and procedures and provide comments to same (1.3); various conferences with C. Murray regarding same (0.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.40h | $750.00 | - | $1,800.00 |
| 09/05/2024 | 🕐 | Asset Analysis and Recovery: Continue to review proposal to purchase lake house and revise contract, trustee addendum and other special provisions and conference with C. Murray to review same (1.9); review draft motion to sell assets of FSS from M. Dearman and discuss comments with C. Murray (.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.50h | $750.00 | - | $1,875.00 |
| 09/05/2024 | 🕐 | Other Contested Matters: Review draft motion to transfer and draft initial comments to same (.7); conference with C. Murray regarding same (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.90h | $750.00 | - | $675.00 |
| 09/05/2024 | 🕐 | Case Administration: Review all | 00040-Christopher Murray, | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| | | | | | **0.00h** | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | pending hearings/deadlines in various proceedings and review same with C. Murray (0.2)  ● Unbilled | Chapter 7 Trustee In re Alexander E. Jones | | | | | |
| 09/05/2024 | 🕐 | Claims Administration and Objections: Various conferences internally regarding information mediation with PQPR and D. and C. Jones's counsel and confirm same for September 13th (.5)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 09/06/2024 | 🕐 | Case Administration: Review related / associated cases and prepare notices of appearances and requests for service for same (1.0)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $495.00 | - | $495.00 |
| 09/06/2024 | 🕐 | Asset Analysis and Recovery: Assist E. Jones in preparation for (0.3) and participate in status conference in adversary proceeding for ESG (0.3)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.60h | $495.00 | - | $297.00 |
| 09/06/2024 | 🕐 | Asset Analysis and Recovery: Review docket, Draft notice of status conference on Trustee's motion to winddown FSS and sell assets, conference with E. Jones and C. Murray regarding same, and prepare notice for service and filing (0.5)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $495.00 | - | $247.50 |
| | | | | | | **$0.00** 0.00h | | **$118,648.60** 189.40h |

# Activities Export

11/03/2024
6:57 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/06/2024 | 🕐 | Asset Analysis and Recovery: Conference with J. Chiba in preparation for (0.3) and participate with C. Murray in status conference in adversary proceeding for ESG and conference with C. Murray regarding same (0.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.90h | $750.00 | – | $675.00 |
| 09/06/2024 | 🕐 | Asset Analysis and Recovery: Review docket, draft notice of status conference on Trustee's motion to winddown FSS prepared by J. Chiba (0.2); conference with J. Chiba and C. Murray regarding preparation and service scope for same (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | – | $300.00 |
| 09/09/2024 | 🕐 | Other Contested Matters: Telephone conference with V. Driver regarding agenda for 9/11 status conference and pending 523 litigation (0.5); conference with C. Murray regarding same (0.2); conference with C. Murray regarding Tx/Ct pending litigation (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | – | $750.00 |
| 09/09/2024 | 🕐 | Asset Disposition: Continue to draft, edit, revise emergency motion to sell the lake house and exhibits to same and draft proposed order (1.5) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.50h | $750.00 | – | $1,125.00 |
| | | | | | | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 09/09/2024 | 🕐 | Fee/Employment Applications: Continue to draft, edit, and revise third fee statement (1.1) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.10h | $750.00 | - | $825.00 |
| 09/09/2024 | 🕐 | Asset Analysis and Recovery: Review email from C. Murray regarding tax treatment conversation with H. May relative to FSS (0.1); continue to evaluate substantive consolidation issues and various conferences with C. Murray regarding same (0.9); various conferences regarding the auction/sale and winddown of FSS (.7) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.70h | $750.00 | - | $1,275.00 |
| 09/09/2024 | 🕐 | Asset Analysis and Recovery: Continue to review and revise motion to transfer venue and responses to motions to remand in the two removed matters in WDTX (1.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.30h | $750.00 | - | $975.00 |
| 09/10/2024 | $ | Postage/Copies - Mailout of Notice of Status Conference <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Jacqueline Chiba | 1.00 | $295.48 | - | $295.48 |
