IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| ALEXANDER E. JONES | § | CASE NO. 22-33553 |
| *Debtor* | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, FIRST UNITED AMERICAN COMPANIES, LLC ("FUAC"), requests that copies of all motions, pleadings, notices, orders, proposed orders, proposed disclosure statements and plans, and other filings be served on Walter J. Cicack electronically or at the address stated below:

>Walter J. Cicack
>HAWASH CICACK & GASTON LLP
>711 W. Alabama St., Suite 200
>Houston, Texas 77006
>(713) 658-9015 - tel/fax
>wcicack@hcgllp.com

FUAC further requests that the Clerk of the above-named Court mail to Walter J. Cicack copies of all notices to parties-in-interest hereinafter given in the case in accordance with Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rule or local rule governing notices.

Respectfully submitted,

 */s/ Walter J. Cicack*
WALTER J. CICACK
State Bar No. 04250535
wcicack@hcgllp.com
HAWASH CICACK & GASTON LLP
711 W. Alabama St., Suite 200
Houston, Texas 77006
(713) 658-9015 - tel/fax
***Attorneys for First United American Companies, LLC***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served through the Court's ECF noticing system on this 5th day of November, 2024.

                                                    */s/ Walter J. Cicack*
                                                    Walter J. Cicack