**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| ALEXANDER E. JONES, | § | |
| | § | Case No. 22-33553 |
| Debtor | § | |

**NOTICE OF STATUS CONFERENCE
[Relates to Docket No. 1]**

PLEASE TAKE NOTICE that a Status Conference has been scheduled for **Monday, November 25, 2024 at 2:00 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, at 515 Rusk, Courtroom 401, Houston, Texas 77002.  You may participate in the hearing by appearing either in person or by an audio and video connection.

PLEASE TAKE FURTHER NOTICE audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510.  Once connected, you will be asked to enter the conference number.  Judge Lopez's conference room number is 590153.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the following link, which is also provided on the Judge's home page: www.gotomeet.me/JudgeLopez.  To use GoToMeeting, the Court recommends that you download the free GoToMeeting application prior to the hearing.  The meeting code is "JudgeLopez."  Click the setting icon in the right corner and enter your name under the personal information setting.

PLEASE TAKE FURTHER NOTICE hearing appearances must be made electronically in advance of both electronic and in-person hearings.  To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page.  Select

the case name, complete the required fields, and click "Submit" to complete your appearance.

    Respectfully submitted this 6th day of November 2024.

                      Respectfully submitted,

                      **CAIN & SKARNULIS PLLC**
                      By: <u>*Ryan E. Chapple*</u>
                      Ryan E. Chapple
                      State Bar No. 24036354
                      303 Colorado Street, Suite 2850
                      Austin, TX 78701
                      Telephone:  (512) 477-5000
                      Fax:  (512) 477-5011
                      E-mail:  rchapple@cstrial.com

                      **KOSKOFF KOSKOFF & BIEDER, PC**
                      Alinor C. Sterling (admitted *pro hac vice*)
                      350 Fairfield Avenue
                      Bridgeport, CT 06604
                      Telephone:  (203) 336-4421
                      E-mail:  asterling@koskoff.com

                      **PAUL, WEISS, RIFKIND,**
                      **WHARTON & GARRISON LLP**
                      Kyle J. Kimpler (admitted *pro hac vice*)
                      Paul Paterson (admitted *pro hac vice*)
                      Daniel Negless (admitted *pro hac vice*)
                      Leslie Liberman (admitted *pro hac vice*)
                      Jonathan Day (admitted *pro hac vice*)
                      Vida Robinson (admitted *pro hac vice*)
                      1285 Avenue of the Americas
                      New York, NY 10019
                      Telephone:  (212) 373-3000
                      Fax:  (212) 757-3990
                      E-mail:  kkimpler@paulweiss.com
                      E-mail:  ppaterson@paulweiss.com
                      E-mail:  dnegless@paulweiss.com
                      E-mail:  lliberman@paulweiss.com
                      E-mail:  jday@paulweiss.com
                      E-mail:  virobinson@paulweiss.com

                      ***Co-Counsel to the Connecticut Families***

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Status Conference has been served on Debtor's counsel, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 6th day of November 2024.

                                                */s/ Ryan E. Chapple*
                                                Ryan E. Chapple