UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF TEXAS
                         HOUSTON DIVISION

ALEXANDER E. JONES AND          )  CASE NO:  22-33553-cml
OFFICIAL COMMITTEE OF           )
UNSECURED CREDITORS,            )  Houston, Texas
                                )
            Debtor.             )  Tuesday, July 16, 2024
                                )
                                )  10:07 AM to 10:10 AM
-----------------------------)


                              TRIAL

           BEFORE THE HONORABLE CHRISTOPHER M. LOPEZ
                 UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Christopher Murray,   ERIN JONES
Chapter 7 Trustee         Jones Murray LLP
                          602 Sawyer, Suite 400
                          Houston, TX 77007

Court Reporter:           UNKNOWN

Courtroom Deputy:         ZILDE COMPEAN

Transcribed by:           Veritext Legal Solutions
                          330 Old Country Road, Suite 300
                          Mineola, NY 11501
                          Tel: 800-727-6396

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

HOUSTON, TEXAS; TUESDAY, JULY 16, 2024; 10:07 AM

(Call to Order)

THE COURT:  All righty, let me call 22-33553 the Alexander Jones case.  Who wishes to make an appearance in that case?  If you can, please hit five star.  There's a 713 number.  713 number.

MS. JONES:  (Indiscernible).

THE COURT:  Hi, Ms. Jones.

MS. JONES:  Sorry, I was waiting for your queue, Your Honor.  It's -- this is Erin Jones on behalf of Christopher Murray, Chapter 7 Trustee in the Alexander Jones case.

THE COURT:  Okay.  It sounds like you're the only person who has made -- who's making an appearance today so what can you tell me?  I know there's a couple of matters here that are set, and it looks like there was stips filed on the docket.

MS. JONES:  So, I -- for today I see a preliminary hearing on Docket 711, which is a motion --

THE COURT:  Yep.

MS. JONES:  It's filed as a motion for relief from stay and the fee was paid, but it looks like a motion to clarify.  Maybe there is not a stay.  I was actually going to ask this is, I think, days after Your Honor converted the case and so we didn't have a conference.  I'm not sure that

the motion complies with the rules, but I was going to see if we could perhaps continue this hearing date out to another possible --

THE COURT:  Is Mr. Lynch on the line.  Is the party who filed the motion on the line?  We're looking about a 2020 (indiscernible).  No, I'm just -- well, they're not here.  So, they're not here to prosecute this, I'm just going to enter an order denying the relief and without prejudice to refiling at that time.

MS. JONES:  Thank you, Your Honor.

THE COURT:  All righty, thank you.  23 --

MS. JONES:  And then --

THE COURT:  Oh, go ahead.  Oh, go ahead, Ms. Jones, tell me about the stips.

MS. JONES:  I'm sorry.  And then, --

THE COURT:  Can I sign?  Any issues with me signing those?

MS. JONES:  None, thank you.  You raised it I just wanted to address in further questions.

THE COURT:  Yeah, yep.

MS. JONES:  Yes, thank you.

THE COURT:  Okay, I will -- I'll sign those stips and I'm just going to enter a short order denying the relief for want of prosecution.  Nobody's here today.  You got to at least show up at the hearing.  Okay.

MS. JONES:  Okay.

THE COURT:  It sounds like we have a plan, thank you very much, have a good day.

MS. JONES:  Thank you, you too.

(Proceedings adjourned at 10:10 a.m.)

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:  November 8, 2024