**THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| **Debtor.** | § | |

**FIFTH MONTHLY FEE STATEMENT OF JONES MURRAY LLP AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSTION AND REIMBURSEMENT OF EXPENSES FOR <u>THE PERIOD FROM OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024</u>**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | October 1, 2024 through October 31, 2024 |
| **Interim Fees Incurred:** | **$73,653.50** |
| **Interim Payment of Fees Requested (80%):** | **$58,922.80** |
| **Interim Expenses Incurred:** | **$1,358.61** |
| **Total Fees and Expenses Due:** | **$60,281.41** |

This is the Fifth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Fifth Monthly Fee Statement (the "Fee Statement") for the period from October 1, 2024 through October 31, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [pending, motion filed at Docket No. 757] (the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $73,653.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,358.61 (the "Expenses"), for the period from October 1, 2024 through October 31, 2024. Eighty percent (80%) of the fees equals $58,922.80 and one hundred percent (100%) of the Expenses equals $1,358.61 for a total requested amount of $60,281.41.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $58,922.80 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,358.61 for a total amount of $60,281.41.

Dated November 8, 2024.

Respectfully submitted,

**JONES MURRAY LLP**
*/s/ Erin E. Jones*
Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999
**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on November 8, 2024.

*/s/ Erin E. Jones*
Erin E. Jones

**EXHIBIT 1**

**SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| | | |
| Asset Analysis/Recovery | 70.6 | $47,678.00 |
| Asset Disposition | 0.7 | $474.00 |
| Assumption/Rejection of Leases and Contracts | 3.0 | $1,612.50 |
| Case Administration | 10.4 | $6,193.50 |
| Claims Administration and Objections | 16.1 | $12,075.00 |
| Fee and Employment Applications | 4.1 | $1,051.50 |
| Other Contested Matters | 8.2 | $4,569.00 |
| **TOTAL** | **113.1** | **$73,653.50** |

## <u>EXHIBIT 2</u>

### SUMMARY OF OUT OF POCKET EXPENSES

| Expense Description | Cost |
|---|---|
| Research Fees – ECF/PACER | $738.30 |
| Postage/Copies – Mailout | $616.11 |
| Parking | $4.20 |
| **TOTAL EXPENSES** | **$1,358.61** |

### EXHIBIT 3

**SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $750.00 | 79.8 |
| Jacqueline Q. Chiba, *Associate* | $495.00 | 26.6 |
| Apollo Pham, *Paralegal* | $95.00 | 6.7 |
| | | |
| **TOTAL** | | **113.1** |

