IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| ALEXANDER E. JONES | § | CASE NO. 22-33553 |
| *Debtor* | § | |

**REQUEST FOR A STATUS CONFERENCE**
**[Relates to Docket Nos. 859, 862, and 903]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, FIRST UNITED AMERICAN COMPANIES, LLC ("FUAC"), the "designated" back up bid, and requests a status conference to address the apparent defects in the sale process, including changing the procedures, lack of transparency, and inaccurate disclosures to interested bidders. Because the value of the assets is in the process of being destroyed at this very minute, FUAC requests a status conference today if the court's calendar can accommodate it.

Respectfully submitted,

 */s/ Walter J. Cicack*
WALTER J. CICACK
State Bar No. 04250535
wcicack@hcgllp.com
HAWASH CICACK & GASTON LLP
711 W. Alabama St., Suite 200
Houston, Texas 77006
(713) 658-9015 - tel/fax
***Attorneys for First United American Companies, LLC***

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing document has been served through the Court's ECF noticing system on this 14th day of November, 2024.

 */s/ Walter J. Cicack*
Walter J. Cicack