IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| ALEXANDER E. JONES | § | CASE NO. 22-33553 |
| *Debtor* | § | |

# **WITNESS AND EXHIBIT LIST**

Witness List:

1. Christopher Murray
2. Walter J. Cicack
3. Any witnesses called by any other party

Exhibit List:

| NO. | DESCRIPTION | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 1. | CNN Business Article | | | |
| 2. | Order Granting Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC (Docket No. 859) | | | |
| 3. | Any admitted documents offered by another party | | | |
| 4. | Rebuttal documents | | | |

Respectfully submitted,

 */s/ Walter J. Cicack*
WALTER J. CICACK
State Bar No. 04250535
wcicack@hcgllp.com
HAWASH CICACK & GASTON LLP
711 W. Alabama St., Suite 200
Houston, Texas 77006
(713) 658-9015 - tel/fax
***Attorneys for First United American Companies, LLC***

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document has been served through the Court's ECF noticing system on this 14th day of November, 2024.

                                                                                */s/ Walter J. Cicack*
                                                                                Walter J. Cicack