Electronic Appearance Sheet

Jon Weichselbaum, Latham & Watkin
Client(s): X Corp.

John Ashmead, Seward & Kissel LLP
Client(s): Global Tetrahedron, LLC