**EXHIBIT 1**

**TIMEKEEPER SUMMARY**

| Professional | Title | Section | Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Joshua W. Wolfshohl | Partner | Bankruptcy | $ 945.00 | 165.60 | $156,492.00 |
| Derek V. Forinash | Partner | IP | $ 950.00 | 5.70 | $5,415.00 |
| Sarah Ring | Partner | IP | $ 925.00 | 1.00 | $925.00 |
| Adam K. Nalley | Partner | Corporate | $ 900.00 | 34.70 | $31,230.00 |
| Jason T. Lloyd | Partner | Finance | $ 900.00 | 0.90 | $810.00 |
| Christine M. McMillan | Partner | Finance | $ 785.00 | 5.20 | $4,082.00 |
| Matthew R. Baughman | Partner | Trusts and Estates | $ 750.00 | 3.20 | $2,400.00 |
| William R. Stukenberg | Partner | Litigation | $ 725.00 | 4.80 | $3,480.00 |
| Michael B. Dearman | Associate | Bankruptcy | $ 625.00 | 259.00 | $161,875.00 |
| Jordan T. Stevens | Associate | Bankruptcy | $ 595.00 | 70.50 | $41,947.50 |
| Kenesha L. Starling | Associate | Litigation | $ 575.00 | 242.70 | $139,552.50 |
| Daisy Puente | Associate | Finance | $ 565.00 | 5.80 | $3,277.00 |
| Grecia A. Sarda | Associate | Bankruptcy | $ 500.00 | 37.70 | $18,850.00 |
| Pamela A. Balser | Technical Advisor | Litigation | $ 415.00 | 0.50 | $207.50 |
| Carey A. Sakert | Paralegal | Litigation | $ 470.00 | 8.20 | $3,854.00 |
| Mitzie L. Webb | Paralegal | Bankruptcy | $ 465.00 | 16.30 | $7,579.50 |
| Janice M. Thomas | Paralegal | Corporate | $ 420.00 | 1.10 | $462.00 |
| Eliana Garfias | Paralegal | Bankruptcy | $ 405.00 | 26.00 | $10,530.00 |
| Allyson A. Adame | Paralegal | Corporate | $ 385.00 | 2.00 | $770.00 |
| **TOTAL** | | | | **890.90** | **$593,739.00[1]** |

---

[1] The total hours and fees reflect the amounts included in PH's monthly fee statements and does not reflect the reduction in fees of $625.00 for work performed prior to the Conversion Date. The reduction is reflected in the total fees requested in the Application and the proposed order attached hereto.

15623963