**EXHIBIT 2**

**PROJECT CATEGORIES**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 673.10 | $460,925.00 |
| Case Administration | 46.00 | $21,108.00 |
| Employment/Fee Application | 35.00 | $21,894.00 |
| Litigation/Contested Matters | 133.10 | $86,735.50 |
| Meetings and Communications with Creditors | 3.70 | $3,076.50 |
| **TOTAL** | **890.90** | **$593,739.00**[1] |

---

[1] The total hours and fees reflect the amounts included in PH's monthly fee statements and does not reflect the reduction in fees of $625.00 for work performed prior to the Conversion Date. The reduction is reflected in the total fees requested in the Application and the proposed order attached hereto.

15623963