## **EXHIBIT 4**

### **EXPENSE SUMMARY**

| EXPENSES | COST |
|---|---:|
| Computer Assisted Research | $6,122.92 |
| Computer Services | $2,283.80 |
| Delivery Service | $96.00 |
| Filing Fees | $2.45 |
| Foreign Associated Fees | $1,471.08 |
| Postage | $0.97 |
| Reproduction | $426.75 |
| Reproduction Services | $3,505.74 |
| Service Fee | $125.19 |
| **TOTAL** | **$14,034.90** |

15623963