# Behind The Onion's bid for Alex Jones's Infowars — which is now on hold as a judge reviews it

Geoff Weiss

Fri, November 15, 2024 at 8:25 PM CST · 3 min read

55



- The Onion's bid for Infowars came together with help from Sandy Hook families.
- The deal is now on hold after a bankruptcy judge expressed concerns about the auction.
- The Onion CEO Ben Collins has said he wants to transform InfoWars into an "alt-media" parody hub.

On the surface, The Onion's announcement that it had purchased Alex Jones's Infowars at auction on Thursday may have sounded like a bizarre joke.

But behind the scenes, the bid came together through strategic coordination — with the support of Sandy Hook families and a nonprofit that is backed by Michael Bloomberg.

Ben Collins, CEO of The Onion, told Yahoo that he knew some of the lawyers representing Sandy Hook families from his former days as a disinformation reporter at NBC. He said they were key to the deal.

"The families decided they would effectively join our bid," Collins told Yahoo, "to try to get this over the finish line because by the end of the day, it was us or Alex Jones."

Still, the purchase apparently isn't set in stone, if Jones — who'd hoped one of his allies would purchase the site — has anything to say about it.

The designated backup bidder, First United American Companies — which operates Jones's online supplement shop — requested a hearing in Texas bankruptcy court to "address the apparent defects in the sale process, including changing the procedures, lack of transparency, and inaccurate disclosures to interested bidders," according to a court filing.

At a hearing Thursday, Judge Christopher Lopez of the Southern District of Texas's US Bankruptcy Court, expressed concern that offers weren't shared between rival bidders, Bloomberg News reported. Another hearing is set for next week.

"Nobody should feel comfortable with the results of the auction," Lopez said.

The Onion, a lawyer for First United, and lawyers for the trustee responsible for liquidating Jones's assets didn't respond to Business Insider's requests for comment.

"The sale is currently underway, pending standard processes," Collins told Variety Friday in a statement.

In addition to support from the Sandy Hook families, The Onion is also working with Everytown for Gun Safety — an anti-gun-violence nonprofit founded in the wake of the Sandy Hook massacre. Everytown, which is backed by backed by billionaire Michael Bloomberg, is supporting the reimagined Infowars in a multi-year advertising deal.

### More in Business


**Behind The Onion's bid for Alex Jones's Infowars — which is now on hold as a...**
Business Insider

**Boeing issues layoff notices to 400-plus workers as it begins drastic cuts**
Associated Press


**Porsche 993 Owner Wins Big In Lawsuit Against Mechanic**
The Auto Wire

**The CEO of KFC and Taco Bell China sits for hours and watches customers eat. It'...**
Fortune

"They've long loved The Onion," Collins told Yahoo, nodding to a headline the outlet publishes verbatim every time there's a mass shooting.

And while many might consider The Onion, Everytown, and Infowars "strange bedfellows," Everytown President John Feinblatt told ABC News there's actually "perfect synergy" given how The Onion has advocated against gun violence over the years, citing its unique ability to "cut through misinformation" using humor.

Collins told ABC News that The Onion would own everything from Jones's broadcasting equipment to his supplement business.

On the content front, a new website would exist separately from The Onion. "We'll start building a whole new world there," Collins told ABC News, adding it would parody "alt-media people who've gone unmocked for too long."

Neither Everytown nor Bloomberg Philanthropies immediately responded to requests for comment from Business Insider.

Variety also reported that at the Thursday hearing, lawyers for Elon Musk's X appeared to reserve ownership of Jones's personal X account.



**Moving? Upgrade your WiFi**
Xfinity

Up next