UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § Chapter 7 <br> § |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) <br> § |
| Debtor. | § <br> § <br> § <br> § |

**TRUSTEE'S PRELIMINARY RESPONSE**
[Relates to Docket No. 913]

Christopher R. Murray, the Chapter 7 Trustee (the "*Trustee*") for the bankruptcy estate of Alexander E. Jones files this preliminary response to the Emergency Motion to Disqualify Global Tetrahedron, LLC's Bid, (the "*Emergency Motion*") [DE 913] and respectfully states as follows:

1. FUAC's Emergency Motion is a disappointed bidder's improper attempt to influence an otherwise fair and open auction process.

2. Having failed in its prior efforts to bully the Trustee and his advisors into accepting its inferior bid, FUAC now alleges, without evidence, collusion and bad faith in an attempt to mislead the Court and disqualify its only competition in the auction.

3. The Trustee intends to respond in due course fully and in detail to the barrage of baseless allegations, selective quoting and half-truths in FUAC's recent filings.

4. The Trustee reserves all rights, including those under Federal Rule of Civil Procedure 11 and Federal Rule of Bankruptcy Procedure 9011 regarding the duties of attorneys who sign their names to pleadings in this Court.

[Signature Blocks on Following Page]

1

Respectfully submitted,

By: */s/Joshua W. Wolfshohl*
  Joshua W. Wolfshohl (Bar No. 24038592)
  Michael B. Dearman (Bar No. 24116270)
  Jordan T. Stevens (Bar No. 24106467)
  Kenesha L. Starling (Bar No.24114906)
  **PORTER HEDGES LLP**
  1000 Main Street, 36th Floor
  Houston, Texas 77002
  Telephone: (713) 226-6000
  Facsimile: (713) 226-6248
  jwolfshohl@porterhedges.com
  mdearman@porterhedges.com
  jstevens@porterhedges.com
  kstarling@porterhedges.com

  *and*

  /s/ *Erin E. Jones*
  Erin E. Jones (TX 24032478)
  **JONES MURRAY LLP**
  602 Sawyer Street, Suite 400
  Houston, Texas 77007
  Telephone: (832) 529-1999
  Fax: (832) 529-3393
  erin@jonesmurray.com

  *Counsel for Christopher R. Murray, Chapter 7 Trustee*

  *and*

  */s/ Christopher R. Murray*
  602 Sawyer Street, Suite 400
  Houston, Texas 77007
  Telephone: (832) 529-3027
  Fax: (832) 529-3393
  chris@jonesmurray.com

  *Chapter 7 Trustee*

2