# EXHIBIT D

**GT Initial Bid**

# Bid Form | Bid Deadline: November 8, 2024 @ 2 pm CST




| | | | |
|---|---|---|---|
| Buyer Name | Ben Collins | Buyer Company | Global Tetrahedron, LLC |
| Phone 1 | [redacted] | Phone 2 | |
| Address | [redacted] | City | Chicago |
| State/Zip | [redacted] | Email | [redacted] |
| Partner * | The Connecticut Families (as defined in, and to the extent set forth in, the accompanying Bid Letter) | | |

*Any party with a vested interest in the purchase must be disclosed

| LOT | Group ('x') | LOT BID | Intellectual Property Allocation | Equipment/Inventory Allocation |
|---|---|---|---|---|
| Lot 1 Production \| Note Equipment Allocation if Applicable | ✔ | $ 999,000 | $ 998,000 | $ 1,000 |
| Lot 2 E-Commerce \| Note Inventory Allocation if Applicable | ✔ | $ 1,000 | $ 1,000 | $ 0 |
| Lot 3 Domains \| Approximately 280 Domains | ☐ | $ | | |
| Lot 4 Contested Domains \| Approximately 37 Domains | ☐ | $ | | |

*If your bid for any lots are contingent upon other lots, please indicate which lots are to be grouped together by placing an 'x' in the Group column above.*

*Trustee reserves the right to accept or reject any non-conforming bid.

**Please Email Bids to the Following Parties (if you prefer to mail, please see the Sale Order & Procedures Posted to the website for a list of address.**

jeff@360assetadvisors.com, ktoney@tranzon.com, edurnil@tranzon.com, jwolfshohl@porterhedges.com, mdearman@porterhedges.com, erin.jones@jonesmurray.com

I hereby submit my bid for the Packages above in accordance with the terms and conditions of this bid package.

X Signed by: Ben Collins 1E5646A6B3E849E...

Name: Ben Collins

Title: CEO

Date: November 8, 2024

| | |
|---|---|
| 10% Deposit Amount Submitted | $ 100,000 |
| Form of Payment Accepted | Wire Transfer Only |

| Auctioneer Use Only: | |
|---|---|
| Received Date | |
| Received By | |

11/5/2024 9:45:01 PM Paula Brillson