IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | CASE NO. 22-33553 |
| ALEXANDER E. JONES | § | |
| *Debtor* | § | **Deposition Date: 11/20/24 at 9:30 a.m.** |
| | § | |
| | § | **Contested Matters:** |
| | § | 1. ***Emergency Motion to Disqualify*** |
| | § | ***Global Tetrahedron, LLC's Bid (Doc.*** |
| | § | ***913)***; and |
| | § | 2. ***Trustee's Expedited Motion for Entry*** |
| | § | ***of an Order in Furtherance of the Sale*** |
| | § | ***of Assets of Free Speech Systems, LLC*** |
| | § | ***(Doc. 915)*** |

### NOTICE OF DEPOSITION OF CHRISTOPHER MURRAY

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, applicable to this proceeding under Rule 9014 of the Federal Rules of Bankruptcy Procedure, and by agreement, Party-in-Interest, First United American Companies, LLC ("FUAC"), will conduct the oral deposition of **Christopher Murray** on **Wednesday, November 20, 2024 at 9:30 a.m.** and shall continue until completed at the offices of PORTER HEDGES, 1000 Main St., 36th Floor, Houston, Texas 77002, before a certified court reporter.

All parties are invited to attend and examine the witness. Such deposition is for discovery purposes and, when taken, may be used as evidence in the trial or any evidentiary hearing in the above-styled case.

Respectfully submitted,

 /s/ Walter J. Cicack
WALTER J. CICACK
State Bar No. 04250535
wcicack@hcgllp.com
HAWASH CICACK & GASTON LLP
711 W. Alabama St., Suite 200
Houston, Texas 77006
(713) 658-9015 - tel/fax
**Attorneys for First United American Companies, LLC**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document has been served through the Court's ECF noticing system on this 18th day of November, 2024.

 /s/ Walter J. Cicack
Walter J. Cicack