EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  ALEX E. JONES | § § § | CASE NO. 23-33553 (CML) |
| Debtor. | § § | Chapter 7 |

### DECLARATION OF ALEX E. JONES

I, Alex E. Jones, declare as follows:

1. My name is Alex E. Jones. I am above the age of 18, and I am fully competent to make this Declaration. The statements contained in this Declaration are true and correct and are based on my personal knowledge. This Declaration is submitted along with my Complaint and request for TRO and Injunctive Relief. Undefined capitalized terms used herein have the meaning in the Complaint. Exhibits referenced herein are those attached to the Complaint.

2. I request for myself and on behalf of Free Speech Systems, LLC ("FSS") (the "Jones Plaintiffs") for this Court (a) to enter temporary restraining orders; and (b) declare that the sixteen people and entities the Trustee designated collectively as the "successful bidder" are disqualified from the Auction which was the subject of this Court's Order of September 25, 2024 [Dkt. #859], that First United American Companies ("First American") whom the Trustee designated as the Backup Bidder is the true winner of the Auction and that my intellectual property (defined in the next paragraph as the "Jones IP Rights) cannot be sold or transferred without my express approval.

3. As used herein, my intellectual property includes (i) internet domain names containing in whole or in part, the name Jones, "Alex Jones," 'Alex E. Jones", (ii) my image or likeness, (iii) my unique voice (iv) other features of mine which are unique, defining and associated with me (which I will call the "Jones Persona"), and (v) the program and broadcasting content I have made or which I have produced over the years for all of my media programs and outlets (which I will call along with the Jones Persona, the "Jones IP Rights").

4. To elaborate on my program and broadcasting content referenced above, I have been in the media broadcast business for many decades. The shows that I air are all shows that I have conceived, outlined, researched, scripted, presented, edited, (where recorded) and they reflect a unique style that I have personally generated and that the public associates with me. In addition to the content of the broadcasts, I have conceived, designed and produced the style of those presentations. I know from my discussions and conversations with the some of the many millions of my viewers and listeners that both the content and the style of my programming and broadcasting are unique and are associated in the public mind with me. I also know this not just from the viewing public but from talking with others in the media broadcasting business who do the same kind of thing I do who have

5. commented on the unique nature of my content and style, and that it is uniquely associated with me.

5. I know from my own experience in the media broadcast business that Defendant Global Tetrahedron, LLC, ("Tetrahedron") is the owner and operator of what I would call a series of satirical publications. They take shots at conservative people and causes like me. One of their flagship publications is called the "Onion."

6. Attached to the Complaint as Exhibit 5 are true and correct copies of articles reflecting interviews of some of the principals and affiliates of Tetrahedron that they gave around Mid November 2024 when they acquired my InfoWars web site and other property of mine. Also in Exhibit 5 are true and correct copies of some of the very large number of news stories around Mid November 2024 recounting their takeover of my business. Tetrahedron and its principals are politically opposite of me on most of the issues of the day. Gun control is one of the biggest areas of political difference, where they like the Connecticut Plaintiffs are very loud and vocal advocates of gun control, and I am very much against gun control.

7. I know that Tetrahedron and the Connecticut Plaintiffs submitted bids on November 8 and then November 13, to acquire certain assets of mine and FSS, and that Exhibit 3 is a true and correct copy of that bid. Exhibit 4 is also a true and correct copy of a summary term sheet they submitted to the Trustee claiming that the bid they collectively made for the purchase of my assets amounted to $7,000,000 which they derive by taking the $1.75M Tetrahedron was to pay and by having the Connecticut Plaintiffs take what they say is their entitlement to 75% of that and "forebear" receipt in favor of the Texas Plaintiffs which somehow increases the $1.75M. This seems nonsensical to me. I am seeking a determination from this Court that their offer does not comply with the Bid Requirements this Court approved and do not want their bid to succeed. I will personally be harmed if this is not done, as Tetrahedron and the Connecticut Plaintiffs will not just tear down everything I have worked a lifetime to build, but they will seek to confuse my loyal following and drive them away from me.

8. I know because I was there, that the Trustee came to Austin on November 13 and 14, and (a) took InfoWars programing off the air; (b) fired employees who were working at a business that generated significant cash; and (c) took control of FSS's inventory of perishable consumer products sold. I do not know what else the Trustee did or whom he spoke with. The Trustee's counsel later represented to the Court that the Trustee closed everything down and terminated operations out of some fear that employees would somehow steal or convert assets once they found out who the "winning bidders" were. Given my experience with this business and my employees in particular, I can categorically say this is not well founded. My employees are all honest and trustworthy.

9. The Trustee interrupted a business operation that is very profitable. I am afraid he will do it again and request that this Court not allow the Trustee to make that judgment, but that the Trustee be required to get court approval before he makes any material business decision concerning me, FSS or InfoWars. I know that the Defendants have taken steps to control my business, and all property involved in the Sale Order. By their actions and

demands they act as if title had transferred, even though no title has been approved for transfer. To allow them to do this again, would cripple the business. If the Defendants are allowed to purchase my property. especially the Jones IP Rights, this would be devasting to my business given the market place confusion they would create and interference with contracting parties who would not know if they could even talk to me.

10. I also know that Tetrahedron and the Connecticut Plaintiffs (who I may call the Defendants) attempted to buy from the Trustee some of what I have called the Jones IP Rights (defined above) and I adamantly oppose and object to this. From what I know of the Defendants if they are allowed to acquire any of the Jones IP Rights, they will begin a systematic effort to confuse my personal following with messages espousing gun control and do so in a manner such that my personal following with whom I am very familiar will be utterly confused and misled. Further, I know from my conversations with owners and managers of various social media organizations and platforms such as X (formerly Twitter) that if the Defendants take over my social media platforms, there is a high probability those platforms will cancel me, as they are very concerned about truthful use of their platforms and the Defendants' confusing use of anything formerly associated with me, is not honest and will deceive my followers. Social media outlets will not allow it.

11. I am very familiar with a company called First United American Companies ("First United"), and its principal, Charles Cicack. I know that First United submitted a bid to acquire certain assets of mine and FSS, and that Exhibit 2 is a true and correct copy of that bid. I am seeking a determination from this Court that the offer of First United complies with the Bid Requirements and it should succeed. I favor this and request it.

12. FSS is a Texas limited liability company and I am the manager. In my opinion, the Trustee is not a "member" because he has never been voted in as such. I do not believe he has the right to usurp my statutory rights and responsibilities as the manager of FSS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 18th day of November, 2024.

_____
ALEX E. JONES