**ALEXANDER E. JONES    FREE SPEECH SYSTEMS    INFOWARS**

# IP Assets Auction Overbid Form
Highest & Best Bid Deadline: November 13, 2024 @ 10:30 am CST

| | |
|---|---|
| Buyer Name | First United American Companies |
| Buyer Company | |
| Phone 1 | [redacted] |
| Phone 2 | [redacted] |
| Address | c/o Walter Cicack, 711 W. Alabama |
| City | Houston |
| State/Zip | TX / 77006 |
| Email | wcicack@hcgllp.com |
| Partner* | Charles Cicack (charlie.cicack@icloud.com) |

## Bid Packages

Note: Bids for each package below are <u>non-contingent on winning any other lots</u>. You may bid on multiple packages; We will consider your highest and best package option when evaluating bids.

| LOTS | BID |
|---|---|
| Lot 1a | Production IP with Equipment (Building 2 & 3) | $ |
| Lot 1b | Production IP without Equipment | $ |
| Lot 1c | Production Equipment Only (Building 2 & 3) | $ |
| Lot 2a | E-commerce IP with Inventory | $ |
| Lot 2b | E-commerce IP without Inventory | $ |
| Lot 2c | Inventory Only | $ |
| Lot 3 | Domain Names | $ |
| Lot 4 | Contested Domain Names | $ |
| **LOT GROUPS** | |
| Group 1 | Production AND E-commerce Intellectual Property Only (Lot 1b & 2b) | $ |
| Group 2 | Production AND E-commerce IP, Equipment & Inventory (Lot 1a & 2a) | $ 3,350,000.00 |
| Group 3 | Domain Names (Lot 3 & 4) | $ 150,000.00 |
| Group 4 | All Intellectual Property, Equipment, Inventory & Domains (Lots 1-4) | $ 3,500,000.00 |
| Group 5 | All Intellectual Property & Equipment (no inventory) (Lots 1a & 2b) | $ 3,100,000.00 |
| Group 6 | All Intellectual Property & Inventory (no equipment) (Lots 1b & 2a) | $ 2,850,000.00 |
| Group 7 | Equipment & Inventory (no IP) (Lots 1c & 2c) | $ 750,000.00 |

I hereby submit my over bid for the Packages above in accordance with the terms and conditions of the bid package and sale order. All bids are irrevocable and final.

X _[signature]_

Name: Charles Cicack
Title: Sole Member/Manager of FUAC
Date: 11/12/2024

Page 2

tranzon 360