UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ALEXANDER E. JONES, | § | Case No. 22-33553 (CML) |
| | § | |
| Debtor | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Kimberly A. Walsh
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
bk-kwalsh@oag.texas.gov

The Texas Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Kimberly A. Walsh*
**KIMBERLY A. WALSH**
Assistant Attorney General
Texas State Bar No. 24039230
Southern District of Texas Bar No. 36315

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4863
Facsimile: (512) 936-1409
bk-kwalsh@oag.texas.gov

**ATTORNEYS FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2024, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Alexander E. Jones
c/o 2525 McKinnon Street
Suite 425
Dallas, TX 75201

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Raymond William Battaglia** rbattaglialaw@outlook.com, rwbresolve@gmail.com
- **Marty L Brimmage** mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com
- **Annie E Catmull** aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com
- **Ryan E Chapple** rchapple@cstrial.com, notifications@cstrial.com;corozco@cstrial.com
- **Scott R. Cheatham** scott.cheatham@arlaw.com
- **Jacqueline Chiba** jackie@jonesmurray.com, 8234279420@filings.docketbird.com
- **Walter J Cicack** wcicack@hcgllp.com, mallen@hcgllp.com
- **Vickie L Driver** vickie@etglaw.com, crissie@etglaw.com;elisa@etglaw.com
- **Bennett Greg Fisher** bennett.fisher@lewisbrisbois.com, amber.kaiser@lewisbrisbois.com;audrey.bridges@lewisbrisbois.com;jann.pigg@lewisbrisbois.com;maria.brito@lewisbrisbois.com;daniel.david@lewisbrisbois.com;andrea.silverman@lewisbrisbois.com
- **Elizabeth Carol Freeman** liz@lizfreemanlaw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net
- **Jennifer Jaye Hardy** jhardy2@willkie.com, mao@willkie.com
- **Melissa A Haselden** mhaselden@haseldenfarrow.com, haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;mhaselden@ecf.courtdrive.com;haselden.melissaa.r104367@notify.bestcase.com
- **Eric Henzy** ehenzy@zeislaw.com
- **Erin Elizabeth Jones** erin@jonesmurray.com, 8597346420@filings.docketbird.com
- **Shelby A Jordan** cmadden@jhwclaw.com
- **Nicholas Lawson** nick.lawson@lmbusinesslaw.com, kate.taylor@lmbusinesslaw.com
- **Stephen Wayne Lemmon** lemmon@slollp.com, mates@slollp.com
- **Patrick Michael Lynch** plynch@qslwm.com, jtownzen@qslwm.com
- **John D Malone** myra@johnmalonepc.com, myra@johnmalonepc.com
- **Jarrod B. Martin** jarrod.martin@chamberlainlaw.com, Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com
- **Melanie A. Miller** melanie.miller@akingump.com

- **Avi Moshenberg** avi.moshenberg@lmbusinesslaw.com, avi.moshenberg@lmbusinesslaw.com
- **Christopher R Murray** chris@jonesmurray.com, crm@trustesolutions.net
- **Ha Minh Nguyen** ha.nguyen@usdoj.gov
- **Johnie J Patterson** wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com
- **Caroline A. Reckler** caroline.reckler@lw.com, caroline-reckler-9810@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Bradley J. Reeves** bradley.reeves@pillsburylaw.com
- **Federico Andino Reynal** areynal@frlaw.us
- **Stephen A Roberts** sroberts@srobertslawfirm.com, 1222805420@filings.docketbird.com
- **Jayson B. Ruff** jayson.b.ruff@usdoj.gov
- **Jason Starks** bkecf@traviscountytx.gov
- **Christina Walton Stephenson** crissie@etglaw.com, elisa@etglaw.com
- **Jeffrey Gresham Tinkham** tinkham@mdjwlaw.com, paulaj@mdjwlaw.com
- **US Trustee** USTPRegion07.HU.ECF@USDOJ.GOV
- **Yoshie Valadez** mhtbkanhsselffilings@mccarthyholthus.com, yvaladez@mccarthyholthus.com
- **Joshua W. Wolfshohl** jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

*/s/ Kimberly A. Walsh*
**KIMBERLY A. WALSH**