UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**ALEXANDER E. JONES,**<br><br>Debtor. | § <br> § Chapter 7 <br> § <br> § Case No. 22-33553 (CML) <br> § <br> § <br> § <br> § <br> § |

**NOTICE OF HYBRID STATUS CONFERENCE ON
TRUSTEE'S <u>EXPEDITED</u> MOTION FOR ENTRY OF AN ORDER IN FURTHERANCE
<u>OF THE SALE OF ASSETS OF FREE SPEECH SYSTEMS, LLC</u>
[Relates to Docket No. 859, 915]**

**PLEASE TAKE NOTICE** that on November 18, 2024, Christopher R. Murray, Chapter 7 Trustee for the bankruptcy estate of Alexander E. Jones (the "<u>Trustee</u>") filed an *Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* [Docket No. 915] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a *status conference* on the Motion is scheduled for **November 25, 2024, at 2:00 p.m. (prevailing Central Time)** before Judge Christopher M. Lopez in Courtroom 401, 515 Rusk, Houston, TX 77002.

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "**JudgeLopez**". Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be

1

15673497

made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated: November 20, 2024
Houston, Texas.

                                                Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl (Bar No. 24038592)
Michael B. Dearman (Bar No. 24116270)
Jordan T. Stevens (Bar No. 24106467)
Kenesha L. Starling (Bar No.24114906)
**Porter Hedges LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
mdearman@porterhedges.com
jstevens@porterhedges.com
kstarling@porterhedges.com

*and*

Erin E. Jones (TX 24032478)
**Jones Murray LLP**
602 Sawyer Street, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Fax: (832) 529-3393
erin@jonesmurray.com

*Counsel for Christopher R. Murray, Chapter 7 Trustee*

2

15673497

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing document was served on November 20, 2024 on all parties receiving ECF service in the above-captioned case and by U.S. First-Class Mail, postage prepaid on the attached service lists.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15673497

```
Label Matrix for local noticing          AXOS Bank                                Ally Bank
0541-4                                   c/o Quilling Selander Lownds             c/o Quilling, Selander, et al
Case 22-60043                            2001 Bryan Street                        2001 Bryan Street
Southern District of Texas               Suite 1800                               Suite 1800
Houston                                  Dallas, TX 75201-3070                    Dallas, TX 75201-3070
Fri Aug 16 12:29:57 CDT 2024

Ally Bank, c/o AIS Portfolio Services, LLC   American Express National Bank       Elevated Solutions Group, LLC
4515 N Santa Fe Ave. Dept. APS               c/o Becket and Lee LLP               c/o Walker & Patterson, P.C.
Oklahoma City, OK 73118-7901                 PO Box 3001                          P.O. Box 61301
                                             Malvern, PA 19355-0701               Houston, TX 77208-1301


Free Speech Systems LLC                  Harold Hap May P.C.                      Official Committee of Unsecured Creditors of
3019 Alvin Devane Blvd. STE 300          1500 S. Dairy Ashford Rd.                c/o Marty L. Brimmage, Jr.
Austin, TX 78741-7417                    Ste. 325                                 Akin Gump Strauss Hauer & Feld LLP
                                         Houston, TX 77077-3861                   2300 N. Field Street, Suite 1800
                                                                                  Dallas, TX 75201-4675


PQPR Holdings Limited, LLC               Reeves Law, PLLC                         Reynal Law Firm, P.C.
c/o Streusand Landon Ozburn & Lemmon LLP 702 Rio Grande St., Ste. 203             917 Franklin St., Suite 600
attn: Stephen Lemmon                     Austin, TX 78701-2720                    Houston, TX 77002-1764
1801 S. Mopac Expressway
Suite 320
Austin, TX 78746-9817

Security Bank of Crawford                Shannon & Lee LLP                        Texas Comptroller of Public Accounts, Revenu
P.O. BOx 90                              700 Milam Street, STE 1300               Christopher J. Dylla
Crawford, Tx 76638-0090                  Houston, TX 77002-2736                   P.O. Box 12548
                                                                                  Austin, TX 78711-2548


Texas Comptroller of Public Accounts, Revenu  Travis County                       US Trustee
Kimberly A. Walsh                             c/o Jason A. Starks                 Office of the US Trustee
PO Box 12548                                  P.O. Box 1748                       515 Rusk Ave
Austin, TX 78711-2548                         Austin, TX 78767-1748               Ste 3516
                                                                                  Houston, TX 77002-2604


4                                        ADP Total Source Insurance               ADP TotalSource Payroll
United States Bankruptcy Court           10200 Sunset Drive                       10200 Sunset Drive
PO Box 61010                             Miami, FL 33173-3033                     Miami, FL 33173-3033
Houston, TX 77208-1010


AT&T                                     AWIO Web Services LLC                    Addshoppers, Inc
PO Box 5001                              6608 Truxton Ln                          222 S. Church Street , #410M
Carol Stream, IL 60197-5001              Raleigh, NC 27616-6694                   Charlotte, NC 28202-3213


Airco Mechanical, LTD                    Alex E. Jones                            Alex Emeric Jones
PO Box 1598                              c/o Jordan & Ortiz, P.C.                 c/o Jordan & Ortiz, P.C.
Round Rock, TX 78680-1598                Attn: Shelby Jordan                      Attention: Shelby Jordan
                                         500 North Shoreline Blvd, STE 900        500 N. Shoreline Blvd., Suite 900
                                         Corpus Christi, TX 78401-0658            Corpus Christi, TX 78401-0658


Ally Auto                                Amazon Marketplace                       Amazon Web Services
PO Box 9001948                           Amazon Payments, Inc.                    410 Terry Avenue North
Louisville, KY 40290-1948                410 Terry Ave N.                         Seattle, WA 98109-5210
                                         Seattle, WA 98109-5210
```

