IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| ALEXANDER E. JONES | § | CASE NO. 22-33553 |
| *Debtor* | § | |

## NOTICE OF STATUS CONFERENCE
[Relates to Dkt. No. 913]

**PLEASE TAKE NOTICE** that a Status Conference on the *Emergency Motion to Disqualify Global Tetrahedron, LLC's Bid* [Docket No. 913] will be held on **Monday, November 25, 2024 at 2:00 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, Texas 77002, via telephone or video conference.

All persons appearing at the hearing may appear telephonically or via video using the following information:

- **Telephonic Connection**
  - The Dial-in Telephone number: 1-832-917-1510; and
  - Conference Code: 590153
  - Please mute your microphone until ready to speak to the Court.

- **Video Connection**
  - https://www.gotomeet.me/JudgeLopez

Additional information and procedures appearing before Judge Christopher M. Lopez may be found at: https://www.txs.uscourts.gov/sites/txs/files/Lopez%20Court%20Procedures_.pdf.

          Respectfully submitted,

          */s/ Walter J. Cicack*
          WALTER J. CICACK
          State Bar No. 04250535
          wcicack@hcgllp.com
          HAWASH CICACK & GASTON LLP
          711 W. Alabama St., Suite 200
          Houston, Texas 77006
          (713) 658-9015 - tel/fax
          ***Attorneys for First United American Companies, LLC***

**Certificate of Service**

    I hereby certify that a true and correct copy of the foregoing document has been served through the Court's ECF noticing system on this 20th day of November, 2024.

                                                              */s/ Walter J. Cicack*
                                                              Walter J. Cicack