IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:  ALEX E. JONES § <br> § <br> § <br> Debtor. § | CASE NO. 22-33553 (CML) <br><br> Chapter 7 |

| | |
|---|---|
| Alex E. Jones, as debtor and as owner and sole Manager of Free Speech Systems, LLC §§§§ <br><br> **Plaintiffs** § <br> vs. § <br> § <br> Christopher Murray, as the Chapter 7 Trustee and Global Tetrahedron, LLC, Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker, and Erica Ash §§§§§§§§§§§ <br><br> **Defendants** § | Adversary Pro. No.  24-03238 |

## PLAINTIFFS' EXHIBIT AND WITNESS LIST

Alex Jones ("Jones") for himself and on behalf of Free Speech Systems, LLC ("FSS") (Jones and FSS are sometimes herein called the "Jones Parties") files this Witness and Exhibit List for the hearing to be held on Monday, November 25, 2024, at 2:00 p.m. (prevailing Central Time) before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

**EXHIBITS**

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Screenshot of InfoWars website taken on November 14, 2024 at 3:04 pm CST | | | | |
| 2. | Screenshot taken from Global Tetrahedron LLC's website taken on November 21, 2024 | | | | |
| 3. | Screenshot of Connecticut Appellate Court Case Docket Sheet taken on November 21, 2024 | | | | |
| 4. | November 15, 2024 The Onion Is Buying Alex Jones | | | | |
| 5. | Global Tetrahedron/Connecticut Sales Chart | | | | |
| 6. | September 13, 2022 Trial Transcript, pp. 74 – 75; l: 23 – 27, 1 - 9 | | | | |
| 7. | September 13, 2022 Trial Transcript, pp. 54 – 55; l: 23 – 27, 1 - 21 | | | | |
| 8. | September 13, 2022 Trial Transcript, pp. 43.1-44.12 | | | | |
| 9. | November 15, 2021 Transcript | | | | |
| 10. | Dist Proceeds Waiver | | | | |
| 11. | Jury Charge | | | | |
| 12. | Opening Statements | | | | |
| 13. | Voire Dire Combined | | | | |
| 14. | Chart from Exhibit 3 | | | | |
| 15. | Plaintiffs' Complaint – [Judicial Notice Docket #1] | | | | |
| 16. | Objection to POCs 6 – 21 [Judicial Notice Docket #705] | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |
| | Any exhibit listed by any other party | | | | |

**WITNESSES**

1. Christopher R. Murray, Trustee for Alexander E. Jones bankruptcy case.

2. Alex Jones, via his sworn declaration [Docket #1-1]

3. Corporate representative for Global Tetrahedron, LLC.

4. Walter Cicack

5. Any witness and rebuttal witnesses listed by any other party.

Jones Parties reserve the right to amend and/or supplement this Witness and Exhibit List as necessary in advance of the Hearing. Jones Parties also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, Jones Parties reserve the right to introduce any previously admitted exhibit.

Dated: November 21, 2024

/s/ Shelby A. Jordan
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
***Jordan & Ortiz, P.C.***
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
            aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR ALEX JONES**

/s/ Ben Broocks
Ben C Broocks
State Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301

> Austin, Texas 78746
> Phone: (512) 201-2000
> Fax: (512) 201-2032
> Email: bbroocks@broockslawfirm.com
> **CO-COUNSEL FOR ALEX JONES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on November 21, 2024 as well as the following parties.

Paula Brillson
General Counsel
Global Tetrahedron, LLC
Email: pbrillson@theonion.com
GCosta@gibsondunn.com, AChampion@gibsondunn.com,
MKlurfeld@gibsondunn.com, JGoldstein@gibsondunn.com
**General Counsel for Global Tetrahedron, LLC**

John R. Ashmead
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Email: ashmead@sewkis.com
   matott@sewkis.com

Robert J. Gayda
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Email: gayda@sewkis.com
**Counsel for Global Tetrahedron, LLC**

> */s/ Shelby A. Jordan*
> Shelby A. Jordan