

**State of Connecticut Judicial Branch**
**Appellate/Supreme Case Look-up**

# Supreme and Appellate Court
## Case Detail

Supreme & Appellate Court Look-up Home | Printer Friendly Version | New Search | Judicial Home Page | [Back]

### Case Information

AC 46131   ERICA LAFFERTY ET AL. v. ALEX EMRIC JONES ET AL.     **Status: Argued/No Decision**

**Appeal Case Information**                                                                      To receive an email when there is activity on this case, click here.

| | | | |
|---|---|---|---|
| **Date Filed:** | 12/29/2022 | **Response to Docket Due Date:** | 12/22/2023 Term 5 |
| **Appeal By:** | Defendant | **Disposition Method:** | |
| **Argued Date:** | 02/08/2024 10:00 AM | **Disposition Date:** | |
| **Submitted on Briefs Date:** | | **Cite:** | |
| **Panel:** | | **Petition(s) For Certification:** | |

**Cross Appeal/Amended Appeal**

**Trial Court Case Information**

| | |
|---|---|
| **Docket Number:** | UWYCV186046436S  UWYCV186046437S  UWYCV186046438S |
| **Judgment For:** | Plaintiff |
| **Trial Judge(s):** | HON. BARBARA N. BELLIS |
| **Court:** | JD COURTHOUSE AT WATERBURY - 300 Grand St |
| **Judgment Date:** | 12/22/2022 |
| **Case Type:** | CIVIL - DEFAMATION |

**Party/Attorney or Self-Represented Information**

| Party / Attorney | Trial Court Party Class | Appeal Party Class |
|---|---|---|
| **ALEX E JONES** | Defendant | Appellant |
| Juris: 067962  JOHN R WILLIAMS | | |
| Juris: 408681  NORMAN A PATTIS | | |
| Juris: 423934  PATTIS & SMITH LLC | | |
| **FREE SPEECH SYSTEMS, LLC** | Defendant | Appellant |
| Juris: 408681  NORMAN A PATTIS | | |
| Juris: 423934  PATTIS & SMITH LLC | | |
| **CARLEE SOTO-PARISI** | Plaintiff | Appellee |
| Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | | |
| Juris: 411754  ALINOR C STERLING | | |
| **CARLOS M SOTO** | Plaintiff | Appellee |
| Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | | |
| Juris: 411754  ALINOR C STERLING | | |
| **DAVID WHEELER** | Plaintiff | Appellee |
| Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | | |
| Juris: 411754  ALINOR C STERLING | | |
| **DONNA SOTO** | Plaintiff | Appellee |
| Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | | |
| Juris: 411754  ALINOR C STERLING | | |
| **ERICA I ASH A/K/A ERICA LAFFERTY** | Plaintiff | Appellee |
| Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | | |
| Juris: 411754  ALINOR CLEMANS STERLING | | |
| **FRANCINE WHEELER** | Plaintiff | Appellee |
| Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | | |
| Juris: 411754  ALINOR C STERLING | | |

**EXHIBIT 3**

| Party | | | | | |
|---|---|---|---|---|---|
| IAN HOCKLEY | | | Plaintiff | | Appellee |
| Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | | |
| Juris: 411754 ALINOR C STERLING | | | | | |
| JACQUELINE BARDEN | | | Plaintiff | | Appellee |
| Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | | |
| Juris: 411754 ALINOR C STERLING | | | | | |
| JENNIFER HENSEL | | | Plaintiff | | Appellee |
| Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | | |
| Juris: 411754 ALINOR C STERLING | | | | | |
| JILLIAN SOTO | | | Plaintiff | | Appellee |
| Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | | |
| Juris: 411754 ALINOR C STERLING | | | | | |
| MARK BARDEN | | | Plaintiff | | Appellee |
| Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | | |
| Juris: 411754 ALINOR C STERLING | | | | | |
| NICOLE HOCKLEY | | | Plaintiff | | Appellee |
| Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | | |
| Juris: 411754 ALINOR C STERLING | | | | | |
| ROBERT PARKER | | | Plaintiff | | Appellee |
| Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | | |
| WILLIAM ALDENBERG | | | Plaintiff | | Appellee |
| Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | | |
| WILLIAM SHERLACH | | | Plaintiff | | Appellee |
| Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | | |
| Juris: 411754 ALINOR C STERLING | | | | | |
| ANDINO REYNAL, ESQ | | | N/A | | Other |
| Juris: 428935 BARRY BARALL TAYLOR & LEVESQUE LLC | | | | | |
| NORMAN A PATTIS, ESQ. | | | N/A | | Other |
| Juris: 421460 WESLEY R MEAD | | | | | |
| OFFICE OF CHIEF DISCIPLINARY COUNSEL | | | N/A | | Other |
| Juris: 422382 OFFICE OF CHIEF DISCIPLINARY COUNSEL | | | | | |
| RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI | | | Plaintiff | | Other |
| Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | | |
| Juris: 069625 ZEISLER & ZEISLER P.C. | | | | | |
| Juris: 411754 ALINOR C STERLING | | | | | |

