And ask yourselves what it means.  When you're lost in grief.  Trying to find your way through it.  Trying to take care of the kids that you have left, or the siblings that you have left.  Knowing that the there's a whole army set loose by Alex Jones, to believe that your frauds.  That you're an actor.  That the child that you spent so much of your life raising never existed at all.  That the grief that's consuming you is all an act.

They didn't have enough time with their family members.  Nobody does, but what they have are memories.  And Alex Jones turned those memories into a battle ground, so to be ripped apart, defended.  And we're going to ask you to consider, we're going to ask you to consider all of that when you're thinking about the type of harm and damage that they suffered.  But here's the reality, none of them wanted to bring this lawsuit.  They don't want to be here.  We trust you to decide what's appropriate here, what justice is here, because you've been through tragedies and hardships in your own life.  You know what it means.

==And we hope that your verdict it is resounding enough to send a message who've been taken in by Alex Jones that they've been lied to.  But the reality is that we're never going to put this lie totally back in the bottle.==  We'll all be gone and that lie will

1   still be out there.  But somewhere out there right
2   now is another family getting their kids ready for
3   school.  Fixing their lunches.  Going to work
4   thinking about picking their kid up.  And there's
5   going to be day when that child doesn't come home
6   from school.  And we know it, and it's sad, and
7   that's reality.  And the question's going be, where
8   is Alex Jones when that happens?  Is he in his studio
9   getting ready to pounce?  Or will you stop him?
10  That's going to going to be in your hands.  And when
11  we get all done with all the evidence, we're going to
12  come back and we're going to ask you stuff, because
13  that's what justice is in this case.
14          Thank you.  Thank you, your Honor.
15          THE COURT:  Attorney Pattis.
16          ATTY. PATTIS:  Thank you, Judge.
17          Good morning.  We live in times of political
18  division, you know it, you know it, you know it, I
19  know it.  One of the issues dividing this is guns.
20  Their possession, their control, their use.  There
21  are divides are deep in this country right now, even
22  dangerous.  Don't let anyone tell you in a moment
23  that this trial is a means of stopping those divides.
24  Of discussing gun violence.  We're not here to make
25  political statements.  To reform the world.  To take
26  a stand against extreme speech.  This trial is not a
27  cultural moment.  It's not even about stopping Alex