```
 3    expect him to be here most days.  And probably the
      most important person on our team who you also
 3    remember from jury selection is my colleague Pritika
 4    Seshadri, and she'll be displaying all of the
 5    exhibits for us throughout the trial and making sure
 6    we're well organized.
 7           Judge Bellis also mentioned the names of the
 8    families that have brought this case.  They're here
 9    in the courtroom today.  I'm not going to introduce
10    them all by name.  But I would ask that if you are
11    part of a family that have brought this case against
12    Alex Jones, I'd ask you to please stand so the jury
13    can see you.  Thank you.  Thank you.  So when we met
14    in jury selection, I said to most of you that it was
15    kind of an unusual way for us to meet.  With the
16    microphone, and the judge and the huge courtroom.
17    And we're trying to get to know you.  And you
18    probably walked into this courtroom today feeling
19    nervous and a little bit bewildered by even more of
20    the formality.  A bigger courtroom, screens all over
21    the place.  We got people, we got cameras.  And what
22    I wanted to say to you is that when you put all of
23    that aside, put all of it aside, all we're here to
24    do, all you're here to do is to use your common sense
25    and your life experience, to come together as a
26    community, which is what you are, representative of
27    the community, to hold Alex Jones accountable.  For
```

1  what he did in the minutes, the hours, the days, the
2  months; and the years after the worst thing that ever
3  happened to this community.
4       And when you speak at the end of this case with
5  your verdict, you'll be speaking on behalf of the
6  community.  And you may not know this now, but you
7  have everything you need to decide this case.  Your
8  life's experiences.  The hardships you've been
9  through.  The tragedies you've been through.  Knowing
10 what it is to live as a human being in the world.
11 What your parents taught you.  What your grandparents
12 taught you.  To know the difference between right and
13 wrong.
14      To know the difference between the truth and a
15 horrible lie.  To know the importance of standing up
16 to bullies when they prey on people who are helpless
17 and profit from them.  And to know that unless you
18 stop a bully, a bully will never stop himself.  And
19 when it comes to stopping Alex Jones that will be the
20 most important work that you do here.  And we're all
21 here because of him.  One man, Alex Jones.  I'm going
22 to be displaying some slides here throughout the
23 presentation.  But this is Alex Jones, and this is
24 his company, Infowars.  We'll be referring to it as
25 Infowars throughout the case, but it's Free Speech
26 Systems.  They're the same thing.
27      And over the past 20 years, Alex Jones has built