**EXHIBIT 8**

Now a civil trial such as this generally has two issues, liability, and damages. In this case, however, you are only considering the issue of damages. Why is that? Because the Court has made that determination for reasons that you need not concern yourself with, and that you should not speculate about. Therefore, liability is established, and you are not to consider liability. Instead, you are tasked with considering damages. Alex Jones is the principal of a four-profit corporation known as Free Speech Systems. After the Sandy Hook shooting happened, Alex Jones and Free Speech Systems stated that the Sandy Hook shooting was a hoax. That no one died at Sandy Hook. And that the families of the victims were actors. Mr. Jones used multiple channels to distribute these statements to his audience, including the Infowars family of websites. Mr. Jones nationally aired radio broadcast and social media. You will hear more about the defendant's business practices during the evidence in this case.

Now as I've mentioned, this is a hearing in damages. Alex Jones and Free Speech Systems are liable under Connecticut law for defaming the plaintiff's, casting the plaintiffs in a false light resulting in an evasion of their privacy. Intentionally afflicting emotional distress on the

1

```
 1      plaintiffs, and violating the Connecticut Unfair
 2      Trade Practices Act, which prohibits unethical,
 3      immoral, and unscrupulous business practices,
 4      resulting in damage to the plaintiffs.
 5           Alex Jones and Free Speech Systems are therefore
 6      responsible for two kinds of damages under
 7      Connecticut law.  The first are called punitive
 8      damages, and these are determined by the degree of
 9      wrongfulness of the defendant's conduct.  The second
10      are called compensatory damages, and these are
11      intended to compensate the plaintiffs for their
12      damages.
13           I will give you further instructions on the law
14      of damages at the end of the case, after the closing
15      arguments.  The parties categorically disagree on the
16      amount damages due.  The plaintiff's position is that
17      the damages due are substantial.  The defendant's
18      position is that only minimal damages are due.  It
19      will be for you to determine these issues as I
20      instruct you based on the evidence you will hear, and
21      the instructions I will give you.
22           It bears repeating.  You must wait until you
23      have heard all of the evidence and have heard my
24      charge to you on the law that applies before you make
25      up your minds about any issue in the case.  The
26      evidence upon which you will base your decision will
27      come to you from the witness box or in the form of
```