EXHIBIT 12

```
                expect him to be here most days.  And probably the
                most important person on our team who you also
                remember from jury selection is my colleague Pritika
 4              Seshadri, and she'll be displaying all of the
 5              exhibits for us throughout the trial and making sure
 6              we're well organized.
 7                      Judge Bellis also mentioned the names of the
 8              families that have brought this case.  They're here
 9              in the courtroom today.  I'm not going to introduce
10              them all by name.  But I would ask that if you are
11              part of a family that have brought this case against
12              Alex Jones, I'd ask you to please stand so the jury
13              can see you.  Thank you.  Thank you.  So when we met
14              in jury selection, I said to most of you that it was
15              kind of an unusual way for us to meet.  With the
16              microphone, and the judge and the huge courtroom.
17              And we're trying to get to know you.  And you
18              probably walked into this courtroom today feeling
19              nervous and a little bit bewildered by even more of
20              the formality.  A bigger courtroom, screens all over
21              the place.  We got people, we got cameras.  And what
22              I wanted to say to you is that when you put all of
23              that aside, put all of it aside, all we're here to
24              do, all you're here to do is to use your common sense
25              and your life experience, to come together as a
26              community, which is what you are, representative of
27              the community, to hold Alex Jones accountable.  For
```

```
 1   what he did in the minutes, the hours, the days, the
 2   months; and the years after the worst thing that ever
 3   happened to this community.
 4            And when you speak at the end of this case with
 5   your verdict, you'll be speaking on behalf of the
 6   community.  And you may not know this now, but you
 7   have everything you need to decide this case.  Your
 8   life's experiences.  The hardships you've been
 9   through.  The tragedies you've been through.  Knowing
10   what it is to live as a human being in the world.
11   What your parents taught you.  What your grandparents
12   taught you.  To know the difference between right and
13   wrong.
14            To know the difference between the truth and a
15   horrible lie.  To know the importance of standing up
16   to bullies when they prey on people who are helpless
17   and profit from them.  And to know that unless you
18   stop a bully, a bully will never stop himself.  And
19   when it comes to stopping Alex Jones that will be the
20   most important work that you do here.  And we're all
21   here because of him.  One man, Alex Jones.  I'm going
22   to be displaying some slides here throughout the
23   presentation.  But this is Alex Jones, and this is
24   his company, Infowars.  We'll be referring to it as
25   Infowars throughout the case, but it's Free Speech
26   Systems.  They're the same thing.
27            And over the past 20 years, Alex Jones has built
```

1   And ask yourselves what it means. When you're lost
2   in grief. Trying to find your way through it.
3   Trying to take care of the kids that you have left,
4   or the siblings that you have left. Knowing that the
5   there's a whole army set loose by Alex Jones, to
6   believe that your frauds. That you're an actor.
7   That the child that you spent so much of your life
8   raising never existed at all. That the grief that's
9   consuming you is all an act.
10       They didn't have enough time with their family
11  members. Nobody does, but what they have are
12  memories. And Alex Jones turned those memories into
13  a battle ground, so to be ripped apart, defended.
14  And we're going to ask you to consider, we're going
15  to ask you to consider all of that when you're
16  thinking about the type of harm and damage that they
17  suffered. But here's the reality, none of them
18  wanted to bring this lawsuit. They don't want to be
19  here. We trust you to decide what's appropriate
20  here, what justice is here, because you've been
21  through tragedies and hardships in your own life.
22  You know what it means.
23       And we hope that your verdict it is resounding
24  enough to send a message who've been taken in by Alex
25  Jones that they've been lied to. But the reality is
26  that we're never going to put this lie totally back
27  in the bottle. We'll all be gone and that lie will

1  still be out there. But somewhere out there right
2  now is another family getting their kids ready for
3  school. Fixing their lunches. Going to work
4  thinking about picking their kid up. And there's
5  going to be day when that child doesn't come home
6  from school. And we know it, and it's sad, and
7  that's reality. And the question's going be, where
8  is Alex Jones when that happens? Is he in his studio
9  getting ready to pounce? Or will you stop him?
10 That's going to going to be in your hands. And when
11 we get all done with all the evidence, we're going to
12 come back and we're going to ask you stuff, because
13 that's what justice is in this case.
14         Thank you. Thank you, your Honor.
15         THE COURT: Attorney Pattis.
16         ATTY. PATTIS: Thank you, Judge.
17         Good morning. We live in times of political
18 division, you know it, you know it, you know it, I
19 know it. One of the issues dividing this is guns.
20 Their possession, their control, their use. There
21 are divides are deep in this country right now, even
22 dangerous. Don't let anyone tell you in a moment
23 that this trial is a means of stopping those divides.
24 Of discussing gun violence. We're not here to make
25 political statements. To reform the world. To take
26 a stand against extreme speech. This trial is not a
27 cultural moment. It's not even about stopping Alex