| Proposed Cash First United | Tetrahedron | Recovery to Texas Plaintiffs Under First United | Recovery to Connecticut Plaintiffs Under First United | Recovery to Non-Connecticut Family creditors under Global Tetrahedron after Connecticut transfer | Recovery to Connecticut Families under Global Tetrahedron Before Deduct | Amount Connecticut transfers to Texas |
|---|---|---|---|---|---|---|
|  | $1,750,000 |  |  | $437,500 | **$1,312,500** | **$0** |
| $2,000,000 |  | $500,000 | $1,500,000 | $600,000 | **$1,150,000** | **$162,500** |
| $3,000,000 |  | $750,000 | $2,250,000 | $850,000 | **$900,000** | **$312,500** |
| $5,000,000 |  | $1,250,000 | $3,750,000 | $1,350,000 | **$400,000** | **$812,500** |
| $7,000,000 |  | $1,750,000 | $5,250,000 | 1,750,000 | **$0** | **$1,312,500** |

EXHIBIT 14