UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-33553 (CML) |
|---|---|---|---|
| | Debtor | In Re: | ALEX E. JONES |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jason Z. Goldstein<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>JGoldstein@gibsondunn.com<br>NY State Bar No. 5123211 |
|---|---|

| Name of party applicant seeks to appear for: | Global Tetrahedron LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   11/21/2024 | Signed: | /s/ Jason Z. Goldstein |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                 United States Bankruptcy Judge