UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § Chapter 7 <br> § |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) <br> § |
| Debtor. | § <br> § <br> § <br> § |

**ORDER DENYING EMERGENCY MOTION TO DISQUALIFY
GLOBAL TETRAHEDRON, LLC'S BID**
[Relates to Docket No. 913]

The Court has considered First United American Companies, LLC's *Emergency Motion to Disqualify Global Tetrahedron, LLC's Bid* (Docket No. 913) (the "Motion") and all objections thereto; and the Court having jurisdiction to hear and determine the Motion pursuant to 28 U.S.C. § 1334; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding pursuant to 27 U.S.C. § 157(b)(2); and this Court having reviewed the Motion and all objections thereto; and the Court having held a hearing (the "Hearing") on the Motion; and the Court having determined that the legal and factual bases set forth in the objections and at the Hearing justify denying the relief requested in the Motion; and the Court finding that the Motion lacks merit and the objections thereto should be sustained; and after due deliberation and sufficient cause appearing therefore,

It is hereby ORDERED that:

1

15673090

1. The Motion is DENIED.

Dated: _____, 2024.
Houston, Texas

_____
HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE