**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **ALEXANDER E. JONES** | § | **CASE NO. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |

**ORDER GRANTING MOTION TO WITHDRAW AS**
**ATTORNEY OF RECORD FOR DEBTOR**

COMES FOR CONSIDERATION the Motion to Withdraw as Attorney of Record (the "Motion") filed by Vickie L. Driver and Christina W. Stephenson with Elliott, Thomason & Gibson, LLP ("Movant" or "ETG"). After consideration of the Motion and representations by Movant, responses and objections, if any, and arguments of counsel, if any, the Court finds the Motion in the above-referenced case [Docket No. 933] filed by ETG is GRANTED.

Dated:_____ ____, 2024.

_____
HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT – Page 1