IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE: ALEX E. JONES** | § § § | **CASE NO. 22-33553 (CML)** |
| **Debtor.** | § | **Chapter 7** |

| | | |
|---|---|---|
| **David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jilian Soto Marino, William Aldenberg, William Sherlach, Robert Parker And Richard M. Coan, As Chapter 7 Trustee for the Estate of Erica Lafferty** | § § § § § § § § § § | |
| **Plaintiffs,** | § § | |
| vs. | § § | **Adversary Pro. No. 23-03037** |
| **Alexander E. Jones and Free Speech Systems, LLC** | § § § § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| **Alex E. Jones, as debtor and as owner and sole Manager of Free Speed Systems, LLC** | § § § § | |
| **Plaintiffs,** | § § | |
| vs. | § § | **Adversary Pro. No. 24-03238** |
| **Christopher Murray, as the Chapter 7 Trustee and Global Tetrahedron, LLC, Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker, and Erica Ash** | § § § § § § § § § § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Alex E. Jones in the above-captioned cases, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342, and 1109(b) ("Bankruptcy Rules") and request that all notices pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

Ben C Broocks
State Bar No. 03058800
William A. Broocks
State Bar No. 24107577
**BROOCKS LAW FIRM, PLLC**
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
bbroocks@broockslawfirm.com
wbroocks@broockslawfirm.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

Dated: November 25, 2024							Respectfully submitted,

*/s/ Ben C Broocks*
Ben C Broocks
State Bar No. 03058800
William A. Broocks
State Bar No. 24107577
**BROOCKS LAW FIRM, PLLC**
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
bbroocks@broockslawfirm.com
wbroocks@broockslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 25, 2024, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

*/s/ Ben C Broocks*
Ben C Broocks