United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ALEXANDER E. JONES | § | CASE NO. 22-33553 (CML) |
| | § | |
| Debtor. | § | |
| | § | |

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR

COMES FOR CONSIDERATION the Motion to Withdraw as Attorney of Record (the "Motion") filed by Vickie L. Driver and Christina W. Stephenson with Elliott, Thomason & Gibson, LLP ("Movant" or "ETG"). After consideration of the Motion and representations by Movant, responses and objections, if any, and arguments of counsel, if any, the Court finds the Motion in the above-referenced case [Docket No. 933] filed by ETG is GRANTED.

Signed: November 25, 2024

_____
Christopher Lopez
United States Bankruptcy Judge