Electronic Appearance Sheet

Jonathan Folgar, Pro Se, None, Pro Se
Client(s): Bystander

Ryan Revoir, Pro Se, None, Pro Se
Client(s): None

Kimberly Walsh, Texas Attorney General
Client(s): Texas Comptroller of Public Accounts

Shelby Jordan, Jordan & Ortiz, PC
Client(s): Alex Jones

Jason Jensen, DBA Jensen Internet Trustees
Client(s): Jason A Jensen, Pro Se, Disabled, Looking for a job, can manage Infowars fairly

Caroline Reckler, Latham & Watkins
Client(s): X Corp.

Christopher Harris, Latham & Watkins
Client(s): X Corp.

Jon Weichselbaum, Latham & Watkins
Client(s): X Corp.

Shannon Forshay, Potter Anderson & Corroon LLP
Client(s): Professional Interest

steve lemmon, streusand, landon, ozburn and lemmon
Client(s): pqpr