THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § § **ALEXANDER E. JONES** § § **Debtor.** § § | Case No. 22-33553 (Chapter 7) |

**STIPULATION AND AGREED ORDER EXTENDING THE
DEADLINE FOR TRUSTEE TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

**WHEREAS**, on December 2, 2022 ("**Petition Date**"), Alexander E. Jones ("**Debtor**") filed his voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**WHEREAS**, on June 14, 2024 ("**Conversion Date**"), the Court entered an *Order* [DE 708] converting the bankruptcy from a chapter 11 proceeding to a chapter 7 proceeding and Christopher R. Murray was duly appointed as the chapter 7 trustee ("**Trustee**") over the Debtor's bankruptcy estate ("**Estate**").

**WHEREAS**, on June 28, 2024, the Debtor filed his *Schedules A/B, C, D, E/F, G, H, I, J, and Summary of Assets and Liabilities* [DE 749] ("**Conversion Schedules**") along with his *Statement of Financial Affairs* [DE 750].

**WHEREAS**, on July 2, 2024, the 341 meeting of creditors was held and concluded.

**WHEREAS**, the deadline for parties to object to the exemptions claimed by the Debtor in the Conversion Schedules was August 1, 2024 ("**Original Objection Deadline**").

**WHEREAS**, by *Stipulation and Agreed Order* [DE 791], the Original Objection Deadline was extended for all parties to September 2, 2024.

**WHEREAS**, by *Stipulation and Agreed Order* [DE 833], the Original Objection Deadline was further extended for all parties to September 30, 2024 [DE 833].

**WHEREAS**, by *Stipulation and Agreed Order* [DE 866], the Original Objection Deadline was further extended for the Trustee to November 29, 2024.

**WHEREAS**, the Trustee requested, and the Debtor agrees to a further extension of the Original Objection Deadline for the Trustee to respond to the Debtor's claimed exemptions ("**Trustee's Objection Deadline**").

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereafter.

2. The Trustee's Objection Deadline is extended to <u>January 13, 2025</u>.

3. This *Stipulation and Agreed Order* does not affect the deadline applicable for parties, other than the Trustee, including any creditors and/or parties-in-interest in this bankruptcy case ("**Non-Trustee Parties**"), to object to the exemptions claimed by the Debtor in his Conversion Schedules. Those deadline(s) for Non-Trustee Parties remains the same unless otherwise agreed upon by a separate agreement by and between any of the Non-Trustee Parties and the Debtor, or by Court order.

4. Nothing herein shall be construed to prohibit the Trustee, any of the Non-Trustee Parties, or the Debtor from seeking further extensions by agreement and/or by further order of the Court.

5. Notwithstanding anything in the Bankruptcy Code or the Bankruptcy Rules to the contrary, this *Stipulation and Agreed Order* shall be effective immediately upon the Court's approval.

6. The Court has exclusive jurisdiction and power regarding the implementation, interpretation, and enforcement of this *Stipulation and Agreed Order*.

Dated: November 27, 2024

**IT IS SO ORDERED.**

                    **Christopher M. Lopez**
                    **United States Bankruptcy Judge**

**AGREED AS TO FORM AND SUBSTANCE
ON NOVEMBER 27, 2024:**

| **JONES MURRAY LLP** | **JORDAN & ORTIZ, P.C.** |
|---|---|
| */s/ Jacqueline Q. Chiba* | */s/ Shelby A. Jordan (with permission)* |
| Jacqueline Q. Chiba | Shelby A. Jordan |
| Texas Bar No. 24116899 | Texas Bar No. 11016700 |
| jackie@jonesmurray.com | sjordan@jhwclaw.com |
| 602 Sawyer St., Suite 400 | 500 North Shoreline Blvd., Suite 804 |
| Houston, TX 77007 | Corpus Christi, TX 78401 |
| Tel. (832) 529-1999 | Tel. (361) 884-5678 |
| **CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE** | **CO-COUNSEL FOR THE DEBTOR** |