IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | CASE NO. 22-33553 |
| ALEXANDER E. JONES | § | |
| *Debtor* | § | **Deposition Date: 12/6/24 at 10:00 a.m.** |
| | § | **(Prevailing Colorado Local Time)** |
| | § | |
| | § | **Contested Matter:** |
| | § | ***Trustee's Expedited Motion for Entry of an*** |
| | § | ***Order in Furtherance of the Sale of Assets of*** |
| | § | ***Free Speech Systems, LLC (Doc. 915)*** |

**NOTICE OF DEPOSITION OF JEFF TANENBAUM (In-Person and Via Zoom)**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure,

applicable to this proceeding under Rule 9014 of the Federal Rules of Bankruptcy Procedure, and

by agreement, Party-in-Interest, First United American Companies, LLC ("FUAC"), will conduct

the oral deposition of **Jeff Tanenbaum** on **Friday, December 6, 2024 at 10:00 a.m. (prevailing**

**Colorado Local Time)** and shall continue until completed at 25577 Conifer Road, #203, Conifer,

Colorado 80433, before a certified court reporter.  Parties wishing to attend by Zoom may contact

undersigned counsel for the Zoom link.

All parties are invited to attend and examine the witness.  Such deposition is for discovery

purposes and, when taken, may be used as evidence in the trial or any evidentiary hearing in the

above-styled case.

Respectfully submitted,

 */s/ Walter J. Cicack*
WALTER J. CICACK
State Bar No. 04250535
wcicack@hcgllp.com
HAWASH CICACK & GASTON LLP
711 W. Alabama St., Suite 200
Houston, Texas 77006
(713) 658-9015 - tel/fax
***Attorneys for First United American Companies, LLC***

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document has been served through the Court's ECF noticing system on this 4th day of December, 2024.

 */s/ Walter J. Cicack*
Walter J. Cicack