**EXHIBIT 3**

**ALEXANDER E. JONES** FREE SPEECH SYSTEMS **INFOWARS** | Offering Memorandum

# Bid Form | Bid Deadline: November 8, 2024 @ 2 pm CST

tranzon 360

| | | | |
|---|---|---|---|
| Buyer Name | First United American Companies, L. | Buyer Company | |
| Phone 1 | ▓▓▓▓▓ | Phone 2 | 713-299-2127 |
| Address | C/O walter cicack, 711 W Alabama, ▓ | City | Houston |
| State/Zip | TX/77006 | Email | wcicack@hcgllp.com ( Walter Cicack, a▓ |
| Partner * | ▓▓▓▓▓▓▓▓▓▓ | | |

*Any party with a vested interest in the purchase must be disclosed

| LOT  — See Attached - Addendum | Group ('x') | LOT BID | Intellectual Property Allocation | Equipment/inventory Allocation | |
|---|---|---|---|---|---|
| Lot 1 Production | Note Equipment Allocation if Applicable | ✔ | $ 600,000.00 | $ 275,000.00 | $ 275,000.00 ✱ | ✱✱ $50,000 |
| Lot 2 E-Commerce | Note Inventory Allocation if Applicable | ✔ | $ 500,000.00 | $ 250,000.00 | $ 250,000.00 | |
| Lot 3 Domains | Approximately 280 Domains | ✔ | $ 50,000.00 | | | |
| Lot 4 Contested Domains | Approximately 37 Domains | ✔ | $ 50,000.00 | | | |

*If your bid for any lots are contingent upon other lots, please indicate which lots are to be grouped together by placing an 'x' in the Group column above.*

*Trustee reserves the right to accept or reject any non-conforming bid.

**Please Email Bids to the Following Parties** (if you prefer to mail, please see the Sale Order & Procedures Posted to the website for a list of address.)
jeff@360assetadvisors.com, ktoney@tranzon.com, edumil@tranzon.com, jwolfshohl@porterhedges.com, mdearman@porterhedges.com, erin.jones@jonesmurray.com

I hereby submit my bid for the Packages above in accordance with the terms and conditions of this bid package.

X _____

Name: ▓▓▓▓▓▓▓▓▓▓

Title: Sole Member/Manager of FUAC

Date: November 7, 2024

| | |
|---|---|
| 10% Deposit Amount Submitted | $ 120,000.00 |
| Form of Payment Accepted | Wire Transfer Only |

| Auctioneer Use Only: | |
|---|---|
| Received Date | |
| Received By | |

BID FORM                    TERMS

## Addendum

\*    Includes Servers in Bldg 2, and generator
       outside of bldg 3

\*\*   Personal property, equipment, and furniture located
     in Bldg 2. Does not include automobiles