Message

| | |
|---|---|
| **From:** | Jeff Tanenbaum [jeff@360assetadvisors.com] |
| **on behalf of** | Jeff Tanenbaum <jeff@360assetadvisors.com> [jeff@360assetadvisors.com] |
| **Sent:** | 11/12/2024 6:02:43 PM |
| **To:** | Paula Brillson [pbrillson@theonion.com] |
| **CC:** | Kimpler, Kyle [kkimpler@paulweiss.com]; Ben Collins [bcollins@theonion.com]; Christopher Murray [chris@jonesmurray.com] |
| **Subject:** | Re: Notice re. FSS IP Auction Bid Form & Process |

EXHIBIT 14

Paula, in response to your request for clarification, and to provide the same information to all bidders, in accordance with the instructions in the latest bid form, we encourage bidders that all non-cash components be sufficiently specific for the Trustee to evaluate under his business judgment and the authority granted to him by the Winddown Order. Such requested specificity is necessary for the Trustee to assess, amongst other things, the costs and fees associated with the implied overall value of a bid and the effects on the estate and its creditors.

If you feel that attaching a document further explaining your bid is helpful, please do so.

Jeff Tanenbaum, CAI
President

THREESIXTY

c 818.326.4909 | o 720.704.5421 | jeff@360assetadvisors.com

Visit us at: http://360assetadvisors.com
Sale Calendar: http://360bid.sale


On Nov 12, 2024, at 1:42 PM, Paula Brillson <pbrillson@theonion.com> wrote:

Thanks Jeff
3:40ET or after 4:30pm. We would like to ensure your understanding of the bid waiver - in light of our previous discussion and your instructions to omit a supplemental bid letter.

Thank you.


Paula Brillson
General Counsel | The Onion


On Tue, Nov 12, 2024 at 12:24 PM Jeff Tanenbaum <jeff@360assetadvisors.com> wrote:
> Not certain. I will reach back out.

Jeff Tanenbaum, CAI
President

<360Mail4.jpg>

c 818.326.4909 | o 720.704.5421 | jeff@360assetadvisors.com

Visit us at: http://360assetadvisors.com
Sale Calendar: http://360bid.sale


On Nov 12, 2024, at 1:16 PM, Paula Brillson <pbrillson@theonion.com> wrote:

Hi Jeff, does 2:40 pmCT work for you and your counsel to jump on a quick clarifying call?


Paula Brillson
General Counsel | The Onion


On Mon, Nov 11, 2024 at 2:38 PM Jeff Tanenbaum <jeff@360assetadvisors.com> wrote:
Attention FSS Bidder:

Please see the attached FSS IP Auction overbid form and bid instructions.  Highest and best bid deadline is Wednesday, November 13 at 10:30am CST.

Jeff Tanenbaum, CAI
President


c 818.326.4909 | o 720.704.5421 | jeff@360assetadvisors.com

Visit us at: http://360assetadvisors.com
Sale Calendar: http://360bid.sale

TRANZON360-000236