

EXHIBIT 16

FOR IMMEDIATE RELEASE

## Auction Firms Announce Bidding Process for Alex Jones' Infowars Assets

Austin, Texas – [Insert Date] – Following an order of the U.S. Bankruptcy Court in the Southern District of Texas, auction firms Tranzon Asset Advisors and ThreeSixty Asset Advisors have announced its process for the sale of Alex Jones' Infowars' assets, with an initial bid deadline of Nov. 8.

By order of the Court, the Infowars assets are part of the Alexander E. Jones bankruptcy estate and held by Jones' wholly-owned business entity, Free Speech Systems, LLC.

The sale will occur in phases, beginning with the initial bid deadline offering interested parties an opportunity to bid on several subsets of Infowars' intellectual properties or all Infowars assets as a package. Individually, bidders can acquire company assets, such as Infowars' production rights and archival library; the company's e-commerce business which sells nutritional supplements and preparedness supplies; or a variety of domain names largely unrelated to the other business operations. As a package, bidders can acquire all intellectual properties, along with the firm's production equipment.

There are no restrictions on the use of any acquired property in the bankruptcy order, allowing the bidder to utilize the assets at their own discretion. A bidder has the right to choose whether or not they want to negotiate facility lease terms with the existing landlord, re-hire key employees and talent, and continue Infowars operations.

All bids submitted by a bidder with a 10% deposit by the Nov. 8 deadline will be reviewed by the auction firms and the trustee for conformity, qualification and competitiveness. Bidders whose bids qualify and are deemed competitive will be invited to a live bidding session on Nov. 13. Multiple bidding rounds may be required to determine the highest or otherwise best bid or bids. While the trustee reserves all rights to accept or reject bids, the auction is expected to result in a confirmed asset sale.

All Free Speech Systems assets not sold during the Nov. 13 auction will be part of a final public online auction on Dec. 10. Assets could include the company's production equipment, office furnishings, computer systems, product inventories, extensive in-office fitness equipment and vehicles such as a motorhome and Terradyne armored truck.

For more information on the bidding process, interested parties can visit 360bid.sale or tranzon.com, or go directly to the sale information page at: https://360assetadvisors.com/events/fssmh/.  All descriptions of the bidding and sale process are for summary purposes only and are subject in all respects to the terms of the *Order Granting Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC* [Docket No. 859].