

EXHIBIT 17

## INQUIRY METRICS

| | |
|---|---|
| Visitors to 360 Landing Page for FSS Sealed Bid | 25,785 |
| Visitors to 360 Landing Page for FSS Equipment Auction | 3,858 |
| Visitors to 360 Landing Page for NDA Requests | 723 |
| Actual NDA Requests Received | 234 |
| NDA Requests - Referred to Equipment Auction | 52 |
| NDA Requests - Qualified to send NDA | 63 |
| NDA's Received Back | 40 |
| Groups w/ Data Room Access | 13 |

## TOP PROSPECTS

| Company | Company Type | Contacts | Last Date in Data Room | Site Visit | Comments | Indication to Bid |
|---|---|---|---|---|---|---|
| First United American Companies, LLC | E-commerce | Walter/Charlie Cicack | 10/30/24 | Yes | Apparent interest to operate in-place; Engaged in dataroom; meeting with landlord; likely interest in entire asset pool. Site visit 11/4. | Yes |
| Global Tetrahedron dba The Onion | Media | Ben Collins / Paula Brillson | 10/25/24 | No | Considerable time spent in dataroom; inquired about additional documents posted as recent as 10/29. Good initial Dialog - will follow-up 11/1. | Unknown |
| The Barbed Wire | Media | Jeff Rotkoff | 10/29/24 | No | Spent limited time in data room; has not scoured the documents; claims will absolutely be bidding. Good dialog - will follow-up 11/4. | Yes |
| Unknown | Unknown | David Blabey, Counsel | 10/24/24 | No | Scoured internet; asked detailed questions regarding customer acquisition and composition. No indication of level of interest. Good dialog - will follow-up 11/4. | Unknown |
| CHOQ | E-commerce - Supplements | Seaton Collard | 10/19/24 | No | Ideal fit for complimentary business; expressed significant interest. Has been quiet in the data room. Good dialog - will follow-up 11/1 or 11/4. | Unknown |
| 4 Patriots | E-commerce - Survival Gear | Steve Cavezza | 10/29/24 | No | Ideal fit for complimentary business; scoured the data room. Good dialog - will follow-up 11/1 or 11/4. | Unknown |
| Tucker Carlson Network | Media | Faizaan Baig | 10/20/24 | No | Limited time in data room; no follow-up questions or dialog. Will follow-up 11/1. | |