| | A |
|---|---|
| 1 | Bid Analysis |
| 2 | Alex Jones Bankruptcy |
| 3 | FSS Assets |
| 4 | |
| 5 | |
| 6 | First United American / Cicack |
| 7 | Global Tetrahedron / The Onion |
| 8 | |
| 9 | Prospective Dec 10 Piecemeal Auction Value |
| 10 | |
| 11 | High Bid |
| 12 | Blended Bid - Global T & Dec 10 Auction |
| 13 | |
| 14 | |
| 15 | **Bold** bids represent those lots expected to be contingent upon one another. |
| 16 | (1) Lot 2 IP could be broken up to include the domains Global T seeks, with the ecommerce site and related custo |
| 17 | |
| 18 | Prospective Auction Values |
| 19 | - Lowered values to net of sale costs and add'l liquidator fee |
| 20 | - Attributed value to the domain lots 3 & 4 - this is highly speculative, but provides a basis to create a true apples |

|   | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   |   |   |   |
| 2 |   |   |   |   |   |   |   |   |
| 3 |   |   |   |   |   |   |   |   |
| 4 |   | LOT 1 - PRODUCTION RELATED | | | | OT 2 - ECOMMERCE RELATE | | |
| 5 |   | Allocation Intellectual Property | Allocation Personal Property Building 3 | Allocation Personal Property Building 2 |   | Allocation Intellectual Property | Allocation Inventory |   |
| 6 |   | 275,000 | 275,000 | 50,000 |   | 250,000 | 250,000 |   |
| 7 |   | 998,000 | 1,000 |   |   | 1,000 | - |   |
| 8 |   |   |   |   |   |   |   |   |
| 9 |   |   | 260,000 | 40,000 |   | (1) | 120,000 |   |
| 10 |   |   |   |   |   |   |   |   |
| 11 |   |   |   |   |   |   |   |   |
| 12 |   | 998,000 | 260,000 | 40,000 |   | 1,000 | 120,000 |   |
| 13 |   |   |   |   |   |   |   |   |
| 14 |   |   |   |   |   |   |   |   |
| 15 |   |   |   |   |   |   |   |   |
| 16 | mer data sold at the Dec 10 auction for an unknown amount | | | | | | | |
| 17 |   |   |   |   |   |   |   |   |
| 18 |   |   |   |   |   |   |   |   |
| 19 |   |   |   |   |   |   |   |   |
| 20 | to apples comparison with FUA's bid as well as serves as a minimum bid  should FUA want to overbid on just th | | | | | | | |

| | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Lot 3 | Lot 4 | | Total Bids | | Net to Unsecured (@ 8%) | Total Cash Value of Bids | |
| 6 | 50,000 | 50,000 | | 1,200,000 | | 96,000 | 1,200,000 | |
| 7 | | | | 1,000,000 | | | TBD | |
| 8 | | | | | | | | |
| 9 | 10,000 | 10,000 | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | 10,000 | 10,000 | | 1,439,000 | | 115,120 | TBD | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | ose lots | | | | | | | |

| | R |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | Comments |
| 6 | - They want all lots.  If faced with a situation where they might need to forgo lots 3 & 4 in a bid situation, they might; however, they are not looking to end up with just Lot 1 without Lot 2. |
| 7 | - Need to assess distributable proceeds waiver  to assess full cash value of bid.<br>- Their predominent interest is the IP Lot 1, but want the domain names out of Lot 2 more than anything else in the lot (potential scenario to attribute Dec 10 auction value to the elements of Lot 2 they do not want).<br>- Bid for equipment and inventory was strategic; they |
| 8 | |
| 9 | Terms in the bid package state that right for us to attribute piecemeal auction value in evaluating competitive bids. |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |

