|   | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 3 | **Confidential Attorney Work Product** | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | FUC | | | GT |
| 7 | Cash Consideration | | | | | |
| 8 | IP | | 2,750,000 | | | 1,750,000 |
| 9 | Personal Property | | 750,000 | | | - |
| 10 | Total Cash Consideration | | 3,500,000 | | | 1,750,000 |
| 11 | | | | | | |
| 12 | Administrative Costs | | | | | |
| 13 | Legal Fees | | Included Below | | | Included Below |
| 14 | Auctioneer Commission (on IP) | | " | | | " |
| 15 | Auctioneer Commission (on PP) | | " | | | " |
| 16 | Auctioneer Commission (on non-cash) | | " | | | " |
| 17 | Auctioneer Commission (incremental Increase) | | " | | | " |
| 18 | Auctioneer Expenses | | " | | | " |
| 19 | Trustee Commission | | - | | | - |
| 20 | Total Administrative Costs | | (750,000) | | | (750,000) |
| 21 | | | | | | |
| 22 | Net Cash for FSS Creditors | | 2,750,000 | | | 1,000,000 |
| 23 | | | | | | |
| 24 | Non-CT Creditors | 25.0% | 687,500 | | | 250,000 |
| 25 | CT Creditors | 75.0% | 2,062,500 | | | 750,000 |
| 26 | | | | | | |
| 27 | Distributable Proceeds Waiver | | - | | | 750,000 |
| 28 | | | | | | |
| 29 | Final Non-CT Creditors Distribution | | 687,500 | | | 1,000,000 |
| 30 | Final CT Creditors Distribution | | 2,062,500 | | | - |
| 31 | | | | | | |
| 32 | Total FSS Creditors Distribution | | 2,750,000 | | | 1,000,000 |
| 33 | | | | | | |
| 34 | **Cash Value of Bid** | | **3,500,000** | | | **4,750,000** |

|    | H | I |
|----|---|---|
| 3  |   |   |
| 4  |   |   |
| 5  |   |   |
| 6  |   |   |
| 7  |   |   |
| 8  |   |   |
| 9  |   |   |
| 10 |   |   |
| 11 |   |   |
| 12 |   |   |
| 13 |   |   |
| 14 |   |   |
| 15 |   |   |
| 16 |   |   |
| 17 |   |   |
| 18 |   |   |
| 19 |   |   |
| 20 |   |   |
| 21 |   |   |
| 22 |   |   |
| 23 |   |   |
| 24 |   |   |
| 25 |   |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |
| 29 | 312,500 | Increased Benefit to non-CT creditors |
| 30 |   |   |
| 31 |   |   |
| 32 |   |   |
| 33 |   |   |
| 34 | *Calculation: Cash(G10) + DPW(G27) / NonCreditor %(C24)* |   |

|    | B | C | D | E | F | G |
|----|---|---|---|---|---|---|
| 3  | **Confidential Attorney Work Product** | | | | | |
| 4  | | | | | | |
| 5  | | | | | | |
| 6  | | | FUC | | | GT |
| 7  | Cash Consideration | | | | | |
| 8  | IP | | 2,750,000 | | | 1,750,000 |
| 9  | Personal Property | | 750,000 | | | - |
| 10 | Total Cash Consideration | | 3,500,000 | | | 1,750,000 |
| 11 | | | | | | |
| 12 | Administrative Costs | | | | | |
| 13 | Legal Fees | | Included Below | | | Included Below |
| 14 | Auctioneer Commission (on IP) | | " | | | " |
| 15 | Auctioneer Commission (on PP) | | " | | | " |
| 16 | Auctioneer Commission (on non-cash) | | " | | | " |
| 17 | Auctioneer Commission (incremental Increase) | | " | | | " |
| 18 | Auctioneer Expenses | | " | | | " |
| 19 | Trustee Commission | | " | | | " |
| 20 | Total Administrative Costs | | (750,000) | | | (750,000) |
| 21 | | | | | | |
| 22 | Net Cash for FSS Creditors | | 2,750,000 | | | 1,000,000 |
| 23 | | | | | | |
| 24 | Non-CT Creditors | 3.3% | 90,750 | | | 33,000 |
| 25 | CT Creditors | 96.7% | 2,659,250 | | | 967,000 |
| 26 | | | | | | |
| 27 | Distributable Proceeds Waiver | | - | | | 173,250 |
| 28 | | | | | | |
| 29 | Final Non-CT Creditors Distribution | | 90,750 | | | 206,250 |
| 30 | Final CT Creditors Distribution | | 2,659,250 | | | 793,750 |
| 31 | | | | | | |
| 32 | Total FSS Creditors Distribution | | 2,750,000 | | | 1,000,000 |
| 33 | | | | | | |
| 34 | **Cash Value of Bid** | | **3,500,000** | | | **7,000,000** |

|    | H | I |
|----|---|---|
| 3  |   |   |
| 4  |   |   |
| 5  |   |   |
| 6  |   |   |
| 7  |   |   |
| 8  |   |   |
| 9  |   |   |
| 10 |   |   |
| 11 |   |   |
| 12 |   |   |
| 13 |   |   |
| 14 |   |   |
| 15 |   |   |
| 16 |   |   |
| 17 |   |   |
| 18 |   |   |
| 19 |   |   |
| 20 |   |   |
| 21 |   |   |
| 22 |   |   |
| 23 |   |   |
| 24 |   |   |
| 25 |   |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |
| 29 | 115,500 | Increased Benefit to non-CT creditors |
| 30 |   |   |
| 31 |   |   |
| 32 |   |   |
| 33 |   |   |
| 34 | *Calculation: Cash(G10) + DPW(G27) / NonCreditor %(C24)* |   |