EXHIBIT **25**

| | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| 5 | | | **Backup Bid** | | **Winning Bid** | | **Winning Bid** |
| 6 | | | | | **(Cash Equivalent)** | | |
| 7 | | | | | | | |
| 8 | Purchase Cash | | 3,500,000 | | 4,350,000 | | 1,750,000 |
| 9 | less: Administrative Costs | | **(750,000)** | | (750,000) | | (750,000) |
| 10 | Net Purchase Cash | | 2,750,000 | | 3,600,000 | | 1,000,000 |
| 11 | | | | | | | |
| 12 | Connecticut Families' Share | **75.0%** | 2,062,500 | | 2,700,000 | | 750,000 |
| 13 | Gift Class's Share | 25.0% | 687,500 | | 900,000 | | 250,000 |
| 14 | Total Creditor Proceeds | | 2,750,000 | | 3,600,000 | | 1,000,000 |
| 15 | | | | | | | |
| 16 | Gift Class's Share | | 687,500 | | 900,000 | | 250,000 |
| 17 | Distributable Proceeds Waiver | | - | | - | | 650,000 |
| 18 | Gift Class Total Recovery | | 687,500 | | 900,000 | | 900,000 |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | **Backup Bid** | | **Winning Bid** | | **Winning Bid** |
| 24 | | | | | **(Cash Equivalent)** | | |
| 25 | | | | | | | |
| 26 | Purchase Cash | | 3,500,000 | | 7,000,000 | | 1,750,000 |
| 27 | less: Administrative Costs | | **(650,000)** | | (650,000) | | (650,000) |
| 28 | Net Purchase Cash | | 2,850,000 | | 6,350,000 | | 1,100,000 |
| 29 | | | | | | | |
| 30 | Connecticut Families' Share | **96.7%** | 2,755,950 | | 6,140,450 | | 1,063,700 |
| 31 | Gift Class's Share | 3.3% | 94,050 | | 209,550 | | 36,300 |
| 32 | Total Creditor Proceeds | | 2,850,000 | | 6,350,000 | | 1,100,000 |
| 33 | | | | | | | |
| 34 | Gift Class's Share | | 94,050 | | 209,550 | | 36,300 |
| 35 | Distributable Proceeds Waiver | | - | | - | | 173,250 |
| 36 | Gift Class Total Recovery | | 94,050 | | 209,550 | | 209,550 |

TRANZON360-000893