# EXHIBIT 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |
| | § | |

## GLOBAL NOTES AND SUPPORTING INFORMATION REGARDING CHAPTER 7 CONVERSION SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On December 2, 2022 (the "Petition Date"), Alexander E. Jones (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"). On June 14, 2024, the Bankruptcy Court entered an order converting the case to one under Chapter 7.

With the assistance of his Bankruptcy Court approved financial and legal advisors, the Debtor prepared his annexed Conversion Schedules ("Schedules") and Statement of Financial Affairs ("SOFA") filed herewith and combined, the "Schedules and SOFAs"), pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to any financial statements.

Although the Debtor's advisors and the Debtor have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. These notes regarding the Debtor's Schedules and SOFAs (the "Notes") comprise an integral part of the Debtor's Schedules and SOFAs and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

Compiling the information necessary to complete the Schedules and SOFAs for this individual debtor was incredibly difficult due to the lack of books and records in any single place. Multiple individuals assisted the Debtor in paying his bills and household expenses, but no budget existed and no bookkeeper reconciled any bank statements. Bank accounts were used by or on behalf of the Debtor by third parties due to his status as a controversial public media personality.

1.        Amendments. The Debtor reserves the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

1

2.     Asset Presentation. Where possible, assets and liabilities of the Debtor are fair market value as of June 14, 2024; provided, however, that some adjustments have been made when the information was available subsequent thereto. When another source or method was used, all attempts have been made to notate such source or method. The Debtor reserves his right to amend or adjust the value of each asset or liability set forth herein.

3.     Liabilities. The Debtor sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-conversion and post-conversion periods may change. The Debtor also reserves the right to change the allocation of liability to the extent additional information becomes available.

4.     Causes of Action. Despite reasonable efforts, the Debtor may not have identified or set forth all of its causes of action against third parties as assets in his Schedules and SOFAs. The Debtor reserves any and all of his rights with respect to any causes of action he may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.     Claim Description. Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on his Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtor also reserves the right to amend his Schedules or SOFAs as necessary or appropriate.

6.     Property and Equipment. A third-party appraisal company has completed a physical inventory or appraisal of all of his owned equipment household goods, jewelry, and other physical assets located at his homestead and lake house and such values are described and contained in these Schedules. Nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all of his rights with respect to such issues.

7.     Insurance. The Debtor has, in the past, maintained a variety of insurance policies including property and life. The Debtor's interest in these types of policies is limited to the amount of the premiums that the Debtor has prepaid, if any, as of Petition Date. To the best of the Debtor's knowledge, no such prepayments exist. The Debtor reserves all rights to refunds of any overpayments of premiums paid on any insurance policies. In addition, the Debtor believes there is no cash value in such policies.

8.     Insiders. In the circumstances where the Bankruptcy Schedules require information regarding insiders, the listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an

admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or apparent or actual authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.      <u>Statement of Financial Affairs 19(d) – Financial Statements.</u> The Debtor has tried to remember all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtor reserves his rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

10.      <u>Specific Notes.</u> These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, list, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, list, or continuation sheet.

11.      <u>Totals.</u> All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

12.      <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

13.      <u>General Reservation of Rights.</u> The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of his Schedules and SOFAs as and to the extent necessary as he deems appropriate.

14.      <u>Specific Notes.</u>

- Schedule A/B: Property – Part 1 – Residence
  - Part 1.0: Home Residence (homestead)
    - Realtor.com basis for value as of June 27, 2024
      - Current value of the portion you own: per pre-nuptial agreement, Alexander E. Jones ("<u>AEJ</u>") and his wife each own a separate percentage of the residence; and 10% each year of the marriage starting in 2018 transfers from AEJ to his wife each year.  As of 2024, AEJ should own 60%; however, she has not yet filed the transfers of the most recent 20% in the real property records; therefore the 80% value as shown in the Chapter 11 Schedules is also as listed in these schedules.
  - Part 1.2: Rental Property
    - Located in SE Austin
    - Zillow Zestimate - $501,600 as of June 27, 2024
    - 15-year + tenant, lease is a verbal month-to-month.
    - Tenant performs & has never had rent adjusted.

3

- Tenant pays $1,200 per month plus maintenance, upkeep and part-time IT work for AEJ and Free Speech Systems, LLC ("FSS").
- No updates or improvements to the property have been performed during the tenants occupancy.
- The mortgage is $1,834 including escrow for taxes and insurance.
- Pays in cash & deposited into PNC DIP depository account pre-conversion (current)
- David Jones was seller (05/15/2015) and is co-mortgagee. Due to limitations of the software, since the debtor owns 100% of the property on Form 106H, the codebtor was not reflected.
  - o Part 1.3: Lake House - located on Lake Travis
    - Appraised value of $1,750,000 as of 10/17/2022 by Wheeler Appraisal, LLC prepared for Jordan & Ortiz, P.C.
    - Lake house was purchased in 2015.
    - The property is currently listed for sale by Keller Williams at a listing price of $1,395,000.
  - o Questions regarding condominiums per initial filing:
    - Condo # 3 – Purchased June 7, 2017, from Grantor, Jeffrey R Skipper & Delee D. Skipper by David Jones solely as the trustee of Alexander E Jones Descendant and Beneficiary Trust (Grantee).
    - Condo # 5 – AEJ conveyed to RCGJ, LLC (March 18, 2016), RCGJ, LLC conveyed to Alexander E Jones Descendant and Beneficiary Trust (June 30, 2017).
    - Condo # 6 – Purchased February 25, 2016 (original deed) from 3504 Clawson Road, LLC (seller) by RXXCTTGAA Trust (corrected deed filed on April 25, 2016); and later sold to the Alexander E. Jones Decendents and Beneficiary Trust.
    - Insurance was paid by AEJ pre-petition and was transferred to owner to future payments.
- Schedule A/B: Property – Part 2 – Vehicles
  - o 3.0: Cars, vans, trucks, sport utility vehicles, motorcycles
    - 3.1: 2017 Ford Expedition (good condition)
      - Auto Trader sales value of $17,500 as of June 25, 2024
    - 3.2: 2020 Dodge Charger (Hellcat) (good condition)
      - Kelly Blue Book trade in value $58,105 as of 06/28/24

