# EXHIBIT 11

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) |
| Debtor. | § |

**NOTICE OF SUCCESSFUL BIDDER AND BACKUP BIDDER IN THE AUCTION FOR THE ASSETS OF FREE SPEECH SYSTEMS, LLC FREE AND CLEAR OF ANY AND ALL CLAIMS, INTERESTS, AND ENCUMBRANCES**
[Relates to Docket Nos. 859 and 862]

This *Notice of Successful Bidder and Backup Bidder in the Auction for the Assets of Free Speech Systems, LLC Free and Clear of Any and All Claims, Interests, and Encumbrances* is filed pursuant to the Court's *Order Granting Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC* [Docket No. 859] (the "***Order***"),[1] which was entered on September 25, 2024.

**PLEASE TAKE NOTICE** that Christopher R. Murray, Chapter 7 Trustee for the bankruptcy estate of Alex Jones (the "***Trustee***") solicited bids for the auction and sale of the IP Assets and related Remaining Assets consistent with the Order. The Qualified IP Assets Bid Deadline for submission of bids for such assets was November 8, 2024, at 2:00 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that on November 11, 2024, the Trustee caused notice to be sent to those bidders who submitted Qualified Bids, notifying them (i) that their

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Motion for Entry of an Order (I) Authorizing and Approving the Auction and Sale of Assets of Free Speech Systems, LLC Free and Clear of All Liens, Claims and Encumbrances and (II) Granting Related Relief* [Docket No. 829] or the Order, as applicable.

1

15662723

submissions were Qualified Bids; (ii) that they were invited to proceed to the final round of bidding on November 13, 2024, at 10:30 a.m. (prevailing Central Time) (the "*IP Assets Auction*"); and (iii) that the form and format of the overbid process for the IP Assets Auction would be by submission of highest and best bids in writing.

**PLEASE TAKE FURTHER NOTICE** that Qualified Bidders submitted their final and best offers by the date of the IP Assets Auction. The Trustee reviewed and considered the Qualified Bids, their cash value, and their overall effect on recoveries for creditors and the interests of all relevant stakeholders. In his reasonable business judgment, the Trustee has designated the joint bid by Global Tetrahedron, LLC ("*Global Tetrahedron*") and the Connecticut Families[2] as the Successful Bid at the IP Assets Auction and Global Tetrahedron and the Connecticut Families, jointly, as the Successful Bidder. In his reasonable business judgment, the Trustee has designated the bid of First United American Companies, LLC ("*First United*") as the Backup Bid and First United as the Backup Bidder.

**PLEASE TAKE FURTHER NOTICE** that, as authorized by the Order, the Trustee intends to close the sale of the IP Assets and related Remaining Assets to Global Tetrahedron before November 30, 2024.

[*Remainder of page intentionally blank*]

---

[2] The "*Connecticut Families*" are collectively Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker, and Erica Ash.

15662723

Dated: November 14, 2024
    Houston, Texas

                      Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*
    Joshua W. Wolfshohl (Bar No. 24038592)
    Michael B. Dearman (Bar No. 24116270)
    Jordan T. Stevens (Bar No. 24106467)
    Kenesha L. Starling (Bar No.24114906)
    **PORTER HEDGES LLP**
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6000
    Facsimile: (713) 226-6248
    jwolfshohl@porterhedges.com
    mdearman@porterhedges.com
    jstevens@porterhedges.com
    kstarling@porterhedges.com

    *and*

    Erin E. Jones (TX 24032478)
    **JONES MURRAY LLP**
    602 Sawyer Street, Suite 400
    Houston, Texas 77007
    Telephone: (832) 529-1999
    Fax: (832) 529-3393
    erin@jonesmurray.com

    *Counsel for Christopher R. Murray, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 14, 2024, I caused a true and correct copy of the foregoing document to be served on all parties receiving ECF service in the above-captioned case.

                                          */s/ Joshua W. Wolfshohl*
                                          Joshua W. Wolfshohl

4

15662723