# EXHIBIT 15

# **EXHIBIT C**

**FUAC Initial Bid**

ALEXANDER E. JONES FREE SPEECH SYSTEMS INFOWARS | Offering Memorandum

tranzon 360

# Bid Form | Bid Deadline: November 8, 2024 @ 2 pm CST

| Buyer Name | First United American Companies, LLC | Buyer Company | |
|---|---|---|---|
| Phone 1 | | Phone 2 | |
| Address | C/O Walter Cicack, 711 W Alabama, H | City | Houston |
| State/Zip | TX/77006 | Email | wcicack@hcgllp.com (Walter Cicack, a|
| Partner* | | | |

*Any party with a vested interest in the purchase must be disclosed

| LOT — See Attached - Addendum | Group (X) | LOT BID | Intellectual Property Allocation | Equipment/Inventory Allocation |
|---|---|---|---|---|
| Lot 1 Production | Note Equipment Allocation if Applicable | ✓ | $600,000.00 | $275,000.00 | $275,000.00 * |
| Lot 2 E-Commerce | Note Inventory Allocation if Applicable | ✓ | $500,000.00 | $250,000.00 | $250,000.00 |
| Lot 3 Domains | Approximately 280 Domains | ✓ | $50,000.00 | | |
| Lot 4 Contested Domains | Approximately 37 Domains | ✓ | $50,000.00 | | |

** $50,000

*If your bid for any lots are contingent upon other lots, please indicate which lots are to be grouped together by placing an 'x' in the Group column above.*

*Trustee reserves the right to accept or reject any non-conforming bid.*

**Please Email Bids to the Following Parties (if you prefer to mail, please see the Sale Order & Procedures Posted to the website for a list of address.**
jeff@360assetadvisors.com, ktoney@tranzon.com, edurmil@tranzon.com, jwoitshoh@porterhedges.com, mdearman@porterhedges.com, erinjones@jonesmurray.com

I hereby submit my bid for the Packages above in accordance with the terms and conditions of this bid package.

| | 10% Deposit Amount Submitted | $120,000.00 |
|---|---|---|
| | Form of Payment Accepted | Wire Transfer Only |

X _[signature]_

Name: Charles Cicack
Title: Sole Member/Manager of FUAC
Date: November 7, 2024

| Auctioneer Use Only: | |
|---|---|
| Received Date | |
| Received By | |

## Addendum

✶ Includes Servers in Bldg 2, and generator outside of bldg 3

✶✶ Personal property, equipment, and furniture located in Bldg 2. Does not include automobiles