# EXHIBIT 16

**EXHIBIT D**

**GT Initial Bid**

Case 22-33553   Document 955-6   Filed in TXSB on 11/05/24   Page 2 of 3
Case 22-33553   Document 915-16   Filed in TXSB on 11/15/24   Page 3 of 3

ALEXANDER E. JONES | FREE SPEECH SYSTEMS | INFOWARS   |   Offering Memorandum                                                                    Page 11

# Bid Form  | Bid Deadline: November 8, 2024 @ 2 pm CST



| | | | | |
|---|---|---|---|---|
| **Buyer Name** | Ben Collins | | **Buyer Company** | Global Tetrahedron, LLC |
| **Phone 1** | [redacted] | | **Phone 2** | |
| **Address** | [redacted] | | **City** | Chicago |
| **State/Zip** | [redacted] | | **Email** | [redacted] |
| **Partner \*** | The Connecticut Families (as defined in, and to the extent set forth in, the accompanying Bid Letter) | | | |

*Any party with a vested interest in the purchase must be disclosed

| LOT | Group ('x') | LOT BID | Intellectual Property Allocation | Equipment/Inventory Allocation |
|---|---|---|---|---|
| **Lot 1** Production | Note Equipment Allocation if Applicable | ✔ | $ 999,000 | $ 998,000 | $ 1,000 |
| **Lot 2** E-Commerce | Note Inventory Allocation if Applicable | ✔ | $ 1,000 | $ 1,000 | $ 0 |
| **Lot 3** Domains | Approximately 280 Domains | | $ | | |
| **Lot 4** Contested Domains | Approximately 37 Domains | | $ | | |

*If your bid for any lots are contingent upon other lots, please indicate which lots are to be grouped together by placing an 'x' in the Group column above.*

*Trustee reserves the right to accept or reject any non-conforming bid.

**Please Email Bids to the Following Parties (if you prefer to mail, please see the Sale Order & Procedures Posted to the website for a list of address.**
jeff@360assetadvisors.com, ktoney@tranzon.com, edurnil@tranzon.com, jwolfshohl@porterhedges.com, mdearman@porterhedges.com, erin.jones@jonesmurray.com

I hereby submit my bid for the Packages above in accordance with the terms and conditions of this bid package.

| | |
|---|---|
| **10% Deposit Amount Submitted** | $ 100,000 |
| **Form of Payment Accepted** | Wire Transfer Only |

X _Signed by: Ben Collins  1E5646A6B3E849E..._

Name: Ben Collins
Title: CEO
Date: November 8, 2024

| Auctioneer Use Only: | |
|---|---|
| Received Date | |
| Received By | |

Watermark: perication@FSS@Tranzon.com  11/8/2024 9:45:01 PM  Paula Brillson

OFFERING | BID FORM | TERMS