# EXHIBIT 24

|  |  | Backup Bid | Winning Bid (Cash Equivalent) | Winning Bid |
|---|---|---:|---:|---:|
| Purchase Cash |  | 3,500,000 | 4,350,000 | 1,750,000 |
| less: Administrative Costs |  | (750,000) | (750,000) | (750,000) |
| Net Purchase Cash |  | 2,750,000 | 3,600,000 | 1,000,000 |
| Connecticut Families' Share | 75.0% | 2,062,500 | 2,700,000 | 750,000 |
| Gift Class's Share | 25.0% | 687,500 | 900,000 | 250,000 |
| Total Creditor Proceeds |  | 2,750,000 | 3,600,000 | 1,000,000 |
| Gift Class's Share |  | 687,500 | 900,000 | 250,000 |
| Distributable Proceeds Waiver |  | - | - | 650,000 |
| Gift Class Total Recovery |  | 687,500 | 900,000 | 900,000 |

|  |  | Backup Bid | Winning Bid (Cash Equivalent) | Winning Bid |
|---|---|---:|---:|---:|
| Purchase Cash |  | 3,500,000 | 7,000,000 | 1,750,000 |
| less: Administrative Costs |  | (650,000) | (650,000) | (650,000) |
| Net Purchase Cash |  | 2,850,000 | 6,350,000 | 1,100,000 |
| Connecticut Families' Share | 96.7% | 2,755,950 | 6,140,450 | 1,063,700 |
| Gift Class's Share | 3.3% | 94,050 | 209,550 | 36,300 |
| Total Creditor Proceeds |  | 2,850,000 | 6,350,000 | 1,100,000 |

|  |  |  |  |
|---|---:|---:|---:|
| Gift Class's Share | 94,050 | 209,550 | 36,300 |
| Distributable Proceeds Waiver | - | - | 173,250 |
| Gift Class Total Recovery | 94,050 | 209,550 | 209,550 |