# EXHIBIT 28

**Confidential Attorney Work Product**

|  |  | FUC | GT |  |  |
|---|---|---:|---:|---|---|
| Cash Consideration |  |  |  |  |  |
|   IP |  | 2,750,000 | 1,750,000 |  |  |
|   Personal Property |  | 750,000 | - |  |  |
| Total Cash Consideration |  | 3,500,000 | 1,750,000 |  |  |
|  |  |  |  |  |  |
| Administrative Costs |  |  |  |  |  |
|   Legal Fees |  | Included Below | Included Below |  |  |
|   Auctioneer Commission (on IP) |  | " | " |  |  |
|   Auctioneer Commission (on PP) |  | " | " |  |  |
|   Auctioneer Commission (on non-cash) |  | " | " |  |  |
|   Auctioneer Commission (incremental Increase) |  | " | " |  |  |
|   Auctioneer Expenses |  | " | " |  |  |
|   Trustee Commission |  | " | " |  |  |
| Total Administrative Costs |  | (750,000) | (750,000) |  |  |
|  |  |  |  |  |  |
| Net Cash for FSS Creditors |  | 2,750,000 | 1,000,000 |  |  |
|  |  |  |  |  |  |
| Non-CT Creditors | 25.0% | 687,500 | 250,000 |  |  |
| CT Creditors | **75.0%** | 2,062,500 | 750,000 |  |  |
|  |  |  |  |  |  |
| Distributable Proceeds Waiver |  | - | **650,000** |  |  |
|  |  |  |  |  |  |
| Final Non-CT Creditors Distribution |  | 687,500 | 900,000 | *212,500* | Increased Benefit to non-CT creditors |
| Final CT Creditors Distribution |  | 2,062,500 | 100,000 |  |  |
|  |  |  |  |  |  |
| Total FSS Creditors Distribution |  | 2,750,000 | 1,000,000 |  |  |
|  |  |  |  |  |  |
| Cash Value of Bid |  | **3,500,000** | **4,350,000** | *Calculation: Cash(G10) + DPW(G27) / NonCreditor %(C24)* |  |

**Confidential Attorney Work Product**

|  |  | FUC | GT |  |  |
|---|---|---:|---:|---|---|
| Cash Consideration |  |  |  |  |  |
|   IP |  | 2,750,000 | 1,750,000 |  |  |
|   Personal Property |  | 750,000 | - |  |  |
| Total Cash Consideration |  | 3,500,000 | 1,750,000 |  |  |
|  |  |  |  |  |  |
| Administrative Costs |  |  |  |  |  |
|   Legal Fees |  | Included Below | Included Below |  |  |
|   Auctioneer Commission (on IP) |  | " | " |  |  |
|   Auctioneer Commission (on PP) |  | " | " |  |  |
|   Auctioneer Commission (on non-cash) |  | " | " |  |  |
|   Auctioneer Commission (incremental Increase) |  | " | " |  |  |
|   Auctioneer Expenses |  | " | " |  |  |
|   Trustee Commission |  | " | " |  |  |
| Total Administrative Costs |  | (650,000) | (650,000) |  |  |
|  |  |  |  |  |  |
| Net Cash for FSS Creditors |  | 2,850,000 | 1,100,000 |  |  |
|  |  |  |  |  |  |
| Non-CT Creditors | 3.3% | 94,050 | 36,300 |  |  |
| CT Creditors | 96.7% | 2,755,950 | 1,063,700 |  |  |
|  |  |  |  |  |  |
| Distributable Proceeds Waiver |  | - | 173,250 |  |  |
|  |  |  |  |  |  |
| Final Non-CT Creditors Distribution |  | 94,050 | 209,550 | *115,500* | Increased Benefit to non-CT creditors |
| Final CT Creditors Distribution |  | 2,755,950 | 890,450 |  |  |
|  |  |  |  |  |  |
| Total FSS Creditors Distribution |  | 2,850,000 | 1,100,000 |  |  |
|  |  |  |  |  |  |
| Cash Value of Bid |  | **3,500,000** | **7,000,000** | *Calculation: Cash(G10) + DPW(G27) / NonCreditor %(C24)* |  |