IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ALEXANDER E. JONES,<br><br>Debtor, | Case No. 22-33553 (CML)<br><br>Chapter 7 |
| Alexander E. Jones, as debtor and as alleged owner and sole Manager of Free Speech Systems, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>Christopher Murray, as the Chapter 7 Trustee and Global Tetrahedron, LLC, Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jullian Soto-Marino, Carlee Soto Farisi, Robert Parker and Erica Ash<br><br>Defendants. | Case No. 24-03238 (CML)<br><br>Adversary Proceeding |

**CONNECTICUT FAMILIES'
CONSOLIDATED WITNESS AND EXHIBIT LIST**

| Judge | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date | Monday, December 9, 2024 |
| Hearing Time | 1:00 p.m. (CT) |
| Party's Name | Connecticut Families (as defined below) |
| Attorney's Names | Ryan Chapple, Kyle J. Kimpler, Paul A. Paterson, Alinor Sterling (Connecticut Families) |
| Attorney's Phone | 512-477-5000 (Ryan Chapple) |

| Nature of Proceeding | *Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* [22-33553, Dkt. 915] |
|---|---|

David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica Ash (collectively, the "<u>Connecticut Families</u>") hereby submit this Consolidated Witness and Exhibit List ("<u>Witness and Exhibit List</u>") in connection with the hearing on the *Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* [22-33553, Dkt. 915], to be held on Monday, December 9, 2024, at 1:00 p.m. (Central Time).

The Connecticut Families reserve the right to supplement, amend, or revise this Witness and Exhibit List at any time prior to the hearing. The Connecticut Families reserve the right to supplement the Witness and Exhibit List with new witnesses and additional exhibits. Further, the Connecticut Families reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Connecticut Families further reserve the right to introduce exhibits previously admitted.

### WITNESS LIST

The Connecticut Families may call the following witnesses at the hearing:

1. Any witness necessary to rebut the testimony of any witness called or designated by any other parties;
2. Any witness listed or called by any other party.

### EXHIBIT LIST

The Connecticut Families may offer for admission into evidence any of the following exhibits at the hearing:

| No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned cases or in *In re: Free Speech Systems LLC*, Case No. 22-60043 (CML) | | | | |
| | Any exhibits identified or offered by any other party | | | | |
| | Any exhibits necessary for impeachment and/or rebuttal purposes | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*[Remainder of page intentionally left blank]*

Respectfully submitted this 5th day of December 2024.

          **CAIN & SKARNULIS PLLC**
          By: */s/ Ryan E. Chapple*
          Ryan E. Chapple
          State Bar No. 24036354
          303 Colorado Street, Suite 2850
          Austin, TX 78701
          Telephone: (512) 477-5000
          Fax: (512) 477-5011
          E-mail: rchapple@cstrial.com

          **KOSKOFF KOSKOFF & BIEDER, PC**
          Alinor C. Sterling (admitted *pro hac vice*)
          350 Fairfield Avenue
          Bridgeport, CT 06604
          Telephone: (203) 336-4421
          E-mail: asterling@koskoff.com

          **PAUL, WEISS, RIFKIND,**
          **WHARTON & GARRISON LLP**
          Kyle J. Kimpler (admitted *pro hac vice*)
          Paul A. Paterson (admitted *pro hac vice*)
          Leslie Liberman (admitted *pro hac vice*)
          Vida Robinson (admitted *pro hac vice*)
          1285 Avenue of the Americas
          New York, NY 10019-6064
          Telephone: (212) 373-3000
          Fax: (212) 757-3990
          E-mail: kkimpler@paulweiss.com
          E-mail: ppaterson@paulweiss.com
          E-mail: lliberman@paulweiss.com
          E-mail: virobinson@paulweiss.com

          ***Co-Counsel to the Connecticut Families***

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List has been served on counsel for the Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 5th day of December 2024.

                        */s/ Ryan E. Chapple*
                        Ryan E. Chapple