# X Corp. Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALEXANDER E. JONES, | ) | Case No. 22-33553 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## X CORP.'S LIMITED OBJECTION TO TRUSTEE'S PROPOSED SALE MOTIONS

X Corp. hereby files this limited objection (this "**Objection**")[1] to the (i) *Notice of Successful Bidder and Backup Bidder in the Auction for the Assets of Free Speech Systems, LLC Free and Clear of Any and All Claims, Interests, and Encumbrances* [ECF No. 903] (the "**Successful Bidder Notice**"), (ii) *Expedited Motion of Trustee Christopher R. Murray for an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* [ECF No. 915] (the "**FSS Sale Motion**"), and (iii) *Trustee's Emergency Motion for Entry of an Order Authorizing (I) the Sale of Intellectual Property Assets in Connection with the Winddown of Free Speech Systems, LLC and (II) the Assumption and Assignment Of Executory Contracts* [ECF No. 882] (the "**Jones IP Sale Motion**")[2].  In support of this Objection, X Corp. respectfully states as follows:

## PRELIMINARY STATEMENT

1.     Pursuant to the Successful Bidder Notice and FSS Sale Motion, Christopher R. Murray, Chapter 7 trustee (the "**Trustee**") for the bankruptcy estate of Alexander E. Jones ("**Jones**") is seeking to sell certain assets of Free Speech Systems, LLC ("**FSS**" and such proposed

---

[1]  Contemporaneously herewith, X Corp. intends to file X Corp.'s *Limited Statement and Reservation of Rights* in the adversary proceeding, Case No. 24-03238 (CML), pending before this Court.

[2]  It remains unclear whether the Trustee (as defined herein) will ultimately attempt to sell the Jones X Account (as defined herein).  Out of abundance of caution, X Corp. files this Objection to any future sale of the Jones X Account as contemplated by the Jones IP Sale Motion so that any potential purchaser is aware of X Corp.'s position as to the sale or transfer of such assets.

sale, the "**Sale**") in connection with the Chapter 7 bankruptcy case (the "**Chapter 7 Case**") of Jones. X Corp. does not object to the proposed sale as a general matter, but objects to any proposed sale or other purported transfer of any account used by Jones or FSS that is maintained on the X platform ("**X**").

2.    In particular, X Corp. objects to the sale, assignment, or transfer of: (a) the Infowars X account (https://x.com/infowars); (b) the Banned.Video X account (https://x.com/BANNEDdotVIDEO); (c) The War Room X account (https://x.com/WarRoomShow); (d) the Alex Jones X Account (https://x.com/RealAlexJones) (the "**Jones X Account**"); and (e) any other accounts maintained by FSS or Jones on X (collectively, the "**X Accounts**").

3.    Accounts on X are governed by the X Terms of Service ("**TOS**").[3]  Under both the Prepetition TOS and the Current TOS, all right, title, and interest in and to X Corp.'s services, including X Corp.'s various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and other covered services (collectively, the "**Services**") are X Corp.'s "exclusive property." *See* Prepetition TOS § 4; Current TOS § 4. X Corp., as the owner of the Services, grants each user "a personal, worldwide, royalty-free, *non-assignable and non-exclusive license* to use the software provided" to use the Services. *See* Prepetition TOS § 4 (emphasis added); Current TOS § 4 (same). In contrast to the Services, the account holders own the Content (as defined in the TOS) they submit, post, or display on or through the Services; however, the Content is distinct and separate from the Services.

---

[3]  The TOS in effect at the time of the Debtor's chapter 7 filing (Version 17, in effect as of June 10, 2022) are attached as **Exhibit A** (the "**Prepetition TOS**"); the TOS in effect today (Version 20, in effect as of November 15, 2024) are attached as **Exhibit B** (the "**Current TOS**"). With respect to which version of the TOS governs the X Accounts, *see* Paragraph 22 herein.

4.      Pursuant to the Successful Bidder Notice, the Sale Motion, and to the extent applicable, the Jones IP Sale Motion, the Trustee now seeks to contravene X Corp.'s TOS by improperly selling or otherwise transferring the X Accounts (which neither Jones nor his bankruptcy estate own) to a third party.  While X Corp. takes no position as to the sale of any Content posted on the X Accounts, X Corp. is the *sole* owner of the Services being sold as part of the sale of the X Accounts.  While X Corp. has granted account holders, such as Jones and FSS, a license to use the Services, such license is non-assignable, both under the terms of the TOS and applicable non-bankruptcy law (*i.e.*, as a personal services contract), and the Trustee cannot sell, assign, or otherwise transfer such license absent X Corp.'s consent.

5.      X Corp. is compelled to file this Objection to make clear that X Corp. does not consent to the sale or any other transfer of the non-assignable X Accounts, which in turn, means the X Accounts cannot be sold or transferred at this time.

6.      In the realm of bankruptcy, the sanctity of valid, enforceable contracts remains inviolable.  *See In re Celsius Network LLC*, 647 B.R. 631, 648 (Bankr. S.D.N.Y. 2023) (finding novel ownership right issue was governed by Terms of Use agreed to by account holders).  The Trustee must not be permitted to undermine X Corp.'s rightful ownership of the property it licensed to FSS, Jones, or any other account holder on the X platform.

7.      For the reasons described herein, X Corp. respectfully submits that the X Accounts may not be sold, assigned, or otherwise transferred as part of the Sale nor can any X account, including any maintained personally by Jones, including the Jones X Account, be sold to any third party.

3

## **RELEVANT BACKGROUND**

8.      On August 22, 2024, the Trustee filed the *Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC* [ECF No. 829] (the "**Winddown Motion**").

9.      On September 25, 2024, the Court entered the *Order Granting Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC* [ECF No. 859] (the "**Winddown Order**"), which authorized the Trustee to, among other actions, auction and sell (i) intellectual property assets of FSS and related personal property (*i.e.*, servers on which such intellectual property is stored) (collectively, the "**IP Assets**"), and (ii) any Remaining Assets (as defined in the Winddown Motion) that remained unsold after the IP Assets Auction (as defined in the Winddown Motion).

10.      On September 27, 2024, in accordance with the Winddown Order, the Trustee filed the *Notice of Auction for the Sale of Assets of Free Speech Systems, LLC Free and Clear of Any and All Claims, Interests, and Encumbrances* [ECF No. 862].

11.      On October 15, 2024, the Trustee filed the Jones IP Sale Motion, pursuant to which the Trustee sought authority to sell, among other things, social media accounts of Jones, including the Jones X Account.

12.      On November 14, 2024, the Trustee filed the Successful Bidder Notice identifying joint bidders Global Tetrahedron, LLC and the Connecticut Families as the successful bidder (the "**Successful Bidder**") and First United American Companies, LLC as the backup bidder (the "**Backup Bidder**").

13.      The Successful Bidder and the Trustee negotiated an Asset Purchase Agreement, which identified the assets being purchased, which include, among other assets, the X Accounts.

*See* Sale Motion, Ex. A (Schedule 1.1(a)(i) identifying the Trustee's right, title and interest to the X Accounts as intellectual property to be sold).

14.     On November 18, 2024, the Trustee filed the Sale Motion, seeking an order approving the Trustee's selection of the Successful Bidder and authorizing the Trustee to (i) sell the purchased assets free and clear of all liens, claims, and encumbrances to the Successful Bidder and (ii) enter the Asset Purchase Agreement in furtherance of the Winddown Order and to close the proposed Sale [ECF No. 915].

15.     Prior to the filing of this Objection, X Corp., through counsel, reached out to the Trustee's counsel seeking a consensual resolution of this dispute.  In particular, X Corp. sought assurances that the Trustee was not seeking to sell or otherwise transfer the X Accounts to the Successful Bidder, the Backup Bidder, or any other bidder.  Unfortunately, while the Trustee's counsel has been working cooperatively with counsel to X Corp., given the limited amount of time available, the Trustee was not able to give assurances to X Corp. that would have obviated the need for the filing of this Objection.

