# X Corp. Exhibit I

