# **<u>X Corp. Exhibit J</u>**

⟲ BANNED.video reposted

**INFOWARS** ✓ @infowars    Follow

FOLLOW: @AJNlive
SUPPORT: thealexjonesstore.com drjonesnaturals.com AlexJones.Live



1:01 PM · 11/25/24 · **33K** Views

💬    ⟲ 28    ♥ 161    🔖 5    ⤴