# X Corp. Exhibit K

**War Room** ✓
@WarRoomShow

Follow

Journalist Who Left Fox News For Ethical Reasons Explains Why Independent Media Is The Future



Journalist Who Left Fox News For Ethical Reasons Explains Why...

Journalist Who Left Fox News For Ethical Reasons Explains Why Independent Media Is The Future

2:32 PM · 12/4/24 · **695** Views

💬 3   🔁 1   ♡ 8   🔖   ⬆️

Most relevant replies ⌄

Post your reply