## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: ALEXANDER E. JONES,<br><br>     Debtor,<br><br>Alexander E. Jones, as debtor and as alleged owner and sole Manager of Free Speech Systems, LLC<br><br>     Plaintiffs,<br><br>vs.<br><br>Christopher Murray, as the Chapter 7 Trustee, Global Tetrahedron, LLC, Mark Barden, Jacquiline Barden, Francine Wheeler, David Wheeler, Ian Hockley Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jullian Soto-Marino, Carlee Soto Farisi, Robert Parker, and Erica Ash,<br><br>     Defendants. | Case No. 22-33553 (CML)<br><br>Chapter 7<br><br><br><br>Case No. 23-03238 (CML)<br><br>Adversary Proceeding |

## GLOBAL TETRAHEDRON, LLC'S WITNESS AND EXHIBIT LIST

| Judge | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date | Monday, December 9, 2024 |
| Hearing Time | 1:00 p.m. (CT) |
| Party's Name | Global Tetrahedron, LLC |
| Attorney's Names | Gregg Costa, Jason Goldstein (Global Tetrahedron, LLC) |
| Attorney's Phone | 212-351-5307 (Jason Goldstein) |
| Nature of Proceeding | *Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* [22-33553, Dkt. 915] |

Global Tetrahedron, LLC ("Global Tetrahedron") hereby submits this Witness and Exhibit List in connection with the hearing on the *Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* [22-33553, Dkt. 915], to be held on Monday, December 9, 2024, at 1:00 p.m. (Central Time).

Global Tetrahedron reserves the right to supplement, amend, or revise this Witness and Exhibit List at any time prior to the hearing. Global Tetrahedron reserves the right to supplement the Witness and Exhibit List with new witnesses and additional exhibits. Further, Global Tetrahedron reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Global Tetrahedron further reserves the right to introduce exhibits previously admitted.

## WITNESS LIST

Global Tetrahedron may call the following witnesses at the hearing:

1. Any witness necessary to rebut the testimony of any witness called or designated by any other parties;

2. Any witness listed or called by any other party.

## EXHIBIT LIST

Global Tetrahedron may offer for admission into evidence any of the following exhibits at the hearing:

## EXHIBITS

| No. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|-----|-------------|---------|-----------|------------------------|-------------|
| | Any document or pleading filed in the above-captioned cases or in *In re: Free Speech Systems LLC,* Case No. 22-60043 (CML) | | | | |
| | Any exhibits identified or offered by any other party | | | | |

| No. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|-----|-------------|---------|-----------|-------------------------|-------------|
|     | Any exhibits necessary for impeachment and/or rebuttal purposes |  |  |  |  |

Dated: December 5, 2024                    Respectfully submitted,


/s/ Gregg Costa
**GIBSON, DUNN & CRUTCHER LLP**
Gregg Costa
State Bar No. 24028160
811 Main Street Suite 3000
Houston, TX 77002-6117
Telephone:    (346) 718-6600
Email: GCosta@gibsondunn.com
cc: legal@theonion.com

**GIBSON, DUNN & CRUTCHER LLP**
Jason Z. Goldstein (*pro hac vice* pending)
200 Park Avenue
New York, New York 100166
Telephone:    (212) 351-4000
Email: JGoldstein@gibsondunn.com

***Counsel to Global Tetrahedron, LLC***

## CERTIFICATE OF SERVICE

I certify that, on December 5, 2024, a true and correct copy of the foregoing document was served by ECF on all counsel of record.

 

 

*/s/ Gregg Costa*
Gregg Costa