

EXHIBIT 2

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ALEXANDER E. JONES | § § | Case No. 22-33553<br>(Chapter 7) |
| Debtor. | § § | |

## DECLARATION OF KAREN NICOLAOU
## IN SUPPORT OF TRUSTEE'S APPLICATION TO
## EMPLOY HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS

I, Karen Nicolaou, hereby submit the following statement, and do hereby state under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.  I am familiar with the matters set forth herein and, if called as a witness, I could and would testify as follow:

2.  My name is Karen Nicolau, I am a Managing Director of HMP Advisory Holdings, LLC *d/b/a* Harney Partners ("**Harney Partners**")[1], and am serving as the lead professional on this engagement.

3.  Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge as a Managing Director of Harney Partners, information supplied to me by other Harney Partners professionals, or learned from my review of other documents. To the extent any information disclosed herein requires amendment or modification as additional information becomes available to Harney Partners or me, a supplemental disclosure will be submitted.

## QUALIFICATIONS

4.  I graduated from the University of Texas with a B.A. in Accounting and am a Certified Public Accountant (CPA) and a Certified Valuation Analyst (CVA). I have more than 30 years of experience managing and supporting companies in distressed and transitory situations and have been responsible for accounting and financial management, mergers and acquisitions, due diligence, valuations, forensic accountings, cash management, asset liquidation, out-of-court restructures, and interim crisis management for clients operating across multiple industries

5.  Harney Partners is a nationally recognized corporate advisory firm that has assisted hundreds of organizations and their stakeholders through complex financial and operational challenges. Harney Partners has won numerous regional and national awards and accolades, including the Turnaround Management Association's (TMA) Turnaround of the Year, the TMA Transaction of the Year, and the M&A Advisor Out-of-Court Restructuring of the year for its

---

[1] Capitalized terms used but not otherwise defined herein are intended to have the same meaning as defined in the Application.

successful engagements and services. Harney Partners has more than 30 years of specialized experience providing advisory services, turnaround consulting, financial assessments, analyses, internal audits, and expert reports and testimony to debtors, creditors, and other parties involved in business turnarounds, restructuring, bankruptcy, regulatory compliance, risk management, and complex litigation matters.

6.  I submit that Harney Partners and I possess the requisite expertise and background to provide the services for which we are being retained.

## KEY TERMS OF ENGAGEMENT

7.  In connection with this engagement, Harney Partners and I have agreed to the terms set forth in the Engagement Letter attached as Exhibit 1 to the Application. As more fully set forth therein and in the Application itself, we will provide professional services as a third-party financial advisor to the Trustee. We anticipate that we will provide the following financial, accounting, consulting, and litigation support services:

(i)   <u>Preparation of MORs</u>: Assisting the Trustee with the preparation and filing monthly operating reports relating to the operation of FSS.

(ii)  <u>Forensic Review of Books and Records of FSS</u>: Undertaking a review of the books and records of FSS, initially from the time of conversion, June 14, 2024, to present date.

(iii) <u>Litigation Support</u>: Assisting in the evaluation and potential prosecution of claims and causes of action of the estate and FSS.

(iv)  <u>Other Duties</u>: Providing other services as agreed to by the Trustee and HP from time to time to assist in the administration of the Estate and/or FSS.

8.  We have agreed to seek compensation on an hourly fee basis, at our normal hourly rates. The normal hourly rates are dependent on the role/title/experience of the professional and are set forth below:

| Role | Rate |
|---|---|
| President / EVP | $600 to $700 / hour |
| Managing Director | $500 to $600 / hour |
| Sr. Manager / Director | $400 to $500 / hour |
| Manager | $350 to $450 / hour |
| Sr. Consultant | $275 to $400 / hour |
| Support Staff | $180 to $275 / hour |

9.  I anticipate that I will be the primary billing professional on this engagement but may be assisted by other Harney Partner professionals as may be needed. Consistent with the firm's policy, a member of senior management will maintain a general advisory role.

10. In addition to compensation for professional services, we will seek reimbursement for actual, reasonable, and necessary expenses incurred in connection with its retention, at actual cost.

11. We understand that our requested fees and expenses for this engagement are subject to the Court's Interim Compensation Procedure Order at DE 793 [AJ Docket] and other applicable provisions of the Bankruptcy Code.

