IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| ALEXANDER E. JONES, | ) ) ) | Case No. 22-33553 (CML) |
| Debtor. | ) ) ) | **Relates to Docket No. 859, 915** |

### NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by X Corp. ("X Corp."), a party-in-interest in the above-captioned chapter 7 case.

2. This Notice pertains to the hearing scheduled for **December 9, 2024** at 1:00 p.m. (prevailing Central Time) (the "**Hearing**") to consider *Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* [Docket No. 915].

3. Pursuant to this notice, X Corp. may call Samantha Birkenfeld-Malpass, Senior Litigation Counsel II, to testify at the Hearing by telephone and video technology, solely to authenticate documents.

4. On December 3, 2024, X Corp., notified the parties of their intent to call Ms. Birkenfeld-Malpass remotely and of the documents sought to be authenticated. While no party has objected and X Corp. anticipates that this notice may be mooted by agreement, X Corp. is filing this notice out of an abundance of caution.[1]

---

[1] The Trustee suggested executing a stipulation in which X Corp. agrees that Ms. Birkenfeld-Malpass will only be called to authenticate documents. This notice provides that agreement.

Dated: December 7, 2024	Respectfully submitted,

/s/ Caroline A. Reckler
Caroline A. Reckler (S.D. Tex. Bar No. IL6275746)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:   caroline.reckler@lw.com

- And –

Christopher Harris (S.D. Tex. Bar No. NY2914265)
Jonathan J. Weichselbaum (S.D. Tex. Bar No. NY5676143)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: christopher.harris@lw.com
          jon.weichselbaum@lw.com

*Counsel to X Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on December 7, 2024.

*/s/ Caroline A. Reckler*
Caroline A. Reckler
