IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALEXANDER E. JONES, | ) | Case No. 22-33553 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | **Relates to Docket No. 859, 915** |

**X CORP.'S SUPPLEMENTAL[1] WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR DECEMBER 9, 2024 AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

X Corp. ("**X Corp.**") files its Supplemental Witness and Exhibit List for the hearing in connection with the *Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* [Docket No. 915] to be held on **December 9, 2024 at 1:00 p.m. (prevailing Central Time**) (the "**Hearing**") as follows:

## WITNESSES

X Corp. may call the following witnesses at the Hearing:

1. Samantha Birkenfeld-Malpass;

2. Any witness listed or called by any other party;

3. Rebuttal witnesses as necessary; and

4. X Corp. reserve the right to cross-examine any witness called by any other party.

---

[1] This Supplemental Witness and Exhibit List adds Exhibit L.

**EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| A | *X Corp.'s Limited Objection to Trustee's Proposed Sale Motions* [ECF No. 25] | | | | | | |
| B | *Notice of Corrected Exhibit A to X Corp.'s Limited Objection to Trustee's Proposed Sale Motions* [ECF No. 953] | | | | | | |
| C | X Terms of Service effective as of November 15, 2024 | | | | | | |
| D | X Terms of Service effective as of June 10, 2022 | | | | | | |
| E | Service of Process Transmittal Summary dated October 23, 2024 | | | | | | |
| F | *Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC* [ECF No. 829] | | | | | | |
| G | *Order Granting Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC* [ECF No. 859] | | | | | | |
| H | *Trustee's Emergency Motion for Entry and Order Authorizing (I) The Sale of Intellectual Property Assets in Connection with the Windows of Free Speech Systems, LLC and (II) the Assumption and Assignment of Executory Contracts* [ECF No. 882] | | | | | | |
| I | Screenshot of @infowars X Post on December 3, 2024 | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| J | Screenshot of @BANNEDdotVIDEO X repost on November 25, 2024 | | | | | | |
| K | Screenshot of @WarRoomShow X post on December 4, 2024 | | | | | | |
| L | Deposition Transcript of Christopher Murray (December 5, 2024) | | | | | | |
| | Any document or pleading filed in the above-captioned main case | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

X Corp. reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Dated: December 8, 2024

Respectfully submitted,

*/s/ Caroline A. Reckler*
Caroline A. Reckler (S.D. Tex. Bar No. IL6275746)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:  caroline.reckler@lw.com

- And –

Christopher Harris (S.D. Tex. Bar No. NY2914265)
Jonathan J. Weichselbaum (S.D. Tex. Bar No. NY5676143)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: christopher.harris@lw.com
      jon.weichselbaum@lw.com

*Counsel to X Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on December 8, 2024.

>                 */s/ Caroline A. Reckler*
>                 Caroline A. Reckler