IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  ALEXANDER E. JONES | § § § § | CASE NO. 22-33553 (CML) |
| Debtor. | | Chapter 7 |

## SUPPLEMENT TO WITNESS AND EXHIBIT LIST

Alexander E. Jones ("Jones") files this Supplement to the Witness and Exhibit List filed at Docket #958 for the hearing to be held on Monday, December 9, 2024, at 2:00 p.m. (prevailing Central Time) before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

## SUPPLEMENTAL EXHIBITS

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 17. | Jones Adversary Complaint [Judicial Notice Dkt #917] | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |
| | Any exhibit listed by any other party | | | | |

## WITNESSES

1. Christopher R. Murray, Trustee for Alexander E. Jones bankruptcy case.

2. Jeff Tanenbaum

3. Corporate Representative for Global Tetrahedron, LLC.

4. Walter J. Cicack

5. Bob Schleizer

6. Alex Jones, via his sworn declaration [Docket #917-1]

7. Any witness and rebuttal witnesses listed by any other party.

Jones Parties reserve the right to amend and/or supplement this Witness and Exhibit List as necessary in advance of the Hearing. Jones Parties also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, Jones Parties reserve the right to introduce any previously admitted exhibit.

Dated: December 8, 2024

/s/ Shelby A. Jordan
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
**Jordan & Ortiz, P.C.**
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
         aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR ALEX JONES**

/s/ Ben Broocks
Ben C Broocks
State Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEX JONES**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on December 8, 2024.

                                        */s/ Shelby A. Jordan*
                                        Shelby A. Jordan