# EXHIBIT 15

# **EXHIBIT C**

**FUAC Initial Bid**

**ALEXANDER E. JONES** PRESTIGE SYSTEMS INFOWARS | Offering Memorandum

Page 11

tranzon 360

# Bid Form | Bid Deadline: November 8, 2024 @ 2 pm CST

| Buyer Name | First United American Companies, LL | | Buyer Company | |
|---|---|---|---|---|
| Phone 1 | | | Phone 2 | |
| Address | C/O walter cicack, 711 W Alabama, H | | | |
| State/Zip | TX/7006 | | City | Houston |
| | | | Email | wcicack@hcgllp.com ( Walter Cicack, a |
| Partner * | | | | |

*Any party with a vested interest in the purchase must be disclosed

| LOT — See Attached - Addendum | Group (*X*) | LOT BID | Intellectual Property Allocation | Equipment/Inventory Allocation |
|---|---|---|---|---|
| Lot 1 Production I Note Equipment Allocation if Applicable | ✓ | $ 600,000.00 | $275,000.00 | $ 275,000.00 ✱ |
| Lot 2 E-Commerce I Note Inventory Allocation if Applicable | ✓ | $ 500,000.00 | $250,000.00 | $250,000.00 |
| Lot 3 Domains I Approximately 280 Domains | ✓ | $ 50,000.00 | | |
| Lot 4 Contested Domains I Approximately 37 Domains | ✓ | $ 50,000.00 | | |

✱✱ 450,000

*If your bid for any lots are contingent upon other lots, please indicate which lots are to be grouped together by placing an 'x' in the Group column above.

*Trustee reserves the right to accept or reject any non-conforming bid.

**Please Email Bids to the Following Parties (if you prefer to mail, please see the Sale Order & Procedures Posted to the website for a list of address.**
jeff@360assetadvisors.com, ktoney@tranzon.com, edumil@tranzon.com, jwoltsohn@porterhedges.com, mdearman@porterhedges.com, erin.jones@jonesmurray.com

| | | 10% Deposit Amount Submitted | $ 120,000.00 |
|---|---|---|---|
| | | Form of Payment Accepted | Wire Transfer Only |

I hereby submit my bid for the Packages above in accordance with the terms and conditions of this bid package.

X _(signature)_

Name: Charles Cicack
Title: Sole Member/Manager of FUAC
Date: November 7, 2024

| Auctioneer Use Only: | |
|---|---|
| Received Date | |
| Received By | |

BID FORM          TERMS

## Addendum

\*   Includes Servers in Bldg 2, and generator
outside of bldg 3

\*\*   Personal property, equipment, and furniture located
in Bldg 2. Does not include automobiles