# EXHIBIT 23

Bid Analysis
Alex Jones Bankruptcy
FSS Assets

|  | LOT 1 - PRODUCTION RELATED | | | LOT 2 - ECOMMERCE RELATED | | Lot 3 | Lot 4 | Total Bids | Net to Unsecured (@ 8%) | Total Cash Value of Bids | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Allocation Intellectual Property | Allocation Personal Property Building 3 | Allocation Personal Property Building 2 | Allocation Intellectual Property | Allocation Inventory | | | | | | |
| First United American / Cicack | **275,000** | **275,000** | **50,000** | **250,000** | **250,000** | 50,000 | 50,000 | 1,200,000 | 96,000 | 1,200,000 | - They want all lots. If faced with a situation where they might need to forgo lots 3 & 4 in a bid situation, they might; however, they are not looking to end up with just Lot 1 without Lot 2. |
| Global Tetrahedron / The Onion | **998,000** | 1,000 |  | **1,000** | - |  |  | 1,000,000 |  | TBD | - Need to assess distributable proceeds waiver to assess full cash value of bid.<br>- Their predominent interest is the IP Lot 1, but want the domain names out of Lot 2 more than anything else in the lot (potential scenario to attribute Dec 10 auction value to the elements of Lot 2 they do not want).<br>- Bid for equipment and inventory was strategic; they would likely walk from both if it helped them to get the IP |
| Prospective Dec 10 Piecemeal Auction Value |  | 260,000 | 40,000 | (1) | 120,000 | 10,000 | 10,000 |  |  |  | Terms in the bid package state that right for us to attribute piecemeal auction value in evaluating competitive bids. |
| High Bid |  |  |  |  |  |  |  |  |  |  |  |
| Blended Bid - Global T & Dec 10 Auction | 998,000 | 260,000 | 40,000 | 1,000 | 120,000 | 10,000 | 10,000 | 1,439,000 | 115,120 | TBD |  |

**Bold** bids represent those lots expected to be contingent upon one another.
(1) Lot 2 IP could be broken up to include the domains Global T seeks, with the ecommerce site and related customer data sold at the Dec 10 auction for an unknown amount

Prospective Auction Values
- Lowered values to net of sale costs and add'l liquidator fee
- Attributed value to the domain lots 3 & 4 - this is highly speculative, but provides a basis to create a true apples to apples comparison with FUA's bid as well as serves as a minimum bid should FUA want to overbid on just those lots

| Note: Green signifies a bid change  Yellow highlights the $1 creditor benefit | Lot 1 - 4 Take All | Lot 1a Infowars Production | Lot 2a Intellectual Property | Lot 1b Personal Prop Bldg 3 | Lot 1c Personal Prop Bldg 2 | Lot 2b Inventory | Lot 3 | Lot 4 | Distributable Proceeds Waiver |
|---|---|---|---|---|---|---|---|---|---|
| Round 1 Trustee GT |  |  | 1,000,000 | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | 0 |
| Round 2 FUA | 1,550,000 |  |  |  |  |  |  |  |  |
| Round 3 Trustee GT |  |  | 1,400,000 | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | 500,000 |
| Round 4 FUA | 1,650,000 |  |  |  |  |  |  |  |  |
| Round 5 Trustee GT | 16,801 |  | 1,000,000 | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | 16,801 |
| Round 6 FUA | 1,750,000 |  |  |  |  |  |  |  |  |
| Round 7 Trustee GT | 24,801 |  | 1,000,000 | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | 24,801 |
| Round 8 FUA | 2,500,000 |  |  |  |  |  |  |  |  |
| Round 9 Trustee GT |  |  | 1,000,000 | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | 500,000 |
| Round 10 FUA | 8,000,000 |  |  |  |  |  |  |  |  |

