# EXHIBIT 24

| | | Backup Bid | Winning Bid (Cash Equivalent) | Winning Bid |
|---|---|---|---|---|
| Purchase Cash | | 3,500,000 | 4,750,000 | 1,750,000 |
| less: Administrative Costs | | (750,000) | (750,000) | (750,000) |
| Net Purchase Cash | | 2,750,000 | 4,000,000 | 1,000,000 |
| | | | | |
| Connecticut Families' Share | 75.0% | 2,062,500 | 3,000,000 | 750,000 |
| Gift Class's Share | 25.0% | 687,500 | 1,000,000 | 250,000 |
| Total Creditor Proceeds | | 2,750,000 | 4,000,000 | 1,000,000 |
| | | | | |
| Gift Class's Share | | 687,500 | 1,000,000 | 250,000 |
| Distributable Proceeds Waiver | | - | - | 750,000 |
| Gift Class Total Recovery | | 687,500 | 1,000,000 | 1,000,000 |

| | | Backup Bid | Winning Bid (Cash Equivalent) | Winning Bid |
|---|---|---|---|---|
| Purchase Cash | | 3,500,000 | 7,000,000 | 1,750,000 |
| less: Administrative Costs | | (650,000) | (650,000) | (650,000) |
| Net Purchase Cash | | 2,850,000 | 6,350,000 | 1,100,000 |
| | | | | |
| Connecticut Families' Share | 96.7% | 2,755,950 | 6,140,450 | 1,063,700 |
| Gift Class's Share | 3.3% | 94,050 | 209,550 | 36,300 |
| Total Creditor Proceeds | | 2,850,000 | 6,350,000 | 1,100,000 |
| | | | | |
| Gift Class's Share | | 94,050 | 209,550 | 36,300 |
| Distributable Proceeds Waiver | | - | - | 173,250 |
| Gift Class Total Recovery | | 94,050 | 209,550 | 209,550 |