UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § Chapter 7 <br> § |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) <br> § |
| Debtor. | § <br> § <br> § <br> § |

**ORDER GRANTING THE TRUSTEE'S EMERGENCY MOTION TO STRIKE THE ALEXANDER E. JONES RESPONSE AND OBJECTION TO THE TRUSTEE'S EXPEDITED MOTION FOR ENTRY OF AN ORDER IN FURTHERANCE OF THE SALE OF ASSETS OF FREE SPEECH SYSTEMS, LLC**
[Relates to Docket Nos. 962, 969 & ___]

Upon consideration of the *Trustee's Emergency Motion to Strike Alexander E. Jones Response and Objection to the Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* (the "Motion"), the Court finds that the *Alexander E. Jones Response and Objection to the Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* [Docket No. 962] [Docket No. 962] (the "Objection") and the *Corrected Alexander E. Jones Response and Objection to the Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* [Docket No. 969] (the "Untimely Objection") should be stricken based on the objecting party's lack of standing and, with respect to the Untimely Objection, the objecting party's failure to comply with the Court's deadline for filing such objections.

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Objection [Docket No. 962] is stricken.

3. The Untimely Objection [Docket No. 969] is stricken.

Dated: _____, 2024.
Houston, Texas

_____
HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE