UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | §<br>§ Chapter 7<br>§ |
| **ALEXANDER E. JONES,** | § Case No. 22-33553 (CML)<br>§ |
| Debtor. | §<br>§<br>§ |

**NOTICE OF (A) REVISED PROPOSED ORDER (I) APPROVING ASSET PURCHASE AGREEMENT, (II) AUTHORIZING SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, AND (III) GRANTING OTHER RELATED RELIEF
AND (B) REDLINE THEREOF**
[Relates to Docket Nos. 915 and 974]

**PLEASE TAKE NOTICE THAT** on November 18, 2024, Christopher R. Murray, the chapter 7 trustee for the bankruptcy estate of Alexander E. Jones filed the proposed *Order (I) Approving Asset Purchase Agreement, (II) Authorizing Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Other Related Relief* [Docket No. 915-8] (the "***Original Sale Order***").

**PLEASE TAKE FURTHER NOTICE THAT** on the date hereof, the Trustee's filed the revised *Order (I) Approving Asset Purchase Agreement, (II) Authorizing Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Other Related Relief* [Docket No. 974] (the "***Revised Sale Order***").[1]

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a redline of the Original Sale Order against the Revised Sale Order.

---

[1] The form of Revised Sale Order is subject to final approval by X. Corp., but the Trustee does not anticipate any material changes from what is included in the Revised Sale Order.

15701607

Dated: December 9, 2024
       Houston, Texas

                           Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*
    Joshua W. Wolfshohl (Bar No. 24038592)
    Michael B. Dearman (Bar No. 24116270)
    Jordan T. Stevens (Bar No. 24106467)
    Kenesha L. Starling (Bar No.24114906)
    **PORTER HEDGES LLP**
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6000
    Facsimile: (713) 226-6248
    jwolfshohl@porterhedges.com
    mdearman@porterhedges.com
    jstevens@porterhedges.com
    kstarling@porterhedges.com

    *and*

    Erin E. Jones (TX 24032478)
    **JONES MURRAY LLP**
    602 Sawyer Street, Suite 400
    Houston, Texas 77007
    Telephone: (832) 529-1999
    Fax: (832) 529-3393
    erin@jonesmurray.com

    *Counsel for Christopher R. Murray, Chapter 7 Trustee*

15701607

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing document was served on December 9, 2024 on all parties receiving ECF service in the above-captioned case on the date hereof.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15701607