IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | CASE NO. 22-33553 |
| ALEXANDER E. JONES | § | |
| *Debtor* | § | **Hearing Date: 12/9/24 at 1:00 p.m.** |
| | § | |
| | § | **Nature of Proceeding:** |
| | § | *Trustee's Expedited Motion for Entry of an* |
| | § | *Order in Furtherance of the Sale of Assets* |
| | § | *of Free Speech Systems, LLC* **[Doc. 915]** |

## FIRST UNITED AMERICAN COMPANIES, LLC'S
## AMENDED WITNESS AND EXHIBIT LIST

Witness List:

1. Christopher Murray
2. Jeff Tanenbaum
3. Alex Jones
4. Ben Collins
5. Christopher M. Mattei
6. Representative of Global Tetrahedron, LLC
7. Representative of War Is Over, LLC
8. Representative of Connecticut Families
9. Representative of First United American Companies, LLC
10. Walter J. Cicack
11. Any witness called by any other party

Exhibit List:

| NO. | DESCRIPTION | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 1. | Order Granting Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC (Dkt. 859) | | | |
| 2. | Notice of Successful Bidder and Backup Bidder in the Auction for the Assets of Free Speech Systems, LLC Free and Clear of Any and All Claims, Interests, and Encumbrances (Dkt. 903) | | | |
| 3. | FUAC's Initial Bid | | | |
| 4. | Onion's Initial Bid | | | |

| NO. | DESCRIPTION | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 5. | Email from Jeff Tanenbaum of Tranzon, dated November 11, 2024 | | | |
| 6. | New Overbid Form | | | |
| 7. | FUAC's Bid (Designated as Backup Bid) | | | |
| 8. | Onion's Bid with 3-page letter of explanation (Designated as Success Bid) | | | |
| 9. | Sealed Bid Package (Dkt. 915-2) | | | |
| 10. | Asset Purchase Agreement (Dkt. 915-1) | | | |
| 11. | PQPR's Proof of Claim (POC No. 11) | | | |
| 12. | Debtor's Consolidated Objection to Proofs of Claim filed by Connecticut Plaintiffs (Dkt. 705) | | | |
| 13. | Connecticut Families' Response to Claim Objection (Dkt. 812) | | | |
| 14. | Tranzon 235-236 | | | |
| 15. | Tranzon 699-701 | | | |
| 16. | Tranzon 703 | | | |
| 17. | Tranzon 795 | | | |
| 18. | Tranzon 796-811 | | | |
| 19. | Tranzon 812-827 | | | |
| 20. | Tranzon 828-843 | | | |
| 21. | Tranzon 844-868 | | | |
| 22. | Tranzon 869-884 | | | |
| 23. | Tranzon 885-888 | | | |
| 24. | Tranzon 889-892 | | | |
| 25. | Tranzon 893 | | | |

| NO. | DESCRIPTION | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 26. | Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC (Dkt. 829) | | | |
| 27. | Proposed (I) Order Approving Asset Purchase Agreement, (II) Authorizing Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Other Related Relief (Dkt. 974) | | | |
| 28. | Proposed (I) Order Approving Asset Purchase Agreement, (II) Authorizing Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Other Related Relief (Dkt. 915-8) | | | |
| 29. | Liberman email dated 11/15/2024 (with attachment) | | | |
| 30. | Wolfshohl letter dated 12/8/2024 | | | |
| 31. | Redlined Term Sheet | | | |
| 32. | Term Sheet | | | |
| 33. | Statement of the Texas Plaintiffs on the Chapter 7 Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC (Dkt. 961) | | | |
| 34. | Cicack Ltr to Wolfshohl dated 12/6/2024 | | | |
| 35. | Any admitted documents offered by another party | | | |
| 36. | Rebuttal documents | | | |

Respectfully submitted,

 */s/ Walter J. Cicack*
WALTER J. CICACK
State Bar No. 04250535
wcicack@hcgllp.com
HAWASH CICACK & GASTON LLP
711 W. Alabama St., Suite 200
Houston, Texas 77006
(713) 658-9015 - tel/fax
***Attorneys for First United American***

3

*Companies, LLC*

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing document has been served through the Court's ECF noticing system on this 9th day of December, 2024.

                                                   */s/ Walter J. Cicack*
                                                   Walter J. Cicack