**EXHIBIT 3**

ALEXANDER E. JONES  FREE SPEECH SYSTEMS  INFOWARS | Offering Memorandum                                Page 11

# Bid Form | Bid Deadline: November 8, 2024 @ 2 pm CST                    tranzon 360

| | | | | |
|---|---|---|---|---|
| Buyer Name | First United American Companies, LL | Buyer Company | | |
| Phone 1 | [redacted] | Phone 2 | 713-299-2127 | |
| Address | C/O walter cicack, 711 W Alabama, H | City | Houston | |
| State/Zip | TX/77006 | Email | wcicack@hcgllp.com ( Walter Cicack, a[t] | |
| Partner * | [redacted] | | | |

*Any party with a vested interest in the purchase must be disclosed

| LOT — See Attached - Addendum | Group ('x') | LOT BID | Intellectual Property Allocation | Equipment/Inventory Allocation | |
|---|---|---|---|---|---|
| Lot 1 Production | Note Equipment Allocation if Applicable | ✓ | $600,000.00 | $275,000.00 | $275,000.00 ✱ | ✱✱ $50,000 |
| Lot 2 E-Commerce | Note Inventory Allocation if Applicable | ✓ | $500,000.00 | $250,000.00 | $250,000.00 | |
| Lot 3 Domains | Approximately 280 Domains | ✓ | $50,000.00 | | | |
| Lot 4 Contested Domains | Approximately 37 Domains | ✓ | $50,000.00 | | | |

If your bid for any lots are contingent upon other lots, please indicate which lots are to be grouped together by placing an 'x' in the Group column above.

*Trustee reserves the right to accept or reject any non-conforming bid.

Please Email Bids to the Following Parties (if you prefer to mail, please see the Sale Order & Procedures Posted to the website for a list of address.
jeff@360assetadvisors.com, ktoney@tranzon.com, edumil@tranzon.com, jwolfshohl@porterhedges.com, mdearman@porterhedges.com, erin.jones@jonesmurray.com

I hereby submit my bid for the Packages above in accordance with the terms and conditions of this bid package.

X _[signature]_

Name: [redacted]
Title: Sole Member/Manager of FUAC
Date: November 7, 2024

| 10% Deposit Amount Submitted | $120,000.00 |
|---|---|
| Form of Payment Accepted | Wire Transfer Only |

| Auctioneer Use Only: | |
|---|---|
| Received Date | |
| Received By | |

BID FORM                                                                     TERMS

## Addendum

\* Includes Servers in Bldg 2, and generator outside of bldg 3

\*\* Personal property, equipment, and furniture located in Bldg 2. Does not include automobiles