# Melissa Allen

| | |
|---|---|
| **From:** | Jeff Tanenbaum <jeff@360assetadvisors.com> |
| **Sent:** | Monday, November 11, 2024 12:18 PM |
| **Cc:** | Dearman, Michael B.; Christopher Murray; Wolfshohl, Joshua W.; Erin Jones; Kelly Toney; Ed Edward Durnil |
| **Subject:** | Notice re. FSS Overbid Process |

Attention FSS Bidder:

If you are receiving this email, it has been determined that you are qualified to proceed to the final round of bidding.

Based on the complexity of the bids as received, including various lot combinations of interest, we have determined that the final round auction will take the form of a request for highest and best bids.

We will be providing a form and format for the overbid process later today, and such highest and best bids will be due by Wednesday, November 13 at 10:30am (prevailing Central Time) in lieu of a live auction process.

Thank you again for your participation.

_____

Jeff Tanenbaum, CAI
President



c 818.326.4909 | o 720.704.5421 | jeff@360assetadvisors.com

Visit us at: http://360assetadvisors.com
Sale Calendar: http://360bid.sale

1