


# PUBLIC NOTICE OF CHAPTER 7 BANKRUPTCY AUCTION: Free Speech Systems, LLC

October 3, 2024 / Public Notices • Public Notices on NLR & DailyDAC / The DailyDAC Editors

## NOTICE OF CHAPTER 7 BANKRUPTCY AUCTION: Assets of Free Speech Systems, LLC Including Intellectual Properties of Infowars and Infowarsstore.com

### Bankruptcy Auction of Free Speech Systems' Assets Including Intellectual Properties of Infowars and Infowarsstore.com

Offering: Sealed Bid Auction of Intellectual Property of Free Speech Systems, including i) Infowars Production Rights, Archival Production Library, Social Media Accounts and, optionally, its Production Equipment, ii) Infowarsstore.com E-commerce Site and Inventory; iii) Over 400 Domain Names.

Assets may be bid on individually or as a package by **November 8, 2024**, with an overbid Auction scheduled for **November 13**. Interested parties may choose to negotiate lease terms with the existing landlord, seek to re-hire employees, and include production equipment in their bid for a turnkey purchase of the production operation. The Infowars show and the Infowarsstore.com e-commerce site continue to operate, and will likely continue up until the auction.

Infowars Production Assets will include the company's archival library, future production rights, the Infowars trademark, all branding elements, numerous domain names including infowars.com and banned.video, as well as its social media and podcast accounts. The company's studio broadcast and production equipment can be included with the IP purchase (but will not be offered separately from a

TRANZON360-000699

bid for IP assets).

Infowarsstore.com will include the company's e-commerce website, numerous trademarks including Infowars Life, Bodease, Survival Shield X-2 and others, on-hand inventory, vendor contacts, infowarsstore.com domain and numerous others. Infowarsstore.com shows historic sales of over 35M in 2023 (information based on e-commerce data and not verified by auctioneer or Trustee, and provides no guarantee or warranty of future sales).

Initial Bids Due: **November 8 at 2pm CST**; Auction: **November 13**

For more information regarding the assets offered for sale and to request an NDA, go to:
https://360assetadvisors.com/events/fssmh/ To view the sale order, including timing and procedures:
Sale Order
Or Contact Jeff Tanenbaum: jeff@360assetadvisors.com

Case Professionals:
Trustee: Christopher Murray – Jones Murray LLP
Trustee's Counsel: Joshua W. Wolfshohl and Michael B. Dearman of Porter Hedges LLP

Auctioneers: ThreeSixty Asset Advisors and Tranzon Asset Advisors

ThreeSixty Asset Advisors provides asset recovery guidance and solutions to secured lenders, insolvency professionals, private equity, corporations and small businesses in a broad range of industries. Our custom crafted disposition solutions support the sales of commercial equipment, rolling stock, wholesale inventories, intellectual properties, real estate and turnkey businesses. ThreeSixty believes in taking a holistic view of every engagement to discover opportunities others may miss and to create a recovery plan that maximizes value for all stake holders.

## About DailyDAC

DailyDAC™ is the internet's oldest, most trusted, and most widely used provider of public notices of asset sales and case commencements, and other important notices involving companies in financial distress in the United States and Canada. DailyDAC™ public notices are used by bankruptcy



TRANZON360-000700

trustees, chapter 11 debtors in possession, federal and state court receivers, assignees for the benefit of creditors, auctioneers, and secured parties disposing of their collateral under the Uniform Commercial Code or other state law trust (and their respective auction firms, law firms, and other agents). Learn more.

Many sales of distressed companies and distressed business assets are not widely advertised. If you are buyer of such companies or assets, you may be well served by becoming a paying subscriber to Distressed Deal Data™. Find out more.

TRANZON360-000701