| | A |
|---|---|
| 1 | Bid Analysis |
| 2 | Alex Jones Bankruptcy |
| 3 | FSS Assets |
| 4 | |
| 5 | |
| 6 | First United American / Cicack |
| 7 | Global Tetrahedron / The Onion |
| 8 | |
| 9 | Prospective Dec 10 Piecemeal Auction Value |
| 10 | |
| 11 | High Bid |
| 12 | Blended Bid - Global T & Dec 10 Auction |
| 13 | |
| 14 | |
| 15 | **Bold** bids represent those lots expected to be contingent upon one another. |
| 16 | (1) Lot 2 IP could be broken up to include the domains Global T seeks, with the ecommerce site and related custo |
| 17 | |
| 18 | Prospective Auction Values |
| 19 | - Lowered values to net of sale costs |
| 20 | - Attributed value to the domain lots 3 & 4 - this is highly speculative, but provides a basis to create a true apples |

| B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | LOT 1 - PRODUCTION RELATED | | | | OT 2 - ECOMMERCE RELATE | | |
| | Allocation Intellectual Property | Allocation Personal Property Building 3 | Allocation Personal Property Building 2 | | Allocation Intellectual Property | Allocation Inventory | |
| | 275,000 | 275,000 | 50,000 | | 250,000 | 250,000 | |
| | 998,000 | 1,000 | | | 1,000 | - | |
| | | | | | | | |
| | | 260,000 | 40,000 | | (1) | 120,000 | |
| | | | | | | | |
| | | | | | | | |
| | 998,000 | 260,000 | 40,000 | | 1,000 | 120,000 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| mer data sold at the Dec 10 auction for an unknown amount | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| to apples comparison with FUA's bid as well as serves as a minimum bid  should FUA want to overbid on just th | | | | | | | |

| | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Lot 3 | Lot 4 | | Total Bids | | Net to Unsecured (@ 8%) | Total Cash Value of Bids | |
| 6 | 50,000 | 50,000 | | 1,200,000 | | 96,000 | 1,200,000 | |
| 7 | | | | 1,000,000 | | | TBD | |
| 8 | | | | | | | | |
| 9 | 10,000 | 10,000 | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | 10,000 | 10,000 | | 1,439,000 | | 115,120 | TBD | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | se lots | | | | | | | |

| | R |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | Comments |
| 6 | - They want all lots.  If faced with a situation where they might need to forgo lots 3 & 4 in a bid situation, they might; however, they are not looking to end up with just Lot 1 without Lot 2. |
| 7 | - Need to assess distributable proceeds waiver to assess full cash value of bid.<br>- Their predominent interest is the IP Lot 1, but want the domain names out of Lot 2 more than anything else in the lot (potential scenario to attribute Dec 10 auction value to the elements of Lot 2 they do not want).<br>- Bid for equipment and inventory was strategic; they |
| 8 | |
| 9 | Terms in the bid package state that right for us to attribute piecemeal auction value in evaluating competitive bids. |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |

TRANZON360-000815

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Note: Green signifies a bid change. Yellow highlights the $1 creditor benefit | Lot 1 - 4 Take All | | Lot 1a Infowars Production | Lot 1b Personal Prop Bldg 3 | Lot 1c Personal Prop Bldg 2 | | Lot 2a Intellectual Property | Lot 2b Inventory |
| 2 | | | | | | | | | |
| 3 | Round 1 | | | | | | | | |
| 4 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 5 | GT | | | 500,000 | | | | 500,000 | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | Round 2 | | | | | | | | |
| 9 | FUA | 1,500,000 | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | Round 3 | | | | | | | | |
| 13 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 14 | GT | | | 500,000 | | | | 500,000 | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | Round 4 | | | | | | | | |
| 18 | FUA | 1,550,000 | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | Round 5 | | | | | | | | |
| 22 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 23 | GT | | | 500,000 | | | | 500,000 | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | Round 6 | | | | | | | | |
| 27 | FUA | 1,600,000 | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | Round 7 | | | | | | | | |
| 31 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 32 | GT | | | 500,000 | | | | 500,000 | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | Round 8 | | | | | | | | |

| | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Lot 3 | Lot 4 | | Distributable Proceeds Waiver | | Total Bids | | Cash Value of Bid | | Net Benefit to Non CT Creditors | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 5 | | | | | 0 | | 1,000,000 | | 1,000,000 | | 80,000 | |
| 6 | | | | | | | 1,440,000 | | 1,440,000 | | 115,200 | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | 1,500,000 | | | | 120,000 | |
| 10 | | | | | | | 1,500,000 | | | | 120,000 | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 14 | | | | | 4,801 | | 1,000,000 | | 1,060,013 | | 84,801 | |
| 15 | | | | | | | 1,440,000 | | 1,500,013 | | 120,001 | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | 1,550,000 | | | | 124,000 | |
| 19 | | | | | | | 1,550,000 | | | | 124,000 | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 23 | | | | | 8,801 | | 1,000,000 | | 1,110,013 | | 88,801 | |
| 24 | | | | | | | 1,440,000 | | 1,550,013 | | 124,001 | |
| 25 | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | |
| 27 | | | | | | | 1,600,000 | | | | 128,000 | |
| 28 | | | | | | | 1,600,000 | | | | 128,000 | |
| 29 | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | |
| 31 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 32 | | | | | 12,801 | | 1,000,000 | | 1,160,013 | | 92,801 | |
| 33 | | | | | | | 1,440,000 | | 1,600,013 | | 128,001 | |
| 34 | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | |

| | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CT Creditors Balance | | 360Tranzon Fee | 360Tranzon Expense | Admin Fees | | Total Fees & Expenses | | CT Creditors Adjusted Balance |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | 1,000,000 | | 85,000 | 25,000 | | | 110,000 | | 890,000 |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | 995,199 | | 89,201 | 25,000 | | | 114,201 | | 880,998 |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | 991,199 | | 92,701 | 25,000 | | | 117,701 | | 873,498 |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | 987,199 | | 96,201 | 25,000 | | | 121,201 | | 865,998 |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |

|    | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 36 | FUA | 2,500,000 | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | Round 9 | | | | | | | | |
| 40 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 41 | GT | | | 500,000 | | | | 500,000 | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | Round 10 | | | | | | | | |
| 45 | FUA | 8,000,000 | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | Round 11 | | | | | | | | |
| 49 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 50 | GT | | | 500,000 | | | | 500,000 | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | Round 12 | | | | | | | | |
| 54 | FUA | 12,000,000 | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | Round 13 | | | | | | | | |
| 58 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 59 | GT | | | 735,000 | | | | 735,000 | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | Round 14 | | | | | | | | |
| 63 | FUA | 16,000,000 | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | Round 15 | | | | | | | | |
| 67 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 68 | GT | | | 1,000,000 | | | | 1,000,000 | |
| 69 | | | | | | | | | |

| | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | | | | | | 2,500,000 | | | | 200,000 | |
| 37 | | | | | | | 2,500,000 | | | | 200,000 | |
| 38 | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | |
| 40 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 41 | | | | | 84,801 | | 1,000,000 | | 2,060,013 | | 164,801 | |
| 42 | | | | | | | 1,440,000 | | 2,500,013 | | 200,001 | |
| 43 | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | |
| 45 | | | | | | | 8,000,000 | | | | 640,000 | |
| 46 | | | | | | | 8,000,000 | | | | 640,000 | |
| 47 | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | |
| 49 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 50 | | | | | 524,801 | | 1,000,000 | | 7,560,013 | | 604,801 | |
| 51 | | | | | | | 1,440,000 | | 8,000,013 | | 640,001 | |
| 52 | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | |
| 54 | | | | | | | 12,000,000 | | | | 960,000 | |
| 55 | | | | | | | 12,000,000 | | | | 960,000 | |
| 56 | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | |
| 58 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 59 | | | | | 807,201 | | 1,470,000 | | 11,560,013 | | 924,801 | |
| 60 | | | | | | | 1,910,000 | | 12,000,013 | | 960,001 | |
| 61 | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | |
| 63 | | | | | | | 16,000,000 | | | | 1,280,000 | |
| 64 | | | | | | | 16,000,000 | | | | 1,280,000 | |
| 65 | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | |
| 67 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 68 | | | | | 1,084,801 | | 2,000,000 | | 15,560,013 | | 1,244,801 | |
| 69 | | | | | | | 2,440,000 | | 16,000,013 | | 1,280,001 | |

