| | A |
|---|---|
| 1 | Bid Analysis |
| 2 | Alex Jones Bankruptcy |
| 3 | FSS Assets |
| 4 | |
| 5 | |
| 6 | First United American / Cicack |
| 7 | Global Tetrahedron / The Onion |
| 8 | |
| 9 | Prospective Dec 10 Piecemeal Auction Value |
| 10 | |
| 11 | High Bid |
| 12 | Blended Bid - Global T & Dec 10 Auction |
| 13 | |
| 14 | |
| 15 | **Bold** bids represent those lots expected to be contingent upon one another. |
| 16 | (1) Lot 2 IP could be broken up to include the domains Global T seeks, with the ecommerce site and related custo |
| 17 | |
| 18 | Prospective Auction Values |
| 19 | - Lowered values to net of sale costs and add'l liquidator fee |
| 20 | - Attributed value to the domain lots 3 & 4 - this is highly speculative, but provides a basis to create a true apples |

|   | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | LOT 1 - PRODUCTION RELATED | | | | OT 2 - ECOMMERCE RELATE | | |
| 5 | | Allocation Intellectual Property | Allocation Personal Property Building 3 | Allocation Personal Property Building 2 | | Allocation Intellectual Property | Allocation Inventory | |
| 6 | | 275,000 | 275,000 | 50,000 | | 250,000 | 250,000 | |
| 7 | | 998,000 | 1,000 | | | 1,000 | - | |
| 8 | | | | | | | | |
| 9 | | | 260,000 | 40,000 | | (1) | 120,000 | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | 998,000 | 260,000 | 40,000 | | 1,000 | 120,000 | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | mer data sold at the Dec 10 auction for an unknown amount | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | to apples comparison with FUA's bid as well as serves as a minimum bid  should FUA want to overbid on just th | | | | | | | |

|    | J | K | L | M | N | O | P | Q |
|----|---|---|---|---|---|---|---|---|
| 1  |   |   |   |   |   |   |   |   |
| 2  |   |   |   |   |   |   |   |   |
| 3  |   |   |   |   |   |   |   |   |
| 4  |   |   |   |   |   |   |   |   |
| 5  | Lot 3 | Lot 4 |   | Total Bids |   | Net to Unsecured (@ 8%) | Total Cash Value of Bids |   |
| 6  | 50,000 | 50,000 |   | 1,200,000 |   | 96,000 | 1,200,000 |   |
| 7  |   |   |   | 1,000,000 |   |   | TBD |   |
| 8  |   |   |   |   |   |   |   |   |
| 9  | 10,000 | 10,000 |   |   |   |   |   |   |
| 10 |   |   |   |   |   |   |   |   |
| 11 |   |   |   |   |   |   |   |   |
| 12 | 10,000 | 10,000 |   | 1,439,000 |   | 115,120 | TBD |   |
| 13 |   |   |   |   |   |   |   |   |
| 14 |   |   |   |   |   |   |   |   |
| 15 |   |   |   |   |   |   |   |   |
| 16 |   |   |   |   |   |   |   |   |
| 17 |   |   |   |   |   |   |   |   |
| 18 |   |   |   |   |   |   |   |   |
| 19 |   |   |   |   |   |   |   |   |
| 20 | ose lots |   |   |   |   |   |   |   |

