EXHIBIT
**21**

| | A |
|---|---|
| 1 | Bid Analysis |
| 2 | Alex Jones Bankruptcy |
| 3 | FSS Assets |
| 4 | |
| 5 | |
| 6 | First United American / Cicack |
| 7 | Global Tetrahedron / The Onion |
| 8 | |
| 9 | Prospective Dec 10 Piecemeal Auction Value |
| 10 | |
| 11 | High Bid |
| 12 | Blended Bid - Global T & Dec 10 Auction |
| 13 | |
| 14 | |
| 15 | **Bold** bids represent those lots expected to be contingent upon one another. |
| 16 | (1) Lot 2 IP could be broken up to include the domains Global T seeks, with the ecommerce site and related custo |
| 17 | |
| 18 | Prospective Auction Values |
| 19 | - Lowered values to net of sale costs and add'l liquidator fee |
| 20 | - Attributed value to the domain lots 3 & 4 - this is highly speculative, but provides a basis to create a true apples |

TRANZON360-000844

|   | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | LOT 1 - PRODUCTION RELATED | | | | OT 2 - ECOMMERCE RELATE | | |
| 5 | | Allocation Intellectual Property | Allocation Personal Property Building 3 | Allocation Personal Property Building 2 | | Allocation Intellectual Property | Allocation Inventory | |
| 6 | | 275,000 | 275,000 | 50,000 | | 250,000 | 250,000 | |
| 7 | | 998,000 | 1,000 | | | 1,000 | - | |
| 8 | | | | | | | | |
| 9 | | | 260,000 | 40,000 | | (1) | 120,000 | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | 998,000 | 260,000 | 40,000 | | 1,000 | 120,000 | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | omer data sold at the Dec 10 auction for an unknown amount | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | to apples comparison with FUA's bid as well as serves as a minimum bid  should FUA want to overbid on just th | | | | | | | |

TRANZON360-000845

| | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Lot 3 | Lot 4 | | Total Bids | | Net to Unsecured (@ 8%) | Total Cash Value of Bids | |
| 6 | 50,000 | 50,000 | | 1,200,000 | | 96,000 | 1,200,000 | |
| 7 | | | | 1,000,000 | | | TBD | |
| 8 | | | | | | | | |
| 9 | 10,000 | 10,000 | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | 10,000 | 10,000 | | 1,439,000 | | 115,120 | TBD | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | ose lots | | | | | | | |

TRANZON360-000846

| | R |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | Comments |
| 6 | - They want all lots.  If faced with a situation where they might need to forgo lots 3 & 4 in a bid situation, they might; however, they are not looking to end up with just Lot 1 without Lot 2. |
| 7 | - Need to assess distributable proceeds waiver  to assess full cash value of bid.<br>- Their predominent interest is the IP Lot 1, but want the domain names out of Lot 2 more than anything else in the lot (potential scenario to attribute Dec 10 auction value to the elements of Lot 2 they do not want).<br>- Bid for equipment and inventory was strategic; they |
| 8 | |
| 9 | Terms in the bid package state that right for us to attribute piecemeal auction value in evaluating competitive bids. |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |

TRANZON360-000847

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Note: Green signifies a bid change  Yellow highlights the $1 creditor benefit | Lot 1 - 4  Take All | | Lot 1a  Infowars Production | Lot 2a  Intellectual Property | | Lot 1b  Personal Prop Bldg 3 | Lot 1c  Personal Prop Bldg 2 | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | Round 1 | | | | | | | | |
| 4 | Trustee | | | | | | 260,000 | 40,000 | |
| 5 | GT | | | 1,000,000 | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | Round 2 | | | | | | | | |
| 9 | FUA | 3,500,000 | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | Round 3 | | | | | | | | |
| 13 | Trustee | | | | | | | | |
| 14 | GT | 1,750,000 | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | Round 4 | | | | | | | | |
| 18 | FUA | 1,650,000 | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | Round 5 | | | | | | | | |
| 22 | Trustee | | | | | | 260,000 | 40,000 | |
| 23 | GT | | | 1,000,000 | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | Round 6 | | | | | | | | |
| 27 | FUA | 1,750,000 | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | Round 7 | | | | | | | | |
| 31 | Trustee | | | | | | 260,000 | 40,000 | |
| 32 | GT | | | 1,000,000 | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

