EXHIBIT 25

|   | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| 5 |   |   | Backup Bid |   | Winning Bid |   | Winning Bid |
| 6 |   |   |   |   | (Cash Equivalent) |   |   |
| 7 |   |   |   |   |   |   |   |
| 8 | Purchase Cash |   | 3,500,000 |   | 4,350,000 |   | 1,750,000 |
| 9 | less: Administrative Costs |   | **(750,000)** |   | (750,000) |   | (750,000) |
| 10 | Net Purchase Cash |   | 2,750,000 |   | 3,600,000 |   | 1,000,000 |
| 11 |   |   |   |   |   |   |   |
| 12 | Connecticut Families' Share | **75.0%** | 2,062,500 |   | 2,700,000 |   | 750,000 |
| 13 | Gift Class's Share | 25.0% | 687,500 |   | 900,000 |   | 250,000 |
| 14 | Total Creditor Proceeds |   | 2,750,000 |   | 3,600,000 |   | 1,000,000 |
| 15 |   |   |   |   |   |   |   |
| 16 | Gift Class's Share |   | 687,500 |   | 900,000 |   | 250,000 |
| 17 | Distributable Proceeds Waiver |   | - |   | - |   | 650,000 |
| 18 | Gift Class Total Recovery |   | 687,500 |   | 900,000 |   | 900,000 |
| 19 |   |   |   |   |   |   |   |
| 20 |   |   |   |   |   |   |   |
| 21 |   |   |   |   |   |   |   |
| 22 |   |   |   |   |   |   |   |
| 23 |   |   | Backup Bid |   | Winning Bid |   | Winning Bid |
| 24 |   |   |   |   | (Cash Equivalent) |   |   |
| 25 |   |   |   |   |   |   |   |
| 26 | Purchase Cash |   | 3,500,000 |   | 7,000,000 |   | 1,750,000 |
| 27 | less: Administrative Costs |   | **(650,000)** |   | (650,000) |   | (650,000) |
| 28 | Net Purchase Cash |   | 2,850,000 |   | 6,350,000 |   | 1,100,000 |
| 29 |   |   |   |   |   |   |   |
| 30 | Connecticut Families' Share | **96.7%** | 2,755,950 |   | 6,140,450 |   | 1,063,700 |
| 31 | Gift Class's Share | 3.3% | 94,050 |   | 209,550 |   | 36,300 |
| 32 | Total Creditor Proceeds |   | 2,850,000 |   | 6,350,000 |   | 1,100,000 |
| 33 |   |   |   |   |   |   |   |
| 34 | Gift Class's Share |   | 94,050 |   | 209,550 |   | 36,300 |
| 35 | Distributable Proceeds Waiver |   | - |   | - |   | 173,250 |
| 36 | Gift Class Total Recovery |   | 94,050 |   | 209,550 |   | 209,550 |