

Walter J. Cicack
wcicack@hcgllp.com
713-658-9003 (direct)

December 6, 2024



EXHIBIT 34

*Via email:* jwolfshohl@porterhedges.com
Joshua W. Wolfshohl
PORTER HEDGES
1000 Main Street, 36th Floor
Houston, Texas 77002

Re:   First United American Companies, LLC's Bid of November 12, 2024, in the amount of $3,500,000 for all property in lots 1, 2, 3, and 4.

*In Re: Alexander J. Jones*; Chapter 7; Case No. 22-33553

Dear Josh:

As you know, I represent First United American Companies, LLC ("FUAC"). As you also know, FUAC submitted the above-referenced bid and the Trustee designated such bid as the Backup Bid and FUAC as the Backup Bidder in the Trustee's Notice filed with the bankruptcy court on November 14, 2024, at Docket 903.

In yesterday's deposition of the Trustee, we learned for the first time that the Trustee permitted the designated Successful Bidder to amend the Successful Bid after November 14, 2024.

Accordingly, FUAC takes this opportunity to amend its bid to provide for $3,500,000 cash bid, plus an additional $500,000 earmarked solely for unsecured creditors other than the Connecticut Families (as defined in the previously designated Successful Bid).

If you have any questions, please feel free to call me anytime on my cell phone, (713) 299-2127.

Very truly yours,

HAWASH CICACK & GASTON LLP

Walter J. Cicack

cc:   Jeff Tanenbaum – email
      Michael Dearman – email

**711 W. Alabama St., Suite 200 | Houston, Texas 77006**
**Main Phone and Facsimile: (713) 658-9015 | www.hcgllp.com**

Joshua W. Wolfshohl
December 6, 2024
Page 2

    Erin Jones – email
    Kelly Toney - email