UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) |
| Debtor. | |

**TRUSTEE'S PROPOSED AGENDA FOR HYBRID HEARING
ON DECEMBER 9, 2024 AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

Christopher R. Murray, the Chapter 7 Trustee for the bankruptcy estate of Alexander E. Jones, files this Proposed Agenda of matters set for **hybrid hearing** on **December 9, 2024 at 1:00 p.m. (prevailing Central Time)** (the "Hearing") before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk Street, Houston, Texas 77002:

A. **Trustee's Emergency Motion to Strike Alexander E. Jones Response and Objection to the Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC [Docket No. 970].**

   a. **Status:** Trustee requests that this motion be heard prior to Docket No. 859.

   b. **Related Documents:**

      i. Alexander E. Jones Response and Objection to the Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC [Docket No. 962].

      ii. Corrected Alexander E. Jones Response and Objection to the Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC [Docket No. 969].

B. **Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC [Docket No. 859]**

   a. **Status:** Going forward.

1

15701163

b. **Related Documents:**

  i. **Christopher R. Murray, Chapter 7 Trustee**

   1. Trustee's Witness and Exhibit List for Monday, December 9, 2024, Hybrid Hearing on Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC [Docket No. 955].

   2. Trustee's Amended Witness and Exhibit List for Monday, December 9, 2024, Hybrid Hearing on Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC [Docket No. 968].

   3. Trustee's Reply in Support of the Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC [Docket No. 972].

   4. Revised Proposed Order (I) Approving Asset Purchase Agreement, (II) Authorizing Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Other Related Relief [Docket No. 974].

   5. Notice of (A) Revised Proposed Order (I) Approving Asset Purchase Agreement, (II) Authorizing Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Other Related Relief and (B) Redline Thereof [Docket No. 975].

  ii. **X Corp.**

   1. X Corp.'s Limited Objection to Trustee's Proposed Sale Motions [Docket No. 937].

      a. **Status:** Resolved by agreement, form of proposed order subject to X Corp.'s final approval.

   2. X Corp.'s Witness and Exhibit List for Hearing Scheduled for December 9, 2024 at 1:00 P.M. Prevailing Central Time [Docket No. 957].

   3. X Corp.'s Supplemental Witness and Exhibit List for Hearing Scheduled for December 9, 2024 at 1:00 P.M. (Prevailing Central Time) [Docket No. 966].

    iii. **Global Tetrahedron, LLC**

        1. **Global Tetrahedron, LLC's Witness and Exhibit List [Docket No. 959].**

        2. **Global Tetrahedron, LLC's Further (I) Statement in Support of Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC and (II) Omnibus Reply Related Thereto [Docket No. 973].**

    iv. **Connecticut Families**

        1. **Connecticut Families' Consolidated Witness and Exhibit List [Docket No. 956].**

        2. **Connecticut Families' Reply (I) in further Support of the Trustee's Emergency Motion and (II) in Opposition to (A) the Emergency Motion to Disqualify Global Tetrahedron, LLC's Bid and (B) the Plaintiff's Complaint and Emergency Application for Temporary Retraining Order and Preliminary Injunction [Docket No. 971].**

    v. **Texas Plaintiffs**

        1. **Statement of the Texas Plaintiffs on the Chapter 7 Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC [Docket No. 961].**

        2. **The Texas Plaintiffs' Witness and Exhibit List for Hearing on December 9, 2024 [Docket No. 964].**

    vi. **First United American Companies, LLC**

        1. **First United American Companies, LLC's Witness and Exhibit List [Docket No. 954].**

        2. **First United American Companies, LLC's Response to Trustee's Expedited Motion for Entry of an Order In Furtherance of the Sale of Assets of Free Speech Systems, LLC and Objection to the Proposed Sale to Global Tetrahedron, LLC [Docket No. 963].**

        3. **First United American Companies, LLC's Amended Witness and Exhibit List [Docket No. 976].**

    vii. **Alexander E. Jones**

        1. **Plaintiffs' Witness and TXhibit List [Docket No. 958].**

2. **Alexander E. Jones Response and Objection to the Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC [Docket No. 962].**

3. **Alexander E. Jones' Supplement to Witness and Exhibit List [Docket No. 967].**

4. **Corrected Alexander E. Jones Response to the Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC [Docket No. 969].**

*[Remainder of page intentionally left blank]*

Dated:  December 9, 2024
Houston, Texas.

        Respectfully submitted,

        By: */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl (Bar No. 24038592)
        Michael B. Dearman (Bar No. 24116270)
        Jordan T. Stevens (Bar No. 24106467)
        Kenesha L. Starling (Bar No.24114906)
        **Porter Hedges LLP**
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6000
        Facsimile: (713) 226-6248
        jwolfshohl@porterhedges.com
        mdearman@porterhedges.com
        jstevens@porterhedges.com
        kstarling@porterhedges.com

        *and*

        Erin E. Jones (TX 24032478)
        **Jones Murray LLP**
        602 Sawyer Street, Suite 400
        Houston, Texas 77007
        Telephone: (832) 529-1999
        Fax: (832) 529-3393
        erin@jonesmurray.com

        *Counsel for Christopher R. Murray, Chapter 7 Trustee*

## Certificate of Service

I certify that on December 9, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15701163