United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 10, 2024

Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | § |
|  | § Chapter 7 |
| **ALEXANDER E. JONES,** | § |
|  | § Case No. 22-33553 (CML) |
| Debtor. | § |
|  | § |
|  | § |

## ORDER GRANTING FIRST INTERIM FEE APPLICATION OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 14, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024
### (Relates to Docket No. 909)

The Court has considered the First Interim Application of Jones Murray LLP (the "***Applicant***"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 14, 2024 through and including October 31, 2024 (the "Application").  The Court orders:

1.      The Applicant is allowed interim compensation in the amount of **$427,773.00** and reimbursement of actual and necessary expenses in the amount of **$5,442.62** for the period set forth in the Application.

2.      The Trustee is authorized to disperse **$85,547.00** which represents the unpaid amounts allowed by paragraph 1 of this Order.

Signed:  December 10, 2024

Christopher Lopez
United States Bankruptcy Judge