Electronic Appearance Sheet

Christopher Harris, Latham & Watkins
Client(s): X Corp.

Caroline Reckler, Latham & Watkins
Client(s): X Corp.

Jonathan Weichselbaum, Latham & Watkins
Client(s): X Corp.

Kenesha Starling, Porter Hedges, LLP
Client(s): Christopher R. Murray, Chapter 7 Trustee

Caroline Reckler, Latham & Watkins LLP
Client(s): X Corp.

Christopher Harris, Latham & Watkins LLP
Client(s): X Corp

Jon Weichselbaum, Latham & Watkins LLP
Client(s): X Corp.