United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-33553 |
| ALEXANDER E. JONES, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

**ORDER DENYING TRUSTEE'S EXPEDITED MOTION FOR ENTRY OF AN
ORDER IN FURTHERANCE OF THE SALE OF ASSETS OF
<u>FREE SPEECH SYSTEMS, LLC</u>**
(RE: ECF NO. 915)

The Court denies the Trustee's Expedited Motion for the reasons stated on the record at the December 10, 2024 hearing.

Signed: December 11, 2024

_____
Christopher Lopez
United States Bankruptcy Judge