**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| **Debtor.** | § | |

**SIXTH MONTHLY FEE STATEMENT OF JONES MURRAY LLP AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSTION AND REIMBURSEMENT OF EXPENSES FOR <u>THE PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024</u>**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | November 1, 2024 through November 30, 2024 |
| **Interim Fees Incurred:** | **$143,235.00** |
| **Interim Payment of Fees Requested (80%):** | **$114,672.40** |
| **Interim Expenses Incurred:** | **$105.50** |
| **Total Fees and Expenses Due:** | **$114,777.90** |

This is the Sixth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Sixth Monthly Fee Statement (the "Fee Statement") for the period from November 1, 2024 through November 30, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [pending, motion filed at Docket No. 757] (the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $142,235.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $150.50 (the "Expenses"), for the period from November 1, 2024 through November 30, 2024. Eighty percent (80%) of the fees equals $114,672.40 and one hundred percent (100%) of the Expenses equals $150.50 for a total requested amount of $114,777.90**.**

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $114,672.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $150.50 for a total amount of $114,777.90.

Dated: December 11, 2024.

Respectfully submitted,

**JONES MURRAY LLP**

*/s/ Erin E. Jones*

Erin E. Jones

Texas Bar No. 24032478

erin@jonesmurray.com

602 Sawyer St., Suite 400

Houston, TX 77007

Tel. (832) 529-1999

**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on December 11, 2024.

*/s/ Erin E. Jones*

Erin E. Jones

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| | | |
| Asset Analysis/Recovery | 69.2 | $45,939.50 |
| Asset Disposition | 85 | $63,750.00 |
| Case Administration | 6.7 | $4,169.50 |
| Claims Administration and Objections | 8.8 | $6,090.00 |
| Fee and Employment Applications | 10.7 | $7,974.00 |
| Other Contested Matters | 26.4 | $15,312.00 |
| **TOTAL** | **206.8** | **$143,235.00** |

## <u>EXHIBIT 2</u>

### SUMMARY OF OUT OF POCKET EXPENSES

| Expense Description | Cost |
|---|---|
| Travel Meals | $105.50 |
| **TOTAL EXPENSES** | **$105.50** |

## <u>EXHIBIT 3</u>

### SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $750.00 | 175.8 |
| Jacqueline Q. Chiba, *Associate* | $495.00 | 21.1 |
| Apollo Pham, *Paralegal* | $95.00 | 9.9 |
| | | |
| **TOTAL** | | **206.8** |

**Exhibit 4**

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/01/2024 | 🕐 | Claims Administration and Objections: Review chapter 11 admins, their respective applications and any orders, to provide C. Murray with summary and analysis of unpaid amounts (2.0)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 2.00h | $495.00 | - | $990.00 |
| 11/01/2024 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding conference with B. Schleizer regarding business meeting, imaging computers (.6); various conferences with V. Driver regarding same (.4)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| 11/01/2024 | 🕐 | Asset Disposition: Various conferences with C. Murray, legal team regarding status of comments to proposed order and stipulation regarding IP assets (.8); review various proposed revisions and add additional revisions and discuss with V. Driver, J. Wolfshohl, M. Dearman and C. Murray regarding same (.4); review various emails regarding sale and IP related issues with sales team (.3); review various emails from R. Saldana regarding 11/25 hearing setting (.1); various emails with sales team regarding bidder activity, NDA's, questions from interested parties and review information regarding same (.6) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.40h | $750.00 | - | $1,050.00 |

