United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 13, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) |
| Debtor. | § |

### ORDER GRANTING FIRST INTERIM FEE APPLICATION OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 14, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024
(Relates to Docket No. ____)

The Court has considered the First Interim Application of Porter Hedges LLP (the "*Applicant*"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 14, 2024 through and including October 31, 2024 (the "Application"). The Court orders:

1. The Applicant is allowed interim compensation in the amount of **$593,114.00** and reimbursement of actual and necessary expenses in the amount of **$14,034.90** for the period set forth in the Application.

15623963

2. The Trustee is authorized to disperse **$118,122.80** which represents the unpaid amounts allowed by paragraph 1 of this Order.

Signed: December 13, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

15623963