**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In Re: Alexander E. Jones and Official Committee Of Unsecured Creditors<br>Debtor | Case No.: 22−33553<br><br>Chapter: 7 |

### NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-33553-cml |
| Alexander E. Jones | Chapter 7 |
| Official Committee Of Unsecured Creditor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 9 |
| Date Rcvd: Dec 20, 2024 | Form ID: ntctran | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| aty | + | Anna Kordas, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-1000, UNITED STATES 10036-6730 |
| aty | + | Crowe & Dunlevy, 2525 McKinnon St, Suite 425, Dallas, TX 75201-1543 |
| aty | + | David Franklin Hill, IV, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | | Elliott, Thomason & Gibson, LLP, c/o Vickie L. Driver, Suite 202, Dallas, TX 75201, UNITED STATES |
| aty | + | Jonathan Day, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Jones Murray LLP, 602 Sawyer Suite 400, Houston, Tx 77007-7510 |
| aty | + | Leslie E. Liberman, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Martin, Disiere, Jefferson & Wisdom, LLP, 808 Travis, Suite 1100, Houston, TX 77002-5831 |
| aty | + | Paul Andrew Paterson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Reynal Law Firm, P.C., 917 Franklin St., Suite 600, Houston, TX 77002-1764 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Theodore James Salwen, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | + | Vida J Robinson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| fa | + | BlackBriar Advisors LLC, 3131 McKinney Ave., Suite 600, Dallas, TX 75204-2456 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Suite 203, Austin, TX 78701-2720 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Dec 20 2024 19:53:23 | Ally Bank, c/o Quilling, Selander, et al, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 20 2024 20:08:21 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 20:08:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 20 2024 19:54:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| cr | + | Email/Text: notifications@cstrial.com | Dec 20 2024 19:55:00 | Erica L. Ash, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701, UNITED STATES 78701-0137 |
| cr | + | Email/Text: notifications@cstrial.com | Dec 20 2024 19:55:00 | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |

| | | | | |
|---|---|---|---|---|
| crcm | + | Email/Text: mbrimmage@akingump.com | Dec 20 2024 19:55:00 | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | Dec 20 2024 19:55:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | + | Email/Text: notifications@cstrial.com | Dec 20 2024 19:55:00 | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | ^ | MEBN | Dec 20 2024 19:53:05 | Texas Comptroller of Public Accounts, Revenue Acco, Kimberly A. Walsh, PO Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Dec 20 2024 19:55:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| intp | | David Ross Jones |
| cr | | David Wheeler |
| intp | | Discover Fund Management, Inc. |
| cr | | Donna Soto |
| intp | | First United American Companies, LLC |
| intp | | Global Tetrahedron, LLC |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |
| cr | | Mark Barden |
| cr | | Nicole Hockley |
| cr | | Public Storage |
| op | | Rachel Kennerly LLC |
| cr | | Robert Parker |
| cr | | William Aldenberg |
| cr | | William Sherlach |
| intp | | X Corp. |
| cr | ##+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |

TOTAL: 21 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0541-4 | User: ADIuser | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: ntctran | Total Noticed: 30 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

**Name**  **Email Address**

Annie E Catmull
on behalf of Creditor Free Speech Systems  LLC aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com

Avi Moshenberg
on behalf of Creditor Marcel Fontaine avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg
on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg
on behalf of Creditor Veronique De La Rosa avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg
on behalf of Creditor Neil Heslin avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg
on behalf of Creditor Scarlett Lewis avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg
on behalf of Creditor Leonard Pozner avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg
on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg
on behalf of Plaintiff Neil Heslin avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg
on behalf of Plaintiff Scarlett Lewis avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg
on behalf of Plaintiff Leonard Pozner avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com

Ben C Broocks
on behalf of Defendant Alexander E. Jones bencbroocks@gmail.com  docket@broockslawfirm.com

Ben C Broocks
on behalf of Debtor Alexander E. Jones bencbroocks@gmail.com  docket@broockslawfirm.com

Ben C Broocks
on behalf of Plaintiff Alexander E. Jones bbroocks@broockslawfirm.com  docket@broockslawfirm.com

