**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553** |
| Debtor. | § | |
| | § | |
| | § | |

**NOTICE OF HEARING ON THE TRUSTEE'S EXPEDITED MOTION**
**TO EXTEND DEADLINE TO ASSUME OR REJECT UNDER SECTION 365(D)(1)**
**[This relates to Docket No. 1006]**

**PLEASE TAKE NOTICE** that a hearing on the *Trustee's Expedited Motion to Extend Deadline to Assume or Reject under Section 365(D)(1)* [Dkt. 1006] has been scheduled for **January 13, 2025 at 11:00AM (Central Standard Time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk, Houston, TX 77002.

This is a hybrid hearing. Parties may participate and attend this hearing remotely by telephone and video conference or in-person. Audio for remote participation is conducted by phone, **Dial-in Number: 832-917-1510**, **Conference ID: 590153**. Audio connection by phone is required for all video participants. Video participation is conducted through **GoToMeeting** at: https://www.gotomeet.me/JudgeLopez.

Additional instructions, rules, and/or procedures on participation may be found on the Court's homepage at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez.

Dated: January 9, 2025

Respectfully submitted,

*/s/Jacqueline Q. Chiba*
Erin E. Jones (Bar No. 24032478)
erin@jonesmurray.com
Jacqueline Q. Chiba (Bar No. 24116899)
jackie@jonesmurray.com
**JONES MURRAY LLP**
602 Sawyer Street, Suite 400
Houston, TX 77007
Telephone: (832) 529-1999
Facsimile: (832) 529-3393

*AND*

Joshua W. Wolfshohl (Bar No. 24038592)
jwolfshohl@porterhedges.com
Michael B. Dearman (Bar No. 24116270)
mdearman@porterhedges.com
Jordan T. Stevens (Bar No. 24106467)
jstevens@porterhedges.com
Kenesha L. Starling (Bar No. 24114906)
kstarling@porterhedges.com
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248

**Counsel for Christopher Murray, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025 a copy of the foregoing notice was served on all parties registered for and entitled to electronic notice in this case through CM/ECF and/or by U.S. First Class Mail, postage pre-paid, on parties listed in the Debtor's mailing matrix.

*/s/Jacqueline Q. Chiba*
Jacqueline Q. Chiba