THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-33553 |
| ALEXANDER E. JONES | § | (Chapter 7) |
| | § | |
| Debtor. | § | |

**FIRST MONTHLY FEE STATEMENT OF N&N FORENSICS, LLC AS IT PROFESSIONAL FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 4, 2024 THROUGH DECEMBER 30, 2024**

| | |
|---|---|
| **Name of Applicant:** | N&N Forensics, LLC as proposed IT Professional for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Application was filed on October 10, 2024 at Dkt. No. 871 and is pending. No objections were filed. |
| **Period for which Fees and Expenses are Incurred:** | September 4, 2024 through and including December 31, 2024 |
| **Interim Fees Incurred:** | $57,037.00 |
| **Interim Payment of Fees Requested (80%):** | $45,629.60 |
| **Interim Expenses Incurred:** | $8,562.59 |
| **Total Fees and Expenses Due:** | $54,192.19 |

This is the First Monthly Fee Statement.

PAGE **1** OF **3**

N&N Forensics, LLC ("N&N"), as IT Professional for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this First Monthly Fee Statement (the "Fee Statement") for the period from September 4, 2024 through December 31, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Dkt. No. 793] (the "Interim Compensation Order").

N&N requests compensation for professional services rendered in the amount of $57,037.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $8,562.59 (the "Expenses"), for the period from September 4, 2024 through December 31, 2024. Eighty percent (80%) of the fees equals $45,629.60 and one hundred percent (100%) of the Expenses equals $8,562.59 for a total requested amount of **$54,192.19**. An invoice reflecting the services provided and expenses incurred is attached hereto as **Exhibit 1**.

**WHEREFORE**, N&N respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $45,629.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $8,562.59, for the total requested interim compensation of **$54,192.19**.

Dated: January 10, 2025

                                               Respectfully submitted,

                                               **N&N FORENSICS, LLC**

                                               _____
                                               Patrick Newton
                                               Email: pnewton@nnforensics.com
                                               Telephone: 650-454-7091
                                               3631 County Rd 405
                                               Anderson, TX 77830

 

                                              **<u>CERTIFICATE OF SERVICE</u>**

       This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 10, 2025

                                                                       _/s/ Jacqueline Q. Chiba_
                                                                     Jacqueline Q. Chiba

Dated: January 10, 2025

Respectfully submitted,

N&N FORENSICS, LLC

*[signature]*

Patrick Newton
Email: pnewton@nnforensics.com
Telephone: 650-454-7091
3631 County Rd 405
Anderson, TX 77830

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 10, 2025

/s/ Jacqueline Q. Chiba
Jacqueline Q. Chiba



**EXHIBIT 1**

N&N Forensics
936-246-4001
945 McKinney Street, Suite 241, TX  77002

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Christopher Murray<br>JONES MURRAY LLP | 11/04/2024 | 202410-AJ1 | **$36,494.50** |
| | Due Date<br>12/03/2024 | Reference<br>Alex Jones Collections | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Website/Site management | $250.00 | 18 | $4,500.00 |
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Onsite first visit 9/27 | $250.00 | 6.5 | $1,625.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 9/30 | $250.00 | 7.1 | $1,775.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 10/3 Exploratory for collection. | $225.00 | 4.5 | $1,012.50 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 10/7 Exploratory for collection. Pat's hours | $250.00 | 6 | $1,500.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 10/7 Exploratory for collection. Duc partner help with collection | $250.00 | 6.5 | $1,625.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 10/7 Data calculation and tagging for data to be collected | $250.00 | 7 | $1,750.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/07 | $250.00 | 7.5 | $1,875.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/8 | $250.00 | 7 | $1,750.00 |

| Item | Rate | Qty | Amount |
|---|---|---|---|
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Return to Client 11/11 | $250.00 | 9 | $2,250.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/13 | $250.00 | 7 | $1,750.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/14 | $250.00 | 7.2 | $1,800.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/15 | $250.00 | 6.5 | $1,625.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/16 | $250.00 | 5.5 | $1,375.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/20 | $250.00 | 7.3 | $1,825.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/21 | $250.00 | 6.5 | $1,625.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/22 | $250.00 | 7.1 | $1,775.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/25 | $250.00 | 7.5 | $1,875.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/27 | $250.00 | 7.3 | $1,825.00 |
| Travel (Expenses)<br>Flight Hotel Business Partner Travel from PA support collections from AJ case | $1,357.00 | 1 | $1,357.00 |

|   |   |
|---|---|
| Subtotal | 36,494.50 |
| Tax | 0.00 |
| Total | 36,494.50 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$36,494.50** |

