THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-33553 |
| ALEXANDER E. JONES § | (Chapter 7) |
| § | |
| Debtor. § | |

**SEVENTH MONTHLY FEE STATEMENT OF
JONES MURRAY LLP AS BANKRUPTCY COUNSEL
FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | December 1, 2024 through December 31, 2024 |
| **Interim Fees Incurred:** | $179,864.50 |
| **Interim Payment of Fees Requested (80%):** | $143,891.60 |
| **Interim Expenses Incurred:** | $2,701.28 |
| **Total Fees and Expenses Due:** | $146,592.88 |

This is the Seventh Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Seventh Monthly Fee Statement (the "Fee Statement") for the period from December 1, 2024 through December 31, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [pending, motion filed at Docket No. 757] (the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $179,864.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,701.28 (the "Expenses"), for the period from December 1, 2024 through December 31, 2024. Eighty percent (80%) of the fees equals $143,891.60 and one hundred percent (100%) of the Expenses equals $2,701.28 for a total requested amount of $146,592.88.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $143,891.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,701.28 for a total amount of $146,592.88.

Dated: January 10, 2025

Respectfully submitted,

**JONES MURRAY LLP**
*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba
Texas Bar No. 24116899
jackie@jonesmurray.com
Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999
**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 10, 2025.

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 165.6 | $124,123.50 |
| Asset Disposition | 6.8 | $646.00 |
| Case Administration | 9.7 | $6,816.00 |
| Claims Administration and Objections | 25.9 | $19,425.00 |
| Fee/Employment Applications | 11.2 | $6,946.50 |
| Other Contested Matters | 51.8 | $19,333.50 |
| Relief From Stay Proceedings | 5.2 | $2,574.00 |
| **TOTAL** | **276.2** | **$179,864.50** |

## **EXHIBIT 2**

### SUMMARY OF OUT OF POCKET EXPENSES

| Expense Description | Cost |
|---|---|
| Travel Meals | $376.73 |
| Transport Cost (airfare, uber, parking, etc.) | $1,502.64 |
| Hotel/Accommodations | $137.02 |
| Printing, Postage, Mailing related to Service | $684.89 |
| **TOTAL EXPENSES** | **$2,701.28** |

# **EXHIBIT 3**

### SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Erin E. Jones, *Partner* | $750.00 | 204.6 |
| Jacqueline Q. Chiba, *Associate* | $495.00 | 46.8 |
| Nancy Santana, *Senior Paralegal* | $200.00 | 8.5 |
| Apollo Pham, *Paralegal* | $95.00 | 6.8 |
| Joshua Sosa, *Paralegal* | $95.00 | 9.5 |
| **TOTAL** | | **276.2** |

# EXHIBIT 4



# INVOICE

Invoice # 27
Date: 01/10/2025
Due On: 02/09/2025

602 Sawyer Street, Suite 400
Houston, TX 77007

Christopher Murray, Chapter 7 Trustee
602 Sawyer Street, Suite 400
Houston, TX 77007

