# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**SEVENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | December 1, 2024 through and including December 31, 2024 |
| **Interim Fees Incurred:** | $308,710.50 |
| **Interim Payment of Fees Requested (80%):** | $246,968.40 |
| **Interim Expenses Incurred:** | $18,090.73 |
| **Total Fees and Expenses Due:** | $265,059.13 |

This is the Seventh Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17033231

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Seventh Monthly Fee Statement (the "Fee Statement") for the period from December 1, 2024 through December 31, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $308,710.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $18,090.73 (the "Expenses"), for the period from December 1, 2024 through December 31, 2024.  Eighty percent (80%) of the fees equals $246,968.40 and one hundred percent (100%) of the Expenses equals $18,090.73 for a total requested amount of $265,059.13.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $246,968.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $18,090.73 in the total amount of $265,059.13.

Dated:  January 10, 2025
Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 10, 2025.

*/s/ Joshua W. Wolfshohl*
 Joshua W. Wolfshohl

3

17033231

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 76.60 | 58,559.50 |
| Business Operations | 1.30 | 897.50 |
| Case Administration | 1.20 | 516.00 |
| Employment/Fee Application | .20 | 93.00 |
| Litigation/Contested Matters | 356.60 | 248,644.50 |
| | | |
| **TOTAL** | **435.90** | **308,710.50** |

17033231

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Airfare | 505.99 |
| Computer Assisted Legal Research | 2,778.59 |
| Computer Services | 5,864.31 |
| Delivery Service | 58.00 |
| Deposition Expense | 804.55 |
| Hotel | 148.73 |
| Messenger Service | 10.00 |
| Parking | 75.00 |
| Reproduction | 2,396.55 |
| Taxi/Train/Subway/Uber | 130.46 |
| USPTO Fees | 5,075.00 |
| Working Meals | 243.55 |
| | |
| **TOTAL** | **18,090.73** |

17033231

## EXHIBIT 3

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Jonathan M. Pierce | $1,100.00 | 1.30 |
| Joshua W. Wolfshohl | $945.00 | 145.60 |
| William R. Stukenberg | $725.00 | 11.60 |
| Michael B. Dearman | $625.00 | 79.90 |
| Jordan T. Stevens | $595.00 | 77.30 |
| Kenesha L. Starling | $575.00 | 89.20 |
| Carey A. Sakert | $470.00 | 17.30 |
| Mitzie L. Webb | $465.00 | 5.40 |
| Pamela A. Balser | $415.00 | 5.40 |
| Eliana Garfias | $405.00 | 2.90 |
|  |  |  |
| **TOTAL** |  | **435.90** |

17033231

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | January 10, 2025 |
| Invoice Num.: | 572467 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:          Alex Jones

For professional services rendered and costs incurred through December 31, 2024

| | |
|---|---|
| Professional Services | 308,710.50 |
| Disbursements | 18,090.73 |
| **Total Amount Due** | **$326,801.23** |

**EXHIBIT 4**

**PORTER HEDGES LLP**

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date:        January 10, 2025 |
| Matter: Alex Jones | Invoice Num.:                   572467 |
| | Matter Number:           018577-0001 |

---

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/01/2024 | JWW | Work on discovery responses and review documents (1.5); video conference with J. Tanenbaum regarding deposition (1.9); further emails regarding discovery and review letter regarding same (.5); emails regarding rescheduling of depositions (.4); emails with PH team regarding same (.2). | 4.50 | 4,252.50 |
| 12/01/2024 | KLS | Teams call in preparation for depositions in support of Trustee's Sale Motion (1.4); prepare letter in response to request for expedited discovery from counsel to Debtor A. Jones (.5); conduct research in support of same (.5). | 2.40 | 1,380.00 |
| 12/01/2024 | JTS | Prepare for and participate in a deposition preparation session with J. Tanenbaum. | 1.70 | 1,011.50 |
| 12/01/2024 | CAS | Numerous communications with K. Starling regarding rush production and document review (.8); forward client documents to vendor with instructions for processing and loading (.6); numerous communications with vendor regarding status of project (1.8); begin conducting QC of images in anticipation of production (.5); remain on stand-by for continued communications with vendor to handle issues involving rush project (2.7). | 6.40 | 3,008.00 |
| 12/02/2024 | JMP | Review potential specimens of use provided by Ms. Balser for submission to the USPTO. | 0.10 | 110.00 |
| 12/02/2024 | JMP | Review and revise draft correspondence to Mr. Dearman with additional specimens needed to file renewal application. | 0.10 | 110.00 |
| 12/02/2024 | JMP | Review potential specimens of use provided by Mr. Dearman for submission to the USPTO. | 0.20 | 220.00 |
| 12/02/2024 | JMP | Review and revise draft response to Mr. Dearman regarding specimens of use provided by Mr. Dearman for submission to the USPTO. | 0.20 | 220.00 |
| 12/02/2024 | JWW | Conference with counsel for X regarding resolution of | 6.90 | 6,520.50 |

