United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 13, 2025
Nathan Ochsner, Clerk

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-33553 |
| ALEXANDER E. JONES | § | (Chapter 7) |
| | § | |
| Debtor. | § | |

**ORDER EXTENDING TRUSTEE'S SECTION 365(D)(1) DEADLINE**
[This Order relates to Docket No. 1006]

Upon consideration of the Trustee's *Expedited Motion to Extend the Trustee's Deadline to Assume or Reject under Section 365(d)(1)* (the "**Motion**"),[1] the record of this case, and the proceedings before the Court related to the Motion, if any, the Court finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the Motion is in full compliance with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules of the Southern District of Texas, and orders and procedures of this Court; (v) there was proper and adequate notice of the Motion and no other or further notice is necessary under the circumstances; (vi) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and (vii) the relief sought in the Motion is in the best interest of the Debtor, the Estate, and its creditors; and (viii) that the relief requested in Motion should be granted.

It is **ORDERED** that:

1. The date by which the Trustee must assume or reject executory contracts and/or unexpired leases of residential real property under 11 U.S.C. § 365(d)(1) is hereby extended by 90-days to and including **April 14, 2025**, without prejudice

---

[1] Capitalized terms used but not otherwise defined herein are intended to have the same meaning as defined in the Motion.

      to the Trustee's right to seek and obtain further extensions of the deadlines under section 365 as permitted by the Bankruptcy Code.

2. Nothing in this Order shall constitute a finding or determination that any or all of the agreements are in fact executory contracts or unexpired leases under Section 365 of the Bankruptcy Code, and the Trustee, any party to an adversary proceeding or contested matter, and any other parties in interest reserve all rights with respect to that issue.

3. This Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction to resolve all matters arising out of or related to the Motion or this Order.

Signed: January 13, 2025

Christopher Lopez
United States Bankruptcy Judge