UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re*:  §<br>§<br>**ALEXANDER E. JONES,**  §<br>§<br>*Debtor*.  §<br>§<br>§ | Chapter 7<br><br>Case No. 22-33553 |

**NOTICE OF HEARING
ON THE TRUSTEE'S: (I) MOTION TO APPROVE SETTLEMENT WITH PQPR AND RELATED PARTIES [DE 1005]; (II) MOTION TO APPROVE SETTLEMENT WITH THE CONNECTICUT FAMILIES AND THE TEXAS FAMILIES [DE 1011]; AND (III) MOTION TO APPROVE SETTLEMENT WITH ESG [DE 1018]**
[This relates to Docket Nos. 1005, 1011, and 1018]

**PLEASE TAKE NOTICE** that the Trustee filed the following motions: (i) *Motion to Approve Settlement with PQPR and Related Parties* [DE 1005]; (ii) Motion to Approve Settlement with the Connecticut Families and the Texas Families [DE 1011]; and (iii) Motion to Approve Settlement with ESG [DE 1018]. These motions will be collectively referred to as (the "**Motions**").

**PLEASE TAKE NOTICE** that a hearing on the Motions have been scheduled for **January 23, 2025 at 9:00AM (Central Standard Time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk, Houston, TX 77002.

This will be a hybrid hearing. Parties may participate and attend this hearing remotely by telephone and video conference, or in-person. Audio for remote participation is conducted by phone, **Dial-in Number: 832-917-1510**, **Conference ID: 590153**. An audio connection by phone is required for all video participants. Video participation is conducted through **GoToMeeting** at: https://www.gotomeet.me/JudgeLopez.

Additional instructions, rules, and/or procedures on participation may be found on the Court's homepage at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez.

Dated: January 16, 2025

Respectfully submitted,

/s/Erin E. Jones
Erin E. Jones (Bar No. 24032478)
erin@jonesmurray.com
Jacqueline Q. Chiba (Bar No. 24116899)
jackie@jonesmurray.com
**JONES MURRAY LLP**
602 Sawyer Street, Suite 400
Houston, TX 77007
Telephone: (832) 529-1999
Facsimile: (832) 529-3393

AND

Joshua W. Wolfshohl (Bar No. 24038592)
jwolfshohl@porterhedges.com
Michael B. Dearman (Bar No. 24116270)
mdearman@porterhedges.com
Jordan T. Stevens (Bar No. 24106467)
jstevens@porterhedges.com
Kenesha L. Starling (Bar No. 24114906)
kstarling@porterhedges.com
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248

**Counsel for Christopher Murray,
Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 16, 2025.

/s/Erin E. Jones
Erin E. Jones