**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE:  **ALEXANDER E. JONES** | § | |
| | § | **CASE NO. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | **Chapter 7** |

---

**ORDER GRANTING ALEX JONES EXPEDITED FIRST MOTION FOR**
**CONTINUANCE AND FOR EXPEDITED DISCOVERY**

Upon consideration of Alexander Jones, joined by Free Speech Systems, LLC, First Motion for Continuance and for Expedited Discovery, seeking a continuance of the Settlement Motion hearing now scheduled for January 23, 2025 in Houston, Texas (the "Motion") the record of this case, and the proceedings before the Court related to the Motion, if any, the Court finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the Motion is in full compliance with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules of the Southern District of Texas, and orders and procedures of this Court; (v) there was proper and adequate notice of the Motion and no other or further notice is necessary under the circumstances; (vi) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and (vii) the relief sought in the Motion is in the best interest of the Debtor, the Estate, and its creditors; and (viii) that the relief requested in Motion should be granted.

It is **ORDERED** that:

1. The Trustee's Expedited Motion for Entry of an Order (I) Authorizing and Approving the Settlement by and Between the Chapter 7 Trustee, the Connecticut Families, and the Texas Families and (II) Granting Related Relief [Dkt #1011] is hereby continued to _____.

2. Jones is allowed expedited discovery from the Trustee, the Connecticut Plaintiffs, and

the Texas Plaintiffs

Signed: _____          _____

                                     Christopher Lopez
                                     United States Bankruptcy Judge