IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ALEXANDER E. JONES, | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF DEPOSITION OF CHRISTOPHER R. MURRAY, CHAPTER 7 TRUSTEE**

**TO**: **CHRISTOPHER R. MURRAY, CHAPTER 7 TRUSTEE**, by and through his attorney, Joshua W. Wolfshohl, Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston, Texas 77002 and Erin E. Jones, Jones Murray LLP, 602 Sawyer Street, Suite 400, Houston, Texas 77007

PLEASE TAKE NOTE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure applicable to this proceeding under Rule 9014 of the Federal Rules of Bankruptcy Procedure, and by agreement, Debtor Alexander E. Jones will conduct the oral and videotaped deposition of Christopher R. Murray on Wednesday, January 22, 2025 at 10:30 am (prevailing Central Time) and shall continue until completed at PORTER HEDGES LLP, 1000 Main Street, 36th Floor, Houston, Texas 77002, before a certified court reporter. Parties wishing to attend by Zoom may contact Chrystal Karstedt at cmadden@jhwclaw.com for the zoom link.

All parties are invited to attend and examine the witness. Such deposition is for discovery purposes and, when taken, may be used as evidence in the trial or any evidentiary hearing in the above-styled case.

Dated: January 21, 2025

                                                  */s/ Shelby A. Jordan*
                                                  SHELBY A. JORDAN
                                                  State Bar No. 11016700
                                                  S.D. No. 2195
                                                  ANTONIO ORTIZ
                                                  State Bar No. 24074839
                                                  S.D. No. 1127322

**Jordan & Ortiz, P.C.**
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
             aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR ALEX JONES**

Ben C Broocks
State Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
           wbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEX JONES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served through the Court's ECF noticing system on January 21, 2025.


*/s/ Shelby A. Jordan*
Shelby A. Jordan