IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ALEXANDER E. JONES,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-33553 (CML) |

**CONNECTICUT FAMILIES'
CONSOLIDATED WITNESS AND EXHIBIT LIST**

| Judge | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date | Thursday, January 23, 2025 |
| Hearing Time | 9:00 a.m. (CT) |
| Party's Name | Connecticut Families (as defined below) |
| Attorney's Names | Ryan Chapple, Kyle J. Kimpler, Paul A. Paterson, Alinor Sterling (Connecticut Families) |
| Attorney's Phone | 512-477-5000 (Ryan Chapple) |
| Nature of Proceeding | *Trustee's Expedited Motion for Entry of an Order Approving Settlement Amongst the Trustee, PQPR Holdings Limited LLC, David Jones, Carol Jones, PLJR Holdings LLC, and JLJR Holdings LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Dkt. 1005]<br><br>*Trustee's Expedited Motion for Entry of an Order (I) Authorizing and Approving the Settlement by and Between the Chapter 7 Trustee, the Connecticut Families, and the Texas Families and (II) Granting Related Relief* [Dkt. 1011]<br><br>*Trustee's Expedited Motion for Approval of and Authority to Compromise Pursuant to Bankruptcy Rule 9019* [Dkt. 1018] |

David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica Ash (collectively, the "Connecticut Families") hereby submit this Witness and Exhibit List ("Witness and Exhibit List") in connection with the hearing on the (1) *Trustee's Expedited Motion for Entry of an Order*

*Approving Settlement Amongst the Trustee, PQPR Holdings Limited LLC, David Jones, Carol Jones, PLJR Holdings LLC, and JLJR Holdings LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Dkt. 1005]; (2) *Trustee's Expedited Motion for Entry of an Order (I) Authorizing and Approving the Settlement by and Between the Chapter 7 Trustee, the Connecticut Families, and the Texas Families and (II) Granting Related Relief* [Dkt. 1011]; and (3) *Trustee's Expedited Motion for Approval of and Authority to Compromise Pursuant to Bankruptcy Rule 9019* [Dkt. 1018], to be held on Thursday, January 23, 2025, at 9:00 a.m. (Central Time).

The Connecticut Families reserve the right to supplement, amend, or revise this Witness and Exhibit List at any time prior to the hearing. The Connecticut Families reserve the right to supplement the Witness and Exhibit List with new witnesses and additional exhibits. Further, the Connecticut Families reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Connecticut Families further reserve the right to introduce exhibits previously admitted.

## WITNESS LIST

The Connecticut Families may call the following witnesses at the hearing:

1. Any witness necessary to rebut the testimony of any witness called or designated by any other parties;
2. Any witness listed or called by any other party.

## EXHIBIT LIST

The Connecticut Families may offer for admission into evidence any of the following exhibits at the hearing:

| No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned cases or in *In re: Free Speech Systems LLC*, Case No. 22-60043 (CML) | | | | |
| | Any exhibits identified or offered by any other party | | | | |
| | Any exhibits necessary for impeachment and/or rebuttal purposes | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*[Remainder of page intentionally left blank]*

Respectfully submitted this 21st day of January 2025.

                **CAIN & SKARNULIS PLLC**
                By: /s/ Ryan E. Chapple
                Ryan E. Chapple
                State Bar No. 24036354
                303 Colorado Street, Suite 2850
                Austin, TX 78701
                Telephone:  (512) 477-5000
                Fax:  (512) 477-5011
                E-mail:  rchapple@cstrial.com

                **KOSKOFF KOSKOFF & BIEDER, PC**
                Alinor C. Sterling (admitted *pro hac vice*)
                350 Fairfield Avenue
                Bridgeport, CT 06604
                Telephone:  (203) 336-4421
                E-mail:  asterling@koskoff.com

                **PAUL, WEISS, RIFKIND,**
                **WHARTON & GARRISON LLP**
                Kyle J. Kimpler (admitted *pro hac vice*)
                Paul A. Paterson (admitted *pro hac vice*)
                Leslie Liberman (admitted *pro hac vice*)
                Vida Robinson (admitted *pro hac vice*)
                1285 Avenue of the Americas
                New York, NY 10019-6064
                Telephone:  (212) 373-3000
                Fax:  (212) 757-3990
                E-mail:  kkimpler@paulweiss.com
                E-mail:  ppaterson@paulweiss.com
                E-mail:  lliberman@paulweiss.com
                E-mail:  virobinson@paulweiss.com

                *Co-Counsel to the Connecticut Families*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List has been served on counsel for Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 21st day of January 2025.

                                             */s/ Ryan E. Chapple*
                                             Ryan E. Chapple