UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**ALEXANDER E. JONES,**<br><br>Debtor. | Chapter 7<br><br>Case No. 22-33553 (CML) |

**CERTIFICATE OF NO OBJECTION REGARDING
TRUSTEE'S EXPEDITED MOTION FOR ENTRY OF AN ORDER APPROVING
SETTLEMENT AMONGST THE TRUSTEE, PQPR HOLDINGS LIMITED LLC, DAVID
JONES, CAROL JONES, PLJR HOLDINGS LLC, AND JLJR HOLDINGS LLC PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**
[Relates to Dkt. No. 1005]

Christopher R. Murray in his capacity as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Alexander E. Jones ("**Alex Jones**") files this *Certificate of No Objection* ("**CNO**") relating to the *Trustee's Expedited Motion for Entry of an Order Approving Settlement Amongst the Trustee, PQPR Holdings Limited LLC, David Jones, Carol Jones, PLJR Holdings LLC, and JLJR Holdings LLC* Pursuant to Federal Rule of Bankruptcy Procedure 9019 ("**PQPR 9019 Motion**")[Dkt. 1005].

1. On January 3, 2024, the Trustee for the bankruptcy estate of Alexander E. Jones ("**Estate**"), filed the PQPR 9019 Motion.

2. The Court set a deadline of 12:00 p.m. (CST) on January 21, 2025 (the "**Response Deadline**") to respond or object to the PQPR 9019 Motion.

3. The Response Deadline has passed.

4. The undersigned represents to the Court that the Trustee is unaware of any objection or response to the PQPR 9019 Motion appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no party has filed an objection or response to the relief sought in the PQPR 9019 Motion.

5. Attached hereto is the proposed order approving the PQPR 9019 Motion (the "**Proposed Order**").

6. The Trustee respectfully requests that the Court enter the Proposed Order.

Dated: January 21, 2025.

> Respectfully submitted,
> **PORTER HEDGES LLP**
>
> By: */s/ Erin E. Jones*
> Erin E. Jones
> Texas Bar No. 24032478
> Jones Murray LLP
> 602 Sawyer Suite 400
> Houston, Tx 77007
> Telephone 832-529-1999
> erin@jonesmurray.com
>
> *and*
>
> Joshua W. Wolfshohl; TX Bar No. 24038592
> Michael B. Dearman; TX Bar No, 24116270
> Jordan T. Stevens; TX Bar No. 24106467
> Kenesha L. Starling; TX Bar No. 24114906
> Texas Bar No. 24038592
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> Telephone: (713) 226-6000
> Facsimile:  (713) 228-1331
> jwolfshohl@porterhedges.com
> mdearman@porterhedges.com
> jstevens@porterhedges.com
> kstarling@porterhedges.com
>
> **COUNSEL TO**
> **CHRISTOPHER R. MURRAY,**
> **CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I certify that on January 21, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

> */s/ Erin E. Jones*
> Erin E. Jones

2

17045686