UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | Case No. 22-33553 (CML) |
| Debtor. | § | |

**PQPR'S WITNESS AND EXHIBIT LIST
FOR THURSDAY, JANUARY 23, 2025, HYBRID HEARING ON
TRUSTEE'S EXPEDITED MOTION FOR ENTRY OF AN ORDER APPROVING
SETTLEMENT AMONGST THE TRUSTEE, PQPR HOLDINGS LIMITED LLC,
DAVID JONES, CAROL JONES, PLJR HOLDINGS LLC, AND JLJR HOLDINGS LLC
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019
[Relates to Dkt. No. 1005]**

PQPR Holdings Limited, LLC ("PQPR"), the secured creditor of the Debtor and a party-in-interest, respectfully submits this Witness and Exhibit List for the hybrid hearing to be held on Thursday, January 23, 2024, at 9:00 a.m. (prevailing Central Time) (the "Hearing") before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002, regarding the Trustee's Expedited Motion for Entry of an Order Approving Settlement Amongst the Trustee, PQPR Holdings Limited LLC, David Jones, Carol Jones, PLJR Holdings LLC, and JLJR Holdings LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 ("PQPR 9019 Motion")[Dkt. No. 1005].

1

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | Any document or pleading filed in the above-captioned cases or in *In re: Free Speech Systems LLC*, Case no. 22-60043 (CML) |  |  |  |  |
|  | Any exhibits identified or offered by any other party |  |  |  |  |
|  | Any exhibit necessary for impeachment and/or rebuttal |  |  |  |  |

Dated: January 21, 2025                                       Respectfully submitted,

          **STREUSAND, LANDON & OZBURN, LLP**

By:  */s/Stephen W. Lemmon*
      Stephen W. Lemmon
      Texas Bar. No. 12194500
      STREUSAND, LANDON, OZBURN & LEMMON, LLP
      1801 S. MoPac Expressway, Suite 320
      Austin, Texas 78746
      Telephone: (512) 236-9900
      Facsimile: (512) 236-9904
      lemmon@slollp.com

**ATTORNEYS FOR
PQPR HOLDINGS LIMITED, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 21st day of January, 2025.

          */s/ Stephen W. Lemmon*
          Stephen W. Lemmon