IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ALEXANDER E. JONES | § § § § § | CASE NO. 22-33553 (CML) |
| Debtor. | | Chapter 7 |

## ALEXANDER E. JONES EXHIBIT AND WITNESS LIST

Alexander E. Jones ("Debtor") files this Witness and Exhibit List for the hearing to be held on Thursday, January 23, 2025, at 9:00 a.m. (prevailing Central Time) before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

## **EXHIBITS**

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019 [Dkt #324] | | | | |
| 2. | Sealed Exhibit A [Dkt #325] | | | | |
| 3. | Emergency Motion of the Sandy Hook Post-Trial Families for Relief from the Automatic Stay [Dkt #38] | | | | |
| 4. | Agreed Order Modifying the Automatic Stay [Dkt #58] | | | | |
| 5. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case | | | | |
| 6. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |
| 7. | Any exhibit listed by any other party | | | | |

**WITNESSES**

1. Charles Murray
2. Representative of Texas Plaintiffs
3. Representative of Connecticut Plaintiffs
4. Vickie Driver (remote appearance)
5. Any witness and rebuttal witnesses listed by any other party.

Debtor reserves the right to amend and/or supplement this Witness and Exhibit List as necessary in advance of the Hearing. Jones Parties also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, Debtor reserves the right to introduce any previously admitted exhibit.

Dated: January 21, 2025

/s/ Shelby A. Jordan
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
**Jordan & Ortiz, P.C.**
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
             aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR ALEX JONES**

/s/ Ben Broocks
Ben C Broocks
State Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com

CO-COUNSEL FOR ALEX JONES

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on January 21, 2025 as well as the following parties.

/s/ *Shelby A. Jordan*
Shelby A. Jordan