UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ALEXANDER E. JONES,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-33553 (CML) |

**TRUSTEE'S WITNESS AND EXHIBIT LIST
FOR THURSDAY, JANUARY 23, 2025, HYBRID HEARING ON
TRUSTEE'S <u>EXPEDITED</u> MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND
APPROVING THE SETTLEMENT BY AND BETWEEN THE CHAPTER 7 TRUSTEE,
<u>THE CONNECTICUT FAMILIES AND (II) GRANTING RELATED RELIEF</u>
[Relates to Dkt. No. 1011]**

Christopher R. Murray in his capacity as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Alexander E. Jones ("**Alex Jones**") files this Witness and Exhibit List for the hybrid hearing to be held on Thursday, January 23, 2024, at 9:00 a.m. (prevailing Central Time) before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

**EXHIBITS**

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | *Trustee's <u>Expedited</u> Motion for Entry of an Order (I) Authorizing and Approving the Settlement by and Between the Chapter 7 Trustee, the Connecticut Families, and the Texas Families and (II) Granting Related Relief*, including proposed order [Dkt. No. 1011] | | | | | | |
| 2. | *Debtor's Motion for Approval of Compromise and Settlement Under Federal Bankruptcy Rule 9019* [Dkt. No. 324], inclusive of Exhibit A | | | | | | |
| 3. | *Declaration of Alexander E. Jones in Support of Debtor's Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019* [Dkt. No. 366] | | | | | | |

17045572

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 4. | *Agreed Order on Debtor's Motion for Approval of Compromise and Settlement of Under Federal Bankruptcy Rule 9019* [Dkt. No. 374] | | | | | | |
| 5. | *Debtor's Motion for Approval of Compromise and Settlement Under Federal Bankruptcy Rule 9019* [Case No. 22-60043, Dkt. No. 621], inclusive of Exhibit A | | | | | | |
| 6. | *Declaration of Alexander E. Jones in Support of Debtor's Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019* [Case No. 22-60043, Dkt. No. 662] | | | | | | |
| 7. | *Agreed Order on Debtor's Motion for Approval of Compromise and Settlement of Under Federal Bankruptcy Rule 9019* [Case No. 22-60043, Dkt. No. 673] | | | | | | |
| 8. | Debtor's *Amended Notice of Filing Solicitation Version of the Amended Plan of Reorganization* [Dkt. No. 590] | | | | | | |
| 9. | *Debtor's First Amended Plan of Reorganization Under Subchapter V of the Bankruptcy Code* [Case No. 22-60043, Dkt. No. 756] | | | | | | |
| 10. | Transcript of Alexander E. Jones' April 15, 2024, Deposition | | | | | | |
| 11. | *Case No. 22-33553 Claims Register* as of January 15, 2025 | | | | | | |
| 12. | *Case No. 22-60043 Claims Register* as of January 15, 2025 | | | | | | |
| 13. | Texas State Court Order granting Plaintiffs' Application for Turnover Order regarding *Neil Heslin and Scarlett Lewis v. Alex Jones and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001835, In the 261st Judicial District Court of Travis County, Texas | | | | | | |
| 14. | Texas Plaintiffs' Application for Post Judgement Writ of Garnishment regarding *Neil Heslin and Scarlett Lewis v. Alex Jones and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001835, In the 261st Judicial District Court of Travis County, Texas (inclusive of exhibits thereto) | | | | | | |

17045572

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 15. | Connecticut Families' *Application for Post-Judgment Turnover and Appointment of Receiver as to Judgment Debtor Alexander E. Jones,* Cause No. D-1-GN-24-004752, In the 261st Judicial District Court of Travis County, Texas | | | | | | |
| 16. | *Order Granting Trustee's Motions to Transfer Venue* regarding Texas Plaintiffs' Application for Turnover Order regarding *Neil Heslin and Scarlett Lewis v. Alex Jones and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001835, In the 261st Judicial District Court of Travis County, Texas [Case No. 24-03229, Dkt. No. 40] | | | | | | |
| 17. | *Order Granting Trustee's Motion to Transfer Venue* regarding Plaintiffs' Application for Post Judgement Writ of Garnishment regarding *Neil Heslin and Scarlett Lewis v. Alex Jones and Free Speech Systems, LLC*, Cause No. D-1-GN-18-001835, In the 261st Judicial District Court of Travis County, Texas [Case No. 24-03228, Dkt. No. 41] | | | | | | |
| 18. | *Claim No. 6 filed by Richard M. Coan, Trustee* [Dkt. No. 6-1] | | | | | | |
| 19. | *Claim No. 7 filed by Carlee Soto-Parisi* [Dkt. No. 7-1] | | | | | | |
| 20. | *Claim No. 8 filed by Carlos Soto* [Dkt. No. 8-1] | | | | | | |
| 21. | *Claim No. 9 filed by David Wheeler* [Dkt. No. 9-1] | | | | | | |
| 22. | *Claim No. 10 filed by Donna Soto* [Dkt. No. 10-1] | | | | | | |
| 23. | *Claim No. 11 filed by Erica L. Ash* [Dkt. No. 11-2] | | | | | | |
| 24. | *Claim No. 12 filed by Francine Wheeler* [Dkt. No. 12-1] | | | | | | |
| 25. | *Claim No. 13 filed by Ian Hockley* [Dkt. No. 13-1] | | | | | | |
| 26. | *Claim No. 14 filed by Jacqueline Barden* [Dkt. No. 14-1] | | | | | | |

