# EXHIBIT 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ALEXANDER E. JONES, | § | CASE NO. 22-33553 (CML) |
| | § | |
| DEBTOR, | § | |
| | § | |
| IN RE: | § | CHAPTER 11 |
| | § | |
| FREE SPEECH SYSTEMS LLC, | § | CASE NO. 22-60043 (CML) |
| | § | |
| DEBTOR. | § | |

## DECLARATION OF ALEXANDER E. JONES IN SUPPORT OF DEBTORS' MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

1. My name is Alexander Jones. I am at least 21 years of age, of sound mind, capable of making this Affidavit, and fully competent to testify to the matters stated herein. The facts contained in this affidavit are true and correct and are based on my own personal and first-hand knowledge.

2. I am aware of the proposed settlement set forth in Debtors' Motion for Approval of Compromise and Settlement under Federal Rule of Bankruptcy Procedure 9019 (the "9019 Motion").

3. Specifically, I am aware of and familiar with Exhibit A to the proposed order to the 9019 Motion and have agreed to the to the proposed claim amounts set forth therein for the purposes of bankruptcy voting and distribution.

4. I believe the proposed settlement is in the best interest of my bankruptcy estate to delay the additional expense of continued litigation and to allow for some of the largest claims in the bankruptcy to be liquidated for plan voting and distribution while I move towards confirming a plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 29, 2023.

*[signature: Alex Jones]*

Alexander E. Jones

## EXHIBIT A

Filed Under Seal