# EXHIBIT 11

# Southern District of Texas
# Claims Register

## [22-33553 Alexander E. Jones and Official Committee Of Unsecured Creditors](#) Converted 06/14/2024

**Bankruptcy Judge:** Christopher M. Lopez  **Chapter:** 7
**Office:** Houston  **Last Date to file claims:** 10/01/2024
**Trustee:** Christopher R Murray  **Last Date to file (Govt):** 06/07/2023

| | | |
|---|---|---|
| *Creditor:* (12335804)<br>American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 1**<br>*Original Filed Date*: 12/13/2022<br>*Original Entered Date*: 12/13/2022 | *Status:* Withdraw 602<br>*Filed by:* CR<br>*Entered by:* Shraddha Bharatia<br>*Modified:* |

Amount claimed: $149678.58

*History:*

Details  1-1  12/13/2022 Claim #1 filed by American Express National Bank, Amount claimed: $149678.58 (Bharatia, Shraddha)

602  02/14/2024 Withdrawal of Claim: 1 Filed by American Express National Bank (Cramer, Christopher) Status: Withdraw

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12339633)<br>Security Bank of Crawford<br>PO Box 90<br>Crawford, TX 76638-0090 | **Claim No: 2**<br>*Original Filed Date*: 01/27/2023<br>*Original Entered Date*: 01/27/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* John D Malone<br>*Modified:* |

Amount claimed: $80161.04
Secured claimed: $80161.04

*History:*

Details  2-1  01/27/2023 Claim #2 filed by Security Bank of Crawford, Amount claimed: $80161.04 (Malone, John)

*Description:* (2-1) 2021 Winnebego Adventurer (Motor Home)
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12339549)  History<br>City of Austin<br>c/o Austin Energy<br>4815 Muller<br>Austin, TX 78723 | **Claim No: 3**<br>*Original Filed Date*: 02/24/2023<br>*Original Entered Date*: 02/24/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 SierraThomasAnderson<br>*Modified:* |

Amount claimed: $86.60

*History:*

Details  3-1  02/24/2023 Claim #3 filed by City of Austin, Amount claimed: $86.60 (SierraThomasAnderson, 4)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12339576)<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 4**<br>*Original Filed Date*: 03/02/2023<br>*Original Entered Date*: 03/02/2023<br>*Last Amendment Filed*: 01/18/2024<br>*Last Amendment Entered*: 01/18/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Annie L Ray<br>*Modified:* |

Amount  claimed: $0.00
Secured claimed: $0.00
Priority   claimed: $0.00

*History:*

| Details | 4-1 | 03/02/2023 Claim #4 filed by Internal Revenue Service, Amount claimed: $558984.64 (Ray, Annie) |
|---|---|---|
| Details | 4-2 | 06/06/2023 Amended Claim #4 filed by Internal Revenue Service, Amount claimed: $586884.64 (Ray, Annie) |
| Details | 4-3 | 11/14/2023 Amended Claim #4 filed by Internal Revenue Service, Amount claimed: $586884.64 (Ray, Annie) |
| Details | 4-4 | 01/18/2024 Amended Claim #4 filed by Internal Revenue Service, Amount claimed: $0.00 (Ray, Annie) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12339627)<br>Reeves Law, PLLC<br>Attn Bradley Reeves<br>702 Rio Grande St., Ste 203<br>Austin, TX 78701 | **Claim No: 5**<br>*Original Filed Date*: 03/10/2023<br>*Original Entered Date*: 03/10/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Bradley J. Reeves<br>*Modified:* |

Amount claimed: $24611.13

*History:*

| Details | 5-1 | 03/10/2023 Claim #5 filed by Reeves Law, PLLC, Amount claimed: $24611.13 (Reeves, Bradley) |
|---|---|---|

