# EXHIBIT 12

# Southern District of Texas
# Claims Register

## 22-60043 Free Speech Systems LLC and Official Committee of Unsecured Creditors of Alexa **Debtor dismissed** 06/21/2024

| | |
|---|---|
| **Bankruptcy Judge:** Christopher M. Lopez | **Chapter:** 11 |
| **Office:** Houston | **Last Date to file claims:** 10/07/2022 |
| **Trustee:** Christopher R Murray Melissa A Haselden | **Last Date to file (Govt):** 02/07/2023 |

*Creditor:* (12280526)
Alex Emeric Jones
c/o Jordan & Ortiz, P.C.
Attention: Shelby Jordan
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78401

**Claim No: 1**
*Original Filed Date*: 08/02/2022
*Original Entered Date*: 08/02/2022

Status:
*Filed by:* CR
*Entered by:* Shelby A Jordan
*Modified:*

*No amounts claimed*

*History:*

Details  1-1  08/02/2022 Claim #1 filed by Alex Emeric Jones, Amount claimed: (Jordan, Shelby)

*Description:* (1-1) See POC Exhibit A
*Remarks:* (1-1) Unknown claim amount

---

*Creditor:* (12280481)
Security Bank of Crawford
6688 North Lone Star Parkway
PO Box 90
Crawford, TX 76638

**Claim No: 2**
*Original Filed Date*: 08/30/2022
*Original Entered Date*: 08/30/2022

Status:
*Filed by:* CR
*Entered by:* John D Malone
*Modified:*

Amount  claimed: $80161.04
Secured claimed: $80161.04

*History:*

Details  2-1  08/30/2022 Claim #2 filed by Security Bank of Crawford, Amount claimed: $80161.04 (Malone, John)

*Description:* (2-1) 2021 Winnebego Adventurer motor home
*Remarks:*

---

*Creditor:* (12295421)
De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 190087

**Claim No: 3**
*Original Filed Date*: 09/06/2022
*Original Entered Date*: 09/06/2022

Status:
*Filed by:* CR
*Entered by:* 4 DMcKinnieRichardson
*Modified:*

Amount  claimed: $50537.28
Secured claimed:       $0.00
Priority  claimed:       $0.00

*History:*

Details  3-1  09/06/2022 Claim #3 filed by De Lage Landen Financial Services, Inc., Amount claimed: $50537.28
              (DMcKinnieRichardson, 4)

*Description:*
*Remarks:*

*Creditor:* (12280488)  [History]  **Claim No: 4**  *Status:*
Spectrum Enterprise aka Time Warner Cable  *Original Filed Date:* 09/06/2022  *Filed by:* CR
1600 Dublin Road  *Original Entered Date:* 09/07/2022  *Entered by:* 4 DMcKinnieRichardson
Columbus, OH 43215  *Modified:*

Amount claimed: $1775.76
Secured claimed:    $0.00
Priority claimed:   $0.00

*History:*

[Details] ● [4-1]  09/06/2022 Claim #4 filed by Spectrum Enterprise aka Time Warner Cable, Amount claimed: $1775.76 (DMcKinnieRichardson, 4)

*Description:*
*Remarks:*

*Creditor:* (12298030)  **Claim No: 5**  *Status:*
Comptroller of Public Accounts  *Original Filed Date:* 09/13/2022  *Filed by:* CR
C/O Office of the Attorney General  *Original Entered Date:* 09/13/2022  *Entered by:* Catherine Ledesma Coy
Bankruptcy - Collections Division MC-008  *Modified:*
PO Box 12548
Austin TX 78711-2548

Amount claimed: $16628.19
Priority claimed: $15118.61

*History:*

[Details] ● [5-1]  09/13/2022 Claim #5 filed by Comptroller of Public Accounts, Amount claimed: $16628.19 (Coy, Catherine)

*Description:* (5-1) Franchise Tax Ch. 171
*Remarks:* (5-1) General unsecured amount $ 1,509.58

*Creditor:* (12298030)  **Claim No: 6**  *Status:* Withdraw [377]
Comptroller of Public Accounts  *Original Filed Date:* 09/13/2022  *Filed by:* CR
C/O Office of the Attorney General  *Original Entered Date:* 09/13/2022  *Entered by:* Catherine Ledesma Coy
Bankruptcy - Collections Division MC-008  *Modified:*
PO Box 12548
Austin TX 78711-2548

Amount claimed: $93593.90
Priority claimed: $86169.06

*History:*

[Details] ● [6-1]  09/13/2022 Claim #6 filed by Comptroller of Public Accounts, Amount claimed: $93593.90 (Coy, Catherine)

[377]  01/09/2023 Withdrawal of Claim: 6 (Tran, Tommy) Status: Withdraw

*Description:* (6-1) Sales and Use Tax Ch. 151 (321, 322, 323)
*Remarks:* (6-1) General unsecured amount $ 7,424.84

*Creditor:* (12298292)  **Claim No: 7**  *Status:* Withdraw [812]
American Express National Bank  *Original Filed Date:* 09/14/2022  *Filed by:* CR
c/o Becket and Lee LLP  *Original Entered Date:* 09/14/2022  *Entered by:* Greg Deegan
*Modified:*

*History:*

[Details] ● [7-1]  09/14/2022 Claim #7 filed by American Express National Bank, Amount claimed: $199678.58 (Deegan, Greg)

[812]  02/14/2024 Withdrawal of Claim: 7 Filed by American Express National Bank (Cramer, Christopher) Status: Withdraw

*Description:*
*Remarks:*

PO Box 3001
Malvern PA 19355-0701

  Amount claimed: $199678.58

*History:*

| Details | 7-1 | 09/14/2022 | Claim #7 filed by American Express National Bank, Amount claimed: $199678.58 (Deegan, Greg) |
|---|---|---|---|
|  | 812 | 02/14/2024 | Withdrawal of Claim: 7 Filed by American Express National Bank (Cramer, Christopher) Status: Withdraw |

*Description:*
*Remarks:*

| *Creditor:* (12301671) | **Claim No: 8** | *Status:* |
|---|---|---|
| Travis County c/o Jason A. Starks | *Original Filed Date*: 09/22/2022 | *Filed by:* CR |
| PO Box 1748 | *Original Entered Date*: 09/22/2022 | *Entered by:* Jason Starks |
| Austin, Texas 78767 | *Last Amendment Filed*: 12/20/2022 | *Modified:* |
|  | *Last Amendment Entered*: 12/20/2022 |  |

  Amount claimed: $9532.23
  Secured claimed: $9532.23

*History:*

| Details | 8-1 | 09/22/2022 | Claim #8 filed by Travis County c/o Jason A. Starks, Amount claimed: $9282.89 (Starks, Jason) |
|---|---|---|---|
| Details | 8-2 | 12/20/2022 | Amended Claim #8 filed by Travis County c/o Jason A. Starks, Amount claimed: $9532.23 (Starks, Jason) |

*Description:* (8-1) Estimated 2022 Proof of Claim
*Remarks:*

| *Creditor:* (12307873) | **Claim No: 9** | *Status:* |
|---|---|---|
| Reeves Law, PLLC | *Original Filed Date*: 10/05/2022 | *Filed by:* CR |
| Attn: Bradley Reeves | *Original Entered Date*: 10/05/2022 | *Entered by:* Bradley J. Reeves |
| 702 Rio Grande St., Suite 203 |  | *Modified:* |
| Austin, TX 78701 |  |  |

  Amount claimed: $36436.63

*History:*

| Details | 9-1 | 10/05/2022 Claim #9 filed by Reeves Law, PLLC, Amount claimed: $36436.63 (Reeves, Bradley) |
|---|---|---|

*Description:* (9-1) For legal services rendered
*Remarks:*

| *Creditor:* (12280473)  History | **Claim No: 10** | *Status:* |
|---|---|---|
| Randazza Legal Group, PLLC | *Original Filed Date*: 10/05/2022 | *Filed by:* CR |
| 2764 Lake Sahara Drive, Suite 109 | *Original Entered Date*: 10/05/2022 | *Entered by:* 4 AntonioBanda |
| Las Vegas, NV 89117 |  | *Modified:* |
| 702-420-2001 |  |  |
| ecf@randazza.com |  |  |

  Amount claimed: $153826.91

*History:*

| Details | 10-1 | 10/05/2022 Claim #10 filed by Randazza Legal Group, PLLC, Amount claimed: $153826.91 (AntonioBanda, 4) |
|---|---|---|

*Description:* (10-1) Services performed, unpaid expenses
*Remarks:*

*Creditor:* (12280462)  
PQPR Holdings Limited, LLC  
c/o Stephen Lemmon  
1801 S. Mopac Expressway  
Suite 320  
Austin, TX 78746

**Claim No: 11**  
*Original Filed Date*: 10/06/2022  
*Original Entered Date*: 10/06/2022

*Status:*  
*Filed by:* CR  
*Entered by:* Stephen Wayne Lemmon  
*Modified:*

Amount claimed: $68154691.46  
Secured claimed: $68154691.46

*History:*

Details 11-1 10/06/2022 Claim #11 filed by PQPR Holdings Limited, LLC, Amount claimed: $68154691.46 (Lemmon, Stephen)

*Description:* (11-1) good sold,unpaid acct resulting in 2 promissory notes and subsequent additional unpaid goods sold  
*Remarks:*

*Creditor:* (12280397) History  
City of Austin  
c/o Austin Energy  
4815 Mueller Blvd.  
Austin, TX 78723

**Claim No: 12**  
*Original Filed Date*: 10/06/2022  
*Original Entered Date*: 10/11/2022

*Status:*  
*Filed by:* CR  
*Entered by:* 4 SierraThomasAnderson  
*Modified:*

Amount claimed: $4127.65

*History:*

Details 12-1 10/06/2022 Claim #12 filed by City of Austin, Amount claimed: $4127.65 (SierraThomasAnderson, 4)

*Description:*  
*Remarks:*

*Creditor:* (12517852)  
Ian Hockley  
c/o Kyle Kimpler  
Paul Weiss Rifkind Wharton & Garrison  
1285 Avenue of the Americas  
New York, NY 10019  Claimant History

**Claim No: 13**  
*Original Filed Date*: 10/07/2022  
*Original Entered Date*: 10/11/2022  
*Last Amendment Filed*: 09/01/2023  
*Last Amendment Entered*: 09/01/2023

*Status:*  
*Filed by:* CR  
*Entered by:* Ryan E Chapple  
*Modified:*

Amount claimed: $118899303.73

*History:*

Details 13-1 10/07/2022 Claim #13 filed by Ian Hockley, Amount claimed: $0.00 (SierraThomasAnderson, 4)  
Details 13-2 09/01/2023 Amended Claim #13 filed by Ian Hockley, Amount claimed: $118899303.73 (Chapple, Ryan)

*Description:* (13-2) Connecticut Judgment  
*Remarks:*

*Creditor:* (12517820)  
Francine Wheeler  
c/o Kyle Kimpler  
Paul Weiss Rifkind Wharton & Garrison  
1285 Avenue of the Americas  
New York, NY 10019  Claimant History

**Claim No: 14**  
*Original Filed Date*: 10/07/2022  
*Original Entered Date*: 10/11/2022  
*Last Amendment Filed*: 09/01/2023  
*Last Amendment Entered*: 09/01/2023

*Status:*  
*Filed by:* CR  
*Entered by:* Ryan E Chapple  
*Modified:*

Amount claimed: $82099303.73

*History:*

Details 14-1 10/07/2022 Claim #14 filed by Francine Wheeler, Amount claimed: $0.00 (SierraThomasAnderson, 4)  
Details 14-2 09/01/2023 Amended Claim #14 filed by Francine Wheeler, Amount claimed: $82099303.73 (Chapple, Ryan)

*Description:* (14-2) Connecticut Judgment  
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517851)<br>David Wheeler<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019   Claimant History | **Claim No: 15**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/11/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $83429303.73

*History:*

Details   15-1   10/07/2022 Claim #15 filed by David Wheeler, Amount claimed: (JoanDavenport, 4)

Details   15-2   09/01/2023 Amended Claim #15 filed by David Wheeler, Amount claimed: $83429303.73 (Chapple, Ryan)

*Description:* (15-1) no amount reflected on claim
(15-2) Connecticut Judgment
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517867)<br>Jacqueline Barden<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019   Claimant History | **Claim No: 16**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/11/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $48499303.73

*History:*

Details   16-1   10/07/2022 Claim #16 filed by Jacqueline Barden, Amount claimed: (JoanDavenport, 4)

Details   16-2   09/01/2023 Amended Claim #16 filed by Jacqueline Barden, Amount claimed: $48499303.73 (Chapple, Ryan)

*Description:* (16-1) no amount reflected on proof of claim
(16-2) Connecticut Judgment
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12309268)<br>Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | **Claim No: 17**<br>*Original Filed Date*: 10/11/2022<br>*Original Entered Date*: 10/11/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Arvind Rawal<br>*Modified:* |

Amount claimed: $34916.17

*History:*

Details   17-1   10/11/2022 Claim #17 filed by Ally Bank c/o AIS Portfolio Services, LLC, Amount claimed: $34916.17 (Rawal, Arvind)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12309268)<br>Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | **Claim No: 18**<br>*Original Filed Date*: 10/11/2022<br>*Original Entered Date*: 10/11/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Arvind Rawal<br>*Modified:* |

Amount claimed: $37749.21

*History:*

Details   18-1   10/11/2022 Claim #18 filed by Ally Bank c/o AIS Portfolio Services, LLC, Amount claimed: $37749.21 (Rawal, Arvind)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12630706)<br>Erica L. Ash<br>c/o Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado St., Suite 2850<br>Austin, Texas 78701   Claimant History | **Claim No: 19**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 02/01/2024<br>*Last Amendment Entered*: 02/01/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $111429303.73

*History:*

| Details | 19-1 | 10/07/2022 Claim #19 filed by Erica Lafferty, Amount claimed: (JoanDavenport, 4) |
|---|---|---|
| Details | 19-2 | 11/20/2023 Amended Claim #19 filed by Erica L. Ash, Amount claimed: $111429303.73 (Chapple, Ryan) |
| Details | 19-3 | 02/01/2024 Amended Claim #19 filed by Erica L. Ash, Amount claimed: $111429303.73 (Chapple, Ryan) |

*Description:* (19-1) no amount reflected on claim
(19-2) Connecticut Judgment
(19-3) Connecticut Judgment
*Remarks:* (19-2) See Exhibits A-F.
(19-3) See Exhibits A-H

| | | |
|---|---|---|
| *Creditor:* (12517854)<br>William Aldenberg<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019   Claimant History | **Claim No: 20**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $130099303.73

*History:*

| Details | 20-1 | 10/07/2022 Claim #20 filed by William Aldenberg, Amount claimed: (JoanDavenport, 4) |
|---|---|---|
| Details | 20-2 | 09/01/2023 Amended Claim #20 filed by William Aldenberg, Amount claimed: $130099303.73 (Chapple, Ryan) |

*Description:* (20-1) no amount reflected on claim
(20-2) Connecticut Judgment
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517850)<br>Carlos M. Soto<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019   Claimant History | **Claim No: 21**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $86899303.73

*History:*

| Details | 21-1 | 10/07/2022 Claim #21 filed by Carlos Soto, Amount claimed: (JoanDavenport, 4) |
|---|---|---|
| Details | 21-2 | 09/01/2023 Amended Claim #21 filed by Carlos M. Soto, Amount claimed: $86899303.73 (Chapple, Ryan) |

*Description:* (21-1) no amount reflected on claim
(21-2) Connecticut Judgment
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517866)<br>Jennifer Hensel<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019  **Claimant History** | **Claim No: 22**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $79429303.73

*History:*

| Details | | 22-1 | 10/07/2022 Claim #22 filed by Jennifer Hensel, Amount claimed: (JoanDavenport, 4) |
|---|---|---|---|
| Details | | 22-2 | 09/01/2023 Amended Claim #22 filed by Jennifer Hensel, Amount claimed: $79429303.73 (Chapple, Ryan) |

*Description:* (22-1) no amount reflected on claim - defamation litigation
(22-2) Connecticut Judgment
  *Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517818)<br>Jillian Soto-Marino<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019  **Claimant History** | **Claim No: 23**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $101829303.73

*History:*

| Details | | 23-1 | 10/07/2022 Claim #23 filed by Jillian Soto-Marino, Amount claimed: (JoanDavenport, 4) |
|---|---|---|---|
| Details | | 23-2 | 09/01/2023 Amended Claim #23 filed by Jillian Soto-Marino, Amount claimed: $101829303.73 (Chapple, Ryan) |

*Description:* (23-1) no amount reflected on claim - defamation Litigation
(23-2) Connecticut Judgment
  *Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517846)<br>Nicole Hockley<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019  **Claimant History** | **Claim No: 24**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $108229303.73

*History:*

| Details | | 24-1 | 10/07/2022 Claim #24 filed by Nicole Hockley, Amount claimed: (JoanDavenport, 4) |
|---|---|---|---|
| Details | | 24-2 | 09/01/2023 Amended Claim #24 filed by Nicole Hockley, Amount claimed: $108229303.73 (Chapple, Ryan) |

*Description:* (24-1) no amount reflected on claim Defamation Litigation
(24-2) Connecticut Judgment
  *Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517848)<br>Carlee Soto Parisi<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019   Claimant History | **Claim No: 25**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $98099304.00

*History:*

| Details | 25-1 | 10/07/2022 Claim #25 filed by Carlee Soto Parisi, Amount claimed: (JoanDavenport, 4) |
|---|---|---|
| Details | 25-2 | 09/01/2023 Amended Claim #25 filed by Carlee Soto Parisi, Amount claimed: $98099304.00 (Chapple, Ryan) |

*Description:* (25-1) no amount reflected on claim Defamation Litigation
(25-2) Connecticut Judgment
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517853)<br>Mark Barden<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019   Claimant History | **Claim No: 26**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $86899303.73

*History:*

| Details | 26-1 | 10/07/2022 Claim #26 filed by Mark Barden, Amount claimed: (JoanDavenport, 4) |
|---|---|---|
| Details | 26-2 | 09/01/2023 Amended Claim #26 filed by Mark Barden, Amount claimed: $86899303.73 (Chapple, Ryan) |

*Description:* (26-1) no amount reflected on claim Defamation Litigation
(26-2) Connecticut Judgment
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12311226)<br>Richard Coan,<br>Chapter 7 Trustee for Debtor, Erica Laff<br>c/o Eric Henzy<br>10 Middle Street<br>Bridgeport, CT 06604 | **Claim No: 27**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 11/20/2023<br>*Last Amendment Entered*: 11/20/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $111429303.73

*History:*

| Details | 27-1 | 10/07/2022 Claim #27 filed by Richard Coan,, Amount claimed: (JoanDavenport, 4) |
|---|---|---|
| Details | 27-2 | 11/20/2023 Amended Claim #27 filed by Richard Coan,, Amount claimed: $111429303.73 (Chapple, Ryan) |
| Details | 27-3 | 11/20/2023 Amended Claim #27 filed by Richard Coan,, Amount claimed: $111429303.73 (Chapple, Ryan) |

*Description:* (27-1) no amount reflected on claim Defamation Litigation
(27-2) Connecticut Judgment.
*Remarks:* (27-2) See exhibits A-F.

| | | |
|---|---|---|
| *Creditor:* (12280511)   History<br>Veronique De La Rosa | **Claim No: 28**<br>*Original Filed Date*: 10/07/2022 | *Status:*<br>*Filed by:* CR |

*History:*

| Details | 28-1 | 10/07/2022 Claim #28 filed by Veronique De La Rosa, Amount claimed: (JoanDavenport, 4) |
|---|---|---|

*Description:* (28-1) Amount of Claim is Unliquidated
*Remarks:*

c/o Chamberlain Hrdlicka  
attn: Jarrod B. Martin  
1200 Smith, Suite 1400  
Houston TX 77002  

*Original Entered Date*: 10/12/2022

*Entered by:* 4 JoanDavenport  
*Modified:*

*No amounts claimed*

*History:*

Details   28-1   10/07/2022 Claim #28 filed by Veronique De La Rosa, Amount claimed: (JoanDavenport, 4)

*Description:* (28-1) Amount of Claim is Unliquidated  
*Remarks:*

*Creditor:*   (12280439)   *History*  
Estate of Marcel Fontaine  
Chamberlain Hrdlicka  
attn? Jarrod B. Martin  
1200 Smith, Suite 1400  
Houston TX 77002  

**Claim No: 29**  
*Original Filed Date*: 10/07/2022  
*Original Entered Date*: 10/12/2022

*Status:*  
*Filed by:* CR  
*Entered by:* 4 JoanDavenport  
*Modified:*

*No amounts claimed*

*History:*

Details   29-1   10/07/2022 Claim #29 filed by Estate of Marcel Fontaine, Amount claimed: (JoanDavenport, 4)

*Description:* (29-1) Amount of claim is unliquidated  
*Remarks:*

*Creditor:*   (12280448)   *History*  
Neil Heslin  
c/o Chamberlain Hrdlicka  
Attn: Jarrod B. Martin  
1200 Smith, Suite 1400  
Houston TX 77002  

**Claim No: 30**  
*Original Filed Date*: 10/07/2022  
*Original Entered Date*: 10/12/2022

*Status:*  
*Filed by:* CR  
*Entered by:* 4 JoanDavenport  
*Modified:*

Amount claimed: $27197249.90

*History:*

Details   30-1   10/07/2022 Claim #30 filed by Neil Heslin, Amount claimed: $27197249.90 (JoanDavenport, 4)

*Description:*  
*Remarks:*

*Creditor:*   (12280480)   *History*  
Scarlett Lewis  
c/o Chamberlain Hrdlicka  
Attn: Jarrod B. Martin  
1200 Smith, Suite 1400  
Houston TX 77002  

**Claim No: 31**  
*Original Filed Date*: 10/07/2022  
*Original Entered Date*: 10/12/2022

*Status:*  
*Filed by:* CR  
*Entered by:* 4 JoanDavenport  
*Modified:*

Amount claimed: $22847962.90

*History:*

Details   31-1   10/07/2022 Claim #31 filed by Scarlett Lewis, Amount claimed: $22847962.90 (JoanDavenport, 4)

*Description:*  
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517823)<br>Robert Parker<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019    [Claimant History](#) | **Claim No: 32**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $170099303.73

*History:*

- [Details](#)  32-1  10/07/2022 Claim #32 filed by Robert Parker, Amount claimed: (JoanDavenport, 4)
- [Details](#)  32-2  09/01/2023 Amended Claim #32 filed by Robert Parker, Amount claimed: $170099303.73 (Chapple, Ryan)

*Description:* (32-1) no amount reflected on claim Defamation Litigation
(32-2) Connecticut Judgment
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12280434)    [History](#)<br>Leonard Pozner<br>c/o Chamberlain Hrdlicka<br>attn: Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002 | **Claim No: 33**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 JoanDavenport<br>*Modified:* |

*No amounts claimed*

*History:*

- [Details](#)  33-1  10/07/2022 Claim #33 filed by Leonard Pozner, Amount claimed: (JoanDavenport, 4)

*Description:* (33-1) Amount of Claim is Unliquidated
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517864)<br>William Sherlach<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019    [Claimant History](#) | **Claim No: 34**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

  Amount claimed: $58099303.73

*History:*

- [Details](#)  34-1  10/07/2022 Claim #34 filed by William Sherlach, Amount claimed: (JoanDavenport, 4)
- [Details](#)  34-2  09/01/2023 Amended Claim #34 filed by William Sherlach, Amount claimed: $58099303.73 (Chapple, Ryan)

*Description:* (34-1) no amount reflected on claim. Defamation Litigation
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517869)<br>Donna Soto<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas | **Claim No: 35**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

*History:*

- [Details](#)  35-1  10/07/2022 Claim #35 filed by Dona Soto, Amount claimed: (JoanDavenport, 4)
- [Details](#)  35-2  09/01/2023 Amended Claim #35 filed by Donna Soto, Amount claimed: $74099303.73 (Chapple, Ryan)

*Description:* (35-1) no amount reflected on claim. Defamation Litigation
(35-2) Connecticut Judgment
*Remarks:*

New York, NY 10019     Claimant
History

  Amount claimed: $74099303.73

*History:*

| Details | 35-1 | 10/07/2022 Claim #35 filed by Dona Soto, Amount claimed: (JoanDavenport, 4) |
|---|---|---|
| Details | 35-2 | 09/01/2023 Amended Claim #35 filed by Donna Soto, Amount claimed: $74099303.73 (Chapple, Ryan) |

*Description:* (35-1) no amount reflected on claim. Defamation Litigation
(35-2) Connecticut Judgment
*Remarks:*

*Creditor:* (12298030)     **Claim No: 36**     *Status:* Withdraw 378
Comptroller of Public Accounts     *Original Filed Date*: 10/13/2022     *Filed by:* CR
C/O Office of the Attorney General     *Original Entered Date*: 10/13/2022     *Entered by:* Catherine Ledesma Coy
Bankruptcy - Collections Division MC-008     *Modified:*
PO Box 12548
Austin TX 78711-2548

  Amount claimed: $27882.13
  Priority  claimed: $27882.13

*History:*

| Details | 36-1 | 10/13/2022 Claim #36 filed by Comptroller of Public Accounts, Amount claimed: $27882.13 (Coy, Catherine) |
|---|---|---|
|  | 378 | 01/09/2023 Withdrawal of Claim: 36 (Tran, Tommy) Status: Withdraw |

*Description:* (36-1) Sales and Use Tax Ch. 151 (321, 322, 323)
*Remarks:* (36-1) ADMINISTRATIVE EXPENSE CLAIM

*Creditor:* (12315310)     **Claim No: 37**     *Status:*
Wisconsin Dept of Revenue     *Original Filed Date*: 10/24/2022     *Filed by:* CR
Special Procedures Unit     *Original Entered Date*: 10/24/2022     *Entered by:* 4 DarleneHansen
POB 8901     *Modified:*
Madison, WI 53708-8901

  Amount claimed: $97037.50

*History:*

| Details | 37-1 | 10/24/2022 Claim #37 filed by Wisconsin Dept of Revenue, Amount claimed: $97037.50 (DarleneHansen, 4) |
|---|---|---|

*Description:*
*Remarks:*

*Creditor:* (12298030)     **Claim No: 38**     *Status:*
Comptroller of Public Accounts     *Original Filed Date*: 01/09/2023     *Filed by:* CR
C/O Office of the Attorney General     *Original Entered Date*: 01/09/2023     *Entered by:* Tommy Tran
Bankruptcy - Collections Division MC-008     *Modified:*
PO Box 12548
Austin TX 78711-2548

  Amount claimed: $15095.76
  Priority  claimed: $15095.76

*History:*

| Details | 38-1 | 01/09/2023 Claim #38 filed by Comptroller of Public Accounts, Amount claimed: $15095.76 (Tran, Tommy) |
|---|---|---|

*Description:* (38-1) Franchise Tax Ch. 171
*Remarks:* (38-1) ADMINISTRATIVE EXPENSE CLAIM

| | | |
|---|---|---|
| *Creditor:* (12351199)<br>Auriam Services, LLC<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701 | **Claim No: 39**<br>*Original Filed Date*: 01/18/2023<br>*Original Entered Date*: 01/18/2023 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Lynn Hamilton Butler<br>*Modified:* |

Amount claimed: $43433.77
Secured claimed: $43433.77

*History:*

Details  39-1  01/18/2023 Claim #39 filed by Auriam Services, LLC, Amount claimed: $43433.77 (Butler, Lynn)

*Description:*

*Remarks:* (39-1) $43,433.77 plus additional fees to be determined

| | | |
|---|---|---|
| *Creditor:* (12301671)<br>Travis County c/o Jason A. Starks<br>PO Box 1748<br>Austin, Texas 78767 | **Claim No: 40**<br>*Original Filed Date*: 02/15/2024<br>*Original Entered Date*: 02/15/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jason Starks<br>*Modified:* |

Amount claimed: $10128.20
Secured claimed: $10128.20

*History:*

Details  40-1  02/15/2024 Claim #40 filed by Travis County c/o Jason A. Starks, Amount claimed: $10128.20 (Starks, Jason)

*Description:* (40-1) Travis County's Administrative Claim

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12712633)<br>Jonathan Bowne<br>2311 Balboa Road<br>Austin, Texas 78733 | **Claim No: 41**<br>*Original Filed Date*: 06/17/2024<br>*Original Entered Date*: 06/17/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 1 DahlilaRodriguez<br>*Modified:* |

Amount claimed: $480000.00

*History:*

Details  41-1  06/17/2024 Claim #41 filed by Jonathan Bowne, Amount claimed: $480000.00 (DahlilaRodriguez, 1)

*Description:*

*Remarks:*

# Claims Register Summary

**Case Name:** Free Speech Systems LLC and Official Committee of Unsecured Creditors of Alexa
**Case Number:** 22-60043
**Chapter:** 11
**Date Filed:** 07/29/2022
**Total Number Of Claims:** 41

| Total Amount Claimed* | $1669161305.12 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|

| Secured | $68297946.70 | |
|---|---|---|
| Priority | $144265.56 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/15/2025 11:23:40 | | | |
| **PACER Login:** | Kstarling | **Client Code:** | 018577/0001-KLS |
| **Description:** | Claims Register | **Search Criteria:** | 22-60043 Filed or Entered From: 1/17/2020 Filed or Entered To: 12/31/2025 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |