# EXHIBIT 17



**Having considered the filings and the record, transfer is plainly warranted. The SDTX bankruptcy court is best positioned to determine all matters at issue in this case.**

## The relief described hereinbelow is SO ORDERED.

**Signed October 23, 2024.**

_Christopher G. Bradley_
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **CASE IN ANOTHER DISTRICT** | § | **CASE NO. 88-18888-jqj** |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| **NEIL HESLIN, et al** | § | |
| *Plaintiffs* | § | |
| | § | |
| **vs.** | § | **ADVERSARY NO. 24-01035-cgb** |
| | § | |
| **CHRISTOPHER MURRAY, et al** | § | |
| *Defendants* | § | |

### ORDER GRANTING TRUSTEE'S MOTIONS TO TRANSFER VENUE

Pending before the Court is the *Motion to Transfer Venue* with respect to the state court action styled *Neil Heslin and Scarlett Lewis v. Cadence Bank and Alex E. Jones and Free Speech Systems, LLC, Cause No. D-1- GN-24-003882* by Christopher R. Murray, in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander E. Jones.

1

Having considered the Motion, any responses and replies thereto, argument of counsel, if any, and the applicable law, the Court finds that the Motion should be, and is, **GRANTED**.

**ACCORDINGLY, IT IS ORDERED** that the state court action styled *Neil Heslin and Scarlett Lewis v. Cadence Bank and Alex E. Jones and Free Speech Systems, LLC, Cause No. D-1- GN-24-003882* be transferred to the United States Bankruptcy Court Southern District of Texas, Houston Division (Hon. Christopher M. Lopez, presiding).

# # # END OF ORDER # # #

**PORTER HEDGES LLP**

Joshua W. Wolfshohl
Texas Bar No. 24038592
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com

AND

**JONES MURRAY LLP**

Erin E. Jones
Texas Bar No. 24032478
Jones Murray LLP
602 Sawyer Suite 400
Houston, Tx 77007
Telephone 832-529-1999
erin@jonesmurray.com

**COUNSEL TO
CHRISTOPHER R. MURRAY,
CHAPTER 7 TRUSTEE**

15585479