# EXHIBIT 41

```
NO:  UWY-CV18-6046437 S              :  SUPERIOR COURT
SHERLACH, WILLIAM                    :  JUDICIAL DISTRICT
                                        OF FAIRFIELD
v.                                   :  AT BRIDGEPORT, CONNECTICUT
JONES, ALEX, ET AL.                  :  JUNE 18, 2019
------------------------------------------------------------
NO:  UWY-CV18-6046438 S              :  SUPERIOR COURT
LAFFERTY, ERICA, ET AL.              :  JUDICIAL DISTRICT
                                        OF FAIRFIELD
v.                                   :  AT BRIDGEPORT, CONNECTICUT
JONES, ALEX EMRIC, ET AL.            :  JUNE 18, 2019
------------------------------------------------------------
NO:  UWY-CV18-6046436 S              :  SUPERIOR COURT
SHERLACH, WILLIAM, ET AL.            :  JUDICIAL DISTRICT
                                        OF FAIRFIELD
v.                                   :  AT BRIDGEPORT, CONNECTICUT
JONES, ALEX EMRIC, ET AL.            :  JUNE 18, 2019
```

BEFORE THE HONORABLE BARBARA N. BELLIS, JUDGE
E X C E R P T

A P P E A R A N C E S :
  Representing the Plaintiffs:
     ATTORNEY CHRISTOPHER MATTEI
     ATTORNEY WILLIAM BLOSS
     ATTORNEY JOSHUA KOSKOFF
     ATTORNEY MATTHEW BLUMENTHAL
     Koskoff, Koskoff & Bieder, PC
     350 Fairfield Avenue
     Bridgeport, CT  06604

  Representing the Defendants Alex Jones; Infowars, LLC; Free Speech Systems, LLC; Infowars Health, LLC; and Prison Planet TV, LLC:
     ATTORNEY ZACHARY REILAND
     ATTORNEY NORMAN PATTIS
     Pattis & Smith, LLC
     383 Orange Street
     1st Floor
     New Haven, CT  06511

  Representing the Defendant Cory Sklanka:
     ATTORNEY KRISTAN JAKIELA
     Regnier, Taylor, Curran & Eddy
     100 Pearl Street
     14th Floor
     Hartford, CT  06103

  Representing the Defendant Midas Resources, Inc.:
     ATTORNEY STEPHEN BROWN
     Wilson Elser Moskowitz Edelman & Dicker
     1010 Washington Boulevard
     Stamford, CT  06901

                              Recorded By:
                              Colleen Birney
                              Transcribed By:
                              Colleen Birney
                              Court Recording Monitor
                              1061 Main Street
                              Bridgeport, CT  06604

```
 1   (EXCERPT)
 2              THE COURT:  All right.  So I'm going to start
 3        with the discovery issues.
 4              Putting aside the fact that the documents the
 5        Jones defendants did produce contained child
 6        pornography, putting aside the fact that the Jones
 7        defendants filed with the Court a purported affidavit
 8        from Alex Jones that was not in fact signed by Alex
 9        Jones, the discovery in this case has been marked
10        with obfuscation and delay on the part of the
11        defendants, who, despite several Court-ordered
12        deadlines as recently as yesterday, they continue in
13        their filings to object to having to, what they call
14        affirmatively gather and produce documents which
15        might help the plaintiffs make their case.  Despite
16        over approximately a dozen discovery status
17        conferences and several Court-ordered discovery
18        deadlines, the Jones defendants have still not fully
19        and fairly complied with their discovery obligations.
20              By way of one example, on June 10th, counsel for
21        the Jones defendants stated in their filing that Alex
22        Jones' cellphone had only been searched for emails,
23        not for text messages or other data.  In their June
24        17 filing, defendants still try to argue with respect
25        to the text messages that there is little to no
26        personal nexus between the text messages and the
27        litigation, and that the plaintiffs are simply prying
```

1       into the Alex Jones defendants' personal affairs.
2       But the discovery objections were ruled on by the
3       Court months ago and the defendants still have not
4       fully and fairly complied.
5            Also, as another example, the Google Analytics
6       data was ordered to be produced.  And this is a
7       Google Analytics account that had to be created and
8       set up by and utilized, according to the testimony,
9       by some of the Jones defendants.  Only a 35-page
10      report was produced.  In their June 17 filing, the
11      Jones defendants apparently say that they don't
12      possess the data themselves and they should not have
13      to get it from Google because Google holds Alex Jones
14      in contempt.  And anything that Google generated
15      would be, and I quote, inherently unreliable,
16      unquote.  And again, the Jones defendants miss the
17      mark.  They were ordered to produce that data.
18           Our rules of practice require a party to produce
19      materials and information, quote, within their
20      knowledge, possession, or power; and it is clearly
21      within the power of the Jones defendants to obtain
22      the information from Google if, as they claim, they
23      don't possess it themselves.  So their objection is
24      too late and their failure to fully and fairly comply
25      is inexcusable.
26           So in short, we've held approximately a dozen
27      discovery status conferences.  The Court's entered

| | |
|---|---|
| 1 | discovery deadlines, extended discovery deadlines, |
| 2 | and discovery deadlines have been disregarded by the |
| 3 | Jones defendants, who continue to object to their |
| 4 | discovery and failed to produce that which is within |
| 5 | their knowledge, possession, or power to obtain.  And |
| 6 | again, among the documents that they did produce |
| 7 | contained images of child pornography. |
| 8 | I also note that the Jones defendants have been |
| 9 | on notice from this Court both on the record and in |
| 10 | writing in written orders that the Court would |
| 11 | consider denying them their opportunity to pursue a |
| 12 | special motion to dismiss if the continued |
| 13 | noncompliance continued. |
| 14 | Now with respect to the plaintiffs' request for |
| 15 | immediate review and the Jones defendants' objections |
| 16 | thereto, as I've said, I've reviewed the -- both |
| 17 | broadcasts several times.  The law is clear in |
| 18 | Connecticut and elsewhere, for that matter, that the |
| 19 | Court has authority to address out-of-court bad-faith |
| 20 | litigation misconduct where there is a claim that a |
| 21 | party harassed or threatened or sought to intimidate |
| 22 | counsel on the other side.  And indeed, the Court has |
| 23 | the obligation to ensure the integrity of the |
| 24 | judicial process and functioning of the Court. |
| 25 | So if Mr. Jones truly believed that Attorney |
| 26 | Mattei or anyone else in the Koskoff firm planted |
| 27 | child pornography trying to frame him, the proper |

```
1      course of action would be to contact the authorities
2      and/or to have your attorney file the appropriate
3      motions in the existing case.  Just by way as an
4      example, the Jones defendants here could have filed a
5      motion asking that the lawsuits be dismissed for that
6      reason.
7           What is not appropriate, what is indefensible,
8      unconscionable, despicable, and possibly criminal
9      behavior is to accuse opposing counsel, through a
10     broadcast, no less, of planting child pornography,
11     which is a serious felony.  And to continue with the
12     accusations in a tirade or rant for approximately 20
13     minutes or so.
14          Now, because I want to make a good record for
15     appeal, I'm going to refer to certain portions of the
16     transcript of the website.  And I would note that Mr.
17     Jones refers to Attorney Mattei as a Democratic-
18     appointed US attorney, holds up on the camera
19     Attorney Mattei's Wikipedia page which indicates that
20     he is a Democrat, and puts the camera on the website
21     page, which looks like it's from the law firm.
22          Alex Jones states: what a nice group of
23     Democrats.  How surprising, what nice people.  Chris
24     Mattei, Chris Mattei.  Let's zoom in on Chris Mattei.
25     Oh, nice, little Chris Mattei.  What a good
26     American.  What a good boy.  You'll think you'll put
27     me on.
```

1           Now, the transcript doesn't reflect this, but
2   when I listened to the broadcast, I heard, I'm going
3   to kill.  Now, that's not in the transcript, but that
4   is my read and understanding and what I heard in the
5   broadcast.
6           He continues to say: anyways, I'm done.  Total
7   war.  You want it, you got it.  I'm not into kids
8   like your Democratic Party, you cocksuckers, so get
9   ready.
10          And during this particular tirade, he slammed
11  his hand on Attorney Mattei's picture, which was on
12  the camera at that point.
13          He continues on shortly thereafter: the point
14  is, I'm not putting up with these guys anymore, man,
15  and their behavior because I'm not an idiot.  They
16  literally went right in there and found this hidden
17  stuff.  Oh, my god, oh, my god, and they're my
18  friends.  We want to protect you now, Alex.  Oh,
19  you're not going to get into trouble for what we
20  found.  F you, man, F you to hell.  I pray God, not
21  anybody else, God visit vengeance upon you in the
22  name of Jesus Christ and all the saints.  I pray for
23  divine intervention against the powers of Satan.
24           I literally would never have sex with children.
25   I don't like having sex with children.  I would
26  never have sex with children.  I am not a Democrat.
27  I am not a Liberal.  I do not cut children's genitals

```
 1    off like the left does.
 2         Further on, referring to the person who sent the
 3    child porn, he says: I wonder who the person of
 4    interest is.  Continues to say: oh, no.  Attorney
 5    Pattis says: look, are you showing Chris Mattei's
 6    photograph on here; and the record should reflect
 7    that when Alex Jones said I wonder who the person of
 8    interest is, Attorney Mattei's photo was on the
 9    camera.  Again, referring to who planted the child
10    pornography.  Then Alex Jones says: oh, no, that was
11    an accidental cut.  He's a nice Obama boy.  He's a
12    good -- then Attorney Pattis cuts him off.  Attorney
13    -- Alex Jones goes on to say: he's a white Jew-boy
14    that thinks he owns America.
15         Later on in the broadcast, Alex Jones says,
16    quote, the bounty is out, bitches.  And you know your
17    feds, they're going to know you did it.  They're
18    going to get your ass you little dirt bag.  One
19    million, bitch, it's out on your ass.
20         Shortly thereafter, he says: a million dollars
21    is after them.  So I bet you'll sleep real good
22    tonight, little jerk, because your own buddies are
23    going to turn you in and you're going to go to
24    prison, you little white Jew-boy jerk-off son of a
25    bitch.  I mean, I can't handle them.  They want more,
26    they're going to get more.  I am sick of these
27    people, a bunch of chicken-craps that have taken this
```

```
 1          country over that want to attack real Americans.
 2                And those are just portions of the transcript
 3          that the Court relied on.  The Court has no doubt
 4          that Alex Jones was accusing Plaintiffs' Counsel of
 5          planting the child pornography.
 6                Again, these are just a few examples where Jones
 7          either directly harasses or intimidates Attorney
 8          Mattei, repeatedly accuses Plaintiffs' Counsel of
 9          requesting the metadata so they could plant the child
10          pornography, continues to call him a bitch, a sweet
11          little cupcake, a sack of filth, tells him to go to
12          hell, and the rant or tirade continues with frequent
13          declarations of war against Plaintiffs' Counsel.
14                I reject the Jones defendants' claim that Alex
15          Jones was enraged.  I disagree with Attorney Pattis's
16          representation here.  I find based upon a review of
17          the broadcast clips that it was an intentional,
18          calculated act of rage for his viewing audience.  So
19          -- and I note as Plaintiffs' Counsel pointed out,
20          that Alex Jones was the one who publically brought
21          the existence of the child pornography to light on
22          his Infowars show.
23                But putting that aside, putting aside whether it
24          was -- he was in a real rage or whether he was acting
25          out rage, it doesn't really matter for the purposes
26          of the discussion whether he was truly enraged or
27          not, because the 20-minute deliberate tirade and
```

Case 22-33553   Document 1030-41   Filed in TXSB on 01/21/25   Page 10 of 12

8

```
 1            harassment and intimidation against Attorney Mattei
 2            and his firm is unacceptable and sanctionable.  And
 3            the Court will sanction here.
 4                    So for all these reasons, the Court is denying
 5            the Alex Jones defendants the opportunity to pursue
 6            their special motions to dismiss and will award
 7            attorney's fees upon further hearing and the filing
 8            of affidavits regarding attorney's fees.  I would
 9            note that the attorney's fees will be related only to
10            the conduct relating to the child pornography issue
11            and not for the discovery failures.
12                    At this point, I decline to default the Alex
13            Jones defendants, but I will -- I don't know how
14            clearly I can say this.  As this case progresses, and
15            we will get today before you leave a trial date in
16            the case now and a scheduling order.  As the
17            discovery in this case progresses, if there is
18            continued obfuscation and delay and tactics like I've
19            seen up to this point, I will not hesitate after a
20            hearing and an opportunity to be heard to default the
21            Alex Jones defendants if they from this point forward
22            continue with their behavior with respect to
23            discovery.
24                    So I'm going to call other matters now.  I'm
25            going to ask that you -- that there not be any
26            conversations in the courtroom because I do have
27            other matters to call.  I'm going to ask Counsel to
```

```
1    work on a scheduling order, pick a trial date.  I am
2    going to need to see it before you leave.  So if you
3    could maybe do that in another room, and then I'll
4    come back on the record for that.
5
6                        ******
7         (END OF EXCERPT)
```

_____

THE HONORABLE BARBARA N. BELLIS, JUDGE

```
NO:  UWY-CV18-6046437 S          :  SUPERIOR COURT
SHERLACH, WILLIAM                :  JUDICIAL DISTRICT
                                 :  OF FAIRFIELD
v.                               :  AT BRIDGEPORT, CONNECTICUT
JONES, ALEX, ET AL.              :  JUNE 18, 2019
---------------------------------------------------------
NO:  UWY-CV18-6046438 S          :  SUPERIOR COURT
LAFFERTY, ERICA, ET AL.          :  JUDICIAL DISTRICT
                                 :  OF FAIRFIELD
v.                               :  AT BRIDGEPORT, CONNECTICUT
JONES, ALEX EMRIC, ET AL.        :  JUNE 18, 2019
---------------------------------------------------------
NO:  UWY-CV18-6046436 S          :  SUPERIOR COURT
SHERLACH, WILLIAM, ET AL.        :  JUDICIAL DISTRICT
                                 :  OF FAIRFIELD
v.                               :  AT BRIDGEPORT, CONNECTICUT
JONES, ALEX EMRIC, ET AL.        :  JUNE 18, 2019
```

C E R T I F I C A T I O N

I hereby certify the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Fairfield, at Bridgeport, Connecticut, before the Honorable Barbara N. Bellis, Judge, on the 18th day of June, 2019.

Dated this 18th day of June, 2019, in Bridgeport, Connecticut.

_____
Colleen Birney
Court Recording Monitor