# EXHIBIT 47

1/20/25, 4:37 PM
Search - Supreme Court of the United States
Case 22-33553   Document 1030-47   Filed in TXSB on 01/21/25   Page 2 of 3

| 🔲 🖨 ✉ | Search documents in this case: [                    ] [ Search ] |
|---|---|

## No. 20-1135

| Title: | **Alex Emric Jones, et al., Petitioners**<br>**v.**<br>**Erica Lafferty, et al.** |
|---|---|
| Docketed: | February 19, 2021 |
| Lower Ct: | Supreme Court of Connecticut |
| Case Numbers: | (SC 20327) |
| Decision Date: | July 23, 2020 |
| Rehearing Denied: | September 16, 2020 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Feb 12 2021 | Petition for a writ of certiorari filed. (Response due March 22, 2021)<br><br>**Petition**      **Appendix**      **Certificate of Word Count**      **Proof of Service** |
| Mar 12 2021 | Waiver of right of respondents Erica Lafferty, et al. to respond filed.<br><br>**Main Document** |
| Mar 16 2021 | DISTRIBUTED for Conference of 4/1/2021. |
| Apr 05 2021 | Petition DENIED. |

| NAME | ADDRESS | PHONE |
|---|---|---|
| Attorneys for Petitioners | | |
| Norman A. Pattis<br>   Counsel of Record | Pattis & Smith, LLC<br>383 Orange St<br>New Haven, CT 06511<br><br>npattis@pattisandsmith.com | 203-393-3017 |
| Party name: Alex Jones, et al. | | |

Search - Supreme Court of the United States

**Attorneys for Respondents**

| | | |
|---|---|---|
| Alinor Clemans Sterling<br>  Counsel of Record | Koskoff, Koskoff & Bieder, P.C.<br>350 Fairfield Avenue<br>Bridgeport, CT 06604<br><br>asterling@koskoff.com | 203-336-4421 |

Party name: Erica Lafferty, et al.