# EXHIBIT 51

# Claims Settled if Motion is Granted

| In re Free Speech Systems, LLC – Case No. 22-60043 | | | |
|---|---|---|---|
| Dismissed Chapter 11 Case | | | |
| **Case No.** | **Case Name** | **Nature of Proceeding** | **Status of Proceeding After Approval of Settlement** |
| 22-03331 | Heslin et. al. v. Jones et. al. | Removed State Court Proceeding Texas Families' Underlying Case on Merits of Claim/Judgment | • REMANDED @ 12/19/2022 <br> • TO BE DISMISSED AND CLOSED (PQPR SETTLEMENT) |
| 23-02137 | Free Speech Systems, LLC et. al. v. PQPR Holdings Limited LLC et. al. | Avoidance Actions under §547 and §548 Lien Avoidance Subordination of Claims | • ADVERSARY CLOSED <br> • ALL CLAIMS SETTLED |
| 24-03038 | Elevated Solutions Group, LLC v. Free Speech Systems, LLC et. al. | Breach of Contract/Accounting as to FSS et. al. | • ADVERSARY CLOSED: <br> • ALL CLAIMS SETTLED |
| 24-03228 | Heslin et. al. v. Murray et. al. | Removed State Court Proceeding Texas Families Turnover Action | • ADVERSARY CLOSED <br> • ALL CLAIMS SETTLED <br> • TURNOVER ORDER STAYED PENDING ADMINISTRATION OF ESTATE |
| 24-03229 | Heslin et. al. v. Murray et. al. | Removed State Court Proceeding Texas Families Garnishment Action | • ADVERSARY CLOSED <br> • CASE REMANDED <br> • GARNISHMENT ACTION STAYED PENDING ADMINISTRATION OF ESTATE |

| Heslin et. al. v. Murray (FSS) – Case No. 4:24cv3882 | | | |
|---|---|---|---|
| Appeal of Supplemental Dismissal Order [Docket No. 1021] | | | |
| **Case No.** | **Case Name** | **Nature of Proceeding** | **Status of Proceeding After Approval of Settlement** |
| 4:24cv3882 | Heslin et. al. (Appellant) v. Murray | Appeal of Bankruptcy Court Order (S.D.T.X., Eskridge, J) | • APPELLATE CASE CLOSED <br> • APPEAL DISMISSED PER SETTLEMENT |

| In re Alexander E. Jones – Case No. 22-60043 | | | |
|---|---|---|---|
| Jones Chapter 7 Proceeding / Pending Claim Objections | | | |
| **Case No.** | **Case Name** | **Nature of Proceeding** | **Status of Proceeding After Approval of Settlement** |
| 22-33553 | In re Alexander E. Jones | Omnibus Claim Objection to Texas Families' Claims [Dkt. 704] | OBJECTION AT DKT 704 RESOLVED |
| | | POC # 23-1 (Neil Heslin) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 24-1 (Veronique De La Rosa) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 25-1 (Leonard Pozner) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 27-1 (Scarlett Lewis) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 28-1 (Estate Marcel Fontaine) | CLAIM ALLOWED IN CH. 7 CASE |
| | | Omnibus Claim Objection to Connecticut Families' Claims [Dkt. 705] | OBJECTION AT DKT 705 RESOLVED |
| | | POC # 6-1 (Richard M. Coan, Trustee of the Bankruptcy Estate of Erica Garbatini aka Erica Lafferty) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 7-1 (Carlee Soto Parisi) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 8-1 (Carlos Mathew Soto) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 9-1 (David Wheeler) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 10-1 (Donna Soto) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 11-2 (Erica L. Ash) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 12-1 (Francine Wheeler) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 13-1 (Ian Hockley) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 14-1 (Jaqueline Barden) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 15-1 (Jennifer Hensel) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 16-1 (Jillian Soto-Marino) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 17-1 (Mark Barden) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 18-1 (Nicole Hockley) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 19-1 (Robert Parker) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 20-1 (William Aldenberg) | CLAIM ALLOWED IN CH. 7 CASE |
| | | POC # 21-1 (William Sherlach) | CLAIM ALLOWED IN CH. 7 CASE |

1