# EXHIBIT 52

# Alex Jones's
## January 29, 2024
## Proposed Plan of Reorganization

# Chapter 7 Trustee's
## January 23, 2025
## Proposed Settlement

| Alex Jones's | Claim Amount | Chapter 7 Trustee's |
|---|---|---|
| **Texas Families** | | **Texas Families** |
| Neil Heslin | $27,196,411 | Neil Heslin |
| Scarlett Lewis | $22,847,962 | Scarlett Lewis |
| Leonard Pozner | $200,000,000 | Leonard Pozner |
| Veronique De La Rosa | $180,000,000 | Veronique De La Rosa |
| The Estate of Marcel Fontaine | $50,000,000 | The Estate of Marcel Fontaine |
| **Connecticut Families** | | **Connecticut Families** |
| Carlee Soto Parisi | $98,099,304 | Carlee Soto Parisi |
| Carlos Mathew Soto | $86,899,303 | Carlos Mathew Soto |
| David Wheeler | $83,429,303 | David Wheeler |
| Donna Soto | $74,099,303 | Donna Soto |
| Erica Ash | $111,429,303 | Erica Ash |
| Francine Wheeler | $82,099,303 | Francine Wheeler |
| Ian Hockley | $118,899,303 | Ian Hockley |
| Jacqueline Barden | $48,499,303 | Jacqueline Barden |
| Jennifer Hensel | $79,429,303 | Jennifer Hensel |
| Jillian Soto-Marino | $101,829,303 | Jillian Soto-Marino |
| Mark Barden | $86,899,303 | Mark Barden |
| Nicole Hockley | $108,229,303 | Nicole Hockley |
| Robert Parker | $170,099,303 | Robert Parker |
| William Aldenberg | $130,099,303 | William Aldenberg |
| William Sherlach | $58,099,303 | William Sherlach |