IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ALEXANDER E. JONES,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-33553 (CML) |

**CROSS-NOTICE OF DEPOSITION OF CHRISTOPHER R. MURRAY
BY THE CONNECTICUT PLAINTIFFS**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, as made applicable to these proceedings by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the United States Bankruptcy Court for the Southern District of Texas, David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica L. Ash (collectively, the "Connecticut Plaintiffs"), by and through their undersigned counsel, will take the deposition upon oral examination of Christopher R. Murray on January 22, 2025, at 10:00 a.m. Central Standard Time.  The deposition will take place at the offices of Porter Hedges, 1000 Main St., 36th Floor, Houston, Texas 77002, and also by electronic and remote means.

The deposition will take place before a court reporter, or other officer authorized by law to administer oaths.  The deposition shall be recorded by stenographic means, and may be videotaped. Testimony will be taken for all purposes permitted by the Bankruptcy Rules.  The deposition will continue from day to day until completed or adjourned.

Dated:  January 21, 2025

By: */s/ Ryan E. Chapple*
**CAIN & SKARNULIS PLLC**
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, Texas 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011

*Counsel to the Connecticut Plaintiffs*

**KOSKOFF KOSKOFF & BIEDER PC**
Alinor C. Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Telephone: (203) 336-4421

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
Kyle J. Kimpler (admitted *pro hac vice*)
Paul A. Paterson (admitted *pro hac vice*)
Daniel A. Negless (admitted *pro hac vice*)
Vida Robinson (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
FAX: (212) 757-3990

*Counsel to the Connecticut Plaintiffs*