IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  ALEXANDER E. JONES | § | |
| | § | CASE NO. 22-33553 (CML) |
| | § | |
| Debtor. | § | Chapter 7 |

---

### ALEXANDER E. JONES EXPEDITED SUPPLEMENTAL REQUEST AND MOTION FOR CONTINUANCE OF THE HEARING NOW SET FOR JANUARY 23, 2025 AT 9:00 AM IN HOUSTON, TEXAS

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing.**

**Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing. Represented parties should act through their attorney.**

**Expedited relief has been requested. If the Court considers the motion on an expedited basis, then you will have less than 21 days to answer. If you object to the requested relief or if you believe that expedited consideration is not warranted, you should file an immediate response.**

---

TO THE HONORABLE CHRISTOPHER LOPEZ, UNITED STATES BANKRUPTCY JUDGE

Alex Jones, joined by Free Speech Systems, LLC, filed this First Motion for Continuance and for Expedited Discovery [Dkt #1022], seeking a continuance of the Settlement Motion hearing now scheduled for January 23, 2025 in Houston, Texas, and would show the Court the following:

### I.    SUPPLEMENTAL BASIS SUPPORTING A CONTINUANCE

1.      On January 21, 2025, Jones filed his first Motion for Continuance [Dkt #1022] (the "Motion") of the hearing set in Houston, Texas at 9:00 AM, January 23, 2025. That Motion is

incorporated herein by reference as if set out herein *verbatim*.  Jones supplements the Motion for Continuance as set out herein below, and seeks an expedited consideration of the Motion and this Supplement to the Motion, as follows:

2.      This Settlement Motion has potential case-dispositive consequences potentially impacting far more than disclosed in the Settlement Motion, evidenced by the Trustee's Exhibit list of more than 5,400 pages of documents and the Trustee's production of documents to Jones of more than 1,300 pages of emails and other communications.  *See*, Jones Response [Dkt. #1023] (the "Response").  Jones seeks a continuance of the January hearing now set for 9:00 AM January 23, 2025 in Houston, Texas, for the following additional reasons:

a.      Jones counsel desires to attend in person and be able to present its position and examine and cross-examine witnesses in person but are prevented from doing so because of the dangerous weather and driving conditions throughout Texas and in particular in the Austin to Houston area.



**Watch: Snow blankets Galveston beach during snowstorm**
Video from Galveston.com webcam shows a once-in-two-decades occurrence; snow on the beach!
The last time significant snow hit Galveston was in 2004.

**GALVESTON, Texas** — Photos and videos from underlined(beaches) along the Gulf Coast showed a rare and stunning sight Tuesday: underlined(snow).

In Galveston, video from underlined(Galveston.com) showed snow blanketing the beach, concealing the sand underneath. Waves crashed in the distance, with dark, gloomy skies behind them.

States from underlined(Texas) to the Carolinas are experiencing underlined(a once-in-a-generation snowstorm this week). It has already resulted in a underlined(Blizzard Warning) being issued in underlined(Louisiana) for the first time ever.

https://www.foxweather.com/extreme-weather/snow-on-beach-texas-mississippi-snowstorm-gulf-coast

In order to attend the scheduled hearing, Jones counsel must travel today from Austin to Houston, Texas so as to be assured timely attendance at the scheduled time tomorrow. Weather travel advisories reflect multiple highway and road closings due to icing and other dangerous conditions.  Additionally, Jones counsel intended to call witness and cross examine witnesses in person, which is not only far more difficult and less effective if the hearing is conducted remotely and, if the witnesses cannot appear in person because of the weather, will prevent such in person examination.

b.      The Trustee's Motion to Settle set for hearing is to be supported by more than 5,400 pages of Exhibits produced 36 hours before Thursday's hearing.  Jones' legal counsel are simply unable to adequately review and prepare for a hearing involving this large number of documents.  Additionally, Jones counsel cannot adequately review the documents prior to the deposition of the Trustee, or the scheduled hearing.

c.      Additionally, the Trustee agreed to attend an expedited discovery deposition set for January 22, 2025, at 10:30 AM in Houston, Texas, which counsel for Debtors have had to re-schedule as a remote deposition because of dangerous weather driving conditions throughout Texas and in particular in the Austin to Houston area.  In response to the document production request the Trustee has produced late last evening an additional approximately 1,300 pages of document that likewise cannot be adequately reviewed prior to the scheduled deposition of the Trustee or the scheduled hearing on January 23, 2025.

d.      There is no recited "emergency" compelling an expedited, remote only, hearing that is now scheduled and the Trustee's pleadings certainly do not establish any emergency:

34. The Trustee requests expedited consideration of this Motion. As set forth herein, the Trustee seeks to resolve the allowed amounts of the Families' claims against Jones and FSS, the resolution of which is critical

> to the administration of the Estate. Any delay in approving the Settlement
> will cause uncertainty as to the resolution of the Families' claims and their
> involvement in this case and impact the Trustee's ability to liquidate the
> Debtor's assets.  As such, the Trustee believes that expedited consideration
> of the Motion is warranted.  *See,* Case 22-33553 Document 1011 Filed in
> TXSB on 01/10/25 Page 17-18 of 20

This basis of an emergency, that the Trustee will be delayed in liquidating the assets of the

Estate does not address and emergency, nor does it relate to liquidation of assets.  The

Trustee should, but is not, moving forward to deal with the existing $8 million offer made

by FAUC on December 19, 2024 which is not part of the Motion, nor does the Motion

speak to the reason that for over a month the Trustee has delayed any response to the merits

of the offer, nor sought a hearing on handling of the offer.  Certainly, the Trustee's one-

month delay is more significant than the claim of an emergency to prevent this same delay.

3.     The Motion for Continuance and the Response filed by Jones to the Settlement

Motion both request to include in any hearing on the Settlement Motion, the Motion for

Reconsideration [Dkt # 127 filed in Adv #23-03037] filed by Jones on January 14, 2025.

4.     Jones seeks a continuance of 10 days or more to deal with the need for discovery

and review of the documents produced by the Trustee.  No other party in interest has produced

documents or listed any witness to be called other than those listed and called by the Trustee or

Jones.

## COUNSEL CONFERENCE AND OPPOSED MOTION

5.     Jones counsel conferred with counsel for the Trustee and as a result this Motion is

Opposed.

## REQUEST FOR EXPEDITED CONSIDERATION

6.     Alexander Jones, joined by Free Speech Systems, LLC requests expedited

consideration of this Supplement to the Continuance Motion.  Weather conditions prevent Jones

counsel from attending the hearing in person.  The expedited basis is not for delay but to allow the

Debtor the opportunity to prepare for such a hearing and attend in person, as stated above. As such,

Alexander Jones believes that expedited consideration of the Motion is warranted.

WHEREFORE, Jones prays this Court grant the relief above requested, and for such other

and further relief to which Jones is justly entitled, at law and in equity.

Dated: January 22, 2025

/s/ Shelby A. Jordan
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
**Jordan & Ortiz, P.C.**
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
          aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR ALEX JONES**

/s/ Ben Broocks
Ben C Broocks
State Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEX JONES**

**<u>CERTIFICATE OF ACCURACY</u>**

The undersigned hereby certifies that, to the best of my knowledge, the statements regarding the reasons expedited relief has been requested are the true and accurate reasons expedited relief was requested. This statement is being made pursuant to Bankruptcy Local Rule 9013-1(i).

*/s/ Shelby A. Jordan*
Shelby A. Jordan

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on January 22, 2025 as well as the following parties.

*/s/ Shelby A. Jordan*
Shelby A. Jordan
