## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § |
| **ALEXANDER E. JONES,** | § **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |
| | § |
| | § |

**ORDER DENYING MOTION FOR CONTINUANCE**
**[Relates to Docket No. 1011, 1022 & _____]**

Upon consideration of the Debtor's *Alexander E. Jones Expedited First Motion for Continuance and for Expedited Discovery* (the "**Continuance Motion**") and all objections thereto and the Court having jurisdiction to hear and determine the Motion pursuant to 28 U.S.C. § 1334; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. § 1408; and this matter being a core proceeding pursuant to 27 U.S.C. § 157(b)(2); and this Court having reviewed the Motion and all objections thereto; and the Court having held a hearing (if any) on the Continuance Motion; and having determined that the legal and factual bases set forth in the objections and at any hearing justify denying the relief requested in the Motion; and the Court finding that the Motion lacks merit and the objections thereto should be sustained; and after due deliberation and sufficient cause appearing therefor, it his hereby ORDERED that:

1. The Debtor's Continuance Motion is DENIED.

Signed: _____

_____

**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

17043781