UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re:<br><br>ALEXANDER E. JONES,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-33553 (CML) |
|---|---|

TRUSTEE'S WITNESS AND EXHIBIT LIST
FOR THURSDAY, JANUARY 23, 2025, HYBRID HEARING ON
MOTION TO APPROVE SETTLEMENT WITH ESG
[Relates to Dkt. No. 1018]

Christopher R. Murray in his capacity as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Alexander E. Jones ("**Alex Jones**") files this *Witness and Exhibit List* for the hybrid hearing to be held on Thursday, January 23, 2024, at 9:00 a.m. (prevailing Central Time) (the "**Hearing**") before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002, regarding the *Trustee's Expedited Motion for Approval of and Authority to Compromise Pursuant to Bankruptcy Rule 9019* ("**ESG 9019 Motion**")[Dkt. 1018].

**EXHIBITS**

| Ex. # | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1 | Motion to Approve Settlement with ESG [Jones 22-33553] [Dkt. No. 1018] | | | | | | |
| 2 | Proposed Order re: Mtn to Approve Settlement with ESG [Jones 22-33553] [Dkt. No. 1018-1] | | | | | | |
| 3 | Joint Stip & AO re: Distribution of Platinum Products Sales Proceeds [FSS 22-60043] [Dkt. No. 729] | | | | | | |
| 4 | Complaint [Adv. Proc. 24-03038] [Dkt. No. 1] | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | FSS Answer [Adv. Proc. 24-03038] [Dkt No. 6] | | | | | | |
| 6 | CMC Answer, Counterclaim and Crossclaim [Adv. Proc. 24-03038] [Dkt. No. 7] | | | | | | |
| 7 | FSS Answer to CMC Crossclaim [Adv. Proc. 24-03038] [Dkt. No. 9] | | | | | | |
| 8 | Agreed Order to Deposit Funds in Court Registry [Adv. Proc. 24-03038] [Dkt. No. 19] | | | | | | |
| 9 | FSS Dismissal Order [FSS 22-60043] [Dkt. No. 956] | | | | | | |
| 10 | FSS Supplemental Dismissal Order [FSS 22-60043] [Dkt. No. 1021] | | | | | | |
| 11 | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case, Case No. 22-60043, and/or any related adversary proceedings, including Adv. No. 24-03038 | | | | | | |
| 12 | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| 13 | Any exhibit listed by any other party | | | | | | |

## WITNESSES

1. Christopher R. Murray, Trustee for the Alex Jones bankruptcy estate.

2. Any witness and rebuttal witnesses, including any witnesses listed by any other party.

No objection to the ESG 9019 Motion was filed as of the time this witness and exhibit list was filed. The Trustee reserves the right to amend and/or supplement this *Witness and Exhibit List* as necessary in advance of the Hearing. The Trustee also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, the Trustee reserves the right to introduce any previously admitted exhibit.

Dated: January 22, 2025.

        Respectfully submitted,

        **JONES MURRAY LLP**

        By: */s/ Erin E. Jones*
        Erin E. Jones
        Texas Bar No. 24032478
        602 Sawyer Suite 400
        Houston, Tx 77007
        Telephone 832-529-1999
        erin@jonesmurray.com

        *and*

        **PORTER HEDGES LLP**
        Joshua W. Wolfshohl; TX Bar No. 24038592
        Michael B. Dearman; TX Bar No, 24116270
        Jordan T. Stevens; TX Bar No. 24106467
        Kenesha L. Starling; TX Bar No. 24114906
        Texas Bar No. 24038592
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6000
        Facsimile:  (713) 228-1331
        jwolfshohl@porterhedges.com
        mdearman@porterhedges.com
        jstevens@porterhedges.com
        kstarling@porterhedges.com

        **COUNSEL TO**
        **CHRISTOPHER R. MURRAY,**
        **CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

      I certify that on January 22, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

        */s/ Erin E. Jones*
        Erin E. Jones