# EXHIBIT 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| FREE SPEECH SYSTEMS, LLC | § | CASE NO. 22-60043 |
| *Debtor* | § | Chapter 11 |
| ELEVATED SOLUTIONS GROUP, LLC | § | |
| *Plaintiff* | § § | |
| VS. | § § | ADV. PRO. NO. 24-03038 |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| CMC CONSULTING, LLC | § | |
| *Defendants* | § | |

**ORDER**

In accordance with CMC Consulting, LLC's Motion for Leave to Deposit Money into Registry of the Court, the Clerk of the Court is hereby ORDERED to accept a cashier's check or a certified check, payable to the Clerk of the Court in the amount of $449,827.73.

IT IS FURTHER ORDERED that these monies be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of the Clerk's office allows, the Clerk of Court shall deposit these funds into the interest-bearing Disputed Ownership Fund ("DOF") within the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

IT IS FURTHER ORDERED that the sum of money so invested in the interest-bearing DOF fund shall remain on deposit until further order of this Court, at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and re-deposited into the non-interest-bearing Registry Fund of the Court for disposition pursuant to further order of the Court.

The Clerk of Court, through the Financial Department, has pre-approved the form of this order.

IT IS SO ORDERED.

Signed: June 13, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

Form of Order Approved:

 /s/ Walter J. Cicack
Walter J. Cicack
State Bar No. 04250535
wcicack@hcgllp.com
HAWASH CICACK & GASTON LLP
711 W. Alabama St., Suite 200
Houston, Texas 77006
(713) 658-9015 – tel/fax
*Attorneys for Defendant,*
*CMC Consulting, LLC*

