## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **ALEXANDER E. JONES,** | **Case No. 22-33553 (CML)** |
| **Debtor.** | |

### CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S <u>EXPEDITED</u> MOTION FOR APPROVAL OF AND AUTHORITY TO COMPROMISE PURSUANT TO BANKRUPTCY RULE 9019
**[Relates to Dkt. No. 1018]**

Christopher R. Murray in his capacity as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Alexander E. Jones ("**Alex Jones**") files this *Certificate of No Objection* ("**CNO**") relating to the *Trustee's Expedited Motion for Approval of and Authority to Compromise Pursuant to Bankruptcy Rule 9019* ("**ESG 9019 Motion**")[Dkt. 1018].

1. On January 16, 2024, the Trustee for the bankruptcy estate of Alexander E. Jones ("**Estate**"), filed the ESG 9019 Motion.

2. The Court set a deadline of 12:00 p.m. (CST) on January 22, 2025 (the "**Response Deadline**") to respond or object to the ESG 9019 Motion.

3. The Response Deadline has passed.

4. The undersigned represents to the Court that the Trustee is unaware of any objection or response to the ESG 9019 Motion appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no party has filed an objection or response to the relief sought in the ESG 9019 Motion.

5. Attached hereto is the proposed order approving the ESG 9019 Motion (the "**Proposed Order**").

6. The Trustee respectfully requests that the Court enter the Proposed Order.

Dated: January 22, 2025.

        Respectfully submitted,

        **JONES MURRAY LLP**
        By: */s/ Erin E. Jones*
        Erin E. Jones
        Texas Bar No. 24032478
        602 Sawyer Suite 400
        Houston, Tx 77007
        Telephone 832-529-1999
        erin@jonesmurray.com

        *and*

        **PORTER HEDGES LLP**
        Joshua W. Wolfshohl; TX Bar No. 24038592
        Michael B. Dearman; TX Bar No, 24116270
        Jordan T. Stevens; TX Bar No. 24106467
        Kenesha L. Starling; TX Bar No. 24114906
        Texas Bar No. 24038592
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6000
        Facsimile:  (713) 228-1331
        jwolfshohl@porterhedges.com
        mdearman@porterhedges.com
        jstevens@porterhedges.com
        kstarling@porterhedges.com

        **COUNSEL TO**
        **CHRISTOPHER R. MURRAY,**
        **CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I certify that on January 22, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

        */s/ Erin E. Jones*
        Erin E. Jones