IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  ALEXANDER E. JONES | § | |
| | § | CASE NO. 22-33553 (CML) |
| | § | |
| Debtor. | § | Chapter 7 |

## ALEXANDER E. JONES SUPPLEMENTAL EXHIBIT AND AMENDED WITNESS LIST

Alexander E. Jones ("Debtor") files this Amended Witness and Supplemental Exhibit List for the hearing to be held on Thursday, January 23, 2025, at 9:00 a.m. (prevailing Central Time) before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

## **SUPPLEMENTAL EXHIBITS**

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 5. | Reservation of Rights of the Connecticut Plaintiffs with Respect to the Debtors' Motion for Approval of Compromise and Settlement [#360] | | | | |
| 6. | Memorandum Decision on Texas Plaintiffs' Motion for Summary Judgment Against Jones [23-03035, #46] | | | | |
| 7. | Memorandum Decision on Texas Plaintiffs' Motion for Summary Judgment Against Jones [23-03037, #76] | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| | Any exhibit listed by any other party | | | | |

## AMENDED WITNESSES

1. Charles Murray
2. Representative of Texas Plaintiffs
3. Representative of Connecticut Plaintiffs
4. Any witness and rebuttal witnesses listed by any other party.

Debtor reserves the right to amend and/or supplement this Witness and Exhibit List as necessary in advance of the Hearing. Jones Parties also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, Debtor reserves the right to introduce any previously admitted exhibit.

Dated: January 22, 2025

                                      */s/ Shelby A. Jordan*
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
***Jordan & Ortiz, P.C.***
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
        aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR ALEX JONES**

*/s/ Ben Broocks*
Ben C Broocks
State Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746

Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEX JONES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on January 22, 2025 as well as the following parties.

*/s/ Shelby A. Jordan*
Shelby A. Jordan