United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-33553 |
| ALEXANDER E. JONES, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

## ORDER RESETTING HEARING

The hearing on the motion scheduled for tomorrow, January 23, 2025, is rescheduled to February 5, 2025 at 9:00 a.m. (CT).

Signed on

_____
Christopher Lopez
United States Bankruptcy Judge