UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| ALEXANDER E. JONES | § Case No. 22-33553 |
| Debtors. | |

**NOTICE OF ANNUAL RATE INCREASE BY PORTER HEDGES LLP**
[Relates to Docket No. 792]

On July 30, 2024, this Court entered the *Order Authorizing the Retention and Employment of Porter Hedges LLP as Co-Counsel for Christopher R. Murray, as Chapter 7 Trustee* [Docket No. 792] (the "Retention Order").[1]

This Notice is provided pursuant to paragraph 6 of the Retention Order, which requires Porter Hedges LLP ("PH") to provide notice to the Trustee, the U.S. Trustee, and any official committee before any increases in the rates set forth in PH's employment application are implemented.

Effective as of January 1, 2025, PH adjusted its billing rates as reflected below:

| Category of Service Provider | Low/High |
|---|---|
| Partners | $625/$1,250 |
| Of Counsel | $450/1,195 |
| Associates/Staff Attorneys | $450/$875 |
| Paralegals | $340/$535 |

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Retention Order.

1

17059298

Dated: January 28, 2025.
      Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl (Bar No. 24038592)
Michael B. Dearman (Bar No. 24116270)
Jordan T. Stevens (Bar No. 24106467)
Kenesha L. Starling (Bar No.24114906)
**Porter Hedges LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
mdearman@porterhedges.com
jstevens@porterhedges.com
kstarling@porterhedges.com

*Counsel for Christopher R. Murray, Chapter 7 Trustee*

2

17059298

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 28, 2025.

                                             */s/ Joshua W. Wolfshohl*
                                             Joshua W. Wolfshohl

17059298