**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE: ALEXANDER E. JONES** § | |
| § | **CASE NO. 22-33553 (CML)** |
| § | |
| **Debtor.** § | **Chapter 7** |

**NOTICE OF STATUS OF CONNECTICUT AND TEXAS APPEALS INCLUDING RECENT FILING OF CONNECTICUT PETITION FOR CERTIFICATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE CHRISTOPHER LOPEZ:

Pursuant to this Court's Notice of Status Conference, Alexander E. Jones ("Jones") and Free Speech Systems, LLC ("FSS") hereby provide this notice regarding status of appeals in Connecticut and Texas, respectively.

**Connecticut**

1. As this Court knows the Connecticut Court of Appeals issued its opinion on or around December 10, 2024 [*Lafferty v. Jones*, 229 Conn. App. 487, 490 (2024)]. Appeal to the Connecticut Supreme Court is not a matter of right but by discretionary Petition for Certification ("PFC"), filing of which was required within a short time frame after the appellate decision was entered. Jones and FSS received one extension to file their PFC generally because of the holidays and Jones and FSS received a second extension which was not opposed by the Connecticut Plaintiffs. *Exhibit 2*. Attached hereto as *Exhibit 1* is a copy of the PFC filed by Jones and FSS jointly on January 21, 2025, **AC 46131, AC 46132, and AC 46133**, styled *Erica Lafferty, et al. v. Alex E. Jones, et al.*[1] The Connecticut Plaintiffs response would have been due on or around

---

[1] The PFC filing was explicitly and implicitly approved by this Court (as will be explained in a filing Jones and FSS will be submitted shortly) and required to avoid an abandonment of appellate rights which this Court has not authorized. The attached PFC does not include the voluminous appendices which can be provided on request.

Page 1 of 3

January 31, 2025 but they requested and were given the non-opposition of Jones and FSS to their motion for extension, such that their response to the PFC of Jones and FSS is now believed to be due February 7, 2025.

**Texas**

2. As to Texas, the Texas state trial court entered its Judgment against Jones and FSS on January 12, 2023. On November 10, 2023, Jones and FSS filed their Appellants' Opening Brief in the Austin Court of Appeals. See *Exhibit 3* hereto. On May 15, 2024, after numerous filing extensions the two Texas parties with judgments filed a Motion to Abate the Texas appeal (abating their obligation to file their Opening Brief) to allow time for settlement talks. *Exhibit 4.* On December 31, 2024, the Texas Plaintiffs notified the Austin Court of Appeals that abatement was no longer agreed, resulting in the Court of Appeals terminating the abatement. *Exhibit 5*. As a result, the Texas parties were told to file their Opening Appellate Brief, now due on March 31, 2025.

WHEREFORE, Alexander E. Jones and Free Speech Systems, LLC file this in response to this Court's notice of a status conference for January 31, 2025 at 11:00 AM and his counsel will be in attendance remotely.

Dated: January 30, 2025      Respectfully Submitted,

/s/ Shelby A. Jordan
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
**Jordan & Ortiz, P.C.**
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555

Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR ALEX JONES**

*/s/ Ben Broocks*
Ben C Broocks
State Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEX JONES**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on January 30, 2025 as well as the following parties.

*/s/ Shelby A. Jordan*
Shelby A. Jordan