| A.C. 46131 / A.C. 46132 / A.C. 46133 | |
|---|---|
| ERICA LAFFERTY ET AL. | SUPREME COURT |
| v. | STATE OF CONNECTICUT |
| ALEX EMRIC JONES ET AL. | JANUARY 10, 2025 |

## DEFENDANTS-APPELLANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR CERTIFICATION

 Pursuant to Practice Book § 66-1, the Defendants-Appellants, Alex Jones and Free Speech Systems, LLC, hereby respectfully move the Court for a 7-day extension of time to file their petition for certification, which is currently due on January 13, 2025, rendering the new due date Monday, January 20, 2025.

 A prior extension of time was filed in part due to the petitioners' seeking pro hac vice counsel.  Said counsel has been admitted in this case subject to his supervision by the undersigned.  It has become apparent that there may be a conflict arising out of this joint representation.  The undersigned needs an additional week to determine if there is such a conflict and whether it can be overcome.  The undersigned has spoken with Plaintiffs' counsel and they do not object to this extension.

This is the defendants-appellants' Second Motion for Extension of Time.  The undersigned is prepared to file a petition.  The clients' desire to hire pro hac vice counsel has led to a situation in which the undersigned may have an actual conflict of interest.

## 1. Brief History of the Case

The present case is a consolidated appeal of three civil actions that were filed in 2018 tried in the Waterbury Judicial District. The trial was limited to damages, as a result of a disciplinary default. After several weeks of trial, on October 12, 2022, the jury returned a verdict assessing compensatory damages of $965 million and awarding common law punitive damages of attorneys' fees and costs. Thereafter, on November 10, the trial court (Bellis, J.) awarded common law punitive damages in attorney's fees of $321,650,000 and costs of $1,489,555.94 and CUTPA punitive damages of $150 million.

The Appellate Court decision was officially released on December 10, 2024. That decision reversed the CUTPA damages but upheld the remaining damages and attorneys' fees.

## 2. Specific Facts Relied Upon

The undersigned was trial counsel and appellate counsel in the underlying matter and has been asked by his clients to work with pro hac vice counsel on further applications to the Court. Pro hac vice counsel has been admitted subject the undersigned's supervision of his work and the undersigned's assuming responsibility for his work.  In

the course of developing this relationship, a conflict has arisen. The undersigned requires an additional week to sort out the issues relating to that conflict.

### 3. Legal Grounds

The Defendants-Appellants rely upon Practice Book §§ 66-1 and 66-2. Sec. 66-1(b) provides that the "time provided for taking any step necessary to prosecute or to defend the appeal may be extended by the court in which the appeal is pending." Practice Book § 66-1(2) grants the appellate clerk authority to grant or deny motions for extensions of time promptly.

### 4. Conclusion

For the foregoing reasons, the Defendants-Appellants respectfully ask this Court to grant the instant motion and asserts that there is good cause for the requested extension.

APPELLANTS-
DEFENDANTS
ALEX JONES

By: /s/ 408681

Norman A. Pattis
Pattis & Paz, LLC
383 Orange St., Fl. 1
New Haven, CT 06511
Tel: (203) 393-3017
Fax: (203) 393-9745
npattis@pattispazlaw.com

## Certification

The undersigned certifies pursuant to Conn. Prac. Bk. § 62-7 that:

1. A copy of the foregoing was sent electronically on January 10, 2025 to:

    Alinor Sterling; Christopher Mattei, Joshua Koskoff
    Koskoff, Koskoff & Bieder, P.C.
    350 Fairfield Ave.
    Bridgeport, CT 06604
    asterling@koskoff.com
    cmattei@koskoff.com
    jkoskoff@koskoff.com

    Atty. Ben Broocks
    Broocks Law Firm, PLLC
    24B Addle Ro Rd., Suite B301
    Austin, TX  78746
    bbroocks@broockslawfirm.com

2. The motion has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law;

3. The motion complies with Conn. Prac. Bk. § 67-2 and all other applicable Rules of Appellate Procedure.

/s/ 408681<br>Norman A. Pattis

 

**State of Connecticut Judicial Branch**
**Appellate/Supreme E-Filing**

Attorney/Firm : JAY MARSHALL WOLMAN (433791)                    Email: jmw@randazza.com  **Logout**

E-File an Appearance    **Go**

| E-Filing Home | **Appeal Case Information** | | | |
|---|---|---|---|---|
| E-Services Inbox | AC 46131    ERICA LAFFERTY ET AL. v. ALEX EMRIC JONES ET AL.   | | | Status: **Disposed** |
| | **Date Filed:** | 12/29/2022 | **Case Manager :** | RENE L. ROBERTSON |
| Self Help | **Appeal By:** | Defendant | **Response to Docket Due Date:** | 12/22/2023 Term 5 |
| Logout | **Argued Date:** | 02/08/2024   10:00 AM | **Disposition Method:** | Opinion |
| E-File a New Appellate Matter | **Submitted on Briefs Date:** | | **Disposition Date:** | 12/10/2024 |
| | | | **Cite:** | 229 CA 487 (2024)    Rescript |
| E-File a Petition for Certification to Appeal | **Panel:** | HON. INGRID L. MOLL HON. ROBERT W. CLARK HON. DENNIS EVELEIGH | **Petition(s) For Certification:** | SC 240253 |

**Cross Appeal/Amended Appeal**

| | **Trial Court Case Information** | | | |
|---|---|---|---|---|
| E-File a Motion or Application Before E-Filing an Appeal | **Docket Number:** | UWYCV186046436S    UWYCV186046438S    UWYCV186046437S | | |
| | **Judgment For:** | Plaintiff | **Court:** | JD COURTHOUSE AT WATERBURY - 300 Grand St |
| List My Cases | **Trial Judge(s):** | HON. BARBARA N. BELLIS | **Judgment Date:** | 12/22/2022 |
| My E-Filed Items | | | **Case Type:** | CIVIL - DEFAMATION |
| Case Search By Docket Number By Case Name | | | **Other Trial Judge(s):** | HON. JAMES W ABRAMS |

| **Party/Attorney or Self-Represented Information** | | | |
|---|---|---|---|
| **Party Name** | **Trial Court Party Class** | **Case Affiliation** | **Appeal Party Class** |
| **Party(ies) for: AC 46131** | | | |
| ALEX E JONES  Juris: 433791  JAY MARSHALL WOLMAN  Juris: 423934  PATTIS & PAZ LLC (removed 1/28/2025)  Juris: 408681  NORMAN A PATTIS (removed 1/28/2025)  Juris: 067962  JOHN R WILLIAMS | Defendant | Defendant | Appellant |
| FREE SPEECH SYSTEMS, LLC  Juris: 433791  JAY MARSHALL WOLMAN  Juris: 408681  NORMAN A PATTIS (removed 1/28/2025)  Juris: 423934  PATTIS & PAZ LLC (removed 1/28/2025) | Defendant | Defendant | Appellant |
| JENNIFER HENSEL EXECUTRIX OF THE ESTATE OF JEREMY RICHMAN (Removed on 06/08/2021) | Plaintiff | Plaintiff | Appellee |
| ERICA LAFFERTY (Removed on 10/20/2021) | Plaintiff | Plaintiff | Appellee |
| DAVID WHEELER  Juris: 411754  ALINOR C STERLING  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |
| FRANCINE WHEELER  Juris: 411754  ALINOR C STERLING  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |
| JACQUELINE BARDEN  Juris: 411754  ALINOR C STERLING  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |
| MARK BARDEN  Juris: 411754  ALINOR C STERLING  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |
| NICOLE HOCKLEY  Juris: 411754  ALINOR C STERLING  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |
| IAN HOCKLEY  Juris: 411754  ALINOR C STERLING  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |
| JENNIFER HENSEL  Juris: 411754  ALINOR C STERLING  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |
| JEREMY RICHMAN (Removed on 06/07/2021) | Plaintiff | Plaintiff | Appellee |
| DONNA SOTO  Juris: 411754  ALINOR C STERLING  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |
| CARLEE SOTO-PARISI  Juris: 411754  ALINOR C STERLING  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |
| CARLOS M SOTO  Juris: 411754  ALINOR C STERLING  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |
| JILLIAN SOTO  Juris: 411754  ALINOR C STERLING  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |
| WILLIAM ALDENBERG  Juris: 032250  KOSKOFF KOSKOFF & BIEDER PC | Plaintiff | Plaintiff | Appellee |

| Party | | | | |
|---|---|---|---|---|
| WOLFGANG HALBIG (Removed on 04/06/2021) | | Defendant | Defendant | Appellee |
| CORY T SKLANKA (Removed on 10/26/2020) | | Defendant | Defendant | Appellee |
| JAY WOLMAN, ESQ. (Removed on 08/08/2022) | | Defendant | Defendant | Appellee |
| JAMES H FETZER PHD (Removed on 10/28/2021) | | Defendant | Defendant | Appellee |
| WILLIAM SHERLACH | | Plaintiff | Plaintiff | Appellee |
|     Juris: 411754 ALINOR C STERLING | | | | |
|     Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | |
| ROBERT PARKER | | Plaintiff | Plaintiff | Appellee |
|     Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | |
| ERICA l ASH A/K/A ERICA LAFFERTY | | Plaintiff | Plaintiff | Appellee |
|     Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | |
|     Juris: 411754 ALINOR C STERLING | | | | |
| INFOWARS, LLC (Removed on 06/02/2022) | | Defendant | Defendant | Appellee |
| INFOWARS HEALTH LLC (Removed on 06/02/2022) | | Defendant | Defendant | Appellee |
| PRISON PLANET TV LLC (Removed on 06/02/2022) | | Defendant | Defendant | Appellee |
| GENESIS COMMUNICATIONS NETWORK, INC. (Removed on 07/01/2022) | | Defendant | Defendant | Appellee |
| MIDAS RESOURCES, INC. (Removed on 07/03/2018) | | Defendant | Defendant | Appellee |
| MIDAS RESOURCES, INC. (Removed on 04/06/2021) | | Defendant | Defendant | Appellee |
| RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI | | Plaintiff | Plaintiff | Other |
|     Juris: 411754 ALINOR C STERLING | | | | |
|     Juris: 069625 ZEISLER & ZEISLER P.C. | | | | |
|     Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC | | | | |
| OFFICE OF CHIEF DISCIPLINARY COUNSEL | | N/A | Other | Other |
|     Juris: 422382 OFFICE OF CHIEF DISCIPLINARY COUNSEL | | | | |
| NORMAN A PATTIS, ESQ. | | N/A | Other | Other |
|     Juris: 421460 WESLEY R MEAD | | | | |
| ANDINO REYNAL, ESQ | | N/A | Other | Other |
|     Juris: 428935 BARRY TAYLOR & LEVESQUE LLC | | | | |

### Transcripts and Exhibits

Exhibits Received By Court: 07/24/2023

| Party | Transcripts Ordered | Estimated Delivery Date | Delivered To Party | Pages | Delivered To Court |
|---|---|---|---|---|---|
| ALEX E JONES<br>FREE SPEECH SYSTEMS, LLC | 01/09/2023 | 02/24/2023 | 02/04/2023 | 4547 | 06/12/2023 |
| DAVID WHEELER<br>FRANCINE WHEELER<br>JACQUELINE BARDEN<br>MARK BARDEN<br>NICOLE HOCKLEY<br>IAN HOCKLEY<br>JENNIFER HENSEL<br>DONNA SOTO<br>CARLEE SOTO-PARISI<br>CARLOS M SOTO<br>JILLIAN SOTO<br>WILLIAM ALDENBERG<br>RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI<br>WILLIAM SHERLACH<br>ROBERT PARKER | 02/23/2023 | 02/22/2023 | 02/24/2023 | 134 | |
| DAVID WHEELER<br>FRANCINE WHEELER<br>JACQUELINE BARDEN<br>MARK BARDEN<br>NICOLE HOCKLEY<br>IAN HOCKLEY<br>JENNIFER HENSEL<br>DONNA SOTO<br>CARLEE SOTO-PARISI<br>CARLOS M SOTO<br>JILLIAN SOTO<br>WILLIAM ALDENBERG<br>RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI<br>WILLIAM SHERLACH<br>ROBERT PARKER | 03/07/2023 | 02/16/2023 | 02/16/2023 | 9 | 10/11/2023 |

### Preliminary Papers

| Party Name | Preliminary Statement of the Issues | Designation of the Proposed Contents of the Clerk Appendix | Certificate re Transcript Received | Docketing Statement | PAC Statement | Constitutionality Notice | Sealing Notice | Certificate of Interested Entities |
|---|---|---|---|---|---|---|---|---|
| ALEX E JONES , FREE SPEECH SYSTEMS, LLC | 01/09/2023 | 01/09/2023 | 01/09/2023 | 01/10/2023 | 01/09/2023 | | | |
| DAVID WHEELER , FRANCINE WHEELER , JACQUELINE BARDEN , MARK BARDEN , NICOLE HOCKLEY , IAN HOCKLEY , JENNIFER HENSEL , DONNA SOTO , CARLEE SOTO-PARISI , CARLOS M SOTO , JILLIAN SOTO , WILLIAM ALDENBERG , RICHARD M. | 01/30/2023 | 01/17/2023 | | 01/30/2023 | | | | |

COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI ,
WILLIAM SHERLACH ,
ROBERT PARKER

| Briefs | | | | |
|---|---|---|---|---|
| | Type | Original Due Date | Due Date | Filed Dt |
| ALEX E JONES<br>Appellant<br>FREE SPEECH SYSTEMS, LLC<br>Appellant | Brief | 03/27/2023 | 06/02/2023 | 06/02/2023 |
| DAVID WHEELER<br>Appellee<br>FRANCINE WHEELER<br>Appellee<br>JACQUELINE BARDEN<br>Appellee<br>MARK BARDEN<br>Appellee<br>NICOLE HOCKLEY<br>Appellee<br>IAN HOCKLEY<br>Appellee<br>JENNIFER HENSEL<br>Appellee<br>DONNA SOTO<br>Appellee<br>CARLEE SOTO-PARISI<br>Appellee<br>CARLOS M SOTO<br>Appellee<br>JILLIAN SOTO<br>Appellee<br>WILLIAM ALDENBERG<br>Appellee<br>RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI<br>Other<br>WILLIAM SHERLACH<br>Appellee | Brief | 07/03/2023 | 10/11/2023 | 10/11/2023 |
| ALEX E JONES<br>Appellant<br>FREE SPEECH SYSTEMS, LLC<br>Appellant | Reply Brief | 10/31/2023 | 11/15/2023 | 11/15/2023 |

| Case Activity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Activity | Number | Date filed | Initiated By | Description | Action | Action Date | Notice Date |
| APPEAL | AC 46131 | 12/29/2022 | | Direct Appeal | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 12/29/2022 | | Correspondence from Court | Filed | | |
| MOTION | AC 223085 | 12/30/2022 | Court | Motion to Consolidate | Granted | 12/30/2022 | 12/30/2022 |
| ORDER | AC 223085 | 12/30/2022 | | Clerk uploaded Order | Filed | | |
| AMENDED APPEAL | AC 46131 | 01/06/2023 | | E-filed Amended Appeal | Rejected | | |
| CORRECTED APPEAL FORM | AC 46131 | 01/06/2023 | | E-filed Corrected Appeal Form | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/09/2023 | | Appeal Transcript Order Acknowledgement from Court Reporter | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/09/2023 | | Constitutionality Notice | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/09/2023 | | Designation of the Contents of the Clerk Appendix | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/09/2023 | | Designation of the Contents of the Clerk Appendix | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/09/2023 | | Designation of the Contents of the Clerk Appendix | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/09/2023 | | Docketing Statement | Returned | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/09/2023 | | Pre Argument Conference Statement | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/09/2023 | | Preliminary Statement of Issues | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/10/2023 | | Docketing Statement | Filed | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| APPEARANCE | | 01/17/2023 | | E-filed Appearance Form | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/17/2023 | | Designation of the Contents of the Clerk Appendix | Filed | | |
| DELINQUENCY ORDER | 220329 | 01/18/2023 | | Clerk uploaded Delinquency Order | Filed | | |
| DELINQUENCY ORDER | 220329 | 01/18/2023 | Court | NISI Court Reporter's Acknowledgement | Compliance | 02/08/2023 | 01/18/2023 |
| MOTION | AC 223299 | 01/30/2023 | ALEX E JONES ; FREE SPEECH SYSTEMS, LLC | Motion to Set Aside Delinquency Order | Granted | 02/10/2023 | 02/10/2023 |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/30/2023 | | Docketing Statement | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 01/30/2023 | | Preliminary Statement of Issues | Filed | | |
| BRIEF | | 02/08/2023 | | Clerk uploaded electronic version of Clerk Appendix | | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 02/08/2023 | | Appeal Transcript Order Acknowledgement from Court Reporter | Filed | | |
| ORDER | AC 223299 | 02/10/2023 | | Clerk uploaded Order | Filed | | |
| MOTION | AC 223420 | 02/17/2023 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI ; WILLIAM SHERLACH ; ROBERT PARKER | Motion to File Late P.B. § 63-4 Papers | Granted | 03/01/2023 | 03/01/2023 |
| MOTION | AC 223426 | 02/21/2023 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI ; WILLIAM SHERLACH ; ROBERT PARKER | Motion - Other | Returned | 02/22/2023 | 02/22/2023 |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 02/23/2023 | | Appeal Transcript Order Acknowledgement from Court Reporter | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 02/24/2023 | | Appeal Transcript Order Form with Certificate of Completion | Filed | | |
| ORDER | AC 223420 | 03/01/2023 | | Clerk uploaded Order | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 03/06/2023 | | Appeal Transcript Order Form with Certificate of Completion | Filed | | |
| MOTION FOR EXTENSION | AC 2231480 | 03/09/2023 | ALEX E JONES ; FREE SPEECH SYSTEMS, LLC | Appellant Brief Extension Date:04/26/2023 | Granted | 03/10/2023 | 03/10/2023 |
| TC MOTION | AC 225266 | 03/29/2023 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI ; WILLIAM SHERLACH ; ROBERT PARKER | Motion for Rectification (Trial Court Only) | Granted | 03/31/2023 | 04/04/2023 |
| ORDER | AC 225266 | 04/04/2023 | | Clerk uploaded Order | Filed | | |
| MOTION FOR EXTENSION | AC 2231683 | 04/04/2023 | ALEX E JONES ; FREE SPEECH SYSTEMS, LLC | Appellant Brief Extension Date:05/26/2023 | Granted | 04/10/2023 | 04/10/2023 |

| | | | | | | |
|---|---|---|---|---|---|---|
| OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 2231683 | 04/10/2023 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | |
| MOTION FOR EXTENSION | AC 2232044 | 05/24/2023 | ALEX E JONES ; FREE SPEECH SYSTEMS, LLC | Appellant Brief Extension Date:06/02/2023 | Granted | 05/24/2023 05/24/2023 |
| BRIEF | | 06/02/2023 | PATTIS & PAZ LLC | Electronic Version of Brief | | |
| BRIEF | | 06/02/2023 | PATTIS & PAZ LLC | Electronic Version of Brief | Rejected | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 06/08/2023 | | Appeal Transcript Filing Form to Accompany Transcripts and/or Land Use Regulations | Filed | |
| MOTION FOR EXTENSION | AC 2232228 | 06/21/2023 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI ; WILLIAM SHERLACH | Appellee Brief Extension Date:08/02/2023 | Granted | 06/21/2023 06/21/2023 |
| MOTION FOR EXTENSION | AC 2330193 | 07/27/2023 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI ; WILLIAM SHERLACH | Appellee Brief Extension Date:08/24/2023 | Granted | 07/27/2023 07/27/2023 |
| MOTION FOR EXTENSION | AC 2330378 | 08/22/2023 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI ; WILLIAM SHERLACH | Appellee Brief Extension Date:09/12/2023 | Granted | 08/22/2023 08/22/2023 |
| MOTION FOR EXTENSION | AC 2330491 | 09/07/2023 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI ; WILLIAM SHERLACH | Appellee Brief Extension Date:09/29/2023 | Granted | 09/07/2023 09/07/2023 |
| MOTION FOR EXTENSION | AC 2330613 | 09/27/2023 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI ; WILLIAM SHERLACH | Appellee Brief Extension Date:10/06/2023 | Granted | 09/27/2023 09/27/2023 |
| MOTION FOR EXTENSION | AC 2330670 | 10/06/2023 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI ; WILLIAM SHERLACH | Appellee Brief Extension Date:10/11/2023 | Granted | 10/06/2023 10/06/2023 |
| BRIEF | | 10/11/2023 | KOSKOFF KOSKOFF & BIEDER PC | Electronic Version of Brief | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 10/11/2023 | | Appeal Transcript Filing Form to Accompany Transcripts and/or Land Use Regulations | Filed | |
| MOTION FOR EXTENSION | AC 2330834 | 10/30/2023 | ALEX E JONES ; FREE SPEECH SYSTEMS, LLC | Appellant Reply Extension Date:11/13/2023 | Granted | 10/30/2023 10/30/2023 |
| BRIEF | | 11/13/2023 | PATTIS & PAZ LLC | Electronic Version of Brief | Rejected | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 11/13/2023 | | Return of Filing Notice | Filed | |
| MOTION FOR EXTENSION | AC 2330922 | 11/13/2023 | ALEX E JONES ; FREE SPEECH SYSTEMS, LLC | Appellant Reply Extension Date:11/15/2023 | Granted | 11/13/2023 11/13/2023 |
| BRIEF | | 11/15/2023 | PATTIS & PAZ LLC | Electronic Version of Brief | | |
| MOTION | AC 233113 | 12/08/2023 | RICHARD M. COAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI ; ERICA I ASH A/K/A ERICA LAFFERTY | Motion to Substitute Party | Other | 12/12/2023 12/12/2023 |
| APPEARANCE | | 12/08/2023 | | E-filed Appearance Form | Filed | |
| ORDER | AC 233113 | 12/12/2023 | | Clerk uploaded Order | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 12/21/2023 | | Assignment Form (Response to Docket) | Filed | |
| DISPOSITION | | | Court | Opinion | Disposed | 12/10/2024 |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 12/10/2024 | | Rescript | Filed | |
| MOTION FOR EXTENSION | AC 2431629 | 12/20/2024 | ALEX E JONES ; FREE SPEECH SYSTEMS, LLC | Petition for Cert to SC Extension Date: | Returned | 12/20/2024 12/20/2024 |
| MOTION FOR EXTENSION | AC 2431639 | 12/20/2024 | ALEX E JONES ; FREE SPEECH SYSTEMS, LLC | Petition for Cert to SC Extension Date:01/13/2025 | Granted | 12/20/2024 12/20/2024 |
| MOTION FOR EXTENSION | AC 2431640 | 12/20/2024 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; WILLIAM SHERLACH ; ROBERT PARKER ; ERICA I ASH A/K/A ERICA LAFFERTY | Petition for Cert to SC Extension Date:01/13/2025 | Granted | 12/20/2024 12/20/2024 |
| MOTION FOR EXTENSION | AC 2431810 | 01/10/2025 | ALEX E JONES ; FREE SPEECH SYSTEMS, LLC | Petition for Cert to SC Extension Date:01/21/2025 | Granted | 01/10/2025 01/10/2025 |
| MOTION FOR EXTENSION | AC 2431816 | 01/10/2025 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; WILLIAM SHERLACH ; ROBERT PARKER ; ERICA I ASH A/K/A ERICA LAFFERTY | Petition for Cert to SC Extension Date:01/21/2025 | Granted | 01/10/2025 01/10/2025 |
| APPEARANCE | | 01/28/2025 | | E-filed Appearance Form | Filed | |
| MOTION FOR EXTENSION | AC 2431996 | 01/28/2025 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; WILLIAM SHERLACH ; ROBERT PARKER ; ERICA I ASH A/K/A ERICA LAFFERTY | Response to Petition for Cert to SC Extension Date:02/07/2025 | Granted | 01/28/2025 01/28/2025 |
| MOTION FOR EXTENSION | AC 2431997 | 01/28/2025 | DAVID WHEELER ; FRANCINE WHEELER ; JACQUELINE BARDEN ; MARK BARDEN ; NICOLE HOCKLEY ; IAN HOCKLEY ; JENNIFER HENSEL ; DONNA SOTO ; CARLEE SOTO-PARISI ; CARLOS M SOTO ; JILLIAN SOTO ; WILLIAM ALDENBERG ; WILLIAM SHERLACH ; ROBERT PARKER ; ERICA I ASH A/K/A ERICA LAFFERTY | Response to Petition for Cert to SC Extension Date:02/07/2025 | Granted | 01/28/2025 01/28/2025 |