THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **ALEXANDER E. JONES** | § § | **Case No. 22-33553** |
| | § | **(Chapter 7)** |
| Debtor. | § § | |

### NOTICE OF STATUS CONFERENCE AND CERTIFICATE OF SERVICE
[Relates to Dkt. Nos. 1005, 1011, and 1018]

PLEASE TAKE NOTICE that Court will hold a virtual status conference in this case on **January 31, 2025 at 11:00 a.m. (CST)**, before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk, Houston, TX 77002.

Parties may participate and attend this hearing remotely by telephone and video conference. Audio for remote participation is conducted by phone, Dial-in Number: 832-917-1510, Conference ID: 590153. Video participation is conducted through GoToMeeting at: https://www.gotomeet.me/ JudgeLopez. Additional instructions, rules, and/or procedures on participation may be found on the Court's homepage at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judgechristopher-m-lopez.

Dated: January 30, 2025.

Respectfully submitted,

*/s/ Erin E. Jones*
Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
JONES MURRAY LLP
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999

AND

Joshua W. Wolfshohl (Bar No. 24038592)
jwolfshohl@porterhedges.com
Michael B. Dearman (Bar No. 24116270)
mdearman@porterhedges.com
Jordan T. Stevens (Bar No. 24106467)
jstevens@porterhedges.com
Kenesha L. Starling (Bar No. 24114906)
kstarling@porterhedges.com
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248

**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 30, 2025.

*/s/ Erin E. Jones*
Erin E. Jones