Electronic Appearance Sheet

Caroline Reckler, Latham & Watkins
Client(s): X Corp.

Jonathan Weichselbaum, Latham & Watkins
Client(s): X Corp.