IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ALEXANDER E. JONES | § § § § § | CASE NO. 22-33553 (CML) |
| Debtor. | | Chapter 7 |

### ALEXANDER E. JONES AMENDED EXHIBIT AND WITNESS LIST

Alexander E. Jones ("Debtor") files this Witness and Exhibit List for the hearing to be held on Wednesday, February 5, 2025, at 9:00 a.m. (prevailing Central Time) before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

### **EXHIBITS**

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Debtors' Motion for Approval of Compromise and Settlement Under Federal Rule of Bankruptcy Procedure 9019 [Dkt #324] | | | | |
| 2. | Sealed Exhibit A [Dkt #325] | | | | |
| 3. | Emergency Motion of the Sandy Hook Post-Trial Families for Relief from the Automatic Stay [Dkt #38] | | | | |
| 4. | Agreed Order Modifying the Automatic Stay [Dkt #58] | | | | |
| 5. | Reservation of Rights of the Connecticut Plaintiffs with Respect to the Debtors' Motion for Approval of Compromise and Settlement [#360] | | | | |
| 6. | Memorandum Decision on Texas Plaintiffs' Motion for Summary Judgment Against Jones [Adv. 23-03035, #46] | | | | |
| 7. | Memorandum Decision on Texas Plaintiffs' Motion for Summary | | | | |

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | Judgment Against Jones [Adv. 23-03037, #76] |  |  |  |  |
| 8. | 6/14/24 Transcript |  |  |  |  |
| 9. | 11/14/24 Transcript |  |  |  |  |
| 10. | 11/25/24 Transcript |  |  |  |  |
| 11. | Application of Debtor for Order Authorizing Employment of Martin, Disiere, Jefferson & Wisdom, LLP as Special Counsel [Docket #138] |  |  |  |  |
| 12. | Order Approving Application of Debtor for Order Authorizing Employment of Martin, Disiere, Jefferson & Wisdom, LLP as Special Counsel [Docket #186] |  |  |  |  |
| 13. | Schedules & SOFA [Docket #749] |  |  |  |  |
| 14. | Amended Schedules [22-60043, Docket #900] |  |  |  |  |
| 15. | Supplement Schedule F [22-60043, Docket #947] |  |  |  |  |
| 16. | Debtor's Consolidated Objection to Texas Plaintiffs POC [Docket #704] |  |  |  |  |
| 17. | Debtor's Consolidated Objection to Connecticut Plaintiffs POC [Docket #705] |  |  |  |  |
| 18. | Connecticut Plaintiffs Opposition to Jones Claim Objection [Docket #812] |  |  |  |  |
| 19. | Order Converting Ch 11 Case to Ch 7 [Docket #708] |  |  |  |  |
| 20. | 09/24/24 Transcript |  |  |  |  |
| 21. | 12/09/24 Transcript |  |  |  |  |
| 22. | 12/10/24 Transcript |  |  |  |  |
| 23. | Jones Claims Register |  |  |  |  |
| 24. | Notice of Filing and Continued Perfection of Appeals Before the Supreme Court of Connecticut [Docket # 1051] |  |  |  |  |
| 25. | Application of Debtor for Order Authorizing Employment of Pattis & Smith LLC [Dkt #336] |  |  |  |  |

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 26. | Order Authorizing Employment of Pattis & Smith LLC [Dkt #364] | | | | |
| 27. | FSS Claims Register [22-60043] | | | | |
| 28. | Motion to Reconsider [Adv #23-03037, Dkt #127] | | | | |
| 29. | Petition for Certification (with appendixes) | | | | |
| 30. | Demonstrative Damages Chart by Family Grouping | | | | |
| 31. | Jury Charge | | | | |
| 32. | Application to Employ N&N Forensics, LLC [Dkt #871] | | | | |
| 33. | Application to Employ HMP Advisory Holdings, LLC d/b/a Harney Partners as Financial Advisor [Dkt #960] | | | | |
| 34. | Application to Employ TPS-West LLC as Accountant to the Trustee [Dkt #1016] | | | | |
| 35. | Certificate of Nonappearance for Texas Plaintiffs | | | | |
| 36. | Certificate of Nonappearance for Connecticut Plaintiffs | | | | |
| 37. | Connecticut Constitution | | | | |
| 38. | Constitution of the USA | | | | |
| 39. | Final Report of the Sandy Hook Advisory Commission | | | | |
| 40. | Texas Verdict | | | | |
| 41. | Connecticut Verdict | | | | |
| 42. | 1st Monthly Fee Statement of Porter Hedges LLP as Bankruptcy Counsel for Chapter 7 Trustee [Dkt #777] | | | | |
| 43. | Full Cases and Index | | | | |
| 44. | Jones First Amended Answer and Counterclaim | | | | |
| 45. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case | | | | |
| 46. | Any exhibit necessary to rebut the evidence or testimony of any | | | | |

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | witness offered or designated by any other party |  |  |  |  |
| 7. | Any exhibit listed by any other party |  |  |  |  |

**WITNESSES**

1. Charles Murray (fact witness)
2. Representative of Texas Plaintiffs (fact witness)
3. Representative of Connecticut Plaintiffs (fact witness)
4. Any witness and rebuttal witnesses listed by any other party.

Debtor reserves the right to amend and/or supplement this Witness and Exhibit List as necessary in advance of the Hearing. Jones Parties also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, Debtor reserves the right to introduce any previously admitted exhibit.

Dated: February 3, 2025

      /s/ Shelby A. Jordan
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
***Jordan & Ortiz, P.C.***
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
       aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR ALEX JONES**

*/s/ Ben Broocks*
Ben C Broocks
State Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653

BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEX JONES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on February 3, 2025 as well as the following parties.

                                              */s/ Shelby A. Jordan*
                                              Shelby A. Jordan