# EXHIBIT 2

# SEALED EXHIBIT "A" TO #324