**EXHIBIT 13**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ALEXANDER E. JONES** | § | **Case No. 22-33553** |
| | § | |
| **Debtor.** | § | |
| | § | |

**GLOBAL NOTES AND SUPPORTING INFORMATION REGARDING CHAPTER 7**
**CONVERSION SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On December 2, 2022 (the "Petition Date"), Alexander E. Jones (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"). On June 14, 2024, the Bankruptcy Court entered an order converting the case to one under Chapter 7.

With the assistance of his Bankruptcy Court approved financial and legal advisors, the Debtor prepared his annexed Conversion Schedules ("Schedules") and Statement of Financial Affairs ("SOFA") filed herewith and combined, the "Schedules and SOFAs"), pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to any financial statements.

Although the Debtor's advisors and the Debtor have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. These notes regarding the Debtor's Schedules and SOFAs (the "Notes") comprise an integral part of the Debtor's Schedules and SOFAs and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

Compiling the information necessary to complete the Schedules and SOFAs for this individual debtor was incredibly difficult due to the lack of books and records in any single place. Multiple individuals assisted the Debtor in paying his bills and household expenses, but no budget existed and no bookkeeper reconciled any bank statements. Bank accounts were used by or on behalf of the Debtor by third parties due to his status as a controversial public media personality.

1.    Amendments. The Debtor reserves the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

**EXHIBIT 13**

2.        Asset Presentation. Where possible, assets and liabilities of the Debtor are fair market value as of June 14, 2024; provided, however, that some adjustments have been made when the information was available subsequent thereto. When another source or method was used, all attempts have been made to notate such source or method.  The Debtor reserves his right to amend or adjust the value of each asset or liability set forth herein.

3.        Liabilities. The Debtor sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-conversion and post-conversion periods may change. The Debtor also reserves the right to change the allocation of liability to the extent additional information becomes available.

4.        Causes of Action. Despite reasonable efforts, the Debtor may not have identified or set forth all of its causes of action against third parties as assets in his Schedules and SOFAs. The Debtor reserves any and all of his rights with respect to any causes of action he may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.        Claim Description. Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on his Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtor also reserves the right to amend his Schedules or SOFAs as necessary or appropriate.

6.        Property and Equipment. A third-party appraisal company has completed a physical inventory or appraisal of all of his owned equipment household goods, jewelry, and other physical assets located at his homestead and lake house and such values are described and contained in these Schedules.  Nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all of his rights with respect to such issues.

7.        Insurance. The Debtor has, in the past, maintained a variety of insurance policies including property and life. The Debtor's interest in these types of policies is limited to the amount of the premiums that the Debtor has prepaid, if any, as of Petition Date. To the best of the Debtor's knowledge, no such prepayments exist. The Debtor reserves all rights to refunds of any overpayments of premiums paid on any insurance policies.  In addition, the Debtor believes there is no cash value in such policies.

8.        Insiders. In the circumstances where the Bankruptcy Schedules require information regarding insiders, the listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an

**EXHIBIT 13**

admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or apparent or actual authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.      <u>Statement of Financial Affairs 19(d) – Financial Statements.</u> The Debtor has tried to remember all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtor reserves his rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

10.      <u>Specific Notes.</u> These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, list, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, list, or continuation sheet.

11.      <u>Totals.</u> All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

12.      <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

13.      <u>General Reservation of Rights.</u> The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of his Schedules and SOFAs as and to the extent necessary as he deems appropriate.

14.      <u>Specific Notes.</u>

- Schedule A/B: Property – Part 1 – Residence
    - Part 1.0: Home Residence (homestead)
        - Realtor.com basis for value as of June 27, 2024
            - Current value of the portion you own: per pre-nuptial agreement, Alexander E. Jones ("<u>AEJ</u>") and his wife each own a separate percentage of the residence; and 10% each year of the marriage starting in 2018 transfers from AEJ to his wife each year.  As of 2024, AEJ should own 60%; however, she has not yet filed the transfers of the most recent 20% in the real property records; therefore the 80% value as shown in the Chapter 11 Schedules is also as listed in these schedules.
    - Part 1.2: Rental Property
        - Located in SE Austin
        - Zillow Zestimate - $501,600 as of June 27, 2024
        - 15-year + tenant, lease is a verbal month-to-month.
        - Tenant performs & has never had rent adjusted.

3

**EXHIBIT 13**

- Tenant pays $1,200 per month plus maintenance, upkeep and part-time IT work for AEJ and Free Speech Systems, LLC ("FSS").
- No updates or improvements to the property have been performed during the tenants occupancy.
- The mortgage is $1,834 including escrow for taxes and insurance.
- Pays in cash & deposited into PNC DIP depository account pre-conversion (current)
- David Jones was seller (05/15/2015) and is co-mortgagee. Due to limitations of the software, since the debtor owns 100% of the property on Form 106H, the codebtor was not reflected.

  o Part 1.3: Lake House - located on Lake Travis
  - Appraised value of $1,750,000 as of 10/17/2022 by Wheeler Appraisal, LLC prepared for Jordan & Ortiz, P.C.
  - Lake house was purchased in 2015.
  - The property is currently listed for sale by Keller Williams at a listing price of $1,395,000.

  o Questions regarding condominiums per initial filing:
  - Condo # 3 – Purchased June 7, 2017, from Grantor, Jeffrey R Skipper & Delee D. Skipper by David Jones solely as the trustee of Alexander E Jones Descendant and Beneficiary Trust (Grantee).
  - Condo # 5 – AEJ conveyed to RCGJ, LLC (March 18, 2016), RCGJ, LLC conveyed to Alexander E Jones Descendant and Beneficiary Trust (June 30, 2017).
  - Condo # 6 – Purchased February 25, 2016 (original deed) from 3504 Clawson Road, LLC (seller) by RXXCTTGAA Trust (corrected deed filed on April 25, 2016); and later sold to the Alexander E. Jones Decendents and Beneficiary Trust.
  - Insurance was paid by AEJ pre-petition and was transferred to owner to future payments.

- Schedule A/B: Property – Part 2 – Vehicles
  o 3.0: Cars, vans, trucks, sport utility vehicles, motorcycles
  - 3.1: 2017 Ford Expedition (good condition)
    - Auto Trader sales value of $17,500 as of June 25, 2024
  - 3.2: 2020 Dodge Charger (Hellcat) (good condition)
    - Kelly Blue Book trade in value $58,105 as of 06/28/24

- Schedule A/B: Property – Part 3 – Personal and Household Items
  o 6 – 9 & 11
  - Appraisal performed March 9, 2023, by ValuePros LLC – total value of household goods located in homestead; certain items were depreciated due to time since appraisal.
  - Located two additional watches after appraisal
    - Omega 300 CO-Axial – value of $2250 per wholesale jeweler

**EXHIBIT 13**

- Tag Heuer Autavia – value of $1000 per wholesale jeweler
  - o 9. Equipment for sports and hobbies (3 electric bikes).
    - ▪ Rhino (Zugo)
    - ▪ Two (2) Bakcou
  - o 10. Firearms -
    - ▪ Value by Mike Cargill of Central Texas Gun Works as of 02/22/23 in a range of $62,089 (dealer value) – $89,606 (used retail value). After appraisal was completed, found five additional guns in AEJ's closet (three revolvers, a pistol and a rifle) – per Cabella's website, the value of each new is valued at a total of $11,655.
    - ▪ Total value of firearms as of the Petition Date was $73,744.
    - ▪ Non-exempt firearms were sold by Central Texas Gunworks owned by Michael Cargill in bulk sale for $65,567.99 excluding sales tax. Per the contract, the dealer is entitled to a 15% commission or $9,835.20. Debtor has received payment of $20,000 on 6/7/24 for delivery of guns to buyer totaling $18,475.00 excluding taxes. The remaining firearms are scheduled to be picked up from the dealer the week of July 8. The debtor is scheduled to receive $35,732.79 upon delivery net of commission.
  - o 13.0 Non-farm animals
    - ▪ Ragdoll cat (approximately 4 years old) – valued at $200.
  - o 14.0 Cryoniq Cryogenic chamber – valued at $4,000 per  conversations with President of the Company in March 2023 and depreciated to $3,000 for June 2024.

  - o 19.0 Non-publicly traded stock and interests and unincorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture.
    - ▪ Free Speech Systems, LLC
      - • Value $0, derived from schedules filed by FSS (case # 22-60043), reflecting the value of liabilities greater than assets
      - • Tax forfeiture on March 10, 2023
    - ▪ AEJ Austin Holdings LLC
      - • Owns 80% of PLJR Holdings Limited, LLC which owns 90% of PQPR Holdings Limited, LLC ("PQPR"), an effective 72% ownership of PQPR
      - • Value of PQPR is undetermined
      - • Bank balance $10,000 – (Security Bank account #0940).
    - ▪ Guadalupe County Land and Water LLC
      - • Ranch was transferred from Guadalupe County Land and Water LLC (per appraisal) to 2022 Appeal Trust and thereafter to AEJ on December 2, 2022 (listed elsewhere in these Schedules under farm and ranch land).

**EXHIBIT 13**

- No other assets found.
  - Magnolia Management LLC
    - Formed in Alaska on November 16, 2007, to be the general partner of Magnolia Holdings, Limited Partnership, also an Alaska entity formed four days after.
      - Owned 49% by AEJ and 51% by KJ as of formation.
      - 100% ownership by AEJ in Divorce Decree entered March 17, 2015
      - Involuntarily dissolved September 23, 2021
  - Magnolia Management, LP
    - Presumed to be an abbreviated reference to Magnolia Holdings Limited Partnership (above)
    - TX SOS – Shows several results like this name. Magnolia Management is shown as a DBA of Alex Jones shown on one of his Bank of America bank statements along with Jones Production and Infowards [sic].
    - Current rental property originally purchased by Dr. David Jones. Alex Jones was added to mortgage when he purchased property in 2015 from Dr. David Jones.
    - Collections from rental went into Magnolia Management Bank of America account but now go into PNC DIP depository account.
    - Mortgage on rental property is in name of David Jones and AEJ.
  - Magnolia Holdings Limited Partnership
    - Formed in Alaska on November 20, 2007, to be the owner of Prison Planet TV, LLC; Jones Report, LLC; and Infowars, LLC (k/n/a/ InfoW, LLC)
      - Owned 49.5% by AEJ and 49.5% by KJ as of formation.
      - 100% ownership by AEJ in Divorce Decree entered March 17, 2015
      - Involuntarily dissolved on May 9, 2020
  - Jones Productions
    - Believed to be a misnomer of Jones Productions, LLC (below)
  - Emric Productions LLC
    - Bank of America bank account with a balance of $485.27 in this name
    - No entity by this name has been located
    - No other assets have been located as of the date hereof
  - A. Emric Productions LLC
    - No bank accounts or other assets located as of the date hereof
    - Formed on May 10, 2007
    - Tax forfeiture occurred on January 28, 2011, over 12 years ago
  - Jones Report, LLC

6

**EXHIBIT 13**

- Received an assignment from AEJ for all copyrights, trademarks, intellectual property associated with prisonplanet.com and jonesreport.com on December 18, 2007
- Tax Forfeiture March 10, 2023
- Go Daddy Valuation as of March 2023 - $5,901.00
- Websites now believed to be owned prior to transfer by FSS due to registration on Epik anonymizer and general course of conduct where AEJ had employees of FSS buy website domains and put the charge on his American Express and then FSS reimbursed charges pre-petition, so value is now zero

- Jones Productions, LLC
  - No bank accounts or other assets located as of the date hereof
  - Tax Forfeiture March 10, 2023
- Austin Shiprock Publishing, LLC (added)
  - Upon information and belief, AEJ owns 100% membership interests and is manager – no operating agreement has been located.
  - FSS received Travis County personal property tax bill rendering reflecting a tax value of $1,354,474 of personal property owned by this company but located at FSS' location. This tax bill was paid in 2002 by FSS.
  - No value is reflected due to the belief that this personal property is or should be owned by FSS.
- Planet Infowars, LLC (added)
  - Upon information and belief, AEJ owns 100% membership interests and is manager – no operating agreement has been located.
  - No bank accounts or other assets located as of the date hereof
  - Tax Forfeiture March 10, 2023
- RCGJ, LLC
  - No bank accounts or other assets located as of the date hereof
  - David Jones is manager
  - Unknown ownership

- AEJ Holdings, LLC
  - Cannot locate this entity – it appears to be a misnomer of AEJ Austin Holdings LLC

- InfoW, LLC
  - Transferred into 2022 Litigation Settlement Trust.
  - Forfeited corporate existence dated March 10, 2023.
  - No ownership or control by AEJ.

7

**EXHIBIT 13**

- Originally believed that this entity owned domains whatistheendgame.com, truthisnews.us, Infowars.com, and Infowars.net valued at a total of $21,734 by Go Daddy.
- Websites now believed to be owned prior to transfer by FSS due to registration on Epik anonymizer and general course of conduct where AEJ had employees of FSS buy website domains and put the charge on his American Express and then FSS

- IWHealth, LLC
  - Transferred into 2022 Litigation Settlement Trust.
  - Forfeited corporate existence dated March 10, 2023.
  - No ownership or control by AEJ.
  - Funds transferred by CRO of $45,000.
- Prison Planet TV, LLC
  - Transferred into 2022 Litigation Settlement Trust.
  - Originally believed to own prisonplanet.tv website which is valued by Go Daddy at $201.
  - Forfeited corporate existence dated March 10, 2023.
  - No ownership or control by AEJ.
  - Websites now believed to be owned prior to transfer by FSS due to registration on Epik anonymizer and general course of conduct where AEJ had employees of FSS buy website domains and put the charge on his American Express and then FSS

  The three entities above were transferred by Alex Jones to the 2022 Litigation Settlement Trust in April 2022 in advance of their bankruptcy filings. The Trustee is Rob Dew.

  Value - $45,000.00

  One entity – End Hate Now, LLC formed in Nevada has an "Alex Jones" name associated with it; however, AEJ has no memory of this entity and upon information and belief it is not related to AEJ.

  o 20.0 Crypto – Value listed as of 1/1/24; value likely to be subsumed by cost of liquidation.
  o 30.0 Other amounts someone owes you – amounts not paid by FSS under Employment Agreement.

  o 33.0 Claims against third parties
    - Represented Debtor in Texas litigation; claim not valued currently.
  o 38.0 Accounts receivable or commissions you already owned
    - Mountain Way Marketing, LLC; amount owed to Debtor for marketing & personal appearance fees as of the petition date, amount outstanding has since been collected and all funds returned to FSS.

8

**EXHIBIT 13**

- Elevated Solutions Group ("ESG") – Prior to AEJ's filing, ESG had an agreement with AEJ and a separate agreement with FSS to provide for the purchase, promotion and sale of Platinum products. Since the filing, FSS and AEJ have ceased doing business with ESG and future sales will be made through FSS.
    - o 41.0 Inventory – AEJ purchased inventory (supplements) from Hi-Tech Pharmaceuticals, a dietary supplement industry leader in pre-workouts, diet & energy / weight loss, and strength & muscle building.
    The original inventory cost was $760,854. Product was being marketed through a marketing agreement(s) with ESG and FSS. As of June 14, inventory remaining to be sold has a cost basis of $185,086.23.
        - Originally marked "NO" Had no; revised to "YES".
    - o 42.0 Interests in partnerships or joint ventures – please see entities under section 19.

- Part 7
    - o 53. Other property of any kind you did not already list
        - Access to Helicopter
            - Non-transferable
            - Initially in exchange for a one-time payment of $335,000 dated 03/03/2021 from FSS, check # 10635, AEJ jointly owned one (1) helicopter with S&S 1165 Investment, LLC.
            - When sold, AEJ rolled his proceeds into up to eight (8) trips per year for a term of fifteen years.
        - Alex Was Right (GiveSendGo) – valued at $11,702.79 as of June 14, 2024. GiveSendGo is a Christian crowdfunding website founded in 2014. The website was founded as a response to GoFundMe removing campaigns that they did not agree with.
- Schedule A/B: Property
    - o 25.0 Continuation Page
        - We have spoken to or reached out to no less than nine (9) attorneys to find information on the following trusts along with asking UCC for any information they have.
            - David Minton – Minton, Bassett, Flores & Carsey
            - Stephen Lemmon – Streusand, Landon, Ozburn & Lemmon, LLP
            - Elizabeth Morgan – Elizabeth Morgan & Associates
            - Shelby Jordan – Jordan & Ortiz, P.C.
            - Eric Taube – Holland & Knight
            - Ray Battaglia – Ray Battaglia, PLLC
            - Mike Cook – Cook Brooks Johnson PLLC
            - H. Allen Hill, Jr. – The Law Office of H. Allen Hill, Jr.
        - We have discussed trusts with the following non-attorneys.

9

**EXHIBIT 13**

- Alex Jones
- David Jones
- Bob Roe
- Rob Dew
  - We have spoken to all the following Trustees of the trust's as follows:
    - RXXCTTGAA Trust – David Minton
    - Green Leaf Trust – Alexander Jones & Kelly Jones (have not spoken to [ex-wife])
    - AEJ 2018 Trust – Alexander Jones
    - The Missouri779384 Trust – David Jones
    - Alexander E Jones Descendent and Beneficiary Trust – David Jones
    - 2022 Litigation Settlement Trust – Robert Dew Initial Trustee
    - Recharge Dynasty Trust – Alexander E. Jones
  - 25. Schedule A/B: Property
    - Recharge Dynasty Trust (formed July 27, 2102) – value $0.
      - Settlor – Alexander E. Jones and Kelly Rebecca Jones.
      - Trustee – Alexander E. Jones.
      - Beneficiaries: Rex Alexander Jones, Charlotte Alexander Jones and G. G. Jones, and any other descendants of the Settlors born during the term of the trust.
      - Security Bank Crawford closed its account due to Kelly Rebecca Jones (Alex's ex-wife) mis-appropriating funds from bank account to pay for her legal fees and handed David Jones a cashier's check that he deposited into Alex's Prosperity account. David then had Prosperity Bank (#9175) give him a cashier's check dated December 12, 2022 for $29,935.66. Check was deposited into PNC DIP depository account (#5233) on January 3, 2023 for $29,935.66.
    - 2022 Litigation Settlement Trust (formed April 14, 2022)
      - Rights title and interest to:
        - InfoW, LLC. f/k/a Infowars, L.L.C.
        - IWHealth, LLC, f/k/a Infowars Health, L.L.C.
        - Prison Planet TV, LLC.
        - Trustee – Robert Dew
      - Based upon cash owed to IWHealth, LLC the value is $45,000.00
    - Hutton Cabin Trust – Hutton Cabin Trust, formed in November 2009 by AJ and his ex-wife, revoked pursuant to the Divorce Decree
    - RXXCTTGAA Trust (formed June 1, 2015) –

**EXHIBIT 13**

- Beneficiary – Alexander E. Jones while living.
- Used for owning the homestead in anonymous trust for privacy reasons only
- Green Leaf Trust (formed December 21, 2007) – $127,094 Security bank account.
  - Alexander Jones & Kelly Jones [ex-wife] – co-trustees.
  - Beneficiaries are children of AEJ: R. Jones, C. Jones and G. Jones.
  - Kelly Jones resigned as Trustee pursuant to Divorce Decree in 2015.
- AEJ 2018 Trust (formed July 24, 2018) – $6,825 Security bank account (# 0924).
  - 100% owner of AEJ Austin Holdings LLC., which owns 90% of PLJR Holdings LLC which owns 80% of PQPR Holdings Limited, LLC per 2020 tax returns.
  - Irrevocable Trust.
  - Alexander E Jones is sole trustee and beneficiary.
- The Missouri779384 Trust (formed May 9, 2018) – $54,581 Security bank account.
  - Recipient of proceeds from sale of former Westlake Hills home.
    - Original net sales proceeds went into trust from sale of home.
  - Where majority of attorney retainers/fees paid from.
- Alexander E. Jones Descendant and Beneficiary Trust Agreement (formed March 28, 2017) – holds condo's # 3, 5 and 6.
  - Zillow Zestimate # 3 –value $804,100 as of 03/15/23.
  - Zillow Zestimate # 5 –value $767,400 as of 05/15/23.
  - Zillow Zestimate # 6–value $828,300 as of 03/15/23.
  - Grantor – Alexander E Jones.
  - Trustee – David R. Jones.
  - Beneficiaries - Rex Alexander Jones, Charlotte Alexandra Jones, and G. G. Jones, and all other children born or adopted by the Grantor after the date of the agreement.


- 8. Within one year before you filed for bankruptcy.
  - In approximately 2016, Dr. David Jones took possession of 3 vehicles and a piece of real estate upon AEJ paying off the lien upon such real estate held by K. Jones pursuant to their divorce decree. It was not until 4/14/22 that the deed for the real estate showing such transfer was recorded. Moreover, the title transfer of the vehicles was not recorded until

11

EXHIBIT 13

10/12/22, though Dr. David Jones had long since taken possession, and been paying taxes and registration for such vehicles. AEJ does not believe this is a transfer during the window; the UCC in his Chapter 11 case disagreed. Dr. Jones's counsel has also asserted that he has valid defenses to any such claim.

- Part 5
  - o 13. Within two years before you filed for bankruptcy.
    - Gift cards for children for holidays under $3,000 each.
- Part 7
  - o 19. On April 5, 2022, proceeds of $3,252,925.49 from the sale of house (Cedar Oaks) went into The Missouri779384 Trust.
  - o 21. Safe deposit box
    - On March 24, 2023, contents of safe deposit box were viewed.
    - It contained one (1) rubber band.
    - It was closed prior to conversion.
  - o 22. Storage units
    - As of the Petition Date, the Debtor had access to and property in approximately 9 storage units.
    - All units viewed by UCC and UST representatives.
    - During Chapter 11, an auctioneer was hired, and the contents were sold, or personal art and collectibles and furniture were moved to AEJ home.
    - Remaining units are listed as of conversion of the case.
- Form 107 Part 2:
  - o Income reflected in this section represents the amounts reported on the Amended Statement of Financial Affairs filed in the debtor's chapter 11 case prior to conversion. The income reported are for years 2023, 2022 and 2022; not 2024, 2023 and 2022 as shown. Income for the current year to date during while both debtor and Free Speech Systems (case no. 22-60043) is $1,282,119 (through June 14, 2024) and $10,387,609 (through May 31, 2024) per the internally prepared unaudited financial statements.

EXHIBIT 13

**Fill in this information to identify your case and this filing:**

Debtor 1        **Alexander**          **E.**                **Jones**
                First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: ____**Southern**____   District of ____**Texas**____

Case number   _____

☐ Check if this is an
amended filing

# Official Form 106A/B

# Schedule A/B: Property                                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

1.1   **Homestead (see Motion to Seal, Dkt No. 230)**

Street address, if available, or other description

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Austin, TX 78735**
City        State        ZIP Code

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Travis**
County

| Current value of the entire property? | Current value of the portion you own? |
| **$3,535,700.00** | **$2,828,560.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

**EXHIBIT 13**

Debtor __Jones, Alexander E.__                    Case number *(if known)* _____

---

**1.2** __Rental Property - WW__

Street address, if available, or other description

__(see Motion to Seal, Dkt. No. 230)__

__Austin, TX 78745__
City            State        ZIP Code

__Travis__
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $501,600.00 | $501,600.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

__Fee Simple__

- ☐ **Check if this is community property** (see instructions)

---

**1.3** __Lake House (Lake Travis)__

Street address, if available, or other description

__(see Motion to Seal, Dkt. No. 230)__

__Austin, TX 78745__
City            State        ZIP Code

__Travis__
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,395,000.00 | $1,395,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

__Fee Simple__

- ☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ................................................................... ➔ | $4,725,160.00 |

---

| **Part 2:** | **Describe Your Vehicles** |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

**EXHIBIT 13**

Debtor  **Jones, Alexander E.**                                    Case number *(if known)* _____

| 3.1 | Make: | **Ford** | **Who has an interest in the property?** Check one. | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|---|

**3.1**

Make: **Ford**

Model: **Expedition**

Year: **2017**

Approximate mileage: **110000**

Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $17,500.00 | $17,500.00 |

If you own or have more than one, describe here:

**3.2**

Make: **Dodge**

Model: **Charger**

Year: **2020**

Approximate mileage: **24727**

Other information:

**Hellcat**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $58,105.00 | $58,105.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**4.1**

Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................................................................

→ | $75,605.00 |

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........

**Furniture, rugs, artwork and grill (see attached).- reduced 20% for depreciation**

$14,500.00

EXHIBIT 13

Debtor __Jones, Alexander E._____     Case number *(if known)* _____

---

7.  **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ❏ No

    ☑ Yes. Describe. .........

    | Television, monitor (see attached).0 reduced 20% for depreciation | $350.00 |

8.  **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ❏ No

    ☑ Yes. Describe. .........

    | 44 U.S. Silver (Morgan Dollar) coins (see attached). | $1,680.00 |

9.  **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ❏ No

    ☑ Yes. Describe. .........

    | Treadmill and 3 Electric Bikes (see attached). | $2,385.00 |

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ❏ No

    ☑ Yes. Describe. .........

    | 1 Falcor Petra 300WinMag 22" Rifle and 1 Stacatto XC 9MM Hangun (see attached) | $10,211.00 |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ❏ No

    ☑ Yes. Describe. .........

    | Clothes (see attached). | $300.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ❏ No

    ☑ Yes. Describe. .........

    | 19 Watches, 1 pair cufflinks (see attached). | $57,922.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ❏ No

    ☑ Yes. Describe. .........

    | 1 Ragdoll cat - approx. 4 years old (see attached). | $200.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ❏ No

    ☑ Yes. Give specific information. .............

    | See Attached. | $20,845.00 |

---

Official Form 106A/B                      **Schedule A/B: Property**                      page **4**

**EXHIBIT 13**

Debtor **Jones, Alexander E.**              Case number *(if known)* _____

| | | |
|---|---|---|
| 15. | Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................................................... ➡ | **$108,393.00** |

---

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes .......................................................................................................................................    Cash: ...................      **$5,000.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................           Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Bank of America #2913**<br>**Alexander Jones DBA Magnolia Management,**<br>**Infowars, Jones Productions** | **$328.18** |
| 17.2. Checking account: | **Bank of America #6078**<br>**Alexander E. Jones POA David R. Jones** | **$825.60** |
| 17.3. Checking account: | **JPMorgan Chase #3520**<br>**Alexander E. Jones** | **$1,206.64** |
| 17.4. Checking account: | **JPMorgan Chase #7518**<br>**Alexander E. Jones** | **$1,046.97** |
| 17.5. Checking account: | **PNC Bank #5233**<br>**Alexander Jones # 22-33553 DIP** | **$715,466.66** |
| 17.6. Checking account: | **Prosperity Bank #9175** | **$853.41** |
| 17.7. Checking account: | **Security Bank of Crawford #8548**<br>**Alexander Emric Jones** | **$1,052.77** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ....................      Institution or issuer name:

**EXHIBIT 13**

Debtor __Jones, Alexander E.__                                      Case number *(if known)* _____

---

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **A. Emric Productions, LLC (tax forfeiture 01-28-2011)** | **100.00%** | **$0.00** |
| **AEJ Austin Holdings, LLC** | **100.00%** | **$10,000.00** |
| **Austin Shiprock Publishing, LLC (tax forfeiture 03-10-2023)** | **100.00%** | **$0.00** |
| **Free Speech Systems, LLC** | **100.00%** | **$0.00** |
| **Guadalupe County Land and Water LLC** | **100.00%** | **$0.00** |
| **Jones Productions, LLC** | **100.00%** | **$0.00** |
| **Jones Report, LLC** | **100.00%** | **$0.00** |
| **Magnolia Holdings Limited Partnership, LLC** | **100.00%** | **$0.00** |
| **Magnolia Management, LLC** | **100.00%** | **$0.00** |
| **Planet Infowars, LLC (tax forfeiture 03-10-2023)** | **100.00%** | **$0.00** |
| **RCGJ, LLC** | **100.00%** | **$0.00** |

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No

☑ Yes. Give specific information about them....................

Issuer name:

**Crypto Currency wallet which had a value of $0 at filing, received a donation on 12-03-2022. As of 12-03-2022 the balance was $304.00. As of 1/1/24 it is $1881.86**                       $1,881.86

21.  **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | |
| Pension plan: | | |
| IRA: | | |
| Retirement account: | | |
| Keogh: | | |
| Additional account: | | |
| Additional account: | | |

---

EXHIBIT 13

Debtor __Jones, Alexander E._____     Case number *(if known)* _____

---

**22.** **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

❏ No

☑ Yes .....................          Institution name or individual:

        Other:     **Bank of America escrow for rental**                     **$11,342.76**

        Other:     **GiveSendGo Fund**                                     **$11,702.79**

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

❏ Yes .....................     Issuer name and description:

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

❏ Yes .....................     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

❏ No

☑ Yes. Give specific information about them. ...     **See Attached.**                     **$106,406.25**

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

❏ Yes. Give specific information about them. ...

**27.** **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

❏ Yes. Give specific information about them. ...

---

EXHIBIT 13

Debtor **Jones, Alexander E.**         Case number *(if known)* _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

Federal: _____
State: _____
Local: _____

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information. ........

**See Attached.**         **$416,048.86**

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

Company name:      Beneficiary:      Surrender or refund value:

_____   _____   _____

_____   _____   _____

_____   _____   _____

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

**EXHIBIT 13**

Debtor __Jones, Alexander E._____     Case number *(if known)* _____

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No

    ☑ Yes. Describe each claim. ..............

    | Barnes' Law, LLP (potential malpractice). | unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No

    ☑ Yes. Describe each claim. ..............

    | Youngevity International, Inc. | unknown |

35. **Any financial assets you did not already list**

    ☐ No

    ☑ Yes. Give specific information. ........

    | Unclaimed Property (see attached) | $6,395.67 |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................... ➜ | **$1,289,558.42** |

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.

    ☑ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

---

**EXHIBIT 13**

Debtor   **Jones, Alexander E.**                        Case number *(if known)*

---

41.    **Inventory**

      ❏ No

      ☑ Yes. Describe. .........

| Debtor purchased inventory - purchased supplements from Hi-Tech Pharmaceuticals, a dietary supplement industry leader in pre-workouts, diet & energy/weight loss, and strength & muscle building. Product was being marketed through a marketing agreement by and between AEJ, ESG and FSS. | $185,086.03 |

42.    **Interests in partnerships or joint ventures**

      ❏ No

      ☑ Yes. Describe .......

| Name of entity: | % of ownership: | |
|---|---|---|
| **Please see entities under #19 which includes values.** | **100.00%** | **unknown** |

43.    **Customer lists, mailing lists, or other compilations**

      ☑ No

      ❏ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

          ❏ No

          ❏ Yes. Describe. .........

44.    **Any business-related property you did not already list**

      ☑ No

      ❏ Yes. Give specific
          information .........

45.    **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ...................................................................................................... ➡ | $185,086.03 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.    **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

      ☑ No. Go to Part 7.

      ❏ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

EXHIBIT 13

Debtor  **Jones, Alexander E.**                                  Case number *(if known)*

---

47. **Farm animals**

    *Examples:*  Livestock, poultry, farm-raised fish

    ☑ No

    ❑ Yes .........................

48. **Crops—either growing or harvested**

    ☑ No

    ❑ Yes. Give specific
    information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ❑ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ❑ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ❑ Yes. Give specific
    information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ............................................................................................................ ➜   **$0.00**

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

    *Examples:*  Season tickets, country club membership

    ❑ No

    ☑ Yes. Give specific
    information. ............

    **Access to helicopter service - non-transferable. Up to eight (8) trips per year
    for a term of fifteen years in exchange for a one-time payment of $335,000
    dated 03-03-21 from FSS, check #10635 [value: $0.00]**                          **$0.00**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................... ➜   **$0.00**

---

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** .............................................................................................................. ➜   **$4,725,160.00**

56. **Part 2: Total vehicles, line 5**                                  **$75,605.00**

---

**EXHIBIT 13**

Debtor __Jones, Alexander E._____     Case number *(if known)* _____

| | | |
|---|---|---|
| 57. | **Part 3: Total personal and household items, line 15** | $108,393.00 |
| 58. | **Part 4: Total financial assets, line 36** | $1,289,558.42 |
| 59. | **Part 5: Total business-related property, line 45** | $185,086.03 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** | **+** $0.00 |

62. **Total personal property.** Add lines 56 through 61. ...............   $1,658,642.45   Copy personal property total ➡   **+** $1,658,642.45

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .......................................................................................   $6,383,802.45

Case 22-33553 Document 1054-13 Filed in TXSB on 06/28/24 Page 25 of 54

**EXHIBIT 13**

Debtor __Jones, Alexander E.__                                    Case number *(if known)* _____

| | **Continuation Page** | |
|---|---|---|
| **14.** | **Any other personal and household items you did not already list, including any health aids you did not list** | |
| | **Cryoniq Cryogenic chamber (see attached)- reduced 20% for depreciation** | **$3,000.00** |
| | **Lake House (furniture, fixtures, household goods, recreational equipment - see attachment). 80% of value pro assessment 3/23 - assume depreciation** | **$17,000.00** |
| | **Sunglasses and prescription glasses (see attached).** | **$845.00** |
| **25.** | **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit** | |
| | **2022 Litigation Settlement Trust** | **$45,000.00** |
| | **AEJ 2018 Trust - Trustee + Beneficiary** | **$6,825.36** |
| | **Alexander E. Jones Descendent and Beneficiary Trust - Grantor** | **$0.00** |
| | **Green Leaf Trust - Former Trustee + Cosettlor** | **$0.00** |
| | **Recharge Dynasty Trust - Cosettler + Trustee** | **$0.00** |
| | **RXXCTTGAA Trust - Settlor, Co-Trustee + Beneficiary** | **$0.00** |
| | **The Missouri779384 Trust** | **$54,580.89** |
| **30.** | **Other amounts someone owes you** | |
| | **Amount due from Central Gun Works for sale of firearms** | **$35,732.79** |
| | **Amount owed by FSS for sales June 2-June 14, 2024** | **$76,539.22** |
| | **Amounts Advanced by debtor on behalf of the Descendants Trust** | **$33,776.85** |
| | **Unpaid wages under contract - Free Speech Systems, LLC ("FSS"). Post FSS bankruptcy filing 9 payrolls (08-10-2022 - 12-02-2022).** | **$270,000.00** |

EXHIBIT 13

Fill in this information to identify your case:

Debtor 1        **Alexander**          **E.**              **Jones**
                First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name        Last Name

United States Bankruptcy Court for the: _____**Southern**_____   District of _____**Texas**_____

Case number
(if known)      _____

❑ Check if this is an
   amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Homestead (see Motion to Seal, Dkt No. 230) Austin, TX 78735**<br><br>Line from *Schedule A/B:* ___**1.1**___ | **$2,828,560.00** | ☑ ___$2,828,560.00___<br><br>❑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3.  **Are you claiming a homestead exemption of more than $189,050?**

    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ❑ No
    ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☑ No
        ❑ Yes

**EXHIBIT 13**

Debtor 1    **Alexander        E.            Jones**                    Case number *(if known)* _____

First Name        Middle Name        Last Name

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Furniture, rugs, artwork and grill (see attached).- reduced 20% for depreciation**<br><br>Line from *Schedule A/B:* 6 | $14,500.00 | ☑ $14,500.00<br>❏ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Television, monitor (see attached).0 reduced 20% for depreciation**<br><br>Line from *Schedule A/B:* 7 | $350.00 | ☑ $350.00<br>❏ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Treadmill and 3 Electric Bikes (see attached).**<br><br>Line from *Schedule A/B:* 9 | $2,385.00 | ☑ $2,385.00<br>❏ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description: **1 Falcor Petra 300WinMag 22" Rifle and 1 Stacatto XC 9MM Hangun (see attached)**<br><br>Line from *Schedule A/B:* 10 | $10,211.00 | ☑ $10,211.00<br>❏ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description: **Clothes (see attached).**<br><br>Line from *Schedule A/B:* 11 | $300.00 | ☑ $300.00<br>❏ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description: **19 Watches, 1 pair cufflinks (see attached).**<br><br>Line from *Schedule A/B:* 12 | $57,922.00 | ☑ $12,500.00<br>❏ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |

**EXHIBIT 13**

Debtor 1    **Alexander         E.              Jones**                    Case number *(if known)* _____
_____
             First Name    Middle Name    Last Name

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1 Ragdoll cat - approx. 4 years old (see attached).**<br><br>Line from *Schedule A/B:* ___13___ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description: **Sunglasses and prescription glasses (see attached).**<br><br>Line from *Schedule A/B:* ___14___ | $845.00 | ☑ $845.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(2)**<br><br><br>**Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Official Form 106C                    **Schedule C: The Property You Claim as Exempt**                    page __3__ of __3__

EXHIBIT 13

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** | **E.** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1**

**Bank of America**
Creditor's Name

**PO Box 31785**
Number        Street

**Tampa, FL 33631-3785**
City        State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   **05/2020**

Describe the property that secures the claim:

| **Rental Property - WW** |
|---|
| **(see Motion to Seal, Dkt. No. 230) Austin, TX 78745** |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**  ___ ___ ___ ___

Column A: **$25,672.00**  Column B: **$501,600.00**  Column C: **$0.00**

**Remarks:** Debt was incurred May, 2020 assumed when purchased. Co-debtor is Dr. Jones.

Add the dollar value of your entries in Column A on this page. Write that number here:   **$25,672.00**

EXHIBIT 13

Fill in this information to identify your case:

Debtor 1     **Alexander**       **E.**       **Jones**

             First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name       Last Name

United States Bankruptcy Court for the:    **Southern**     District of    **Texas**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B:* **Property (Official Form 106A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G). Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property***. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

    ☑ No. Go to Part 2.
    ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                   **Total claim**

**4.1**    **All Connecticut Plaintiffs**

Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St., STE. 2850**

Number        Street

**Austin, TX 78701**

City          State        ZIP Code

**Who incurred the debt?** Check one.

    ☑ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another
    ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

    ☑ No
    ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply.

    ☑ Contingent
    ☐ Unliquidated
    ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

    ☐ Student loans
    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
    ☐ Debts to pension or profit-sharing plans, and other similar debts
    ☑ Other. Specify   **Litigation Claim**

**$473,000,000.00**

**EXHIBIT 13**

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.2** **Carlee Soto Parisi**

Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**

Number          Street

**Austin, TX 78701**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**          **2022**

**$66,000,000.00**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation Claim**

**4.3** **Carlos M. Soto**

Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**

Number          Street

**Austin, TX 78701**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**          **2022**

**$57,600,000.00**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation Claim**

**EXHIBIT 13**

Debtor 1    **Alexander          E.          Jones**                    Case number *(if known)* _____

          First Name         Middle Name        Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims – Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

### 4.4

**David Wheeler**

Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**

Number        Street

**Austin, TX 78701**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Litigation Claim**

**$55,000,000.00**

---

### 4.5

**Donna Soto**

Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**

Number        Street

**Austin, TX 78701**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Litigation Claim**

**$48,000,000.00**

---

**EXHIBIT 13**

Debtor 1    **Alexander**      **E.**      **Jones**        Case number *(if known)* _____

           First Name        Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.6**   **Erica Lafferty**                      **$76,000,000.00**

Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St., STE 2850**

Number          Street

**Austin, TX 78701**

City         State         ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Litigation Claim**

**4.7**   **Francine Wheeler**                      **$54,000,000.00**

Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**

Number          Street

**Austin, TX 78701**

City         State         ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Litigation Claim**

EXHIBIT 13

| Debtor 1 | Alexander | E. | Jones | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims − Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.8**

**Ian Hockley**
Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**
Number            Street

**Austin, TX 78701**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**            2022

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Litigation Claim**

**$81,600,000.00**

**4.9**

**Jacqueline Barden**
Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**
Number            Street

**Austin, TX 78701**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**            2022

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Litigation Claim**

**$28,800,000.00**

EXHIBIT 13

Debtor 1     **Alexander**     **E.**     **Jones**     Case number *(if known)* _____

       First Name       Middle Name       Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.10**

**Jennifer Hensel**
Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**
Number       Street

**Austin, TX 78701**
City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Litigation Claim**

**$52,000,000.00**

---

**4.11**

**Jillian Soto-Marino**
Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**
Number       Street

**Austin, TX 78701**
City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Litigation Claim**

**$68,800,000.00**

---

Official Form 106E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page **6** of **13**

EXHIBIT 13

Debtor 1     **Alexander**        **E.**        **Jones**              Case number *(if known)* _____
             First Name      Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.12**

**Kelly Rebecca Jones**
Nonpriority Creditor's Name

**12250 Trautwein Rd.**
Number              Street

**Austin, TX 78737**
City                State              ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**        **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unknown**

**$0.00**

---

**4.13**

**Marcel Fontaine, Leonard Pozner and Vernonique De La Rosa**
Nonpriority Creditor's Name

**c/o Jarrod B. Martin Chamberlain Hrdlicka**

**1200 Smith Street, STE. 1400**
Number              Street

**Houston, TX 77002**
City                State              ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**        **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation Claim**

**unknown**

EXHIBIT 13

Debtor 1     **Alexander**      **E.**      **Jones**      Case number *(if known)* _____

       First Name      Middle Name     Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims – Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.14**   **Mark Barden**

Nonpriority Creditor's Name

   **c/o Ryan Chapple Cain & Skarnulis PLLC**

   **303 Colorado St, STE 2850**

Number        Street

   **Austin, TX 78701**

City           State         ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___      **$57,600,000.00**

**When was the debt incurred?**     **2022**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation Claim**

**4.15**   **Neil Heslin**

Nonpriority Creditor's Name

   **c/o Jarrod B. Martin Chamberlain Hrdlicka**

   **1200 Smith Street, STE 1400**

Number        Street

   **Houston, TX 77002**

City           State         ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___      **$2,110,000.00**

**When was the debt incurred?**     **2022**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation Claim**

**EXHIBIT 13**

Debtor 1     **Alexander**     **E.**     **Jones**     Case number *(if known)* _____

      First Name     Middle Name     Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.16**   **Nicole Hockley**

Nonpriority Creditor's Name

   **c/o Ryan Chapple Cain & Skarnulis PLLC**

   **303 Colorado St, STE 2850**

Number      Street

   **Austin, TX 78701**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___     **$73,600,000.00**

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation Claim**

---

**4.17**   **Robert Parker**

Nonpriority Creditor's Name

   **c/o Ryan Chapple Cain & Skarnulis**

   **303 Colorado St, STE 2850**

Number      Street

   **Austin, TX 78701**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___     **$120,000,000.00**

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation Claim**

---

EXHIBIT 13

Debtor 1     **Alexander**     **E.**     **Jones**     Case number *(if known)* _____

      First Name       Middle Name       Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.18**    **Scarlett Lewis**

Nonpriority Creditor's Name

**c/o Jarrod B. Martin Chamberlain Hrdlicka**

**1200 Smith Street, STE 1400**

Number        Street

**Houston, TX 77002**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      **2022**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation Claim**

**$26,700,000.00**

---

**4.19**    **Scarlett Lewis and Neil Heslin**

Nonpriority Creditor's Name

**c/o Jarrod B. Martin Chamberlain Hrdlicka**

**1200 Smith Street, STE. 1400**

Number        Street

**Houston, TX 77002**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      **2022**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation Claim**

**$22,500,000.00**

EXHIBIT 13

Debtor 1    **Alexander**      **E.**      **Jones**      Case number *(if known)* _____

       First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.20   Security Bank of Crawford**

Nonpriority Creditor's Name

**3550 S. General Bruce Dr., Bldg. I**

Number      Street

**Temple, TX 76504**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __      **$72,466.68**

**When was the debt incurred?**    11-13-2020

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Motor home loan. Debtor is a guarantor on the Note.**

---

**4.21   William Aldenberg**

Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**

Number      Street

**Austin, TX 78701**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __      **$90,000,000.00**

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation Claim**

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page **11** of **13**

**EXHIBIT 13**

Debtor 1    **Alexander**      **E.**        **Jones**          Case number *(if known)* _____
       First Name      Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.22**

**William Sherlach**

Nonpriority Creditor's Name

**c/o Ryan Chapple Cain & Skarnulis PLLC**

**303 Colorado St, STE 2850**

Number          Street

**Austin, TX 78701**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**          **2022**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation Claim**

$36,000,000.00

Case 22-33553 Document 1054-13 Filed in TXSB on 06/28/25 Page 42 of 54

EXHIBIT 13

Debtor 1   __Alexander__        __E.__        __Jones__                Case number *(if known)* _____
           First Name       Middle Name      Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
    Add the amounts for each type of unsecured claim.

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** | $1,489,382,466.68 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $1,489,382,466.68 |

**EXHIBIT 13**

| Fill in this information to identify your case: | |
|---|---|

Debtor 1     __Alexander__     __E.__     __Jones__
        First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)     _____
        First Name      Middle Name      Last Name

United States Bankruptcy Court for the:     __Southern District of Texas__

Case number
(if known)     _____

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Free Speech Systems, LLC**<br>Name<br>**c/o Annie Catmull, 4400 Post Oak Pkwy, Ste. 2360**<br>Number     Street<br>**Houston, TX 77027**<br>City         State    ZIP Code | **Employment Agreement**<br>**Contract to be REJECTED** |
| **2.2** **Erika Wulff Jones**<br>Name<br>**(see Motion to Seal, Dkt. No. 230)**<br>Number     Street<br>**Austin, TX 78735**<br>City         State    ZIP Code | **Premarital Agreement**<br>**Contract to be ASSUMED** |
| **2.3** **Mint Studios**<br>Name<br>**15390 W. Centerra Dr., Unit 56**<br>Number     Street<br>**Goodyear, AZ 85338**<br>City         State    ZIP Code | **Video Game Agreement**<br>**Contract to be ASSUMED** |
| **2.4** _____<br>Name<br>_____<br>Number     Street<br>_____<br>City         State    ZIP Code | |

Case 22-33553 Document 1074-13 Filed in TXSB on 06/28/25 Page 44 of 54

EXHIBIT 13

Fill in this information to identify your case:

Debtor 1  **Alexander**　　　**E.**　　　**Jones**
First Name　　　Middle Name　　　Last Name

Debtor 2
(Spouse, if filing)  First Name　　　Middle Name　　　Last Name

United States Bankruptcy Court for the: ____**Southern**____ District of ____**Texas**____

Case number
(if known) _____

❑ Check if this is an amended filing

## Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
☑ No
❑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
❑ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

❑ No
❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent

_____
Number　　　Street

_____
City　　　State　　　ZIP Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 Name _____ Number Street _____ City State ZIP Code | ❑ Schedule D, line ____ ❑ Schedule E/F, line ____ ❑ Schedule G, line ____ |
| 3.2 Name _____ Number Street _____ City State ZIP Code | ❑ Schedule D, line ____ ❑ Schedule E/F, line ____ ❑ Schedule G, line ____ |

Official Form 106H　　　Schedule H: Codebtors　　　page **1** of __1__

**EXHIBIT 13**

| Fill in this information to identify your case: | |
|---|---|

Debtor 1      **Alexander          E.            Jones**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:        **Southern District of Texas**

Case number
(if known)        _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

|  | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not Employed | ☐ Employed ☑ Not Employed |
| Occupation | | **Media Personality** | _____ |
| Employer's name | | **Free Speech Systems, LLC** | _____ |
| Employer's address | | **66 Granburg Circle** | _____ |
| | | Number Street | Number Street |
| | | **c/o Raymond Battaglia** | _____ |
| | | _____ | _____ |
| | | **Austin, TX 78218-3010** | _____ |
| | | City          State       Zip Code | City              State       Zip Code |
| How long employed there? | | **2008 - Present** | _____ |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | **$54,166.67** | **$0.00** |
| 3. **Estimate and list monthly overtime pay.** | 3. | + **$0.00** | + **$0.00** |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | **$54,166.67** | **$0.00** |

**EXHIBIT 13**

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here.................................................................→ | | 4. | $54,166.67 | $0.00 |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | | 5a. | $16,886.59 | $0.00 |
| | 5b. **Mandatory contributions for retirement plans** | | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | | 5e. | $1,258.21 | $0.00 |
| | 5f. **Domestic support obligations** | | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ | | 5h. + | $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | | 6. | $18,144.79 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | | 7. | $36,021.87 | $0.00 |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | 8a. | $68,700.00 | $0.00 |
| | 8b. **Interest and dividends** | | 8b. | $11.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** | | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | | 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** | | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | | |
| | Specify: _____ | | 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** | | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: **Income from All Other Sources** | | 8h. + | $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | | 9. | $68,711.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | | 10. | $104,732.87 + | $0.00 = $104,732.87 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

| | | |
|---|---|---|
| Specify: _____ | 11. + | $0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

| | |
|---|---|
| 12. | $104,732.87 |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

**EXHIBIT 13**

| Debtor 1 | **Alexander** | **E.** | **Jones** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.    Gross Monthly Income:      **$130,000.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 2. | Ordinary and necessary expense | $62,500.00 |
| 3. | Net Employee Payroll (Other than debtor) | $0.00 |
| 4. | Payroll Taxes | $0.00 |
| 5. | Unemployment Taxes | $0.00 |
| 6. | Worker's Compensation | $0.00 |
| 7. | Other Taxes | $0.00 |
| 8. | Inventory Purchases (Including raw materials) | $0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $0.00 |
| 10. | Rent (Other than debtor's principal residence) | $0.00 |
| 11. | Utilities | $0.00 |
| 12. | Office Expenses and Supplies | $0.00 |
| 13. | Repairs and Maintenance | $0.00 |
| 14. | Vehicle Expenses | $0.00 |
| 15. | Travel and Entertainment | $0.00 |
| 16. | Equipment Rental and Leases | $0.00 |
| 17. | Legal/Accounting/Other Professional Fees | $0.00 |
| 18. | Insurance | $0.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $0.00 |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | $0.00 |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | $0.00 |
| | | **$62,500.00** |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

23.    AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1)      **$67,500.00**

---

**EXHIBIT 13**

Debtor 1    **Alexander**          **E.**                    **Jones**                                          Case number *(if known)* _____

          First Name           Middle Name      Last Name

8a. Attached Statement

# Rental Income

| | | |
|---|---|---|
| 1. | Gross Monthly Income: | **$1,200.00** |
| 2. | TOTAL EXPENSES | **$0.00** |
| 3. | AVERAGE NET MONTHLY INCOME | **$1,200.00** |

EXHIBIT 13

| Fill in this information to identify your case: |
| --- |

**Debtor 1**  Alexander  E.  Jones
First Name  Middle Name  Last Name

**Debtor 2**
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the:  **Southern District of Texas**

Case number
(if known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

❑ Yes. **Does Debtor 2 live in a separate household?**

❑ No

❑ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

❑ No

☑ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| Child | 16 | ❑ No. ☑ Yes. |
| Child | 7 | ❑ No. ☑ Yes. |
| | | ❑ No. ❑ Yes. |
| | | ❑ No. ❑ Yes. |
| | | ❑ No. ❑ Yes. |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

❑ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | **Your expenses** |
| --- | --- | --- |
| **4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $0.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $4,800.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $1,006.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $8,000.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $58.00 |

**EXHIBIT 13**

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | **Your expenses** |
|---|---|---|---|

| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $1,300.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $800.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $700.00 |
| | 6d. Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $4,000.00 |
| 8. | **Childcare and children's education costs** | 8. | $12,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $1,900.00 |
| 10. | **Personal care products and services** | 10. | $1,900.00 |
| 11. | **Medical and dental expenses** | 11. | $1,500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $1,300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $3,500.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $126.00 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $1,300.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: _____ | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $25,791.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. | $1,836.00 |
| | 20b. Real estate taxes | 20b. | $1,280.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $352.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $800.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $600.00 |

EXHIBIT 13

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other.** Specify: __Storage_____          21.  +          _____$122.00__

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.          22a.          _____$74,971.00__

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          22b.          _____$0.00__

22c. Add line 22a and 22b. The result is your monthly expenses.          22c.          _____$74,971.00__

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*          23a.          _____$104,732.87__

23b. Copy your monthly expenses from line 22c above.          23b.  –          _____$74,971.00__

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*          23c.          _____$29,761.87__

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.

> Explain here:
> Sale of lakehouse will reduce expenses.

EXHIBIT 13

Fill in this information to identify your case:

| Debtor 1 | Alexander | E. | Jones |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................................ | $4,725,160.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................................................ | $1,658,642.45 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................................................... | $6,383,802.45 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $25,672.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $1,489,382,466.68 |
| Your total liabilities | $1,489,408,138.68 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................ | $104,732.87 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*..................................................................................... | $74,971.00 |

**EXHIBIT 13**

Debtor 1    **Alexander          E.          Jones**                                    Case number *(if known)* _____

        First Name          Middle Name          Last Name

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

| **$188,981.67** |
|---|

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $0.00 |

---

EXHIBIT 13

**Fill in this information to identify your case:**

Debtor 1          **Alexander          E.          Jones**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)
                First Name          Middle Name          Last Name

United States Bankruptcy Court for the:          **Southern District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Alexander E. Jones**
Alexander E. Jones, Debtor 1

Date **06/28/2024**
      MM/ DD/ YYYY

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**