**EXHIBIT 15**

<table>
<tr><td colspan="2">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor</td><td>Free Speech Systems, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern    District of Texas (State)</td></tr>
<tr><td>Case number (If known)</td><td>22-60043</td></tr>
</table>

❑ Check if this is an amended filing

## Official Form 206E/F

SUPPLEMENTAL SCHEDULE E - PRIORITY CREDITORS

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ❑ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**Total claim**    **Priority amount**

**2.1** Priority creditor's name and mailing address

See the sales tax authorities and addresses on the attached exhibit.

As of the petition filing date, the claim is: $ unknown    $_____
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim: sales tax across states

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

Basis for the claim:

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

Basis for the claim:

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____    Case number *(if known)*_____    <span style="color:red">**EXHIBIT 15**</span>
              Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2._** Priority creditor's name and mailing address     $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address     $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address     $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address     $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**EXHIBIT 15**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 2 | State Comptroller's Office, State of Alabama, Dept of Finance | 100 North Union Street, Suite 220 | Montgomery | AL | 36130 |
| 3 | State of Alaska Department of Revenue | PO Box 110400 | Juneau | AK | 99811-0400 |
| 4 | Arizona General Accounting Office | 100 N. 15th Ave, Suite 302 | Phoenix | AZ | 85007 |
| 5 | Arizona Department of Revenue | 1600 West Monroe Street | Phoenix | AZ | 85007 |
| 6 | Department of Finance & Administration | 1509 West 7th, 2nd Floor | Little Rock | AR | 72201 |
| 7 | California State Controller, State Accounting and Reporting Division | 3301 C Street, Suite 753 | Sacramento | CA | 95816 |
| 8 | California State Controller, Executive Office | 300 Capitol Mall, Suite 1850 | Sacramento | CA | 95814 |
| 9 | Colorado Office of the State Controller | 1525 Sherman St. | Denver | CO | 80203 |
| 10 | Office of the State Comptroller, State of Connecticut | 165 Capitol Avenue | Hartford | CT | O6106 |
| 11 | Controller General | 411 Legislative Avenue | Dover | DE | 19901 |
| 12 | Office of the Secretary of State, Dover Office | 401 Federal St., Suite 3 | Dover | DE | 19901 |
| 13 | Office of Tax & Revenue | 1101 4th Street SW, Suite 270 West | Washington | DC | 20024 |
| 14 | Office of Comptroller | 605 Suwannee St. | Tallahassee | FL | 32399 |

**EXHIBIT 15**

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 15 | Department of Revenue | 1800 Century Blvd | NE Atlanta | GA | 30345 |
| 16 | Office of the Comptroller | Kalanimoku Buidling, 1151 Punchbowl Street | Honolulu | HI | 96813 |
| 17 | State of Idaho Controller's Office | 700 W. State St., PO Box 83720 | Boise | ID | 83720-0011 |
| 18 | Illinois Office of Comptroller - Springfield | 325 West Adams Street | Springfield | IL | 62704 |
| 19 | Illinois Office of Comptroller - Chicago | 555 West Monroe Street, Suite 1400S-A | Chicago | IL | 60661 |
| 20 | Office of the State Comptroller of Indiana | 200 West Washington Street, Suite 240 | Indianapolis | IN | 46204 |
| 21 | Department of Revenue | 100 N Senate Ave, Room N105 | Indianapolis | IN | 46204 |
| 22 | Iowa Department of Revenue | PO Box 10330 | Des Moines | IA | 50306-0330 |
| 23 | State Treasurer | 900 SW Jackson, Suite 201 | Topeka | KS | 66612 |
| 24 | Office of the Controller | 200 Mero Street, 5th Floor | Frankfort | KY | 40622 |
| 25 | Louisiana Department of Revenue | PO Box 201 | Baton Rouge | LA | 70821-0201 |
| 26 | Office of the State Controller | 14 State House Station | Augusta | ME | 04333-0014 |
| 27 | Office of the State Comptroller | 80 Calvert St, PO Box 466 | Annapolis | MD | 21404-0466 |
| 28 | Office of the Comtroller Commonwealth of Massachusetts | One Ashburton Place, 9th Floor | Boston | MA | O2108 |
| 29 | State Treasurer | Austin Building, 430 W. Allegan St. | Lansing | MI | 48922 |
| 30 | Minnesota Department of Revenue | 600 N. Robert St. | St. Paul | MN | 55146 |

**EXHIBIT 15**

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 31 | State Treasury of Mississippi | PO Box 138 | Jackson | MS | 39205 |
| 32 | Missouri State Treasurer's Office | PO Box 210 | Jefferson City | MO | 65102 |
| 33 | Montana Department of Revenue | PO Box 5805 | Helena | MT | 59604-5805 |
| 34 | Nebraska Department of Revenue | PO Box 94818 | Lincoln | NE | 68509-4818 |
| 35 | Nevada State Controller's Office | Nevada State Capitol Buidling, 101 N. Carson Street, Suite 5 | Carson City | NV | 89701-4786 |
| 36 | New Hampshire Department of Revenue Administration | 109 Pleasant Street (Medical & Surgical Building) | Concord | NH | O3301 |
| 37 | New Jersey Office of the State Comptroller | PO Box 024 | Trenton | NJ | O8625 |
| 38 | New Mexico Taxation & Revenue | 1200 South St. Francis Drive | Santa Fe | NM | 87505 |
| 39 | Office of the New York State Comptroller | 59 Maiden Lane | New York | NY | 10038 |
| 40 | State of North Carolina Office of the State Controller | 1410 Mail Service Center | Raleigh | NC | 27699-1410 |
| 41 | Office of the State Tax Commissioner | 600 E. Boulevard Avenue Dept 127 | Dismarck | ND | 58505-0500 |
| 42 | Ohio Department of Taxation | 4485 Northland Ridge Blvd. | Columbus | OH | 43229 |
| 43 | Oklahoma State Treasurer | State Capitol Buidling, Room 217, 2300 N. | Oklahoma City | OK | 73105 |
| 44 | Oregon Department of Revenue | 955 Center St. NE | Salem | OR | 97301-2555 |
| 45 | Office of Comptroller Operations | 9th Floor - Forum Place, 555 Walnut Street | Harrisburg | PA | 17101 |

**EXHIBIT 15**

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 46 | Office of Accounts & Control | One Capitol Hill, 4th Floor | Providence | RI | O2908 |
| 47 | South Carolina Comptroller General | 1200 Senate Street, 305 Wade Hampton Office Building | Columbia | SC | 29201 |
| 48 | Department of Revenue | 445 East Capitol Ave | Pierre | SD | 57501-3185 |
| 49 | Tennessee Comptroller of the Treasury | State Capitol | Nashville | TN | 37243-9034 |
| 50 | Texas Comptroller of Public Accounts | PO Box 13528, Capitol Station | Austin | TX | 78711-3528 |
| 51 | Utah Office of State Treasurer | 350 N State Street, Suite 180 | Salt Lake City | UT | 84114-2315 |
| 52 | Office of the State Auditor | East Office Building, Suite E310, Utah State Capitol Complex | Salt Lake City | UT | 84114 |
| 53 | Department of Finance & Management | 109 State Street | Montpelier | VT | O5609 |
| 54 | Department of Taxes | 1st Floor Lobby, 133 State Street | Montpelier | VT | O5602 |
| 55 | Department of Accounts | PO Box 1971 | Richmond | VA | 23218-1971 |
| 56 | Washington State Department of Revenue | Attn: Bankruptcy Unit, 2101 4th Ave, Suite 1400 | Seattle | WA | 98121 |
| 57 | West Virginia Tax Division | 1001 Lee Street East | Charleston | WV | 25301 |
| 58 | State Controller's Office | PO Box 7932 | Madison | WI | 53707-7932 |
| 59 | Department of Revenue | 122 West 25th Street, Suite E301, Herschler Building East | Cheyenne | Wy | 82002 |

**EXHIBIT 15**

**Fill in this information to identify the case and this filing:**

Debtor Name _____Free Speech Systems, LLC_____

United States Bankruptcy Court for the: ____Southern_____ District of __Texas____
(State)

Case number (*If known*): ____22___60043_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

xx☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F) **supplemental**

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

**This documents is submitted subject to the Global Notes and Statement of Limitations, Methodology, and Disclaimer found at ECF # 900.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/13/2024___          ✗ _____
MM / DD / YYYY                           J. Patrick Magill (Jun 13, 2024 12:12 CDT)
                                         Signature of individual signing on behalf of debtor


_____
Printed name

_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**