# Southern District of Texas
# Claims Register

EXHIBIT 23

<u>22-33553 Alexander E. Jones and Official Committee Of Unsecured Creditors</u> **Converted** 06/14/2024

| | |
|---|---|
| **Bankruptcy Judge:** Christopher M. Lopez | **Chapter:** 7 |
| **Office:** Houston | **Last Date to file claims:** 10/01/2024 |
| **Trustee:** Christopher R Murray | **Last Date to file (Govt):** 06/07/2023 |

---

*Creditor:*  (12335804)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 1**
*Original Filed Date*: 12/13/2022
*Original Entered Date*: 12/13/2022

*Status:* Withdraw 602
*Filed by:* CR
*Entered by:* Shraddha Bharatia
*Modified:*

Amount claimed: $149678.58

*History:*

| Details | 1-1 | 12/13/2022 Claim #1 filed by American Express National Bank, Amount claimed: $149678.58 (Bharatia, Shraddha) |
|---|---|---|
| | 602 | 02/14/2024 Withdrawal of Claim: 1 Filed by American Express National Bank (Cramer, Christopher) Status: Withdraw |

*Description:*
*Remarks:*

---

*Creditor:*  (12339633)
Security Bank of Crawford
PO Box 90
Crawford, TX 76638-0090

**Claim No: 2**
*Original Filed Date*: 01/27/2023
*Original Entered Date*: 01/27/2023

*Status:*
*Filed by:* CR
*Entered by:* John D Malone
*Modified:*

Amount  claimed: $80161.04
Secured claimed: $80161.04

*History:*

| Details | 2-1 | 01/27/2023 Claim #2 filed by Security Bank of Crawford, Amount claimed: $80161.04 (Malone, John) |
|---|---|---|

*Description:* (2-1) 2021 Winnebego Adventurer (Motor Home)
*Remarks:*

---

*Creditor:*  (12339549)   History
City of Austin
c/o Austin Energy
4815 Muller
Austin, TX 78723

**Claim No: 3**
*Original Filed Date*: 02/24/2023
*Original Entered Date*: 02/24/2023

*Status:*
*Filed by:* CR
*Entered by:* 4 SierraThomasAnderson
*Modified:*

Amount claimed: $86.60

*History:*

| Details | 3-1 | 02/24/2023 Claim #3 filed by City of Austin, Amount claimed: $86.60 (SierraThomasAnderson, 4) |
|---|---|---|

*Description:*
*Remarks:*

**Page 1 of 10**

**EXHIBIT 23**

| Creditor: (12339576)<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 4**<br>*Original Filed Date*: 03/02/2023<br>*Original Entered Date*: 03/02/2023<br>*Last Amendment Filed*: 01/18/2024<br>*Last Amendment Entered*: 01/18/2024 | Status:<br>*Filed by:* CR<br>*Entered by:* Annie L Ray<br>*Modified:* |
|---|---|---|

Amount claimed: $0.00

Secured claimed: $0.00

Priority claimed: $0.00

History:

| Details | | 4-1 | 03/02/2023 Claim #4 filed by Internal Revenue Service, Amount claimed: $558984.64 (Ray, Annie) |
|---|---|---|---|
| Details | | 4-2 | 06/06/2023 Amended Claim #4 filed by Internal Revenue Service, Amount claimed: $586884.64 (Ray, Annie) |
| Details | | 4-3 | 11/14/2023 Amended Claim #4 filed by Internal Revenue Service, Amount claimed: $586884.64 (Ray, Annie) |
| Details | | 4-4 | 01/18/2024 Amended Claim #4 filed by Internal Revenue Service, Amount claimed: $0.00 (Ray, Annie) |

Description:

Remarks:

| Creditor: (12339627)<br>Reeves Law, PLLC<br>Attn Bradley Reeves<br>702 Rio Grande St., Ste 203<br>Austin, TX 78701 | **Claim No: 5**<br>*Original Filed Date*: 03/10/2023<br>*Original Entered Date*: 03/10/2023 | Status:<br>*Filed by:* CR<br>*Entered by:* Bradley J. Reeves<br>*Modified:* |
|---|---|---|

Amount claimed: $24611.13

History:

| Details | | 5-1 | 03/10/2023 Claim #5 filed by Reeves Law, PLLC, Amount claimed: $24611.13 (Reeves, Bradley) |
|---|---|---|---|

Description: (5-1) For legal services rendered

Remarks:

| Creditor: (12339630)<br>Richard Coan<br>Chapter 7 Trustee for Debtor Erica Laffe<br>c/o Eric Henry<br>10 Middle Street<br>Bridgeport, CT 06604-4257 | **Claim No: 6**<br>*Original Filed Date*: 04/04/2023<br>*Original Entered Date*: 04/04/2023 | Status:<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |
|---|---|---|

Amount claimed: $111429303.73

History:

| Details | | 6-1 | 04/04/2023 Claim #6 filed by Richard Coan, Amount claimed: $111429303.73 (Chapple, Ryan) |
|---|---|---|---|
| | | 705 | 06/13/2024 Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant /*Connecticut Plaintiffs* (Stephenson, Christina) |

Description: (6-1) Connecticut Judgment

Remarks: (6-1) See Exhibits A-F

| Creditor: (12339543)<br>Carlee Soto-Parisi<br>c/o Ryan Chapple<br>Cain & Skarnulis | **Claim No: 7**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | Status:<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |
|---|---|---|

History:

| Details | | 7-1 | 04/05/2023 Claim #7 filed by Carlee Soto-Parisi, Amount claimed: $98099304.00 (Chapple, Ryan) |
|---|---|---|---|
| | | 705 | 06/13/2024 Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant /*Connecticut Plaintiffs* (Stephenson, Christina) |

Description: (7-1) Connecticut Judgment. See Exhibits A-D.

Remarks:

303 Colorado Street, Ste 2850
Austin, TX 78701

Amount claimed: $98099304.00

*History:*

| Details | | 7-1 | 04/05/2023 Claim #7 filed by Carlee Soto-Parisi, Amount claimed: $98099304.00 (Chapple, Ryan) |
| | | 705 | 06/13/2024 Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant /*Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (7-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

---

| *Creditor:*   (12339544) | **Claim No: 8** | *Status:* |
| Carlos Soto | *Original Filed Date*: 04/05/2023 | *Filed by:* CR |
| c/o Ryan Chapple | *Original Entered Date*: 04/05/2023 | *Entered by:* Ryan E Chapple |
| Cain & Skarnulis | | *Modified:* |
| 303 Colorado Street, Ste 2850 | | |
| Austin, TX 78701 | | |

Amount claimed: $86899303.73

*History:*

| Details | | 8-1 | 04/05/2023 Claim #8 filed by Carlos Soto, Amount claimed: $86899303.73 (Chapple, Ryan) |
| | | 705 | 06/13/2024 Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant /*Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (8-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

---

| *Creditor:*   (12339670) | **Claim No: 9** | *Status:* |
| Wheeler, David | *Original Filed Date*: 04/05/2023 | *Filed by:* CR |
| c/o Ryan Chapple | *Original Entered Date*: 04/05/2023 | *Entered by:* Ryan E Chapple |
| Cain & Skarnulis | | *Modified:* |
| 303 Colorado Street, Ste 2850 | | |
| Austin, TX 78701 | | |

Amount claimed: $83429303.73

*History:*

| Details | | 9-1 | 04/05/2023 Claim #9 filed by Wheeler, David, Amount claimed: $83429303.73 (Chapple, Ryan) |
| | | 705 | 06/13/2024 Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant /*Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (9-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

---

| *Creditor:*   (12339557) | **Claim No: 10** | *Status:* |
| Donna Soto | *Original Filed Date*: 04/05/2023 | *Filed by:* CR |
| c/o Ryan Chapple | *Original Entered Date*: 04/05/2023 | *Entered by:* Ryan E Chapple |
| Cain & Skarnulis | | *Modified:* |
| 303 Colorado Street, Ste 2850 | | |
| Austin, TX 78701 | | |

Amount claimed: $74099303.73

*History:*

| Details | | 10-1 | 04/05/2023 Claim #10 filed by Donna Soto, Amount claimed: $74099303.73 (Chapple, Ryan) |
| | | 705 | 06/13/2024 Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant /*Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (10-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

**EXHIBIT 23**

| | | |
|---|---|---|
| *Creditor:*   (12630712)<br>Erica L. Ash<br>c/o Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado St., Suite 2850<br>Austin, Texas 78701    Claimant<br>History | **Claim No: 11**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023<br>*Last Amendment Filed*: 02/01/2024<br>*Last Amendment Entered*: 02/01/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $111429303.73

*History:*

| Details | ● | 11-1 | 04/05/2023 Claim #11 filed by Erica Lafferty, Amount claimed: $111429303.73 (Chapple, Ryan) |
|---|---|---|---|
| Details | ● | 11-2 | 02/01/2024 Amended Claim #11 filed by Erica L. Ash, Amount claimed: $111429303.73 (Chapple, Ryan) |
| | | 705 | 06/13/2024 Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant /*Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (11-1) Connecticut Judgment. See Exhibits A-F.
(11-2) Connecticut Judgment

*Remarks:* (11-2) See Exhibits A-H

| | | |
|---|---|---|
| *Creditor:*   (12339566)<br>Francine Wheeler<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701 | **Claim No: 12**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $82099303.73

*History:*

| Details | ● | 12-1 | 04/05/2023 Claim #12 filed by Francine Wheeler, Amount claimed: $82099303.73 (Chapple, Ryan) |
|---|---|---|---|
| | | 705 | 06/13/2024 Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant /*Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (12-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (12339573)<br>Ian Hockley<br>c/o Ryan Chapple<br>Cain & Skarnulis<br>303 Colorado Street, Ste 2850<br>Austin, TX 78701 | **Claim No: 13**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $118899303.73

*History:*

| Details | ● | 13-1 | 04/05/2023 Claim #13 filed by Ian Hockley, Amount claimed: $118899303.73 (Chapple, Ryan) |
|---|---|---|---|
| | | 705 | 06/13/2024 Objection to Claim Number 6,7,8,9,10,11,12,13 by Claimant /*Connecticut Plaintiffs* (Stephenson, Christina) |

*Description:* (13-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (12339578)<br>Jacqueline Barden<br>c/o Ryan Chapple<br>Cain & Skarnulis | **Claim No: 14**<br>*Original Filed Date*: 04/05/2023<br>*Original Entered Date*: 04/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

*History:*

| Details | ● | 14-1 | 04/05/2023 Claim #14 filed by Jacqueline Barden, Amount claimed: $48499303.73 (Chapple, Ryan) |
|---|---|---|---|

*Description:* (14-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

**EXHIBIT 23**

303 Colorado Street, Ste 2850
Austin, TX 78701

Amount claimed: $48499303.73

*History:*

Details ⚫ 14-1   04/05/2023 Claim #14 filed by Jacqueline Barden, Amount claimed: $48499303.73 (Chapple, Ryan)

*Description:* (14-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

| *Creditor:*      (12339579) | **Claim No: 15** | *Status:* |
|---|---|---|
| Jennifer Hensel | *Original Filed Date*: 04/05/2023 | *Filed by:* CR |
| c/o Ryan Chapple | *Original Entered Date*: 04/05/2023 | *Entered by:* Ryan E Chapple |
| Cain & Skarnulis | | *Modified:* |
| 303 Colorado Street, Ste 2850 | | |
| Austin, TX 78701 | | |

Amount claimed: $79429303.73

*History:*

Details ⚫ 15-1   04/05/2023 Claim #15 filed by Jennifer Hensel, Amount claimed: $79429303.73 (Chapple, Ryan)

*Description:* (15-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

| *Creditor:*      (12339582) | **Claim No: 16** | *Status:* |
|---|---|---|
| Jillian Soto-Marino | *Original Filed Date*: 04/05/2023 | *Filed by:* CR |
| c/o Ryan Chapple | *Original Entered Date*: 04/05/2023 | *Entered by:* Ryan E Chapple |
| Cain & Skarnulis | | *Modified:* |
| 303 Colorado Street, Ste 2850 | | |
| Austin, TX 78701 | | |

Amount claimed: $101829303.73

*History:*

Details ⚫ 16-1   04/05/2023 Claim #16 filed by Jillian Soto-Marino, Amount claimed: $101829303.73 (Chapple, Ryan)

*Description:* (16-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

| *Creditor:*      (12339595) | **Claim No: 17** | *Status:* |
|---|---|---|
| Mark Barden | *Original Filed Date*: 04/05/2023 | *Filed by:* CR |
| c/o Ryan Chapple | *Original Entered Date*: 04/05/2023 | *Entered by:* Ryan E Chapple |
| Cain & Skarnulis | | *Modified:* |
| 303 Colorado Street, Ste 2850 | | |
| Austin, TX 78701 | | |

Amount claimed: $86899303.73

*History:*

Details ⚫ 17-1   04/05/2023 Claim #17 filed by Mark Barden, Amount claimed: $86899303.73 (Chapple, Ryan)

*Description:* (17-1) Connecticut Judgment. See Exhibits A-D

*Remarks:*

| *Creditor:*      (12339604) | **Claim No: 18** | *Status:* |
|---|---|---|
| Nicole Hockley | *Original Filed Date*: 04/05/2023 | *Filed by:* CR |
| c/o Ryan Chapple | *Original Entered Date*: 04/05/2023 | *Entered by:* Ryan E Chapple |
| Cain & Skarnulis | | *Modified:* |

*History:*

Details ⚫ 18-1   04/05/2023 Claim #18 filed by Nicole Hockley, Amount claimed: $108229303.73 (Chapple, Ryan)

*Description:* (18-1) Connecticut Judgment. See Exhibits A-D

*Remarks:*

CM/ECF LIVE - U.S. Bankruptcy Court:txsb Southern

EXHIBIT 23

303 Colorado Street, Ste 2850
Austin, TX 78701

Amount claimed: $108229303.73

*History:*

Details  ⚫  18-1   04/05/2023 Claim #18 filed by Nicole Hockley, Amount claimed: $108229303.73 (Chapple, Ryan)

*Description:* (18-1) Connecticut Judgment. See Exhibits A-D

*Remarks:*

| *Creditor:* (12339631) | **Claim No: 19** | *Status:* |
|---|---|---|
| Robert Parker | *Original Filed Date*: 04/05/2023 | *Filed by:* CR |
| c/o Ryan Chapple | *Original Entered Date*: 04/05/2023 | *Entered by:* Ryan E Chapple |
| Cain & Skarnulis | | *Modified:* |
| 303 Colorado Street, Ste 2850 | | |
| Austin, TX 78701 | | |

Amount claimed: $170099303.73

*History:*

Details  ⚫  19-1   04/05/2023 Claim #19 filed by Robert Parker, Amount claimed: $170099303.73 (Chapple, Ryan)

*Description:* (19-1) Connecticut Judgment. See Exhibits A-D

*Remarks:*

| *Creditor:* (12339672) | **Claim No: 20** | *Status:* |
|---|---|---|
| William Aldenberg | *Original Filed Date*: 04/05/2023 | *Filed by:* CR |
| c/o Ryan Chapple | *Original Entered Date*: 04/05/2023 | *Entered by:* Ryan E Chapple |
| Cain & Skarnulis | | *Modified:* |
| 303 Colorado Street, Ste 2850 | | |
| Austin, TX 78701 | | |

Amount claimed: $130099303.73

*History:*

Details  ⚫  20-1   04/05/2023 Claim #20 filed by William Aldenberg, Amount claimed: $130099303.73 (Chapple, Ryan)

*Description:* (20-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

| *Creditor:* (12339671) | **Claim No: 21** | *Status:* |
|---|---|---|
| William Sherlach | *Original Filed Date*: 04/05/2023 | *Filed by:* CR |
| c/o Ryan Chapple | *Original Entered Date*: 04/05/2023 | *Entered by:* Ryan E Chapple |
| Cain & Skarnulis | | *Modified:* |
| 303 Colorado Street, Ste 2850 | | |
| Austin, TX 78701 | | |

Amount claimed: $58099303.73

*History:*

Details  ⚫  21-1   04/05/2023 Claim #21 filed by William Sherlach, Amount claimed: $58099303.73 (Chapple, Ryan)

*Description:* (21-1) Connecticut Judgment. See Exhibits A-D.

*Remarks:*

| *Creditor:* (12403767) | **Claim No: 22** | *Status:* |
|---|---|---|
| Bank of America N.A. | *Original Filed Date*: 04/06/2023 | *Filed by:* CR |
| PO Box 31785 | *Original Entered Date*: 04/06/2023 | *Entered by:* Yoshie Valadez |
| Tampa, FL 33631 | | *Modified:* |

*History:*

Details  ⚫  22-1   04/06/2023 Claim #22 filed by Bank of America N.A., Amount claimed: $26354.73 (Valadez, Yoshie)

*Description:* (22-1) 7405 Whispering Winds Drive, Austin, TX 78745-5247

*Remarks:* (22-1) Total pre-petition arrearage: $6,185.74

**EXHIBIT 23**

Amount claimed: $26354.73

Secured claimed: $26354.73

*History:*

Details    22-1   04/06/2023 Claim #22 filed by Bank of America N.A., Amount claimed: $26354.73 (Valadez, Yoshie)

*Description:* (22-1) 7405 Whispering Winds Drive, Austin, TX 78745-5247

*Remarks:* (22-1) Total pre-petition arrearage: $6,185.74

| *Creditor:* (12339603) Neil Heslin c/o Avi Moshenberg McDowell Hetherington 1001 Fannin Street, Ste 2700 Houston, TX 77002 | **Claim No: 23** *Original Filed Date*: 04/11/2023 *Original Entered Date*: 04/11/2023 | *Status:* *Filed by:* CR *Entered by:* Jarrod B. Martin *Modified:* |
|---|---|---|

Amount claimed: $27196411.90

*History:*

Details    23-1   04/11/2023 Claim #23 filed by Neil Heslin, Amount claimed: $27196411.90 (Martin, Jarrod)

       704   06/13/2024 Objection to Claim Number 23,24,25,27,28 by Claimant */Texas Plaintiffs, Heslin, De La Rosa, Pozner, Lewis and Fontaine* (Stephenson, Christina)

*Description:*

*Remarks:*

| *Creditor:* (12339664) Veronique De La Rosa c/o Avi Moshenberg McDowell Hetherington 1001 Fannin Street, Ste 2700 Houston, TX 77002 | **Claim No: 24** *Original Filed Date*: 04/11/2023 *Original Entered Date*: 04/11/2023 | *Status:* *Filed by:* CR *Entered by:* Jarrod B. Martin *Modified:* |
|---|---|---|

*No amounts claimed*

*History:*

Details    24-1   04/11/2023 Claim #24 filed by Veronique De La Rosa, Amount claimed: (Martin, Jarrod)

       704   06/13/2024 Objection to Claim Number 23,24,25,27,28 by Claimant */Texas Plaintiffs, Heslin, De La Rosa, Pozner, Lewis and Fontaine* (Stephenson, Christina)

*Description:*

*Remarks:*

| *Creditor:* (12339589) Leonard Pozner c/o Avi Moshenberg McDowell Hetherington 1001 Fannin Street, Ste 2700 Houston, TX 77002 | **Claim No: 25** *Original Filed Date*: 04/11/2023 *Original Entered Date*: 04/11/2023 | *Status:* *Filed by:* CR *Entered by:* Jarrod B. Martin *Modified:* |
|---|---|---|

*No amounts claimed*

*History:*

Details    25-1   04/11/2023 Claim #25 filed by Leonard Pozner, Amount claimed: (Martin, Jarrod)

       704   06/13/2024 Objection to Claim Number 23,24,25,27,28 by Claimant */Texas Plaintiffs, Heslin, De La Rosa, Pozner, Lewis and Fontaine* (Stephenson, Christina)

*Description:*

*Remarks:*

EXHIBIT 23

| Creditor: (12404972)<br>Free Speech Systems, LLC<br>3019 Alvin Devane, Suite 350<br>Austin, Texas 78741 | **Claim No: 26**<br>*Original Filed Date*: 04/11/2023<br>*Original Entered Date*: 04/11/2023 | Status:<br>*Filed by:* CR<br>*Entered by:* Raymond William Battaglia<br>*Modified:* |
|---|---|---|

Amount claimed: $0.00

*History:*

Details   26-1   04/11/2023 Claim #26 filed by Free Speech Systems, LLC, Amount claimed: $0.00 (Battaglia, Raymond)

*Description:* (26-1) Contribution Claims for damages awarded in Sandy Hook lawsuits

*Remarks:* (26-1) Claim is unliquidated and contingent

| Creditor: (12339632)<br>Scarlett Lewis<br>c/o Avi Moshenberg<br>McDowell Hetherington<br>1001 Fannin Street, Ste 2700<br>Houston, TX 77002 | **Claim No: 27**<br>*Original Filed Date*: 04/11/2023<br>*Original Entered Date*: 04/11/2023<br>*Last Amendment Filed*: 04/11/2023<br>*Last Amendment Entered*: 04/11/2023 | Status:<br>*Filed by:* CR<br>*Entered by:* Jarrod B. Martin<br>*Modified:* |
|---|---|---|

Amount claimed: $22847962.90

*History:*

Details   27-1   04/11/2023 Claim #27 filed by Scarlett Lewis, Amount claimed: $22847962.90 (Martin, Jarrod)

Details   27-2   04/11/2023 Amended Claim #27 filed by Scarlett Lewis, Amount claimed: $22847962.90 (Martin, Jarrod)

        704   06/13/2024 Objection to Claim Number 23,24,25,27,28 by Claimant<br>                 */Texas Plaintiffs, Heslin, De La Rosa, Pozner, Lewis and Fontaine (Stephenson, Christina)*

*Description:*

*Remarks:*

| Creditor: (12339594)<br>The Estate of Marcel Fontaine<br>c/o McDowell Hetherington LLP<br>Attn Avi Moshenberg<br>100 Fannin, Ste 2700<br>Houston, TX 77002-6774 | **Claim No: 28**<br>*Original Filed Date*: 04/11/2023<br>*Original Entered Date*: 04/11/2023 | Status:<br>*Filed by:* CR<br>*Entered by:* Jarrod B. Martin<br>*Modified:* |
|---|---|---|

*No amounts claimed*

*History:*

Details   28-1   04/11/2023 Claim #28 filed by The Estate of Marcel Fontaine, Amount claimed: (Martin, Jarrod)

        704   06/13/2024 Objection to Claim Number 23,24,25,27,28 by Claimant<br>                 */Texas Plaintiffs, Heslin, De La Rosa, Pozner, Lewis and Fontaine (Stephenson, Christina)*

*Description:*

*Remarks:*

| Creditor: (12735884)<br>U.S. Trustee's Office<br>**(ADMINISTRATIVE)**<br>515 Rusk Avenue, Suite 3516<br>Houston, Texas 77002 | **Claim No: 29**<br>*Original Filed Date*: 07/23/2024<br>*Original Entered Date*: 07/23/2024<br>*Last Amendment Filed*: 11/21/2024<br>*Last Amendment Entered*: 11/21/2024 | Status:<br>*Filed by:* CR<br>*Entered by:* Jayson B. Ruff<br>*Modified:* |
|---|---|---|

Admin claimed: $51479.92

*History:*

Details   29-1   07/23/2024 Claim #29 filed by U.S. Trustee's Office, Admin claimed: $50001.92 (Ruff, Jayson)

Details   29-2   11/21/2024 Amended Claim #29 filed by U.S. Trustee's Office, Admin claimed: $51479.92 (Ruff, Jayson)

*Description:* (29-1) Quarterly Fees<br>(29-2) Quarterly Fees

*Remarks:*

**EXHIBIT 23**

| Creditor: (12765154)<br>Travis County c/o Jason A. Starks<br>PO Box 1748<br>Austin, Texas 78767 | Claim No: 30<br>*Original Filed Date*: 09/06/2024<br>*Original Entered Date*: 09/06/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jason Starks<br>*Modified:* |
|---|---|---|

Amount claimed: $86209.13

Secured claimed: $86209.13

*History:*

Details  30-1  09/06/2024 Claim #30 filed by Travis County c/o Jason A. Starks, Amount claimed: $86209.13 (Starks, Jason)

*Description:* (30-1) Austin Shiprock Publishing, LLC

*Remarks:*

| Creditor: (12767925)<br>ATX HD<br>1405 W Avenue A<br>Lampasas, TX 76550 | Claim No: 31<br>*Original Filed Date*: 09/11/2024<br>*Original Entered Date*: 09/12/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 2 FrancesCarbiaTERM<br>*Modified:* |
|---|---|---|

Amount claimed: $200661.90

*History:*

Details  31-1  09/11/2024 Claim #31 filed by ATX HD, Amount claimed: $200661.90 (FrancesCarbiaTERM, 2)

*Description:* (31-1) lease

*Remarks:*

| Creditor: (12787882)<br>The Langley Law Firm PC<br>1803 West Avenue<br>Austin, TX 78701 | Claim No: 32<br>*Original Filed Date*: 10/07/2024<br>*Original Entered Date*: 10/07/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 2 FrancesCarbiaTERM<br>*Modified:* |
|---|---|---|

Amount claimed: $6314.00

*History:*

Details  32-1  10/07/2024 Claim #32 filed by The Langley Law Firm PC, Amount claimed: $6314.00 (FrancesCarbiaTERM, 2)

*Description:* (32-1) services performed

*Remarks:*

| Creditor: (12814618)<br>Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Claim No: 33<br>*Original Filed Date*: 11/20/2024<br>*Original Entered Date*: 11/20/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Silvia Brown<br>*Modified:* |
|---|---|---|

Amount claimed: $33399.64

Priority claimed: $33399.64

*History:*

Details  33-1  11/20/2024 Claim #33 filed by Comptroller of Public Accounts, Amount claimed: $33399.64 (Brown, Silvia)

*Description:* (33-1) SALES AND USE TAX CH. 151,(321,322,323)

*Remarks:* (33-1) ADMINISTRATIVE EXPENSE CLAIM

# Claims Register Summary

**Case Name:** Alexander E. Jones and Official Committee Of Unsecured Creditors
**Case Number:** 22-33553

**Page 9 of 10**

**EXHIBIT 23**

**Chapter:** 7
**Date Filed:** 12/02/2022
**Total Number Of Claims:** 33

| | |
|---|---|
| **Total Amount Claimed*** | $1600220711.50 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $192724.90 | |
| **Priority** | $33399.64 | |
| **Administrative** | $51479.92 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/24/2025 12:13:00 | | | |
| **PACER Login:** | sajordan2549 | **Client Code:** | Jones |
| **Description:** | Claims Register | **Search Criteria:** | 22-33553 Filed or Entered From: 1/24/2020 Filed or Entered To: 12/31/2025 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |