**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:  ALEXANDER E. JONES** | § | |
| | § | **CASE NO. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | **Chapter 7** |

# ALEXANDER E. JONES ADDITIONAL ATTACHMENTS TO AMENDED EXHIBIT AND WITNESS LIST FILED AT DOCKET #1058