**EXHIBIT 27**

# Southern District of Texas
# Claims Register

## [22-60043 Free Speech Systems LLC and Official Committee of Unsecured Creditors of Alexa](#) **Debtor** dismissed 06/21/2024

| | |
|---|---|
| **Bankruptcy Judge:** Christopher M. Lopez | **Chapter:** 11 |
| **Office:** Houston | **Last Date to file claims:** 10/07/2022 |
| **Trustee:** Christopher R Murray Melissa A Haselden | **Last Date to file (Govt):** 02/07/2023 |

---

| *Creditor:* (12280526) Alex Emeric Jones c/o Jordan & Ortiz, P.C. Attention: Shelby Jordan 500 N. Shoreline Blvd., Suite 900 Corpus Christi, TX 78401 | **Claim No: 1** *Original Filed Date*: 08/02/2022 *Original Entered Date*: 08/02/2022 | *Status:* *Filed by:* CR *Entered by:* Shelby A Jordan *Modified:* |
|---|---|---|

*No amounts claimed*

*History:*
Details 🌐 1-1   08/02/2022 Claim #1 filed by Alex Emeric Jones, Amount claimed: (Jordan, Shelby)

*Description:* (1-1) See POC Exhibit A

*Remarks:* (1-1) Unknown claim amount

---

| *Creditor:* (12280481) Security Bank of Crawford 6688 North Lone Star Parkway PO Box 90 Crawford, TX 76638 | **Claim No: 2** *Original Filed Date*: 08/30/2022 *Original Entered Date*: 08/30/2022 | *Status:* *Filed by:* CR *Entered by:* John D Malone *Modified:* |
|---|---|---|

  Amount  claimed: $80161.04
  Secured claimed: $80161.04

*History:*
Details 🌐 2-1   08/30/2022 Claim #2 filed by Security Bank of Crawford, Amount claimed: $80161.04 (Malone, John)

*Description:* (2-1) 2021 Winnebego Adventurer motor home

*Remarks:*

---

| *Creditor:* (12295421) De Lage Landen Financial Services, Inc. 1111 Old Eagle School Road Wayne, PA 190087 | **Claim No: 3** *Original Filed Date*: 09/06/2022 *Original Entered Date*: 09/06/2022 | *Status:* *Filed by:* CR *Entered by:* 4 DMcKinnieRichardson *Modified:* |
|---|---|---|

  Amount  claimed: $50537.28
  Secured claimed:       $0.00
  Priority   claimed:       $0.00

*History:*
Details 🌐 3-1   09/06/2022 Claim #3 filed by De Lage Landen Financial Services, Inc., Amount claimed: $50537.28 (DMcKinnieRichardson, 4)

*Description:*

*Remarks:*

**EXHIBIT 27**

| | | |
|---|---|---|
| *Creditor:* (12280488) History<br>Spectrum Enterprise aka Time Warner Cable<br>1600 Dublin Road<br>Columbus, OH 43215 | **Claim No: 4**<br>*Original Filed Date*: 09/06/2022<br>*Original Entered Date*: 09/07/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 DMcKinnieRichardson<br>*Modified:* |

Amount  claimed: $1775.76

Secured claimed:        $0.00

Priority  claimed:        $0.00

*History:*

Details ⚫ 4-1    09/06/2022 Claim #4 filed by Spectrum Enterprise aka Time Warner Cable, Amount claimed: $1775.76 (DMcKinnieRichardson, 4)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12298030)<br>Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | **Claim No: 5**<br>*Original Filed Date*: 09/13/2022<br>*Original Entered Date*: 09/13/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Catherine Ledesma Coy<br>*Modified:* |

Amount claimed: $16628.19

Priority  claimed: $15118.61

*History:*

Details ⚫ 5-1    09/13/2022 Claim #5 filed by Comptroller of Public Accounts, Amount claimed: $16628.19 (Coy, Catherine)

*Description:* (5-1) Franchise Tax Ch. 171

*Remarks:* (5-1) General unsecured amount $ 1,509.58

| | | |
|---|---|---|
| *Creditor:* (12298030)<br>Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | **Claim No: 6**<br>*Original Filed Date*: 09/13/2022<br>*Original Entered Date*: 09/13/2022 | *Status:* Withdraw 377<br>*Filed by:* CR<br>*Entered by:* Catherine Ledesma Coy<br>*Modified:* |

Amount claimed: $93593.90

Priority  claimed: $86169.06

*History:*

Details ⚫ 6-1    09/13/2022 Claim #6 filed by Comptroller of Public Accounts, Amount claimed: $93593.90 (Coy, Catherine)

377    01/09/2023 Withdrawal of Claim: 6 (Tran, Tommy) Status: Withdraw

*Description:* (6-1) Sales and Use Tax Ch. 151 (321, 322, 323)

*Remarks:* (6-1) General unsecured amount $ 7,424.84

| | | |
|---|---|---|
| *Creditor:* (12298292)<br>American Express National Bank<br>c/o Becket and Lee LLP | **Claim No: 7**<br>*Original Filed Date*: 09/14/2022<br>*Original Entered Date*: 09/14/2022 | *Status:* Withdraw 812<br>*Filed by:* CR<br>*Entered by:* Greg Deegan<br>*Modified:* |

*History:*

Details ⚫ 7-1    09/14/2022 Claim #7 filed by American Express National Bank, Amount claimed: $199678.58 (Deegan, Greg)

812    02/14/2024 Withdrawal of Claim: 7 Filed by American Express National Bank (Cramer, Christopher) Status: Withdraw

*Description:*

*Remarks:*

**EXHIBIT 27**

PO Box 3001
Malvern PA 19355-0701

Amount claimed: $199678.58

*History:*

Details · 7-1 · 09/14/2022 Claim #7 filed by American Express National Bank, Amount claimed: $199678.58 (Deegan, Greg)

812 · 02/14/2024 Withdrawal of Claim: 7 Filed by American Express National Bank (Cramer, Christopher) Status: Withdraw

*Description:*

*Remarks:*

| *Creditor:* (12301671) | **Claim No: 8** | *Status:* |
|---|---|---|
| Travis County c/o Jason A. Starks | *Original Filed Date*: 09/22/2022 | *Filed by:* CR |
| PO Box 1748 | *Original Entered Date*: 09/22/2022 | *Entered by:* Jason Starks |
| Austin, Texas 78767 | *Last Amendment Filed*: 12/20/2022 | *Modified:* |
| | *Last Amendment Entered*: 12/20/2022 | |

Amount claimed: $9532.23
Secured claimed: $9532.23

*History:*

Details · 8-1 · 09/22/2022 Claim #8 filed by Travis County c/o Jason A. Starks, Amount claimed: $9282.89 (Starks, Jason)

Details · 8-2 · 12/20/2022 Amended Claim #8 filed by Travis County c/o Jason A. Starks, Amount claimed: $9532.23 (Starks, Jason)

*Description:* (8-1) Estimated 2022 Proof of Claim

*Remarks:*

| *Creditor:* (12307873) | **Claim No: 9** | *Status:* |
|---|---|---|
| Reeves Law, PLLC | *Original Filed Date*: 10/05/2022 | *Filed by:* CR |
| Attn: Bradley Reeves | *Original Entered Date*: 10/05/2022 | *Entered by:* Bradley J. Reeves |
| 702 Rio Grande St., Suite 203 | | *Modified:* |
| Austin, TX 78701 | | |

Amount claimed: $36436.63

*History:*

Details · 9-1 · 10/05/2022 Claim #9 filed by Reeves Law, PLLC, Amount claimed: $36436.63 (Reeves, Bradley)

*Description:* (9-1) For legal services rendered

*Remarks:*

| *Creditor:* (12280473) History | **Claim No: 10** | *Status:* |
|---|---|---|
| Randazza Legal Group, PLLC | *Original Filed Date*: 10/05/2022 | *Filed by:* CR |
| 2764 Lake Sahara Drive, Suite 109 | *Original Entered Date*: 10/05/2022 | *Entered by:* 4 AntonioBanda |
| Las Vegas, NV 89117 | | *Modified:* |
| 702-420-2001 | | |
| ecf@randazza.com | | |

Amount claimed: $153826.91

*History:*

Details · 10-1 · 10/05/2022 Claim #10 filed by Randazza Legal Group, PLLC, Amount claimed: $153826.91 (AntonioBanda, 4)

*Description:* (10-1) Services performed, unpaid expenses

*Remarks:*

BK-OM ECF Filed - in - Bankruptcy Court Tex. So. Southern
**EXHIBIT 27**

| Creditor:        (12280462) | Claim No: 11 | Status: |
|---|---|---|
| PQPR Holdings Limited, LLC | Original Filed Date: 10/06/2022 | Filed by: CR |
| c/o Stephen Lemmon | Original Entered Date: 10/06/2022 | Entered by: Stephen Wayne Lemmon |
| 1801 S. Mopac Expressway | | Modified: |
| Suite 320 | | |
| Austin, TX 78746 | | |

Amount  claimed: $68154691.46

Secured claimed: $68154691.46

*History:*

Details    11-1   10/06/2022 Claim #11 filed by PQPR Holdings Limited, LLC, Amount claimed: $68154691.46 (Lemmon, Stephen)

*Description:* (11-1) good sold,unpaid acct resulting in 2 promissory notes and subsequent additional unpaid goods sold

*Remarks:*

| Creditor:        (12280397)    History | Claim No: 12 | Status: |
|---|---|---|
| City of Austin | Original Filed Date: 10/06/2022 | Filed by: CR |
| c/o Austin Energy | Original Entered Date: 10/11/2022 | Entered by: 4 SierraThomasAnderson |
| 4815 Mueller Blvd. | | Modified: |
| Austin, TX 78723 | | |

Amount claimed: $4127.65

*History:*

Details    12-1   10/06/2022 Claim #12 filed by City of Austin, Amount claimed: $4127.65 (SierraThomasAnderson, 4)

*Description:*

*Remarks:*

| Creditor:        (12517852) | Claim No: 13 | Status: |
|---|---|---|
| Ian Hockley | Original Filed Date: 10/07/2022 | Filed by: CR |
| c/o Kyle Kimpler | Original Entered Date: 10/11/2022 | Entered by: Ryan E Chapple |
| Paul Weiss Rifkind Wharton & Garrison | Last Amendment Filed: 09/01/2023 | Modified: |
| 1285 Avenue of the Americas | Last Amendment Entered: 09/01/2023 | |
| New York, NY 10019        Claimant | | |
| History | | |

Amount claimed: $118899303.73

*History:*

Details    13-1   10/07/2022 Claim #13 filed by Ian Hockley, Amount claimed: $0.00 (SierraThomasAnderson, 4)

Details    13-2   09/01/2023 Amended Claim #13 filed by Ian Hockley, Amount claimed: $118899303.73 (Chapple, Ryan)

*Description:* (13-2) Connecticut Judgment

*Remarks:*

| Creditor:        (12517820) | Claim No: 14 | Status: |
|---|---|---|
| Francine Wheeler | Original Filed Date: 10/07/2022 | Filed by: CR |
| c/o Kyle Kimpler | Original Entered Date: 10/11/2022 | Entered by: Ryan E Chapple |
| Paul Weiss Rifkind Wharton & Garrison | Last Amendment Filed: 09/01/2023 | Modified: |
| 1285 Avenue of the Americas | Last Amendment Entered: 09/01/2023 | |
| New York, NY 10019        Claimant | | |
| History | | |

Amount claimed: $82099303.73

*History:*

Details    14-1   10/07/2022 Claim #14 filed by Francine Wheeler, Amount claimed: $0.00 (SierraThomasAnderson, 4)

Details    14-2   09/01/2023 Amended Claim #14 filed by Francine Wheeler, Amount claimed: $82099303.73 (Chapple, Ryan)

*Description:* (14-2) Connecticut Judgment

*Remarks:*

**EXHIBIT 27**

| | | |
|---|---|---|
| *Creditor:*    (12517851)<br>David Wheeler<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019    Claimant<br>History | **Claim No: 15**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/11/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $83429303.73

*History:*

| Details | | 15-1 | 10/07/2022 Claim #15 filed by David Wheeler, Amount claimed: (JoanDavenport, 4) |
|---|---|---|---|
| Details | | 15-2 | 09/01/2023 Amended Claim #15 filed by David Wheeler, Amount claimed: $83429303.73 (Chapple, Ryan) |

*Description:* (15-1) no amount reflected on claim
(15-2) Connecticut Judgment

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (12517867)<br>Jacqueline Barden<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019    Claimant<br>History | **Claim No: 16**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/11/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $48499303.73

*History:*

| Details | | 16-1 | 10/07/2022 Claim #16 filed by Jacqueline Barden, Amount claimed: (JoanDavenport, 4) |
|---|---|---|---|
| Details | | 16-2 | 09/01/2023 Amended Claim #16 filed by Jacqueline Barden, Amount claimed: $48499303.73 (Chapple, Ryan) |

*Description:* (16-1) no amount reflected on proof of claim
(16-2) Connecticut Judgment

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (12309268)<br>Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | **Claim No: 17**<br>*Original Filed Date*: 10/11/2022<br>*Original Entered Date*: 10/11/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Arvind Rawal<br>*Modified:* |

Amount claimed: $34916.17

*History:*

| Details | | 17-1 | 10/11/2022 Claim #17 filed by Ally Bank c/o AIS Portfolio Services, LLC, Amount claimed: $34916.17 (Rawal, Arvind) |
|---|---|---|---|

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (12309268)<br>Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | **Claim No: 18**<br>*Original Filed Date*: 10/11/2022<br>*Original Entered Date*: 10/11/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Arvind Rawal<br>*Modified:* |

Amount claimed: $37749.21

*History:*

| Details | | 18-1 | 10/11/2022 Claim #18 filed by Ally Bank c/o AIS Portfolio Services, LLC, Amount claimed: $37749.21 (Rawal, Arvind) |
|---|---|---|---|

*Description:*

*Remarks:*

**EXHIBIT 27**

| | | |
|---|---|---|
| *Creditor:* (12630706)<br>Erica L. Ash<br>c/o Ryan Chapple<br>Cain & Skarnulis PLLC<br>303 Colorado St., Suite 2850<br>Austin, Texas 78701    Claimant<br>History | **Claim No: 19**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 02/01/2024<br>*Last Amendment Entered*: 02/01/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $111429303.73

*History:*

| Details | | 19-1 | 10/07/2022 Claim #19 filed by Erica Lafferty, Amount claimed: (JoanDavenport, 4) |
|---|---|---|---|
| Details | | 19-2 | 11/20/2023 Amended Claim #19 filed by Erica L. Ash, Amount claimed: $111429303.73 (Chapple, Ryan) |
| Details | | 19-3 | 02/01/2024 Amended Claim #19 filed by Erica L. Ash, Amount claimed: $111429303.73 (Chapple, Ryan) |

*Description:* (19-1) no amount reflected on claim
(19-2) Connecticut Judgment
(19-3) Connecticut Judgment

*Remarks:* (19-2) See Exhibits A-F.
(19-3) See Exhibits A-H

| | | |
|---|---|---|
| *Creditor:* (12517854)<br>William Aldenberg<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019    Claimant<br>History | **Claim No: 20**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $130099303.73

*History:*

| Details | | 20-1 | 10/07/2022 Claim #20 filed by William Aldenberg, Amount claimed: (JoanDavenport, 4) |
|---|---|---|---|
| Details | | 20-2 | 09/01/2023 Amended Claim #20 filed by William Aldenberg, Amount claimed: $130099303.73 (Chapple, Ryan) |

*Description:* (20-1) no amount reflected on claim
(20-2) Connecticut Judgment

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517850)<br>Carlos M. Soto<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019    Claimant<br>History | **Claim No: 21**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $86899303.73

*History:*

| Details | | 21-1 | 10/07/2022 Claim #21 filed by Carlos Soto, Amount claimed: (JoanDavenport, 4) |
|---|---|---|---|
| Details | | 21-2 | 09/01/2023 Amended Claim #21 filed by Carlos M. Soto, Amount claimed: $86899303.73 (Chapple, Ryan) |

*Description:* (21-1) no amount reflected on claim
(21-2) Connecticut Judgment

*Remarks:*

EXHIBIT 27

| | | |
|---|---|---|
| *Creditor:* (12517866)<br>Jennifer Hensel<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019   Claimant<br>History | **Claim No: 22**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $79429303.73

*History:*

Details  22-1  10/07/2022 Claim #22 filed by Jennifer Hensel, Amount claimed: (JoanDavenport, 4)

Details  22-2  09/01/2023 Amended Claim #22 filed by Jennifer Hensel, Amount claimed: $79429303.73 (Chapple, Ryan)

*Description:* (22-1) no amount reflected on claim - defamation litigation
(22-2) Connecticut Judgment

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517818)<br>Jillian Soto-Marino<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019   Claimant<br>History | **Claim No: 23**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $101829303.73

*History:*

Details  23-1  10/07/2022 Claim #23 filed by Jillian Soto-Marino, Amount claimed: (JoanDavenport, 4)

Details  23-2  09/01/2023 Amended Claim #23 filed by Jillian Soto-Marino, Amount claimed: $101829303.73 (Chapple, Ryan)

*Description:* (23-1) no amount reflected on claim - defamation Litigation
(23-2) Connecticut Judgment

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12517846)<br>Nicole Hockley<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019   Claimant<br>History | **Claim No: 24**<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |

Amount claimed: $108229303.73

*History:*

Details  24-1  10/07/2022 Claim #24 filed by Nicole Hockley, Amount claimed: (JoanDavenport, 4)

Details  24-2  09/01/2023 Amended Claim #24 filed by Nicole Hockley, Amount claimed: $108229303.73 (Chapple, Ryan)

*Description:* (24-1) no amount reflected on claim Defamation Litigation
(24-2) Connecticut Judgment

*Remarks:*

**EXHIBIT 27**

| Creditor: (12517848) | Claim No: 25 | Status: |
|---|---|---|
| Carlee Soto Parisi | *Original Filed Date*: 10/07/2022 | *Filed by:* CR |
| c/o Kyle Kimpler | *Original Entered Date*: 10/12/2022 | *Entered by:* Ryan E Chapple |
| Paul Weiss Rifkind Wharton & Garrison | *Last Amendment Filed*: 09/01/2023 | *Modified:* |
| 1285 Avenue of the Americas | *Last Amendment Entered*: 09/01/2023 | |
| New York, NY 10019    Claimant | | |
| History | | |

Amount claimed: $98099304.00

*History:*

Details  ● 25-1  10/07/2022 Claim #25 filed by Carlee Soto Parisi, Amount claimed: (JoanDavenport, 4)

Details  ● 25-2  09/01/2023 Amended Claim #25 filed by Carlee Soto Parisi, Amount claimed: $98099304.00 (Chapple, Ryan)

*Description:* (25-1) no amount reflected on claim Defamation Litigation
(25-2) Connecticut Judgment

*Remarks:*

| Creditor: (12517853) | Claim No: 26 | Status: |
|---|---|---|
| Mark Barden | *Original Filed Date*: 10/07/2022 | *Filed by:* CR |
| c/o Kyle Kimpler | *Original Entered Date*: 10/12/2022 | *Entered by:* Ryan E Chapple |
| Paul Weiss Rifkind Wharton & Garrison | *Last Amendment Filed*: 09/01/2023 | *Modified:* |
| 1285 Avenue of the Americas | *Last Amendment Entered*: 09/01/2023 | |
| New York, NY 10019    Claimant | | |
| History | | |

Amount claimed: $86899303.73

*History:*

Details  ● 26-1  10/07/2022 Claim #26 filed by Mark Barden, Amount claimed: (JoanDavenport, 4)

Details  ● 26-2  09/01/2023 Amended Claim #26 filed by Mark Barden, Amount claimed: $86899303.73 (Chapple, Ryan)

*Description:* (26-1) no amount reflected on claim Defamation Litigation
(26-2) Connecticut Judgment

*Remarks:*

| Creditor: (12311226) | Claim No: 27 | Status: |
|---|---|---|
| Richard Coan, | *Original Filed Date*: 10/07/2022 | *Filed by:* CR |
| Chapter 7 Trustee for Debtor, Erica Laff | *Original Entered Date*: 10/12/2022 | *Entered by:* Ryan E Chapple |
| c/o Eric Henzy | *Last Amendment Filed*: 11/20/2023 | *Modified:* |
| 10 Middle Street | *Last Amendment Entered*: 11/20/2023 | |
| Bridgeport, CT 06604 | | |

Amount claimed: $111429303.73

*History:*

Details  ● 27-1  10/07/2022 Claim #27 filed by Richard Coan,, Amount claimed: (JoanDavenport, 4)

Details  ● 27-2  11/20/2023 Amended Claim #27 filed by Richard Coan,, Amount claimed: $111429303.73 (Chapple, Ryan)

Details  ● 27-3  11/20/2023 Amended Claim #27 filed by Richard Coan,, Amount claimed: $111429303.73 (Chapple, Ryan)

*Description:* (27-1) no amount reflected on claim Defamation Litigation
(27-2) Connecticut Judgment.

*Remarks:* (27-2) See exhibits A-F.

| Creditor: (12280511)    History | Claim No: 28 | Status: |
|---|---|---|
| Veronique De La Rosa | *Original Filed Date*: 10/07/2022 | *Filed by:* CR |

*History:*

Details  ● 28-1  10/07/2022 Claim #28 filed by Veronique De La Rosa, Amount claimed: (JoanDavenport, 4)

*Description:* (28-1) Amount of Claim is Unliquidated

*Remarks:*

EXHIBIT 27

c/o Chamberlain Hrdlicka
attn: Jarrod B. Martin
1200 Smith, Suite 1400
Houston TX 77002

| | | | |
|---|---|---|---|
| | | *Original Entered Date*: 10/12/2022 | *Entered by:* 4 JoanDavenport *Modified:* |

*No amounts claimed*

*History:*
Details ⚫ 28-1   10/07/2022 Claim #28 filed by Veronique De La Rosa, Amount claimed: (JoanDavenport, 4)

*Description:* (28-1) Amount of Claim is Unliquidated
*Remarks:*

---

*Creditor:*         (12280439)   **History**
Estate of Marcel Fontaine
Chamberlain Hrdlicka
attn? Jarrod B. Martin
1200 Smith, Suite 1400
Houston TX 77002

**Claim No: 29**
*Original Filed Date*: 10/07/2022
*Original Entered Date*: 10/12/2022

*Status:*
*Filed by:* CR
*Entered by:* 4 JoanDavenport
*Modified:*

*No amounts claimed*

*History:*
Details ⚫ 29-1   10/07/2022 Claim #29 filed by Estate of Marcel Fontaine, Amount claimed: (JoanDavenport, 4)

*Description:* (29-1) Amount of claim is unliquidated
*Remarks:*

---

*Creditor:*         (12280448)   **History**
Neil Heslin
c/o Chamberlain Hrdlicka
Attn: Jarrod B. Martin
1200 Smith, Suite 1400
Houston TX 77002

**Claim No: 30**
*Original Filed Date*: 10/07/2022
*Original Entered Date*: 10/12/2022

*Status:*
*Filed by:* CR
*Entered by:* 4 JoanDavenport
*Modified:*

 Amount claimed: $27197249.90

*History:*
Details ⚫ 30-1   10/07/2022 Claim #30 filed by Neil Heslin, Amount claimed: $27197249.90 (JoanDavenport, 4)

*Description:*
*Remarks:*

---

*Creditor:*         (12280480)   **History**
Scarlett Lewis
c/o Chamberlain Hrdlicka
Attn: Jarrod B. Martin
1200 Smith, Suite 1400
Houston TX 77002

**Claim No: 31**
*Original Filed Date*: 10/07/2022
*Original Entered Date*: 10/12/2022

*Status:*
*Filed by:* CR
*Entered by:* 4 JoanDavenport
*Modified:*

 Amount claimed: $22847962.90

*History:*
Details ⚫ 31-1   10/07/2022 Claim #31 filed by Scarlett Lewis, Amount claimed: $22847962.90 (JoanDavenport, 4)

*Description:*
*Remarks:*

**EXHIBIT 27**

| Creditor: (12517823)<br>Robert Parker<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019    Claimant<br>History | Claim No: 32<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | Status:<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |
|---|---|---|

Amount claimed: $170099303.73

*History:*

Details    ● 32-1    10/07/2022 Claim #32 filed by Robert Parker, Amount claimed: (JoanDavenport, 4)

Details    ● 32-2    09/01/2023 Amended Claim #32 filed by Robert Parker, Amount claimed: $170099303.73 (Chapple, Ryan)

*Description:* (32-1) no amount reflected on claim Defamation Litigation
(32-2) Connecticut Judgment

*Remarks:*

| Creditor: (12280434)    History<br>Leonard Pozner<br>c/o Chamberlain Hrdlicka<br>attn: Jarrod B. Martin<br>1200 Smith, Suite 1400<br>Houston TX 77002 | Claim No: 33<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022 | Status:<br>*Filed by:* CR<br>*Entered by:* 4 JoanDavenport<br>*Modified:* |
|---|---|---|

No amounts claimed

*History:*

Details    ● 33-1    10/07/2022 Claim #33 filed by Leonard Pozner, Amount claimed: (JoanDavenport, 4)

*Description:* (33-1) Amount of Claim is Unliquidated

*Remarks:*

| Creditor: (12517864)<br>William Sherlach<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019    Claimant<br>History | Claim No: 34<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | Status:<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |
|---|---|---|

Amount claimed: $58099303.73

*History:*

Details    ● 34-1    10/07/2022 Claim #34 filed by William Sherlach, Amount claimed: (JoanDavenport, 4)

Details    ● 34-2    09/01/2023 Amended Claim #34 filed by William Sherlach, Amount claimed: $58099303.73 (Chapple, Ryan)

*Description:* (34-1) no amount reflected on claim. Defamation Litigation

*Remarks:*

| Creditor: (12517869)<br>Donna Soto<br>c/o Kyle Kimpler<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas | Claim No: 35<br>*Original Filed Date*: 10/07/2022<br>*Original Entered Date*: 10/12/2022<br>*Last Amendment Filed*: 09/01/2023<br>*Last Amendment Entered*: 09/01/2023 | Status:<br>*Filed by:* CR<br>*Entered by:* Ryan E Chapple<br>*Modified:* |
|---|---|---|

*History:*

Details    ● 35-1    10/07/2022 Claim #35 filed by Dona Soto, Amount claimed: (JoanDavenport, 4)

Details    ● 35-2    09/01/2023 Amended Claim #35 filed by Donna Soto, Amount claimed: $74099303.73 (Chapple, Ryan)

*Description:* (35-1) no amount reflected on claim. Defamation Litigation
(35-2) Connecticut Judgment

*Remarks:*

CM/ECF - US Bankruptcy Court-Texas Southern

**EXHIBIT 27**

New York, NY 10019     Claimant
History

Amount claimed: $74099303.73

*History:*

| | | | |
|---|---|---|---|
| Details | ⚫ 35-1 | 10/07/2022 Claim #35 filed by Dona Soto, Amount claimed: (JoanDavenport, 4) | |
| Details | ⚫ 35-2 | 09/01/2023 Amended Claim #35 filed by Donna Soto, Amount claimed: $74099303.73 (Chapple, Ryan) | |

*Description:* (35-1) no amount reflected on claim. Defamation Litigation
(35-2) Connecticut Judgment

*Remarks:*

---

| *Creditor:* (12298030) | **Claim No: 36** | *Status:* Withdraw 378 |
|---|---|---|
| Comptroller of Public Accounts | *Original Filed Date*: 10/13/2022 | *Filed by:* CR |
| C/O Office of the Attorney General | *Original Entered Date*: 10/13/2022 | *Entered by:* Catherine Ledesma Coy |
| Bankruptcy - Collections Division MC-008 | | *Modified:* |
| PO Box 12548 | | |
| Austin TX 78711-2548 | | |

Amount claimed: $27882.13
Priority  claimed: $27882.13

*History:*

| | | |
|---|---|---|
| Details | ⚫ 36-1 | 10/13/2022 Claim #36 filed by Comptroller of Public Accounts, Amount claimed: $27882.13 (Coy, Catherine) |
| | 378 | 01/09/2023 Withdrawal of Claim: 36 (Tran, Tommy) Status: Withdraw |

*Description:* (36-1) Sales and Use Tax Ch. 151 (321, 322, 323)
*Remarks:* (36-1) ADMINISTRATIVE EXPENSE CLAIM

---

| *Creditor:* (12315310) | **Claim No: 37** | *Status:* |
|---|---|---|
| Wisconsin Dept of Revenue | *Original Filed Date*: 10/24/2022 | *Filed by:* CR |
| Special Procedures Unit | *Original Entered Date*: 10/24/2022 | *Entered by:* 4 DarleneHansen |
| POB 8901 | | *Modified:* |
| Madison, WI 53708-8901 | | |

Amount claimed: $97037.50

*History:*

| | | |
|---|---|---|
| Details | ⚫ 37-1 | 10/24/2022 Claim #37 filed by Wisconsin Dept of Revenue, Amount claimed: $97037.50 (DarleneHansen, 4) |

*Description:*
*Remarks:*

---

| *Creditor:* (12298030) | **Claim No: 38** | *Status:* |
|---|---|---|
| Comptroller of Public Accounts | *Original Filed Date*: 01/09/2023 | *Filed by:* CR |
| C/O Office of the Attorney General | *Original Entered Date*: 01/09/2023 | *Entered by:* Tommy Tran |
| Bankruptcy - Collections Division MC-008 | | *Modified:* |
| PO Box 12548 | | |
| Austin TX 78711-2548 | | |

Amount claimed: $15095.76
Priority  claimed: $15095.76

*History:*

| | | |
|---|---|---|
| Details | ⚫ 38-1 | 01/09/2023 Claim #38 filed by Comptroller of Public Accounts, Amount claimed: $15095.76 (Tran, Tommy) |

*Description:* (38-1) Franchise Tax Ch. 171
*Remarks:* (38-1) ADMINISTRATIVE EXPENSE CLAIM

EXHIBIT 27

| | | |
|---|---|---|
| *Creditor:*     (12351199)<br>Auriam Services, LLC<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701 | **Claim No: 39**<br>*Original Filed Date*: 01/18/2023<br>*Original Entered Date*: 01/18/2023 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Lynn Hamilton Butler<br>*Modified:* |

Amount  claimed: $43433.77

Secured claimed: $43433.77

*History:*

Details   🌐   39-1   01/18/2023 Claim #39 filed by Auriam Services, LLC, Amount claimed: $43433.77 (Butler, Lynn)

*Description:*

*Remarks:* (39-1) $43,433.77 plus additional fees to be determined

| | | |
|---|---|---|
| *Creditor:*     (12301671)<br>Travis County c/o Jason A. Starks<br>PO Box 1748<br>Austin, Texas 78767 | **Claim No: 40**<br>*Original Filed Date*: 02/15/2024<br>*Original Entered Date*: 02/15/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jason Starks<br>*Modified:* |

Amount  claimed: $10128.20

Secured claimed: $10128.20

*History:*

Details   🌐   40-1   02/15/2024 Claim #40 filed by Travis County c/o Jason A. Starks, Amount claimed: $10128.20 (Starks, Jason)

*Description:* (40-1) Travis County's Administrative Claim

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (12712633)<br>Jonathan Bowne<br>2311 Balboa Road<br>Austin, Texas 78733 | **Claim No: 41**<br>*Original Filed Date*: 06/17/2024<br>*Original Entered Date*: 06/17/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 1 DahlilaRodriguez<br>*Modified:* |

Amount claimed: $480000.00

*History:*

Details   🌐   41-1   06/17/2024 Claim #41 filed by Jonathan Bowne, Amount claimed: $480000.00 (DahlilaRodriguez, 1)

*Description:*

*Remarks:*

# Claims Register Summary

**Case Name:** Free Speech Systems LLC and Official Committee of Unsecured Creditors of Alexa

**Case Number:** 22-60043

**Chapter:** 11

**Date Filed:** 07/29/2022

**Total Number Of Claims:** 41

| | |
|---|---|
| **Total Amount Claimed*** | $1669161305.12 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|

**EXHIBIT 27**

| | | |
|---|---|---|
| **Secured** | $68297946.70 | |
| **Priority** | $144265.56 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/08/2024 12:56:40 | | | |
| **PACER Login:** | sajordan2549 | **Client Code:** | Jones |
| **Description:** | Claims Register | **Search Criteria:** | 22-60043 Filed or Entered From: 12/10/2019 Filed or Entered To: 12/31/2024 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |