EXHIBIT 30

| Conn. Pls. | Defamation Slander | Emotional Distress | Common law Punitives | CUTPA Punitives | TOTALS |
|---|---|---|---|---|---|
| Ian Hockley | $38,000,000 | $43,600,000 | $27,200,000 | $10,000,000 | $118,800,000 |
| N. Hockley | $32,000,000 | $41,600,000 | $24,530,000 | $10,000,000 | $108,130,000 |
| | | | | | |
| Jillian Soto-Marino | $30,000,000 | $38,800,000 | $22,930,000 | $10,000,000 | $101,730,000 |
| Carlee Soto Parisi | $30,000,000 | $36,000,000 | $22,000,000 | $10,000,000 | $98,000,000 |
| Carlos Mathew Soto | $18,600,000 | $39,000,000 | $19,200,000 | $10,000,000 | $86,800,000 |
| Donna Soto | $18,000,000 | $30,000,000 | $16,000,000 | $10,000,000 | $74,000,000 |
| | | | | | |
| Mark Barden | $25,000,000 | $32,600,000 | $19,200,000 | $10,000,000 | $86,800,000 |
| Jacqueline Barden | $10,000,000 | $18,800,000 | $9,600,000 | $10,000,000 | $48,400,000 |
| | | | | | |
| David Wheeler | $25,000,000 | $30,000,000 | $18,330,000 | $10,000,000 | $83,330,000 |
| Francine Wheeler | $24,000,000 | $30,000,000 | $18,000,000 | $10,000,000 | $82,000,000 |
| | | | | | |
| J. Hensel | $21,000,000 | $31,000,000 | $17,330,000 | $10,000,000 | $79,330,000 |
| Robert Parker | $60,000,000 | $60,000,000 | $40,000,000 | $10,000,000 | $170,000,000 |
| W. Aldenberg | $45,000,000 | $45,000,000 | $30,000,000 | $10,000,000 | $130,000,000 |
| E. Lafferty | $18,000,000 | $58,000,000 | $25,300,000 | $10,000,000 | $111,300,000 |
| W. Sherlach | $9,000,000 | $27,000,000 | $12,000,000 | $10,000,000 | $58,000,000 |
| | | | | | |
| TOTALS | $403,600,000 | $561,400,000 | $321,620,000 | $150,000,000 | $1,436,620,000 |

**EXHIBIT 30**