**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § <br> § **Chapter 7** <br> § |
| **ALEXANDER E. JONES,** | § **Case No. 22-33553 (CML)** <br> § |
| Debtor. | § <br> § <br> § |

**NOTICE OF (A) REVISED ORDER (I) AUTHORIZING AND APPROVING SETTLEMENT BY AND BETWEEN THE CHAPTER 7 TRUSTEE, THE CONNECTICUT FAMILIES, AND THE TEXAS FAMILIES AND (II) GRANTING RELATED RELIEF AND (B) REDLINE THEREOF**
[Relates to Docket No. 1011]

**PLEASE TAKE NOTICE THAT** on January 10, 2025, Christopher R. Murray (the "***Trustee***"), the chapter 7 trustee for the bankruptcy estate of Alexander E. Jones filed the proposed *Order (I) Authorizing and Approving Settlement by and Between the Chapter 7 Trustee, the Connecticut Families, and the Texas Families and (II) Granting Other Related Relief* [Docket No. 1011] (the "***Original 9019 Order***").

**PLEASE TAKE FURTHER NOTICE THAT** on the date hereof, the Trustee filed the revised *Order (I) Authorizing and Approving Settlement by and Between the Chapter 7 Trustee, the Connecticut Families, and the Texas Families and (II) Granting Other Related Relief* [Docket No. 1063] (the "***Revised 9019 Order***").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a redline of the Original 9019 Order against the Revised 9019 Order.

17068736

Dated: February 4, 2025
      Houston, Texas

          Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*
    Joshua W. Wolfshohl (Bar No. 24038592)
    Michael B. Dearman (Bar No. 24116270)
    Jordan T. Stevens (Bar No. 24106467)
    Kenesha L. Starling (Bar No.24114906)
    **PORTER HEDGES LLP**
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6000
    Facsimile: (713) 226-6248
    jwolfshohl@porterhedges.com
    mdearman@porterhedges.com
    jstevens@porterhedges.com
    kstarling@porterhedges.com

    *and*

    Erin E. Jones (TX 24032478)
    **JONES MURRAY LLP**
    602 Sawyer Street, Suite 400
    Houston, Texas 77007
    Telephone: (832) 529-1999
    Fax: (832) 529-3393
    erin@jonesmurray.com

    *Counsel for Christopher R. Murray, Chapter 7 Trustee*

17068736

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing document was served on February 4, 2025 on all parties receiving ECF service in the above-captioned case on the date hereof.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

17068736