United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 02, 2025

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **Alexander E. Jones,** | § | **Case No. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **Free Speech Systems, LLC** | § | **Case No. 22-60043 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |

**ORDER APPROVING TRUSTEE'S EXPEDITED MOTION FOR APPROVAL OF AND
AUTHORITY TO COMPROMISE PURSUANT TO BANKRUPTCY RULE 9019**
**(Relates to Docket No. 1018)**

The Court considered the *Motion for Approval of and Authority to Compromise Pursuant to Bankruptcy Rule 9019* ("Motion"), filed by Christopher R. Murray in his capacity as chapter 7 trustee ("Trustee") for the bankruptcy estate of Alexander E. Jones ("Estate"),[1] any responses filed, the record in this case, the evidence presented at a hearing on this matter, if any, and the arguments of counsel, and finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order and venue is proper pursuant to 28 U.S.C. § 1408; (ii) this is a core proceeding pursuant to 28 U.S.C.§ 157(b)(2)(A),(B),(C),(E), and (O); (iii) this Court may enter a final order consistent with Article III of the United States Constitution; (iv) notice of the Motion was proper and adequate; (v) the Trustee exercised reasonable business judgment in seeking approval of and authority to enter into the proposed compromise of disputes between the Trustee and Elevated Solutions Group, LLC ("ESG", together with the Estate and FSS the "Parties") under the terms described in the Motion and in this Order; (vi) the proposed compromise was negotiated by the Trustee and ESG at arm's length and in good faith; (vii) the Trustee has authority to agree to the proposed compromise with ESG on behalf of Free Speech Systems, LLC ("FSS") and the Estate; (viii) the relief requested in the Motion meets the criteria for approval of a compromise under FED. R. BANKR. P. 9019 and by the Fifth Circuit; (ix) the relief requested in the Motion is in the best interest of the Bankruptcy Estate, its creditors, and any stakeholders; and (x) good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby **ORDERED** that:

---

[1] Capitalized terms not expressly defined herein shall have the meaning used in the Motion.

1.   The compromise between the Trustee and ESG as described in the Motion is approved pursuant to FED. R. BANKR. P. 9019.

2.   ESG agrees to waive and release claims against the Estate and FSS, as set forth in paragraph 5 and 8 herein, in exchange for a total settlement payment of $500,000.00 (the "Settlement Payment"). The Trustee agrees to satisfy the Settlement Payment from funds held in the Registry of the Court and a cash payment from FSS assets in the Estate.

3.   The Clerk of the Court is ordered to pay $449,827.73 plus any accrued interest (the "Registry Disbursement") to "Elevated Solutions Group, LLC" from the funds previously accepted for deposit by CMC Consulting, LLC ("CMC") into the Registry of the Court pursuant to prior Order of this Court entered on June 13, 2024 in Adversary Proceeding No. 24-03038 at Docket No. 19, including any accrued interest; and mail the check to "Elevated Solutions Group, LLC c/o Walker & Patterson, P.C., Attn: Johnie Patterson, P.O. Box 61301, Houston, Texas 77208-1301. This Order is not stayed. The Clerk should act promptly to implement the disbursements from the Registry of the Court.

4.   Within 3 business days after ESG receives the Registry Disbursement, the Trustee shall pay ESG any remaining balance on the Settlement Payment from FSS assets in the Estate ("FSS Cash Disbursement") by mailing a check made payable to "Elevated Solutions Group, LLC" c/o Walker & Patterson, P.C., Attn: Johnie Patterson, P.O. Box 61301, Houston, Texas 77208-1301.

5.   On behalf of FSS and/or the Estate, the Trustee hereby releases and waives any and all claims against ESG and anyone acting on its behalf and ESG hereby releases and waives any and all claims against the Estate, the Trustee, and/or FSS  arising from or relating in any way to the events or transactions that are the subject of the ESG Adversary, the Platinum Stipulation, and/or the termination or rejection of the contracts and/or agreements between ESG and FSS effectuated by the Settlement. The Parties are authorized to execute any documents necessary to memorialize, effectuate, and exchange the mutual release of claims between the Trustee, the Estate, FSS, and ESG.

6.   Adversary Proceeding No. 24-03038, *Elevated Solutions Group, LLC v. Free Speech Systems LLC et. al.*, is hereby dismissed with prejudice and the Clerk of the Court is ordered to close that case.

7.   The Parties' rights and/or obligations under the *Joint Stipulation and Agreed Order Resolving Distribution of Platinum Products Sales Proceeds* [FSS Case Dkt. No. 729][2] are fully satisfied and discharged.

8.   ESG hereby releases and waives any interest in the ESG Inventory, including any claims or rights to receive any further payments relating to the sale of any ESG Inventory. The contracts and/or agreements between the Parties that are the subject of the Adversary Proceeding and/or Platinum Stipulation are hereby terminated and/or rejected pursuant to 11 U.S.C. §365.

9.   The Parties shall take all actions necessary to consummate the terms of the proposed compromise approved by this Order, including but not limited to executing any documents as may be needed.

---

[2]  Reference to "FSS Case Dkt." refers to docket entries in Case No. 22-60043..

10. Any stay of this Order, including any stay under FED. R. BANKR. P. 6004(h) is hereby waived.

11. The Clerk of the Court is directed to filed a copy of this Order on the docket in Case No. 22-60043 and Adversary Proceeding No. 24-03038.

12. This Court retains jurisdiction over all aspects of this Order and the Motion.

Signed:  February 02, 2025

Christopher Lopez
United States Bankruptcy Judge

**AGREED:**

**JONES MURRAY LLP**
/s/ *Erin E. Jones*
Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer Street, Suite 400
Houston, TX 77007
Tel. (832) 529-1999
Fax. (832) 529-3393
**COUNSEL FOR THE TRUSTEE**

**WALKER & PATTERSON, P.C.**
/S/ *Johnie Patterson*
Johnie Patterson
SBN#15601700
jjp@walkerandpatterson.com
P.O. Box 61301
Houston, TX 77208-1301
(713) 956-5577
(713) 956-5570 (fax)
**COUNSEL FOR ELEVATED SOLUTIONS GROUP, LLC**

United States Bankruptcy Court

Southern District of Texas

In re:                                                                                    Case No. 22-33553-cml

Alexander E. Jones                                                               Chapter 7

Official Committee Of Unsecured Creditor

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                          User: ADIuser                          Page 1 of 10

Date Rcvd: Feb 03, 2025                    Form ID: pdf002                    Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| aty | + | Anna Kordas, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-1000, UNITED STATES 10036-6730 |
| aty | + | Crowe & Dunlevy, 2525 McKinnon St, Suite 425, Dallas, TX 75201-1543 |
| aty | + | David Franklin Hill, IV, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | | Elliott, Thomason & Gibson, LLP, c/o Vickie L. Driver, Suite 202, Dallas, TX 75201, UNITED STATES |
| aty | + | Jonathan Day, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Jones Murray LLP, 602 Sawyer Suite 400, Houston, Tx 77007-7510 |
| aty | + | Leslie E. Liberman, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Martin, Disiere, Jefferson & Wisdom, LLP, 808 Travis, Suite 1100, Houston, TX 77002-5831 |
| aty | + | Paul Andrew Paterson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Reynal Law Firm, P.C., 917 Franklin St., Suite 600, Houston, TX 77002-1764 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Theodore James Salwen, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | + | Vida J Robinson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| fa | + | BlackBriar Advisors LLC, 3131 McKinney Ave., Suite 600, Dallas, TX 75204-2456 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Suite 203, Austin, TX 78701-2720 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Feb 03 2025 20:17:05 | Ally Bank, c/o Quilling, Selander, et al, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 03 2025 20:25:25 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Feb 03 2025 20:25:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 03 2025 20:16:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| cr | + | Email/Text: notifications@cstrial.com | Feb 03 2025 20:18:00 | Erica L. Ash, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701, UNITED STATES 78701-0137 |
| cr | + | Email/Text: notifications@cstrial.com | Feb 03 2025 20:18:00 | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |

District/off: 0541-4           User: ADIuser           Page 2 of 10

Date Rcvd: Feb 03, 2025           Form ID: pdf002           Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| crcm | + | Email/Text: mbrimmage@akingump.com | Feb 03 2025 20:17:00 | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | Feb 03 2025 20:17:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | + | Email/Text: notifications@cstrial.com | Feb 03 2025 20:18:00 | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | ^ | MEBN | Feb 03 2025 20:15:18 | Texas Comptroller of Public Accounts, Revenue Acco, Kimberly A. Walsh, PO Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Feb 03 2025 20:17:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| intp | | David Ross Jones |
| cr | | David Wheeler |
| intp | | Discover Fund Management, Inc. |
| cr | | Donna Soto |
| intp | | First United American Companies, LLC |
| intp | | Global Tetrahedron, LLC |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |
| cr | | Mark Barden |
| op | | N&N Forensics, LLC |
| cr | | Nicole Hockley |
| cr | | Public Storage |
| op | | Rachel Kennerly LLC |
| cr | | Robert Parker |
| cr | | William Aldenberg |
| cr | | William Sherlach |
| intp | | X Corp. |
| cr | ##+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |

TOTAL: 22 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0541-4        User: ADIuser        Page 3 of 10

Date Rcvd: Feb 03, 2025        Form ID: pdf002        Total Noticed: 30

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Annie E Catmull | on behalf of Creditor Free Speech Systems  LLC aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Avi Moshenberg | on behalf of Plaintiff Leonard Pozner avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Ben C Broocks | on behalf of Defendant Alexander E. Jones bencbroocks@gmail.com  docket@broockslawfirm.com |
| Ben C Broocks | on behalf of Debtor Alexander E. Jones bencbroocks@gmail.com  docket@broockslawfirm.com |
| Ben C Broocks | on behalf of Plaintiff Alexander E. Jones bbroocks@broockslawfirm.com  docket@broockslawfirm.com |
| Bennett Greg Fisher | on behalf of Creditor Public Storage bennett.fisher@lewisbrisbois.com amber.kaiser@lewisbrisbois.com;audrey.bridges@lewisbrisbois.com;jann.pigg@lewisbrisbois.com;daniel.david@lewisbrisbois.com;andrea.silverman@lewisbrisbois.com;karen.lovely@lewisbrisbois.com |
| Bradley J. Reeves | on behalf of Creditor Reeves Law  PLLC bradley.reeves@pillsburylaw.com |
| Caroline A. Reckler | on behalf of Interested Party X Corp. caroline.reckler@lw.com caroline-reckler-9810@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Christina Walton Stephenson | on behalf of Attorney Crowe & Dunlevy crissie@etglaw.com  elisa@etglaw.com |
| Christopher R Murray | chris@jonesmurray.com  crm@trustesolutions.net |

Christopher R Murray

on behalf of Trustee Christopher R Murray chris@jonesmurray.com  crm@trustesolutions.net

Dale E Barney

on behalf of Interested Party Discover Fund Management  Inc. dbarney@gibbonslaw.com

Elizabeth Carol Freeman

on behalf of Trustee Melissa A Haselden liz@lizfreemanlaw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Eric Henzy

on behalf of Plaintiff Richard M. Coan ehenzy@zeislaw.com

Erin Elizabeth Jones

on behalf of Trustee Christopher R Murray erin@jonesmurray.com  8597346420@filings.docketbird.com

Federico Andino Reynal

on behalf of Attorney Reynal Law Firm  P.C. areynal@frlaw.us

Gregg Jeffrey Costa

on behalf of Interested Party Global Tetrahedron  LLC gcosta@gibsondunn.com

Gregg Jeffrey Costa

on behalf of Defendant Global Tetrahedron  LLC gcosta@gibsondunn.com

Ha Minh Nguyen

on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jacqueline Chiba

on behalf of Attorney Jones Murray LLP jackie@jonesmurray.com  8234279420@filings.docketbird.com

Jacqueline Chiba

on behalf of Trustee Christopher R Murray jackie@jonesmurray.com  8234279420@filings.docketbird.com

Jarrod B. Martin

on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com

Jarrod B. Martin

on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com

Jarrod B. Martin

on behalf of Plaintiff Estate of Marcel Fontaine jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Veronique De La Rosa jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Marcel Fontaine jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Neil Heslin jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Leonard Pozner jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com

Jarrod B. Martin

on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com

Jarrod B. Martin

on behalf of Creditor Scarlett Lewis jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com

Jarrod B. Martin

on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com;raneen.abdelghani@chamberlainlaw.com

District/off: 0541-4                          User: ADIuser                          Page 5 of 10
Date Rcvd: Feb 03, 2025                       Form ID: pdf002                      Total Noticed: 30

Jason Starks
 on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jayson B. Ruff
 on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey Gresham Tinkham
 on behalf of Attorney Martin  Disiere, Jefferson & Wisdom, LLP tinkham@mdjwlaw.com, paulaj@mdjwlaw.com

Jennifer Jaye Hardy
 on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Plaintiff Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy
 on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

John D Malone
 on behalf of Creditor Security Bank of Texas myra@johnmalonepc.com  myra@johnmalonepc.com

Johnie J Patterson
 on behalf of Creditor Elevated Solutions Group  LLC
 wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Jose Antonio Ortiz
 on behalf of Defendant Alexander E Jones aortiz@jhwclaw.com  cmadden@jhwclaw.com

Jose Antonio Ortiz
 on behalf of Counter-Claimant Alexander E Jones aortiz@jhwclaw.com  cmadden@jhwclaw.com

Joshua W. Wolfshohl
 on behalf of Trustee Christopher R Murray jwolfshohl@porterhedges.com
 egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
 on behalf of Defendant Christopher Murray  Chapter 7 Trustee jwolfshohl@porterhedges.com,
 egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Kimberly A Walsh
 on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov,
 sherri.simpson@oag.texas.gov

Marty L Brimmage
 on behalf of Creditor Ian Hockley mbrimmage@akingump.com
 lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
 on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com
 lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
 on behalf of Creditor Nicole Hockley mbrimmage@akingump.com
 lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
 on behalf of Creditor Carlos M Soto mbrimmage@akingump.com
 lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
 on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com
 lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

District/off: 0541-4                           User: ADIuser                           Page 6 of 10
Date Rcvd: Feb 03, 2025                      Form ID: pdf002                        Total Noticed: 30

Marty L Brimmage

on behalf of Creditor Mark Barden mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor William Sherlach mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor William Aldenberg mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Francine Wheeler mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Neil Heslin mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor David Wheeler mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alexander E. Jones mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Donna Soto mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage

on behalf of Creditor Robert Parker mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Melanie A. Miller

on behalf of Creditor Committee Official Committee Of Unsecured Creditors melanie.miller@akingump.com

Melissa A Haselden

on behalf of Trustee Melissa A Haselden mhaselden@haseldenfarrow.com
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;mhaselden@ecf.courtdrive.com;haselden.melissaa.r104367@notify.bestcase.com

Nicholas Lawson

on behalf of Creditor Marcel Fontaine nick.lawson@lmbusinesslaw.com  kate.taylor@lmbusinesslaw.com

Nicholas Lawson

on behalf of Creditor Scarlett Lewis nick.lawson@lmbusinesslaw.com  kate.taylor@lmbusinesslaw.com

Nicholas Lawson

on behalf of Creditor Leonard Pozner nick.lawson@lmbusinesslaw.com  kate.taylor@lmbusinesslaw.com

Nicholas Lawson

on behalf of Creditor Neil Heslin nick.lawson@lmbusinesslaw.com  kate.taylor@lmbusinesslaw.com

District/off: 0541-4                             User: ADIuser                             Page 7 of 10
Date Rcvd: Feb 03, 2025                          Form ID: pdf002                          Total Noticed: 30

Nicholas Lawson

on behalf of Creditor Veronique De La Rosa nick.lawson@lmbusinesslaw.com  kate.taylor@lmbusinesslaw.com

Patrick Michael Lynch

on behalf of Creditor Ally Bank plynch@qslwm.com  pkarr@qslwm.com

Raymond William Battaglia

on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com

Ryan E Chapple

on behalf of Creditor Francine Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff David Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Donna Soto rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor William Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Jacqueline Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Francine Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Ian Hockley rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Williams Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Robert Parker rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant CARLOS M. SOTO rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Robert Parker rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor William Sherlach rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Jacqueline Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant William Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Erica Ash rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Erica Ash rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Carlos M Soto rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Donna Soto rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Williams Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Erica L. Ash rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Mark Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Carlee Soto Parisi rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

District/off: 0541-4            User: ADIuser            Page 8 of 10

Date Rcvd: Feb 03, 2025            Form ID: pdf002            Total Noticed: 30

Ryan E Chapple

on behalf of Plaintiff Carlee Soto Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Jennifer Hensel rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Ian Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Carlee Soto Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff William Aldenberg rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Jennifer Hensel rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Robert Parker rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Erica L. Ash rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Nicole Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Nicole Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Ian Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Nicole Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Donna Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Richard M. Coan rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Carlos M Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Julian Soto Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Julian Soto Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff William Sherlach rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Donna Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant David Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant William Sherlach rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

District/off: 0541-4                     User: ADIuser                          Page 9 of 10
Date Rcvd: Feb 03, 2025                  Form ID: pdf002                       Total Noticed: 30

Ryan E Chapple

on behalf of Counter-Defendant Jennifer Hensel rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant David Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor David Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Francine Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Jacqueline Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant William Sherlach rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Robert Parker rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Ian Hockley rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Carlos M Soto rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Jillian Soto- Marino rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Wiliam Sherlach rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Scott R. Cheatham

on behalf of Creditor Bank of America N.A. scott.cheatham@arlaw.com

Shelby A Jordan

on behalf of Plaintiff Alexander E. Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Counter-Claimant Alexander E Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Debtor Alexander E. Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Defendant Alexander E. Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Defendant Alexander E Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Stephen A Roberts

on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com  1222805420@filings.docketbird.com

Stephen Wayne Lemmon

on behalf of Creditor PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Vickie L Driver

on behalf of Attorney Elliott  Thomason & Gibson, LLP vickie@etglaw.com, crissie@etglaw.com;elisa@etglaw.com

Vickie L Driver

on behalf of Other Prof. Rachel Kennerly LLC vickie@etglaw.com  crissie@etglaw.com;elisa@etglaw.com

Vickie L Driver

on behalf of Financial Advisor BlackBriar Advisors LLC vickie@etglaw.com  crissie@etglaw.com;elisa@etglaw.com

Vickie L Driver

on behalf of Creditor Free Speech Systems  LLC vickie@etglaw.com, crissie@etglaw.com;elisa@etglaw.com

Vickie L Driver

on behalf of Attorney Crowe & Dunlevy vickie@etglaw.com  crissie@etglaw.com;elisa@etglaw.com

District/off: 0541-4                         User: ADIuser                              Page 10 of 10

Date Rcvd: Feb 03, 2025                  Form ID: pdf002                         Total Noticed: 30

Walter J Cicack

on behalf of Interested Party First United American Companies  LLC wcicack@hcgllp.com, mallen@hcgllp.com

Yoshie Valadez

on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com  yvaladez@mccarthyholthus.com

TOTAL: 173