United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 07, 2025

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:                                          §
                                                §
**ALEXANDER E. JONES**            §            **Case No. 22-33553**
                                                §
**DEBTOR**                                §            **JUDGE LOPEZ**

**ORDER AUTHORIZING EMPLOYMENT OF TPS-WEST LLC
AS ACCOUNTANT TO THE TRUSTEE**

The Court, having considered the Application of Christopher R. Murray, Chapter 7 Trustee, for Authority to Employ TPS-West LLC as Accountant (the "Application"), finds that notice of the Application was appropriate and in accordance with the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, and that based on the law and facts set forth in the Application, the evidence presented, and the record in this case, the Court finds that the relief requested in the Application is in the best interests of the Trustee, the Debtor's estate, and their creditors and therefore should be GRANTED, accordingly, it is hereby:

ORDERED that the Trustee is authorized to employ TPS-West LLC as accountant for the Trustee, and it is further

ORDRERED that any and all compensation to TPS-West LLC shall be subject to approval by this Court under 11 U.S.C. § 330; Or in the alternative, Application to Employ and to Pay Accountant pursuant to BLR 2014-1(c) for the purpose of providing tax preparation and accounting services, without further notice, for the flat rate of $425.00 per tax return payable at the completion of a return, and which employment shall be for no longer than three (3) years.

Signed:  February 07, 2025

_____
Christopher Lopez
United States Bankruptcy Judge