**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**EIGHTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | January 1, 2025 through and including January 31, 2025 |
| **Interim Fees Incurred:** | $255,309.00 |
| **Interim Payment of Fees Requested (80%):** | $204,247.20 |
| **Interim Expenses Incurred:** | $14,594.18 |
| **Total Fees and Expenses Due:** | $218,841.38 |

This is the Eighth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17076854

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Eighth Monthly Fee Statement (the "Fee Statement") for the period from January 1, 2025 through January 31, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $255,309.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $14,594.18 (the "Expenses"), for the period from January 1, 2025 through January 31, 2025. Eighty percent (80%) of the fees equals $204,247.20 and one hundred percent (100%) of the Expenses equals $14,594.18 for a total requested amount of $218,841.38.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $204,247.20 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $14,594.18 in the total amount of $218,841.38.

17076854

Dated:  February 10, 2025
      Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 10, 2025.

*/s/ Joshua W. Wolfshohl*
  Joshua W. Wolfshohl

3

17076854