## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 37.80 | 33,369.00 |
| Business Operations | 1.00 | 1,200.00 |
| Case Administration | 5.90 | 2,578.50 |
| Compromises | 244.10 | 200,584.00 |
| Employment/Fee Application | 1.30 | 968.50 |
| Litigation/Contested Matters | 22.00 | 16,609.00 |
| | | |
| **TOTAL** | **312.10** | **255,309.00** |

17076854