## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Assisted Legal Research | 2,277.50 |
| Computer Services | 2,950.24 |
| Delivery Service | 104.00 |
| Deposition Expense | 1,828.25 |
| Reproduction | 873.00 |
| Reproduction Services | 6,291.00 |
| Working Meals | 270.19 |
| | |
| **TOTAL** | **14,594.18** |

17076854