## EXHIBIT 3

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| James D. Reardon | $1,200.00 | 1.00 |
| Lauren B. Harris | $1,055.00 | 25.30 |
| Joshua W. Wolfshohl | $995.00 | 101.70 |
| Michael B. Dearman | $745.00 | 77.60 |
| Jordan T. Stevens | $725.00 | 37.00 |
| Kenesha L. Starling | $670.00 | 46.70 |
| Carey A. Sakert | $495.00 | 7.70 |
| Tammy M. Olowoyo | $495.00 | .50 |
| Mitzie L. Webb | $485.00 | .60 |
| Eliana Garfias | $425.00 | 14.00 |
| | | |
| **TOTAL** | | **312.10** |

17076854