## EXHIBIT 4

**Invoices**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | February 10, 2025 |
| Invoice Num.: | 573420 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:          Alex Jones

For professional services rendered and costs incurred through January 31, 2025

| | |
|---|---|
| Professional Services | 255,309.00 |
| Disbursements | 14,594.18 |
| **Total Amount Due** | **$269,903.18** |

**EXHIBIT 4**

# PORTER HEDGES LLP

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE

Matter: Alex Jones

| | |
|---|---|
| Invoice Date: | February 10, 2025 |
| Invoice Num.: | 573420 |
| Matter Number: | 018577-0001 |

---

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/2025 | MBD | Conference with C. Murray, E. Jones, J. Wolfshohl and K. Starling regarding case status and strategy (.3); travel to Austin for PQPR mediation (1/2 time) (1.5); draft responses to W. Cicack questions (.5); revise asset purchase agreement (.6). | 2.90 | 2,160.50 |
| 01/02/2025 | JWW | Weekly phone conference with Trustee team (.3); emails with W. Cicack regarding sale issues and follow-up with Trustee team regarding same (.4). | 0.70 | 696.50 |
| 01/02/2025 | EG | Review docket updates for upcoming deadlines and hearings. | 1.00 | 425.00 |
| 01/02/2025 | KLS | Weekly status call with Trustee via Teams. | 0.40 | 268.00 |
| 01/03/2025 | JWW | Several calls with Trustee and team regarding mediation (2.5); emails with W. Cicack regarding APA and order (.2); conference with M. Dearman and emails regarding finalizing and filing PQPR compromise motion (.9). | 3.60 | 3,582.00 |
| 01/03/2025 | MBD | Attend mediation with PQPR and David and Carol Jones (5.0); travel from mediation in Austin to Houston (1/2 time) (1.3); conference and correspond with J. Wolfshohl regarding mediation and 9019 motion (.2); revise 9019 motion and prepare for filing (.4). | 6.90 | 5,140.50 |
| 01/03/2025 | EG | Follow up correspondence on 9019 motion (.2); continuous monitoring emails for status of finalizing same (.8); receive, review, and electronically file same with court (.5); download and circulate filed version (.1); update file (.1); email case manager on submission of same (.1). | 1.80 | 765.00 |
| 01/03/2025 | KLS | Review documents in support of mediation between Trustee and PQPR. | 1.40 | 938.00 |
| 01/04/2025 | JWW | Emails regarding sale issues and settlement with CT and TX plaintiffs. | 0.40 | 398.00 |
| 01/05/2025 | MBD | Analyze potential TX/CT settlement order and correspond with Trustee and J. Wolfshohl regarding | 1.90 | 1,415.50 |

# PORTER HEDGES LLP

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: February 10, 2025 |
| Matter: Alex Jones | Invoice Num.: 573420 |
| | Matter Number: 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | same (1.0); analyze sale issues (.6); conference with J. Wolfshohl regarding case status and strategy (.3). | | |
| 01/05/2025 | JWW | Phone conference with J. Goldstein regarding potential proposal (.4); emails and phone conferences regarding same with Trustee parties (.5); work on TX-CT settlement order (.9); follow-up emails regarding same (.4). | 2.20 | 2,189.00 |
| 01/06/2025 | JWW | Review proposed order and revisions and emails regarding same (.5); review settlement proposal (.3); conference with Trustee team regarding proposal, CT/TX settlement and sale timing issues (1.5); phone conference with CT counsel regarding same (1.0); further conferences with Trustee team regarding same (.6); several follow-up emails regarding same (.5); conference with K. Kimpler regarding TX/CT settlement (.5). | 4.90 | 4,875.50 |
| 01/06/2025 | MBD | Revise draft CT and Texas settlement order and correspond with Trustee team and PH team regarding same (.2); multiple conferences with C. Murray, E. Jones, and J. Wolfshohl regarding sale process and updates (1.5); correspond with R. Mates regarding PQPR settlement (.1); revise sale motion, sale order, and asset purchase agreement (.3); conference with Connecticut counsel, C. Murray, E. Jones, and J. Wolfshohl regarding open case issues (.5); correspond with J. Reardon regarding CTA compliance (.3); attend to numerous correspondence with C. Murray, E. Jones, and J. Wolfshohl regarding case status and strategy (.3); analyze sale issues and settlements (.5). | 3.70 | 2,756.50 |
| 01/06/2025 | EG | Follow up emails with case manager on recent filings. | 0.10 | 42.50 |
| 01/07/2025 | JDR | Performed research under the CTA to determine if the Trustee or the Bankruptcy Court has any duty to file for a reporting company with FinCen or if the Estate has any obligations under the CTA. | 1.00 | 1,200.00 |
| 01/07/2025 | JWW | Emails with team regarding TX/CT settlement issues | 3.90 | 3,880.50 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE

Matter: Alex Jones

Invoice Date: February 10, 2025

Invoice Num.: 573420

Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | and work on same (.6); conference with Trustee team regarding next steps with settlement and sale (1.1); conference with K. Kimpler and Trustee team regarding same (.9); conference with W. Cicack (.5); follow-up emails with client (.3); conference with J. Goldstein regarding sale process (.3); follow-up emails (.2). | | |
| 01/07/2025 | MBD | Conference with C. Murray, E. Jones, and J. Wolfshohl regarding case strategy. | 1.00 | 745.00 |
| 01/08/2025 | JWW | Phone conference with Trustee team regarding CT/TX settlement (.5); conference with A. Moshenberg regarding same (.3); further call with Trustee team (.5); review revisions and make further changes to agreement and emails regarding same (.4). | 1.70 | 1,691.50 |
| 01/08/2025 | MBD | Correspond with C. Murray regarding CTA reporting requirements (.2); conference with C. Murray, E. Jones, and J. Wolfshohl regarding potential settlements (.5); review analysis of exemptions and trust issues (1.0); analyze Texas law related to same (.8); review and revise 9019 order (.2); conference with E. Jones regarding same (.3); correspond with E. Jones regarding exemptions (.2). | 3.20 | 2,384.00 |
| 01/09/2025 | JWW | Phone conference and emails with C. Murray regarding CT/TX settlement (.5); several emails and phone conferences with A. Moshenberg and C. Murray regarding resolution of final issues for settlement (.5); review revisions and emails regarding same (.4). | 1.40 | 1,393.00 |
| 01/09/2025 | MBD | Conference with E. Jones regarding exemptions and case strategy (.8); review and analyze 9019 order (.1); correspond with C. Murray, E. Jones, and J. Wolfshohl regarding same (.1). | 1.00 | 745.00 |
| 01/10/2025 | MBD | Analyze S.D.N.Y. FSS lawsuit (.7); review regulations related to same (.3); correspond with C. Murray regarding same (.3); multiple conferences with J. Wolfshohl regarding 9019 motion and order (.3); review and revise 9019 motion and redline same (2.0); review | 4.70 | 3,501.50 |

**PORTER HEDGES LLP**

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: February 10, 2025 |
| Matter: Alex Jones | Invoice Num.: 573420 |
| | Matter Number: 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | and revise seventh PH fee statement and correspond with C. Murray regarding same (.3); revise and redline 9019 order (.4); correspond with K. Kimpler, A. Moshenberg, and J. Martin regarding settlement (.2); attend to correspondence with J. Wolfshohl and E. Garfias regarding CT/TX 9019 motion and order (.2). | | |
| 01/10/2025 | JWW | Conference with M. Dearman regarding sale issues and CT/TX settlement (.1); several emails and phone conferences with C. Murray regarding same (.6); work on CT/TX settlement and finalizing same and review various comments and changes to same (1.8); phone conferences with TX and CT counsel regarding finalizing settlement (1.0); emails with W. Cicack regarding next steps with sale (.1); emails regarding request for waiver on counsel retention by A. Jones (.2); emails regarding open issues in case (.1). | 3.90 | 3,880.50 |
| 01/10/2025 | EG | Correspondence on filing logistics of 9019 motion (.1); continuous monitoring of emails for status of same (.5); receive, review, finalize, and electronically file same with court (.4); download and electronically file same (.2); organize file (.1); email case manager on submission of same (.1); further emails on PH's 7th monthly fee statement (.2); finalize and electronically file with court (.3); download and circulate same (.1); coordinate service of same (.2). | 2.20 | 935.00 |
| 01/11/2025 | JWW | Several emails regarding settlement and preparation for hearing on 1-13. | 0.80 | 796.00 |
| 01/12/2025 | JWW | Conference with J. Goldstein and K. Kimpler regarding sale issues (.5); conference with C. Murray and E. Jones regarding same, TX/CT settlement and hearings on various settlements and other matters in case (1.2). | 1.70 | 1,691.50 |
| 01/13/2025 | MBD | Attend to correspondence with Trustee team regarding hearing and status conference (.3); review and revise proposed ADA litigation settlement agreement (.6); correspond with C. Murray regarding same (.1); | 1.10 | 819.50 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE          Invoice Date:          February 10, 2025
Matter: Alex Jones                                Invoice Num.:                  573420
                                                  Matter Number:             018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | correspond with N. Pattis regarding same (.1). | | |
| 01/13/2025 | JWW | Review pleadings and prepare for hearing (1.0); meet with C. Murray in preparation for hearing (.5); meet with TX and CT plaintiffs' counsel regarding settlement and hearing (.3); attend hearing and meet with parties after hearing (1.8); work on hearing preparation (1.0); conference with W. Cicack regarding sale (.3); emails regarding sale issues and next steps with Trustee team (.3); work on w/e list for 9019 hearing (.5). | 5.70 | 5,671.50 |
| 01/14/2025 | JWW | Emails with prospective bidders (.3); follow-up with Trustee regarding same and related issues (.1); correspond with counsel for TX and CT regarding hearing preparation (.3); emails regarding exemption issues and issues with ESG settlement (.2); work on witness and exhibit list and emails with team regarding same (.8); conference with counsel for X regarding sale issues (.1). | 1.80 | 1,791.00 |
| 01/14/2025 | MBD | Review and analyze Jones motion for reconsideration of non-dischargeability (.4); correspond with multiple interested parties regarding asset sale (.8). | 1.20 | 894.00 |
| 01/15/2025 | JWW | Conference with counsel for CT and TX regarding hearing preparation (.9); continue preparation of witness and exhibit list and confer with PH team regarding same (.5); conference with B. Broocks regarding A. Jones objection (.5); conference with E. Jones and emails regarding hearing preparation and ESG settlement (.4); emails with PH team regarding various legal issues (.4). | 2.70 | 2,686.50 |
| 01/15/2025 | MBD | Correspond with interested sale parties regarding potential sale process (.2); correspond with C. Murray regarding same (.1); conference with K. Starling regarding exhibits for hearing on 9019 motions (.2); attend to correspondence regarding hearing preparations (.2); review case law governing appellate rights (.2). | 0.90 | 670.50 |
| 01/15/2025 | KLS | Begin preparing exhibits in support of hearing on Trustee's 9019 Motion. | 4.90 | 3,283.00 |

# PORTER HEDGES LLP

| | | |
|---|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: | February 10, 2025 |
| Matter: Alex Jones | Invoice Num.: | 573420 |
| | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/16/2025 | JWW | Prepare for hearing (1.0); conference with CT team regarding same (.6); conference with Trustee team regarding hearing preparation (1.0); continue to prepare and work on w/e list and related issues (.7). | 3.30 | 3,283.50 |
| 01/16/2025 | MBD | Conference with J. Wolfshohl regarding hearing preparations and case strategy (.8); draft outline for hearing on PQPR 9019 Motion (.4); attend call with CT counsel regarding 9019 hearing (.5); conference with Trustee team and PH team regarding case status and strategy (1.0); conference with K. Starling regarding exhibits for hearing (.2); draft objection to motion for continuance (1.2); correspond with E. Jones regarding ESG motion and order (.2); review and revise ESG 9019 motion and order (.2); conference with E. Jones regarding reply briefing (.1). | 4.60 | 3,427.00 |
| 01/16/2025 | KLS | Call with counsel to Connecticut Plaintiffs via Zoom (.5); call with Trustee regarding hearing on 9019 Motion (1.0); continue preparing witness and exhibit list and exhibits for hearing on Trustee's 9019 Motion (3.5). | 5.00 | 3,350.00 |
| 01/16/2025 | JTS | Prepare for and attend a strategy session with members of the Porter Hedges team, co-counsel, and the Trustee (1.0); conduct legal research and analysis regarding standing, capacity, and section 541 (2.5). | 3.50 | 2,537.50 |
| 01/17/2025 | JWW | Prepare for hearing and review pleadings and exhibits (1.0); meet with Trustee and team in preparation for hearing (3.5); further prepare and emails regarding same (.5). | 5.00 | 4,975.00 |
| 01/17/2025 | MBD | Correspond with L. Harris regarding appellate issues (.1); correspond with K. Starling regarding exhibits for 9019 hearing (.2); draft PQPR 9019 witness and exhibit list (.6); attend to correspondence regarding same (.1); continue draft PQPR 9019 hearing outline (.8); review motion for reconsideration (.2); gather exhibits for hearing on PQPR 9019 Motion (1.0). | 3.00 | 2,235.00 |
| 01/17/2025 | LBH | Conference with J. Wolfshohl regarding analysis of | 7.50 | 7,912.50 |

## PORTER HEDGES LLP

| | | |
|---|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: | February 10, 2025 |
| Matter: Alex Jones | Invoice Num.: | 573420 |
| | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | appellate points in Connecticut case and plaintiff's request to reconsider prior bankruptcy court decision (.2); review decision of Connecticut court of appeals to analyze chances of Appellants' success on further appeal to the Connecticut supreme court (1.8); also review Alex Jones's motion to reconsider the bankruptcy court's order determining that Connecticut Judgment on appeal bars challenges to Jones's dischargeability in relation to same (2.0); prepare outline of arguments in documents and review case authority referenced in same (3.5). | | |
| 01/17/2025 | JTS | Prepare for and attend an extended strategy session with J. Wolfshohl, K. Starling, E. Jones, and the Trustee (2.1); conduct legal research and analysis in connection with replying to the Debtor's forthcoming objection to the settlement with the Families, including creating an outline of the same (2.6). | 4.70 | 3,407.50 |
| 01/18/2025 | MBD | Continue draft PQPR 9019 outline. | 1.20 | 894.00 |
| 01/18/2025 | JWW | Emails regarding document review and hearing preparation with Trustee and co-counsel. | 0.40 | 398.00 |
| 01/19/2025 | JWW | Conference with C. Murray and E. Jones regarding hearing preparation (.5); review exhibits and prepare for hearing (1.5). | 2.00 | 1,990.00 |
| 01/19/2025 | MBD | Analyze motion for reconsideration (1.5); analyze case law related to arguments therein (1.0); review and analyze state court appellate transcripts (.6). | 3.10 | 2,309.50 |
| 01/19/2025 | LBH | Continue to evaluate Connecticut case pending on appeal to ascertain chances of success on appeal if petition for review is sought (1.5); review exhibits to Alex Jones's motion to reconsider, including underlying complaint, motion for sanctions, verdict form, transcript of instructions read to the jury, and other related documents and pleadings (2.5); continue to outline arguments in same and issues pertaining to the validity and potential success of those complaints in bankruptcy court and in Connecticut supreme court (2.0); review | 7.00 | 7,385.00 |

## PORTER HEDGES LLP

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE

Matter: Alex Jones

Invoice Date: February 10, 2025

Invoice Num.: 573420

Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | rules of appellate procedure relating to discretionary review procedures in Connecticut Supreme Court (.5); review biographies of current justices on the Connecticut Supreme court and research to locate statistics on percentage of cases in which review is granted (.5). | | |
| 01/20/2025 | JWW | Meet with C. Murray and prepare for 9019 hearings. | 9.70 | 9,651.50 |
| 01/20/2025 | MBD | Continue review appellate transcripts (.9); numerous correspondence with PH team regarding hearing preparations (.5); correspond with N. Pattis regarding ADA lawsuit (.2); conference with CT counsel and PH team regarding appeals (1.4); continue draft PQPR 9019 hearing outline (.9); revise PQPR witness and exhibit list (.5); conference with J. Stevens regarding reply to Jones objection (.4); conference with J. Wolfshohl regarding hearing preparations (.2); correspond with E. Jones regarding same (.1); begin draft reply to objection to 9019 motion (1.0); analyze case law related to reply (.5); review CT/TX exhibits and witness and exhibit list (.5); correspond with K. Starling regarding same (.2). | 7.30 | 5,438.50 |
| 01/20/2025 | KLS | Preparation for hearing regarding Trustee's 9019 Motion (7.5) Zoom call with counsel to Connecticut Plaintiffs (1.5). | 9.00 | 6,030.00 |
| 01/20/2025 | JTS | Review and analyze the state court appeals and summarize the same for J. Wolfshohl (1.3); prepare for and attend a discussion with counsel to the Families regarding the state court appeals (1.0); conduct legal research regarding the issues in the state court appeals (1.3). | 3.60 | 2,610.00 |
| 01/20/2025 | MLW | Email exchanges with K. Starling regarding logistics for filing witness/exhibit list. | 0.40 | 194.00 |
| 01/20/2025 | LBH | Continue to evaluate Connecticut case pending on appeal to ascertain chances of success on appeal if petition for review is sought, and review related pleadings and exhibits, and further outline arguments | 7.80 | 8,229.00 |

# PORTER HEDGES LLP

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date:       February 10, 2025 |
| Matter: Alex Jones | Invoice Num.:       573420 |
| | Matter Number:       018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | asserted (4.1); participate in phone call with counsel for plaintiffs in the Connecticut appeal to further evaluate potential merit of any further appeal (1.7); participate in call with plaintiff's counsel in related matter to evaluate merits of any further challenge on appeal (2.0). | | |
| 01/20/2025 | EG | Various correspondence on preparation of exhibits in support of witness/exhibit list (.4); discuss same with M. Webb (.1). | 0.50 | 212.50 |
| 01/21/2025 | JWW | Work on witness/exhibit list, review pleadings filed by A. Jones and prepare for hearing on 9019 motions. | 8.50 | 8,457.50 |
| 01/21/2025 | MBD | Review CT/TX exhibits and witness and exhibit list (.3); correspond with K. Starling regarding same (.2); conference with E. Jones regarding PQPR witness and exhibit list (.4); attend to correspondence regarding CT/TX settlement (.2); conference with Trustee team and PH team regarding hearing preparations (1.0); continue draft reply to 9019 objection (1.8); analyze case law related to same (.5); gather documents for production (2.5); analyze motion to continue (.5); draft and revise objection to motion to continue (1.5); analyze response to CT/TX 9019 Motion (1.5); conference with Trustee team and PH team regarding objections and motions regarding 9019 hearing (.5); correspond with C. Murray and J. Wolfshohl regarding document production (.2); review documents for production and correspond with opposing counsel regarding production (.7). | 11.80 | 8,791.00 |
| 01/21/2025 | KLS | Continue preparing witness and exhibit list and exhibits for hearing on Trustee's 9010 Motion (6.0); prepare PowerPoint for use during hearing on Trustee's 9019 Motion (1.5); calls with Trustee regarding hearing and deposition preparation concerning 9019 Motion (2.0); call with Counsel to Connecticut Plaintiffs (1.0). | 10.50 | 7,035.00 |
| 01/21/2025 | JTS | Review and analyze the Debtor's Objection to the settlement with the Families (1.1); conduct legal | 2.40 | 1,740.00 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE
Matter: Alex Jones

Invoice Date: February 10, 2025
Invoice Num.: 573420
Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | research and analysis regarding the same (1.3). | | |
| 01/21/2025 | EG | Further correspondence on drafts and filing logistics of witness/exhibit list (.5); discuss same with M. Webb (.3); continuous monitoring of emails for status of same (2.8); further discussion with K. Starling on revisions and finalized exhibits (.2); receive, review, revise, finalize, and electronically file same with court (1.3); download, bookmark, and circulate filed version (.6); update file (.1). | 5.80 | 2,465.00 |
| 01/21/2025 | CAS | Receive client documents and prepare emergency production for M. Dearman of TRUSTEEE000059-001359. | 6.80 | 3,366.00 |
| 01/21/2025 | CAS | Prepare FTP link for K. Starling to serve Trustee's Witness and Exhibit List on opposing counsel. | 0.40 | 198.00 |
| 01/22/2025 | JWW | Prepare for hearing on TX/CT settlement, meet with Trustee and review pleadings. | 9.80 | 9,751.00 |
| 01/22/2025 | MBD | Review document production (.4); correspond with opposing counsel regarding document production (.1); correspond with E. Jones regarding PQPR (.1); correspond with J. Stevens regarding 9019 motion reply (.1); correspond with V. Robinson regarding document production (.1); attend to correspondence regarding hearing preparations (.2). | 1.00 | 745.00 |
| 01/22/2025 | KLS | Finalize preparation, including exhibit and hearing binders and witness binders and witness preparation, for hearing on Trustee's 9019 Motion. | 9.40 | 6,298.00 |
| 01/22/2025 | JTS | Review and analyze the Debtor's Motion for Continuance and the Trustee's draft Objection thereto (1.2); review and analyze court filings regarding the state court appeals (1.2); conduct legal research and analysis regarding the state court appeals (1.9); conduct legal research and analysis regarding the Debtor's objection to the settlement with the Families (2.3); draft a Reply in support of the settlement with the Families and in response to the Debtor's Objection (2.1). | 8.70 | 6,307.50 |

## PORTER HEDGES LLP

| | | | |
|---|---|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | | Invoice Date: | February 10, 2025 |
| Matter: Alex Jones | | Invoice Num.: | 573420 |
| | | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/22/2025 | TMO | Created an FTP link for K. Starling to securely transfer exhibits to external vendor for preparation. | 0.50 | 247.50 |
| 01/22/2025 | MLW | Email exchanges with M. Dearman regarding Objection to Motion for Continuance and Reply to Objection to 9019 Motion. | 0.20 | 97.00 |
| 01/23/2025 | JWW | Work on reply brief (1.7); emails regarding sale process (.3); conference with Trustee team regarding same (.9); further call regarding open issues in case (.5); follow-up emails regarding open issues (.2); further review reply brief and related hearing preparation issues (.9). | 4.50 | 4,477.50 |
| 01/23/2025 | MBD | Conference with Trustee team and PH team regarding case strategy. | 0.50 | 372.50 |
| 01/23/2025 | JTS | Prepare for and attend a strategy session with members of the PH team, E. Jones, and the Trustee, including regarding the settlement with the Families (.5); conduct supplemental research and revise the draft Reply in support of the settlement in light of feedback from J. Wolfshohl (1.5). | 2.00 | 1,450.00 |
| 01/24/2025 | JWW | Work on reply brief and correspond with team regarding same (2.0); emails with Trustee team regarding open issues in case (.2); emails with M. Dearman regarding fee application (.1); email with W. Cicack regarding sale timing (.1); review slides for hearing and work on opening (.5). | 2.90 | 2,885.50 |
| 01/24/2025 | MBD | Correspond with J. Wolfshohl and E. Jones regarding second interim fee applications (.1); analyze PQPR remaining claims and correspond with Trustee team and PH team regarding same (.6). | 0.70 | 521.50 |
| 01/24/2025 | JTS | Correspond with members of the Porter Hedges team regarding the draft Reply in support of the settlement with the Families (.4); conduct supplemental research and revise the draft Reply in support of the settlement, including in light of feedback from J. Wolfshohl and L. Harris (2.6). | 3.00 | 2,175.00 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE

Matter: Alex Jones

Invoice Date: February 10, 2025

Invoice Num.: 573420

Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/24/2025 | LBH | Review draft of Trustee's Reply in support of Expedited Motion for Entry of an Order Approving Settlement and granting related relief, and provide comment to same (2.0); review petition for certification filed in Connecticut Supreme Court (1.0). | 3.00 | 3,165.00 |
| 01/24/2025 | CAS | Forward Trustee production volumes 3 and 4 to vendor for inclusion in database. | 0.30 | 148.50 |
| 01/26/2025 | JWW | Prepare for 9019 hearing (.8); review demand from A. Jones and emails with Trustee regarding same (.7). | 1.50 | 1,492.50 |
| 01/26/2025 | MBD | Attend to correspondence from opposing counsel regarding appeals (.1); draft motion and order to set bid deadline (3.0). | 3.10 | 2,309.50 |
| 01/27/2025 | JWW | Phone conference with Trustee and E. Jones regarding demand letter (.4); emails regarding same and sale motion issues (.2); conference call with Trustee team regarding sale motion and reply brie (1.0); conference with K. Kimpler regarding 9019 hearing (.3); further conferences with C. Murray and E. Jones regarding A. Jones communications (.8); further call with K. Kimpler regarding hearing (.2); further conferences with C. Murray and E. Jones (.5); emails with B. Broocks regarding appeal (.2); follow-up with Trustee regarding same (.2). | 3.80 | 3,781.00 |
| 01/27/2025 | MBD | Draft and revise motion and order to set bid deadline (4.7); conference with Trustee team and PH team regarding bid deadline motion and reply (1.0); multiple correspondence with C. Murray, E. Jones, and J. Wolfshohl regarding motion to set bid deadline (.2); conference with C. Murray, E. Jones, and J. Wolfshohl regarding same (.4); attend to correspondence regarding appeal issues (.2). | 6.50 | 4,842.50 |
| 01/27/2025 | KLS | Call with Trustee regarding hearing on 9010 Motion. | 1.20 | 804.00 |
| 01/27/2025 | JTS | Prepare for and attend a strategy session with members of the Porter Hedges team, E. Jones, and the Trustee, including regarding the deposition of the Trustee (1.3); | 4.80 | 3,480.00 |

# PORTER HEDGES LLP

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE     Invoice Date:        February 10, 2025
Matter: Alex Jones                           Invoice Num.:        573420
                                             Matter Number:       018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | conduct supplemental research and revise the draft Reply in support of the settlement, including in light of feedback from J. Wolfshohl and L. Harris (3.5). | | |
| 01/27/2025 | CAS | Communications with vendor regarding re-activiation of Jackie Chiba's access to database. | 0.20 | 99.00 |
| 01/28/2025 | JWW | Conference with J. Goldstein regarding sale status (.4); conference with C. Murray and E. Jones regarding issues raised by A. Jones and appeals (.5); emails and phone conferences regarding FSS operations (.8); conference with W. Cicack regarding sale status and motion to be filed (.1); conference with B. Broocks regarding TRO threat (.5); phone conference with K. Kimpler regarding same (.7); phone conference with Tranzon regarding sale issues (.5); review sale motion and provide comments (.3); work on hearing preparation (.9); conferences with C. Murray and E. Jones regarding same and other open issues (.8); conference with J. Goldstein regarding sale issues (.4). | 5.90 | 5,870.50 |
| 01/28/2025 | MBD | Revise motion to set bid deadline (.6); attend to correspondence with C. Murray and J. Wolfshohl regarding same (.1); revise hearing outline (1.0); correspond with Trustee team and PH team regarding hearing preparations (.1). | 1.80 | 1,341.00 |
| 01/28/2025 | EG | Correspondence on draft of notice of rate increase (.1); draft same and circulate for review (.3); review employment order (.2); finalize and electronically file same with court (.2); download and circulate filed version (.1); update file (.1). | 1.00 | 425.00 |
| 01/29/2025 | JWW | Conference with C. Murray and E. Jones regarding sale issues (.7); conference with K. Kimpler regarding settlement hearing (.8); prepare for hearing (1.3); emails and phone conferences with PH team regarding same (.4); emails and phone conferences with C. Murray and E. Jones regarding open issues in case (1.1); review subpoena and emails with team regarding same (.2). | 4.50 | 4,477.50 |

# PORTER HEDGES LLP

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE
Matter: Alex Jones

Invoice Date: February 10, 2025
Invoice Num.: 573420
Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/29/2025 | MBD | Begin second interim fee application (.7); revise motion to set bid deadline (.5); correspond with J. Wolfshohl regarding same (.1). | 1.30 | 968.50 |
| 01/29/2025 | EG | Correspondence on filing logistics of motion to set bid deadline (.3); continuous monitoring of emails on status of same (1.0); follow up emails on same (.3). | 1.60 | 680.00 |
| 01/30/2025 | MBD | Correspond with C. Murray, E. Jones, and J. Wolfshohl regarding case issues (.2); multiple correspondence with E. Jones regarding sale issues (.2); revise motion to set bid deadline (.3); correspond with Trustee team and PH team regarding case updates and strategy (.3); review Sandy Hook Families objection to discovery requests (.1); review FUAC request for hearing (.1); review notice of appellate activity (.1); correspond with J. Stevens and K. Starling regarding hearing preparations and case updates (.3). | 1.60 | 1,192.00 |
| 01/30/2025 | JWW | Emails and phone conference with C. Murray regarding open issues (.7); conference with K. Kimpler regarding discovery (.3); review various pleadings and emails with team regarding same (.5); emails regarding status hearing and preparation for same (.9). | 2.40 | 2,388.00 |
| 01/30/2025 | KLS | Begin initial draft of Trustee's objections to Debtor's Request for Production of Documents. | 0.90 | 603.00 |
| 01/30/2025 | JTS | Conduct legal research and analysis and draft a Reply in response to the Debtor's Objection to the settlement with the Families. | 2.10 | 1,522.50 |
| 01/31/2025 | JTS | Prepare for and attend the virtual status conference before the Court. | 0.60 | 435.00 |
| 01/31/2025 | JWW | Phone conference with Trustee team regarding preparation for status conference (.6); prepare for and attend hearing (.7); follow-up conference with Trustee team regarding settlement hearing (.5); follow-up emails regarding same (.3). | 2.10 | 2,089.50 |
| 01/31/2025 | KLS | Attend remote status conference regarding hearing in | 4.00 | 2,680.00 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE
Matter: Alex Jones

Invoice Date: February 10, 2025
Invoice Num.: 573420
Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | Trustee's 9019 Motion (.5); Teams call with Trustee regarding Debtor's requests for production and other tasks regarding hearing on 9019 Motion (1.0); draft initial responses and objections to Debtor's requests for production to Trustee (2.5). | | |
| 01/31/2025 | MBD | Conference with E. Jones regarding hearing preparations (.2); conference with C. Murray, E. Jones, J. Stevens, and K. Starling regarding discovery, pleadings, and hearing preparation (1.2); conference with E. Jones regarding status conference (.2). | 1.60 | 1,192.00 |
| 01/31/2025 | JTS | Conduct legal research and analysis regarding the Debtor's objection to the settlement with the Families and draft a reply in support thereof (.3); prepare for and attend a strategy session with members of the Porter Hedges team, E. Jones, and the Trustee (1.3). | 1.60 | 1,160.00 |
| **Total** | | | **312.10** | **$255,309.00** |

**Total Services**          **$255,309.00**

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| JDR | James D. Reardon | Partner | 1.00 | 1,200.00 | 1,200.00 |
| LBH | Lauren B. Harris | Partner | 25.30 | 1,055.00 | 26,691.50 |
| JWW | Joshua W. Wolfshohl | Partner | 101.70 | 995.00 | 101,191.50 |
| MBD | Michael B. Dearman | Associate | 77.60 | 745.00 | 57,812.00 |
| JTS | Jordan T. Stevens | Associate | 37.00 | 725.00 | 26,825.00 |
| KLS | Kenesha L. Starling | Associate | 46.70 | 670.00 | 31,289.00 |
| CAS | Carey A. Sakert | Paralegal | 7.70 | 495.00 | 3,811.50 |
| TMO | Tammy M. Olowoyo | Paralegal | 0.50 | 495.00 | 247.50 |
| MLW | Mitzie L. Webb | Paralegal | 0.60 | 485.00 | 291.00 |
| EG | Eliana Garfias | Paralegal | 14.00 | 425.00 | 5,950.00 |
| **Total** | | | **312.10** | | **$255,309.00** |

**Cost Summary**

| Description | Amount |
|-------------|--------|
| Computer Assisted Legal Research | 2,277.50 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE      Invoice Date:      February 10, 2025
Matter: Alex Jones      Invoice Num.:      573420
     Matter Number:      018577-0001

| **Description** | **Amount** |
|---|---|
| Computer Services | 2,950.24 |
| Delivery Service | 104.00 |
| Deposition Expense | 1,828.25 |
| Reproduction | 873.00 |
| Reproduction Services | 6,291.00 |
| Working Meals | 270.19 |
| **Total Disbursements** | **$14,594.18** |
| | |
| **Total This Invoice** | **$269,903.18** |