THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-33553 |
| ALEXANDER E. JONES | § | (Chapter 7) |
| | § | |
| Debtor. | § | |

**SECOND MONTHLY FEE STATEMENT OF N&N FORENSICS, LLC AS IT PROFESSIONAL FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF <u>EXPENSES FOR THE PERIOD OF JANUARY 1, 2025 TO JANUARY 31, 2025</u>**

| | |
|---|---|
| **Name of Applicant:** | N&N Forensics, LLC, IT Professional for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | January 20, 2025 [DE 1020], with effective retention date of September 4, 2024 |
| **Period for which Fees and Expenses are Incurred:** | January 1, 2025 through and including January 31, 2025 |
| **Interim Fees Incurred:** | $24,300.00 |
| **Interim Payment of Fees Requested (80%):** | $19,440.00 |
| **Interim Expenses Incurred:** | $0.00 |
| **Total Fees and Expenses Due:** | $19,440.00 |

This is the Second Monthly Fee Statement.

N&N Forensics, LLC ("N&N"), as IT Professional for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Second Monthly Fee Statement (the "Fee Statement") for the period from January 1, 2025 through January 31, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Dkt. No. 793] (the "Interim Compensation Order").

N&N requests compensation for professional services rendered in the amount of $24,300.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from January 1, 2025 through January 31, 2025. Eighty percent (80%) of the fees equals $19,440.00 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested amount of **$19,400.00**. An invoice reflecting the services provided and expenses incurred is attached hereto as **Exhibit 1**.

**WHEREFORE**, N&N respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $19,440.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 for the total requested interim compensation of **$19,440.00**.

Dated: February 10, 2025

                                        Respectfully submitted,

                                        **N&N FORENSICS, LLC**

                                        Patrick Newton
                                        Email: pnewton@nnforensics.com
                                        Telephone: 650-454-7091
                                        3631 County Rd 405
                                        Anderson, TX 77830
                                        *IT Professional for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 10, 2025

                                        */s/ Jacqueline Q. Chiba*
                                        Jacqueline Q. Chiba
                                        *Counsel for the Chapter 7 Trustee*

Dated: February 10, 2025

Respectfully submitted,

N&N FORENSICS, LLC

*/s/ Patrick Newton*
Patrick Newton
Email: pnewton@nnforensics.com
Telephone: 650-454-7091
3631 County Rd 405
Anderson, TX 77830
*IT Professional for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 10, 2025

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba
*Counsel for the Chapter 7 Trustee*



**N&N Forensics**
936-246-4001
945 McKinney Street, Suite 241, TX  77002

**EXHIBIT 1**

| | |
|---|---|
| **Billed To** | |
| Christopher Murray | |
| JONES MURRAY LLP | |

| **Date of Issue** | **Invoice Number** | **Amount Due (USD)** |
|---|---|---|
| 01/31/2025 | 2505-4-JM | $24,300.00 |
| **Due Date** | **Reference** | |
| 03/01/2025 | HDD Doc Listing | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/1 | $250.00 | 3 | $750.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/2 | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/3 | $250.00 | 3.7 | $925.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/6 | $250.00 | 5 | $1,250.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/7 | $250.00 | 3 | $750.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/8 | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/9 | $250.00 | 5 | $1,250.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/10 | $250.00 | 6 | $1,500.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/13 | $250.00 | 4.5 | $1,125.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/14 | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics | $250.00 | 2.5 | $625.00 |

| Description | Rate | Qty | Amount |
|---|---|---|---|
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/16 | $250.00 | 3.9 | $975.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/17 | $250.00 | 6 | $1,500.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/18 | $250.00 | 4.3 | $1,075.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/20 | $250.00 | 2.5 | $625.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/21 | $250.00 | 3 | $750.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/22 | $250.00 | 5 | $1,250.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/23 | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/24 | $250.00 | 1.5 | $375.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/25 | $250.00 | 2 | $500.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/27 | $250.00 | 5.3 | $1,325.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/28 | $250.00 | 6 | $1,500.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/29 | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/30 | $250.00 | 2 | $500.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/31 | $250.00 | 3 | $750.00 |
|  | $0.00 | 1 | $0.00 |

|  |  |
|---|---|
| Subtotal | 24,300.00 |
| Tax | 0.00 |
| Total | 24,300.00 |
| Amount Paid | 0.00 |

Amount Due (USD) $24,300.00

Terms
A 5% late fee to be applied to the invoice amount if unpaid by the due date.
Unpaid overdue invoice (plus late fee) to be submitted to collections.

