UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**ALEXANDER E. JONES,**<br><br>Debtor. | § § § § § § § § § <br>Chapter 7<br>Case No. 22-33553 (CML) |

## NOTICE OF ANNUAL RATE INCREASE BY JONES MURRAY LLP

Jones Murray LLP ("**JM**") was retained as general bankruptcy counsel by Christopher Murray, the chapter 7 trustee ("**Trustee**"), on the terms and conditions set forth in the *Application to Employ* [DE 755] ("**Application**"), effective June 14, 2024, pursuant to the Court's *Order Authorizing Employment* [DE 794](the "**Order**").

JM typically adjusts its standard hourly rates on an annual basis, as customary and in line with similar professionals and firms in this district. To reflect the increase in hourly rates, JM files this *Notice of Annual Rate Increase* (the "**Notice**") to provide notice to the Court and other parties of the proposed increase in rates for any services rendered as of January 1, 2025. The proposed change and request for fees at the increased rates will be included and part of JM's next fee application, and the approval of said increase remains subject to objections, along with approval by the Court. To be clear, any services rendered prior to January 1, 2025 (*i.e.*, from date of retention through December 31, 2024) are charged at the original hourly rates approved as part of the Application and Order. For services after January 1, 2025, the hourly rates charged by the firm's professionals will be as follows:

> Erin Jones (lead), Partner, $775/hr
> Christopher Murray, Partner, $775/hr
> Jacqueline Q. Chiba, Associate, $520/hr
> Nancy Santana, Senior Paralegal, $225/hr
> Joshua Sosa, Paralegal, $120/hr

Any additional professionals staffed on this matter will not charge rates exceeding those disclosed herein, except by further notice and subject to approval by the Court.

Dated: February 10, 2025

Respectfully submitted,

*/s/ Jacqueline Q. Chiba*
Erin E. Jones (Bar No. 24032478)
erin@jonesmurray.com
Jacqueline Q. Chiba (Bar No. 24116899)
jackie@jonesmurray.com
**JONES MURRAY LLP**
602 Sawyer Street, Suite 400
Houston, TX 77007
Telephone: (832) 529-1999
Facsimile: (832) 529-3393
***Counsel for the Trustee***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served electronically on all parties registered for and entitled to notice through CM/ECF.

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba