**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| **Debtor.** | § | |

**EIGHTH MONTHLY FEE STATEMENT OF**
**JONES MURRAY LLP AS BANKRUPTCY COUNSEL**
**FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | January 1, 2025 through January 31, 2025 |
| **Interim Fees Incurred:** | **$151,990.50** |
| **Interim Payment of Fees Requested (80%):** | **$121,592.40** |
| **Interim Expenses Incurred:** | **$0.00** |
| **Total Fees and Expenses Due:** | **$121,592.40** |

This is the Eighth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Eight Monthly Fee Statement (the "Fee Statement") for the period from January 1, 2025 through January 31, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [pending, motion filed at Docket No. 757] (the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $151,90.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from January 1, 2025 through January 31, 2025. Eighty percent (80%) of the fees equals $121,592.40 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested amount of $121,592.40.

Summaries of the calculations for these fees by project category is attached hereto as **Exhibit 1**. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 2**. JM's invoice for the Application Period is attached hereto as **Exhibit 3**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $121,592.40  and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 for a total amount of $121,592.40.

Dated: February 10, 2025

Respectfully submitted,

**JONES MURRAY LLP**
*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba
Texas Bar No. 24116899
jackie@jonesmurray.com
Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999
**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 10, 2025.

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 60.9 | $124,123.50 |
| Asset Disposition | 1.4 | $646.00 |
| Assumption/Rejection of Leases and Contracts | 3.2 | $6,816.00 |
| Case Administration | 10.4 | $19,425.00 |
| Claims Administration and Objections | 24.2 | $6,946.50 |
| Fee/Employment Applications | 6.5 | $19,333.50 |
| Other Contested Matters | 106.1 | $2,574.00 |
| **TOTAL** | **212.7** | **$179,864.50** |

### EXHIBIT 2

**SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $775.00 | 162.3 |
| Jacqueline Q. Chiba, *Associate* | $520.00 | 50.4 |
| **TOTAL** | | **212.7** |

## EXHIBIT 3

### INVOICE

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/02/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Conduct legal research into limitations for extension under various provisions of 11 U.S.C. 365 (0.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/02/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Draft motion to extend 365(d)(1) deadline and proposed order (0.8)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.80h | $520.00 | - | $416.00 |
| 01/02/2025 | 🕐 | Asset Analysis and Recovery: Begin creating an asset spreadsheet to analyze full list of post-conversion assets (1.6)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.60h | $520.00 | - | $832.00 |
| 01/02/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Various emails and conference with J. Chiba regarding motion to extend 365 deadlines (.2)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/02/2025 | 🕐 | Case Administration: Weekly team call with Trustee legal team (.6)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| 01/02/2025 | 🕐 | Claims Administration and Objections: Travel to Austin for mediation, conference with C. Murray and discuss status of various pending issues and projects (3.0) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.00h | $775.00 | - | $2,325.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 01/02/2025 | 🕐 | Claims Administration and Objections: Meeting with C. Murray to prepare for mediation and review terms of proposed settlement (1.2); review pleadings, pre-mediation statement, other materials relating to lien and claims to be released (1.9) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.10h | $775.00 | - | $2,402.50 |
| 01/02/2025 | 🕐 | Asset Analysis and Recovery: Call with C. Murray regarding sale process, PQPR, and Evergreen update (.5) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/02/2025 | 🕐 | Asset Analysis and Recovery: Email A. Mosheberg regarding extension of time for appellate briefing and various reponses to same (.2) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/03/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Email to J. Chiba regarding follow up on executory contract motion (.1); review various emails in response to same and provide comments to draft motion (.4) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/03/2025 | 🕐 | Claims Administration and Objections: Pre-mediation meeting | 00040-Christopher Murray, Chapter 7 Trustee | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| | | | | | **212.70h** | | **$0.00** 0.00h | **$151,990.50** 212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | with C. Murray (.6)<br>🔵 Unbilled | In re Alexander E. Jones | | | | | |
| 01/03/2025 | 🕐 | Claims Administration and Objections: Return travel to Houston from mediation, included finalizing 9019 motion and order for filing and various calls with team over next steps (3.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.00h | $775.00 | - | $2,325.00 |
| 01/03/2025 | 🕐 | Claims Administration and Objections: Represent Trustee at mediation with PQPR (6.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 6.20h | $775.00 | - | $4,805.00 |
| 01/03/2025 | 🕐 | Fee/Employment Applications: Review various emails from J. Chiba regarding status of N&N employment and invoice and respond to same (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 01/03/2025 | 🕐 | Asset Analysis and Recovery: Review and respond to various emails with B. Schleizer regarding operations issues, landlord/lease issues (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/04/2025 | 🕐 | Asset Analysis and Recovery: Review various emails regarding status of other inquiries, including FUAC (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/05/2025 | 🕐 | Claims Administration and Objections: Review revisions to CT/TX deal, review internal emails and discussions with Trustee team regarding same (.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| 01/05/2025 | 🕐 | Asset Analysis and Recovery: Review various emails regarding potential sale process (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/05/2025 | 🕐 | Asset Analysis and Recovery: Lengthy strategy dicussion with C. Murray regarding status of various issues including PQPR, CT/TX settlement, ESG settlement, sale of FSS assets, personal property/ non-exempt (1.9)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.90h | $775.00 | - | $1,472.50 |
| 01/06/2025 | 🕐 | Other Contested Matters: Review motion to settle PQPR dispute and proposed order (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $520.00 | - | $260.00 |
| 01/06/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Revise and finalize the motion to extend trustee's deadline to assume or reject under 365(d)(1) and proposed order (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/06/2025 | 🕐 | Asset Analysis and Recovery: Complete asset analysis spreadsheet (2.3) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 2.30h | $520.00 | - | $1,196.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ● Unbilled | | | | | | |
| 01/06/2025 | 🕐 | Case Administration: Conference with C. Murray and J. Wolfshohl regarding FINCEN reporting (.4)<br><br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| 01/06/2025 | 🕐 | Claims Administration and Objections: Review email from J. Tinkham regarding appeal and discuss same with C. Murray and J. Wolfshohl (.2)<br><br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/06/2025 | 🕐 | Asset Analysis and Recovery: Review framework for potential sale process with Trustee team (.5); conference with C. Murray regarding same (.7); conference call and work session with J. Wolfshohl and M. Dearman regarding potential approach to sale process (.5)<br><br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.70h | $775.00 | - | $1,317.50 |
| 01/06/2025 | 🕐 | Asset Analysis and Recovery: Review and revise draft stipulation and agreed order regarding appellate deadlines (.3); circulate to team internally (.1); respond to AM with Trustee revisions (.1)<br><br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/06/2025 | 🕐 | Asset Analysis and Recovery: Follow up conference with J. Chiba regarding exemption analysis (1.0) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | | |
| 01/06/2025 | 🕐 | Asset Analysis and Recovery: Call with CT counsel regarding sale process, PQPR lien and settlement, and potential settlement with TX (.9); conference with C. Murray regarding same (.4)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| 01/07/2025 | 🕐 | Asset Disposition: Discussion with C. Murray regarding strategy for asset sale and current status of purchase offers (0.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/07/2025 | 🕐 | Claims Administration and Objections: Review communications and documents to evaluate state of ch11 admin fees (0.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/07/2025 | 🕐 | Fee/Employment Applications: Review order on interim compensation procedures (0.2); begin drafting first interim fee notice for N&N (0.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.70h | $520.00 | - | $364.00 |
| 01/07/2025 | 🕐 | Fee/Employment Applications: Draft and send detailed correspondence to Harney Partners regarding the interim fee procedures (0.5) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $520.00 | - | $260.00 |
| | | | | | **212.70h**<br>0.00h | | **$0.00** | **$151,990.50**<br>212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | | |
| 01/07/2025 | 🕐 | Fee/Employment Applications: Draft and send detailed correspondence to N&N regarding the interim fee procedures (0.4)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $520.00 | - | $208.00 |
| 01/07/2025 | 🕐 | Case Administration: Conference call with Trustee legal team regarding sale process and current operations (1.0)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/07/2025 | 🕐 | Case Administration: Conference with N. Santana regarding documents turned over by AEJ, including tax returns (.2)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/07/2025 | 🕐 | Claims Administration and Objections: Conference with C. Murray regarding claims, administrative expenses and taxes (.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/07/2025 | 🕐 | Fee/Employment Applications: Review and respond to various emails wth J. Chiba regarding N&N employment status and procedures for compensation (.4)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 01/07/2025 | 🕐 | Asset Analysis and Recovery: Call | 00040-Christopher Murray, | Erin Jones | 0.70h | $775.00 | - | $542.50 |
| | | | | | **212.70h**<br>0.00h | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | with CT counsel and Trustee legal team (.7)<br>🔵 Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | | | | | |
| 01/07/2025 | 🕐 | Asset Analysis and Recovery: Call with J. Wolfshohl and C. Murray regarding call with W. Cicack (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/07/2025 | 🕐 | Asset Analysis and Recovery: Continue to review documents and assets needed for turnover (1.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.80h | $775.00 | - | $1,395.00 |
| 01/08/2025 | 🕐 | Asset Analysis and Recovery: Additional research and analysis into qualifications for a homestead exemption in the context of a qualified trust (4.0); draft and send detailed email providing assessment to E. Jones, M. Dearman, and K. Starling (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 4.30h | $520.00 | - | $2,236.00 |
| 01/08/2025 | 🕐 | Other Contested Matters: Additional legal research on trust formation and requirements under Texas law (0.8); strategy discussion with E. Jones regarding same (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 01/08/2025 | 🕐 | Case Administration: Conference with C. Murray regarding FINCEN reporting (.2) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| | | | | | **212.70h**<br>0.00h | | **$0.00**<br> | **$151,990.50**<br>212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | 🔵 Unbilled | | | | | | |
| 01/08/2025 | 🕐 | Claims Administration and Objections: Conference with C. Murray regarding sales tax issues (.8); conference with C. Murray, J. Wolfshohl and M. Dearman regarding same and revisions to CT/TX settlement (.6); continue to draft revisions to CT/TX settlement including internal conference with Trustee legal team (4.0) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 4.00h | $775.00 | - | $3,100.00 |
| 01/08/2025 | 🕐 | Asset Analysis and Recovery: Various messages with JJP regarding settlement with ESG (.2); conference with C. Murray regarding same (.5); draft proposal regarding same (.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.90h | $775.00 | - | $697.50 |
| 01/08/2025 | 🕐 | Asset Analysis and Recovery: Review status of responses from Evergreen counsel and conference with C. Murray regarding same (.4) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 01/09/2025 | 🕐 | Asset Analysis and Recovery: Review the Tranzon employment application, attached agreements, and court order to evaluate and consider the strategy for a sale of certain personal property and real property assets (0.9) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.90h | $520.00 | - | $468.00 |
| | | | | | 212.70h | | $0.00 <br> 0.00h | $151,990.50 <br> 212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 01/09/2025 | 🕐 | Case Administration: Draft notice of hearing on the motion to extend section 365(d)(1) deadline (0.4) <br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $520.00 | – | $208.00 |
| 01/09/2025 | 🕐 | Claims Administration and Objections: Conference call with J. Tinkham regarding appeals (.7); email to Trustee legal team regarding same and brief various issues relating to same (1.6) <br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.30h | $775.00 | – | $1,782.50 |
| 01/09/2025 | 🕐 | Claims Administration and Objections: Call from S. Lemmon regarding status of PQPR 9019 motion and status conference set for January 13 (.4); review and respond to S. Robert's email regarding same (.1); email Trustee legal team regarding same (.1) <br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | – | $465.00 |
| 01/09/2025 | 🕐 | Asset Analysis and Recovery: Begin to draft, edit, revise ESG settlement motion, proposed order (4.5); email to C. Djang and E. Kennedy regarding proposal for turnover and conference with C. Murray regarding same (.2) <br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.70h | $775.00 | – | $3,642.50 |
| 01/09/2025 | 🕐 | Asset Analysis and Recovery: Telephone conference with M. Dearman regarding claimed homestead exemption (.7) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.70h | $775.00 | – | $542.50 |
| | | | | | **212.70h**<br>0.00h | | **$0.00** | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 01/10/2025 | 🕐 | Fee/Employment Applications: Revise and finalize 1st interim fee statement for N&N (0.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.60h | $520.00 | - | $312.00 |
| 01/10/2025 | 🕐 | Other Contested Matters: Review and consider email from E. Jones regarding appellate litigation strategy and issues (0.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $520.00 | - | $208.00 |
| 01/10/2025 | 🕐 | Asset Analysis and Recovery: Various emails exchanged with members of trustee's legal team discussing objection to exemption deadline and related strategies (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.20h | $520.00 | - | $104.00 |
| 01/10/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Review and respond to J. Chiba email regarding service and notice (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 01/10/2025 | 🕐 | Fee/Employment Applications: Draft and finalize 7th monthly fee invoice for JM, draft and circulate for review and approval for filing (2.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| 01/10/2025 | 🕐 | Asset Analysis and Recovery: | 00040-Christopher Murray, | Erin Jones | 4.60h | $775.00 | - | $3,565.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Draft proposed order and circulate to Trustee legal team internally for comment (1.9); review C. Murray comments and revise per same (.5); circulate to JJP for comment and review (.3); draft stipulation and agreed order between ESG and CMC to dismiss each other from the ESG adversary (1.1); telephone call with JJP (.3); conference with C. Murray regarding same (.5) 🔵 Unbilled | Chapter 7 Trustee In re Alexander E. Jones | | | | | |
| 01/10/2025 | 🕐 | Asset Analysis and Recovery: Review and respond to various emails regarding funds held in DIP account (.2) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/10/2025 | 🕐 | Asset Analysis and Recovery: Review various emails regarding property exemptions (.4); forward stipulation on extension to S. Jordan paralegal (.1) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/12/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Conference with J. Wolfshohl and C. Murray to prepare for hearing on 365 motion and other housekeeping issues (1.0) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/13/2025 | 🕐 | Case Administration: Hearing on | 00040-Christopher Murray, | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| | | | | | **212.70h** | | **$0.00** | **$151,990.50** |
| | | | | | | | 0.00h | 212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 365 motion and other status (.7); conference with C. Murray and J. Wolfshohl regarding same (.3) ● Unbilled | Chapter 7 Trustee In re Alexander E. Jones | | | | | |
| 01/13/2025 | 🕐 | Case Administration: Review and respond to email from L. Butler regarding rent payment and conference with C. Murray regarding same (.4); Email to B Schleizer, J. Shulse and C. Murray regarding status of payment of rent (.1); call with L. Butler regarding status of all things for sale timing of need for use of facility (.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/13/2025 | 🕐 | Asset Analysis and Recovery: Review schedules A, B, C regarding property for turnover (1.9); conference with C. Murray regarding same (.5); email to S. Jordan to set time to talk about turnover of non-exempt assets and other issues relating to amendment of schedules (.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.90h | $775.00 | - | $2,247.50 |
| 01/13/2025 | 🕐 | Asset Analysis and Recovery: Email with W. Cicack regarding time to talk regarding dismissal of ESG and various emails regarding same (.3) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/14/2025 | 🕐 | Case Administration: Follow up | 00040-Christopher Murray, | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **212.70h** | | **$0.00** 0.00h | **$151,990.50** 212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | with L. Butler regarding payment of January rent to FSS landlord (.5)<br>🔵 Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | | | | | |
| 01/14/2025 | 🕐 | Asset Analysis and Recovery: Conference with W. Cicack regarding R41 dismissal in connection with ESG settlement (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/14/2025 | 🕐 | Asset Analysis and Recovery: Review various emails between N. Santana and S. Jordan's assistant regarding documents needed and conference with C. Murray regarding same (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/15/2025 | 🕐 | Asset Analysis and Recovery: Continue to draft, edit, revise ESG 9019 motion (2.1); review and circulate dismissal order and various emails with JJP and WC regarding same (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.10h | $775.00 | - | $2,402.50 |
| 01/15/2025 | 🕐 | Other Contested Matters: Review various emails from AEJ counsel regarding depositions (.2); conference call with J. Wolfshohl regarding same (.3); conference with C. Murray regarding same (.4); begin to review motion to reconsider (.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.70h | $775.00 | - | $1,317.50 |
| | | | | | 212.70h | | $0.00<br>0.00h | $151,990.50<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/16/2025 | 🕐 | Other Contested Matters: Strategy meeting and status updates with trustee's legal team to discuss pending 9019 motions, objections, and other related issues (0.9) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.90h | $520.00 | - | $468.00 |
| 01/16/2025 | 🕐 | Other Contested Matters: Draft the notice of hearing for the pending motions to settle at Docket Nos. 1005, 1011, and 1018 (0.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/16/2025 | 🕐 | Case Administration: Trustee legal team meeting regarding pending settlements and request by AEJ for depositions and preparation for hearing and other case administration issues (1.0) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/16/2025 | 🕐 | Asset Analysis and Recovery: Continue to draft, edit, revise ESG settlement and propoed order and circulate to team for final review (1.5); conference with JJP regarding same (.5); draft revisions based on discussions with JJP (.5); conference with C. Murray regarding same (.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.80h | $775.00 | - | $2,170.00 |
| 01/16/2025 | 🕐 | Other Contested Matters: Conference with C. Murray regarding discovery and deposition request from AEJ and claimed | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **212.70h** | | **$0.00** <br> 0.00h | **$151,990.50** <br> 212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | basis for same (.5)<br>🔵 Unbilled | | | | | | |
| 01/16/2025 | 🕐 | Other Contested Matters: Begin review of legal arguments presented by B. Broocks regarding pending appeals (2.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| 01/17/2025 | 🕐 | Case Administration: Review case docket to check on status of various open/pending motions (0.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.10h | $520.00 | - | $52.00 |
| 01/17/2025 | 🕐 | Other Contested Matters: Strategy discussion with E. Jones regarding the upcoming hearing on the motion to settle with CT and TX families (0.2); review the motion to settle with CT and TX and related proof of claims and their attachments (3.4); review trial court and appellate court case dockets and pleadings filed therein related to the CT Families litigation and procedural history to prepare for hearing on the motion to settle (4.2); prepare comprehensive report on the CT Families litigation and appeals (1.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 9.10h | $520.00 | - | $4,732.00 |
| 01/17/2025 | 🕐 | Other Contested Matters: Meeting with J. Wolfshohl and C. Murray to prepare for hearings on 9019 | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 7.80h | $775.00 | - | $6,045.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | motions (4.0); prepare analysis of pending claim related litigation and appeals (1.8); conference with JC regarding same (.5); and conference with C. Murray regarding same (.3); prepare summary of all pending bankruptcy litigation resolved through all proposed settlements (1.2)<br>● Unbilled | | | | | | |
| 01/17/2025 | 🕐 | Other Contested Matters: Prepare analysis of pending claim related litigation and appeals (1.5); conference with JC regarding same (.5); and conference with C. Murray regarding same (.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.30h | $775.00 | - | $1,782.50 |
| 01/18/2025 | 🕐 | Other Contested Matters: Revise and finalize the report on the CT families litigation (0.8); review the case dockets and pleadings filed in the state court suits for the TX families to evaluate case and appellate status (4.5); create comprehensive report of assessment in preparation of hearing on the motion to settle with TX and CT (2.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 7.60h | $520.00 | - | $3,952.00 |
| 01/19/2025 | 🕐 | Other Contested Matters: Conference with C. Murray and J. Wolfshohl regarding preparation in upcoming week for hearings on | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.80h | $775.00 | - | $1,395.00 |
| | | | | | **212.70h**<br>0.00h | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | settlements, deposition, responding to discovery, sale hearing, reply brief, responses and objections anticipated (1.0); continue to prepare witness/exhibit lists for settlement motions (.8) <br> 🔵 Unbilled | | | | | | |
| 01/20/2025 | 🕐 | Other Contested Matters: Consider potential exhibits and evidentiary burden to prepare witness & exhibit list for the motion to settle with ESG (0.9); draft witness and exhibit list (0.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.20h | $520.00 | - | $624.00 |
| 01/20/2025 | 🕐 | Case Administration: Weekly team call with Trustee legal team (.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/20/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding hearing preparation (.9); continue to prepare ESG and PQPR witness and exhibit lists and proffers (5.0) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 5.90h | $775.00 | - | $4,572.50 |
| 01/21/2025 | 🕐 | Case Administration: Trustee legal team meeting (1.0) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/21/2025 | 🕐 | Other Contested Matters: Prepare with team for hearings on settlements, including preparation of witness/exhibit lists and | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 13.10h | $775.00 | - | $10,152.50 |
| | | | | | **212.70h** | | **$0.00** <br> 0.00h | **$151,990.50** <br> 212.70h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | demonstrative exhibits and preparation for C. Murray deposition (6.8); continue to work through revisions to 9019 proposed order and various conferences regarding same (2.0); review motion to continue and objection filed by AEJ and conference with Trustee legal team regarding same (1.3); begin working on outline for reply briefs and continue to evaluate legal arguments (1.0); continue to work on PQPR and ESG witness exhibit lists and proffers (1.4); draft CNO's for proposed settlements not objected to (.5) 🔵 Unbilled | | | | | | |
| 01/22/2025 | 🕐 | Other Contested Matters: Review various communications between E. Jones, J. Wolfshohl relating to trustee's deposition (0.2); evaluate the objection and various witness and exhibits filed by other parties to the motion to settle with the CT families and TX families (1.6); review the debtor's motion to continue said hearing (0.2), the responses filed in regards to same (0.5), and the Court's order relating to continuance of the hearing (0.1) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 2.60h | $520.00 | - | $1,352.00 |
| 01/22/2025 | 🕐 | Other Contested Matters: Conference with C. Murray to prepare for deposition (1.0); | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 9.70h | $775.00 | - | $7,517.50 |
| | | | | | **212.70h** | | **$0.00** 0.00h | **$151,990.50** 212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | represent C. Murray at deposition that AEJ counsel canceled but was cross noticed by other parties (.5); finalize and file witness and exhibit lists for PQPR and ESG motions and CNO's (1.2); review responses to requests for documents from AEJ (2.1); review and respond to 1st and 2nd motions for continuance filed by AEJ and CT/TX response to same (1.0); continue to prepare for hearing on settlements (2.0) review order re-setting hearing (.4); call JJP regarding same (.2); call S. Lemmon regarding same (.2); conference with R. Saldana regarding potential conflicts with scheduling and conference with J. Wolfshohl regarding same (.5); conference with C. Murray regarding same (.6)<br>🔵 Unbilled | | | | | | |
| 01/23/2025 | 🕐 | Other Contested Matters: Various conferences with C. Murray (2.0) and C. Murray and J. Wolfshohl (.5) regarding hearings on proposed settlements and continue to review materials in preparation for same (1.0); call with J. Wolfshohl regarding timing/schedule (.2); review and respond to S. Lemmon regarding hearing on settlements (.1); various emails with R. Saldana regarding hearing on settlements (.4); review and | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.40h | $775.00 | - | $3,410.00 |
| | | | | | 212.70h | | $0.00 | $151,990.50 |
| | | | | | | | 0.00h | 212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | respond to emails with M. Dearman regarding remaining litigation claims (.2)<br>🔵 Unbilled | | | | | | |
| 01/24/2025 | 🕐 | Asset Analysis and Recovery: Various conferences with JC regarding discovery relating to non-exempt assets and email outline relating to same (2.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.10h | $775.00 | - | $1,627.50 |
| 01/24/2025 | 🕐 | Asset Analysis and Recovery: Various conferences with K. Nicolaou regarding financial analyses needed for evaluation of claims (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/24/2025 | 🕐 | Asset Analysis and Recovery: Various conferences relating to disclosures in personal chapter 7 case relating to assets, liabilities and statement of financial affairs (2.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| 01/24/2025 | 🕐 | Other Contested Matters: Conference with S. Lemmon regarding sale hearing and upcoming settlement hearing (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/24/2025 | 🕐 | Other Contested Matters: Draft letter regarding appellate proceedings to J. Wolman (.7) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.70h | $775.00 | - | $542.50 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 01/26/2025 | 🕐 | Other Contested Matters: Review letter from B. Broocks and conference with team regarding same (.7)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.70h | $775.00 | - | $542.50 |
| 01/27/2025 | 🕐 | Other Contested Matters: Review and evaluation of the AEJ related entities, trusts and their related formation documents, and professionals as part of discovery analysis (6.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 6.50h | $520.00 | - | $3,380.00 |
| 01/27/2025 | 🕐 | Case Administration: Meeting with trustee's legal team to discuss current status of potential sales and strategy for pending disputes (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 01/27/2025 | 🕐 | Case Administration: Conference with C. Murray regarding B. Broocks letter, sale process, claims, pending settlements (.8); conference with C. Murray and J. Wolfshohl regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| 01/27/2025 | 🕐 | Asset Analysis and Recovery: Review and provide comments to draft sale procedure motion and conference with legal team regarding same (2.0) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 01/27/2025 | 🕐 | Other Contested Matters: Prepare and participate in Trustee legal team call regarding reply brief to objection to 9019 and various issues relating to appellate issues (1.0) <br><br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/28/2025 | 🕐 | Other Contested Matters: Continue evaluation of entities, trusts, and professionals to identify current discovery needs and strategy (1.0) <br><br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 01/28/2025 | 🕐 | Fee/Employment Applications: Review the interim fee application and fee statement procedures for upcoming deadlines (0.9); confer with E. Jones regarding same (0.1) <br><br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 01/28/2025 | 🕐 | Asset Analysis and Recovery: Review various messages from C. Murray regarding operations, sale process, and conference with J. Wolfsohl and C. Murray regarding same (.5); conference with literary agent regarding book contracts (1.0); conference with C. Murray regarding same (.3); review book contracts (1.5); conference with trustee legal team and sales team regarding sale process (.4); various messages with J. | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 4.10h | $775.00 | - | $3,177.50 |
| | | | | | **212.70h** <br> 0.00h | | **$0.00** | **$151,990.50** <br> 212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Magguuhl regarding book contracts (.2); various messages with T. Lyons regarding book contracts (.2)<br>🔵 Unbilled | | | | | | |
| 01/28/2025 | 🕐 | Other Contested Matters: Various messages with J. Wolfshohl regarding discussions with B. Broocks and conference with C. Murray regarding same (.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.80h | $775.00 | - | $620.00 |
| 01/28/2025 | 🕐 | Other Contested Matters: Review B. Broocks email and conferences with J. Wolfshohl and C. Murray regarding representations made (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/28/2025 | 🕐 | Other Contested Matters: Review new adversary proceeding from removed case and determine status of receivership proceedings (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/28/2025 | 🕐 | Other Contested Matters: Continue to review legal bases for AEJ objection to proposed settlement (2.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.20h | $775.00 | - | $1,705.00 |
| 01/29/2025 | 🕐 | Fee/Employment Applications: Review various employment orders relating to the professionals | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | retained in the case (0.3) ● Unbilled | | | | | | |
| 01/29/2025 | 🕐 | Fee/Employment Applications: Draft notice of rate increase for 2025 (0.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $520.00 | - | $260.00 |
| 01/29/2025 | 🕐 | Asset Disposition: Review draft motion to set bid procedures and proposed order (1.0) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 01/29/2025 | 🕐 | Other Contested Matters: Review notice of deposition filed by the debtor regarding deposition scheduled for Feb 3, 2025 (0.2); confer with E. Jones regarding same (0.1) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/29/2025 | 🕐 | Asset Analysis and Recovery: Various emails regarding new appellate proceeding deadlines (.3) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/29/2025 | 🕐 | Asset Analysis and Recovery: Extended conference with C. Murray and J. Wolfshohl regarding operations issues and sales in new entity (.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/29/2025 | 🕐 | Asset Analysis and Recovery: Continue to review issues relating | 00040-Christopher Murray, Chapter 7 Trustee | Erin Jones | 1.40h | $775.00 | - | $1,085.00 |
| | | | | | **212.70h** | | **$0.00** 0.00h | **$151,990.50** 212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | to book contracts (1.4) ⬤ Unbilled | In re Alexander E. Jones | | | | | |
| 01/29/2025 | 🕐 | Other Contested Matters: Extended work session with Trustee legal team regarding responses to discovery and preparation for hearing on settlements and preparation of witness outlines (7.0) ⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 7.00h | $775.00 | - | $5,425.00 |
| 01/30/2025 | 🕐 | Other Contested Matters: Review the notices of deposition and request for documents from the Sandy Hook families filed by the debtor (0.2); review the joint objection filed by the Sandy Hook families in response to the debtor's discovery and deposition notices (0.2) ⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $520.00 | - | $208.00 |
| 01/30/2025 | 🕐 | Asset Disposition: Review FUAC's request for status conference regarding sale of assets (0.1) ⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.10h | $520.00 | - | $52.00 |
| 01/30/2025 | 🕐 | Other Contested Matters: Review and respond to certificate of notice and respond to various emails with various parties asking about scope of status conference (.6); email R. Saldana regarding same (.2); prepare notice of status conference on settlement motions | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.20h | $775.00 | - | $930.00 |
| | | | | | **212.70h** 0.00h | | **$0.00** | **$151,990.50** 212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | and file same (.4) ● Unbilled | | | | | | |
| 01/30/2025 | 🕐 | Other Contested Matters: Review notice of state court appeals filed by AEJ and conference with Trustee legal team regarding same (1.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.50h | $775.00 | - | $1,162.50 |
| 01/30/2025 | 🕐 | Other Contested Matters: Continue to prepare for status conference with legal team (3.6); review W. Cicack request for hearing and conference with C. Murray and J. Wolfshohl regarding same (.5); review joint objection of CT/TX and conference with C. Murray and J. Wolfshohl regarding same (.3); prepare additional talking points and outline for status conference (1.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 5.90h | $775.00 | - | $4,572.50 |
| 01/31/2025 | 🕐 | Other Contested Matters: Observe status conference regarding upcoming hearing on motion to compromise with the TX and CT families (0.7) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.70h | $520.00 | - | $364.00 |
| 01/31/2025 | 🕐 | Other Contested Matters: Conference with C. Murray and J. Wolfshohl regarding hearing/status issues (.8); represent Trustee at status conference (.9); post- | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.90h | $775.00 | - | $2,247.50 |
| | | | | | **212.70h** | | **$0.00** 0.00h | **$151,990.50** 212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | hearing meeting with C. Murray and J. Wolfshohl (.8); conference with M. Dearman regarding same (.4) <br> 🔵 Unbilled | | | | | | |
| 01/31/2025 | 🕐 | Other Contested Matters: Conference with A. Moshenberg and K. Kimpler regarding status of discovery to their respective clients (.4) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 01/31/2025 | 🕐 | Other Contested Matters: Trustee legal team meeting on various matters to prepare for hearing on settlement (1.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.50h | $775.00 | - | $1,162.50 |
| 01/31/2025 | 🕐 | Other Contested Matters: Call with K. Kimpler regarding state court appeals and potential revisions to proposed settlement order regarding same (.5); conference with C. Murray and J. Wolfshohl regarding same (.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.80h | $775.00 | - | $620.00 |
| 01/31/2025 | 🕐 | Other Contested Matters: Continue to prepare for hearing on settlement, including addressing Court's comments at status conference (3.0) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 3.00h | $775.00 | - | $2,325.00 |
| | | | | | **212.70h** <br> 0.00h | | **$0.00** | **$151,990.50** <br> 212.70h |