**EXHIBIT 1**

**TIMEKEEPER SUMMARY**

| Professional | Title | Section | Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Joshua W. Wolfshohl (2024) | Partner | Bankruptcy | $ 945.00 | 251.60 | $237,762.00 |
| Joshua W. Wolfshohl (2025) | Partner | Bankruptcy | $ 995.00 | 101.70 | $101,191.50 |
| James D. Reardon | Partner | Corporate | $ 1,200.00 | 1.00 | $1,200.00 |
| Jonathan M. Pierce | Partner | IP | $ 1,100.00 | 1.30 | $1,430.00 |
| Lauren B. Harris | Partner | Litigation | $ 1,055.00 | 25.30 | $26,691.50 |
| Derek V. Forinash | Partner | IP | $ 950.00 | 0.50 | $475.00 |
| Sarah Ring | Partner | IP | $ 925.00 | 5.00 | $4,625.00 |
| Adam K. Nalley | Partner | Corporate | $ 900.00 | 6.00 | $5,400.00 |
| Christine M. McMillan | Partner | Finance | $ 785.00 | 2.10 | $1,648.50 |
| Matthew R. Baughman | Partner | Trusts and Estates | $ 750.00 | 1.80 | $1,350.00 |
| William R. Stukenberg | Partner | Litigation | $ 725.00 | 23.40 | $16,965.00 |
| Elliott J. Deese | Associate | IP | $ 720.00 | 7.10 | $5,112.00 |
| Michael B. Dearman (2024) | Associate | Bankruptcy | $ 625.00 | 199.60 | $124,750.00 |
| Michael B. Dearman (2025) | Associate | Bankruptcy | $ 745.00 | 77.60 | $57,812.00 |
| Jordan T. Stevens (2024) | Associate | Bankruptcy | $ 595.00 | 147.50 | $87,762.50 |
| Jordan T. Stevens (2025) | Associate | Bankruptcy | $ 725.00 | 37.00 | $26,825.00 |
| Kenesha L. Starling (2024) | Associate | Litigation | $ 575.00 | 132.80 | $76,360.00 |
| Kenesha L. Starling (2025) | Associate | Litigation | $ 670.00 | 46.70 | $31,289.00 |
| Daisy Puente | Associate | Finance | $ 565.00 | 2.60 | $1,469.00 |
| Grecia A. Sarda | Associate | Bankruptcy | $ 500.00 | 0.10 | $50.00 |
| Michelle N. Wolff | Associate | Litigation | $ 440.00 | 10.50 | $4,620.00 |

17060173

| Pamela A. Balser | Technical Advisor | Litigation | $ | 415.00 | 5.40 | $2,241.00 |
|---|---|---|---|---|---|---|
| Carey A. Sakert (2024) | Paralegal | Litigation | $ | 470.00 | 20.30 | $9,541.00 |
| Carey A. Sakert (2025) | Paralegal | Litigation | $ | 495.00 | 7.70 | $3,811.50 |
| Tammy Olowoyo | Paralegal | Litigation | $ | 495.00 | 0.50 | $247.50 |
| Mitzie L. Webb (2024) | Paralegal | Bankruptcy | $ | 465.00 | 7.60 | $3,534.00 |
| Mitzie L. Webb (2025) | Paralegal | Bankruptcy | $ | 485.00 | 0.60 | $291.00 |
| Eliana Garfias (2024) | Paralegal | Bankruptcy | $ | 405.00 | 10.90 | $4,414.50 |
| Eliana Garfias (2025) | Paralegal | Bankruptcy | $ | 425.00 | 14.00 | $5,950.00 |
| **TOTAL** | | | | | **1148.20** | **$844,818.50** |

17060173