**EXHIBIT 2**

**PROJECT CATEGORIES**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 292.10 | $221,450.50 |
| Business Operations | 9.10 | $6,427.50 |
| Case Administration | 17.00 | $7,429.00 |
| Employment/Fee Application | 5.60 | $3,602.00 |
| Litigation/Contested Matters | 580.30 | $405,325.50 |
| Compromises | 244.10 | $200,584.00 |
| **TOTAL** | **1148.20** | **$844,818.50** |

17060173