## EXHIBIT 4

### EXPENSE SUMMARY

| EXPENSES | COST |
|---|---:|
| Airfare | $505.99 |
| Computer Assisted Research | $9,339.33 |
| Computer Services | $12,089.72 |
| Delivery Service | $186.00 |
| Deposition Expense | $3,067.80 |
| Hotel | $148.73 |
| Messenger Service | $10.00 |
| Parking | $75.00 |
| Reproduction | $3,813.00 |
| Reproduction Services | $9,784.71 |
| Taxi/Train/Subway/Uber | $130.46 |
| USPTO Fees | $5,075.00 |
| Working Meals | $513.74 |
| **TOTAL** | **$44,739.48** |

17060173