UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) |
| Debtor. | § |

ORDER GRANTING SECOND INTERIM FEE APPLICATION
OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7
TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM NOVEMBER 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2025
(Relates to Docket No. ____)

The Court has considered the Second Interim Application of Porter Hedges LLP (the "*Applicant*"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through and including January 31, 2025 (the "Application"). The Court orders:

1. The Applicant is allowed interim compensation in the amount of **$844,818.50** and reimbursement of actual and necessary expenses in the amount of **$44,739.48** for the period set forth in the Application.

17060173

      2.      The Trustee is authorized to disperse **$168,963.70** which represents the unpaid amounts allowed by paragraph 1 of this Order.

SIGNED: _____, 2025.

**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

17060173