**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § |
| **ALEXANDER E. JONES,** | § **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |

**SUMMARY COVERSHEET TO THE SECOND INTERIM FEE APPLICATION**
**OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7**
**TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM NOVEMBER 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**

| | | |
|---|---|---|
| **Name of Applicant:** | Jones Murray LLP | |
| **Applicant's Role in Case:** | Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray | |
| **Date Order of Appointment Signed:** | July 30, 2024 [Order at DE 794] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 11/1/2024 | 01/31/2025 |
| **Time period(s) covered by prior Applications:** | 06/14/2024 | 10/31/2024 |
| **Total amounts awarded in all prior Applications:** | | $427,773.00[1] |
| **Total fees requested in this Application and in all prior Applications:** | | $902,863.00 |
| **Total fees requested in this Application:** | | $475,090.00 |
| **Total professional fees requested in this Application:** | | $470,901.00 |
| **Total actual professional hours covered by this Application:** | | 661 |
| **Average hourly rate for professionals:** | | $712.41 |
| **Total paraprofessional fees requested in this Application:** | | $4,189.00 |
| **Total paraprofessional hours covered by this Application:** | | 34.7 |
| **Average hourly rate for paraprofessionals:** | | 120.72 |
| **Reimbursable expenses sought in this Application:** | | $2,806.78 |

---

[1] JM has filed its *First Interim Fee Application* [DE 909] and was awarded fees of $427,773.00 and reimbursement of expenses of $5,442.62 pursuant to the *Order Granting First Interim Application* [DE 981].

| | |
|---|---|
| **Application Cost (estimated, and not included in above fees):** | N/A |
| **Total of other payments paid to secured claimants** | $0.00[2] |
| **Total of other payments paid to administrative claimants** | $14,332,165.00[3] |
| **Estimated Total for distribution to priority unsecured creditors** | Undetermined |
| **Estimated percentage dividend to priority unsecured creditors** | Undetermined |
| **Estimated total for distribution to general unsecured creditors** | Undetermined |
| **Estimated percentage dividend to general unsecured creditors** | Undetermined |
| **Receipts to date in Chapter 7 as of January 31, 2025** | $22,924,819.00 [4] |
| **Disbursements to date in Chapter 7 as of January 31, 2025** | $14,332,165.00[5] |
| **Current balance in the Trustee's accounts as of January 31, 2025** | $8,592.654.00 [6] |

---

[2] Does not include cash FSS ordinary course payments to taxing authorities with statutory liens.

[3] Some amounts estimated with respect to FSS assets. *See* DE 956, 1015, 1021, 1026 in Case No. 22-60043; *see also,* DE 1055 in Case No. 22-33553.

[4] Some amounts estimated with respect to FSS assets. *See* DE 956, 1015, 1021, 1026 in Case No. 22-60043; *see also,* DE 1055 in Case No. 22-33553.

[5] Some amounts estimated with respect to FSS assets. *See* DE 956, 1015, 1021, 1026 in Case No. 22-60043; *see also,* DE 1055 in Case No. 22-33553.

[6] Some amounts estimated with respect to FSS assets. *See* DE 956, 1015, 1021, 1026 in Case No. 22-60043; *see also,* DE 1055 in Case No. 22-33553.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § |
| | § Chapter 7 |
| | § |
| **ALEXANDER E. JONES,** | § Case No. 22-33553 (CML) |
| | § |
| Debtor. | § |
| | § |

**SECOND INTERIM FEE APPLICATION**
**OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7**
**TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM NOVEMBER 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**

---

**This application seeks an order that may adversely affect you. If you oppose the application, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the application and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the application at the hearing.**

**Represented parties should act through their attorney.**

---

**TO THE HONORABLE CHRISTOPHER M. LOPEZ,**
**UNITED STATES BANKRUPTCY JUDGE:**

Jones Murray, LLP ("***JM***" or the "***Applicant***"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "***Trustee***"), files this *Second Interim Application for Payment of Compensation and Reimbursement of Expenses* ("***Application***") for the period from November 1, 2024 through and including January 31, 2025 (the "***Application Period***"), and respectfully represents as follows:

## JURISDICTION

1.     JM submits this Application pursuant to section 330 of title 11 of the United States Code (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "***Bankruptcy Rules***"), and Rule 2016-1 of the Bankruptcy Local Rules (the "***Local Rules***").

2.     The Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. § 1408.

## RELIEF REQUESTED

3.     JM requests that the Court enter an order (i) allowing JM's compensation for professional and paraprofessional services to the Trustee rendered during the Application Period in the amount of **$475,090.00** and reimbursement of actual and necessary expenses incurred by JM in the amount of **$2,806.78**; and (ii) award and order to be paid to JM the balance of any such fees and costs paid from funds available in the Debtor's estate.

## BACKGROUND

**A.  Bankruptcy Case Background**

4.     On July 29, 2022, Free Speech Systems, LLC ("***FSS***") filed its voluntary petition for relief under chapter 11 subchapter V of the Bankruptcy Code (the "***FSS Case***").

5.     On December 2, 2022 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (prior to the Conversion Date, the "***Jones Chapter 11 Case***", and after the Conversion Date, the "***Jones Chapter 7 Case***").  The Debtor is an employee of FSS.  100 percent of the outstanding membership interests in FSS are owned by the Debtor's bankruptcy estate.

6.      On December 13, 2022, the United States Trustee for Region 7 (Southern and Western Districts of Texas) (the "*U.S. Trustee*") appointed the Official Committee of Unsecured Creditors in the Jones Chapter 11 Case pursuant to Bankruptcy Code section 1102(a)(1).

7.      The Debtor continued managing his assets as debtor and debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code until the Court entered its *Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [Docket No. 708] on June 14, 2024 (the "*Conversion Date*").  On June 21, 2024, the Court entered an order dismissing the FSS Case [Case No. 22-60043, Docket No. 956] (the "*Dismissal Order*"), while retaining exclusive jurisdiction over several adversary proceedings and the approval of professional fees and expenses, as supplemented by the Supplemental Dismissal Order (as defined below).  On the Conversion Date, the U.S. Trustee appointed Christopher R. Murray as the Chapter 7 Trustee in the Jones Chapter 7 Case.

**B.  JM Retention and Fees**

8.      On July 3, 2024, Trustee filed the *Application to Employ Jones Murray LLP as General Bankruptcy Co-Counsel for the Chapter 7 Trustee* [DE 755], which the Court approved on July 30, 2024 [DE 794].

9.      On July 30, 2024, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [DE 793] (the "*Interim Compensation Order*").

10.     JM filed its *First Interim Fee Application* [DE 909] on November 14, 2024 which covered the period from June 14, 2024 through October 31, 2024. The Court entered an *Order Granting First Interim Application* [DE 981] on December 10, 2024 and JM was awarded fees of $427,773.00 and reimbursement of expenses of $5,442.62.

11.    This is JM's second interim fee application. During the Application Period, JM filed three (3) monthly fee statements, which are attached hereto as **Exhibit 3**, and are summarized below:

| Period | Expenses Incurred | Fees Incurred | Total Fees and Expenses Paid | Amount Outstanding |
|---|---|---|---|---|
| 11/01/2024–11/30/2024 | $105.50 | $143,235.00 | $114,672.40[1] | $28,562.60 |
| 12/1/2024–12/31/2024 | $2,701.28 | $179,864.50 | $143,891.60 | $35,972.90 |
| 01/1/2025–01/31/2025 | $0.00 | $151,990.50 | $121,592.40 | $30,398.10 |
| **Total:** | **$2,806.78** | **$475,090.00** | **$380,156.40** | **$94,933.60** |

12.    This Application requests that the Court enter an order (i) allowing JM's compensation for professional and paraprofessional services to the Trustee rendered during the Application Period in the amount of **$475,090.00** and reimbursement of actual and necessary expenses incurred by JM in the amount of **$2,806.78** and (ii) award and order to be paid to JM the balance of any such fees and costs paid from funds available in the Debtor's estate. Summary calculations of these fees and expenses are attached hereto as **Exhibit 2 and Exhibit 4**, respectively.

13.    JM filed a *Notice of Annual Rate Increase* [DE 1079] ("***Notice***") on February 10, 2025, disclosing that the firm had increased its standard hourly rate for the 2025 calendar year, as customary and in line with the practices of other similar firms, and that such increase would be reflected as to any services provided from January 1, 2025 onwards. This Application includes a request for compensation that includes services from January 1, 2025 to January 31, 2025. The

---

[1] JM's *Sixth Interim Fee Statement* [DE 988] contains an inadvertent error in the calculation of the 80% interim payment as $114,672.40. It should have been $114,588.00. This means that JM was overpaid $84.40 in interim compensation under the interim fee notice procedures during the Application Period. This error does not impact the total compensation sought under this Application and will not result in a double or overpayment of that amount. The error is disclosed, however, to correct and clarify the record.

professional fees relating to that time period are calculated at the new rates. Any services provided prior to January 1, 2025 were calculated at the firm's original rates.

14.     The fees and expenses requested are reasonable and all amounts requested were for actual and necessary services rendered on behalf of the Trustee.

16.     JM reserves the right to request additional compensation for the Application Period to the extent that it is later determined that time or disbursement charges for services rendered or disbursements incurred during such time period have not yet been submitted.

18.     No agreement or understanding exists between JM and any other entity for sharing of any compensation or reimbursement in this case.

19.     JM has provided the information required by the U.S. Trustee's Guidelines and the Interim Compensation Order.

20.     JM has served as general bankruptcy co-counsel to the Trustee and, in that capacity, has rendered legal services for the benefit of the Trustee and the Debtor's estate.

**<u>STANDARDS RELEVANT TO AWARDING REASONABLE COMPENSATION</u>**

21.     Section 330 of the Bankruptcy Code authorizes the Court to award JM reasonable compensation for its actual and necessary services rendered and reimbursement of its actual and necessary expenses incurred in the rendering of services as special counsel to the Trustee.  Section 330 provides:

(a)(1)   After notice to the parties in interest and to the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103:

(A)   reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person or attorney and by any paraprofessional person employed by any such person; and

(B)      reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

22.     This Application substantiates the total amount that JM seeks for fees and expenses in accordance with each element of the customary standards applied to fee applications.  These standards are set forth in (i) Bankruptcy Rule 2016 and (ii) *In re First Colonial Corp. of America,* 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977).

23.     In *First Colonial*, the Fifth Circuit adopted the following twelve factors to apply to the determination of awards of attorneys' fees in bankruptcy cases: (i) time and labor required; (ii) the novelty and difficulty of the questions; (iii) the skill requisite to perform the legal service properly; (iv) the preclusion of other employment by the professional due to acceptance of the case; (v) the customary fee; (vi) whether the fee is contingent or fixed; (vii) time limitations imposed by the client or the circumstances; (viii) the amount involved and the results obtained; (ix) the experience, reputation and ability of the attorneys; (x) the "undesirability" of the case; (xi) the nature and length of the professional relationship with the client; and (xii) awards in similar cases. *First Colonial*, 544 F.2d at 1298-99. These factors were taken from *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), a non-bankruptcy case, and are commonly referred to as the "*Johnson* factors." The original *Johnson* factors, as embraced by *First Colonial,* remain applicable to the determination of reasonableness of fees awarded under the Bankruptcy Code. *See* 15 King, *Collier on Bankruptcy*, ¶ 330.04[3] at 330-35 to 330-41. A majority of the *Johnson* factors are now codified under Bankruptcy Code Section 330(a). *Id.*

24.     The Fifth Circuit has rejected the "hindsight" or "material benefit" standard that was originally set forth in *In re Pro-Snax Distributors, Inc.*, 157 F.3d 414 (5th Cir. 1998). In its place, the Fifth Circuit enunciated a new, prospective standard based on whether the services of

counsel were reasonably likely to benefit the estate at the time such services were rendered. *See In re Woerner*, 783 F.3d 266, 276 (5th Cir. 2015).  All services rendered by JM satisfy the *Woerner* standard because they were reasonably likely to benefit the estate at the time rendered.

<u>**NATURE AND EXTENT OF SERVICES PROVIDED BY JM**</u>

25.     JM classified all services performed for which compensation is sought in eight (8) categories.  JM attempted to divide its services rendered to the Trustee in these bankruptcy cases into appropriate categories.  However, because certain services may relate to more than a single category, services pertaining to one category may be included in another category.  Copies of JM's monthly fee statements are attached hereto as **Exhibit 3** in accordance with the Court's procedures and provide detailed descriptions of the services JM rendered with respect to each of these categories.  A summary of compensation requested by project category is attached hereto as **Exhibit 2**.

26.     JM expended <u>695.7</u> hours of time to provide legal services during the Application Period.  Professional fees totaled $<u>470,901.00</u> and paraprofessional fees totaled $<u>4,189.00</u>.

**A.  Asset Analysis and Recovery**

27.     JM expended <u>295.7</u> hours of time to provide services in this category.  Professional and paraprofessional fees in this category total $<u>214,889.00</u>.

28.     The majority of time billed by JM in this category during the Application Period related to the auction and potential sale of FSS assets, motion practice related to the sale of the FSS assets, ongoing negotiations with various stakeholders regarding the sale of the FSS assets, and the resolution of disputes related to FSS assets

18.     Services rendered in this category included, but were not limited to, (i) ongoing meetings with the Trustee's team regarding asset sale process, auction and case status;

(ii) analyzing ownership of assets of the Jones estate and FSS; (iii) evaluating claimed exemptions and disclosures made in conversion schedules versus prior sworn statements, evaluation of value of various assets, and evaluation of premarital agreement and divorce proceedings on administration of the Estate; (iv) drafting, revising, and negotiating asset purchase agreements; (v) assisting with drafting and filing *Notice of Successful Bidder and Backup Bidder in the Auction for the Assets of Free Speech Systems, LLC Free and Clear of any and all Claims, Interests, and Encumbrances* [DE 903]; (vi) analyzing potential recoveries from Jones estate assets; (vii) reviewing and analyzing submitted bids; (viii) providing legal advice related to the bidding process and auction; (ix) assisting in drafting, revising and filing the *Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC* [DE 915] (the "***Sale Motion***") and proposed sale order; (x) analyze potential distributions of FSS cash; (xi) analyzing and drafting response [DE 931] to *Emergency Motion to Disqualify Global Tetrahedron, LLC's Bid* [DE 913]; (xii) preparing for hearing on Sale Motion and various status conferences relating to same; (xiii) analyzing *Plaintiffs' Complaint and Emergency Application for Temporary Restraining Order and Preliminary Injunction Pursuant to Bankruptcy Rule 7065* [Adv. No. 24-03238, Docket No. 1] ("***TRO Application***") and preparing response to same, including legal research and preparation for hearing; (xiv) analyzing and conferencing regarding intellectual property issues in asset sale; (xv) preparing for and responding to discovery requests from opposing counsel related to the Sale Motion and TRO and unrelated matters beyond the scope, including representing Trustee in his deposition and the deposition of the auctioneer retained by the Estate; (xvi) ongoing settlement discussions with stakeholders related to the sale of the assets and other resolutions in the case; (xvii) negotiating extensively with PQPR Holdings Limited, LLC ("***PQPR***"), David Jones, and Carol Jones regarding the settlement of *Free Speech Systems, LLC v.*

*PQPR Holdings Limited LLC, et al.*, Adv. No. 23-03127 (Bankr. S.D. Tex.) ("***PQPR Adversary Proceeding***"); (xviii) negotiating extensively with Elevated Solutions Group, LLC ("***ESG***") regarding on-going payment and reporting obligations as well as the settlement of *Elevated Solutions Group, LLC v. Free Speech Systems, LLC et al.,* Adv. No. 24-03038 (Bankr. S.D. Tex.) ("***ESG Adversary Proceeding***"); (xix) review and analyze informal offer and indications of interest for FSS assets; (xx) update form sale order and asset purchase agreement; (xxi) drafting and revising motion and order to implement bid deadline and related bid procedures; (xxii) ongoing conferences and correspondence with Connecticut Families' counsel and Texas Families' counsel regarding settlement of claim issues; (xxiii) ongoing communications with potential bidders for FSS assets; (xiv) preservation of digital assets, to the extent permitted; (xv) assist trustee in operations and management issues relating to FSS, including employee compensation and bonuses, compliance with reporting obligations, sales tax, merchant banking issues, intellectual property assets and ownership issues relative to same; (xvi) analyzing potential recoveries from asset recovery actions.

## B.  Asset Disposition

19.    JM expended <u>92.2</u>  hours of time to provide services in this category. Professional and paraprofessional fees in this category total $<u>65,124.00</u>.

20.    Time billed by JM in this category during the Application Period related to same services provided under the "Asset Analysis and Recovery" billing category. These categories are closely related and during the Application period the services provided in the "Asset Disposition" and "Asset Analysis and Recovery" categories relate to the same subject matter and same assets and are therefore inextricably intertwined (and could be categorized under either category). JM incorporates by reference the description of services provided in this Application under the "Asset

Analysis and Recovery" category in support of the time expended under the "Asset Disposition" category.

**C. Assumption and Rejection of Executory Contracts/Leases**

21.     JM expended <u>3.2</u> hours of time to provide services in this category. Professional and paraprofessional fees in this category total $<u>2,123.00</u>.

22.     Time billed by JM in this category during the Application Period related to the evaluation of various executory contracts and leases and negotiating and preparing motions to extend the deadline to assume or reject executory contracts and/or leases under 11 U.S.C. §365.

**D. Case Administration**

23.     JM expended <u>26.8</u> hours of time to provide services in this category. Professional and paraprofessional fees in this category total $<u>18,663.00</u>.

24.     The majority of time billed by JM during the Application Period in this category related to ensuring the efficient and smooth administration of legal services related to the Jones Chapter 7 Case.  In particular, services rendered in this category during the Application Period included, but were not limited to, (i) meetings with Trustee legal team and other professionals regarding the management and administration of the bankruptcy case and the coordinating regarding pending tasks and projects relating to same; (ii) managing and administering the bankruptcy case, such as maintenance of case calendars, task lists, docket updates, and ongoing scheduling of key deadlines; (iii) coordinating filing and service of motions and orders; (iv) coordinating hearing logistics, including preparing and filing witness and exhibit lists in advance of hearings; and (v) ensuring compliance with service and notice requirements. As these tasks occurred in relation to various actions across various billing categories, some of the time in this

category could also be categorized under Asset Analysis and Review, Litigation and Other Contested Matters, and Claims Analysis and Objections,

25.     In addition, JM oversaw the Trustee's operations of FSS and evaluated any legal issues that presented on a day-to-day ongoing basis, including reviewing employment contracts and other agreements related to the business operations.

**E.  Claims Administration and Objections**

26.     JM expended <u>58.9</u> hours of time to provide services in this category. Professional and paraprofessional fees in this category total $<u>44,193.50</u>.

27.     The majority of time billed by JM during the Application Period in this category related the evaluation, negotiation, mediation and eventual resolution of the claims and liens of PQPR and the disputes with ESG, each of which were resolved by entry of orders authorizing the Trustee to settle with those parties. *See* PQPR Settlement Order [DE 1054] and ESG Settlement Order [DE 1055]. In addition, JM dedicated time in this category to continuing efforts to resolve the claims of the Connecticut and Texas Families, including pending appeals.

**F.  Employment/Fee Applications**

28.     JM expended <u>28.4</u> hours of time to provide services in this category. Professional and paraprofessional fees in this category total $<u>18,939.00</u>.

29.     The majority of time billed by JM during the Application Period in this category is related to preparation of the employment application for N&N Forensics [DE 871], the first interim monthly fee statement for N&N Forensics [1009], the employment application for HMP Advisory Holdings [DE 960], the *Sixth Monthly Statement* [DE 988] and *Seventh Monthly Statement* [DE 1010] and the *First Interim Fee Application for JM* [DE 909].

**G.  Litigation/Other Contested Matters**

30.     JM expended 184.3 hours of time to provide services in this category. Professional and paraprofessional fees in this category total $108,585.50.

31.     The majority of time billed by JM during the Application Period in this category related to analyzing and investigating potential causes of actions, resolving the PQPR and ESG adversary proceedings, handling objections and responses filed by parties relating to the disposition of assets and discovery relating to same, responding to adversary proceeding and emergency TRO requested by the Debtor.

32.     Services rendered in this category also included, but were not limited to, (i) evaluating and pursuing negotiations with Evergreen to turnover unlawfully withheld funds and draft adversary complaint against Evergreen; (ii) withholding ongoing negotiations regarding settlement with TX families and CT families; (iii) ongoing negotiations with PQPR and David and Carol Jones regarding settlement of adversary proceeding and analyzing issues related to PQPR adversary proceeding; (iv)  ongoing strategizing with the Trustee and co-counsel Porter Hedges regarding contested matters related to the sale of FSS assets; (vii) preparing for hearings related to said sale; (viii) preparing, revising, and filing witness and exhibit lists for hearings; (ix) coordinating with counsel for Global Tetrahedron and the CT families regarding hearing on the sale of assets; (x) analyzing X Corp.'s limited objection to the Sale Motion; (xiii) negotiating with X Corp. and Global Tetrahedron regarding resolution of limited objection to the sale; (xiv) reviewing documents for production to opposing counsel related to sale and preparing such documents for production; (xv) preparing for depositions of Jeff Tanenbaum and the Trustee; (xvi) coordinating depositions with opposing counsel; (xvii) revising stipulation and agreed order with PQPR; (xviii) researching, drafting, revising, and filing motion to strike Debtor's objection to the

successful bid [DE 970]; (xix) attending and defending depositions of Jeff Tanenbaum and the Trustee; (xx) revising and redlining proposed sale order; (xxi) preparing and filing amended witness and exhibit list for hearing on the sale; (xxii) preparing hearing outlines for hearing on sale; and (xxiii) attending hearing on the sale; (xxiv) attending a pre-mediation conference with mediator and counsel for PQPR and David and Carol Jones; (xxv) drafting confidential mediation statement and revising shared mediation statement; (xxvi) strategizing regarding mediation with PQPR and David and Carol Jones; (xxvii) attending mediation with PQPR and David and Carol Jones; (xxviii) revising and filing motion to approve settlement with PQPR et al. [DE 1005] ("***PQPR 9019 Motion***"); (xxix) resolving the dispute with ESG, which included finalize and filing the motion to compromise at DE 1018; (xxx) analyzing case law related to lawsuit in New York against FSS; (xxxi) reviewing and revising proposed settlement related lawsuit in New York against FSS; and (xxxii) analyzing Alex Jones's Motion to Reconsider the Court's Order Determining that Connecticut Judgment on Appeal Bars Challenges to Jones's Dischargeability [Adv. No. 23-03037, DE 127] (the "***Motion for Reconsideration***").

**H.  Stay Relief**

33.     JM expended <u>5.2</u> hours of time to provide services in this category. Professional and paraprofessional fees in this category total $<u>2,574.00.</u>

34.     The time JM spent in this category relates to divorce proceeding initiated by the Debtor post-bankruptcy filing and research into the application of the automatic stay and the effect of the pending divorce proceedings on the administration of the Estate.

<u>**ADDITIONAL STANDARDS FOR AWARDING OF ATTORNEYS' FEES**</u>

**A.     NOVELTY AND DIFFICULTY OF LEGAL PROBLEMS INVOLVED**

35.     The first *Johnson* factor examines the degree of novelty and difficulty of the issues

encountered by JM.  With respect to the matters described herein, numerous difficult and complex legal problems have been addressed and considered by JM, all of which have required knowledge of the application of the Bankruptcy Code, the Bankruptcy Rules, state and federal law, and court decisions interpreting the same.

**B.   CUSTOMARY FEE**

36.     The next relevant factor to be considered is the reasonable hourly rate by which the reasonable number of hours expended by JM are to be multiplied. Subsumed in this analysis are the following guidelines, as noted in *Johnson*:  the customary fee charged by the applicant, awards in similar cases, the level of skill necessary, the amount involved, the results obtained, the reputation of the professional and the undesirability of the case.

37.     JM's hourly billing rates are computed at the rates JM regularly charges its hourly clients.

38.     The hourly rates charged by JM are also lower than or commensurate with the customary fees charged by professionals of similar experience, reputation and abilities in this community, as well as those rates charged regionally and nationally. Additionally, the hourly rates charged by JM are consistent with the amount involved in these cases, the results obtained by JM, and the level of skill necessary to perform the work. Accordingly, the hourly billing rates charged by JM are reasonable.

**C.   SKILL REQUIRED FOR PERFORMANCE OF LEGAL SERVICES**

39.     The number of difficult issues and matters addressed in these cases has required a high degree of skill and expertise.  JM's attorneys, with varying levels of experience and seniority, have been used effectively and efficiently to perform the tasks assigned to them and have provided valuable and effective assistance to the Trustee. A thorough understanding of the Bankruptcy Code

and Bankruptcy Rules together with other state and federal law was blended with business expertise to assist the Trustee. In addition, multiple issues in these bankruptcy cases, including, but not limited to, the dismissal of the FSS Case, ongoing litigation related to the FSS Case and the Jones Case, the potential sales of Jones and FSS, potential litigation relating to transfers to the Debtor and insiders, potential litigation relating to claimed exemptions, and the evaluation of certain trusts set up by Jones or for which Jones is the trustee, have required additional expertise from JM's attorneys. The compensation requested by JM is consistent with the compensation awarded in other cases of similar size and complexity.

### D.    RESULTS OBTAINED

40.    JM's services in this case have assisted the Trustee in his efforts to maximize the value of the estates and efficiently administer these cases. These cases have been handled in a professional and cost-effective manner.  The requested compensation is reasonable in view of the time expended, the parties involved, and the results obtained in these cases.

### E.    EXPERIENCE, REPUTATION, AND ABILITY OF JM

41.    JM's attorneys, over many years, have appeared throughout the United States providing legal representation to trustees, debtors, secured creditors, unsecured creditors, and creditors' committees in proceedings under the Bankruptcy Code. Further, partners of JM, including those who have provided legal services in the instant cases, have for many years actively participated in leadership positions in various professional organizations and bar associations, and have written for local and national publications and spoken at local, state and national institutes for continuing legal education in the area of bankruptcy, creditors rights, restructuring, and fiduciary litigation.  JM's attorneys are experienced in all aspects of bankruptcy matters, possess a high level of expertise, and have an excellent reputation in the business and legal communities.

Furthermore, JM has particular experience in the areas of insolvency, workouts and corporate reorganization, and the representation of trustees in bankruptcy proceedings.

      **F.**    **CONTINGENT NATURE OF FEES AND UNDESIRABILITY OF CASE**

42.    No contingent fees are requested in these cases.

      **G.**    **TIME LIMITATIONS IMPOSED BY THE CASE**

43.    The time demands of this representation have, at times, been significant for JM but JM has worked quickly, diligently, and efficiently to address the serious challenges faced by the Debtor's estate within the Application Period.

44.    These fees and costs were necessary for the proper and successful administration of the bankruptcy cases.  JM made every effort to keep all fees and costs to a minimum.

45.    At all times covered by this Fee Application, JM diligently fulfilled its duty as bankruptcy counsel for the Trustee. All services rendered by JM benefitted the estates at the time that such services were rendered. Services performed by JM throughout these cases were done in a professional, skilled, and expeditious manner, requiring substantially less time than would have been required by counsel with less experience. Every action of JM was taken to reduce the legal hours expended and matters not demanding the services of senior attorneys were assigned to junior associates, or paralegals.

46.    No agreement exists between JM and any other person, firm or entity for division or sharing of compensation in these cases.

47.    The above narrative portion of this Application is primarily intended to serve as a summary recapitulation of the major areas of JM's activities and responsibilities. The exhibits provide complete summaries of the acts taken by JM on behalf of the Trustee during these cases.

**WHEREFORE**, JM requests that the Court enter an order (i) allowing JM's compensation for professional and paraprofessional services to the Trustee rendered during the Application Period in the amount of **$475,090.00** and reimbursement of actual and necessary expenses incurred by JM in the amount of **$2,806.78**; and (ii) award and order to be paid to JM the balance of any such fees and costs paid from funds available in the Debtor's estate.

Dated:  February 14, 2025.

Respectfully Submitted,

**JONES MURRAY LLP**

By:     /s/ Jacqueline Q. Chiba
      Erin E. Jones (Bar No. 24032478)
      Jacqueline Q. Chiba (Bar No. 24116899)
      602 Sawyer St., Suite 400
      Houston, Texas 77007
      Telephone: (832) 529-1999
      Facsimile: (832) 529-3633
      erin@jonesmurray.com
      jackie@jonesmurray.com

      *Co-Counsel for the Chapter 7*
      *Trustee, Christopher R. Murray*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 14, 2025.

      /s/ Jacqueline Q. Chiba
      Jacqueline Q. Chib

## EXHIBIT 1
### TIMEKEEPER SUMMARY

Service rendered from November 1, 2024 to December 31, 2024

| Professional | Title | Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Erin E. Jones | Partner | $750.00 (2024) $775.00 (2025) | 542.7 | $411,082.50 |
| Jacqueline O. Chiba | Associate | $495.00 (2024) $520.00 (2025) | 118.3 | $59,818.50 |
| Nancy Santana | Senior Paralegal | $200.00 | 8.5 | $1,700.00 |
| Apollo Pham | Paralegal | $95.00 | 19.7 | $1,586.50 |
| Joshua Sosa | Paralegal | $95.00 | 9.5 | $902.50 |

## EXHIBIT 2
**EXPENSE TABLE**

| Expenses | Cost |
|---|---|
| Parking | $65.00 |
| Postage | $684.89 |
| Transport | $1,476.24 |
| Travel/Trial Meals | $443.63 |
| Travel Lodging | $137.02 |
| **TOTAL:** | **$2,806.78** |

## EXHIBIT 3

**MONTHLY FEE STATEMENTS DURING APPLICATION PERIOD**

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| Debtor. | § | |

**SIXTH MONTHLY FEE STATEMENT OF JONES MURRAY LLP AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSTION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | November 1, 2024 through November 30, 2024 |
| **Interim Fees Incurred:** | **$143,235.00** |
| **Interim Payment of Fees Requested (80%):** | **$114,672.40** |
| **Interim Expenses Incurred:** | **$105.50** |
| **Total Fees and Expenses Due:** | **$114,777.90** |

This is the Sixth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Sixth Monthly Fee Statement (the "Fee Statement") for the period from November 1, 2024 through November 30, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [pending, motion filed at Docket No. 757] (the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $142,235.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $150.50 (the "Expenses"), for the period from November 1, 2024 through November 30, 2024. Eighty percent (80%) of the fees equals $114,672.40 and one hundred percent (100%) of the Expenses equals $150.50 for a total requested amount of $114,777.90**.**

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $114,672.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $150.50 for a total amount of $114,777.90.

Dated: December 11, 2024.

Respectfully submitted,

**JONES MURRAY LLP**
*/s/ Erin E. Jones*
Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999
**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on December 11, 2024.

*/s/ Erin E. Jones*
Erin E. Jones

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| | | |
| Asset Analysis/Recovery | 69.2 | $45,939.50 |
| Asset Disposition | 85 | $63,750.00 |
| Case Administration | 6.7 | $4,169.50 |
| Claims Administration and Objections | 8.8 | $6,090.00 |
| Fee and Employment Applications | 10.7 | $7,974.00 |
| Other Contested Matters | 26.4 | $15,312.00 |
| **TOTAL** | **206.8** | **$143,235.00** |

## **EXHIBIT 2**

### SUMMARY OF OUT OF POCKET EXPENSES

| Expense Description | Cost |
|---|---|
| Travel Meals | $105.50 |
| **TOTAL EXPENSES** | **$105.50** |

## <u>EXHIBIT 3</u>

**SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $750.00 | 175.8 |
| Jacqueline Q. Chiba, *Associate* | $495.00 | 21.1 |
| Apollo Pham, *Paralegal* | $95.00 | 9.9 |
| | | |
| **TOTAL** | | **206.8** |

**Exhibit 4**

# Activities Export

12/11/2024
10:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/01/2024 | 🕐 | Claims Administration and Objections: Review chapter 11 admins, their respective applications and any orders, to provide C. Murray with summary and analysis of unpaid amounts (2.0)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 2.00h | $495.00 | - | $990.00 |
| 11/01/2024 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding conference with B. Schleizer regarding business meeting, imaging computers (.6); various conferences with V. Driver regarding same (.4)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| 11/01/2024 | 🕐 | Asset Disposition: Various conferences with C. Murray, legal team regarding status of comments to proposed order and stipulation regarding IP assets (.8); review various proposed revisions and add additional revisions and discuss with V. Driver, J. Wolfshohl, M. Dearman and C. Murray regarding same (.4); review various emails regarding sale and IP related issues with sales team (.3); review various emails from R. Saldana regarding 11/25 hearing setting (.1); various emails with sales team regarding bidder activity, NDA's, questions from interested parties and review information regarding same (.6) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.40h | $750.00 | - | $1,050.00 |

| | | | | | | | $0.00<br>0.00h | $143,340.50<br>206.80h |

# Activities Export

12/11/2024
10:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Unbilled | | | | | | |
| 11/03/2024 | $ | Travel Meals x3 for 9/29 and 9/30 Trip to Austin for Meeting at FSS Studio  Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00 | $105.50 | - | $105.50 |
| 11/03/2024 | 🕐 | Fee/Employment Applications: Prepare 4th monthly fee statement and circulate for review and file (2.0)  Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.00h | $750.00 | - | $1,500.00 |
| 11/04/2024 | 🕐 | Other Contested Matters: Initial discussion with E. Jones regarding turnover of funds from Evergreen (0.2)  Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.20h | $495.00 | - | $99.00 |
| 11/04/2024 | 🕐 | Asset Disposition: Continue to work on revised proposed order regarding personal IP (.7)  Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $750.00 | - | $525.00 |
| 11/04/2024 | 🕐 | Asset Disposition: Review docket entries to determine what is set for 11/25/24 and discuss status of each with C. Murray (.5)  Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 11/04/2024 | 🕐 | Asset Analysis and Recovery: Conference with J. Chiba regarding turnover of funds from Evergreen (.2)  Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| | | | | | | **$0.00**  0.00h | | **$143,340.50**  206.80h |

# Activities Export

12/11/2024
10:01 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/05/2024 | 🕐 | Case Administration: Telephone call regarding auction/sale process and other upcoming chapter 7 issues (.9)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.90h | $750.00 | - | $675.00 |
| 11/05/2024 | 🕐 | Claims Administration and Objections: Review issues relating to potential agreement with CT and TX and emails with J. Wolfshohl and C. Murray regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 11/05/2024 | 🕐 | Other Contested Matters: Review appellant designation and related exhibits (2.0); review notice of deficiency (.2); call to clerk's office to determine if date for designation changes based on deficiencies in appellant's designation and discus same with J. Martin (.5); conference with J. Wolfshohl regarding same (.1); conference with C. Murray regarding same (.1); Various emails with C. Murray, J. Wolfshohl and K. Starling regarding appellee designation (.5); review docket regarding designation (.2); draft, edit, and revise appellee designation (2.5); circulate for comments (.2); review and make revisions and prepare final draft for filing (.7)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 7.00h | $750.00 | - | $5,250.00 |
| 11/06/2024 | 🕐 | Claims Administration and | 00040-Christopher Murray, | Erin Jones | 2.00h | $750.00 | - | $1,500.00 |
| | | | | | | | $0.00<br>0.00h | $143,340.50<br>206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Objections: Conference call with C. Murray and J. Martin regarding structure of resolution, issues with payment timing and cash availability (.3); conference with C. Murray regarding status of review various emails and (.8); multiple extended conferences with C. Murray regarding same (.9) ● Unbilled | Chapter 7 Trustee In re Alexander E. Jones | | | | | |
| 11/06/2024 | 🕐 | Fee/Employment Applications: Prepare 5th monthly fee statement (1.1) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.10h | $750.00 | - | $825.00 |
| 11/07/2024 | 🕐 | Other Contested Matters: Continue drafting complaint for recovery of funds from Evergreen (2.5); draft and send detailed email to B. Schleizer requesting information relating to the Evergreen dispute (0.4) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 2.90h | $495.00 | - | $1,435.50 |
| 11/07/2024 | 🕐 | Fee/Employment Applications: Review email and invoice from N&N and respond (0.2) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.20h | $495.00 | - | $99.00 |
| 11/07/2024 | 🕐 | Other Contested Matters: Strategy meeting with members of trustee's legal team to discuss ongoing (0.8) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.80h | $495.00 | - | $396.00 |
| | | | | | | | $0.00 0.00h | $143,340.50 206.80h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 11/07/2024 | 🕐 | Asset Analysis and Recovery: Call with sales team regarding status of sale/auction efforts (.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 11/07/2024 | 🕐 | Case Administration: Weekly meeting with legal team to discuss status of various outstanding / pending projects (.8) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.80h | $750.00 | - | $600.00 |
| 11/07/2024 | 🕐 | Claims Administration and Objections: Call with C. Murray regarding discussion with <br><br> and resolution (.6); various messages to set a meeting to discuss same (.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.80h | $750.00 | - | $600.00 |
| 11/07/2024 | 🕐 | Fee/Employment Applications: Continue to draft of 5th monthly fee statement (.7) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $750.00 | - | $525.00 |
| 11/07/2024 | 🕐 | Asset Analysis and Recovery: Conference with J. Chiba regarding turnover of funds from Evergreen (.3), review draft complaint (.7), and conference with J. Chiba regarding requesting additional information from B. Schleizer (.1) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.10h | $750.00 | - | $825.00 |
| | | | | | | | **$0.00** <br> 0.00h | **$143,340.50** <br> 206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 11/08/2024 | 🕐 | Asset Analysis and Recovery: Organization and classification of documents  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Apollo Pham | 4.70h | $95.00 | - | $446.50 |
| 11/08/2024 | 🕐 | Asset Analysis and Recovery: Call with C. Murray regarding sale/ auction process (.3); additional conference call with J. Wolfshohl and C. Murray regarding same (.4); conference with V. Driver regarding same (.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.90h | $750.00 | - | $675.00 |
| 11/08/2024 | 🕐 | Asset Analysis and Recovery: Call regarding sealed bids received with sales team (.5); extended conference with C. Murray and J. Wolfshohl regarding same (.2); review bids submitted (1.2); conference with C. Murray regarding bids and call with sales team regarding same (.4)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.30h | $750.00 | - | $1,725.00 |
| 11/08/2024 | 🕐 | Claims Administration and Objections: Meeting with regarding (.6); conference with C. Murray and J. Wolfshohl regarding same (.4)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| | | | | | | **$0.00** 0.00h | **$143,340.50** 206.80h |

# Activities Export

12/11/2024
10:01 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/08/2024 | 🕐 | Claims Administration and Objections: Review email and term sheet between CT/TX and conference with C. Murray regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 11/08/2024 | 🕐 | Fee/Employment Applications: Continue to draft and finalize 5th monthly fee statement (1.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.30h | $750.00 | - | $975.00 |
| 11/08/2024 | 🕐 | Other Contested Matters: Various emails regarding FSS appeal intervention by CT (.3); conference with C. Murray regarding same and J. Wolfshohl regarding same (.5); email team regarding same (.2); respond to J. Zhou email regarding same (.1); review proposed order in response to inquiry (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.60h | $750.00 | - | $1,200.00 |
| 11/09/2024 | 🕐 | Asset Analysis and Recovery: Continue to review and evaluate bids and extended work session with C. Murray regarding same (3.5); call with sales team regarding waiver (.7)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.20h | $750.00 | - | $3,150.00 |
| 11/09/2024 | 🕐 | Claims Administration and Objections: Continue to review<br>(1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $750.00 | - | $750.00 |
| | | | | | | | **$0.00**<br>0.00h | **$143,340.50**<br>206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/09/2024 | 🕐 | Fee/Employment Applications: Begin to prepare first interim fee application (.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.60h | $750.00 | – | $450.00 |
| 11/10/2024 | 🕐 | Asset Analysis and Recovery: Various messages and conference with C. Murray regarding auction process and bids (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | – | $375.00 |
| 11/11/2024 | 🕐 | Asset Analysis and Recovery: Call with sales team regarding auction/ bidding process (1.0); conference with C. Murray regarding same (.3); telephone conference with M. Dearman regarding auction related issues (.3); review various emails with sales team regarding notice to bidders (.2); conference with C. Murray regarding auction procedures (.6); extended call with team about waiver and final round of bidding (.9); conference with C. Murray regarding same (.5); review emails and notices to bidders, including overbid form (.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.60h | $750.00 | – | $3,450.00 |
| 11/11/2024 | 🕐 | Case Administration: Call V. Driver regarding operational issues (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | – | $225.00 |
| 11/11/2024 | 🕐 | Claims Administration and Objections: Return call to K. Kimpler regarding CT/TX's | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.10h | $750.00 | – | $75.00 |
| | | | | | | $0.00<br>0.00h | | $143,340.50<br>206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | potential resolution regarding claims (.1)<br>🔵 Unbilled | | | | | | |
| 11/11/2024 | 🕐 | Claims Administration and Objections: Conference with . . .<br>J. Wolfshohl regarding (.3); conference call with J. Wolfshohl regarding<br>and<br>(.2); conference with C. Murray regarding same (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.70h | $750.00 | - | $525.00 |
| 11/11/2024 | 🕐 | Fee/Employment Applications: Various calls with M. Dearman regarding payment of chapter 11 professionals' fees (.2) and conference with C. Murray regarding same (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | - | $300.00 |
| 11/11/2024 | 🕐 | Fee/Employment Applications: Telephone conference with C. Murray and M. Dearman regarding interim fee applications (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| 11/11/2024 | 🕐 | Other Contested Matters: Review revised appellants' designation and review deadlines (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| 11/12/2024 | 🕐 | Asset Analysis and Recovery: Various telephone conferences | 00040-Christopher Murray, Chapter 7 Trustee | Erin Jones | 1.50h | $750.00 | - | $1,125.00 |
| | | | | | | **$0.00**<br>0.00h | | **$143,340.50**<br>206.80h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | with C. Murray regarding auction related issues (.3); conference with J. Wolfshohl regarding same (.2); call to J. Martin regarding issue on TX/CT term sheet as it relates to potential sale (.3); call with M. Dearman regarding auction/sale update (.7)  ● Unbilled | In re Alexander E. Jones | | | | | |
| 11/13/2024 | 🕐 | Asset Analysis and Recovery: Review submitted overbids (.5); extended work session with J. Wolfshohl, M. Dearman and C. Murray regarding evaluation of bids (1.0); conference with sales team regarding same (.8); review numerous emails regarding same (.4); review and respond to V. Driver that we cannot respond to nonbidders regarding bids until announcement is ready to be made (.1); conference with C. Murray to review model for comparison of bids (.5); telephone conference with M. Dearman and J. Wolfshohl regarding same (1.5); call with M. Dearman regarding call with J. Tannenbaum regarding bids (.2); telephone call with J. Tannenbaum, C. Murray and M. Dearman regarding next steps (.5); Call with M. Dearman and C. Murray regarding calling CT, GT (.2); call to GT regarding bid (.2); call to B. Schleizer regarding meeting for breakfast in Austin to | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 7.30h | $750.00 | - | $5,475.00 |

| | | | | | | | $0.00 | $143,340.50 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00h | 206.80h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | discuss operational issues (.2); call to V. Driver to advise regarding anticipated timing of announcement (.2); conference with C. Murray regarding operations issues, including retention of employees, chargebacks for sales, and use of Infowars assets (1.1)<br>● Unbilled | | | | | | |
| 11/13/2024 | 🕐 | Asset Analysis and Recovery: Travel to Austin - working travel with C. Murray to discuss operational issues and providing information to employees regarding continued employment pending determination of sale issues and compensation including bonuses (3.0)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.00h | $750.00 | - | $2,250.00 |
| 11/13/2024 | 🕐 | Case Administration: Call with P. Newton regarding refusal of FSS employees to allow access to computers and company data (.4)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | - | $300.00 |
| 11/14/2024 | 🕐 | Other Contested Matters: Review various emails and pleadings filed in response to the proposed the sale of FSS assets and conference with C. Murray and E. Jones regarding same (2.3); various email and phone discussions with E. Jones and M. Dearman related | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 5.10h | $495.00 | - | $2,524.50 |
| | | | | | | **$0.00**<br>0.00h | | **$143,340.50**<br>206.80h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|-------------------|--------------|
| | | to the sale process and emergency status conference set by the court (0.3); identify and prepare exhibits for E. Jones and C. Murray for same (1.5); observe status conference and conference with team afterwards (1.0)<br>🔵 Unbilled | | | | | | |
| 11/14/2024 | 🕐 | Case Administration: Prepare binders and exhibits for status conference<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Apollo Pham | 0.80h | $95.00 | - | $76.00 |
| 11/14/2024 | 🕐 | Asset Analysis and Recovery: Continue organization and classification of PQPR financial documents<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Apollo Pham | 2.40h | $95.00 | - | $228.00 |
| 11/14/2024 | 🕐 | Asset Analysis and Recovery: Prepare with C. Murray to discuss agenda items for discussion with B. Schleizer (.5); meeting with B. Schleizer (.5); call with V. Driver (.3); meeting at FSS with B. Schleizer, Blake, Joe, Pat Newton and various calls with B. Schleizer regarding same (2.0); various calls with J. Wolfshohl and M. Dearman regarding issues with FSS and auction related issues (.5); call with A. Jones, B. Schleizer, and C. Murray (.4); call with V. Driver regarding same (.2); return travel to Houston, including calls with J. | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 7.40h | $750.00 | - | $5,550.00 |
| | | | | | | | **$0.00**<br>0.00h | **$143,340.50**<br>206.80h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Wolfshohl, M. Dearman and K. Kimpler regarding issues at FSS facility, review of emails from W. Cicack to court to try to get emergency status conference (3.0) ● Unbilled | | | | | | |
| 11/14/2024 | 🕐 | Asset Analysis and Recovery: Prepare for and attend status conference on FUAC emergency request (1.5); post status conference meeting with C. Murray and J. Wolfshohl regarding same (.5); review content and false statements surrounding sale process (1.4); discuss same with C. Murray and J. Wolfshohl (.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.90h | $750.00 | - | $2,925.00 |
| 11/14/2024 | 🕐 | Claims Administration and Objections: Various messages with issues (.2) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| 11/14/2024 | 🕐 | Fee/Employment Applications: Finalize for filing 1st interim fee application (3.0) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.00h | $750.00 | - | $2,250.00 |
| 11/15/2024 | 🕐 | Other Contested Matters: Status conference and strategy meeting with E. Jones regarding issues relating (0.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $495.00 | - | $247.50 |
| | | | | | | | **$0.00** 0.00h | **$143,340.50** 206.80h |

Activities Export

# Activities Export

12/11/2024
10:01 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/15/2024 | 🕐 | Asset Analysis and Recovery: Continue further organization and classification of documents<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Apollo Pham | 2.00h | $95.00 | - | $190.00 |
| 11/16/2024 | 🕐 | Asset Disposition: Continue to work through revisions to motion and APA (3.5); conference call with team regarding same (1.2); various conferences with C. Murray regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 5.30h | $750.00 | - | $3,975.00 |
| 11/17/2024 | 🕐 | Asset Analysis and Recovery: Various extended conferences and meetings with C. Murray and J. Wolfshohl regarding sale motion and asset purchase agreement and review several drafts regarding same and propose additional revisions (6.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 6.20h | $750.00 | - | $4,650.00 |
| 11/18/2024 | 🕐 | Other Contested Matters: Review and consider motion to disqualify bid filed by First United American Companies, LLC (1.0); review draft of trustee's response and provide commentary to the trustee (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.20h | $495.00 | - | $594.00 |
| 11/18/2024 | 🕐 | Asset Disposition: Review motion to disqualify bidder and conference with C. Murray and J. Wolfshohl regarding same (.8); work on | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 12.40h | $750.00 | - | $9,300.00 |
| | | | | | | | **$0.00**<br>0.00h | **$143,340.50**<br>206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | preliminary response to same (.7); work with team to finalize sale motion, including review of various emails and drafts (2.5); many messages and meetings regarding deposition scheduling (.5); review Rule 11 issues and timing of R11 letter for false allegations made in pleadings (.4); conference with bidders regarding sale motion and motion to disqualify (.3); legal research regarding various sale issues (1.0); conference with J. Tannenbaum, K. Toney, C. Murray regarding media inquiries (.3); extended working sessions with C. Murray and J. Wolfshohl regarding sale motion, motion to disqualify, and requests for depositions (4.0); review complaint in adversary proceeding, including declaration of A. Jones (1.0); conference with C. Murray regarding same (.3); conference with J. Wolfshohl regarding same (.6)  ● Unbilled | | | | | | |
| 11/19/2024 | 🕐 | Other Contested Matters: Prepare documents related to adversary at DE 917 for revision by E. Jones (0.4)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $495.00 | - | $198.00 |
| 11/19/2024 | 🕐 | Other Contested Matters: Phone call with an interested party regarding the contested sale of FSS (0.2); draft and circulate | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $495.00 | - | $148.50 |
| | | | | | | | **$0.00** 0.00h | **$143,340.50** 206.80h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | summary of discussion to entire legal team (0.1)<br>🔵 Unbilled | | | | | | |
| 11/19/2024 | 🕐 | Asset Disposition: Conference call with J. Tannenbaum, K. Toney, J. Wolfshohl regarding deposition prep and status update on new filings (.6); conference call with J. Wolfshohl regarding status of various filings and next steps (.4); multiple conferences with C. Murray regarding same and updates on filings (.3); telephone call with buyer and Trustee legal team regarding filings by FUAC and A. Jones, ____ from various individuals, discovery (.5); conference with C. Murray regarding ____ and ____ received (.3); conference with V. Driver regarding pending issues and withdrawal as counsel (.3); call with PH team regarding various pending projects and responses to pending motions and TRO (2.5); call with W. Cicack regarding depositions (.3); conference with C. Murray regarding issues relating to motion to disqualify, TRO, complaint and declaration of A. Jones and discovery/deposition (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 6.20h | $750.00 | – | $4,650.00 |
| | | | | | | **$0.00**<br>0.00h | | **$143,340.50**<br>206.80h |

# Activities Export

12/11/2024
10:01 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/19/2024 | 🕐 | Asset Analysis and Recovery: Review schedules and statements and other filings regarding (4.2)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 4.20h | $750.00 | - | $3,150.00 |
| 11/20/2024 | 🕐 | Asset Disposition: Call with C. Murray and J. Wolfshohl regarding call with buyer's counsel and status of pending filings (.5); call with H. Long, J. Wolfshohl, K. Starling, and M. Dearman regarding background as new counsel for buyer (.5); call with team to continue preparing response to TRO (1.0); continue to work through witness/exhibit list for TRO (1.5); review schedules and statements regarding declaration of A. Jones (1.1); continue to work through responses to TRO and Motion to Disqualify (2.0)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 6.60h | $750.00 | - | $4,950.00 |
| 11/20/2024 | 🕐 | Case Administration: Call with P. Newton regarding continued refusal of FSS employees to allow access to computers and company data (.2)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $750.00 | - | $150.00 |
| 11/20/2024 | 🕐 | Fee/Employment Applications: Call with K. Nicolaou regarding scope of FA role (.4)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $750.00 | - | $300.00 |
| 11/20/2024 | 🕐 | Asset Disposition: Telephone call | 00040-Christopher Murray, | Erin Jones | 6.40h | $750.00 | - | $4,800.00 |
| | | | | | | **$0.00**<br>0.00h | | **$143,340.50**<br>206.80h |

# Activities Export

12/11/2024
10:01 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | with C. Murray regarding TRO (.5); telephone conference with J. Wolfshohl regarding TRO (.9); conference with legal team regarding preparation of response and other issues for anticipated hearing (1.0); Call with K. Starling regarding TRO witness/exhibit list (.5); conference call with buyer attorneys regarding upcoming hearings (.8); review and provide revisions to draft responses to pending motions (2.7)  🔵 Unbilled | Chapter 7 Trustee In re Alexander E. Jones | | | | | |
| 11/20/2024 | 🕐 | Fee/Employment Applications: Call with ⟨redacted⟩ regarding ⟨redacted⟩ and i ⟨redacted⟩ (.5)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $750.00 | - | $375.00 |
| 11/21/2024 | 🕐 | Case Administration: Review notice of status conference and any related communications (0.4)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $495.00 | - | $198.00 |
| 11/21/2024 | 🕐 | Other Contested Matters: Review various materials related to property claimed as exempt (1.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.20h | $495.00 | - | $594.00 |
| 11/21/2024 | 🕐 | Case Administration: Call with P. Newton regarding need to pick up more drives and other IT issues, including one drive being wiped, no confirmation from FSS IT department whether A. Jones has | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.00h | $750.00 | - | $1,500.00 |
| | | | | | | | **$0.00** 0.00h | **$143,340.50** 206.80h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | agreed to allow continued imaging (.1); conference with C. Murray and P. Newton regarding same (.2); extended conference with P. Newton regarding lack of cooperation with IT issues and access to FSS computers (1.3); conference with C. Murray regarding information provided by P. Newton (.4) 🔵 Unbilled | | | | | | |
| 11/21/2024 | 🕐 | Fee/Employment Applications: Conference with K. Nicolaou regarding employment/ engagement letter for FA role (.3) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 11/22/2024 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding exemptions and other turnover of non-exempt property (.3) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 11/22/2024 | 🕐 | Asset Disposition: Meeting with J. Wolfshohl and C. Murray to prepare for hearings on TRO, Motion to Disqualify, Emergency Motion to Sell status (6.5); call with co-defendants in adversary proceeding (.6); continue to review revisions to draft responses (2.1) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 9.20h | $750.00 | - | $6,900.00 |
| 11/23/2024 | 🕐 | Asset Disposition: Continue to | 00040-Christopher Murray, | Erin Jones | 5.60h | $750.00 | - | $4,200.00 |
| | | | | | | **$0.00** 0.00h | | **$143,340.50** 206.80h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | prepare for hearings and status conference with C. Murray and J. Wolfshohl (4.6); further conference with C. Murray to review various issues in preparation for upcoming hearings (1.0)<br>● Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | | | | | |
| 11/23/2024 | 🕐 | Asset Disposition: Draft, edit, revise response to temporary restraining order and discuss same with J. Wolfshohl and C. Murray (10.1)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 10.10h | $750.00 | - | $7,575.00 |
| 11/24/2024 | 🕐 | Asset Disposition: Continue to prepare for hearings and meetings with C. Murray (5.0); conference call with buyers regarding hearings (.4); review final drafts of responses (1.8); review 523 issues with C. Murray (.4)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 7.60h | $750.00 | - | $5,700.00 |
| 11/25/2024 | 🕐 | Asset Disposition: Prepare for hearings on TRO, including witness examinations, review X response, review GT response, review CT response (7.2); represent trustee at hearing (2.0); meeting after hearing with trustee legal team in preparation for next set of hearings (.8)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 10.00h | $750.00 | - | $7,500.00 |
| 11/26/2024 | 🕐 | Other Contested Matters: Review | 00040-Christopher Murray, | Jacqueline | 5.00h | $495.00 | - | $2,475.00 |
| | | | | | | **$0.00**<br>0.00h | | **$143,340.50**<br>206.80h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | documents produced in discovery repository to identify documents related to claimed exempt and estate property (4.6); various emails with E. Jones to discuss potential objection to homestead exemption and strategy (0.4)<br>🔵 Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | Chiba | | | | |
| 11/26/2024 | 🕐 | Asset Analysis and Recovery: Continue to evaluate claimed exemptions, non-exempt assets, undisclosed assets, and turnover issues in individual case (6.7)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 6.70h | $750.00 | - | $5,025.00 |
| 11/26/2024 | 🕐 | Asset Disposition: Various conferences with team regarding depositions and setting hearing on sale motion and various conferences with C Murray regarding same (1.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.20h | $750.00 | - | $900.00 |
| 11/27/2024 | 🕐 | Case Administration: Confer with E. Jones regarding agreement with Debtor on deadline for objection to exemptions (0.2); draft stipulation and agreed order encapsulating same (0.5); review, finalize, and file same (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.90h | $495.00 | - | $445.50 |
| 11/27/2024 | 🕐 | Asset Analysis and Recovery: Continue to research issues relating to various exemptions and | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.30h | $750.00 | - | $3,225.00 |
| | | | | | | | $0.00<br>0.00h | $143,340.50<br>206.80h |

# Activities Export

12/11/2024
10:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | turnover of assets (3.3); various conferences with J. Chiba regarding issues relating to claimed exemptions and turnover of assets and research regarding same (.6); various emails with Shelby to obtain and memorialized extension of deadline on exemptions. and conference with Jackie regarding same and conference with Chris regarding same (.4)<br>● Unbilled | | | | | | |
| 11/28/2024 | 🕐 | Asset Disposition: Review discovery requests and various emails relating to same and setting time for hearing (.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $750.00 | - | $225.00 |
| 11/29/2024 | 🕐 | Asset Disposition: Telephone call with team regarding discovery requests and preparation of responses regarding same (1.0); telephone conference with J. Tannenbaum regarding same (.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.50h | $750.00 | - | $1,125.00 |
| | | | | | | | **$0.00**<br>0.00h | **$143,340.50**<br>206.80h |

22/22

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| Debtor. | § | |

**SEVENTH MONTHLY FEE STATEMENT OF**
**JONES MURRAY LLP AS BANKRUPTCY COUNSEL**
**FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | December 1, 2024 through December 31, 2024 |
| **Interim Fees Incurred:** | **$179,864.50** |
| **Interim Payment of Fees Requested (80%):** | **$143,891.60** |
| **Interim Expenses Incurred:** | **$2,701.28** |
| **Total Fees and Expenses Due:** | **$146,592.88** |

This is the Seventh Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Seventh Monthly Fee Statement (the "Fee Statement") for the period from December 1, 2024 through December 31, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [pending, motion filed at Docket No. 757] (the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $179,864.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,701.28 (the "Expenses"), for the period from December 1, 2024 through December 31, 2024. Eighty percent (80%) of the fees equals $143,891.60 and one hundred percent (100%) of the Expenses equals $2,701.28 for a total requested amount of $146,592.88.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $143,891.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,701.28 for a total amount of $146,592.88.

Dated: January 10, 2025

                                          Respectfully submitted,

                                          **JONES MURRAY LLP**
                                          */s/ Jacqueline Q. Chiba*
                                          Jacqueline Q. Chiba
                                          Texas Bar No. 24116899
                                          jackie@jonesmurray.com
                                          Erin E. Jones
                                          Texas Bar No. 24032478
                                          erin@jonesmurray.com
                                          602 Sawyer St., Suite 400
                                          Houston, TX 77007
                                          Tel. (832) 529-1999
                                          **CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

     This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 10, 2025.

                                                       */s/ Jacqueline Q. Chiba*
                                                       Jacqueline Q. Chiba

## EXHIBIT 1

**SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 165.6 | $124,123.50 |
| Asset Disposition | 6.8 | $646.00 |
| Case Administration | 9.7 | $6,816.00 |
| Claims Administration and Objections | 25.9 | $19,425.00 |
| Fee/Employment Applications | 11.2 | $6,946.50 |
| Other Contested Matters | 51.8 | $19,333.50 |
| Relief From Stay Proceedings | 5.2 | $2,574.00 |
| **TOTAL** | **276.2** | **$179,864.50** |

## EXHIBIT 2

### SUMMARY OF OUT OF POCKET EXPENSES

| Expense Description | Cost |
|---|---|
| Travel Meals | $376.73 |
| Transport Cost (airfare, uber, parking, etc.) | $1,502.64 |
| Hotel/Accommodations | $137.02 |
| Printing, Postage, Mailing related to Service | $684.89 |
| **TOTAL EXPENSES** | **$2,701.28** |

## EXHIBIT 3

**SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $750.00 | 204.6 |
| Jacqueline Q. Chiba, *Associate* | $495.00 | 46.8 |
| Nancy Santana, *Senior Paralegal* | $200.00 | 8.5 |
| Apollo Pham, *Paralegal* | $95.00 | 6.8 |
| Joshua Sosa, *Paralegal* | $95.00 | 9.5 |
| **TOTAL** | | **276.2** |

## EXHIBIT 4



# INVOICE

Invoice # 27
Date: 01/10/2025
Due On: 02/09/2025

602 Sawyer Street, Suite 400
Houston, TX 77007

Christopher Murray, Chapter 7 Trustee
602 Sawyer Street, Suite 400
Houston, TX 77007

## 00040-Christopher Murray, Chapter 7 Trustee

## In re Alexander E. Jones

### Services

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 12/01/2024 | Asset Analysis and Recovery: Conference call with Trustee's legal team to discuss discovery requests and production (1.0); work session with Trustee legal team to prepare for JT deposition (2.5); review and discuss issues of privilege with Trustee legal team (.3); conference regarding same with C. Murray (.3); review and respond to various emails regarding deposition scheduling and hearing dates and conference with CRM regarding same (.5) | 4.60 | $750.00 | $3,450.00 |
| Service | 12/02/2024 | Asset Analysis and Recovery: Conference with CRM regarding discovery, privilege issues, depositions, hearing on sale and status of preparation for each of the foregoing (.4); conference with JW regarding status of discovery/production and review documents in connection with same (1.0); conference with CRM regarding same (.5); review and respond to various messages regarding scheduling and other issues relating to depositions (.2) | 1.60 | $750.00 | $1,200.00 |
| Service | 12/02/2024 | Asset Analysis and Recovery: Conference with CRM regarding FSS operations and maintaining status quo pending sale (.3); conference with CRM regarding discussions with BS re: FSS operations | 1.30 | $750.00 | $975.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | and advertising contracts (.5); continue to discuss IT issues and lack of cooperation by FSS employees and agents (.5) | | | |
| Service | 12/02/2024 | Asset Analysis and Recovery: Call with JW and counsel for GT regarding status of various matters and sale hearing (.5); conference call with CRM regarding waiver issues and potential objection by X Corp (.4); review and respond to various emails regarding items for witness and exhibit list for sale hearing (.5) and begin to prepare same (.8) | 2.20 | $750.00 | $1,650.00 |
| Service | 12/02/2024 | Fee/Employment Applications: Conference with CRM regarding Harney Partners/K. Nicolaou employment (.2) | 0.20 | $750.00 | $150.00 |
| Service | 12/02/2024 | Claims Administration and Objections: Review various emails re: PQPR settlement proposal with SL, JW, and MD (.3); review draft 9019 circulated by MD (.3) | 0.60 | $750.00 | $450.00 |
| Service | 12/03/2024 | Asset Analysis and Recovery: Various emails with E. Jones and K. Starling regarding analysis on the trusts and potential homestead exemption (0.3) | 0.30 | $495.00 | $148.50 |
| Service | 12/03/2024 | Fee/Employment Applications: Call with E. Jones to prepare an application to employ HMP as financial advisor (0.5) | 0.50 | $495.00 | $247.50 |
| Service | 12/03/2024 | Fee/Employment Applications: Review proposed engagement letter and communications from K. Nicolaou and Harney Partners to prepare an application to employ them as financial advisors (1.2); draft said application to employ, supporting declaration, and proposed order and provide to E. Jones for review and commentary (2.1) | 3.30 | $495.00 | $1,633.50 |
| Service | 12/03/2024 | Fee/Employment Applications: Send email to K. Nicolaou providing draft of the application to employ and providing comments (0.1) | 0.10 | $495.00 | $49.50 |
| Service | 12/03/2024 | Asset Analysis and Recovery: Call with JT and Trustee legal team regarding JT deposition preparation, including review of production (2.3); conference with CRM regarding same (.5); call with JW regarding X Corp objection issues (.2); call with W. Cicack regarding sale hearing and JT deposition (.4); conference with JW regarding discussion with W. Cicack (.2); conference with CRM regarding same (.5); email to J. Goldstein regarding sale hearing (.1); call with J. Goldstein regarding sale hearing issues (.5); review and respond to various emails of parties regarding deposition logistics and joinders (.2); review and respond to additional emails regarding CRM deposition preparation and logistics with other participants (.3); review and respond to JW email regarding X account issues and review | 6.00 | $750.00 | $4,500.00 |

| | | email sent from X's counsel (.2); review email from X attorney regarding evidentiary issues and agreements regarding same and provide substantive response to same (.5); review email from K. Starling regarding issues with deposition logistics and various parties' indication of interest in participation and regarding status of document production (.1) | | | |
|---|---|---|---|---|---|
| Service | 12/03/2024 | Asset Analysis and Recovery: Review and respond to email from JC regarding homestead issues (.2) | 0.20 | $750.00 | $150.00 |
| Service | 12/03/2024 | Fee/Employment Applications: Review and respond to email from JC regarding Harney Partner employment (.2); conference call with JC regarding same (.2) | 0.40 | $750.00 | $300.00 |
| Service | 12/04/2024 | Other Contested Matters: Review and respond to email from C. Murray regarding PQPR adversary (0.1); review PQPR adversary docket and filings for the summary judgment related pleadings (0.6) | 0.70 | $495.00 | $346.50 |
| Service | 12/04/2024 | Asset Analysis and Recovery: Call to X attorney regarding authentication and admission issues with respect to user agreements (.3); conference with CRM and JW regarding same (.3); conference with CRM and JW regarding potential agreement with X Corp (.5); additional email discussion with JW regarding same (.3); continue to discuss and prepare for anticipated replies to objections to sale (1.5); continue to prepare witness and exhibit list materials for sale hearing (1.0); continue to work through legal issues on motion to strike (.7); review issues relating to GT's APA and X Corp's limited objection (.5) | 5.10 | $750.00 | $3,825.00 |
| Service | 12/04/2024 | Asset Analysis and Recovery: Extended work session to prepare for CRM deposition with CRM, JW, KS, and MD (5.0) | 5.00 | $750.00 | $3,750.00 |
| Service | 12/04/2024 | Asset Analysis and Recovery: Continue to evaluate options regarding refusal of FSS employees and agents to cooperate with turnover of various IT related materials and passwords and conference with CRM regarding same (.4) | 0.40 | $750.00 | $300.00 |
| Service | 12/04/2024 | Claims Administration and Objections: Review and respond to various emails and provide comments relating to potential agreement with PQPR to resolve claim and lien (.2) | 0.20 | $750.00 | $150.00 |
| Service | 12/05/2024 | Fee/Employment Applications: Review and revise the updated draft of the Harney Partners declaration provided by K. Nicolaou (0.7); send email with final draft to Harney Partners along with comments for final approval (0.1); review email from G. Milligan regarding the engagement letter (0.1); review and respond to email from K. Nicolaou regarding draft | 1.10 | $495.00 | $544.50 |

| | | declaration (0.2) | | | |
|---|---|---|---|---|---|
| Service | 12/05/2024 | Asset Analysis and Recovery: Various messages with KS regarding CRM deposition attendees (.2); participate in CRM deposition (7.1); review revised user agreement circulated by X Corp. and various emails with MD regarding same (.5); review and respond to various emails regarding witness and exhibit list for hearing and review materials relating to same (1.1); review various emails regarding potential agreement between X Corp and GT to resolve X Corp's limited objection and conference with CRM and JW regarding same (.2); meeting with JW in preparation for JT deposition and anticipated issues for briefing for sale hearing (.9); conference call with CRM regarding key points from deposition (1.1) | 11.10 | $750.00 | $8,325.00 |
| Service | 12/05/2024 | Asset Analysis and Recovery: Conference call with CRM regarding IT access/passwords (.3) | 0.30 | $750.00 | $225.00 |
| Service | 12/05/2024 | Asset Analysis and Recovery: Review production and materials in preparation for JT deposition (2.0) | 2.00 | $750.00 | $1,500.00 |
| Service | 12/05/2024 | Asset Analysis and Recovery: Travel to Denver for JT deposition (4.8) | 4.80 | $750.00 | $3,600.00 |
| Service | 12/05/2024 | Asset Analysis and Recovery: Meeting with JW in preparation for JT deposition and anticipated issues for briefing for sale hearing (.9) | 0.90 | $750.00 | $675.00 |
| Service | 12/05/2024 | Fee/Employment Applications: Conference call with K. Nicolaou regarding employment application and related disclosures (.5); conference with JC regarding same (.3) | 0.80 | $750.00 | $600.00 |
| Service | 12/06/2024 | Fee/Employment Applications: Various emails discussions with K. Nicolaou on revisions of declaration for application to employ Harney Partners (0.3); revise draft declaration to reflect discussion and provide to K. Nicolaou (0.3) | 0.60 | $495.00 | $297.00 |
| Service | 12/06/2024 | Other Contested Matters: Discussion with E. Jones regarding hearing on sale motion FSS assets (0.2); coordinate with A. Pham to prepare exhibits for said hearing (0.3) | 0.50 | $495.00 | $247.50 |
| Service | 12/06/2024 | Relief From Stay Proceedings: Conduct legal research regarding the automatic stay and divorce proceedings (2.0); review status of divorce proceeding and docket filings (0.2); draft and revise motion to modify automatic stay and proposed order (2.2); additional research into requirements for lifting the stay (0.7); send email providing draft and comments to E. Jones for review (0.1) | 5.20 | $495.00 | $2,574.00 |
| Service | 12/06/2024 | Fee/Employment Applications: Finalize and file | 0.10 | $495.00 | $49.50 |

Invoice # 27 - 01/10/2025

| | | application to employ Harney Partners (0.1) | | | |
|---|---|---|---|---|---|
| Service | 12/06/2024 | Asset Disposition: Collect and print all filings and exhibits related to sales motion (2.8); organize digital copies of filings and exhibits (.3); create exhibit binders in preparation for trial (3.7) | 6.80 | $95.00 | $646.00 |
| Service | 12/06/2024 | Asset Analysis and Recovery: Meeting with JW to prepare for JT deposition (1.2); meeting with JT in preparation for deposition (1.0); represent Trustee at JT deposition (8.0); conference with CRM regarding JT deposition and issues for sale hearing (1.0) | 10.20 | $750.00 | $7,650.00 |
| Service | 12/06/2024 | Asset Analysis and Recovery: Return travel from Denver to Houston (working travel) and extended work session with JW in preparation for sale hearing (5.0) | 5.00 | $750.00 | $3,750.00 |
| Service | 12/06/2024 | Asset Analysis and Recovery: Review AEJ schedules and docket items for lack of disclosure regarding claimed intellectual property rights (1.3) | 1.30 | $750.00 | $975.00 |
| Service | 12/06/2024 | Asset Analysis and Recovery: Review objections to sale motion (.9) | 0.90 | $750.00 | $675.00 |
| Service | 12/07/2024 | Asset Analysis and Recovery: Extended work session with JW and CRM to prepare for examination of Trustee and JT for sale hearing (4.5); prepare cross examination outlines and exhibits for witnesses identified by opposing parties (5.0); review various drafts of agreement with X Corp to resolve limited objection and various conferences with JW and CRM regarding same (1.0); continue to draft, edit, revise motion to strike (2.2); continue to prepare materials and provide revisions for power point to be used for opening and during hearing (2.0); legal research regarding standing issues and review cases cited in briefs (1.0); review all parties witnesses and exhibit lists and prepare evidentiary objections (2.0); draft notice regarding remaining assets auction previously scheduled for December 10 (.5) | 18.30 | $750.00 | $13,725.00 |
| Service | 12/08/2024 | Asset Analysis and Recovery: Continue to prepare for sale hearing with review of parties pleadings and authorities cited (4.0); continue to work through revisions to motion to strike (2.0) and reply briefs (2.5); review revised exhibits and lists of various parties and update evidentiary objections (1.6); continue to prepare cross examination outlines for AEJ, CC, WC, BS, X Corp Rep (3.0); conference call with CT and GT regarding various issues in preparation for sale hearing (.6); various conferences regarding agreement with X Corp to resolve limited objection and provide revisions relating to same (1.5); review letter from AEJ counsel regarding a continuance of sale hearing and | 20.10 | $750.00 | $15,075.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | conference with trustee legal team regarding same (.3); continue to draft, edit, and revise proposed sale order (2.0); prepare additional rebuttal exhibits for cross examination of opposing party witnesses (1.9); review FUAC letter with amended proposal (.2) and discuss same with Trustee legal team (.5) | | | |
| Service | 12/09/2024 | Other Contested Matters: Review recently filed objections/responses, and witness and exhibit lists to prepare for hearing on motion to sell FSS assets (3.1); attend hearing on motion to sell FSS assets (5.8); various strategy discussions with E. Jones during break periods and after hearing (0.3) | 9.20 | $495.00 | $4,554.00 |
| Service | 12/09/2024 | Other Contested Matters: Review draft notice of postponement and provide comments to E. Jones (0.2) | 0.20 | $495.00 | $99.00 |
| Service | 12/09/2024 | Other Contested Matters: Attend hearing on motion to sell FSS assets to assist counsel (4.0) | 4.00 | $95.00 | $380.00 |
| Service | 12/09/2024 | Asset Analysis and Recovery: Extended work session with Trustee legal team to continue to prepare for sale hearing (5.0); Represent Trustee at sale hearing - day 1 (7.0); Meeting with Trustee legal team after hearing to review issues and prepare for next day (1.4); draft revisions/changes to cross examination outlines for opposing party witnesses (2.0) | 15.40 | $750.00 | $11,550.00 |
| Service | 12/10/2024 | Other Contested Matters: Attended and assist attorneys at hearing on the motion to sell FSS assets (8.5) | 8.50 | $200.00 | $1,700.00 |
| Service | 12/10/2024 | Other Contested Matters: Attended and assist attorneys at the hearing on the motion to sell FSS assets assist counsel (5.5) | 5.50 | $95.00 | $522.50 |
| Service | 12/10/2024 | Other Contested Matters: Various emails exchanged between trustee's legal team discussing strategy and prepping for the second day of the hearing on the motion to sell FSS assets (0.8); continue review of relevant documents, exhibits, and pleadings filed as part of preparation for said hearing (1.2); attend the second day of said hearing (9.0); post hearing debrief and discussion with E. Jones and C. Murray (0.4) | 11.40 | $495.00 | $5,643.00 |
| Service | 12/10/2024 | Asset Analysis and Recovery: Prepare with team for day 2 of sale hearing (5.5); represent Trustee at continued sale hearing (9.5); meeting with team after hearing to discuss next steps (.3); conference call with JW regarding issues raised at sale hearing (.5); conference with W. Cicack after hearing (.2); conference with CT counsel after hearing (.2); conference with PQPR counsel after hearing (.2) | 16.40 | $750.00 | $12,300.00 |

| Service | 12/11/2024 | Other Contested Matters: Consider and assess the Court's ruling at the contested sale hearing of FSS assets, issues presented, and possible avenues for a new sales process (1.7); provide detailed summary of assessment and recommendation to E. Jones and C. Murray (0.5) | 2.20 | $495.00 | $1,089.00 |
|---|---|---|---|---|---|
| Service | 12/11/2024 | Asset Analysis and Recovery: Conference with CRM regarding sale related issues and issues to be resolved in connection with same (1.1) | 1.10 | $750.00 | $825.00 |
| Service | 12/11/2024 | Fee/Employment Applications: Prepare JM Sixth Interim Fee Statement (4.0) | 4.00 | $750.00 | $3,000.00 |
| Service | 12/11/2024 | Claims Administration and Objections: Review CT/TX term sheet and various emails relating to same (.8); conference with CRM regarding same (.4) | 0.40 | $750.00 | $300.00 |
| Service | 12/11/2024 | Claims Administration and Objections: Conference call with S. Lemmon regarding continuing negotiations with PQPR et. al. for resolution of claim and lien (.3); conference with CRM and JW regarding same (.2) | 0.50 | $750.00 | $375.00 |
| Service | 12/12/2024 | Case Administration: Conference call with members of trustee's legal team to discuss case status, strategy for resolving pending litigation, and process for selling assets (0.7) | 0.70 | $495.00 | $346.50 |
| Service | 12/12/2024 | Other Contested Matters: Minor revisions to draft complaint against cc processor and provide to E. Jones (0.2) | 0.20 | $495.00 | $99.00 |
| Service | 12/12/2024 | Case Administration: Weekly trustee legal team meeting to discuss ongoing and pending projects (.7) | 0.70 | $750.00 | $525.00 |
| Service | 12/12/2024 | Asset Analysis and Recovery: Conference with CRM regarding various options for administration of assets (.5) | 0.50 | $750.00 | $375.00 |
| Service | 12/12/2024 | Asset Analysis and Recovery: Telephone conference with J. Shulse regarding Evergreen reserves (.8) and continue to prepare analysis of same and review of previous correspondence and contracts (2.5) | 3.30 | $750.00 | $2,475.00 |
| Service | 12/12/2024 | Asset Analysis and Recovery: Review ESG proposal for resolution of disputes (1.5); forward same to CRM for review and discuss same (.5) | 2.00 | $750.00 | $1,500.00 |
| Service | 12/13/2024 | Other Contested Matters: Discussion with E. Jones regarding TRO request in relation claims against CC processor (0.2); review relevant documents and research/confirm procedures relating to same (0.4); provide assessment to E. Jones (0.1) | 0.70 | $495.00 | $346.50 |
| Service | 12/13/2024 | Asset Analysis and Recovery: Review additional | 3.10 | $750.00 | $2,325.00 |

| | | reports and analysis provided by FSS and by ESG (1.5); conference call with JJP regarding same (.5); continue review of issues for proposed settlement of disputes (.6); conference with CRM regarding same (.5) | | | |
|---|---|---|---|---|---|
| Service | 12/13/2024 | Claims Administration and Objections: Various conferences with CRM and JW regarding status of discussions with TX and CT families (.4) | 0.40 | $750.00 | $300.00 |
| Service | 12/13/2024 | Claims Administration and Objections: Review status of PQPR agreement and various emails relating to same (.3) | 0.30 | $750.00 | $225.00 |
| Service | 12/16/2024 | Case Administration: Conference call with JW and CRM regarding status of sale issues and meeting with auctioneer (.5); call with JT, KT, CRM, JW regarding next steps on sale issues (.5); review Tranzon contract regarding expenses (.2) | 1.20 | $750.00 | $900.00 |
| Service | 12/16/2024 | Asset Analysis and Recovery: Continue to evaluate dispute with Evergreen regarding account reserve and unauthorized fees (3.7) | 3.70 | $750.00 | $2,775.00 |
| Service | 12/16/2024 | Asset Analysis and Recovery: Continue to evaluate future sales issues in relation to resolution with ESG and conference with CRM regarding same (.5) | 0.50 | $750.00 | $375.00 |
| Service | 12/17/2024 | Case Administration: Email to JW regarding status of PQPR agreement (.1); conference with CRM regarding same (.3); conference with CRM regarding various strategic issues relating to disposition/administration of FSS assets (.6) | 1.00 | $750.00 | $750.00 |
| Service | 12/17/2024 | Asset Analysis and Recovery: Review JT email regarding signed NDA's (.1) | 0.10 | $750.00 | $75.00 |
| Service | 12/17/2024 | Fee/Employment Applications: Email to MD regarding fee applications and notices for various professionals (.1) | 0.10 | $750.00 | $75.00 |
| Service | 12/18/2024 | Asset Analysis and Recovery: Continue to review issues relating to claimed exemptions of personal assets and non-exempt assets for turnover (1.5) | 1.50 | $750.00 | $1,125.00 |
| Service | 12/18/2024 | Asset Analysis and Recovery: Review docket in appealed case and CT motion to intervene (.5); email trustee legal team regarding same and related deadlines (.4) | 0.90 | $750.00 | $675.00 |
| Service | 12/18/2024 | Asset Analysis and Recovery: Continue to draft, edit, revise complaint, TRO, and demand letter to Evergreen regarding reserve account, including review of documents in support of same (4.0); circulate for review and comment internally to trustee legal team and draft various revisions (.3) | 4.30 | $750.00 | $3,225.00 |
| Service | 12/18/2024 | Claims Administration and Objections: Telephone | 0.50 | $750.00 | $375.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | conference with L. Butler regarding FSS extension and holdover (.3); email regarding same (.1); telephone conference with CRM and JW regarding same (.1) | | | |
| Service | 12/18/2024 | Claims Administration and Objections: Call with S. Lemmon regarding PQPR agreement (.5); conference with CRM to update regarding call with S. Lemmon regarding need for mediator (.4); email with JW and CRM regarding PQPR mediation and setting status conference (.2); email JW regarding setting status conference (.2); email with S. Lemmon and S. Roberts regarding setting up a mediation (.2) | 1.50 | $750.00 | $1,125.00 |
| Service | 12/19/2024 | Other Contested Matters: Review agreements with Evergreen and other relevant documents, pleadings, and communications to prepare to draft an emergency application for temporary restraining order (TRO) and request for injunction (1.5); draft the emergency application for TRO and request for injunction, the proposed form of TRO, and the supporting declaration (6.1); provide draft along with comments to E. Jones for review (0.1) | 7.70 | $495.00 | $3,811.50 |
| Service | 12/19/2024 | Case Administration: Strategy meeting with members of trustee's legal team to discuss status of resolutions and sale process (0.6) | 0.60 | $495.00 | $297.00 |
| Service | 12/19/2024 | Case Administration: Weekly trustee legal team meeting regarding pending projects (.7) | 0.70 | $750.00 | $525.00 |
| Service | 12/19/2024 | Asset Analysis and Recovery: Various conferences with JC regarding Evergreen complaint, TRO and injunction (1.0) | 1.00 | $750.00 | $750.00 |
| Service | 12/19/2024 | Claims Administration and Objections: Conference with S. Lemmon and JW regarding PQPR mediation and conference with CRM regarding same (.5) | 0.50 | $750.00 | $375.00 |
| Service | 12/20/2024 | Case Administration: Participate in call with KS and WS regarding employment review and compensation of FSS employees (.5) | 0.50 | $750.00 | $375.00 |
| Service | 12/20/2024 | Asset Analysis and Recovery: Finalize revisions and serve demand letter to Evergreen (.6); review new FUAC offer to purchase assets and various conferences with CRM regarding same (.7) | 1.30 | $750.00 | $975.00 |
| Service | 12/20/2024 | Claims Administration and Objections: Draft, edit, revise and circulate stipulation and agreed order to mediate PQPR issues with C. Mott (1.1); review responses from C. Mott, S. Lemmon, S. Roberts, and trustee legal team and make final revisions and file same (.5); forward same to R. Saldana for the Court's attention to ensure mediate date can be reserved with C. Mott (.2) | 1.70 | $750.00 | $1,275.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/22/2024 | Claims Administration and Objections: Conference call with JW and CRM regarding new FUAC offer (.5); various conferences with JW and CRM regarding FUAC offer and PQPR issues relative to same (.5); various conferences with JW regarding same (.3); review email from S. Jordan regarding PQPR mediation and various conferences with CRM and JW regarding same (.5); further conference with CRM regarding same (.2); conference with S. Lemmon regarding same (.2) | 2.20 | $750.00 | $1,650.00 |
| Service | 12/23/2024 | Case Administration: Conference call with CRM, HM, and BS regarding tax issues relating to FSS (.5); conference with CRM regarding same (.4); conference with JW and CRM regarding same (.2) | 1.10 | $750.00 | $825.00 |
| Service | 12/23/2024 | Asset Analysis and Recovery: Review various emails regarding new FUAC offer and conference with CRM and JW regarding same (.3); conference with CRM and JW regarding discussion of FUAC offer with various creditors (.2) | 0.50 | $750.00 | $375.00 |
| Service | 12/23/2024 | Asset Analysis and Recovery: Review emails relating to CT/TX agreement, request to extend appellate deadline (.1); call with A. Moshenberg regarding same (.3); conference with CRM regarding same (.2) | 0.60 | $750.00 | $450.00 |
| Service | 12/23/2024 | Claims Administration and Objections: Pre-mediation conference call with MD, SL, SR, RM and C. Mott (.5); conference with CRM and JW regarding same (.3); conference with MD regarding preparation of mediation materials (1.0) and begin to organize information for same (2.5) | 4.30 | $750.00 | $3,225.00 |
| Service | 12/24/2024 | Asset Analysis and Recovery: Review CRM email regarding sale inquiries (.2); review various emails with CRM and JW regarding FUAC new offer and respond to same (.5); conference with CRM and JW regarding same and TX/CT agreement (.5) | 1.20 | $750.00 | $900.00 |
| Service | 12/26/2024 | Case Administration: Conference with CRM regarding tax issues raised by H. May and email H. May regarding same (.2) | 0.20 | $750.00 | $150.00 |
| Service | 12/26/2024 | Claims Administration and Objections: Continue to draft, edit, revise memorandum for mediator for PQPR resolution (2.7) | 2.70 | $750.00 | $2,025.00 |
| Service | 12/27/2024 | Case Administration: Strategy meeting with trustee's legal team on status of potential sale and other pending litigation or disputes (0.5) | 0.50 | $495.00 | $247.50 |
| Service | 12/27/2024 | Case Administration: Call with CRM regarding tax issues and other issues relating to operations (.4) | 0.40 | $750.00 | $300.00 |
| Service | 12/27/2024 | Case Administration: Weekly trustee legal team | 0.60 | $750.00 | $450.00 |

Invoice # 27 - 01/10/2025

| | | | | | |
|---|---|---|---|---|---|
| | | meeting regarding pending projects (.6) | | | |
| Service | 12/27/2024 | Asset Analysis and Recovery: Conference with CRM regarding sale related issues, PQPR settlement, and CT/TX agreement (.8) | 0.80 | $750.00 | $600.00 |
| Service | 12/27/2024 | Asset Analysis and Recovery: Review and provide extensive revisions to proposed order regarding resolution of disputes between TX and CT (3.0); conference with CRM and JW regarding same (.6) | 3.60 | $750.00 | $2,700.00 |
| Service | 12/27/2024 | Asset Analysis and Recovery: Review correspondence from WC and various draft responses to same (.5); various conferences with CRM and JW regarding same (.4) | 0.90 | $750.00 | $675.00 |
| Service | 12/27/2024 | Claims Administration and Objections: Draft various lengthy emails to mediator C. Mott regarding issues to address at PQPR mediation and background on previous negotiations and case status generally (1.5); conference with CRM and JW regarding same (.5) | 2.00 | $750.00 | $1,500.00 |
| Service | 12/27/2024 | Claims Administration and Objections: Continue to draft, edit, revise trustee's mediation statement for PQPR mediation and to joint statement regarding agreed facts/legal issues for submission to mediator C. Mott (2.3) | 2.30 | $750.00 | $1,725.00 |
| Service | 12/30/2024 | Other Contested Matters: Strategy meeting with trustee's legal team to discuss mediation relating to PQPR and other time sensitive legal issues in case (1.0) | 1.00 | $495.00 | $495.00 |
| Service | 12/30/2024 | Case Administration: Telephone conference with CRM regarding status of various open issues including PQPR, TX/CT agreement and sale related issues (.5) | 0.50 | $750.00 | $375.00 |
| Service | 12/30/2024 | Asset Analysis and Recovery: Continue to draft, edit, revise and discuss motion to sell, FUAC revisions to motion to sell (1.0); conference with C. Murray regarding same (.3) | 1.30 | $750.00 | $975.00 |
| Service | 12/30/2024 | Claims Administration and Objections: Continue to draft, edit, revise mediation materials for PQPR mediation and email same to C. Mott, including joint document regarding agreed facts and legal issues (3.0); conference with S. Lemmon regarding PQPR mediation issues (.9); conference with MD regarding same (.5); respond to C. Mott email regarding mediation (.2) | 4.60 | $750.00 | $3,450.00 |
| Service | 12/30/2024 | Claims Administration and Objections: Continue to draft, edit, revise comments to TX/CT agreement, motion and proposed order and conference with CRM regarding same (1.2) | 1.20 | $750.00 | $900.00 |

Invoice # 27 - 01/10/2025

| Service | 12/31/2024 | Case Administration: Trustee legal team conference call with JW, CRM, and MD to discuss status of TX/CT 9019, status of FUAC providing draft APA, and PQPR mediation materials/memos and other issues for mediation (1.0) | 1.00 | $750.00 | $750.00 |
|---------|------------|---|------|---------|---------|

|  |  |  | **Services Subtotal** | **$179,864.50** |
|--|--|--|---|---|

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 12/05/2024 | Travel: Southwest Airlines - Flight to Denver | 1.00 | $488.98 | $488.98 |
| Expense | 12/05/2024 | Travel: Uber to Airport (AUS) | 1.00 | $81.19 | $81.19 |
| Expense | 12/05/2024 | Travel: Travel Meal (AUS Airport) | 1.00 | $38.17 | $38.17 |
| Expense | 12/05/2024 | Travel: Uber to Hotel with JW (DEN) | 1.00 | $180.68 | $180.68 |
| Expense | 12/05/2024 | Travel: Hotel (DEN) - 1 night | 1.00 | $137.02 | $137.02 |
| Expense | 12/06/2024 | Travel: Travel Meal w/ JW (DEN) | 1.00 | $38.60 | $38.60 |
| Expense | 12/06/2024 | Travel: United Flight (DEN to IAH) | 1.00 | $449.62 | $449.62 |
| Expense | 12/06/2024 | Travel: Uber from drop off of JW to home from airport | 1.00 | $17.67 | $17.67 |
| Expense | 12/07/2024 | Parking: Downtown - weekend parking for meeting at PH | 1.00 | $10.00 | $10.00 |
| Expense | 12/08/2024 | Parking: Downtown - weekend parking for meeting at PH | 1.00 | $10.00 | $10.00 |
| Expense | 12/09/2024 | Working Meal: Trial Team Food | 1.00 | $155.88 | $155.88 |
| Expense | 12/09/2024 | Travel: Two Uber rides to and from courthouse to assist counsel. | 1.00 | $10.22 | $10.22 |
| Expense | 12/09/2024 | Travel: Transport costs relating to preparation and attendance of the hearing on the motion to sell FSS assets | 1.00 | $60.34 | $60.34 |
| Expense | 12/09/2024 | Parking: Parking at PH for meeting and hearing (weekday full day) | 1.00 | $45.00 | $45.00 |
| Expense | 12/09/2024 | Postage/Copies: Copies/Postage - Mailout for Application to Employ Harney Partners as Financial Advisor to the CH 7 Trustee ECF Docket Reference No. 960 | 1.00 | $684.89 | $684.89 |
| Expense | 12/10/2024 | Travel: Travel cost to attend the hearing on motion to sell FSS assets | 1.00 | $27.78 | $27.78 |
| Expense | 12/10/2024 | Travel: Transport costs relating to preparation and | 1.00 | $66.94 | $66.94 |

Invoice # 27 - 01/10/2025

| | | attendance of the hearing on the motion to sell FSS assets | | | |
|---|---|---|---|---|---|
| Expense | 12/10/2024 | Working Meal: Food expense for legal team attending the hearing on the motion to sell FSS assets | 1.00 | $144.08 | $144.08 |
| Expense | 12/10/2024 | Travel: Uber to Courthouse and back for continued hearing | 1.00 | $54.22 | $54.22 |

| | |
|---|---|
| **Expenses Subtotal** | **$2,701.28** |
| **Subtotal** | **$182,565.78** |
| **Total** | **$182,565.78** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5 | 08/21/2024 | $87,679.18 | $0.00 | $87,679.18 |
| 9 | 09/11/2024 | $75,430.73 | $0.00 | $75,430.73 |
| 10 | 10/10/2024 | $76,454.50 | $0.00 | $76,454.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27 | 02/09/2025 | $182,565.78 | $0.00 | $182,565.78 |

| | |
|---|---|
| **Outstanding Balance** | **$422,130.19** |
| **Total Amount Outstanding** | **$422,130.19** |

Please make all amounts payable to: Jones Murray LLP

Please pay within 30 days.

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| Debtor. | § | |

**EIGHTH MONTHLY FEE STATEMENT OF**
**JONES MURRAY LLP AS BANKRUPTCY COUNSEL**
**FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | January 1, 2025 through January 31, 2025 |
| **Interim Fees Incurred:** | **$151,990.50** |
| **Interim Payment of Fees Requested (80%):** | **$121,592.40** |
| **Interim Expenses Incurred:** | **$0.00** |
| **Total Fees and Expenses Due:** | **$121,592.40** |

This is the Eighth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Eight Monthly Fee Statement (the "Fee Statement") for the period from January 1, 2025 through January 31, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [pending, motion filed at Docket No. 757] (the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $151,90.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from January 1, 2025 through January 31, 2025. Eighty percent (80%) of the fees equals $121,592.40 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested amount of $121,592.40.

Summaries of the calculations for these fees by project category is attached hereto as **Exhibit 1**. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 2**. JM's invoice for the Application Period is attached hereto as **Exhibit 3**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $121,592.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 for a total amount of $121,592.40.

Dated: February 10, 2025

Respectfully submitted,

**JONES MURRAY LLP**
_/s/ Jacqueline Q. Chiba_
Jacqueline Q. Chiba
Texas Bar No. 24116899
jackie@jonesmurray.com
Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999
**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 10, 2025.

_/s/ Jacqueline Q. Chiba_
Jacqueline Q. Chiba

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 60.9 | $124,123.50 |
| Asset Disposition | 1.4 | $646.00 |
| Assumption/Rejection of Leases and Contracts | 3.2 | $6,816.00 |
| Case Administration | 10.4 | $19,425.00 |
| Claims Administration and Objections | 24.2 | $6,946.50 |
| Fee/Employment Applications | 6.5 | $19,333.50 |
| Other Contested Matters | 106.1 | $2,574.00 |
| **TOTAL** | **212.7** | **$179,864.50** |

## EXHIBIT 2

**SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $775.00 | 162.3 |
| Jacqueline Q. Chiba, *Associate* | $520.00 | 50.4 |
| **TOTAL** | | **212.7** |

**EXHIBIT 3**

**INVOICE**

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/02/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Conduct legal research into limitations for extension under various provisions of 11 U.S.C. 365 (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/02/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Draft motion to extend 365(d)(1) deadline and proposed order (0.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.80h | $520.00 | - | $416.00 |
| 01/02/2025 | 🕐 | Asset Analysis and Recovery: Begin creating an asset spreadsheet to analyze full list of post-conversion assets (1.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.60h | $520.00 | - | $832.00 |
| 01/02/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Various emails and conference with J. Chiba regarding motion to extend 365 deadlines (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/02/2025 | 🕐 | Case Administration: Weekly team call with Trustee legal team (.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| 01/02/2025 | 🕐 | Claims Administration and Objections: Travel to Austin for mediation, conference with C. Murray and discuss status of various pending issues and projects (3.0) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.00h | $775.00 | - | $2,325.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 01/02/2025 | 🕐 | Claims Administration and Objections: Meeting with C. Murray to prepare for mediation and review terms of proposed settlement (1.2); review pleadings, pre-mediation statement, other materials relating to lien and claims to be released (1.9)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.10h | $775.00 | - | $2,402.50 |
| 01/02/2025 | 🕐 | Asset Analysis and Recovery: Call with C. Murray regarding sale process, PQPR, and Evergreen update (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/02/2025 | 🕐 | Asset Analysis and Recovery: Email A. Mosheberg regarding extension of time for appellate briefing and various reponses to same (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/03/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Email to J. Chiba regarding follow up on executory contract motion (.1); review various emails in response to same and provide comments to draft motion (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/03/2025 | 🕐 | Claims Administration and Objections: Pre-mediation meeting | 00040-Christopher Murray, Chapter 7 Trustee | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | with C. Murray (.6)<br>🔵 Unbilled | In re Alexander E. Jones | | | | | |
| 01/03/2025 | 🕐 | Claims Administration and Objections: Return travel to Houston from mediation, included finalizing 9019 motion and order for filing and various calls with team over next steps (3.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.00h | $775.00 | - | $2,325.00 |
| 01/03/2025 | 🕐 | Claims Administration and Objections: Represent Trustee at mediation with PQPR (6.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 6.20h | $775.00 | - | $4,805.00 |
| 01/03/2025 | 🕐 | Fee/Employment Applications: Review various emails from J. Chiba regarding status of N&N employment and invoice and respond to same (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 01/03/2025 | 🕐 | Asset Analysis and Recovery: Review and respond to various emails with B. Schleizer regarding operations issues, landlord/lease issues (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/04/2025 | 🕐 | Asset Analysis and Recovery: Review various emails regarding status of other inquiries, including FUAC (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| | | | | | **212.70h**<br>0.00h | | **$0.00** | **$151,990.50**<br>212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 01/05/2025 | 🕐 | Claims Administration and Objections: Review revisions to CT/TX deal, review internal emails and discussions with Trustee team regarding same (.6) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| 01/05/2025 | 🕐 | Asset Analysis and Recovery: Review various emails regarding potential sale process (.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/05/2025 | 🕐 | Asset Analysis and Recovery: Lengthy strategy dicussion with C. Murray regarding status of various issues including PQPR, CT/TX settlement, ESG settlement, sale of FSS assets, personal property/ non-exempt (1.9) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.90h | $775.00 | - | $1,472.50 |
| 01/06/2025 | 🕐 | Other Contested Matters: Review motion to settle PQPR dispute and proposed order (0.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $520.00 | - | $260.00 |
| 01/06/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Revise and finalize the motion to extend trustee's deadline to assume or reject under 365(d)(1) and proposed order (0.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/06/2025 | 🕐 | Asset Analysis and Recovery: Complete asset analysis spreadsheet (2.3) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 2.30h | $520.00 | - | $1,196.00 |
| | | | | | 212.70h | | $0.00 <br> 0.00h | $151,990.50 <br> 212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 01/06/2025 | 🕐 | Case Administration: Conference with C. Murray and J. Wolfshohl regarding FINCEN reporting (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| 01/06/2025 | 🕐 | Claims Administration and Objections: Review email from J. Tinkham regarding appeal and discuss same with C. Murray and J. Wolfshohl (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/06/2025 | 🕐 | Asset Analysis and Recovery: Review framework for potential sale process with Trustee team (.5); conference with C. Murray regarding same (.7); conference call and work session with J. Wolfshohl and M. Dearman regarding potential approach to sale process (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.70h | $775.00 | - | $1,317.50 |
| 01/06/2025 | 🕐 | Asset Analysis and Recovery: Review and revise draft stipulation and agreed order regarding appellate deadlines (.3); circulate to team internally (.1); respond to AM with Trustee revisions (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/06/2025 | 🕐 | Asset Analysis and Recovery: Follow up conference with J. Chiba regarding exemption analysis (1.0) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 01/06/2025 | 🕐 | Asset Analysis and Recovery: Call with CT counsel regarding sale process, PQPR lien and settlement, and potential settlement with TX (.9); conference with C. Murray regarding same (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| 01/07/2025 | 🕐 | Asset Disposition: Discussion with C. Murray regarding strategy for asset sale and current status of purchase offers (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/07/2025 | 🕐 | Claims Administration and Objections: Review communications and documents to evaluate state of ch11 admin fees (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/07/2025 | 🕐 | Fee/Employment Applications: Review order on interim compensation procedures (0.2); begin drafting first interim fee notice for N&N (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.70h | $520.00 | - | $364.00 |
| 01/07/2025 | 🕐 | Fee/Employment Applications: Draft and send detailed correspondence to Harney Partners regarding the interim fee procedures (0.5) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $520.00 | - | $260.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 01/07/2025 | 🕐 | Fee/Employment Applications: Draft and send detailed correspondence to N&N regarding the interim fee procedures (0.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $520.00 | - | $208.00 |
| 01/07/2025 | 🕐 | Case Administration: Conference call with Trustee legal team regarding sale process and current operations (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/07/2025 | 🕐 | Case Administration: Conference with N. Santana regarding documents turned over by AEJ, including tax returns (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/07/2025 | 🕐 | Claims Administration and Objections: Conference with C. Murray regarding claims, administrative expenses and taxes (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/07/2025 | 🕐 | Fee/Employment Applications: Review and respond to various emails wth J. Chiba regarding N&N employment status and procedures for compensation (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 01/07/2025 | 🕐 | Asset Analysis and Recovery: Call | 00040-Christopher Murray, | Erin Jones | 0.70h | $775.00 | - | $542.50 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | with CT counsel and Trustee legal team (.7)<br>🔵 Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | | | | | |
| 01/07/2025 | 🕐 | Asset Analysis and Recovery: Call with J. Wolfshohl and C. Murray regarding call with W. Cicack (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/07/2025 | 🕐 | Asset Analysis and Recovery: Continue to review documents and assets needed for turnover (1.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.80h | $775.00 | - | $1,395.00 |
| 01/08/2025 | 🕐 | Asset Analysis and Recovery: Additional research and analysis into qualifications for a homestead exemption in the context of a qualified trust (4.0); draft and send detailed email providing assessment to E. Jones, M. Dearman, and K. Starling (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 4.30h | $520.00 | - | $2,236.00 |
| 01/08/2025 | 🕐 | Other Contested Matters: Additional legal research on trust formation and requirements under Texas law (0.8); strategy discussion with E. Jones regarding same (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 01/08/2025 | 🕐 | Case Administration: Conference with C. Murray regarding FINCEN reporting (.2) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| | | | | | **212.70h**<br>0.00h | | **$0.00** | **$151,990.50**<br>212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🕐 Unbilled | | | | | | |
| 01/08/2025 | 🕐 | Claims Administration and Objections: Conference with C. Murray regarding sales tax issues (.8); conference with C. Murray, J. Wolfshohl and M. Dearman regarding same and revisions to CT/TX settlement (.6); continue to draft revisions to CT/TX settlement including internal conference with Trustee legal team (4.0)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 4.00h | $775.00 | - | $3,100.00 |
| 01/08/2025 | 🕐 | Asset Analysis and Recovery: Various messages with JJP regarding settlement with ESG (.2); conference with C. Murray regarding same (.5); draft proposal regarding same (.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.90h | $775.00 | - | $697.50 |
| 01/08/2025 | 🕐 | Asset Analysis and Recovery: Review status of responses from Evergreen counsel and conference with C. Murray regarding same (.4)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 01/09/2025 | 🕐 | Asset Analysis and Recovery: Review the Tranzon employment application, attached agreements, and court order to evaluate and consider the strategy for a sale of certain personal property and real property assets (0.9)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.90h | $520.00 | - | $468.00 |
| | | | | | 212.70h | | $0.00 0.00h | $151,990.50 212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/09/2025 | 🕐 | Case Administration: Draft notice of hearing on the motion to extend section 365(d)(1) deadline (0.4) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $520.00 | - | $208.00 |
| 01/09/2025 | 🕐 | Claims Administration and Objections: Conference call with J. Tinkham regarding appeals (.7); email to Trustee legal team regarding same and brief various issues relating to same (1.6) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.30h | $775.00 | - | $1,782.50 |
| 01/09/2025 | 🕐 | Claims Administration and Objections: Call from S. Lemmon regarding status of PQPR 9019 motion and status conference set for January 13 (.4); review and respond to S. Robert's email regarding same (.1); email Trustee legal team regarding same (.1) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| 01/09/2025 | 🕐 | Asset Analysis and Recovery: Begin to draft, edit, revise ESG settlement motion, proposed order (4.5); email to C. Djang and E. Kennedy regarding proposal for turnover and conference with C. Murray regarding same (.2) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 4.70h | $775.00 | - | $3,642.50 |
| 01/09/2025 | 🕐 | Asset Analysis and Recovery: Telephone conference with M. Dearman regarding claimed homestead exemption (.7) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $775.00 | - | $542.50 |
| | | | | | 212.70h | | $0.00 0.00h | $151,990.50 212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 01/10/2025 | 🕐 | Fee/Employment Applications: Revise and finalize 1st interim fee statement for N&N (0.6) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Jacqueline Chiba | 0.60h | $520.00 | - | $312.00 |
| 01/10/2025 | 🕐 | Other Contested Matters: Review and consider email from E. Jones regarding appellate litigation strategy and issues (0.4) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $520.00 | - | $208.00 |
| 01/10/2025 | 🕐 | Asset Analysis and Recovery: Various emails exchanged with members of trustee's legal team discussing objection to exemption deadline and related strategies (0.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Jacqueline Chiba | 0.20h | $520.00 | - | $104.00 |
| 01/10/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Review and respond to J. Chiba email regarding service and notice (.1) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 01/10/2025 | 🕐 | Fee/Employment Applications: Draft and finalize 7th monthly fee invoice for JM, draft and circulate for review and approval for filing (2.0) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| 01/10/2025 | 🕐 | Asset Analysis and Recovery: | 00040-Christopher Murray, | Erin Jones | 4.60h | $775.00 | - | $3,565.00 |
| | | | | | **212.70h** | | **$0.00** <br> 0.00h | **$151,990.50** <br> 212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Draft proposed order and circulate to Trustee legal team internally for comment (1.9); review C. Murray comments and revise per same (.5); circulate to JJP for comment and review (.3); draft stipulation and agreed order between ESG and CMC to dismiss each other from the ESG adversary (1.1); telephone call with JJP (.3); conference with C. Murray regarding same (.5)<br>🔵 Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | | | | | |
| 01/10/2025 | 🕐 | Asset Analysis and Recovery: Review and respond to various emails regarding funds held in DIP account (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/10/2025 | 🕐 | Asset Analysis and Recovery: Review various emails regarding property exemptions (.4); forward stipulation on extension to S. Jordan paralegal (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/12/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Conference with J. Wolfshohl and C. Murray to prepare for hearing on 365 motion and other housekeeping issues (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/13/2025 | 🕐 | Case Administration: Hearing on | 00040-Christopher Murray, | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 365 motion and other status (.7); conference with C. Murray and J. Wolfshohl regarding same (.3) ● Unbilled | Chapter 7 Trustee In re Alexander E. Jones | | | | | |
| 01/13/2025 | 🕐 | Case Administration: Review and respond to email from L. Butler regarding rent payment and conference with C. Murray regarding same (.4); Email to B Schleizer, J. Shulse and C. Murray regarding status of payment of rent (.1); call with L. Butler regarding status of all things for sale timing of need for use of facility (.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/13/2025 | 🕐 | Asset Analysis and Recovery: Review schedules A, B, C regarding property for turnover (1.9); conference with C. Murray regarding same (.5); email to S. Jordan to set time to talk about turnover of non-exempt assets and other issues relating to amendment of schedules (.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.90h | $775.00 | - | $2,247.50 |
| 01/13/2025 | 🕐 | Asset Analysis and Recovery: Email with W. Cicack regarding time to talk regarding dismissal of ESG and various emails regarding same (.3) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/14/2025 | 🕐 | Case Administration: Follow up | 00040-Christopher Murray, | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **212.70h** | | **$0.00** 0.00h | **$151,990.50** 212.70h |

13/28

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | with L. Butler regarding payment of January rent to FSS landlord (.5)  ● Unbilled | Chapter 7 Trustee In re Alexander E. Jones | | | | | |
| 01/14/2025 | 🕐 | Asset Analysis and Recovery: Conference with W. Cicack regarding R41 dismissal in connection with ESG settlement (.2)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/14/2025 | 🕐 | Asset Analysis and Recovery: Review various emails between N. Santana and S. Jordan's assistant regarding documents needed and conference with C. Murray regarding same (.3)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/15/2025 | 🕐 | Asset Analysis and Recovery: Continue to draft, edit, revise ESG 9019 motion (2.1); review and circulate dismissal order and various emails with JJP and WC regarding same (1.0)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.10h | $775.00 | - | $2,402.50 |
| 01/15/2025 | 🕐 | Other Contested Matters: Review various emails from AEJ counsel regarding depositions (.2); conference call with J. Wolfshohl regarding same (.3); conference with C. Murray regarding same (.4); begin to review motion to reconsider (.8)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.70h | $775.00 | - | $1,317.50 |
| | | | | | **212.70h** | | **$0.00** 0.00h | **$151,990.50** 212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/16/2025 | 🕐 | Other Contested Matters: Strategy meeting and status updates with trustee's legal team to discuss pending 9019 motions, objections, and other related issues (0.9)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.90h | $520.00 | - | $468.00 |
| 01/16/2025 | 🕐 | Other Contested Matters: Draft the notice of hearing for the pending motions to settle at Docket Nos. 1005, 1011, and 1018 (0.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/16/2025 | 🕐 | Case Administration: Trustee legal team meeting regarding pending settlements and request by AEJ for depositions and preparation for hearing and other case administration issues (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/16/2025 | 🕐 | Asset Analysis and Recovery: Continue to draft, edit, revise ESG settlement and propoed order and circulate to team for final review (1.5); conference with JJP regarding same (.5); draft revisions based on discussions with JJP (.5); conference with C. Murray regarding same (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.80h | $775.00 | - | $2,170.00 |
| 01/16/2025 | 🕐 | Other Contested Matters: Conference with C. Murray regarding discovery and deposition request from AEJ and claimed | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

02/10/2025
8:25 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | basis for same (.5)<br>🔵 Unbilled | | | | | | |
| 01/16/2025 | 🕐 | Other Contested Matters: Begin review of legal arguments presented by B. Broocks regarding pending appeals (2.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| 01/17/2025 | 🕐 | Case Administration: Review case docket to check on status of various open/pending motions (0.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.10h | $520.00 | - | $52.00 |
| 01/17/2025 | 🕐 | Other Contested Matters: Strategy discussion with E. Jones regarding the upcoming hearing on the motion to settle with CT and TX families (0.2); review the motion to settle with CT and TX and related proof of claims and their attachments (3.4); review trial court and appellate court case dockets and pleadings filed therein related to the CT Families litigation and procedural history to prepare for hearing on the motion to settle (4.2); prepare comprehensive report on the CT Families litigation and appeals (1.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 9.10h | $520.00 | - | $4,732.00 |
| 01/17/2025 | 🕐 | Other Contested Matters: Meeting with J. Wolfshohl and C. Murray to prepare for hearings on 9019 | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 7.80h | $775.00 | - | $6,045.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | motions (4.0); prepare analysis of pending claim related litigation and appeals (1.8); conference with JC regarding same (.5); and conference with C. Murray regarding same (.3); prepare summary of all pending bankruptcy litigation resolved through all proposed settlements (1.2)  ● Unbilled | | | | | | |
| 01/17/2025 | 🕐 | Other Contested Matters: Prepare analysis of pending claim related litigation and appeals (1.5); conference with JC regarding same (.5); and conference with C. Murray regarding same (.3)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.30h | $775.00 | - | $1,782.50 |
| 01/18/2025 | 🕐 | Other Contested Matters: Revise and finalize the report on the CT families litigation (0.8); review the case dockets and pleadings filed in the state court suits for the TX families to evaluate case and appellate status (4.5); create comprehensive report of assessment in preparation of hearing on the motion to settle with TX and CT (2.3)  ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 7.60h | $520.00 | - | $3,952.00 |
| 01/19/2025 | 🕐 | Other Contested Matters: Conference with C. Murray and J. Wolfshohl regarding preparation in upcoming week for hearings on | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.80h | $775.00 | - | $1,395.00 |
| | | | | | **212.70h** | | **$0.00** | **$151,990.50** |
| | | | | | | | 0.00h | 212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | settlements, deposition, responding to discovery, sale hearing, reply brief, responses and objections anticipated (1.0); continue to prepare witness/exhibit lists for settlement motions (.8)  🔵 Unbilled | | | | | | |
| 01/20/2025 | 🕐 | Other Contested Matters: Consider potential exhibits and evidentiary burden to prepare witness & exhibit list for the motion to settle with ESG (0.9); draft witness and exhibit list (0.3)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.20h | $520.00 | - | $624.00 |
| 01/20/2025 | 🕐 | Case Administration: Weekly team call with Trustee legal team (.5)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/20/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding hearing preparation (.9); continue to prepare ESG and PQPR witness and exhibit lists and proffers (5.0)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 5.90h | $775.00 | - | $4,572.50 |
| 01/21/2025 | 🕐 | Case Administration: Trustee legal team meeting (1.0)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/21/2025 | 🕐 | Other Contested Matters: Prepare with team for hearings on settlements, including preparation of witness/exhibit lists and | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 13.10h | $775.00 | - | $10,152.50 |
| | | | | | **212.70h** | | **$0.00** 0.00h | **$151,990.50** 212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|-------------------|---------------|
| | | demonstrative exhibits and preparation for C. Murray deposition (6.8); continue to work through revisions to 9019 proposed order and various conferences regarding same (2.0); review motion to continue and objection filed by AEJ and conference with Trustee legal team regarding same (1.3); begin working on outline for reply briefs and continue to evaluate legal arguments (1.0); continue to work on PQPR and ESG witness exhibit lists and proffers (1.4); draft CNO's for proposed settlements not objected to (.5) <br> 🔵 Unbilled | | | | | | |
| 01/22/2025 | 🕐 | Other Contested Matters: Review various communications between E. Jones, J. Wolfshohl relating to trustee's deposition (0.2); evaluate the objection and various witness and exhibits filed by other parties to the motion to settle with the CT families and TX families (1.6); review the debtor's motion to continue said hearing (0.2), the responses filed in regards to same (0.5), and the Court's order relating to continuance of the hearing (0.1) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Jacqueline Chiba | 2.60h | $520.00 | - | $1,352.00 |
| 01/22/2025 | 🕐 | Other Contested Matters: Conference with C. Murray to prepare for deposition (1.0); | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 9.70h | $775.00 | - | $7,517.50 |
| | | | | | **212.70h** | | **$0.00** <br> 0.00h | **$151,990.50** <br> 212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | represent C. Murray at deposition that AEJ counsel canceled but was cross noticed by other parties (.5); finalize and file witness and exhibit lists for PQPR and ESG motions and CNO's (1.2); review responses to requests for documents from AEJ (2.1); review and respond to 1st and 2nd motions for continuance filed by AEJ and CT/TX response to same (1.0); continue to prepare for hearing on settlements (2.0) review order re-setting hearing (.4); call JJP regarding same (.2); call S. Lemmon regarding same (.2); conference with R. Saldana regarding potential conflicts with scheduling and conference with J. Wolfshohl regarding same (.5); conference with C. Murray regarding same (.6)<br>🔵 Unbilled | | | | | | |
| 01/23/2025 | 🕐 | Other Contested Matters: Various conferences with C. Murray (2.0) and C. Murray and J. Wolfshohl (.5) regarding hearings on proposed settlements and continue to review materials in preparation for same (1.0); call with J. Wolfshohl regarding timing/schedule (.2); review and respond to S. Lemmon regarding hearing on settlements (.1); various emails with R. Saldana regarding hearing on settlements (.4); review and | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.40h | $775.00 | - | $3,410.00 |
| | | | | | **212.70h**<br>0.00h | | **$0.00** | **$151,990.50**<br>212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | respond to emails with M. Dearman regarding remaining litigation claims (.2) <br> 🔵 Unbilled | | | | | | |
| 01/24/2025 | 🕐 | Asset Analysis and Recovery: Various conferences with JC regarding discovery relating to non-exempt assets and email outline relating to same (2.1) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 2.10h | $775.00 | - | $1,627.50 |
| 01/24/2025 | 🕐 | Asset Analysis and Recovery: Various conferences with K. Nicolaou regarding financial analyses needed for evaluation of claims (1.0) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/24/2025 | 🕐 | Asset Analysis and Recovery: Various conferences relating to disclosures in personal chapter 7 case relating to assets, liabilities and statement of financial affairs (2.0) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| 01/24/2025 | 🕐 | Other Contested Matters: Conference with S. Lemmon regarding sale hearing and upcoming settlement hearing (.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/24/2025 | 🕐 | Other Contested Matters: Draft letter regarding appellate proceedings to J. Wolman (.7) | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.70h | $775.00 | - | $542.50 |
| | | | | | **212.70h** | | **$0.00** <br> 0.00h | **$151,990.50** <br> 212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | | |
| 01/26/2025 | 🕐 | Other Contested Matters: Review letter from B. Broocks and conference with team regarding same (.7)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.70h | $775.00 | - | $542.50 |
| 01/27/2025 | 🕐 | Other Contested Matters: Review and evaluation of the AEJ related entities, trusts and their related formation documents, and professionals as part of discovery analysis (6.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 6.50h | $520.00 | - | $3,380.00 |
| 01/27/2025 | 🕐 | Case Administration: Meeting with trustee's legal team to discuss current status of potential sales and strategy for pending disputes (1.0)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 01/27/2025 | 🕐 | Case Administration: Conference with C. Murray regarding B. Broocks letter, sale process, claims, pending settlements (.8); conference with C. Murray and J. Wolfshohl regarding same (.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| 01/27/2025 | 🕐 | Asset Analysis and Recovery: Review and provide comments to draft sale procedure motion and conference with legal team regarding same (2.0) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 01/27/2025 | 🕐 | Other Contested Matters: Prepare and participate in Trustee legal team call regarding reply brief to objection to 9019 and various issues relating to appellate issues (1.0)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 01/28/2025 | 🕐 | Other Contested Matters: Continue evaluation of entities, trusts, and professionals to identify current discovery needs and strategy (1.0)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 01/28/2025 | 🕐 | Fee/Employment Applications: Review the interim fee application and fee statement procedures for upcoming deadlines (0.9); confer with E. Jones regarding same (0.1)<br><br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 01/28/2025 | 🕐 | Asset Analysis and Recovery: Review various messages from C. Murray regarding operations, sale process, and conference with J. Wolfshohl and C. Murray regarding same (.5); conference with literary agent regarding book contracts (1.0); conference with C. Murray regarding same (.3); review book contracts (1.5); conference with trustee legal team and sales team regarding sale process (.4); various messages with J. | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.10h | $775.00 | - | $3,177.50 |
| | | | | | **212.70h**<br>0.00h | | **$0.00** | **$151,990.50**<br>212.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | Magguuhl regarding book contracts (.2); various messages with T. Lyons regarding book contracts (.2)<br>● Unbilled | | | | | | |
| 01/28/2025 | 🕐 | Other Contested Matters: Various messages with J. Wolfshohl regarding discussions with B. Broocks and conference with C. Murray regarding same (.8)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.80h | $775.00 | - | $620.00 |
| 01/28/2025 | 🕐 | Other Contested Matters: Review B. Broocks email and conferences with J. Wolfshohl and C. Murray regarding representations made (.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/28/2025 | 🕐 | Other Contested Matters: Review new adversary proceeding from removed case and determine status of receivership proceedings (.2)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 01/28/2025 | 🕐 | Other Contested Matters: Continue to review legal bases for AEJ objection to proposed settlement (2.2)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.20h | $775.00 | - | $1,705.00 |
| 01/29/2025 | 🕐 | Fee/Employment Applications: Review various employment orders relating to the professionals | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| | | | | | 212.70h | | $0.00<br>0.00h | $151,990.50<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | retained in the case (0.3)<br>● Unbilled | | | | | | |
| 01/29/2025 | 🕐 | Fee/Employment Applications: Draft notice of rate increase for 2025 (0.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $520.00 | - | $260.00 |
| 01/29/2025 | 🕐 | Asset Disposition: Review draft motion to set bid procedures and proposed order (1.0)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 01/29/2025 | 🕐 | Other Contested Matters: Review notice of deposition filed by the debtor regarding deposition scheduled for Feb 3, 2025 (0.2); confer with E. Jones regarding same (0.1)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 01/29/2025 | 🕐 | Asset Analysis and Recovery: Various emails regarding new appellate proceeding deadlines (.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 01/29/2025 | 🕐 | Asset Analysis and Recovery: Extended conference with C. Murray and J. Wolfshohl regarding operations issues and sales in new entity (.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 01/29/2025 | 🕐 | Asset Analysis and Recovery: Continue to review issues relating | 00040-Christopher Murray, Chapter 7 Trustee | Erin Jones | 1.40h | $775.00 | - | $1,085.00 |
| | | | | | **212.70h**<br>0.00h | | **$0.00** | **$151,990.50**<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | to book contracts (1.4)<br>🔵 Unbilled | In re Alexander E. Jones | | | | | |
| 01/29/2025 | 🕐 | Other Contested Matters: Extended work session with Trustee legal team regarding responses to discovery and preparation for hearing on settlements and preparation of witness outlines (7.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 7.00h | $775.00 | - | $5,425.00 |
| 01/30/2025 | 🕐 | Other Contested Matters: Review the notices of deposition and request for documents from the Sandy Hook families filed by the debtor (0.2); review the joint objection filed by the Sandy Hook families in response to the debtor's discovery and deposition notices (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $520.00 | - | $208.00 |
| 01/30/2025 | 🕐 | Asset Disposition: Review FUAC's request for status conference regarding sale of assets (0.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.10h | $520.00 | - | $52.00 |
| 01/30/2025 | 🕐 | Other Contested Matters: Review and respond to certificate of notice and respond to various emails with various parties asking about scope of status conference (.6); email R. Saldana regarding same (.2); prepare notice of status conference on settlement motions | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.20h | $775.00 | - | $930.00 |
| | | | | | 212.70h<br>0.00h | | $0.00 | $151,990.50<br>212.70h |

# Activities Export

02/10/2025
8:25 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | and file same (.4)<br>● Unbilled | | | | | | |
| 01/30/2025 | 🕐 | Other Contested Matters: Review notice of state court appeals filed by AEJ and conference with Trustee legal team regarding same (1.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.50h | $775.00 | - | $1,162.50 |
| 01/30/2025 | 🕐 | Other Contested Matters: Continue to prepare for status conference with legal team (3.6); review W. Cicack request for hearing and conference with C. Murray and J. Wolfshohl regarding same (.5); review joint objection of CT/TX and conference with C. Murray and J. Wolfshohl regarding same (.3); prepare additional talking points and outline for status conference (1.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 5.90h | $775.00 | - | $4,572.50 |
| 01/31/2025 | 🕐 | Other Contested Matters: Observe status conference regarding upcoming hearing on motion to compromise with the TX and CT families (0.7)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.70h | $520.00 | - | $364.00 |
| 01/31/2025 | 🕐 | Other Contested Matters: Conference with C. Murray and J. Wolfshohl regarding hearing/status issues (.8); represent Trustee at status conference (.9); post- | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.90h | $775.00 | - | $2,247.50 |
| | | | | | 212.70h<br>0.00h | | $0.00 | $151,990.50<br>212.70h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | hearing meeting with C. Murray and J. Wolfshohl (.8); conference with M. Dearman regarding same (.4)<br>🔵 Unbilled | | | | | | |
| 01/31/2025 | 🕐 | Other Contested Matters: Conference with A. Moshenberg and K. Kimpler regarding status of discovery to their respective clients (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 01/31/2025 | 🕐 | Other Contested Matters: Trustee legal team meeting on various matters to prepare for hearing on settlement (1.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.50h | $775.00 | - | $1,162.50 |
| 01/31/2025 | 🕐 | Other Contested Matters: Call with K. Kimpler regarding state court appeals and potential revisions to proposed settlement order regarding same (.5); conference with C. Murray and J. Wolfshohl regarding same (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.80h | $775.00 | - | $620.00 |
| 01/31/2025 | 🕐 | Other Contested Matters: Continue to prepare for hearing on settlement, including addressing Court's comments at status conference (3.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.00h | $775.00 | - | $2,325.00 |
| | | | | | **212.70h** | | **$0.00**<br>0.00h | **$151,990.50**<br>212.70h |

**EXHIBIT 4**
**PROJECT CATEGORY TABLE**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 295.7 | $214,889.00 |
| Asset Disposition | 93.2 | $65,124.00 |
| Assumption/Rejection of Leases and Contracts | 3.2 | $2,123.00 |
| Case Administration | 26.8 | $18,663.00 |
| Claims Administration and Objections | 58.9 | $44,193.50 |
| Fee/Employment Applications | 28.4 | $18,938.00 |
| Relief from Stay Proceedings | 5.2 | 2,574.00 |
| Other Contested Matters | 184.3 | $108,585.50 |
| **TOTAL** | **695.7** | **$475,090.00** |