# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| | § |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) |
| | § |
| Debtor. | § |
| | § |
| | § |

**SUMMARY COVERSHEET TO THE FIRST INTERIM FEE APPLICATION OF N&N FORENSICS, LLC, AS IT PROFESSIONAL FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 4, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**

| | | |
|---|---|---|
| **Name of Applicant:** | N&N Forensics, LLC | |
| **Applicant's Roles in Case:** | IT Professional for the Chapter 7 Trustee, Christopher R. Murray | |
| **Date Order of Appointment Signed:** | January 20, 2025 [DE 1020], with effective retention date of September 4, 2024 | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 09/04/2024 | 01/31/2025 |
| **Time period(s) covered by prior Applications:** | N/A | N/A |
| **Total Amounts awarded in all prior Applications:** | | N/A |
| **Total fees requested in this Application and all prior Applications:** | | $81,450.00[1] |
| **Total fees requested in this Application:** | | $81,450.00 |
| **Total professional fees requested in this Application:** | | $81,450.00 |
| **Total actual professional hours covered by this Application:** | | 325.8 |
| **Average hourly rate for professionals:** | | $250.00 |
| **Total paraprofessional fees requested in this Application:** | | N/A |

---

[1] N&N's *First Interim Fee Statement* [DE 1009] contained an inadvertent calculation error reflected in the supporting invoice "202410-AJ1" attached thereto as "Exhibit 1". A time entry of 4.5 hours at the hourly rate of $250 was miscalculated as $1,012.50 instead of $1,125.00. The *First Interim Fee Statement* also omitted $0.50 from the total fees requested by mistake. N&N has increased the total fees requested in this Application by $113.00 to correct the understatements.

| | |
|---|---|
| **Total paraprofessional hours covered by this Application:** | N/A |
| **Average hourly rate for paraprofessionals:** | N/A |
| **Reimbursable expenses sought in this Application:** | $8,562.59 |
| **Application Cost (estimated; not included in above fees):** | N/A |
| **Total of other payments paid to secured claimants** | $0.00[2] |
| **Total of other payments paid to administrative claimants** | $14,332,165.00[3] |
| **Estimated Total for distribution to priority unsecured creditors** | Undetermined |
| **Estimated percentage dividend to priority unsecured creditors** | Undetermined |
| **Estimated total for distribution to general unsecured creditors** | Undetermined |
| **Estimated percentage dividend to general unsecured creditors** | Undetermined |
| **Receipts to date in Chapter 7 to date** | $22,924,819.00 [4] |
| **Disbursements to date in Chapter 7 as of January 31, 2025** | $14,332,165.00[5] |
| **Current balance in the Trustee's accounts as of January 31, 2025** | $8,592.654.00 [6] |

[2] Does not include cash FSS ordinary course payments to taxing authorities with statutory liens.

[3] Some amounts estimated with respect to FSS assets. *See* DE 956, 1015, 1021, 1026 in Case No. 22-60043; *see also,* DE 1055 in Case No. 22-33553.

[4] Some amounts estimated with respect to FSS assets. *See* DE 956, 1015, 1021, 1026 in Case No. 22-60043; *see also,* DE 1055 in Case No. 22-33553.

[5] Some amounts estimated with respect to FSS assets. *See* DE 956, 1015, 1021, 1026 in Case No. 22-60043; *see also,* DE 1055 in Case No. 22-33553.

[6] Some amounts estimated with respect to FSS assets. *See* DE 956, 1015, 1021, 1026 in Case No. 22-60043; *see also,* DE 1055 in Case No. 22-33553.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § |
| **ALEXANDER E. JONES,** | § **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |
| | § |
| | § |

**FIRST INTERIM FEE APPLICATION**
**OF N&N FORENSICS, LLC, AS IT PROFESSIONAL FOR THE CHAPTER 7**
**TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM SEPTEMBER 4, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**

---

**This application seeks an order that may adversely affect you. If you oppose the application, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the application and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the application at the hearing.**

**Represented parties should act through their attorney.**

---

**TO THE HONORABLE CHRISTOPHER M. LOPEZ,**
**UNITED STATES BANKRUPTCY JUDGE:**

N&N Forensics, LLC ("**N&N**"), IT Professional for Christopher R. Murray, the Chapter 7

Trustee (the "**Trustee**") for the bankruptcy estate of Alexander E. Jones ("**Jones**" or the "**Debtor**")

files this *First Interim Application for Payment of Compensation and Reimbursement of Expenses*

("**Application**") for the period from September 4, 2024 through and including January 31, 2025

(the "**Application Period**"), and respectfully represents as follows:

**I.**
**JURISDICTION**

1.      N&N submits this Application pursuant to section 330 of title 11 of the United States Code (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "***Bankruptcy Rules***"), and Rule 2016-1 of the Bankruptcy Local Rules (the "***Local Rules***").

2.      The Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is property pursuant to 28 U.S.C. § 1408.

**II.**
**RELIEF REQUESTED**

3.      N&N requests that the Court enter an order: (i) allowing N&N's compensation for professional services to the Trustee rendered during the Application Period in the total amount of **$81,450.00** and reimbursement of actual and necessary expenses incurred by N&N in the amount of **$8,562.59**; and (ii) awarding and ordering payment to N&N for any allowed unpaid amounts from the funds available in the Debtor's estate.

4.      Copies of N&N prior monthly fee statements and the supporting invoices reflecting the requested fees and expenses, are attached to this Application as **Exhibit 1** in support of the relief requested and in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* ("***Interim Compensation Order***")[DE 793]. A summary of expenses is attached as **Exhibit 2**. A summary of time by billing professional is attached as **Exhibit 3**. A summary of services rendered by category is attached as **Exhibit 4.**

## III.
## EMPLOYMENT IN THIS CASE

5.      The Trustee filed an *Application to Employ N&N Forensics, LLC as IT Professional* [DE 871] ("***Employment Application***") on October 10, 2024 after identifying that the Debtor and Free Speech Systems, LLC ("***FSS***")(*i.e.*, the Debtor's wholly owned company) had electronic data/information/records that required collection, review, and evaluation.

6.      The Court entered the *Order Authorizing Employment* at Docket No. 1020 ("***Employment Order***"), with an effective date of employment of September 4, 2024.

7.      Pursuant to the Employment Order, N&N has been securing and collecting electronic data, information, and records related to the Debtor's estate and FSS from various sources, conducting related data analysis, and providing other similar services as appropriate and directed by the Trustee.

## IV.
## PRIOR FEE STATEMENTS

8.      Pursuant to the Interim Compensation Order, N&N has filed two interim fee statements prior to this Application, as set forth below:

| Dkt. | Fee Period | Fees Requested | Expenses | Total Fees (80%) and Expense (100%) Paid | Amount Outstanding |
|------|-----------|----------------|----------|------------------------------------------|--------------------|
| 1009 | 09/04/2024 – 12/31/2024 | $57,037.00 | $8,562.59 | $54,192.19 | $11,407.40 |
| 1077 | 01/01/2025 – 01/31/2025 [10] | $24,300.00 | $0.00 | $19,440.00 | $4,860.00 |

9.      ***First Interim Fee Statement* [DE 1009].** The *First Interim Fee Statement* [DE 1009] was filed on January 10, 2025.

---

[10] *Second Interim Fee Statement* [DE 1077] was filed on 02/10/2025. The objection period has not yet passed as of the date this Application was filed. N&N does not anticipate any objections to its Second Monthly Fee Statement and anticipates that it will receive payment in accordance with the Interim Compensation Order prior to entry of an order approving this Application.  This line reflects receipt of that anticipated payment.

10. The total professional fees requested under the *First Interim Fee Statement* [DE 1009] were represented as $57,037.00, however there were two inadvertent errors with the total fees requested under this first statement.

    i. Error #1: N&N provided 228.6 hours of services during this fee period at an hourly rate of $250. The total requested fees should have been represented as $57,150.00 ($250 x 228.6), but instead was represented as $57,037.00. N&N discovered that this error was caused by a single 4.5 hour time entry that can be found on "Invoice 202410-AJ1"(*see* **Exhibit 1**). This single entry was miscalculated/typoed as $1,012.50 instead of $1,125.00, which caused a $112.50 understatement of the total fees.

    ii. Error #2: Even considering that the entry was miscalculated as $1,012.50, the total fees requested in the *First Interim Fee Statement* [DE 1009] should have said $57,037.**50**, but instead, said $57,037.**00**. This was the second mistake which caused an additional understatement of total fees by $0.50.

    iii. Summary of Misstatement of Amount: In sum, $113.00 in total professional fees were omitted by mistake from the request for compensation under the *First Interim Fee Statement* [DE 1009].

11. No objections were filed to the *First Interim Fee Statement* [DE 1009] within the 10-day objection period. N&N was paid $45,629.60 (80% of total requested fees) and $8,562.59 (100% of the reimbursable expenses) for a total of $54,192.19. The amount of fees withheld from the *First Interim Fee Statement* [DE 1009] was $11,407.40.

12. To be clear, N&N was paid pursuant to the *First Interim Fee Statement* [DE 1009] based on the understated amount since the error was not discovered until later during the preparation of this Application. This Application has included in its request for compensation the missing $113.00 to account for the understatement.

13.     ***Second Interim Fee Statement* [DE 1077].** The *Second Interim Fee Statement* [DE 1077] was filed on February 10, 2025.

14.     N&N requested compensation of $24,300.00 in total professional fees and sought no reimbursement of any expenses incurred. The objection period for the *Second Interim Fee Statement* [DE 1077] has not yet passed as of the date this Application was filed, and thus, N&N has not yet received any payments for fees and expenses requested therein.

## V.
## OVERVIEW OF COMPENSATION REQUESTED

15.     Pat Newton and Duc Nguyen were the N&N professionals providing the services to the Trustee during the Application Period. Pat Newton (319.3 hours) and Duc Nguyen (6.5 hours) provided a total of 325.8 hours in services at their approved hourly rate of $250/hr.

16.     In all, N&N is requesting the interim allowance of **$81,450.00** in professional fees and **$8,562.59** in actual expenses incurred as part of this engagement.

17.     N&N is requesting payment of any unpaid, allowed compensation, including any amounts withheld from prior fee statements, whatever that unpaid amount may be on the date that an order is entered on this Application.

18.     Based on current information and knowledge available, the outstanding amounts due to N&N are expected to be:

- **$11,407.40** – The amount withheld under the *First Interim Fee Statement*.
- **$113.00** – The amount omitted in error from the total fees requested under the *First Interim Fee Statement*.
- **$TBD** – Any unpaid compensation under the *Second Interim Fee Statement* (the 10-day objection period is currently pending as of the time this Application was filed).

19.     N&N submits that the fees and expenses requested are reasonable and all amounts requested were for actual and necessary services rendered on behalf of the Trustee.

20.     N&N reserves the right to request additional compensation for the Application Period to the extent that it is later determined that time or disbursement charges for services rendered or disbursement incurred during such time period have not yet been submitted.

**VI.**
**LEGAL STANDARD**

21.     Section 330 of the Bankruptcy Code authorizes the Court to award N&N reasonable compensation for its actual and necessary services rendered and reimbursement of its actual and necessary expenses incurred in the rendering of services as IT Professional to the Trustee.

22.     Section 330 provides:

(a)(1)   After notice to the parties in interest and to the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, ***or a professional person employed under section 327*** or 1103:

    (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person or attorney and by any paraprofessional person employed by any such person; and

    (B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1)(emphasis added).

18.     This Application substantiates the total amount that N&N seeks for fees and expenses in accordance with each element of the customary standards applied to fee applications. These standards are set forth in (i) Bankruptcy Rule 2016 and (ii) *In re First Colonial Corp. of America,* 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977).

19.     The Fifth Circuit adopted the following twelve factors to apply to the determination of awards professional' fees in bankruptcy cases in *In re First Colonial Corp. of America,* 544 F.2d 1291, 1298-99 (5th Cir. 1977), cert. denied, 431 U.S. 904 (1977) and J*ohnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-710 (5th Cir. 1974) *First Colonial*: (i) the time and

labor required; (ii) the novelty and difficulty of the questions; (iii) the skill requisite to perform the service properly; (iv) the preclusion of other employment by the professional due to acceptance of the case; (v) the customary fee; (vi) whether the fee is contingent or fixed; (vii) time limitations imposed by the client or the circumstances; (viii) the amount involved and the results obtained; (ix) the experience, reputation and ability of the attorneys; (x) the "undesirability" of the case; (xi) the nature and length of the professional relationship with the client; and (xii) awards in similar cases.

20.    More recently, in *In re Woerner*, 783 F.3d 266, 276 (5th Cir. 2015), the Fifth Circuit rejected the "hindsight" or "material benefit" standard that was originally set forth in *In re Pro-Snax Distributors, Inc.*, 157 F.3d 414 (5th Cir. 1998). In its place, the Fifth Circuit enunciated a new, prospective standard based on whether the services were reasonably likely to benefit the estate at the time such services were rendered.

21.    Pursuant to Fifth Circuit precedents, N&N has met its burden for the allowance of its requested fees under Section 330 of the Bankruptcy Code.

A.    T IME AND L ABOR E XPENDED

22.    N&N dedicated a total of 325.8 hours during the Application Period for its professional services to the Trustee. N&N's services. As reflected in additional detail in **Exhibit 1**, these services related to the collection and analysis of data/information from the Debtor's and/or FSS' servers or equipment, and the cost of travel to the locations where the Debtor's and/or FSS' electronic data was stored.

23.    All services performed by N&N relate to the Trustee's administration of assets.

B.     **NOVELTY AND DIFFICULTY & EXPERIENCE, REPUTATION, AND ABILITY**

24.     N&N is a comprehensive service provider boasting an extensive 25-year track record with expertise that encompasses consulting, data processing, IT consulting, forensic data collections, cybersecurity breaches, IT support, and expert witness services. N&N serves a diverse clientele, ranging from small businesses to large corporations.

25.     In this engagement, N&N was tasked with collecting and securing substantial volumes of electronic data that required specialized knowledge of any hardware storing the electronic data, and the appropriate mechanisms for transferring, securing, or otherwise transporting said data while preserving the integrity of the data stored.

26.     N&N believes its professionals enjoy a good reputation and have a successful track record acting as IT Professionals, across a wide range of industries, including in the bankruptcy and restructuring context. More specifically, N&N has been employed as IT Professional to bankruptcy trustees in other unrelated cases in this district, including *In re White Oak Resources VI, LLC,* Case No. 23-60043 (Bankr. S.D. Tex.).

C.     **PRECLUSION OF OTHER EMPLOYMENT**

27.     N&N had other engagements during the Application Period for other clients, and the services provided to the Trustee in this case did not specifically preclude other employment.

D.     **RESULTS OBTAINED**

28.     N&N's services in this case have assisted the Trustee in his efforts to maximize the value of the estate and efficiently administer the case. The services provided were handled in a professional and cost-effective manner. The compensation requested is reasonable in view of the time spent, the parties involved, the nature and circumstances present in this case. N&N was

successful with respect to its specific role as an IT Professional and completed the work required of it during the Application Period.

### E.   IMPOSED TIME LIMITATIONS

29.    N&N believes that it has successfully handled the time limitations imposed during the Application Period and enabled the case to progress in an efficient manner given the circumstances involved.

### F.   CUSTOMARY FEE FOR THE SERVICES RENDERED

30.    The time and effort required by N&N to adequately provide services to the Trustee as IT Professional and the complexities of the engagement have been described in this Application. The hourly rates of the N&N billing professionals are comparable to the rates charged by other firms in the industry for similar work and these rates were disclosed and approved in the Employment Application and respective Employment Order.

### G.   FIXED OR CONTINGENT FEE AND UNDESIRABILITY OF CASE

31.    N&N's fee expectation upon accepting this engagement was that it would receive compensation for professional services rendered on an hourly basis plus recovery of reasonable out of pocket expenses incurred.

### H.   NATURE AND LENGTH OF PROFESSIONAL RELATIONSHIP WITH THE CLIENT

32.    N&N had no prior relationship with the Debtor or FSS prior to being retained for this engagement. As discussed herein and as disclosed in the Employment Application, N&N has been retained as IT Professional in other unrelated bankruptcy cases, including the White Oak case where Christopher R. Murray also serves as the chapter 7 trustee.

I.    A̲WARD IN S̲IMILAR C̲ASES

33.    Taking into consideration the nature and circumstances of this case, N&N is of the opinion that the fee requested herein is consistent with fees that have been awarded in other cases.

**VII.**
**CONCLUSION**

**WHEREFORE**, N&N requests that the Court enter an order (i) allowing N&N's compensation for professional services to the Trustee rendered during the Application Period in the amount of **$81,450.00** and reimbursement of actual and necessary expenses incurred by N&N in the amount of **$8,562.59**; and (ii) award and order to be paid to N&N the balance of any such fees and costs from funds available in the Debtor's estate.

Dated: February 14, 2025

Respectfully submitted,

**N&N FORENSICS, LLC**

*Patrick Newton*
_____
Patrick Newton
Email: pnewton@nnforensics.com
Telephone: 650-454-7091
3631 County Rd 405
Anderson, TX 77830
*IT Professional for the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 14, 2025

*/s/ Jacqueline Q. Chiba*
_____
Jacqueline Q. Chiba
*Counsel for the Chapter 7 Trustee*

**<u>EXHIBIT 1</u>**
**PRIOR MONTHLY FEE STATEMENTS**

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| Debtor. | § | |

**FIRST MONTHLY FEE STATEMENT OF N&N FORENSICS, LLC AS IT**
**PROFESSIONAL FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM SEPTEMBER 4, 2024 THROUGH DECEMBER 30, 2024**

| | |
|---|---|
| **Name of Applicant:** | N&N Forensics, LLC as proposed IT Professional for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Application was filed on October 10, 2024 at Dkt. No. 871 and is pending. No objections were filed. |
| **Period for which Fees and Expenses are Incurred:** | September 4, 2024 through and including December 31, 2024 |
| **Interim Fees Incurred:** | **$57,037.00** |
| **Interim Payment of Fees Requested (80%):** | **$45,629.60** |
| **Interim Expenses Incurred:** | **$8,562.59** |
| **Total Fees and Expenses Due:** | **$54,192.19** |

This is the First Monthly Fee Statement.

N&N Forensics, LLC ("N&N"), as IT Professional for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this First Monthly Fee Statement (the "Fee Statement") for the period from September 4, 2024 through December 31, 2024 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Dkt. No. 793] (the "Interim Compensation Order").

N&N requests compensation for professional services rendered in the amount of $57,037.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $8,562.59 (the "Expenses"), for the period from September 4, 2024 through December 31, 2024. Eighty percent (80%) of the fees equals $45,629.60 and one hundred percent (100%) of the Expenses equals $8,562.59 for a total requested amount of **$54,192.19**. An invoice reflecting the services provided and expenses incurred is attached hereto as **Exhibit 1**.

**WHEREFORE**, N&N respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $45,629.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $8,562.59, for the total requested interim compensation of **$54,192.19**.

Dated: January 10, 2025

Respectfully submitted,

**N&N FORENSICS, LLC**

_____

Patrick Newton
Email: pnewton@nnforensics.com
Telephone: 650-454-7091
3631 County Rd 405
Anderson, TX 77830

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 10, 2025

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba

Dated: January 10, 2025

Respectfully submitted,

**N&N FORENSICS, LLC**

Patrick Newton
Email: pnewton@nnforensics.com
Telephone: 650-454-7091
3631 County Rd 405
Anderson, TX 77830

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 10, 2025

/s/ Jacqueline Q. Chiba
Jacqueline Q. Chiba



# N&N Forensics

**EXHIBIT 1**

N&N Forensics
936-246-4001
945 McKinney Street, Suite 241, TX 77002

| | | |
|---|---|---|
| **Billed To** | **Date of Issue** | **Invoice Number** |
| Christopher Murray | 11/04/2024 | 202410-AJ1 |
| JONES MURRAY LLP | | |
| | **Due Date** | **Reference** |
| | 12/03/2024 | Alex Jones Collections |

**Amount Due (USD)**

# $36,494.50

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Website/Site management | $250.00 | 18 | $4,500.00 |
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Onsite first visit 9/27 | $250.00 | 6.5 | $1,625.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 9/30 | $250.00 | 7.1 | $1,775.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 10/3 Exploratory for collection. | $225.00 | 4.5 | $1,012.50 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 10/7 Exploratory for collection. Pat's hours | $250.00 | 6 | $1,500.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 10/7 Exploratory for collection. Duc partner help with collection | $250.00 | 6.5 | $1,625.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 10/7 Data calculation and tagging for data to be collected | $250.00 | 7 | $1,750.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/07 | $250.00 | 7.5 | $1,875.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/8 | $250.00 | 7 | $1,750.00 |

| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/11 | $250.00 | 9 | $2,250.00 |
|---|---|---|---|
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/13 | $250.00 | 7 | $1,750.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/14 | $250.00 | 7.2 | $1,800.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/15 | $250.00 | 6.5 | $1,625.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/16 | $250.00 | 5.5 | $1,375.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/20 | $250.00 | 7.3 | $1,825.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/21 | $250.00 | 6.5 | $1,625.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/22 | $250.00 | 7.1 | $1,775.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/25 | $250.00 | 7.5 | $1,875.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 11/27 | $250.00 | 7.3 | $1,825.00 |
| Travel (Expenses)<br>Flight Hotel Business Partner Travel from PA support collections from AJ case | $1,357.00 | 1 | $1,357.00 |

| | |
|---|---|
| Subtotal | 36,494.50 |
| Tax | 0.00 |
| Total | 36,494.50 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $36,494.50 |

Terms

A 5% late fee to be applied to the invoice amount if unpaid by the due date.
Unpaid overdue invoice (plus late fee) to be submitted to collections.

 **N&N Forensics**

N&N Forensics
936-246-4001
945 McKinney Street, Suite 241, TX  77002

**Billed To**
Christopher Murray
JONES MURRAY LLP

**Date of Issue**
01/09/2025

**Due Date**
02/07/2025

**Invoice Number**
2025-2-AJ

**Reference**
Alex Jones
Collections

**Amount Due (USD)**
# $21,900.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Data Collection 11/28 | $250.00 | 8 | $2,000.00 |
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Onsite first visit 11/29 | $250.00 | 7.5 | $1,875.00 |
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Return to Client 12/5 | $250.00 | 7.5 | $1,875.00 |
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Return to Client 12/6 | $250.00 | 7.1 | $1,775.00 |
| Professional Services - Digital Forensics Consulting<br>Alex Jones Data Collection Return to Client 12/9 | $250.00 | 7.3 | $1,825.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/10 HDD Data | $250.00 | 7.5 | $1,875.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/11 HDD Data | $250.00 | 3.5 | $875.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/12HDD Data | $250.00 | 6 | $1,500.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/13 HDD Data | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics<br>Alex Jones Data Collection Return to Client 12/16 HDD Data | $250.00 | 4.5 | $1,125.00 |
| Professional Services - Digital Forensics | $250.00 | 7.1 | $1,775.00 |

| Professional Services - Digital Forensics | $250.00 | | ~~$750.00~~ |
| Alex Jones Data Collection Return to Client 12/17 HDD Data | | | |

| Professional Services - Digital Forensics | $250.00 | 5 | $1,250.00 |
| Alex Jones Data Collection Return to Client 12/18 HDD Data | | | |

| Professional Services - Digital Forensics | $250.00 | 7.3 | $1,825.00 |
| Alex Jones Data Collection Return to Client 12/19 HDD Data | | | |

| Professional Services - Digital Forensics | $250.00 | 5.3 | $1,325.00 |
| Alex Jones Data Collection Return to Client 12/20 HDD Data | | | |

| | | |
|---|---|---|
| Subtotal | 21,900.00 |
| Tax | 0.00 |
| Total | 21,900.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $21,900.00 |

Terms
A 5% late fee to be applied to the invoice amount if unpaid by the due date.
Unpaid overdue invoice (plus late fee) to be submitted to collections.

 **N&N Forensics**

N&N Forensics
936-246-4001
945 McKinney Street, Suite 241, TX  77002

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Christopher Murray | 01/09/2025 | 2025-3-AJ | **$7,205.59** |
| JONES MURRAY LLP | | | |
| | Due Date | Reference | |
| | 02/07/2025 | Expenses | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Travel (Expenses)<br>Flight Travel for data collections AJ Data Matter Duc Nguyen | $988.81 | 1 | $988.81 |
| Travel Hotel<br>Hotel Stay Duc Nguyen | $217.06 | 1 | $217.06 |
| Travel Hotel<br>Hotel Stay Pat Newton 11/14 | $217.06 | 1 | $217.06 |
| Travel Hotel<br>Hotel Stay Pat Newton 10/7 | $217.06 | 1 | $217.06 |
| Mileage (Automobile)<br>9/27,9/30,10/3,10/7,11/8,11/11,11/13,11/14,11/15,11/16,11/20,11/<br>21,11/22,11/25 and 11/27 16 Days 248 miles per day | $0.70 | 3968 | $2,777.60 |
| Mileage (Automobile)<br>11/28,11/29,12/5,12/6,and 12/9 | $0.70 | 1240 | $868.00 |
| HDD<br>Hard Drive | $80.00 | 24 | $1,920.00 |

| | | |
|---|---|---|
| Subtotal | | 7,205.59 |
| Tax | | 0.00 |
| Total | | 7,205.59 |
| Amount Paid | | 0.00 |

Amount Due (USD)                    $7,205.59

Terms

A 5% late fee to be applied to the invoice amount if unpaid by the due date.
Unpaid overdue invoice (plus late fee) to be submitted to collections.

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| Debtor. | § | |

**SECOND MONTHLY FEE STATEMENT OF N&N FORENSICS, LLC AS IT PROFESSIONAL FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2025 TO JANUARY 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | N&N Forensics, LLC, IT Professional for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | January 20, 2025 [DE 1020], with effective retention date of September 4, 2024 |
| **Period for which Fees and Expenses are Incurred:** | January 1, 2025 through and including January 31, 2025 |
| **Interim Fees Incurred:** | **$24,300.00** |
| **Interim Payment of Fees Requested (80%):** | **$19,440.00** |
| **Interim Expenses Incurred:** | **$0.00** |
| **Total Fees and Expenses Due:** | **$19,440.00** |

This is the Second Monthly Fee Statement.

N&N Forensics, LLC ("N&N"), as IT Professional for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Second Monthly Fee Statement (the "Fee Statement") for the period from January 1, 2025 through January 31, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Dkt. No. 793] (the "Interim Compensation Order").

N&N requests compensation for professional services rendered in the amount of $24,300.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from January 1, 2025 through January 31, 2025. Eighty percent (80%) of the fees equals $19,440.00 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested amount of **$19,400.00**. An invoice reflecting the services provided and expenses incurred is attached hereto as **Exhibit 1**.

**WHEREFORE**, N&N respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $19,440.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 for the total requested interim compensation of **$19,440.00**.

Dated: February 10, 2025

Respectfully submitted,

**N&N FORENSICS, LLC**

_____

Patrick Newton
Email: pnewton@nnforensics.com
Telephone: 650-454-7091
3631 County Rd 405
Anderson, TX 77830
*IT Professional for the Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 10, 2025

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba
*Counsel for the Chapter 7 Trustee*

Dated: February 10, 2025

Respectfully submitted,

N&N FORENSICS, LLC

Patrick Newton
Email: pnewton@nnforensics.com
Telephone: 650-454-7091
3631 County Rd 405
Anderson, TX 77830
*IT Professional for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 10, 2025

/s/ *Jacqueline Q. Chiba*
Jacqueline Q. Chiba
*Counsel for the Chapter 7 Trustee*



# N&N Forensics

N&N Forensics
936-246-4001
945 McKinney Street, Suite 241, TX 77002

**EXHIBIT 1**

| | |
|---|---|
| **Billed To** | |
| Christopher Murray | |
| JONES MURRAY LLP | |

**Date of Issue**
01/31/2025

**Due Date**
03/01/2025

**Invoice Number**
2505-4-JM

**Reference**
HDD Doc Listing

**Amount Due (USD)**
# $24,300.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/1 | $250.00 | 3 | $750.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/2 | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/3 | $250.00 | 3.7 | $925.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/6 | $250.00 | 5 | $1,250.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/7 | $250.00 | 3 | $750.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/8 | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/9 | $250.00 | 5 | $1,250.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/10 | $250.00 | 6 | $1,500.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/13 | $250.00 | 4.5 | $1,125.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/14 | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics | $250.00 | 2.5 | $625.00 |

| | | | |
|---|---|---|---|
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/16 | $250.00 | 3.9 | $975.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/17 | $250.00 | 6 | $1,500.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/18 | $250.00 | 4.3 | $1,075.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/20 | $250.00 | 2.5 | $625.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/21 | $250.00 | 3 | $750.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/22 | $250.00 | 5 | $1,250.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/23 | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/24 | $250.00 | 1.5 | $375.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/25 | $250.00 | 2 | $500.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/27 | $250.00 | 5.3 | $1,325.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/28 | $250.00 | 6 | $1,500.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/29 | $250.00 | 4 | $1,000.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/30 | $250.00 | 2 | $500.00 |
| Professional Services - Digital Forensics<br>Multiple HDD Listings From IT Closet 1/31 | $250.00 | 3 | $750.00 |
| | $0.00 | 1 | $0.00 |

| | |
|---|---|
| Subtotal | 24,300.00 |
| Tax | 0.00 |
| Total | 24,300.00 |
| Amount Paid | 0.00 |

Amount Due (USD)     $24,300.00

Terms
A 5% late fee to be applied to the invoice amount if unpaid by the due date.
Unpaid overdue invoice (plus late fee) to be submitted to collections.

**Attachment Preview -** **Download**



**EXHIBIT 2**
EXPENSE TABLE

| Expenses | Cost |
|---|---|
| Travel Expenses | $6,642.59 |
| HDDs (Data Storage) | $1,920.00 |
| **TOTAL** | **$8,562.59** |

**EXHIBIT 3**
**TIMEKEEPER TABLE**

| Professional | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Pat Newton | $250 | 319.3 | $79,825.00 |
| Duc Nguyen | $250 | 6.5 | $1,625.00 |
|  |  | **325.8** | **$81,450.00** |

**EXHIBIT 4**
**PROJECT CATEGORY TABLE**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 325.8 | $81,450.00 |