United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-33553 |
| ALEXANDER E. JONES, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

**ORDER DENYING EXPEDITED CONSIDERATION OF MOTION**
**(RE: Docket No. 1089)**

Expedited consideration of FUAC's Motion Requesting Leave to File a Motion Approving the Sale of FSS Assets and Request for Status Conference is denied. The Court will consider this Motion in the ordinary course with notice afforded to parties in accordance with the Bankruptcy Local Rules for the Southern District of Texas.

Signed on February 19, 2025

_____
Christopher Lopez
United States Bankruptcy Judge