| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | | In Re: | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rachel A. Parisi<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962-1997<br>(973) 538-4006; raparisi@pbnlaw.com<br>New Jersey Bar No. 021972011<br>New York Bar No. 1009789<br>U.S. District Court, District of New Jersey<br>U.S. District Court, Southern & Eastern Districts of New York<br>U.S. Court of Appeals for the Third Circuit |

| Name of party applicant seeks to appear for: | |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 02/26/2025 | Signed: */s/ Rachel A. Parisi* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____                    _____
                                                                                        United States Bankruptcy Judge