| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| | Debtor | In Re: | Alexander E. Jones |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher P. Mazza<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962-1997<br>(973) 889-4256; cpmazza@pbnlaw.com<br>New Jersey Bar No. 242512017<br>New York Bar No. 5782594<br>U.S. District Court, District of New Jersey<br>U.S. District Court, Southern & Eastern Districts of New York |
|---|---|

| Name of party applicant seeks to appear for: | WOW.AI LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 02/26/2025 | Signed: */s/ Christopher P. Mazza* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

United States Bankruptcy Judge