IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-33553 |
| ALEXANDER E. JONES | § | |
| | § | |
| Debtor. | § | CHAPTER 7 |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel to WOW.AI LLC ("WOW"), and file this *Notice of Appearance and Request for Service of Pleadings* pursuant to 11 U.S.C § 1109(b) of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and hereby request copies of all notices, pleadings, orders, and other papers served or required to be served in this case, pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010 be delivered to and served upon the parties identified below at the following addresses:

John J. Sparacino
S. Margie Venus
**MCKOOL SMITH, PC.**
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Email: jsparacino@mckoolsmith.com
Email: mvenus@mckoolsmith.com

and

Rachel A. Parisi
Christopher P. Mazza
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962-1997
Telephone: (973)538-4006
Facsimile: (973) 538-5146
Email: RAParisi@pbnlaw.com
Email: CPMazza@pbnlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearings, petitions, objections, answers, responses, replies, claims, schedules, statements, reports, and all other pleadings, requests or notices, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

Houston, Texas
Dated: February 26, 2025

    Respectfully submitted,

    **MCKOOL SMITH, PC**

    */s/ John J. Sparacino*
    John J. Sparacino (TX Bar No. 18873700)
    S. Margie Venus (TX Bar No. 20545900)
    600 Travis Street, Suite 7000
    Houston, Texas 77002
    Telephone: (713) 485-7300
    Facsimile: (713) 485-7344
    Email: jsparacino@mckoolsmith.com
    Email: mvenus@mckoolsmith.com

    **PORZIO, BROMBERG & NEWMAN, P.C.**
    Rachel A. Parisi (*pro hac vice* pending)
    Christopher P. Mazza (*pro hac vice* pending)
    100 Southgate Parkway
    P.O. Box 1997
    Morristown, New Jersey 07962-1997
    Telephone: (973) 538-4006
    Facsimile: (973) 538-5146
    Email: RAParisi@pbnlaw.com
    Email: CPMazza@pbnlaw.com

    ***Counsel to WOW.AI LLC***

## CERTIFICATE OF SERVICE

    I certify that on February 26, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                               */s/ John J. Sparacino*
                                                    John J. Sparacino