**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 7** |
| | § |
| **ALEXANDER E. JONES,** | § **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |
| | § |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO TRUSTEE'S MOTION TO**
**DISBURSE DEPOSITS AND SALE PRICE**
**[Relates to Docket No. 1081]**

1. On February 21, 2025, Christopher R. Murray, the Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones, filed the *Trustee's Motion to Disburse Deposits and Sale Price* [Docket No. 1081] (the "Motion").

2. The deadline for receipt of responses to the Motion has passed.

3. The undersigned represents to the Court that the Trustee is unaware of any objection or response to the Motion appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no party has filed an objection or response to the relief sought in the Motion.

4. Attached hereto as **Exhibit A** is a redline of the original proposed *Order to Disburse Deposits and Sale Price* (the "Original Proposed Order") against the revised *Order to Disburse Deposits and Sale Price* (the "Revised Proposed Order") correcting a numerical error in the disbursement.

5. The Trustee respectfully requests that the Court enter the Revised Proposed Order attached hereto.

17131499

Dated: March 9, 2025.
      Houston, Texas

**PORTER HEDGES LLP**

By:   */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl (TX 24038592)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
sjohnson@porterhedges.com

*Co-Counsel for Christopher R. Murray, Chapter 7 Trustee*

*and*

**JONES MURRAY LLP**

Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999

*Co-Counsel for Christopher R. Murray, Chapter 7 Trustee*

2

17131499

## **CERTIFICATE OF SERVICE**

I certify that on March 9, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties receiving electronic service in this bankruptcy case.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl
