**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § |
| **ALEX JONES,** | § **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |
| | § |
| | § |

**ORDER TO DISBURSE DEPOSITS AND SALE PRICE**
**[Related to Docket No. _____]**

Upon the Motion (the "***Motion***")[1] of the Trustee for entry of an order (this "***Order***"), directing the distribution of deposits made by two bidders, First United American Companies, LLC ("***FUAC***") and Global Tetrahedron LLC and the Connecticut Families ("***GT***", and together with FUAC, the "***Bidders***") and the cash portion of the sale price deposited by GT, currently held by the Trustee, the Court having reviewed the Motion, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.       Within five (5) business days of the entry of this Order, the Trustee shall make the following distributions:

a. The good faith deposit of $120,000.00 shall be returned and distributed to FUAC; and

b. The good faith deposit and cash purchase price of $1,750,000.00 shall be returned and distributed to GT.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

2.      The Trustee is authorized to take all actions reasonably necessary to implement the terms of this Order.

Signed _____, 2025.

_____
**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**