**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 7** |
| **ALEXANDER E. JONES,** | § |
| | § **Case No. 22-33553 (CML)** |
| **Debtor.** | § |
| | § |
| | § |
| | § |
| | § |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND INTERIM FEE
APPLICATION OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR
CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM NOVEMBER 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**
**[Relates to Docket No. 1085]**

1.      On February 14, 2025, Porter Hedges LLP, co-counsel for Christopher R. Murray, the Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones, filed its *Second Interim Fee Application of Porter Hedges LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through and including January 31, 2025* [Docket No. 1085] (the "Application").

2.      The deadline for receipt of responses to the Application has passed.

3.      The undersigned represents to the Court that the Trustee is unaware of any objection to the Application appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no party has filed an objection to the relief sought in the Application.  On March 7, 2025, Alexander E. Jones filed his *Reservation of Rights of Objections to (I) Second Interim Fee Application of Porter Hedges LLP (#1085); (II) Second Interim Fee Application of Jones Murray LLP (#1086); (III) First Interim Fee Application of N&N Forensics, LLC (#1087); and (IV) First Interim Fee Application of HMP Advisory Holdings, LLC d/b/a Harney Partners (#1088)* [Docket

17132324

No. 1102], which is not an objection to the Application but a reservation of rights regarding final fee applications.

4.      Attached hereto as **Exhibit A** is a redline of the original proposed *Order Granting Second Interim Fee Application of Porter Hedges LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through and including January 31, 2025* (the "Original Proposed Order") against the revised *Second Interim Fee Application of Porter Hedges LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through and including January 31, 2025* (the "Revised Proposed Order").

5.      The Trustee respectfully requests that the Court enter the Revised Proposed Order attached hereto.

17132324

Dated: March 10, 2025.
Houston, Texas

**PORTER HEDGES LLP**

By:    */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl (TX 24038592)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
sjohnson@porterhedges.com

*Co-Counsel for Christopher R. Murray,*
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I certify that on March 10, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties receiving electronic service in this bankruptcy case.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

17132324