## EXHIBIT A

**Redline**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | §    **Chapter 7** |
| | § |
| **ALEXANDER E. JONES,** | §    **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |
| | § |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION**
**OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7**
**TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM NOVEMBER 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**
**(Relates to Docket No. ——1085)**

The Court has considered the Second Interim Application of Porter Hedges LLP (the "*Applicant*"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through and including January 31, 2025 (the "Application"). The Court orders:

1.    The Applicant is allowed interim compensation in the amount of **$844,818.50 842,611.00[1]** and reimbursement of actual and necessary expenses in the amount of **$44,739.48** for the period set forth in the Application.

---

[1] This amount reflects a voluntary reduction of fees at the request of the U.S. Trustee.

17060173 17132028

2.      The Trustee is authorized to disperse $~~168,963.70~~166,756.20 which represents the unpaid amounts allowed by paragraph 1 of this Order.

SIGNED: _____, 2025.

_____
**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

~~17060173~~17132028