**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| **In re:** | § |
|  | § **Chapter 7** |
| **ALEXANDER E. JONES,** | § |
|  | § **Case No. 22-33553 (CML)** |
|  | § |
| **Debtor.** | § |
|  | § |
|  | § |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION**
**OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7**
**TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM NOVEMBER 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**
**(Relates to Docket No. 1085)**

The Court has considered the Second Interim Application of Porter Hedges LLP (the "***Applicant***"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through and including January 31, 2025 (the "Application"). The Court orders:

1. The Applicant is allowed interim compensation in the amount of **$842,611.00**[1] and reimbursement of actual and necessary expenses in the amount of **$44,739.48** for the period set forth in the Application.

---

[1] This amount reflects a voluntary reduction of fees at the request of the U.S. Trustee.

17132028

2.      The Trustee is authorized to disperse **$166,756.20** which represents the unpaid amounts allowed by paragraph 1 of this Order.

SIGNED: _____, 2025.

_____
**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

17132028