UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ALEXANDER E. JONES, | § | Case No. 22-33553 (CML) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND INTERIM FEE APPLICATION OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**
[This Order relates to Docket No. 1086]

1. On February 14, 2025, Jones Murray LLP ("JM"), as bankruptcy co-counsel for Christopher R. Murray, the Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones, filed its *Second Interim Fee Application* [Docket No. 1086] ("Application") for the allowance of compensation and reimbursement of expense for the period from November 1, 2024 through and including January 31, 2025 ("Application Period").

2. The deadline for receipt of responses to the Application has passed.

3. The undersigned represents to the Court that the Trustee is unaware of any objection to the Application appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no part has filed an objection to the relief sought in the Application. On March 7, 2025, Alexander E. Jones filed his *Reservation of Rights of Objections to (I) Second Interim Fee Application of Porter Hedges LLP (#1085); (II) Second Interim Fee Application of Jones Murray LLP (#1086); (III) First Interim Fee Application of N&N Forensics, LLC (#1087); and (IV) First Interim Fee Application of HMP Advisory Holdings, LLC d/b/a Harney Partners (#1088)* [Docket

1

No. 1102], which is not an objection to the Application but a reservation of rights regarding final fee applications.

4. Attached hereto as Exhibit A is a redline of the original proposed order filed with the Application at Docket No. 1086-1 ("Original Proposed Order") against a clean version of a revised proposed order attached hereto ("Revised Proposed Order").

5. The Trustee respectfully requests that the Court enter the Revised Proposed Order attached hereto.

Dated: March 10, 2025

Respectfully submitted,

**JONES MURRAY LLP**

By: /s/Jacqueline Q. Chiba
Erin E. Jones (Bar No. 24032478)
Jacqueline Q. Chiba (Bar No. 24116899)
602 Sawyer Street, Suite 400
Houston, TX 77007
Telephone: (832) 529-1999
Facsimile: (832) 529-3393
erin@jonesmurray.com
jackie@jonesmurray.com

AND

**PORTER HEDGES LLP**

Joshua W. Wolfshohl (Bar No. 24038592)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
sjohnson@porterhedges.com

*Co-Counsels for Christopher R. Murray, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

    I certify that on March 10, 2025, I caused a copy of the forgoing document to be served by Electronic Case Filing System for the U.S. Bankruptcy Court for the Southern District of Texas on all parties receiving electronic service in this bankruptcy case.

                                                  */s/Jacqueline Q. Chiba*
                                                  Jacqueline Q. Chiba