THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-33553 |
| ALEXANDER E. JONES | § | (Chapter 7) |
| | § | |
| Debtor. | § | |

NINTH MONTHLY FEE STATEMENT OF
JONES MURRAY LLP AS BANKRUPTCY COUNSEL
FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | February 1, 2025 through February 28, 2025 |
| **Interim Fees Incurred:** | $69,612.00 |
| **Interim Payment of Fees Requested (80%):** | $55,689.60 |
| **Interim Expenses Incurred:** | $1,455.30 |
| **Total Fees and Expenses Due:** | $57,144.90 |

This is the Ninth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Ninth Monthly Fee Statement (the "Fee Statement") for the period from February 1, 2025 through February 28, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793](the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $69,612.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,455.30 (the "Expenses"), for the period from February 1, 2025 through February 28, 2025. Eighty percent (80%) of the fees equals $55,689.60 and one hundred percent (100%) of the Expenses equals $1,455.30 for a total requested amount of $57,144.90.

Summaries of the calculations for these fees by project category are attached hereto as **Exhibit 1**. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 2**. A summary of expenses is attached as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $55,689.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,455.30 for a total amount of $57,144.90.

Dated: March 10, 2025

                                         Respectfully submitted,

                                         **JONES MURRAY LLP**
                                         */s/ Jacqueline Q. Chiba*
                                         Jacqueline Q. Chiba
                                         Texas Bar No. 24116899
                                         jackie@jonesmurray.com
                                         Erin E. Jones
                                         Texas Bar No. 24032478
                                         erin@jonesmurray.com
                                         602 Sawyer St., Suite 400
                                         Houston, TX 77007
                                         Tel. (832) 529-1999
                                         **CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

     This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on March 10, 2025.

                                                                       */s/ Jacqueline Q. Chiba*
                                                                       Jacqueline Q. Chiba

# EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 25 | $19,375.00 |
| Asset Disposition | 1.7 | $1,317.50 |
| Case Administration | 6.4 | $4,595.00 |
| Fee/Employment Applications | 29 | $13,194.00 |
| Other Contested Matters | 41.6 | $31,130.50 |
| | **103.7** | **$69,612.00** |

## **EXHIBIT 2**

#### SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $775.00 | 79.6 |
| Jacqueline Q. Chiba, *Associate* | $520.00 | 23.9 |
| Nancy Santana, *Senior Paralegal* | $225.00 | 0.2 |
| | | **103.7** |

# **EXHIBIT 3**

## SUMMARY OF EXPENSES

| Expense Category | Cost |
|---|---|
| PACER/Filing | $502.00 |
| Travel/Parking | $14.00 |
| Litigation and Related | $939.30 |
|  | **1,455.30** |

# **EXHIBIT 4**

**INVOICE**

# JONES MURRAY LLP

602 Sawyer St, Suite 400, Houston, TX 77007

CHRISTOPHER R. MURRAY, CHAPTER 7 TRUSTEE
BANKRUPTCY ESTATE OF ALEXANDER E. JONES (22-33553)

FEBRUARY 1, 2025 TO FEBRUARY 28, 2025

| TYPE | DATE | PROFESSIONAL | CATEGORY | DESCRIPTION | RATE | HOURS | BILLABLE |
|---|---|---|---|---|---|---|---|
| Time | 2/1/2025 | Erin Jones | Other Contested Matters | Conference with C. Murray regarding discovery requested (1.5), revised order on 9019 (.6), continue to prepare discovery responses/review of same and requests to other parties (1.0) | $775.00 | 3.1 | $2,402.50 |
| Time | 2/2/2025 | Erin Jones | Other Contested Matters | with C. Murray and J. Wolfshohl regarding same (.5); continue to work through examination outlines for hearing on 9019 motion (2.8) | $775.00 | 5.4 | $4,185.00 |
| Time | 2/3/2025 | Jacqueline Chiba | Fee/Employment Applications | Review the fee procedures for professionals and accompanying order (0.5); confer with E. Jones regarding same (0.2); draft and send email to N&N regarding their professional fees (0.1); draft and send email to Harney Partners regarding their professional fees (0.1) | $520.00 | 0.9 | $468.00 |
| Time | 2/3/2025 | Jacqueline Chiba | Fee/Employment Applications | Begin drafting 1st interim fee statement for Harney Partners (0.1); exchange emails with K. Nicolaou regarding same (0.1); review N&N invoice for January 2025 (0.2); draft 2nd interim fee statement for N&N (0.1); verify fee calculations provided in past invoices and fees requested in prior fee statements for preparation of 1st interim fee application for N&N (1.1); begin drafting 1st interim fee application for N&N (2.2); send detailed email to P. Newton requesting additional information for 1st interim fee application for N&N (0.2) | $520.00 | 4 | $2,080.00 |
| Time | 2/3/2025 | Erin Jones | Other Contested Matters | Conference call with CT and TX counsel regarding hearing on motion to compromise (1.2); conference with C. Murray regarding same (.2) | $775.00 | 1.4 | $1,085.00 |
| Time | 2/3/2025 | Erin Jones | Other Contested Matters | Continue to review and revise discovery responses and circulate to Trustee legal team (1.4) | $775.00 | 1.4 | $1,085.00 |
| Time | 2/3/2025 | Erin Jones | Other Contested Matters | Continue to work through and draft various revisions and circulate revised 9019 order (1.0); review various responses to same (.5); various conference with M. Dearman, C. Murray regarding same (.6); circulate to parties for review and review responses to same (.3) | $775.00 | 2.4 | $1,860.00 |
| Time | 2/3/2025 | Erin Jones | Asset Analysis and Recovery | Review and respond to publisher regarding book contracts and conference with C. Murray regarding same (.2) | $775.00 | 0.2 | $155.00 |
| Time | 2/3/2025 | Erin Jones | Other Contested Matters | Review and respond to various emails regarding documents under seal with various emails w/ B. Broocks and within Trustee legal team to coordinate same (.5) | $775.00 | 0.5 | $387.50 |
| Time | 2/3/2025 | Erin Jones | Fee/Employment Applications | Conference with J. Chiba regarding compensation procedures for all professionals and deadlines and included periods (.2) | $775.00 | 0.2 | $155.00 |
| Time | 2/3/2025 | Erin Jones | Other Contested Matters | Email to C. Karsted for S. Jordan and B. Broocks regarding deposition of C. Murray on 9019 motion (.1) | $775.00 | 0.1 | $77.50 |
| Time | 2/3/2025 | Erin Jones | Other Contested Matters | Prepare for C. Murray deposition (6.0); review and confer with C. Murray regarding sales reports and operations relative to potential sale and status of operations (1.2) | $775.00 | 7.2 | $5,580.00 |
| Time | 2/4/2025 | Jacqueline Chiba | Fee/Employment Applications | Continue drafting first interim fee application for N&N, the proposed order, and supporting exhibits (3.0); draft and send detailed email to P. Newton explaining the fee application and specific provisions (0.3) | $520.00 | 3.3 | $1,716.00 |
| Time | 2/4/2025 | Jacqueline Chiba | Fee/Employment Applications | Continue drafting first interim fee statement for HP (0.2); continue drafting first interim fee application, proposed order, and supporting exhibits for HP (0.8); draft and send detailed email to K. Nicolaou regarding same (0.2) | $520.00 | 1.2 | $624.00 |
| Time | 2/4/2025 | Erin Jones | Other Contested Matters | Prepare and represent Trustee at deposition conducted by A. Jones (9.0) | $775.00 | 9 | $6,975.00 |
| Time | 2/4/2025 | Erin Jones | Other Contested Matters | Continue to prepare opening and witness examination outlines for hearing based on issues covered at deposition relating to claims (4.7) | $775.00 | 4.7 | $3,642.50 |
| Time | 2/4/2025 | Erin Jones | Other Contested Matters | Continue to review, draft, edit, and revise reply brief in preparation for hearing (.9); continue to review, draft, edit, and revised proposed order for 9019 hearing (.5); prepare with C. Murray for deposition (1.0) | $775.00 | 2.4 | $1,860.00 |
| Time | 2/5/2025 | Jacqueline Chiba | Other Contested Matters | Review facts and relevant pleadings and objections to prepare for hearing on the 9019 with the TX and CT families (0.8)(NO CHARGE); observe said hearing (0.5)(NO CHARGE) | $520.00 | 1.3 | $0.00 |
| Time | 2/5/2025 | Erin Jones | Other Contested Matters | Prepare for and represent Trustee at hearing on 9019 motion (1.7); confer with Trustee legal team after hearing (.5) | $775.00 | 2.3 | $1,782.50 |
| Time | 2/5/2025 | Erin Jones | Asset Analysis and Recovery | Conference with C. Murray regarding next steps in light of instructions regarding sale of equity and discuss all other potential assets and litigation claims (2.0); conference with C. Murray and J. Wolfshohl regarding sale of equity vs. sale of assets and other related issues to case administration (1.5) | $775.00 | 3.5 | $2,712.50 |
| Time | 2/5/2025 | Erin Jones | Asset Analysis and Recovery | Call with W. Cicack to inquire regarding FUAC's interest in purchasing equity (.3); conference with C. Murray regarding same (.3) | $775.00 | 0.6 | $465.00 |
| Time | 2/6/2025 | Jacqueline Chiba | Other Contested Matters | Conference call with trustee's legal team to discuss case strategy and pending disputes (0.5) | $520.00 | 0.4 | $208.00 |
| Time | 2/6/2025 | Nancy Santana | Case Administration | Correspond with the vendor; payment forms are completed and submitted. (0.2) | $225.00 | 0.2 | $45.00 |

| | Date | Name | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Time | 2/6/2025 | Erin Jones | Asset Analysis and Recovery | Review various emails regarding open items and next steps to liquidate assets and various litigation claims with legal team (.3); various emails with J. Wolfshohl and C. Murray regarding discussion with W. Cicack on purchase of equity (.1) | $775.00 | 0.4 | $310.00 |
| Time | 2/7/2025 | Jacqueline Chiba | Fee/Employment Applications | Confer with E. Jones regarding professional fees and procedures (0.1); revise notice of increased hourly fees (0.1) | $520.00 | 0.2 | $104.00 |
| Time | 2/7/2025 | Erin Jones | Asset Analysis and Recovery | Call with S. Jordan and B. Broocks regarding sale of equity, Court's ruling, and various matters relating to administration of estate (1.0); conference call with J. Wolfshohl and C. Murray regarding same (.9); conference call with W. Cicack regarding current status (.2); conference with C. Murray regarding same (.6); review various messages regarding book contracts and royalties due to be paid (.3); review reports/histories regarding same (.4); review transcript from S. Jordan (.5) | $775.00 | 3.9 | $3,022.50 |
| Time | 2/10/2025 | Jacqueline Chiba | Fee/Employment Applications | Finalize fee statement for N&N (0.1); revise draft fee statement for Harney Partners (0.3); confer with K. Nicolaou regarding same (0.1); finalize the Harney Partners fee statement (0.1); finalize notice of rate change for Jones Murray LLP (0.1); draft fee statement for Jones Murray LLP (1.0); confer with E. Jones regarding same (0.1); finalize same (0.1) | $520.00 | 1.9 | $988.00 |
| Time | 2/10/2025 | Erin Jones | Fee/Employment Applications | Work on 8th interim fee notice and various conferences with J. Chiba regarding same (5.0)(NO CHARGE) | $775.00 | 5 | $0.00 |
| Time | 2/10/2025 | Erin Jones | Asset Analysis and Recovery | Various conferences with J. Wolfshohl and C. Murray regarding status of hearing back from various parties regarding purchase of equity (.5) | $775.00 | 0.5 | $387.50 |
| Time | 2/10/2025 | Erin Jones | Fee/Employment Applications | Conference with J. Chiba regarding rate increases (.1) | $775.00 | 0.1 | $77.50 |
| Time | 2/11/2025 | Jacqueline Chiba | Fee/Employment Applications | Draft fee application for Harney Partners and related exhibits and order (1.1); confer with C. Murray regarding employment of TPSW as accountant (0.1); draft and send detailed email to TPSW regarding fee procedures (0.4); draft shell for fee statement for TPSW (0.3); draft shell for fee application for TPSW (0.6) | $520.00 | 2.5 | $1,300.00 |
| Time | 2/11/2025 | Erin Jones | Asset Analysis and Recovery | Review draft motion to return deposits, provide comments (.4); review motion regarding sale procedures and information regarding sales depositions (.3); conference with C. Murray regarding same (.4); conference with C. Murray regarding abandonment of assets (.7) | $775.00 | 1.8 | $1,395.00 |
| Time | 2/12/2025 | Jacqueline Chiba | Fee/Employment Applications | Finalize first interim fee application, proposed order, and exhibits for N&N (0.5) | $520.00 | 0.5 | $260.00 |
| Time | 2/12/2025 | Erin Jones | Asset Analysis and Recovery | Review and provide additional comments to motion to return deposits (.4); telephone conference with W. Cicack regarding sale of equity and intention to seek reconsideration of same (.5); conference with C. Murray and J. Wolfshohl regarding same (.3); conference with C. Murray regarding abandonment, sale of equity and parties positions regarding same (.6) | $775.00 | 1.8 | $1,395.00 |
| Time | 2/12/2025 | Erin Jones | Asset Disposition | Conference with C. Murray and S. Lemmon regarding PQPR Settlement mechanics, payment, assignment of lien (.4); conference with C. Murray regarding same (.2) | $775.00 | 0.6 | $465.00 |
| Time | 2/12/2025 | Erin Jones | Asset Disposition | Conference with J. Patterson regarding details of ESG settlement, payment from registry and payment of balance (.3); conference with C. Murray regarding same (.1) | $775.00 | 0.4 | $310.00 |
| Time | 2/13/2025 | Jacqueline Chiba | Fee/Employment Applications | Begin drafting second interim fee application for Jones Murray LLP, the proposed order, and related exhibits (3.1) | $520.00 | 3.1 | $1,612.00 |
| Time | 2/13/2025 | Jacqueline Chiba | Case Administration | Conference call with trustee's legal team to discuss case status and strategy relating to disposition of assets (1.0) | $520.00 | 1 | $520.00 |
| Time | 2/13/2025 | Erin Jones | Case Administration | Participate in weekly trustee legal team meeting (1.5) | $775.00 | 1.5 | $1,162.50 |
| Time | 2/13/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding operations issues, status, and addressing same in relation to sale of equity or abandonment (1.2) | $775.00 | 1.2 | $930.00 |
| Time | 2/13/2025 | Erin Jones | Fee/Employment Applications | Draft, edit, revise 2nd interim fee application and circulate same to J. Chiba to finalize and revise (2.0) | $775.00 | 2 | $1,550.00 |
| Time | 2/14/2025 | Jacqueline Chiba | Fee/Employment Applications | Revise second interim fee application for Jones Murray LLP, proposed order, and related exhibits (2.7) | $520.00 | 2.7 | $1,404.00 |
| Time | 2/14/2025 | Jacqueline Chiba | Fee/Employment Applications | Revise exhibit to the first interim fee application for N&N relating to expenses (0.3) | $520.00 | 0.3 | $156.00 |
| Time | 2/14/2025 | Jacqueline Chiba | Fee/Employment Applications | Revise first interim fee application for HMP and exhibits (0.4); draft and send email to K. Nicolaou requesting review and comments to same (0.1) | $520.00 | 0.5 | $260.00 |
| Time | 2/14/2025 | Jacqueline Chiba | Fee/Employment Applications | Call with R. Anderson at TPSW (trustee's retained accountant) regarding fee procedures (0.1) | $520.00 | 0.1 | $52.00 |
| Time | 2/14/2025 | Erin Jones | Fee/Employment Applications | Conference with C. Murray regarding interim fee applications of non-attorney professionals (.3); cover sheet data (.2) | $775.00 | 0.5 | $387.50 |
| Time | 2/17/2025 | Erin Jones | Asset Analysis and Recovery | Conference with C. Murray regarding discussions with S. Jordan, W. Cicack, A. Moshenberg (.3); conference regarding various parties interests or non-interest in purchasing equity (.5); conference with C. Murray regarding status of all pending related litigation (.5) | $775.00 | 1.3 | $1,007.50 |
| Time | 2/17/2025 | Erin Jones | Asset Analysis and Recovery | Conference with C. Murray regarding discussions with S. Jordan, W. Cicack, A. Moshenberg and various parties' interests or non-interest in purchasing equity (.8); conference with C. Murray regarding status of all pending related litigation (.5) | $775.00 | 1.3 | $1,007.50 |
| Time | 2/18/2025 | Erin Jones | Asset Analysis and Recovery | Conference with C. Murray, M. Dearman and J. Wolfshohl regarding potential sale of equity and emails to various parties (1.0); review M. Dearman draft email regarding same (.1); conference with W. Cicack regarding same (.5) and review various responses to M. Dearman email (.3); conference with C. Murray regarding discussion with W. Cicack and various terms Tx wants to resolve claims with Jones (.6) | $775.00 | 2.5 | $1,937.50 |

| Type | Date | Name | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Time | 2/19/2025 | Erin Jones | Asset Analysis and Recovery | Telephone conference with M. Dearman regarding motion to abandon and update regarding calls with W. Cicack et. al. (1.0); conference with C. Murray regarding same and update on responses regarding interest of no interest in purchase of equity (.5) | $775.00 | 1.5 | $1,162.50 |
| Time | 2/20/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding weekly team trustee meeting topics/pending projects (.3); email M. Dearman regarding same (.1) | $775.00 | 0.4 | $310.00 |
| Time | 2/20/2025 | Erin Jones | Asset Analysis and Recovery | Review and respond to B. Schleizer email regarding book contracts, conference with C. Murray regarding same and email to B. Schleizer regarding payment history and reports (.3); review various responses to same (.3) | $775.00 | 0.6 | $465.00 |
| Time | 2/20/2025 | Erin Jones | Asset Analysis and Recovery | Review S. Jordan email regarding non-exempt assets and review against various filed schedules (.8); draft lengthy response to same and issues/assets that trustee needs clarification for continuation of discussions (1.0); conference with C. Murray regarding same (.2) | $775.00 | 2 | $1,550.00 |
| Time | 2/24/2025 | Erin Jones | Asset Disposition | Review various emails regarding PQPR lien assignment and conference with C. Murray regarding same (.5) | $775.00 | 0.5 | $387.50 |
| Time | 2/24/2025 | Erin Jones | Asset Analysis and Recovery | Review various emails regarding various parties potential interest or no interest in purchase of equity (.2) | $775.00 | 0.2 | $155.00 |
| Time | 2/25/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding update on call with A. Moshenberg, status of sale of equity/interest in same, pending FUAC motion, abandonment of assets, interest in purchasing assets and next steps for case administration (1.1) | $775.00 | 1.1 | $852.50 |
| Time | 2/25/2025 | Erin Jones | Asset Disposition | Review various emails regarding assignment of lien (.2) | $775.00 | 0.2 | $155.00 |
| Time | 2/25/2025 | Erin Jones | Asset Analysis and Recovery | Review various emails regarding appeal and deadlines relating to supplemental dismissal order and Tx families' request for extension of briefing deadlines (.2); telephone conference with W. CIcack regarding pending motion for reconsideration of asset sale (.1); review February 5 hearing transcript and discuss same with C. Murray regarding same (.5) | $775.00 | 0.8 | $620.00 |
| Time | 2/27/2025 | Erin Jones | Case Administration | Weekly team meeting with trustee legal team regarding status of pending projects (1.0) | $775.00 | 1 | $775.00 |
| Time | 2/27/2025 | Erin Jones | Asset Analysis and Recovery | Continue to review property issues relative to book contracts and 365 issues (1.9); conference with C. Murray regarding same (.2) | $775.00 | 2.1 | $1,627.50 |

**TOTAL HOURS:** 103.7
**TOTAL FEES:** $ 69,612.00

| TYPE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Expense | 2/5/2025 | Courthouse Parking | $14.00 |
| Expense | 2/6/2025 | Court Reporter job date 01/22/25, invoice #168013, job #85490 | $939.30 |
| Expense | 2/17/2025 | EEJ PACER CHARGES (10/1/2024 - 2/16/2025) | $502.00 |

**TOTAL EXPENSES:** $1,455.30