**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| Debtor. | § | |

**FIRST MONTHLY FEE STATEMENT OF**
**TPS-WEST LLC AS ACCOUNTANT**
**FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM DECEMBER 20, 2024 THROUGH FEBRUARY 28, 2025**

| | |
|---|---|
| **Name of Applicant:** | TPS-West LLC as Accountant for the Chapter 7 Trustee |
| **Date of Retention Order:** | 02/07/2025 [DE 1073][1] |
| **Period for which Fees and Expenses are Incurred:** | December 20, 2024 through and including February 28, 2025 |
| **Interim Fees Incurred:** | **$4,399.50** |
| **Interim Payment of Fees Requested (80%):** | **$3,519.60** |
| **Interim Expenses Incurred:** | **$30.40** |
| **Total Fees and Expenses Due:** | **$3,550.00** |

This is the First Monthly Fee Statement.

---

[1] Local Rule 2014-1(b) provides that an application for approval of the employment of a professional that is made within 30 days of the commencement of that professional's provision of services is deemed contemporaneous. TPS-West LLC filed their application on 01/13/2025 and is seeking compensation for services dating back to 12/20/2024 (within the 30 days).

TPS-West LLC ("TPSW"), as Accountant for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this First Monthly Fee Statement (the "Fee Statement") for the period from December 20, 2024 through February 28, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [DE 793] (the "Interim Compensation Order").

TPSW requests compensation for professional services rendered in the amount of $4,339.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $30.40 (the "Expenses"), for the period from December 20, 2024 through February 28, 2025. Eighty percent (80%) of the fees equals $3,519.60 and one hundred percent (100%) of the Expenses equals $30.40 for a total requested amount of $3,550.00.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by TPSW's professionals, together with their respective hourly rates, is attached hereto as **Exhibit 3**. TPSW's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, TPSW respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $3,519.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $30.40 for a total amount of $3,550.00.

Dated: March 10, 2025

Respectfully submitted,

**TPS-WEST LLC**

_____
Richard P. Anderson, CPA
10260 Westheimer Rd., Suite 210
Houston, TX 77042
*Accountant for the Chapter 7 Trustee*

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on March 10, 2025.

*/s/ Jacqueline O. Chiba*
Jacqueline Q. Chiba
*General Bankruptcy Counsel*
*for the Chapter 7 Trustee*

Dated: March 10, 2025

Respectfully submitted,

**TPS-WEST LLC**

Richard P. Anderson, CPA
10260 Westheimer Rd., Suite 210
Houston, TX 77042
*Accountant for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on March 10, 2025.

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba
*General Bankruptcy Counsel*
*for the Chapter 7 Trustee*

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Federal Income Tax | 15.60 | $4,069.50 |
| General Accounting Consulting Services | 1.0 | $330.00 |
| Employment/Fee Application | 2.20 | $0.00 (NO CHARGE) |
| **TOTAL** | **18.80** | **$4,399.50** |

## EXHIBIT 2

### SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Natalie S. Hinson | $170.00 | 3.90 |
| Rhonda B. Fronk | $275.00 | 13.50 |
| Richard P. Anderson | $330.00 | 1.40 |
| **TOTAL** | | **212.7** |

## EXHIBIT 3

### INVOICE

EXHIBIT
3

TPS-West, LLC
Certified Public Accountants
10260 Westheimer Rd., Suite 210
Houston, TX 77042

Invoice submitted to:
Alexander E. Jones   Bk # 22-33553-CML-7
c/o Christopher Murray, Chapter 7
Bankruptcy Trustee
602 Sawyer Street
Suite 400
Houston, TX 77007

March 3, 2025

Invoice #4052

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Federal Income Taxes** | | |
| 12/27/2024 | NH | Email correspondence re: new case; begin docket review. | 0.30 $170.00/hr | $51.00 |
| 12/30/2024 | NH | Review schedules/perform conflicts check. | 0.40 $170.00/hr | $68.00 |
| | NH | Begin file set up. | 0.80 $170.00/hr | $136.00 |
| 12/31/2024 | NH | Finish file set up. | 0.40 $170.00/hr | $68.00 |
| 1/14/2025 | NH | Received tax identification numbers from the trustee; update case file. | 0.20 $170.00/hr | $34.00 |
| 1/16/2025 | RBF | Email correspondence with Trustee's office to obtain Forms 1 and 2 for use in 2024 Form 1041 income tax preparation. | 0.20 $275.00/hr | $55.00 |
| 2/19/2025 | RBF | Review court documents relevant to tax issues to determine proper tax treatment for 2024 Form 1041 income tax return. | 2.40 $275.00/hr | $660.00 |
| 2/20/2025 | RBF | Begin analysis and preparation of tax data for use in tax program for 2024 Form 1041 income tax return. | 3.00 $275.00/hr | $825.00 |
| 2/27/2025 | RBF | Continue analysis and preparation of tax data for use in tax program for 2024 Form 1041 income tax return. | 2.90 $275.00/hr | $797.50 |
| 2/28/2025 | RBF | Continue analysis and preparation of tax data for use in tax program for 2024 Form 1041 income tax return. | 5.00 $275.00/hr | $1,375.00 |
| | | SUBTOTAL: | [ 15.60 | $4,069.50] |
| | | **General Accounting Consulting Services** | | |
| 12/20/2024 | RPA | Discuss entity structures and potential tax dilemma scenario with Chris M. | 0.50 $330.00/hr | $165.00 |
| 12/27/2024 | RPA | Follow up of previous phone call on 12/20 regarding entity structures and potential tax dilemma scenario with Chris M. | 0.50 $330.00/hr | $165.00 |
| | | SUBTOTAL: | [ 1.00 | $330.00] |
| | | **TPSW Fee Application** | | |
| 1/7/2025 | NH | Prepare application to employ accountant. | 0.40 | NO CHARGE |
| 1/8/2025 | RPA | Review and sign application to employ. | 0.20 | NO CHARGE |
| 1/13/2025 | NH | Email correspondence with the trustee re: employment application status. | 0.10 | NO CHARGE |
| | NH | Finalize, Notarize, and ECF Application to Employ Accountant. | 0.30 | NO CHARGE |
| 2/7/2025 | NH | Review/save order employing accountant; update employment status on case file. | 0.20 | NO CHARGE |

Alexander E. Jones   Bk # 22-33553-CML-7                                    Page 2

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2025 | NH | Email correspondence re: procedures for interim compensation. | 0.20 | NO CHARGE |
| 2/13/2025 | NH | Update case file re: interim fee application procedures; review work in progress regarding same. | 0.30 | NO CHARGE |
|  | NH | Review interim fee application procedures in this case as set out by court order. | 0.30 | NO CHARGE |
| 2/14/2025 | RPA | Call with Jackie Chiba about billing process. | 0.20 | NO CHARGE |

| SUBTOTAL: | [ | 2.20 | $0.00] |
|---|---|---|---|

| For professional services rendered | 18.80 | $4,399.50 |
|---|---|---|

Additional Charges :

Copy Expense

| 2/28/2025 | NH | Monthly copy count - February 2025 | $30.40 |
|---|---|---|---|

| SUBTOTAL: | [ | $30.40] |
|---|---|---|

| Total costs | $30.40 |
|---|---|

| Total amount of this bill | $4,429.90 |
|---|---|

| Balance due | $4,429.90 |
|---|---|

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Natalie S. Hinson | 2.10 | $170.00 | $357.00 |
| Natalie S. Hinson | 1.80 | $0.00 | $0.00 |
| Rhonda B. Fronk | 13.50 | $275.00 | $3,712.50 |
| Richard P. Anderson | 1.00 | $330.00 | $330.00 |
| Richard P. Anderson | 0.40 | $0.00 | $0.00 |