THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 22-33553 |
| ALEXANDER E. JONES | § | (Chapter 7) |
| | § | |
| Debtor. | § | |

**THIRD MONTHLY FEE STATEMENT OF N&N FORENSICS, LLC AS IT PROFESSIONAL FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF <u>EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2025 TO FEBRUARY 28, 2025</u>**

| | |
|---|---|
| **Name of Applicant:** | N&N Forensics, LLC, IT Professional for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | January 20, 2025 [DE 1020], with effective retention date of September 4, 2024 |
| **Period for which Fees and Expenses are Incurred:** | February 1, 2025 through and including February 28, 2025 |
| **Interim Fees Incurred:** | $5,000.00 |
| **Interim Payment of Fees Requested (80%):** | $4,000.00 |
| **Interim Expenses Incurred:** | $0.00 |
| **Total Fees and Expenses Due:** | $4,000.00 |

This is the Third Monthly Fee Statement.

N&N Forensics, LLC ("N&N"), as IT Professional for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this *Third Monthly Fee Statement* (the "Fee Statement") for the period from February 1, 2025 through February 28, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Dkt. No. 793] (the "Interim Compensation Order").

N&N requests compensation for professional services rendered in the amount of $5,000.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from February 1, 2025 through February 28, 2025. Eighty percent (80%) of the fees equals $4,000.00 and one hundred percent (100%) of the expenses equals $0.00 for a total requested amount of **$4,000.00**. An invoice reflecting the services provided and expenses incurred is attached hereto as **Exhibit 1**.

**WHEREFORE**, N&N respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $4,000.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 for the total requested interim compensation of **$4,000.00**.

Dated: March 10, 2025

                                    Respectfully submitted,

                                  **N&N FORENSICS, LLC**

                                  _____
                                  Patrick Newton
                                  Email: pnewton@nnforensics.com
                                  Telephone: 650-454-7091
                                  3631 County Rd 405
                                  Anderson, TX 77830
                                  *IT Professional for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

     This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on March 10, 2025

                                    */s/ Jacqueline Q. Chiba*
                                    Jacqueline Q. Chiba
                                    *Counsel for the Chapter 7 Trustee*





N&N Forensics
936-246-4001
945 McKinney Street, Suite 241, TX  77002

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Christopher Murray | 03/03/2025 | JM-013 | $5,000.00 |
| JONES MURRAY LLP | | | |
| | Due Date | Reference | |
| | 04/01/2025 | AJ Data Collection | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Professional Services - Digital Forensics<br>Stopped date for HDD Feb 5th date 2/1,2/3,2/4,2/5 | $250.00 | 20 | $5,000.00 |

|  |  |
|---|---|
| Subtotal | 5,000.00 |
| Tax | 0.00 |
| Total | 5,000.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $5,000.00 |