United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 11, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Chapter 7 |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) |
| Debtor. | § |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**
**(Relates to Docket No. 1085)**

The Court has considered the Second Interim Application of Porter Hedges LLP (the "*Applicant*"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through and including January 31, 2025 (the "Application"). The Court orders:

1. The Applicant is allowed interim compensation in the amount of **$842,611.00**[1] and reimbursement of actual and necessary expenses in the amount of **$44,739.48** for the period set forth in the Application.

Signed: March 11, 2025

Christopher Lopez
United States Bankruptcy Judge

---

[1] This amount reflects a voluntary reduction of fees at the request of the U.S. Trustee.

17132028

2. The Trustee is authorized to disperse **$166,756.20** which represents the unpaid amounts allowed by paragraph 1 of this Order.

SIGNED: _____, 2025.

**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

17132028