United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 11, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | § |
| | §  **Chapter 7** |
| **ALEXANDER E. JONES,** | § |
| | §  **Case No. 22-33553 (CML)** |
| **Debtor.** | § |
| | § |
| | § |
| | § |
| | § |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF
JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR THE CHAPTER 7
TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM NOVEMBER 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**
**[This Order relates to Docket No. 1086]**

The Court has considered the *Second Interim Fee Application* ("***Application***") of Jones Murray LLP ("***JM***"), as bankruptcy counsel for the Chapter 7 Trustee, Christopher R. Murray, for the allowance of compensation and reimbursement of expense for the period from November 1, 2024 through and including January 31, 2025 ("***Application Period***"). The Court orders:

1.      JM is allowed interim compensation in the amount of **$471,659.00** for professional fees and reimbursement of actual and necessary expenses of **$2,806.78** incurred during the Application Period.

2.      The Trustee is authorized to disburse any unpaid compensation allowed by this Order to JM.

Signed:  March 11, 2025

_____
Christopher Lopez
United States Bankruptcy Judge