IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-33553 |
| | § | |
| **ALEXANDER E. JONES** | § | (Chapter 7) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

### NOTICE OF ATTORNEY OUT OF OFFICE

Please take notice that Shelby A. Jordan, Special Counsel for John Patrick Lowe, Chapter 7 Trustee for the estate of Cinch Wireline Services, LLC files this Notice of Attorney Out of Office on the following dates:

May 5, 2025 – May 23, 2025
July 7, 2025 – July 11, 2025
July 23, 2025 – August 6, 2025

Mr. Jordan respectfully requests that no trials, hearings, depositions, examinations, or anything else that may require an appearance be scheduled during this time. By copy of this Notice, I am notifying all counsel of record and requesting their courtesies as well.

Dated: March 13, 2025          Respectfully submitted,

/s/ Shelby A. Jordan
Shelby A. Jordan
St. Bar No. 11016700; S.D. No. 2195
Antonio Ortiz
St. Bar No. 24074839; SD. No. 1127322
***JORDAN& ORTIZ, P.C.***
500 North Shoreline Drive, Suite 804
Corpus Christi, TX 78401
Telephone: 361.884.5678
Facsimile: 361.888.5555
Email:     sjordan@jhwclaw.com
           aortiz@jhwclaw.com
copy to:   cmadden@jhwclaw.com
**ATTORNEY FOR ALEXANDER E. JONES**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was sent on March 13, 2025 to all parties registered to receive electronic notices of filings in this case via the Court's ECF notification system.

*/s/ Shelby A. Jordan*
Shelby A. Jordan
