United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 18, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | In Re: | Alexander E. Jones | |

This lawyer, who is admitted to the State Bar of  __Ohio__ :

| | |
|---|---|
| Name | Robert Wyn Young |
| Firm | Law Office of R. Wyn Young, Esq. |
| Street | 1421 Lexington Avenue, #180 |
| City & Zip Code | Mansfield, OH 44907 |
| Telephone | 513-238-2821/rwynyoung25@gmail.com |
| Licensed: State & Number | Ohio Bar No. 0064876 |
| | U.S. District Courts, Northern and Southern |

Seeks to appear as the attorney for this party:

Robert Wyn Young

Dated: 03/17/2025    Signed: /s/ Robert Wyn Young

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                        Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: March 18, 2025

Christopher Lopez
United States Bankruptcy Judge