# **<u>Exhibit 2</u>**

**02.24.25 Email to CM Saldana re_Jones Ch7**



Wyn Young <rwynyoung25@gmail.com>

### Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)

Wyn Young <rwynyoung25@gmail.com>　　　　　　　　　　　　　　　　Mon, Feb 24, 2025 at 11:55 AM
To: rosario_saldana@txs.uscourts.gov

Dear **Ms. Saldana**:

My name is **Wyn Young**. I'm a 30~year civil litigation trial attorney from Mansfield, Ohio (**OH Bar 64876**), and I am emailing you in accordance with Rule 1 of **Judge Lopez's** Court Procedures. I am **not** counsel for any of the parties to this case; rather, I am an attorney in independent practice, pursuing a public advocacy case, and **seeking to advise** the **United States Trustee**, the **parties**, and the **Bankruptcy Court** that I discovered **unequivocal evidence** that **Alex Jones** deliberately threw the defense of the Connecticut Sandy Hook defamation cases from the very beginning in **July 2018** (i.e., by deliberately failing to claim federal question jurisdiction when removing the related **1st Amendment** lawfare defamation cases to federal court) and that the **$1.3 Billion Connecticut state court judgment** giving rise to the instant **Chapter 7 bankruptcy case** was obtained by **fraud** or **collusion** between the parties to the aforesaid Connecticut defamation actions.

I do not practice bankruptcy law, and I am not licensed in Texas; but, according to Google AI, "a private citizen or attorney has the right to notify a bankruptcy court of a fraudulent judgment", and such a report is typically submitted to the **United States Trustee** as "the primary point of contact" in the form of a "written statement outlining the details of the alleged fraudulent judgment, including supporting documentation like evidence of the fraudulent activity."

I have prepared **(1)** a **written explanatory statement** in the form of an email that outlines the details of the fraudulently~obtained judgment and **(2)** a **zipped evidentiary folder** (chiefly consisting of portions of the **November 2018** U.S. District Court remand file) that I seek to submit to the **United States Trustee** forthwith.

I am to understand that the **United States Trustee** for this case is **Christopher Murray**, but I do **not** have an **electronic/email service list** that would include the **United States Trustee** and all **parties** and, as I've not litigated in federal court since 2015, I'm not sure if my **PACER** and **CM/ECF** credentials are still valid (or even where I might find my login credentials). Do you have an **electronic service list** for this case that you can kindly provide or point me to? Please also advise if the Court would like to be copied on the submission of my **written statement** and **zipped evidentiary folder** to the **United States Trustee**.

Thank you for your time and kind assistance with this matter. I look forward to hearing from you.

Very truly yours,

*Wyn*

**R. Wyn Young, Esq.**
Ohio Bar #0064876

1421 Lexington Avenue, #180
Mansfield, OH 44907
Phone: (513) 238~2821
rwynyoung25@gmail.com
www.linkedin.com/in/rwynyoung (Professional Legal Profile)