# Exhibit 3

## 02.24.25 Emails w_CM Saldana & Trustee Murray re_Jones Ch7



Wyn Young <rwynyoung25@gmail.com>

## Fwd: Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)

**Wyn Young** <rwynyoung25@gmail.com>  Mon, Feb 24, 2025 at 12:25 PM
To: chris@jonesmurray.com

Dear **Trustee Murray**:

Please see the below self~explanatory emails with Judge Lopez's Case Manager, **Rosario Saldana**.

My **explanatory written statement** and **evidentiary folder** will follow by separate email.

Thank you,

*Wyn*

**R. Wyn Young, Esq.**
Ohio Bar #0064876
1421 Lexington Avenue, #180
Mansfield, OH 44907
Phone: (513) 238~2821
rwynyoung25@gmail.com
www.linkedin.com/in/rwynyoung (Professional Legal Profile)

---------- Forwarded message ---------
From: **Wyn Young** <rwynyoung25@gmail.com>
Date: Mon, Feb 24, 2025 at 12:05 PM
Subject: Re: Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)
To: Rosario Saldana <Rosario_Saldana@txs.uscourts.gov>

Thank you, **Ms. Saldana**.

Very truly yours,

*Wyn*

**R. Wyn Young, Esq.**
Ohio Bar #0064876
1421 Lexington Avenue, #180
Mansfield, OH 44907
Phone: (513) 238~2821
rwynyoung25@gmail.com
www.linkedin.com/in/rwynyoung (Professional Legal Profile)

On Mon, Feb 24, 2025 at 12:00 PM Rosario Saldana <Rosario_Saldana@txs.uscourts.gov> wrote:

> Good morning,

The email address listed on the docket for Mr. Murray is chris@jonesmurray.com. The Court does not read anything that is not filed on the public docket.

Thank you,

*Rosario Saldaña*

Case Manager to the Honorable Christopher M. Lopez
United States Bankruptcy Judge
Southern District of Texas
515 Rusk Ave.
Houston, TX 77002
Direct: 713-250-5645

_____

Judge Lopez's Website

**Telephonic Participation Information:**
Dial-in Telephone No: 832-917-1510

Conference Code: 590153

GoToMeeting.com code: JudgeLopez

---

**From:** Wyn Young <rwynyoung25@gmail.com>
**Sent:** Monday, February 24, 2025 10:56 AM
**To:** Rosario Saldana <Rosario_Saldana@txs.uscourts.gov>
**Subject:** Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)

**CAUTION - EXTERNAL:**

Dear **Ms. Saldana**:

My name is **Wyn Young**. I'm a 30~year civil litigation trial attorney from Mansfield, Ohio (**OH Bar 64876**), and I am emailing you in accordance with Rule 1 of **Judge Lopez's** Court Procedures. I am **not** counsel for any of the parties to this case; rather, I am an attorney in independent practice, pursuing a public advocacy case, and **seeking to advise** the **United States Trustee**, the **parties**, and the **Bankruptcy Court** that I discovered **unequivocal evidence** that **Alex Jones** deliberately threw the defense of the Connecticut Sandy Hook defamation cases from the very beginning in **July 2018** (i.e., by deliberately failing to claim federal question jurisdiction

when removing the related **1st Amendment** lawfare defamation cases to federal court) and that the **$1.3 Billion Connecticut state court judment** giving rise to the instant **Chapter 7 bankruptcy case** was obtained by <u>fraud</u> or <u>collusion</u> between the parties to the aforesaid Connecticut defamation actions.

I do not practice bankruptcy law, and I am not licensed in Texas; but, according to Google AI, "a private citizen or attorney has the right to notify a bankruptcy court of a fraudulent judgment", and such a report is typically submitted to the **United States Trustee** as "the primary point of contact" in the form of a "written statement outlining the details of the alleged fraudulent judgment, including supporting documentation like evidence of the fraudulent activity."

I have prepared **(1)** a <u>written explanatory statement</u> in the form of an email that outlines the details of the fraudulently~obtained judgment and **(2)** a <u>zipped evidentiary folder</u> (chiefly consisting of portions of the **November 2018** U.S. District Court remand file) that I seek to submit to the **United States Trustee** forthwith.

I am to understand that the **United States Trustee** for this case is **Christopher Murray**, but I do <u>**not**</u> have an <u>electronic/email service list</u> that would include the **United States Trustee** and all **parties** and, as I've not litigated in federal court since 2015, I'm not sure if my **PACER** and **CM/ECF** credentials are still valid (or even where I might find my login credentials). Do you have an <u>electronic service list</u> for this case that you can kindly provide or point me to? Please also advise if the Court would like to be copied on the submission of my <u>written statement</u> and <u>zipped evidentiary folder</u> to the **United States Trustee**.

Thank you for your time and kind assistance with this matter. I look forward to hearing from you.

Very truly yours,

*Wyn*

**R. Wyn Young, Esq.**

Ohio Bar #0064876

1421 Lexington Avenue, #180

Mansfield, OH 44907

Phone: (513) 238~2821

rwynyoung25@gmail.com

www.linkedin.com/in/rwynyoung (Professional Legal Profile)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.