# Exhibit 5

**Lafferty Fed Court Remand Docs
(Pgs. 1 thru 93 Only)**

CLOSED,EFILE,PROSE

**U.S. District Court**
**District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE #: 3:18–cv–01156–JCH**

Lafferty et al v. Jones et al
Assigned to: Judge Janet C. Hall
Cause: 28:1332 Diversity–Libel,Assault,Slander

Date Filed: 07/13/2018
Date Terminated: 11/05/2018
Jury Demand: None
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**

**Erica Lafferty**    represented by    **Matthew Blumenthal**
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Ave
Ste Floor 5
Bridgeport, CT 06604
203–336–4421
Email: mblumenthal@koskoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
203–336–4421
Fax: 203–368–3244
Email: bbloss@koskoff.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Wheeler**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francine Wheeler**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Barden**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carlee Soto–Parisi**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos M. Soto**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jillian Soto**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Aldenberg**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alex Emric Jones**    represented by    **Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl St., 14th Floor
Hartford, CT 06103
702–420–2001
Fax: 305–437–7662
Email: jmw@randazza.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Infowars, LLC**    represented by    **Jay Marshall Wolman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Free Speech Systems, LLC**    represented by    **Jay Marshall Wolman**
(See above for address)

**Plaintiff**

**Mark Barden**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Hockley**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ian Hockley**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Hensel**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremy Richman**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Soto**    represented by    **Matthew Blumenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Infowars Health, LLC**    represented by    **Jay Marshall Wolman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Prison Planet TV, LLC**    represented by    **Jay Marshall Wolman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wolfgang Halbig**    represented by    **Wolfgang Halbig**
25526 Hawks Run Lane
Sorrento, FL 32776
352–729–2559
Email: wolfgang.halbig@comcast.net
PRO SE

**Defendant**

**Cory T. Sklanka**    represented by    **Jay Marshall Wolman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence L. Connelli**
Regnier, Taylor, Curran & Eddy
100 Pearl Street, 4th Floor
Hartford, CT 06103
860–249–9121 x223
Fax: 860–527–4343
Email: lconnelli@rtcelaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Genesis Communications Network, Inc.**    represented by    **Jay Marshall Wolman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Midas Resources, Inc.**    represented by    **Jay Marshall Wolman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole R Cuglietto**
Wilson, Elser, Moskowitz, Edelman & Dicker , LLP – Stmfd CT
1010 Washington Boulevard
Stamford, CT 06901
203–388–2382
Fax: 203–388–9101
Email: nicole.cuglietto@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Stephen P. Brown**
Wilson, Elser, Moskowitz, Edelman & Dicker , LLP – Stmfd CT
1010 Washington Boulevard

Stamford, CT 06901
203–388–9100
Fax: 203–388–9101
Email: Stephen.brown@wilsonelser.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2018 | 1 | NOTICE OF REMOVAL by Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC from Superior Court, Judicial District of Fairfield at Bridgeport, Connecticut, case number FBT–CV18–6075078–S. Filing fee $ 400 receipt number ACTDC–4899662, filed by Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC. (Attachments: # 1 Exhibit 1 – Summons and Complaint, # 2 Exhibit 2 – Wolman Appearance, # 3 Exhibit 3 – Initial Return of Service, # 4 Exhibit 4 – Supplemental Return of Service, # 5 Exhibit 5 – Jones Declaration, # 6 Exhibit 6 – Halbig Consent to Remove, # 7 Exhibit 7 – Midas Consent to Remove, # 8 Exhibit 8 – Genesis Consent to Remove, # 9 Exhibit – Civil Cover Sheet)(Wolman, Jay) (Entered: 07/13/2018) |
| 07/13/2018 | 2 | Corporate Disclosure Statement by Infowars, LLC. (Wolman, Jay) (Entered: 07/13/2018) |
| 07/13/2018 | 3 | Corporate Disclosure Statement by Free Speech Systems, LLC. (Wolman, Jay) (Entered: 07/13/2018) |
| 07/13/2018 | 4 | Corporate Disclosure Statement by Infowars Health, LLC. (Wolman, Jay) (Entered: 07/13/2018) |
| 07/13/2018 | 5 | Corporate Disclosure Statement by Prison Planet TV, LLC. (Wolman, Jay) (Entered: 07/13/2018) |
| 07/13/2018 | 6 | NOTICE by Alex Emric Jones *Notice of Pending Motions* (Attachments: # 1 Exhibit A – Halbig Motion to Dismiss)(Wolman, Jay) (Entered: 07/13/2018) |
| 07/13/2018 | 7 | NOTICE by Alex Emric Jones *Statement Pursuant to Standing Order on Removed Cases* (Wolman, Jay) (Entered: 07/13/2018) |
| 07/13/2018 | 8 | NOTICE by Alex Emric Jones *Notice to Counsel Re: Local Rule 5(b)* (Wolman, Jay) (Entered: 07/13/2018) |
| 07/13/2018 | 9 | NOTICE by Alex Emric Jones re 7 Notice (Other) *Notice of Errata* (Wolman, Jay) (Entered: 07/13/2018) |
| 07/13/2018 | 10 | NOTICE by Alex Emric Jones re 1 Notice of Removal,,, *Notice of Filing* (Attachments: # 1 Exhibit A – Supplemental Return)(Wolman, Jay) (Entered: 07/13/2018) |
| 07/13/2018 | 11 | MOTION to Dismiss for Lack of Jurisdiction by Wolfgang Halbig.Responses due by 8/3/2018 (Hushin, Z.) (Entered: 07/13/2018) |
| 07/13/2018 | | Judge Janet C. Hall added. (Anastasio, F.) (Entered: 07/13/2018) |
| 07/13/2018 | 12 | Order on Pretrial Deadlines: Motions to Dismiss due on 10/13/2018. Amended Pleadings due by 9/11/2018 Discovery due by 1/12/2019 Dispositive Motions due by 2/11/2019<br>Signed by Clerk on 7/13/2018.(Anastasio, F.) (Entered: 07/13/2018) |
| 07/13/2018 | 13 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Janet C. Hall on 7/13/2018.(Anastasio, F.) (Entered: 07/13/2018) |
| 07/13/2018 | 14 | STANDING PROTECTIVE ORDER<br>Signed by Judge Janet C. Hall on 7/13/2018.(Anastasio, F.) (Entered: 07/13/2018) |
| 07/13/2018 | 15 | Standing Order re: Discovery<br>Signed by Judge Janet C. Hall on 7/13/2018.(Anastasio, F.) (Entered: 07/13/2018) |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2018 | 16 | NOTICE TO COUNSEL/SELF–REPRESENTED PARTIES : Counsel or self–represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 3 Corporate Disclosure Statement filed by Free Speech Systems, LLC, 2 Corporate Disclosure Statement filed by Infowars, LLC, 5 Corporate Disclosure Statement filed by Prison Planet TV, LLC, 11 MOTION to Dismiss for Lack of Jurisdiction filed by Wolfgang Halbig, 1 Notice of Removal,,, filed by Infowars, LLC, Infowars Health, LLC, Free Speech Systems, LLC, Prison Planet TV, LLC, Alex Emric Jones, 9 Notice (Other) filed by Alex Emric Jones, 14 Protective Order, 6 Notice (Other) filed by Alex Emric Jones, 10 Notice (Other) filed by Alex Emric Jones, 8 Notice (Other) filed by Alex Emric Jones, 12 Order on Pretrial Deadlines, 13 Electronic Filing Order, 15 Order, 7 Notice (Other) filed by Alex Emric Jones, 4 Corporate Disclosure Statement filed by Infowars Health, LLC<br>Signed by Clerk on 7/13/2018. (Attachments: # 1 Standing Order on Removal Cases)(Anastasio, F.) (Entered: 07/13/2018) |
| 07/13/2018 | 17 | CERTIFICATE OF SERVICE by Alex Emric Jones re 11 MOTION to Dismiss for Lack of Jurisdiction, 16 Electronic Service Documents,,,, 14 Protective Order, 12 Order on Pretrial Deadlines, 13 Electronic Filing Order, 15 Order (Wolman, Jay) (Entered: 07/13/2018) |
| 07/16/2018 | | Set Deadlines/Hearings: Rule 26 Meeting Report due by 8/27/2018 (DeRubeis, B.) (Entered: 07/16/2018) |
| 07/16/2018 | 18 | NOTICE of Appearance by Lawrence L. Connelli on behalf of Cory T. Sklanka (Connelli, Lawrence) (Entered: 07/16/2018) |
| 07/19/2018 | 19 | NOTICE of Appearance by Stephen P. Brown on behalf of Midas Resources, Inc. (Brown, Stephen) (Entered: 07/19/2018) |
| 07/19/2018 | 20 | NOTICE of Appearance by Nicole R Cuglietto on behalf of Midas Resources, Inc. (Cuglietto, Nicole) (Entered: 07/19/2018) |
| 07/20/2018 | 21 | MOTION to Dismiss by Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC.Responses due by 8/10/2018 (Wolman, Jay) (Entered: 07/20/2018) |
| 07/20/2018 | 22 | Memorandum in Support re 21 MOTION to Dismiss filed by Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC. (Attachments: # 1 Exhibit 1 – FBI Crime Statistics, # 2 Exhibit 2 – Lafferty Article)(Wolman, Jay) (Entered: 07/20/2018) |
| 07/23/2018 | 23 | First MOTION for Extension of Time until 7/30/18 Respond to Plaintiff's Complaint 1 Notice of Removal,,, by Midas Resources, Inc.. (Brown, Stephen) (Entered: 07/23/2018) |
| 07/23/2018 | 24 | NOTICE of Appearance by William M. Bloss on behalf of William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto–Parisi, David Wheeler, Francine Wheeler (Bloss, William) (Entered: 07/23/2018) |
| 07/24/2018 | 25 | ORDER granting 23 Motion for Extension of Time. SO ORDERED by Judge Janet C. Hall on 7/24/2018. (Lewis, D) (Entered: 07/24/2018) |
| 07/24/2018 | | Answer deadline updated for Midas Resources, Inc. to 7/30/2018. (Lewis, D) (Entered: 07/24/2018) |
| 07/24/2018 | 26 | MOTION for Extension of Time until August 7, 2018 to move or file responsive pleading by Cory T. Sklanka. (Connelli, Lawrence) (Entered: 07/24/2018) |
| 07/26/2018 | 27 | ORDER granting 26 MOTION for Extension of Time until August 7, 2018 to move or file responsive pleading. SO ORDERED by Judge Janet C. Hall on 7/26/2018. (Lewis, D) (Entered: 07/26/2018) |
| 07/26/2018 | | Answer deadline updated for Cory T. Sklanka to 8/7/2018. (Lewis, D) (Entered: 07/26/2018) |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2018 | 28 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. In Court Status Conference set for 8/6/2018 03:30 PM in Courtroom One, 141 Church St., New Haven, CT before Judge Janet C. Hall. (DeRubeis, B.) (Entered: 07/26/2018) |
| 07/27/2018 | 29 | PROPOSED ORDER *Proposed Scheduling Order* by William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto–Parisi, David Wheeler, Francine Wheeler. (Blumenthal, Matthew) (Entered: 07/27/2018) |
| 07/27/2018 | 30 | MOTION for Extension of Time *and Scheduling Order* by William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto–Parisi, David Wheeler, Francine Wheeler. (Blumenthal, Matthew) (Entered: 07/27/2018) |
| 07/30/2018 | 31 | MOTION to Dismiss *Defendant Midas Resources Inc Motion to Dismiss* by Midas Resources, Inc..Responses due by 8/20/2018 (Brown, Stephen) (Entered: 07/30/2018) |
| 07/30/2018 | 32 | Memorandum in Support re 31 MOTION to Dismiss *Defendant Midas Resources Inc Motion to Dismiss Memorandum in Support of Motion to Dismiss for Dailure to State a Claim* filed by Midas Resources, Inc.. (Brown, Stephen) (Entered: 07/30/2018) |
| 07/31/2018 | 33 | Appearance Self Represented Party by Wolfgang Halbig (Anastasio, F.) (Entered: 07/31/2018) |
| 07/31/2018 | 34 | Consent to Electronic Notice by Wolfgang Halbig (Anastasio, F.) (Entered: 07/31/2018) |
| 07/31/2018 | 35 | OBJECTION re 29 Proposed Order, 30 MOTION for Extension of Time *and Scheduling Order* filed by Wolfgang Halbig. (Anastasio, F.) (Entered: 07/31/2018) |
| 07/31/2018 | 36 | MOTION to Postpone Status Conference by Wolfgang Halbig. (Anastasio, F.) (Entered: 07/31/2018) |
| 07/31/2018 | 37 | MOTION to Remand to State Court by William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto–Parisi, David Wheeler, Francine Wheeler.Responses due by 8/21/2018 (Bloss, William) (Entered: 07/31/2018) |
| 07/31/2018 | 38 | Memorandum in Support re 37 MOTION to Remand to State Court filed by William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto–Parisi, David Wheeler, Francine Wheeler. (Bloss, William) (Entered: 07/31/2018) |
| 07/31/2018 | 39 | NOTICE of Related Case by Alex Emric Jones (Wolman, Jay) (Entered: 07/31/2018) |
| 08/01/2018 | 40 | ORDER terminating as moot 36 Motion for Extension of Time. SO ORDERED by Judge Janet C. Hall on 8/1/2018. (Lewis, D) (Entered: 08/01/2018) |
| 08/01/2018 | 41 | NOTICE re 28 Calendar Entry: In Court Status Conference set for 8/6/2018 has been cancelled. (Lewis, D) (Entered: 08/01/2018) |
| 08/02/2018 | 42 | ORDER granting over objection 30 Motion for Extension of Time. SO ORDERED by Judge Janet C. Hall on 8/2/2018. (Lewis, D) (Entered: 08/02/2018) |
| 08/02/2018 | 43 | ORDER: Time to oppose the pending motion to dismiss is stayed until 21 days after the court's Ruling on Motion to Remand.<br>SO ORDERED by Judge Janet C. Hall on 8/2/2018.(Lewis, D) (Entered: 08/02/2018) |
| 08/02/2018 | 44 | ORDER TO SHOW CAUSE re: Motion to Remand (Doc. No. 37). Show Cause Response due by 8/29/2018.<br>Signed by Judge Janet C. Hall on 8/2/2018.(Anastasio, F.) (Entered: 08/03/2018) |
| 08/06/2018 | 45 | MOTION to Dismiss by Cory T. Sklanka.Responses due by 8/27/2018 (Connelli, Lawrence) (Entered: 08/06/2018) |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2018 | 46 | Memorandum in Support re 45 MOTION to Dismiss *for Failure to State a Claim on which Relief can be Granted* filed by Cory T. Sklanka. (Connelli, Lawrence) (Entered: 08/06/2018) |
| 08/08/2018 | 47 | AFFIDAVIT Signed By Wolfgang S. Halbig filed by Wolfgang Halbig. (Anastasio, F.) (Entered: 08/08/2018) |
| 08/17/2018 | 48 | MOTION for Extension of Time to File Response/Reply as to 37 MOTION to Remand to State Court until September 28, 2018 by Free Speech Systems, LLC, Genesis Communications Network, Inc., Wolfgang Halbig, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Midas Resources, Inc., Prison Planet TV, LLC, Cory T. Sklanka. (Wolman, Jay) (Entered: 08/17/2018) |
| 08/21/2018 | 49 | MOTION for Extension of Time until September 28, 2018 to respond to Motion to Remand 37 MOTION to Remand to State Court by Midas Resources, Inc.. (Cuglietto, Nicole) (Entered: 08/21/2018) |
| 08/23/2018 | 50 | ORDER granting 48 Motion for Extension of Time to File Response/Reply re 37 MOTION to Remand to State Court (Responses due by 9/28/2018, ); granting 49 Motion for Extension of Time. SO ORDERED by Judge Janet C. Hall on 8/23/2018. (Lewis, D) (Entered: 08/23/2018) |
| 09/25/2018 | 51 | Memorandum in Opposition re 37 MOTION to Remand to State Court filed by Free Speech Systems, LLC, Infowars Health, LLC, Infowars, LLC, Alex Emric Jones, Prison Planet TV, LLC. (Wolman, Jay) (Entered: 09/25/2018) |
| 09/28/2018 | 52 | RESPONSE TO 44 Order to Show Cause filed by Wolfgang Halbig. (Attachments: # 1 Envelope)(Anastasio, F.) (Entered: 09/28/2018) |
| 09/28/2018 | 53 | NOTICE by Infowars Health, LLC, Infowars, LLC, Alex Emric Jones re 51 Memorandum in Opposition to Motion (Wolman, Jay) (Entered: 09/28/2018) |
| 09/28/2018 | 54 | OBJECTION re 37 MOTION to Remand to State Court filed by Midas Resources, Inc.. (Brown, Stephen) (Entered: 09/28/2018) |
| 10/09/2018 | 55 | MOTION for Extension of Time to File Response/Reply *to Defendants' Opposition* as to 37 MOTION to Remand to State Court until October 19, 2018 by William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto–Parisi, David Wheeler, Francine Wheeler. (Blumenthal, Matthew) (Entered: 10/09/2018) |
| 10/10/2018 | 56 | ORDER granting 55 Motion for Extension of Time to File Response/Reply re 37 MOTION to Remand to State Court Responses due by 10/19/2018. SO ORDERED by Judge Janet C. Hall on 10/10/2018. (Lewis, D) (Entered: 10/10/2018) |
| 10/19/2018 | 57 | REPLY to Response to 37 MOTION to Remand to State Court filed by William Aldenberg, Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto–Parisi, David Wheeler, Francine Wheeler. (Attachments: # 1 Exhibit Affidavit and Evidence of Video Recordings)(Blumenthal, Matthew) (Entered: 10/19/2018) |
| 11/05/2018 | 58 | RULING: For the reasons stated herein, the 37 Motion for Remand is GRANTED, and this case is REMANDED to state court. Plaintiffs request for costs and attorneys fees is DENIED. Because this case is remanded to state court, the defendants pending Motions to Dismiss (Doc. Nos. 11 , 21 , 31 , and 45 ) are TERMINATED AS MOOT. The Clerk is ordered to close this case.. Signed by Judge Janet C. Hall on 11/5/2018. (Lewis, D) (Entered: 11/05/2018) |
| 11/05/2018 | | JUDICIAL PROCEEDINGS SURVEY – FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link: |

| | | |
|---|---|---|
| | | https://ecf.ctd.uscourts.gov/cgi–bin/Dispatch.pl?survey (Lewis, D) (Entered: 11/05/2018) |
| 11/09/2018 | 59 | MOTION for Reconsideration of 58 RULING by Wolfgang Halbig. (Pesta, J.) (Entered: 11/09/2018) |
| 11/20/2018 | 60 | RULING denying 59 MOTION for Reconsideration re 58 Order on Motion to Dismiss,,,, Order on Motion to Remand to State Court,,,, Order on Motion to Dismiss/Lack of Jurisdiction, filed by Wolfgang Halbig. Signed by Judge Janet C. Hall on 11/20/2018. (Lewis, D) (Entered: 11/20/2018) |
| 11/20/2018 | 61 | Case remanded to State Court Judicial District of Bridgeport. (Lewis, D) (Entered: 11/20/2018) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; and WILLIAM ALDENBERG,

        Plaintiffs,

        v.

ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC.,

        Defendants.

Case No. 3:18-cv-01156

July 13, 2018

**NOTICE OF REMOVAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, the Defendants Alex Emric Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (hereinafter "Infowars Defendants"), hereby remove to this Court the civil action from the Superior Court, Judicial District of Fairfield at Bridgeport, Connecticut ("state court") described below and in support state as follows:

1. On May 23, 2018, Plaintiffs Erica Lafferty, David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Jeremy Richman, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto, and William Aldenberg, filed an action against the Infowars Defendants, and others, in the state court, entitled *Lafferty, et al. v. Jones, et al.*, bearing a return date of June 26, 2018, and a Case No. FBT-CV18-6075078-S;

- 1 -

2. On June 13, 2018, Alex Emric Jones ("Jones") was served with a copy of Plaintiffs' original Writ, Summons, and Complaint, by attachment to the front door of his usual place of abode in Austin, Texas. A copy of the Complaint and Summons served upon Mr. Jones in the state court are attached hereto as **Exhibit 1**. Such documents were received by Mr. Jones on June 13, 2018.

3. The Infowars Defendants have not yet answered or otherwise responded to the referenced Complaint. An Appearance for the Infowars Defendants was filed in the state court on June 28, 2018 (**Exhibit 2**).

4. Plaintiff filed an initial return of service on May 23, 2018 (**Exhibit 3**) and a supplemental return as to Mr. Jones on June 14, 2018 (**Exhibit 4**).

5. Defendant Jones may be deemed to have first received a copy of the Complaint on June 13, 2018, when it was served upon his place of abode. This Notice of Removal is timely and filed with this Court within the 30 days after receipt by Mr. Jones of the initial pleadings setting forth the claims for relief upon which this action is based.

6. Upon information and belief, all Plaintiffs are citizens and residents of the State of Connecticut, with the exception of Plaintiff William Aldenberg, a citizen and resident of the Commonwealth of Massachusetts. *See* Complaint at ¶¶ 22-28.

7. Defendant Alex Emric Jones is a citizen and resident of the State of Texas. *See* Declaration of Alex Emric Jones ("Jones Decl."), attached as **Exhibit 5**, at ¶ 4.

8. Defendant Infowars, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein. *See* Jones Decl. at ¶ 5. Mr. Jones is the sole member of Infowars, LLC. *See id.* at ¶ 6.

9. Defendant Free Speech Systems, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein. *See* Jones Decl. at ¶ 7. Mr. Jones is the sole member of Free Speech Systems, LLC. *See id.* at ¶ 8.

- 2 -

10. Defendant Infowars Health, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein. *See* Jones Decl. at ¶ 9. Mr. Jones is the sole member of Infowars Health, LLC. *See id.* at ¶ 10.

11. Defendant Prison Planet TV, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein. *See* Jones Decl. at ¶ 11. Mr. Jones is the sole member of Prison Planet TV, LLC. *See id.* at ¶ 12.

12. Upon information and belief, Defendant Wolfgang Halbig is a citizen and resident of the State of Florida. *See* Complaint at ¶ 36.

13. Upon information and belief, Defendant Genesis Communications Network, Inc., ("Genesis") is a privately held company organized under the laws of the State of Minnesota and has its principal place of business therein. *See* Complaint at ¶ 38. Upon information and belief, Genesis does not do business in the State of Connecticut, nor has it otherwise appointed the Secretary of State for the State of Connecticut as its registered agent for service of process, thus it was not properly served within the meaning of 28 U.S.C. § 1446(b)(2)(A).

14. Upon information and belief, Defendant Midas Resources, Inc., is a privately held company organized under the laws of the State of Minnesota and has its principal place of business therein. *See* Complaint at ¶ 39.

15. Upon information and belief, Defendant Cory T. Sklanka ("Sklanka") is a citizen and resident of the State of Connecticut. *See* Complaint at ¶ 37. **Sklanka is not properly joined as a defendant pursuant to 28 U.S.C. § 1441(b)(2) & 1446(b)(2)(A).**

16. Plaintiffs' Complaint prays for damages in excess of $15,000, including monetary damages, punitive damages, attorneys' fees, and costs. *See* Complaint at ¶ 38.

17. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice have been served on counsel for Plaintiff and all other parties and filed with the Clerk of the Superior Court, Judicial District of Fairfield. A Notice of Filing this Notice of Removal was also filed with the said Clerk. In addition, a copy of all pleadings filed in the State Court action are filed herewith.

- 3 -

Case 3:18-cv-01156-JCH   Document 1   Filed 07/13/18   Page 4 of 8
Case 3:18-cv-01156-JCH   Document 1   Filed 07/13/18   Page 5 of 8
Case 22-33553   Document 1120-5   Filed in TXSB on 03/19/25   Page 5 of 25

18.     The action is removable pursuant to the provisions of 28 U.S.C. §§ 1332(a) & 1441(a) because there is complete diversity of citizenship between the properly joined parties. All plaintiffs are Connecticut and Massachusetts citizens. The defendants are citizens of Florida, Minnesota, and Texas, with the exception of Defendant Cory Sklanka, a Connecticut citizen, who was improperly joined.

19.     As set forth by the Second Circuit, "[j]oinder will be considered fraudulent when it is established that there can be no recovery against the defendant under the law of the state on the cause alleged." *Whitaker v. Am. Telecasting, Inc.*, 261 F.3d 196, 207 (2d Cir. 2001). Simply put, "there is no possibility, based on the pleadings, that a plaintiff can state a cause of action against" Mr. Sklanka "in state court." *Pampillonia v. RJR Nabisco, Inc.*, 138 F.3d 459, 461 (2d Cir. 1998).

20.     Factual allegations in the Complaint as to Sklanka are minimal—his sole purpose as a defendant is a clear attempt to break diversity. He is identified as working closely with defendant Halbig by acting as driver and camera operator and "on information and belief, participating in the operation of" a website and broadcasts. Complaint at ¶ 37. He allegedly "facilitated" Halbig and "assisted and was present with Halbig when he filmed and harassed children families," *not identified as Plaintiffs*, "on June 2, 2015." *Id.* at ¶ 60. He allegedly "acted as Halbig's driver, and actively facilitated [Halbig's] appearance on Infowars." *Id.* at ¶ 80. He is vaguely alleged to have somehow acted with other defendants to "develop, disseminate, and propagate" the allegedly false statements. *Id.* at ¶ 85. He is also allegedly a "servant, agent, apparent agent, employee, and/or joint venturer" of other defendants. *Id.* at ¶ 88.

21.     Five claims are alleged against all defendants, including Sklanka: false light invasion of privacy; defamation *per quod* and *per se*; intentional infliction of emotional distress; negligent infliction of emotional distress; and violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq.* Each of the first four claims also includes a claim for conspiracy, and the CUTPA claim uses similar language. None of the claims identify any specific actionable defamatory statement, statement putting a plaintiff in a false light, unfair

- 4 -

trade practice, or action causing emotional distress by Mr. Sklanka, necessary to maintain a valid direct claim. The allegations speak more to the notion of a conspiracy.

22.     The Complaint fails to sufficiently "allege the commission of a tortious act in furtherance of the conspiracy, which of course is necessary to establish liability for civil conspiracy, which is not an independent cause of action, but rather a separate legal basis upon which two or more persons can intentionally combine to commit an underlying legal wrong." *Weissman v. Koskoff, Koskoff & Bieder, P.C.*, No. HHDCV106012922S, 2011 Conn. Super. LEXIS 181, at *29 (Super. Ct. Jan. 19, 2011). A conspiracy requires that "one or more persons, by express or tacit agreement, act in combination with another for a particular purpose or to attain a particular end." *Harp v. King*, 266 Conn. 747, 781, 835 A.2d 953, 973 (2003). There is no plausible allegation Mr. Sklanka entered into any agreement or had a particular purpose or end to harm plaintiffs. No actual role in the website or broadcasts is alleged as harming Plaintiffs. Merely driving and filming Mr. Halbig in some unspecified manner, especially where the sole allegation of semi-specific conduct by Mr. Sklanka does not mention Plaintiffs at all. Complaint at ¶ 60. None of the other allegations as to Mr. Halbig, for whom Mr. Sklanka allegedly worked, for May 13, 2014, September 25, 2014, December 12, 2014, March 4, 2015, May 28, 2015, and May 29, 2015, even mention Mr. Sklanka. *Id.* at ¶¶ 129-170 & 189-219. In fact, the June 2, 2015 alleged incident appears nowhere in the so-called "Campaign of Abuse". *Id.* at ¶¶ 101-end.

23.     Neither are any of the allegations as to Mr. Sklanka timely. All of the common law claims are governed by a two-year statute of limitations. *See* Conn. Gen. Stat. §§ 52-577, 52-584, & 52-597. All of the incidents involving Mr. Sklanka, the latest being June 2, 2015, were more than two years before the civil action was initiated.

24.     Further, there is no basis to suggest that Mr. Sklanka, or any of the defendants, could be liable under CUTPA, which seems only to be included as it has a longer statute of limitations. Although the CUTPA claim has a three-year statute of limitations, per Conn. Gen. Stat. § 42-110g(f), such claim is not alleged as a conspiracy and the Complaint fails to identify any conceivable activity that would constitute an unfair trade practice by him. An essential criterion

- 5 -

for determining whether a practice violates CUTPA is whether it causes substantial injury to consumers, competitors, or other businessmen. *McLaughlin Ford, Inc. v. Ford Motor Co.*, 192 Conn. 558, 568, 473 A.2d 1185 (1984). Plaintiffs are not consumers, competitors, or related businessmen, and the CUTPA claim is ripe for dismissal as to all Defendants. Thus, Mr. Sklanka was improperly joined as a defendant and the matter may be properly removed.

25.     The remaining defendants, being Defendants Halbig, Midas Resources, and Genesis Communications Network, have all consented to this removal.[1] *See* **Exhibits 6**, **7**, & **8**.

26.     Although the Complaint only sets forth that the amount in controversy exceeds $15,000, per Conn. Gen. Stat. § 52-91, it actually exceeds $75,000. Two of the causes are for infliction of emotional distress. "In the Second Circuit, 'garden variety emotional distress claims generally merit $30,000 to $125,000 awards.'" *MacMillan v. Millennium Broadway Hotel*, 873 F. Supp. 2d 546, 561 (S.D.N.Y. 2012) (quoting *Olsen v. Cty. of Nassau*, 615 F. Supp. 2d 35, 46 (E.D.N.Y. 2009)) (internal marks omitted). Thus, those causes meet the amount in controversy requirement. Similarly, as to the defamation claim, the plaintiffs allege that audiences hearing the allegedly false statements "included hundreds of thousands, if not millions, of people." *See* Complaint at ¶¶ 119, 128, 144, 157, 164 (hundreds of thousands only), 170, 179, 184 (hundreds of thousands only), 188, 202, 210, 219, 228, 235, 244, 262, 285 (millions), 288, 298, 317 (more than three million), 325, & 334 (tens of thousands, if not millions), 352 (millions). Given the widespread nature of the alleged reputational harm, if a jury awarded 10 cents per audience member, the damages would exceed the amount in controversy requirement.

27.     The Infowars Defendants have requested that the Clerk of the Superior Court for the Judicial District of Fairfield certify or attest copies of all records or proceedings filed in the State Court and all docket entries therein, with the same to be filed with this Court within 30 days.

---

[1]     As Mr. Sklanka was improperly joined as a defendant, his consent to removal is not required. *See, e.g., In re Rezulin Prods. Liab. Litig.*, 133 F. Supp. 2d 272, 295 (S.D.N.Y. 2001).

- 6 -

WHEREFORE the Infowars Defendants, in the above action, now pending in the Superior Court for the Judicial District of Fairfield at Bridgeport, prays that such action be removed to this Court.

Dated: July 13, 2018.                    Respectfully submitted,

                                         /s/ Jay M. Wolman
                                         Jay M. Wolman, ct29129
                                         RANDAZZA LEGAL GROUP, PLLC
                                         100 Pearl Street, 14th Floor
                                         Hartford, Connecticut 06103
                                         Tel:  702-420-2001
                                         Fax:  305-437-7662
                                         ecf@randazza.com

                                         Marc J. Randazza, *pro hac vice* forthcoming
                                         RANDAZZA LEGAL GROUP, PLLC
                                         2764 Lake Sahara Drive, Suite 109
                                         Las Vegas, Nevada 89117
                                         Tel:  702-420-2001
                                         Fax:  305-437-7662
                                         ecf@randazza.com

                                         *Attorneys for Infowars Defendants*

- 7 -

Case No. 3:18-cv-01156

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 13th day of July 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

I further certify that copies of the foregoing document are being served by electronic mail and U.S. Mail upon the parties at the addresses below:

William M. Bloss
Matthew S. Blumenthal
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgebort, CT 06604
<wbloss@koskoff.com>
<mblumenthal@koskoff.com>

*Attorneys for Plaintiffs*

Stephen P. Brown
WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER
1010 Washington Blvd., 8th Floor
Stamford, CT 06901
<stephen.brown@wilsonelser.com>

*Attorney for Defendant*
*Midas Resources, Inc.*

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776
<wolfgang.halbig@comcast.net>

*Self-Represented Defendant*

Lawrence L. Connelli
REGNIER TAYLOR CURRAN & EDDY
100 Pearl Street, 4th Floor
Hartford, Connecticut 06103
<LConnelli@rtcelaw.com>

*Attorney for Defendant*
*Cory T. Sklanka*

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, MN 55337
<t.anderson@gcnlive.com>

*Representative for Defendant*
*Genesis Communications Network, Inc.*

/s/ Jay M. Wolman
Jay M. Wolman

- 8 -

# EXHIBIT 1

Summons and Complaint

*Lafferty, et al., v. Jones, et al.*
Judicial District of Fairfield
Dkt. No. FBT-CV-18-6075078-S
May 23, 2018

---

**SUMMONS - CIVIL**
JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| | |
|---|---|
| ☐ | "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500. |
| ☒ | "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more. |
| ☐ | "X" if claiming other relief in addition to or in lieu of money or damages. |

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main St., Bridgeport 06604 | ( 203 ) 579-6527 | June        26, 2 018 |

| ☒ Judicial District | ☐ G.A. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| ☐ Housing Session | Number: | Bridgeport | Major: T    Minor: 50 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented  (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Koskoff Koskoff & Bieder, P.C., 350 Fairfield Ave., Bridgeport, CT 06604 | 032250 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| ( 203 )  336-4421 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to)
mblumenthal@koskoff.com

| Number of Plaintiffs: 14 | Number of Defendants: 9 | ☒ Form JD-CV-2 attached for additional parties |

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Lafferty, Erica<br>Address: c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT 06604 | P-01 |
| Additional Plaintiff | Name: Wheeler, David<br>Address: c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT 06604 | P-02 |
| First Defendant | Name: Jones, Alex Emric<br>Address: 15101 Back of the Moon, Austin, TX 78734 | D-01 |
| Additional Defendant | Name: Infowars, LLC<br>Address: 100 Congress Ave., 22nd Floor, Austin, TX 78701 | D-02 |
| Additional Defendant | Name: Free Speech Systems, LLC<br>Address: 100 Congress Ave., 22nd Floor, Austin, TX 78701 | D-03 |
| Additional Defendant | Name: Infowars Health LLC<br>Address: 100 Congress Ave., 22nd Floor, Austin, TX 78701 | D-04 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at  www.jud.ct.gov  under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at  www.jud.ct.gov  under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly.  The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>Matthew S. Blumenthal | Date signed<br>05/23/2018 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

---

**CIVIL SUMMONS**
**CONTINUATION OF PARTIES**
JD-CV-2    Rev. 9-12

STATE OF CONNECTICUT
**SUPERIOR COURT**

First named Plaintiff (Last, First, Middle Initial)
**Lafferty, Erica**

First named Defendant (Last, First, Middle Initial)
**Jones, Alex Emric**

**Additional Plaintiffs**

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
| Wheeler, Francine c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT  06604 | | 03 |
| Barden, Jacqueline  c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT  06604 | | 04 |
| Barden, Mark  c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT  06604 | | 05 |
| Hockley, Nicole  c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT  06604 | | 06 |
| Hockley, Ian  c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT  06604 | | 07 |
| Hensel, Jennifer  c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT  06604 | | 08 |
| Richman, Jeremy  c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT  06604 | | 09 |
| Soto, Donna  c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT  06604 | | 10 |
| Soto-Parisi, Carlee  c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT  06604 | | 11 |
| Soto, Carlos M.  c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT  06604 | | 12 |
| Soto, Jillian  c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT  06604 | | 13 |

**Additional Defendants**

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
| Prison Planet TV LLC  100 Congress Avenue, 22nd Floor, Austin, TX 78701 | | 05 |
| Halbig, Wolfgang  25526 Hawks Run Lane, Sorrento, FL  32776 | | 06 |
| Sklanka, Cory T.  515 Gracey Avenue, Meriden, CT  06451 | | 07 |
| Genesis Communications Network, Inc.  190 Cobblestone Lane, Burnsville, MN  55337 | | 08 |
| Midas Resources, Inc.  190 Cobblestone Lane, Burnsville, MN  55337 | | 09 |
| | | 10 |
| | | 11 |
| | FOR COURT USE ONLY - File Date | 12 |
| | | 13 |
| | Docket number | 14 |

CIVIL SUMMONS-Continuation

**CIVIL SUMMONS**
**CONTINUATION OF PARTIES**
STATE OF CONNECTICUT
SUPERIOR COURT
JD-CV-2   Rev. 9-12

First named Plaintiff (Last, First, Middle Initial)
Lafferty, Erica

First named Defendant (Last, First, Middle Initial)
Jones, Alex Emric

**Additional Plaintiffs**

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
| Aldenberg, William  c/o Koskoff Koskoff & Bieder, 350 Fairfield Ave., Bridgeport, CT 06604 | | 03 |
| | | 04 |
| | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |
| | | 12 |
| | | 13 |

**Additional Defendants**

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
| | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |

FOR COURT USE ONLY - File Date
12
13
14   Docket number

CIVIL SUMMONS-Continuation

---

| | | |
|---|---|---|
| RETURN DATE: JUNE 26, 2018 | : | **JUDICIAL DISTRICT** |
| ERICA LAFFERTY, ET AL, | : | **OF FAIRFIELD** |
| v. | : | **AT BRIDGEPORT** |
| ALEX JONES, ET AL. | : | **MAY 23, 2018** |

## COMPLAINT

### INTRODUCTION

1. This is a civil action for damages leading from the mass shooting that happened at Sandy Hook Elementary School on December 14, 2012.

2. Just before 9:30 AM that morning, Adam Lanza shot his way into the locked school with a Bushmaster XM15-E2S.

3. In less than five minutes, he shot and killed 20 first-grade children and 6 adults. Two others were wounded.

4. That tragic day left behind 26 families that will never be whole again.

5. Every day since, those families have struggled to reconcile themselves with the irrevocable loss of their beloved sons, daughters, sisters, brothers, and mothers.

6. Even though overwhelming—and indisputable—evidence exists showing exactly what happened at Sandy Hook Elementary School on December 14, 2012, certain individuals have persistently perpetuated a monstrous, unspeakable lie: that the Sandy Hook shooting was staged, and that the families who lost loved ones that day are actors who faked their relatives' deaths.

7. Defendant Alex Jones is a conspiracy-theorist radio and internet personality who holds himself out as a journalist. He is the most prolific among those fabricators. But he does not work alone: along with his various business entities, Jones is the chief amplifier for a group that has worked in concert to create and propagate loathsome, false narratives about the Sandy Hook shooting and its victims, and promote their harassment and abuse.

8. Jones, along with these others, has persisted in the perpetuation and propagation of this outrageous, deeply painful, and defamatory lie in the face of a mountain of evidence to the contrary, and with no supporting evidence.

9. Alex Jones does not in fact believe that the Sandy Hook Shooting was a hoax—and he never has.

1

---

10. Nevertheless, time and again, Jones has accused Sandy Hook families, who are readily identifiable, of faking their loved ones' deaths, and insisted that the children killed that day are actually alive.

11. Jones has deliberately employed these false narratives about the Sandy Hook shooting, the victims, and their families as part of a marketing scheme that has brought him and his business entities tens of millions of dollars per year.[1]

12. Jones has an audience of millions. He has repeatedly urged them to "investigate" the Sandy Hook shooting. He has purposely published statements by other people who falsely assert that the Sandy Hook shooting was a hoax.

13. As a result of Jones's campaign, the families and survivors of the Sandy Hook shooting have been forced to endure malicious and cruel abuse at the hands of ruthless and unscrupulous people.

14. On a regular basis, the families and survivors have faced physical confrontation and harassment, death threats, and a sustained barrage of harassment and verbal assault on social media.

15. They have confronted strange individuals videotaping them and their children.

16. Some of them have moved to undisclosed locations to avoid this harassment.

17. The plaintiffs bring this action in defense of the values protected by the First Amendment to the U.S. Constitution, not in derogation of it.

18. Like any marketplace, the marketplace of ideas that the First Amendment was meant to protect cannot function properly without accountability for reprehensible conduct like the defendants'. In fact, the defendants themselves have proven this to be so by their successful propagation of the blatantly false and harmful aspersions described in this Complaint.

19. The First Amendment has never protected demonstrably false, malicious statements like the defendants'. This is because "there is no constitutional value in false statements of fact. Neither the intentional lie nor the careless error materially advances society's interest in 'uninhibited, robust and wide-open' debate on public issues."[2]

---

[1] See Seth Brown, *Alex Jones's Media Empire Is a Machine Built to Sell Snake-Oil Diet Supplements*, N.Y. MAG. (May 4, 2017), http://nymag.com/selectall/2017/05/how-does-alex-jones-make-money.html; Alex Seitz-Wald, *Alex Jones: Conspiracy, Inc.*, SALON (May 2, 2013), https://www.salon.com/2013/05/02/alex_jones_conspiracy_inc/.
[2] *Gertz v. Robert Welch, Inc.*, 418 U.S. 323, 340 (1974) (quoting *New York Times Co. v. Sullivan*, 376 U.S. 254, 270 (1964)). While the Supreme Court has afforded "a measure of strategic protection" to certain kinds of falsehoods to ensure that speech protected by the First Amendment has "the breathing space to survive," it has never wavered in its determination that falsehoods have no First Amendment value. *Id.* at 342. None of the Court's protective doctrines interfere with the plaintiffs' claims in this case.

2

---

20. This lawsuit is about holding Jones and the other defendants accountable for the effects of their outrageous, malicious, and deeply hurtful lies.

### PARTIES

21. The plaintiffs are the immediate family of four children and two educators killed at Sandy Hook Elementary School, in Newtown, Connecticut, on December 14, 2012, as well as one first-responder to the scene.

22. Plaintiffs Jacqueline Barden and Mark Barden are the parents of murdered first-grader Daniel Barden, who was seven years old at his death on December 14, 2012. They reside in Fairfield County, Connecticut.

23. Plaintiffs Nicole Hockley and Ian Hockley are the parents of murdered first-grader Dylan Hockley, who was six years old at his death on December 14, 2012. They reside in Fairfield County, Connecticut.

24. Plaintiffs Francine Wheeler and David Wheeler are the parents of murdered first-grader Benjamin Wheeler, who was six years old at his death on December 14, 2012. They reside in Fairfield County, Connecticut.

25. Plaintiffs Jennifer Hensel and Jeremy Richman are the parents of murdered first-grader Avielle Richman, who was six years old at her death on December 14, 2012. They reside in Fairfield County, Connecticut.

26. Plaintiffs Donna Soto is the mother, and Carlee Soto-Parisi, Carlos M. Soto, and Jillian Soto are the siblings, of murdered first-grade teacher Victoria Leigh Soto, who was 27 years old when she died shielding her students from Adam Lanza's murderous rampage at Sandy Hook Elementary School on December 14, 2012. They reside in Fairfield County, Connecticut.

27. Plaintiff Erica Lafferty is the daughter of Dawn Hochsprung, the principal of Sandy Hook Elementary School on December 14, 2012. Dawn died that day trying to save her students from Adam Lanza's murderous rampage. Erica resides in Litchfield County, Connecticut.

28. Plaintiff William Aldenberg was a first responder to Sandy Hook Elementary School on December 14, 2012, and was depicted in iconic photographs and video footage from those events. He has been antagonized by some of the defendants and their followers, who claim that he is a crisis actor. He resides in Worcester County, Massachusetts.

29. The defendants are out-of-state business entities and individuals residing in Connecticut, Texas, and Florida.

30. Defendant Alex Emric Jones ("Alex Jones" or "Jones") is a radio and internet personality who holds himself out as a journalist and is a resident of Austin, Texas. He is the host of shows including "The Alex Jones Show," and owns and operates the websites Infowars.com

3

and PrisonPlanet.com. Jones's shows have millions of weekly listeners and are syndicated on approximately 60 radio stations.

31. Defendant Infowars, LLC ("Infowars") is a Texas limited liability company that produces and broadcasts Alex Jones' Infowars, which holds itself out as a news and journalism platform. Its principal offices are located at 100 Congress Avenue, 22nd Floor, Austin, Texas 78701.

32. Defendant Free Speech Systems, LLC is a Texas limited liability company. It owns Infowars.com. Its principal offices are located at 100 Congress Avenue, 22nd Floor, Austin, Texas 78701.

33. Defendant Infowars Health LLC is a Texas limited liability company. Its principal offices are located at 100 Congress Avenue, 22nd Floor, Austin, Texas 78701.

34. Defendant Prison Planet TV LLC is a Texas limited liability company. Its principal offices are located at 100 Congress Avenue, 22nd Floor, Austin, Texas 78701.

35. All the above-mentioned Texas business-entity defendants are owned, controlled, and/or operated by defendant Alex Jones and are employed to hold and generate revenue for him. They and Jones shall hereinafter be referred to collectively as "the Jones defendants."

36. Defendant Wolfgang Halbig holds himself out as a journalist and investigator and resides in Sorrento, Florida. He is the creator and operator of the defamatory and predatory websites SandyHookJustice.com and MonteFrank.com.

37. Defendant Cory T. Sklanka holds himself out as a journalist and investigator and resides in Meriden, Connecticut. He has worked closely with Halbig in Halbig's Sandy Hook "investigative" work, including acting as driver and camera operator when Halbig has visited Connecticut to conduct those activities, and, on information and belief, participating in the operation of SandyHookJustice.com and co-hosting Sandy Hook Justice broadcasts.

38. Defendant Genesis Communications Network, Inc., is a privately held company incorporated in Minnesota. It distributes radio programs produced by Alex Jones and Infowars, and was founded by Ted Anderson, who has appeared many times on Jones's shows, to promote his other business, defendant Midas Resources.[3] Its principal offices are located at 190 Cobblestone Lane, Burnsville, Minnesota, 55337.

39. Defendant Midas Resources, Inc., is a privately held company incorporated in Minnesota. Its principal offices are located at 190 Cobblestone Lane, Burnsville, Minnesota, 55337. It has sold precious metals, dietary supplements, and other items as advertised by and in cooperation with defendant Genesis Communications and the Jones defendants.[4]

_____

[3] https://www.youtube.com/watch?v=M-aQntV8meQ; Nate Blakeslee, *Alex Jones Is About to Explode*, TEX. MONTHLY (Mar. 2010) https://www.texasmonthly.com/politics/alex-jones-is-about-to-explode/.
[4] *Id.*

4

## THE DEFENDANTS' KNOWLEDGE, ASPIRATIONS, AND INFLUENCE

40. Jones has a radio audience of more than two million people. The Alex Jones Show is syndicated on more than 60 radio stations. On the internet, Jones and Infowars reach millions more. Jones's YouTube channel has more than 2.3 million subscribers.

41. Jones has repeatedly expressly stated that he aspires to spur his followers to action, and has acknowledged that his exhortations have that effect. This is especially true with regard to the Sandy Hook shooting.

42. For instance, on June 12, 2017, The Alex Jones Channel posted a video. Speaking of his interview with Megyn Kelly on NBC and specifically about Sandy Hook, Jones stated, "That's why you keep missing the main calculation. I am a precision-guided heavy munition coming in on top of you . . . . So I hit the barbed wire, and everyone comes in over me. Have you seen what we've done how talk radio now sounds just like me . . . . Have you seen how the whole paradigm is globally shifting and you can't hold it back?"

43. Later in the video, Jones stated, "I'm making it safe for everyone else to speak out just like Trump's doing, on a much bigger scale."

44. Jones has not just attempted to give his followers permission to question reality. He also has specifically urged them to action.

45. His followers have shown themselves ready to comply.

46. On November 27, 2016, for instance, Jones spoke at length about "Pizzagate," a baseless conspiracy theory alleging that Democratic operatives were running a child-sex ring out of a Washington, D.C. pizza restaurant. He urged his followers to "investigate" the matter.

47. "You have to go investigate it for yourself," he told them. "But I will warn you, this story that's been the biggest thing on the internet for several weeks, Pizzagate as it's called, is a rabbit hole that is horrifying to go down . . . . Something's going on. Something's being covered up. This needs to be investigated."

48. Jones's followers came running to his call, as he knew they would.

49. The pizzeria received hundreds of threats. Its owner told *The New York Times*, "[W]e've come under constant assault. I've done nothing for days but try to clean this up and protect my staff and friends from being terrorized."

50. The owner and staff, along with some of their families, were harassed on social media websites. The owner received death threats. Even musical groups that had performed at the pizzeria and nearby businesses were harassed.

5

51. On December 4, 2016, Edgar Maddison Welch, a self-described Alex Jones follower, drove from Salisbury, North Carolina, to Washington, D.C., and fired three rounds into the pizzeria with an AR-15-style rifle.

52. Welch told police that his objective was to "self-investigate" the Pizzagate conspiracy theory. In fact, just days before embarking on his violent "self-investigation," Welch urged a friend to watch "PIZZAGATE: The Bigger Picture," an Infowars video.

53. Shortly thereafter, Jones removed his November 27, 2016 video and scrubbed references to his advocacy of the Pizzagate conspiracy theory.

54. Similarly, many of the persons who have directly harassed or abused Sandy Hook families have been motivated by Jones's urging that his listeners "investigate."

55. In 2017, a Florida woman was sentenced to prison for threatening the father of a child killed at Sandy Hook.

56. She made four voicemail and email threats to the father, with statements like "you gonna die, death is coming to you real soon" and "LOOK BEHIND YOU IT IS DEATH."

57. The woman's defense lawyer stated that she was primarily motivated by what she had read and seen on Infowars.com, Jones's website.

58. On numerous occasions, Jones has hosted on his show Wolfgang Halbig, a self-styled investigator who is amongst the most prominent of those people who falsely claim that the Sandy Hook shooting was a hoax.

59. Halbig is a 70-year-old former police officer and school administrator living in Florida. He has made more than 22 trips to Connecticut relating to the allegations of this Complaint, including delivering highly confrontational testimony before the Newtown Board of Education, and was warned by police that he would be charged with harassment unless he ceased contacting Newtown residents.

60. Defendant Sklanka has facilitated Halbig's harassing and defamatory activities in Connecticut. He has acted as Halbig's driver, camera operator, helped Halbig operate his website, and co-hosted broadcasts asserting that the Sandy Hook shooting was a hoax. On information and belief, Sklanka assisted and was present with Halbig when he filmed and harassed children families at the St. Rose of Lima church in Newtown, Connecticut on June 2, 2015.

61. Kevin Laprade, an Infowars videographer, accompanied Halbig on at least some of his "investigative" trips to Connecticut.[5]

_____

[5] https://www.facebook.com/mert.melfa/videos/539807396217619/.

6

62. Halbig has filed numerous Freedom of Information Act requests over the years since the shooting, seeking police documents, insurance claims, portable toilet orders, and other types of information.

63. Halbig has raised more than $100,000, largely on GoFundMe.com, for his activities.

64. Tiffany Moser helped Halbig search Newtown Board of Education documents for evidence that the school was closed before the shooting. When she reported that all the evidence indicated that the school had been open, Halbig dismissed her.

65. Halbig was banned from St. Rose of Lima, a Newtown church, after he and others were seen videotaping children entering and exiting the building. On information and belief, Sklanka participated in this venture.

66. In May 2014, Halbig spoke at a public meeting of the Newtown Board of Education, in Newtown, Connecticut.

67. After the meeting, Leonard Pozner emailed Halbig, seeking to persuade him to leave the Sandy Hook families alone. Halbig never responded, but another person did. He stated: "Wolfgang does not wish to speak with you unless you exhume Noah's body and prove to the world you lost your son."

68. Halbig's activities were well known when he first appeared on the Alex Jones Radio Show, and throughout the times during which Jones hosted his appearances; in fact, Jones invited and hosted him on his show, time and again, precisely because of his activities.

69. On his show, Jones expressly encouraged Halbig to continue these activities on numerous occasions.

70. During that broadcast of the Alex Jones Radio Show, Jones repeatedly advertised Halbig's website, sandyhookjustice.com.

71. Halbig's website made numerous false, outrageous, and defamatory statements about the plaintiffs.

   A. For instance, the website accused Jeremy Richman, father of Avielle Richman, who was murdered at Sandy Hook Elementary School on December 14, 2012, of having fabricated his daughter's identity and faked her death "to steal money from hard-working Americans." Those false and outrageous accusations were accompanied by pictures of Jeremy, Avielle, and an unrelated Newtown child.

   B. Halbig's website further stated that "Jeremy Richman & Jennifer Hensel continue to deceive and defraud the American public and collect donations for The Avielle Foundation, for Avielle Richman claiming she is dead, when in

7

Case 3:18-cv-01156-JCH   Document 1-1   Filed 07/13/18   Page 12 of 43
Case 3:18-cv-01156-JCH   Document 1-1   Filed 07/13/18   Page 13 of 43
Case 22-33553   Document 1120-5   Filed in TXSB on 03/19/25   Page 9 of 25

reality, she is alive and was never their daughter." It further stated: "The corruption, fraud, and treason must stop, especially at the Bridgeport, Connecticut Law Firm of Pullman & Comley LLC, managers of the My Sandy Hook Family Fund, actively engaging in FRAUD by soliciting donations from the public for a murder victim who is still alive."[6]

C. Halbig's website contained links to numerous Infowars and/or Alex Jones videos claiming that the Sandy Hook shooting was a hoax, as well as videos that contained imagery and the names of some of the plaintiffs' children.[7]

D. It also published images, text, and video asserting that plaintiffs William Aldenberg and David Wheeler are in fact the same person, who is a crisis actor.

E. Faced with invasion-of-privacy lawsuits, Halbig took down his website in August 2016. However, he has continued to publish false, malicious, and defamatory statements regarding the Sandy Hook shooting and its victims continually through Facebook, email, and various radio and internet media outlets.

72. Halbig has also published Facebook posts containing images and text asserting that plaintiffs William Aldenberg and David Wheeler are in fact the same person, and that person is a crisis actor.[8] His Facebook page continues to display those publications.

73. Jones was aware that Halbig had published such statements through his website and other outlets. In fact, Jones brought Halbig onto his shows for the very purpose of eliciting and publishing such statements.

74. In addition to hosting Halbig on his show time and again, Jones specifically directed and encouraged Halbig to continue his Sandy-Hook-related activities in Connecticut. Jones and other Infowars personnel specifically solicited that their audience contribute funds to Halbig so that he could continue his efforts.

75. In fact, Jones and Infowars sent Infowars personnel to Connecticut to conduct live "reporting" on Halbig's activities and publish his false, defamatory, and outrageous accusations about the plaintiffs.

---

[6] https://web.archive.org/web/20160322115755/http://sandyhookjusticereport.com:80/monte-frank/avielle-richman-1-20-students-supposedly-died-sandy-hook-school-shooting-verified-28-year-veteran-forensic-expert-witness-girl-photos-lenie-urbina/.
[7] https://web.archive.org/web/20150731014342/http://www.sandyhookjustice.com:80/.
[8] See, e.g., https://www.facebook.com/wolfgang.halbig.1/posts/196562527355324;
https://www.facebook.com
/wolfgang.halbig.1/posts/195439914134252.
https://www.facebook.com/photo.php?fbid=196561627355414&set=pb.100010047343967.-2207520000.1526661423.&type=3&theater.

8

---

[9] https://www.youtube.com/watch?v=SO8Xb-t4nT4.

76. For instance, on May 29, 2015, The Alex Jones Channel published an Infowars video, now posted on YouTube with the title "School Administrator Exposes Sandy Hook Stonewall."[9]

77. The video was introduced by David Knight. The video then cut to Dan Bidondi, an Infowars reporter, who was reporting from Halbig's Freedom of Information Act hearing in Hartford, Connecticut.

78. Infowars reporter Dan Bidondi had traveled to Hartford, CT to "report" on this hearing on behalf of Infowars and Alex Jones.

79. On information and belief, other Infowars employees, apparent agents, and/or agents, including videographer Kevin Laprade,[10] traveled to and were located in Hartford, Connecticut, for the creation of this video.

80. Sklanka acted as Halbig's driver, and actively facilitated his appearance on Infowars.[11]

81. On July 7, 2015, The Alex Jones Show broadcast a video now posted on YouTube with the title "Retired FBI Agent Investigates Sandy Hook: MEGA MASSIVE COVER UP."[12]

82. Jones noted, referring to the May 29, 2015 video, "I knew that we'd sent a reporter, Dan Bidondi, there for days, to cover the city council hearings about it, the fact that they're sealing everything."[13]

83. Jones and Infowars purposefully sought to direct their message and spur "investigation" of the Sandy Hook families and the Newtown, Connecticut community in other ways, as well. For example, Jones took calls from listeners who called claiming to live close to Newtown, Connecticut, and encouraged them to continue their "investigations."[14]

84. Jones and the rest of the Jones defendants acted together to develop, disseminate, and propagate the false statements described in this Complaint.

85. Similarly, Sklanka and Halbig acted together, and they both acted together with the Jones defendants, to develop, disseminate, and propagate many of the false statements described in this Complaint.

---

[10] https://www.facebook.com/photo.php?fbid=10209638407182257&set=a.3495510351748.2134051.1391267684&type=3&theater.
[11] https://www.youtube.com/watch?v=4_2FznkfcBU.
[12] https://www.mediamatters.org/embed/clips/2016/11/29/51284/gcn-alexjones-20150707-shooting;
https://www.youtube.com/watch?v=8YV1eWq8YSc.
[13] https://www.youtube.com/watch?v=jCOe3qfgyFA.
[14] https://www.youtube.com/watch?v=TGCfi_ot0CU.

9

---

86. Jones and other Infowars personnel mentioned in this Complaint were at all relevant times servants, agents, apparent agents, employees, and/or joint venturers of the Jones defendants.

87. Defendant Halbig was at all relevant times a servant, agent, apparent agent, employee, and/or joint venturer of the Jones defendants.

88. Defendant Sklanka was at all relevant times a servant, agent, apparent agent, employee, and/or joint venturer of Halbig and the Jones defendants.

89. Defendants GENESIS COMMUNICATIONS and MIDAS RESOURCES both participated in this conspiracy and independently distributed the publications contained in this Complaint.

### THE DEFENDANTS' SANDY-HOOK-BASED BUSINESS MODEL

90. The Jones defendants and their co-conspirators' conduct is based on a simple motive: greed. The defendants' business model is based on their fabrication, propagation, and amplification of conspiracy-minded falsehoods like those about Sandy Hook. It is a very lucrative business model.

91. The Jones defendants have developed and cultivated an audience through the propagation of narratives revolving around paranoia, social anxiety, and political discord, a known motivator for some people.[15]

92. The false claim that the Sandy Hook shooting was a government-sponsored hoax designed to lead to gun control was therefore a prime narrative for attracting, augmenting, and agitating Jones's audience.

93. Jones and his subordinates hold themselves out as trusted newsmen, assiduously assuming the paraphernalia and symbology of television and radio journalism. This is obvious to anyone watching or listening to Infowars content: the consciously deepened voice; the news-anchor's huge Lucite desk; the shuffling of papers; the clipped news-anchor's diction and regular tone modulation; the title-and-picture callouts by story; the breaking-news broadcast opening and transition graphics using Infowars logos; the regular references to Infowars "reporters" and "investigations."

94. Once he has their attention and trust, Jones exploits his audience by selling them products in line with the paranoid worldview he promotes. In his internet-based and broadcast radio shows, the Jones defendants hawk "open currency" precious metals, pre-packaged food and dietary supplements, "male enhancement" elixirs and radiation-defeating iodine tablets, gas

---

[15] See generally Richard J. Hofstadtler, The Paranoid Style in American Politics, and Other Essays (1964).

10

---

masks and body armor, and various customized AR-15 "lower receivers" (the extruded metal frame that encloses the breach, ammunition feed and firing mechanism of the rifle).[16]

95. According to non-parties Bankrate LLC and Celebrity Net Worth, in mid-2017, Alex Jones himself had a personal net worth of approximately $10,000,000. According to non-party Worth of the Web, an Internet-based clearinghouse that brokers sales among existing websites and web-based businesses, Infowars.com is worth approximately $68,000,000.

96. In May 2013, just six months after the Sandy Hook shootings, when his false narrative about those events was beginning to crescendo, an investigative reporter estimated that Alex Jones was making approximately $10,000,000 annually, which excluded any additional revenue attributable to book and DVD sales, remunerated speaking engagements and on-line merchandise sales, promotional tie-ins and royalties.[17]

97. In other words, the Jones defendants concoct elaborate and false paranoia-tinged conspiracy theories because it moves product and they make money. Jones and his subordinates say what they say not because they are eager to educate or even to entertain their audience. Rather, they deliberately stoke social anxiety and political discord in their listeners, because distrust in government and cultural tribalism motivate those listeners to buy their products.

98. News reports confirm that Jones and his business entities engage in the kind of conduct described in this Complaint not because they truly believe what they are saying, but rather because it increases profits.

99. Former employees described "money-bomb fundraisers" that raised $100,000 in a day (for a for-profit entity), and programming being chosen based on its "being sensational and making money." "People were just so taken by the information we'd been pushing they'd do anything," one said.[18]

100. In fact, during the legal proceedings in which Jones sought custody of his three children, Jones's own attorney argued that Jones's two decades of activities were mere "performance art" and that "he's playing a character."[19]

---

[16] https://www.INFOWARSstore.com/gear/personal-protective-gear/victory-series-2-minuteman-limited-edition-80-lower-ar-receiver.html.
[17] Alex Seitz-Wald, Alex Jones: Conspiracy, Inc., Salon (May 2, 2013).
[18] Charlie Warzel, Alex Jones Will Never Stop Being Alex Jones, Buzzfeed (May 3, 2017), https://www.buzzfeed.com/charliewarzel/alex-jones-will-never-stop-being-alex-jones?utm_term=.yqXeXzdLEZ#.qewdqoN0m2.
[19] Corky Siemaszko, InfoWars' Alex Jones Is a 'Performance Artist,' His Lawyer Says in Divorce Hearing, NBCNews (Apr. 17, 2017), https://www.nbcnews.com/news/us-news/not-fake-news-infowars-alex-jones-performance-artist-n747491.

11

## THE CAMPAIGN OF ABUSE

101. Jones's and Infowars's campaign of abuse began only days after the plaintiffs lost their loved ones to Adam Lanza's murderous rampage.

102. On December 19, 2012, Infowars.com published an article entitled "FATHER OF SANDY HOOK VICTIM ASKS 'READ THE CARD?' SECONDS BEFORE TEAR-JERKING PRESS CONFERENCE."[20]

103. That article alleges that Robbie Parker, father of six-year-old Emilie Parker, read off a card at a press conference the day after his daughter was killed. The article asked, "Is the establishment media trying to steer the victims' reactions?"

104. An embedded video was entitled: "Sandy Hook Shooting Exposed As a Fraud."

105. At the bottom of the article, a "Statement from Alex Jones" said, "It appears that members of the media or government have given him a card and are telling him what to say as they steer reaction to this event, so this needs to be looked into."

106. On January 8, 2013, Infowars.com published an article entitled: "COLLEGE PROFESSOR SAYS 'CRISIS ACTORS' MAY HAVE PLAYED PART IF SANDY HOOK WAS INDEED A HOAX."[21]

107. The article quoted James Tracy, a former Professor at Florida Atlantic University who has since been fired: "After such a harrowing event why are select would-be family members and students lingering in the area and repeatedly offering themselves for interviews? . . . A possible reason is that they are trained actors working under the direction of state and federal authorities and in coordination with cable and broadcast network talent to provide tailor-made crisis acting that realistically drives home the event's tragic features."

108. In the narratives and parlance of mass-shooting conspiracy theorists, "crisis actors" are actors employed by government agencies or other powerful actors to stage shootings, in which they play victims, witnesses, and bystanders.

109. The article is accompanied by an embedded video with the title "Sandy Hook Mass Media Psyop: Outtakes and Bloopers."

110. A reasonable person would understand these statements, including the title of the embedded video, to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

[20] Infowars.com, *Father of Sandy Hook Victim Asks 'Read the Card?' Seconds Before Tear Jerking Press Conference*, Infowars (Dec. 19, 2012), https://www.infowars.com/father-of-sandy-hook-victim-asks-read-the-card-seconds-before-tear-jerking-press-conference/.
[21] Infowars.com, *College Professor says 'Crisis Actors' May Have Played Part if Sandy Hook was Indeed a Hoax*, Infowars (Jan. 8, 2013), https://www.infowars.com/college-professor-says-crisis-actors-may-have-played-part-if-sandy-hook-was-indeed-a-hoax/.

12

### January 27, 2013

111. On January 27, 2013, the Alex Jones Channel posted a video now advertised on YouTube under the title: "Why People Think Sandy Hook is A Hoax."[22] Just over a month had passed since the shooting at Sandy Hook.

112. Jones appeared in that video. During the video, he stated, "Now again, in the last month and a half, I have not come out and clearly said that this was a staged event. Unfortunately, evidence is beginning to come out that points more and more in that direction, and we're going to show you that evidence in the moment. Now a lot of the tens of millions of video views on YouTube concerning the Sandy Hook hoax surround CNN, and what appears to be people who've been coached, people who have been given cue cards, people who are behaving like actors."

113. Later in the video, Jones stated, "One of the big issues out there that has people asking questions is Robby Parker, who reportedly lost one of his daughters. And people see the photos out there where it looks like Obama's meeting with all three of his children, and things like that. And, when you watch the footage, I know grieving parents do strange things, but it looks like he's saying, 'Okay, do I read off the card,' he's laughing, and then he goes over, and starts, um, breaking down and crying."

114. Jones then played a video of Robby Parker making a statement the day after the shooting. Parker lost his daughter, Emilie, in the Sandy Hook shooting.

115. Under the video was a chyron with the words "Odd Parent Reaction from SandyHook [sic]."

116. As the video of Parker played, Jones commented over it. "I haven't touched this," he said. "All I know is they're seizing on it. They staged fast and furious . . . . that killed thousands, our government, to blame the Second Amendment, they'd stage anything."

117. Later in the broadcast, Jones said, "This needs to be investigated. They're clearly using this to go after our guns . . . . Something though, really, is starting to get suspicious here . . . . But the fact that this whole thing could be staged, it's just mindblowing. Tell us what you think. Great job to all the people out there with the crowdsourcing, that are resourcing all these clips."

118. A reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

119. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

### March 2013

[22] https://www.youtube.com/watch?v=tM5ZdO-lgEE.

13

120. On March 14, 2014, Jones stated, "We've clearly got people where it's actors playing different parts of different people."

121. He continued, "I've looked at it and undoubtedly there's a cover up, there's actors, they're manipulating, they've been caught lying, and they were pre-planning before it and rolled out with it."

122. The audience for these broadcasts has included hundreds of thousands, if not millions, of people.

### May 27, 2013

123. On May 27, 2013, Dr. Steve Pieczenik appeared on the Alex Jones Radio Show in an episode advertised on YouTube under the title "Sandy Hook was A Total False Flag!"[23]

124. During that appearance, Pieczenik stated, "Sandy Hook was a total false flag. There was no individual involved; there was no Asperger's; there was no 24 kids who were killed."

125. In the parlance and narratives of mass-shooting conspiracy theorists, "false flag" is the idea that a shooting or other attack was staged by the government or other powerful forces.

126. A reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

127. On information and belief, this episode was also broadcast through Jones's radio affiliates.

128. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

### May 13, 2014

129. On May 13, 2014, The Alex Jones Radio Show broadcast an episode advertised on YouTube under the title "Bombshell: Sandy Hook Massacre Was A DHS Illusion Says School Safety Expert."[24]

130. That day, Jones hosted Wolfgang Halbig.

131. During this video, Halbig stated: "I think the reason they're not answering those questions 'cause I think it's going to expose their whole scam."

[23] The Alex Jones Channel, *Dr. Steve Pieczenik: Sandy Hook was A Total False Flag!*, YouTube (Mar. 27, 2013), https://www.youtube.com/watch?v=5FyD7Wu5fQ&t=18s.
[24] Alex Jones Channel, *Bombshell: Sandy Hook Massacre Was A DHS Illusion Says School Safety Expert*, YouTube (May 13, 2014), https://www.youtube.com/watch?v=x2a1FwYEZS4.

14

132. Jones asked Halbig, "What are the big smoking guns . . . what are the big red flags?"

133. Halbig responded, "The red flags is that you're looking at $29 million . . . and there are 39 other community nonprofit organizations within Newtown that received a lot of funds."

134. Jones interjected: "You're saying a motive for the locals to go along with the fraud is money."

135. Later, Jones prompted Halbig, "What about the kids going in circles, back and forth, the same people, into the school for the helicopters; it looked like a fake drill . . . just go through those points."

136. Jones summarized, stating, "The cover up is the prima facie proof of the larger crime, and that we're being lied to."

137. He continued, "The whole thing, you've got 'em jumping gun . . . that Bloomberg was saying get ready the day before, get ready to fundraise on mass shootings . . . had a false start, didn't you, Bloomy."

138. Jones was asserting that former Mayor of New York City Michael Bloomberg knew about the shooting beforehand. The clear implication of this statement is that the shooting was "staged" and a hoax.

139. Halbig understood Jones. He responded, "Children did not die, teachers did not die, on December 14, 2012."

140. Halbig further stated, "Alex, we've never had a time in our history, where Sandy Hook, a school massacre, the biggest illusion ever portrayed by Homeland Security and FEMA . . . ."

141. During that show, Jones stated, in reference to the Sandy Hook shooting, "I mean it's fake . . . it's fake . . . you've got parents acting . . . it just is the fakest thing since the three-dollar bill."

142. A reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

143. On information and belief, this episode was also broadcast through Jones's radio affiliates.

144. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

15

**September 25, 2014**

145. On September 25, 2014, the Alex Jones Radio Show broadcast an episode advertised on YouTube under the title "FBI Says Nobody Killed at Sandy Hook Massacre."[25]

146. This assertion was a complete fabrication: the FBI had made no such statement.

147. During the September 25, 2014 broadcast of the Alex Jones Radio Show, Jones and Halbig asserted that FBI crime statistics showed that no one was killed at Sandy Hook.

148. This was a false statement. FBI crime statistics showed no such thing.

149. Jones stated that video from the day of the shooting showed that the same children were cycled in and out of the school and that no emergency helicopters were sent to the school, and were "clearly staged."

150. Jones stated that two supposed former high-level national-defense officials had declared that Sandy Hook and the Boston bombing were faked.

151. Halbig asserted that "there were no trauma helicopters" sent to Newtown, that the other 600 children at the school could not be found, and that Sandy Hook Elementary School was "a toxic waste dump . . . . the filthiest, most deplorable school . . . that I have ever seen."

152. Jones asserted that the school was "a cut-out" used as a stage for the event.

153. Jones and Halbig both stated "I wish it was real instead of fake."

154. Halbig stated that Connecticut state troopers "used they [sic] script," that "it's nothing but corruption in Connecticut," and that 16 Connecticut state troopers lied under oath.

155. Halbig accused a company called Obsidian, located in Washington, D.C., of scripting well-known crises around the world, including Sandy Hook.

156. Halbig stated that "nobody died" at Sandy Hook. He stated that "they never allowed the paramedics or EMTs ever inside the school."

157. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

158. On September 26, 2014, Infowars.com published an article by Adan Salazar entitled "SANDY HOOK INVESTIGATOR: CONNECTICUT PD HAD FBI FALSIFY CRIME STATISTICS."

---

[25] https://www.youtube.com/watch?v=N1RlzXvGy2s. This video has since been removed "for violating YouTube's policy on harassment and bullying," but is now available at https://www.youtube.com/watch?v=eqVqmFy4KW0.

16

159. The article repeatedly quoted Wolfgang Halbig, who alleged that he had "discovered various anomalies which have led him to believe the entire incident was a contrived event."

160. The article contained the following quote: "The American people need to wake up and listen to what these exercises are," says Halbig. "A Homeland Security FEMA Capstone Exercise, it starts at the White House, at the president's desk, goes all the way through Congress, through the Attorney General, down through the FBI, all the way down to the local government. It is a whole community event, and that's what I think happened at Sandy Hook."

161. The article quoted Halbig as saying that there was "a 'script' followed during the event."

162. It quoted him again, saying, "I'm telling you nobody died [at Sandy Hook] . . . I've been a school administrator for 30 some odd years. When I have a child with a broken arm, or I've got a fight on the school bus, or a child's been stabbed or shot, the first thing we get ready for are lawsuits. Alex, if there would have been just 2 or 3 lawsuits filed by the parents or loved ones who lost someone that day at Sandy Hook, I'd go away."

163. A reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

164. On information and belief, the article has been viewed by hundreds of thousands of persons.

**December 12, 2014**

165. On December 12, 2014, Infowars Nightly News broadcast an episode now advertised on YouTube under the title "The Ultimate Sandy Hook Debate As The 2nd Anniversary Looms."[26]

166. The episode consisted of a debate between Keith Johnson (a self-described conspiracy theorist with americanfreepress.net) and Halbig, about Sandy Hook, moderated by an Infowars personality named Rob Dew.

167. During that broadcast, Halbig asserted that Sandy Hook Elementary School had been used as a toxic waste dump before December 14, 2012, and therefore no shooting took place there.

168. Halbig stated, "On behalf of Dawn Hochsprung, who supposedly was the principal and was shot [in the massacre] . . . I can tell you this with certainty: Dawn Hochsprung would never, ever, in her life, have allowed her school . . . to look so filthy and so deplorable . . . . she would have never . . . allowed her school to become a toxic waste dump exposing every one

---

[26] The Alex Jones Channel, *The Ultimate Sandy Hook Debate As The 2nd Anniversary Looms*, YouTube (Dec. 12, 2014), https://www.youtube.com/watch?v=6aK0P-WxjU8.

17

of her children and school staff members to serious lifelong health risks . . . . The doors are rotten, they're filthy . . . there's mildew."

169. A reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

170. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

**December 28, 2014**

171. On December 28, 2014, during The Alex Jones Radio Show, Jones took a call from Kevin, a listener who called in claiming to live close to Newtown, Connecticut.[27]

172. Kevin said, "I'm calling about Sandy Hook. My take on it is . . . The whole thing is pretty much the next step in reality TV, because with other false flags, like 9/11 or Oklahoma City, or the Boston bombing, at least something happened. With Sandy Hook, there's no there there. You've got a bunch of people walking around a parking lot, pretty much what it comes down to."

173. Jones interrupted Kevin. "No, no, I've had the investigators on, the state police have gone public, you name it," he said. "The whole thing is a giant hoax. And the problem is, how do you deal with a total hoax? How do you even convince the public something's a total hoax?"

174. Kevin responded, "I always tell people the same thing: go out and prove the official story. And . . . I know the millisecond this happened, with that now-fake picture of the kids being led out of the school, that there's nothing that's going to sell this agenda like dead elementary school kids."

175. Jones interrupted Kevin again. "The general public doesn't know the school was actually closed the year before," he said. "They don't know they've sealed it all, demolished the building. They don't know that they had the kids going in circles in and out of the building as a photo-op. Blue screen, green screens, they got caught using."

176. Jones continued, "People just instinctively know that there's a lot of fraud going on. But it took me about a year with Sandy Hook to come to grips with the fact that the whole thing was fake. I mean, even I couldn't believe it. I knew they jumped on it, used the crisis, hyped it up. But then I did deep research—and my gosh, it just pretty much didn't happen."

177. A reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

178. On information and belief, this episode was also broadcast through Jones's radio affiliates.

---

[27] https://www.youtube.com/watch?v=TGCfi_ot0CU.

18

179. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

**January 2, 2015**

180. On January 2, 2015, Infowars.com published an article by Adan Salazar entitled "MYSTERY: SANDY HOOK VICTIM DIES (AGAIN) IN PAKISTAN."

181. The article alleged that the "face . . . one of the children supposedly killed in the December 2012 Sandy Hook shooting in Newtown, Connecticut" had "without explanation . . . appeared in multiple photos and reports" related to an attack conducted by the Pakistani Taliban on a Pakistan Army school on December 16, 2015.

182. "Can the photo's misuse simply be brushed off as another bumbling Google image search mistake?" the article stated. "Or could it be willful subterfuge aimed at poking fun at those who question the validity of the Sandy Hook event?"

183. The pictures used were images of Noah Pozner.

184. Upon information and belief, hundreds of thousands of people have viewed this article.

**January 13, 2015**

185. On January 13, 2015, during a broadcast of The Alex Jones Radio Show, Jones said, "Yeah, so, Sandy Hook is a synthetic completely fake with actors, in my view, manufactured. I couldn't believe it at first. I knew they had actors there, clearly, but I thought they killed some real kids. And it just shows how bold they are, that they clearly used actors. I mean they even ended up using photos of kids killed in mass shootings here in a fake mass shooting in Turkey—so yeah, or Pakistan. The sky is now the limit. I appreciate your call."[28]

186. A reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

187. On information and belief, this episode was also broadcast through Jones's radio affiliates.

188. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

---

[28] https://www.youtube.com/watch?v=Ap-DvMoiMOY.

19

**March 4, 2015**

189. On March 4, 2015, The Alex Jones Radio Show broadcast an episode now advertised on YouTube under the title "New Bombshell Sandy Hook Information In-Bound."[29]

190. Jones hosted Halbig on that episode.

191. During the broadcast, Jones asked Halbig to explain why Sandy Hook was "completely phony."

192. Halbig stated the school was not in operation at the time of the shooting.

193. Jones stated that the school was suddenly reopened, received a "falling report" [sic], and did not look like a real school.

194. Halbig stated that it was the "most filthiest [sic] most deplorable school" and "loaded with lead paint . . . asbestos . . . PCP."

195. Halbig stated that trauma helicopters were not called and that paramedics were not allowed to enter the school.

196. Jones stated, "I'm saying it was a drill, a giant piece of theater, did they really kill some kids? I don't know."

197. Referring to video of parents of children killed in the shooting, Jones stated that "they . . . bring in actors to break down and cry. . . used the same actors as different people."

198. Both Jones and Halbig stated that Connecticut police ate lunch inside the school the day of the shooting.

199. Halbig encouraged listeners to contact the Newtown school board and ask them his questions.

200. A reasonable person would understand Jones's and Halbig's statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

201. On information and belief, this episode was also broadcast through Jones's radio affiliates.

202. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

[29] https://www.youtube.com/watch?v=_7ib5WkULBY.

20

**May 28, 2015**

203. On May 28, 2015, Infowars Nightly News broadcast an episode now advertised on YouTube under the title: "Sandy Hook: The Lies Keep Growing."[30]

204. David Knight hosted Halbig on Infowars Nightly News.

205. Halbig accused Newtown police chief Mike Kehoe of committing perjury.

206. Halbig once again appeared, and stated that the school was unsanitary and unsafe.

207. Halbig's website was repeatedly advertised and listeners were encouraged to support him financially.

208. A reasonable person would understand Halbig's statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

209. On information and belief, this episode was also broadcast through Jones's radio affiliates.

210. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

**May 29, 2015**

211. On May 29, 2015, The Alex Jones Channel published an Infowars video, now posted on YouTube with the title "School Administrator Exposes Sandy Hook Stonewall."[31]

212. The video was introduced by David Knight. The video then cut to Dan Bidondi, an Infowars reporter, who was reporting from Wolfgang's Freedom of Information Act hearing in Hartford, Connecticut.

213. The video cut back and forth between excerpts from the hearing and interviews of Halbig by Bidondi in the hallway outside the hearing room.

214. Infowars reporter Dan Bidondi traveled to Hartford, CT to report on this hearing on behalf of Infowars and Alex Jones.

215. On information and belief, other Infowars agents, including the person doing the video recording, traveled to and were located in Hartford, Connecticut, for the creation of this video.

[30] https://www.youtube.com/watch?v=Ml3KVj2nVRA.
[31] https://www.youtube.com/watch?v=SO8Xb-t4nT4.

21

216. Later on May 29, 2015, the Alex Jones Channel published another Infowars video on YouTube, entitled "New Sandy Hook Questions Arise from FOIA Hearing."[32] The video featured David Knight interviewing Wolfgang Halbig by streaming video.

217. During the interview, Halbig stated that Sandy Hook Elementary School was "a toxic waste dump . . . . and yet, we have parents who would allow their children to attend that type of a school? I don't believe so. And if they did, those parents are negligent for putting their children at risk."

218. Halbig was clearly suggesting that the school was empty on the day of the shooting, and therefore that the shooting did not happen—and that the Sandy Hook parents are lying about their children's deaths.

219. On information and belief, these statements were heard by hundreds of thousands, if not millions, of people.

**July 7, 2015**

220. On July 7, 2015, The Alex Jones Radio Show broadcast a video now posted on YouTube with the title "Retired FBI Agent Investigates Sandy Hook: MEGA MASSIVE COVER UP."[33]

221. Jones noted, referring to the May 29, 2015 video, "I knew that we'd sent a reporter Dan Bidondi there for days, to cover the city council hearings about it, the fact that they're sealing everything."[34]

222. "[T]he more we look at Sandy Hook," he said, "I don't want to believe it's a false flag. I don't know if kids really got killed, but you've got green screen with Anderson Cooper . . . and then his nose disappears. It's fake! The whole thing, it's—I don't know what happened."

223. He continued, "It's kind of, you see a hologram at Disney World in the haunted house, I don't know how they do it, it's not real. When you take your kids to the haunted house and there are ghosts flying around, it's not real, it's staged . . . I don't know what the trick is here, I got a good suspicion. But when you've got Wolfgang Halbig . . . . he went and investigated, no paperwork, no nothing, it's bull."

224. Later, Jones stated, "But what about how for a mass shooting in Pakistan, they got photos of Sandy Hook kids," and referring to an Infowars article, stated, "it's like the same P.R. company is running this . . . . and then they try to hit us with fake copyright deals whenever we show this."

[32] https://www.youtube.com/watch?v=5cll79t7Mrw.
[33] https://www.mediamatters.org/embed/clips/2016/11/29/51284/gcn-alexjones-20150707-shooting; https://www.youtube.com/watch?v=8YV1eWq8YSc.
[34] https://www.youtube.com/watch?v=jCOe3qIgyFA.

22

225. Jones put the article on the screen and read the headline: "Mystery: Sandy Hook Victim Dies (Again) in Pakistan."

226. A reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

227. On information and belief, this episode was also broadcast through Jones's radio affiliates.

228. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

**November 17, 2016**

229. On November 17, 2016, the Alex Jones Show broadcast an episode in which Alex Jones claimed that he had never claimed that Sandy Hook was a hoax. Almost immediately thereafter, he rehearsed a number of his common arguments that Sandy Hook was a hoax.

230. These included that "Anderson Cooper is using a green screen, his nose disappears"; "they have kids going in circles back into the buildings"; "the building was closed years before"; "it was filthy"; "no emergency helicopters were launched"; and "they're sealing the death certificates and everything."

231. Jones continued, "we've sent reporters up there, man, and that place is like *Children of the Corn* or something. I mean it is freaking weird."

232. Jones further referenced "weird videos of reported parents of kids laughing and then all of a sudden they do the hyperventilating to cry to go on TV," suggesting that parents of children killed at Sandy Hook were acting.[35]

233. A reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

234. On information and belief, this episode was also broadcast through Jones's radio affiliates.

235. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

**November 18, 2016**

236. On November 18, 2016, Jones broadcast a video now advertised on YouTube under the title, "Alex Jones Final Statement on Sandy Hook."[36]

[35] https://www.youtube.com/watch?v=KxwnPqwxeag; https://www.mediamatters.org/blog/2016/11/17/trump-ally-alex-jones-doubles-down-sandy-hook-conspiracy-theories/214524.
[36] https://www.youtube.com/watch?v=MwndlDfz1yAk.

23

237. During that video, Jones stated, "I want to reach out to my listeners as well and just clarify where I stand on the reported tragedy at Sandy Hook that took place at that elementary school."

238. He continued: "For the last three or four years, it's been mainstream media's number-one attack against me to say that I said there was never anyone that actually died there. I've hosted debates against both sides, and I've been criticized by both sides—people that say that no one died there and people who say that the official story is exactly as we've been told. And I've always said that I'm not sure about what really happened, that there's a lot of anomalies and there has been a cover-up of whatever did happen there."

239. He stated: "There's a few clips Hillary used in her campaign of me out of context saying I can see how people that look at all this evidence say no kids died there and this whole thing is a giant hoax, but at the same time there is some evidence that people died there. They take that out of context and misrepresent it. That's why they're the deceptive corporate media. But for those who do have an attention span for, say, 10 minutes or so, I will present to you the questions. And I'm going to be quite frank, I don't know what really happened. I know there are real mass shootings. I know people lose children. I'm a father. It hurts my heart. So I don't know what the truth is. All I know is the official story of Sandy Hook has more holes in it than Swiss cheese."

240. Jones rehearsed several of his most commonly employed arguments that the Sandy Hook shooting was staged, including that Anderson Cooper was standing in front of "a blue screen or a green screen," that video was "looped," and that "one of the reported fathers of the victims . . . [was] doing classic acting training."

241. In closing, Jones said, "This is a tragedy. I wish it never would have happened. But quite frankly, I wish that the official story was true because that's a lot less scary than them staging something like this. But when you think about how they staged [weapons of mass destruction] to kill over a million Iraqis, when you think about all the other hoaxes, all the other lies, all the other rigging, and the way they're freaking out about it and trying to cover up every level of it, it just makes me ask what really happened there?"

242. The clear implication of these statements is that the accepted account of Sandy Hook—that the plaintiffs lost their loved ones in the shooting—is false, and that the plaintiffs have fabricated their loved ones' deaths.

243. On information and belief, this episode was also broadcast through Jones's radio affiliates.

244. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

24

### November 28, 2016

245. On November 11, 2016, plaintiff Erica Lafferty published an op-ed in USA Today asking President-Elect Trump to disavow Alex Jones and other people who falsely assert that the Sandy Hook shooting was a hoax.[37]

246. In response to the open letter, Infowars broadcasted a five-minute rant by Owen Shroyer, an Infowars "reporter," defending Jones and attacking Lafferty.[38]

247. Shroyer directly addressed Lafferty, stating, "Your logic [about gun control] failed your mother."

248. Shroyer directly addressed Lafferty, accusing her of saying, "without any proof," that Alex Jones had said that Sandy Hook was a hoax.

249. Shroyer stated, "[Jones is] not the one who's denying Sandy Hook ever happened."

250. These statements were obviously untrue: Alex Jones has denied many times that Sandy Hook ever happened.

251. Shroyer stated falsely that Lafferty had asserted that then-President-Elect Trump needed to face the death of a loved one.

252. This statement falsely described Lafferty's appeal to sympathy as if it were a threat on the family of the President-Elect of the United States.

253. Shroyer repeatedly cited Halbig, saying that he has "done the best reporting" on the Sandy Hook shooting.

254. He stated to Lafferty, "Why are you butting heads with people [Jones and Halbig] that want to find out the truth of what happened to your mother?"

255. The truth about Lafferty's mother, Dawn Hochsprung, is that she is dead.

256. Dawn Hochsprung is dead because, on the morning of December 14, 2012, she sacrificed her life trying to save her students from Adam Lanza's murderous rampage at Sandy Hook Elementary School.

[37] Erica Lafferty, *Mr. Trump, denounce Alex Jones : Sandy Hook Principal's Daughter*, USA Today (Nov. 25, 2016), https://www.usatoday.com/story/opinion/2016/11/25/donald-trump-sandy-hook-alex-jones-column/94335420/.
[38] https://www.youtube.com/watch?v=9PdrlrSCLu0.

25

### March 8, 2017

257. On the March 8, 2017 edition of The Alex Jones Show, Jones hosted Eddie Bravo.

258. During the interview, Bravo stated, "Dr. Steve Pieczenik, and you got some heat for this, this is kind of changing the subject a little bit. Dr. Steve Pieczenik, on your show, said that no kids died at Sandy Hook, that it was a homeland security drill that they passed off as a real—"

259. Jones stated, "He says that. And I've been hit really hard with it. I can't prove it one way or the other. I know Anderson Cooper is standing up there and turns and his whole nose disappears. I work in TV, I know what a blue screen is, bro."

260. A reasonable person would understand Jones and Bravo to have been stating that the Sandy Hook massacre was faked, and that the plaintiffs participated in a fraud that was based on lying about the deaths of their loved ones.

261. On information and belief, this episode was also broadcast through Jones's radio affiliates.

262. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

### April 22, 2017

263. On April 22, 2017, the Alex Jones Show broadcast an episode, also released on YouTube, entitled "Sandy Hook Vampires Exposed."[39]

264. During that episode, Jones showed video footage of an interview between one of the Sandy Hook parents and Anderson Cooper. Over this footage, Mr. Jones stated: "And then we've got Anderson Cooper, famously, not just with the flowers blowing and a fake, but when he turns, his nose disappears repeatedly because the green-screen isn't set right. And they don't like to do live feeds because somebody might run up. CNN did that in the Gulf War and admitted it. They just got caught two weeks ago doing it in supposedly Syria. And all we're saying is, if these are known liars that lied about WMDs, and lied to get us in all these wars, and backed the Arab Spring, and Libya, and Syria, and Egypt, and everywhere else to overthrow governments, and put in radical Islamicists [sic], if they do that and have blood on their hands, and lied about the Iraq War, and were for the sanctions that killed half a million kids, and let the Islamicists [sic] attack Serbia, and lied about Serbia launching the attack, when it all came out later that Serbia didn't do it, how could you believe any of it if you have a memory? If you're not Dory from 'Finding Dory,' you know, the Disney movie. Thank god you're so stupid, thank god you have no memory. It all goes back to that."

265. Jones told his audience that they should not "believe any of it."

[39] https://www.youtube.com/watch?v=rUn1jKhWTXl.

26

266. As discussed throughout this complaint, the "faked" Anderson Cooper interview is one of Jones's favorite arguments that the entire Sandy Hook massacre was fabricated and that the plaintiffs were actors who faked their loved ones' deaths.

267. During the April 22, 2017 broadcast, Jones and an Infowars producer made other statements rehearsing familiar themes from the defendants' campaign of lies and abuse.

268. In conversation with the producer, Jones stated: "And that's on helicopter footage, and then they say it never existed, and later admit it does, and the school was closed until that year, in the videos it's all rotting and falling apart and nobody is even in it, and the kids are going in circles, in and out of the building with their hands up, and they never called rescue choppers. I mean, exactly."

269. The Infowars producer responded: "There's some supposed dash footage where the people are smiling and getting their lunches ready, police officers. You think you're going to have smiling police officers at a time when they're supposedly bringing out twenty dead kids? And they're smiling and getting their lunches ready."

270. Mr. Jones responded: "And they had Port-A-Potties being delivered an hour after it happened, for the big media event."

271. The Infowars producer responded: "We've never seen, there was never been any even blurred photos of any bodies or anything . . . . We didn't even get blurred images with the dead kids in Syria. We got crisp photos."

272. Especially knowing the defendants' previous statements, a reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones. A reasonable person would also understand the defendants to be stating that the plaintiffs were "Sandy Hook Vampires."

### April 28, 2017

273. On April 28, 2017, Jones held a press conference in which he was asked if he believes that Sandy Hook was a "false flag." Jones stated: "I think we should investigate everything because the government has staged so much stuff, and then they lie and say that I said the whole thing was totally fake when I was playing devil's advocate in a debate. I said maybe the whole thing is real, maybe the whole thing is fake. They were using blue screens out there . . . . . Yes, governments stage things."[40]

274. Especially knowing the defendants' previous statements, a reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

[40] https://www.youtube.com/watch?v=StOyqyt0fkY.

27

### June 13, 2017

275. On June 13, 2017, Jones posted a video to the InfoWars Facebook page in which he once again rehearsed his lie about the "faked" CNN interview. Jones stated: "But there's been a cover-up. Anderson Cooper got caught, faking where his location was with blue-screen. I mean, it's all there."[41]

276. Especially knowing the defendants' previous statements, a reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

### The Megyn Kelly Interview

#### *The Preview*

277. On June 11, 2017, television news personality Megyn Kelly interviewed Jones for her weekly news magazine on NBC News.

278. NBC released a preview of the interview on the internet on the following day.

279. In footage contained in the preview, Jones stated, "Well, Sandy Hook's complex because I have had debates where, we devil's advocates have said the whole story is true, and then I have had debates where I have said that none of it is true."

280. Later, Kelly stated, "When you say parents faked their children's deaths, people get very angry."

281. In response, Jones asserted that people do not get angry about the deaths that resulted from the sanctions against Iraq or other tragedies in the world, and complained about the media's coverage of such events. He did not deny claiming that the plaintiff parents faked their children's deaths.

282. Kelly stated, "That doesn't excuse what you did and said about Newtown, and you know it."

283. Jones stated, "Here's the difference. I looked at all the angles of Newtown, and I made my statements long before the media even picked up on it."

284. The most reasonable interpretation of this statement is that Jones was saying that his account—in which he repeatedly stated that the shooting was staged, that parents were actors, and that no children were killed—was more reliable than the established media account, and true.

285. These statements were heard by millions of people.

---

[41] https://www.facebook.com/80256732576/videos/10155465593882577/.

28

### June 15, 2017 – Infowars

286. During a video released on Infowars on June 15, 2017, Jones stated the following about his interview with Megyn Kelly: "She said things like, 'Oh, you talked about Newtown not happening and hurt people's feelings,' and I explained, 'No I looked at all different angles, [unintelligible] could have happened, but they staged the WMDs in Iraq and they staged the babies in the incubators, so they've lied about babies before . . . I said, they've staged babies in incubators in Bush I, and then they did it again . . . so it could've been staged, because they stage things.'"

287. Especially knowing the defendants' previous statements, a reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

288. The audience for this broadcast has included hundreds of thousands, if not millions, of people.

#### *Alex Jones's June 18, 2017 Pre-NBC-Broadcast Programming*

289. The final version of Jones's interview with Megyn Kelly aired on NBC News on June 18, 2017.

290. Before the interview aired that day, Jones published several pre-show videos on Infowars.

291. During those videos, he made repeated statements suggesting that the Sandy Hook shooting did not happen and/or that the plaintiffs' loved ones did not die there.

 A. In one, he said, "But I'm looking at it I think Newtown did happen. But I'm not the creator of people questioning Newtown and Sandy Hook. My guests covered it, I've covered it."

 B. Later, he said, "My intel is that I've seen the parents and it looked real to me. If I can't prove something one hundred percent I'm not going to go there. We know governments have staged things and you have a right to question it."

 C. He continued, "But you have the total right to question Sandy Hook. You know, I'm tempted to make a documentary about it, just for my own hellish experience. It's like the babies in the incubators . . . none of it was true."

 D. He added, "No, I've been saying since it happened that I don't know whether the official story's true or not. And now you can't prove it one way or the other there's some anomalies. But the parents look pretty legitimate to me."

 E. While interspersed with vacillations, Jones's statements convey a clear message: that the accepted account of the Sandy Hook shooting—that the

29

---

plaintiffs lost their loved ones there—is untrue, and that the plaintiffs fabricated the deaths of their loved ones. Of special note was his abnormal and "official" tone, which a reasonable person knowing Jones's show would interpret as a "wink" at his audience.

292. Later that day, Jones hosted Dr. Steve Pieczenik as a guest on his program.

293. As discussed in paragraphs 123 through 128 of this complaint, Pieczenik had stated in a previous appearance on Jones's show that no children died at Sandy Hook and that the parents were actors.

294. In introducing Pieczenik on this occasion, Jones stated, "He's a smart guy, he doesn't buy into what happened, reportedly there in Newtown I personally can't prove it one way or the other so I'm just going to say that my heart goes out to the families and I believe it happened."

295. During his appearance on the show, Pieczenik said, "All the hedge fund owners . . . left down to Miami thanks to Dan Malloy and Sandy Hook. So every one of these paid [Sandy Hook] parents, whoever they may be, are totally, totally disingenuous."

296. In response to Pieczenik's statement, Jones said, in his abnormal, "official" tone, "All I know is that they've staged fake things before."

297. A reasonable person would understand these statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

298. These statements were heard by hundreds of thousands, if not millions of people.

#### *The June 18, 2017 NBC Broadcast*

299. During the interview with Kelly that aired on NBC, Jones made several additional statements suggesting that the shooting never happened.

300. At one point, Kelly read Jones's previous statement describing the Sandy Hook shooting as a hoax, recounted in paragraphs 171 through 179 of this complaint.

301. In response, Jones stated, "At that point—and I do think there was some cover up and some manipulation—that is pretty much what I believed. But then I was also going into devil's advocate, but then we know there's mass shootings and these things happen. So again—"

302. Later, Kelly said, "If you wrongly went out there and said it was a hoax. That's wrong."

303. In response, Jones said, "But what I already answered your question was—listeners and other people are covering this—I didn't create that story."

30

304. Later, Kelly stated, "But Alex, the parents—one after the other—devastated. The dead bodies that the coroner autopsied."

305. In response, Jones said, "And they blocked all that and they won't release any of it. That's unprecedented—"

306. Later, Kelly asked Jones if he was playing "devil's advocate" when he said "the whole thing is a giant hoax."

307. Jones responded, "Yes, because I remember in, even that day— I will go back for memory—them saying but then some of it looks like it's real. But what do you do when they got the kids going in circles in and out of the building with their hands up. I've watched the footage and it looks like a drill."

308. Even in that statement, while claiming—falsely—that he was playing "devil's advocate" when making those previous statements, Jones again asserted that the Sandy Hook shooting did not happen.

309. Next, Kelly said, "When you say parents faked their children's deaths, people get very angry."

310. Jones responded, "Oh, I know—but they don't get angry about the half million that Iraq from the sanctions or the don't get angry about all the legal—"

311. Later, Kelly said, "That doesn't excuse what you did and said about Newtown, you know it."

312. Jones responded, "Here's the difference, here's the difference—I looked at all the angles of Newtown and I made my statements long before the media even picked up on it."

313. In a voiceover, Kelly than noted that Jones, despite being "asked . . . numerous times what he now believes . . . never completely disavowed his previous statements."

314. It then played clip of Jones saying, "I tend to believe that children probably did die there, but then you look at all the evidence on the other side, I can see how other people believe nobody died there."

315. There is no evidence "on the other side."

316. A reasonable person would understand Jones's statements to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

317. More than three million people saw and heard these statements by Jones.

31

*Alex Jones's June 18, 2017 Counter-Programming*

318. Meanwhile, as the interview played on NBC, Jones himself was broadcasting a live play-by-play video commentary on Infowars.

319. The Sandy Hook segment of the NBC interview began with a Megyn Kelly voiceover describing Jones's statements that Sandy Hook was a hoax. As the voiceover played, Jones said, "Babies in the incubators."

320. As evidenced by statements recounted previously in this complaint, "babies in the incubators" is a well-established Alex Jones metonym for a staged event.

321. This statement is properly interpreted as a reiteration and reaffirmation of Jones's previous statements that the Sandy Hook shooting was staged and that no children died there.

322. Later, as his statement that he "looked at all the angles of Newtown" in the NBC interview played in the background, Jones said, "I said I thought it happened before they were picked up. They never showed my final analysis."

323. This statement appears to be an admission that Jones never actually believed that Sandy Hook was a hoax, even as he maintained unequivocally that it was.

324. On information and belief, these statements were also broadcast on Alex Jones's radio affiliates.

325. Hundreds of thousands, if not millions, of people heard these statements.

*June 26, 2017*

326. During the June 18, 2017 profile of Jones for her NBC show Sunday Night with Megyn Kelly, Ms. Kelly interviewed one of the Sandy Hook parents, Neil Heslin, about the claims made by Jones, including that "the whole thing was fake" and "a giant hoax." Addressing Jones's lies, Heslin told Kelly, "I lost my son. I buried my son. I held my son with a bullet hole through his head."

327. On June 26, 2017, Infowars broadcast a segment hosted by "reporter" Owen Shroyer in which Shroyer claimed to have reviewed evidence showing it was impossible for Mr. Heslin to have held his son and seen his injury. This broadcast was meant to reinforce and support the underlying lie that the Sandy Hook parents are fakes.[42]

328. Shroyer stated: "The statement [Heslin] made, fact-checkers on this have said cannot be accurate. He's claiming that he held his son and saw the bullet hole in his head. That is his claim. Now, according to a timeline of events and a coroner's testimony, that is not possible."

---
[42] https://www.infowars.com/zero-hedge-discovers-anomaly-in-alex-jones-hit-piece/.

32

329. Shroyer's support for this statement was video footage in which the local medical examiner informed reporters that the slain students were initially identified using photographs rather than in person. However, the Sandy Hook parents were permitted to see and hold their children soon thereafter.

330. Shroyer stated: "You would remember if you held your dead kid in your hands with a bullet hole. That's not something you would just misspeak on." He continued, noting that Heslin was "making a pretty extreme claim that would be a very thing vivid in your memory, holding his dead child."

331. Shroyer then stated: "The conspiracy theorists on the internet out there have a lot of questions that are yet to be answered. You say whatever you want about the event, that's just a fact."

332. In concluding his report, Shroyer stated: "Will there be a clarification from Heslin or Megyn Kelly? I wouldn't hold your breath. [Laugh]. So now they're fueling the conspiracy theory claims. Unbelievable."

333. A reasonable person would understand these statements, including the title of the embedded video, to assert that the Sandy Hook massacre was staged, and that the plaintiffs fabricated the deaths of their loved ones.

334. These statements were heard by at least tens of thousands, if not millions, of people.

335. On information and belief, the defendants have published other similar statements of which the plaintiffs do not know at this time, but would obtain with reasonable discovery.

**COUNT ONE – Invasion of Privacy by False Light; Civil Conspiracy**
(Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine Wheeler, & William Aldenberg v. All Defendants)

336. All previous allegations in this complaint are incorporated as if fully set forth herein.

337. The defendants, as part of a campaign of harassment and abuse, broadcast numerous outrageous lies about the plaintiffs that represented such major misrepresentations of the plaintiffs' character, history, activities or beliefs that serious offense may reasonably be expected to be taken by a reasonable person in their position.

338. The false light in which the defendants' statements placed the plaintiffs would be highly offensive to a reasonable person.

339. The defendants had knowledge that their statements were lies, or acted with reckless disregard as to the falsity of their statements and the false light in which the plaintiffs

33

would be placed.

340. These false publications have caused the plaintiffs actual and substantial damages.

341. In light of their prior experience with similar sorts of reckless and false statements, the defendants knew that their publications could cause the plaintiffs to suffer harassment and potential violence.

342. The plaintiffs are private individuals and are neither public officials nor public figures.

343. The defendants broadcast their outrageous, cruel, and malicious lies about the plaintiffs with knowledge that the statements were false or with reckless disregard as to whether or not they were true.

344. The defendants combined to conduct their campaign of harassment and abuse, which included numerous unlawful acts or lawful acts by unlawful means.

345. The defendants combined to perform these unlawful acts pursuant to their scheme to harass and abuse the plaintiffs and in furtherance of that scheme.

346. These acts of the defendants resulted in damage to the plaintiffs.

**COUNT TWO – Defamation and Defamation *per se*; Civil Conspiracy**
(Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine Wheeler, & William Aldenberg v. All Defendants)

347. All previous allegations in this complaint are incorporated as if fully set forth herein.

348. In repeatedly publishing false statements asserting or reasonably understood to be asserting that the plaintiffs' loved ones did not die; and/or that the episode in which they were killed was staged or their loved ones were still alive; and/or the plaintiffs were actors who faked their loved ones' deaths; the defendants published numerous defamatory statements.

349. These publications were not only individually defamatory, but part of a continuous campaign of statements, starting in 2013 and continuing through at least 2017, stating, asserting, implying and suggesting that the plaintiffs faked their loved ones' deaths and/or are actors lying about the deaths of their loved ones.

350. The statements contained in the defendants' campaign of harassment and abuse constitute defamation *per se*. The harmful nature of the defamatory statements is self-evident. The defamatory statements implicate the Plaintiffs in heinous criminal conduct. False implications of criminal conduct represent classic defamation *per se*.

34

351. The defendants' defamatory publications readily identified the plaintiffs to millions of people.

352. The defendants' defamatory publications were broadcast to millions of people.

353. The defendants' defamatory publications have injured the plaintiffs' reputations and images, and they have exposed the plaintiffs to public and private hatred, contempt, and ridicule. These false publications have caused the plaintiffs actual and substantial damages.

354. In light of their prior experience with similar sorts of reckless and false statements, the defendants knew that their publications could cause the plaintiffs to suffer harassment and potential violence.

355. The plaintiffs are private individuals and are neither public officials nor public figures.

356. The defendants broadcast their outrageous, cruel, and malicious lies about the plaintiffs with knowledge that the statements were false or with reckless disregard as to whether or not they were true.

357. The defendants combined to conduct their campaign of harassment and abuse, which included numerous unlawful acts or lawful acts by unlawful means.

358. The defendants combined to perform these unlawful acts pursuant to their scheme to harass and abuse the plaintiffs and in furtherance of that scheme.

359. These acts of the defendants resulted in damage to the plaintiffs.

**COUNT THREE – Intentional Infliction of Emotional Distress; Civil Conspiracy**
(Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine Wheeler, & William Aldenberg v. All Defendants)

360. All previous allegations in this complaint are incorporated as if fully set forth herein.

361. In broadcasting their campaign of outrageous and false statements about the plaintiffs, the defendants intended to inflict emotional distress or knew, or should have known, that emotional distress was the likely result of their conduct.

362. The defendants' conduct was extreme and outrageous.

363. The defendants' conduct was the cause of the plaintiffs' distress.

364. The emotional distress sustained by the plaintiffs was severe.

35

Case 3:18-cv-01156-JCH   Document 1-1   Filed 07/13/18   Page 40 of 43          Case 3:18-cv-01156-JCH   Document 1-1   Filed 07/13/18   Page 41 of 43

Case 22-33553   Document 1120-5   Filed in TXSB on 03/19/25   Page 16 of 25

365. The defendants' conduct was so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency, and to be regarded as atrocious, and utterly intolerable in a civilized community.

366. In light of their prior experience with similar sorts of false and reckless statements, the defendants knew that their publications could cause the plaintiffs to suffer harassment and potential violence.

367. The plaintiffs have suffered actual and substantial damages.

368. The plaintiffs are private individuals and are neither public officials nor public figures.

369. The defendants broadcast their outrageous, cruel, and malicious lies about the plaintiffs with knowledge that the statements were false or with reckless disregard as to whether or not they were true.

370. The defendants combined to conduct their campaign of harassment and abuse, which included numerous unlawful acts or lawful acts by unlawful means.

371. The defendants combined to perform these unlawful acts pursuant to their scheme to harass and abuse the plaintiffs and in furtherance of that scheme.

372. These acts of the defendants resulted in damage to the plaintiffs.

**COUNT FOUR – Negligent Infliction of Emotional Distress; Civil Conspiracy**
**(Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine Wheeler, & William Aldenberg v. All Defendants)**

373. All previous allegations in this complaint are incorporated as if fully set forth herein.

374. The defendants' campaign of outrageous, cruel, and malicious lies created an unreasonable risk of causing the plaintiffs emotional distress.

375. The plaintiffs' distress was foreseeable.

376. The plaintiffs' emotional distress was severe enough that it might result in illness or bodily harm.

377. The defendants' outrageous, cruel, and malicious conduct was the cause of the plaintiff's distress.

378. The plaintiffs have suffered actual and substantial damages.

36

379. In light of their prior experience with similar sorts of reckless and false statements, the defendants knew that their publications could cause the plaintiffs to suffer harassment and potential violence.

380. The plaintiffs are private individuals and are neither public officials nor public figures.

381. The defendants broadcast their outrageous, cruel, and malicious lies about the plaintiffs with knowledge that the statements were false or with reckless disregard as to whether or not they were true.

382. The defendants combined to conduct their campaign of harassment and abuse, which included numerous unlawful acts or lawful acts by unlawful means.

383. The defendants combined to perform these unlawful acts pursuant to their scheme to harass and abuse the plaintiffs and in furtherance of that scheme.

384. These acts of the defendants resulted in damage to the plaintiffs.

**COUNT FIVE: Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.***
**(Jacqueline Barden, Mark Barden, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos M. Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine Wheeler, & William Aldenberg v. All Defendants)**

385. All previous allegations in this complaint are incorporated as if fully set forth herein.

386. The defendants unethically, oppressively, immorally, and unscrupulously developed, propagated, and disseminated outrageous and malicious lies about the plaintiffs and their family members, and they did so for profit.

387. This campaign of lies, abuse, and harassment was a deceptive practice and offended public policy.

388. The defendants' reprehensible conduct caused substantial injury to the plaintiffs and other consumers that is not outweighed by any countervailing benefits to anyone, and that the plaintiffs themselves could not have reasonably avoided.

389. The defendants' conduct was a foreseeable cause of and a substantial factor causing the plaintiffs' injury.

390. The plaintiffs are private individuals and are neither public officials nor public figures.

391. The defendants broadcast their outrageous, cruel, and malicious lies about the plaintiffs with knowledge that the statements were false or with reckless disregard as to whether

37

or not they were true.

392. The defendants combined to conduct their campaign of harassment and abuse, which included numerous unlawful acts or lawful acts by unlawful means.

393. The defendants combined to perform these unlawful acts pursuant to their scheme to harass and abuse the plaintiffs and in furtherance of that scheme.

394. These acts of the defendants resulted in damage to the plaintiffs.

WHEREFORE, THE PLAINTIFFS CLAIM DAMAGES IN EXCESS OF FIFTEEN THOUSAND DOLLARS AND THE FOLLOWING RELIEF AS FURTHER SET FORTH BELOW:

Plaintiffs seek relief as follows:

A.    Monetary damages;

B.    Punitive damages;

C.    Attorneys' fees;

D.    Costs;

E.    Declarative relief;

This matter is within the jurisdiction of this court.

38

Of this writ, with your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this 23rd day of May, 2018.

THE PLAINTIFFS,

By _____
WILLIAM M. BLOSS
MATTHEW S. BLUMENTHAL
KOSKOFF KOSKOFF & BIEDER
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
PHONE: (203) 336-4421
FAX:  (203) 368-3244
wbloss@koskoff.com
mblumenthal@koskoff.com
JURIS #32250

39

# EXHIBIT 2

## Appearance

### Attorney Jay M. Wolman

*Lafferty, et al., v. Jones, et al.*
Judicial District of Fairfield
Dkt. No. FBT-CV-18-6075078-S
June 28, 2018

---

**APPEARANCE**
JDCL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Instructions — *See Back/Page 2*

**Notice To Self-Represented Parties**
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date |
|---|
| **Jun-26-2018** |
| Docket number |
| **FBT-CV-18-6075078-S** |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
**LAFFERTY, ERICA Et Al v. JONES, ALEX EMRIC Et Al**

| ☒ Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number ___ | Address of Court *(Number, street, town and zip code)* **1061 MAIN STREET BRIDGEPORT, CT 06604** |
|---|---|---|---|---|

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

### Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
|---|---|
| **JAY MARSHALL WOLMAN** | **433791** |

| Mailing Address *(Number, street)* *(Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* | Post office box | Telephone number *(Area code first)* |
|---|---|---|
| **100 PEARL STREET 14TH FLOOR** | | **702-420-2001** |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| **HARTFORD** | **CT** | **06103** | **305-437-7662** | **jmw@randazza.com** |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☒ The following Defendant(s) only: **Pty# D-01 ALEX EMRIC JONES *See additional page**
☐ Other *(Specify):*
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____ *(Name and Juris Number)*
2. ☐ This appearance is in addition to an appearance already on file.

| **I agree to accept papers (service) electronically in this case under Practice Book Section 10-13** | ☒ Yes | ☐ No |
|---|---|---|

| Signed *(Individual attorney or self-represented party)* ▶ **433791** | Name of person signing at left *(Print or type)* **JAY MARSHALL WOLMAN** | Date signed **Jun 28 2018** |
|---|---|---|

### Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Jun 28 2018** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
|---|---|
| **KOSKOFF KOSKOFF & BIEDER PC - 350 FAIRFIELD AVENUE/BRIDGEPORT, CT 06604** **REGNIER TAYLOR CURRAN & EDDY - 100 PEARL STREET/4TH FLOOR/HARTFORD, CT 06103** | |

| Signed *(Signature of filer)* ▶ **433791** | Print or type name of person signing **JAY MARSHALL WOLMAN** | Date signed **Jun 28 2018** | Telephone number **702-420-2001** | |
|---|---|---|---|---|

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

---

**Continuation of JDCL12 Appearance Form for FBT-CV-18-6075078-S**

**Submitted By JAY MARSHALL WOLMAN (433791)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# D-02 INFOWARS, LLC

Pty# D-03 FREE SPEECH SYSTEMS, LLC

Pty# D-04 INFOWARS HEALTH LLC

Pty# D-05 PRISON PLANET TV LLC

**\*\*\*\*\* End of Party List \*\*\*\*\***

---

**Continuation of JDCL12 Appearance Form for FBT-CV-18-6075078-S**

**Submitted By JAY MARSHALL WOLMAN (433791)**

**Certification of Service (Continued from JDCL12)**

**Name and Address at which service was made:**

WOLFGANG HALBIG (Self Represented) - 25526 HAWKS RUN LANE SORRENTO, FL 32776

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

Case 3:18-cv-01156-JCH   Document 1-3   Filed 07/13/18   Page 1 of 4        Case 3:18-cv-01156-JCH   Document 1-3   Filed 07/13/18   Page 2 of 4

Case 22-33553   Document 1120-5   Filed in TXSB on 03/19/25   Page 18 of 25

# EXHIBIT 3

Initial Return of Service

*Lafferty, et al., v. Jones, et al.*
Judicial District of Fairfield
Dkt. No. FBT-CV-18-6075078-S
May 23, 2018

STATE OF CONNECTICUT:
              : SS: HARTFORD        MAY 23, 2018
COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney,  pursuant to C.G.S. Section 52-59b, I left a verified, true and attested copy of the within original WRIT, SUMMONS and COMPLAINT at the office of  Denise Merrill, Secretary of  State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **ALEX EMRIC JONES** and paid statutory fees in the amount of  $50.00, at 30 Trinity Street, in the Town of  Hartford, County of Hartford.

And afterward, on the 23rd day of May, 2018, a verified, true and attested copy of the within original WRIT, SUMMONS, COMPLAINT and DEFENDANT'S RETURN with an endorsement thereon of service upon the Connecticut Secretary of  State was deposited in the U.S. Mail, Rocky Hill, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:
**ALEX EMRIC JONES**
**15101 BACK OF THE MOON STREET**
**AUSTIN, TX 78734**

The complete address is stated above.
Supplemental return to follow.

And afterward, on the 23rd day of May, pursuant to C.G.S. Section 34-275a, I left two verified, true and attested copies of the within original WRIT, SUMMONS and COMPLAINT at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **INFOWARS, LLC** and paid statutory fees in the amount of $50.00, at 30 Trinity Street, in the Town of Hartford, County of Hartford.

And afterward, on the 23rd day of May, pursuant to C.G.S. Section 34-275a, I left two verified, true and attested copies of the within original WRIT, SUMMONS and COMPLAINT at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **FREE SPEECH SYSTEMS, LLC** and paid statutory fees in the amount of $50.00, at 30 Trinity Street, in the Town of Hartford, County of Hartford.

And afterward, on the 23rd day of May, pursuant to C.G.S. Section 34-275a, I left two verified, true and attested copies of the within original WRIT, SUMMONS and COMPLAINT at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **INFOWARS HEALTH, LLC** and paid statutory fees in the amount of $50.00, at 30 Trinity Street, in the Town of Hartford, County of Hartford.

And afterward, on the 23rd day of May, pursuant to C.G.S. Section 34-275a, I left two verified, true and attested copies of the within original WRIT, SUMMONS and COMPLAINT at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **PRISON PLANET TV, LLC** and paid statutory fees in the amount of $50.00, at 30 Trinity Street, in the Town of Hartford, County of Hartford.

And afterward, on the 23rd day of May, 2018, pursuant to C.G.S. Section 52-59b, I left a verified, true and attested copy of the within original WRIT, SUMMONS and COMPLAINT at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **WOLFGANG HALBIG** and paid statutory fees in the amount of $50.00, at 30 Trinity Street, in the Town of Hartford, County of Hartford.

And afterward, on the 23rd day of May, 2018, a verified, true and attested copy of the within original WRIT, SUMMONS, COMPLAINT and DEFENDANT'S RETURN with an endorsement thereon of service upon the Connecticut Secretary of  State was deposited in the U.S. Mail, Rocky Hill, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:
**WOLFGANG HALBIG**
**25526 HAWKS RUN LANE**
**SORRENTO, FL 32776**

Supplemental return to follow.

And afterward, on the 23rd day of May, 2018, I left a verified, true and attested copy of the within original WRIT, SUMMONS and COMPLAINT at the usual place of abode of the within named Defendant **CORY T. SKLANKA** at 515 Gracey Avenue, in the Town of Meriden, County of New Haven.

I verified the Defendant's address with the Town Assessors office.  He owns the property.  I also called the CT Department of Motor Vehicles and confirmed that the car that was in the driveway was owned by him. His girlfriend answered the door and confirmed that he resides there.

And afterward, on the 23rd day of May, 2018, pursuant to C.G.S. Section 33-929(b)(1)  a verified, true and attested copy of the within original WRIT, SUMMONS and COMPLAINT was deposited in the U.S. Mail, Rocky Hill, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:
**GENESIS COMMUNICATIONS NETWORK, INC.**
**C/O THE SECRETARY**
**190 COBBLESTONE LANE**
**BURNSVILLE, MN 55337**

Supplemental return to follow.

And afterward, on the 23rd day of May, 2018, pursuant to C.G.S. Section 33-929(b)(1)  a verified, true and attested copy of the within original WRIT, SUMMONS and COMPLAINT was deposited in the U.S. Mail, Rocky Hill, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:
**MIDAS RESOURCES, INC.**
**C/O THE SECRETARY**
**190 COBBLESTONE LANE**
**BURNSVILLE, MN 55337**

Supplemental return to follow.

The within are the original WRIT, SUMMONS and COMPLAINT with my doings hereon endorsed.

| | | ATTEST: |
|---|---|---|
| SERVICE: | $   240.00 | |
| PAID SEC OF STATE | 300.00 | |
| PAID POSTAGE | 36.28 | |
| PAGES | 632.00 | |
| 40 MILES | 21.80 | BARBARA COFFEY |
| ENDORSEMENTS | 13.20 | CONNECTICUT STATE MARSHAL |
| TOTAL | $ 1243.28 | HARTFORD COUNTY |

Case 3:18-cv-01156-JCH   Document 1-4   Filed 07/13/18   Page 1 of 2      Case 3:18-cv-01156-JCH   Document 1-4   Filed 07/13/18   Page 2 of 2

Case 22-33553   Document 1120-5   Filed in TXSB on 03/19/25   Page 19 of 25

# EXHIBIT 4

Supplemental Return of Service

*Lafferty, et al., v. Jones, et al.*
Judicial District of Fairfield
Dkt. No. FBT-CV-18-6075078-S
June 14, 2018

---

AFFIDAVIT OF PROCESS SERVER

| | | |
|---|---|---|
| Docket No: FBT-CV-18-6075078-S | : | STATE OF CONNECTICUT |
| | : | |
| ERICA LAFFERTY, ET AL. | : | JUDICIAL DISTRICT |
| | : | |
| v. | : | OF FAIRFIELD |
| | : | |
| ALEX JONES, ET AL. | : | AT BRIDGEPORT |

I, Barbara C. Stinnett, received the below documents on Wednesday, June 13, 2018 at 8:39 AM to be delivered to the within named defendant ALEX EMRIC JONES.

Then and by virtue hereof, and by direction of the Plaintiffs' Attorney, I left a verified, true and attested copy of the WRIT, SUMMONS and COMPLAINT attached to the front door at the usual place of abode of the within named defendant ALEX EMRIC JONES, at 15101 Back of the Moon, Unit D, Austin, TX 78734 on Wednesday, June 13, 2018 at 11:38 AM.

I verified the address with two neighbors and with the land records on the Travis Central Appraisal District website.

ATTEST:

Barbara C. Stinnett
Process Server
PSC-1181; Exp: 7/31/2020
P.O. Box 684627
Austin, TX 78768

In the State of TEXAS, County of TRAVIS. Subscribed and Sworn to before me on the 14th day of June, 2018 by the affiant who is personally known to me.

Notary Public



HARRISON STINNETT
My Notary ID # 129047716
Expires July 9, 2020

---

# EXHIBIT 5

Declaration of Alex Jones

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; and WILLIAM ALDENBERG, | : : : : : : : : | Case No. _____ |
| Plaintiffs, | : | July 13, 2018 |
| v. | : | |
| ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC., | : : : : : : : : | |
| Defendants. | : | |

**DECLARATION OF ALEX JONES**

I, Alex Emric Jones, declare under penalty of perjury:

1. I am over the age of 18 years and am fully competent to make this Declaration.

2. The facts set forth in this Declaration are within my personal knowledge and are true and correct to the best of my knowledge and belief.

3. I am a Defendant in the above-captioned lawsuit.

4. I am a citizen and resident of the State of Texas.

5. Defendant Infowars, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein.

6. I am the sole member of Infowars, LLC.

7. Defendant Free Speech Systems, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein.

8. I am the sole member of Free Speech Systems, LLC.

- 1 -

DocuSign Envelope ID: B6FF405A-D314-4DC6-8EC1-B4BEC743A1C5

9.    Defendant Infowars Health, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein.

10.    I am the sole member of Infowars Health, LLC.

11.    Defendant Prison Planet TV, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein.

12.    I am the sole member of Prison Planet TV, LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/13/2018            .

_____
ALEX EMRIC JONES

- 2 -

# EXHIBIT 6

Consent to Removal

Defendant Wolfgang Halbig

---

DocuSign Envelope ID: 86932275-CFDD-4253-B494-14316FD55435

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ERICA LAFFERTY, DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, JEREMY RICHMAN, DONNA SOTO, CARLEE SOTO-PARISI, CARLOS M. SOTO, JILLIAN SOTO, and WILLIAM ALDENBERG,

          Plaintiffs,

     v.

ALEX EMRIC JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, INFOWARS HEALTH, LLC, PRISON PLANET TV, LLC, WOLFGANG HALBIG, CORY T. SKLANKA, GENESIS COMMUNICATIONS NETWORK, INC., and MIDAS RESOURCES, INC.,

          Defendants.

: Case No.
:
: July 13, 2018
:

**CONSENT TO REMOVAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, the Defendant, Wolfgang Halbig, hereby consents to the removal to this Court, by Defendant Alex Emric Jones, the civil action from the Superior Court, Judicial District of Fairfield at Bridgeport, Connecticut ("state court") entitled *Lafferty, et al. v. Jones, et al.*, bearing a return date of June 26, 2018, and a Case No. FBT-CV18-6075078-S.

Such consent should not be deemed a waiver of any substantive, procedural, or jurisdictional defenses to the claims of the plaintiffs, which are all hereby preserved.

Dated: July 11, 2018          Respectfully submitted,

                              _____  pro se
                              25526 Hawks Run Lane
                              Sorrento, Florida 32776
                              Tel:  (352) 729-2559
                              Fax:  (352) 729-2559
                              Wolfgang.halbig@comcast.net

# EXHIBIT 7

Consent to Removal

Defendant Midas Resources, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERICA LAFFERTY, DAVID WHEELER,
FRANCINE WHEELER, JACQUELINE
BARDEN, MARK BARDEN, NICOLE          : Case No.
HOCKLEY, IAN HOCKLEY, JENNIFER
HENSEL, JEREMY RICHMAN, DONNA
SOTO, CARLEE SOTO-PARISI, CARLOS     : July 13, 2018
M. SOTO, JILLIAN SOTO, and WILLIAM
ALDENBERG,

     Plaintiffs,

  v.

ALEX EMRIC JONES, INFOWARS, LLC,     :
FREE SPEECH SYSTEMS, LLC,
INFOWARS HEALTH, LLC, PRISON         :
PLANET TV, LLC, WOLFGANG
HALBIG, CORY T. SKLANKA, GENESIS     :
COMMUNICATIONS NETWORK, INC.,        :
and MIDAS RESOURCES, INC.,           :

    Defendants.

### CONSENT TO REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, the

Defendant, Midas Resources, Inc., hereby consents to the removal to this Court, by Defendant

Alex Emric Jones, the civil action from the Superior Court, Judicial District of Fairfield at

Bridgeport, Connecticut ("state court") entitled *Lafferty, et al. v. Jones, et al.*, bearing a return

date of June 26, 2018, and a Case No. FBT-CV18-6075078-S.

Such consent should not be deemed a waiver of any substantive, procedural, or jurisdictional

defenses to the claims of the plaintiffs, which are all hereby preserved.

---

Dated: July 10, 2018

Respectfully submitted,
MIDAS RESOURCES, INC.
By its attorneys,

---

# **EXHIBIT 8**

Consent to Removal

Defendant
Genesis Communication Network, Inc.

---

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERICA LAFFERTY, DAVID WHEELER,      :
FRANCINE WHEELER, JACQUELINE        :
BARDEN, MARK BARDEN, NICOLE         : Case No.
HOCKLEY, IAN HOCKLEY, JENNIFER      :
HENSEL, JEREMY RICHMAN, DONNA       :
SOTO, CARLEE SOTO-PARISI, CARLOS    : July 13, 2018
M. SOTO, JILLIAN SOTO, and WILLIAM  :
ALDENBERG,

    Plaintiffs,

  v.

ALEX EMRIC JONES, INFOWARS, LLC,    :
FREE SPEECH SYSTEMS, LLC,           :
INFOWARS HEALTH, LLC, PRISON        :
PLANET TV, LLC, WOLFGANG            :
HALBIG, CORY T. SKLANKA, GENESIS    :
COMMUNICATIONS NETWORK, INC.,       :
and MIDAS RESOURCES, INC.,          :

    Defendants.

### CONSENT TO REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, the

Defendant, Genesis Communications Network, Inc., hereby consents to the removal to this

Court, by Defendant Alex Emric Jones, the civil action from the Superior Court, Judicial District

of Fairfield at Bridgeport, Connecticut ("state court") entitled *Lafferty, et al. v. Jones, et al.*,

bearing a return date of June 26, 2018, and a Case No. FBT-CV18-6075078-S.

Such consent should not be deemed a waiver of any substantive, procedural, or jurisdictional

defenses to the claims of the plaintiffs, which are all hereby preserved. By giving the instant

consent, such is not intended to constitute an appearance in the civil action in either the state

court or the District Court.

Dated: July 10, 2018

Respectfully submitted,
GENESIS COMMUNICATIONS
NETWORK, INC.,
By its President,

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, Minnesota 55337
Tel:
Fax:
t.anderson@gcnlive.com

---

JS 44   (Rev. 06/17)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| Erica Lafferty, et al. | Alex Emric Jones, et al. |

| (b)  County of Residence of First Listed Plaintiff   Litchfield County, CT | County of Residence of First Listed Defendant   Travis County, TX |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| (c)   Attorneys *(Firm Name, Address, and Telephone Number)*<br>William M. Bloss, KOSKOFF KOSKOFF & BIEDER<br>350 Fairfield Avenue Bridgeport, CT 06604<br>(203) 336-4421 <wbloss@koskoff.com> | Attorneys *(If Known)*<br>Jay M. Wolman, RANDAZZA LEGAL GROUP, PLLC<br>100 Pearl Street, 14th Floor, Hartford, CT 06103<br>(702) 420-2001 <ecf@randazza.com> |
|---|---|

### II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government
       Plaintiff

❏ 3   Federal Question
       *(U.S. Government Not a Party)*

❏ 2   U.S. Government
       Defendant

☒ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

### III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place<br>of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ☒ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a<br>Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

### IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment<br>    & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted<br>    Student Loans<br>    (Excludes Veterans)<br>❏ 153 Recovery of Overpayment<br>    of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>❏ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product<br>    Liability<br>☒ 320 Assault, Libel &<br>    Slander<br>❏ 330 Federal Employers'<br>    Liability<br>❏ 340 Marine<br>❏ 345 Marine Product<br>    Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle<br>    Product Liability<br>❏ 360 Other Personal<br>    Injury<br>❏ 362 Personal Injury -<br>    Medical Malpractice | **PERSONAL INJURY**<br>❏ 365 Personal Injury -<br>    Product Liability<br>❏ 367 Health Care/<br>    Pharmaceutical<br>    Personal Injury<br>    Product Liability<br>❏ 368 Asbestos Personal<br>    Injury Product<br>    Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal<br>    Property Damage<br>❏ 385 Property Damage<br>    Product Liability | ❏ 625 Drug Related Seizure<br>    of Property 21 USC 881<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal<br>    28 USC 157<br><br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 835 Patent - Abbreviated<br>    New Drug Application<br>❏ 840 Trademark | ❏ 375 False Claims Act<br>❏ 376 Qui Tam (31 USC<br>    3729(a))<br>❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and<br>    Corrupt Organizations<br>❏ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 850 Securities/Commodities/<br>    Exchange<br>❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts<br>❏ 893 Environmental Matters<br>❏ 895 Freedom of Information |
| **REAL PROPERTY** | | | **LABOR** | **SOCIAL SECURITY** |
| ❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | **CIVIL RIGHTS**<br>❏ 440 Other Civil Rights<br>❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/<br>    Accommodations<br>❏ 445 Amer. w/Disabilities -<br>    Employment<br>❏ 446 Amer. w/Disabilities -<br>    Other<br>❏ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>❏ 463 Alien Detainee<br>❏ 510 Motions to Vacate<br>    Sentence<br>❏ 530 General<br>❏ 535 Death Penalty<br>**Other:**<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition<br>❏ 560 Civil Detainee -<br>    Conditions of<br>    Confinement | ❏ 710 Fair Labor Standards<br>    Act<br>❏ 720 Labor/Management<br>    Relations<br>❏ 740 Railway Labor Act<br>❏ 751 Family and Medical<br>    Leave Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Employee Retirement<br>    Income Security Act | ❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>❏ 870 Taxes (U.S. Plaintiff<br>    or Defendant)<br>❏ 871 IRS—Third Party<br>    26 USC 7609 | ❏ 896 Arbitration<br>❏ 899 Administrative Procedure<br>    Act/Review or Appeal of<br>    Agency Decision<br>❏ 950 Constitutionality of<br>    State Statutes |
| | | **IMMIGRATION**<br>❏ 462 Naturalization Application<br>❏ 465 Other Immigration<br>    Actions | | |

### V.  ORIGIN *(Place an "X" in One Box Only)*

❏ 1   Original
       Proceeding

☒ 2   Removed from
       State Court

❏ 3   Remanded from
       Appellate Court

❏ 4   Reinstated or
       Reopened

❏ 5   Transferred from
       Another District
       *(specify)*

❏ 6   Multidistrict
       Litigation -
       Transfer

❏ 8   Multidistrict
       Litigation -
       Direct File

### VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332, 1441, 1446
Brief description of cause:
False Light, Defamation, NIED, IIED, and Connecticut Unfair Trade Practices Act

### VII.  REQUESTED IN COMPLAINT:

❏  CHECK IF THIS IS A **CLASS ACTION**
    UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ❏ Yes   ☒ No

### VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
07/13/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/ Jay M. Wolman

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; and WILLIAM ALDENBERG,

    Plaintiffs,

    v.

ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC.,

    Defendants.

Case No. 3:18-cv-01156

July 13, 2018

### DEFENDANT INFOWARS, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Infowars, LLC discloses that it has no parent and that no publicly held corporation owns 10% of more of its stock.

Dated: July 13, 2018.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman, ct29129
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel:  702-420-2001
ecf@randazza.com

Marc J. Randazza, *pro hac vice* forthcoming
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel:  702-420-2001
ecf@randazza.com

*Attorneys for Infowars Defendants*

- 1 -

---

Case No. 3:18-cv-01156

### CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of July 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

I further certify that copies of the foregoing document are being served by electronic mail and U.S. Mail upon the parties at the addresses below:

William M. Bloss
Matthew S. Blumenthal
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, CT 06604
<wbloss@koskoff.com>
<mblumenthal@koskoff.com>

*Attorneys for Plaintiffs*

Stephen P. Brown
WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER
1010 Washington Blvd., 8th Floor
Stamford, CT 06901
<stephen.brown@wilsonelser.com>

*Attorney for Defendant*
*Midas Resources, Inc.*

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776
<wolfgang.halbig@comcast.net>

*Self-Represented Defendant*

Lawrence L. Connelli
REGNIER TAYLOR CURRAN & EDDY
100 Pearl Street, 4th Floor
Hartford, Connecticut 06103
<LConnelli@rtcelaw.com>

*Attorney for Defendant*
*Cory T. Sklanka*

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, MN 55337
<t.anderson@gcnlive.com>

*Representative for Defendant*
*Genesis Communications Network, Inc.*

/s/ Jay M. Wolman
Jay M. Wolman

- 2 -

Case 3:18-cv-01156-JCH   Document 3   Filed 07/13/18   Page 1 of 2    Case 3:18-cv-01156-JCH   Document 3   Filed 07/13/18   Page 2 of 2

Case 22-33553   Document 1120-5   Filed in TXSB on 03/19/25   Page 23 of 25

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Case No. 3:18-cv-01156

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; and WILLIAM ALDENBERG, | : |
| Plaintiffs, | : |
| v. | : |
| ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC., | : |
| Defendants. | : |

Case No. 3:18-cv-01156

July 13, 2018

**DEFENDANT FREE SPEECH SYSTEMS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Free Speech Systems, LLC discloses that it has no parent and that no publicly held corporation owns 10% of more of its stock.

Dated: July 13, 2018.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman, ct29129
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel:  702-420-2001
ecf@randazza.com

Marc J. Randazza, *pro hac vice* forthcoming
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel:  702-420-2001
ecf@randazza.com

*Attorneys for Infowars Defendants*

- 1 -

---

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 13th day of July 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

I further certify that copies of the foregoing document are being served by electronic mail and U.S. Mail upon the parties at the addresses below:

William M. Bloss
Matthew S. Blumenthal
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, CT 06604
<wbloss@koskoff.com>
<mblumenthal@koskoff.com>

*Attorneys for Plaintiffs*

Stephen P. Brown
WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER
1010 Washington Blvd., 8th Floor
Stamford, CT 06901
<stephen.brown@wilsonelser.com>

*Attorney for Defendant*
*Midas Resources, Inc.*

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776
<wolfgang.halbig@comcast.net>

*Self-Represented Defendant*

Lawrence L. Connelli
REGNIER TAYLOR CURRAN & EDDY
100 Pearl Street, 4th Floor
Hartford, Connecticut 06103
<LConnelli@rtcelaw.com>

*Attorney for Defendant*
*Cory T. Sklanka*

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, MN 55337
<t.anderson@gcnlive.com>

*Representative for Defendant*
*Genesis Communications Network, Inc.*

/s/ Jay M. Wolman
Jay M. Wolman

- 2 -

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Case No. 3:18-cv-01156

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; and WILLIAM ALDENBERG, | : |
| Plaintiffs, | : |
| v. | : |
| ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC., | : |
| Defendants. | : |

Case No. 3:18-cv-01156

July 13, 2018

**DEFENDANT INFOWARS HEALTH, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Infowars Health, LLC discloses that it has no parent and that no publicly held corporation owns 10% of more of its stock.

Dated: July 13, 2018.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman, ct29129
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel:  702-420-2001
ecf@randazza.com

Marc J. Randazza, *pro hac vice* forthcoming
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel:  702-420-2001
ecf@randazza.com

*Attorneys for Infowars Defendants*

- 1 -

---

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 13th day of July 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

I further certify that copies of the foregoing document are being served by electronic mail and U.S. Mail upon the parties at the addresses below:

William M. Bloss
Matthew S. Blumenthal
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, CT 06604
<wbloss@koskoff.com>
<mblumenthal@koskoff.com>

*Attorneys for Plaintiffs*

Stephen P. Brown
WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER
1010 Washington Blvd., 8th Floor
Stamford, CT 06901
<stephen.brown@wilsonelser.com>

*Attorney for Defendant*
*Midas Resources, Inc.*

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776
<wolfgang.halbig@comcast.net>

*Self-Represented Defendant*

Lawrence L. Connelli
REGNIER TAYLOR CURRAN & EDDY
100 Pearl Street, 4th Floor
Hartford, Connecticut 06103
<LConnelli@rtcelaw.com>

*Attorney for Defendant*
*Cory T. Sklanka*

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, MN 55337
<t.anderson@gcnlive.com>

*Representative for Defendant*
*Genesis Communications Network, Inc.*

/s/ Jay M. Wolman
Jay M. Wolman

- 2 -

Case 3:18-cv-01156-JCH   Document 5   Filed 07/13/18   Page 1 of 2      Case 3:18-cv-01156-JCH   Document 5   Filed 07/13/18   Page 2 of 2

Case 22-33553   Document 1120-5   Filed in TXSB on 03/19/25   Page 24 of 25

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; and WILLIAM ALDENBERG,

     Plaintiffs,

     v.

ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC.,

     Defendants.

Case No. 3:18-cv-01156

July 13, 2018

### DEFENDANT PRISON PLANET TV, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Prison Planet TV, LLC discloses that it has no parent and that no publicly held corporation owns 10% of more of its stock.

Dated: July 13, 2018.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman, ct29129
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel:  702-420-2001
ecf@randazza.com

Marc J. Randazza, *pro hac vice* forthcoming
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel:  702-420-2001
ecf@randazza.com

*Attorneys for Infowars Defendants*

- 1 -

---

Case No. 3:18-cv-01156

### CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of July 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

I further certify that copies of the foregoing document are being served by electronic mail and U.S. Mail upon the parties at the addresses below:

William M. Bloss
Matthew S. Blumenthal
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, CT 06604
<wbloss@koskoff.com>
<mblumenthal@koskoff.com>

*Attorneys for Plaintiffs*

Stephen P. Brown
WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER
1010 Washington Blvd., 8th Floor
Stamford, CT 06901
<stephen.brown@wilsonelser.com>

*Attorney for Defendant*
*Midas Resources, Inc.*

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776
<wolfgang.halbig@comcast.net>

*Self-Represented Defendant*

Lawrence L. Connelli
REGNIER TAYLOR CURRAN & EDDY
100 Pearl Street, 4th Floor
Hartford, Connecticut 06103
<LConnelli@rtcelaw.com>

*Attorney for Defendant*
*Cory T. Sklanka*

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, MN 55337
<t.anderson@gcnlive.com>

*Representative for Defendant*
*Genesis Communications Network, Inc.*

/s/ Jay M. Wolman
Jay M. Wolman

- 2 -

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; and WILLIAM ALDENBERG,

     Plaintiffs,

     v.

ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC.,

     Defendants.

Case No. 3:18-cv-01156

July 13, 2018

### NOTICE OF PENDING MOTIONS

Pursuant to the Standing Order on Removed Cases, Defendant Alex Emric Jones hereby gives notice of pending motions that require action by a Judge of this Court, specifically that Defendant Wolfgang Halbig filed a Motion to Dismiss on April 12, 2018, a true and correct copy of which is attached hereto as Exhibit A.  No other papers were yet filed in support or in opposition to that motion.  There are no other pending motions that require action by a Judge of this Court.

Dated: July 13, 2018.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman, ct29129
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel:  702-420-2001
ecf@randazza.com

Marc J. Randazza, *pro hac vice* forthcoming
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel:  702-420-2001
ecf@randazza.com

*Attorneys for Infowars Defendants*

Case No. 3:18-cv-01156

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of July 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

I further certify that copies of the foregoing document are being served by electronic mail and U.S. Mail upon the parties at the addresses below:

William M. Bloss
Matthew S. Blumenthal
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgebort, CT 06604
<wbloss@koskoff.com>
<mblumenthal@koskoff.com>

*Attorneys for Plaintiffs*

Stephen P. Brown
WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER
1010 Washington Blvd., 8th Floor
Stamford, CT 06901
<stephen.brown@wilsonelser.com>

*Attorney for Defendant
Midas Resources, Inc.*

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776
<wolfgang.halbig@comcast.net>

*Self-Represented Defendant*

Lawrence L. Connelli
REGNIER TAYLOR CURRAN & EDDY
100 Pearl Street, 4th Floor
Hartford, Connecticut 06103
<LConnelli@rtcelaw.com>

*Attorney for Defendant
Cory T. Sklanka*

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, MN 55337
<t.anderson@gcnlive.com>

*Representative for Defendant
Genesis Communications Network, Inc.*

_/s/ Jay M. Wolman_____
Jay M. Wolman