# Exhibit 7

**Public Statement re_SH & Alex Jones 11.11.24**

**Law Office of R. Wyn Young, Esq.**
**(Ohio Bar #0064876)**
**1421 Lexington Ave. #180, Mansfield, OH 44907**
**Phone: (513) 238~2821**
**Email:** ***rwynyoung25@gmail.com***
**LinkedIn:** ***www.linkedin.com/in/rwynyoung***

**November 11, 2024**

**Re:      Public Statement and Request for Action**

### SANDY HOOK: A TWO~PART, TREASONOUS CONSPIRACY
### TO UNDERMINE OR DESTROY THE FIRST AND SECOND AMENDMENTS

I respectfully ask fellow patriots and all who seek and value Truth **(1)** to watch my linked November 1, 2024, interview/video presentation of Operation Madcap ~ Exposing Alex Jones' Capitulation & Betrayal in the Connecticut Sandy Hook Cases, **(2)** to review the attached abridged/highlights version ("HLV") of my Operation Madcap PowerPoint presentation, and **(3)** to please share this letter/public statement, the linked video, and the attached highlights slide show via all available means.

**The basic thesis/revelation of my** Operation Madcap **presentation is that Alex Jones and his attorneys threw the Connecticut Sandy Hook cases from the very get~go, in July 2018, by failing to assert federal question jurisdiction when removing these First Amendment lawfare cases to federal court.** (See HLV Slide 15.) **Jones' failure in this regard could not possibly have resulted from mistake or malpractice by his attorneys, and it constitutes the first of three definitive, self~sabotaging actions that Alex Jones took to hand the Sandy Hook Plaintiffs a $1.43 Billion speech~chilling defamation judgment.**

However, before getting to Jones' failings on removal to federal court at the beginning of the case, I start my analysis by looking at the end of the case and pointing to the following **shocking admissions and statements** Alex Jones and his attorney, Norm Pattis, make at Pages 32, 47, and 50 of Jones' June 2, 2023, Appeal Brief, **directly undermining both our First and Second Amendments**:

> **Jones "lied from the very beginning of his coverage of the Sandy Hook shootings." (Jones' Appeal Brief Pg. 32) Further, "Mr. Jones lied about Sandy Hook. He lied to attract attention."** *Id***. at 47. And, finally, at Pg. 50: "Mr. Jones is not contending . . . that his speech was protected on First Amendment grounds."**

**Public Statement re: Sandy Hook**
November 11, 2024
Page 2

(See HLV Slides 5~10.) Significantly, the actual malice standard for public figure defamation plaintiffs set forth in <u>N.Y. Times Co. v. Sullivan</u>, 376 U.S. 254, 279~80 (1964), provides **<u>no First Amendment protections</u>** where the defendant admittedly lies about the plaintiffs. Thus, Jones and his counsel are specifically avoiding assertion and application of First Amendment protections in the appeal.

The statements and admissions made in Jones' Appeal Brief on June 2, 2023, stand in <u>stark contrast</u> to statements Mr. Pattis made earlier in a trial court filing on June 4, 2019, and shortly after he appeared in the case; namely, that:

> **"The defendants' actions in these cases clearly fall within the exercise of free speech and association[,]"** and **"Simply put, there is no evidence to support the claim that the Jones defendants knowingly market falsehoods for financial gain. None. Case closed."**

(See HLV Slide 16 comparing the varying statements Attorney Pattis made in June 2019 and June 2023 regarding Alex Jones' actions and intentions with respect to his Sandy Hook reporting.)

A careful analysis of the conflicting statements Attorney Pattis made in filings on behalf of Jones in June 2019 and June 2023 reveals a possible key to understanding who Alex Jones really is and why he is **(a)** avoiding assertion of First Amendment protections, and **(b)** otherwise attacking the Second Amendment, in his appeal. (See, specifically, HLV Slide 8, with Jones' inflammatory anti~Second Amendment statements/language, highlighted in yellow, regarding <u>Soto v. Bushmaster</u>.)

**Notably, Alex Jones, by and through counsel, admitted in court filings that he is a liar**; specifically, that he lied to his audience about Sandy Hook. But, putting that aside, it should also be noted that an attorney has a duty of candor toward the court, and I assume Attorney Pattis fulfilled his duties of candor and honesty when he made both of the above sets of statements in June 2019 and June 2023. Attorney Pattis presented the trial and appellate courts with two, diametrically~opposed characterizations of the <u>same underlying conduct by Mr. Jones</u>. How, then, could both statements by Attorney Pattis have been honest (from his perspective) when made ?? What changed ?? I strongly suspect that, at some point between June 4, 2019, and June 2, 2023, Attorney Pattis learned something about Alex Jones that necessitated a completely different characterization in the Appeal Brief of Mr. Jones' underlying actions and intentions.

Significantly, and again, at page 32 of the Appeal Brief, Attorney Pattis states that **Jones "lied from the very beginning of his coverage of the Sandy Hook shootings."** I believe that Attorney Pattis crafted this admission (and others in the Appeal Brief) **<u>very carefully</u>** and that it **<u>necessarily</u>** sets forth the unvarnished truth regarding Mr. Jones and who he really is.

**Public Statement re: Sandy Hook**
November 11, 2024
Page 3


**A person cannot lie (i.e., <u>knowingly</u> tell a falsehood) about something that is <u>unknown</u> to him.** The only way Alex Jones could have "lied from the very beginning" of his coverage of the alleged Sandy Hook shooting is if he <u>knew</u> the truth or falsity of the alleged event from the very beginning. The only way this could have occurred is if Alex Jones had definitive insider knowledge of the event from the very beginning. An <u>independent journalist</u> would <u>not</u> have definitive insider knowledge of the event from the very beginning. So, what does that make Alex Jones ??

**Jones' self~sabotaging actions in the Connecticut Sandy Hook cases (more fully described in the <u>Operation Madcap</u> presentation) are characteristic of a controlled insider, not an independent journalist.**

Again, I'm attaching an abridged/highlights PDF version ("HLV") of my <u>Operation Madcap</u> presentation. You may view the full PowerPoint presentation (with my full legal analysis) in the linked <u>Operation Madcap</u> interview. **<u>Upon reviewing these materials, I am confident you will agree that probable cause exists to believe that Sandy Hook was and is a two~part and treasonous conspiracy to undermine or destroy the First and Second Amendments.</u>**

**The evidence indicates that Alex Jones' Capitulation & Betrayal in the Connecticut Sandy Hook cases was the second and necessary stage of a massive, two~part conspiracy to undermine or destroy our First and Second Amendments. In the first part, the horrific Sandy Hook shooting <u>story</u> was concocted to turn legislators, laws, and the American people against the Second Amendment. In the second part, Alex Jones took a <u>purposeful dive</u> on bogus defamation claims to hand the Sandy Hook Plaintiffs a massive win that chills free speech, investigative journalism, and public participation in the political process. Indeed, Jones' loss/the outrageous $1.43 Billion damages verdict appears largely designed to "scare off" further and proper scrutiny of the alleged Sandy Hook shooting and other such similar events.**

All patriotic Americans have an interest in seeing to it that this matter receives due and wide attention, that justice is properly served, and that our sacred First and Second Amendments are defended and preserved. I am fully aware of the personal risks I am taking in bringing this information to light. As an attorney, and one who took a solemn oath to support and defend the U.S. Constitution, I am duty~bound to expose these subversive actions against our Bill of Rights.

Respectfully,

*Wyn*

R. Wyn Young, Esq.
Ohio Bar #0064876


RWY
Attachment