# Exhibit 9

**SE(Patriots List) Re_AJ_SH Part II 12.15.24**

Sandy Hook and Alex Jones ~ Part II   Inbox ×

Case 22-33553   Document 1120-9   Filed in TXSB on 03/19/25   Page 2 of 2

Wyn Young <rwynyoung25@gmail.com>   Sun, Dec 15, 2024, 9:40 PM
to wyn, senator.babet, Senator, Gerard, senator.hanson, senator.roberts, richard, Judy, Todd, Paul, Dr, Thomas, odecordoba, Andrew, NUREMBERG, Theresa, Ann, jsan1017, Maryl, David, Dawn, Christine, Nicholas, Mihalcea, SGT, Jeffrey, Seth, Paula, Charles, Jane, Mike, Daniel, Preston, Mike, Michael, Michael, Loganpod, Kathleen, Maria, stephen.frost@btinternet.cc

Dear Fellow Patriots:

As a follow~up to my November 1st Operation Madcap presentation (see linked video and attached thumbnail) and my November 11th public statement on **Alex Jones' Capitulation & Betrayal in the Connecticut Sandy Hook Cases** (see my linked Operation Madcap resources page), **I am now attaching the thumbnail for and linking to:**

## My Sandy Hook Video Scrapbook

While "**Operation Madcap**" fully covers Alex Jones' purposeful dive on the Connecticut Sandy Hook lawfare defamation suits, Always Wyn Episode 3 ~ My Sandy Hook Video Scrapbook (published 12/14/24) goes back 12 years in time to take a closer look at the **alleged** December 14, 2012, school shooting massacre. The video description for the Scrapbook is as follows:

> Probable cause exists to believe that Sandy Hook was and is a two~part and treasonous conspiracy to undermine or destroy the 1st and 2nd Amendments.
>
> In short, the shooting was a hoax, and Alex Jones took a purposeful dive on defending against the related Connecticut lawfare defamation suits.
>
> You can find my full legal analysis on Alex Jones' Capitulation & Betrayal in the Connecticut Sandy Hook defamation cases at AlwaysWyn.com/operation-madcap.
>
> If you value Truth, justice, and the America we always envisioned and hoped for, then please consider sharing this important video.

The above really does say it all. I ask that all who value our freedoms and **Bill of Rights** take just a bit of time to watch the linked videos and consider sharing the same.

Best wishes to all for a Merry Christmas and Happy Holidays !!

All the Best Always,

*Wyn*

R. Wyn Young, Esq.
Ohio Bar #0064876
Phone: (513) 238~2821
rwynyoung25@gmail.com
www.linkedin.com/in/rwynyoung (Professional Legal Profile)
AlwaysWyn.com (Artistic/Advocacy Website)

2 Attachments • Scanned by Gmail