# Exhibit 10

Callender's AJ_SH Endorsement 12.23.24

# Re: Sandy Hook and Alex Jones - Part II  Inbox ×

**Todd Callender**   Dec 23, 2024, 10:31 PM
to me, wyn@alwayswyn.com, senator.babet@aph.gov.au, Senator, Gerard, senator.hanson@aph.gov.au, senator.roberts@aph.gov.au, richard@vobes.com, Judy, Paul, Dr, Thomas, odecordoba, Andrew, NUREMBERG, Theresa, Ann, jsan1017, Maryl, David, Da...

Exactly right.  What now Wyn.  We aren't going to get anywhere with the govt.  maybe a state AG?

Sent from my iPad

> On Dec 15, 2024, at 9:41 PM, Wyn Young <rwynyoung25@gmail.com> wrote:
>
> Dear Fellow Patriots:
>
> As a follow~up to my November 1st Operation Madcap presentation<https://rumble.com/v5l9ndc-alex-jones-sandy-hook-case-bares-weaponized-doj-controlled-opposition-used-.html?playlist_id=AJkOYcgkw2c> (see linked video and attached thumbnail) and my November 11th public statement on Alex Jones' Capitulation & Betrayal in the Connecticut Sandy Hook Cases (see my linked Operation Madcap resources page<https://www.alwayswyn.com/operation-madcap>), I am now attaching the thumbnail for and linking to:
>
> My Sandy Hook Video Scrapbook<https://rumble.com/v5zc94k-always-wyn-episode-3-my-sandy-hook-video-scrapbook.html?e9s=src_v1_ucp>
>
> While "Operation Madcap" fully covers Alex Jones' purposeful dive on the Connecticut Sandy Hook lawfare defamation suits, Always Wyn Episode 3 ~ My Sandy Hook Video Scrapbook<https://rumble.com/v5zc94k-always-wyn-episode-3-my-sandy-hook-video-scrapbook.html?e9s=src_v1_ucp> (published 12/14/24) goes back 12 years in time to take a closer look at the alleged December 14, 2012, school shooting massacre. The video description for the Scrapbook<https://rumble.com/v5zc94k-always-wyn-episode-3-my-sandy-hook-video-scrapbook.html?e9s=src_v1_ucp> is as follows:
>
> Probable cause exists to believe that Sandy Hook was and is a two~part and treasonous conspiracy to undermine or destroy the 1st and 2nd Amendments.
>
> In short, the shooting was a hoax, and Alex Jones took a purposeful dive on defending against the related Connecticut lawfare defamation suits.
>
> You can find my full legal analysis on Alex Jones' Capitulation & Betrayal in the Connecticut Sandy Hook defamation cases at AlwaysWyn.com/operation-madcap<http://AlwaysWyn.com/operation-madcap>.
>
> If you value Truth, justice, and the America we always envisioned and hoped for, then please consider sharing this important video.
>
> The above really does say it all. I ask that all who value our freedoms and Bill of Rights take just a bit of time to watch the linked videos and consider sharing the same.
>
> Best wishes to all for a Merry Christmas and Happy Holidays !!
>
> All the Best Always,
> Wyn
> R. Wyn Young, Esq.
> Ohio Bar #0064876