# Exhibit 11

## 02.27.25 Email to Trustee Murray w_1 Att. re_Jones Ch7

 **Gmail**

**Wyn Young <rwynyoung25@gmail.com>**

---

## Re: Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)

---

**Wyn Young** <rwynyoung25@gmail.com>
To: chris@jonesmurray.com

Thu, Feb 27, 2025 at 9:03 AM

Dear **Trustee Murray**:

I am writing to follow~up on my **February 24, 2025**, email to you. As it has now been three (3) days, I am surprised that I have not heard from you, if not simply to acknowledge your receipt of the **email/written explanatory statement** and **zipped evidentiary folder** I sent you on **February 24ᵗʰ**.

As set forth on **Page 1** of my **November 11, 2024**, letterhead **Public Statement and Request for Action**: "**The basic thesis/revelation of my** Operation Madcap **presentation is that Alex Jones and his attorneys threw the Connecticut Sandy Hook cases from the very get~go, in July 2018, by failing to assert federal question jurisdiction when removing these First Amendment lawfare cases to federal court.**" [Emphasis in original.] (See [AlwaysWyn.com/operation-madcap](http://AlwaysWyn.com/operation-madcap).)

This is not a complicated case, **Trustee Murray**. **Alex Jones** and his **Randazza** law firm attorney, **Jay Wolman**, a graduate of **Cornell** and **Georgetown Law**, and a 25~year, **AV-Preeminent** rated lawyer, did **not** simply **forget**, **twice**, in removing the Lafferty and Sherlach cases to federal court in July 2018, **to claim federal question jurisdiction** under **28 U.S.C. Section 1331** to ensure the **U.S. District Court for the District of Connecticut** would have **subject matter jurisdiction** to consider and rule upon the merits of the **1ˢᵗ Amendment~based** Special [Anti~SLAPP] **Motion to Dismiss** they also filed with the federal court in July 2018. (Please see the attached 13~Slide **PwrPnt for Jones BR Trustee**.)

This was a setup, and **Alex Jones** and his **Randazza** attorneys took an immediate and purposeful dive on the defense of the Connecticut Sandy Hook defamation cases. Based merely upon **Alex Jones'** federal court filings in July 2018 **alone**, there is **more than probable cause** for reasonable minds to conclude that the **$1.3 Billion Connecticut state court judgment** giving rise to the instant **Chapter 7** bankruptcy of **Alex Jones was fraudulently~obtained**.

**\*\*\*I reiterate the following requests** made in my **February 24, 2025**, email to you:

> As I do not practice bankruptcy law and am not licensed in Texas, I ask that the **United States Trustee** please advise if I must file a petition, a motion, or some other document to prompt the **Trustee** to open an investigation, **or to otherwise initiate an adversarial proceeding**, within the present bankruptcy and regarding the **fraudulently~obtained Connecticut state court judgment** giving rise to same.

**\*\*Please also advise** as to whether this transmission should be copied to all parties on the service list and, if so, **please kindly provide a copy of the electronic/email service list**.

Thank you for your **prompt attention to** and **objective consideration of** my submissions regarding this important matter.

Very truly yours,



*Wyn*

**R. Wyn Young, Esq.**
Ohio Bar #0064876
1421 Lexington Avenue, #180
Mansfield, OH 44907
Phone: (513) 238~2821
rwynyoung25@gmail.com
www.linkedin.com/in/rwynyoung (Professional Legal Profile)
AlwaysWyn.com (Artistic/Advocacy Website)

On Mon, Feb 24, 2025 at 12:28 PM Wyn Young <rwynyoung25@gmail.com> wrote:

> 📄   Docs for Jones BR Trustee.zip

Dear **Trustee Murray**:

My name is **Wyn Young**. I'm a 30~year civil litigation trial attorney from Mansfield, Ohio (**OH Bar 64876**). I am writing to advise the **United States Trustee**, the parties, and the Bankruptcy Court that I discovered **unequivocal evidence** that **Alex Jones** deliberately threw the defense of the Connecticut Sandy Hook defamation cases from the very beginning in **July 2018** and that the **$1.3 Billion Connecticut state court judgment** giving rise to the instant **Chapter 7 bankruptcy** was obtained by **fraud** or **collusion** between the parties to the aforesaid Connecticut defamation actions.

In the fall of 2023, I heard **Alex Jones** and **Attorney Norm Pattis** speaking in a cagey way on **Infowars** about their Connecticut Sandy Hook appeal, and I decided to look into it. In reviewing the trial and appellate court dockets in the matter of **Lafferty, et al. v. Jones, et al.**, CT A.C. No. 46131, appeal from Superior Court Docket No. UWY-CV18-6046436-S, in the fall of 2023, I discovered **unequivocal** evidence that **Alex Jones** threw the defense of the Connecticut Sandy Hook defamation cases with his very first responsive pleadings (i.e., by deliberately failing to claim federal question jurisdiction when removing the related **1st Amendment** lawfare cases to federal court). Indeed, his doing so was part of a broader, two~part and treasonous conspiracy to undermine or destroy our **1st** and **2nd** Amendments.

**The evidence**, namely, **(1) Alex Jones'** case filings in the Connecticut defamation cases, and **(2)** network, cable, and local TV station video footage from the day and location of the alleged Sandy Hook mass school shooting, **provides probable cause** for reasonable minds to conclude that **Alex Jones'** Capitulation & Betrayal in the Connecticut Sandy Hook cases was the second and necessary stage of a massive and two~part conspiracy. In the first part, the horrific Sandy Hook shooting **story** was concocted to turn legislators, laws, and the American people

against the **2nd Amendment**. In the second part, **Alex Jones** and others took purposeful dives on bogus defamation claims to hand the Sandy Hook Plaintiffs a massive win that chills free speech, investigative journalism, and public participation in the political process.
Indeed, **Jones'** loss/the outrageous **$1.43 Billion damages judgment** (reduced by the Connecticut Appellate Court to **$1.3 Billion**) appears largely designed to "scare off" further and proper scrutiny of the alleged Sandy Hook mass school shooting.

On **November 1, 2024**, I began publicly pursuing a public advocacy case to expose the two~part and treasonous Sandy Hook conspiracy. Since **November 1, 2024**, and **over the past 116 days**, I believe I have developed the public advocacy case to the fullest extent that I can, from a legal perspective, as an attorney in independent practice who is duty~bound to both support and defend the Constitution. From opening to summation, my public advocacy case is entirely set forth at/linked to from AlwaysWyn.com/operation-madcap (the name and artistic theme deriving from the movie **Tombstone**), and it presents/points to evidence providing **more than probable cause grounds** for reasonable minds to conclude **(1)** that the underlying alleged Sandy hook mass school shooting event of **December 14, 2012**, was a hoax, and **(2)** that **Alex Jones** and others deliberately threw the defense of the Connecticut Sandy Hook defamation cases as the second stage of a broader, two~part, and treasonous conspiracy against the United States and our **1st** and **2nd Amendments**.

**Attorney Todd Callender** (**CO Bar 25981**), another 30~year attorney with a spotless record such as myself, has **fully and unequivocally endorsed all my conclusions** in this public advocacy case. I also presented a "very convincing case", as to the **fraudulent nature of both** the underlying event and the defense of the Connecticut defamation suits, to a psychiatrist currently licensed in four (4) states, **Dr. Rima Laibow**, who, in my first interview with her on **December 14, 2024**, specifically described this public advocacy case as having "**worldwide implications**". (See AlwaysWyn.com/operation-madcap.)

I am **attaching a zipped folder containing copies of the following documents** for reference and consideration by the **United States Trustee**:

> 1. Lafferty, et al. v, Jones, et al., Case No. 3:18-cv-01156-JCH, U.S. District Court remand documents (Pages 1-93 Only);
> 2. November 5, 2018, Ruling Re: Motion for Remand in Case No. 3:18-cv-01156-JCH;
> 3. November 11, 2024, Public Statement and Request for Action by the undersigned;
> 4. November 2024 Operation Madcap PowerPoint Presentation (Abridged Highlights Version);
> 5. December 15, 2024, email to contacts list regarding Sandy Hook and Alex Jones ~ Part II; and
> 6. December 23, 2024, endorsement by Attorney Todd Callender (CO Bar 25981) of my public advocacy case/conclusions in same.

As I do not practice bankruptcy law and am not licensed in Texas, I ask that the **United States Trustee** please advise if I must file a petition, a motion, or some other document to prompt the **Trustee** to open an investigation, **or to otherwise initiate an adversarial proceeding**, within

the present bankruptcy and regarding the **<u>fraudulently~obtained Connecticut state court judgment</u>** giving rise to same.

**\*\*<u>Please also advise</u>** as to whether this transmission should be copied to all parties on the service list and, if so, **<u>please kindly provide a copy of the electronic/email service list</u>**.

Thank you for your prompt attention to and consideration of this matter. I may be reached at the below~listed phone number and/or email address, should the **Trustee** have any questions or need additional information from me.

Very truly yours,

*Wyn*

**R. Wyn Young, Esq.**
Ohio Bar #0064876
1421 Lexington Avenue, #180
Mansfield, OH 44907
Phone: (513) 238~2821
rwynyoung25@gmail.com
www.linkedin.com/in/rwynyoung (Professional Legal Profile)
AlwaysWyn.com (Artistic/Advocacy Website)

---

**PwrPnt for Jones BR Trustee.pdf**
1862K