# Exhibit 13

## 02.28.25 Email from Trustee Murray re_Jones Ch7

  Wyn Young <rwynyoung25@gmail.com>

## Re: Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)

**Christopher Murray** <chris@jonesmurray.com>  Fri, Feb 28, 2025 at 1:32 PM
To: "rwynyoung25@gmail.com" <rwynyoung25@gmail.com>
Cc: "Nguyen, Ha (USTP)" <Ha.Nguyen@usdoj.gov>, "Joshua W. Wolfshohl" <JWolfshohl@porterhedges.com>, Erin Jones <erin.jones@jonesmurray.com>

Mr. Young,

Thank you for your emails.

I am the chapter 7 trustee in the case, which is different from the United States Trustee, to whom I believe your email is directed. I am forwarding your message (by cc here) to the attorney who represents the United States Trustee in this matter, Ha Nguyen.

Please note, I am represented by counsel in this matter, Joshua Wolfshohl and Erin Jones (also cc'd here). Any future correspondence to me should include them so that we may respond appropriately.

As to your other questions, unfortunately, I cannot give you legal advice. I can point out that the creditor matrix in the case is available on PACER. I have attached a courtesy copy of that for you here.

Regards,

Christopher Murray

Chapter 7 Trustee

---

**From:** Wyn Young <rwynyoung25@gmail.com>
**Sent:** Thursday, February 27, 2025 8:03 AM
**To:** Christopher Murray <chris@jonesmurray.com>
**Subject:** Re: Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)

Dear **Trustee Murray**:

I am writing to follow~up on my **February 24, 2025**, email to you. As it has now been three (3) days, I am surprised that I have not heard from you, if not simply to acknowledge your receipt of the **email/written explanatory statement** and **zipped evidentiary folder** I sent you on **February 24th**.

As set forth on **Page 1** of my **November 11, 2024**, letterhead **Public Statement and Request for Action**: "**The basic thesis/revelation of my** Operation Madcap **presentation is that Alex Jones and his attorneys threw the Connecticut Sandy Hook cases from the very get~go, in July 2018, by failing to assert federal question jurisdiction when removing these First Amendment lawfare cases to federal court.**" [Emphasis in original.] (See AlwaysWyn.com/operation-madcap.)

This is not a complicated case, **Trustee Murray**. **Alex Jones** and his **Randazza** law firm attorney, **Jay Wolman**, a graduate of **Cornell** and **Georgetown Law**, and a 25~year, **AV-Preeminent** rated lawyer, did **not** simply forget, twice, in removing the Lafferty and Sherlach cases to federal court in July 2018, **to claim federal question jurisdiction** under **28 U.S.C. Section 1331** to ensure the **U.S. District Court for the District of Connecticut** would have **subject matter jurisdiction** to consider and rule upon the merits of the **1st Amendment~based** Special [Anti~SLAPP] **Motion to Dismiss** they also filed with the federal court in July 2018. (Please see the attached 13~Slide **PwrPnt for Jones BR Trustee**.)

This was a setup, and **Alex Jones** and his **Randazza** attorneys took an immediate and purposeful dive on the defense of the Connecticut Sandy Hook defamation cases. Based merely upon **Alex Jones'** federal court filings in July 2018 **alone**, there is **more than probable cause** for reasonable minds to conclude that the **$1.3 Billion Connecticut state court judgment** giving rise to the instant **Chapter 7** bankruptcy of **Alex Jones was fraudulently~obtained**.

\*\*\*I reiterate the following requests made in my **February 24, 2025**, email to you:

> As I do not practice bankruptcy law and am not licensed in Texas, I ask that the **United States Trustee** please advise if I must file a petition, a motion, or some other document to prompt the **Trustee** to open an investigation, **or to otherwise initiate an adversarial proceeding**, within the present bankruptcy and regarding the **fraudulently~obtained Connecticut state court judgment** giving rise to same.

> \*\*Please also advise as to whether this transmission should be copied to all parties on the service list and, if so, **please kindly provide a copy of the electronic/email service list**.

Thank you for your **prompt attention to** and **objective consideration of** my submissions regarding this important matter.

Very truly yours,

*Wyn*

**R. Wyn Young, Esq.**

Ohio Bar #0064876

1421 Lexington Avenue, #180

Mansfield, OH 44907

Phone: (513) 238~2821

rwynyoung25@gmail.com

www.linkedin.com/in/rwynyoung (Professional Legal Profile)

AlwaysWyn.com (Artistic/Advocacy Website)

On Mon, Feb 24, 2025 at 12:28 PM Wyn Young <rwynyoung25@gmail.com> wrote:

> 📄 Docs for Jones BR Trustee.zip
>
> Dear **Trustee Murray**:
>
> My name is **Wyn Young**. I'm a 30~year civil litigation trial attorney from Mansfield, Ohio (**OH Bar 64876**). I am writing to advise the **United States Trustee**, the parties, and the Bankruptcy Court that I discovered **unequivocal evidence** that **Alex Jones** deliberately threw the defense of the Connecticut Sandy Hook defamation cases from the very beginning in **July 2018** and that the **$1.3 Billion Connecticut state court judgment** giving rise to the instant **Chapter 7 bankruptcy** was obtained by **fraud** or **collusion** between the parties to the aforesaid Connecticut defamation actions.
>
> In the fall of 2023, I heard **Alex Jones** and **Attorney Norm Pattis** speaking in a cagey way on **Infowars** about their Connecticut Sandy Hook appeal, and I decided to look into it. In reviewing the trial and appellate court dockets in the matter of **Lafferty, et al. v. Jones, et al.**, CT A.C. No. 46131, appeal from Superior Court Docket No. UWY-CV18-6046436-S, in the fall of 2023, I discovered **unequivocal** evidence that **Alex Jones** threw the defense of the Connecticut Sandy Hook defamation cases with his very first responsive pleadings (i.e., by deliberately failing to claim federal question jurisdiction when removing the related **1st Amendment** lawfare cases to federal

court). Indeed, his doing so was part of a broader, two~part and treasonous conspiracy to undermine or destroy our **1st** and **2nd** Amendments.

**The evidence**, namely, **(1) Alex Jones'** case filings in the Connecticut defamation cases, and **(2)** network, cable, and local TV station video footage from the day and location of the alleged Sandy Hook mass school shooting, **provides probable cause** for reasonable minds to conclude that **Alex Jones'** Capitulation & Betrayal in the Connecticut Sandy Hook cases was the second and necessary stage of a massive and two~part conspiracy. In the first part, the horrific Sandy Hook shooting **story** was concocted to turn legislators, laws, and the American people against the **2nd Amendment**. In the second part, **Alex Jones** and others took purposeful dives on bogus defamation claims to hand the Sandy Hook Plaintiffs a massive win that chills free speech, investigative journalism, and public participation in the political process.
Indeed, **Jones'** loss/the outrageous **$1.43 Billion damages judgment** (reduced by the Connecticut Appellate Court to **$1.3 Billion**) appears largely designed to "scare off" further and proper scrutiny of the alleged Sandy Hook mass school shooting.

On **November 1, 2024**, I began publicly pursuing a public advocacy case to expose the two~part and treasonous Sandy Hook conspiracy. Since **November 1, 2024**, and **over the past 116 days**, I believe I have developed the public advocacy case to the fullest extent that I can, from a legal perspective, as an attorney in independent practice who is duty~bound to both support and defend the Constitution. From opening to summation, my public advocacy case is entirely set forth at/linked to from AlwaysWyn.com/operation-madcap (the name and artistic theme deriving from the movie **Tombstone**), and it presents/points to evidence providing **more than probable cause grounds** for reasonable minds to conclude **(1)** that the underlying alleged Sandy hook mass school shooting event of **December 14, 2012**, was a hoax, and **(2)** that **Alex Jones** and others deliberately threw the defense of the Connecticut Sandy Hook defamation cases as the second stage of a broader, two~part, and treasonous conspiracy against the United States and our **1st** and **2nd Amendments**.

**Attorney Todd Callender** (**CO Bar 25981**), another 30~year attorney with a spotless record such as myself, has **fully and unequivocally endorsed all my conclusions** in this public advocacy case. I also presented a "very convincing case", as to the **fraudulent nature of both** the underlying event and the defense of the Connecticut defamation suits, to a psychiatrist currently licensed in four (4) states, **Dr. Rima Laibow**, who, in my first interview with her on **December 14, 2024**, specifically described this public advocacy case as having "**worldwide implications**". (See AlwaysWyn.com/operation-madcap.)

I am **attaching a zipped folder containing copies of the following documents** for reference and consideration by the **United States Trustee**:

1. <u>Lafferty, et al. v. Jones, et al.</u>, Case No. 3:18-cv-01156-JCH, U.S. District Court remand documents (Pages 1-93 Only);

2. November 5, 2018, Ruling Re: Motion for Remand in Case No. 3:18-cv-01156-JCH;

3. November 11, 2024, Public Statement and Request for Action by the undersigned;

4. November 2024 Operation Madcap PowerPoint Presentation (Abridged Highlights Version);

5. December 15, 2024, email to contacts list regarding Sandy Hook and Alex Jones ~ Part II; and

6. December 23, 2024, endorsement by Attorney Todd Callender (CO Bar 25981) of my public advocacy case/conclusions in same.

As I do not practice bankruptcy law and am not licensed in Texas, I ask that the **United States Trustee** please advise if I must file a petition, a motion, or some other document to prompt the **Trustee** to open an investigation, **or to otherwise initiate an adversarial proceeding**, within the present bankruptcy and regarding the **fraudulently~obtained Connecticut state court judgment** giving rise to same.

**<u>Please also advise</u>** as to whether this transmission should be copied to all parties on the service list and, if so, **<u>please kindly provide a copy of the electronic/email service list</u>**.

Thank you for your prompt attention to and consideration of this matter. I may be reached at the below~listed phone number and/or email address, should the **Trustee** have any questions or need additional information from me.

Very truly yours,

*Wyn*

**R. Wyn Young, Esq.**

Ohio Bar #0064876

1421 Lexington Avenue, #180

Mansfield, OH 44907

Phone: (513) 238~2821

rwynyoung25@gmail.com

www.linkedin.com/in/rwynyoung (Professional Legal Profile)

| AlwaysWyn.com (Artistic/Advocacy Website)

📄 **ncrsquery.pdf**
26K