# <u>Exhibit 14</u>

**03.04.25 Email to Trustee Murray & Counsel w_1 Att. re_Jones Ch7**



**Wyn Young <rwynyoung25@gmail.com>**

---

## Re: Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)

---

**Wyn Young** <rwynyoung25@gmail.com>                                      Tue, Mar 4, 2025 at 12:11 PM
To: Christopher Murray <chris@jonesmurray.com>
Cc: "Nguyen, Ha (USTP)" <Ha.Nguyen@usdoj.gov>, "Joshua W. Wolfshohl" <JWolfshohl@porterhedges.com>, Erin Jones
<erin.jones@jonesmurray.com>

Dear **Trustee Murray**:

Thank you for your responsive email of **February 28, 2025**.

### ACKNOWLEDGMENTS

I hereby acknowledge that **you**, as the **Chapter 7 Trustee** in the above~referenced matter [i.e.,
**Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)**], are represented by two
(2) attorneys, namely, **Joshua W. Wolfshohl**, of Porter Hedges
(**jwolfshohl@porterhedges.com**), and **Erin E. Jones**, of Jones Murray LLP
(**erin@jonesmurray.com**).

I further acknowledge that the **United States Trustee** is **represented by Attorney Ha Nguyen**
(**Ha.Nguyen@usdoj.gov**). You did **not**, however, identify the **United States Trustee**.
According to Google AI, **Judy A. Robbins** is the **United States Trustee** for **Region 7**, which
includes the Southern District of Texas. Please confirm or correct the accuracy of the research I
was required to conduct, **even after receiving your February 28th responsive email**, simply to
acquire the identity of the **United States Trustee** with responsibility for and with respect to **Alex
Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)**.

I am **not** represented by any attorney(s) in regard to this matter; rather, and in accordance with my
oaths as a state and federally~licensed attorney to support and defend the **United States
Constitution**, I am representing the **American people** in a public advocacy case to expose the
two~part and treasonous **Sandy Hook** conspiracy against the **United States** and our **1st** and **2nd**
**Amendments**.

My communications with the **Bankruptcy Court Case Manager** (i.e., **February 24th** emails,
already forwarded to you on said date), the **Chapter 7 Trustee**, the **United States Trustee**, and/or
**their counsel**, all relate to the second part of the treasonous **Sandy Hook** conspiracy which is
chiefly embodied in the **blatantly~fraudulent $1.3 Billion Connecticut state court judgment**
giving rise to the instant **Chapter 7** bankruptcy.

I addressed my **February 24 and 27, 2025**, emails to **you**, **by name**, because: **(1)** the linked
**February 5, 2025**, Courthouse News Service article titled "**Judge denies latest settlement
proposal in Alex Jones bankruptcy case**" identifies **you** as "the trustee" who appeared at a
**February 5, 2025**, hearing before **Judge Lopez** and "proposed a settlement to resolve a long-

running dispute between the Texas and Connecticut plaintiffs on the distribution of bankruptcy proceeds"; and **(2)** in our **February 24th** email exchange, **Case Manager Saldana** did **not** disabuse me of my stated (mis)understanding that you were the **United States Trustee**.

## DUTIES OF CH7 TRUSTEE & UST TO INVESTIGATE & REPORT FRAUD

Based on the linked **February 5, 2025**, Courthouse News Service article, I inferred, incorrectly, that **you** were the **United States Trustee**; but, based on that same article, I also concluded, **accurately**, that, as the sole representative appearing and carrying settlement authority for the **USTP** at the **February 5, 2025**, hearing, you most certainly were/are a person **both authorized** and **duty~bound** to **receive notice of**, to **investigate**, and to **act upon** a credible allegation that the $1.3 Billion Connecticut state court judgment giving rise to the instant **Chapter 7** bankruptcy of **Alex Jones** was obtained by **fraud** or **collusion**. The accuracy of my conclusion in this regard is borne out by the linked article titled "Partners in Combatting Crime: The Vital Roles of Chapter 7 Trustees and The United States Trustee Program", published **June 1, 2018**, updated **January 20, 2025**, and appearing in the **Archives** of the **U.S. Trustee Program** at Justice.gov, the **Introduction** to which merits quoting in full:

> The trusted and continuing nationwide partnership between the United States Trustee Program (USTP or Program) and chapter 7 trustees is essential to protecting the integrity and efficiency of the bankruptcy system. With a goal of protecting the public from fraud and abuse, the USTP carries out enforcement, regulatory, and administrative activities that are critical to the proper functioning of the bankruptcy system. The USTP serves as a vigilant "watchdog" of the bankruptcy system and combats deceptive actions by debtors, creditors, professionals and other third parties.
>
> Along with administrative, regulatory and civil enforcement activities, criminal enforcement is a USTP priority. Chapter 7 trustees, as well as USTP field office staff across the country, play an essential role in the identification and referral of bankruptcy fraud and other crimes. Chapter 7 trustees are on the front lines in the battle against bankruptcy crimes and play a crucial role in identifying and initiating civil investigations, and referring possible criminal activity. In addition to notifying the Program of suspected wrongdoing, trustees routinely provide additional assistance after a referral is made. This can include providing documents and related information to law enforcement and, on occasion, appearing as trial witnesses. The Program values the significant contributions chapter 7 trustees make in combating bankruptcy fraud and encouraging public confidence in the federal judicial system.

Under a subsection to the linked Partners in Combatting Crime article at Justice.gov titled "**The Duty to Refer Violations**", the author states: "Both the USTP and chapter 7 trustees have a statutory responsibility to identify and refer potential fraud or criminal activity in a case. *** The duty to refer is not limited to thresholds or guidelines, or whether there is proof beyond a reasonable doubt." The linked Partners in Combatting Crime article further states that: "[t]rustees are in an excellent position to ferret out bankruptcy fraud and abuse[,]" and that "[t]he information chapter 7 trustees gather from their day-to-day administration of cases is crucial to the USTP's ability to effectively address abusive conduct".

The quoted statements from the linked Partners in Combating Crime article from Justice.gov (which, I trust, you will agree is authoritative) are consistent with the attached Google AI research results regarding the **USTP's mission** and the **duty/ethical obligation** both the **Chapter 7 Trustee** and the **United States Trustee** have **to report a fraudulent judgment** to the Bankruptcy Court. Google AI states the following, in pertinent part, regarding the **USTP's mission**: "The USTP's mission is to ensure the integrity and efficiency of the bankruptcy system", and the **USTP** does this, by among other things, "Training . . . trustees on bankruptcy fraud." (See **Attachment for 03.04.25 Email to CH7T & UST Counsel**.)

Google AI states the following, in pertinent part, regarding the **duty/ethical obligation** both the **Chapter 7 Trustee** and the **United States Trustee** have **to report a fraudulent judgment** to the Bankruptcy Court: "both a Chapter 7 trustee and a United States trustee have an ethical obligation to bring clear evidence of a fraudulent judgment to the attention of the bankruptcy court . . . as part of their fiduciary duty to ensure the integrity of the bankruptcy system." Google AI further states that: "Failing to report suspected fraud could result in disciplinary action against the trustee, including legal repercussions."  (See **Attachment for 03.04.25 Email to CH7T & UST Counsel**.) These statements and legal standards identified by Google AI are, of course, also consistent with any attorney's usual duty of candor toward the court/tribunal under **Rule 3.3** of the **Model Rules of Professional Conduct**.

Google AI further states (as I reference in both my **February 24 and 27, 2025**, emails to **you**) the following with regard to **potential actions concerning a fraudulent judgment giving rise to a bankruptcy**: "Depending on the severity of the alleged fraud, **the U.S. Trustee** may investigate further, initiate an adversary proceeding within the bankruptcy case to challenge the judgment, or refer the matter to the appropriate law enforcement agency."  [Emphasis added.] Given the above~described universal duties of **USTP** partners to investigate and report fraud, I would assume the **Chapter 7 Trustee** has powers/duties similar to those of the **United States Trustee** in investigating fraud and doing whatever is necessary to bring such fraud to the Bankruptcy Court's attention, including, if necessary, the filing an **adversary proceeding** within the bankruptcy. **These are the jobs of the Chapter 7 Trustee and/or the United States Trustee**.

In your **February 28, 2025**, responsive email, **you** state: "As to your other questions, unfortunately, I cannot give you legal advice. I can point out that the creditor matrix in the case is available on PACER. I have attached a courtesy copy of that for you here."

**To be clear**, I did **not** ask you for any legal advice. Legal advice is sought via communication between client and attorney that is made for the purpose of obtaining substantive legal counsel. We are **not** in a client/attorney relationship, and I did **not** ask you for any substantive legal counsel. I asked **you two (2) purely administrative/ministerial questions**, namely, (1) What additional papers, if any, beyond my **written statements** and **evidentiary submissions** of **February 24 and 27, 2025**, must I submit in order to prompt action by the **Chapter 7 Trustee** and/or **United States Trustee** to investigate/report/take action on the described fraud?; and (2) Is the carbon copying of appearing parties on communications to the **Chapter 7 Trustee**/**United States Trustee** **standard procedure** and, if so, might I please have a copy of the **electronic/email service list** (**not** the Creditor Matrix)? These questions concern **administrative matters** and, as is clear from the above~quoted Partners in Combatting Crime article from Justice.gov, **Chapter 7 Trustees** do

and must perform **both administrative** (i.e., ministerial) **and substantive** (i.e., discretionary) functions in the handling of bankruptcy cases. Part of the job of the **Chapter 7 Trustee**, it would appear from the sources cited herein, is **to assist**, and to **not stonewall**, members of the reporting public in exposing fraud in the bankruptcy system.

**Your** unexplained provision of the Creditor Matrix to me with your **February 28**[th] responsive email seems to imply that I might or should seek or accept representation of one of the listed creditors to gain standing to be heard in this matter. **To also be clear**, **and for the following two (2) reasons** (possibly, among others), I most assuredly will **not** be seeking/accepting representation of any of the creditors listed on the Creditor Matrix **you** sent with your **February 28, 2025**, email in order to gain standing to intervene: **(1)** because it is **not** necessary or appropriate for me to intervene in the instant **Chapter 7** bankruptcy since the **Chapter 7 Trustee** and **United States Trustee** are already statutorily and ethically obligated, **at the very least**, to receive/accept notice of, to investigate, and to report/provide to **Judge Lopez**/the **Bankruptcy Court** the **clear evidence of fraud** described in and attached to my **February 24 and 27, 2025**, emails to **you**; and **(2)** because any representation of a creditor would present a **likely or actual conflict of interest** for me in my representation of the **American people** since, **unlike the public**, **all creditors** in this matter may be deemed to have **actual notice** of the fraudulent nature of the $1.3 Billion Connecticut state court judgment as <u>a matter of fact</u>, or **constructive notice** of the fraudulent nature of said judgment <u>as a matter of law</u>.

## THE $1.3B CT STATE COURT JUDGMENT IS BLATANTLY FRAUDULENT

The following **red flags** associated with and pointing to the fraudulent nature of the $1.3 Billion Connecticut state court judgment giving rise to the instant **Chapter 7** bankruptcy are **obvious and impossible to miss**: **(1)** a **$1.43 Billion (now, $1.3 Billion) judgment** entered in a **defamation case** against a **journalist**, **(2) by default** and **after appearance** was made, **(3)** following a **remand** of the consolidated **Sandy Hook** cases by the **federal court for lack of subject matter jurisdiction**, **(4)** in consolidated **1**[st] **Amendment** lawfare cases.

The described **red flags** point any reasonable and diligent creditor or investigator to the **U.S. District Court remand file** for the consolidated Connecticut **Sandy Hook** defamation cases.

**How**, **in the world**, could the **United States District Court for the District of Connecticut have ever, possibly, lacked subject matter jurisdiction** to rule on the **1**[st] **Amendment~based**, Anti~SLAPP **Special Motion to Dismiss** that **Alex Jones** filed with said federal court in the <u>Lafferty</u> case on **July 20, 2018** ?? There's **only one way** that could **possibly** have happened; and that was for **Alex Jones** to **deliberately fail to claim federal question jurisdiction**, under **28 U.S.C. Section 1331**, in his **July 13, 2018**, **Notice of Removal** of the <u>Lafferty</u> case. And that is **exactly** what **Alex Jones** did; and that is **exactly** what the Connecticut **Sandy Hook** Plaintiffs pointed~out on the 1st page of their successful **July 31, 2018**, **Motion to Remand**, specifically, that: "defendants' only asserted basis for federal jurisdiction is diversity jurisdiction under 28 U.S.C. § 1332." [See <u>Lafferty, et al. v, Jones, et al.</u>, Case No. 3:18-cv-01156-JCH, U.S. District Court remand documents (Pages 1-93 Only), and 13~Slide "**PwrPnt for Jones BR Trustee**", attached to my **February 24**[th] and **27**[th] emails, respectively.]

The consolidated Connecticut defamation cases against **Alex Jones** should <u>**never**</u>, following <u>**honest**</u> and <u>**proper**</u> removals to federal court, have been back to the state and local Connecticut court, the worst possible venue for resolution of these highly~charged, highly~controversial, and <u>**highly~suspicious**</u> defamation cases. The proof is in the pudding, **Trusteee Murray**; and the pudding here is an <u>**outrageous**</u>, **1st Amendment speech~chilling** $1.43 Billion default **judgment**, boiled~down to a mere **$1.3 Billion** by the Connecticut Appellate Court after hearing the "best arguments" (i.e., see below) that **Jones** had to offer.

Indeed, the $1.3 Billion Connecticut state court judgment giving rise to the instant **Chapter 7** bankruptcy of **Alex Jones** is <u>**ludicrous**</u> from and in <u>**every aspect**</u>. This is, perhaps, best exemplified by and in <u>**the biggest red flag of all**</u> (and what led me to go back to <u>**the very beginning**</u> of the Connecticut cases to look for <u>**obvious**</u> and <u>**egregious fraud**</u> which I, of course, immediately found in the deliberately~ineffective <u>**Notices of Removal**</u>), that being the <u>**outrageous**</u> and <u>**shocking**</u> admissions and statements **Alex Jones** makes in his **June 2, 2023**, **Appeal Brief** in the consolidated Connecticut actions, <u>**directly undermining both**</u> our <u>**First**</u> and **Second Amendments**.

Among such <u>**shocking admissions and statements**</u> in **Jones' June 2, 2023**, Connecticut **Appeal Brief** (which reads more like the **Plaintiffs' Brief** ~ at least according to multiple people who have interviewed me on this matter, including, among others, two JDs and one MD) <u>**are the following**</u>:

> **Jones** "lied from the very beginning of his coverage of the Sandy Hook shootings." (**Jones' Appeal Brief** admission, Pg. 32) Further, "Mr. Jones lied about Sandy Hook. He lied to attract attention. That attention drove people to his product pages and sales of those products, presumably, increased." <u>Id</u>. at 47. And, finally, at Pg. 50: "Mr. Jones is not contending . . . that his speech was protected on First Amendment grounds."

A mere <u>cursory review</u> of **Jones' June 2, 2023**, **Appeal Brief** [i.e., the document **Jones** filed with the **Connecticut Appellate Court** to present his <u>**best arguments**</u> in defense/protection of his statements, his actions, his business(es), and his assets] <u>would show</u> <u>**any reasonable person**</u> (let alone a creditor or fraud investigator) that there was something <u>**very**</u>, <u>**very wrong**</u> with **Alex Jones'** defense of the Connecticut **Sandy Hook** defamation cases giving rise to the instant **Chapter 7** bankruptcy.

A <u>few more minutes</u> spent in going back to the beginning of the Connecticut defamation cases, and looking at the initial pleadings therein, would reveal the **obviously** and <u>**deliberately~ineffective**</u> nature of **Jones' <u>Notices of Removal</u>** (i.e., which failed to claim <u>**federal question jurisdiction**</u> on **1st Amendment** cases) to <u>**any**</u> attorney, to <u>**any**</u> person vaguely familiar with federal court jurisdiction, and to <u>**any**</u> person with access to Google and possessing an inquiring mind.

**Jones' obviously** and <u>**deliberately~ineffective**</u> **July 2018 <u>Notices of Removal</u>** constitute <u>**operative evidence**</u> of collusion or self~sabotage by the defense and, thus, of the fraudulent nature of the $1.3 Billion Connecticut state court judgment giving rise to the instant **Chapter 7** bankruptcy ~ <u>**as a matter of law**</u> ~ meaning that <u>**reasonable minds**</u> cannot <u>**reasonably**</u> differ in this regard.

<u>**LEGAL NOTICES & DEMANDS**</u>

As an attorney and officer in good standing of **all Ohio state courts**, of all **U.S. District Courts sitting in Ohio**, and of the **U.S. 6th Circuit Court of Appeals**, and for and on behalf of the **American people** in my public advocacy case to support and defend the **United States Constitution** by exposing the <u>**Alex Jones/Sandy Hook**</u> two~part and treasonous conspiracy against the **United States** and our **1ˢᵗ** and **2ⁿᵈ Amendments**, I do <u>**herein**</u> and <u>**hereby**</u> give and make the following <u>**legal notices/demands**</u>:

\***<u>Be advised:</u>** The **Chapter 7 Trustee**, the **United States Trustee**, and **all counsel** representing them in regard/with respect to the **Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)** have <u>**statutorily**</u> and <u>**ethically~imposed duties**</u> to do so and <u>**must immediately report**</u> this credible allegation of and evidentiary submission concerning <u>**fraud**</u> to **Judge Lopez**/the **Bankruptcy Court**; <u>**must**</u> further <u>**investigate**</u> the <u>**fraud**</u> ~ if necessary; <u>**must**</u> open an adversary proceeding ~ if necessary ~ to <u>**avoid**</u> the issuance of any relief based upon the <u>**blatantly~fraudulent**</u> Connecticut state court judgment giving rise to the instant **Chapter 7** bankruptcy; and <u>**must**</u> promptly, and in due course, inform the **U.S. Attorney** of <u>**likely criminal violations of federal law**</u> associated with the <u>**fraudulently~obtained $1.3 Billion Connecticut state court judgment**</u>.

\***<u>Be further advised:</u>** Any and all failures to fulfill the <u>**statutorily**</u> and <u>**ethically~imposed duties**</u> described in the preceding paragraph (and passim, with respect to this entire email string) may and should also be deemed as <u>**acts**</u>, <u>**or refusals to act when duty~bound to do so**</u>, <u>**in furtherance of the broader, overall, two~part and treasonous Sandy Hook conspiracy against the United States and our 1ˢᵗ and 2ⁿᵈ Amendments**</u>.

\***<u>I again reiterate the following requests</u>** (i.e., **ministerial questions**) made (i.e., **posed**) in my **February 24** and **27, 2025**, emails to you, <u>**with modifications noted in yellow highlighting**</u>:

> As I do not practice bankruptcy law and am not licensed in Texas, I ask that the **Chapter 7 Trustee** and/or **United States Trustee** please advise if I must file a petition, a motion, or some other document to prompt the **Chapter 7 Trustee** and/or **United States Trustee** to open an investigation, <u>**or to otherwise initiate an adversarial proceeding**</u>, within the present bankruptcy and regarding the <u>**fraudulently~obtained Connecticut state court judgment**</u> giving rise to same.

> \*\***<u>Please also advise</u>** as to whether this transmission should be copied to all parties on the service list and, if so, <u>**please kindly provide a copy of the electronic/email service list**</u>.

<u>**In other words: (1)**</u> What additional paper(s), if any, do I need to file, or what additional box(es), if any, do I need to check, to get the **Chapter 7 Trustee** and **United States Trustee** to do their jobs? and **(2)** Do I need to carbon copy my email communications to a <u>**service list for appearing parties**</u> (which undoubtedly exists and which should include, at the least, all parties identified on the attached screenshot from the linked **February 5, 2025,** Bloomberg Law article re: the **February 5ᵗʰ** hearing, see **Attachment for 03.04.25 Email to CH7T & UST Counsel**) and, if so, <u>**and again**</u>, would you please kindly provide me a copy of the electronic/email service list? These are <u>**two (2) simple questions**</u> going to <u>**ministerial matters**</u>, and I expect and I hereby present <u>**legal**</u>

**demands**, to both the **Chapter 7 Trustee** and the **United States Trustee**, for prompt and clear answers to said questions.

In the second paragraph of your February 28th responsive email, you state, in pertinent part: "I am forwarding your message (by cc here) to the attorney who represents the United States Trustee". **For clarification**, and by cc here, I ask that **Attorney Ha Nguyen** acknowledge his/her receipt of the following specified items:

1. My **February 24, 2025**, emails to/with **Bankruptcy Court Case Manager Saldana**, forwarded to **Trustee Murray** on said date;

2. My **February 24, 2025**, email to **Trustee Murray**, attaching a zipped folder designated as "**Docs for Jones BR Trustee**" and containing copies of the six (6) items listed below:

 a. Lafferty, et al. v. Jones, et al., Case No. 3:18-cv-01156-JCH, U.S. District Court remand documents (Pages 1-93 Only);

 b. November 5, 2018, Ruling Re: Motion for Remand in Case No. 3:18-cv-01156-JCH;

 c. November 11, 2024, Public Statement and Request for Action by the undersigned;

 d. November 2024 Operation Madcap PowerPoint Presentation (Abridged Highlights Version);

 e. December 15, 2024, email to contacts list regarding Sandy Hook and Alex Jones ~ Part II; and

 f. December 23, 2024, endorsement by Attorney Todd Callender (CO Bar 25981) of my public advocacy case/conclusions in same; **and**

3. My **February 27, 2025**, email to **Trustee Murray**, attaching a 13~Slide "**PwrPnt for Jones BR Trustee**".

Finally, as I am transgender, I do not wish to be addressed as "Mr. Young". Please address me as "**Attorney Young**", or by my middle name, **Wyn**.

All the Best Always,

*Wyn*

**R. Wyn Young, Esq.**
Ohio Bar #0064876
1421 Lexington Avenue, #180
Mansfield, OH 44907
Phone: (513) 238~2821
rwynyoung25@gmail.com
www.linkedin.com/in/rwynyoung (Professional Legal Profile)
AlwaysWyn.com (Artistic/Advocacy Website)

On Fri, Feb 28, 2025 at 1:32 PM Christopher Murray <chris@jonesmurray.com> wrote:

> Mr. Young,
>
> Thank you for your emails.

I am the chapter 7 trustee in the case, which is different from the United States Trustee, to whom I believe your email is directed. I am forwarding your message (by cc here) to the attorney who represents the United States Trustee in this matter, Ha Nguyen.

Please note, I am represented by counsel in this matter, Joshua Wolfshohl and Erin Jones (also cc'd here). Any future correspondence to me should include them so that we may respond appropriately.

As to your other questions, unfortunately, I cannot give you legal advice. I can point out that the creditor matrix in the case is available on PACER. I have attached a courtesy copy of that for you here.

Regards,

Christopher Murray

Chapter 7 Trustee

---

**From:** Wyn Young <rwynyoung25@gmail.com>
**Sent:** Thursday, February 27, 2025 8:03 AM
**To:** Christopher Murray <chris@jonesmurray.com>
**Subject:** Re: Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)

Dear **Trustee Murray**:

I am writing to follow~up on my **February 24, 2025**, email to you. As it has now been three (3) days, I am surprised that I have not heard from you, if not simply to acknowledge your receipt of the **email/written explanatory statement** and **zipped evidentiary folder** I sent you on **February 24th**.

As set forth on **Page 1** of my **November 11, 2024**, letterhead **Public Statement and Request for Action**: "**The basic thesis/revelation of my** Operation Madcap **presentation is that Alex Jones and his attorneys threw the Connecticut Sandy Hook cases from the very get~go, in July 2018, by failing to assert federal question jurisdiction when removing these First Amendment lawfare cases to federal court.**" [Emphasis in original.] (See AlwaysWyn.com/operation-madcap.)

This is not a complicated case, **Trustee Murray**. **Alex Jones** and his **Randazza** law firm attorney, **Jay Wolman**, a graduate of **Cornell** and **Georgetown Law**, and a 25~year, **AV-Preeminent** rated lawyer, did **not** simply **forget**, **twice**, in removing the <u>Lafferty</u> and <u>Sherlach</u> cases to federal court in July 2018, **to claim federal question jurisdiction** under **28 U.S.C. Section 1331** to ensure the **U.S. District Court for the District of Connecticut** would have **subject matter jurisdiction** to consider and rule upon the merits of the **1st Amendment~based** Special [Anti~SLAPP] **Motion to Dismiss** they also filed with the federal court in July 2018. (Please see the attached 13~Slide **PwrPnt for Jones BR Trustee**.)

This was a setup, and **Alex Jones** and his **Randazza** attorneys took an immediate and purposeful dive on the defense of the Connecticut Sandy Hook defamation cases. Based <u>merely</u> upon **Alex Jones'** federal court filings in July 2018 <u>alone</u>, there is **more than probable cause** for reasonable minds to conclude that the **$1.3 Billion Connecticut state court judgment** giving rise to the instant **Chapter 7** bankruptcy of **Alex Jones <u>was fraudulently~obtained</u>**.

**\*\*\*<u>I reiterate the following requests</u>** made in my **February 24, 2025**, email to you:

> As I do not practice bankruptcy law and am not licensed in Texas, I ask that the **United States Trustee** please advise if I must file a petition, a motion, or some other document to prompt the **Trustee** to open an investigation, **or to otherwise initiate an adversarial proceeding**, within the present bankruptcy and regarding the **fraudulently~obtained Connecticut state court judgment** giving rise to same.

> **\*\*<u>Please also advise</u>** as to whether this transmission should be copied to all parties on the service list and, if so, **please kindly provide a copy of the electronic/email service list**.

Thank you for your **prompt attention to** and **objective consideration of** my submissions regarding this important matter.

Very truly yours,

*Wyn*

**R. Wyn Young, Esq.**

Ohio Bar #0064876

1421 Lexington Avenue, #180

Mansfield, OH 44907

Phone: (513) 238~2821

rwynyoung25@gmail.com

www.linkedin.com/in/rwynyoung (Professional Legal Profile)

AlwaysWyn.com (Artistic/Advocacy Website)

On Mon, Feb 24, 2025 at 12:28 PM Wyn Young <rwynyoung25@gmail.com> wrote:

> 📄 Docs for Jones BR Trustee.zip
>
> Dear **Trustee Murray**:
>
> My name is **Wyn Young**. I'm a 30~year civil litigation trial attorney from Mansfield, Ohio (**OH Bar 64876**). I am writing to advise the **United States Trustee**, the parties, and the Bankruptcy Court that I discovered **unequivocal evidence** that **Alex Jones** deliberately threw the defense of the Connecticut Sandy Hook defamation cases from the very beginning in **July 2018** and that the **$1.3 Billion Connecticut state court judgment** giving rise to the instant **Chapter 7 bankruptcy** was obtained by **fraud** or **collusion** between the parties to the aforesaid Connecticut defamation actions.
>
> In the fall of 2023, I heard **Alex Jones** and **Attorney Norm Pattis** speaking in a cagey way on **Infowars** about their Connecticut Sandy Hook appeal, and I decided to look into it. In reviewing the trial and appellate court dockets in the matter of **Lafferty, et al. v. Jones, et al.**, CT A.C. No. 46131, appeal from Superior Court Docket No. UWY-CV18-6046436-S, in the fall of 2023, I discovered **unequivocal** evidence that **Alex Jones** threw the defense of the Connecticut Sandy Hook defamation cases with his very first responsive pleadings (i.e., by deliberately failing to claim federal question jurisdiction when removing the related **1st Amendment** lawfare cases to federal court). Indeed, his doing so was part of a broader, two~part and treasonous conspiracy to undermine or destroy our **1st** and **2nd** Amendments.
>
> **The evidence**, namely, **(1) Alex Jones'** case filings in the Connecticut defamation cases, and **(2)** network, cable, and local TV station video footage from the day and location of the alleged Sandy Hook mass school shooting, **provides probable cause** for reasonable minds to conclude that **Alex Jones'** Capitulation & Betrayal in the Connecticut Sandy Hook cases was the second and necessary stage of a massive and two~part conspiracy. In the first part, the horrific Sandy Hook shooting **story** was concocted to turn legislators, laws, and the American people against the **2nd Amendment**. In the second part, **Alex Jones** and others took purposeful dives on bogus defamation claims to hand the Sandy Hook Plaintiffs a massive win that chills free speech, investigative journalism, and public participation in the political process. Indeed, **Jones'** loss/the outrageous **$1.43 Billion damages judgment** (reduced by the

Connecticut Appellate Court to **$1.3 Billion**) appears largely designed to "scare off" further and proper scrutiny of the alleged Sandy Hook mass school shooting.

On **November 1, 2024**, I began publicly pursuing a public advocacy case to expose the two~part and treasonous Sandy Hook conspiracy. Since **November 1, 2024**, and **over the past 116 days**, I believe I have developed the public advocacy case to the fullest extent that I can, from a legal perspective, as an attorney in independent practice who is duty~bound to both support and defend the Constitution. From opening to summation, my public advocacy case is entirely set forth at/linked to from AlwaysWyn.com/operation-madcap (the name and artistic theme deriving from the movie **Tombstone**), and it presents/points to evidence providing **more than probable cause grounds** for reasonable minds to conclude **(1)** that the underlying alleged Sandy hook mass school shooting event of **December 14, 2012**, was a hoax, and **(2)** that **Alex Jones** and others deliberately threw the defense of the Connecticut Sandy Hook defamation cases as the second stage of a broader, two~part, and treasonous conspiracy against the United States and our **1st** and **2nd Amendments**.

**Attorney Todd Callender** (**CO Bar 25981**), another 30~year attorney with a spotless record such as myself, has **fully and unequivocally endorsed all my conclusions** in this public advocacy case. I also presented a "very convincing case", as to the **fraudulent nature of both** the underlying event and the defense of the Connecticut defamation suits, to a psychiatrist currently licensed in four (4) states, **Dr. Rima Laibow**, who, in my first interview with her on **December 14, 2024**, specifically described this public advocacy case as having "**worldwide implications**". (See AlwaysWyn.com/operation-madcap.)

I am **attaching a zipped folder containing copies of the following documents** for reference and consideration by the **United States Trustee**:

1. Lafferty, et al. v. Jones, et al., Case No. 3:18-cv-01156-JCH, U.S. District Court remand documents (Pages 1-93 Only);

2. November 5, 2018, Ruling Re: Motion for Remand in Case No. 3:18-cv-01156-JCH;

3. November 11, 2024, Public Statement and Request for Action by the undersigned;

4. November 2024 Operation Madcap PowerPoint Presentation (Abridged Highlights Version);

5. December 15, 2024, email to contacts list regarding Sandy Hook and Alex Jones ~ Part II; and

6. December 23, 2024, endorsement by Attorney Todd Callender (CO Bar 25981) of my public advocacy case/conclusions in same.

As I do not practice bankruptcy law and am not licensed in Texas, I ask that the **United States Trustee** please advise if I must file a petition, a motion, or some other document to prompt the **Trustee** to open an investigation, <u>**or to otherwise initiate an adversarial proceeding**</u>, within the present bankruptcy and regarding the <u>**fraudulently~obtained Connecticut state court judgment**</u> giving rise to same.

**\*\*<u>Please also advise</u>** as to whether this transmission should be copied to all parties on the service list and, if so, **<u>please kindly provide a copy of the electronic/email service list</u>**.

Thank you for your prompt attention to and consideration of this matter. I may be reached at the below~listed phone number and/or email address, should the **Trustee** have any questions or need additional information from me.

Very truly yours,

*Wyn*

**R. Wyn Young, Esq.**

Ohio Bar #0064876

1421 Lexington Avenue, #180

Mansfield, OH 44907

Phone: (513) 238~2821

rwynyoung25@gmail.com

www.linkedin.com/in/rwynyoung (Professional Legal Profile)

AlwaysWyn.com (Artistic/Advocacy Website)



**Attachment for 03.04.25 Email to CH7T & UST Counsel.png**
603K