# Exhibit 15

**Attachment for 03.04.25 Email
to CH7T & UST Counsel**

## AI Overview

Yes, the United States Trustee Program (USTP) manages both chapter 7 trustees and United States trustees. The USTP is a part of the Department of Justice.

**Explanation**

**Chapter 7 trustees**
The USTP appoints and supervises private trustees who manage bankruptcy estates under chapter 7 of the Bankruptcy Code.

**United States trustees**
The USTP may serve as a trustee for a chapter 7 case if all other trustees are unable to perform.

---

## Google AI on Duty to Report Evidence of a Fraudulent Judgment to Bankruptcy Court

---

## AI Overview

Yes, both a Chapter 7 trustee and a United States trustee have an ethical obligation to bring clear evidence of a fraudulent judgment to the attention of the bankruptcy court; if they suspect fraud, they must report it to the appropriate authorities, including the court, as part of their fiduciary duty to ensure the integrity of the bankruptcy system.

Key points about this obligation:

**Fiduciary duty:**

---

However, Lopez said Wednesday that he doesn't trust the process that occurred in the attempt to sell the assets.

"If you want to sell the equity, then sell the equity," he said.

Jones is represented by Broocks Law Firm PLLC and Jordan & Ortiz PC. The Chapter 7 trustee is represented by Jones Murray LLP and Porter Hedges LLP.

The Connecticut families are represented by Cain & Skarnulis PLLC, Koskoff Koskoff & Bieder PC. The Texas families are represented by Willkie Farr & Gallagher LLP, Lawson & Moshenberg PLLC, and Chamberlain, Hrdlicka, White, Williams & Aughtry PC.

The case is In re: Alexander Jones, Bankr. S.D. Tex., hearing 2/5/25.

(Adds details about sales beginning in the 11th paragraph.)

To contact the reporter on this story: Randi Love in Washington at rlove@bloombergindustry.com

To contact the editor responsible for this story: Maria Chutchian at mchutchian@bloombergindustry.com

---

## Google AI on the USTP's Mission

---

trustees are unable to perform. This is rare.

The USTP's mission is to ensure the integrity and efficiency of the bankruptcy system. The USTP does this by:

- Overseeing the administration of bankruptcy cases
- Monitoring the actions of bankruptcy trustees, debtors, and creditors
- Taking action against debtors, creditors, and others who try to exploit the bankruptcy system
- Training staff, law enforcement officials, and trustees on bankruptcy fraud

---

**Fiduciary duty:**
Bankruptcy trustees act as fiduciaries, meaning they must act in the best interests of all parties involved and report any suspicious activity, including potential fraud.

**Reporting to the court:**
If a trustee discovers evidence of a fraudulent judgment, they are required to inform the bankruptcy court about it.

**Reporting to the US Trustee:**
In most cases, a trustee would also report suspected fraud to the United States Trustee, who is part of the Department of Justice and oversees bankruptcy

---

**Screengrab from 02/05/25 Bloomberg Law article listing appearing parties and counsel**

---

officials, and trustees on bankruptcy fraud

The USTP and chapter 7 trustees work together to preserve the integrity of the bankruptcy process.

---

oversees bankruptcy proceedings.

**Potential consequences of not reporting:**
Failing to report suspected fraud could result in disciplinary action against the trustee, including potential legal repercussions.

---

**Re: Alex Jones Chapter 7 Bankruptcy ~ Case No. 22-33553 (CML)**
Submitted to Chapter 7 Trustee and UST Counsel 03/04/25
R. Wyn Young, Esq.
(OH Bar 64876)