# Exhibit 16

**Newstimes 03.12.25_SH Families Shift Tactics**



ADVERTISEMENT



e-Edition          👤 Account



How Much Do You Know About Your
Now ↗

Hearing loss is more common than you may think
By AARP Hearing Solutions provided by UnitedH

**NEWS**

# Sandy Hook families 'no longer see any benefit' in Alex Jones' Infowars fight, propose new plan

By **Rob Ryser**, *Staff Writer*

March 12, 2025

 Gift Article



Infowars host Alex Jones leaves after speaking to the media outside Connecticut Superior Court during the then-ongoing Sandy Hook defamation damages trial in Waterbury, Conn., on Friday, Sept. 23, 2022.
Christian Abraham/Hearst Connecticut Media

> Sandy Hook families 'no longer see any benefit' in Alex...
>
> 0:00                                                          4:01     ıllıl Everlit
>
> 1x

Sandy Hook families will stop trying to recover a token of the $1.4 billion Alex Jones owes them by following a marathon course in federal bankruptcy court and instead will go after his Infowars conspiracy news broadcast business in state courts in Texas and Connecticut.

u· ·¹·ˆned





Help Anne's cause. Give if you can.
BofA.com/SupportAnne

Thank you,
donation unlocked!



Sponsored by Bank of America. The participants appearing in this advertisement were compensated for their participation. The opinions and thoughts expressed are those of the participants. Any use of or reference to third-party charitable organizations is for informational purposes only and does not imply a recommendation or endorsement by Bank of America Corporation or its affiliates or that such charitable organization has authorized Bank of America Corporation or its affiliates to promote its services. Bank of America Corporation or its affiliates do not monitor or confirm the charitable activities or allocations of donations of third party charitable organizations. Any prospective donor should conduct an independent review of the charitable organization before donating. ©2025 Bank of America Corporation. All rights reserved.

I am living proof that cancer research makes a difference.

The overall aggregate donation from Bank of America not to exceed $15,000 from viewing this video will go to Dana-Farber Cancer Institute. An individual donation will be made each time the video is viewed for the allotted time. Funds donated to Dana-Farber Cancer Institute are used at the discretion of the organization. Bank of America does not monitor or confirm charitable activities or allocations of donations of third party charitable organizations.

   0:24 / 0:30

"In the over three years since (Infowars) and Jones first filed their bankruptcy cases, more than $10 million has been billed by estate professionals in these cases, either defending Jones or responding to objections from Jones … (a)nd yet, the Sandy Hook families have not yet received – and are no closer to receiving – a single dollar," writes a team of seven attorneys representing the Sandy Hook families. "The Sandy Hook families have determined that the best path for collecting on their judgments against (Infowars) is to work together and pursue remedies in state court, which they will be doing in short order."

ADVERTISEMENT
Article continues below this ad

3/13/25, 12:41 AM
Case 22-33553   Document 1120-16   Filed in TXSB on 03/19/25   Page 5 of 11
Sandy Hook families shift tactics in Alex Jones Infowars deadlock

The Sandy Hook families' position, argued in a six-page filing in federal bankruptcy court in Houston on Tuesday, represents a major shift in the high-profile case and suggests a way forward for the families for the first time since Judge Christopher Lopez threw out the sale of Infowars to a partnership of the Onion and the families in December.

## More News

**Raid of CT brothel leads to 5 arrests in teen human trafficking case, police say**



**Sandy Hook families shift tactics in Alex Jones Infowars bankruptcy fight**



**CT man appointed a public defender in child porn possession case**



Case 22-33553   Document 1120-16   Filed in TXSB on 03/19/25   Page 6 of 11

**Signs, fresh air units for the new Danbury High School West need zoning breaks**





**'High concern' about Danbury warehouse plan to cap PCB-laden soil**

"The Sandy Hook families have indulged enough resources leaving (Jones') estate, all of which would otherwise be used to pay their claims, and do not support further estate resources being spent toward a bankruptcy sale," the team of lawyers write. "Instead, the Sandy Hook families – consistent with the court's directive – intend to pursue their remedies under state law, which they believe represents the most efficient and value-maximizing path forward."

By 'consistent with the court's directive,' the Sandy Hook families are referring to a Feb. 5 hearing when the judge said he was "not allowing" a second attempt to sell off Infowars, in part because the judge said, "I don't trust the process. I would have to do it – me, myself – and I'm not overseeing it," according to a transcript.

By pursuing 'remedies under state law' the families are referring to their new plan to file claims in state court for the money Jones owes them. The only thing that's prevented families from filing claims in state court for the money is that Jones sought bankruptcy protection.

While Jones' personal estate remains under bankruptcy protection, his Infowars business does not. It may seem as though Infowars is under bankruptcy protection because the federal trustee in change of liquidating Jones' personal and professional assets has control of Infowars' equity.

"In pursuing state court remedies, the Sandy Hook families will coordinate, as appropriate, with the trustee, who is the 100% equity owner of (Infowars)," the families' attorneys said. "The families no longer see any benefit to pursuing a costly and litigious sale process in this (bankruptcy) court."

Jones called the 2012 massacre of 26 first graders and educators at Sandy Hook Elementary School "staged," "synthetic," "manufactured," "a giant hoax" and "completely fake with actors."

---

ADVERTISEMENT
Article continues below this ad

A Jones-affiliated company that has offered $8 million to buy Infowars and a meme coin maker that has offered $3.5 million and a non-cash offer to buy Infowars have petitioned the judge recently to change his mind and allow another Infowars auction.

The judge is yet to rule on those petitions.

Rick Latona, CEO of meme coin maker WOW.AI, said on Wednesday, "We will wait and see how the judge formally responds."

---

**ADVERTISEMENT**
Article continues below this ad

---

"(E)ven if a sale of (Infowars) assets is not allowed, we want to continue exploring an equity purchase," Latona told Hearst Connecticut Media Group. "While we understand that the families are asserting that they want to pursue 'state court remedies,' we think our acquisition, whether it be via assets or equity, would get money into their hands sooner."



**Sign up for the Morning Briefing!**

Start your day with important local and statewide headlines.

**Email**

| rwynyoung25@gmail.com | Sign Up |

By signing up, you agree to our **Terms Of Use** and acknowledge that your information will be used as described in our **Privacy Policy**.

March 12, 2025

 **Rob Ryser**
REPORTER



---

## Don't Miss



**SPORTS**

**UConn vs. Villanova in Big East Tournament: Time, TV, what to know**



**GIRLS HOCKEY**

**Darien holds off New Canaan, completes unbeaten season as…**



**BOYS B**

**CIAC Unifi Dedi**

## Around the Web                    POWERED BY REVCONTENT

3/13/25, 12:41 AM
Case 22-33553   Document 1120-16   Filed in TXSB on 03/19/25   Page 10 of 11
Sandy Hook families shift tactics in Alex Jones/Infowars deadlock

## The Greatest Enemy of High Blood Sugar?

By **Health-Review24**

## Why Amazon is Powerless Against This Hack

By **Super Savings Online**

## Why Doctors in the Know No Longer Prescribe Blood Pressure Drugs

By **Primal Health**

## Amazon's Worst Nightmare: Clever Trick Causing Many to Cancel Prime in 2025

By **Online Shopping Tools**

## Caitlin Clark Steps out With Her New Partner and Stuns Fans

By **Reporter Center**

## If Your Dog Follows You, Here's What It Means

By **articlestone**

3/13/25, 12:41 AM
Case 22-33553   Document 1120-16   Filed in TXSB on 03/10/25   Page 11 of 11
Sandy Hook families shift tactics in Alex Jones/Infowars deadlock

### Here Are 30+ Senior Discounts Senior if Only They Ask

By **The Consumer Guide**

### Puppy Refuses to Leave Railway Police Bursts Into Tears When They Discover Why

By **beachraider**

### 5 Companies That'll Send You Money

By **The Penny Hoarder**

---

## Let's Play

 Typeshift

 Cross|word

 Pile-Up Poker

 Really Bad Ch

---

# newstimes

Top ⌃

  

About ⌄

Contact ⌄

Services ⌄

Account ⌄

HEARST *newspapers*   © 2025 Hearst Media Services Connecticut, LLC   Terms of Use  |  Privacy Notice  |  DAA Industry Opt Out  |

 Your Privacy Choices (Opt Out of Sale/Targeted Ads)