**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

| | |
|---|---|
| **In Re:** | ) **Chapter 7** |
| | ) |
| **ALEXANDER E. JONES** | ) **Case No. 22-33553 (CML)** |
| | ) |
| **Debtor.** | ) |

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

**ORDER ON MOTION FOR LEAVE TO INTERVENE**
**TO PRESENT EVIDENCE OF FRAUDULENT JUDGMENT**
[Relates to Docket No. _____ ]

Upon the Motion of Pro Se Attorney Intervenor/Interested Party, **Robert Wyn Young**, for

Leave to Intervene to Present Evidence of Fraudulent Judgment, the **Court**, having reviewed said

Motion, and after due deliberation:

1. hereby finds good cause for the **Motion for Leave to Intervene to Present Evidence of**

    **Fraudulent Judgment** and, therefore, the **Court** hereby grants said Motion.

    **IT IS SO AND HEREBY ORDERED**:


    Signed _____, 2025.    _____

                                                                        **HONORABLE CHRISTOPHER M. LOPEZ**
                                                                        **UNITED STATES BANKRUPTCY JUDGE**

**OR**

2. finds that the Pro Se Attorney Intervenor/(alleged) Interested Party, **Robert Wyn Young**,

    lacks standing to present or submit evidence of a fraudulent judgment giving rise to this

    Chapter 7 bankruptcy **directly** to the Court; but the **Court** also finds that the written

    statements and evidentiary submissions presented as **Exhibits**, and the arguments set forth

    in the instant **Motion for Leave to Intervene**, together present at least a credible allegation

of fraud giving rise to the above~captioned Case No. 22-33553 (CML); and the **Court**, **in the interests of justice**, **HEREBY ORDERS** the Chapter 7 Trustee, or _____ (other **appropriate** and **impartial** designee), to review the **sixteen (16)** evidentiary **Exhibits** submitted with the said **Motion for Leave to Intervene** (Docket No. ____) and to promptly prepare and publicly file a **written summary report** regarding same for review and consideration by the Court within ____ days of this **ORDER**.

**IT IS SO AND HEREBY ORDERED**:


Signed _____, 2025.   _____

**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**