THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-33553 |
| ALEXANDER E. JONES § | (Chapter 7) |
| § | |
| Debtor. § | |

**TENTH MONTHLY FEE STATEMENT OF
JONES MURRAY LLP AS BANKRUPTCY COUNSEL
FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM MARCH 1, 2025 THROUGH MARCH 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | March 1, 2025 through March 31, 2025 |
| **Interim Fees Incurred:** | $31,368.00 |
| **Interim Payment of Fees Requested (80%):** | $25,094.40 |
| **Interim Expenses Incurred:** | $0.00 |
| **Total Fees and Expenses Due:** | $25,094.40 |

This is the Tenth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Ninth Monthly Fee Statement (the "Fee Statement") for the period from March 1, 2025 through March 31, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793](the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $31,368.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from March 1, 2025 through March 31, 2025. Eighty percent (80%) of the fees equals $25,094.40 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested amount of $25,094.40.

Summaries of the calculations for these fees by project category are attached hereto as **Exhibit 1**. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 2**. A summary of expenses is attached as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $25,094.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 for a total amount of $25,094.40.

Dated: April 10, 2025

                                        Respectfully submitted,

                                        **JONES MURRAY LLP**
                                        */s/ Erin E. Jones*
                                        Jacqueline Q. Chiba
                                        Texas Bar No. 24116899
                                        jackie@jonesmurray.com
                                        Erin E. Jones
                                        Texas Bar No. 24032478
                                        erin@jonesmurray.com
                                        602 Sawyer St., Suite 400
                                        Houston, TX 77007
                                        Tel. (832) 529-1999
                                        **CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on April 10, 2025.

                                                                               */s/ Erin E. Jones*
                                                                               Erin E. Jones

## **EXHIBIT 1**

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 27.1 | $21,002.50 |
| Asset Disposition | 6.6 | $5,115.00 |
| Assumption/Rejection of Leases and Contracts | 1.8 | $1,038.00 |
| Case Administration | 1.3 | $1,007.50 |
| Claims Administration and Objections | .5 | $387.50 |
| Fee/Employment Applications | 1.9 | $1,345.00 |
| Other Contested Matters | 1.9 | $1,472.50 |
| | **41.1** | **$31,368.00** |

**EXHIBIT 2**

SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $775.00 | 39.2 |
| Jacqueline Q. Chiba, *Associate* | $520.00 | 1.9 |
|  |  | **41.1** |

# **EXHIBIT 3**

### SUMMARY OF EXPENSES

| Expense Category | Cost |
|---|---|
| None During Billing Period | $0.00 |
|  | **$0.00** |

# **EXHIBIT 4**

**INVOICE**

# Activities Export

04/10/2025
8:39 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/03/2025 | 🕒 | Asset Disposition: Draft revisions to CMC dismissal from ESG adversary, circulate to J. Patterson and W. Cicack, circulate internally to Trustee team (.3); review and respond to various emails relating to PQPR dismissals (.1) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 03/03/2025 | 🕒 | Fee/Employment Applications: Review Various emails and respond regarding TPS West invoices for interim fee notice (.1) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 03/03/2025 | 🕒 | Other Contested Matters: Review and respond to various emails regarding extension of appellate brief deadlines (.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 03/04/2025 | 🕒 | Asset Disposition: Finalize and file CMC dismissal in ESG adversary and email Ms. Saldana regarding same with CC to J. Patterson and W. Cicack (.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 03/04/2025 | 🕒 | Fee/Employment Applications: Prepare spreadsheet with UTBMS codes per request of US Trustee (.3); review and respond to various emails from UST regarding same (.2); conference with C. Murray and J. Chiba regarding same (.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.70h | $775.00 | - | $542.50 |
|  |  |  |  |  | **41.10h** |  | **$0.00** <br> 0.00h | **$31,368.00** <br> 41.10h |

# Activities Export

04/10/2025
8:39 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/04/2025 | 🕐 | Asset Analysis and Recovery: Review various emails with J. Wolfshohl, M. Dearman, and C. Murray regarding WOW.AI (.1); review various emails with C. Murray and conference with C. Murray regarding same regarding potential resolution of sale issue (.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 03/04/2025 | 🕐 | Asset Analysis and Recovery: Review various emails and analysis from agent regarding book contracts (.2); email with agent regarding future royalties (.2); review previous reporting provided and request additional information (.2); review contracts relative to executory contract issues (1.5); draft response email to agent and publisher regarding turnover of royalties currently due (.2); conference with C. Murray regarding same (.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.60h | $775.00 | - | $2,015.00 |
| 03/05/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding status of FSS assets and related issues (.2); conference call with B. Schleizer regarding RV and conference with C. Murray regarding same (.2)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| | | | | | **41.10h**<br>0.00h | | **$0.00** | **$31,368.00**<br>41.10h |

# Activities Export

04/10/2025
8:39 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/05/2025 | 🕐 | Asset Analysis and Recovery: Review various emails with agent, publisher, and counsel for same regarding distribution of book royalties (.2); conference with C. Murray regarding same (.2); conference with B. Schleizer regarding same and reporting documents (.5); review 365 deadlines and conference with C. Murray regarding same (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 03/05/2025 | 🕐 | Asset Disposition: Telephone conference with M. Dearman regarding PQPR fraudulent transfer case dismissal (.3); review PQPR 9019 motion and findings relative to same (.3); review email of S. Roberts regarding dismissals and conference with C. Murray regarding same (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.80h | $775.00 | - | $620.00 |
| 03/06/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Legal research on contract severability and application to the rejection or assumption of contracts under 365 (0.9); draft memo summarizing and analyzing said research (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.40h | $520.00 | - | $728.00 |
| 03/06/2025 | 🕐 | Asset Analysis and Recovery: Conference call with C. Murray and J. Wolfshohl regarding potential | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
|  |  |  |  |  | 41.10h<br>0.00h |  | $0.00 | $31,368.00<br>41.10h |

# Activities Export

04/10/2025
8:39 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | agreement between CT/TX and other issues relating to potential sale of equity/assets (.3)<br>● Unbilled | | | | | | |
| 03/06/2025 | 🕐 | Asset Analysis and Recovery: Conference call with C. Murray regarding response to FUAC Motion and other pending matters (.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 03/06/2025 | 🕐 | Asset Analysis and Recovery: Conference with S. Lemmon regarding cash collateral and replacement liens (.3); conference with C. Murray regarding same (.2)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 03/07/2025 | 🕐 | Asset Analysis and Recovery: Telephone conference with S. Lemmon regarding lien issues, review materials, conference with C. Murray regarding same (.5)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 03/07/2025 | 🕐 | Asset Analysis and Recovery: Telephone conference with C. Murray regarding sale of equity and issues associated with sale of assets, issues relative to either scenario (.6); telephone conference with J. Wolfshohl regarding same (.1); telephone conference with J. Wolfshohl and C. Murray regarding same and | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.60h | $775.00 | - | $1,240.00 |
| | | | | | **41.10h**<br>0.00h | | **$0.00** | **$31,368.00**<br>41.10h |

# Activities Export

04/10/2025
8:39 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | update regarding discussions with UST (.9)<br>🔵 Unbilled | | | | | | |
| 03/07/2025 | 🕐 | Fee/Employment Applications: Review J. Ruff email regarding interim fee application explanation, draft revisions to proposed order and circulate (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 03/10/2025 | 🕐 | Fee/Employment Applications: Draft 9th monthly fee statement and supporting exhibits for Jones Murray LLP (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $520.00 | - | $260.00 |
| 03/10/2025 | 🕐 | Fee/Employment Applications: Finalize 2nd fee order and CNO and conference with J. Chiba regarding same (.1); conference with M. Dearman regarding same (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 03/10/2025 | 🕐 | Other Contested Matters: Conference with C. Murray regarding NY State litigation with N. Pattis and issues relating to same in light of issues regarding FSS assets (.2); conference with M. Dearman and C. Murray regarding same (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| | | | | | **41.10h**<br>0.00h | | **$0.00** | **$31,368.00**<br>41.10h |

# Activities Export

04/10/2025
8:39 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/10/2025 | 🕒 | Asset Analysis and Recovery: Draft outline of response/ informational points with respect to FUAC motion to reconsider (.8); conference with C. Murray regarding same (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.20h | $775.00 | - | $930.00 |
| 03/10/2025 | 🕒 | Asset Disposition: Conference with C. Murray regarding factual support for abandonment and begin to outline same (1.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.60h | $775.00 | - | $1,240.00 |
| 03/11/2025 | 🕒 | Asset Analysis and Recovery: Various emails with M. Dearman, J. Wolfshohl, and C. Murray regarding responsive points to FUAC motion to reconsider and draft outline of points (1.3); begin to draft written response to FUAC Motion outlining history of attempts to sell FSS assets, sale process, orders regarding same, operational issues relating to same and abandonment (3.0); conference with M. Dearman regarding same (.5); conference with C. Murray regarding same (.5); review CT/TX response to FUAC motion to reconsider (.5); various emails with J. Wolfshohl, M. Dearman and C. Murray regarding same (.3); lengthy conference with C. Murray regarding FUAC motion to reconsider, response of families, abandonment of various assets, | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 7.10h | $775.00 | - | $5,502.50 |
| | | | | | **41.10h** | | **$0.00**<br>0.00h | **$31,368.00**<br>41.10h |

# Activities Export

04/10/2025
8:39 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | equity sale (1.0)<br>🔵 Unbilled | | | | | | |
| 03/12/2025 | 🕒 | Asset Disposition: Continue to discuss abandonment issues with C. Murray (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 03/13/2025 | 🕒 | Asset Disposition: Conference with C. Murray regarding abandonment via notice and motion (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 03/13/2025 | 🕒 | Case Administration: Conference with C. Murray regarding tax issues raised by B. Schleizer and employment issues of J. Shulse and signatory authority over accounts (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 03/13/2025 | 🕒 | Assumption/Rejection of Leases and Contracts: Review J. Chiba memorandum regarding 365 issues and email follow up questions regarding book contracts (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 03/14/2025 | 🕒 | Asset Analysis and Recovery: Call with WOW.AI counsel regarding sale of equity and status of sale of assets/history of case (.7)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.70h | $775.00 | - | $542.50 |
| | | | | | **41.10h**<br>0.00h | | **$0.00** | **$31,368.00**<br>41.10h |

# Activities Export

04/10/2025
8:39 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/14/2025 | 🕐 | Claims Administration and Objections: Call with C. Murray and J. Martin regarding potential agreement with CT families (.2); call with C. Murray and A. Moshenberg regarding same (.3)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 03/16/2025 | 🕐 | Asset Disposition: Extended conference with C. Murray regarding abandonment of various assets and elements relating to each (1.0); review and revise draft notice and conference with C. Murray regarding same (.7)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.70h | $775.00 | - | $1,317.50 |
| 03/17/2025 | 🕐 | Asset Analysis and Recovery: Review and respond to W. Cicack email whether Trustee filed an objection or response to FUAC's motion to reconsider (.1); review W. Cicack email to R. Saldana regarding same (.1)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 03/17/2025 | 🕐 | Asset Disposition: Continue to discuss abandonment issues and considerations with C. Murray regarding various assets (1.0)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 03/19/2025 | 🕐 | Other Contested Matters: Review motion of R. Wynn to intervene and conference with C. Murray regarding same (1.0); review | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| | | | | | **41.10h**<br>0.00h | | **$0.00** | **$31,368.00**<br>41.10h |

# Activities Export

04/10/2025
8:39 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | attachments to motion and reference to content relative to merits of request (.3)<br>🔵 Unbilled | | | | | | |
| 03/19/2025 | 🕐 | Asset Analysis and Recovery: Review order on FUAC motion to reconsider (.1); conference with C. Murray regarding same (.4); review issues relating to abandonment and remand and second conference with C. Murray regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.90h | $775.00 | - | $697.50 |
| 03/20/2025 | 🕐 | Case Administration: Participate in weekly trustee legal team meeting (.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.80h | $775.00 | - | $620.00 |
| 03/20/2025 | 🕐 | Asset Analysis and Recovery: Review issues relating to section 362, 542, 541, and turnover of book royalties and discuss same with C. Murray (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 03/24/2025 | 🕐 | Asset Analysis and Recovery: Conference with M. Dearman regarding inquiry of WOW.AI regarding purchase of equity (.5); conference with C. Murray regarding same, data room during asset sale, abandonment, turnover, and remand issues (.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| | | | | | 41.10h<br>0.00h | | $0.00 | $31,368.00<br>41.10h |

# Activities Export

04/10/2025
8:39 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/26/2025 | 🕐 | Asset Analysis and Recovery: Continue to review and evaluate non-exempt assets for turnover and third-party claims (2.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.30h | $775.00 | - | $1,782.50 |
| 03/27/2025 | 🕐 | Asset Analysis and Recovery: Continue to review and evaluate non-exempt assets for turnover and third-party claims, including avoidable transfers and claims arising post-petition (3.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.50h | $775.00 | - | $2,712.50 |
| 03/28/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding WOW.AI and potential sale of equity (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 03/29/2025 | 🕐 | Asset Analysis and Recovery: Extended conference call with C. Murray and J. Wolfshohl regarding abandonment, equity, and remand (1.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
|  |  |  |  |  | **41.10h**<br>0.00h |  | **$0.00** | **$31,368.00**<br>41.10h |