**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

|  |  |  |
|---|---|---|
| **In Re:** | ) | **Chapter 7** |
|  | ) |  |
| **ALEXANDER E. JONES** | ) | **Case No. 22-33553 (CML)** |
|  | ) |  |
| **Debtor.** | ) |  |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

### ORDER ON MOTION TO STRIKE CONNECTICUT FAMILIES' OPPOSITION TO MOTION FOR LEAVE TO INTERVENE
[Relates to Docket No. _____ ]

Upon Pro Se Attorney Intervenor/Interested Party, **Robert Wyn Young's**, **Motion to Strike Connecticut Families' Opposition to Motion for Leave to Intervene** (Docket 1124), the **Court**, having reviewed said **Motion**, and after due deliberation:

hereby finds good cause for the **Motion to Strike** and, therefore, the **Court** hereby grants said **Motion**. Accordingly, the **Connecticut Families' Opposition to Motion for Leave to Intervene** (Docket 1124) is hereby **ordered** as stricken from the record, and the **Court** will take no account of said stricken filing in ruling upon the merits of **Robert Wyn Young's Motion for Leave to Intervene to Present Evidence of Fraudulent Judgment** (Docket No. 1120), which the Court, given the granting of the **Motion to Strike**, deems as unopposed.

**IT IS SO AND HEREBY ORDERED**:


Signed _____, 2025.    _____

                                                **HONORABLE CHRISTOPHER M. LOPEZ**
                                                **UNITED STATES BANKRUPTCY JUDGE**