UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> **ALEXANDER E. JONES,** § <br> § <br> Debtor. § <br> § | Chapter 7 <br><br> Case No. 22-33553 (CML) |

**TENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>MARCH 1, 2025 THROUGH MARCH 31, 2025</u>**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | March 1, 2025 through and including March 31, 2025 |
| **Interim Fees Incurred:** | $23,094.50 |
| **Interim Payment of Fees Requested (80%):** | $18,475.60 |
| **Interim Expenses Incurred:** | $6,219.46 |
| **Total Fees and Expenses Due:** | $24,695.06 |

This is the Tenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17171738

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Tenth Monthly Fee Statement (the "Fee Statement") for the period from March 1, 2025 through March 31, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $23,094.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $6,219.46 (the "Expenses"), for the period from March 1, 2025 through March 31, 2025. Eighty percent (80%) of the fees equals $18,475.60 and one hundred percent (100%) of the Expenses equals $6,219.46 for a total requested amount of $24,695.06.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $18,475.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $6,219.46 in the total amount of $24,695.06.

Dated: April 11, 2025.
Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

    This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on April 11, 2025.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

17171738

# EXHIBIT 1

## SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 13.50 | 11,662.50 |
| Case Administration | 3.90 | 2,078.00 |
| Communications | .70 | 696.50 |
| Compromises | 11.00 | 8,445.00 |
| Employment/Fee Application | .50 | 212.50 |
| | | |
| **TOTAL** | **29.60** | **23,094.50** |

17171738

# EXHIBIT 2

## SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 456.12 |
| Computer Services | 1,857.57 |
| Litigation Support Services | 3,762.50 |
| Working Meals | 143.27 |
|  |  |
| **TOTAL** | **6,219.46** |

17171738

# **EXHIBIT 3**

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $995.00 | 8.40 |
| Michael B. Dearman | $745.00 | 16.70 |
| Jordan T. Stevens | $725.00 | 1.00 |
| Adriana T. Young | $600.00 | .30 |
| Mitzie L. Webb | $485.00 | .50 |
| Eliana Garfias | $425.00 | 2.70 |
| | | |
| **TOTAL** | | **29.60** |

17171738

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| ATTN: CHRIS MURRAY | Invoice Date: April 08, 2025 |
| | Invoice Num.: 575880 |
| | Matter Number: 018577-0001 |
| | Billing Attorney: Joshua W. Wolfshohl |
| | Tax ID: #74-2174193 |

Matter:        Alex Jones

For professional services rendered and costs incurred through March 31, 2025

| | |
|---|---:|
| Professional Services | 23,094.50 |
| Disbursements | 6,219.46 |
| **Total Amount Due** | **$29,313.96** |

EXHIBIT 4

# PORTER HEDGES LLP

| | |
|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | Invoice Date: April 08, 2025 |
| Matter: Alex Jones | Invoice Num.: 575880 |
| | Matter Number: 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/2025 | JWW | Phone conference with prospective buyer. | 0.50 | 497.50 |
| 03/02/2025 | MBD | Review pleadings in adversary proceedings (.9); correspond with E. Jones and J. Wolfshohl regarding dismissals (.2). | 1.10 | 819.50 |
| 03/03/2025 | JWW | Review stipulation of dismissal regarding PQPR and conference with M. Dearman regarding disposition of various adversary proceedings (.3); emails with S. Lemmon and S. Roberts regarding same (.1); emails with counsel for WOW! regarding equity purchase (.2). | 0.60 | 597.00 |
| 03/03/2025 | MBD | Revise stipulation of dismissal (.2); conference with J. Wolfshohl regarding same (.1); correspond with C. Mazza regarding sale questions (.1); correspond with C. Murray regarding same (.1); correspond with C. Murray regarding stipulation of dismissal (.2); correspond with litigation parties regarding PQPR adversary proceeding (.2). | 0.90 | 670.50 |
| 03/04/2025 | JWW | Phone conference with M. Dearman regarding equity sale issues (.3); conference with K. Kimpler regarding CT/TX settlement (.3); emails with Trustee team regarding same (.1). | 0.70 | 696.50 |
| 03/05/2025 | MBD | Conference with E. Jones regarding motion to dismiss adversary (.7); correspond with J. Wolfshohl regarding same (.1); review and analyze removed adversary proceedings complaint (.1). | 0.90 | 670.50 |
| 03/06/2025 | JWW | Phone conference with C. Murray and E. Jones regarding TX-CT settlement (.2); follow-up emails regarding dismissal of PQPR suit and related issues (.1); review response to omnibus claim objection (.1). | 0.40 | 398.00 |
| 03/06/2025 | MBD | Update response to FUAC motion for leave (.1); correspond with C. Murray, E. Jones and J. Wolfshohl regarding case updates (.1); draft motion to dismiss adversary proceeding (1.5); review and analyze pleadings in removed adversary proceedings (.2). | 1.90 | 1,415.50 |

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE  
Matter: Alex Jones

Invoice Date: April 08, 2025  
Invoice Num.: 575880  
Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/07/2025 | MBD | Correspond with C. Murray (.1); continue draft motions to dismiss adversary proceedings (1.9); conference with J. Wolfshohl regarding case status and strategy (.2); revise and redline proposed orders (.4); correspond with J. Wolfshohl and E. Jones regarding same (.1); review reservation of rights with respect to fee applications (.2). | 2.90 | 2,160.50 |
| 03/07/2025 | JWW | Conference with E. Jones and C. Murray regarding disposition of FSS assets and equity. | 1.00 | 995.00 |
| 03/08/2025 | MLW | Email exchange with M. Dearman regarding upcoming filing CNO - Motion to Disburse. | 0.10 | 48.50 |
| 03/09/2025 | MBD | Update revised order and certificate of no objection reflecting reservation of rights (.2); analyze reservation of rights (.1). | 0.30 | 223.50 |
| 03/09/2025 | MLW | Email exchange with M. Dearman regarding filing CNO - Motion to Disburse (.2); file and forward copy of same to Case Manager (.2). | 0.40 | 194.00 |
| 03/10/2025 | MBD | Draft motions to dismiss adversary proceedings (1.2); correspond with C. Murray regarding case issues (.1); correspond with E. Jones regarding fee applications (.1); correspond with C. Murray and J. Goldstein regarding disbursement order (.1); revise motion to dismiss state law fraudulent transfer adversary (.2); conference with C. Murray and E. Jones regarding case issues (.2); correspond with C. Murray and N. Pattis regarding lawsuit (.2). | 2.10 | 1,564.50 |
| 03/10/2025 | EG | Correspondence on filing logistics of CNO to PH's 2nd fee application (.1); discuss same with M. Webb (.1); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); email case manager on same (.1); update file (.1). | 0.70 | 297.50 |
| 03/11/2025 | MBD | Review and revise February fee statement (.2); review invoices (.4); correspond with J. Wolfshohl and E. Garfias regarding same (.1); correspond with S. Lemmon and S. Roberts regarding motions to dismiss (.1); analyze property of the estate issues and correspond | 2.70 | 2,011.50 |

- Page 3 -

**PORTER HEDGES LLP**

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE  Invoice Date: April 08, 2025
Matter: Alex Jones  Invoice Num.: 575880
 Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | with C. Murray regarding same (.3); conference with C. Murray regarding information inquiries (.1); conference with E. Jones regarding response to FUAC motion for leave (.4); multiple correspondence with S. Roberts regarding motions to dismiss (.2); revise response and numerous correspondence with C. Murray, E. Jones, and J. Wolfshohl regarding same (.9). | | |
| 03/11/2025 | EG | Correspondence on filing logistics of PH's 9th fee statement (.1); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); email case manager on submission of same (.1). | 0.50 | 212.50 |
| 03/12/2025 | JWW | Emails regarding FSS tax issues. | 0.20 | 199.00 |
| 03/13/2025 | MBD | Coordinate call with WOW.AI. | 0.10 | 74.50 |
| 03/13/2025 | ATY | Confer with M. Dearman, K. Starling, and L. Kumar regarding case status and forward progression. | 0.30 | 180.00 |
| 03/14/2025 | MBD | Conference with WOW.AI regarding membership interest diligence (.7); correspond with S. Lemmon, R. Mates, and S. Roberts regarding dismissals (.1). | 0.80 | 596.00 |
| 03/17/2025 | MBD | Correspond with S. Lemmon and S. Roberts regarding motions to dismiss (.1); correspond with C. Murray regarding same (.1); finalize motions to dismiss and proposed orders (.2). | 0.40 | 298.00 |
| 03/18/2025 | MBD | Prepare for filing (.1); correspond with E. Garfias and M. Webb regarding motions to dismiss (.1). | 0.20 | 149.00 |
| 03/18/2025 | EG | Correspondence on anticipated filing of two motions to dismiss in adversaries (.2); monitor emails for status of same (.6); coordinate filing with M. Webb (.1); receive, review, and electronically file same with court (.4); download and circulate filed versions (.1); update file (.1). | 1.50 | 637.50 |
| 03/19/2025 | JWW | Review motion to intervene. | 0.30 | 298.50 |
| 03/19/2025 | MBD | Review motion to intervene (.3); review order denying | 0.40 | 298.00 |

# PORTER HEDGES LLP

Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE  
Matter: Alex Jones

Invoice Date: April 08, 2025  
Invoice Num.: 575880  
Matter Number: 018577-0001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | FUAC motion for leave (.1). | | |
| 03/20/2025 | JWW | Weekly call with Trustee regarding status of FSS and next steps with open matters in case (.9); conference with K. Kimpler regarding TX-CT settlement status (.5); several follow-up emails with Trustee regarding same (.4). | 1.80 | 1,791.00 |
| 03/20/2025 | JTS | Prepare for and attend strategy session with J. Wolfshohl, E. Jones, and C. Murray. | 1.00 | 725.00 |
| 03/22/2025 | JWW | Emails regarding Wow request regarding diligence of FSS equity purchase. | 0.20 | 199.00 |
| 03/24/2025 | JWW | Conference with Trustee team regarding diligence on equity sale and next steps with issues in chapter 7. | 0.60 | 597.00 |
| 03/24/2025 | MBD | Correspond with J. Pierce regarding demand letter (.1); conference with C. Murray, E. Jones, and J. Wolfshohl regarding case status and strategy (.6). | 0.70 | 521.50 |
| 03/26/2025 | MBD | Correspond with C. Mazza regarding inquiries. | 0.10 | 74.50 |
| 03/27/2025 | MBD | Correspond with C. Murray, E. Jones, and J. Wolfshohl regarding case status and updates. | 0.10 | 74.50 |
| 03/28/2025 | MBD | Conference with WOW.AI team and J. Wolfshohl regarding case status and potential equity sale (.9); conference with C. Murray regarding same (.2). | 1.10 | 819.50 |
| 03/28/2025 | JWW | Diligence call with WowAi regarding equity purchase (.9); emails with Trustee regarding same and open issues (.2). | 1.10 | 1,094.50 |
| 03/29/2025 | JWW | Phone conference with C. Murray and E. Jones regarding potential equity sale and status of state court turnover proceeding. | 1.00 | 995.00 |
| **Total** | | | **29.60** | **$23,094.50** |

**Total Services**  $23,094.50

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|

- Page 5 -

# PORTER HEDGES LLP

| | | | | |
|---|---|---|---|---|
| Client: CHRIS MURRAY, CHAPTER 7 TRUSTEE | | Invoice Date: | | April 08, 2025 |
| Matter: Alex Jones | | Invoice Num.: | | 575880 |
| | | Matter Number: | | 018577-0001 |

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 8.40 | 995.00 | 8,358.00 |
| MBD | Michael B. Dearman | Associate | 16.70 | 745.00 | 12,441.50 |
| JTS | Jordan T. Stevens | Associate | 1.00 | 725.00 | 725.00 |
| ATY | Adriana T. Young | Associate | 0.30 | 600.00 | 180.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.50 | 485.00 | 242.50 |
| EG | Eliana Garfias | Paralegal | 2.70 | 425.00 | 1,147.50 |
| **Total** | | | **29.60** | | **$23,094.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 456.12 |
| Computer Services | 1,857.57 |
| Litigation Support Services | 3,762.50 |
| Working Meals | 143.27 |
| **Total Disbursements** | **$6,219.46** |

| | |
|---|---|
| **Total This Invoice** | **$29,313.96** |