**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:  ALEXANDER E. JONES** | § | |
| | § | **CASE NO. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | **Chapter 7** |

**ORDER GRANTING MOTION FOR RECONSIDERATION OF THIS COURT'S**
**DETERMINATION THAT NO AUCTION OF FREE SPEECH SYSTEMS**
**ASSETS WILL BE CONDUCTED BY THE JONES CHAPTER 7 ESTRATE**

Upon consideration of the Motion For Reconsideration of This Court's Determination That

No Auction of Free Speech Systems Assets Will Be Conducted By the Jones Chapter 7 Estate (the

"Jones Estate) which is which currently administered by its Chapter 7 Trustee Christopher R.

Murray (the "Trustee") and is filed by Alexander E. Jones ("Jones") for himself and as manager of

the non-debtor company, Free Speech Systems, LLC ("FSS") (the "Motion") the record of this case,

and the proceedings before the Court related to the Motion, if any, the Court finds that: (i) the Court

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding

pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and

1409; (iv) the Motion is in full compliance with all applicable provisions of the Bankruptcy Code,

Bankruptcy Rules, Local Bankruptcy Rules of the Southern District of Texas, and orders and

procedures of this Court; (v) there was proper and adequate notice of the Motion and no other or further

notice is necessary under the circumstances; (vi) the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and (vii) the relief sought in the Motion is in the best

interest of the Debtor, the Estate, and its creditors; and (viii) that the relief requested in Motion should

be granted.

It is **ORDERED** that:

1. The Motion For Reconsideration of This Court's Determination That No Auction of
   Free Speech Systems Assets Will Be Conducted By the Jones Chapter 7 Estate (the

"Jones Estate) which is which currently administered by its Chapter 7 Trustee Christopher R. Murray and is filed by Alexander E. Jones for himself and as manager of the non-debtor company, Free Speech Systems, LLC is GRANTED.

Signed: _____          _____
                                     Christopher Lopez
                                     United States Bankruptcy Judge