UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
TEXAS
HOUSTON DIVISION

Case number  22-33553

In re:  ALEXANDER E. JONES

Taxpayer number:  XXXXXXX4719 / XXXXXXX6953

WITHDRAWAL OF
CLAIM # 33
ADMINISTRATIVE EXPENSE CLAIM AND REQUEST FOR PAYMENT

Name of Creditor:  Texas Comptroller of Public Accounts
 on behalf of the State of Texas
 and local sales tax jurisdictions.

Send notices to:  Office of the Attorney General
 Bankruptcy & Collections Division MC-008
 P.O. Box 12548
 Austin, TX 78711-2548
 Phone:  512-463-2173

1. DATE OF CLAIM AND REQUEST:  11/20/2024

2. TOTAL AMOUNT OF CLAIM AND REQUEST:  $ 33,399.64
   SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED:  05/01/2024 to 09/30/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN


Date:  04/29/2025

/S/ KARA K RICHTER
KARA K RICHTER
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510


Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)