**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:  ALEXANDER E. JONES** | § | |
| | § | **CASE NO. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | **Chapter 7** |

## ORDER GRANTING ALEXANDER E. JONES EXPEDITED MOTION FOR CONTINUANCE

Upon consideration of Alexander E. Jones Motion for Continuance (the "Motion") the record of this case, and the proceedings before the Court related to the Motion, if any, the Court finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the Motion is in full compliance with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules of the Southern District of Texas, and orders and procedures of this Court; (v) there was proper and adequate notice of the Motion and no other or further notice is necessary under the circumstances; (vi) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and (vii) the relief sought in the Motion is in the best interest of the Debtor, the Estate, and its creditors; and (viii) that the relief requested in Motion should be granted.

It is **ORDERED** that:

1.  The Status Conference set in (1) 22-33553 – Alexander E. Jones Chapter 7; (2) 24-03279 – Wheeler, et al. v Jones, et al.; (3) 23-03035 – Heslin, et al. v Jones, et al.; (4) 23-03037 – Wheeler, et al. v Jones, et al. is hereby continued to _____.

Signed: _____

_____
Christopher Lopez
United States Bankruptcy Judge

Page 1