**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:  ALEXANDER E. JONES** | § | |
| | § | **CASE NO. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | **Chapter 7** |

---

### NOTICE OF STATUS CONFERENCE AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that the Court will hold a hybrid Status Conference in the above case and related Adversaries[1] on May 9, 2025 at 1:00 pm (CST) before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk, Houston, TX 77002.

Parties may participate and attend this hearing remotely by telephone and video conference. Audio for remote participation is conducted by phone, Dial-in Number: 832-917-1510, Conference ID: 590153. Video participation is conducted through GoToMeeting at: https://www.gotomeet.me/ JudgeLopez. Additional instructions, rules, and/or procedures on participation may be found on the Court's homepage at: https://www.txs.uscourts.gov/page/united-states bankruptcyjudgechristopher-m-lopez.

Dated: May 1, 2025

 /s/ Shelby A. Jordan
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
**Jordan & Ortiz, P.C.**
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678

---

[1] (1) 22-33553 – Alexander E. Jones Chapter 7; (2) 24-03279 – Wheeler, et al. v Jones, et al.; (3) 23-03035 – Heslin, et al. v Jones, et al.; (4) 23-03037 – Wheeler, et al. v Jones, et al.

Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
        aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**COUNSEL FOR ALEXANDER E. JONES**

*/s/ Ben Broocks*
Ben C Broocks
State Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEX JONES**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served upon all parties registered to receive notices via the Court's ECF noticing system on May 1, 2025.

*/s/ Shelby A. Jordan*
Shelby A. Jordan