Official Form 417A (12/18)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In Re:  ALEXANDER E. JONES        )        Chapter 7
                                                      )
              Debtor.                      )        Case No. 22-33553 (CML)

---

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s):

    **Intervenor/Interested Party Robert Wyn Young**

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    For appeals in an adversary proceeding.
    ☐ Plaintiff
    ☐ Defendant
    ☐ Other (describe) _____

    For appeals in a bankruptcy case and not in an adversary proceeding.
    ☐ Debtor
    ☐ Creditor
    ☐ Trustee
    ☑ Other (describe)  **Interested Party**

## Part 2:  Identify the subject of this appeal

1.  Describe the judgment, order, or decree appealed from:  **Order Denying Motion for Leave to Intervene (Docket 1129)**

2.  State the date on which the judgment, order, or decree was entered:  **04/22/25**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party:  **Interested Party-Appellant Robert Wyn Young**     Attorney:  **Robert Wyn Young, Esq. (OH Bar 64876)
    1421 Lexington Avenue #180
    Mansfield, OH 44907
    (513) 238-2821**

2.  Party:  **Debtor-Appellee Alexander E. Jones**     Attorney:  **Shelby A. Jordan, Esq. (TX Bar 11016700)
    Jordan & Ortiz, P.C.
    500 North Shoreline Blvd., Suite 804
    Corpus Christi, TX  78401
    (361) 884-5678**

       ***Please see attachment for all other Appellees.**

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_/s/ Robert Wyn Young_                                                    Date:  **05/04/25**
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

**Robert Wyn Young, Esq. (OH Bar 64876)**
**1421 Lexington Avenue #180**
**Mansfield, OH 44907**
**(513) 238-2821**

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**22-33553** Alexander E. Jones and Official Committee Of Unsecured Creditors
**Case type:** bk **Chapter:** 7 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** Christopher M. Lopez
**Date filed:** 12/02/2022 **Date of last filing:** 05/01/2025

# Parties

**Akin Gump Strauss Hauer & Feld LLP**
*Added: 01/19/2023*
*(Attorney)*

**William Aldenberg**
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas

New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Ally Bank**
c/o Quilling, Selander, et al
2001 Bryan Street
Suite 1800
Dallas, TX 75201
214-871-2100
214-871-2111 (fax)
plynch@qslwm.com
*Added: 06/17/2024*
*(Creditor)*

represented by

**Patrick Michael Lynch**
Quilling, Selander, Lownds, Winslett, et al
2100 Bryan Street
Ste 1800
Dallas, TX 75206
214-871-2100
plynch@qslwm.com
*Assigned: 06/17/24*

**Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(888)455-6662
*Added: 02/19/2024*
*(Creditor)*

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701
*Added: 02/14/2024*
*(Creditor)*

**Erica L. Ash**
c/o Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
United States
5124775000
rchapple@cstrial.com
*Added: 01/23/2024*
*(Creditor)*

represented by

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 01/23/24*

**Bank of America N.A.**
P.O. BOX 31785
Tampa, FL 33631-3785
1-800-669-6607
*Added: 12/14/2022*
*(Creditor)*

represented by

**Scott R. Cheatham**
Adams & Reese LLP
701 Poydras St
Ste 4500
New Orleans, LA 70139
504-581-3234
504-566-0210 (fax)
scott.cheatham@arlaw.com
*Assigned: 05/26/23*

**Yoshie Valadez**
McCarthy & Holthus, LLP
1255 West 15th Street
Suite 1060

Plano, TX 75075
214-291-3800
214-291-3801 (fax)
mhtbkanhsselffilings@mccarthyholthus.com
*Assigned: 12/14/22*

**Jacqueline Barden**
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Mark Barden**
*Added: 12/02/2022*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP

*(Creditor)*

2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**BlackBriar Advisors LLC**
3131 McKinney Ave., Suite 600
Dallas, TX 75204
*Added: 08/22/2024*
*(Financial Advisor)*

represented
by

**Vickie L Driver**
Elliott, Thomason & Gibson, LLP
511 N. Akard
Ste 202
Dallas, TX 75201
214-390-2086
vickie@etglaw.com
*Assigned: 08/22/24*

**Richard M. Coan**
c/o Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
rchapple@cstrial.com
*Added: 03/10/2023*
*(Creditor)*

represented
by

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 03/10/23*

**Crowe & Dunlevy**
2525 McKinnon St
Suite 425
Dallas, TX 75201
*Added: 02/27/2024*
*(Attorney)*

represented
by

**Vickie L Driver**
Elliott, Thomason & Gibson, LLP
511 N. Akard
Ste 202
Dallas, TX 75201
214-390-2086
vickie@etglaw.com
*Assigned: 08/22/24*

**Christina Walton Stephenson**
Elliott, Thomason & Gibson, LLP
511 N. Akard
Ste 202
Dallas, TX 75201
214-390-2086
crissie@etglaw.com
*Assigned: 02/27/24*

**Veronique De La Rosa**
c/o McDowell Hetherington LLP
Attention: Avi Moshenberg
1001 Fannin Street
Suite 2700
Houston, TX 77002
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Jennifer Jaye Hardy**
Willkie Farr Gallagher LLP
600 Travis St
Ste 2310
Houston, TX 77002
713-510-1766
jhardy2@willkie.com
*Assigned: 02/09/23*

**Nicholas Lawson**
Lawson Moshenberg PLLC
801 Travis St.
Ste 2101 #838
Houston, TX 77002
903-316-9155
nick.lawson@lmbusinesslaw.com
*Assigned: 12/15/22*

**Jarrod B. Martin**
Bradley Arant Boult Cummings LLP
600 Travis Street
Suite 5600
Houston, TX 77002
713-576-0388
jbmartin@bradley.com
*Assigned: 12/02/22*

**Avi Moshenberg**
Lawson & Moshenberg PLLC
801 Travis St.
Ste 2101, #838
Houston, TX 77002
903-316-9155
avi.moshenberg@lmbusinesslaw.com
*Assigned: 12/05/22*

**Discover Fund Management, Inc.**
*Added: 11/21/2024*
*(Interested Party)*

represented by

**Dale E Barney**
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
973-596-4557
973-639-6234 (fax)
dbarney@gibbonslaw.com
*Assigned: 11/21/24*

**Elevated Solutions Group, LLC**
c/o Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208
*Added: 05/10/2023*
*(Creditor)*

represented by

**Johnie J Patterson**
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208-1301
713-956-5577
713-956-5570 (fax)
jjp@walkerandpatterson.com
*Assigned: 05/10/23*

**Elliott, Thomason & Gibson, LLP**
c/o Vickie L. Driver
Suite 202
Dallas, TX 75201
United States
469-809-6730
*Added: 11/25/2024*
*(Attorney)*

represented by

**Vickie L Driver**
Elliott, Thomason & Gibson, LLP
511 N. Akard
Ste 202
Dallas, TX 75201
214-390-2086
vickie@etglaw.com
*Assigned: 11/25/24*

**First United American Companies, LLC**
*Added: 11/05/2024*

represented by

**Walter J Cicack**
Hawash Cicack & Gaston LLP

*(Interested Party)*

711 W. Alabama St.
Suite 200
Houston, TX 77006
713-658-9003
713-658-9015 (fax)
wcicack@hcgllp.com
*Assigned: 11/05/24*

**Marcel Fontaine**
c/o McDowell Hetherington LLP
Attention: Avi Moshenberg
1001 Fannin
Suite 2700
Houston, TX 77002
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Jennifer Jaye Hardy**
Willkie Farr Gallagher LLP
600 Travis St
Ste 2310
Houston, TX 77002
713-510-1766
jhardy2@willkie.com
*Assigned: 02/09/23*

**Nicholas Lawson**
Lawson Moshenberg PLLC
801 Travis St.
Ste 2101 #838
Houston, TX 77002
903-316-9155
nick.lawson@lmbusinesslaw.com
*Assigned: 12/15/22*

**Jarrod B. Martin**
Bradley Arant Boult Cummings LLP
600 Travis Street
Suite 5600
Houston, TX 77002
713-576-0388
jbmartin@bradley.com
*Assigned: 12/02/22*

**Avi Moshenberg**
Lawson & Moshenberg PLLC
801 Travis St.
Ste 2101, #838
Houston, TX 77002
903-316-9155
avi.moshenberg@lmbusinesslaw.com
*Assigned: 12/05/22*

**Free Speech Systems, LLC**
Free Speech Systems, LLC
c/o Patrick Magill
3019 Alvin Devane Blvd.
Ste 300
Austin,, TX 78741
patrick@magillpc.com
*Added: 12/02/2022*
*(Creditor)*

represented by

**Raymond William Battaglia**
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218
2106019405
rbattaglialaw@outlook.com
*Assigned: 12/02/22*

**Annie E Catmull**
O'ConnorWechsler PLLC
4400 Post Oak Parkway
Ste. 2360
Houston, TX 77027
281.814.5977
aecatmull@o-w-law.com
*Assigned: 03/20/24*

**Vickie L Driver**
Elliott, Thomason & Gibson, LLP
511 N. Akard
Ste 202
Dallas, TX 75201
214-390-2086
vickie@etglaw.com
*Assigned: 05/08/23*

**Global Tetrahedron, LLC**
*Added: 11/21/2024*
*(Interested Party)*

represented by

**Gregg Jeffrey Costa**
Gibson, Dunn & Crutcher, LLP
811 Main Street
Ste 3000
Houston, TX 77002
346-718-6600
gcosta@gibsondunn.com
*Assigned: 11/21/24*

**HMP Advisory Holdings, LLC d/b/a Harney Partners**
*Added: 02/10/2025*
*(Financial Advisor)*

**Melissa A Haselden**
Haselden Farrow PLLC
Pennzoil Place
700 Milam
Suite 1300

represented by

**Elizabeth Carol Freeman**
The Law Office of Liz Freeman
PO Box 61209
Houston, TX 77208-1209
832-779-3580

Houston, TX 77002
832.819.1149
866.405.6038 (fax)
mhaselden@haseldenfarrow.com
*Added: 12/06/2022*
*TERMINATED: 06/14/2024*
*(Trustee)*

liz@lizfreemanlaw.com
*Assigned: 12/12/22*

**Melissa A Haselden**
Haselden Farrow PLLC
Pennzoil Place
700 Milam
Suite 1300
Houston, TX 77002
832.819.1149
866.405.6038 (fax)
mhaselden@haseldenfarrow.com
*Assigned: 12/06/22*

**Jennifer Hensel**
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com

*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Neil Heslin**
c/o McDowell Hetherington LLP
Attention: Avi Moshenberg
1001 Fannin Street
Suite 2700
Houston, TX 77002
*Added: 12/02/2022*
*(Creditor)*

represented by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Jennifer Jaye Hardy**
Willkie Farr Gallagher LLP
600 Travis St
Ste 2310
Houston, TX 77002
713-510-1766
jhardy2@willkie.com
*Assigned: 02/09/23*

**Nicholas Lawson**
Lawson Moshenberg PLLC
801 Travis St.
Ste 2101 #838
Houston, TX 77002
903-316-9155
nick.lawson@lmbusinesslaw.com
*Assigned: 12/15/22*

**Jarrod B. Martin**
Bradley Arant Boult Cummings LLP
600 Travis Street
Suite 5600
Houston, TX 77002
713-576-0388

jbmartin@bradley.com
*Assigned: 12/02/22*

**Avi Moshenberg**
Lawson & Moshenberg PLLC
801 Travis St.
Ste 2101, #838
Houston, TX 77002
903-316-9155
avi.moshenberg@lmbusinesslaw.com
*Assigned: 12/05/22*

**Ian Hockley**
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000

ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Nicole Hockley**
*Added: 12/02/2022*
*(Creditor)*

represented by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 6th Ave
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Alexander E. Jones**
c/o 2525 McKinnon Street
Suite 425
Dallas, TX 75201

represented by

**Ben C Broocks**
Broocks Law Firm PLLC
6207 Bee Cave Road
Suite 120

SSN / ITIN: xxx-xx-5989
*Added: 12/02/2022*
*(Debtor)*

Austin, TX 78746
737-808-1808
512-201-2032 (fax)
bencbroocks@gmail.com
*Assigned: 11/25/24*

**Shelby A Jordan**
Jordan & Ortiz, PC
500 N Shoreline Blvd
Ste 804
Corpus Christi, TX 78401
361-884-5678
sjordan@jhwclaw.com
*Assigned: 12/02/22*

**Vickie L Driver**
Elliott, Thomason & Gibson, LLP
511 N. Akard
Ste 202
Dallas, TX 75201
214-390-2086
vickie@etglaw.com
*Assigned: 12/02/22*
*TERMINATED: 11/25/24*

**Christina Walton Stephenson**
Elliott, Thomason & Gibson, LLP
511 N. Akard
Ste 202
Dallas, TX 75201
214-390-2086
crissie@etglaw.com
*Assigned: 12/02/22*
*TERMINATED: 11/25/24*

**David Ross Jones**
*Added: 05/10/2023*
*(Interested Party)*

represented by

**Stephen A Roberts**
Stephen A Roberts, PC
2701 Wooldridge Dr
Austin, TX 78703-1953
512-431-7337
sroberts@srobertslawfirm.com
*Assigned: 05/10/23*

**Jones Murray LLP**
602 Sawyer Suite 400
Houston, Tx 77007
*Added: 07/22/2024*
*(Attorney)*

represented by

**Jacqueline Chiba**
Jones Murray LLP
602 Sawyer Street
Suite 400
77007
Houston, TX 77002
832-529-1999
jackie@jonesmurray.com
*Assigned: 01/10/25*

**Scarlett Lewis**
c/o McDowell Hetherington LLP
Attention: Avi Moshenberg

represented by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street

1001 Fannin Street
Suite 2700
Houston, TX 77002
*Added: 12/02/2022*
*(Creditor)*

Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Jennifer Jaye Hardy**
Willkie Farr Gallagher LLP
600 Travis St
Ste 2310
Houston, TX 77002
713-510-1766
jhardy2@willkie.com
*Assigned: 02/09/23*

**Nicholas Lawson**
Lawson Moshenberg PLLC
801 Travis St.
Ste 2101 #838
Houston, TX 77002
903-316-9155
nick.lawson@lmbusinesslaw.com
*Assigned: 12/15/22*

**Jarrod B. Martin**
Bradley Arant Boult Cummings LLP
600 Travis Street
Suite 5600
Houston, TX 77002
713-576-0388
jbmartin@bradley.com
*Assigned: 12/02/22*

**Avi Moshenberg**
Lawson & Moshenberg PLLC
801 Travis St.
Ste 2101, #838
Houston, TX 77002
903-316-9155
avi.moshenberg@lmbusinesslaw.com
*Assigned: 12/05/22*

**Martin, Disiere, Jefferson & Wisdom, LLP**
808 Travis, Suite 1100
Houston, TX 77002

represented
by

**Jeffrey Gresham Tinkham**
Martin Disiere Jefferson & Wisdom LLP
808 Travis Street, 20th Floor

*Added: 07/18/2024*
*(Attorney)*

Houston, TX 77002
713-632-1700
713-669-9966 (fax)
tinkham@mdjwlaw.com
*Assigned: 07/18/24*

**Christopher R Murray**
Jones Murray LLP
602 Sawyer St
Ste 400
Houston, TX 77007
832-529-1999
832-529-3393 (fax)
chris@jonesmurray.com
*Added: 06/14/2024*
*(Trustee)*

represented by

**Jacqueline Chiba**
Jones Murray LLP
602 Sawyer Street
Suite 400
77007
Houston, TX 77002
832-529-1999
jackie@jonesmurray.com
*Assigned: 07/29/24*

**Erin Elizabeth Jones**
Jones Murray LLP
602 Sawyer
Suite 400
Houston, TX 77007
832-529-1999
832-529-3393 (fax)
erin@jonesmurray.com
*Assigned: 07/03/24*

**Christopher R Murray**
Jones Murray LLP
602 Sawyer St
Ste 400
Houston, TX 77007
832-529-1999
832-529-3393 (fax)
chris@jonesmurray.com
*Assigned: 11/18/24*

**Joshua W. Wolfshohl**
Porter Hedges LLP
1000 Main, 36th Floor
Houston, TX 77002
713-226-6000
713-228-1331 (fax)
jwolfshohl@porterhedges.com
*Assigned: 06/23/24*

**N&N Forensics, LLC**
*Added: 01/10/2025*
*(Other Prof.)*

**Official Committee Of Unsecured Creditors**
c/o Marty L. Brimmage, Jr.
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
214-969-2800

represented by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885

214-969-4343 (fax)
mbrimmage@akingump.com
*Added: 12/19/2022*
*(Creditor Committee)*

214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/19/22*

**David Franklin Hill, IV**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-1000
212-872-7401
*Assigned: 06/07/23*
*LEAD ATTORNEY*

**Anna Kordas**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-1000
United States
(212) 872-1026
*Assigned: 05/18/23*
*LEAD ATTORNEY*

**Melanie A. Miller**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
212-872-1029
melanie.miller@akingump.com
*Assigned: 01/19/24*
*LEAD ATTORNEY*

**Theodore James Salwen**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-1000
(212) 872-7401
*Assigned: 05/18/23*
*LEAD ATTORNEY*

**PQPR Holdings Limited, LLC**
c/o Streusand Landon Ozburn & Lemmon LLP
attn: Stephen Lemmon
1801 S. Mopac Expressway
Suite 320
Austin, TX 78746
*Added: 05/31/2023*
*(Creditor)*

represented
by

**Stephen Wayne Lemmon**
Streusand Landon Ozburn Lemmon LLP
1801 S. Mopac Expressway
Suite 320
Austin, TX 78746
512-220-2688
512-236-9904 (fax)
lemmon@slollp.com
*Assigned: 05/31/23*

**Carlee Soto Parisi**
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)

mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Robert Parker**
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701

512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Leonard Pozner**
c/o McDowell Hetherington LLP
Attention: Avi Moshenberg
1001 Fannin Street
Suite 2700
Houston, TX 77002
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Jennifer Jaye Hardy**
Willkie Farr Gallagher LLP
600 Travis St

Ste 2310
Houston, TX 77002
713-510-1766
jhardy2@willkie.com
*Assigned: 02/09/23*

**Nicholas Lawson**
Lawson Moshenberg PLLC
801 Travis St.
Ste 2101 #838
Houston, TX 77002
903-316-9155
nick.lawson@lmbusinesslaw.com
*Assigned: 12/15/22*

**Jarrod B. Martin**
Bradley Arant Boult Cummings LLP
600 Travis Street
Suite 5600
Houston, TX 77002
713-576-0388
jbmartin@bradley.com
*Assigned: 12/02/22*

**Avi Moshenberg**
Lawson & Moshenberg PLLC
801 Travis St.
Ste 2101, #838
Houston, TX 77002
903-316-9155
avi.moshenberg@lmbusinesslaw.com
*Assigned: 12/05/22*

**Public Storage**
*Added: 07/05/2023*
*(Creditor)*

represented by

**Bennett Greg Fisher**
Lewis Brisbois Bisgaard & Smith
24 Greenway Plaza
Suite 1400
Houston, TX 77046
713-659-6767
713-759-6830 (fax)
bennett.fisher@lewisbrisbois.com
*Assigned: 07/05/23*

**Rachel Kennerly LLC**
*Added: 08/23/2024*
*(Other Prof.)*

represented by

**Vickie L Driver**
Elliott, Thomason & Gibson, LLP
511 N. Akard
Ste 202
Dallas, TX 75201
214-390-2086
vickie@etglaw.com
*Assigned: 08/23/24*

**Reeves Law, PLLC**
702 Rio Grande St., Suite 203
Austin, TX 78701
512-827-2246

represented by

**Bradley J. Reeves**
Hajjar Peters LLP
3144 Bee Caves Rd.
Austin, TX 78746

512-318-2484 (fax)
brad@brtx.law
Tax ID / EIN: 84-2160015
*Added: 03/10/2023*
*(Creditor)*

512-637-4956
breeves@legalstrategy.com
*Assigned: 03/10/23*

**Reynal Law Firm, P.C.**
917 Franklin St., Suite 600
Houston, TX 77002
7132285900
areynal@frlaw.us
Tax ID / EIN: 46-2625752
*Added: 06/07/2024*
*(Attorney)*

represented
by

**Federico Andino Reynal**
The Reynal Law Firm
917 Franklin
Sixth Floor
Houston, TX 77002
713-228-5900
areynal@frlaw.us
*Assigned: 06/07/24*

**Security Bank of Texas**
P.O. Box 90
Crawford, Tx 76638
*Added: 01/27/2023*
*(Creditor)*

represented
by

**John D Malone**
Attorney at Law
5400 Bosque Blvd., Ste. 650
Waco, TX 76710
254-772-3722
254-772-3172 (fax)
myra@johnmalonepc.com
*Assigned: 01/27/23*

**William Sherlach**
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al

1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Carlos M Soto**
*Added: 12/02/2022*
*(Creditor)*

represented by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Donna Soto**
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Jillian Soto-Marino**
*Added: 12/02/2022*
*(Creditor)*

represented
by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**TPS-West LLC**
*Added: 03/10/2025*
*(Accountant)*

**Texas Comptroller of Public Accounts**
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548

Austin, tx 78711-2548
*Added: 04/30/2025*
*(Creditor)*

| | | |
|---|---|---|
| **Texas Comptroller of Public Accounts, Revenue Accounting Division**<br>Kimberly A. Walsh<br>PO Box 12548<br>Austin, TX 78711-2548<br>*Added: 11/19/2024*<br>*(Creditor)* | represented by | **Kimberly A Walsh**<br>Office of the Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711<br>512-475-4863<br>bk-kwalsh@oag.texas.gov<br>*Assigned: 11/19/24* |
| **Travis County**<br>c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, TX 78767<br>*Added: 12/09/2022*<br>*(Creditor)* | represented by | **Jason Starks**<br>Travis County Attorney's Office<br>P.O. Box 1748<br>Austin, TX 78767<br>512-854-9092<br>bkecf@traviscountytx.gov<br>*Assigned: 12/09/22* |
| **US Trustee**<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002<br>713-718-4650<br>USTPRegion07.HU.ECF@USDOJ.GOV<br>*Added: 12/02/2022*<br>*(U.S. Trustee)* | represented by | **Ha Minh Nguyen**<br>Office of the United States Trustee<br>515 Rusk St<br>Ste 3516<br>Houston, TX 77002<br>202-590-7962<br>ha.nguyen@usdoj.gov<br>*Assigned: 12/02/22*<br>*LEAD ATTORNEY*<br><br>**Jayson B. Ruff**<br>Office of the United States Trustee<br>515 Rusk St.<br>Ste. 3516<br>Houston, TX 77002<br>713-718-4650<br>713-718-4670 (fax)<br>jayson.b.ruff@usdoj.gov<br>*Assigned: 12/02/22*<br>*LEAD ATTORNEY* |
| **WOW.AI LLC**<br>c/o Rachel A. Parisi<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962<br>RAParisi@pbnlaw.com<br>*Added: 02/26/2025*<br>*(Interested Party)* | represented by | **John James Sparacino**<br>McKool Smith<br>600 Travis Street<br>Suite 7000<br>Houston, TX 77002<br>713-485-7306<br>713-485-7344 (fax)<br>jsparacino@mckoolsmith.com<br>*Assigned: 02/26/25*<br><br>**S. Margie Venus**<br>McKool Smith, P.C.<br>600 Travis Street<br>Suite 7000<br>Houston, TX 77002 |

713-485-7315
713-485-7344 (fax)
mvenus@mckoolsmith.com
*Assigned: 02/26/25*

**David Wheeler**
*Added: 12/02/2022*
*(Creditor)*

             represented
             by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Jonathan Day**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3892
jday@paulweiss.com
*Assigned: 04/29/24*
*LEAD ATTORNEY*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Leslie E. Liberman**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas

New York, NY 10019-6064
212-373-3000
*Assigned: 04/29/24*
*LEAD ATTORNEY*

**Paul Andrew Paterson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3581
ppaterson@paulweiss.com
*Assigned: 04/16/24*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Francine Wheeler**
Cain & Skarnulis PLLC
Ryan E. Chapple
303 Colorado Street
Suite 2850
Austin, TX 78701
*Added: 12/02/2022*
*(Creditor)*

represented by

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
214-969-4343 (fax)
mbrimmage@akingump.com
*Assigned: 12/12/22*

**Ryan E Chapple**
Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512-477-5000
512-477-5011 (fax)
rchapple@cstrial.com
*Assigned: 12/02/22*

**Richard A. Cochrane**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Ste. 1200
Dallas, TX 75201
214-888-4854
214-888-4849 (fax)
rcochrane@caldwellcc.com
*Assigned: 12/06/22*

**Stephanie P Lascano**
Paul Weiss et al
1285 Avenue of the Americas

New York, NY 10019
212-373-3000
slascano@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**Vida J Robinson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
ViRobinson@paulweiss.com
*Assigned: 11/14/23*
*LEAD ATTORNEY*

**X Corp.**
*Added: 11/14/2024*
*(Interested Party)*

represented by

**Caroline A. Reckler**
Latham & Watkins LLP
330 N. Wabash Avenue
Suite 2800
Chicago, IL 60611
312-876-7663
caroline.reckler@lw.com
*Assigned: 11/14/24*

**Robert Wyn Young**
1421 Lexington Avenue, #180
Mansfield, OH 44907
United States
5132382821
rwynyoung25@gmail.com
SSN / ITIN: xxx-xx-5605
*Added: 03/17/2025*
*(Interested Party)*

represented by

**Robert Wyn Young**
1421 Lexington Avenue, #180
Mansfield, OH 44907
513-238-2821
rwynyoung25@gmail.com
*Assigned: 03/17/25*

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/04/2025 04:04:43 | | |
| **PACER Login:** | rwynyoung25 | **Client Code:** | |
| **Description:** | Party List | **Search Criteria:** | 22-33553 |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |