THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-33553 |
| ALEXANDER E. JONES | § | (Chapter 7) |
| | § | |
| Debtor. | § | |

**SECOND MONTHLY FEE STATEMENT OF TPS-WEST LLC AS ACCOUNTANT FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

| | |
|---|---|
| **Name of Applicant:** | TPS-West LLC as Accountant for the Chapter 7 Trustee |
| **Date of Retention Order:** | 02/07/2025 [DE 1073] |
| **Period for which Fees and Expenses are Incurred:** | April 1, 2025 through and including April 30, 2025[1] |
| **Interim Fees Incurred:** | $2,224.00 |
| **Interim Payment of Fees Requested (80%):** | $1,779.20 |
| **Interim Expenses Incurred:** | $3.20 |
| **Total Fees and Expenses Due:** | $1,782.40 |

This is the Second Monthly Fee Statement.

---

[1] Applicant did not perform any services related to this engagement during the month of March 2025 and therefore did not file a monthly fee statement for that period.

PAGE **1** OF **3**

TPS-West LLC ("TPSW"), as Accountant for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Second Monthly Fee Statement (the "Fee Statement") for the period from April 1, 2025 through April 30, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [DE 793] (the "Interim Compensation Order").

TPSW requests compensation for professional services rendered in the amount of $2,224.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $3.20 (the "Expenses") for the Application Period. Eighty percent (80%) of the fees equals $1,779.20 and one hundred percent (100%) of the Expenses equals $3.20 for a total requested amount of $1,782.40.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by TPSW's professionals, together with their respective hourly rates, is attached hereto as **Exhibit 3**. TPSW's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, TPSW respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $1,779.20 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $3.20 for a total amount of $1,782.40.

Dated: May 9, 2025

                                        Respectfully submitted,

                                        **TPS-WEST LLC**

 

                                        _____
                                        Richard P. Anderson, CPA
                                        10260 Westheimer Rd., Suite 210
                                        Houston, TX 77042
                                        *Accountant for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on May 9, 2025.

                                                              */s/ Jacqueline Q. Chiba*
                                                              Jacqueline Q. Chiba
                                                              *General Bankruptcy Counsel*
                                                              *for the Chapter 7 Trustee*

Dated: May 9, 2025

                                    Respectfully submitted,

                                    **TPS-WEST LLC**

                                    _____
                                    Richard P. Anderson, CPA
                                    10260 Westheimer Rd., Suite 210
                                    Houston, TX 77042
                                    *Accountant for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on May 9, 2025.

                                                    */s/ Jacqueline Q. Chiba*
                                                    Jacqueline Q. Chiba
                                                    *General Bankruptcy Counsel*
                                                    *for the Chapter 7 Trustee*

## **EXHIBIT 1**

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Federal Income Tax | 8.60 | $2,224.00 |
| **TOTAL** | **8.60** | **$2,224.00** |

## **EXHIBIT 2**

### SUMMARY OF EXPENSES

| Expense Type | Amount |
|---|---|
| Copy, Print, and/or Mailing | $3.20 |
| **TOTAL** | **$3.20** |

# EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Natalie S. Hinson | $170.00 | 0.40 |
| Rhonda B. Fronk | $275.00 | 7.00 |
| Richard P. Anderson | $330.00 | 0.70 |
| Richard P. Anderson | NO CHARGE | 0.50 |
| **TOTAL** | | **8.60** |

# **EXHIBIT 3**

**INVOICE**

TPS-West, LLC
Certified Public Accountants
10260 Westheimer Rd., Suite 210
Houston, TX 77042

Invoice submitted to:
Alexander E. Jones   Bk # 22-33553-CML-7
c/o Christopher Murray, Chapter 7
Bankruptcy Trustee
602 Sawyer Street
Suite 400
Houston, TX 77007

May 1, 2025

Invoice #4084

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Federal Income Taxes** | | |
| 4/2/2025 | RBF | Analysis and preparation of tax data for use in tax program for 2024 Form 1041 income tax return. | 2.70 $275.00/hr | $742.50 |
| | RPA | Email Trustee Chris Murray to propose discussion regarding the return and what records are still needed to proceed. | 0.10 $330.00/hr | $33.00 |
| | RPA | Discussion with R. Fronk regarding complexities of return, specifically FSS K-1 (which we do not have). | 0.60 $330.00/hr | $198.00 |
| 4/3/2025 | RBF | Telephone conference with Trustee Chris Murray and Ricky Anderson regarding financial information for Free Speech Systems as related to the 2024 Form 1041 estate income tax return for Alex Jones. | 0.50 $275.00/hr | $137.50 |
| | RPA | Phone discussion with Chris Murray and Rhonda Fronk regarding tax implications of various unknown items, particularly with Free Speech Systems (No Charge as time was billed by RBF). | 0.50 | NO CHARGE |
| 4/7/2025 | NH | Prepare 2024 Form 7004 re: Extension to File Form 1041. | 0.20 $170.00/hr | $34.00 |
| | RBF | Continue analysis / preparation of tax data for use in electronic tax program for 2024 Form 1041 income tax return. | 3.80 $275.00/hr | $1,045.00 |
| 4/9/2025 | NH | Efile 2024 extension re: Form 1041. | 0.20 $170.00/hr | $34.00 |
| | | SUBTOTAL: | [ 8.60 | $2,224.00] |
| | | For professional services rendered | 8.60 | $2,224.00 |

Additional Charges :

Copy Expense

| 4/1/2025 | NH | Monthly Copy Count: March 2025 | | $3.20 |
|---|---|---|---|---|
| | | SUBTOTAL: | [ | $3.20] |
| | | Total costs | | $3.20 |
| | | Total amount of this bill | | $2,227.20 |

Alexander E. Jones   Bk # 22-33553-CML-7                                    Page  2

|                | Amount |
|---|---:|
| Balance due    | $2,227.20 |

## User Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Natalie S. Hinson | 0.40 | $170.00 | $68.00 |
| Rhonda B. Fronk | 7.00 | $275.00 | $1,925.00 |
| Richard P. Anderson | 0.70 | $330.00 | $231.00 |
| Richard P. Anderson | 0.50 | $0.00 | $0.00 |