# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**ELEVENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | April 1, 2025 through and including April 30, 2025 |
| **Interim Fees Incurred:** | $19,934.50 |
| **Interim Payment of Fees Requested (80%):** | $15,947.60 |
| **Interim Expenses Incurred:** | $1,919.87 |
| **Total Fees and Expenses Due:** | $17,867.47 |

This is the Eleventh Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17223528

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Eleventh Monthly Fee Statement (the "Fee Statement") for the period from April 1, 2025 through April 30, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $19,934.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,919.87 (the "Expenses"), for the period from April 1, 2025 through April 30, 2025.  Eighty percent (80%) of the fees equals $15,947.60 and one hundred percent (100%) of the Expenses equals $1,919.87 for a total requested amount of $17,867.47.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $15,947.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,919.87 in the total amount of $17,867.47.

17223528

Dated:  May 12, 2025.
          Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on May 12, 2025.

*/s/ Joshua W. Wolfshohl*
  Joshua W. Wolfshohl

3

17223528

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 17.10 | 14,436.50 |
| Case Administration | .20 | 199.00 |
| Claims Administration and Objection | 4.70 | 3,983.50 |
| Employment/Fee Application | 1.10 | 467.50 |
| Tax | .90 | 848.00 |
| | | |
| **TOTAL** | **24.00** | **19,934.50** |

17223528

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 38.30 |
| Computer Services | 1,857.57 |
| Delivery Service | 24.00 |
| | |
| | |
| **TOTAL** | **1,919.87** |

17223528

# EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Geoffrey L. Schultz | $1,100.00 | .50 |
| Joshua W. Wolfshohl | $995.00 | 9.10 |
| Michael B. Dearman | $745.00 | 11.00 |
| Jordan T. Stevens | $725.00 | 2.30 |
| Eliana Garfias | $425.00 | 1.10 |
| | | |
| **TOTAL** | | **24.00** |

17223528

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | May 08, 2025 |
| Invoice Num.: | 577253 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:          Alex Jones

For professional services rendered and costs incurred through April 30, 2025

| | |
|---|---|
| Professional Services | 19,934.50 |
| Disbursements | 1,919.87 |
| **Total Amount Due** | **$21,854.37** |

EXHIBIT 4

**PORTER HEDGES LLP**

| | | Invoice Date: | May 08, 2025 |
| | | Invoice Num.: | 577253 |
| | | Matter Number: | 018577-0001 |

---

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/02/2025 | MBD | Conference with J. Wolfshohl regarding case strategy. | 0.40 | 298.00 |
| 04/02/2025 | JWW | Conference with M. Dearman regarding equity sale and diligence. | 0.40 | 398.00 |
| 04/07/2025 | MBD | Review and analyze proposed settlement agreement. | 0.50 | 372.50 |
| 04/08/2025 | JWW | Review response to motion to intervene. | 0.20 | 199.00 |
| 04/08/2025 | MBD | Correspond with E. Jones regarding contract assumption (.1); analyze settlement agreement (.4); work on bankruptcy next steps (.5); conference with E. Jones regarding executory contracts (.5). | 1.50 | 1,117.50 |
| 04/08/2025 | EG | Attention to emails on PH's monthly fee statement. | 0.10 | 42.50 |
| 04/09/2025 | JWW | Review order denying certification (.1); analyze claim issues in light of ruling and emails with PH team regarding same (.3); review settlement agreement (.8); emails and phone conference regarding open issues with NY lawsuit (.3). | 1.50 | 1,492.50 |
| 04/09/2025 | MBD | Attention to multiple correspondence regarding New York lawsuit (.3); conference with J. Wolfshohl regarding case status (.4); conference with E. Jones regarding remand and related issues (.5). | 1.20 | 894.00 |
| 04/09/2025 | JTS | Review and analyze the order from the Connecticut Supreme Court (.2); conduct legal research and analysis regarding the Debtors' potential next steps with respect to the same (.5); draft an email summarizing the results of same (.2). | 0.90 | 652.50 |
| 04/10/2025 | MBD | Conference with C. Murray, E. Jones, J. Wolfshohl, and J. Stevens regarding case status and strategy (.8); attend to correspondence with opposing counsel regarding New York lawsuit (.3); correspond with G. Schulz regarding taxes (.4). | 1.50 | 1,117.50 |
| 04/10/2025 | JWW | Review CT/TX executed settlement agreement (.2); review correspondence regarding pending NY case and follow-up emails regarding same (.2); weekly call with | 1.00 | 995.00 |

**PORTER HEDGES LLP**

|  |  | Invoice Date: | May 08, 2025 |
|---|---|---|---|
|  |  | Invoice Num.: | 577253 |
|  |  | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
|  |  | Trustee team regarding open issues in case (.6). |  |  |
| 04/10/2025 | JTS | Prepare for and attend a strategy session with members of the Porter Hedges and Trustee teams. | 0.80 | 580.00 |
| 04/11/2025 | MBD | Correspondence regarding interim fee statement (.2); review analysis of executory contract issues and correspond with E. Jones regarding same (.4). | 0.60 | 447.00 |
| 04/11/2025 | EG | Correspondence on filing logistics of PH's Tenth fee statement (.2); receive, review, and electronically file same with court (.4); download and circulate filed version (.1); coordinate service of same (.2); update file (.1). | 1.00 | 425.00 |
| 04/14/2025 | JWW | Conference with A. Moshenberg and follow-up emails regarding request for remand of state court action and pending settlement between families. | 0.50 | 497.50 |
| 04/14/2025 | MBD | Review orders dismissing adversary cases. | 0.10 | 74.50 |
| 04/15/2025 | JWW | Review and revise stipulation and agreed order on remand (.3); conference with C. Murray and E. Jones regarding same and follow-up review of changes to stipulation and agreed order (.5). | 0.80 | 796.00 |
| 04/16/2025 | JWW | Emails regarding stipulation. | 0.10 | 99.50 |
| 04/17/2025 | MBD | Conference with G. Schultz regarding tax questions (.3); correspond with C. Murray and G. Schultz regarding same (.1). | 0.40 | 298.00 |
| 04/17/2025 | JWW | Conference call with TX/CT parties regarding remand of turnover action and related issues (.7); emails with Trustee team regarding same (.2). | 0.90 | 895.50 |
| 04/17/2025 | GLS | Correspondence and call with M. Dearman regarding various tax issues. | 0.50 | 550.00 |
| 04/21/2025 | JWW | Correspond with Trustee regarding remand issues. | 0.20 | 199.00 |
| 04/22/2025 | JWW | Review proposed remand stipulation and phone conference with E. Jones regarding revisions proposed. | 0.70 | 696.50 |
| 04/23/2025 | JWW | Emails regarding dismissal of appeal and remand order. | 0.20 | 199.00 |

- Page 3 -

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | May 08, 2025 |
| Invoice Num.: | 577253 |
| Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/24/2025 | JWW | Conference with trustee team regarding remand and appeal dismissal issues. | 0.50 | 497.50 |
| 04/24/2025 | MBD | Review revisions to stipulations and agreed orders regarding appeal and remand (.3); conference with C. Murray, E. Jones, and J. Wolfshohl regarding same (.8). | 1.10 | 819.50 |
| 04/25/2025 | JWW | Review revised remand stipulation and followup emails with parties regarding same. | 0.40 | 398.00 |
| 04/28/2025 | JWW | Review draft motion and emails with Trustee regarding same (.2); emails regarding status of remand (.1). | 0.30 | 298.50 |
| 04/28/2025 | MBD | Analyze Jones motion to reconsider (.5); revise motion to ███████████ (1.4); draft proposed order on motion to █████ (1.0); correspond with C. Murray, E. Jones, and J. Wolfshohl regarding same (.1). | 3.00 | 2,235.00 |
| 04/29/2025 | JWW | Review pleading filed by A. Jones and emails with client regarding same and status conference set by court. | 0.50 | 497.50 |
| 04/30/2025 | JWW | Conferences with Trustee team regarding hearing, preparation of status report for court and claims and causes of action investigation status. | 0.90 | 895.50 |
| 04/30/2025 | MBD | Conference with Trustee team and PH team regarding potential claims (.2); conference with C. Murray, E. Jones, and J. Wolfshohl regarding case strategy (.5) | 0.70 | 521.50 |
| 04/30/2025 | JTS | Prepare for and attend strategy session regarding potential causes of action. | 0.60 | 435.00 |
| **Total** | | | **24.00** | **$19,934.50** |

**Total Services**                                                                            **$19,934.50**

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| GLS | Geoffrey L. Schultz | Partner | 0.50 | 1,100.00 | 550.00 |
| JWW | Joshua W. Wolfshohl | Partner | 9.10 | 995.00 | 9,054.50 |
| MBD | Michael B. Dearman | Associate | 11.00 | 745.00 | 8,195.00 |
| JTS | Jordan T. Stevens | Associate | 2.30 | 725.00 | 1,667.50 |

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | May 08, 2025 |
| Invoice Num.: | 577253 |
| Matter Number: | 018577-0001 |

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| EG | Eliana Garfias | Paralegal | 1.10 | 425.00 | 467.50 |
| **Total** | | | **24.00** | | **$19,934.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 38.30 |
| Computer Services | 1,857.57 |
| Delivery Service | 24.00 |
| **Total Disbursements** | **$1,919.87** |

| **Total This Invoice** | **$21,854.37** |
|---|---|