**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| Debtor. | § | |

**ELEVENTH MONTHLY FEE STATEMENT OF**
**JONES MURRAY LLP AS BANKRUPTCY COUNSEL**
**FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**<u>FOR THE PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025</u>**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | April 1, 2025 through April 30, 2025 |
| **Interim Fees Incurred:** | **$29,997.50** |
| **Interim Payment of Fees Requested (80%):** | **$23,998.00** |
| **Interim Expenses Incurred:** | **$0.00** |
| **Total Fees and Expenses Due:** | **$23,998.00** |

This is the Eleventh Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Eleventh Monthly Fee Statement (the "Fee Statement") for the period from April 1, 2025 through April 30, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793](the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $29,997.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from April 1, 2025 through April 30, 2025. Eighty percent (80%) of the fees equals $23,998.00 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested amount of $23,998.00.

Summaries of the calculations for these fees by project category are attached hereto as **Exhibit 1**. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 2**. A summary of expenses is attached as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $23,998.00  and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 for a total amount of $23,998.00.

Dated: May 13, 2025

Respectfully submitted,

**JONES MURRAY LLP**

*/s/ Erin E. Jones*

Jacqueline Q. Chiba
Texas Bar No. 24116899
jackie@jonesmurray.com
Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999
**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on May 13, 2025.

*/s/ Erin E. Jones*

Erin E. Jones

**EXHIBIT 1**

**SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 9.3 | $7,207.50 |
| Asset Disposition | 1.3 | $1,007.50 |
| Assumption/Rejection of Leases and Contracts | 1.6 | $1,240.00 |
| Case Administration | 0.8 | $620.00 |
| Claims Administration and Objections | 1.3 | $1,007.50 |
| Fee/Employment Applications | 2.1 | $1,627.50 |
| Other Contested Matters | 22.8 | $17,287.50 |
| | **39.2** | **$29,997.50** |

## EXHIBIT 2

### SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $775.00 | 37.7 |
| Jacqueline Q. Chiba, *Associate* | $520.00 | 1.5 |
| | | **39.2** |

### EXHIBIT 3

SUMMARY OF EXPENSES

| Expense Category | Cost |
|---|---|
| None During Billing Period | $0.00 |
| | **$0.00** |

# EXHIBIT 4

## PRE-BILL/INVOICE

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/02/2025 | 🕐 | Other Contested Matters: Conference with C. Murray regarding stipulation regarding remand and related issues (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 04/03/2025 | 🕐 | Other Contested Matters: Conference with C. Murray, M. Dearman, and J. Wolfshohl regarding stipulation regarding remand and related issues and pending litigation involving CT and TX families (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 04/08/2025 | 🕐 | Other Contested Matters: Conference with C. Murray regarding conference with B. Schleizer regarding various non-exempt assets, including S. Austin house, watches, vehicles, and FSS related/connected issues (.5); further conference with C. Murray regarding various bank account matters, reporting and pending litigation (.4); review CT response to motion to intervene by attorney Robert Wyn Young and discuss same with C. Murray regarding no need for separate response (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.40h | $775.00 | - | $1,085.00 |
| 04/09/2025 | 🕐 | Claims Administration and Objections: Review Connecticut Supreme Court opinion affirming Ct. Court of Appeals decision (.6); | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| | | | | | **39.20h** | | **$0.00**<br>0.00h | **$29,997.50**<br>39.20h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | review and respond to various emails with Trustee legal team regarding same (.2); conference with C. Murray and conduct brief legal research on deadlines for additional appeals anticipated to be filed by debtor and co-judgment debtor to understand potential for impact or lack of impact on administration of chapter 7 bankruptcy case (.5)<br>🔵 Unbilled | | | | | | |
| 04/09/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Extended conference/work session with M. Dearman regarding executory contracts and related administration matters (.5); correspond with Trustee legal team regarding same (.1); conference with C. Murray regarding same (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.90h | $775.00 | - | $697.50 |
| 04/09/2025 | 🕐 | Other Contested Matters: Conference with C. Murray regarding stipulation regarding remand and status of pending litigation (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 04/09/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Review and respond to various emails with M. Dearman regarding assumption/rejection of contracts (.4) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| | | | | | **39.20h**<br>0.00h | | **$0.00** | **$29,997.50**<br>39.20h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 04/09/2025 | 🕐 | Other Contested Matters: Review and respond to various emails with M. Dearman and C. Murray regarding San Luis v. FSS matter with Pattis and status of same (.1) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 04/10/2025 | 🕐 | Case Administration: Weekly Trustee team meeting with J. Stevens, C. Murray, J. Wolfshohl, and M. Dearman to discuss status of on-going projects/matters (.8) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.80h | $775.00 | - | $620.00 |
| 04/10/2025 | 🕐 | Fee/Employment Applications: Draft, edit, and revise 10th monthly interim fee statement (1.3); conference with C. Murray to review same for approval (.3); finalize same for filing (.2); review other professionals' fee statements and discuss same with C. Murray (.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| 04/10/2025 | 🕐 | Asset Analysis and Recovery: Continue to review non-exempt assets for recovery and litigation claims (1.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.20h | $775.00 | - | $930.00 |
| 04/10/2025 | 🕐 | Asset Analysis and Recovery: Review book contracts regarding executory portions, if any, and | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 5.90h | $775.00 | - | $4,572.50 |
| | | | | | **39.20h** | | **$0.00** <br> 0.00h | **$29,997.50** <br> 39.20h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | property rights issues associated with same (1.3); legal research regarding same (.4); review sales reports and reconciliations and review various emails relating to same (.5); begin analysis of prior sales periods sales/royalty reconciliations for both books (.6) and identify additional information needed for same from debtor, publisher and agent (.3); draft lengthy email to agent J. Maghuul regarding reports needed relating to book sales and previous royalty payments (4); draft lengthy email to S. Jordan and B. Schleizer regarding documents needed from debtor regarding previous payments received from book sales (.4); review B. Schleizer response to same and respond to same and S. Jordan (.1); legal research regarding various types of IP and other property rights assigned under book contracts (1.1); conference with C. Murray regarding same (.5); draft email to Trustee legal team summarizing various issues relating to book contracts (.3) 🔵 Unbilled | | | | | | |
| 04/11/2025 | 🕐 | Assumption/Rejection of Leases and Contracts: Correspond with M. Dearman regarding executory contracts (.3) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| | | | | | **39.20h** | | **$0.00** **0.00h** | **$29,997.50** 39.20h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/14/2025 | 🕐 | Other Contested Matters: Continue to work through issues concerning remand of removed litigation and conference with C. Murray regarding same (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | – | $232.50 |
| 04/15/2025 | 🕐 | Other Contested Matters: Draft, edit, revise stipulation regarding remand of removed actions (1.4); circulate internally and revise per comments received from Trustee legal team (.2); conference with C. Murray and J. Wolfshohl regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.10h | $775.00 | – | $1,627.50 |
| 04/18/2025 | 🕐 | Other Contested Matters: Various conferences with C. Murray regarding CT/TX claims, status of pending litigation, and stipulation regarding remand (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | – | $775.00 |
| 04/22/2025 | 🕐 | Other Contested Matters: Review stipulation regarding remand and conference with C. Murray regarding same and withdrawal of opposition and various questions regarding impact of other related administration issues (.4); conference with J. Wolfshohl regarding stipulation regarding remand and withdrawal of opposition (.4); further conference with C. Murray regarding | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.10h | $775.00 | – | $852.50 |
| | | | | | **39.20h** | | **$0.00**<br>0.00h | **$29,997.50**<br>39.20h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | withdrawal of remand opposition, abandonment and other matters regarding conflicting orders of state court (.3)  🔵 Unbilled | | | | | | |
| 04/23/2025 | 🕐 | Fee/Employment Applications: Email C. Murray regarding status of various pending fee notices of estate professionals (.1)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 04/23/2025 | 🕐 | Asset Disposition: Review and provide comments to draft notice of abandonment, including review of docket relating to same (.9); conference with C. Murray to discuss scope of same (.4)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| 04/23/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding personal assets, including issues with South Austin house and payments relating to same (.3); review forwarded email from B. Schleizer to C. Murray regarding same (.1); discuss sale and stay related issues with C. Murray regarding same (.3)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $775.00 | - | $542.50 |
| 04/23/2025 | 🕐 | Other Contested Matters: Revise stipulation regarding remand and circulate internally with Trustee legal team for review and | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **39.20h** 0.00h | | **$0.00** | **$29,997.50** 39.20h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | discussion (.3); conference with C. Murray regarding same (.2)<br>🔵 Unbilled | | | | | | |
| 04/23/2025 | 🕐 | Other Contested Matters: Work session with C. Murray to discuss various options and pathways for Court to determine appropriate resolution including remand of removed actions, abandonment of various assets/interests, motion regarding cash and cash accounts (1.0); email to C. Murray summarizing same (.2); Review docket, including orders and transcripts for various hearings and summarize relevant excerpts and conference with C. Murray regarding same (.9)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.10h | $775.00 | - | $1,627.50 |
| 04/24/2025 | 🕐 | Other Contested Matters: Evaluate jurisdictional issues relating to state court enforcement in light of various orders and assigned lien (1.2); conference with C. Murray regarding same (.2); conference with C. Murray, J. Wolfshohl, and M. Dearman regarding remand issues, dismissal of appeal, various revisions for same, abandonment of assets (.8)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.20h | $775.00 | - | $1,705.00 |
| 04/25/2025 | 🕐 | Other Contested Matters: Legal research regarding standing to | 00040-Christopher Murray, Chapter 7 Trustee | Jacqueline Chiba | 1.50h | $520.00 | - | $780.00 |
| | | | | | **39.20h** | | **$0.00**<br>0.00h | **$29,997.50**<br>39.20h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | object, participate, be heard in various contested matters and related proceedings (1.0); draft email summarizing same for E. Jones (.5)  🔵 Unbilled | In re Alexander E. Jones | | | | | |
| 04/25/2025 | 🕐 | Other Contested Matters: Conference with C. Murray regarding stay issues relative to remand of removed proceedings and primacy issues relative to property of the estate (.5); draft revisions to stipulation regarding remand of proceedings and circulate for review and comments (.2); review and respond to J. Martin regarding availability to discuss a stipulation regarding remand (.1); review memorandum email from J. Chiba regarding standing (.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee  In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 04/28/2025 | 🕐 | Other Contested Matters: Various messages with Trustee legal team regarding remand of removed proceedings and status of agreement on a stipulation, moving forward with abandonment and comments to draft previously circulated (.7); review and respond to various emails with M. Dearman regarding motion to abandon and review emails regarding same (.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee  In re Alexander E. Jones | Erin Jones | 0.90h | $775.00 | - | $697.50 |
| | | | | | **39.20h** | | **$0.00** | **$29,997.50** |
| | | | | | | | 0.00h | 39.20h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/28/2025 | 🕐 | Other Contested Matters: Review lengthy "motion for reconsideration" filed by A. Jones (.6); identify and review documents/pleadings relating to allegations made by A. Jones in pleading (.3); begin to summarize issues relating to same (.6); conference with C. Murray regarding same (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.70h | $775.00 | - | $1,317.50 |
| 04/29/2025 | 🕐 | Other Contested Matters: Conference with C. Murray regarding motion to reconsider and any response to same (.6); conference with C. Murray regarding drafted notices/motions regarding abandonment and how to address same (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.90h | $775.00 | - | $697.50 |
| 04/29/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding Shellpoint issues and messages from B. Schelizer regarding same and impact on sale of South Austin home (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 04/29/2025 | 🕐 | Other Contested Matters: Review email from J. Martin regarding setting meeting to discuss remand of removed proceedings (.1); various emails with C. Murray, J. Wolfshohl and M. Dearman | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **39.20h** | | **$0.00**<br>0.00h | **$29,997.50**<br>39.20h |

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | regarding same and setting meeting for trustee legal team meeting to discuss same (.1); review order of Judge Eskridge authorizing intervention of CT to pending appeal (.1); review and respond to J. Martin email regarding extension of appellate briefing deadline and conference with C. Murray regarding same (.1); review and approve draft stipulation regarding same (.1) ● Unbilled | | | | | | |
| 04/29/2025 | 🕐 | Asset Analysis and Recovery: Draft email to S. Jordan and B. Schleizer regarding status of documents/ records requested regarding book contracts and previous royalty payments and status of sending records promised (.1) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 04/30/2025 | 🕐 | Other Contested Matters: Prepare for (.2) and participate in Trustee legal team call regarding status hearing setting and preparation of status report for same and claims/ causes of action (.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $775.00 | - | $542.50 |
| 04/30/2025 | 🕐 | Asset Analysis and Recovery: Prepare for call with team regarding claims/causes of action (.4); forward various emails to | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.10h | $775.00 | - | $852.50 |
| | | | | | **39.20h** | | **$0.00** 0.00h | **$29,997.50** 39.20h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Trustee legal team regarding same (.1); conference with Trustee legal team regarding potential claims/causes of action (.6) 🔵 Unbilled | | | | | | |
| 04/30/2025 | 🕐 | Other Contested Matters: Review and respond to various emails with CT and TX families' attorneys regarding stipulation to extend appellate briefing deadlines (.1) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 04/30/2025 | 🕐 | Other Contested Matters: Conference with C. Murray regarding issues to cover in status report in preparation for status hearing and start drafting same (1.0) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 04/30/2025 | 🕐 | Other Contested Matters: Review litigation documents, internal memos, supporting documentation and forward same to Trustee legal team (3.0) 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.00h | $775.00 | - | $2,325.00 |
| | | | | | **39.20h** | | **$0.00** 0.00h | **$29,997.50** 39.20h |