UNITED STATES BANKRUPTCY COURT             SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-33553 (CML) |
|---|---|---|---|
| Debtor | In Re: | ALEXANDER E. JONES | |

This lawyer, who is admitted to the State Bar of _____New York_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Daniel S. Sinnreich<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 \| dsinnreich@paulweiss.com<br>NY 5192497 |
|---|---|

Seeks to appear as the attorney for this party:

| Connecticut Plaintiffs* creditors and parties-in-interest | |
|---|---|
| Dated: May 16, 2025 | Signed: /s/ Daniel S. Sinnreich |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:        Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge

**\*\*Connecticut Plaintiffs are David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica Ash.**