**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **ROBERT WYN YOUNG** ) | **Civil Action No. 4:25-cv-02057** |
| ) | |
| **Appellant.** ) | |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| **In Re:** ) | **Chapter 7** |
| ) | |
| **ALEXANDER E. JONES** ) | **Bankruptcy Case No. 22-33553 (CML)** |
| ) | |
| **Debtor.** ) | |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

<u>**ORDER GRANTING STAY OF PROCEEDINGS PENDING APPEAL**</u>
**[Relates to Docket No. _____ ]**

Upon review of **Appellant's Rule 8007 Motion for Stay of Proceedings Pending Appeal,**

the **Court**, after due deliberation, hereby:

finds good cause for **Appellant's Rule 8007 Motion for Stay of Proceedings Pending**

**Appeal**, and, therefore, grants the same.

**IT IS SO AND HEREBY ORDERED**:

Signed _____, 2025.   _____
**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

1