IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |

### ORDER AUTHORIZING PAYMENT OF SUPPLEMENTAL FINAL FEE APPLICATION OF RACHEL KENNERLY LLC AS TAX ACCOUNTANT TO THE DEBTOR FOR THE PERIOD DECEMBER 2, 2022, THROUGH JUNE 14, 2024

[Relates to Dkt. No. 745]

ON THIS DATE this Court considered the Final Fee Application of Rachel Kennerly, LLC ("Kennerly") as Tax Accountant to the Debtor for Allowance and Payment of Fees and Expenses for the Period from December 6, 2022 through June 14, 2024 (the "Application"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court has considered the Application and any objections prior to the signing of this order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth therein.

2. Kennerly is awarded $33,040.00 for professional fees and services provided during the Application Period of December 6, 2022, through June 14, 2024.

3. Kennerly is awarded $0.00 for reimbursement of actual and necessary expenses incurred by Kennerly during the Application Period.

4. Christopher Murray, the Chapter 7 Trustee is authorized to pay to Kennerly approved but unpaid fees and expenses in the total amount of $10,773.00 as chapter 11 administrative expenses.

5. Notice of the Application provided by Kennerly is deemed to be good and sufficient notice of the Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

IT IS FURTHER ORDERED that, notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2025

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

**AGREED:**

By: */s/ Rachel Kennerly (with permission)*
Rachel Kennerly
**RACHEL KENNERLY, LLC**
3035 Ted Trout Dr.
Lufkin, TX 75904
Telephone: 903-631-0317
Email: rachel@kennerlycpa.com

*Tax Accountant for
Debtor, Alexander E. Jones*

By: */s/ Erin E. Jones*
Erin E. Jones (TX 24032478)
**JONES MURRAY LLP**
602 Sawyer Street, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Fax: (832) 529-3393
Email: erin@jonesmurray.com

*Counsel for Christopher R. Murray, Chapter 7 Trustee*