IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |

ORDER AUTHORIZING PAYMENT OF FINAL FEE APPLICATION OF
BLACKBRIAR ADVISORS LLC AS FINANCIAL ADVISOR TO THE DEBTOR FOR
THE PERIOD DECEMBER 2, 2022, THROUGH JUNE 14, 2024

[Relates to Dkt. No. 743]

ON THIS DATE this Court considered the Final Fee Application of BlackBriar Advisors LLC ("BlackBriar") Financial Advisor to the Debtor for Allowance and Payment of Fees and Expenses for the Period from December 2, 2022 through June 14, 2024 (the "Application"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court has considered the Application and any objections prior to the signing of this order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth therein.

2. BlackBriar is awarded $1,568,205.00 for professional fees and services provided during the Application Period of December 2, 2022, through June 14, 2024.

3. BlackBriar is awarded $105,087.82 for reimbursement of actual and necessary expenses incurred by BlackBriar during the Application Period.

4. Christopher Murray, the Chapter 7 Trustee is authorized to pay to BlackBriar approved but unpaid fees and expenses in the total amount of $106,038.38 as chapter 11 administrative expenses.

5.      Notice of the Application provided by BlackBriar is deemed to be good and sufficient notice of the Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

6.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

IT IS FURTHER ORDERED that, notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2025

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

**AGREED:**

| | |
|---|---|
| *By: /s/Robert Schleizer (with permission)* <br> Robert Schleizer <br> **BLACKBRIAR ADVISORS, LLC** <br> 2626 Cole Ave., Suite 300 <br> Dallas, TX 75201 <br> Telephone: 214-599-8600 <br> Email: bschleizer@blackbriaradvisors.com <br><br> *Financial Advisors for Debtor* <br> *Alexander E. Jones* | By: */s/Erin E. Jones* <br> Erin E. Jones (TX 24032478) <br> **JONES MURRAY LLP** <br> 602 Sawyer Street, Suite 400 <br> Houston, Texas 77007 <br> Telephone: (832) 529-1999 <br> Fax: (832) 529-3393 <br> Email: erin@jonesmurray.com <br><br> *Counsel for Christopher R. Murray, Chapter 7 Trustee* |