United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-33553 |
| ALEXANDER E. JONES, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

**ORDER DENYING REQUEST FOR CERTIFICATION OF DIRECT APPEAL
AND DENYING MOTION TO STAY PENDING APPEAL**
(RE: ECF Nos. 1144, 1153)

For the reasons stated on the record at the June 5, 2025, hearing, Robert Wyn Young's Request for Certification of Direct Appeal to the Fifth Circuit at ECF No. 1144 and Motion to Stay Pending Appeal at ECF No. 1153 are DENIED.

Signed on June 5, 2025

_____
Christopher Lopez
United States Bankruptcy Judge