United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 06, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ALEXANDER E. JONES** | § | **Case No. 22-33553** |
| | § | |
| **Debtor.** | § | |

### ORDER GRANTING FIRST AND FINAL FEE APPLICATION FOR TENEO CAPITAL LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALEXANDER E. JONES FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 19, 2023 THROUGH AND INCLUDING MAY 31, 2024

[Relates to Dkt. No. 707]

Upon consideration of *First and Final Fee Application for Teneo Capital LLC as Financial Advisor to the Official Committee of Unsecured Creditors of Alexander E. Jones for Allowance of Compensation and Reimbursement of Expenses for the Period from January 19, 2023 Through and Including May 31, 2024* (the "Final Application")[1] filed by Teneo, as financial advisor to the Committee, for allowance on an interim and final basis of compensation for professional services rendered and expenses incurred during the Fee Period; and the Court having found and determined that all of the applicable requirements of sections 327, 328, 330, 331 and 363 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of Texas and the Interim Compensation Order, as applicable, have been satisfied with respect to the Final Application; and the Court having jurisdiction to consider the Final Application and the relief requested therein accordance with 28 U.S.C. §§ 157 and 1334(b); and consideration of the Final Application and the relief requested

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Final Application.

therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Final Application and the deadline for filing objections to the relief requested therein having been provided; and no objections to the relief requested in the Final Application having been filed; and this Court having reviewed the Final Application; and it appearing that the services rendered and expenses incurred by Teneo for which compensation and reimbursement are allowed hereby were actual, reasonable and necessary; and it appearing that such compensation and expense reimbursement are reasonable; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1.   The Final Application is GRANTED.

2.   Fees totaling $1,241,831.20 for professional services rendered by Teneo from January 19, 2023 to and including May 31, 2024 are approved and awarded on a final basis as set forth in the Final Application.

3.   Reimbursable expenses totaling $2,291.96 incurred by Teneo from January 19, 2023 to and including May 31, 2024 are approved and awarded on a final basis as set forth in the Final Application. All expenses incurred by Teneo were paid in full prior to entry of this Order.

4.   The Trustee is authorized to pay Teneo the remaining balance of unpaid fees approved and awarded herein in the total amount of $639,966.90.

5.   This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Signed:  June 06, 2025

Christopher M. Lopez
United States Bankruptcy Judge

**AGREED:**

| | |
|---|---|
| */s/ Gary Polkowitz (with permission)* | By: */s/Erin E. Jones* |
| Gary Polkowitz | Erin E. Jones (TX 24032478) |
| Senior Managing Director | **JONES MURRAY LLP** |
| **TENEO CAPITAL LLC** | 602 Sawyer Street, Suite 400 |
| 280 Park Avenue, 4th Floor | Houston, Texas 77007 |
| New York, New York 10117 | Telephone: (832) 529-1999 |
| Telephone: (212) 593-2255 | Fax: (832) 529-3393 |
| Facsimile: (212) 888-2841 | Email: erin@jonesmurray.com |
| Email: gary.polkowitz@teneo.com | |
| | |
| *Financial Advisor to the Official Committee of Unsecured Creditors of Alexander E. Jones* | *Counsel for Christopher R. Murray, Chapter 7 Trustee* |