**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| **In re:** | § |
| | §   **Chapter 7** |
| **ALEXANDER E. JONES,** | § |
| | §   **Case No. 22-33553 (CML)** |
| **Debtor.** | § |
| | § |
| | § |
| | § |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD INTERIM FEE
APPLICATION OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR
CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM FEBRUARY 1, 2025 THROUGH AND INCLUDING APRIL 30, 2025**
**[Relates to Docket No. 1145]**

1.      On May 15, 2025, Porter Hedges LLP, co-counsel for Christopher R. Murray, the Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones, filed its *Third Interim Fee Application of Porter Hedges LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through and including April 30, 2025* [Docket No. 1085] (the "Application").

2.      The deadline for receipt of responses to the Application has passed.

3.      The undersigned represents to the Court that the Trustee is unaware of any objection to the Application appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no party has filed an objection to the relief sought in the Application.  On June 5, 2025, Alexander E. Jones filed *Alex E. Jones Reservation of Rights of Objections to (I) Third Interim Fee Application of Porter Hedges, LLP (#1145); (II) Third Interim Fee Application of Jones Murray LLP (#1146); (III) First Interim Fee Application of TPS-West LLC (#1149); and (IV) Second Interim Fee Application of N&N Forensic, LLC (#1152) to the Professionals Final Fee*

17132324

*Applications* [Docket No. 1161], which is not an objection to the Application but a reservation of rights regarding final fee applications.

4.      Attached hereto is the proposed *Order Granting Third Interim Fee Application of Porter Hedges LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through and including April 30, 2025* (the "Proposed Order").

5.      The Trustee respectfully requests that the Court enter the Proposed Order attached hereto.

Dated: June 9, 2025.
    Houston, Texas                                    **PORTER HEDGES LLP**

                                        By:      */s/ Joshua W. Wolfshohl*
                                                Joshua W. Wolfshohl (TX 24038592)
                                                1000 Main Street, 36th Floor
                                                Houston, Texas 77002
                                                Telephone: (713) 226-6000
                                                Fax: (713) 226-6248
                                                jwolfshohl@porterhedges.com
                                                sjohnson@porterhedges.com

                                                *Co-Counsel for Christopher R. Murray, Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

I certify that on June 9, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties receiving electronic service in this bankruptcy case.

                                                */s/ Joshua W. Wolfshohl*
                                                Joshua W. Wolfshohl

2

17132324