United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 09, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) |
| Debtor. | |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION
OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7
TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM FEBRUARY 1, 2025 THROUGH AND INCLUDING APRIL 30, 2025**
(Relates to Docket No. 1176)

The Court has considered the Third Interim Application of Porter Hedges LLP (the "*Applicant*"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through and including April 30, 2025 (the "Application"). The Court orders:

1. The Applicant is allowed interim compensation in the amount of **$140,536.50** and reimbursement of actual and necessary expenses in the amount of **$23,877.45** for the period set forth in the Application.

17217077

2. The Trustee is authorized to disperse **$28,107.30** which represents the unpaid amounts allowed by paragraph 1 of this Order.

Signed: June 09, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY JUDGE**

17217077