**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| ALEXANDER E. JONES, | § § § | Case No. 22-33553 (CML) |
| Debtor. | § § § | |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD INTERIM FEE APPLICATION OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH AND INCLUDING APRIL 30, 2025**
[Relates to Docket No. 1146]

1.      On May 15, 2025, Jones Murray LLP, co-counsel for Christopher R. Murray, the Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones, filed its *Third Interim Fee Application of Jones Murray LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through and including April 30, 2025* [Docket No. 1146] (the "Application").

2.      The deadline for receipt of responses to the Application has passed.

3.      The undersigned represents to the Court that the Trustee is unaware of any objection to the Application appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no party has filed an objection to the relief sought in the Application. On June 5, 2025, Alexander E. Jones filed *Alex E. Jones Reservation of Rights of Objections to (I) Third Interim Fee Application of Porter Hedges, LLP (#1145); (II) Third Interim Fee Application of Jones Murray LLP (#1146); (III) First Interim Fee Application of TPS-West LLC (#1149); and (IV) Second Interim Fee Application of N&N Forensic, LLC (#1152) to the Professionals Final Fee*

*[Docket No. 1161],* which is not an objection to the Application but a reservation of rights regarding final fee applications.

4.　　Attached hereto is the proposed *Order Granting Third Interim Fee Application of Jones Murray LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through and including April 30, 2025* (the "Proposed Order").

The Trustee respectfully requests that the Court enter the Proposed Order attached hereto.

Dated: June 10, 2025

Respectfully submitted,

By: *Erin E. Jones*
Erin E. Jones (TX 24032478)
**Jones Murray LLP**
602 Sawyer Street, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Fax: (832) 529-3393
erin@jonesmurray.com

*Co-Counsel for Christopher R. Murray,
Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing document was served on June 10, 2025, on all parties receiving ECF service in the above-captioned case.

*/s/ Erin E. Jones*
Erin E. Jones

2