| 09/10/2024 | 🕐 | Asset Disposition: Various conferences with C. Murray and legal team internally for final revisions/comments to emergency | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.30h | $750.00 | - | $975.00 |
| | | | | | | **$0.00** <br> 0.00h | | **$118,648.60** <br> 189.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | motion to sell lake house (0.5); draft final revisions to emergency motion to sell lake house and finalize for filing (0.8) 🔵 Unbilled | | | | | | |
| 09/10/2024 | 🕐 | Case Administration: Prepare for status conference on all pending issues (1.0); Prepare C. Murray for status conference/update regarding status of various pending matters (.8) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.80h | $750.00 | - | $1,350.00 |
| 09/10/2024 | 🕐 | Asset Analysis and Recovery: Review and respond to various emails regarding sale auction process and suggested revisions to same (0.5) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 09/10/2024 | 🕐 | Other Contested Matters: Continue to evaluate remand issues relating to removed litigation in WDTX and motion to transfer venue and conduct legal research on various issues relating to same (2.2); conference with C. Murray regarding effect of turnover order on bankruptcy proceedings and positions of various parties (0.7) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.90h | $750.00 | - | $2,175.00 |
| 09/10/2024 | 🕐 | Fee/Employment Applications: Finalize third fee statement for filing (0.3) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| | | | | | | | **$0.00** 0.00h | **$118,648.60** 189.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 09/11/2024 | 🕐 | Asset Analysis and Recovery: Conference with E. Jones and C. Murray to prepare for (0.5) and participate in status hearing on motion to windown and to discuss other pending matters with related adversaries (0.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $495.00 | - | $495.00 |
| 09/11/2024 | 🕐 | Asset Analysis and Recovery: Conference with J. Chiba and C. Murray to prepare for (0.5); meeting with C. Murray and J. Wolfshohl to prepare for update on various issues at status conference (1.0) and participate in status hearing on motion to windown and to discuss other pending matters with related adversaries (0.5); review various emails regarding sale website and related IT issues (0.2); call with V. Driver regarding questions about sale/ auction process and timing of same and staffing concerns (0.6) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.80h | $750.00 | - | $2,100.00 |
| 09/11/2024 | 🕐 | Case Administration: Review various emails regarding settings from the Court on various pending matters and notice of same with attention to service issues (0.6) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.60h | $750.00 | - | $450.00 |
| | | | | | | **$0.00** <br> 0.00h | | **$118,648.60** <br> 189.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 09/11/2024 | 🕐 | Asset Analysis and Recovery: Multiple conference calls with S. Lemmon to discuss settings on pending matters, plan relating to sale of FSS assets, FSS professional fees/motion relating to same, PQPR lien issues, reconciliation of sales with Dr. Jones related entities (2.0); conference with C. Murray regarding same (0.3); review PQPR fulfillment contract and orders (0.4); draft email to B. Schleizer and J. Shulse regarding same and conference with C. Murray regarding requesting reporting needed to evaluate reconciliation (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.20h | $750.00 | - | $2,400.00 |
| 09/11/2024 | 🕐 | Fee/Employment Applications: Review order on motion filed by FSS professionals regarding payment of fees without additional hearing and conference with C. Murray regarding same (0.5); review various emails from FSS professionals with requests for payment and instructions and discuss same with C. Murray (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $750.00 | - | $525.00 |
| 09/11/2024 | 🕐 | Other Contested Matters: Review email regarding CT request for discovery (0.1); review form of inquiry/post judgment discovery and conference with C. Murray | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $750.00 | - | $525.00 |
| | | | | | | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | regarding same (0.6)<br>🔵 Unbilled | | | | | | |
| 09/11/2024 | 🕐 | Case Administration: Extended conference with Trustee to review various pending issues, how they relate, conferences with other parties, and status of each, including: sale of lake house with some personal property included, meeting with A. Jones team to discuss sale/auction of FSS assets, PQPR litigation and lien issues as well as reconciliation of sales, FSS professional fee payments, and ESG litigation (1.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.20h | $750.00 | - | $900.00 |
| 09/12/2024 | 🕐 | Case Administration: Strategy meeting with Trustee's legal team to discuss pending hearing, motions, and other issues (0.9); conference with E. Jones and C. Murray regarding specific projects and research issues for analysis of assets (0.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.30h | $495.00 | - | $643.50 |
| 09/12/2024 | 🕐 | Fee/Employment Applications: Review and revise engagement agreement from N&N and provide to trustee with commentary (1.2); conference with E. Jones regarding same (0.3); draft and revise application to employ N&N, proposed order, and supporting | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 2.50h | $495.00 | - | $1,237.50 |
| | | | | | | | $0.00<br>0.00h | $118,648.60<br>189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | exhibits (1.0)<br>🔵 Unbilled | | | | | | |
| 09/12/2024 | 🕐 | Case Administration: Prepare for (0.3) and participate in strategy meeting with Trustee's legal team to discuss pending hearing, motions, and other issues (0.9); conference with J. Chiba and C. Murray regarding specific projects and research issues for analysis of assets (0.4); review various emails regarding issues surrounding auction of FSS assets from auctioneer and conference with C. Murray regarding same (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.10h | $750.00 | - | $1,575.00 |
| 09/12/2024 | 🕐 | Fee/Employment Applications: Conference with J. Chiba regarding revisions to engagement agreement with N&N on IT issues (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 09/13/2024 | 🕐 | Asset Disposition: Assist E. Jones and C. Murray with preparation for (0.2) and participate and observe hearing on emergency motion to sell real property (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $495.00 | - | $198.00 |
| 09/13/2024 | 🕐 | Claims Administration and Objections: Prepare for (0.6) and participate in informal mediation of various disputes with counsel for | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 2.40h | $495.00 | - | $1,188.00 |
| | | | | | | | $0.00<br>0.00h | $118,648.60<br>189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | PQPR for potential resolution of disputes with PQPR and FSS (0.8); conference with C. Murray and E. Jones regarding same (1.0)<br>🔵 Unbilled | | | | | | |
| 09/13/2024 | 🕐 | Asset Disposition: Conference with C. Murray, J. Chiba, and J. Wolfshohl regarding hearing on sale of lake house (0.5); observe hearing regarding same (0.2); various conferences with broker regarding same (0.2) and conference with C. Murray regarding same and documents to sign (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.10h | $750.00 | - | $825.00 |
| 09/13/2024 | 🕐 | Claims Administration and Objections: Review memorandum regarding PQPR issues in preparation for informal mediation (1.2); prepare with J. Chiba and C. Murray regarding PQPR informal mediation (0.6) and participate in informal mediation of various disputes with counsel for PQPR for potential resolution of disputes with PQPR and FSS (1.0); conference with C. Murray and J. Chiba regarding same after conclusion of mediation discussions (0.8); extended conference with C. Murray regarding issues and litigation claims surrounding trusts (0.7) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.20h | $750.00 | - | $3,150.00 |
| | | | | | | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 09/15/2024 | 🕐 | Claims Administration and Objections: Review documents produced by UCC relating to PQPR (2.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 2.40h | $495.00 | - | $1,188.00 |
| 09/15/2024 | 🕐 | Other Contested Matters: Review and respond to C. Murray email regarding PQPR note and alleged lien and valuation and conference with C. Murray regarding same (0.5); various conferences with J. Chiba regarding same (0.7)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.20h | $750.00 | - | $900.00 |
| 09/15/2024 | 🕐 | Claims Administration and Objections: Extended conference call with C. Murray regarding discussions with various parties regarding format for potential global resolution, PQPR issues, and Trust issues (1.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.10h | $750.00 | - | $825.00 |
| 09/16/2024 | 🕐 | Claims Administration and Objections: Review and respond to various emails with K. Starling conferring regarding status of PQPR research issue (0.3); conference with E. Jones regarding same (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.60h | $495.00 | - | $297.00 |
| | | | | | | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/16/2024 | 🕐 | Claims Administration and Objections: Conference with J. Chiba regarding emails with K. Starling regarding status of PQPR research issue (0.3); review various emails from S. Lemmon and S. Roberts and forward to team for PQPR related issues (0.2); review and respond to M. Dearman email regarding information mediation with PQPR and release issues (0.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $750.00 | - | $525.00 |
| 09/16/2024 | 🕐 | Other Contested Matters: Review timeline on turnover order obtained by Texas in relation to motion to compel and responses to motions to remand and motion to transfer venue (1.7); conference with A. Catmull regarding same and concern regarding payment of professional fees (0.4); conference with C. Murray regarding same (0.5); conference with J. Wolfshohl regarding same (0.3)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.90h | $750.00 | - | $2,175.00 |
| 09/17/2024 | 🕐 | Other Contested Matters: Follow up with A. Catmull regarding removed causes of action and timeline on turnover and professional fee issues and conference with C. Murray regarding same (0.7); review communications with counsel for Tx families regarding same (0.1) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.80h | $750.00 | - | $600.00 |
| | | | | | | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 09/17/2024 | 🕐 | Asset Disposition: Review lake house closing documents and contracts and forward same to trustee legal team (0.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | - | $300.00 |
| 09/18/2024 | 🕐 | Claims Administration and Objections: Confer with E. Jones regarding research needed into PQPR financial status and alleged lien (0.5); confer regarding projects needed with A. Pham regarding identification of PQPR financial documents (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $495.00 | - | $495.00 |
| 09/18/2024 | 🕐 | Claims Administration and Objections: Research relating to PQPR records and financial history (3.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Apollo Pham | 3.20h | $95.00 | - | $304.00 |
| 09/18/2024 | 🕐 | Claims Administration and Objections: Confer with J. Chiba regarding research needed into PQPR financial status and alleged lien (0.5); conferences with C. Murray regarding same (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.80h | $750.00 | - | $600.00 |
| 09/19/2024 | 🕐 | Case Administration: Prepare for (0.2) and participate in conference call with trustee's legal team to discuss pending sale motion, | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 2.10h | $495.00 | - | $1,039.50 |
| | | | | | | **$0.00**<br>0.00h | | **$118,648.60**<br>189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | claims of various creditors, potential assets for recovery and other pending issues in case (0.9); post-call debrief with E. Jones and C. Murray to discuss strategy and plan of action with respect to investigation of specific assets and claims (1.0)  🔵 Unbilled | | | | | | |
| 09/19/2024 | 🕐 | Other Contested Matters: Research regarding potential motion for contempt and to show cause regarding turnover order (2.3); begin to draft potential pleadings regarding same (0.9)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 3.30h | $495.00 | - | $1,633.50 |
| 09/19/2024 | 🕐 | Claims Administration and Objections: Research relating to PQPR records and financial history (4.5)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Apollo Pham | 4.50h | $95.00 | - | $427.50 |
| 09/19/2024 | 🕐 | Case Administration: Prepare for team call and conference with C. Murray regarding same (0.7); participate in conference call with trustee's legal team to discuss pending sale motion, claims of various creditors, potential assets for recovery and other pending issues in case (0.9); conference with J. Chiba and C. Murray to discuss strategy and plan of action with respect to investigation of | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.60h | $750.00 | - | $1,950.00 |
| | | | | | | | **$0.00** 0.00h | **$118,648.60** 189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | specific assets and claims (1.0)<br>🔵 Unbilled | | | | | | |
| 09/19/2024 | 🕐 | Asset Analysis and Recovery: Review UST objection to motion to winddown and begin to outline issues for reply and review authorities cited by UST (2.4); conference with C. Murray regarding same (0.6); conference with C. Murray and J. Wolfshohl regarding UST objection to motion to winddown FSS (0.7); research issues relative to what constitutes estate property, jurisdictional issues, and sale of non-estate property in other bankruptcy cases and forward same to Trustee legal team (2.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 6.20h | $750.00 | - | $4,650.00 |
| 09/19/2024 | 🕐 | Asset Analysis and Recovery: Telephone conference with A. Catmull regarding UST objection to motion to winddown FSS through auction and issues relating to turnover order obtained by Tx families (0.3); conference with C. Murray regarding discussion with A. Catmull regarding same (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 09/20/2024 | 🕐 | Claims Administration and Objections: Research relating to PQPR records and financial history (2.4) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Apollo Pham | 2.40h | $95.00 | - | $228.00 |
| | | | | | | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 09/20/2024 | 🕐 | Asset Disposition: Review and respond to J. Willoughby regarding various issues on lake house sale and remaining steps for closing (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 09/20/2024 | 🕐 | Asset Analysis and Recovery: Review WSJ article regarding proposed winddown and sale of FSS assets and UST objection and conference with C. Murray regarding same (0.4); Review draft and respond with comments to reply to UST objection to motion to winddown FSS and sell assets (3.0); Continue to evaluate substantive consolidation and conference with C. Murray and Porter Hedges team regarding same (1.9); review Texas statement in support of sale (0.2); draft lengthy email to trustee legal team regarding Texas statement in support of sale and analysis of issues relating to same (0.6); various lengthy conferences with C. Murray regarding same (0.8); telephone conference with A. Catmull regarding same (0.4); review A. Jones limited objection to winddown and sale of FSS assets (.3); conference with J. Wolfshohl regarding same (0.2); conference with C. Murray regarding same | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 8.10h | $750.00 | - | $6,075.00 |
| | | | | | **0.00h** | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | (0.3)<br>🔵 Unbilled | | | | | | |
| 09/22/2024 | 🕐 | Other Contested Matters: Continue to review and make revisions to motion to transfer venue, responses to motions to remand (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| 09/22/2024 | 🕐 | Asset Analysis and Recovery: Continue to review and provide comments to reply to UST objection to motion to winddown FSS and sell assets (2.5); various conferences with C. Murray regarding same (0.5); continue to review and provide comments to analysis regarding substantive consolidation (0.7); review various messages between parties and Tx families regarding scope of representations regarding turnover order and application to administration of bankruptcy estate and conference with C. Murray regarding same (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.20h | $750.00 | - | $3,150.00 |
| 09/23/2024 | 🕐 | Asset Analysis and Recovery: Review and consider correspondence from T. Holman regarding Debtor's assets relating to lake house (0.3); multiple discussions same with E. Jones (0.4); draft and send response to | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.10h | $495.00 | - | $544.50 |
| | | | | | | **$0.00**<br>0.00h | | **$118,648.60**<br>189.40h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | T. Holman (0.2); review responses to same (0.2)  🔵 Unbilled | | | | | | |
| 09/23/2024 | 🕐 | Asset Analysis and Recovery: Review various emails between T. Holman and J. Chiba regarding boat and golf carts (0.1); multiple conferences with J. Chiba regarding same (0.4); review docket and chapter 11 pleadings relating to assets administered in chapter 11 case (0.6) and conference with C. Murray regarding same (0.2); telephone conference with T. Holman regarding same and other information relating to sale of lake house and rights of first refusal (0.6); conference with V. Driver regarding same (0.1); conference with C. Murray regarding issues relating to lake house and personal property at the house and what was previously administered (0.3)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.30h | $750.00 | - | $1,725.00 |
| 09/23/2024 | 🕐 | Other Contested Matters: Continue to draft, edit, and revise motions to transfer venue in both removed actions and in light of recent pleadings relating to winddown and sale of FSS assets (2.2); continue to draft revisions to responses to motions to remand (0.9)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.10h | $750.00 | - | $2,325.00 |
| | | | | | | | **$0.00** 0.00h | **$118,648.60** 189.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/23/2024 | 🕐 | Asset Analysis and Recovery: Continue to review drafts of reply to UST response to motion to winddown and sale of FSS assets and provide comments to same (0.5); conference with C. Murray regarding various turns of draft response and comments to same (.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.10h | $750.00 | - | $825.00 |
| 09/23/2024 | 🕐 | Other Contested Matters: Review various messages between Tx counsel and professional fee claimants regarding stipulation on attorneys' fees (0.5); review draft stipulation (0.2); telephone conference with A. Catmull regarding status of same (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.90h | $750.00 | - | $675.00 |
| 09/23/2024 | 🕐 | Asset Analysis and Recovery: Extended telephone conference with V. Driver regarding A. Jones objection to motion to winddown and sell FSS assets (0.6); conference with C. Murray regarding same (0.2); draft email to Trustee legal team regarding scope of A. Jones objection (0.4); extended conference with J. Wolfshohl regarding same and regarding stipulation on professional fees (0.7); draft revised proposed order to resolve A. Jones objection (1.0); circulate internally for review and comment | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.00h | $750.00 | - | $3,000.00 |
| | | | | | | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | (0.3); circulate to V. Driver for comment and review responses to same (0.8)  ● Unbilled | | | | | | |
| 09/23/2024 | 🕐 | Asset Analysis and Recovery: Prepare for hearing on motion to windown and sell FSS assets, including: conference with C. Murray and J. Wolfshohl (1.0) and preparation of proffer of C. Murray (0.7)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.70h | $750.00 | - | $1,275.00 |
| 09/24/2024 | 🕐 | Asset Analysis and Recovery: Review pleadings, responses, and other relevant documents to assist E. Jones and C. Murray prepare for hearing on the motion for authority to windown FSS (2.9); participate in hearing on the motion for authority to windown FSS and status conference on PQPR adversary (0.6); conference with E. Jones and C. Murray regarding supplemental order regarding dismissal (0.4)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 3.90h | $495.00 | - | $1,930.50 |
| 09/24/2024 | 🕐 | Asset Analysis and Recovery: Prepare for hearing on motion for authority to windown, including review pleadings, responses, and other relevant documents and exhibits (1.0); and various conferences with J. Chiba, J. | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 4.80h | $750.00 | - | $3,600.00 |
| | | | | | | | **$0.00** 0.00h | **$118,648.60** 189.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Wolfshohl, and C. Murray regarding same (1.1); represent Trustee at hearing on the motion for authority to winddown FSS and status conference on PQPR adversary (0.6); after hearing meeting with A. Moshenberg, J. Wolfshohl, and C. Murray (.2), and meeting with H. Nguyen, C. Murray, and J. Wolfshohl regarding supplemental order on dismissal (1.0); review and respond to various emails from counsel for creditors in both cases and V. Driver regarding same (0.5); conference with J. Chiba and C. Murray regarding supplemental order regarding dismissal and finalize to be uploaded (0.4)<br>🔵 Unbilled | | | | | | |
| 09/24/2024 | 🕐 | Other Contested Matters: Review and respond to various emails regarding motions to transfer venue and responses to motions to remand (0.3); send minor revisions to draft motions to remand to K. Starling (0.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.70h | $750.00 | - | $525.00 |
| 09/25/2024 | 🕐 | Claims Administration and Objections: Research relating to PQPR records and financial history (2.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Apollo Pham | 2.60h | $95.00 | - | $247.00 |
| | | | | | | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/25/2024 | 🕐 | Claims Administration and Objections: Continue to review and evaluate analysis regarding substantive consolidation, including review of claims (1.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.20h | $750.00 | – | $900.00 |
| 09/25/2024 | 🕐 | Other Contested Matters: Continue to draft, edit, revise responses to motions to remand (1.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.30h | $750.00 | – | $975.00 |
| 09/25/2024 | 🕐 | Asset Analysis and Recovery: Extended work session and conference with C. Murray regarding supplemental order regarding dismissal and sale of FSS assets, claims of Tx families and potential global resolution, auction process and IP issues, issues regarding exemptions and update from V. Driver (1.0) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | – | $750.00 |
| 09/26/2024 | 🕐 | Case Administration: Strategy meeting with members of Trustee's legal team to discuss FSS winddown, pending sale of assets, alleged liens and other issues (0.7); various conferences with E. Jones regarding same (0.4); conference with E. Jones and C. Murray regarding same (0.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.40h | $495.00 | – | $693.00 |
| 09/26/2024 | 🕐 | Asset Analysis and Recovery: | 00040-Christopher Murray, | Jacqueline | 0.50h | $495.00 | – | $247.50 |
| | | | | | **$0.00** <br> 0.00h | | | **$118,648.60** <br> 189.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | Draft stipulation and agreed order further extending deadline for Trustee's response to Debtor's claimed exemptions and circulate to Debtor's counsel for commentary (0.3); conference with C. Murray regarding same (0.1); conference with E. Jones regarding same (0.1)  ● Unbilled | Chapter 7 Trustee In re Alexander E. Jones | Chiba | | | | |
| 09/26/2024 | 🕐 | Claims Administration and Objections: Research relating to PQPR records and financial history (2.9)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Apollo Pham | 2.90h | $95.00 | - | $275.50 |
| 09/26/2024 | 🕐 | Case Administration: Prepare for (0.2) and participate in weekly strategy meeting with members of Trustee's legal team to discuss FSS winddown, pending sale of assets, alleged liens and other issues (0.7); various conferences with J. Chiba regarding same (0.4); conference with J. Chiba and C. Murray regarding same (0.3)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.60h | $750.00 | - | $1,200.00 |
| 09/26/2024 | 🕐 | Asset Analysis and Recovery: Conference with J. Chiba regarding draft stipulation and agreed order further extending deadline for Trustee's response to Debtor's claimed exemptions, conference with C. Murray | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| | | | | | | | **$0.00** 0.00h | **$118,648.60** 189.40h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | regarding same, and review order regarding same (0.2)<br>🔵 Unbilled | | | | | | |
| 09/27/2024 | 🕐 | Asset Disposition: Review correspondence from title insurance company and consider questions asked/documents requested (0.4); Confer with Trustee regarding title insurance for McCormick property (0.1); locate and review documents requested by title insurance company (1.0); draft and send response to title insurance company's questions and provide relevant documents (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.70h | $495.00 | - | $841.50 |
| 09/27/2024 | 🕐 | Asset Analysis and Recovery: Call and leave voice mail for C. Stephenson regarding proposed extension of exemption response deadline (0.1); draft and send follow up email to C. Stephenson and V. Driver regarding same (0.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.20h | $495.00 | - | $99.00 |
| 09/27/2024 | 🕐 | Asset Analysis and Recovery: Discussion with C. Stephenson regarding stipulation to extend the deadline for the Trustee to object to exemptions (0.2); revise, finalize, and file stipulation for filing (0.2); various conferences with E. Jones and C. Murray regarding | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.70h | $495.00 | - | $346.50 |

| | | | | | | | $0.00<br>0.00h | $118,648.60<br>189.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | same (0.3)<br>● Unbilled | | | | | | |
| 09/27/2024 | 🕐 | Asset Analysis and Recovery: Research relating to PQPR records and financial history (3.0)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Apollo Pham | 3.00h | $95.00 | - | $285.00 |
| 09/27/2024 | 🕐 | Asset Analysis and Recovery: Various conferences with J. Chiba and C. Murray regarding issues relating to exemptions and extension of deadlines (0.2)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| 09/27/2024 | 🕐 | Claims Administration and Objections: Conference call with C. Murray and J. Wolfshohl regarding Tx/Ct global resolution and proposal regarding same (0.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 09/27/2024 | 🕐 | Other Contested Matters: Draft, edit, revise, and finalize revisions to motions to transfer venue in two removed actions regarding garnishment and turnover proceedings (3.0); and many conferences with K. Starling regarding same (1.0); various conferences with C. Murray regarding same (0.4)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.40h | $750.00 | - | $3,300.00 |
| 09/27/2024 | 🕐 | Other Contested Matters: Draft, edit, revise, and finalize revisions | 00040-Christopher Murray, Chapter 7 Trustee | Erin Jones | 5.20h | $750.00 | - | $3,900.00 |
| | | | | | | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | to responses to motions to remand with exhibits in two removed actions regarding garnishment and turnover proceedings (4.0); many conferences with K. Starling regarding same (1.0); various conferences with C. Murray regarding same (0.2)  🔵 Unbilled | In re Alexander E. Jones | | | | | |
| 09/29/2024 | 🕐 | Case Administration: Travel to Austin with C. Murray (3.0)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.00h | $375.00 | - | $1,125.00 |
| 09/29/2024 | 🕐 | Asset Analysis and Recovery: Extended conference with C. Murray regarding Tx/Ct split issues and framework for global resolution (1.0); conference with C. Murray regarding sale/auction issues and operational issues relating to FSS in preparation for meeting with A. Jones business and legal team (1.2); conference call with B. Schleizer regarding agenda for meeting with A. Jones business and legal team and answer questions relating to auction/sale of assets (.5)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.70h | $750.00 | - | $2,025.00 |
| 09/30/2024 | 🕐 | Fee/Employment Applications: Various conferences and draft additional revisions to proposed engagement letter with N&N and provide to P. Newton for | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $495.00 | - | $247.50 |
| | | | | | | | **$0.00** 0.00h | **$118,648.60** 189.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | commentary (0.5)<br>● Unbilled | | | | | | |
| 09/30/2024 | 🕐 | Asset Analysis and Recovery: Conference with E. Jones regarding issues relating to merchant services provider and holdback (0.6); research background on dispute (2.0); review cases and pleadings relating to potential dispute with credit card processor (0.4); various conferences with E. Jones and C. Murray regarding same (0.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 3.50h | $495.00 | - | $1,732.50 |
| 09/30/2024 | 🕐 | Asset Analysis and Recovery: Continue to review pleadings, background materials and documents relating to potential causes of action against merchant services provider (2.7); begin drafting complaint regarding same (2.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 5.20h | $495.00 | - | $2,574.00 |
| 09/30/2024 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding issues relating to merchant services provider and holdback dispute (0.5); multiple conferences with J. Chiba regarding same (1.1)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.60h | $750.00 | - | $1,200.00 |
| 09/30/2024 | 🕐 | Case Administration: Return travel | 00040-Christopher Murray, | Erin Jones | 3.00h | $375.00 | - | $1,125.00 |
| | | | | | | **$0.00**<br>0.00h | | **$118,648.60**<br>189.40h |

# Activities Export

11/03/2024
6:57 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | to Houston (3.0)<br>🔵 Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | | | | | |
| 09/30/2024 | 🕐 | Asset Analysis and Recovery: Prepare with C. Murray for meeting with A. Jones business and legal team and FSS business team, auctioneer, IT professionals onsite at studio (1.0); meeting at studio regarding FSS auction and operational issues, with auctioneer, with IT professionals, and with A. Jones business and legal team, and A. Jones (3.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.00h | $750.00 | - | $3,000.00 |
| 09/30/2024 | 🕐 | Other Contested Matters: Review lease agreement regarding termination, forward to J. Chiba, and conference with J. Chiba regarding same (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 09/30/2024 | 🕐 | Asset Analysis and Recovery: Extended conference with C. Murray regarding auction and bidding issues relative to sequencing and maximizing value (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| 09/30/2024 | 🕐 | Asset Analysis and Recovery: Conference call regarding meeting with Tx counsel on next steps and global resolution (0.4); telephone conference regarding fee issues | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.60h | $750.00 | - | $450.00 |
| | | | | | | | $0.00<br>0.00h | $118,648.60<br>189.40h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | and Tx turnover order; conference with C. Murray regarding same (0.2)<br>🔵 Unbilled | | | | | | |
| 09/30/2024 | $ | Parking - Austin<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00 | $60.00 | - | $60.00 |
| 09/30/2024 | $ | Lodging x3 - for 9/29 and 9/30 travel to Austin for meeting at FSS Studios<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00 | $1,233.12 | - | $1,233.12 |
| | | | | | | | **$0.00**<br>0.00h | **$118,648.60**<br>189.40h |