**<u>EXHIBIT 4</u>**

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/01/2024 | 🕐 | Asset Analysis and Recovery: Continue to draft complaint regarding credit card holdbacks and circulate to E. Jones and C. Murray for review (1.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.60h | $495.00 | – | $792.00 |
| 10/01/2024 | 🕐 | Claims Administration and Objections: Conference with C Murray regarding open issues with sale and WDTX cases (0.4); conference call with C. Murray and J. Wolfshohl regarding same (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.90h | $750.00 | – | $675.00 |
| 10/01/2024 | 🕐 | Asset Analysis and Recovery: Review draft complaint regarding credit card holdbacks (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | – | $375.00 |
| 10/02/2024 | 🕐 | Claims Administration and Objections: Review various emails and responses regarding various pending matters including issues relating to Texas turnover order and conference with C. Murray regarding same (0.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.80h | $750.00 | – | $600.00 |
| 10/03/2024 | 🕐 | Case Administration: Weekly legal team strategy meeting to discuss pending matters, projects, and case status (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $495.00 | – | $495.00 |
| | | | | | **113.10h**<br>0.00h | | **$0.00** | **$73,653.50**<br>113.10h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/03/2024 | 🕐 | Claims Administration and Objections: Review correspondence relating to terms of a potential resolution of claims for discussion with Trustee legal team (1.0); conference with C. Murray regarding same (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.50h | $750.00 | - | $1,125.00 |
| 10/03/2024 | 🕐 | Case Administration: Weekly legal team strategy meeting to discuss pending matters, projects, and case status (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| 10/04/2024 | 🕐 | Case Administration: Extended strategy meeting with E. Jones to discuss pending matters, disputes over assets, potential settlements, and status of various pending projects and analyses (2.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 2.10h | $495.00 | - | $1,039.50 |
| 10/04/2024 | 🕐 | Claims Administration and Objections: Conference with C. Murray and J. Wolfshohl regarding discussions with parties regarding concepts for potential resolution of claims (0.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.60h | $750.00 | - | $450.00 |
| 10/04/2024 | 🕐 | Asset Analysis and Recovery: Extended strategy meeting with J. Chiba to discuss pending matters, disputes over assets, potential settlements, and status of various | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.10h | $750.00 | - | $1,575.00 |
| | | | | | **113.10h** | | **$0.00**<br>0.00h | **$73,653.50**<br>113.10h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | pending projects and analyses (2.1)<br>🔵 Unbilled | | | | | | |
| 10/07/2024 | 🕐 | Fee/Employment Applications: Revise application to employ N&N in consideration of the Court's Supplemental Dismissal Order and provide to C. Murray for commentary and approval (0.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.60h | $495.00 | - | $297.00 |
| 10/07/2024 | 🕐 | Other Contested Matters: Status conference on removal action before the WDTX (0.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.20h | $495.00 | - | $99.00 |
| 10/07/2024 | 🕐 | Asset Analysis and Recovery: Conference call with W/ Stukenberg, K. Starling, M. Dearman regarding employment issues relating to FSS winddown (0.5); conference with C. Murray regarding same (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.70h | $750.00 | - | $525.00 |
| 10/07/2024 | 🕐 | Asset Analysis and Recovery: Various conference calls regarding approach to hearing/status conference in WDTX removed actions (0.4); conference with C. Murray to review various issues anticipated for hearing/status conference (0.7); conference with J. Wolfshohl regarding same (0.2); participate remotely in hearing in | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.70h | $750.00 | - | $1,275.00 |
| | | | | | **113.10h**<br>0.00h | | **$0.00** | **$73,653.50**<br>113.10h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | WDTX removed matters and conference with C. Murray regarding same (0.4)<br><br>🔵 Unbilled | | | | | | |
| 10/07/2024 | 🕐 | Asset Analysis and Recovery: Conference call with C. Murray and J. Wolfshohl regarding auction and sale and issues relating to sale of personal IP (0.6); email with IP counsel to set up time to discuss same (0.1); review correspondence from M. Dearman regarding various sale/IP issues (0.1)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.80h | $750.00 | - | $600.00 |
| 10/07/2024 | 🕐 | Asset Analysis and Recovery: Review various emails and materials circulated by J. Tannenbaum regarding auction and sale issues and conference with C. Murray regarding same (0.5)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 10/07/2024 | 🕐 | Asset Analysis and Recovery: Review lake house closing documents and various emails regarding same and conference with C. Murray regarding same (0.3)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 10/08/2024 | 🕐 | Claims Administration and Objections: Multiple extended | 00040-Christopher Murray, Chapter 7 Trustee | Erin Jones | 3.40h | $750.00 | - | $2,550.00 |
| | | | | | **113.10h** | | **$0.00**<br>0.00h | **$73,653.50**<br>113.10h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | telephone conferences and strategy sessions with C. Murray to discuss potential resolution of claims (1.9); discuss impact of Connecticut receivership action and removal of same (0.3); review pleadings in Connecticut receivership and removal to WDTX regarding scope of relief requested in receivership application and any overlap with estate (1.2)<br>🔵 Unbilled | In re Alexander E. Jones | | | | | |
| 10/09/2024 | 🕐 | Asset Analysis and Recovery: Extended conference with C. Murray regarding status of discussions with PQPR regarding potential resolution of disputes (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| 10/10/2024 | 🕐 | Assumption/Rejection of Leases and Contracts: Various emails and discussions regarding contract assumption/rejection deadlines with Trustee's legal team (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $495.00 | - | $247.50 |
| 10/10/2024 | 🕐 | Fee/Employment Applications: Follow with N&N regarding proposed employment (0.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.10h | $495.00 | - | $49.50 |
| 10/10/2024 | 🕐 | Assumption/Rejection of Leases and Contracts: Draft motion to extend 365 deadlines and | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 2.00h | $495.00 | - | $990.00 |
| | | | | | **113.10h** | | **$0.00**<br>0.00h | **$73,653.50**<br>113.10h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | proposed order (1.4); conference with C. Murray regarding same (0.2); revise motion to extend the 365 deadline to incorporate feedback from C. Murray and finalize same for filing (0.4) ● Unbilled | | | | | | |
| 10/10/2024 | 🕐 | Fee/Employment Applications: Revise, finalize, and file the application to employ N&N (0.3) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $495.00 | - | $148.50 |
| 10/10/2024 | 🕐 | Asset Disposition: Review various emails regarding lake house sale / closing and conference with C. Murray regarding same (0.3) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 10/10/2024 | 🕐 | Asset Analysis and Recovery: Multiple conferences with C. Murray regarding status of discussions with various parties regarding resolution of claims (0.3); conference with C. Murray regarding update on status of sale of personal IP (0.3); review additional background materials and auction platform information sent by auctioneer and provide comments to sales team regarding same (0.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.10h | $750.00 | - | $825.00 |
| 10/10/2024 | 🕐 | Assumption/Rejection of Leases and Contracts: Review various | 00040-Christopher Murray, Chapter 7 Trustee | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| | | | | | **113.10h** | | **$0.00** 0.00h | **$73,653.50** 113.10h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | emails regarding 365 deadlines, conference with C. Murray and J. Wolfshohl regarding same, and conference with J. Chiba regarding preparation of motion to extend (0.5)  ● Unbilled | In re Alexander E. Jones | | | | | |
| 10/11/2024 | 🕐 | Asset Analysis and Recovery: Research documents/financial records in discovery database relating to _____ (2.8)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Apollo Pham | 2.80h | $95.00 | – | $266.00 |
| 10/11/2024 | 🕐 | Asset Analysis and Recovery: Extended work session and conferences with C. Murray regarding status and framework of potential resolution of claims (0.7); various conferences with C. Murray regarding update on auction procedures and sale process (0.5)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.20h | $750.00 | – | $900.00 |
| 10/11/2024 | 🕐 | Asset Disposition: Review various emails regarding lake house closing and conference with C. Murray regarding same (0.2)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | – | $150.00 |
| 10/13/2024 | 🕐 | Asset Analysis and Recovery: Review correspondence from M. Dearman regarding demand letter (0.1) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $750.00 | – | $75.00 |
| | | | | | 113.10h | | $0.00 0.00h | $73,653.50 113.10h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 10/14/2024 | 🕐 | Asset Analysis and Recovery: Extended conference with C. Murray regarding discussions relating to potential resolution of claims (0.5); conference with C. Murray regarding response to issues relating to sale of FSS assets and A. Jones personal IP assets (0.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.10h | $750.00 | - | $825.00 |
| 10/15/2024 | 🕐 | Asset Disposition: Conference with C. Murray regarding analysis of            and     (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.20h | $495.00 | - | $99.00 |
| 10/15/2024 | 🕐 | Other Contested Matters: Review chapter 11 fee analysis and conference with C. Murray regarding same (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $495.00 | - | $247.50 |
| 10/15/2024 | 🕐 | Other Contested Matters: Conference call with E. Jones, C. Murray, and J. Wolfshohl to prepare for call with counsel for Connecticut plaintiffs (0.2); conference call with counsel for Connecticut plaintiffs (0.8); post-call debrief and strategy meeting with E. Jones and C. Murray (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.30h | $495.00 | - | $643.50 |
| | | | | | 113.10h<br>0.00h | | $0.00 | $73,653.50<br>113.10h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 10/15/2024 | 🕐 | Claims Administration and Objections: Meeting with C. Murray to review current status of terms of proposal for resolution of claims, waterfall, and sale (1.2); call with C. Murray, J. Wolfshohl, J. Chiba to review issues prior to call with Connecticut counsel (0.2); conference call with Connecticut counsel (0.8) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.20h | $750.00 | - | $1,650.00 |
| 10/15/2024 | 🕐 | Asset Analysis and Recovery: Review draft emergency motion to sell personal IP and discuss comments/revisions with C. Murray (1.0) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| 10/15/2024 | 🕐 | Asset Analysis and Recovery: Review correspondence from V. Driver regarding cease and desist and response to same and discuss same with C. Murray (0.4) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | - | $300.00 |
| 10/15/2024 | 🕐 | Asset Analysis and Recovery: Review status of ESG reporting and information provided to date, discuss status with C. Murray (0.7), and reach out to J. Patterson regarding time to discuss potential resolution of ESG adversary (0.1) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.80h | $750.00 | - | $600.00 |
| 10/16/2024 | 🕐 | Fee/Employment Applications: | 00040-Christopher Murray, | Apollo | 2.70h | $95.00 | - | $256.50 |
| | | | | | **113.10h** | | **$0.00** <br> 0.00h | **$73,653.50** <br> 113.10h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Review docket and prepare additional analysis of chapter 11 professional fees for balances as requested by C. Murray (2.7)<br>🔵 Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | Pham | | | | |
| 10/16/2024 | 🕐 | Asset Analysis and Recovery: Review correspondence with M. Dearman regarding responding to inquiries regarding sale and conference with C. Murray regarding same (0.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.10h | $750.00 | - | $75.00 |
| 10/17/2024 | 🕐 | Case Administration: Review various emails from Trustee legal team regarding status of open issues and to schedule team meeting for next day (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| 10/18/2024 | 🕐 | Case Administration: Weekly legal team strategy meeting to discuss pending matters, projects, and case status (0.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.80h | $495.00 | - | $396.00 |
| 10/18/2024 | 🕐 | Case Administration: Weekly legal team strategy meeting to discuss pending matters, projects, and case status (0.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.80h | $750.00 | - | $600.00 |
| 10/18/2024 | 🕐 | Claims Administration and Objections: Review correspondence from M. Dearman | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.90h | $750.00 | - | $675.00 |
| | | | | | 113.10h | | $0.00<br>0.00h | $73,653.50<br>113.10h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | regarding framework of 9019 settlement (0.1), review draft terms of 9019 (0.3), and conference with M. Dearman, J. Wolfshohl, K. Starling and C. Murray regarding same (0.5)  ● Unbilled | | | | | | |
| 10/18/2024 | 🕐 | Asset Analysis and Recovery: Review various emails and draft of form asset purchase agreement and provide comments to C. Murray regarding same (0.9)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.90h | $750.00 | - | $675.00 |
| 10/21/2024 | 🕐 | Claims Administration and Objections: Telephone conference with C. Murray regarding (0.5); telephone conference with K. Starling, C. Murray, M. Dearman regarding same (0.3); telephone conference with C. Murray and R. Mates regarding same (0.7); call M. Dearman to update regarding call with R. Mates (1.0); correspondence with M. Dearman regarding (0.6) and review by M. Dearman and respond to same (0.2)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.30h | $750.00 | - | $2,475.00 |
| | | | | | **113.10h** 0.00h | | **$0.00** | **$73,653.50** 113.10h |

# Activities Export

11/08/2024
6:58 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 10/22/2024 | 🕐 | Asset Analysis and Recovery: Multiple conferences with C. Murray regarding anticipated A. Jones objection to sale of personal IP (0.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | - | $300.00 |
| 10/22/2024 | 🕐 | Asset Analysis and Recovery: Review lengthy email inquiry regarding sale and forward to sales team for response to same and review responses from legal team regarding same (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| 10/22/2024 | 🕐 | Asset Analysis and Recovery: Review data relating to credit card processor (0.6); conference with C. Murray regarding strategy for recovery of same (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.10h | $750.00 | - | $825.00 |
| 10/22/2024 | 🕐 | Asset Analysis and Recovery: Review FSS office lease and amendments to same and discuss with C. Murray (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 10/22/2024 | 🕐 | Asset Analysis and Recovery: Review M. Dearman email regarding domains and various responses to same (0.2); conference call with C. Murray regarding same (0.4); review various emails and information relating to domains from B. | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.90h | $750.00 | - | $675.00 |
| | | | | | **113.10h** | | **$0.00**<br>0.00h | **$73,653.50**<br>113.10h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Schleizer and J. Tannenbaum (0.2); email to V. Driver to discuss personal IP and domains (0.1)<br>● Unbilled | | | | | | |
| 10/22/2024 | 🕐 | Asset Analysis and Recovery: Continue to review ESG related sales records and work through analysis / framework for resolution of disputes across categories (2.5); conference with C. Murray regarding same and review missing information and analysis of same (0.5); various emails with B. Schleizer and J. Shulse requesting additional information regarding ESG reportion and sales information and review responses to same (0.3); discuss responses to requests with C. Murray (0.2)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.50h | $750.00 | - | $2,625.00 |
| 10/23/2024 | 🕐 | Asset Analysis and Recovery: Conference call with C. Murray regarding various aspects of discussions with parties regarding resolution of claims (0.5); conference with C. Murray regarding ESG disputes and information gap (0.3); review various emails from J. Schulse regarding ESG reporting (0.2); review various emails with C. Murray and M. Dearman regarding additional information regarding domains (0.2); conference with C. Murray regarding same (0.2); | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.70h | $750.00 | - | $1,275.00 |
| | | | | | **113.10h**<br>0.00h | | **$0.00**<br>0.00h | **$73,653.50**<br>113.10h |

# Activities Export

11/08/2024
6:58 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | review various emails with C. Murray and K. Starling regarding FSS employee retention contracts and ordinary course employees (0.2); conference with C. Murray regarding same (0.1)<br>● Unbilled | | | | | | |
| 10/23/2024 | 🕐 | Other Contested Matters: Review emails from K. Starling regarding motion to transfer venue and preparation for hearing including exhibits and electronic participation (0.3); review docket regarding same (0.2); review local rules and procedures regarding exhibits and witness presentation (0.2); conference with C. Murray in preparation for same (0.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| 10/24/2024 | 🕐 | Case Administration: Weekly legal team strategy meeting to discuss pending matters, projects, and case status (1.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.50h | $495.00 | - | $742.50 |
| 10/24/2024 | 🕐 | Asset Analysis and Recovery: Identify case information for divorce proceeding from Erika Jones and review docket/filings (0.4); initial review of pleadings filed and circulate analysis to E. Jones and C. Murray (1.0)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.40h | $495.00 | - | $693.00 |
| | | | | | 113.10h | | $0.00<br>0.00h | $73,653.50<br>113.10h |

# Activities Export

11/08/2024
6:58 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/24/2024 | 🕐 | Asset Analysis and Recovery: Perform legal research regarding . (2.5) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 2.50h | $495.00 | - | $1,237.50 |
| 10/24/2024 | 🕐 | Asset Analysis and Recovery: Various conferences with J. Chiba regarding research relating to (0.5); conference with K. Starling regarding same (0.3); review materials from (0.5); review in light of (0.8); review legal research regarding (0.4) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.50h | $750.00 | - | $1,875.00 |
| 10/24/2024 | 🕐 | Asset Analysis and Recovery: Review A. Jones objection to sale of personal IP/social media accounts (0.8); conference with C. Murray regarding same (0.5); review authorities cited (0.6); conference with C. Murray regarding same (0.3); extended strategy call with M. Dearman, K. Starling, and J. Wolfshohl regarding response to A. Jones objection (0.8); various emails regarding proposed revised order (0.5); circulate draft proposed revised order and telephone conference with V. Driver regarding same (0.4); various | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 4.40h | $750.00 | - | $3,300.00 |
| | | | | | **113.10h** | | **$0.00** | **$73,653.50** |
| | | | | | | | 0.00h | 113.10h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | additional conferences with C. Murray and J. Wolfshohl regarding same to finalize revised proposed order and to discuss hearing (0.5) <br> 🔵 Unbilled | | | | | | |
| 10/24/2024 | 🕐 | Case Administration: Weekly legal team strategy meeting to discuss pending matters, projects, and case status (1.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.50h | $750.00 | - | $1,125.00 |
| 10/25/2024 | 🕐 | Asset Analysis and Recovery: Begin comprehensive review and analysis of (3.4) and conference with E. Jones regarding same (1.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Jacqueline Chiba | 4.90h | $495.00 | - | $2,425.50 |
| 10/25/2024 | 🕐 | Asset Analysis and Recovery: Pre-hearing call with C. Murray to discuss status of revised agreed proposed order and issues regarding hearing (0.6); meeting with C. Murray and J. Wolfshohl to prepare for hearing regarding same (1.0); represent trustee at hearing on emergency motion to sell personal IP (0.5); follow up meetings with legal team to discuss (0.6); conference with V. Driver regarding next steps (0.5) | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 3.20h | $750.00 | - | $2,400.00 |
| | | | | | **113.10h** | | **$0.00** <br> 0.00h | **$73,653.50** <br> 113.10h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 10/25/2024 | 🕐 | Asset Analysis and Recovery: Review email from M. Dearman regarding contested IP and review J. Tannenbaum email in response to same (0.3); conference with C. Murray regarding same (0.2)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 10/25/2024 | 🕐 | Asset Analysis and Recovery: Conference with J. Chiba regarding                         (1.5); conference with C. Murray regarding same and            (0.3)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.80h | $750.00 | - | $1,350.00 |
| 10/25/2024 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding retention of FA for estate (0.3) and various conferences regarding background and information needed to run conflicts with potential candidate regarding same (0.7)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| 10/25/2024 | 🕐 | Asset Analysis and Recovery: Review schedules regarding issue of                   (1.8) and draft lengthy email to legal team summarizing same (0.5); review various responses to same (0.2); conference with C. Murray | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.70h | $750.00 | - | $2,025.00 |
| | | | | | **113.10h**<br>0.00h | | **$0.00** | **$73,653.50**<br>113.10h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | regarding same (0.2)<br>🔵 Unbilled | | | | | | |
| 10/25/2024 | 🕐 | Asset Analysis and Recovery: Email to B. Schleizer and J. Schulse regarding status of ESG sales reporting needed (0.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.10h | $750.00 | - | $75.00 |
| 10/25/2024 | 🕐 | Other Contested Matters: Correspondence with K. Kimpler and L. Lieberman forwarding orders transferring venue as status update regarding same; conference with C. Murray regarding same and update regarding status of removed receivership matter (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| 10/25/2024 | 🕐 | Claims Administration and Objections: Review terms of proposal for resolution of claims between creditors and conference with C. Murray regarding same (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 10/26/2024 | 🕐 | Claims Administration and Objections: Conference with C. Murray in preparation for discussion with Connecticut counsel regarding sale of IP and auction related issues (0.2); participate in telephone call with C. Murray and K. Kimpler regarding | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.00h | $750.00 | - | $1,500.00 |
| | | | | | **113.10h**<br>0.00h | | **$0.00** | **$73,653.50**<br>113.10h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | same (0.8); call with C. Murray regarding same and discussion of impact of personal IP/social media on timing of auction/sale process (1.0)<br>🔵 Unbilled | | | | | | |
| 10/28/2024 | 🕐 | Other Contested Matters: Continue review and prepare analysis of<br><br>(4.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 4.20h | $495.00 | - | $2,079.00 |
| 10/28/2024 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding auction issues and sale of social media (0.9); conference with J. Wolfshohl regarding same (0.5); conference with C. Murray regarding ESG reporting and other<br><br>(0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.90h | $750.00 | - | $1,425.00 |
| 10/29/2024 | 🕐 | Other Contested Matters: Review clerk's notice of appeal deadlines (0.2); review Appellants' designation (0.4); email legal team regarding same (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.80h | $750.00 | - | $600.00 |
| 10/29/2024 | 🕐 | Asset Analysis and Recovery: Conference call with J. Tannenbaum and legal team regarding issues relating to auction and sale of FSS assets and social | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 6.30h | $750.00 | - | $4,725.00 |
| | | | | | **113.10h**<br>0.00h | | **$0.00** | **$73,653.50**<br>113.10h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | media accounts (0.4); conference with C. Murray regarding same (0.3); review additional background relating including (1.0); call with C. Murray, J. Wolfshohl and M. Dearman regarding social media assets and continued hearing regarding same (0.4); additional conference call with M. Dearman and C. Murray regarding social media assets and revision of proposed order (0.9); additional correspondence regarding same (0.2); conference with C. Murray regarding FSS office lease and impact of termination / holdover in the event of any delay of auction/sale (0.5); regarding and continue analysis regarding same (2.6) ● Unbilled | | | | | | |
| 10/30/2024 | 🕐 | Asset Analysis and Recovery: Research documents/financial records in discovery database relating to (1.2) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Apollo Pham | 1.20h | $95.00 | - | $114.00 |
| 10/30/2024 | 🕐 | Asset Analysis and Recovery: Review revisions to proposed order on emergency motion to sell personal IP with attached | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 7.40h | $750.00 | - | $5,550.00 |
| | | | | | **113.10h** | | **$0.00** | **$73,653.50** |
| | | | | | | | 0.00h | 113.10h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | schedules and discuss same with legal team and C. Murray (0.7); follow up with V. Driver regarding same (0.3); various conferences with C. Murray regarding issue raised by counsel for X (0.5); conduct legal research and draft various lengthy emails with legal team regarding | | | | | | |
| | | to same (2.0); conference with C. Murray regarding same (0.5); review various emails from prospective buyer regarding lease issues and conference with C. Murray regarding same (0.4); call with L. Butler regarding lease terms and issues relating to holdover and termination (0.4); conference with C. Murray regarding same (0.2); draft summary of lease provisions and circulate to team (1.1); review additional reports on sales and payments made on various products and remaining inventory in relation to counterproposal to resolve dispute with ESG (0.9); email analysis of same to C. Murray and conference regarding same (0.2); forward same to J. Patterson (0.2)  🔵 Unbilled | | | | | | |
| 10/31/2024 | 🕐 | Case Administration: Weekly legal | 00040-Christopher Murray, | Jacqueline | 0.90h | $495.00 | - | $445.50 |
| | | | | | **113.10h** | | **$0.00** | **$73,653.50** |
| | | | | | | | 0.00h | 113.10h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | team strategy meeting to discuss pending matters, projects, and case status (0.9)<br>● Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | Chiba | | | | |
| 10/31/2024 | 🕐 | Case Administration: Weekly legal team strategy meeting to discuss pending matters, projects, and case status (0.6)<br>● Unbilled | 00040-Christopher Murray,<br>Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.60h | $750.00 | - | $450.00 |
| 10/31/2024 | 🕐 | Asset Analysis and Recovery: Multiple calls with V. Driver regarding social media accounts and IP assets (0.8); conference with C. Murray regarding same (0.5); conference with M. Dearman regarding potential resolution of issues (0.3)<br>● Unbilled | 00040-Christopher Murray,<br>Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.60h | $750.00 | - | $1,200.00 |
| 10/31/2024 | 🕐 | Fee/Employment Applications: Telephone conference with potential FA for estate regarding connections/conflicts and scope of potential engagement (0.4)<br>● Unbilled | 00040-Christopher Murray,<br>Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | - | $300.00 |
| 10/31/2024 | 🕐 | Asset Analysis and Recovery: Telephone call with J. Patterson regarding framework for resolution of disputes with ESG in light of additional reporting (0.3); conference with C. Murray regarding same (0.1)<br>● Unbilled | 00040-Christopher Murray,<br>Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | - | $300.00 |
| | | | | | 113.10h | | $0.00<br>0.00h | $73,653.50<br>113.10h |