| | | |
|---|---|---|
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Media/Reality Zone<br>PO Box 4646<br>Thousand Oaks, CA 91359-1646 | Andrews, Christopher<br>210 N. Beyer Stree<br>Marion, TX 78124-4014 |
| Atomial, LLC<br>1920 E. Riverside Drive<br>Suite A-120 #124<br>Austin, TX 78741-1350 | Auriam Services, LLC<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | Balcones Recycling Inc.<br>PO Box 679912<br>Dallas, TX 75267-9916 |
| Biodec, LLC<br>901 S. Mopac Expressway, Building 4, Ste<br>Austin, TX 78746-5776 | Blott, Jacquelyn<br>200 University Boulevard<br>Suite 225 #251<br>Round Rock TX 78665-1096 | Brennan Gilmore<br>c/o Civil Rights Clinic<br>ATTN: Andrew Mendrala<br>600 New Jersey Avenue, NW<br>Washington, DC 20001-2022 |
| Campco<br>4625 W. Jefferson Blvd<br>Los Angeles, CA 90016-4006 | Carlee Soto Parisi<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | Carlee Soto Parisi<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 |
| Carlos M. Soto<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | Carlos Soto<br>c/o Ryan Chapple<br>303 Colorado Street, Ste. 2850<br>Austin, TX 78701-0137 | Chelsea Green Publishing<br>85 North Main Street Ste 120<br>White River Junction, VT 05001-7135 |
| Christopher Sadowski<br>c/o Copycat Legal PLLC<br>3111 N. University Drive Ste. 301<br>Coral Springs, FL 33065-5058 | (p)CITY OF AUSTIN    AUSTIN ENERGY<br>ATTN COLLECTIONS DEPARTMENT<br>4815 MUELLER BLVD<br>AUSTIN TX 78723-3573 | Cloudflare, Inc<br>Dept LA 24609<br>Pasadena, CA 91185-4609 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Constant Contact, Inc.<br>1601 Trapelo Road<br>Watham, MA 02451-7357 | CustomTattoNow.com<br>16107 Kensington Dr #172<br>Sugar Land, TX 77479-4224 |
| David Icke Books Limited<br>c/o Ickonic Enterprises Limited<br>St. Helen's House King Street<br>Derby DE1 3EE<br>United Kingdom | David Wheeler<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | David Wheeler<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Deese, Stetson<br>328 Greenland Blvd. #81<br>Death Valley, CA 92328-9600 | DirectTV<br>PO Box 5006<br>Carol Stream, IL 60197-5006 |
| Dona Soto<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 | Donna Soto<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | EPS, LLC<br>17350 State Hwy 249, Ste 220, #4331<br>Houston, TX 77064-1132 |

| | | |
|---|---|---|
| ERM Protect<br>800 South Douglas Road, Suite 940N<br>Coral Gables, FL 33134-3125 | Edgecast, Inc.<br>Dept CH 18120<br>Palatine, IL 60055-0001 | Elevated Solutions Group<br>28 Maplewood Drive<br>Cos Cob, CT 06807-2601 |
| Erica L. Ash<br>c/o Rosemarie Paine<br>350 Orange Street<br>New Haven, CT 06511-6447 | Erica L. Ash<br>c/o Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado St., Suite 2850<br>Austin, Texas 78701-0137 | Erica Lafferty<br>c/o Joseph Mirrione<br>27 Elm Street<br>New Haven, CT 06510-2087 |
| Estate of Marcel Fontaine<br>Chamberlain Hrdlicka<br>attn? Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 | FW Robert Broadcasting Co<br>2730 Loumor Ave<br>Metairie, LA 70001-5425 | Francine Wheeler<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 |
| Francine Wheeler<br>c/o Ryan Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Frost Insurance Agency<br>401 Congress Avenue, 14th Floor<br>Austin ,TX 78701-3793 | Gabriela Tolentino<br>5701 S Mopac Expy<br>Austin, TX 78749-1464 |
| Getty Images, Inc<br>PO Box 953604<br>St. Louis, MO 63195-3604 | Gracenote<br>29421 Network Place<br>Chicago, IL 60673-1294 | Greenair, Inc<br>23569 Center Ridge Road<br>Westlake, OH 44145-3642 |
| Haivision Network Video<br>Deot CH 19848<br>Palatine, IL 60055-9848 | Ian Hockley<br>Ryan Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Ian Hockley<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 |
| Impact Fire Services, LLC<br>PO Box 735063<br>Dallas, TX 75373-5063 | Independent Publishers Group<br>PO Box 2154<br>Bedford Park, IL 60499-2154 | Iron Mountain, Inc<br>PO Box 915004<br>Dallas, TX 75391-5004 |
| JCE SEO<br>6101 Broadway<br>San Antonio, TX 78209-4561 | JW JIB Productions, LLC<br>2921 Carvelle Drive<br>Riviera Beach, FL 33404-1855 | Jacqueline Barden<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 |
| Jacqueline Barden<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 | Jennifer Hensel<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | Jennifer Hensel<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 |
| Jeremy Richman<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 | Jillian Soto-Marino<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | Jillian Soto-Marino<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 |

| | | |
|---|---|---|
| Jonathan Bowne<br>2311 Balboa Road<br>Austin, Texas 78733-1213 | Justin Lair<br>1313 Lookout Ave<br>Klamath Falls, OR 97601-6533 | KI4U.com<br>212 Oil Patch Lane<br>Gonzales, TX 78629-8028 |
| LIT Industrial<br>1717 McKinney Ave #1900<br>Dallas, TX 75202-1253 | Larry Klayman, Esq.<br>7050 W. Palmetto Park Rd<br>Boca Raton, FL 33433-3426 | Leonard Pozner<br>c/o Chamberlain Hrdlicka<br>attn:  Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 |
| Lincoln-Remi Group, LLC<br>1200 Benstein Rd.<br>Commerce Twp., MI 48390-2200 | Logo It, LLC<br>820 Tivy Street<br>Kerrville, TX 78028-3654 | Lumen/Level 3 Communications<br>PO Box 910182<br>Denver, CO 80291-0182 |
| MRJR Holdings, LLC<br>PO Box 27740<br>Las Vegas, NV 89126-7740 | MVD Entertainment Group<br>203 Windsor Rd<br>Pottstown, PA 19464-3405 | Magento<br>PO Box 204125<br>Dallas, TX 75320-4105 |
| Mark Barden<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | Mark Barden<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin Tx 78701-0137 | Microsoft Bing Ads<br>c/o Microsoft Online, Inc.<br>P.O. Box 847543<br>1950 N Stemmons Fwy, Ste 5010<br>Dallas, TX 75207-3199 |
| Miller, Sean<br>PO Box 763<br>Wyalusing, PA 18853-0763 | Music Videos Distributors<br>203 Windsor Rd<br>Pottstown, PA 19464-3405 | Neil Heslin<br>c/o Chamberlain Hrdlicka<br>Attn: Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 |
| NetSuite Inc<br>Bank of America Lockbox Services<br>Chicago, IL 60693-0001 | New Relic<br>188 Spear Street, Suite 1200<br>San Francisco, CA 94105-1752 | Newegg.com<br>9997E. Rose Hills Road<br>Whittier, CA 90601-1701 |
| Nicole Hockley<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | Nicole Hockley<br>c/o Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 | One Party America, LLC<br>6700 Woodlands Parkway, Suite 230-309<br>The Woodlands, TX 77382-2575 |
| Orkin, Inc.<br>5810 Trade Center Drive, Suite 300<br>Austin, TX 78744-1365 | PQPR Holdings Limited, LLC<br>c/o Stephen Lemmon<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746-9817 | Pattison Law Firm, P.C.<br>501 IH-35<br>Austin, TX 78702-3201 |
| Payarc<br>411 West Putnam Avenue, Ste 340<br>Greenwich, CT 06830-6233 | Paymentus<br>18390 NE 68th St<br>Redmond, WA 98052-5057 | Paz Law, LLC<br>1021 Orange Center Road<br>Orange, CT 06477-1216 |

| | | |
|---|---|---|
| Percision Oxygen<br>13807 Thermal Dr<br>Austin, TX 78728-7735 | Perfect Imprints.com<br>709 Eglin Pkwy NE<br>Fort Walton Beach, FL 32547-2527 | Perkins, Wes<br>General Delivery<br>Lockhart, TX 78644-9999 |
| Pipe Hitters Union, LLC<br>PO Box 341194<br>Austin, TX 78734-0020 | Post Hill Press, LLC<br>8115 Isabella Lane, Ste. 4<br>Brentwood, TN 37027-9110 | Poulsen, Debra<br>112 Eames St.<br>Elkhorn, WI 53121-1228 |
| Power Reviews, Inc.<br>1 N. Dearborn Street<br>Chicago, IL 60602-4331 | Precision Camera<br>2438 W Anderson Ln<br>Austin, TX 78757-1149 | Private Jets, LLC<br>1250 E. Hallandale Beach Blvd, Suite 505<br>Hallandale, FL 33009-4635 |
| Protection 1 Alarm<br>PO Box 219044<br>Kansas City, MO 64121-9044 | Public Storage<br>2301 E. Ben White Blvd<br>Austin, TX 78741-7110 | Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT 06604-4988 |
| Randazza Legal Group, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br>702-420-2001<br>ecf@randazza.com 89117-3400 | RatsMedical.com<br>c/o Rapid Medical<br>120 N Redwood Rd<br>North Salt Lake, UT 84054-2792 | Ready Alliance Group, Inc<br>PO Box 1709<br>Sandpoint, ID 83864-0901 |
| Reeves Law, PLLC<br>Attn: Bradley Reeves<br>702 Rio Grande St., Suite 203<br>Austin, TX 78701-2720 | Renaissance<br>PO Box 8036<br>Wisconsin Rapids, WI 54495-8036 | Restore America<br>PO Box 147<br>Grimsley, TN 38565-0147 |
| Richard Coan,<br>Chapter 7 Trustee for Debtor, Erica Laff<br>c/o Eric Henzy<br>10 Middle Street<br>Bridgeport, CT 06604-4257 | Robert Parker<br>c/o  Ryan Chapple<br>303 Colorado Street, Suite 2850<br>Austin TX 78701-0137 | Robert Parker<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 |
| SLNT<br>30 N Gould St, Ste 20647<br>Sheridan, WY 82801-6317 | Scarlett Lewis<br>c/o Chamberlain Hrdlicka<br>Attn:  Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 | Security Bank of Crawford<br>6688 North Lone Star Parkway<br>PO Box 90<br>Crawford, TX 76638-0090 |
| Simon & Schuster<br>PO Box 70660<br>Chicago, IL 60673-0660 | SintecMedia NYC, Inc. DBA Operative<br>PO Box 200663<br>Pittsburgh, PA 15251-2662 | Skousen, Joel<br>PO Box 565<br>Spring City, UT 84662-0565 |
| Skyhorse Publishing<br>307 West 36th Street, 11th Floor<br>New York, NY 10018-6592 | Sparkletts & Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | Spectrum Enterprise aka Time Warner Cable<br>1600 Dublin Road<br>Columbus, OH 43215-2098 |

| | | |
|---|---|---|
| Stamps.com<br>1990 E Grand Ave.<br>El Segundo, CA 90245-5013 | Stone Edge Technologies, Inc<br>660 American Avenue, Suite 204<br>King of Prussia, PA 19406-4032 | Stratus Technologies<br>5 Mill & Main Place, Suite 500<br>Maynard, MA 01754-2660 |
| Studio 2426, LLC<br>1920 E. Riverside Drive, Suite A120, ï¿½<br>Austin, TX 78741-1350 | Synergy North America, Inc<br>11001 W. 120th Avenue, Suite 400<br>Broomfield, CO 80021-3493 | TD Canada Trust<br>421 7th Avenue SW<br>Calgary, AB T2P 4K9, Canada |
| Texas Comptroller<br>PO Box 13003<br>Austin, TX 78711-3003 | Texas Disposal Systems, Inc<br>PO Box 674090<br>Dallas, TX 75267-4090 | Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 |
| Textedly<br>133 N. Citrus Ave., Suite 202<br>Los Angeles, CA 90036 | The Creative Group<br>c/o Robert Half<br>2884 Sand Hill Road, Ste 200<br>Menlo Park, CA 94025-7072 | The Hartford<br>PO Box 14219<br>Lexington, KY 40512-4219 |
| The Steam Team, Inc<br>1904 W. Koeing Lane<br>Austin, TX 78756-1211 | Third Coast Graphics, Inc<br>110 Del Monte Dr.<br>Friendswood, TX 77546-4487 | Thomas, David<br>79 Malone Hill Road<br>Elma, WA 98541-9206 |
| Travelers<br>PO Box 660317<br>Dallas, TX 75266-0317 | Travis County<br>PO Box 149328<br>Austin, TX 78714-9328 | Travis County c/o Jason A. Starks<br>PO Box 1748<br>Austin, Texas 78767-1748 |
| U.S. Legal Support<br>PO Box 4772<br>Houston, TX 77210-4772 | Uline Shipping Supply<br>12575 Uline Drive<br>Pleasant Prarie, WI 53158-3686 | Vazquez, Valdemar Rodriguez<br>145 Quail Ridge Drive<br>Kyle TX 78640-9788 |
| Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Verizon Edgecast<br>13031 West Jefferson Blvd, Building 900<br>Los Angeles, CA 90094-7002 | Veronique De La Rosa<br>c/o Chamberlain Hrdlicka<br>attn:  Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002-4496 |
| Vultr<br>14 Cliffwood Avenue, Suite 300<br>Matawan, NJ 07747-3931 | WMQM-AM 1600<br>21 Stephen Hill Road<br>Atoka, TN 38004-7183 | WWCR<br>1300 WWCR Avenue<br>Nashville, TN 37218-3800 |
| Waste Connections Lone Star, Inc.<br>PO Box 17608<br>Austin, TX 78760-7608 | Water Event - Pure Water Solutions<br>1310 Missouri St<br>South Houston, TX 77587-4537 | Watson, Paul<br>9 Riverdale Road<br>Ranmoor Sheffield<br>South Yorkshire S10 3FA<br>United Kingdom |

| | | |
|---|---|---|
| Westwood One, LLC<br>3542 Momentum Place<br>Chicago, IL 60689-5335 | William Aldenberg<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | William Aldenberg<br>c/o Ryan Chapple<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| William Sherlach<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | William Sherlach<br>c/o Ryan Chapple<br>303 Colorado Stret, Suite 2850<br>Austin TX 78701-0137 | Willow Grove Productions<br>1810 Rockcliff Road<br>Austin, TX 78746-1215 |
| Wisconsin Dept of Revenue<br>Special Procedures Unit<br>POB 8901<br>Madison, WI 53708-8901 | Wisconsin Dept. of Revenue<br>PO Box 3028<br>Milwaukee, WI 53201-3028 | Your Promtional Products, LLC<br>133 North Friendswood STE 186<br>Friendswood, TX 77546-3746 |
| Zendesk, Inc<br>989 Market Street<br>San Francisco, CA 94103-1708 | Zoom US<br>55 Almaden Blvd, 6th Floor<br>San Jose, CA 95113-1608 | eBay<br>2025 Hamilton Avenue<br>San Jose, CA 95125-5904 |
| eCommerce CDN, LLC<br>221 E 63rd Street<br>Savannah, GA 31405-4226 | mongoDB Cloud<br>1633 Broadway<br>39th Floor<br>New York, NY 10019-6757 | Alex E Jones<br>c/o Jordan & Ortiz PC<br>500 N Shoreline Blvd<br>Ste 900<br>Corpus Christi, TX 78401-0658 |
| Annie E Catmull<br>O'ConnorWechsler PLLC<br>4400 Post Oak Parkway<br>Ste. 2360<br>Houston, TX 77027-3440 | Christina Walton Stephenson<br>Crowe & Dunlevy<br>2525 McKinnon St.<br>Ste 425<br>Dallas, TX 75201-1543 | Christopher R Murray<br>Jones Murray LLP<br>602 Sawyer St<br>Ste 400<br>Houston, TX 77007-7510 |
| David Wheeler, et al.<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Erica L. Ash<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Jonathan Bowne<br>2311 Balboa Road<br>Houston, TX 78733-1213 |
| Kathleen A. O'Connor<br>O'ConnorWechsler PLLC<br>4400 Post Oak Parkway<br>Ste 2360<br>Houston, TX 77027-3440 | Kyung Shik Lee<br>Kyung S. Lee PLLC<br>4723 Oakshire Drive<br>Apt. B<br>Houston, TX 77027-5499 | Kyung Shik Lee<br>Shannon & Lee LLP<br>Pennzoil Place-Suite 1300<br>HOUSTON, TX 77027 United States |
| Leonard Pozner<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin<br>Suite 2700<br>Houston, TX 77002-6774 | Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 |
| Neil Heslin<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | R. J. Shannon<br>Shannon & Lee LLP<br>2100 Travis Street, STE 1525<br>Houston, TX 77002-8783 | Ray Battaglia<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 |

Raymond William Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218-3010

Richard M. Coan
c/o Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701-0137

Scarlett Lewis
c/o McDowell Hetherington LLP
Attention: Avi Moshenberg
1001 Fannin Street
Suite 2700
Houston, TX 77002-6774

Shelby A Jordan

Veronique De La Rosa
c/o McDowell Hetherington LLP
Attention: Avi Moshenberg
1001 Fannin Street
Suite 2700
Houston, TX 77002-6774

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Austin
c/o Austin Energy
 4815 Mueller Blvd.
Austin, TX 78723

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA  190087

(d)Konica Minolta Premier Finance
PO Box 41602
Philadelphia, PA 19101-1602


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)ADP TotalSource, Inc.

(u)Akin Gump Strauss Hauer & Feld LLP

(u)Cicack Holdings, LLC


(u)O'ConnorWechsler PLLC

(u)Public Storage

(u)Schwartz Associates, LLC


(u)Schwartz and Associates, LLC

(u)Sweetwater Holdings Group, Inc.

(u)The Law Office of Liz Freeman


(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(u)Resistance Manifesto


(u)Annie Catmull

(u)Charles Charlie Cicack

(u)David Ross Jones

(u)Marc Schwartz        (u)W. Marc Schwartz        End of Label Matrix
                                                   Mailable recipients   214
                                                   Bypassed recipients    17
                                                   Total                 231

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 22-33553<br>Southern District of Texas<br>Houston<br>Wed Aug 21 20:24:12 CDT 2024 | Ally Bank<br>c/o Quilling, Selander, et al<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Bank of America N.A.<br>P.O. BOX 31785<br>Tampa, FL 33631-3785 | Crowe & Dunlevy<br>2525 McKinnon St<br>Suite 425<br>Dallas, TX 75201-1543 |
| Elevated Solutions Group, LLC<br>c/o Walker & Patterson, P.C.<br>P.O. Box 61301<br>Houston, TX 77208-1301 | Free Speech Systems, LLC<br>Free Speech Systems, LLC<br>c/o Patrick Magill<br>3019 Alvin Devane Blvd.<br>Ste 300<br>Austin,, TX 78741-7417 | Jones Murray LLP<br>602 Sawyer Suite 400<br>Houston, Tx 77007-7510 |
| Martin, Disiere, Jefferson & Wisdom, LLP<br>808 Travis, Suite 1100<br>Houston, TX 77002-5831 | Official Committee Of Unsecured Creditors<br>c/o Marty L. Brimmage, Jr.<br>Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201-4675 | PQPR Holdings Limited, LLC<br>c/o Streusand Landon Ozburn & Lemmon LLP<br>attn: Stephen Lemmon<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746-9817 |
| Reeves Law, PLLC<br>702 Rio Grande St., Suite 203<br>Austin, TX 78701-2720 | Reynal Law Firm, P.C.<br>917 Franklin St., Suite 600<br>Houston, TX 77002-1764 | Security Bank of Texas<br>P.O. Box 90<br>Crawford, Tx 76638-0090 |
| Travis County<br>c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, TX 78767-1748 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | ADP Total Source Insurance<br>10200 Sunset Drive<br>Miami, FL 33173-3033 |
| ADP TotalSource Payroll<br>10200 Sunset Drive<br>Miami, FL 33173-3033 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197-5001 | AWIO Web Services LLC<br>6608 Truxton Ln<br>Raleigh, NC 27616-6694 |
| Addshoppers, Inc<br>222 S. Church Street , #410M<br>Charlotte, NC 28202-3213 | Airco Mechanical, LTD<br>PO Box 1598<br>Round Rock, TX 78680-1598 | Alex  E. Jones<br>c/o Crowe & Dunlevy, PC<br>Attn: Vickie L. Driver<br>2525 McKinnon Street, Ste 425<br>Dallas, TX 75201-1543 |
| Alex E. Jones<br>c/o Jordan & Ortiz, PC<br>Attn: Shelby Jordan<br>500 North Shoreline Blvd, Ste 900<br>Corpus Christi, TX  78401-0658 | Ally Auto<br>PO Box 9001948<br>Louisville, KY 40290-1948 | Amazon Marketplace<br>Amazon Payments, Inc.<br>410 Terry Ave N.<br>Seattle, WA 98109-5210 |
| Amazon Web Services<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Media/Reality Zone<br>PO Box 4646<br>Thousand Oaks, CA 91359-1646 |

| | | |
|---|---|---|
| Andrews, Christopher<br>210 N. Beyer Street<br>Marion, TX 78124-4014 | Atomial, LLC<br>1920 E. Riverside Drive<br>Suite A-120 #124<br>Austin, TX 78741-1350 | Balcones Recycling Inc.<br>PO Box 679912<br>Dallas, TX 75267-9916 |
| Biodec, LLC<br>901 S. Mopac Expressway,<br>Building 4, Ste 285<br>Austin, TX 78746-5776 | Blott, Jacquelyn<br>200 University Boulevard<br>Suite 225 #251<br>Round Rock TX 78665-1096 | Brennan Gilmore<br>c/o Civil Rights Clinic<br>Attn Andrew Mendrala<br>600 New Jersey Avenue, NW<br>Washington, DC 20001-2022 |
| Campco<br>4625 W. Jefferson Blvd<br>Los Angeles, CA 90016-4006 | Carlee Soto-Parisi<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Carlos Soto<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| Chamberlain Hrdlicka White et al<br>Attn Jarrod B. Martin<br>1200 Smith Street, Ste 1400<br>Houston, TX 77002-4496 | Chelsea Green Publishing<br>85 North Main Street Ste 120<br>White River Junction, VT 05001-7135 | Christopher Sadowski<br>c/o Copycat Legal PLLC<br>3111 N. University Drive Ste. 301<br>Coral Springs, FL 33065-5058 |
| City of Austin<br>c/o Austin Energy<br>4815 Muller<br>Austin, TX 78723 | Cloudflare, Inc<br>Dept LA 24609<br>Pasadena, CA 91185-4609 | Constant Contact, Inc.<br>1601 Trapelo Road<br>Watham, MA 02451-7357 |
| CustomTattooNow.com<br>16107 Kensington Dr #172<br>Sugar Land, TX 77479-4224 | David Icke Books Limited<br>c/o Ickonic Enterprises Limited<br>St. Helen's House King Street<br>Derby DE1 3EE<br>United Kingdom | De Lage  Financial<br>Attn Litigation & Recovery<br>111 Old Eagle School Road<br>Wayne, PA 19087-1453 |
| Deese, Stetson<br>328 Greenland Blvd. #81<br>Death Valley, CA 92328-9600 | DirectTV<br>PO Box 006<br>Carol Stream, IL 60197 | Donna Soto<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| EPS, LLC<br>17350 State Hwy 249, Ste 220, #4331<br>Houston, TX 77064-1132 | ERM Protect<br>800 South Douglas Road, Suite 940N<br>Coral Gables, FL 33134-3125 | Edgecast, Inc.<br>Dept CH 18120<br>Palatine, IL 60055-0001 |
| Elevated Solutions Group<br>28 Maplewood Drive<br>Cos Cob, CT 06807-2601 | Erica L. Ash<br>c/o Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado St., Suite 2850<br>Austin, Texas 78701-0137 | Erica Lafferty<br>c/o Rosemarie Paine<br>350 Orange Street<br>New Haven, CT 06511-6447 |
| Erica Lafferty<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | FW Robert Broadcasting Co<br>2730 Loumor Ave<br>Metairie, LA 70001-5425 | Francine Wheeler<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |

```
Free Speech Systems, LLC            Frost Insurance Agency              Gabriela Tolentino
3019 Alvin Devane, Suite 350        401 Congress Avenue, 14th Floor     5701 S Mopac Expy
Austin, Texas 78741-7424            Austin ,TX 78701-3793               Austin, TX 78749-1464


Getty Images, Inc                   Gracenote                           Greenair, Inc
PO Box 953604                       29421 Network Place                 23569 Center Ridge Road
St. Louis, MO 63195-3604            Chicago, IL 60673-1294              Westlake, OH 44145-3642


Haivision Network Video             Ian Hockley                         Impact Fire Services, LLC
Deot CH 19848                       c/o Ryan Chapple                    PO Box 735063
Palatine, IL 60055-9848             Cain & Skarnulis                    Dallas, TX 75373-5063
                                    303 Colorado Street, Ste 2850
                                    Austin, TX 78701-0137


Independent Publishers Group        Internal Revenue Service            Iron Mountain, Inc
PO Box 2154                         Centralized Insolvency Operations   PO Box 915004
Bedford Park, IL 60499-2154         PO Box 7346                         Dallas, TX 75391-5004
                                    Philadelphia, PA  19101-7346


JCE SEO                             JW JIB Productions, LLC             Jacqueline Barden
6101 Broadway                       2921 Carvelle Drive                 c/o Ryan Chapple
San Antonio, TX 78209-4561          Riviera Beach, FL 33404-1855        Cain & Skarnulis
                                                                        303 Colorado Street, Ste 2850
                                                                        Austin, TX 78701-0137


Jennifer Hensel                     Jeremy Richman                      Jillian Soto-Marino
c/o Ryan Chapple                    c/o Koskoff Koskoff & Bieder        c/o Ryan Chapple
Cain & Skarnulis                    350 Fairfield Ave                   Cain & Skarnulis
303 Colorado Street, Ste 2850       Bridgeport, CT 06604-6014           303 Colorado Street, Ste 2850
Austin, TX 78701-0137                                                   Austin, TX 78701-0137


Justin Lair                         KI4U.com                            Kaster Lynch Farrar & Ball
1313 Lookout Ave                    212 Oil Patch Lane                  Attn Mark D. Bankston
Klamath Falls, OR 97601-6533        Gonzales, TX 78629-8028             1117 Herkimer
                                                                        Houston, TX 77008-6745


(p)DE LAGE LANDEN FINANCIAL         Koskoff Koskoff & Bieder            LIT Industrial
ATTN LITIGATION & RECOVERY          Attn Alinor C. Sterling             1717 McKinney Ave #1900
1111 OLD EAGLE SCHOOL ROAD          350 Fairfield Ave                   Dallas, TX 75202-1253
WAYNE PA 19087-1453                 Bridgeport, CT 06604-6002


Leonard Pozner                      Lincoln-Remi Group, LLC             Logo It, LLC
c/o Avi Moshenberg                  1200 Benstein Rd.                   820 Tivy Street
McDowell Hetherington               Commerce Twp., MI 48390-2200        Kerrville, TX 78028-3654
1001 Fannin Street, Ste 2700
Houston, TX 77002-6774


Lumen/Level 3 Communications        MRJR Holdings, LLC                  MVD Entertainment Group
PO Box 910182                       PO Box 27740                        203 Windsor Rd
Denver, CO 80291-0182               Las Vegas, NV 89126-7740            Pottstown, PA 19464-3405
```

| | | |
|---|---|---|
| Magento<br>PO Box 204125<br>Dallas, TX 75320-4105 | Mark Barden<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Microsoft Bing Ads<br>c/o Microsoft Online, Inc.<br>P.O. Box 847543<br>1950 N Stemmons Fwy, Ste 5010<br>Dallas, TX 75207-3199 |
| Miller, Sean<br>PO Box 763<br>Wyalusing, PA 18853-0763 | Music Videos Distributors<br>203 Windsor Rd<br>Pottstown, PA 19464-3405 | Neil Heslin<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002-6774 |
| NetSuite Inc<br>Bank of America Lockbox Services<br>Chicago, IL 60693-0001 | New Relic<br>188 Spear Street, Suite 1200<br>San Francisco, CA 94105-1752 | Newegg.com<br>9997E. Rose Hills Road<br>Whittier, CA 90601-1701 |
| Nicole Hockley<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | One Party America, LLC<br>6700 Woodlands Parkway, Suite 230-309<br>The Woodlands, TX 77382-2575 | Orkin, Inc.<br>5810 Trade Center Drive, Suite 300<br>Austin, TX 78744-1365 |
| PQPR Holdings Limited, LLC<br>c/o Stephen Lemmon<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746-9817 | Payarc<br>411 West Putnam Avenue, Ste 340<br>Greenwich, CT 06830-6233 | Paymentus<br>18390 NE 68th St<br>Redmond, WA 98052-5057 |
| Perfect Imprints.com<br>709 Eglin Pkwy NE<br>Fort Walton Beach, FL 32547-2527 | Perkins, Wes<br>General Delivery<br>Lockhart, TX 78644-9999 | Pipe Hitters Union, LLC<br>PO Box 341194<br>Austin, TX 78734-0020 |
| Post Hill Press, LLC<br>8115 Isabella Lane, Ste. 4<br>Brentwood, TN 37027-9110 | Poulsen, Debra<br>112 Eames St.<br>Elkhorn, WI 53121-1228 | Power Reviews, Inc.<br>1 N. Dearborn Street<br>Chicago, IL 60602-4331 |
| Precision  Oxygen<br>13807 Thermal Dr<br>Austin, TX 78728-7735 | Precision Camera<br>2438 W Anderson Ln<br>Austin, TX 78757-1149 | Private Jets, LLC<br>1250 E. Hallandale Beach Blvd, Suite 505<br>Hallandale, FL 33009-4635 |
| Protection 1 Alarm<br>PO Box 219044<br>Kansas City, MO 64121-9044 | Public Storage<br>2301 E. Ben White Blvd<br>Austin, TX 78741-7110 | Randazza Legal Group, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 |
| RatsMedical.com<br>c/o Rapid Medical<br>120 N Redwood Rd<br>North Salt Lake, UT 84054-2792 | Ready Alliance Group, Inc<br>PO Box 1709<br>Sandpoint, ID 83864-0901 | Reeves Law, PLLC<br>Attn Bradley Reeves<br>702 Rio Grande St., Ste 203<br>Austin, TX 78701-2720 |

| | | |
|---|---|---|
| Renaissance<br>PO Box 8036<br>Wisconsin Rapids, WI 54495-8036 | Restore America<br>PO Box 147<br>Grimsley, TN 38565-0147 | Richard Coan<br>Chapter 7 Trustee for Debtor Erica Laffe<br>c/o Eric Henry<br>10 Middle Street<br>Bridgeport, CT  06604-4257 |
| Robert Parker<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | SLNT<br>30 N Gould St, Ste 20647<br>Sheridan, WY 82801-6317 | Scarlett Lewis<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002-6774 |
| Security Bank of Crawford<br>PO Box 90<br>Crawford, TX 76638-0090 | Simon & Schuster<br>PO Box 70660<br>Chicago, IL 60673-0660 | SintecMedia NYC, Inc. DBA Operative<br>PO Box 200663<br>Pittsburgh, PA 15251-2662 |
| Skousen, Joel<br>PO Box 565<br>Spring City, UT 84662-0565 | Skyhorse Publishing<br>307 West 36th Street, 11th Floor<br>New York, NY 10018-6592 | Sparkletts & Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 |
| Spectrum Enterprise<br>aka Time Warner Cable<br>1600 Dublin Road<br>Columbus, OH  43215-2098 | Stamps.com<br>1990 E Grand Ave.<br>El Segundo, CA 90245-5013 | Stone Edge Technologies, Inc<br>660 American Avenue, Suite 204<br>King of Prussia, PA 19406-4032 |
| Stratus Technologies<br>5 Mill & Main Place, Suite 500<br>Maynard, MA 01754-2660 | Studio 2426, LLC<br>1920 E. Riverside Drive, Suite A120<br>Austin, TX 78741-1350 | Synergy North America, Inc<br>11001 W. 120th Avenue, Suite 400<br>Broomfield, CO 80021-3493 |
| TD Canada Trust<br>421 7th Avenue SW<br>Calgary, AB T2P 4K9, Canada | Texas Comptroller<br>PO Box 13003<br>Austin, TX 78711-3003 | Texas Disposal Systems, Inc<br>PO Box 674090<br>Dallas, TX 75267-4090 |
| Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 | Textedly<br>133 N. Citrus Ave., Suite 202<br>Los Angeles, CA 90036 | The Creative Group<br>c/o Robert Half<br>2884 Sand Hill Road, Ste 200<br>Menlo Park, CA 94025-7072 |
| The Estate of Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attn Avi Moshenberg<br>100 Fannin, Ste 2700<br>Houston, TX 77002-1915 | The Hartford<br>PO Box 14219<br>Lexington, KY 40512-4219 | The Steam Team, Inc<br>1904 W. Koeing Lane<br>Austin, TX 78756-1211 |
| Third Coast Graphics, Inc<br>110 Del Monte Dr.<br>Friendswood, TX 77546-4487 | Thomas, David<br>79 Malone Hill Road<br>Elma, WA 98541-9206 | Travelers<br>PO Box 660317<br>Dallas, TX 75266-0317 |

| | | |
|---|---|---|
| Travis County<br>PO Box 149328<br>Austin, TX 78714-9328 | U.S. Legal Support<br>PO Box 4772<br>Houston, TX 77210-4772 | U.S. Trustee's Office<br>515 Rusk Avenue, Suite 3516<br>Houston, Texas 77002-2604 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Uline Shipping Supply<br>12575 Uline Drive<br>Pleasant Prarie, WI 53158-3686 | Vazquez, Valdemar Rodriguez<br>145 Quail Ridge Drive<br>Kyle TX 78640-9788 |
| Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Verizon Edgecast<br>13031 West Jefferson Blvd, Bldg 900<br>Los Angeles, CA 90094-7002 | Veronique De La Rosa<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002-6774 |
| Vultr<br>14 Cliffwood Avenue, Suite 300<br>Matawan, NJ 07747-3931 | WMQM-AM 1600<br>21 Stephen Hill Road<br>Atoka, TN 38004-7183 | WWCR<br>1300 WWCR Avenue<br>Nashville, TN 37218-3800 |
| Waste Connections Lone Star, Inc.<br>PO Box 17608<br>Austin, TX 78760-7608 | Water Event-Pure Water Solutions<br>1310 Missouri St<br>South Houston, TX 77587-4537 | Watson, Paul<br>9 Riverdale Road<br>Ranmoor Sheffield<br>South Yorkshire S10 3FA<br>United Kingdom |
| Westwood One, LLC<br>3542 Momentum Place<br>Chicago, IL 60689-5335 | Wheeler, David<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | William Aldenberg<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 |
| William Sherlach<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701-0137 | Willow Grove Productions<br>1810 Rockcliff Road<br>Austin, TX 78746-1215 | Wisconsin Dept. of Revenue<br>PO Box 3028<br>Milwaukee, WI 53201-3028 |
| Your Promotional Products, LLC<br>133 North Friendswood Ste 186<br>Friendswood, TX 77546-3746 | Zendesk, Inc<br>989 Market Street<br>San Francisco, CA 94103-1708 | Zoom US<br>55 Almaden Blvd, 6th Floor<br>San Jose, CA 95113-1608 |
| eBay<br>2025 Hamilton Avenue<br>San Jose, CA 95125-5904 | eCommerce CDN, LLC<br>221 E 63rd Street<br>Savannah, GA 31405-4226 | mongoDB Cloud<br>1633 Broadway 39th Floor<br>New York, NY 10019-6757 |
| Alexander E. Jones<br>c/o 2525 McKinnon Street<br>Suite 425<br>Dallas, TX 75201 | Christina Walton Stephenson<br>Crowe & Dunlevy<br>2525 McKinnon St.<br>Ste 425<br>Dallas, TX 75201-1543 | Christopher R Murray<br>Jones Murray LLP<br>602 Sawyer St<br>Ste 400<br>Houston, TX 77007-7510 |

| | | |
|---|---|---|
| Erica L. Ash<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Francine Wheeler<br>Cain & Skarnulis PLLC<br>Ryan E. Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Leonard Pozner<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |
| Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin<br>Suite 2700<br>Houston, TX 77002-6774 | Neil Heslin<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Richard M. Coan<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 |
| Scarlett Lewis<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 | Shelby A Jordan<br>Jordan & Ortiz, PC<br>500 N Shoreline Blvd<br>Ste 804<br>Corpus Christi, TX 78401-0335 | Veronique De La Rosa<br>c/o McDowell Hetherington LLP<br>Attention: Avi Moshenberg<br>1001 Fannin Street<br>Suite 2700<br>Houston, TX 77002-6774 |
| Vickie L Driver<br>Crowe & Dunlevy, P.C.<br>2525 McKinnon St.<br>Ste 425<br>Dallas, TX 75201-1543 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Konica Minolta Premier Finance
PO Box 41602
Philadelphia, PA 19101-1602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Akin Gump Strauss Hauer & Feld LLP | (u)Public Storage | (d)Ally Bank<br>c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK  73118-7901 |
| (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | (d)Bank of America N.A.<br>PO Box 31785<br>Tampa, FL 33631-3785 |
| (d)Free Speech Systems. LLC<br>3019 Alvin Devane, Suite 350<br>Austin, Texas 78741-7424 | (u)Carlee Soto Parisi | (u)Carlos M Soto |

(u)David Wheeler

(u)David Ross Jones

(u)Donna Soto

(u)Ian Hockley

(u)Jacqueline Barden

(u)Jennifer Hensel

(u)Jillian Soto-Marino

(u)Mark Barden

(u)Nicole Hockley

(u)Robert Parker

(u)William Aldenberg

(u)William Sherlach

**End of Label Matrix**
**Mailable recipients**   189
**Bypassed recipients**    21
**Total**                 210