**Transcripts and Exhibits**

Exhibits Received By Court: 07/24/2023

| Party | Transcripts Ordered | Estimated Delivery Date | Delivered To Party | Pages | Delivered To Court |
|---|---|---|---|---|---|
| ALEX E JONES<br>FREE SPEECH SYSTEMS, LLC<br>DAVID WHEELER<br>FRANCINE WHEELER<br>JACQUELINE BARDEN<br>MARK BARDEN<br>NICOLE HOCKLEY<br>IAN HOCKLEY<br>JENNIFER HENSEL | 01/09/2023 | 02/24/2023 | 02/04/2023 | 4547 | 06/12/2023 |
| DONNA SOTO<br>CARLEE SOTO-PARISI<br>CARLOS M SOTO<br>JILLIAN SOTO<br>WILLIAM ALDENBERG<br>RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI<br>WILLIAM SHERLACH<br>ROBERT PARKER | 02/23/2023 | 02/22/2023 | 02/24/2023 | 134 | |
| DAVID WHEELER<br>FRANCINE WHEELER<br>JACQUELINE BARDEN<br>MARK BARDEN<br>NICOLE HOCKLEY<br>IAN HOCKLEY<br>JENNIFER HENSEL<br>DONNA SOTO<br>CARLEE SOTO-PARISI<br>CARLOS M SOTO<br>JILLIAN SOTO<br>WILLIAM ALDENBERG<br>RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY | 03/07/2023 | 02/16/2023 | 02/16/2023 | 9 | 10/11/2023 |

ESTATE OF ERICA GARBATINI
WILLIAM SHERLACH
ROBERT PARKER

## Preliminary Papers

| Party Name | Preliminary Statement of the Issues | Designation of the Proposed Contents of the Clerk Appendix | Certificate re Transcript Received | Docketing Statement | PAC Statement | Constitutionality Notice | Sealing Notice | Certificate of Interested Entities |
|---|---|---|---|---|---|---|---|---|
| ALEX E JONES, FREE SPEECH SYSTEMS, LLC DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, | 01/09/2023 | 01/09/2023 | 01/09/2023 | 01/10/2023 | 01/09/2023 | | | |
| IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTO-PARISI, CARLOS M SOTO, JILLIAN SOTO, WILLIAM ALDENBERG, RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI, WILLIAM SHERLACH, ROBERT PARKER | 01/30/2023 | 01/17/2023 | | 01/30/2023 | | | | |

## Briefs and Prepared Record

Record Filed:

| p | Type | Original Due Date | Due Date | Date Filed |
|---|---|---|---|---|
| ALEX E JONES Appellant<br>FREE SPEECH SYSTEMS, LLC Appellant | Brief | 03/27/2023 | 06/02/2023 | 06/02/2023 |
| DAVID WHEELER Appellee<br>FRANCINE WHEELER Appellee<br>JACQUELINE BARDEN Appellee<br>MARK BARDEN Appellee<br>NICOLE HOCKLEY Appellee<br>IAN HOCKLEY Appellee<br>JENNIFER HENSEL Appellee<br>DONNA SOTO Appellee<br>CARLEE SOTO-PARISI Appellee<br>CARLOS M SOTO Appellee<br>JILLIAN SOTO Appellee<br>WILLIAM ALDENBERG Appellee<br>RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI Other<br>WILLIAM SHERLACH Appellee | Brief | 07/03/2023 | 10/11/2023 | 10/11/2023 |
| ALEX E JONES Appellant<br>FREE SPEECH SYSTEMS, LLC Appellant | Reply Brief | 10/31/2023 | 11/15/2023 | 11/15/2023 |

## Case Activity

| Activity | Number | Date filed | Initiated By | Description | Action | Action Date | Notice Date |
|---|---|---|---|---|---|---|---|
| APPEAL | AC 46131 | 12/29/2022 | | Direct Appeal | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 12/29/2022 | | Correspondence from Court | Filed | | |
| MOTION | AC 223085 | 12/30/2022 | Court | Motion to Consolidate | Granted | 12/30/2022 | 12/30/2022 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ORDER | AC 223085 | 12/30/2022 | | Clerk uploaded Order | Filed | |
| AMENDED APPEAL | AC 46131 | 1/6/2023 | | E-filed Amended Appeal | Rejected | |
| CORRECTED APPEAL FORM | AC 46131 | 1/6/2023 | | E-filed Corrected Appeal Form | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/9/2023 | | Appeal Transcript Order Acknowledgement from Court Reporter | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/9/2023 | | Constitutionality Notice | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/9/2023 | | Designation of the Contents of the Clerk Appendix | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/9/2023 | | Designation of the Contents of the Clerk Appendix | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/9/2023 | | Designation of the Contents of the Clerk Appendix | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/9/2023 | | Docketing Statement | Returned | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/9/2023 | | Pre Argument Conference Statement | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/9/2023 | | Preliminary Statement of Issues | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/10/2023 | | Docketing Statement | Filed | |
| APPEARANCE | | 1/17/2023 | | E-filed Appearance Form | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/17/2023 | | Designation of the Contents of the Clerk Appendix | Filed | |
| DELINQUENCY ORDER | 220329 | 1/18/2023 | | Clerk uploaded Delinquency Order | Filed | |
| DELINQUENCY ORDER | 220329 | 1/18/2023 | Court | NISI Court Reporter's Acknowledgement | Compliance 02/08/2023 | 01/18/2023 |
| MOTION | AC 223299 | 1/30/2023 | ALEX E JONES , FREE SPEECH SYSTEMS, LLC | Motion to Set Aside Delinquency Order | Granted | 02/10/2023 02/10/2023 |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/30/2023 | | Docketing Statement | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 1/30/2023 | | Preliminary Statement of Issues | Filed | |
| BRIEF | | 2/8/2023 | | Clerk uploaded electronic version of Clerk Appendix | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 2/8/2023 | | Appeal Transcript Order Acknowledgement from Court Reporter | Filed | |
| ORDER | AC 223299 | 2/10/2023 | | Clerk uploaded Order | Filed | |

| Type | Docket | Date | Party | Description | Status | Dates |
|---|---|---|---|---|---|---|
| MOTION | AC 223420 | 2/17/2023 | DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTO-PARISI, CARLOS M SOTO, JILLIAN SOTO, WILLIAM ALDENBERG, RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI, WILLIAM SHERLACH, ROBERT PARKER | Motion to File Late P.B. § 63-4 Papers | Granted | 03/01/2023 03/01/2023 |
| MOTION | AC 223426 | 2/21/2023 | DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTO-PARISI, CARLOS M SOTO, JILLIAN SOTO, WILLIAM ALDENBERG, RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI, WILLIAM SHERLACH, ROBERT PARKER | Motion - Other | Returned | 02/22/2023 02/22/2023 |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 2/23/2023 | | Appeal Transcript Order Acknowledgement from Court Reporter | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 2/24/2023 | | Appeal Transcript Order Form with Certificate of Completion | Filed | |
| ORDER | AC 223420 | 3/1/2023 | | Clerk uploaded Order | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/6/2023 | | Appeal Transcript Order Form with Certificate of Completion | Filed | |
| MOTION FOR EXTENSION | AC 2231480 | 3/9/2023 | ALEX E JONES, FREE SPEECH SYSTEMS, LLC | Appellant Brief Extension Date:04/26/2023 | Granted | 03/10/2023 3/10/2023 |
| TC MOTION | AC 225266 | 3/29/2023 | DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTO-PARISI, CARLOS M SOTO, JILLIAN SOTO, WILLIAM ALDENBERG, RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI, WILLIAM SHERLACH, ROBERT PARKER | Motion for Rectification (Trial Court Only) | Granted | 03/31/2023 04/04/2023 |
| ORDER | AC 225266 | 4/4/2023 | | Clerk uploaded Order | Filed | |
| MOTION FOR EXTENSION | AC 2231683 | 4/4/2023 | ALEX E JONES, FREE SPEECH SYSTEMS, LLC | Appellant Brief Extension Date:05/26/2023 | Granted | 04/10/2023 4/10/2023 |
| OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 2231683 | 4/10/2023 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | |
| MOTION FOR EXTENSION | AC 2232044 | 5/24/2023 | ALEX E JONES, FREE SPEECH SYSTEMS, LLC | Appellant Brief Extension Date:06/02/2023 | Granted | 05/24/2023 5/24/2023 |
| BRIEF | | 6/2/2023 | PATTIS & PAZ LLC | Electronic version of Brief | | |
| BRIEF | | 6/2/2023 | PATTIS & PAZ LLC | Electronic version of Brief | Rejected | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 6/8/2023 | | Appeal Transcript Filing Form to Accompany Transcripts and/or | Filed | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 📄 MOTION FOR EXTENSION | AC 2232228 | 6/21/2023 | DAVID WHEELER , FRANCINE WHEELER , JACQUELINE BARDEN , MARK BARDEN , NICOLE HOCKLEY , IAN HOCKLEY , JENNIFER HENSEL , DONNA SOTO , CARLEE SOTO-PARISI , CARLOS M SOTO , JILLIAN SOTO , WILLIAM ALDENBERG , RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI , WILLIAM SHERLACH | Appellee Brief Extension Date:08/02/2023 | Granted | 06/21/2023 | 6/21/2023 |
| 📄 MOTION FOR EXTENSION | AC 2330193 | 7/27/2023 | DAVID WHEELER , FRANCINE WHEELER , JACQUELINE BARDEN , MARK BARDEN , NICOLE HOCKLEY , IAN HOCKLEY , JENNIFER HENSEL , DONNA SOTO , CARLEE SOTO-PARISI , CARLOS M SOTO , JILLIAN SOTO , WILLIAM ALDENBERG , RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI , WILLIAM SHERLACH | Appellee Brief Extension Date:08/24/2023 | Granted | 07/27/2023 | 7/27/2023 |
| 📄 MOTION FOR EXTENSION | AC 2330378 | 8/22/2023 | DAVID WHEELER , FRANCINE WHEELER , JACQUELINE BARDEN , MARK BARDEN , NICOLE HOCKLEY , IAN HOCKLEY , JENNIFER HENSEL , DONNA SOTO , CARLEE SOTO-PARISI , CARLOS M SOTO , JILLIAN SOTO , WILLIAM ALDENBERG , RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI , WILLIAM SHERLACH | Appellee Brief Extension Date:09/12/2023 | Granted | 08/22/2023 | 8/22/2023 |
| 📄 MOTION FOR EXTENSION | AC 2330491 | 9/7/2023 | DAVID WHEELER , FRANCINE WHEELER , JACQUELINE BARDEN , MARK BARDEN , NICOLE HOCKLEY , IAN HOCKLEY , JENNIFER HENSEL , DONNA SOTO , CARLEE SOTO-PARISI , CARLOS M SOTO , JILLIAN SOTO , WILLIAM ALDENBERG , RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI , WILLIAM SHERLACH | Appellee Brief Extension Date:09/29/2023 | Granted | 09/07/2023 | 9/7/2023 |
| 📄 MOTION FOR EXTENSION | AC 2330613 | 9/27/2023 | DAVID WHEELER , FRANCINE WHEELER , JACQUELINE BARDEN , MARK BARDEN , NICOLE HOCKLEY , IAN HOCKLEY , JENNIFER HENSEL , DONNA SOTO , CARLEE SOTO-PARISI , CARLOS M SOTO , JILLIAN SOTO , WILLIAM ALDENBERG , RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI , WILLIAM SHERLACH | Appellee Brief Extension Date:10/06/2023 | Granted | 09/27/2023 | 9/27/2023 |
| 📄 MOTION FOR EXTENSION | AC 2330670 | 10/6/2023 | DAVID WHEELER , FRANCINE WHEELER , JACQUELINE BARDEN , MARK BARDEN , NICOLE HOCKLEY , IAN HOCKLEY , JENNIFER HENSEL , DONNA SOTO , CARLEE SOTO-PARISI , CARLOS M SOTO , JILLIAN SOTO , WILLIAM ALDENBERG , RICHARD M. COAN, TRUSTEE | Appellee Brief Extension Date:10/11/2023 | Granted | 10/06/2023 | 10/6/2023 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI , WILLIAM SHERLACH | | | |
| BRIEF | | 10/11/2023 | KOSKOFF KOSKOFF & BIEDER PC | Electronic version of Brief | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 10/11/2023 | | Appeal Transcript Filing Form to Accompany Transcripts and/or Land Use Regulations | Filed | |
| MOTION FOR EXTENSION | AC 2330834 | 10/30/2023 | ALEX E JONES , FREE SPEECH SYSTEMS, LLC | Appellant Reply Extension Date:11/13/2023 | Granted | 10/30/2023 10/30/2023 |
| BRIEF | | 11/13/2023 | PATTIS & PAZ LLC | Electronic version of Brief | Rejected | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 11/13/2023 | | Return of Filing Notice | Filed | |
| MOTION FOR EXTENSION | AC 2330922 | 11/13/2023 | ALEX E JONES , FREE SPEECH SYSTEMS, LLC | Appellant Reply Extension Date:11/15/2023 | Granted | 11/13/2023 11/13/2023 |
| BRIEF | | 11/15/2023 | PATTIS & PAZ LLC | Electronic version of Brief | | |
| MOTION | AC 233113 | 12/8/2023 | RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI , ERICA I ASH A/K/A ERICA LAFFERTY | Motion to Substitute Party | Other | 12/12/2023 12/12/2023 |
| APPEARANCE | | 12/8/2023 | | E-filed Appearance Form | Filed | |
| ORDER | AC 233113 | 12/12/2023 | | Clerk uploaded Order | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 12/21/2023 | | Assignment Form (Response to Docket) | Filed | |

Version 1.33.1.0 Nov, 2023
Copyright © 2024, State of Connecticut Judicial Branch