TRANZON360-000872

|    | A         | B          | C | D                              | E                              | F                              | G |
|----|-----------|------------|---|--------------------------------|--------------------------------|--------------------------------|---|
|    |           | Take All   |   | Lot 1a<br>Infowars<br>Production | Lot 1b<br>Personal Prop Bldg 3 | Lot 1c<br>Personal Prop Bldg 2 |   |
| 1  |           |            |   |                                |                                |                                |   |
| 2  |           |            |   |                                |                                |                                |   |
| 3  | Round 1   |            |   |                                |                                |                                |   |
| 4  | Trustee   |            |   |                                | 260,000                        | 40,000                         |   |
| 5  | GT        |            |   | 500,000                        |                                |                                |   |
| 6  |           |            |   |                                |                                |                                |   |
| 7  |           |            |   |                                |                                |                                |   |
| 8  | Round 2   |            |   |                                |                                |                                |   |
| 9  | FUA       | 1,500,000  |   |                                |                                |                                |   |
| 10 |           |            |   |                                |                                |                                |   |
| 11 |           |            |   |                                |                                |                                |   |
| 12 | Round 3   |            |   |                                |                                |                                |   |
| 13 | Trustee   |            |   |                                | 260,000                        | 40,000                         |   |
| 14 | GT        |            |   | 500,000                        |                                |                                |   |
| 15 |           |            |   |                                |                                |                                |   |
| 16 |           |            |   |                                |                                |                                |   |
| 17 | Round 4   |            |   |                                |                                |                                |   |
| 18 | FUA       | 1,550,000  |   |                                |                                |                                |   |
| 19 |           |            |   |                                |                                |                                |   |
| 20 |           |            |   |                                |                                |                                |   |
| 21 | Round 5   |            |   |                                |                                |                                |   |
| 22 | Trustee   |            |   |                                | 260,000                        | 40,000                         |   |
| 23 | GT        |            |   | 500,000                        |                                |                                |   |
| 24 |           |            |   |                                |                                |                                |   |
| 25 |           |            |   |                                |                                |                                |   |
| 26 | Round 6   |            |   |                                |                                |                                |   |
| 27 | FUA       | 1,600,000  |   |                                |                                |                                |   |
| 28 |           |            |   |                                |                                |                                |   |
| 29 |           |            |   |                                |                                |                                |   |
| 30 | Round 7   |            |   |                                |                                |                                |   |
| 31 | Trustee   |            |   |                                | 260,000                        | 40,000                         |   |
| 32 | GT        |            |   | 500,000                        |                                |                                |   |
| 33 |           |            |   |                                |                                |                                |   |
| 34 |           |            |   |                                |                                |                                |   |
| 35 | Round 8   |            |   |                                |                                |                                |   |
| 36 | FUA       | 2,500,000  |   |                                |                                |                                |   |
| 37 |           |            |   |                                |                                |                                |   |
| 38 |           |            |   |                                |                                |                                |   |
| 39 | Round 9   |            |   |                                |                                |                                |   |
| 40 | Trustee   |            |   |                                | 260,000                        | 40,000                         |   |
| 41 | GT        |            |   | 500,000                        |                                |                                |   |
| 42 |           |            |   |                                |                                |                                |   |
| 43 |           |            |   |                                |                                |                                |   |
| 44 | Round 10  |            |   |                                |                                |                                |   |
| 45 | FUA       | 10,000,000 |   |                                |                                |                                |   |
| 46 |           |            |   |                                |                                |                                |   |
| 47 |           |            |   |                                |                                |                                |   |
| 48 | Round 11  |            |   |                                |                                |                                |   |
| 49 | Trustee   |            |   |                                | 260,000                        | 40,000                         |   |
| 50 | GT        |            |   | 500,000                        |                                |                                |   |

| | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|
| | Lot 2a Intellectual Property | Lot 2b Inventory | | Lot 3 | Lot 4 | | Distributable Proceeds Waiver | | Total Bids |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 5 | 500,000 | | | | | | 0 | | 1,000,000 |
| 6 | | | | | | | | | 1,440,000 |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | 1,500,000 |
| 10 | | | | | | | | | 1,500,000 |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 14 | 500,000 | | | | | | 4,801 | | 1,000,000 |
| 15 | | | | | | | | | 1,440,000 |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | 1,550,000 |
| 19 | | | | | | | | | 1,550,000 |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 23 | 500,000 | | | | | | 8,801 | | 1,000,000 |
| 24 | | | | | | | | | 1,440,000 |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | 1,600,000 |
| 28 | | | | | | | | | 1,600,000 |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 32 | 500,000 | | | | | | 12,801 | | 1,000,000 |
| 33 | | | | | | | | | 1,440,000 |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | 2,500,000 |
| 37 | | | | | | | | | 2,500,000 |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 41 | 500,000 | | | | | | 84,801 | | 1,000,000 |
| 42 | | | | | | | | | 1,440,000 |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | 10,000,000 |
| 46 | | | | | | | | | 10,000,000 |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 50 | 500,000 | | | | | | 684,801 | | 1,000,000 |

| | Q | R | S | T |
|---|---|---|---|---|
| 1 | | Cash Value of Bid | | Net Benefit to Non CT Creditors |
| 2 | | | | |
| 3 | | | | |
| 4 | | 440,000 | | 35,200 |
| 5 | | 1,000,000 | | 80,000 |
| 6 | | 1,440,000 | | 115,200 |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | 120,000 |
| 10 | | | | 120,000 |
| 11 | | | | |
| 12 | | | | |
| 13 | | 440,000 | | 35,200 |
| 14 | | 1,060,013 | | 84,801 |
| 15 | | 1,500,013 | | 120,001 |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | 124,000 |
| 19 | | | | 124,000 |
| 20 | | | | |
| 21 | | | | |
| 22 | | 440,000 | | 35,200 |
| 23 | | 1,110,013 | | 88,801 |
| 24 | | 1,550,013 | | 124,001 |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | 128,000 |
| 28 | | | | 128,000 |
| 29 | | | | |
| 30 | | | | |
| 31 | | 440,000 | | 35,200 |
| 32 | | 1,160,013 | | 92,801 |
| 33 | | 1,600,013 | | 128,001 |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | 200,000 |
| 37 | | | | 200,000 |
| 38 | | | | |
| 39 | | | | |
| 40 | | 440,000 | | 35,200 |
| 41 | | 2,060,013 | | 164,801 |
| 42 | | 2,500,013 | | 200,001 |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | 800,000 |
| 46 | | | | 800,000 |
| 47 | | | | |
| 48 | | | | |
| 49 | | 440,000 | | 35,200 |
| 50 | | 9,560,013 | | 764,801 |

|    | A        | B          | C | D         | E       | F      | G |
|----|----------|------------|---|-----------|---------|--------|---|
| 51 |          |            |   |           |         |        |   |
| 52 |          |            |   |           |         |        |   |
| 53 | Round 12 |            |   |           |         |        |   |
| 54 | FUA      | 15,000,000 |   |           |         |        |   |
| 55 |          |            |   |           |         |        |   |
| 56 |          |            |   |           |         |        |   |
| 57 | Round 13 |            |   |           |         |        |   |
| 58 | Trustee  |            |   |           | 260,000 | 40,000 |   |
| 59 | GT       |            |   | 550,000   |         |        |   |
| 60 |          |            |   |           |         |        |   |
| 61 |          |            |   |           |         |        |   |
| 62 | Round 14 |            |   |           |         |        |   |
| 63 | FUA      | 27,000,000 |   |           |         |        |   |
| 64 |          |            |   |           |         |        |   |
| 65 |          |            |   |           |         |        |   |
| 66 | Round 15 |            |   |           |         |        |   |
| 67 | Trustee  |            |   |           | 260,000 | 40,000 |   |
| 68 | GT       |            |   | 1,000,000 |         |        |   |
| 69 |          |            |   |           |         |        |   |

|    | H         | I       | J | K      | L      | M | N         | O | P          |
|----|-----------|---------|---|--------|--------|---|-----------|---|------------|
| 51 |           |         |   |        |        |   |           |   | 1,440,000  |
| 52 |           |         |   |        |        |   |           |   |            |
| 53 |           |         |   |        |        |   |           |   |            |
| 54 |           |         |   |        |        |   |           |   | 15,000,000 |
| 55 |           |         |   |        |        |   |           |   | 15,000,000 |
| 56 |           |         |   |        |        |   |           |   |            |
| 57 |           |         |   |        |        |   |           |   |            |
| 58 |           | 120,000 |   | 10,000 | 10,000 |   |           |   | 440,000    |
| 59 | 550,000   |         |   |        |        |   | 1,076,801 |   | 1,100,000  |
| 60 |           |         |   |        |        |   |           |   | 1,540,000  |
| 61 |           |         |   |        |        |   |           |   |            |
| 62 |           |         |   |        |        |   |           |   |            |
| 63 |           |         |   |        |        |   |           |   | 27,000,000 |
| 64 |           |         |   |        |        |   |           |   | 27,000,000 |
| 65 |           |         |   |        |        |   |           |   |            |
| 66 |           |         |   |        |        |   |           |   |            |
| 67 |           | 120,000 |   | 10,000 | 10,000 |   |           |   | 440,000    |
| 68 | 1,000,000 |         |   |        |        |   | 1,964,801 |   | 2,000,000  |
| 69 |           |         |   |        |        |   |           |   | 2,440,000  |

|    | Q | R          | S | T         |
|----|---|------------|---|-----------|
| 51 |   | 10,000,013 |   | 800,001   |
| 52 |   |            |   |           |
| 53 |   |            |   |           |
| 54 |   |            |   | 1,200,000 |
| 55 |   |            |   | 1,200,000 |
| 56 |   |            |   |           |
| 57 |   |            |   |           |
| 58 |   | 440,000    |   | 35,200    |
| 59 |   | 14,560,013 |   | 1,164,801 |
| 60 |   | 15,000,013 |   | 1,200,001 |
| 61 |   |            |   |           |
| 62 |   |            |   |           |
| 63 |   |            |   | 2,160,000 |
| 64 |   |            |   | 2,160,000 |
| 65 |   |            |   |           |
| 66 |   |            |   |           |
| 67 |   | 440,000    |   | 35,200    |
| 68 |   | 26,560,013 |   | 2,124,801 |
| 69 |   | 27,000,013 |   | 2,160,001 |

|    | A | B | C | D | E | F | G |
|----|---|---|---|---|---|---|---|
|    |   | Take All | | Lot 1a<br>Infowars<br>Production | Lot 1b<br>Personal Prop Bldg 3 | Lot 1c<br>Personal Prop Bldg 2 | |
| 1  |   |   |   |   |   |   |   |
| 2  |   |   |   |   |   |   |   |
| 3  | Round 1 | | | | | | |
| 4  | Trustee | | | | 260,000 | 40,000 | |
| 5  | GT | | | 500,000 | | | |
| 6  |   |   |   |   |   |   |   |
| 7  |   |   |   |   |   |   |   |
| 8  | Round 2 | | | | | | |
| 9  | FUA | 1,500,000 | | | | | |
| 10 |   |   |   |   |   |   |   |
| 11 |   |   |   |   |   |   |   |
| 12 | Round 3 | | | | | | |
| 13 | Trustee | | | | 260,000 | 40,000 | |
| 14 | GT | | | 500,000 | | | |
| 15 |   |   |   |   |   |   |   |
| 16 |   |   |   |   |   |   |   |
| 17 | Round 4 | | | | | | |
| 18 | FUA | 2,200,000 | | | | | |
| 19 |   |   |   |   |   |   |   |
| 20 |   |   |   |   |   |   |   |
| 21 | Round 5 | | | | | | |
| 22 | Trustee | | | | 260,000 | 40,000 | |
| 23 | GT | | | 500,000 | | | |
| 24 |   |   |   |   |   |   |   |
| 25 |   |   |   |   |   |   |   |
| 26 | Round 6 | | | | | | |
| 27 | FUA | 2,900,000 | | | | | |
| 28 |   |   |   |   |   |   |   |
| 29 |   |   |   |   |   |   |   |
| 30 | Round 7 | | | | | | |
| 31 | Trustee | | | | 260,000 | 40,000 | |
| 32 | GT | | | 500,000 | | | |
| 33 |   |   |   |   |   |   |   |
| 34 |   |   |   |   |   |   |   |
| 35 | Round 8 | | | | | | |
| 36 | FUA | 5,000,000 | | | | | |
| 37 |   |   |   |   |   |   |   |
| 38 |   |   |   |   |   |   |   |
| 39 | Round 9 | | | | | | |
| 40 | Trustee | | | | 260,000 | 40,000 | |
| 41 | GT | | | 500,000 | | | |
| 42 |   |   |   |   |   |   |   |
| 43 |   |   |   |   |   |   |   |
| 44 | Round 10 | | | | | | |
| 45 | FUA | 10,000,000 | | | | | |
| 46 |   |   |   |   |   |   |   |
| 47 |   |   |   |   |   |   |   |
| 48 | Round 11 | | | | | | |
| 49 | Trustee | | | | 260,000 | 40,000 | |
| 50 | GT | | | 500,000 | | | |

| | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Lot 2a Intellectual Property | Lot 2b Inventory | | Lot 3 | Lot 4 | | Distributable Proceeds Waiver | | Total Bids |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 5 | 500,000 | | | | | | 0 | | 1,000,000 |
| 6 | | | | | | | | | 1,440,000 |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | 1,500,000 |
| 10 | | | | | | | | | 1,500,000 |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 14 | 500,000 | | | | | | 54,800 | | 1,000,000 |
| 15 | | | | | | | | | 1,440,000 |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | 2,200,000 |
| 19 | | | | | | | | | 2,200,000 |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 23 | 500,000 | | | | | | 110,800 | | 1,000,000 |
| 24 | | | | | | | | | 1,440,000 |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | 2,900,000 |
| 28 | | | | | | | | | 2,900,000 |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 32 | 500,000 | | | | | | 166,800 | | 1,000,000 |
| 33 | | | | | | | | | 1,440,000 |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | 5,000,000 |
| 37 | | | | | | | | | 5,000,000 |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 41 | 500,000 | | | | | | 334,800 | | 1,000,000 |
| 42 | | | | | | | | | 1,440,000 |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | 10,000,000 |
| 46 | | | | | | | | | 10,000,000 |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | 120,000 | | 10,000 | 10,000 | | | | 440,000 |
| 50 | 500,000 | | | | | | 734,800 | | 1,000,000 |

| | Q | R | S | T |
|---|---|---|---|---|
| | | Cash Value of Bid | | Net Benefit to Non CT Creditors |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | 440,000 | | 35,200 |
| 5 | | 1,000,000 | | 80,000 |
| 6 | | 1,440,000 | | 115,200 |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | 120,000 |
| 10 | | | | 120,000 |
| 11 | | | | |
| 12 | | | | |
| 13 | | 440,000 | | 35,200 |
| 14 | | 1,685,000 | | 134,800 |
| 15 | | 2,125,000 | | 170,000 |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | 176,000 |
| 19 | | | | 176,000 |
| 20 | | | | |
| 21 | | | | |
| 22 | | 440,000 | | 35,200 |
| 23 | | 2,385,000 | | 190,800 |
| 24 | | 2,825,000 | | 226,000 |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | 232,000 |
| 28 | | | | 232,000 |
| 29 | | | | |
| 30 | | | | |
| 31 | | 440,000 | | 35,200 |
| 32 | | 3,085,000 | | 246,800 |
| 33 | | 3,525,000 | | 282,000 |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | 400,000 |
| 37 | | | | 400,000 |
| 38 | | | | |
| 39 | | | | |
| 40 | | 440,000 | | 35,200 |
| 41 | | 5,185,000 | | 414,800 |
| 42 | | 5,625,000 | | 450,000 |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | 800,000 |
| 46 | | | | 800,000 |
| 47 | | | | |
| 48 | | | | |
| 49 | | 440,000 | | 35,200 |
| 50 | | 10,185,000 | | 814,800 |

TRANZON360-000881

|    | A        | B          | C | D         | E       | F      | G |
|----|----------|------------|---|-----------|---------|--------|---|
| 51 |          |            |   |           |         |        |   |
| 52 |          |            |   |           |         |        |   |
| 53 | Round 12 |            |   |           |         |        |   |
| 54 | FUA      | 15,000,000 |   |           |         |        |   |
| 55 |          |            |   |           |         |        |   |
| 56 |          |            |   |           |         |        |   |
| 57 | Round 13 |            |   |           |         |        |   |
| 58 | Trustee  |            |   |           | 260,000 | 40,000 |   |
| 59 | GT       |            |   | 565,000   |         |        |   |
| 60 |          |            |   |           |         |        |   |
| 61 |          |            |   |           |         |        |   |
| 62 | Round 14 |            |   |           |         |        |   |
| 63 | FUA      | 27,000,000 |   |           |         |        |   |
| 64 |          |            |   |           |         |        |   |
| 65 |          |            |   |           |         |        |   |
| 66 | Round 15 |            |   |           |         |        |   |
| 67 | Trustee  |            |   |           | 260,000 | 40,000 |   |
| 68 | GT       |            |   | 1,050,000 |         |        |   |
| 69 |          |            |   |           |         |        |   |

TRANZON360-000882

|    | H | I | J | K | L | M | N | O | P |
|----|---|---|---|---|---|---|---|---|---|
| 51 |   |   |   |   |   |   |   |   | 1,440,000 |
| 52 |   |   |   |   |   |   |   |   |   |
| 53 |   |   |   |   |   |   |   |   |   |
| 54 |   |   |   |   |   |   |   |   | 15,000,000 |
| 55 |   |   |   |   |   |   |   |   | 15,000,000 |
| 56 |   |   |   |   |   |   |   |   |   |
| 57 |   |   |   |   |   |   |   |   |   |
| 58 |   | 120,000 |   | 10,000 | 10,000 |   |   |   | 440,000 |
| 59 | 565,000 |   |   |   |   |   | 1,124,400 |   | 1,130,000 |
| 60 |   |   |   |   |   |   |   |   | 1,570,000 |
| 61 |   |   |   |   |   |   |   |   |   |
| 62 |   |   |   |   |   |   |   |   |   |
| 63 |   |   |   |   |   |   |   |   | 27,000,000 |
| 64 |   |   |   |   |   |   |   |   | 27,000,000 |
| 65 |   |   |   |   |   |   |   |   |   |
| 66 |   |   |   |   |   |   |   |   |   |
| 67 |   | 120,000 |   | 10,000 | 10,000 |   |   |   | 440,000 |
| 68 | 1,000,000 |   |   |   |   |   | 2,010,800 |   | 2,050,000 |
| 69 |   |   |   |   |   |   |   |   | 2,490,000 |

TRANZON360-000883

|    | Q | R          | S | T         |
|----|---|------------|---|-----------|
| 51 |   | 10,625,000 |   | 850,000   |
| 52 |   |            |   |           |
| 53 |   |            |   |           |
| 54 |   |            |   | 1,200,000 |
| 55 |   |            |   | 1,200,000 |
| 56 |   |            |   |           |
| 57 |   |            |   |           |
| 58 |   | 440,000    |   | 35,200    |
| 59 |   | 15,185,000 |   | 1,214,800 |
| 60 |   | 15,625,000 |   | 1,250,000 |
| 61 |   |            |   |           |
| 62 |   |            |   |           |
| 63 |   |            |   | 2,160,000 |
| 64 |   |            |   | 2,160,000 |
| 65 |   |            |   |           |
| 66 |   |            |   |           |
| 67 |   | 440,000    |   | 35,200    |
| 68 |   | 27,185,000 |   | 2,174,800 |
| 69 |   | 27,625,000 |   | 2,210,000 |

TRANZON360-000884