- Schedule A/B: Property – Part 3 – Personal and Household Items
  - o 6 – 9 & 11
    - Appraisal performed March 9, 2023, by ValuePros LLC – total value of household goods located in homestead; certain items were depreciated due to time since appraisal.
    - Located two additional watches after appraisal
      - Omega 300 CO-Axial – value of $2250 per wholesale jeweler

4

- Tag Heuer Autavia – value of $1000 per wholesale jeweler
- o 9. Equipment for sports and hobbies (3 electric bikes).
  - Rhino (Zugo)
  - Two (2) Bakcou
- o 10. Firearms -
  - Value by Mike Cargill of Central Texas Gun Works as of 02/22/23 in a range of $62,089 (dealer value) – $89,606 (used retail value). After appraisal was completed, found five additional guns in AEJ's closet (three revolvers, a pistol and a rifle) – per Cabella's website, the value of each new is valued at a total of $11,655.
  - Total value of firearms as of the Petition Date was $73,744.
  - Non-exempt firearms were sold by Central Texas Gunworks owned by Michael Cargill in bulk sale for $65,567.99 excluding sales tax. Per the contract, the dealer is entitled to a 15% commission or $9,835.20. Debtor has received payment of $20,000 on 6/7/24 for delivery of guns to buyer totaling $18,475.00 excluding taxes. The remaining firearms are scheduled to be picked up from the dealer the week of July 8. The debtor is scheduled to receive $35,732.79 upon delivery net of commission.
- o 13.0 Non-farm animals
  - Ragdoll cat (approximately 4 years old) – valued at $200.



- o 14.0 Cryoniq Cryogenic chamber – valued at $4,000 per conversations with President of the Company in March 2023 and depreciated to $3,000 for June 2024.

- o 19.0 Non-publicly traded stock and interests and unincorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture.
  - Free Speech Systems, LLC
    - Value $0, derived from schedules filed by FSS (case # 22-60043), reflecting the value of liabilities greater than assets
    - Tax forfeiture on March 10, 2023
  - AEJ Austin Holdings LLC
    - Owns 80% of PLJR Holdings Limited, LLC which owns 90% of PQPR Holdings Limited, LLC ("PQPR"), an effective 72% ownership of PQPR
    - Value of PQPR is undetermined
    - Bank balance $10,000 – (Security Bank account #0940).
  - Guadalupe County Land and Water LLC
    - Ranch was transferred from Guadalupe County Land and Water LLC (per appraisal) to 2022 Appeal Trust and thereafter to AEJ on December 2, 2022 (listed elsewhere in these Schedules under farm and ranch land).

- No other assets found.
- Magnolia Management LLC
  - Formed in Alaska on November 16, 2007, to be the general partner of Magnolia Holdings, Limited Partnership, also an Alaska entity formed four days after.
    - Owned 49% by AEJ and 51% by KJ as of formation.
    - 100% ownership by AEJ in Divorce Decree entered March 17, 2015
    - Involuntarily dissolved September 23, 2021
- Magnolia Management, LP
  - Presumed to be an abbreviated reference to Magnolia Holdings Limited Partnership (above)
  - TX SOS – Shows several results like this name. Magnolia Management is shown as a DBA of Alex Jones shown on one of his Bank of America bank statements along with Jones Production and Infowards [sic].
  - Current rental property originally purchased by Dr. David Jones. Alex Jones was added to mortgage when he purchased property in 2015 from Dr. David Jones.
  - Collections from rental went into Magnolia Management Bank of America account but now go into PNC DIP depository account.
  - Mortgage on rental property is in name of David Jones and AEJ.
- Magnolia Holdings Limited Partnership
  - Formed in Alaska on November 20, 2007, to be the owner of Prison Planet TV, LLC; Jones Report, LLC; and Infowars, LLC (k/n/a/ InfoW, LLC)
    - Owned 49.5% by AEJ and 49.5% by KJ as of formation.
    - 100% ownership by AEJ in Divorce Decree entered March 17, 2015
    - Involuntarily dissolved on May 9, 2020
- Jones Productions
  - Believed to be a misnomer of Jones Productions, LLC (below)
- Emric Productions LLC
  - Bank of America bank account with a balance of $485.27 in this name
  - No entity by this name has been located
  - No other assets have been located as of the date hereof
- A. Emric Productions LLC
  - No bank accounts or other assets located as of the date hereof
  - Formed on May 10, 2007
  - Tax forfeiture occurred on January 28, 2011, over 12 years ago
- Jones Report, LLC

6

- Received an assignment from AEJ for all copyrights, trademarks, intellectual property associated with prisonplanet.com and jonesreport.com on December 18, 2007
- Tax Forfeiture March 10, 2023
- Go Daddy Valuation as of March 2023 - $5,901.00
- Websites now believed to be owned prior to transfer by FSS due to registration on Epik anonymizer and general course of conduct where AEJ had employees of FSS buy website domains and put the charge on his American Express and then FSS reimbursed charges pre-petition, so value is now zero

- Jones Productions, LLC
  - No bank accounts or other assets located as of the date hereof
  - Tax Forfeiture March 10, 2023

- Austin Shiprock Publishing, LLC (added)
  - Upon information and belief, AEJ owns 100% membership interests and is manager – no operating agreement has been located.
  - FSS received Travis County personal property tax bill rendering reflecting a tax value of $1,354,474 of personal property owned by this company but located at FSS' location. This tax bill was paid in 2002 by FSS.
  - No value is reflected due to the belief that this personal property is or should be owned by FSS.

- Planet Infowars, LLC (added)
  - Upon information and belief, AEJ owns 100% membership interests and is manager – no operating agreement has been located.
  - No bank accounts or other assets located as of the date hereof
  - Tax Forfeiture March 10, 2023

- RCGJ, LLC
  - No bank accounts or other assets located as of the date hereof
  - David Jones is manager
  - Unknown ownership

- AEJ Holdings, LLC
  - Cannot locate this entity – it appears to be a misnomer of AEJ Austin Holdings LLC

- InfoW, LLC
  - Transferred into 2022 Litigation Settlement Trust.
  - Forfeited corporate existence dated March 10, 2023.
  - No ownership or control by AEJ.

- Originally believed that this entity owned domains whatistheendgame.com, truthisnews.us, Infowars.com, and Infowars.net valued at a total of $21,734 by Go Daddy.
- Websites now believed to be owned prior to transfer by FSS due to registration on Epik anonymizer and general course of conduct where AEJ had employees of FSS buy website domains and put the charge on his American Express and then FSS
  - IWHealth, LLC
    - Transferred into 2022 Litigation Settlement Trust.
    - Forfeited corporate existence dated March 10, 2023.
    - No ownership or control by AEJ.
    - Funds transferred by CRO of $45,000.
  - Prison Planet TV, LLC
    - Transferred into 2022 Litigation Settlement Trust.
    - Originally believed to own prisonplanet.tv website which is valued by Go Daddy at $201.
    - Forfeited corporate existence dated March 10, 2023.
    - No ownership or control by AEJ.
    - Websites now believed to be owned prior to transfer by FSS due to registration on Epik anonymizer and general course of conduct where AEJ had employees of FSS buy website domains and put the charge on his American Express and then FSS

  The three entities above were transferred by Alex Jones to the 2022 Litigation Settlement Trust in April 2022 in advance of their bankruptcy filings. The Trustee is Rob Dew.

  Value - $45,000.00

  One entity – End Hate Now, LLC formed in Nevada has an "Alex Jones" name associated with it; however, AEJ has no memory of this entity and upon information and belief it is not related to AEJ.

- o 20.0 Crypto – Value listed as of 1/1/24; value likely to be subsumed by cost of liquidation.
- o 30.0 Other amounts someone owes you – amounts not paid by FSS under Employment Agreement.

- o 33.0 Claims against third parties
  - Represented Debtor in Texas litigation; claim not valued currently.
- o 38.0 Accounts receivable or commissions you already owned
  - Mountain Way Marketing, LLC; amount owed to Debtor for marketing & personal appearance fees as of the petition date, amount outstanding has since been collected and all funds returned to FSS.

- Elevated Solutions Group ("ESG") – Prior to AEJ's filing, ESG had an agreement with AEJ and a separate agreement with FSS to provide for the purchase, promotion and sale of Platinum products. Since the filing, FSS and AEJ have ceased doing business with ESG and future sales will be made through FSS.
  - o 41.0 Inventory – AEJ purchased inventory (supplements) from Hi-Tech Pharmaceuticals, a dietary supplement industry leader in pre-workouts, diet & energy / weight loss, and strength & muscle building.
    The original inventory cost was $760,854. Product was being marketed through a marketing agreement(s) with ESG and FSS. As of June 14, inventory remaining to be sold has a cost basis of $185,086.23.
    - Originally marked "NO" Had no; revised to "YES".
  - o 42.0 Interests in partnerships or joint ventures – please see entities under section 19.

- Part 7
  - o 53. Other property of any kind you did not already list
    - Access to Helicopter
      - Non-transferable
      - Initially in exchange for a one-time payment of $335,000 dated 03/03/2021 from FSS, check # 10635, AEJ jointly owned one (1) helicopter with S&S 1165 Investment, LLC.
      - When sold, AEJ rolled his proceeds into up to eight (8) trips per year for a term of fifteen years.
    - Alex Was Right (GiveSendGo) – valued at $11,702.79 as of June 14, 2024. GiveSendGo is a Christian crowdfunding website founded in 2014. The website was founded as a response to GoFundMe removing campaigns that they did not agree with.
- Schedule A/B: Property
  - o 25.0 Continuation Page
    - We have spoken to or reached out to no less than nine (9) attorneys to find information on the following trusts along with asking UCC for any information they have.
      - David Minton – Minton, Bassett, Flores & Carsey
      - Stephen Lemmon – Streusand, Landon, Ozburn & Lemmon, LLP
      - Elizabeth Morgan – Elizabeth Morgan & Associates
      - Shelby Jordan – Jordan & Ortiz, P.C.
      - Eric Taube – Holland & Knight
      - Ray Battaglia – Ray Battaglia, PLLC
      - Mike Cook – Cook Brooks Johnson PLLC
      - H. Allen Hill, Jr. – The Law Office of H. Allen Hill, Jr.
    - We have discussed trusts with the following non-attorneys.

- Alex Jones
- David Jones
- Bob Roe
- Rob Dew

■ We have spoken to all the following Trustees of the trust's as follows:

- RXXCTTGAA Trust – David Minton
- Green Leaf Trust – Alexander Jones & Kelly Jones (have not spoken to [ex-wife])
- AEJ 2018 Trust – Alexander Jones
- The Missouri779384 Trust – David Jones
- Alexander E Jones Descendent and Beneficiary Trust – David Jones
- 2022 Litigation Settlement Trust – Robert Dew Initial Trustee
- Recharge Dynasty Trust – Alexander E. Jones

■ 25. Schedule A/B: Property

- Recharge Dynasty Trust (formed July 27, 2102) – value $0.
  - Settlor – Alexander E. Jones and Kelly Rebecca Jones.
  - Trustee – Alexander E. Jones.
  - Beneficiaries: Rex Alexander Jones, Charlotte Alexander Jones and G. G. Jones, and any other descendants of the Settlors born during the term of the trust.
  - Security Bank Crawford closed its account due to Kelly Rebecca Jones (Alex's ex-wife) mis-appropriating funds from bank account to pay for her legal fees and handed David Jones a cashier's check that he deposited into Alex's Prosperity account. David then had Prosperity Bank (#9175) give him a cashier's check dated December 12, 2022 for $29,935.66. Check was deposited into PNC DIP depository account (#5233) on January 3, 2023 for $29,935.66.
- 2022 Litigation Settlement Trust (formed April 14, 2022)
  - Rights title and interest to:
    - InfoW, LLC. f/k/a Infowars, L.L.C.
    - IWHealth, LLC, f/k/a Infowars Health, L.L.C.
    - Prison Planet TV, LLC.
    - Trustee – Robert Dew
  - Based upon cash owed to IWHealth, LLC the value is $45,000.00
- Hutton Cabin Trust – Hutton Cabin Trust, formed in November 2009 by AJ and his ex-wife, revoked pursuant to the Divorce Decree
- RXXCTTGAA Trust (formed June 1, 2015) –

- o Beneficiary – Alexander E. Jones while living.
- o Used for owning the homestead in anonymous trust for privacy reasons only
- Green Leaf Trust (formed December 21, 2007) – $127,094 Security bank account.
  - o Alexander Jones & Kelly Jones [ex-wife] – co-trustees.
  - o Beneficiaries are children of AEJ: R. Jones, C. Jones and G. Jones.
  - o Kelly Jones resigned as Trustee pursuant to Divorce Decree in 2015.
- AEJ 2018 Trust (formed July 24, 2018) – $6,825 Security bank account (# 0924).
  - o 100% owner of AEJ Austin Holdings LLC., which owns 90% of PLJR Holdings LLC which owns 80% of PQPR Holdings Limited, LLC per 2020 tax returns.
  - o Irrevocable Trust.
  - o Alexander E Jones is sole trustee and beneficiary.
- The Missouri779384 Trust (formed May 9, 2018) – $54,581 Security bank account.
  - o Recipient of proceeds from sale of former Westlake Hills home.
    - ▪ Original net sales proceeds went into trust from sale of home.
  - o Where majority of attorney retainers/fees paid from.
- Alexander E. Jones Descendant and Beneficiary Trust Agreement (formed March 28, 2017) – holds condo's # 3, 5 and 6.
  - o Zillow Zestimate # 3 –value $804,100 as of 03/15/23.
  - o Zillow Zestimate # 5 –value $767,400 as of 05/15/23.
  - o Zillow Zestimate # 6–value $828,300 as of 03/15/23.
  - o Grantor – Alexander E Jones.
  - o Trustee – David R. Jones.
  - o Beneficiaries - Rex Alexander Jones, Charlotte Alexandra Jones, and G. G. Jones, and all other children born or adopted by the Grantor after the date of the agreement.


- o 8. Within one year before you filed for bankruptcy.
  - ▪ In approximately 2016, Dr. David Jones took possession of 3 vehicles and a piece of real estate upon AEJ paying off the lien upon such real estate held by K. Jones pursuant to their divorce decree. It was not until 4/14/22 that the deed for the real estate showing such transfer was recorded. Moreover, the title transfer of the vehicles was not recorded until

10/12/22, though Dr. David Jones had long since taken possession, and been paying taxes and registration for such vehicles. AEJ does not believe this is a transfer during the window; the UCC in his Chapter 11 case disagreed. Dr. Jones's counsel has also asserted that he has valid defenses to any such claim.

- Part 5
  - o 13. Within two years before you filed for bankruptcy.
    - ▪ Gift cards for children for holidays under $3,000 each.
- Part 7
  - o 19. On April 5, 2022, proceeds of $3,252,925.49 from the sale of house (Cedar Oaks) went into The Missouri779384 Trust.
  - o 21. Safe deposit box
    - ▪ On March 24, 2023, contents of safe deposit box were viewed.
    - ▪ It contained one (1) rubber band.
    - ▪ It was closed prior to conversion.
  - o 22. Storage units
    - ▪ As of the Petition Date, the Debtor had access to and property in approximately 9 storage units.
    - ▪ All units viewed by UCC and UST representatives.
    - ▪ During Chapter 11, an auctioneer was hired, and the contents were sold, or personal art and collectibles and furniture were moved to AEJ home.
    - ▪ Remaining units are listed as of conversion of the case.
- Form 107 Part 2:
  - o Income reflected in this section represents the amounts reported on the Amended Statement of Financial Affairs filed in the debtor's chapter 11 case prior to conversion. The income reported are for years 2023, 2022 and 2022; not 2024, 2023 and 2022 as shown. Income for the current year to date during while both debtor and Free Speech Systems (case no. 22-60043) is $1,282,119 (through June 14, 2024) and $10,387,609 (through May 31, 2024) per the internally prepared unaudited financial statements.

**Fill in this information to identify your case:**

| Debtor 1 | Alexander | E. | Jones |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
| --- | --- | --- | --- |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Southern District of Texas**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

**1. What is your current marital status?**

☒ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Alexander**      **E.**      **Jones**

First Name      Middle Name      Last Name

Case number *(if known)* _____

---

### Part 2:   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$7,943,662.00**<br>**$30,296,069.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, __2023__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$1,144,054.00**<br>**$37,593,377.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2022__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$639,118.00**<br>**$45,520,393.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Rental Income (see Schedule I, Part 2. 8(a))** | **$14,400.00** | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, __2023__ )<br>YYYY | **Rental Income (see Schedule I, Part 2. 8(a))** | **$14,400.00** | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, __2022__ )<br>YYYY | **Rental Income (see Schedule I, Part 2. 8(a))** | **$14,400.00** | _____ | _____ |

| Debtor 1 | **Alexander** | **E.** | **Jones** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ **No. Go to line 7.**

☐ **Yes.** List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ **No. Go to line 7.**

☑ **Yes.** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Muniz, L.**<br>Creditor's Name<br><br>Number   Street<br><br>City   State   ZIP Code | 09/23/2022 -<br>10/18/2022 | $16,117.71 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **Admin** |
| **JPMorgan Chase**<br>Creditor's Name<br><br>Number   Street<br><br>City   State   ZIP Code | 10/04/2022-10<br>/25/2022 | $73,458.00 | | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Pattis, Norman A.**<br>Creditor's Name<br><br>Number   Street<br><br>City   State   ZIP Code | | $160,025.00 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **Retainer** |
| **Martin, Chris**<br>Creditor's Name<br><br>Number   Street<br><br>City   State   ZIP Code | | $110,025.00 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **Retainer** |

| Debtor 1 | **Alexander** | **E.** | **Jones** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Travis County, Texas** <br> Creditor's Name <br><br> Number   Street <br><br> City   State   ZIP Code | 12/01/2022-12/02/2022 | $59,816.22 | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **Property Taxes** |
| **Contini Renovations** <br> Creditor's Name <br><br> Number   Street <br><br> City   State   ZIP Code | 09/07/2022-10/18/2022 | $17,829.85 | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **Home Repair** |
| **Minton Burton Bassett & Collins** <br> Creditor's Name <br><br> Number   Street <br><br> City   State   ZIP Code | 11/23/2022 | $20,000.00 | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **Retainer** |
| **PrivJets** <br> Creditor's Name <br><br> Number   Street <br><br> City   State   ZIP Code | 11/07/2022 | $51,944.56 | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other _____ |
| **Allstate** <br> Creditor's Name <br><br> Number   Street <br><br> City   State   ZIP Code | 09/16/2022 - 11/16/2022 | $22,581.82 | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other _____ |
| **Austin Security and Investigation Solutions, LLC** <br> Creditor's Name <br><br> Number   Street <br><br> City   State   ZIP Code | 10/18/2022 | $39,575.12 | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **Personal Security** |

Debtor 1  **Alexander**          **E.**          **Jones**          Case number *(if known)* _____
      First Name         Middle Name       Last Name

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Erika Wulff Jones**<br>Insider's Name<br><br>Number   Street<br>**Austin, TX 78735**<br>City   State   ZIP Code | **See attachment** | **$833,943.00** | **Unliquidated** | **Premarital Agreement which requires monthly payments with a 4% annual escalation throughout the term of the marriage plus reimbursement of certain expenses set forth in the agreement plus vehicle to be replaced periodically as set forth therein.** |
| **David Ross Jones**<br>Insider's Name<br>**c/o Stephen A. Roberts, 1400 Marshall Ln.**<br>Number   Street<br>**Austin, TX 78703-3407**<br>City   State   ZIP Code | **See attachment** | **$1,191,178.00** | **$0.00** | **Of the $1,191,178, $500,000.00 was a direct pass-through from The Missouri779384 Trust to David Jones (Security Bank Acct #753) then immediately to Alexander E. Jones (Security Bank Acct #8548). $330,000.00 went to pay for professional retainer fees. $447,813.84 was reimbursement for charges incurred by Alex on David's credit cards and other payments made on behalf of Alex. Alex was an authorized user of David's credit card and used it due to credit limitations. $243,364 was for transfers of property and vehicles.** |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No

☑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **David R. Jones, Trustee**<br>Insider's Name<br>**c/o Stephen A. Roberts, 1400 Marshall Ln.**<br>Number   Street<br>**Austin, TX 78703-3407**<br>City   State   ZIP Code | **See attachment** | **$83,146.14** | **$0.00** | **Payments for condos owned by The Alexander E. Jones Descendant and Beneficiary Trust.** |

| Debtor 1 | **Alexander** | **E.** | **Jones** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Marcel Fontaine v. Alex E. Jones, InfoWars, LLC, Free Speech Systems** | **Determination of removed claim or cause** | **U.S. Bankruptcy Court Western District of Texas (Austin)** <br> Court Name <br><br> Number    Street <br><br> City       State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | **22-01022-hcm** | | | |
| Case title | **Neil Heslin v. Alexander E. Jones, InfoWars, LLC, Free Speech Systems, LLC and Owen Shroyer** | **Determination of removed claim or cause** | **U.S. Bankruptcy Court Western District of Texas (Austin)** <br> Court Name <br><br> Number    Street <br><br> City       State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | **22-01023-hcm** | | | |
| Case title | **Scarlett Lewis v. Alexander E. Jones, InfoWars, LLC, and Free Speech Systems, LLC** | **Determination of removed claim or cause** | **U.S. Bankruptcy Court Western District of Texas (Austin)** <br> Court Name <br><br> Number    Street <br><br> City       State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | **22-01024-hcm** | | | |
| Case title | **Gilmore v. Jones et al** | **320 Assault Libel & Slander** | **U.S. District Court Western District of Virginia (Charlottesville)** <br> Court Name <br><br> Number    Street <br><br> City       State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | **3:18-cv-00017-NKM-JCH** | | | |
| Case title | **Klayman v. Infowars, LLC et al** | **320 Assault Libel & Slander** | **U.S. District Court for the Southern District of Florida (Ft. Lauderdale)** <br> Court Name <br><br> Number    Street <br><br> City       State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | **0:20-cv-61912-AMC** | | | |

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Murdock v. Jones et al** | **890 Other Statutory Actions** | **U.S. District Court District of New Jersey (Trenton)**<br>Court Name | ☐ Pending |
| | | | | ☐ On appeal |
| Case number | **3:21-cv-13184-MAS-DEA** | | | ☑ Concluded |
| | | | Number    Street | |
| | | | City            State    ZIP Code | |
| Case title | **Erica Lafferty, David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Jeremy Hensel, Jeremy Richman, Donna Soto, Carlee Soto-Parisi, Carlos Soto, Jillian Soto, and William Aldenberg v. Alex Emeric Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, Prison Planet TV, LLC, Wolfgang Halbig, Corey T. Sklanka, Gensis Communications Network, Inc., and Midas Resources, Inc.** | **Determination of removed claim or cause** | **U.S. Bankruptcy Court District of Connecticut (Bridgeport)**<br>Court Name | ☐ Pending |
| | | | | ☐ On appeal |
| | | | | ☑ Concluded |
| | | | Number    Street | |
| | | | City            State    ZIP Code | |
| Case number | **22-05004** | | | |
| Case title | **William Sherlach v. Alex E. Jones, Free Speech Systems, LLC, Wolfgang Halbig, Cory T. Sklanka, Genesis Communications Network, Inc. and Midas Resources, Inc.** | **Determination of removed claim or cause** | **U.S. Bankruptcy Court District of Connecticut (Bridgeport)**<br>Court Name | ☐ Pending |
| | | | | ☐ On appeal |
| | | | | ☑ Concluded |
| | | | Number    Street | |
| | | | City            State    ZIP Code | |
| Case number | **22-05005** | | | |

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Case title** William Sherlach v. Alex E. Jones, Free Speech Systems, LLC, Wolfgang Halbig, Cory T. Sklanka, Genesis Communications Network, Inc., and Midas Resources, Inc. <br><br> **Case number** 22-05006 | Determination of removed claim or cause | U.S. Bankruptcy Court District of Connecticut (Bridgeport) <br> Court Name <br><br> Number      Street <br><br> City            State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case title** Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique de la Rose, Marcel Fontaine v. Info W, LLC, Alex E. Jones, Free Speech Systems, LLC <br><br> **Case number** 22-06004-mmp | Determination of removed claim or cause | U.S. Bankruptcy Court Western District of Texas (Waco) <br> Court Name <br><br> Number      Street <br><br> City            State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case title** Neil Heslin v. Alex E. Jones et al <br><br> **Case number** D-1GN-18-001835 | Defamation | 261st District Court of Travis County Texas <br> Court Name <br><br> Number      Street <br><br> City            State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case title** Scarlett Lewis v. Alex E. Jones, et al <br><br> **Case number** D1-GN-18-006623 | Defamation | 53rd District Court for Travis County Texas <br> Court Name <br><br> Number      Street <br><br> City            State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case title** Leonard Pozner and Veronique De La Rosa v. Alex E. Jones, et al <br><br> **Case number** D1-GN-18-001824 | Defamation | 345th District Court of Travis County Texas <br> Court Name <br><br> Number      Street <br><br> City            State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

Debtor 1    **Alexander**          **E.**          **Jones**          Case number *(if known)* _____
       First Name       Middle Name       Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Marcel Fontaine v. Alex E. Jones, et al**<br><br>Case number **D1-GN-18-001605** | Defamation | **459th District Court of Travis County Texas**<br>Court Name<br><br>Number    Street<br><br>City        State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Lafferty, et al v. Alex Jones, et al**<br><br>Case number **UWY-CV-18-6046436-S** | Defamation | **In the Superior Court of Connecticut Judicial District of Waterbury**<br>Court Name<br><br>Number    Street<br><br>City        State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Sherlach v. Jones, et al**<br><br>Case number **UWY-CV-18-6046437-S** | Defamation | **In the Superior Court of Connecticut Judicial District of Waterbury**<br>Court Name<br><br>Number    Street<br><br>City        State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Sherlach, et al v. Jones, et al**<br><br>Case number **UWY-CV-18-6046438-S** | Defamation | **In the Superior Court of Connecticut Judicial District of Waterbury**<br>Court Name<br><br>Number    Street<br><br>City        State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1    **Alexander**          **E.**              **Jones**

       First Name          Middle Name        Last Name

Case number *(if known)* _____

| Describe the property | Date | Value of the property |
|---|---|---|
| | _____ | _____ |
| **Explain what happened** | | |

_____
Creditor's Name

_____
Number     Street

_____

_____
City                State    ZIP Code

- ☐ Property was repossessed.
- ☐ Property was foreclosed.
- ☐ Property was garnished.
- ☐ Property was attached, seized, or levied.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | _____ | _____ |

_____
Creditor's Name

_____
Number     Street

_____
City                State    ZIP Code

Last 4 digits of account number: XXXX–__ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:** **List Certain Gifts and Contributions**

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

Debtor 1   **Alexander**          **E.**                **Jones**

First Name          Middle Name          Last Name

Case number *(if known)* _____

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**See Global Notes**

Person to Whom You Gave the Gift

_____

_____

Number     Street

_____

City                    State     ZIP Code

Person's relationship to you _____

**Children, Holidays all under $3,000.00.**

---

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Lake Hills Church**<br>Charity's Name | | **Unknown** | **$2,000.00** |
| **11521 Bee Caves Rd.**<br>Number     Street | | | |
| **Austin, TX 78758**<br>City          State     ZIP Code | | | |

---

**Part 6:**  **List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 7:  List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Crowe & Dunlevy, P. C.** <br> Person Who Was Paid <br><br> **2525 McKinnon St., Suite 425** <br> Number   Street <br><br><br> **Dallas, TX 75201** <br> City   State   ZIP Code <br> **www.cowedunlevy.com** <br> Email or website address <br> **The Missouri779384 Trust** <br> Person Who Made the Payment, if Not You | **Attorney's Retainer - $500,000.00 - $48,193.00 (Prepetition).** | **12/2/2022** | **$48,193.00** |
| **BlackBriar Advisors, LLC** <br> Person Who Was Paid <br><br> **2626 Cole Avenue** <br> Number   Street <br><br><br> **Dallas, TX 75201** <br> City   State   ZIP Code <br><br> Email or website address <br> **The Missouri779384 Trust** <br> Person Who Made the Payment, if Not You | **Retainer $200,000.00** | **12/02/2023** | **$0.00** |
| **Jordan, Shelby A.** <br> Person Who Was Paid <br><br> **500 N. Shoreline Blvd.,** <br> Number   Street <br><br><br> **Corpus Christi, TX 78401-0341** <br> City   State   ZIP Code <br> **www.jhwclaw.com** <br> Email or website address <br> **The Missouri779384 Trust** <br> Person Who Made the Payment, if Not You | **Attorney's Retainer -$146,790.16 paid on 11/30/22 + payments made from 12/01/21 - 12/01/2022 (see attachment).** | **11/30/22** | **$744,844.06** |

Debtor 1     **Alexander**          **E.**          **Jones**                Case number *(if known)* _____
             First Name          Middle Name      Last Name

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | | |
| _____ Number     Street | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ City          State     ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ Person Who Received Transfer | | | _____ |
| _____ Number     Street | | | |
| _____ | | | |
| _____ City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☐ No

☑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust **The Missouri779384** **Trust** _____ | **House sold in November, 2021 for $3,252,925.49 which was transferred to The Missouri779384 Trust (Cedar Oaks Dr., in Westlake).** | **04-05-2022** |

Debtor 1  **Alexander**          **E.**              **Jones**

First Name          Middle Name          Last Name

Case number *(if known)* _____

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br><br>Number    Street<br><br>City          State    ZIP Code | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br><br>Number    Street<br><br>City          State    ZIP Code | Name<br><br>Number    Street<br><br>City          State    ZIP Code | | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

Debtor 1  **Alexander**          **E.**          **Jones**                        Case number *(if known)* _____
          First Name        Middle Name          Last Name

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage Ben White**<br>Name of Storage Facility<br><br>**2301 E. Ben White Blvd.**<br>Number    Street<br><br>_____<br>**Austin, TX 78741**<br>City              State      ZIP Code | **David Jones, Alex Jones, L. Muniz (see Motion to Seal, Dkt #230)**<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City              State      ZIP Code | **1 unit - Household furniture.** | ☐ No<br>☑ Yes |

---

**Part 9:**  **Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>Owner's Name<br><br>_____<br>Number    Street<br><br>_____<br>City              State      ZIP Code | _____<br>Number    Street<br><br>_____<br>City              State      ZIP Code | | _____ |

---

**Part 10:**  **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Fill in the details.

Debtor 1  **Alexander**          **E.**          **Jones**

First Name          Middle Name          Last Name

Case number *(if known)* _____

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

Name of site _____     Governmental unit _____

Number     Street _____     Number     Street _____

_____     City          State     ZIP Code _____

City          State     ZIP Code

---

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

Name of site _____     Governmental unit _____

Number     Street _____     Number     Street _____

_____     City          State     ZIP Code _____

City          State     ZIP Code

---

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|
| | | ☐ Pending |
| | | ☐ On appeal |
| | | ☐ Concluded |

Case title _____     Court Name _____

_____     Number     Street _____

Case number _____     City          State     ZIP Code

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☑ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Free Speech Systems, LLC** | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | | Do not include Social Security number or ITIN. |
| | Media production. | EIN: 2 6 – 1 5 1 0 0 0 5 |
| **c/o Annie Catmull, 4400 Post Oak Pkwy, Ste. 2360** | Name of accountant or bookkeeper | Dates business existed |
| Number          Street | Patrick MaGill and Jeff Shulse | From 11/16/2007 To 03/10/2023 (Tax Forfeiture) |
| **Houston, TX 77027** | | |
| City                State      ZIP Code | | |

| **Magnolia Management, LLC** | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | | Do not include Social Security number or ITIN. |
| | General Partner for Magnolia Holdings, Limited Partnership | EIN: 6 1 – 1 5 4 6 9 1 5 |
| **3059 Mountainwood** | Name of accountant or bookkeeper | Dates business existed |
| Number          Street | NA | From 11/16/2007 To 09/23/2021 |
| **Juneau, AK 99801** | | |
| City                State      ZIP Code | | |

| **Magnolia Holdings, Limited Partnership** | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | | Do not include Social Security number or ITIN. |
| | Holding company for Prison Planet TV, LLC, Jones Report, LLC and Infowars, LLC. | EIN: 2 6 – 1 5 0 9 9 0 6 |
| **1225 E. International Airport Rd., Suite 100** | Name of accountant or bookkeeper | Dates business existed |
| Number          Street | NA | From 11/20/2007 To 05/29/2020 |
| **Anchorage, AK 99518** | | |
| City                State      ZIP Code | | |

| **Prison Planet TV, LLC** | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | | Do not include Social Security number or ITIN. |
| | Holds movie rights | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **3005 S. Lamar Blvd., Suite D-109317** | Name of accountant or bookkeeper | Dates business existed |
| Number          Street | NA | From 11/15/2007 To 03/10/2023 (Tax Forfeiture) |
| **Austin, TX 78704** | | |
| City                State      ZIP Code | | |

Debtor 1    **Alexander**          **E.**          **Jones**          Case number *(if known)* _____

First Name        Middle Name        Last Name

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Jones Report, LLC**<br>Name | **Holds Intellectual Property** | |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| **3005 S. Lamar Blvd., Suite D-109317**<br>Number    Street | Name of accountant or bookkeeper | Dates business existed |
| | NA | From  11/15/2007  To  03/10/2023 |
| **Austin, TX 78704**<br>City          State    ZIP Code | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **AEJ Austin Holdings, LLC**<br>Name | **Distributions from AEJ 2018 Trust** | EIN:  8  3  –  2  0  2  4  1  6  7 |
| **PO Box 19549**<br>Number    Street | Name of accountant or bookkeeper | Dates business existed |
| | NA | From  09/24/2018  To  03/10/2023 |
| **Austin, TX 78760**<br>City          State    ZIP Code | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Planet Infowars, LLC**<br>Name | **Unknown - upon information and belief, this entity has not been used** | EIN: __ __ – __ __ __ __ __ __ __ |
| **PO Box 19549**<br>Number    Street | Name of accountant or bookkeeper | Dates business existed |
| | NA | From  04/04/2012  To  03/10/2023 |
| **Austin, TX 78760-9549**<br>City          State    ZIP Code | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Emeric Productions, LLC**<br>Name | **Unknown - upon information and belief, this entity has not been used** | EIN: __ __ – __ __ __ __ __ __ __ |
| **Uknown**<br>Number    Street | Name of accountant or bookkeeper | Dates business existed |
| | NA | From  05/10/2007  To  11/28/2011 |
| City          State    ZIP Code | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Austin Shiprock Publishing, LLC**<br>Name | **Unknown - upon information and belief, this entity has not been used** | EIN: __ __ – __ __ __ __ __ __ __ |
| **PO Box 19549**<br>Number    Street | Name of accountant or bookkeeper | Dates business existed |
| | | From  04/24/2012  To  03/10/2023 |
| **Austin, TX 78760-9549**<br>City          State    ZIP Code | | |

Debtor 1  **Alexander**          **E.**          **Jones**          Case number *(if known)* _____

First Name          Middle Name          Last Name

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Infowars n/k/a Infow, LLC**<br>Name | **Holds Intellectual Property** | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| **3005 S. Lamar Blvd., Suite D-109317**<br>Number      Street<br><br>**Austin, TX 78704**<br>City          State    ZIP Code | **NA** | From  11/15/2007  To  03/10/2023 |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Jones Productions, LLC**<br>Name | | EIN:  2  6 – 1  5  0  9  9  5  5 |
| | Name of accountant or bookkeeper | Dates business existed |
| **3005 S. Lamar Blvd., Suite D-109317**<br>Number      Street<br><br>**Austin, TX 78704**<br>City          State    ZIP Code | **NA** | From  01/14/2007  To<br>03/10/2023 (Tax Forfeiture) |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____<br>Name | _____<br>MM / DD / YYYY |
| _____<br>Number      Street | |
| _____<br>City          State    ZIP Code | |

Debtor 1    **Alexander**      **E.**      **Jones**           Case number *(if known)* _____
               First Name          Middle Name          Last Name

---

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


**X**   **/s/ Alexander E. Jones** _____
      Signature of Alexander E. Jones, Debtor 1


Date   **06/28/2024** _____


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).