## ARGUMENT

16.     "[W]hether a social media account is property of the estate is determined by state law."  *In re Vital Pharm.*, 652 B.R. 392, 406 (Bankr. S.D. Fla. 2023); *In re CTLI, LLC*, 528 B.R. 359, 366 (Bankr. S.D. Tex. 2015).  Few bankruptcy courts have addressed the issue of ownership of social media accounts, and those courts that have were focused on whether an individual or the individual's employer owned an account used for business purposes—not whether the social media company had a superior right of ownership over either the individual or the corporation.  *See CTLI*, 528 B.R. 359 (Bankr. S.D. Tex. 2015); *JLM Couture v. Gutman*, 91 F.4th 91, 103 (2d Cir. 2024); *Vital*, 652 B.R. 392 (Bankr. S.D. Fla. 2023).  What is clear from these cases, and noted in *Vital*, is

that there is not one singular approach, and the law in this space is developing rapidly. But under any of the tests articulated, X Corp. owns the X Accounts.

17.     While in a different context as noted above, in *Vital*, the court laid out a three-part framework for analyzing ownership over social media accounts:

>   (i)     **Documented property interest.** The court must identify any agreement that documents or evidences a property interest in the account. The agreement creates a rebuttable presumption that the party with the documented property interest owns the account.
>
>   (ii)    **Control over access.** The court must next evaluate any evidence regarding who has exclusive control over access to the account. Evidence of "control over access" generally cannot overcome a rebuttable presumption created by a documented property interest. But, if neither party has a documented property interest, then evidence of exclusive control may create its own rebuttable presumption of ownership.
>
>   (iii)   **Use.** If a party has both a documented property interest and control over access, then that party is the account owner. If the same party does not meet both criteria, then the court must look to the use of the account to determine ownership.

652 B.R. at 407-08.[4]

18.     Critically, the *Vital* court emphasized the importance of terms of service and other contracts in determining rights relating to social media accounts. As *Vital* held, "a social media platform's terms of service and an employee handbook or social media policy may be the best evidence of who owns the rights to a social media account in the absence of any other clear ownership documentation to the contrary." *Id*. at 407; *see also id.* at 408 ("First, the court should consider any agreements that document or evidence a property interest in the rights to the social media account. Typical evidence would include a social media platform's account-opening document and terms of service.").

---

[4]  This is a distinct analysis from the rights in the content posted on the account. *See, e.g.*, *JLM*, 91 F.4th at 103 ("[T]he fact that Gutman transferred some or all of her rights in particular content posed on the Disputed Accounts does not by itself support an inference that she transferred ownership of the Disputed Accounts themselves.").

19.     While the *Vital* court's focus was on who between the former employee or the company has a superior ownership interest over relevant social media accounts, looming over the framework outlined above was the undeniable reality that social media companies, like X Corp., are the *only* parties that have truly exclusive control over users' accounts. *Id.* at 407-08 (noting that evidence of control over access may include that "(i) one party has the exclusive power *(other than the social media platform)* to access the social media account; [and] (ii) the same party has the 'exclusive power' to prevent others *(other than the social media platform)* from accessing the social media account") (emphasis added). So once the social media company—here, X Corp.—is added to the mix, X Corp.'s TOS make clear that it owns the X Accounts, as the TOS is explicit that X Corp. merely grants its users a non-exclusive license to use their accounts. Ownership of the accounts remains with X Corp. at all times. *See* Prepetition TOS § 4; Current TOS § 4.

### I.     <u>X CORP. OWNS THE X ACCOUNTS</u>

#### A.     X Corp.'s Terms Of Service Govern The X Accounts

20.     The X Accounts are part and parcel of the Services provided by X Corp. and thus are governed by the TOS. Courts assessing ownership of social media accounts have generally referred to a user's right "to access and use a social media account" as the property at issue. *Vital*, 652 B.R. at 396. "[O]ne cannot 'use' [platforms like Facebook or X] without logging into an account." *Meta Platforms, Inc. v. Bright Data Ltd.*, No. 23-cv-00077-EMC, 2024 WL 251406, at *13 (N.D. Cal. Jan. 23, 2024) (interpreting the meaning of the term "use" in social media platforms' terms of use). Put simply, accounts are inherently part of X Corp.'s Services and their "use." A user must use X Corp.'s Services to create an account in the first instance, and to continue using the account going forward.

21.     Indeed, the X Accounts have *no* value or use absent the Services. In addition to needing the Services to create an account, users cannot post, react, follow others, or reach their

followers through their accounts without a license (and X Corp.'s permission) to use X Corp.'s software (*i.e.*, the Services). The account and the Services are one and the same.

### B.    X Corp. Owns The X Accounts

#### 1.    X Corp.'s Terms Of Service Make Clear That Users Do Not Have A Property Interest In Their Accounts

22.    Because the X Accounts are governed by the TOS, the TOS make clear that X Accounts are X Corp.'s "exclusive property." *See* Prepetition TOS § 4; Current TOS § 4. "[C]onsistent with foundational legal principles of property rights[,]" these documents "are generally objective evidence of ownership." *Vital*, 652 B.R. at 408. Under its TOS, X Corp. has a documented property interest in the X Accounts. The Prepetition TOS and the Current TOS both state that "by using the Services you agree to be bound by these Terms." *See* Prepetition TOS, § 6; Current TOS § 6. Each of the X Accounts were used after June 10, 2022 and after November 15, 2024 (whether by posting or re-posting content on X) and therefore became subject to both the Prepetition TOS and the Current TOS after they went into effect. *See, e.g.*, *May v. Expedia, Inc.*, 2018 WL 4343445, at *3-4 (W.D. Tex. July 19, 2018) (collecting cases where continued website use constituted agreement to the terms of service in effect and finding same), *report and recommendation adopted*, 2018 WL 4343427 (W.D. Tex. Aug. 27, 2018).

23.    The TOS grant each user "a personal, worldwide, royalty-free, *non-assignable and non-exclusive license* to use the software provided" to use the Services. *See* Prepetition TOS § 4 (emphasis added); Current TOS § 4 (same). By its plain language, this license is not a transfer of X Corp.'s ownership rights. X Corp.'s ownership of the X Accounts is further confirmed by the explicit reservation of its right to suspend or terminate accounts or to cease providing users with all or part of the Services for any reason or no reason, including but not limited to a violation of the TOS. *Id.*

8

24.     The "sale" of the X Accounts as the Trustee requests would be a wrongful transfer of the license to use X Corp.'s Services.  Such a sale would plainly violate X Corp.'s TOS and its ownership rights.  In other words, the Trustee is seeking to sell something that neither it, FSS, nor Jones owns or has any legal interest in.

### 2.     X Corp. Has Ultimate Control Over The X Accounts

25.     In addition to its documented property interest, X Corp. has ultimate, exclusive control over the X Accounts.  Control over access can be shown by evidence that (i) the party has the exclusive power to access the social media account; (ii) the same party has the exclusive power to prevent others from accessing the social media account; and (iii) the social media account enables the party to identify itself as having that power.  *Vital*, 652 B.R. at 407-08.  X Corp. easily meets all three criteria.

26.     Here, the TOS make clear that X Corp. has control (superior to either FSS or Jones personally) over the X Accounts.  In particular:

- Section 4 of the TOS states that X Corp. "may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally.  [X Corp.] also retain[s] the right to create limits on use and storage at [X Corp.'s] sole discretion at any time.  [X Corp.] may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames without liability to [account holders]."  *See* Prepetition TOS § 4; Current TOS § 4.

- Section 4 of the TOS explicitly provides that "[a]ll right, title, and interest in and to the Services (excluding Content provided by users) are and will remain [X Corp.'s] exclusive property."  *See* Prepetition TOS § 4; Current TOS § 4.

9

- While the TOS make clear that the Content belongs to the account holder, Section 3 of the TOS provides that "[X Corp.] reserve[s] the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment." *See* Prepetition TOS § 3; Current TOS § 3.

- Section 4 of the TOS also gives X Corp. broad rights "to access, read, preserve, and disclose any information as [X Corp.] reasonably believe[s] is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of X, its users and the public." *See* Prepetition TOS § 4; Current TOS § 4.

- Section 4 of the TOS further provides that X Corp. "may suspend or terminate [an account holder's] account or cease providing [such account holder] with all or part of the Services at any time if [X Corp.] reasonably believes: (i) you have violated these Terms or [X Corp.'s] Rules and Policies; (ii) you create risk or possible legal exposure for [X Corp.]; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) [X Corp.'s] provision of the Services to you is no longer commercially viable." *See* Prepetition TOS § 4; Current TOS § 4.

27.    Thus, it is clear that X Corp. has the power (superior to either FSS or Jones personally) "to access the social media account[s]," *Vital*, 652 B.R. at 407, and "to prevent others . . . from accessing the social media account[s]," *id.* at 407-08, and as the X platform's host, X Corp. "readily identif[ies] itself . . .as having that power," *id.* at 408.  "If a party has both a

10

'documented property interest' in and 'control over access' to a social media account, then that ends the inquiry: the account rights are owned by that party." *Id.* at 409. X Corp. thus plainly has superior control over and ownership of the X Accounts.

### 3. Use Of The X Accounts Is Not Relevant Here

28. While the *Vital* court looked at a third factor, the use of the relevant social media accounts, this factor is inapplicable in this case.[5] As an initial matter, based on the above, X Corp. clearly has a documented property interest in the X Accounts and control of the same, regardless of the purpose for which the X Accounts were used, so the inquiry should end there.

29. Additionally, this third factor, while relevant when the dispute is between an employee and its employer, is necessarily not relevant where the dispute is between the social media platform and the user. A social media account is always used to reflect the user, not the platform, but this does not imply that the account holder has ownership of the account (here, the X Accounts) or the services necessary to use the account (here, the Services)—it is merely a fact of the use of a social media account.

30. Regardless of the accounts' use, X Corp. is plainly the owner of the X Accounts and the Services, and the Trustee cannot sell, assign, or otherwise transfer what it does not own or have an interest in. *See In re Robertson*, 203 F.3d 855, 863 (5th Cir. 2000) (finding that because the debtor did not own or have an interest in certain property, the trustee lacked authority to sell such property); *In re Atl. Gulf Communities Corp.*, 326 B.R. 294, 298-99 (Bankr. D. Del. 2005) (stating that "[i]mplicit within the statutory grant of authority to sell property under section 363, however, is the requirement that the estate actually have an interest in the property to be sold").

---

[5] For similar reasons, the analysis in *CTLI* is not directly relevant to the issues in this case. In *CTLI*, the issue was whether the account was used for personal or business reasons in order to determine whether the individual employee or the employer owned the account. Here, X Corp. owns the account regardless of whether the account is a personal or business account.

C.      **The Licenses To Use The X Accounts Are Non-Assignable**

31.      The Trustee may assert, in the alternative, that it is not seeking to sell or assign the X Accounts, but is merely attempting to assign, sell, or otherwise transfer the license granted by X Corp. to utilize the Services.  For the reasons described below, the Trustee cannot assign, sell, or otherwise transfer the non-exclusive license X Corp. granted to FSS or Jones in connection with the use of the X Accounts because such license is non-assignable.

32.      While a debtor or trustee has broad authority to assign executory contracts under Section 365 of the Bankruptcy Code, Section 365(c) of the Bankruptcy Code provides an exception to a such authority where (i) applicable law excuses the counterparty from accepting performance from, or rendering performance to, a third party, and (ii) the counterparty does not consent to the assumption or assignment.  11 U.S.C. § 365(c).

1.      **The License to Use The X Accounts Are Personal Licenses**

33.      The license X Corp. grants to account holders is personal to the applicable user.  As noted, under Section 365(c) of the Bankruptcy Code, absent consent from the contract counterparty, "the trustee may not assume an executory contract if, under applicable law, the non-debtor party is free to decline performance by the trustee," which is the case for personal service contracts.  *See Matter of Tonry*, 724 F.2d 467, 469 (5th Cir. 1984); *In re Compass Van & Storage Corp.*, 65 B.R. 1007, 1010 (Bankr. E.D.N.Y. 1986) (citing cases for the proposition that "trustees have been denied the right to assume or assign personal service contracts").  Personal service contracts are those contracts, which among other things, are dependent on a special relationship between the parties to the contract.  *See In re Health Plan of Redwoods*, 286 B.R. 407, 409 (Bankr. N.D. Cal. 2002) (stating that "in order to be considered a personal service contract, there must be a special relationship between the parties…"); *In re Rooster, Inc.*, 100 B.R. 228, 233 (Bankr. E.D.

12

Pa. 1989) ("Generally speaking, nondelegable duties have been determined to be of a personal nature whenever the performance depends upon a special relationship…").

34.     The license granted by X Corp. to use its Services is personal to the applicable user, and such license cannot be assigned absent the consent of X Corp.  In providing the Services to account holders and as detailed in the TOS, X Corp. retains the right to dictate who has the right to use its Services in accordance with its rules and policies.  Furthermore, X Corp. has a vested interest in ensuring that its users do not create false or misleading accounts that will confuse the public as to the identity of the user.  This is one of the reasons why X Corp. expressly does not allow for the transfer or sale of accounts without its consent—otherwise, it would be impossible to ensure that users are who they say they are.  Moreover, allowing users to transfer or sell X accounts without X Corp.'s consent would risk allowing users to circumvent account suspensions or other moderation actions, increasing spam and platform manipulation, and allowing malicious actors to gain control of accounts.  To allow account holders to freely transfer accounts amongst themselves would undermine X Corp.'s platform and could cause confusion among, or harm to, the public at large.

35.     For the reasons noted above, similar to the restriction on assuming and/or assigning personal service contracts—namely, that there is a special relationship between the parties to the contract—the X Corp. license is a personal license, granted solely to the applicable account holder. It cannot be assigned, sold, or otherwise transferred without the consent of X Corp., which it has not provided.

### 2.  The License to Use The X Accounts Are Intellectual Property Licenses

36.     In addition to being a personal license, the license X Corp. grants to account holders is an intellectual property license, and pursuant to applicable non-bankruptcy law, in order to assign or transfer such license, the licensor's (X Corp.) consent is required.  X Corp. has not

consented to the assignment, sale, or transfer of the X Accounts and the Current TOS explicitly

states that X Corp.'s consent is required for any assignment, sale or transfer of an account.

37.     For purposes of Section 365(c), "applicable law" includes intellectual property law

governing the assignment of intellectual property licenses. *See, e.g.*, *In re Trump Ent. Resorts,*

*Inc.*, 526 B.R. 116, 124 (Bankr. D. Del. 2015) (finding that federal intellectual property law is

applicable non-bankruptcy law for purposes of Section 365(c) of the Bankruptcy Code); *In re*

*Patient Educ. Media, Inc.*, 210 B.R. 237, 242 (Bankr. S.D.N.Y. 1997) (finding that federal

copyright law is applicable non-bankruptcy law for purposes of Section 365(c) of the Bankruptcy

Code); *In re Kazi Foods of Mich., Inc.*, 473 B.R. 887, 889 (Bankr. E.D. Mich. 2011) (finding that

federal intellectual property law constitutes applicable non-bankruptcy law); *In re CFLC, Inc.*, 89

F.3d 673, 680 (9th Cir. 1996) (same).

38.     Here, at most, the Trustee (on behalf of the bankruptcy estate) has the rights of a

non-exclusive licensee to use the Services.  It is well-settled law that a debtor or trustee cannot

assign a copyright or trademark license absent the consent of the licensor.  *See Isbell v. DM Recs.,*

*Inc.*, No. 4:07-CV-146, 2013 WL 12241593, at *5 (E.D. Tex. July 17, 2013) (finding that "[a]

copyright license cannot be transferred by the licensee without authorization of the licensor"); *In*

*re Golden Books Fam. Ent., Inc.*, 269 B.R. 300, 311 (Bankr. D. Del. 2001) (finding that a non-

exclusive copyright license cannot be assigned absent the licensors consent); *In re Patient Educ.*

*Media, Inc.*, 210 B.R. at 242 (same).  By the plain language of its TOS, X Corp. has made clear

that it does *not* provide such consent.  As noted above, X Corp. retains ownership of the Services

and merely grants account holders "a personal, worldwide, royalty-free, *non-assignable and non-*

*exclusive license* to use the software provided" to use the Services.  *See* Prepetition TOS § 4

(emphasis added); Current TOS § 4 (same).

39.     Under Section 365 of the Bankruptcy Code, if the Trustee is seeking to sell or otherwise transfer the license X Corp. has granted to FSS and/or Jones to use the Services in connection with the applicable X Accounts, the Trustee can only do so with the consent of X Corp., and X Corp. does <u>not</u> consent to such sale or transfer at this time.  Accordingly, the Trustee cannot sell, assign, or otherwise transfer the X Accounts, which include the non-exclusive, non-assignable license to use the Services.

## RESERVATION OF RIGHTS

40.     X Corp. expressly reserves all of its rights and remedies in all respects, including, without limitation, its rights to supplement this Objection, its rights and remedies under the TOS (including, but, not limited to, canceling or suspending the X Accounts), its rights to object to or oppose any transaction proposed by the Chapter 7 trustee or any other party in the Chapter 7 Case with respect to the X Accounts, and its rights to move for additional and further relief.

## CONCLUSION

41.     Based upon the foregoing, X Corp. respectfully requests that the Motion be denied with respect to the sale of the X Accounts and that the Court grant such other and further relief as may be appropriate under the circumstances.

Dated: November 25, 2024       Respectfully submitted,

*/s/ Caroline A. Reckler*
Caroline A. Reckler
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:  caroline.reckler@lw.com

and-

Christopher Harris
Jonathan J. Weichselbaum
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.harris@lw.com
        jon.weichselbaum@lw.com

*Counsel to X Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on November 25, 2024.

*/s/ Caroline A. Reckler*
Caroline A. Reckler

## Exhibit A

### Prepetition Terms of Service

X

# X Terms of Service

## Summary of our Terms

These Terms of Service ("Terms") are part of the User Agreement– a legally binding contract governing your use of X. **You should read these Terms of Service ("Terms") in full, but here are a few key things you should take away:**

- **You will see advertising on the platform:** In exchange for accessing the Services, X and our third-party providers and partners may display advertising to you.

- **When posting Content and otherwise using the Services, you must comply with this User Agreement and Applicable Law:** You are responsible for your use of the Services and your Content. You must comply with this User Agreement, its incorporated policies, and all applicable laws.

- **You must abide by the Services' acceptable use terms:** You may not access the Services in any way other than through the currently available, published interfaces that we provide. For example, this means that you cannot scrape the Services, try to work around any technical limitations we impose, or otherwise attempt to disrupt the operation of the Services.

- **We have broad enforcement rights:** X reserves the right to take enforcement actions against you if you do violate these terms, such as, for example, removing your Content, limiting visibility, discontinuing your access to X, or taking legal action. We may also suspend or terminate your account for other reasons, such as prolonged inactivity, risk of legal exposure, or commercial inviability.

- **There are Intellectual Property Licenses in these Terms:** You retain ownership and rights to any of your Content you post or share, and you provide us with a broad, royalty-free license to make your Content available to the rest of the world and to let others do the same. Conversely, we provide you a license to use the software we provide as part of the Services, such as the X mobile application, solely for the purpose of enabling you to use and enjoy the benefit of the Services.

- **Your use of the Services is at your own risk:** We provide the Services on an "AS IS" and "AS AVAILABLE" basis, and we disclaim all warranties, responsibility, and



liability to you or others to the extent permitted by law. You may be exposed to offensive or harmful content posted by other users. The Services may change from time to time, and we may limit or terminate availability of the Services or particular features to you or other users at any time.

- **You have remedies and redress mechanisms, but our liability is limited:** You have a right to terminate this agreement at any time by deactivating your account and discontinuing use of the Services. Note that we will not be liable for certain types of damages as described in the agreement, and in any event, our aggregate liability shall not exceed the greater of $100 USD or the amount you paid us, if any, in the past six months for the Services giving rise to the claim. Further, if you believe that your Content has been copied in a way that constitutes copyright infringement, the reporting process is detailed in these Terms.

Please also note that these Terms incorporate our Privacy Policy (https://x.com/privacy) as well as other terms applicable to your use of the Services and your Content. Finally, these terms may vary depending on where you live, but in any case, you must be at least 13 years old to use X.

---

**If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States,** the X User Agreement comprises these Terms of Service, our Privacy Policy, our Rules and Policies, and all incorporated policies.

**If you live in the European Union, EFTA States, or the United Kingdom,** the X User Agreement comprises these Terms of Service, our Privacy Policy, our Rules and Policies, and all incorporated policies.

---

# X Terms of Service

## If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States

These Terms of Service ("Terms") govern your access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads,



commerce services, and our other covered services
(https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these
Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio,
videos, or other materials or arrangements of materials uploaded, downloaded or appearing
on the Services (collectively referred to as "Content"). By using the Services you agree to be
bound by these Terms.

These Terms are an agreement between you and X Corp., which provides X and the Services,
1355 Market Street, Suite 900, San Francisco, CA 94103 U.S.A. The words "we," "us," and
"our" mean X Corp.

---

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a
person barred from receiving services under the laws of the applicable jurisdiction. In any
case, you must be at least 13 years old to use the Services. If you are accepting these Terms
and using the Services on behalf of a company, organization, government, or other legal
entity, you represent and warrant that you are authorized to do so and have the authority to
bind such entity to these Terms, in which case the words "you" and "your" as used in these
Terms shall refer to such entity.

# 2. Privacy

Our Privacy Policy (https://www.x.com/privacy) describes how we handle the information you
provide to us when you use the Services. You understand that through your use of the
Services you consent to the collection and use (as set forth in the Privacy Policy) of this
information, including the transfer of this information to the United States, Ireland, and/or other
countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including
compliance with applicable laws, rules, and regulations. You should only provide Content that



you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies/x-report-violation#specific-violations and https://help.x.com/managing-your-account/suspended-x-accounts).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/dmca) or contacting our designated copyright agent at:

X Corp.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.x.com/forms/dmca
Email: copyright@x.com

## Your Rights and Grant of Rights in the Content

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in

X

any and all media or distribution methods now known or later developed (for clarity, these rights include, for example, curating, transforming, and translating). This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for us to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies, which are part of the User Agreement and outline conduct that is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies or in relation to sensitive media. You can review X's enforcement options and how you can appeal our enforcement decision here.

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use

X

and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. By using or paying for any of these additional services, you agree to any additional terms applicable to those services, and those additional terms become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms.html).

If you use developer features of the Services, including but not limited to X for Websites (https://developer.x.com/docs/twitter-for-websites), X Cards (https://developer.x.com/docs/twitter-for-websites/cards/overview/abouts-cards), Public API (https://developer.x.com/docs), or Sign in with X (https://developer.x.com/docs/authentication/guides/log-in-with-twitter), you agree to our Developer Agreement (https://developer.x.com/developer-terms/agreement) and Developer Policy (https://developer.x.com/developer-terms/policy). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on https://developer.x.com/developer-terms. Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.



If you use advertising features of the Services, you agree to our Master Services Agreement (https://ads.x.com/terms).

## Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

## Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or any of the X trademarks, logos, domain names, other distinctive brand features, and other proprietary rights. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

X

# Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; (v) engage in any conduct that violates our Platform Manipulation and Spam Policy or any other Rules and Policies; or (vi) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

# Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.x.com/managing-your-account/how-to-deactivate-x-account for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or our Rules and Policies, (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will



make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. To the extent permitted by law, we may also terminate your account or cease providing you with all or part of the Services for any other reason or no reason at our convenience. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 ("Misuse of the Services"). If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.x.com/forms/account-access/appeals). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Disclaimers and Limitations of Liability

## The Services are Available "AS-IS"

Your access to and use of the Services or any Content are at your own risk. You understand and agree that the Services are provided to you on an "AS IS" and "AS AVAILABLE" basis. The "X Entities" refers to X Corp., its parents, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors. Without limiting the foregoing, to the maximum extent permitted under applicable law, THE X ENTITIES DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. The X Entities make no warranty or representation and disclaim all responsibility and liability for: (i) the completeness, accuracy, availability, timeliness, security or reliability of the Services or any Content; (ii) any harm to your computer system, loss of data, or other harm that results from your access to or use of the Services or any Content; (iii) the deletion of, or the failure to store or to transmit, any Content and other communications maintained by the Services; and (iv) whether the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. No advice or information, whether oral or written, obtained from the X Entities or through the Services, will create any warranty or representation not expressly made herein.

## Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE X ENTITIES SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE

X

DAMAGES, OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM (i) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES; (ii) ANY CONDUCT OR CONTENT OF ANY THIRD PARTY ON THE SERVICES, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; (iii) ANY CONTENT OBTAINED FROM THE SERVICES; OR (iv) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF THE X ENTITIES EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS (U.S. $100.00) OR THE AMOUNT YOU PAID US, IF ANY, IN THE PAST SIX MONTHS FOR THE SERVICES GIVING RISE TO THE CLAIM. THE LIMITATIONS OF THIS SUBSECTION SHALL APPLY TO ANY THEORY OF LIABILITY, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, AND WHETHER OR NOT THE X ENTITIES HAVE BEEN INFORMED OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF A REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at x.com/tos, will govern our relationship with you. We will try to notify you of material revisions, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms. To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding.

The laws of the State of California, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and us. All disputes related to these Terms or the Services will be brought solely in the federal or state courts located in San Francisco County, California, United States, and you consent to personal jurisdiction and waive any objection as to inconvenient forum. To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding.

If you are a federal, state, or local government entity in the United States using the Services in your official capacity and legally unable to accept the controlling law, jurisdiction or venue



clauses above, then those clauses do not apply to you. For such U.S. federal government entities, these Terms and any action related thereto will be governed by the laws of the United States of America (without reference to conflict of laws) and, in the absence of federal law and to the extent permitted under federal law, the laws of the State of California (excluding choice of law).

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

If you have any questions about these Terms, please contact us.

**Effective:** September 29, 2023

Archive of Previous Terms

---

# X Terms of Service

## If you live in the European Union, EFTA States, or the United Kingdom

These Terms of Service ("Terms") govern your access to and use of the services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these



Terms.

These Terms are an agreement between you and Twitter International Unlimited Company (Co. number 503351, VAT number IE9803175Q), an Irish company, which provides X and the Services, with its registered office at One Cumberland Place, Fenian Street Dublin 2, D02 AX07 Ireland. The words "we," "us," and "our," mean Twitter International Unlimited Company.

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are accepting these Terms and using the Services on behalf of a company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so and have the authority to bind such entity to these Terms, in which case the words "you" and "your" as used in these Terms shall refer to such entity.

# 2. Privacy

Our Privacy Policy (https://www.x.com/privacy) describes how we handle the information you provide to us when you use the Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the



completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies/x-report-violation and https://help.x.com/managing-your-account/suspended-x-accounts).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/dmca) or contacting our designated copyright agent at:

X Corp.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.x.com/forms/dmca
Email: copyright@x.com

## Your Rights and Grant of Rights in the Content

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods now known or later developed (for clarity, these rights include, for example, curating, transforming, and translating). This license authorizes us to make your Content available to the rest of the world and to let others do the same. However, if you have chosen via our features to limit the distribution of your Content to a restricted community, we will



respect that choice. You also agree that this license includes the right to analyze text and other information you provide with the view to improve the Services. You agree that this license includes the right for us to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies, which are part of the User Agreement and outline conduct that is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies or in relation to sensitive media. You can review X's enforcement options and how you can appeal our enforcement decision here.

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames if it is appropriate, including for the following reasons: (i) protecting the Services or our users; (ii) compliance with applicable laws or orders from competent authorities; (iii) breach of these Terms or our Rules and Policies or third parties' intellectual



property or other rights; (iv) if you or your Content exposes us, other users or any third party to legal or regulatory risk; and/or (v) your prolonged inactivity.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. These additional terms are accessible from our sites and applications dedicated to these services or features. By using or paying for any of these additional services, you will have to agree to any additional terms applicable to those services, and those additional terms will then also become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms.html).

If you use developer features of the Services, including but not limited to X for Websites (https://developer.x.com/docs/twitter-for-websites), X Cards (https://developer.x.com/docs/twitter-for-websites/cards/overview/abouts-cards), Public API (https://developer.x.com/docs), or Sign in with X (https://developer.x.com/docs/authentication/guides/log-in-with-twitter), you agree to our Developer Agreement (https://developer.x.com/developer-terms/agreement) and Developer Policy (https://developer.x.com/developer-terms/policy). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on https://developer.x.com/developer-terms. Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.



If you use advertising features of the Services, you agree to our Master Services Agreement (https://ads.x.com/terms).

## Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

## Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or any of the X trademarks, logos, domain names, other distinctive brand features, and other proprietary rights. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

## Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the



Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; (v) engage in any conduct that violates our Platform Manipulation and Spam Policy or any other Rules and Policies; or (vi) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

## Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.x.com/managing-your-account/how-to-deactivate-x-account for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or our Rules and Policies; (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 ("Misuse of the Services"). If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.x.com/forms/account-access/appeals). For the



avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Limitations of Liability

By using the Services you agree that X Corp., its parents, affiliates, related companies, officers, directors, employees, agents representatives, partners and licensors, liability is limited to the maximum extent permissible in your country of residence.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at x.com/tos, will govern our relationship with you. Other than for changes addressing new functions or made for legal reasons, we will notify you 30 days in advance of making effective changes to these Terms that impact the rights or obligations of any party to these Terms, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

To the extent permitted by law, you waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding.

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

If you have any questions about these Terms, please contact us.

**Effective:** September 29, 2023

𝕏

Archive of Previous Terms

_____

<u>**Exhibit B**</u>

**Current Terms of Service**

Skip to main content



Terms of Service

- Terms of Service Archive (https://twitter.com/tos/previous)

Download PDF (https://cdn.cms-twdigitalassets.com/content/dam/legal-twitter/site-assets/2023-10-10/en/x-terms-of-service-23-09-29.pdf)

# Terms of Service

**Effective: November 15, 2024**

# Summary of our Terms

These Terms of Service ("Terms") are part of the User Agreement – a legally binding contract governing your use of X. **You should read these Terms of Service ("Terms") in full, but here are a few key things you should take away:**

- **You will see advertising on the platform:** In exchange for accessing the Services, X and our third-party providers and partners may display advertising to you.

- **When posting Content and otherwise using the Services, you must comply with this User Agreement and Applicable Law:** You are responsible for your use of the Services and your Content. You must comply with this User Agreement, its incorporated policies, and all applicable laws.

- **You must abide by the Services' acceptable use terms:** You may not access the Services in any way other than through the currently available, published interfaces that we provide. For example, this means that you cannot scrape the Services without X's express written permission, try to work around any technical limitations we impose, or otherwise attempt to disrupt the operation of the Services.

- **We have broad enforcement rights:** X reserves the right to take enforcement actions against you if you do violate these terms, such as, for example, removing your Content, limiting visibility, discontinuing your access to X, or taking legal action. We may also suspend or terminate your account for other reasons, such as prolonged inactivity, risk of legal exposure, or commercial inviability.

- **There are Intellectual Property Licenses in these Terms:** You retain ownership and rights to any of your Content you post or share, and you provide us with a broad, royalty-free license to make your Content available to the rest of the world and to let others do the same. Conversely, we provide you a license to use the software we provide as part of the Services, such as the X mobile application, solely for the purpose of enabling you to use and enjoy the benefit of the Services.

- **Your use of the Services is at your own risk:** We provide the Services on an "AS IS" and "AS AVAILABLE" basis, and we disclaim all warranties, responsibility, and liability to you or others to the extent permitted by law. You may be exposed to offensive or harmful content posted by other users. The Services may change from time to time, and we may limit or terminate availability of the Services or particular features to you or other users at any time.

- **You have remedies and redress mechanisms, but our liability is limited:** You have a right to terminate this agreement at any time by deactivating your account and discontinuing use of the Services. Note that we will not be liable for certain types of damages as described in the agreement, and in any event, our aggregate liability shall not exceed the greater of $100 USD or the amount you paid us, if any, in the past six months for the Services giving rise to the claim. Further, if you believe that your Content has been copied in a way that constitutes copyright infringement, the reporting process is detailed in these Terms. If you are a recipient of the X Service in the European Union, you may challenge certain decisions we make under the Digital Services Act (Regulation (EU) 2022/2065) via our internal process or via out-of-court dispute settlement as described here (https://help.x.com/rules-and-policies/digital-services-act).

Please also note that these Terms incorporate our Privacy Policy (https://x.com/privacy (https://x.com/privacy)) as well as other terms applicable to your use of the Services and your Content. Finally, these Terms may vary depending on where you live, but in any case, you must be at least 13 years old to use X.

**If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States,** the X User Agreement comprises these Terms of Service (https://x.com/tos), our Privacy Policy (https://x.com/privacy), our Rules and Policies (https://help.x.com/rules-and-policies), and all incorporated policies.

**If you live in the European Union, EFTA States, or the United Kingdom,** the X User Agreement comprises these Terms of Service (https://x.com/tos#intlTerms), our Privacy Policy (https://x.com/privacy), our Rules and Policies (https://help.x.com/rules-and-policies), and all incorporated policies.

# X Terms of Service

## If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States

These Terms of Service ("Terms") govern your and other users' access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates)) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

These Terms are an agreement between you and X Corp., which provides X and the Services, with its registered office at 865 FM 1209, Building 2, Bastrop, TX 78602 U.S.A. The words "we," "us," and "our" mean X Corp.

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are (i) accepting these Terms and/or using the Services, which constitutes acceptance of these Terms, or (ii) accepting these Terms in order to authorize the use of the Services on behalf of a minor (being any person under the age of majority in any given country), company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so or, as the case may be, have the authority to bind such minor and/or entity to these Terms. The words "you" and "your" as used in these Terms shall refer either to the person accepting these Terms or such minor (as defined in (i)) and/or the entity referenced in (ii), as applicable.

# 2. Privacy

Our Privacy Policy (https://x.com/privacy) (https://x.com/privacy (https://www.x.com/privacy)) describes how we handle the information you provide to us when you use the Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any alleged facts or opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies/x-report-violation#specific-violations (https://help.x.com/rules-and-policies/x-report-violation#specific-violations) and https://help.x.com/managing-your-account/suspended-x-accounts (https://help.x.com/managing-your-account/suspended-x-accounts)).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/dmca (https://help.x.com/forms/dmca)) or contacting our designated copyright agent at:

X Corp.

Attn: Copyright Agent

865 FM 1209, Building 2

Bastrop, TX 78602

Reports: https://help.x.com/forms/dmca (https://help.x.com/forms/dmca)

Email: copyright@x.com

# Your Rights and Grant of Rights in the Content

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display, upload, download, and distribute such Content in any and all media or distribution methods now known or later developed, for any purpose. For clarity, these rights include, for example, curating, transforming, and translating. This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for us to (i) analyze text and other information you provide and to otherwise provide, promote, and improve the Services, including, for example, for use with and training of our machine learning and artificial intelligence models, whether generative or another type; and (ii) to make Content submitted to or through the Services available to other companies, organizations or individuals, including, for example, for improving the Services and the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies (https://help.x.com/rules-and-policies), which are part of the User Agreement and outline conduct that is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies (https://help.x.com/rules-and-policies) or in relation to sensitive media. You can review X's enforcement options and how you can appeal our enforcement decision here (https://help.x.com/rules-and-policies/enforcement-options).

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request; (ii) enforce the Terms, including investigation of potential violations hereof; (iii) detect, prevent, or otherwise address fraud, security or technical issues; (iv) respond to user support requests; or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy (https://x.com/privacy).

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. By using or paying for any of these additional services, you agree to any additional terms

applicable to those services, and those additional terms become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms.html) (https://legal.x.com/purchaser-terms.html (https://legal.x.com/purchaser-terms.html)).

If you use developer features of the Services, including but not limited to X for Websites (https://developer.x.com/docs/x-for-websites) (https://developer.x.com/docs/x-for-websites (https://developer.x.com/docs/x-for-websites)), X Cards (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-cards) (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-cards (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-cards)), Public API (https://developer.x.com/docs) (https://developer.x.com/docs (https://developer.x.com/docs)), or Sign in with X (https://developer.x.com/docs/authentication/guides/log-in-with-twitter) (https://developer.x.com/docs/authentication/guides/log-in-with-twitter (https://developer.x.com/docs/authentication/guides/log-in-with-twitter)), you agree to our Developer Agreement (https://developer.x.com/developer-terms/agreement) (https://developer.x.com/developer-terms/agreement (https://developer.x.com/developer-terms/agreement)) and Developer Policy (https://developer.x.com/developer-terms/policy) (https://developer.x.com/developer-terms/policy (https://developer.x.com/developer-terms/policy)). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on https://developer.x.com/developer-terms (https://developer.x.com/developer-terms). Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x) (https://hackerone.com/x (https://hackerone.com/x)). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.

If you use advertising features of the Services, you agree to our Master Services Agreement (https://ads.x.com/terms) (https://ads.x.com/terms (https://ads.x.com/terms)).

# Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account, and use two-factor authentication via an authenticator app or security key. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

# Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license cannot be assigned, gifted, sold, shared or transferred in any other manner to any other individual or entity without X's express written consent. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or any of the X trademarks, logos, domain names, other distinctive brand features, and other proprietary rights. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

# Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer

systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting; (v) in any way use the Services to send altered, deceptive or false source-identifying information; (vi) engage in any conduct that violates our <u>Platform Manipulation and Spam Policy</u> <u>(https://help.x.com/rules-and-policies/platform-manipulation)</u> or any other <u>Rules and Policies</u> <u>(https://help.x.com/rules-and-policies)</u>, including our <u>Misuse of Reporting Features Policy</u> <u>(https://help.x.com/rules-and-policies/misuse-of-reporting-features)</u>; or (vii) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

# Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See <u>https://help.x.com/managing-your-account/how-to-deactivate-x-account</u> <u>(https://help.x.com/managing-your-account/how-to-deactivate-x-account)</u>for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or <u>our Rules and Policies</u> <u>(https://help.x.com/rules-and-policies)</u>, (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. To the extent permitted by law, we may also terminate your account or cease providing you with all or part of the Services for any other reason or no reason at our convenience. In all such cases, the Terms shall terminate, including, without

limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 ("Misuse of the Services"). If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.x.com/forms/account-access/appeals) (https://help.x.com/forms/account-access/appeals (https://help.x.com/forms/account-access/appeals)). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Disclaimers and Limitations of Liability

## The Services are Available "AS-IS"

Your access to and use of the Services or any Content are at your own risk. You understand and agree that the Services are provided to you on an "AS IS" and "AS AVAILABLE" basis. The "X Entities" refers to X Corp., its parents, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors. Without limiting the foregoing, to the maximum extent permitted under applicable law, THE X ENTITIES DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. The X Entities make no warranty or representation and disclaim all responsibility and liability for: (i) the completeness, accuracy, availability, timeliness, security or reliability of the Services or any Content; (ii) any harm to your computer system, loss of data, or other harm that results from your access to or use of the Services or any Content; (iii) the deletion of, or the failure to store or to transmit, any Content and other communications maintained by the Services; and (iv) whether the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. No advice or information, whether oral or written, obtained from the X Entities or through the Services, will create any warranty or representation not expressly made herein.

## Limitation of Liability

NOTWITHSTANDING ANY OTHER TERMS TO THE CONTRARY, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE X ENTITIES SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, RELIANCE OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM (i) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE

THE SERVICES; (ii) ANY CONDUCT OR CONTENT OF ANY USER OR THIRD PARTY ON THE SERVICES, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; (iii) ANY CONTENT OBTAINED FROM THE SERVICES; OR (iv) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF THE X ENTITIES EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS (U.S. $100.00) OR THE AMOUNT YOU PAID US, IF ANY, IN THE PAST SIX MONTHS FOR THE SERVICES GIVING RISE TO THE CLAIM. THE LIMITATIONS OF THIS SUBSECTION SHALL APPLY TO ANY THEORY OF LIABILITY, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, AND WHETHER OR NOT THE X ENTITIES HAVE BEEN INFORMED OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF A REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

BY AGREEING TO THESE TERMS OR USING THE SERVICES, YOU AGREE, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THAT THE X ENTITIES ARE NOT RESPONSIBLE OR LIABLE TO YOU OR OTHERS FOR THE ACTIONS OR CONDUCT OF USERS AND THIRD PARTIES ON THE SERVICES, OR FOR ANY CONTENT USERS AND THIRD PARTIES SHARE ON THE SERVICES, INCLUDING OFFENSIVE, DEFAMATORY, ILLEGAL OR OTHER OBJECTIONABLE CONTENT.

## Liquidated Damages

Protecting our users' data and our system resources is important to us. You further agree that, to the extent permitted by applicable law, if you violate the Terms, or you induce or facilitate others to do so, in addition to all other legal remedies available to us, you will be jointly and severally liable to us for liquidated damages as follows for requesting, viewing, or accessing more than 1,000,000 posts (including reply posts, video posts, image posts, and any other posts) in any 24-hour period - $15,000 USD per 1,000,000 posts. You agree that these amounts are (i) a reasonable estimate of our damages; (ii) not a penalty; and (iii) not otherwise limiting of our ability to recover from you or others under any legal or equitable theory or claim, including but not limited to statutory damages and/or equitable relief. You further agree that repeated violations of these Terms will irreparably harm and entitle us to injunctive and/or other equitable relief, in addition to monetary damages.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at https://x.com/tos (https://x.com/tos), will govern our relationship with you. We will try to notify you of material revisions, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

The laws of the State of Texas, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and us, notwithstanding any other agreement between you and us to the contrary. All disputes related to these Terms or the Services, including without limitation disputes related to or arising from other users' and third parties' use of the Services and any Content made available by other users and third parties on the Services, will be brought exclusively in the U.S. District Court for the Northern District of Texas or state courts located in Tarrant County, Texas, United States, and you consent to personal jurisdiction in those forums and waive any objection as to inconvenient forum. Without prejudice to the foregoing, you agree that, in its sole discretion, X may bring any claim, cause of action, or dispute we have against you in any competent court in the country in which you reside that has jurisdiction and venue over the claim. To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding.

If you are a federal, state, or local government entity in the United States using the Services in your official capacity and legally unable to accept the controlling law, jurisdiction or venue clauses above, then those clauses do not apply to you. For such U.S. federal government entities, these Terms and any action related thereto will be governed by the laws of the United States of America (without reference to conflict of laws) and, in the absence of federal law and to the extent permitted under federal law, the laws of the State of Texas (excluding choice of law).

You and X agree that you must initiate any proceeding or action within one (1) year of the date of the occurrence of the event or facts giving rise to a dispute that is arising out of or related to these Terms. Otherwise, to the extent permitted by applicable law, you forever waive the right to pursue any claim or cause of action, of any kind or character, based on such events or facts, and such claims or causes of action are permanently barred.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure

to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

If you have any questions about these Terms, please contact us (https://help.x.com/forms).

**Effective:** November 15, 2024

Archive of Previous Terms (https://x.com/tos/previous)

# X Terms of Service

## If you live in the European Union, EFTA States, or the United Kingdom

These Terms of Service ("Terms") govern your and other users' access to and use of the services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

These Terms are an agreement between you and Twitter International Unlimited Company (Co. number 503351, VAT number IE9803175Q), an Irish company, which provides X and the Services, with its registered office at One Cumberland Place, Fenian Street Dublin 2, D02 AX07 Ireland. The words "we," "us," and "our," mean Twitter International Unlimited Company.

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are (i) accepting these Terms and/or using the Services, which constitutes acceptance of these Terms, or (ii) accepting these Terms in order to authorize the use of the Services on behalf of a minor (being any person under the age of majority in any given country), company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so or, as the case may be, have the authority to bind such minor and/or entity to these Terms. The words "you" and "your" as used in these Terms shall refer either to the person accepting these Terms or such minor (as defined in (i)) and/or the entity referenced in (ii), as applicable.

# 2. Privacy

Our Privacy Policy (https://x.com/privacy) (https://x.com/privacy (https://www.x.com/privacy)) describes how we handle the information you provide to us when you use the Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any alleged facts or opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. Content recommendations are made based on a combination of factors: how you engage with the Services, the topics you have indicated that you are

interested in, and what other users who share your similar interests like. Adjustments can be made in your settings, and additional information can be found in our Help Center (https://help.x.com/resources/recommender-systems (https://help.x.com/resources/recommender-systems)). All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies/x-report-violation (https://help.x.com/rules-and-policies/x-report-violation) and https://help.x.com/managing-your-account/suspended-x-accounts (https://help.x.com/managing-your-account/suspended-x-accounts)).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/dmca (https://help.x.com/forms/dmca)) or contacting our designated copyright agent at:

X Corp.
Attn: Copyright Agent
865 FM 1209, Building 2
Bastrop, TX 78602
Reports: https://help.x.com/forms/dmca (https://help.x.com/forms/dmca)
Email: copyright@x.com

# Your Rights and Grant of Rights in the Content

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display, upload, download, and distribute such Content in any and all media or distribution methods now known or later developed, for any purpose. For clarity, these rights include, for example, curating, transforming, and translating. This license authorizes us to make your

Content available to the rest of the world and to let others do the same. However, if you have chosen via our features to limit the distribution of your Content to a restricted community, we will respect that choice. You also agree that this license includes the right to analyze text and other information you provide with the view to improve the Services. You agree that this license includes the right for us to (i) provide, promote, and improve the Services, including, for example, for use with and training of our machine learning and artificial intelligence models, whether generative or another type; and (ii) to make Content submitted to or through the Services available to other companies, organizations or individuals, including, for example, for improving the Services and the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies (https://help.x.com/rules-and-policies), which are part of the User Agreement and outline conduct that is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies (https://help.x.com/rules-and-policies) or in relation to sensitive media. You can review X's enforcement options and how you can appeal our enforcement decision here (https://help.x.com/rules-and-policies/enforcement-options).

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames if it is appropriate, including for the following reasons: (i) protecting the Services or our users; (ii) compliance with applicable laws or orders from competent authorities; (iii) breach of these Terms or our Rules and Policies (https://help.x.com/rules-and-policies) or third parties' intellectual property or other rights; (iv) if you or your Content exposes us, other users or any third party to legal or regulatory risk; and/or (v) your prolonged inactivity.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request; (ii) enforce the Terms, including investigation of potential violations hereof; (iii) detect, prevent, or otherwise address fraud, security or technical issues; (iv) respond to user support requests; or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy (https://x.com/privacy).

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. These additional terms are accessible from our sites and applications dedicated to these services or features. By using or paying for any of these additional services, you will have to agree to any additional terms applicable to those services, and those additional terms will then also become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms.html) (https://legal.x.com/purchaser-terms.html (https://legal.x.com/purchaser-terms.html)).

If you use developer features of the Services, including but not limited to X for Websites (https://developer.x.com/docs/x-for-websites) (https://developer.x.com/docs/x-for-websites (https://developer.x.com/docs/x-for-websites)), X Cards (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-cards) (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-card (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-card)), Public API (https://developer.x.com/docs) (https://developer.x.com/docs (https://developer.x.com/docs)), or Sign in with X (https://developer.x.com/docs/authentication/guides/log-in-with-twitter) (https://developer.x.com/docs/authentication/guides/log-in-with-twitter (https://developer.x.com/docs/authentication/guides/log-in-with-twitter)), you agree to our Developer Agreement (https://developer.x.com/developer-terms/agreement) (https://developer.x.com/developer-terms/agreement (https://developer.x.com/developer-terms/agreement)) and Developer Policy (https://developer.x.com/developer-terms/policy) (https://developer.x.com/developer-terms/policy (https://developer.x.com/developer-terms/policy)). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on https://developer.x.com/developer-terms (https://developer.x.com/developer-terms). Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x) (https://hackerone.com/x (https://hackerone.com/x)). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.

If you use advertising features of the Services, you agree to our Master Services Agreement (https://ads.x.com/terms) (https://ads.x.com/terms (https://ads.x.com/terms)).

# Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account, and use two-factor authentication via an authenticator app or security key. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your

phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

# Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license cannot be assigned, gifted, sold, shared or transferred in any other manner to any other individual or entity without X's express written consent. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or any of the X trademarks, logos, domain names, other distinctive brand features, and other proprietary rights. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

# Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting; (v) in any way use the Services to send altered, deceptive or false source-identifying information; (vi) engage in any conduct that violates our Platform

Manipulation and Spam Policy <span>(https://help.x.com/rules-and-policies/platform-manipulation)</span> or any other <u>Rules and Policies</u> <span>(https://help.x.com/rules-and-policies)</span>, including our <u>Misuse of Reporting Features Policy</u> <span>(https://help.x.com/rules-and-policies/misuse-of-reporting-features)</span>; or (vii) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

# Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See <u>https://help.x.com/managing-your-account/how-to-deactivate-x-account</u> <span>(https://help.x.com/managing-your-account/how-to-deactivate-x-account)</span> for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or <u>our Rules and Policies</u> <span>(https://help.x.com/rules-and-policies)</span>; (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 ("Misuse of the Services"). If you believe your account was terminated in error you can file an appeal following the steps found in our <u>Help Center</u> <span>(https://help.x.com/forms/account-access/appeals)</span> (<u>https://help.x.com/forms/account-access/appeals</u> <span>(https://help.x.com/forms/account-access/appeals)</span>). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Limitations of Liability

By using the Services you agree that Twitter International Unlimited Company, its parents, affiliates, related companies, officers, directors, employees, agents representatives, partners and licensors, liability is limited to the maximum extent permissible in your country of residence.

## Liquidated Damages

Protecting our users' data and our system resources is important to us. You further agree that, to the extent permitted by applicable law, if you violate the Terms, or you induce or facilitate others to do so, in addition to all other legal remedies available to us, you will be jointly and severally liable to us for liquidated damages as follows for requesting, viewing, or accessing more than 1,000,000 posts (including reply posts, video posts, image posts, and any other posts) in any 24-hour period - €15,000 EUR per 1,000,000 posts. You agree that these amounts are (i) a reasonable estimate of our damages; (ii) not a penalty; and (iii) not otherwise limiting of our ability to recover from you or others under any legal or equitable theory or claim, including but not limited to statutory damages and/or equitable relief. You further agree that repeated violations of these Terms will irreparably harm and entitle us to injunctive and/or equitable relief, in addition to monetary damages.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at https://x.com/tos (https://x.com/tos), will govern our relationship with you. Other than for changes addressing new functions or made for legal reasons, we will notify you 30 days in advance of making effective changes to these Terms that impact the rights or obligations of any party to these Terms, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

To the extent permitted by law, all disputes related to these Terms or the Services, including without limitation disputes related to or arising from other users' and third parties' use of the Services and any Content made available by other users and third parties on the Services, will be brought exclusively before a competent court in Ireland without regard to conflict of law provisions and will be governed by Irish law,

notwithstanding any other agreement between you and us to the contrary. Without prejudice to the foregoing, you agree that, in its sole discretion, X may bring any claim, cause of action, or dispute we have against you in any competent court in the country in which you reside that has jurisdiction and venue over the claim. To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding.

You and X agree that you must initiate any proceeding or action within one (1) year of the date of the occurrence of the event or facts giving rise to a dispute that is arising out of or related to these Terms. Otherwise, to the extent permitted by applicable law, you forever waive the right to pursue any claim or cause of action, of any kind or character, based on such events or facts, and such claims or causes of action are permanently barred.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

If you have any questions about these Terms, please contact us (https://help.x.com/forms).

**Effective:** November 15, 2024

Archive of Previous Terms (https://x.com/tos/previous)

© 2024 X Corp.

Cookies (https://help.x.com/rules-and-policies/twitter-cookies)

Privacy (https://x.com/privacy)

Terms and conditions (https://x.com/tos)

English

Terms of Service (https://x.com/en/tos)

- English (https://x.com/en/tos)
- Bahasa Indonesia (https://x.com/id/tos)
- Español (https://x.com/es/tos)
- Français (https://x.com/fr/tos)
- Deutsch (https://x.com/de/tos)
- Italiano (https://x.com/it/tos)
- 日本語 (https://x.com/ja/tos)
- 한국어 (https://x.com/ko/tos)
- Português (https://x.com/pt/tos)
- Русский (https://x.com/ru/tos)
- Slovenčina (https://x.com/sk/tos)
- Български (https://x.com/bg/tos)
- Čeština (https://x.com/cs/tos)
- Dansk (https://x.com/da/tos)
- Ελληνικά (https://x.com/el/tos)
- Eesti (https://x.com/et/tos)
- Suomi (https://x.com/fi/tos)
- Gaeilge (https://x.com/ga/tos)
- Hrvatski (https://x.com/hr/tos)
- Magyar (https://x.com/hu/tos)
- Lietuvių (https://x.com/lt/tos)
- Latviešu (https://x.com/lv/tos)
- Malti (https://x.com/mt/tos)
- Nederlands (https://x.com/nl/tos)
- Polski (https://x.com/pl/tos)
- Română (https://x.com/ro/tos)
- Slovenščina (https://x.com/sl/tos)
- Svenska (https://x.com/sv/tos)
- العربية (https://x.com/ar/tos)
- فارسی (https://x.com/fa/tos)
- Հայերէն (https://x.com/hy/tos)
- ខ្មែរ (https://x.com/km/tos)
- Tagalog (https://x.com/tl/tos)
- Tiếng Việt (https://x.com/vi/tos)
- 简体中文 (https://x.com/zh-cn/tos)
- 繁體中文 (https://x.com/zh-tw/tos)
- Lus Hmoob (https://x.com/hmn/tos)