12. Harney Partners has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive.

## DISINTERESTEDNESS

13. In connection with this proposed engagement, I was provided with a list of potential interested parties in this case, attached hereto as **Appendix 1**. Based on my review, at this time, to the best of my knowledge, neither I nor any other professional of Harney Partners is aware of any actual conflict of interest or disqualifying connections.

14. Except as disclosed herein, I am not aware of any direct or indirect relationship to, connection with, or interest in, the Debtor or FSS that is materially adverse to the interest of the estate, the Debtor, or its creditors. Further, neither I nor Harney Partners represent any interest adverse to Debtor, its estate and creditors, and we do not have any connections to the Debtor, the creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

15. Harney Partners discloses the following connections pursuant to Federal Rule of Bankruptcy Procedure 2014:

   a. Generally, Harney Partners, myself, and its other professionals have connections to persons, parties, and other entities through the Turnaround Management Association and other bankruptcy/restructuring related professional organizations, including continuing education courses, professional conferences, and/or social media. To this end, we may have connections to the Office of the U.S. Trustee, judges, court staff, and practitioners involved in bankruptcy cases, who may also appear in this case.

   b. Harney Partners may provide professionals services that do not directly relate to or have any direct connection with this bankruptcy case, the Debtor, FSS, to entities or persons that may be creditors, vendors, professionals, or parties-in-interest in this case. At this time, no such connections are known except as set forth herein. If any such connections are discovered or arise, Harney Partners will supplement this Declaration.

c. Harney Partners and its personnel in their individual capacities regularly utilize the services of law firms, investment banking and advisory firms, and financial advisors. Such firms engaged by Harney Partners, or its personnel may appear in cases representing the Debtor or parties-in-interest. Any engagement where such firms represent Harney Partners or its personnel in their individual capacities is unrelated to this bankruptcy case.

d. Harney Partners and its personnel in their individual capacities, regularly utilize the services of or maintain consumer accounts with various unsecured creditors including Amazon Marketplace, Amazon.com Inc, HBOMax, Microsoft Online, Inc., Verizon. Etc. These relationships are unrelated to this bankruptcy case and none of these connections represent an interest adverse to the estate in this case.

e. Ms. Erin Jones, a partner at Jones Murray, LLP (co-counsel for the Trustee), has represented parties that retained me in various capacities, including as Chief Restructuring Officer, expert witness, and financial advisor. In my capacity as a Liquidating Trustee and Plan Agent in unrelated matters, I have retained Ms. Jones (at her previous law firm) to represent me. Each of these engagements are unrelated to this engagement. I believe the last matter in which I worked with Ms. Jones concluded in approximately 2016.

f. Mr. Joshua W. Wolfshohl, a partner at Porter | Hedges (co-counsel for the Trustee), has represented parties that retained me in various capacities, including, expert witness, and financial advisor. Each of these engagements are unrelated to this engagement. I believe the last matter in which I worked with Mr. Wolfshohl concluded in approximately 2014.

g. Ms. Jacqueline Chiba, an associate at Jones Murray, LLP (co-counsel for the Trustee) serves on the Turnaround Management Association's Education Committee with me. These matters are entirely unrelated to this engagement.

h. Vickie Driver (while she was at her former firm Crowe & Dunlevy P.C.) who was Debtor's former counsel in this case (withdrawal granted at DE 938 [AJ Docket]), has connections to Ms. Nicolaou and Harney Partners due to unrelated engagements.[2]

   i. In my capacity as Chief Restructuring officer in the Chapter 11 case of *The LasSalle Group, Inc., et. al,*. in the Northern District of Texas, Dallas Division, Case No. 19-31484-sgj-11, I was represented by Ms. Driver. This case concluded in 2021.

---

[2] Vickie has recently changed firms and is currently at Elliott, Thomason & Gibson, LLP.

      ii. Ms. Driver also represented a group of clients - Beltline SCC, LLC, Brinker SCC, LLC, Fairpark SCC, LCC, RW SCC, LLC, Vintage SCC, LLC, HG SCC, LLC, Mullican SCC, LLC, Whitesboro SCC, LLC, (together "Clients") – to whom Harney Partners provided litigation support services. As an independent third party, I had the ultimate authority to negotiate with and reach settlements with creditors of all Clients. All of the nine entities filed Chapter 7's in the Southern District, Houston Division.

i. The City of Austin is listed as a creditor in this case. For approximately the past ten (10) years, Mr. Greg Milligan, Executive Vice President at Harney Partners ("Milligan") has served in various capacities, including Chief Restructuring Officer, President, Board Member, and Financial Advisor for Austin Bergstrom Landhost Enterprises, Inc. ("ABLE"). ABLE is a Texas Public Facility Corporation and is the counterparty to a ground lease with the City of Austin for the property located at the Austin Bergstrom International Airport and operated as the Austin Airport Hilton Hotel. The City of Austin also has certain financial obligations related to ABLE's $45.6 million bond issuance in November of 2017. Milligan will continue to serve as ABLE's President until December 31, 2024, then will only be a board member thereafter.

j. Milligan, in his capacity as Chapter 11 Trustee, was represented by Shelby Jordan *In Re: Westech Capital Corp*, Case No. 16-10300 filed in the Western District of Texas, Austin Division. This case is still pending, but Mr. Jordan's representation ended during 2020.

k. Milligan is married to Layla Milligan, an Assistant Attorney General with the Office of the Texas Attorney General, and Managing Attorney of the Bankruptcy Regulatory Team in the Bankruptcy and Collections Division. A member of the Tax Team (which is separate and distinct from the Bankruptcy Regulatory Team) with the Office of the Texas Attorney General has filed an appearance in this case.

l. Ryan E. Chappel represents multiple creditors in this case. In Milligan's position as Court-Appointed Receiver for *Pride of Austin High Yield Fund I, LLC* ("POA Fund"), filed in Travis County District Court, he is currently adverse to Mr. Chappel's client, a borrower from the POA Fund.

m. The principal of the POA Fund is represented by Jackson Walker and Milligan, as Receiver, maintains claims against the principal.

n. In Milligan's capacity as Chief Restructuring Officer in the Chapter 11 case of *RIC (Austin), LLC*, pending in the Western District of Texas, Austin Division, Case No. 24-10264, he is prosecuting a condemnation proceeding on behalf of the debtor and its estate. Jackson Walker represents the defendant in that condemnation proceeding.

o. Streusand, Landon, Ozburn & Lemmon, LLP ("SLOL") represents a creditor in this case. SLOL has represented members of Harney Partners in the past and currently represents Milligan in a state court receivership matter pending in Travis County, Texas.

p. Waller, Lansden, Dortch & Davis, LLP (now Holland & Knight, LLP) has represented members of Harney Partners in the past and currently represents Milligan as Receiver for the POA Fund.

q. Pending court approval, Holland & Knight, LLP will also represent Milligan in separate receivership in Navarro County, Texas.

r. Joshua Wolfshohl and Porter | Hedges currently represents Milligan in a Travis County, Texas probate matter where Milligan was appointed as Sole Manager of two (2) entities affiliated with Jim Bob Moffett to liquidate the assets of each entity and distribute the resulting proceeds pursuant to a court-approved settlement of the parties.

s. On January 12, 2023, Harney Partners interviewed with counsel for the Committee and others to serve as Financial Advisor to the Committee, but was not selected.

t. During 2022, Harney Partners was contacted at different times by multiple different counsel for the Debtor and/or FSS regarding a possible role with the Debtor and/or FSS. Harney Partners declined each opportunity, each conversation was very brief (less than 5 minutes), and no confidential information was provided to Harney Partners during these discussions.

16. During 2024, Harney Partners was contacted separately by Vickie Driver and Steve Lemmon (counsel for PQPR) regarding the possibility of serving as a Liquidating Trustee or similar role for FSS. Again, the position never materialized, and no confidential information was provided to Harney during these discussions. Harney Partners reviews its files periodically to ensure that no conflicts or disqualifying connections exist or arise. Should I or Harney Partners discovery any new conflict or disqualifying connection, relevant facts, or anything else materially bearing on this engagement for the period of our retention, I will use reasonable efforts to file a supplemental disclosure.

17. Harney Partners is not a creditor of the Debtor or the Debtor's estate.

18. Based on the forgoing, I believe that Harney Partners and I are each a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

19. The forgoing constitutes the declaration of myself and Harney Partners pursuant to 11 U.S.C. §§ 327 and 504 of the Bankruptcy Code, as well as Bankruptcy Rules 2014(a) and 2016(b).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the nest of my information, knowledge, and belief.

Dated: December 6, 2024            **HMP ADVISORY HOLDINGS, LLC**
                                   **D/B/A HARNEY PARTNERS**

                                   */s/ Karen G. Nicolaou (with permission)*
                                   Karen Nicolaou (Managing Director)
                                   100 Main Street, Suite 2300
                                   Houston, TX 77002
                                   Phone: (281) 656-6508
                                   E-mail: knicolaou@harneypartners.com

# APPENDIX 1

**Potential Parties in Interest**

**Potential Parties in Interest**

**Debtor & Professionals**
Alexander E. Jones,
Free Speech Systems, LLC
Crowe & Dunlevy, P.C.
BlackBriar Advisors, LLC
Rachel Kennerly, LLC
Martin, Disiere, Jefferson & Wisdom L.L.P.

**Unsecured Creditors, Litigation Claimants, and other Parties in Interest**
Addshoppers, Inc.
ADP Total Source Insurance
ADP TotalSource Payroll
Airco Mechanical, LTD
AIS Portfolio Services, LLC
Aldenberg, William
Ally Auto
Ally Bank
Amazon Marketplace
Amazon Payments, Inc.
Amazon Web Services
Amazon.com, Inc.
American Express
American Media/Reality Zone
Andrews, Christopher
Ash, Erica L.
AT&T, Inc.
Atomial LLC
AWIO Web Services LLC
Balcones Recycling Inc.
Bank of America N.A.
Barden, Jacqueline
Barden, Mark
Biodec, LLC

Blott, Jacquelyn
Campco
Chelsea Green Publishing
City of Austin
Cloudflare, Inc.
Coan, Richard M.
Constant Contact, Inc.
Copycat Legal PLLC
CustomTattoNow.com
David Icke Books Limited
De La Rosa, Veronique
Deese, Stetson
Delassio, Joey
eBay
eCommerce CDN LLC
Edgecast, Inc.
Elevated Solutions Group
EPS, LLC
ERM Protect
Evident Tax, LLC
Fontaine, Marcel
Frost Insurance Agency
FW Robert Broadcasting Co
Getty Images, Inc
Gilmore, Brennan
Gracenote
Greenair, Inc
Gucciardi, Anthony
Haivision Network Video
HBOMax
Hensel, Jennifer
Heslin, Neil
High Gabriel Water Supply Corporation d/b/a Texas Water

High Gabriel Water Supply Corporation d/b/a Texas Water Spectrum
Hockley, Ian
Hockley, Nicole
Hulu, LLC
Ickonic Enterprises Limited
Independent Publishers Group
Iron Mountain, Inc
JCE SEO
Jones, Carol
Jordan, Shelby A.
JW JIB Productions, LLC
KI4U.com
Klayman, Larry
Konica Minolta Premier Finance
Lafferty, Erica
Lair, Justin
Lewis, Scarlett
Lincoln-Remi Group, LLC
LIT Industrial
Logo It, LLC
Lumen/Level 3 Communications
Magento
Magill, J. Patrick
Microsoft Bing Ads
Microsoft Online, Inc.
Miller, Sean
mongoDB Cloud
MRJR Holdings, LLC
Music Videos Distributors
MVD Entertainment Group
Netflix, Inc.
NetSuite Inc
New Relic
Newegg.com

1

| | | |
|---|---|---|
| One Party America, LLC | Skousen, Joel | U.S. Legal Support |
| Orkin, Inc. | Skyhorse Publishing | Uline Shipping Supply |
| Parker, Robert | SLNT | Vazquez, Valdemar Rodriguez |
| Payarc | Soto, Carlos M. | Verizon |
| Paymentus | Soto, Dona | Verizon Edgecast |
| Paz Law, LLC | Soto, Donna | Vultr |
| Percision Oxygen | Soto, Jillian | Waste Connections Lone Star, Inc. |
| Perfect Imprints.com | Soto-Marino, Jillian | Water Event - Pure Water Solutions |
| Perkins, Wes | Soto-Parisi, Carlee | Watson, Paul |
| Pipe Hitters Union, LLC | Sparkletts & Sierra Springs | Westwood One, LLC |
| Post Hill Press, LLC | Spectrum | Wheeler, David |
| Poulsen, Debra | Spectrum Enterprise aka Time Warner Cable | Wheeler, Francine |
| Power Reviews, Inc. | | Willow Grove Productions |
| Pozner, Leonard | Stamps.com | Wisconsin Dept. of Revenue |
| PQPR Holdings Limited, LLC | Stone Edge Technologies, Inc | WMQM-AM 1600 |
| Precision Camera | Stratus Technologies | WWCR |
| Private Jets, LLC | Studio 2426, LLC | Your Promotional Products, LLC |
| Protection 1 Alarm | Sweetwater Holdings Group, Inc. | Zendesk, Inc |
| Public Storage | Synergy North America, Inc. | Zoom US |
| Pullman & Comley, LLC | TD Canada Trust | |
| Randazza Legal Group | Texas Comptroller | **Other Professionals** |
| Rapid Medical | Texas Comptroller of Public Accounts, Revenue Accounting Division | The Akers Law Firm PLLC |
| RatsMedical.com | | Akin Gump Strauss Hauer & Feld LLP |
| Ready Alliance Group, Inc. | Texas Disposal Systems, Inc | Battaglia, Raymond William |
| Renaissance | Texas Gas Service | Chamberlain, Hrdlicka, White, Williams & Aughtry P.C. |
| Resistance Manifesto | Textedly | |
| Restore America | The Creative Group | Cain & Skarnulis PLLC |
| Richman, Jeremy | The Hartford | Chapple, Ryan E. |
| Sadowski, Christopher | The Steam Team, Inc | Civil Rights Clinic |
| Schmidt, Robert | Third Coast Graphics, Inc | Freeman, Elizabeth Carol |
| Security Bank of Crawford | Thomas, David | Haselden, Melissa A |
| Security Bank of Texas | Tolentino, Gabriela | Hawash Cicack & Gaston LLP |
| Sherlach, William | Travelers | Jackson Walker LLP |
| Simon & Schuster | Travis County | Jordan & Ortiz, P.C. |
| SintecMedia NYC, Inc. DBA Operative | Travis County MUD 3 | Kaster Lynch Farrar & Ball LLP |
| Sirius XM Holdings, Inc. | Travis County WCID 17 | Koskoff Koskoff & Bieder |

| | | |
|---|---|---|
| Law Office of Liz Freeman | **U.S. Bankruptcy Judges and Staff** | Hector Duran |
| McCarthy & Holthus, LLP | Chief Judge Eduardo V. Rodriguez | Barbra Griffin |
| McDowell Hetherington LLP | Judge Marvin Isgur | Brian Henault |
| Martin, Jarrod B. | Judge Christopher M. Lopez | Linda Motton |
| Ortiz, Antonio | Judge Jeffrey P. Norman | Ha Nguyen |
| Pattison Law Firm, P.C. | Ana Castro | Glenn Otto |
| Paul Weiss Rifkin & Garrison, LLP | Tracey Conrad | Yasmin Rivera |
| Reeves Law, PLLC | Jeannie Chavez | Jayson B. Ruff |
| Ruff, Jayson B. | LinhThu Do | Millie Sall |
| Stephen A. Roberts, P.C. | Tyler Laws | Patricia Schmidt |
| Streusand, Landon, Ozburn & Lemmon, LLP | Kimberly Picota | Christy Simmons |
| | Vriana Portillo | Gwen Smith |
| Waller Lansden Dotrch & Davis, LLP | Mario Rios | Stephen Statham |
| Wilkie Farr & Gallagher LLP | | Christopher R. Travis |
| Williams, Randy | **U.S. Trustee Personnel** | Clarissa Waxton |
| Zeisler & Zeisler, P.C. | Alicia Barcomb | Jana Whitworth |
| | Jacqueline Boykin | |
| | Luci Johnson-Davis | |

3