| Note: Green signifies a bid change. Yellow highlights the $1 creditor benefit | Lot 1 - 4 Take All | Lot 1a Infowars Production | Lot 2a Intellectual Property | Lot 1b Personal Prop Bldg 3 | Lot 1c Personal Prop Bldg 2 | Lot 2b Inventory | Lot 3 | Lot 4 | Distributable Proceeds Waiver |
|---|---|---|---|---|---|---|---|---|---|
| Round 11 Trustee |  |  |  | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 |  |
| GT |  | 1,064,000 |  |  |  |  |  |  | 519,681 |
| Round 12 FUA | 12,000,000 |  |  |  |  |  |  |  |  |
| Round 13 Trustee |  |  |  | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 |  |
| GT |  | 1,584,000 |  |  |  |  |  |  | 798,081 |
| Round 14 FUA | 15,500,000 |  |  |  |  |  |  |  |  |
| Round 15 Trustee |  |  |  | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 |  |
| GT |  | 2,000,000 |  |  |  |  |  |  | 1,044,801 |

| | Total Bids | Cash Value of Bid | Net Benefit to Non CT Creditors | CT Creditors Balance | 360Tranzon Fee | 360Tranzon Expense | Admin Fees | Total Fees & Expenses | CT Creditors Adjusted Balance |
|---|---|---|---|---|---|---|---|---|---|
| Note: Green signifies a bid change Yellow highlights the $1 creditor benefit | | | | | | | | | |
| **Round 1** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,000,000 | 1,000,000 | 80,000 | | | | | | |
| | 1,440,000 | 1,440,000 | 115,200 | 920,000 | 85,000 | 25,000 | | 110,000 | 818,800 |
| **Round 2** | | | | | | | | | |
| FUA | 1,550,000 | 1,550,000 | 124,000 | | | | | | |
| | 1,550,000 | | 124,000 | | 167,500 | 25,000 | | 192,500 | |
| **Round 3** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,400,000 | 7,650,000 | 612,000 | | | | | | |
| | 1,840,000 | 8,090,000 | 647,200 | 788,000 | 437,500 | 25,000 | 369,500 | 832,000 | 22,560 |
| **Round 4** | | | | | | | | | |
| FUA | 1,650,000 | 1,650,000 | 132,000 | | | | | | |
| | 1,650,000 | | 132,000 | | 174,500 | 25,000 | | 199,500 | |
| **Round 5** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,000,000 | 1,210,013 | 96,801 | | | | | | |
| | 1,440,000 | 1,650,013 | 132,001 | 903,199 | 99,701 | 25,000 | | 124,701 | 788,474 |
| **Round 6** | | | | | | | | | |
| FUA | 1,750,000 | 1,750,000 | 140,000 | | | | | | |
| | 1,750,000 | | 140,000 | | 181,500 | 25,000 | | 206,500 | |
| **Round 7** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,000,000 | 1,310,013 | 104,801 | | | | | | |
| | 1,440,000 | 1,750,013 | 140,001 | 895,199 | 106,701 | 25,000 | | 131,701 | 774,034 |
| **Round 8** | | | | | | | | | |
| FUA | 2,500,000 | 2,500,000 | 200,000 | | | | | | |
| | 2,500,000 | | 200,000 | | 234,000 | 25,000 | | 259,000 | |
| **Round 9** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,000,000 | 7,250,000 | 580,000 | | | | | | |
| | 1,440,000 | 7,690,000 | 615,200 | 420,000 | 417,500 | 25,000 | | 442,500 | 12,900 |
| **Round 10** | | | | | | | | | |
| FUA | 8,000,000 | 8,000,000 | 640,000 | | | | | | |
| | 8,000,000 | | 640,000 | | 510,000 | 25,000 | | 535,000 | |

| | Total Bids | Cash Value of Bid | Net Benefit to Non CT Creditors | CT Creditors Balance | 360Tranzon Fee | 360Tranzon Expense | Admin Fees | Total Fees & Expenses | CT Creditors Adjusted Balance |
|---|---|---|---|---|---|---|---|---|---|
| Note: Green signifies a bid change  Yellow highlights the $1 creditor benefit | | | | | | | | | |
| **Round 11** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,064,000 | 7,560,013 | 604,801 | | | | | | |
| | 1,504,000 | 8,000,013 | 640,001 | 459,199 | 433,001 | 25,000 | | 458,001 | 37,838 |
| **Round 12** | | | | | | | | | |
| FUA | 12,000,000 | 12,000,000 | 960,000 | | | | | | |
| | 12,000,000 | | 960,000 | | 710,000 | 25,000 | | 735,000 | |
| **Round 13** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,584,000 | 11,560,013 | 924,801 | | | | | | |
| | 2,024,000 | 12,000,013 | 960,001 | 659,199 | 633,001 | 25,000 | | 658,001 | 53,838 |
| **Round 14** | | | | | | | | | |
| FUA | 15,500,000 | 15,500,000 | 1,240,000 | | | | | | |
| | 15,500,000 | | 1,240,000 | | 885,000 | 25,000 | | 910,000 | |
| **Round 15** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 2,000,000 | 15,060,013 | 1,204,801 | | | | | | |
| | 2,440,000 | 15,500,013 | 1,240,001 | 795,199 | 808,001 | 25,000 | | 833,001 | 28,838 |

| Note: Green signifies a bid change  Yellow highlights the 50k creditor benefit | Lot 1 - 4  Take All | Lot 1a  Infowars Production | Lot 2a  Intellectual Property | Lot 1b  Personal Prop Bldg 3 | Lot 1c  Personal Prop Bldg 2 | Lot 2b  Inventory | Lot 3 | Lot 4 | Distributable Proceeds Waiver |
|---|---|---|---|---|---|---|---|---|---|
| Round 1  Trustee  GT | | | 1,000,000 | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | 0 |
| Round 2  FUA | 1,500,000 | | | | | | | | |
| Round 3  Trustee  GT | | | 1,000,000 | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | 54,800 |
| Round 4  FUA | 2,175,000 | | | | | | | | |
| Round 5  Trustee  GT | | | 1,000,000 | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | 108,800 |
| Round 6  FUA | 2,850,000 | | | | | | | | |
| Round 7  Trustee  GT | | | 1,000,000 | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | 162,800 |
| Round 8  FUA | 3,550,000 | | | | | | | | |
| Round 9  Trustee  GT | | | 1,000,000 | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | 218,800 |
| Round 10  FUA | 8,000,000 | | | | | | | | |

| | Lot 1 - 4<br>Take All | Lot 1a<br>Infowars Production | Lot 2a<br>Intellectual Property | Lot 1b<br>Personal Prop Bldg 3 | Lot 1c<br>Personal Prop Bldg 2 | Lot 2b<br>Inventory | Lot 3 | Lot 4 | Distributable<br>Proceeds Waiver |
|---|---|---|---|---|---|---|---|---|---|
| Note: Green signifies a bid change<br>Yellow highlights the 50k creditor benefit | | | | | | | | | |
| Round 11 | | | | | | | | | |
| Trustee | | | | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | |
| GT | | 1,110,000 | | | | | | | 566,000 |
| | | | | | | | | | |
| Round 12 | | | | | | | | | |
| FUA | 12,000,000 | | | | | | | | |
| | | | | | | | | | |
| Round 13 | | | | | | | | | |
| Trustee | | | | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | |
| GT | | 1,620,000 | | | | | | | 845,200 |
| | | | | | | | | | |
| Round 14 | | | | | | | | | |
| FUA | 15,500,000 | | | | | | | | |
| | | | | | | | | | |
| Round 15 | | | | | | | | | |
| Trustee | | | | 260,000 | 40,000 | 120,000 | 10,000 | 10,000 | |
| GT | | 2,050,000<br>(over max in letter) | | | | | | | 1,090,800 |

| | Total Bids | Cash Value of Bid | Net Benefit to Non CT Creditors | CT Creditors Balance | 360Tranzon Fee | 360Tranzon Expense | Admin Fees | Total Fees & Expenses | CT Creditors Adjusted Balance |
|---|---|---|---|---|---|---|---|---|---|
| Note: Green signifies a bid change. Yellow highlights the 50k creditor benefit | | | | | | | | | |
| **Round 1** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,000,000 | 1,000,000 | 80,000 | | | | | | |
| | 1,440,000 | 1,440,000 | 115,200 | 920,000 | 85,000 | 25,000 | | 110,000 | 818,800 |
| **Round 2** | | | | | | | | | |
| FUA | 1,500,000 | | 120,000 | | | | | | |
| | 1,500,000 | | 120,000 | | 59,000 | 25,000 | | 84,000 | |
| **Round 3** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,000,000 | 1,685,000 | 134,800 | | | | | | |
| | 1,440,000 | 2,125,000 | **170,000** | 865,200 | 132,950 | 25,000 | | 157,950 | 719,886 |
| **Round 4** | | | | | | | | | |
| FUA | 2,175,000 | | 174,000 | | | | | | |
| | 2,175,000 | | 174,000 | | 59,000 | 25,000 | | 84,000 | |
| **Round 5** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,000,000 | 2,360,000 | 188,800 | | | | | | |
| | 1,440,000 | 2,800,000 | **224,000** | 811,200 | 173,000 | 25,000 | | 198,000 | 629,040 |
| **Round 6** | | | | | | | | | |
| FUA | 2,850,000 | | 228,000 | | | | | | |
| | 2,850,000 | | 228,000 | | 59,000 | 25,000 | | 84,000 | |
| **Round 7** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,000,000 | 3,035,000 | 242,800 | | | | | | |
| | 1,440,000 | 3,475,000 | **278,000** | 757,200 | 206,750 | 25,000 | | 231,750 | 543,990 |
| **Round 8** | | | | | | | | | |
| FUA | 3,550,000 | | 284,000 | | | | | | |
| | 3,550,000 | | 284,000 | | 59,000 | 25,000 | | 84,000 | |
| **Round 9** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,000,000 | 3,735,000 | 298,800 | | | | | | |
| | 1,440,000 | 4,175,000 | **334,000** | 701,200 | 241,750 | 25,000 | | 266,750 | 455,790 |
| **Round 10** | | | | | | | | | |
| FUA | 8,000,000 | | 640,000 | | | | | | |
| | 8,000,000 | | 640,000 | | 59,000 | 25,000 | | 84,000 | |

| | Total Bids | Cash Value of Bid | Net Benefit to Non CT Creditors | CT Creditors Balance | 360Tranzon Fee | 360Tranzon Expense | Admin Fees | Total Fees & Expenses | CT Creditors Adjusted Balance |
|---|---|---|---|---|---|---|---|---|---|
| Note: Green signifies a bid change. Yellow highlights the 50k creditor benefit | | | | | | | | | |
| **Round 11** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,110,000 | 8,185,000 | 654,800 | | | | | | |
| | 1,550,000 | 8,625,000 | 690,000 | 455,200 | 464,250 | 25,000 | | 489,250 | 5,090 |
| **Round 12** | | | | | | | | | |
| FUA | 12,000,000 | | 960,000 | | | | | | |
| | 12,000,000 | | 960,000 | | 59,000 | 25,000 | | 84,000 | |
| **Round 13** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 1,620,000 | 12,185,000 | 974,800 | | | | | | |
| | 2,060,000 | 12,625,000 | 1,010,000 | 645,200 | 664,250 | 25,000 | | 689,250 | 11,090 |
| **Round 14** | | | | | | | | | |
| FUA | 15,500,000 | | 1,240,000 | | | | | | |
| | 15,500,000 | | 1,240,000 | | 59,000 | 25,000 | | 84,000 | |
| **Round 15** | | | | | | | | | |
| Trustee | 440,000 | 440,000 | 35,200 | | | | | | |
| GT | 2,050,000 | 15,685,000 | 1,254,800 | | | | | | |
| | 2,490,000 | 16,125,000 | 1,290,000 | 795,200 | 839,250 | 25,000 | | 864,250 | 90 |