|    | V       | W | X       | Y      | Z | AA | AB      | AC | AD      |
|----|---------|---|---------|--------|---|----|---------|----|---------|
| 36 |         |   |         |        |   |    |         |    |         |
| 37 |         |   |         |        |   |    |         |    |         |
| 38 |         |   |         |        |   |    |         |    |         |
| 39 |         |   |         |        |   |    |         |    |         |
| 40 |         |   |         |        |   |    |         |    |         |
| 41 | 915,199 |   | 158,001 | 25,000 |   |    | 183,001 |    | 732,198 |
| 42 |         |   |         |        |   |    |         |    |         |
| 43 |         |   |         |        |   |    |         |    |         |
| 44 |         |   |         |        |   |    |         |    |         |
| 45 |         |   |         |        |   |    |         |    |         |
| 46 |         |   |         |        |   |    |         |    |         |
| 47 |         |   |         |        |   |    |         |    |         |
| 48 |         |   |         |        |   |    |         |    |         |
| 49 |         |   |         |        |   |    |         |    |         |
| 50 | 475,199 |   | 433,001 | 25,000 |   |    | 458,001 |    | 17,198  |
| 51 |         |   |         |        |   |    |         |    |         |
| 52 |         |   |         |        |   |    |         |    |         |
| 53 |         |   |         |        |   |    |         |    |         |
| 54 |         |   |         |        |   |    |         |    |         |
| 55 |         |   |         |        |   |    |         |    |         |
| 56 |         |   |         |        |   |    |         |    |         |
| 57 |         |   |         |        |   |    |         |    |         |
| 58 |         |   |         |        |   |    |         |    |         |
| 59 | 662,799 |   | 633,001 | 25,000 |   |    | 658,001 |    | 4,798   |
| 60 |         |   |         |        |   |    |         |    |         |
| 61 |         |   |         |        |   |    |         |    |         |
| 62 |         |   |         |        |   |    |         |    |         |
| 63 |         |   |         |        |   |    |         |    |         |
| 64 |         |   |         |        |   |    |         |    |         |
| 65 |         |   |         |        |   |    |         |    |         |
| 66 |         |   |         |        |   |    |         |    |         |
| 67 |         |   |         |        |   |    |         |    |         |
| 68 | 915,199 |   | 833,001 | 25,000 |   |    | 858,001 |    | 57,198  |
| 69 |         |   |         |        |   |    |         |    |         |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Note: Green signifies a bid change Yellow highlights the 50k creditor benefit | Lot 1 - 4 Take All | | Lot 1a Infowars Production | Lot 1b Personal Prop Bldg 3 | Lot 1c Personal Prop Bldg 2 | | Lot 2a Intellectual Property | Lot 2b Inventory |
| 2 | | | | | | | | | |
| 3 | Round 1 | | | | | | | | |
| 4 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 5 | GT | | | 500,000 | | | | 500,000 | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | Round 2 | | | | | | | | |
| 9 | FUA | 1,500,000 | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | Round 3 | | | | | | | | |
| 13 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 14 | GT | | | 500,000 | | | | 500,000 | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | Round 4 | | | | | | | | |
| 18 | FUA | 2,175,000 | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | Round 5 | | | | | | | | |
| 22 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 23 | GT | | | 500,000 | | | | 500,000 | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | Round 6 | | | | | | | | |
| 27 | FUA | 2,850,000 | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | Round 7 | | | | | | | | |
| 31 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 32 | GT | | | 500,000 | | | | 500,000 | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | Round 8 | | | | | | | | |

| | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Lot 3 | Lot 4 | | Distributable Proceeds Waiver | | Total Bids | | Cash Value of Bid | | Net Benefit to Non CT Creditors | |
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 5 | | | | | 0 | | 1,000,000 | | 1,000,000 | | 80,000 | |
| 6 | | | | | | | 1,440,000 | | 1,440,000 | | 115,200 | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | 1,500,000 | | | | 120,000 | |
| 10 | | | | | | | 1,500,000 | | | | 120,000 | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 14 | | | | | 54,800 | | 1,000,000 | | 1,685,000 | | 134,800 | |
| 15 | | | | | | | 1,440,000 | | 2,125,000 | | 170,000 | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | 2,175,000 | | | | 174,000 | |
| 19 | | | | | | | 2,175,000 | | | | 174,000 | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 23 | | | | | 108,800 | | 1,000,000 | | 2,360,000 | | 188,800 | |
| 24 | | | | | | | 1,440,000 | | 2,800,000 | | 224,000 | |
| 25 | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | |
| 27 | | | | | | | 2,850,000 | | | | 228,000 | |
| 28 | | | | | | | 2,850,000 | | | | 228,000 | |
| 29 | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | |
| 31 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 32 | | | | | 162,800 | | 1,000,000 | | 3,035,000 | | 242,800 | |
| 33 | | | | | | | 1,440,000 | | 3,475,000 | | 278,000 | |
| 34 | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | |

| | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CT Creditors Balance | | 360Tranzon Fee | 360Tranzon Expense | Admin Fees | | Total Fees & Expenses | | CT Creditors Adjusted Balance |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | 1,000,000 | | 85,000 | 25,000 | | | 110,000 | | 890,000 |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | 945,200 | | 132,950 | 25,000 | | | 157,950 | | 787,250 |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | 891,200 | | 173,000 | 25,000 | | | 198,000 | | 693,200 |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | 837,200 | | 206,750 | 25,000 | | | 231,750 | | 605,450 |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 36 | FUA | 2,500,000 | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | Round 9 | | | | | | | | |
| 40 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 41 | GT | | | 500,000 | | | | 500,000 | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | Round 10 | | | | | | | | |
| 45 | FUA | 8,000,000 | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | Round 11 | | | | | | | | |
| 49 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 50 | GT | | | 535,000 | | | | 535,000 | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | Round 12 | | | | | | | | |
| 54 | FUA | 12,000,000 | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | Round 13 | | | | | | | | |
| 58 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 59 | GT | | | 790,000 | | | | 790,000 | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | Round 14 | | | | | | | | |
| 63 | FUA | 16,000,000 | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | Round 15 | | | | | | | | |
| 67 | Trustee | | | | 260,000 | 40,000 | | | 120,000 |
| 68 | GT | | | 1,050,000 | | | | 1,000,000 | |
| 69 | | | | | | | | | |

TRANZON360-000825

| | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | | | | | | 2,500,000 | | | | 200,000 | |
| 37 | | | | | | | 2,500,000 | | | | 200,000 | |
| 38 | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | |
| 40 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 41 | | | | | 134,800 | | 1,000,000 | | 2,685,000 | | 214,800 | |
| 42 | | | | | | | 1,440,000 | | 3,125,000 | | 250,000 | |
| 43 | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | |
| 45 | | | | | | | 8,000,000 | | | | 640,000 | |
| 46 | | | | | | | 8,000,000 | | | | 640,000 | |
| 47 | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | |
| 49 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 50 | | | | | 569,200 | | 1,070,000 | | 8,185,000 | | 654,800 | |
| 51 | | | | | | | 1,510,000 | | 8,625,000 | | 690,000 | |
| 52 | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | |
| 54 | | | | | | | 12,000,000 | | | | 960,000 | |
| 55 | | | | | | | 12,000,000 | | | | 960,000 | |
| 56 | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | |
| 58 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 59 | | | | | 848,400 | | 1,580,000 | | 12,185,000 | | 974,800 | |
| 60 | | | | | | | 2,020,000 | | 12,625,000 | | 1,010,000 | |
| 61 | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | |
| 63 | | | | | | | 16,000,000 | | | | 1,280,000 | |
| 64 | | | | | | | 16,000,000 | | | | 1,280,000 | |
| 65 | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | |
| 67 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 68 | | | | | 1,130,800 | | 2,050,000 | | 16,185,000 | | 1,294,800 | |
| 69 | | | | | | | 2,490,000 | | 16,625,000 | | 1,330,000 | |

|    | V       | W | X       | Y      | Z | AA | AB      | AC | AD      |
|----|---------|---|---------|--------|---|----|---------|----|---------|
| 36 |         |   |         |        |   |    |         |    |         |
| 37 |         |   |         |        |   |    |         |    |         |
| 38 |         |   |         |        |   |    |         |    |         |
| 39 |         |   |         |        |   |    |         |    |         |
| 40 |         |   |         |        |   |    |         |    |         |
| 41 | 865,200 |   | 189,250 | 25,000 |   |    | 214,250 |    | 650,950 |
| 42 |         |   |         |        |   |    |         |    |         |
| 43 |         |   |         |        |   |    |         |    |         |
| 44 |         |   |         |        |   |    |         |    |         |
| 45 |         |   |         |        |   |    |         |    |         |
| 46 |         |   |         |        |   |    |         |    |         |
| 47 |         |   |         |        |   |    |         |    |         |
| 48 |         |   |         |        |   |    |         |    |         |
| 49 |         |   |         |        |   |    |         |    |         |
| 50 | 500,800 |   | 464,250 | 25,000 |   |    | 489,250 |    | 11,550  |
| 51 |         |   |         |        |   |    |         |    |         |
| 52 |         |   |         |        |   |    |         |    |         |
| 53 |         |   |         |        |   |    |         |    |         |
| 54 |         |   |         |        |   |    |         |    |         |
| 55 |         |   |         |        |   |    |         |    |         |
| 56 |         |   |         |        |   |    |         |    |         |
| 57 |         |   |         |        |   |    |         |    |         |
| 58 |         |   |         |        |   |    |         |    |         |
| 59 | 731,600 |   | 664,250 | 25,000 |   |    | 689,250 |    | 42,350  |
| 60 |         |   |         |        |   |    |         |    |         |
| 61 |         |   |         |        |   |    |         |    |         |
| 62 |         |   |         |        |   |    |         |    |         |
| 63 |         |   |         |        |   |    |         |    |         |
| 64 |         |   |         |        |   |    |         |    |         |
| 65 |         |   |         |        |   |    |         |    |         |
| 66 |         |   |         |        |   |    |         |    |         |
| 67 |         |   |         |        |   |    |         |    |         |
| 68 | 919,200 |   | 864,250 | 25,000 |   |    | 889,250 |    | 29,950  |
| 69 |         |   |         |        |   |    |         |    |         |

TRANZON360-000827