| | R |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | Comments |
| 6 | - They want all lots.  If faced with a situation where they might need to forgo lots 3 & 4 in a bid situation, they might; however, they are not looking to end up with just Lot 1 without Lot 2. |
| 7 | - Need to assess distributable proceeds waiver  to assess full cash value of bid.<br>- Their predominent interest is the IP Lot 1, but want the domain names out of Lot 2 more than anything else in the lot (potential scenario to attribute Dec 10 auction value to the elements of Lot 2 they do not want).<br>- Bid for equipment and inventory was strategic; they |
| 8 | |
| 9 | Terms in the bid package state that right for us to attribute piecemeal auction value in evaluating competitive bids. |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Note: Green signifies a bid change Yellow highlights the $1 creditor benefit | Lot 1 - 4 Take All | | Lot 1a Infowars Production | Lot 2a Intellectual Property | | Lot 1b Personal Prop Bldg 3 | Lot 1c Personal Prop Bldg 2 | |
| 2 | | | | | | | | | |
| 3 | Round 1 | | | | | | | | |
| 4 | Trustee | | | | | | 260,000 | 40,000 | |
| 5 | GT | | | 1,000,000 | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | Round 2 | | | | | | | | |
| 9 | FUA | 1,550,000 | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | Round 3 | | | | | | | | |
| 13 | Trustee | | | | | | 260,000 | 40,000 | |
| 14 | GT | | | 1,400,000 | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | Round 4 | | | | | | | | |
| 18 | FUA | 1,650,000 | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | Round 5 | | | | | | | | |
| 22 | Trustee | | | | | | 260,000 | 40,000 | |
| 23 | GT | | | 1,000,000 | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | Round 6 | | | | | | | | |
| 27 | FUA | 1,750,000 | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | Round 7 | | | | | | | | |
| 31 | Trustee | | | | | | 260,000 | 40,000 | |
| 32 | GT | | | 1,000,000 | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | Round 8 | | | | | | | | |

| | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lot 2b Inventory | | Lot 3 | Lot 4 | | Distributable Proceeds Waiver | | Total Bids | | Cash Value of Bid | | Net Benefit to Non CT Creditors | | After 8% cost to Non CT Creditors |
| 1 | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 5 | | | | | | 0 | | 1,000,000 | | 1,000,000 | | 80,000 | | 71,200 |
| 6 | | | | | | | | 1,440,000 | | 1,440,000 | | 115,200 | | 106,400 |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | 1,550,000 | | 1,550,000 | | 124,000 | | 108,600 |
| 10 | | | | | | | | 1,550,000 | | | | 124,000 | | 108,600 |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 14 | | | | | | 500,000 | | 1,400,000 | | 7,650,000 | | 612,000 | | 545,440 |
| 15 | | | | | | | | 1,840,000 | | 8,090,000 | | 647,200 | | 580,640 |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | 1,650,000 | | 1,650,000 | | 132,000 | | 116,040 |
| 19 | | | | | | | | 1,650,000 | | | | 132,000 | | 116,040 |
| 20 | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | |
| 22 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 23 | | | | | | 16,801 | | 1,000,000 | | 1,210,013 | | 96,801 | | 86,825 |
| 24 | | | | | | | | 1,440,000 | | 1,650,013 | | 132,001 | | 122,025 |
| 25 | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | |
| 27 | | | | | | | | 1,750,000 | | 1,750,000 | | 140,000 | | 123,480 |
| 28 | | | | | | | | 1,750,000 | | | | 140,000 | | 123,480 |
| 29 | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | |
| 31 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 32 | | | | | | 24,801 | | 1,000,000 | | 1,310,013 | | 104,801 | | 94,265 |
| 33 | | | | | | | | 1,440,000 | | 1,750,013 | | 140,001 | | 129,465 |
| 34 | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | |

|   | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 |   | CT Creditors Balance |   | 360Tranzon Fee | 360Tranzon Expense | Admin Fees |   | Total Fees & Expenses |   | CT Creditors Adjusted Balance |
| 2 |   |   |   |   |   |   |   |   |   |   |
| 3 |   |   |   |   |   |   |   |   |   |   |
| 4 |   |   |   |   |   |   |   |   |   |   |
| 5 |   |   |   |   |   |   |   |   |   |   |
| 6 |   | 920,000 |   | 85,000 | 25,000 |   |   | 110,000 |   | 818,800 |
| 7 |   |   |   |   |   |   |   |   |   |   |
| 8 |   |   |   |   |   |   |   |   |   |   |
| 9 |   |   |   |   |   |   |   |   |   |   |
| 10 |   |   |   | 167,500 | 25,000 |   |   | 192,500 |   |   |
| 11 |   |   |   |   |   |   |   |   |   |   |
| 12 |   |   |   |   |   |   |   |   |   |   |
| 13 |   |   |   |   |   |   |   |   |   |   |
| 14 |   |   |   |   |   |   |   |   |   |   |
| 15 |   | 788,000 |   | 437,500 | 25,000 | 369,500 |   | 832,000 |   | 22,560 |
| 16 |   |   |   |   |   |   |   |   |   |   |
| 17 |   |   |   |   |   |   |   |   |   |   |
| 18 |   |   |   |   |   |   |   |   |   |   |
| 19 |   |   |   | 174,500 | 25,000 |   |   | 199,500 |   |   |
| 20 |   |   |   |   |   |   |   |   |   |   |
| 21 |   |   |   |   |   |   |   |   |   |   |
| 22 |   |   |   |   |   |   |   |   |   |   |
| 23 |   |   |   |   |   |   |   |   |   |   |
| 24 |   | 903,199 |   | 99,701 | 25,000 |   |   | 124,701 |   | 788,474 |
| 25 |   |   |   |   |   |   |   |   |   |   |
| 26 |   |   |   |   |   |   |   |   |   |   |
| 27 |   |   |   |   |   |   |   |   |   |   |
| 28 |   |   |   | 181,500 | 25,000 |   |   | 206,500 |   |   |
| 29 |   |   |   |   |   |   |   |   |   |   |
| 30 |   |   |   |   |   |   |   |   |   |   |
| 31 |   |   |   |   |   |   |   |   |   |   |
| 32 |   |   |   |   |   |   |   |   |   |   |
| 33 |   | 895,199 |   | 106,701 | 25,000 |   |   | 131,701 |   | 774,034 |
| 34 |   |   |   |   |   |   |   |   |   |   |
| 35 |   |   |   |   |   |   |   |   |   |   |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 36 | FUA | 2,500,000 | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | Round 9 | | | | | | | | |
| 40 | Trustee | | | | | | 260,000 | 40,000 | |
| 41 | GT | | | 1,000,000 | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | Round 10 | | | | | | | | |
| 45 | FUA | 8,000,000 | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | Round 11 | | | | | | | | |
| 49 | Trustee | | | | | | 260,000 | 40,000 | |
| 50 | GT | | | 1,064,000 | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | Round 12 | | | | | | | | |
| 54 | FUA | 12,000,000 | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | Round 13 | | | | | | | | |
| 58 | Trustee | | | | | | 260,000 | 40,000 | |
| 59 | GT | | | 1,584,000 | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | Round 14 | | | | | | | | |
| 63 | FUA | 15,500,000 | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | Round 15 | | | | | | | | |
| 67 | Trustee | | | | | | 260,000 | 40,000 | |
| 68 | GT | | | 2,000,000 | | | | | |
| 69 | | | | | | | | | |

| | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | | | | | | | 2,500,000 | | 2,500,000 | | 200,000 | | 179,280 |
| 37 | | | | | | | | 2,500,000 | | | | 200,000 | | 179,280 |
| 38 | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | |
| 40 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 41 | | | | | | 500,000 | | 1,000,000 | | 7,250,000 | | 580,000 | | 544,600 |
| 42 | | | | | | | | 1,440,000 | | 7,690,000 | | 615,200 | | 579,800 |
| 43 | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | |
| 45 | | | | | | | | 8,000,000 | | 8,000,000 | | 640,000 | | 597,200 |
| 46 | | | | | | | | 8,000,000 | | | | 640,000 | | 597,200 |
| 47 | | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | | |
| 49 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 50 | | | | | | 519,681 | | 1,064,000 | | 7,560,013 | | 604,801 | | 568,161 |
| 51 | | | | | | | | 1,504,000 | | 8,000,013 | | 640,001 | | 603,361 |
| 52 | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | |
| 54 | | | | | | | | 12,000,000 | | 12,000,000 | | 960,000 | | 901,200 |
| 55 | | | | | | | | 12,000,000 | | | | 960,000 | | 901,200 |
| 56 | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | |
| 58 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 59 | | | | | | 798,081 | | 1,584,000 | | 11,560,013 | | 924,801 | | 872,161 |
| 60 | | | | | | | | 2,024,000 | | 12,000,013 | | 960,001 | | 907,361 |
| 61 | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | |
| 63 | | | | | | | | 15,500,000 | | 15,500,000 | | 1,240,000 | | 1,167,200 |
| 64 | | | | | | | | 15,500,000 | | | | 1,240,000 | | 1,167,200 |
| 65 | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | |
| 67 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 68 | | | | | | 1,044,801 | | 2,000,000 | | 15,060,013 | | 1,204,801 | | 1,138,161 |
| 69 | | | | | | | | 2,440,000 | | 15,500,013 | | 1,240,001 | | 1,173,361 |

| | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | | | | | | | | | |
| 37 | | | | 234,000 | 25,000 | | | 259,000 | | |
| 38 | | | | | | | | | | |
| 39 | | | | | | | | | | |
| 40 | | | | | | | | | | |
| 41 | | | | | | | | | | |
| 42 | | 420,000 | | 417,500 | 25,000 | | | 442,500 | | 12,900 |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |
| 45 | | | | | | | | | | |
| 46 | | | | 510,000 | 25,000 | | | 535,000 | | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | 459,199 | | 433,001 | 25,000 | | | 458,001 | | 37,838 |
| 52 | | | | | | | | | | |
| 53 | | | | | | | | | | |
| 54 | | | | | | | | | | |
| 55 | | | | 710,000 | 25,000 | | | 735,000 | | |
| 56 | | | | | | | | | | |
| 57 | | | | | | | | | | |
| 58 | | | | | | | | | | |
| 59 | | | | | | | | | | |
| 60 | | 659,199 | | 633,001 | 25,000 | | | 658,001 | | 53,838 |
| 61 | | | | | | | | | | |
| 62 | | | | | | | | | | |
| 63 | | | | | | | | | | |
| 64 | | | | 885,000 | 25,000 | | | 910,000 | | |
| 65 | | | | | | | | | | |
| 66 | | | | | | | | | | |
| 67 | | | | | | | | | | |
| 68 | | | | | | | | | | |
| 69 | | 795,199 | | 808,001 | 25,000 | | | 833,001 | | 28,838 |

TRANZON360-000837

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Note: Green signifies a bid change Yellow highlights the 50k creditor benefit | Lot 1 - 4 Take All | | Lot 1a Infowars Production | Lot 2a Intellectual Property | | Lot 1b Personal Prop Bldg 3 | Lot 1c Personal Prop Bldg 2 | |
| 2 | | | | | | | | | |
| 3 | Round 1 | | | | | | | | |
| 4 | Trustee | | | | | | 260,000 | 40,000 | |
| 5 | GT | | | 1,000,000 | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | Round 2 | | | | | | | | |
| 9 | FUA | 1,500,000 | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | Round 3 | | | | | | | | |
| 13 | Trustee | | | | | | 260,000 | 40,000 | |
| 14 | GT | | | 1,000,000 | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | Round 4 | | | | | | | | |
| 18 | FUA | 2,175,000 | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | Round 5 | | | | | | | | |
| 22 | Trustee | | | | | | 260,000 | 40,000 | |
| 23 | GT | | | 1,000,000 | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | Round 6 | | | | | | | | |
| 27 | FUA | 2,850,000 | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | Round 7 | | | | | | | | |
| 31 | Trustee | | | | | | 260,000 | 40,000 | |
| 32 | GT | | | 1,000,000 | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | Round 8 | | | | | | | | |

| | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lot 2b Inventory | | Lot 3 | Lot 4 | | Distributable Proceeds Waiver | | Total Bids | | Cash Value of Bid | | Net Benefit to Non CT Creditors | |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 5 | | | | | | 0 | | 1,000,000 | | 1,000,000 | | 80,000 | |
| 6 | | | | | | | | 1,440,000 | | 1,440,000 | | 115,200 | |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | |
| 9 | | | | | | | | 1,500,000 | | | | 120,000 | |
| 10 | | | | | | | | 1,500,000 | | | | 120,000 | |
| 11 | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | |
| 13 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 14 | | | | | | 54,800 | | 1,000,000 | | 1,685,000 | | 134,800 | |
| 15 | | | | | | | | 1,440,000 | | 2,125,000 | | 170,000 | |
| 16 | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | |
| 18 | | | | | | | | 2,175,000 | | | | 174,000 | |
| 19 | | | | | | | | 2,175,000 | | | | 174,000 | |
| 20 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | |
| 22 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 23 | | | | | | 108,800 | | 1,000,000 | | 2,360,000 | | 188,800 | |
| 24 | | | | | | | | 1,440,000 | | 2,800,000 | | 224,000 | |
| 25 | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | |
| 27 | | | | | | | | 2,850,000 | | | | 228,000 | |
| 28 | | | | | | | | 2,850,000 | | | | 228,000 | |
| 29 | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | |
| 31 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 32 | | | | | | 162,800 | | 1,000,000 | | 3,035,000 | | 242,800 | |
| 33 | | | | | | | | 1,440,000 | | 3,475,000 | | 278,000 | |
| 34 | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | |

|    | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|----|---|---|---|---|----|----|----|----|----|----|----|
| 1  | After 8% cost to Non CT Creditors | | CT Creditors Balance | | 360Tranzon Fee | 360Tranzon Expense | Admin Fees | | Total Fees & Expenses | | CT Creditors Adjusted Balance |
| 2  | | | | | | | | | | | |
| 3  | | | | | | | | | | | |
| 4  | 35,200 | | | | | | | | | | |
| 5  | 71,200 | | | | | | | | | | |
| 6  | 106,400 | | 920,000 | | 85,000 | 25,000 | | | 110,000 | | 818,800 |
| 7  | | | | | | | | | | | |
| 8  | | | | | | | | | | | |
| 9  | 113,280 | | | | | | | | | | |
| 10 | 113,280 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | 35,200 | | | | | | | | | | |
| 14 | 122,164 | | | | | | | | | | |
| 15 | 157,364 | | 865,200 | | 132,950 | 25,000 | | | 157,950 | | 719,886 |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | 167,280 | | | | | | | | | | |
| 19 | 167,280 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | 35,200 | | | | | | | | | | |
| 23 | 172,960 | | | | | | | | | | |
| 24 | 208,160 | | 811,200 | | 173,000 | 25,000 | | | 198,000 | | 629,040 |
| 25 | | | | | | | | | | | |
| 26 | | | | | | | | | | | |
| 27 | 221,280 | | | | | | | | | | |
| 28 | 221,280 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | 35,200 | | | | | | | | | | |
| 32 | 224,260 | | | | | | | | | | |
| 33 | 259,460 | | 757,200 | | 206,750 | 25,000 | | | 231,750 | | 543,990 |
| 34 | | | | | | | | | | | |
| 35 | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 36 | FUA | 3,550,000 | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | Round 9 | | | | | | | | |
| 40 | Trustee | | | | | | 260,000 | 40,000 | |
| 41 | GT | | | 1,000,000 | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | Round 10 | | | | | | | | |
| 45 | FUA | 8,000,000 | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | Round 11 | | | | | | | | |
| 49 | Trustee | | | | | | 260,000 | 40,000 | |
| 50 | GT | | | 1,110,000 | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | Round 12 | | | | | | | | |
| 54 | FUA | 12,000,000 | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | Round 13 | | | | | | | | |
| 58 | Trustee | | | | | | 260,000 | 40,000 | |
| 59 | GT | | | 1,620,000 | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | Round 14 | | | | | | | | |
| 63 | FUA | 15,500,000 | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | Round 15 | | | | | | | | |
| 67 | Trustee | | | | | | 260,000 | 40,000 | |
| 68 | GT | | | 2,050,000 | | | | | |
| 69 | | | | (over max in letter) | | | | | |

| | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | | | | | | | 3,550,000 | | | | 284,000 | |
| 37 | | | | | | | | 3,550,000 | | | | 284,000 | |
| 38 | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | |
| 40 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 41 | | | | | | 218,800 | | 1,000,000 | | 3,735,000 | | 298,800 | |
| 42 | | | | | | | | 1,440,000 | | 4,175,000 | | 334,000 | |
| 43 | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | |
| 45 | | | | | | | | 8,000,000 | | | | 640,000 | |
| 46 | | | | | | | | 8,000,000 | | | | 640,000 | |
| 47 | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | |
| 49 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 50 | | | | | | 566,000 | | 1,110,000 | | 8,185,000 | | 654,800 | |
| 51 | | | | | | | | 1,550,000 | | 8,625,000 | | 690,000 | |
| 52 | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | |
| 54 | | | | | | | | 12,000,000 | | | | 960,000 | |
| 55 | | | | | | | | 12,000,000 | | | | 960,000 | |
| 56 | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | |
| 58 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 59 | | | | | | 845,200 | | 1,620,000 | | 12,185,000 | | 974,800 | |
| 60 | | | | | | | | 2,060,000 | | 12,625,000 | | 1,010,000 | |
| 61 | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | |
| 63 | | | | | | | | 15,500,000 | | | | 1,240,000 | |
| 64 | | | | | | | | 15,500,000 | | | | 1,240,000 | |
| 65 | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | |
| 67 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | |
| 68 | | | | | | 1,090,800 | | 2,050,000 | | 15,685,000 | | 1,254,800 | |
| 69 | | | | | | | | 2,490,000 | | 16,125,000 | | 1,290,000 | |

| | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 277,280 | | | | | | | | | | |
| 37 | 277,280 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 38 | | | | | | | | | | | |
| 39 | | | | | | | | | | | |
| 40 | 35,200 | | | | | | | | | | |
| 41 | 277,460 | | | | | | | | | | |
| 42 | 312,660 | | 701,200 | | 241,750 | 25,000 | | | 266,750 | | 455,790 |
| 43 | | | | | | | | | | | |
| 44 | | | | | | | | | | | |
| 45 | 633,280 | | | | | | | | | | |
| 46 | 633,280 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 47 | | | | | | | | | | | |
| 48 | | | | | | | | | | | |
| 49 | 35,200 | | | | | | | | | | |
| 50 | 615,660 | | | | | | | | | | |
| 51 | 650,860 | | 455,200 | | 464,250 | 25,000 | | | 489,250 | | 5,090 |
| 52 | | | | | | | | | | | |
| 53 | | | | | | | | | | | |
| 54 | 953,280 | | | | | | | | | | |
| 55 | 953,280 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 56 | | | | | | | | | | | |
| 57 | | | | | | | | | | | |
| 58 | 35,200 | | | | | | | | | | |
| 59 | 919,660 | | | | | | | | | | |
| 60 | 954,860 | | 645,200 | | 664,250 | 25,000 | | | 689,250 | | 11,090 |
| 61 | | | | | | | | | | | |
| 62 | | | | | | | | | | | |
| 63 | 1,233,280 | | | | | | | | | | |
| 64 | 1,233,280 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 65 | | | | | | | | | | | |
| 66 | | | | | | | | | | | |
| 67 | 35,200 | | | | | | | | | | |
| 68 | 1,185,660 | | | | | | | | | | |
| 69 | 1,220,860 | | 795,200 | | 839,250 | 25,000 | | | 864,250 | | 90 |