TRANZON360-000848

| | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lot 2b Inventory | | Lot 3 | Lot 4 | | Distributable Proceeds Waiver | | Total Bids | | Cash Value of Bid | | Net Benefit to Non CT Creditors | | After 8% cost to Non CT Creditors | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 5 | | | | | | 0 | | 1,000,000 | | 1,000,000 | | 80,000 | | 71,200 | |
| 6 | | | | | | | | 1,440,000 | | 1,440,000 | | 115,200 | | 106,400 | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | 3,500,000 | | 3,500,000 | | 280,000 | | 255,200 | |
| 10 | | | | | | | | 3,500,000 | | | | 280,000 | | 255,200 | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | - | | - | | - | | - | |
| 14 | | | | | | 420,000 | | 1,750,000 | | 7,000,000 | | 560,000 | | 497,600 | |
| 15 | | | | | | | | 1,750,000 | | 7,000,000 | | 560,000 | | 497,600 | |
| 16 | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | |
| 18 | | | | | | | | 1,650,000 | | 1,650,000 | | 132,000 | | 116,040 | |
| 19 | | | | | | | | 1,650,000 | | | | 132,000 | | 116,040 | |
| 20 | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | |
| 22 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 23 | | | | | | 16,801 | | 1,000,000 | | 1,210,013 | | 96,801 | | 86,825 | |
| 24 | | | | | | | | 1,440,000 | | 1,650,013 | | 132,001 | | 122,025 | |
| 25 | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | |
| 27 | | | | | | | | 1,750,000 | | 1,750,000 | | 140,000 | | 123,480 | |
| 28 | | | | | | | | 1,750,000 | | | | 140,000 | | 123,480 | |
| 29 | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | |
| 31 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 32 | | | | | | 24,801 | | 1,000,000 | | 1,310,013 | | 104,801 | | 94,265 | |
| 33 | | | | | | | | 1,440,000 | | 1,750,013 | | 140,001 | | 129,465 | |
| 34 | | | | | | | | | | | | | | | |

TRANZON360-000849

| | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | >> Fees & Cash Availability in Bid | | CT Creditors Balance | | 360Tranzon Fee | 360Tranzon Expense | Admin Fees | | Total Fees & Expenses | | CT Creditors Adjusted Balance |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | 920,000 | | 85,000 | 25,000 | | | 110,000 | | 818,800 |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | 285,000 | 25,000 | | | 310,000 | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | 1,190,000 | | 405,000 | 25,000 | 350,000 | | 780,000 | | 472,400 |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | 174,500 | 25,000 | | | 199,500 | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | 903,199 | | 99,701 | 25,000 | | | 124,701 | | 788,474 |
| 25 | | | | | | | | | | | |
| 26 | | | | | | | | | | | |
| 27 | | | | | | | | | | | |
| 28 | | | | | 181,500 | 25,000 | | | 206,500 | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |
| 33 | | | 895,199 | | 106,701 | 25,000 | | | 131,701 | | 774,034 |
| 34 | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 35 | Round 8 | | | | | | | | |
| 36 | FUA | 2,500,000 | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | Round 9 | | | | | | | | |
| 40 | Trustee | | | | | | 260,000 | 40,000 | |
| 41 | GT | | | 1,000,000 | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | Round 10 | | | | | | | | |
| 45 | FUA | 8,000,000 | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | Round 11 | | | | | | | | |
| 49 | Trustee | | | | | | 260,000 | 40,000 | |
| 50 | GT | | | 1,064,000 | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | Round 12 | | | | | | | | |
| 54 | FUA | 12,000,000 | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | Round 13 | | | | | | | | |
| 58 | Trustee | | | | | | 260,000 | 40,000 | |
| 59 | GT | | | 1,584,000 | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | Round 14 | | | | | | | | |
| 63 | FUA | 15,500,000 | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | Round 15 | | | | | | | | |
| 67 | Trustee | | | | | | 260,000 | 40,000 | |
| 68 | GT | | | 2,000,000 | | | | | |
| 69 | | | | | | | | | |
| 70 | | | | | | | | | |
| 71 | | DPW Allocation % | | | | | | | |

| | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | | | | | | | | | | | | | | | |
| 36 | | | | | | | | 2,500,000 | | 2,500,000 | | 200,000 | | 179,280 | |
| 37 | | | | | | | | 2,500,000 | | | | 200,000 | | 179,280 | |
| 38 | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | |
| 40 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 41 | | | | | | 500,000 | | 1,000,000 | | 7,250,000 | | 580,000 | | 544,600 | |
| 42 | | | | | | | | 1,440,000 | | 7,690,000 | | 615,200 | | 579,800 | |
| 43 | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | |
| 45 | | | | | | | | 8,000,000 | | 8,000,000 | | 640,000 | | 597,200 | |
| 46 | | | | | | | | 8,000,000 | | | | 640,000 | | 597,200 | |
| 47 | | | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | | | |
| 49 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 50 | | | | | | 519,681 | | 1,064,000 | | 7,560,013 | | 604,801 | | 568,161 | |
| 51 | | | | | | | | 1,504,000 | | 8,000,013 | | 640,001 | | 603,361 | |
| 52 | | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | | |
| 54 | | | | | | | | 12,000,000 | | 12,000,000 | | 960,000 | | 901,200 | |
| 55 | | | | | | | | 12,000,000 | | | | 960,000 | | 901,200 | |
| 56 | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | |
| 58 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 59 | | | | | | 798,081 | | 1,584,000 | | 11,560,013 | | 924,801 | | 872,161 | |
| 60 | | | | | | | | 2,024,000 | | 12,000,013 | | 960,001 | | 907,361 | |
| 61 | | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | | |
| 63 | | | | | | | | 15,500,000 | | 15,500,000 | | 1,240,000 | | 1,167,200 | |
| 64 | | | | | | | | 15,500,000 | | | | 1,240,000 | | 1,167,200 | |
| 65 | | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | | |
| 67 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 68 | | | | | | 1,044,801 | | 2,000,000 | | 15,060,013 | | 1,204,801 | | 1,138,161 | |
| 69 | | | | | | | | 2,440,000 | | 15,500,013 | | 1,240,001 | | 1,173,361 | |
| 70 | | | | | | | | | | | | | | | |
| 71 | | | | | | 92% | | | | | | | | | |

| | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | | | | | | | | | | | |
| 36 | | | | | | | | | | | |
| 37 | | | | | 234,000 | 25,000 | | | 259,000 | | |
| 38 | | | | | | | | | | | |
| 39 | | | | | | | | | | | |
| 40 | | | | | | | | | | | |
| 41 | | | | | | | | | | | |
| 42 | | | 420,000 | | 417,500 | 25,000 | | | 442,500 | | 12,900 |
| 43 | | | | | | | | | | | |
| 44 | | | | | | | | | | | |
| 45 | | | | | | | | | | | |
| 46 | | | | | 510,000 | 25,000 | | | 535,000 | | |
| 47 | | | | | | | | | | | |
| 48 | | | | | | | | | | | |
| 49 | | | | | | | | | | | |
| 50 | | | | | | | | | | | |
| 51 | | | 459,199 | | 433,001 | 25,000 | | | 458,001 | | 37,838 |
| 52 | | | | | | | | | | | |
| 53 | | | | | | | | | | | |
| 54 | | | | | | | | | | | |
| 55 | | | | | 710,000 | 25,000 | | | 735,000 | | |
| 56 | | | | | | | | | | | |
| 57 | | | | | | | | | | | |
| 58 | | | | | | | | | | | |
| 59 | | | | | | | | | | | |
| 60 | | | 659,199 | | 633,001 | 25,000 | | | 658,001 | | 53,838 |
| 61 | | | | | | | | | | | |
| 62 | | | | | | | | | | | |
| 63 | | | | | | | | | | | |
| 64 | | | | | 885,000 | 25,000 | | | 910,000 | | |
| 65 | | | | | | | | | | | |
| 66 | | | | | | | | | | | |
| 67 | | | | | | | | | | | |
| 68 | | | | | | | | | | | |
| 69 | | | 795,199 | | 808,001 | 25,000 | | | 833,001 | | 28,838 |
| 70 | | | | | | | | | | | |
| 71 | | | | | | | | | | | |

TRANZON360-000853

|  | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Note: Green signifies a bid change Yellow highlights the 50k creditor benefit | Lot 1 - 4 Take All | | Lot 1a Infowars Production | Lot 2a Intellectual Property | | Lot 1b Personal Prop Bldg 3 | Lot 1c Personal Prop Bldg 2 | | Lot 2b Inventory |
| 2 | | | | | | | | | | |
| 3 | Round 1 | | | | | | | | | |
| 4 | Trustee | | | | | | 260,000 | 40,000 | | 120,000 |
| 5 | GT | | | 1,000,000 | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | Round 2 | | | | | | | | | |
| 9 | FUA | 1,500,000 | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | Round 3 | | | | | | | | | |
| 13 | Trustee | | | | | | 260,000 | 40,000 | | 120,000 |
| 14 | GT | | | 1,000,000 | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | Round 4 | | | | | | | | | |
| 18 | FUA | 2,175,000 | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | Round 5 | | | | | | | | | |
| 22 | Trustee | | | | | | 260,000 | 40,000 | | 120,000 |
| 23 | GT | | | 1,000,000 | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | Round 6 | | | | | | | | | |
| 27 | FUA | 2,850,000 | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | Round 7 | | | | | | | | | |
| 31 | Trustee | | | | | | 260,000 | 40,000 | | 120,000 |
| 32 | GT | | | 1,000,000 | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | Round 8 | | | | | | | | | |

| | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Lot 3 | Lot 4 | | Distributable Proceeds Waiver | | Total Bids | | Cash Value of Bid | | Net Benefit to Non CT Creditors | | After 8% cost to Non CT Creditors |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 5 | | | | | 0 | | 1,000,000 | | 1,000,000 | | 80,000 | | 71,200 |
| 6 | | | | | | | 1,440,000 | | 1,440,000 | | 115,200 | | 106,400 |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | |
| 9 | | | | | | | 1,500,000 | | | | 120,000 | | 113,280 |
| 10 | | | | | | | 1,500,000 | | | | 120,000 | | 113,280 |
| 11 | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | |
| 13 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 14 | | | | | 54,800 | | 1,000,000 | | 1,685,000 | | 134,800 | | 122,164 |
| 15 | | | | | | | 1,440,000 | | 2,125,000 | | 170,000 | | 157,364 |
| 16 | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | |
| 18 | | | | | | | 2,175,000 | | | | 174,000 | | 167,280 |
| 19 | | | | | | | 2,175,000 | | | | 174,000 | | 167,280 |
| 20 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | |
| 22 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 23 | | | | | 108,800 | | 1,000,000 | | 2,360,000 | | 188,800 | | 172,960 |
| 24 | | | | | | | 1,440,000 | | 2,800,000 | | 224,000 | | 208,160 |
| 25 | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | |
| 27 | | | | | | | 2,850,000 | | | | 228,000 | | 221,280 |
| 28 | | | | | | | 2,850,000 | | | | 228,000 | | 221,280 |
| 29 | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | |
| 31 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 32 | | | | | 162,800 | | 1,000,000 | | 3,035,000 | | 242,800 | | 224,260 |
| 33 | | | | | | | 1,440,000 | | 3,475,000 | | 278,000 | | 259,460 |
| 34 | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | |

TRANZON360-000855

| | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | CT Creditors Balance | | 360Tranzon Fee | 360Tranzon Expense | Admin Fees | | Total Fees & Expenses | | CT Creditors Adjusted Balance |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | 920,000 | | 85,000 | 25,000 | | | 110,000 | | 818,800 |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | 865,200 | | 132,950 | 25,000 | | | 157,950 | | 719,886 |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | 811,200 | | 173,000 | 25,000 | | | 198,000 | | 629,040 |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | 757,200 | | 206,750 | 25,000 | | | 231,750 | | 543,990 |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | FUA | 3,550,000 | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | Round 9 | | | | | | | | | |
| 40 | Trustee | | | | | | 260,000 | 40,000 | | 120,000 |
| 41 | GT | | | 1,000,000 | | | | | | |
| 42 | | | | | | | | | | |
| 43 | | | | | | | | | | |
| 44 | Round 10 | | | | | | | | | |
| 45 | FUA | 8,000,000 | | | | | | | | |
| 46 | | | | | | | | | | |
| 47 | | | | | | | | | | |
| 48 | Round 11 | | | | | | | | | |
| 49 | Trustee | | | | | | 260,000 | 40,000 | | 120,000 |
| 50 | GT | | | 1,110,000 | | | | | | |
| 51 | | | | | | | | | | |
| 52 | | | | | | | | | | |
| 53 | Round 12 | | | | | | | | | |
| 54 | FUA | 12,000,000 | | | | | | | | |
| 55 | | | | | | | | | | |
| 56 | | | | | | | | | | |
| 57 | Round 13 | | | | | | | | | |
| 58 | Trustee | | | | | | 260,000 | 40,000 | | 120,000 |
| 59 | GT | | | 1,620,000 | | | | | | |
| 60 | | | | | | | | | | |
| 61 | | | | | | | | | | |
| 62 | Round 14 | | | | | | | | | |
| 63 | FUA | 15,500,000 | | | | | | | | |
| 64 | | | | | | | | | | |
| 65 | | | | | | | | | | |
| 66 | Round 15 | | | | | | | | | |
| 67 | Trustee | | | | | | 260,000 | 40,000 | | 120,000 |
| 68 | GT | | | 2,050,000 | | | | | | |
| 69 | | | | (over max in letter) | | | | | | |

| | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | | | | | | 3,550,000 | | | | 284,000 | | 277,280 |
| 37 | | | | | | | 3,550,000 | | | | 284,000 | | 277,280 |
| 38 | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | |
| 40 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 41 | | | | | 218,800 | | 1,000,000 | | 3,735,000 | | 298,800 | | 277,460 |
| 42 | | | | | | | 1,440,000 | | 4,175,000 | | 334,000 | | 312,660 |
| 43 | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | |
| 45 | | | | | | | 8,000,000 | | | | 640,000 | | 633,280 |
| 46 | | | | | | | 8,000,000 | | | | 640,000 | | 633,280 |
| 47 | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | |
| 49 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 50 | | | | | 566,000 | | 1,110,000 | | 8,185,000 | | 654,800 | | 615,660 |
| 51 | | | | | | | 1,550,000 | | 8,625,000 | | 690,000 | | 650,860 |
| 52 | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | |
| 54 | | | | | | | 12,000,000 | | | | 960,000 | | 953,280 |
| 55 | | | | | | | 12,000,000 | | | | 960,000 | | 953,280 |
| 56 | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | |
| 58 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 59 | | | | | 845,200 | | 1,620,000 | | 12,185,000 | | 974,800 | | 919,660 |
| 60 | | | | | | | 2,060,000 | | 12,625,000 | | 1,010,000 | | 954,860 |
| 61 | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | |
| 63 | | | | | | | 15,500,000 | | | | 1,240,000 | | 1,233,280 |
| 64 | | | | | | | 15,500,000 | | | | 1,240,000 | | 1,233,280 |
| 65 | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | |
| 67 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 |
| 68 | | | | | 1,090,800 | | 2,050,000 | | 15,685,000 | | 1,254,800 | | 1,185,660 |
| 69 | | | | | | | 2,490,000 | | 16,125,000 | | 1,290,000 | | 1,220,860 |

TRANZON360-000858

| | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | | | | | | | | | |
| 37 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 38 | | | | | | | | | | |
| 39 | | | | | | | | | | |
| 40 | | | | | | | | | | |
| 41 | | | | | | | | | | |
| 42 | | 701,200 | | 241,750 | 25,000 | | | 266,750 | | 455,790 |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |
| 45 | | | | | | | | | | |
| 46 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | 455,200 | | 464,250 | 25,000 | | | 489,250 | | 5,090 |
| 52 | | | | | | | | | | |
| 53 | | | | | | | | | | |
| 54 | | | | | | | | | | |
| 55 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 56 | | | | | | | | | | |
| 57 | | | | | | | | | | |
| 58 | | | | | | | | | | |
| 59 | | | | | | | | | | |
| 60 | | 645,200 | | 664,250 | 25,000 | | | 689,250 | | 11,090 |
| 61 | | | | | | | | | | |
| 62 | | | | | | | | | | |
| 63 | | | | | | | | | | |
| 64 | | | | 59,000 | 25,000 | | | 84,000 | | |
| 65 | | | | | | | | | | |
| 66 | | | | | | | | | | |
| 67 | | | | | | | | | | |
| 68 | | | | | | | | | | |
| 69 | | 795,200 | | 839,250 | 25,000 | | | 864,250 | | 90 |

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
|   | Note: Green signifies a bid change Yellow highlights the $1 creditor benefit | Lot 1 - 4 Take All | | Lot 1a Infowars Production | Lot 2a Intellectual Property | | Lot 1b Personal Prop Bldg 3 | Lot 1c Personal Prop Bldg 2 | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | Round 1 | | | | | | | | |
| 4 | Trustee | | | | | | 260,000 | 40,000 | |
| 5 | GT | | | 1,000,000 | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | Round 2 | | | | | | | | |
| 9 | FUA | 3,500,000 | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | Round 3 | | | | | | | | |
| 13 | Trustee | | | | | | | | |
| 14 | GT | 1,750,000 | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | Round 4 | | | | | | | | |
| 18 | FUA | 1,650,000 | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | Round 5 | | | | | | | | |
| 22 | Trustee | | | | | | 260,000 | 40,000 | |
| 23 | GT | | | 1,000,000 | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | Round 6 | | | | | | | | |
| 27 | FUA | 1,750,000 | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | Round 7 | | | | | | | | |
| 31 | Trustee | | | | | | 260,000 | 40,000 | |
| 32 | GT | | | 1,000,000 | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

TRANZON360-000860

| | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lot 2b Inventory | | Lot 3 | Lot 4 | | Distributable Proceeds Waiver | | Total Bids | | Cash Value of Bid | | Net Benefit to Non CT Creditors | | After 8% cost to Non CT Creditors | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 5 | | | | | | 0 | | 1,000,000 | | 1,000,000 | | 80,000 | | 71,200 | |
| 6 | | | | | | | | 1,440,000 | | 1,440,000 | | 115,200 | | 106,400 | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | 3,500,000 | | 3,500,000 | | 115,500 | | 89,100 | |
| 10 | | | | | | | | 3,500,000 | | | | 115,500 | | 89,100 | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | - | | - | | - | | - | |
| 14 | | | | | | 200,000 | | 1,750,000 | | 7,810,606 | | 257,750 | | 214,350 | |
| 15 | | | | | | | | 1,750,000 | | 7,810,606 | | 257,750 | | 214,350 | |
| 16 | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | |
| 18 | | | | | | | | 1,650,000 | | 1,650,000 | | 132,000 | | 116,040 | |
| 19 | | | | | | | | 1,650,000 | | | | 132,000 | | 116,040 | |
| 20 | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | |
| 22 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 23 | | | | | | 16,801 | | 1,000,000 | | 1,210,013 | | 96,801 | | 86,825 | |
| 24 | | | | | | | | 1,440,000 | | 1,650,013 | | 132,001 | | 122,025 | |
| 25 | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | |
| 27 | | | | | | | | 1,750,000 | | 1,750,000 | | 140,000 | | 123,480 | |
| 28 | | | | | | | | 1,750,000 | | | | 140,000 | | 123,480 | |
| 29 | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | |
| 31 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 32 | | | | | | 24,801 | | 1,000,000 | | 1,310,013 | | 104,801 | | 94,265 | |
| 33 | | | | | | | | 1,440,000 | | 1,750,013 | | 140,001 | | 129,465 | |
| 34 | | | | | | | | | | | | | | | |

TRANZON360-000861

| | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | >><br>Fees &<br>Cash<br>Availability<br>in Bid | | CT<br>Creditors<br>Balance | IP Value | EQ & Inv Value | 360Tranzon<br>Fee | 360Tranzon<br>Expense | Admin<br>Fees | | Total Fees<br>&<br>Expenses | | CT<br>Creditors<br>Adjusted<br>Balance |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | 920,000 | | | 85,000 | 25,000 | | | 110,000 | | 818,800 |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | 2,750,000 | 750,000 | | | | | | | |
| 10 | | | | | | 305,000 | 25,000 | | | 330,000 | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | 7,060,606 | 750,000 | | | | | | | |
| 15 | | | 1,410,000 | | | 325,000 | 25,000 | 192,500 | | 542,500 | | 910,900 |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | 174,500 | 25,000 | | | 199,500 | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | 903,199 | | | 99,701 | 25,000 | | | 124,701 | | 788,474 |
| 25 | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | |
| 28 | | | | | | 181,500 | 25,000 | | | 206,500 | | |
| 29 | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | | | 895,199 | | | 106,701 | 25,000 | | | 131,701 | | 774,034 |
| 34 | | | | | | | | | | | | |

TRANZON360-000862

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 35 | Round 8 | | | | | | | | |
| 36 | FUA | 2,500,000 | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | Round 9 | | | | | | | | |
| 40 | Trustee | | | | | | 260,000 | 40,000 | |
| 41 | GT | | | 1,000,000 | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | Round 10 | | | | | | | | |
| 45 | FUA | 8,000,000 | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | Round 11 | | | | | | | | |
| 49 | Trustee | | | | | | 260,000 | 40,000 | |
| 50 | GT | | | 1,064,000 | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | Round 12 | | | | | | | | |
| 54 | FUA | 12,000,000 | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | Round 13 | | | | | | | | |
| 58 | Trustee | | | | | | 260,000 | 40,000 | |
| 59 | GT | | | 1,584,000 | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | Round 14 | | | | | | | | |
| 63 | FUA | 15,500,000 | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | Round 15 | | | | | | | | |
| 67 | Trustee | | | | | | 260,000 | 40,000 | |
| 68 | GT | | | 2,000,000 | | | | | |
| 69 | | | | | | | | | |
| 70 | | | | | | | | | |
| 71 | | DPW Allocation % | | | | | | | |
| 72 | | | | | | | | | |

TRANZON360-000863

| | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | | | | | | | | | | | | | | | |
| 36 | | | | | | | | 2,500,000 | | 2,500,000 | | 200,000 | | 179,280 | |
| 37 | | | | | | | | 2,500,000 | | | | 200,000 | | 179,280 | |
| 38 | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | |
| 40 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 41 | | | | | | 500,000 | | 1,000,000 | | 7,250,000 | | 580,000 | | 544,600 | |
| 42 | | | | | | | | 1,440,000 | | 7,690,000 | | 615,200 | | 579,800 | |
| 43 | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | |
| 45 | | | | | | | | 8,000,000 | | 8,000,000 | | 640,000 | | 597,200 | |
| 46 | | | | | | | | 8,000,000 | | | | 640,000 | | 597,200 | |
| 47 | | | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | | | |
| 49 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 50 | | | | | | 519,681 | | 1,064,000 | | 7,560,013 | | 604,801 | | 568,161 | |
| 51 | | | | | | | | 1,504,000 | | 8,000,013 | | 640,001 | | 603,361 | |
| 52 | | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | | |
| 54 | | | | | | | | 12,000,000 | | 12,000,000 | | 960,000 | | 901,200 | |
| 55 | | | | | | | | 12,000,000 | | | | 960,000 | | 901,200 | |
| 56 | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | |
| 58 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 59 | | | | | | 798,081 | | 1,584,000 | | 11,560,013 | | 924,801 | | 872,161 | |
| 60 | | | | | | | | 2,024,000 | | 12,000,013 | | 960,001 | | 907,361 | |
| 61 | | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | | |
| 63 | | | | | | | | 15,500,000 | | 15,500,000 | | 1,240,000 | | 1,167,200 | |
| 64 | | | | | | | | 15,500,000 | | | | 1,240,000 | | 1,167,200 | |
| 65 | | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | | |
| 67 | 120,000 | | 10,000 | 10,000 | | | | 440,000 | | 440,000 | | 35,200 | | 35,200 | |
| 68 | | | | | | 1,044,801 | | 2,000,000 | | 15,060,013 | | 1,204,801 | | 1,138,161 | |
| 69 | | | | | | | | 2,440,000 | | 15,500,013 | | 1,240,001 | | 1,173,361 | |
| 70 | | | | | | | | | | | | | | | |
| 71 | | | | | | 96.7% | | | | | | | | | |
| 72 | | | | | | | | | | | | | | | |

TRANZON360-000864

| | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | |
| 37 | | | | | | 234,000 | 25,000 | | | 259,000 | | |
| 38 | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | |
| 42 | | | 420,000 | | | 417,500 | 25,000 | | | 442,500 | | 12,900 |
| 43 | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | |
| 46 | | | | | | 510,000 | 25,000 | | | 535,000 | | |
| 47 | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | |
| 49 | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | |
| 51 | | | 459,199 | | | 433,001 | 25,000 | | | 458,001 | | 37,838 |
| 52 | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | |
| 54 | | | | | | | | | | | | |
| 55 | | | | | | 710,000 | 25,000 | | | 735,000 | | |
| 56 | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | |
| 60 | | | 659,199 | | | 633,001 | 25,000 | | | 658,001 | | 53,838 |
| 61 | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | |
| 64 | | | | | | 885,000 | 25,000 | | | 910,000 | | |
| 65 | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | |
| 67 | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | |
| 69 | | | 795,199 | | | 808,001 | 25,000 | | | 833,001 | | 28,838 |
| 70 | | | | | | | | | | | | |
| 71 | | | | | | | | | | | | |
| 72 | | | | | | | | | | | | |

TRANZON360-000865

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 73 | | Secured | | | | | | | |
| 74 | | Trustee | | | | | | | |
| 75 | | Tranzon360 | | | | | | | |

TRANZON360-000866

| | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | | | | | | 140,000 | | | | | | | | | |
| 74 | | | | | | 3% | | | | | | | | | |
| 75 | | | | | | 325,000 | | | | | | | | | |

TRANZON360-000867

| | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | |
| 75 | | | | | | | | | | | | |

TRANZON360-000868