|  |  |  |  |  |  |  | **$0.00** | **$143,340.50** |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 0.00h | 206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | | |
| 11/03/2024 | $ | Travel Meals x3 for 9/29 and 9/30 Trip to Austin for Meeting at FSS Studio<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00 | $105.50 | - | $105.50 |
| 11/03/2024 | 🕐 | Fee/Employment Applications: Prepare 4th monthly fee statement and circulate for review and file (2.0)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.00h | $750.00 | - | $1,500.00 |
| 11/04/2024 | 🕐 | Other Contested Matters: Initial discussion with E. Jones regarding turnover of funds from Evergreen (0.2)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.20h | $495.00 | - | $99.00 |
| 11/04/2024 | 🕐 | Asset Disposition: Continue to work on revised proposed order regarding personal IP (.7)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $750.00 | - | $525.00 |
| 11/04/2024 | 🕐 | Asset Disposition: Review docket entries to determine what is set for 11/25/24 and discuss status of each with C. Murray (.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 11/04/2024 | 🕐 | Asset Analysis and Recovery: Conference with J. Chiba regarding turnover of funds from Evergreen (.2)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| | | | | | | **$0.00**<br>0.00h | **$143,340.50**<br>206.80h | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 11/05/2024 | ⏱ | Case Administration: Telephone call regarding auction/sale process and other upcoming chapter 7 issues (.9) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.90h | $750.00 | - | $675.00 |
| 11/05/2024 | ⏱ | Claims Administration and Objections: Review issues relating to potential agreement with CT and TX and emails with J. Wolfshohl and C. Murray regarding same (.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 11/05/2024 | ⏱ | Other Contested Matters: Review appellant designation and related exhibits (2.0); review notice of deficiency (.2); call to clerk's office to determine if date for designation changes based on deficiencies in appellant's designation and discus same with J. Martin (.5); conference with J. Wolfshohl regarding same (.1); conference with C. Murray regarding same (.1); Various emails with C. Murray, J. Wolfshohl and K. Starling regarding appellee designation (.5); review docket regarding designation (.2); draft, edit, and revise appellee designation (2.5); circulate for comments (.2); review and make revisions and prepare final draft for filing (.7) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 7.00h | $750.00 | - | $5,250.00 |
| 11/06/2024 | ⏱ | Claims Administration and | 00040-Christopher Murray, | Erin Jones | 2.00h | $750.00 | - | $1,500.00 |
| | | | | | | | **$0.00** | **$143,340.50** |
| | | | | | | | 0.00h | 206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Objections: Conference call with C. Murray and J. Martin regarding structure of resolution, issues with payment timing and cash availability (.3); conference with C. Murray regarding status of review various emails and (.8); multiple extended conferences with C. Murray regarding same (.9) 🔵 Unbilled | Chapter 7 Trustee In re Alexander E. Jones | | | | | |
| 11/06/2024 | 🕐 | Fee/Employment Applications: Prepare 5th monthly fee statement (1.1) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.10h | $750.00 | - | $825.00 |
| 11/07/2024 | 🕐 | Other Contested Matters: Continue drafting complaint for recovery of funds from Evergreen (2.5); draft and send detailed email to B. Schleizer requesting information relating to the Evergreen dispute (0.4) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 2.90h | $495.00 | - | $1,435.50 |
| 11/07/2024 | 🕐 | Fee/Employment Applications: Review email and invoice from N&N and respond (0.2) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.20h | $495.00 | - | $99.00 |
| 11/07/2024 | 🕐 | Other Contested Matters: Strategy meeting with members of trustee's legal team to discuss ongoing (0.8) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.80h | $495.00 | - | $396.00 |
| | | | | | | | **$0.00** 0.00h | **$143,340.50** 206.80h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 11/07/2024 | 🕐 | Asset Analysis and Recovery: Call with sales team regarding status of sale/auction efforts (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 11/07/2024 | 🕐 | Case Administration: Weekly meeting with legal team to discuss status of various outstanding / pending projects (.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.80h | $750.00 | - | $600.00 |
| 11/07/2024 | 🕐 | Claims Administration and Objections: Call with C. Murray regarding discussion with<br><br>and resolution (.6); various messages to set a meeting to discuss same           (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.80h | $750.00 | - | $600.00 |
| 11/07/2024 | 🕐 | Fee/Employment Applications: Continue to draft of 5th monthly fee statement (.7)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $750.00 | - | $525.00 |
| 11/07/2024 | 🕐 | Asset Analysis and Recovery: Conference with J. Chiba regarding turnover of funds from Evergreen (.3), review draft complaint (.7), and conference with J. Chiba regarding requesting additional information from B. Schleizer (.1) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.10h | $750.00 | - | $825.00 |
| | | | | | | | **$0.00**<br>0.00h | **$143,340.50**<br>206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | | |
| 11/08/2024 | 🕐 | Asset Analysis and Recovery: Organization and classification of documents  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee  In re Alexander E. Jones | Apollo Pham | 4.70h | $95.00 | - | $446.50 |
| 11/08/2024 | 🕐 | Asset Analysis and Recovery: Call with C. Murray regarding sale/ auction process (.3); additional conference call with J. Wolfshohl and C. Murray regarding same (.4); conference with V. Driver regarding same (.2)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee  In re Alexander E. Jones | Erin Jones | 0.90h | $750.00 | - | $675.00 |
| 11/08/2024 | 🕐 | Asset Analysis and Recovery: Call regarding sealed bids received with sales team (.5); extended conference with C. Murray and J. Wolfshohl regarding same (.2); review bids submitted (1.2); conference with C. Murray regarding bids and call with sales team regarding same (.4)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee  In re Alexander E. Jones | Erin Jones | 2.30h | $750.00 | - | $1,725.00 |
| 11/08/2024 | 🕐 | Claims Administration and Objections: Meeting with regarding (.6); conference with C. Murray and J. Wolfshohl regarding same (.4)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee  In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| | | | | | | **$0.00**  0.00h | | **$143,340.50**  206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/08/2024 | 🕐 | Claims Administration and Objections: Review email and term sheet between CT/TX and conference with C. Murray regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | – | $375.00 |
| 11/08/2024 | 🕐 | Fee/Employment Applications: Continue to draft and finalize 5th monthly fee statement (1.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.30h | $750.00 | – | $975.00 |
| 11/08/2024 | 🕐 | Other Contested Matters: Various emails regarding FSS appeal intervention by CT (.3); conference with C. Murray regarding same and J. Wolfshohl regarding same (.5); email team regarding same (.2); respond to J. Zhou email regarding same (.1); review proposed order in response to inquiry (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.60h | $750.00 | – | $1,200.00 |
| 11/09/2024 | 🕐 | Asset Analysis and Recovery: Continue to review and evaluate bids and extended work session with C. Murray regarding same (3.5); call with sales team regarding waiver (.7)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 4.20h | $750.00 | – | $3,150.00 |
| 11/09/2024 | 🕐 | Claims Administration and Objections: Continue to review<br>(1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | – | $750.00 |
| | | | | | | **$0.00**<br>0.00h | | **$143,340.50**<br>206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/09/2024 | 🕐 | Fee/Employment Applications: Begin to prepare first interim fee application (.6) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.60h | $750.00 | - | $450.00 |
| 11/10/2024 | 🕐 | Asset Analysis and Recovery: Various messages and conference with C. Murray regarding auction process and bids (.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 11/11/2024 | 🕐 | Asset Analysis and Recovery: Call with sales team regarding auction/ bidding process (1.0); conference with C. Murray regarding same (.3); telephone conference with M. Dearman regarding auction related issues (.3); review various emails with sales team regarding notice to bidders (.2); conference with C. Murray regarding auction procedures (.6); extended call with team about waiver and final round of bidding (.9); conference with C. Murray regarding same (.5); review emails and notices to bidders, including overbid form (.8) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 4.60h | $750.00 | - | $3,450.00 |
| 11/11/2024 | 🕐 | Case Administration: Call V. Driver regarding operational issues (.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 11/11/2024 | 🕐 | Claims Administration and Objections: Return call to K. Kimpler regarding CT/TX's | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $750.00 | - | $75.00 |
| | | | | | | | $0.00 <br> 0.00h | $143,340.50 <br> 206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | potential resolution regarding claims (.1)  🔵 Unbilled | | | | | | |
| 11/11/2024 | 🕐 | Claims Administration and Objections: Conference with . . . J. Wolfshohl regarding (.3); conference call with J. Wolfshohl regarding and (.2); conference with C. Murray regarding same (.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $750.00 | – | $525.00 |
| 11/11/2024 | 🕐 | Fee/Employment Applications: Various calls with M. Dearman regarding payment of chapter 11 professionals' fees (.2) and conference with C. Murray regarding same (.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | – | $300.00 |
| 11/11/2024 | 🕐 | Fee/Employment Applications: Telephone conference with C. Murray and M. Dearman regarding interim fee applications (.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | – | $150.00 |
| 11/11/2024 | 🕐 | Other Contested Matters: Review revised appellants' designation and review deadlines (.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | – | $150.00 |
| 11/12/2024 | 🕐 | Asset Analysis and Recovery: Various telephone conferences | 00040-Christopher Murray, Chapter 7 Trustee | Erin Jones | 1.50h | $750.00 | – | $1,125.00 |
| | | | | | | | **$0.00** 0.00h | **$143,340.50** 206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | with C. Murray regarding auction related issues (.3); conference with J. Wolfshohl regarding same (.2); call to J. Martin regarding issue on TX/CT term sheet as it relates to potential sale (.3); call with M. Dearman regarding auction/sale update (.7)<br>🔵 Unbilled | In re Alexander E. Jones | | | | | |
| 11/13/2024 | 🕐 | Asset Analysis and Recovery: Review submitted overbids (.5); extended work session with J. Wolfshohl, M. Dearman and C. Murray regarding evaluation of bids (1.0); conference with sales team regarding same (.8); review numerous emails regarding same (.4); review and respond to V. Driver that we cannot respond to nonbidders regarding bids until announcement is ready to be made (.1); conference with C. Murray to review model for comparison of bids (.5); telephone conference with M. Dearman and J. Wolfshohl regarding same (1.5); call with M. Dearman regarding call with J. Tannenbaum regarding bids (.2); telephone call with J. Tannenbaum, C. Murray and M. Dearman regarding next steps (.5); Call with M. Dearman and C. Murray regarding calling CT, GT (.2); call to GT regarding bid (.2); call to B. Schleizer regarding meeting for breakfast in Austin to | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 7.30h | $750.00 | - | $5,475.00 |

|  |  | **$0.00** | **$143,340.50** |
|---|---|---|---|
|  |  | 0.00h | 206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | discuss operational issues (.2); call to V. Driver to advise regarding anticipated timing of announcement (.2); conference with C. Murray regarding operations issues, including retention of employees, chargebacks for sales, and use of Infowars assets (1.1) ● Unbilled | | | | | | |
| 11/13/2024 | 🕐 | Asset Analysis and Recovery: Travel to Austin - working travel with C. Murray to discuss operational issues and providing information to employees regarding continued employment pending determination of sale issues and compensation including bonuses (3.0) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.00h | $750.00 | - | $2,250.00 |
| 11/13/2024 | 🕐 | Case Administration: Call with P. Newton regarding refusal of FSS employees to allow access to computers and company data (.4) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | - | $300.00 |
| 11/14/2024 | 🕐 | Other Contested Matters: Review various emails and pleadings filed in response to the proposed sale of FSS assets and conference with C. Murray and E. Jones regarding same (2.3); various email and phone discussions with E. Jones and M. Dearman related | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 5.10h | $495.00 | - | $2,524.50 |
| | | | | | | | **$0.00** 0.00h | **$143,340.50** 206.80h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | to the sale process and emergency status conference set by the court (0.3); identify and prepare exhibits for E. Jones and C. Murray for same (1.5); observe status conference and conference with team afterwards (1.0)<br>● Unbilled | | | | | | |
| 11/14/2024 | 🕐 | Case Administration: Prepare binders and exhibits for status conference<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Apollo Pham | 0.80h | $95.00 | - | $76.00 |
| 11/14/2024 | 🕐 | Asset Analysis and Recovery: Continue organization and classification of PQPR financial documents<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Apollo Pham | 2.40h | $95.00 | - | $228.00 |
| 11/14/2024 | 🕐 | Asset Analysis and Recovery: Prepare with C. Murray to discuss agenda items for discussion with B. Schleizer (.5); meeting with B. Schleizer (.5); call with V. Driver (.3); meeting at FSS with B. Schleizer, Blake, Joe, Pat Newton and various calls with B. Schleizer regarding same (2.0); various calls with J. Wolfshohl and M. Dearman regarding issues with FSS and auction related issues (.5); call with A. Jones, B. Schleizer, and C. Murray (.4); call with V. Driver regarding same (.2); return travel to Houston, including calls with J. | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 7.40h | $750.00 | - | $5,550.00 |
| | | | | | | | **$0.00**<br>0.00h | **$143,340.50**<br>206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Wolfshohl, M. Dearman and K. Kimpler regarding issues at FSS facility, review of emails from W. Cicack to court to try to get emergency status conference (3.0)  🔵 Unbilled | | | | | | |
| 11/14/2024 | 🕐 | Asset Analysis and Recovery: Prepare for and attend status conference on FUAC emergency request (1.5); post status conference meeting with C. Murray and J. Wolfshohl regarding same (.5); review content and false statements surrounding sale process (1.4); discuss same with C. Murray and J. Wolfshohl (.5)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.90h | $750.00 | - | $2,925.00 |
| 11/14/2024 | 🕐 | Claims Administration and Objections: Various messages with issues (.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| 11/14/2024 | 🕐 | Fee/Employment Applications: Finalize for filing 1st interim fee application (3.0)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.00h | $750.00 | - | $2,250.00 |
| 11/15/2024 | 🕐 | Other Contested Matters: Status conference and strategy meeting with E. Jones regarding issues relating (0.5)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $495.00 | - | $247.50 |
| | | | | | | | **$0.00** 0.00h | **$143,340.50** 206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/15/2024 | 🕐 | Asset Analysis and Recovery: Continue further organization and classification of documents<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Apollo Pham | 2.00h | $95.00 | - | $190.00 |
| 11/16/2024 | 🕐 | Asset Disposition: Continue to work through revisions to motion and APA (3.5); conference call with team regarding same (1.2); various conferences with C. Murray regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 5.30h | $750.00 | - | $3,975.00 |
| 11/17/2024 | 🕐 | Asset Analysis and Recovery: Various extended conferences and meetings with C. Murray and J. Wolfshohl regarding sale motion and asset purchase agreement and review several drafts regarding same and propose additional revisions (6.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 6.20h | $750.00 | - | $4,650.00 |
| 11/18/2024 | 🕐 | Other Contested Matters: Review and consider motion to disqualify bid filed by First United American Companies, LLC (1.0); review draft of trustee's response and provide commentary to the trustee (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.20h | $495.00 | - | $594.00 |
| 11/18/2024 | 🕐 | Asset Disposition: Review motion to disqualify bidder and conference with C. Murray and J. Wolfshohl regarding same (.8); work on | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 12.40h | $750.00 | - | $9,300.00 |
| | | | | | | **$0.00**<br>0.00h | | **$143,340.50**<br>206.80h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | preliminary response to same (.7); work with team to finalize sale motion, including review of various emails and drafts (2.5); many messages and meetings regarding deposition scheduling (.5); review Rule 11 issues and timing of R11 letter for false allegations made in pleadings (.4); conference with bidders regarding sale motion and motion to disqualify (.3); legal research regarding various sale issues (1.0); conference with J. Tannenbaum, K. Toney, C. Murray regarding media inquiries (.3); extended working sessions with C. Murray and J. Wolfshohl regarding sale motion, motion to disqualify, and requests for depositions (4.0); review complaint in adversary proceeding, including declaration of A. Jones (1.0); conference with C. Murray regarding same (.3); conference with J. Wolfshohl regarding same (.6)  ● Unbilled | | | | | | |
| 11/19/2024 | 🕐 | Other Contested Matters: Prepare documents related to adversary at DE 917 for revision by E. Jones (0.4)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $495.00 | - | $198.00 |
| 11/19/2024 | 🕐 | Other Contested Matters: Phone call with an interested party regarding the contested sale of FSS (0.2); draft and circulate | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $495.00 | - | $148.50 |
| | | | | | | **$0.00** 0.00h | | **$143,340.50** 206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | summary of discussion to entire legal team (0.1)<br>🔵 Unbilled | | | | | | |
| 11/19/2024 | 🕐 | Asset Disposition: Conference call with J. Tannenbaum, K. Toney, J. Wolfshohl regarding deposition prep and status update on new filings (.6); conference call with J. Wolfshohl regarding status of various filings and next steps (.4); multiple conferences with C. Murray regarding same and updates on filings (.3); telephone call with buyer and Trustee legal team regarding filings by FUAC and A. Jones,                     from various individuals, discovery (.5); conference with C. Murray regarding                     and                     received (.3); conference with V. Driver regarding pending issues and withdrawal as counsel (.3); call with PH team regarding various pending projects and responses to pending motions and TRO (2.5); call with W. Cicack regarding depositions (.3); conference with C. Murray regarding issues relating to motion to disqualify, TRO, complaint and declaration of A. Jones and discovery/deposition (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 6.20h | $750.00 | - | $4,650.00 |
| | | | | | | **$0.00**<br>0.00h | | **$143,340.50**<br>206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/19/2024 | 🕐 | Asset Analysis and Recovery: Review schedules and statements and other filings regarding                                    (4.2)  <br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 4.20h | $750.00 | | $3,150.00 |
| 11/20/2024 | 🕐 | Asset Disposition: Call with C. Murray and J. Wolfshohl regarding call with buyer's counsel and status of pending filings (.5); call with H. Long, J. Wolfshohl, K. Starling, and M. Dearman regarding background as new counsel for buyer (.5); call with team to continue preparing response to TRO (1.0); continue to work through witness/exhibit list for TRO (1.5); review schedules and statements regarding declaration of A. Jones (1.1); continue to work through responses to TRO and Motion to Disqualify (2.0)  <br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 6.60h | $750.00 | - | $4,950.00 |
| 11/20/2024 | 🕐 | Case Administration: Call with P. Newton regarding continued refusal of FSS employees to allow access to computers and company data (.2)  <br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| 11/20/2024 | 🕐 | Fee/Employment Applications: Call with K. Nicolaou regarding scope of FA role (.4)  <br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | - | $300.00 |
| 11/20/2024 | 🕐 | Asset Disposition: Telephone call | 00040-Christopher Murray, | Erin Jones | 6.40h | $750.00 | - | $4,800.00 |
| | | | | | | **$0.00**<br>0.00h | | **$143,340.50**<br>206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | with C. Murray regarding TRO (.5); telephone conference with J. Wolfshohl regarding TRO (.9); conference with legal team regarding preparation of response and other issues for anticipated hearing (1.0); Call with K. Starling regarding TRO witness/exhibit list (.5); conference call with buyer attorneys regarding upcoming hearings (.8); review and provide revisions to draft responses to pending motions (2.7)<br>🔵 Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | | | | | |
| 11/20/2024 | 🕐 | Fee/Employment Applications: Call with _____ regarding _____ and i_____ (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 11/21/2024 | 🕐 | Case Administration: Review notice of status conference and any related communications (0.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $495.00 | - | $198.00 |
| 11/21/2024 | 🕐 | Other Contested Matters: Review various materials related to property claimed as exempt (1.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.20h | $495.00 | - | $594.00 |
| 11/21/2024 | 🕐 | Case Administration: Call with P. Newton regarding need to pick up more drives and other IT issues, including one drive being wiped, no confirmation from FSS IT department whether A. Jones has | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.00h | $750.00 | - | $1,500.00 |
| | | | | | | **$0.00**<br>0.00h | | **$143,340.50**<br>206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | agreed to allow continued imaging (.1); conference with C. Murray and P. Newton regarding same (.2); extended conference with P. Newton regarding lack of cooperation with IT issues and access to FSS computers (1.3); conference with C. Murray regarding information provided by P. Newton (.4)  🔵 Unbilled | | | | | | |
| 11/21/2024 | 🕐 | Fee/Employment Applications: Conference with K. Nicolaou regarding employment/ engagement letter for FA role (.3)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 11/22/2024 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding exemptions and other turnover of non-exempt property (.3)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 11/22/2024 | 🕐 | Asset Disposition: Meeting with J. Wolfshohl and C. Murray to prepare for hearings on TRO, Motion to Disqualify, Emergency Motion to Sell status (6.5); call with co-defendants in adversary proceeding (.6); continue to review revisions to draft responses (2.1)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 9.20h | $750.00 | - | $6,900.00 |
| 11/23/2024 | 🕐 | Asset Disposition: Continue to | 00040-Christopher Murray, | Erin Jones | 5.60h | $750.00 | - | $4,200.00 |
| | | | | | | | **$0.00** 0.00h | **$143,340.50** 206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | prepare for hearings and status conference with C. Murray and J. Wolfshohl (4.6); further conference with C. Murray to review various issues in preparation for upcoming hearings (1.0)  ● Unbilled | Chapter 7 Trustee In re Alexander E. Jones | | | | | |
| 11/23/2024 | 🕐 | Asset Disposition: Draft, edit, revise response to temporary restraining order and discuss same with J. Wolfshohl and C. Murray (10.1)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 10.10h | $750.00 | - | $7,575.00 |
| 11/24/2024 | 🕐 | Asset Disposition: Continue to prepare for hearings and meetings with C. Murray (5.0); conference call with buyers regarding hearings (.4); review final drafts of responses (1.8); review 523 issues with C. Murray (.4)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 7.60h | $750.00 | - | $5,700.00 |
| 11/25/2024 | 🕐 | Asset Disposition: Prepare for hearings on TRO, including witness examinations, review X response, review GT response, review CT response (7.2); represent trustee at hearing (2.0); meeting after hearing with trustee legal team in preparation for next set of hearings (.8)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 10.00h | $750.00 | - | $7,500.00 |
| 11/26/2024 | 🕐 | Other Contested Matters: Review | 00040-Christopher Murray, | Jacqueline | 5.00h | $495.00 | - | $2,475.00 |
| | | | | | | **$0.00** 0.00h | | **$143,340.50** 206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | documents produced in discovery repository to identify documents related to claimed exempt and estate property (4.6); various emails with E. Jones to discuss potential objection to homestead exemption and strategy (0.4)<br>🔵 Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | Chiba | | | | |
| 11/26/2024 | 🕐 | Asset Analysis and Recovery: Continue to evaluate claimed exemptions, non-exempt assets, undisclosed assets, and turnover issues in individual case (6.7)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 6.70h | $750.00 | - | $5,025.00 |
| 11/26/2024 | 🕐 | Asset Disposition: Various conferences with team regarding depositions and setting hearing on sale motion and various conferences with C Murray regarding same (1.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.20h | $750.00 | - | $900.00 |
| 11/27/2024 | 🕐 | Case Administration: Confer with E. Jones regarding agreement with Debtor on deadline for objection to exemptions (0.2); draft stipulation and agreed order encapsulating same (0.5); review, finalize, and file same (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.90h | $495.00 | - | $445.50 |
| 11/27/2024 | 🕐 | Asset Analysis and Recovery: Continue to research issues relating to various exemptions and | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.30h | $750.00 | - | $3,225.00 |
| | | | | | | **$0.00**<br>0.00h | | **$143,340.50**<br>206.80h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | turnover of assets (3.3); various conferences with J. Chiba regarding issues relating to claimed exemptions and turnover of assets and research regarding same (.6); various emails with Shelby to obtain and memorialized extension of deadline on exemptions. and conference with Jackie regarding same and conference with Chris regarding same (.4) ● Unbilled | | | | | | |
| 11/28/2024 | 🕐 | Asset Disposition: Review discovery requests and various emails relating to same and setting time for hearing (.3) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 11/29/2024 | 🕐 | Asset Disposition: Telephone call with team regarding discovery requests and preparation of responses regarding same (1.0); telephone conference with J. Tannenbaum regarding same (.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.50h | $750.00 | - | $1,125.00 |
| | | | | | | | **$0.00** 0.00h | **$143,340.50** 206.80h |