Bennett Greg Fisher
on behalf of Creditor Public Storage bennett.fisher@lewisbrisbois.com amber.kaiser@lewisbrisbois.com;audrey.bridges@lewisbrisbois.com;jann.pigg@lewisbrisbois.com;maria.brito@lewisbrisbois.com;daniel.david@lewisbrisbois.com;andrea.silverman@lewisbrisbois.com

Bradley J. Reeves
on behalf of Creditor Reeves Law  PLLC bradley.reeves@pillsburylaw.com

Caroline A. Reckler
on behalf of Interested Party X Corp. caroline.reckler@lw.com caroline-reckler-9810@ecf.pacerpro.com;christopher.tarrant@lw.com

Christina Walton Stephenson
on behalf of Attorney Crowe & Dunlevy crissie@etglaw.com  elisa@etglaw.com

Christina Walton Stephenson
on behalf of Defendant Alexander E. Jones crissie@etglaw.com  elisa@etglaw.com

Christopher R Murray

District/off: 0541-4                               User: ADIuser                              Page 4 of 9
Date Rcvd: Dec 20, 2024                      Form ID: ntctran                           Total Noticed: 30

| | |
|---|---|
| | chris@jonesmurray.com  crm@trustesolutions.net |
| Christopher R Murray | on behalf of Trustee Christopher R Murray chris@jonesmurray.com  crm@trustesolutions.net |
| Dale E Barney | on behalf of Interested Party Discover Fund Management  Inc. dbarney@gibbonslaw.com |
| Elizabeth Carol Freeman | on behalf of Trustee Melissa A Haselden liz@lizfreemanlaw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |
| Eric Henzy | on behalf of Plaintiff Richard M. Coan ehenzy@zeislaw.com |
| Erin Elizabeth Jones | on behalf of Trustee Christopher R Murray erin@jonesmurray.com  8597346420@filings.docketbird.com |
| Federico Andino Reynal | on behalf of Attorney Reynal Law Firm  P.C. areynal@frlaw.us |
| Gregg Jeffrey Costa | on behalf of Interested Party Global Tetrahedron  LLC gcosta@gibsondunn.com |
| Gregg Jeffrey Costa | on behalf of Defendant Global Tetrahedron  LLC gcosta@gibsondunn.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Jacqueline Chiba | on behalf of Trustee Christopher R Murray jackie@jonesmurray.com  8234279420@filings.docketbird.com |
| Jarrod B. Martin | on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Estate of Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 9 |
| Date Rcvd: Dec 20, 2024 | Form ID: ntctran | Total Noticed: 30 |

Jason Starks
    on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jayson B. Ruff
    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey Gresham Tinkham
    on behalf of Attorney Martin  Disiere, Jefferson & Wisdom, LLP tinkham@mdjwlaw.com, paulaj@mdjwlaw.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
    on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

John D Malone
    on behalf of Creditor Security Bank of Texas myra@johnmalonepc.com  myra@johnmalonepc.com

Johnie J Patterson
    on behalf of Creditor Elevated Solutions Group  LLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Joshua W. Wolfshohl
    on behalf of Trustee Christopher R Murray jwolfshohl@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
    on behalf of Defendant Christopher Murray  Chapter 7 Trustee jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Kimberly A Walsh
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Marty L Brimmage
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Nicole Hockley mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlos M Soto mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor Mark Barden mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
    on behalf of Creditor William Sherlach mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

| District/off: 0541-4 | User: ADIuser | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: ntctran | Total Noticed: 30 |

| | |
|---|---|
| | on behalf of Creditor William Aldenberg mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Francine Wheeler mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Neil Heslin mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor David Wheeler mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Leonard Pozner mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alexander E. Jones mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Donna Soto mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Robert Parker mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Marty L Brimmage | |
| | on behalf of Creditor Ian Hockley mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Melanie A. Miller | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors melanie.miller@akingump.com |
| Melissa A Haselden | |
| | on behalf of Trustee Melissa A Haselden mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;mhaselden@ecf.courtdrive.com;haselden.melissaa.r104367@notify.bestcase.com |
| Nicholas Lawson | |
| | on behalf of Creditor Marcel Fontaine nick.lawson@lmbusinesslaw.com   kate.taylor@lmbusinesslaw.com |
| Nicholas Lawson | |
| | on behalf of Creditor Scarlett Lewis nick.lawson@lmbusinesslaw.com   kate.taylor@lmbusinesslaw.com |
| Nicholas Lawson | |
| | on behalf of Creditor Leonard Pozner nick.lawson@lmbusinesslaw.com   kate.taylor@lmbusinesslaw.com |
| Nicholas Lawson | |
| | on behalf of Creditor Neil Heslin nick.lawson@lmbusinesslaw.com   kate.taylor@lmbusinesslaw.com |
| Nicholas Lawson | |
| | on behalf of Creditor Veronique De La Rosa nick.lawson@lmbusinesslaw.com   kate.taylor@lmbusinesslaw.com |
| Patrick Michael Lynch | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 9 |
| Date Rcvd: Dec 20, 2024 | Form ID: ntctran | Total Noticed: 30 |

                on behalf of Creditor Ally Bank plynch@qslwm.com  pkarr@qslwm.com

Raymond William Battaglia
                on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com

Ryan E Chapple
                on behalf of Defendant Donna Soto rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Creditor William Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Defendant Jacqueline Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Creditor Robert Parker rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Defendant CARLOS M. SOTO rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Defendant Robert Parker rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Creditor William Sherlach rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Creditor Jacqueline Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Defendant William Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Defendant Erica L. Ash rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Defendant Mark Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Defendant Carlee Soto Parisi rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Creditor Jennifer Hensel rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Defendant Ian Hockley rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Plaintiff William Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Defendant Jennifer Hensel rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Creditor Erica L. Ash rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Creditor Nicole Hockley rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Plaintiff Mark Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Defendant Nicole Hockley rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Creditor Ian Hockley rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
                on behalf of Plaintiff Donna Soto rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

District/off: 0541-4  User: ADIuser  Page 8 of 9
Date Rcvd: Dec 20, 2024  Form ID: ntctran  Total Noticed: 30

| Ryan E Chapple | on behalf of Creditor Richard M. Coan rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
|---|---|
| Ryan E Chapple | on behalf of Creditor Carlos M Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff William Sherlach rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Donna Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Defendant David Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Defendant William Sherlach rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor David Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Defendant Francine Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Robert Parker rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Ian Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Defendant Jillian Soto- Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Francine Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff David Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com |
| Scott R. Cheatham | on behalf of Creditor Bank of America N.A. scott.cheatham@arlaw.com |
| Shelby A Jordan | on behalf of Plaintiff Alexander E. Jones cmadden@jhwclaw.com |
| Shelby A Jordan | on behalf of Debtor Alexander E. Jones cmadden@jhwclaw.com |
| Shelby A Jordan | on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com |
| Stephen A Roberts | on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com |
| Stephen Wayne Lemmon | on behalf of Creditor PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vickie L Driver | on behalf of Other Prof. Rachel Kennerly LLC vickie@etglaw.com crissie@etglaw.com;elisa@etglaw.com |

District/off: 0541-4  User: ADIuser  Page 9 of 9
Date Rcvd: Dec 20, 2024  Form ID: ntctran  Total Noticed: 30

| | |
|---|---|
| Vickie L Driver | on behalf of Defendant Alexander E. Jones vickie@etglaw.com  crissie@etglaw.com;elisa@etglaw.com |
| Vickie L Driver | on behalf of Financial Advisor BlackBriar Advisors LLC vickie@etglaw.com  crissie@etglaw.com;elisa@etglaw.com |
| Vickie L Driver | on behalf of Creditor Free Speech Systems  LLC vickie@etglaw.com, crissie@etglaw.com;elisa@etglaw.com |
| Vickie L Driver | on behalf of Attorney Crowe & Dunlevy vickie@etglaw.com  crissie@etglaw.com;elisa@etglaw.com |
| Vickie L Driver | on behalf of Attorney Elliott  Thomason & Gibson, LLP vickie@etglaw.com, crissie@etglaw.com;elisa@etglaw.com |
| Walter J Cicack | on behalf of Interested Party First United American Companies  LLC wcicack@hcgllp.com, mallen@hcgllp.com |
| Yoshie Valadez | on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com  yvaladez@mccarthyholthus.com |

TOTAL: 149