Terms

A 5% late fee to be applied to the invoice amount if unpaid by the due date.
Unpaid overdue invoice (plus late fee) to be submitted to collections.



**N&N Forensics**
936-246-4001
945 McKinney Street, Suite 241, TX  77002

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Christopher Murray<br>JONES MURRAY LLP | 01/09/2025 | 2025-2-AJ | $21,900.00 |
|  | Due Date<br>02/07/2025 | Reference<br>Alex Jones Collections |  |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Data Collection 11/28 | $250.00 | 8 | $2,000.00 |
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Onsite first visit 11/29 | $250.00 | 7.5 | $1,875.00 |
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Return to Client 12/5 | $250.00 | 7.5 | $1,875.00 |
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Return to Client 12/6 | $250.00 | 7.1 | $1,775.00 |
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Return to Client 12/9 | $250.00 | 7.3 | $1,825.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/10 HDD Data | $250.00 | 7.5 | $1,875.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/11 HDD Data | $250.00 | 3.5 | $875.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/12HDD Data | $250.00 | 6 | $1,500.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/13 HDD Data | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/16 HDD Data | $250.00 | 4.5 | $1,125.00 |
| Professional Services - Digital Forensics | $250.00 | 7.1 | $1,775.00 |

| | | | |
|---|---|---|---|
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/17 HDD Data | | | |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/18 HDD Data | $250.00 | 5 | $1,250.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/19 HDD Data | $250.00 | 7.3 | $1,825.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/20 HDD Data | $250.00 | 5.3 | $1,325.00 |

|  |  |
|---|---|
| Subtotal | 21,900.00 |
| Tax | 0.00 |
| Total | 21,900.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$21,900.00** |

Terms
A 5% late fee to be applied to the invoice amount if unpaid by the due date.
Unpaid overdue invoice (plus late fee) to be submitted to collections.

 **N&N Forensics**

N&N Forensics
936-246-4001
945 McKinney Street, Suite 241, TX  77002

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Christopher Murray<br>JONES MURRAY LLP | 01/09/2025 | 2025-3-AJ | $7,205.59 |
| | Due Date<br>02/07/2025 | Reference<br>Expenses | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Travel (Expenses)<br>Flight Travel for data collections AJ Data Matter Duc Nguyen | $988.81 | 1 | $988.81 |
| Travel Hotel<br>Hotel Stay Duc Nguyen | $217.06 | 1 | $217.06 |
| Travel Hotel<br>Hotel Stay Pat Newton 11/14 | $217.06 | 1 | $217.06 |
| Travel Hotel<br>Hotel Stay Pat Newton 10/7 | $217.06 | 1 | $217.06 |
| Mileage (Automobile)<br>9/27,9/30,10/3,10/7,11/07,11/8,11/11,11/13,11/14,11/15,11/16,11/20,11/21,11/22,11/25 and 11/27 16 Days 248 miles per day | $0.70 | 3968 | $2,777.60 |
| Mileage (Automobile)<br>11/28,11/29,12/5,12/6,and 12/9 | $0.70 | 1240 | $868.00 |
| HDD<br>Hard Drive | $80.00 | 24 | $1,920.00 |

| | | |
|---|---|---|
| | Subtotal | 7,205.59 |
| | Tax | 0.00 |
| | Total | 7,205.59 |
| | Amount Paid | 0.00 |

| | |
|---|---:|
| Amount Due (USD) | $7,205.59 |

Terms
A 5% late fee to be applied to the invoice amount if unpaid by the due date.
Unpaid overdue invoice (plus late fee) to be submitted to collections.