## 00040-Christopher Murray, Chapter 7 Trustee

## In re Alexander E. Jones

**Services**

| Type | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Service | 12/01/2024 | Asset Analysis and Recovery: Conference call with Trustee's legal team to discuss discovery requests and production (1.0); work session with Trustee legal team to prepare for JT deposition (2.5); review and discuss issues of privilege with Trustee legal team (.3); conference regarding same with C. Murray (.3); review and respond to various emails regarding deposition scheduling and hearing dates and conference with CRM regarding same (.5) | 4.60 | $750.00 | $3,450.00 |
| Service | 12/02/2024 | Asset Analysis and Recovery: Conference with CRM regarding discovery, privilege issues, depositions, hearing on sale and status of preparation for each of the foregoing (.4); conference with JW regarding status of discovery/production and review documents in connection with same (1.0); conference with CRM regarding same (.5); review and respond to various messages regarding scheduling and other issues relating to depositions (.2) | 1.60 | $750.00 | $1,200.00 |
| Service | 12/02/2024 | Asset Analysis and Recovery: Conference with CRM regarding FSS operations and maintaining status quo pending sale (.3); conference with CRM regarding discussions with BS re: FSS operations | 1.30 | $750.00 | $975.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | and advertising contracts (.5); continue to discuss IT issues and lack of cooperation by FSS employees and agents (.5) | | | |
| Service | 12/02/2024 | Asset Analysis and Recovery: Call with JW and counsel for GT regarding status of various matters and sale hearing (.5); conference call with CRM regarding waiver issues and potential objection by X Corp (.4); review and respond to various emails regarding items for witness and exhibit list for sale hearing (.5) and begin to prepare same (.8) | 2.20 | $750.00 | $1,650.00 |
| Service | 12/02/2024 | Fee/Employment Applications: Conference with CRM regarding Harney Partners/K. Nicolaou employment (.2) | 0.20 | $750.00 | $150.00 |
| Service | 12/02/2024 | Claims Administration and Objections: Review various emails re: PQPR settlement proposal with SL, JW, and MD (.3); review draft 9019 circulated by MD (.3) | 0.60 | $750.00 | $450.00 |
| Service | 12/03/2024 | Asset Analysis and Recovery: Various emails with E. Jones and K. Starling regarding analysis on the trusts and potential homestead exemption (0.3) | 0.30 | $495.00 | $148.50 |
| Service | 12/03/2024 | Fee/Employment Applications: Call with E. Jones to prepare an application to employ HMP as financial advisor (0.5) | 0.50 | $495.00 | $247.50 |
| Service | 12/03/2024 | Fee/Employment Applications: Review proposed engagement letter and communications from K. Nicolaou and Harney Partners to prepare an application to employ them as financial advisors (1.2); draft said application to employ, supporting declaration, and proposed order and provide to E. Jones for review and commentary (2.1) | 3.30 | $495.00 | $1,633.50 |
| Service | 12/03/2024 | Fee/Employment Applications: Send email to K. Nicolaou providing draft of the application to employ and providing comments (0.1) | 0.10 | $495.00 | $49.50 |
| Service | 12/03/2024 | Asset Analysis and Recovery: Call with JT and Trustee legal team regarding JT deposition preparation, including review of production (2.3); conference with CRM regarding same (.5); call with JW regarding X Corp objection issues (.2); call with W. Cicack regarding sale hearing and JT deposition (.4); conference with JW regarding discussion with W. Cicack (.2); conference with CRM regarding same (.5); email to J. Goldstein regarding sale hearing (.1); call with J. Goldstein regarding sale hearing issues (.5); review and respond to various emails of parties regarding deposition logistics and joinders (.2); review and respond to additional emails regarding CRM deposition preparation and logistics with other participants (.3); review and respond to JW email regarding X account issues and review | 6.00 | $750.00 | $4,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | email sent from X's counsel (.2); review email from X attorney regarding evidentiary issues and agreements regarding same and provide substantive response to same (.5); review email from K. Starling regarding issues with deposition logistics and various parties' indication of interest in participation and regarding status of document production (.1) | | | |
| Service | 12/03/2024 | Asset Analysis and Recovery: Review and respond to email from JC regarding homestead issues (.2) | 0.20 | $750.00 | $150.00 |
| Service | 12/03/2024 | Fee/Employment Applications: Review and respond to email from JC regarding Harney Partner employment (.2); conference call with JC regarding same (.2) | 0.40 | $750.00 | $300.00 |
| Service | 12/04/2024 | Other Contested Matters: Review and respond to email from C. Murray regarding PQPR adversary (0.1); review PQPR adversary docket and filings for the summary judgment related pleadings (0.6) | 0.70 | $495.00 | $346.50 |
| Service | 12/04/2024 | Asset Analysis and Recovery: Call to X attorney regarding authentication and admission issues with respect to user agreements (.3); conference with CRM and JW regarding same (.3); conference with CRM and JW regarding potential agreement with X Corp (.5); additional email discussion with JW regarding same (.3); continue to discuss and prepare for anticipated replies to objections to sale (1.5); continue to prepare witness and exhibit list materials for sale hearing (1.0); continue to work through legal issues on motion to strike (.7); review issues relating to GT's APA and X Corp's limited objection (.5) | 5.10 | $750.00 | $3,825.00 |
| Service | 12/04/2024 | Asset Analysis and Recovery: Extended work session to prepare for CRM deposition with CRM, JW, KS, and MD (5.0) | 5.00 | $750.00 | $3,750.00 |
| Service | 12/04/2024 | Asset Analysis and Recovery: Continue to evaluate options regarding refusal of FSS employees and agents to cooperate with turnover of various IT related materials and passwords and conference with CRM regarding same (.4) | 0.40 | $750.00 | $300.00 |
| Service | 12/04/2024 | Claims Administration and Objections: Review and respond to various emails and provide comments relating to potential agreement with PQPR to resolve claim and lien (.2) | 0.20 | $750.00 | $150.00 |
| Service | 12/05/2024 | Fee/Employment Applications: Review and revise the updated draft of the Harney Partners declaration provided by K. Nicolaou (0.7); send email with final draft to Harney Partners along with comments for final approval (0.1); review email from G. Milligan regarding the engagement letter (0.1); review and respond to email from K. Nicolaou regarding draft | 1.10 | $495.00 | $544.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | declaration (0.2) | | | |
| Service | 12/05/2024 | Asset Analysis and Recovery: Various messages with KS regarding CRM deposition attendees (.2); participate in CRM deposition (7.1); review revised user agreement circulated by X Corp. and various emails with MD regarding same (.5); review and respond to various emails regarding witness and exhibit list for hearing and review materials relating to same (1.1); review various emails regarding potential agreement between X Corp and GT to resolve X Corp's limited objection and conference with CRM and JW regarding same (.2); meeting with JW in preparation for JT deposition and anticipated issues for briefing for sale hearing (.9); conference call with CRM regarding key points from deposition (1.1) | 11.10 | $750.00 | $8,325.00 |
| Service | 12/05/2024 | Asset Analysis and Recovery: Conference call with CRM regarding IT access/passwords (.3) | 0.30 | $750.00 | $225.00 |
| Service | 12/05/2024 | Asset Analysis and Recovery: Review production and materials in preparation for JT deposition (2.0) | 2.00 | $750.00 | $1,500.00 |
| Service | 12/05/2024 | Asset Analysis and Recovery: Travel to Denver for JT deposition (4.8) | 4.80 | $750.00 | $3,600.00 |
| Service | 12/05/2024 | Asset Analysis and Recovery: Meeting with JW in preparation for JT deposition and anticipated issues for briefing for sale hearing (.9) | 0.90 | $750.00 | $675.00 |
| Service | 12/05/2024 | Fee/Employment Applications: Conference call with K. Nicolaou regarding employment application and related disclosures (.5); conference with JC regarding same (.3) | 0.80 | $750.00 | $600.00 |
| Service | 12/06/2024 | Fee/Employment Applications: Various emails discussions with K. Nicolaou on revisions of declaration for application to employ Harney Partners (0.3); revise draft declaration to reflect discussion and provide to K. Nicolaou (0.3) | 0.60 | $495.00 | $297.00 |
| Service | 12/06/2024 | Other Contested Matters: Discussion with E. Jones regarding hearing on sale motion FSS assets (0.2); coordinate with A. Pham to prepare exhibits for said hearing (0.3) | 0.50 | $495.00 | $247.50 |
| Service | 12/06/2024 | Relief From Stay Proceedings: Conduct legal research regarding the automatic stay and divorce proceedings (2.0); review status of divorce proceeding and docket filings (0.2); draft and revise motion to modify automatic stay and proposed order (2.2); additional research into requirements for lifting the stay (0.7); send email providing draft and comments to E. Jones for review (0.1) | 5.20 | $495.00 | $2,574.00 |
| Service | 12/06/2024 | Fee/Employment Applications: Finalize and file | 0.10 | $495.00 | $49.50 |

| | | | | | |
|---|---|---|---:|---:|---:|
| | | application to employ Harney Partners (0.1) | | | |
| Service | 12/06/2024 | Asset Disposition: Collect and print all filings and exhibits related to sales motion (2.8); organize digital copies of filings and exhibits (.3); create exhibit binders in preparation for trial (3.7) | 6.80 | $95.00 | $646.00 |
| Service | 12/06/2024 | Asset Analysis and Recovery: Meeting with JW to prepare for JT deposition (1.2); meeting with JT in preparation for deposition (1.0); represent Trustee at JT deposition (8.0); conference with CRM regarding JT deposition and issues for sale hearing (1.0) | 10.20 | $750.00 | $7,650.00 |
| Service | 12/06/2024 | Asset Analysis and Recovery: Return travel from Denver to Houston (working travel) and extended work session with JW in preparation for sale hearing (5.0) | 5.00 | $750.00 | $3,750.00 |
| Service | 12/06/2024 | Asset Analysis and Recovery: Review AEJ schedules and docket items for lack of disclosure regarding claimed intellectual property rights (1.3) | 1.30 | $750.00 | $975.00 |
| Service | 12/06/2024 | Asset Analysis and Recovery: Review objections to sale motion (.9) | 0.90 | $750.00 | $675.00 |
| Service | 12/07/2024 | Asset Analysis and Recovery: Extended work session with JW and CRM to prepare for examination of Trustee and JT for sale hearing (4.5); prepare cross examination outlines and exhibits for witnesses identified by opposing parties (5.0); review various drafts of agreement with X Corp to resolve limited objection and various conferences with JW and CRM regarding same (1.0); continue to draft, edit, revise motion to strike (2.2); continue to prepare materials and provide revisions for power point to be used for opening and during hearing (2.0); legal research regarding standing issues and review cases cited in briefs (1.0); review all parties witnesses and exhibit lists and prepare evidentiary objections (2.0); draft notice regarding remaining assets auction previously scheduled for December 10 (.5) | 18.30 | $750.00 | $13,725.00 |
| Service | 12/08/2024 | Asset Analysis and Recovery: Continue to prepare for sale hearing with review of parties pleadings and authorities cited (4.0); continue to work through revisions to motion to strike (2.0) and reply briefs (2.5); review revised exhibits and lists of various parties and update evidentiary objections (1.6); continue to prepare cross examination outlines for AEJ, CC, WC, BS, X Corp Rep (3.0); conference call with CT and GT regarding various issues in preparation for sale hearing (.6); various conferences regarding agreement with X Corp to resolve limited objection and provide revisions relating to same (1.5); review letter from AEJ counsel regarding a continuance of sale hearing and | 20.10 | $750.00 | $15,075.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | conference with trustee legal team regarding same (.3); continue to draft, edit, and revise proposed sale order (2.0); prepare additional rebuttal exhibits for cross examination of opposing party witnesses (1.9); review FUAC letter with amended proposal (.2) and discuss same with Trustee legal team (.5) | | | |
| Service | 12/09/2024 | Other Contested Matters: Review recently filed objections/responses, and witness and exhibit lists to prepare for hearing on motion to sell FSS assets (3.1); attend hearing on motion to sell FSS assets (5.8); various strategy discussions with E. Jones during break periods and after hearing (0.3) | 9.20 | $495.00 | $4,554.00 |
| Service | 12/09/2024 | Other Contested Matters: Review draft notice of postponement and provide comments to E. Jones (0.2) | 0.20 | $495.00 | $99.00 |
| Service | 12/09/2024 | Other Contested Matters: Attend hearing on motion to sell FSS assets to assist counsel (4.0) | 4.00 | $95.00 | $380.00 |
| Service | 12/09/2024 | Asset Analysis and Recovery: Extended work session with Trustee legal team to continue to prepare for sale hearing (5.0); Represent Trustee at sale hearing - day 1 (7.0); Meeting with Trustee legal team after hearing to review issues and prepare for next day (1.4); draft revisions/changes to cross examination outlines for opposing party witnesses (2.0) | 15.40 | $750.00 | $11,550.00 |
| Service | 12/10/2024 | Other Contested Matters: Attended and assist attorneys at hearing on the motion to sell FSS assets (8.5) | 8.50 | $200.00 | $1,700.00 |
| Service | 12/10/2024 | Other Contested Matters: Attended and assist attorneys at the hearing on the motion to sell FSS assets assist counsel (5.5) | 5.50 | $95.00 | $522.50 |
| Service | 12/10/2024 | Other Contested Matters: Various emails exchanged between trustee's legal team discussing strategy and prepping for the second day of the hearing on the motion to sell FSS assets (0.8); continue review of relevant documents, exhibits, and pleadings filed as part of preparation for said hearing (1.2); attend the second day of said hearing (9.0); post hearing debrief and discussion with E. Jones and C. Murray (0.4) | 11.40 | $495.00 | $5,643.00 |
| Service | 12/10/2024 | Asset Analysis and Recovery: Prepare with team for day 2 of sale hearing (5.5); represent Trustee at continued sale hearing (9.5); meeting with team after hearing to discuss next steps (.3); conference call with JW regarding issues raised at sale hearing (.5); conference with W. Cicack after hearing (.2); conference with CT counsel after hearing (.2); conference with PQPR counsel after hearing (.2) | 16.40 | $750.00 | $12,300.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/11/2024 | Other Contested Matters: Consider and assess the Court's ruling at the contested sale hearing of FSS assets, issues presented, and possible avenues for a new sales process (1.7); provide detailed summary of assessment and recommendation to E. Jones and C. Murray (0.5) | 2.20 | $495.00 | $1,089.00 |
| Service | 12/11/2024 | Asset Analysis and Recovery: Conference with CRM regarding sale related issues and issues to be resolved in connection with same (1.1) | 1.10 | $750.00 | $825.00 |
| Service | 12/11/2024 | Fee/Employment Applications: Prepare JM Sixth Interim Fee Statement (4.0) | 4.00 | $750.00 | $3,000.00 |
| Service | 12/11/2024 | Claims Administration and Objections: Review CT/TX term sheet and various emails relating to same (.8); conference with CRM regarding same (.4) | 0.40 | $750.00 | $300.00 |
| Service | 12/11/2024 | Claims Administration and Objections: Conference call with S. Lemmon regarding continuing negotiations with PQPR et. al. for resolution of claim and lien (.3); conference with CRM and JW regarding same (.2) | 0.50 | $750.00 | $375.00 |
| Service | 12/12/2024 | Case Administration: Conference call with members of trustee's legal team to discuss case status, strategy for resolving pending litigation, and process for selling assets (0.7) | 0.70 | $495.00 | $346.50 |
| Service | 12/12/2024 | Other Contested Matters: Minor revisions to draft complaint against cc processor and provide to E. Jones (0.2) | 0.20 | $495.00 | $99.00 |
| Service | 12/12/2024 | Case Administration: Weekly trustee legal team meeting to discuss ongoing and pending projects (.7) | 0.70 | $750.00 | $525.00 |
| Service | 12/12/2024 | Asset Analysis and Recovery: Conference with CRM regarding various options for administration of assets (.5) | 0.50 | $750.00 | $375.00 |
| Service | 12/12/2024 | Asset Analysis and Recovery: Telephone conference with J. Shulse regarding Evergreen reserves (.8) and continue to prepare analysis of same and review of previous correspondence and contracts (2.5) | 3.30 | $750.00 | $2,475.00 |
| Service | 12/12/2024 | Asset Analysis and Recovery: Review ESG proposal for resolution of disputes (1.5); forward same to CRM for review and discuss same (.5) | 2.00 | $750.00 | $1,500.00 |
| Service | 12/13/2024 | Other Contested Matters: Discussion with E. Jones regarding TRO request in relation claims against CC processor (0.2); review relevant documents and research/confirm procedures relating to same (0.4); provide assessment to E. Jones (0.1) | 0.70 | $495.00 | $346.50 |
| Service | 12/13/2024 | Asset Analysis and Recovery: Review additional | 3.10 | $750.00 | $2,325.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | reports and analysis provided by FSS and by ESG (1.5); conference call with JJP regarding same (.5); continue review of issues for proposed settlement of disputes (.6); conference with CRM regarding same (.5) | | | |
| Service | 12/13/2024 | Claims Administration and Objections: Various conferences with CRM and JW regarding status of discussions with TX and CT families (.4) | 0.40 | $750.00 | $300.00 |
| Service | 12/13/2024 | Claims Administration and Objections: Review status of PQPR agreement and various emails relating to same (.3) | 0.30 | $750.00 | $225.00 |
| Service | 12/16/2024 | Case Administration: Conference call with JW and CRM regarding status of sale issues and meeting with auctioneer (.5); call with JT, KT, CRM, JW regarding next steps on sale issues (.5); review Tranzon contract regarding expenses (.2) | 1.20 | $750.00 | $900.00 |
| Service | 12/16/2024 | Asset Analysis and Recovery: Continue to evaluate dispute with Evergreen regarding account reserve and unauthorized fees (3.7) | 3.70 | $750.00 | $2,775.00 |
| Service | 12/16/2024 | Asset Analysis and Recovery: Continue to evaluate future sales issues in relation to resolution with ESG and conference with CRM regarding same (.5) | 0.50 | $750.00 | $375.00 |
| Service | 12/17/2024 | Case Administration: Email to JW regarding status of PQPR agreement (.1); conference with CRM regarding same (.3); conference with CRM regarding various strategic issues relating to disposition/administration of FSS assets (.6) | 1.00 | $750.00 | $750.00 |
| Service | 12/17/2024 | Asset Analysis and Recovery: Review JT email regarding signed NDA's (.1) | 0.10 | $750.00 | $75.00 |
| Service | 12/17/2024 | Fee/Employment Applications: Email to MD regarding fee applications and notices for various professionals (.1) | 0.10 | $750.00 | $75.00 |
| Service | 12/18/2024 | Asset Analysis and Recovery: Continue to review issues relating to claimed exemptions of personal assets and non-exempt assets for turnover (1.5) | 1.50 | $750.00 | $1,125.00 |
| Service | 12/18/2024 | Asset Analysis and Recovery: Review docket in appealed case and CT motion to intervene (.5); email trustee legal team regarding same and related deadlines (.4) | 0.90 | $750.00 | $675.00 |
| Service | 12/18/2024 | Asset Analysis and Recovery: Continue to draft, edit, revise complaint, TRO, and demand letter to Evergreen regarding reserve account, including review of documents in support of same (4.0); circulate for review and comment internally to trustee legal team and draft various revisions (.3) | 4.30 | $750.00 | $3,225.00 |
| Service | 12/18/2024 | Claims Administration and Objections: Telephone | 0.50 | $750.00 | $375.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | conference with L. Butler regarding FSS extension and holdover (.3); email regarding same (.1); telephone conference with CRM and JW regarding same (.1) | | | |
| Service | 12/18/2024 | Claims Administration and Objections: Call with S. Lemmon regarding PQPR agreement (.5); conference with CRM to update regarding call with S. Lemmon regarding need for mediator (.4); email with JW and CRM regarding PQPR mediation and setting status conference (.2); email JW regarding setting status conference (.2); email with S. Lemmon and S. Roberts regarding setting up a mediation (.2) | 1.50 | $750.00 | $1,125.00 |
| Service | 12/19/2024 | Other Contested Matters: Review agreements with Evergreen and other relevant documents, pleadings, and communications to prepare to draft an emergency application for temporary restraining order (TRO) and request for injunction (1.5); draft the emergency application for TRO and request for injunction, the proposed form of TRO, and the supporting declaration (6.1); provide draft along with comments to E. Jones for review (0.1) | 7.70 | $495.00 | $3,811.50 |
| Service | 12/19/2024 | Case Administration: Strategy meeting with members of trustee's legal team to discuss status of resolutions and sale process (0.6) | 0.60 | $495.00 | $297.00 |
| Service | 12/19/2024 | Case Administration: Weekly trustee legal team meeting regarding pending projects (.7) | 0.70 | $750.00 | $525.00 |
| Service | 12/19/2024 | Asset Analysis and Recovery: Various conferences with JC regarding Evergreen complaint, TRO and injunction (1.0) | 1.00 | $750.00 | $750.00 |
| Service | 12/19/2024 | Claims Administration and Objections: Conference with S. Lemmon and JW regarding PQPR mediation and conference with CRM regarding same (.5) | 0.50 | $750.00 | $375.00 |
| Service | 12/20/2024 | Case Administration: Participate in call with KS and WS regarding employment review and compensation of FSS employees (.5) | 0.50 | $750.00 | $375.00 |
| Service | 12/20/2024 | Asset Analysis and Recovery: Finalize revisions and serve demand letter to Evergreen (.6); review new FUAC offer to purchase assets and various conferences with CRM regarding same (.7) | 1.30 | $750.00 | $975.00 |
| Service | 12/20/2024 | Claims Administration and Objections: Draft, edit, revise and circulate stipulation and agreed order to mediate PQPR issues with C. Mott (1.1); review responses from C. Mott, S. Lemmon, S. Roberts, and trustee legal team and make final revisions and file same (.5); forward same to R. Saldana for the Court's attention to ensure mediate date can be reserved with C. Mott (.2) | 1.70 | $750.00 | $1,275.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/22/2024 | Claims Administration and Objections: Conference call with JW and CRM regarding new FUAC offer (.5); various conferences with JW and CRM regarding FUAC offer and PQPR issues relative to same (.5); various conferences with JW regarding same (.3); review email from S. Jordan regarding PQPR mediation and various conferences with CRM and JW regarding same (.5); further conference with CRM regarding same (.2); conference with S. Lemmon regarding same (.2) | 2.20 | $750.00 | $1,650.00 |
| Service | 12/23/2024 | Case Administration: Conference call with CRM, HM, and BS regarding tax issues relating to FSS (.5); conference with CRM regarding same (.4); conference with JW and CRM regarding same (.2) | 1.10 | $750.00 | $825.00 |
| Service | 12/23/2024 | Asset Analysis and Recovery: Review various emails regarding new FUAC offer and conference with CRM and JW regarding same (.3); conference with CRM and JW regarding discussion of FUAC offer with various creditors (.2) | 0.50 | $750.00 | $375.00 |
| Service | 12/23/2024 | Asset Analysis and Recovery: Review emails relating to CT/TX agreement, request to extend appellate deadline (.1); call with A. Moshenberg regarding same (.3); conference with CRM regarding same (.2) | 0.60 | $750.00 | $450.00 |
| Service | 12/23/2024 | Claims Administration and Objections: Pre-mediation conference call with MD, SL, SR, RM and C. Mott (.5); conference with CRM and JW regarding same (.3); conference with MD regarding preparation of mediation materials (1.0) and begin to organize information for same (2.5) | 4.30 | $750.00 | $3,225.00 |
| Service | 12/24/2024 | Asset Analysis and Recovery: Review CRM email regarding sale inquiries (.2); review various emails with CRM and JW regarding FUAC new offer and respond to same (.5); conference with CRM and JW regarding same and TX/CT agreement (.5) | 1.20 | $750.00 | $900.00 |
| Service | 12/26/2024 | Case Administration: Conference with CRM regarding tax issues raised by H. May and email H. May regarding same (.2) | 0.20 | $750.00 | $150.00 |
| Service | 12/26/2024 | Claims Administration and Objections: Continue to draft, edit, revise memorandum for mediator for PQPR resolution (2.7) | 2.70 | $750.00 | $2,025.00 |
| Service | 12/27/2024 | Case Administration: Strategy meeting with trustee's legal team on status of potential sale and other pending litigation or disputes (0.5) | 0.50 | $495.00 | $247.50 |
| Service | 12/27/2024 | Case Administration: Call with CRM regarding tax issues and other issues relating to operations (.4) | 0.40 | $750.00 | $300.00 |
| Service | 12/27/2024 | Case Administration: Weekly trustee legal team | 0.60 | $750.00 | $450.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | meeting regarding pending projects (.6) |  |  |  |
| Service | 12/27/2024 | Asset Analysis and Recovery: Conference with CRM regarding sale related issues, PQPR settlement, and CT/TX agreement (.8) | 0.80 | $750.00 | $600.00 |
| Service | 12/27/2024 | Asset Analysis and Recovery: Review and provide extensive revisions to proposed order regarding resolution of disputes between TX and CT (3.0); conference with CRM and JW regarding same (.6) | 3.60 | $750.00 | $2,700.00 |
| Service | 12/27/2024 | Asset Analysis and Recovery: Review correspondence from WC and various draft responses to same (.5); various conferences with CRM and JW regarding same (.4) | 0.90 | $750.00 | $675.00 |
| Service | 12/27/2024 | Claims Administration and Objections: Draft various lengthy emails to mediator C. Mott regarding issues to address at PQPR mediation and background on previous negotiations and case status generally (1.5); conference with CRM and JW regarding same (.5) | 2.00 | $750.00 | $1,500.00 |
| Service | 12/27/2024 | Claims Administration and Objections: Continue to draft, edit, revise trustee's mediation statement for PQPR mediation and to joint statement regarding agreed facts/legal issues for submission to mediator C. Mott (2.3) | 2.30 | $750.00 | $1,725.00 |
| Service | 12/30/2024 | Other Contested Matters: Strategy meeting with trustee's legal team to discuss mediation relating to PQPR and other time sensitive legal issues in case (1.0) | 1.00 | $495.00 | $495.00 |
| Service | 12/30/2024 | Case Administration: Telephone conference with CRM regarding status of various open issues including PQPR, TX/CT agreement and sale related issues (.5) | 0.50 | $750.00 | $375.00 |
| Service | 12/30/2024 | Asset Analysis and Recovery: Continue to draft, edit, revise and discuss motion to sell, FUAC revisions to motion to sell (1.0); conference with C. Murray regarding same (.3) | 1.30 | $750.00 | $975.00 |
| Service | 12/30/2024 | Claims Administration and Objections: Continue to draft, edit, revise mediation materials for PQPR mediation and email same to C. Mott, including joint document regarding agreed facts and legal issues (3.0); conference with S. Lemmon regarding PQPR mediation issues (.9); conference with MD regarding same (.5); respond to C. Mott email regarding mediation (.2) | 4.60 | $750.00 | $3,450.00 |
| Service | 12/30/2024 | Claims Administration and Objections: Continue to draft, edit, revise comments to TX/CT agreement, motion and proposed order and conference with CRM regarding same (1.2) | 1.20 | $750.00 | $900.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/31/2024 | Case Administration: Trustee legal team conference call with JW, CRM, and MD to discuss status of TX/CT 9019, status of FUAC providing draft APA, and PQPR mediation materials/memos and other issues for mediation (1.0) | 1.00 | $750.00 | $750.00 |
| | | | **Services Subtotal** | | **$179,864.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/05/2024 | Travel: Southwest Airlines - Flight to Denver | 1.00 | $488.98 | $488.98 |
| Expense | 12/05/2024 | Travel: Uber to Airport (AUS) | 1.00 | $81.19 | $81.19 |
| Expense | 12/05/2024 | Travel: Travel Meal (AUS Airport) | 1.00 | $38.17 | $38.17 |
| Expense | 12/05/2024 | Travel: Uber to Hotel with JW (DEN) | 1.00 | $180.68 | $180.68 |
| Expense | 12/05/2024 | Travel: Hotel (DEN) - 1 night | 1.00 | $137.02 | $137.02 |
| Expense | 12/06/2024 | Travel: Travel Meal w/ JW (DEN) | 1.00 | $38.60 | $38.60 |
| Expense | 12/06/2024 | Travel: United Flight (DEN to IAH) | 1.00 | $449.62 | $449.62 |
| Expense | 12/06/2024 | Travel: Uber from drop off of JW to home from airport | 1.00 | $17.67 | $17.67 |
| Expense | 12/07/2024 | Parking: Downtown - weekend parking for meeting at PH | 1.00 | $10.00 | $10.00 |
| Expense | 12/08/2024 | Parking: Downtown - weekend parking for meeting at PH | 1.00 | $10.00 | $10.00 |
| Expense | 12/09/2024 | Working Meal: Trial Team Food | 1.00 | $155.88 | $155.88 |
| Expense | 12/09/2024 | Travel: Two Uber rides to and from courthouse to assist counsel. | 1.00 | $10.22 | $10.22 |
| Expense | 12/09/2024 | Travel: Transport costs relating to preparation and attendance of the hearing on the motion to sell FSS assets | 1.00 | $60.34 | $60.34 |
| Expense | 12/09/2024 | Parking: Parking at PH for meeting and hearing (weekday full day) | 1.00 | $45.00 | $45.00 |
| Expense | 12/09/2024 | Postage/Copies: Copies/Postage - Mailout for Application to Employ Harney Partners as Financial Advisor to the CH 7 Trustee ECF Docket Reference No. 960 | 1.00 | $684.89 | $684.89 |
| Expense | 12/10/2024 | Travel: Travel cost to attend the hearing on motion to sell FSS assets | 1.00 | $27.78 | $27.78 |
| Expense | 12/10/2024 | Travel: Transport costs relating to preparation and | 1.00 | $66.94 | $66.94 |

| | | | | | |
|---|---|---|---|---|---|
| | | attendance of the hearing on the motion to sell FSS assets | | | |
| Expense | 12/10/2024 | Working Meal: Food expense for legal team attending the hearing on the motion to sell FSS assets | 1.00 | $144.08 | $144.08 |
| Expense | 12/10/2024 | Travel: Uber to Courthouse and back for continued hearing | 1.00 | $54.22 | $54.22 |
| | | | **Expenses Subtotal** | | **$2,701.28** |
| | | | | **Subtotal** | **$182,565.78** |
| | | | | **Total** | **$182,565.78** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5 | 08/21/2024 | $87,679.18 | $0.00 | $87,679.18 |
| 9 | 09/11/2024 | $75,430.73 | $0.00 | $75,430.73 |
| 10 | 10/10/2024 | $76,454.50 | $0.00 | $76,454.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27 | 02/09/2025 | $182,565.78 | $0.00 | $182,565.78 |
| | | | **Outstanding Balance** | **$422,130.19** |
| | | | **Total Amount Outstanding** | **$422,130.19** |

Please make all amounts payable to: Jones Murray LLP

Please pay within 30 days.