**PORTER HEDGES LLP**

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date:    January 10, 2025 |
| Matter: Alex Jones | Invoice Num.:    572467 |
| | Matter Number:    018577-0001 |

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | | objection (.5); work on document production and review documents in preparation for depositions (4.9); conference with counsel for buyers regarding discovery and sale hearing (.6); call with PH team regarding discovery responses and preparation for hearing (.5); follow-up emails regarding same (.4). | | |
| 12/02/2024 | MBD | Multiple correspondence with J. Wolfshohl and K. Starling regarding same (.3); attend to trademark issues (.3); correspond with P. Balser regarding same (.2); correspond with J. Tanenbaum regarding same (.1); conference with PH team regarding sale hearing (.4); conference with GT and CT teams regarding sale hearing (.4); attend to correspondence and conference with Rhonda regarding PQPR (.2); review and tag documents for production (3.5). | 5.40 | 3,375.00 |
| 12/02/2024 | JMP | Review second set of specimens and revise draft response to Mr. Dearman regarding second set of specimens of use provided by Mr. Dearman for submission to the USPTO. | 0.30 | 330.00 |
| 12/02/2024 | KLS | Teams call with J. Wolfshohl in preparation of hearing regarding Trustee's Sale Motion (.5) Zoom call with co-counsel in preparation of hearing regarding Trustee's Sale Motion (.5). | 1.00 | 575.00 |
| 12/02/2024 | WRS | Prepare for and participate in hearing preparation for Jones sale; confer with counsel for buyer. | 1.80 | 1,305.00 |
| 12/02/2024 | PAB | Receive and review request for assistance with filing Affidavit of Use to maintain trademark registration in effect (.3); conduct search for specimens of use for seven classes (1.0); download and prepare specimens for three classes (.2); send specimens in hand with correspondence to the requesting attorney advising of need for four additional specimens and delineating a course of action to maintain this trademark registration (.2); receive and review response and proposed specimens for review (.1); prepare and send reply to | 2.30 | 954.50 |

**PORTER HEDGES LLP**

| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: | January 10, 2025 |
|---|---|---|
| Matter: Alex Jones | Invoice Num.: | 572467 |
| | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | requesting attorney (.5). | | |
| 12/02/2024 | CAS | Conduct QC and revise proposed set of production documents numerous times as requested by K. Starling (1.2); prepare PDF pre-production set for J. Wolfshohl to review (.5); prepare production of TRANZON360-000001-000893 after several adjustments (2.3); create saved search of production for attorneys (.3); communications with vendor and with K. Starling regarding status of data collection from C. Murray (.5). | 4.80 | 2,256.00 |
| 12/03/2024 | JWW | Review documents and prepare for sale hearing (1.2); meet with J. Tanenbaum regarding deposition (2.0); conference with K. Kimpler regarding sale hearing issues (.5); continue preparing for sale hearing (2.9); work on final discovery response and document production (.5). | 7.10 | 6,709.50 |
| 12/03/2024 | MBD | Ongoing revisions of PQPR stipulation and agreed order (1.0); correspond with K. Starling regarding discovery (.2); numerous correspondence with PQPR counsel (.3); multiple correspondence with Trustee and J. Wolfshohl regarding same (.3); draft witness outline (.2). | 2.00 | 1,250.00 |
| 12/03/2024 | KLS | Teams call in preparation of the deposition of J. Tanenbaum (1.5); revise letter in response to requests for expedited discovery from counsel to Debtor A. Jones (.3); finalize document production in response to requests for expedited discovery from counsel to Debtor A. Jones (1.5); review Trustee's documents to be produced in letter in response to requests for expedited discovery from counsel to Debtor A. Jones (1.4). | 4.70 | 2,702.50 |
| 12/03/2024 | JTS | Prepare for and attend deposition preparation session with J. Tanenbaum (1.9); review and analyze the Winddown Order and related documents and draft a summary of the results of the same for J. Wolfshohl (1.1); conduct legal research and analysis in connection with drafting a Motion to Strike the Debtor's Objection to the Successful Bid. (1.8). | 4.80 | 2,856.00 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE
Matter: Alex Jones

| | | Invoice Date: | January 10, 2025 |
| --- | --- | --- | --- |
| | | Invoice Num.: | 572467 |
| | | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 12/03/2024 | PAB | Receive and review additional specimens of use (.3); exchange further correspondence with requesting attorney discussing specimens and filing the Affidavit of Use (.1). | 0.40 | 166.00 |
| 12/03/2024 | CAS | Conduct searches of reviewed email to segregate documents into specific categories (.3); prepare pdf review set of potential production documents for J. Wolfshohl (.5); communications with vendor regarding creating images of selected documents (.1). | 0.90 | 423.00 |
| 12/04/2024 | MBD | Attend to correspondence regarding hearing preparations (.5); conference with J. Wolfshohl regarding PQPR settlement (.1); conference with J. Stevens regarding opening outline (.7); attend to correspondence related to PQPR settlement (.4); review witness and exhibit list and exhibits (1.0); attend to correspondence regarding X objection (.5); revise settlement agreement (.2); correspond with C. Murray, E. Jones, and J. Wolfshohl regarding same (.2); continue draft opening outline and J. Tanenbaum outline (2.7); numerous correspondence with K. Starling regarding hearing preparations (.7); conference with J. Wolfshohl regarding hearing preparations (.2). | 7.20 | 4,500.00 |
| 12/04/2024 | JWW | Prepare with Trustee for deposition (4.5); work on resolving X dispute (1.2); emails and conferences regarding motion to strike and related issues for sale hearing (1.0); work on motion to strike and emails regarding same (1.0); work on witness/exhibit list (.8). | 8.50 | 8,032.50 |
| 12/04/2024 | EG | Correspondence on transcript requests and filing logistics of witness/exhibit list for December 9th hearing. | 0.50 | 202.50 |
| 12/04/2024 | MLW | Email exchanges with K. Starling regarding preparation of exhibits for filing with witness/exhibit list for December 9th Sale Hearing. | 0.40 | 186.00 |
| 12/04/2024 | KLS | Prepare witness and exhibit list and exhibits for December 9th hearing on hearing Trustee's Sale Motion | 11.00 | 6,325.00 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | | Invoice Date: | January 10, 2025
Matter: Alex Jones | | Invoice Num.: | 572467
| | Matter Number: | 018577-0001

---

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | (9.5); preparation for deposition of C. Murray (1.5). | | |
| 12/04/2024 | WRS | Revise brief regarding sale approval. | 2.80 | 2,030.00 |
| 12/04/2024 | JTS | Continue conducting legal research and analysis in connection with drafting a Motion to Strike the Debtor's Objection to the Successful Bid (1.4); draft a Motion to Strike the Debtor's Objection to the Successful Bid (2.8); draft an outline of an opening argument to be used at the hearing on the Successful Bid (1.0). | 5.20 | 3,094.00 |
| 12/04/2024 | CAS | Assist K. Starling in preparing for hearing (1.3); pull numerous Trustee production documents for K. Starling (.3); collect Tranzon360 documents for K. Starling and coordinate with IPC to combine documents in single pdfs for K. Starling to review (.3); email communications with K. Starling providing production in pdf format to opposing counsel (.2); provide K. Starling with download links for combined pdfs of production review sets (.2). | 2.30 | 1,081.00 |
| 12/05/2024 | JWW | Prepare for deposition (2.0); work on issues with X Corp resolution (.5); attend deposition of C. Murray (8.5); meet with client and PH team after deposition (.5); prepare for hearing (1.5); travel to Denver (1/2 time) (1.5). | 14.50 | 13,702.50 |
| 12/05/2024 | MBD | Continue draft outlines (2.0); attend to correspondence regarding witness and exhibit list (.3); attend deposition of C. Murray (5.0); multiple correspondence and conferences regarding same (.5); research regarding hearing-related issues (.5). | 8.30 | 5,187.50 |
| 12/05/2024 | EG | Further correspondence on draft and filing logistics of witness/exhibit list for 12/09 hearing (.2); discuss filing of same with M. Webb (.2); review, and electronically file same with court (.6); download and circulate filed version (.1); update file (.1). | 1.20 | 486.00 |
| 12/05/2024 | MLW | Email exchanges with K. Starling regarding witness/exhibit list for December 9th hearing (.5); confer with E. Garfias regarding same (.2). | 0.70 | 325.50 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE

Matter: Alex Jones

| | | Invoice Date: | January 10, 2025 |
|---|---|---|---|
| | | Invoice Num.: | 572467 |
| | | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/05/2024 | KLS | Finalize Trustee's witness and exhibit list for December 9th hearing regarding Trustee's Sale Motion (.4); attend Trustee's hearing via Zoom (7.9); continue preparations for December 9th hearing regarding Trustee's Sale Motion (2.2). | 10.50 | 6,037.50 |
| 12/05/2024 | WRS | Review hearing brief. | 1.20 | 870.00 |
| 12/05/2024 | JTS | Conduct additional research and analysis and revise the draft the Trustee's Motion to Strike the Debtor's Objection to the Successful Bid, including in light of feedback thereto from members of the Porter Hedges Team (4.8); conduct legal research and analysis regarding the substantive arguments raised in the Objections to the Successful Bid and begin outlining responses thereto (4.3). | 9.10 | 5,414.50 |
| 12/06/2024 | JWW | Prepare for J. Tanenbaum deposition and for upcoming hearing (4.8); attend deposition (6.5); meet with E. Jones regarding hearing preparation (1.5); travel to Houston (1/2 time - 1.5). | 12.80 | 12,096.00 |
| 12/06/2024 | MBD | Conference with J. Wolfshohl regarding hearing preparations (.2); review and revise witness outlines (1.8); review case law governing hearing issues (.4); correspond with M. Webb regarding upcoming filings (.1); attend deposition of J. Tanenbaum (2.0). | 4.50 | 2,812.50 |
| 12/06/2024 | KLS | Attend deposition of J. Tanenbaum via Zoom (4.5); continue preparing for December 9th hearing regarding Trustee's Sale Motion (7.5). | 12.00 | 6,900.00 |
| 12/06/2024 | WRS | Participate in deposition of Chris Murray. | 4.80 | 3,480.00 |
| 12/06/2024 | JTS | Remotely attend the deposition of J. Tanenbaum. | 8.00 | 4,760.00 |
| 12/06/2024 | CAS | Convert Murray deposition rough transcript into printable format and forward same to Office Services to print sets for K. Starling's use (.4); receive final transcript and convert into pdf format for K. Starling (.4); prepare FTP to provide co-counsel with transcript and exhibits (.3). | 1.10 | 517.00 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE

Matter: Alex Jones

Invoice Date:                    January 10, 2025

Invoice Num.:                              572467

Matter Number:                     018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/07/2024 | JWW | Meet with Trustee team and prepare for hearing. | 9.00 | 8,505.00 |
| 12/07/2024 | MBD | Attend to correspondence regarding X accounts (.3); correspond with K. Starling and J. Wolfshohl regarding hearing (.1); draft agenda for sale hearing (.7). | 1.10 | 687.50 |
| 12/07/2024 | KLS | Teams call with co-counsel regarding preparations for December 9th hearing regarding Trustee's Sale Motion (1.2); continue preparations regarding same (7.5). | 8.70 | 5,002.50 |
| 12/07/2024 | JTS | Prepare for and attend a conference call between counsel to the Trustee, counsel to the Connecticut Families, and counsel to Global Tetrahedron (.9); substantially revise the draft Motion to Strike the Debtors' Objection to the Successful Bid, including in light of supplemental legal research as well as feedback from J. Wolfshohl and E. Jones (3.7); continue conducting legal research and drafting a substantive Reply in support of the Successful Bid (4.1); attend multiple extended strategy sessions with the Trustee, E. Jones, and members of the Porter Hedges Team regarding the draft Reply and Motion to Strike, and revise the drafts in light of the same (3.6). | 12.30 | 7,318.50 |
| 12/07/2024 | CAS | Communications with K. Starling regarding depositions and requests from court reporter (.3); retrieve Tanenbaum transcript from court reporter's repository and convert transcript to pdf format for K. Starling (.4); provide K. Starling with FTP link to forward transcripts to client (.3). | 1.00 | 470.00 |
| 12/08/2024 | JWW | Prepare for sale hearing. | 16.50 | 15,592.50 |
| 12/08/2024 | MLW | Email exchanges with K. Starling regarding filing amended witness/exhibit list (.3); receive/file Amended Witness/Exhibit List for December 9th Hearing (.4); receive and file Motion to Strike with copy to Court Case Manager (.3); monitor emails in preparation for receiving Reply for late filing (1.0). | 1.90 | 883.50 |
| 12/08/2024 | MBD | Attend to correspondence regarding X Corp. (.2); revise agenda for sale hearing (.2); review witness and exhibit list and exhibits (.5); draft notice of redline (.2); | 5.00 | 3,125.00 |

## PORTER HEDGES LLP

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE
Matter: Alex Jones

Invoice Date:        January 10, 2025
Invoice Num.:        572467
Matter Number:        018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | correspond with K. Starling regarding witness and exhibit list (.5); multiple correspondence with M. Webb regarding filings (.3); review and revise sale order (.9); review and revise reply to objections (.2); numerous conferences and correspondence with PH team regarding hearing preparations (2.0). | | |
| 12/08/2024 | KLS | Continue preparations regarding December hearing regarding Trustee's Sale Motion. | 13.50 | 7,762.50 |
| 12/08/2024 | JTS | Attend multiple strategy sessions with the Trustee, E. Jones, and members of the Porter Hedges Team regarding the draft Reply and Motion to Strike, and revise the drafts in light of the same (5.1); conduct supplemental legal research and revise the draft Motion to Strike (8.2). | 13.30 | 7,913.50 |
| 12/09/2024 | EG | Correspondence with M. Dearman on upcoming hearing and revised proposed order (.2); monitor emails on status of same (.1); receive, review and electronically file same with court (.2); further emails on agenda for sale hearings (.2); receive, review, and electronically file same with court (.2); download and circulate filed version (.1). | 1.00 | 405.00 |
| 12/09/2024 | JWW | Prepare for and attend trial on sale motion. | 13.00 | 12,285.00 |
| 12/09/2024 | MBD | Correspondence and conferences with J. Wolfsohl regarding X settlement and proposed order (.3); correspond with K. Starling regarding same (.2); revise opening outline (1.0); revise and redline proposed order (.5); prepare notice of redline and proposed order for filing (.2); correspond with E. Garfias regarding same (.1); correspond with P. Balser regarding trademarks (.2); revise hearing agenda and circulate same (.2); attend sale hearing and correspond with PH team regarding same (3.7). | 6.40 | 4,000.00 |
| 12/09/2024 | MLW | Handle hearing logistics at courthouse. | 0.60 | 279.00 |
| 12/09/2024 | KLS | Complete preparations regarding December 9th hearing regarding Trustee's Sale Motion (3.5); attend hearing | 11.00 | 6,325.00 |

**PORTER HEDGES LLP**

| | | |
|---|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: | January 10, 2025 |
| Matter: Alex Jones | Invoice Num.: | 572467 |
| | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | regarding same (7.5). | | |
| 12/09/2024 | JTS | Assist in preparing for the hearing on the Successful Bid, including by creating outlines to be used in connection therewith and conducting supplemental research, and virtually attend the same. | 8.50 | 5,057.50 |
| 12/09/2024 | CAS | Pull exhibits and forward same to client for review as requested by K. Starling. | 0.80 | 376.00 |
| 12/10/2024 | JWW | Prepare for and attend hearing on sale motion. | 15.50 | 14,647.50 |
| 12/10/2024 | MBD | Multiple correspondence with J. Wolfshohl regarding hearing preparations (.2); conference with C. Murray regarding claims register (.1); correspond with K. Toney and J. Tanenbaum regarding hearing (.1); attend to fee statement and correspond with co-counsel regarding same (.2); revise sale order (.2); correspond with X Corp. counsel and GT counsel regarding same (.1); correspond with CT families' counsel regarding same (.1); numerous correspondence with PH team regarding sale hearing (1.0); attend sale hearing (3.5). | 5.50 | 3,437.50 |
| 12/10/2024 | MLW | Coordinate logistics at courthouse for hearing. | 1.50 | 697.50 |
| 12/10/2024 | KLS | Complete preparations regarding December 9th hearing regarding Trustee's Sale Motion (4.0); attend hearing regarding same (6.5). | 10.50 | 6,037.50 |
| 12/10/2024 | JTS | Assist in preparing for the hearing on the Successful Bid, including by creating additional outlines to be used in connection therewith and conducting supplemental research, and physically attend the same. | 11.90 | 7,080.50 |
| 12/11/2024 | JWW | Phone conference with multiple parties regarding sale process (.9); conference with M. Dearman regarding next steps and strategy for case (.6); emails regarding open issues with Trustee (.3); conference with counsel regarding status of sale (1.0). | 2.80 | 2,646.00 |
| 12/11/2024 | MBD | Gather trademark materials (.3); correspond with C. Murray and J. Wolfshohl regarding same (.4); correspond with C. Murray regarding monthly fee | 1.10 | 687.50 |

**PORTER HEDGES LLP**

| | | |
|---|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: | January 10, 2025 |
| Matter: Alex Jones | Invoice Num.: | 572467 |
| | Matter Number: | 018577-0001 |

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| | | statement (.1); correspond with E. Garfias regarding same (.1); conference with J. Wolfshohl regarding case strategy (.2). | | |
| 12/12/2024 | JWW | Work on settlement strategy (1.1); conference with C. Murray regarding same (.5); weekly call with Trustee team regarding case and sale strategy (.8); emails and follow-up calls with S. Lemmon regarding status of PQPR settlement and work on same (.9); conference with K. Kimpler regarding status of sale (.3); follow-up regarding same and status of settlement with Texas families (.6); emails with W. Cicack regarding call to discuss sale (.1). | 4.30 | 4,063.50 |
| 12/12/2024 | MBD | Correspond with J. Pierce and P. Balser regarding trademark issues (.3); analyze trademark issues and related agreements (.2); gather specimens for trademark renewal (1.1); revise 9019 motion and order (1.2); correspond with J. Wolfshohl regarding same (.1); conference with PH team and Trustee team regarding case strategy (.7); correspond with C. Murray regarding trademarks (.2). | 3.80 | 2,375.00 |
| 12/12/2024 | KLS | Teams call with Trustee regarding hearing concerning Trustee's Motion to Sale. | 0.70 | 402.50 |
| 12/12/2024 | JTS | Prepare for and attend a strategy session with members of the Porter Hedges Team, E. Jones, and the Trustee (.8); conduct legal research and analysis regarding potential next steps, including in light of the Court's ruling on the Successful Bid (.9). | 1.70 | 1,011.50 |
| 12/12/2024 | PAB | Exchange further correspondence with Mr. Dearman discussing specimens of use. | 0.40 | 166.00 |
| 12/13/2024 | JWW | Phone conference with W. Cicack regarding next steps and possible resolution (.5); phone conference with B. Broocks regarding same (.6); phone conference with J. Goldstein regarding same (.4); conference with E. Jones and C. Murray regarding open issues in case (.8); work on PQPR settlement, motion and stipulation and several | 4.30 | 4,063.50 |

**PORTER HEDGES LLP**

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: January 10, 2025 |
| Matter: Alex Jones | Invoice Num.: 572467 |
| | Matter Number: 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | emails and phone conferences regarding same (2.0). | | |
| 12/13/2024 | MBD | Correspond with P. Balser regarding trademarks (.1); conference with J. Wolfshohl regarding PQPR settlement and case status (.2); revise PQPR stipulation and agreed order and redline same (.2); revise 9019 motion (.1); multiple correspondence with S. Lemmon, R. Mates, R. Roberts, and J. Wolfshohl regarding same (.2); incorporate revisions to PQPR stipulation (.2); conference with R. Mates regarding settlement (.1). | 1.10 | 687.50 |
| 12/13/2024 | MLW | Confer with Court Case Manager regarding status of entry of Order - PH's 1st Interim Fee Application. | 0.20 | 93.00 |
| 12/13/2024 | EG | Correspondence on filing logistic of 9019 motion. | 0.20 | 81.00 |
| 12/14/2024 | JWW | Emails and phone conference with J. Goldstein regarding potential resolution. | 1.00 | 945.00 |
| 12/15/2024 | JWW | Multiple phone conferences and emails with parties regarding resolution of asset sale issues. | 2.40 | 2,268.00 |
| 12/16/2024 | JWW | Phone conference with J. Goldstein regarding sale (.2); emails and phone conference with S. Lemmon regarding status of PQPR settlement (.2); conference with Trustee and E. Jones regarding next steps with sale (.5); conference with auctioneer regarding same (.3); phone conference with B. Broocks regarding sale (.3); phone conference with S. Roberts regarding PQPR status (.2); follow-up emails regarding sale issues (.4). | 2.10 | 1,984.50 |
| 12/16/2024 | MBD | Correspond with C. Murray regarding trademark specimens (.1); correspond with J. Wolfshohl regarding fee application (.1); conference with J. Schulse regarding trademark specimens (.3); correspond with P. Balser regarding same (.1). | 0.60 | 375.00 |
| 12/17/2024 | MBD | Correspond with E. Jones regarding interim compensation (.1); correspond with FSS staff regarding trademark specimens (.1). | 0.20 | 125.00 |
| 12/17/2024 | JWW | Work on case strategy and emails with Trustee team regarding same (1.0); conference with W. Cicack | 3.20 | 3,024.00 |

**PORTER HEDGES LLP**

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: January 10, 2025 |
| Matter: Alex Jones | Invoice Num.: 572467 |
| | Matter Number: 018577-0001 |

---

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding next steps (.3); conference with K. Kimpler regarding case (.4); conference with B. Broocks regarding case issues (.8); several follow-up emails regarding next steps (.7). | | |
| 12/18/2024 | JWW | Phone conference with J. Goldstein regarding sale issues (.3); phone conference with B. Broocks regarding same (.4); phone conference with S. Lemmon regarding PQPR settlement (.2); numerous emails with Trustee team regarding next steps with PQPR (.5); conference with B. Broocks regarding sale issues (.4); further conference with J. Goldstein regarding same (.3); further conference with B. Broocks (.7); several emails regarding open issues in case (.2). | 3.00 | 2,835.00 |
| 12/18/2024 | MBD | Correspond with P. Balser regarding trademarks (.1); conference with J. Wolfshohl regarding case strategy (.2); analyze FSS proofs of claims (1.0); draft spreadsheet including analysis of objectionable claims (1.4); correspond with PH team regarding same (.1). | 2.80 | 1,750.00 |
| 12/19/2024 | JMP | Review latest specimens received from Mr. Dearman (.1); revise draft response regarding same (.1). | 0.20 | 220.00 |
| 12/19/2024 | JWW | Emails with S. Lemmon and Trustee team regarding PQPR mediation (.5); conference with S. Lemmon regarding same (.2); conference with Trustee team regarding all open matters (.5); conference with J. Goldstein regarding sale status (.3). | 1.50 | 1,417.50 |
| 12/19/2024 | MBD | Conference with Trustee team and PH team regarding case status and strategy (.7); correspond with P. Balser regarding trademarks (.2); correspond with FSS regarding trademark specimens (.1); begin draft sale motion and order (2.1). | 3.10 | 1,937.50 |
| 12/19/2024 | KLS | Weekly Teams call with Trustee. | 0.70 | 402.50 |
| 12/19/2024 | JTS | Prepare for and attend a strategy session with members of the Porter Hedges Team, E. Jones, and the Trustee. | 0.80 | 476.00 |
| 12/19/2024 | PAB | Receive and review further specimens of use (.1); | 0.30 | 124.50 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE

Matter: Alex Jones

| | | | | |
|---|---|---|---|---|
| | | Invoice Date: | | January 10, 2025 |
| | | Invoice Num.: | | 572467 |
| | | Matter Number: | | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | discuss with Mr. Pierce (.1); prepare and send summary of review to Ms. Dearman (.1). | | |
| 12/19/2024 | MLW | Receive/circulate December 9th hearing transcript. | 0.10 | 46.50 |
| 12/20/2024 | JWW | Phone conference with B. Broocks regarding sale (.4); conference with C. Murray regarding same (.1); emails and conferences regarding PQPR mediation and review order from Judge Mott (.6); conference with K. Kimpler regarding sale (.6); emails with B. Broocks (.2); conference with J. Goldstein regarding sale (.2); conference with W. Cicack regarding sale and potential offer (.3); follow-up emails regarding same (.3). | 2.70 | 2,551.50 |
| 12/20/2024 | MBD | Continue draft sale motion and order (.3); review new offer for FSS assets (.2); correspond with E. Jones regarding mediation coordination (.1); correspond with P. Balser regarding trademark renewal (.2); conference with P. Balser regarding same (.2). | 1.00 | 625.00 |
| 12/20/2024 | KLS | Teams call with Trustee and W. Stukenberg regarding employment issues. | 0.30 | 172.50 |
| 12/20/2024 | PAB | Receive and review specimens and instructions from client (.6); prepare combined Affidavit of Use and Application for Renewal (.4); send with correspondence to client for review and execution (.1); docket combined Affidavit of Use and Application for Renewal sent to client for review and execution (.2). | 1.30 | 539.50 |
| 12/20/2024 | WRS | Prepare for and participate in conference call with Chris Murray regarding retention payments. | 1.00 | 725.00 |
| 12/22/2024 | JWW | Emails regarding pending offer and next steps (.2); conference with Trustee and E. Jones regarding same (.6); follow-up emails regarding PQPR mediation issues (.3). | 1.10 | 1,039.50 |
| 12/22/2024 | MBD | Correspond with J. Wolfshohl regarding mediation and sale issues. | 0.20 | 125.00 |
| 12/23/2024 | MBD | Pre-mediation conference with Judge Mott, S. Lemmon, R. Mates, S. Roberts, and E. Jones (.5); revise sale | 10.80 | 6,750.00 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE

Matter: Alex Jones

Invoice Date: January 10, 2025

Invoice Num.: 572467

Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | motion and sale order (2.0); multiple correspondence with P. Balser and C. Murray regarding trademarks (.2); review trademark renewal application (.6); conference with E. Jones regarding mediation statement and case strategy (.5); draft mediation statement (6.0); review PQPR pleadings and discovery (1.0). | | |
| 12/23/2024 | JWW | Conference with counsel for CT and Onion regarding sale status (.6); several emails and phone conferences with C. Murray and E. Jones regarding same (1.1). | 1.70 | 1,606.50 |
| 12/23/2024 | JMP | Review Combined Affidavit of Use and Application for filing. | 0.20 | 220.00 |
| 12/23/2024 | PAB | Receive and review signed combined Affidavit of Use and Application for Renewal (.2); complete filing with the United States Patent and Trademark Office (.1); prepare correspondence and report filing to client (.2); docket filing and reporting of combined Affidavit of Use and Application for Renewal to client (.2). | 0.70 | 290.50 |
| 12/24/2024 | JWW | Emails regarding PQPR status and FUAC offer. | 0.70 | 661.50 |
| 12/26/2024 | JWW | Emails with various parties regarding next steps with sale and related matters. | 0.80 | 756.00 |
| 12/26/2024 | MBD | Review joint PQPR mediation statement (.1); correspond with E. Jones regarding same (.1). | 0.20 | 125.00 |
| 12/27/2024 | JWW | Emails and phone conferences regarding sale issues (.7); weekly call with Trustee team regarding open issues (.6); several follow-up emails and conferences regarding analysis of FUAC offer (.8). | 2.10 | 1,984.50 |
| 12/27/2024 | MBD | Conference with Trustee team and PH team regarding case status and strategy (.5); attend to correspondence with C. Murray, E. Jones, and J. Wolfshohl regarding sale processes and potential settlements (.2); continue draft proposed sale order (.8); revise asset purchase agreement (.2); revise joint mediation statement and correspond with E. Jones regarding same (.5). | 2.20 | 1,375.00 |
| 12/28/2024 | MBD | Revise sale order and motion (.5); correspond with C. | 3.50 | 2,187.50 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE
Matter: Alex Jones

Invoice Date: January 10, 2025
Invoice Num.: 572467
Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | Murray regarding same (.1); multiple correspondence with C. Murray, E. Jones, and J. Wolfshohl regarding sale documents (.2); draft asset purchase agreement, bill of sale, and assignment of intellectual property (2.7). | | |
| 12/28/2024 | JWW | Emails regarding PQPR and Judge Mott discussion. | 0.30 | 283.50 |
| 12/28/2024 | KLS | Weekly call with Trustee and Porter Hedges via Teams. | 0.50 | 287.50 |
| 12/30/2024 | JWW | Review draft motion to sell (.2); emails with W. Cicack (.1); conference call with Trustee team regarding next steps with sale and TX/CT settlement (1.0); review and revise settlement order (.5); emails regarding PQPR issues and mediation (.3). | 2.10 | 1,984.50 |
| 12/30/2024 | MBD | Revise confidential PQPR mediation statement (.3); correspond with C. Murray, E. Jones, and J. Wolfshohl regarding same (.1); correspond with C. Murray, E. Jones, and J. Wolfshohl regarding draft sale documents (.1); conference with Trustee team and PH team regarding case status and strategy (1.0); review and analyze potential settlement (.5); conference and correspond with E. Jones regarding mediation (.3); correspond with PQPR counsel regarding joint mediation statement (.1); prepare attachments to joint mediation statement (.3); correspond with C. Mott regarding joint mediation statement and attachments (.2); conference with J. Wolfshohl regarding case status and strategy (.1). | 3.00 | 1,875.00 |
| 12/30/2024 | KLS | Status call with Trustee via Teams. | 1.00 | 575.00 |
| 12/31/2024 | JWW | Emails regarding open issues with settlement of PQPR and TX/CT (.4); conference call with Trustee team regarding same (.8). | 1.20 | 1,134.00 |
| 12/31/2024 | MBD | Conference with Trustee team and PH team regarding asset sale and potential settlements (.7); redline draft 9019 order (.1); correspond with Connecticut counsel and Texas counsel regarding potential settlement (.1). | 0.90 | 562.50 |
| 12/31/2024 | KLS | Status call with Trustee via Teams. | 0.70 | 402.50 |

## PORTER HEDGES LLP

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE

Matter: Alex Jones

| | |
|---|---|
| Invoice Date: | January 10, 2025 |
| Invoice Num.: | 572467 |
| Matter Number: | 018577-0001 |

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| **Total** | | | **435.90** | **$308,710.50** |

| | | | **Total Services** | **$308,710.50** |
|---|---|---|---|---|

**Timekeeper Summary**

| **Initials** | **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| JMP | Jonathan M. Pierce | Partner | 1.30 | 1,100.00 | 1,430.00 |
| JWW | Joshua W. Wolfshohl | Partner | 145.60 | 945.00 | 137,592.00 |
| WRS | William R. Stukenberg | Partner | 11.60 | 725.00 | 8,410.00 |
| MBD | Michael B. Dearman | Associate | 79.90 | 625.00 | 49,937.50 |
| JTS | Jordan T. Stevens | Associate | 77.30 | 595.00 | 45,993.50 |
| KLS | Kenesha L. Starling | Associate | 89.20 | 575.00 | 51,290.00 |
| CAS | Carey A. Sakert | Paralegal | 17.30 | 470.00 | 8,131.00 |
| MLW | Mitzie L. Webb | Paralegal | 5.40 | 465.00 | 2,511.00 |
| PAB | Pamela A. Balser | Technical Advisor | 5.40 | 415.00 | 2,241.00 |
| EG | Eliana Garfias | Paralegal | 2.90 | 405.00 | 1,174.50 |
| **Total** | | | **435.90** | | **$308,710.50** |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Airfare | 505.99 |
| Computer Assisted Legal Research | 2,778.59 |
| Computer Services | 5,864.31 |
| Delivery Service | 58.00 |
| Deposition Expense | 804.55 |
| Hotel | 148.73 |
| Messenger Service | 10.00 |
| Parking | 75.00 |
| Reproduction | 2,396.55 |
| Taxi/Train/Subway/Uber | 130.46 |
| USPTO Fees | 5,075.00 |
| Working Meals | 243.55 |
| **Total Disbursements** | **$18,090.73** |

| | |
|---|---|
| **Total This Invoice** | **$326,801.23** |