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 27. | *Claim No. 15 filed by Jennifer Hensel* [Dkt. No. 15-1] | | | | | | |
| 28. | *Claim No. 16 filed by Jillian Soto-Marion* [Dkt. No. 16-1] | | | | | | |
| 29. | *Claim No. 17 filed by Mark Barden* [Dkt. No. 17-1] | | | | | | |
| 30. | *Claim No. 18 filed by Nicole Hockley* [Dkt. No. 18-1] | | | | | | |
| 31. | *Claim No. 19 filed by Robert Parker* [Dkt. No. 19-1] | | | | | | |
| 32. | *Claim No. 20 filed by William Aldenberg* [Dkt. No. 20-1] | | | | | | |
| 33. | *Claim No. 21 filed by William Sherlach* [Dkt. No. 21-1] | | | | | | |
| 34. | *Claim No. 23 filed by Neil Heslin* [Dkt. No. 23-1] | | | | | | |
| 35. | *Claim No. 24 filed by Veronique De La Rosa* [Dkt. No. 24-1] | | | | | | |
| 36. | *Claim No. 25 filed by Leonard Pozner* [Dkt. No. 25-1] | | | | | | |
| 37. | *Claim No. 27 filed by Scarlett Lewis* [Dkt. No. 27-2] | | | | | | |
| 38. | *Claim No. 28 filed by The Estate of Marcel Fontaine* [Dkt. No. 28-1] | | | | | | |
| 39. | Connecticut Supreme Court Opinion, *Lafferty v. Jones,* 366 Conn. 332 (2020) | | | | | | |
| 40. | Connecticut Appellate Court Opinion, *Lafferty v. Jones,* 229 Conn. App. 487 (Dec. 2024) | | | | | | |
| 41. | Connecticut District Court's June 18, 2019, Sanctions Ruling | | | | | | |
| 42. | Connecticut District Court November 15, 2021, Sanctions Ruling | | | | | | |
| 43. | Connecticut District Court November 18, 2021, Memorandum of Decision regarding Motions to Strike Nos. 297, 229, and 200 | | | | | | |
| 44. | Connecticut District Court December 22, 2022, Memorandum of Decision regarding Defendants' Motion to Set Aside the Verdict and for Remittitur Pursuant to General Statutes §52-228b and Practice Book § 16-35 | | | | | | |

17045572

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 45. | Texas Court of Appeals' August 14, 2020, *Heslin v Jones* Memorandum Opinion regarding Intentional Infliction of Emotional Distress | | | | | | |
| 46. | *Lafferty v. Jones* Petition for Writ of Certiorari filed by Jones on February 12, 2021 | | | | | | |
| 47. | Supreme Court of the United States Docket Sheet for *Lafferty v. Jones* | | | | | | |
| 48. | Texas Court of Appeals' November 5, 2019, *Jones v. Pozner* Memorandum Opinion | | | | | | |
| 49. | Texas Court of Appeals' March 25, 2020, *Jones v Heslin* Memorandum Opinion regarding Defamation | | | | | | |
| 50. | Texas Court of Appeals' October 24, 2019, *Fontaine v Infowars, LLC* Memorandum Opinion | | | | | | |
| 51. | Matters Resolved by Trustee's 9019 | | | | | | |
| 52. | Debtor/Trustee Allowed Claims Comparison | | | | | | |
| 53. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case or related adversary proceeding | | | | | | |
| 54. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| 55. | Any exhibit listed by any other party | | | | | | |

## **WITNESSES**

1. Christopher R. Murray, Trustee for the Alex Jones bankruptcy estate.

2. Any witness and rebuttal witnesses listed by any other party.

The Trustee reserves the right to amend and/or supplement this Witness and Exhibit List as necessary in advance of the Hearing. The Trustee also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, the Trustee reserves the right to introduce any previously admitted exhibit.

17045572

Dated: January 21, 2025.

        ized Respectfully submitted,
**PORTER HEDGES LLP**

By: */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl; TX Bar No. 24038592
Michael B. Dearman; TX Bar No, 24116270
Jordan T. Stevens; TX Bar No. 24106467
Kenesha L. Starling; TX Bar No. 24114906
Texas Bar No. 24038592
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331
jwolfshohl@porterhedges.com
mdearman@porterhedges.com
jstevens@porterhedges.com
kstarling@porterhedges.com

*and*

Erin E. Jones
Texas Bar No. 24032478
Jones Murray LLP
602 Sawyer Suite 400
Houston, Tx 77007
Telephone 832-529-1999
erin@jonesmurray.com

**COUNSEL TO
CHRISTOPHER R. MURRAY,
CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

     I certify that on January 21, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

                                              /s/ *Joshua W. Wolfshohl*
                                                 Joshua W. Wolfshohl

17045572