*Description:* (5-1) For legal services rendered
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12339630)<br>Richard Coan<br>Chapter 7 Trustee for Debtor Erica Laffe<br>c/o Eric Henry<br>10 Middle Street<br>Bridgeport, CT 06604-4257 | **Claim No: 6**<br>*Original Filed Date*: 04/04/2023<br>*Original Entered Date*: 04/04/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $111429303.73

*History:*

| Details | 6-1 | 04/04/2023 Claim #6 filed by Richard Coan, Amount claimed: $111429303.73 (Chapple, Ryan) |
|---|---|---|
| | 705 | 06/13/2024 Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant */Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (6-1) Connecticut Judgment
*Remarks:* (6-1) See Exhibits A-F

| | | |
|---|---|---|
| *Creditor:* (12339543)<br>Carlee Soto-Parisi<br>c/o Ryan Chapple<br>Cain & Skarnulis | **Claim No: 7**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

*History:*

| Details | 7-1 | 04/05/2023 Claim #7 filed by Carlee Soto-Parisi, Amount claimed: $98099304.00 (Chapple, Ryan) |
|---|---|---|
| | 705 | 06/13/2024 Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant */Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (7-1) Connecticut Judgment. See Exhibits A-D.
*Remarks:*

303 Colorado Street, Ste 2850
Austin, TX 78701
  Amount claimed: $98099304.00

*History:*

| | | | |
|---|---|---|---|
| Details | 7-1 | 04/05/2023 | Claim #7 filed by Carlee Soto-Parisi, Amount claimed: $98099304.00 (Chapple, Ryan) |
| | 705 | 06/13/2024 | Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant */Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (7-1) Connecticut Judgment. See Exhibits A-D.
*Remarks:*

*Creditor:*   (12339544)
Carlos Soto
c/o Ryan Chapple
Cain & Skarnulis
303 Colorado Street, Ste 2850
Austin, TX 78701

**Claim No: 8**
*Original Filed Date*: 04/05/2023
*Original Entered Date*: 04/05/2023

*Status:*
*Filed by:* CR
*Entered by:* Ryan E Chapple
*Modified:*

  Amount claimed: $86899303.73

*History:*

| | | | |
|---|---|---|---|
| Details | 8-1 | 04/05/2023 | Claim #8 filed by Carlos Soto, Amount claimed: $86899303.73 (Chapple, Ryan) |
| | 705 | 06/13/2024 | Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant */Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (8-1) Connecticut Judgment. See Exhibits A-D.
*Remarks:*

*Creditor:*   (12339670)
Wheeler, David
c/o Ryan Chapple
Cain & Skarnulis
303 Colorado Street, Ste 2850
Austin, TX 78701

**Claim No: 9**
*Original Filed Date*: 04/05/2023
*Original Entered Date*: 04/05/2023

*Status:*
*Filed by:* CR
*Entered by:* Ryan E Chapple
*Modified:*

  Amount claimed: $83429303.73

*History:*

| | | | |
|---|---|---|---|
| Details | 9-1 | 04/05/2023 | Claim #9 filed by Wheeler, David, Amount claimed: $83429303.73 (Chapple, Ryan) |
| | 705 | 06/13/2024 | Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant */Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (9-1) Connecticut Judgment. See Exhibits A-D.
*Remarks:*

*Creditor:*   (12339557)
Donna Soto
c/o Ryan Chapple
Cain & Skarnulis
303 Colorado Street, Ste 2850
Austin, TX 78701

**Claim No: 10**
*Original Filed Date*: 04/05/2023
*Original Entered Date*: 04/05/2023

*Status:*
*Filed by:* CR
*Entered by:* Ryan E Chapple
*Modified:*

  Amount claimed: $74099303.73

*History:*

| | | | |
|---|---|---|---|
| Details | 10-1 | 04/05/2023 | Claim #10 filed by Donna Soto, Amount claimed: $74099303.73 (Chapple, Ryan) |
| | 705 | 06/13/2024 | Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant */Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (10-1) Connecticut Judgment. See Exhibits A-D.
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (12630712)<br>Erica L. Ash<br>c/o Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado St., Suite 2850<br>Austin, Texas 78701   [Claimant History](#) | **Claim No: 11**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023<br>*Last Amendment Filed*: 02/01/2024<br>*Last Amendment Entered*: 02/01/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* | |

  Amount claimed: $111429303.73

*History:*

| | | | |
|---|---|---|---|
| Details | 11-1 | 04/05/2023 | Claim #11 filed by Erica Lafferty, Amount claimed: $111429303.73 (Chapple, Ryan) |
| Details | 11-2 | 02/01/2024 | Amended Claim #11 filed by Erica L. Ash, Amount claimed: $111429303.73 (Chapple, Ryan) |
| | 705 | 06/13/2024 | Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant */Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (11-1) Connecticut Judgment. See Exhibits A-F.
(11-2) Connecticut Judgment

*Remarks:* (11-2) See Exhibits A-H

| | | |
|---|---|---|
| *Creditor:* (12339566)<br>Francine Wheeler<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701 | **Claim No: 12**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $82099303.73

*History:*

| | | | |
|---|---|---|---|
| Details | 12-1 | 04/05/2023 | Claim #12 filed by Francine Wheeler, Amount claimed: $82099303.73 (Chapple, Ryan) |
| | 705 | 06/13/2024 | Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant */Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (12-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12339573)<br>Ian Hockley<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701 | **Claim No: 13**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $118899303.73

*History:*

| | | | |
|---|---|---|---|
| Details | 13-1 | 04/05/2023 | Claim #13 filed by Ian Hockley, Amount claimed: $118899303.73 (Chapple, Ryan) |
| | 705 | 06/13/2024 | Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant */Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (13-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12339578)<br>Jacqueline Barden<br>c/o Ryan Chapple<br>Cain & Skarnulis | **Claim No: 14**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

*History:*

| | | | |
|---|---|---|---|
| Details | 14-1 | 04/05/2023 | Claim #14 filed by Jacqueline Barden, Amount claimed: $48499303.73 (Chapple, Ryan) |

*Description:* (14-1) Connecticut Judgment. See Exhibits A-D.
*Remarks:*

303 Colorado Street, Ste 2850
Austin, TX 78701
  Amount claimed: $48499303.73

*History:*

Details    14-1   04/05/2023 Claim #14 filed by Jacqueline Barden, Amount claimed: $48499303.73 (Chapple, Ryan)
*Description:* (14-1) Connecticut Judgment. See Exhibits A-D.
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*       (12339579)<br>Jennifer Hensel<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701 | **Claim No: 15**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $79429303.73

*History:*

Details    15-1   04/05/2023 Claim #15 filed by Jennifer Hensel, Amount claimed: $79429303.73 (Chapple, Ryan)
*Description:* (15-1) Connecticut Judgment. See Exhibits A-D.
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*       (12339582)<br>Jillian Soto-Marino<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701 | **Claim No: 16**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $101829303.73

*History:*

Details    16-1   04/05/2023 Claim #16 filed by Jillian Soto-Marino, Amount claimed: $101829303.73 (Chapple, Ryan)
*Description:* (16-1) Connecticut Judgment. See Exhibits A-D.
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*       (12339595)<br>Mark Barden<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701 | **Claim No: 17**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $86899303.73

*History:*

Details    17-1   04/05/2023 Claim #17 filed by Mark Barden, Amount claimed: $86899303.73 (Chapple, Ryan)
*Description:* (17-1) Connecticut Judgment. See Exhibits A-D
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*       (12339604)<br>Nicole Hockley<br>c/o Ryan Chapple<br>Cain & Skarnulis | **Claim No: 18**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

*History:*

Details    18-1   04/05/2023 Claim #18 filed by Nicole Hockley, Amount claimed: $108229303.73 (Chapple, Ryan)
*Description:* (18-1) Connecticut Judgment. See Exhibits A-D
*Remarks:*

303 Colorado Street, Ste 2850
Austin, TX 78701
  Amount claimed: $108229303.73

*History:*

Details   18-1   04/05/2023 Claim #18 filed by Nicole Hockley, Amount claimed: $108229303.73 (Chapple, Ryan)

*Description:* (18-1) Connecticut Judgment. See Exhibits A-D
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (12339631) <br> Robert Parker <br> c/o Ryan Chapple <br> Cain & Skarnulis <br> 303 Colorado Street, Ste 2850 <br> Austin, TX 78701 | **Claim No: 19** <br> *Original Filed Date*: 04/05/2023 <br> *Original Entered Date*: 04/05/2023 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Ryan E Chapple <br> *Modified:* |

  Amount claimed: $170099303.73

*History:*

Details   19-1   04/05/2023 Claim #19 filed by Robert Parker, Amount claimed: $170099303.73 (Chapple, Ryan)

*Description:* (19-1) Connecticut Judgment. See Exhibits A-D
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (12339672) <br> William Aldenberg <br> c/o Ryan Chapple <br> Cain & Skarnulis <br> 303 Colorado Street, Ste 2850 <br> Austin, TX 78701 | **Claim No: 20** <br> *Original Filed Date*: 04/05/2023 <br> *Original Entered Date*: 04/05/2023 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Ryan E Chapple <br> *Modified:* |

  Amount claimed: $130099303.73

*History:*

Details   20-1   04/05/2023 Claim #20 filed by William Aldenberg, Amount claimed: $130099303.73 (Chapple, Ryan)

*Description:* (20-1) Connecticut Judgment. See Exhibits A-D.
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (12339671) <br> William Sherlach <br> c/o Ryan Chapple <br> Cain & Skarnulis <br> 303 Colorado Street, Ste 2850 <br> Austin, TX 78701 | **Claim No: 21** <br> *Original Filed Date*: 04/05/2023 <br> *Original Entered Date*: 04/05/2023 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Ryan E Chapple <br> *Modified:* |

  Amount claimed: $58099303.73

*History:*

Details   21-1   04/05/2023 Claim #21 filed by William Sherlach, Amount claimed: $58099303.73 (Chapple, Ryan)

*Description:* (21-1) Connecticut Judgment. See Exhibits A-D.
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (12403767) <br> Bank of America N.A. <br> PO Box 31785 <br> Tampa, FL 33631 | **Claim No: 22** <br> *Original Filed Date*: 04/06/2023 <br> *Original Entered Date*: 04/06/2023 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Yoshie Valadez <br> *Modified:* |

*History:*

Details   22-1   04/06/2023 Claim #22 filed by Bank of America N.A., Amount claimed: $26354.73 (Valadez, Yoshie)

*Description:* (22-1) 7405 Whispering Winds Drive, Austin, TX 78745-5247
*Remarks:* (22-1) Total pre-petition arrearage: $6,185.74

   Amount  claimed: $26354.73
   Secured claimed: $26354.73

*History:*
   Details    22-1  04/06/2023  Claim #22 filed by Bank of America N.A., Amount claimed: $26354.73 (Valadez, Yoshie)

*Description:* (22-1) 7405 Whispering Winds Drive, Austin, TX 78745-5247

*Remarks:* (22-1) Total pre-petition arrearage: $6,185.74

---

| | | |
|---|---|---|
| *Creditor:*     (12339603)<br>Neil Heslin<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002 | **Claim No: 23**<br>*Original Filed Date*: 04/11/2023<br>*Original Entered Date*: 04/11/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarrod B. Martin<br>*Modified:* |

  Amount claimed: $27196411.90

*History:*
   Details    23-1  04/11/2023  Claim #23 filed by Neil Heslin, Amount claimed: $27196411.90 (Martin, Jarrod)
           704   06/13/2024  Objection to Claim Number 23,24,25,27,28 by Claimant
                             */Texas Plaintiffs, Heslin, De La Rosa, Pozner, Lewis and Fontaine* (Stephenson, Christina)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*     (12339664)<br>Veronique De La Rosa<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002 | **Claim No: 24**<br>*Original Filed Date*: 04/11/2023<br>*Original Entered Date*: 04/11/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarrod B. Martin<br>*Modified:* |

*No amounts claimed*

*History:*
   Details    24-1  04/11/2023  Claim #24 filed by Veronique De La Rosa, Amount claimed: (Martin, Jarrod)
           704   06/13/2024  Objection to Claim Number 23,24,25,27,28 by Claimant
                             */Texas Plaintiffs, Heslin, De La Rosa, Pozner, Lewis and Fontaine* (Stephenson, Christina)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*     (12339589)<br>Leonard Pozner<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002 | **Claim No: 25**<br>*Original Filed Date*: 04/11/2023<br>*Original Entered Date*: 04/11/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarrod B. Martin<br>*Modified:* |

*No amounts claimed*

*History:*
   Details    25-1  04/11/2023  Claim #25 filed by Leonard Pozner, Amount claimed: (Martin, Jarrod)
           704   06/13/2024  Objection to Claim Number 23,24,25,27,28 by Claimant
                             */Texas Plaintiffs, Heslin, De La Rosa, Pozner, Lewis and Fontaine* (Stephenson, Christina)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12404972)<br>Free Speech Systems, LLC<br>3019 Alvin Devane, Suite 350<br>Austin, Texas 78741 | **Claim No: 26**<br>*Original Filed Date*: 04/11/2023<br>*Original Entered Date*: 04/11/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Raymond William Battaglia<br>*Modified:* |

Amount claimed: $0.00

*History:*

Details  26-1  04/11/2023 Claim #26 filed by Free Speech Systems, LLC, Amount claimed: $0.00 (Battaglia, Raymond)

*Description:* (26-1) Contribution Claims for damages awarded in Sandy Hook lawsuits

*Remarks:* (26-1) Claim is unliquidated and contingent

| | | |
|---|---|---|
| *Creditor:* (12339632)<br>Scarlett Lewis<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002 | **Claim No: 27**<br>*Original Filed Date*: 04/11/2023<br>*Original Entered Date*: 04/11/2023<br>*Last Amendment Filed*: 04/11/2023<br>*Last Amendment Entered*: 04/11/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarrod B. Martin<br>*Modified:* |

Amount claimed: $22847962.90

*History:*

Details  27-1  04/11/2023 Claim #27 filed by Scarlett Lewis, Amount claimed: $22847962.90 (Martin, Jarrod)

Details  27-2  04/11/2023 Amended Claim #27 filed by Scarlett Lewis, Amount claimed: $22847962.90 (Martin, Jarrod)

 704  06/13/2024 Objection to Claim Number 23,24,25,27,28 by Claimant
*/Texas Plaintiffs, Heslin, De La Rosa, Pozner, Lewis and Fontaine* (Stephenson, Christina)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12339594)<br>The Estate of Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attn Avi Moshenberg<br>100 Fannin, Ste 2700<br>Houston, TX 77002-6774 | **Claim No: 28**<br>*Original Filed Date*: 04/11/2023<br>*Original Entered Date*: 04/11/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarrod B. Martin<br>*Modified:* |

No amounts claimed

*History:*

Details  28-1  04/11/2023 Claim #28 filed by The Estate of Marcel Fontaine, Amount claimed: (Martin, Jarrod)

 704  06/13/2024 Objection to Claim Number 23,24,25,27,28 by Claimant
*/Texas Plaintiffs, Heslin, De La Rosa, Pozner, Lewis and Fontaine* (Stephenson, Christina)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12735884)<br>U.S. Trustee's Office<br>**(ADMINISTRATIVE)**<br>515 Rusk Avenue, Suite 3516<br>Houston, Texas 77002 | **Claim No: 29**<br>*Original Filed Date*: 07/23/2024<br>*Original Entered Date*: 07/23/2024<br>*Last Amendment Filed*: 11/21/2024<br>*Last Amendment Entered*: 11/21/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jayson B. Ruff<br>*Modified:* |

Admin claimed: $51479.92

*History:*

Details  29-1  07/23/2024 Claim #29 filed by U.S. Trustee's Office, Admin claimed: $50001.92 (Ruff, Jayson)

Details  29-2  11/21/2024 Amended Claim #29 filed by U.S. Trustee's Office, Admin claimed: $51479.92 (Ruff, Jayson)

*Description:* (29-1) Quarterly Fees
(29-2) Quarterly Fees

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12765154)<br>Travis County c/o Jason A. Starks<br>PO Box 1748<br>Austin, Texas 78767 | **Claim No: 30**<br>*Original Filed Date*: 09/06/2024<br>*Original Entered Date*: 09/06/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jason Starks<br>*Modified:* |

Amount claimed: $86209.13
Secured claimed: $86209.13

*History:*

Details  30-1  09/06/2024 Claim #30 filed by Travis County c/o Jason A. Starks, Amount claimed: $86209.13 (Starks, Jason)

*Description:* (30-1) Austin Shiprock Publishing, LLC
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12767925)<br>ATX HD<br>1405 W Avenue A<br>Lampasas, TX 76550 | **Claim No: 31**<br>*Original Filed Date*: 09/11/2024<br>*Original Entered Date*: 09/12/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 2 FrancesCarbiaTERM<br>*Modified:* |

Amount claimed: $200661.90

*History:*

Details  31-1  09/11/2024 Claim #31 filed by ATX HD, Amount claimed: $200661.90 (FrancesCarbiaTERM, 2)

*Description:* (31-1) lease
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12787882)<br>The Langley Law Firm PC<br>1803 West Avenue<br>Austin, TX 78701 | **Claim No: 32**<br>*Original Filed Date*: 10/07/2024<br>*Original Entered Date*: 10/07/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 2 FrancesCarbiaTERM<br>*Modified:* |

Amount claimed: $6314.00

*History:*

Details  32-1  10/07/2024 Claim #32 filed by The Langley Law Firm PC, Amount claimed: $6314.00 (FrancesCarbiaTERM, 2)

*Description:* (32-1) services performed
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12814618)<br>Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | **Claim No: 33**<br>*Original Filed Date*: 11/20/2024<br>*Original Entered Date*: 11/20/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Silvia Brown<br>*Modified:* |

Amount claimed: $33399.64
Priority claimed: $33399.64

*History:*

Details  33-1  11/20/2024 Claim #33 filed by Comptroller of Public Accounts, Amount claimed: $33399.64 (Brown, Silvia)

*Description:* (33-1) SALES AND USE TAX CH. 151,(321,322,323)
*Remarks:* (33-1) ADMINISTRATIVE EXPENSE CLAIM

# Claims Register Summary

**Case Name:** Alexander E. Jones and Official Committee Of Unsecured Creditors
**Case Number:** 22-33553

**Chapter:** 7
**Date Filed:** 12/02/2022
**Total Number Of Claims:** 33

| Total Amount Claimed* | $1600220711.50 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $192724.90 | |
| **Priority** | $33399.64 | |
| **Administrative** | $51479.92 | |

| **PACER Service Center** ||||
|---|---|---|---|
| **Transaction Receipt** ||||
| 01/15/2025 11:19:23 ||||
| **PACER Login:** | Kstarling | **Client Code:** | 018577/0001-KLS |
| **Description:** | Claims Register | **Search Criteria:** | 22-33553 Filed or Entered From: 1/17/2020 Filed or Entered To: 12/31/2025 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |