**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| | § | |
| **Debtor.** | § | |

**TWELFTH MONTHLY FEE STATEMENT OF**
**JONES MURRAY LLP AS BANKRUPTCY COUNSEL**
**FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM MAY 1, 2025 THROUGH MAY 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | May 1, 2025 through May 31, 2025 |
| **Interim Fees Incurred:** | $42,081.00 |
| **Interim Payment of Fees Requested (80%):** | $33,664.80 |
| **Interim Expenses Incurred:** | $0.00 |
| **Total Fees and Expenses Due:** | $33,664.80 |

This is the Twelfth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twelfth Monthly Fee Statement (the "Fee Statement") for the period from May 1, 2025 through May 31, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793](the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $42,081.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from May 1, 2025 through May 31, 2025. Eighty percent (80%) of the fees equals $33,664.80 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested amount of $33,664.80.

Summaries of the calculations for these fees by project category are attached hereto as **Exhibit 1**. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 2**. A summary of expenses is attached as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $33,664.80 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 for a total amount of $33,664.80.

Dated: June 10, 2025

Respectfully submitted,

**JONES MURRAY LLP**
*/s/ Erin E. Jones*
Jacqueline Q. Chiba
Texas Bar No. 24116899
jackie@jonesmurray.com

Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999
**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on June 10, 2025.

*/s/ Erin E. Jones*
Erin E. Jones

**EXHIBIT 1**

**SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 3.7 | $2,867.50 |
| Case Administration | 6.9 | $5,347.50 |
| Claims Administration and Objections | 3.1 | $2,402.50 |
| Fee/Employment Applications | 12.1 | $5,578,50 |
| Other Contested Matters | 33.4 | $25,885.00 |
| | **59.2** | **$42,081.00** |

## EXHIBIT 2

### SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $775.00 | 51.9 |
| Jacqueline Q. Chiba, *Associate* | $520.00 | 7.3 |
| | | **59.2** |

## EXHIBIT 3

### SUMMARY OF EXPENSES

| Expense Category | Cost |
|---|---|
| None During Billing Period | $0.00 |
| | **$0.00** |

## EXHIBIT 4

**PRE-BILL/INVOICE**

# Activities Export

06/10/2025
3:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/01/2025 | 🕐 | Asset Analysis and Recovery: Continue to draft, edit, revise stipulations regarding remand and circulate to Trustee legal team for review and discussion (.4); various conferences with C. Murray regarding same (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| 05/01/2025 | 🕐 | Other Contested Matters: Review email from M. Dearman regarding litigation matters (.1); continue to compile relevant documents (.7) and forward M. Dearman and J. Stevens documents relating to same (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.90h | $775.00 | - | $697.50 |
| 05/01/2025 | 🕐 | Other Contested Matters: Review motion to continue/reschedule status conference filed by Alex Jones (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 05/02/2025 | 🕐 | Asset Analysis and Recovery: Continue to review issues relating to remand (.4) and conference with C. Murray regarding same (.3); conference with A. Moshenberg regarding stay (.2); conference with C. Murray, M. Dearman and J. Wolfshohl to finalize stipulation regarding remand (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.40h | $775.00 | - | $1,085.00 |
| 05/02/2025 | 🕐 | Case Administration: Review | 00040-Christopher Murray, | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| | | | | | **59.20h** | | **$1,937.50**<br>2.50h | **$42,081.00**<br>56.70h |

# Activities Export

06/10/2025
3:14 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | various emails regarding re-set status conference based on vacation of Jones counsel and conference with C. Murray and J. Wolfshohl regarding same relative to pending projects (.2)  🔵 Unbilled | Chapter 7 Trustee In re Alexander E. Jones | | | | | |
| 05/02/2025 | 🕐 | Other Contested Matters: Continue to review litigation claims and causes of action, including review of disclosure statement, reports, and other background documents relating to same (3.7)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.70h | $775.00 | - | $2,867.50 |
| 05/02/2025 | 🕐 | Other Contested Matters: Conference with M. Dearman regarding potential litigation claims (.2)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 05/03/2025 | 🕐 | Other Contested Matters: Continue to review potential litigation claims and causes of action (2.0)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| 05/05/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding status of stipulations (.1)  🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 05/05/2025 | 🕐 | Asset Analysis and Recovery: Review order signed by District Court relating to extension of appellate briefing deadlines (.1) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| | | | | | **59.20h** | | **$1,937.50** | **$42,081.00** |
| | | | | | | | 2.50h | 56.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | 🔵 Unbilled | | | | | | |
| 05/05/2025 | 🕐 | Asset Analysis and Recovery: Send follow up email to B. Schleizer and S. Jordan regarding reconciliation of book royalty payments (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 05/05/2025 | 🕐 | Asset Analysis and Recovery: Follow up email to agent regarding reconciliation of book royalty payments (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 05/05/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding status of getting requested documents relating to book royalty reconciliation (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 05/05/2025 | 🕐 | Other Contested Matters: Review issues relating to emergency motion to reconsider (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 05/06/2025 | 🕐 | Fee/Employment Applications: Draft 2nd monthly statement and related exhibits for TPSW for accounting services performed in April 2025 (0.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.20h | $520.00 | - | $104.00 |
| 05/06/2025 | 🕐 | Asset Analysis and Recovery: | 00040-Christopher Murray, | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| | | | | | **59.20h** | | **$1,937.50**<br>2.50h | **$42,081.00**<br>56.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Review and respond to email regarding dismissal of appeal and conference with C. Murray regarding same (.1)<br>● Unbilled | Chapter 7 Trustee<br>In re Alexander E. Jones | | | | | |
| 05/06/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding FSS assets (.2)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 05/06/2025 | 🕐 | Case Administration: Confirm that status conference is not still set for 5/9/25 and conference with C. Murray regarding same (.1)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 05/07/2025 | 🕐 | Other Contested Matters: Prepare for (.6) and participate in conference call/extended work session with M. Dearman and J. Stevens regarding potential litigation claims (1.7)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.30h | $775.00 | - | $1,782.50 |
| 05/13/2025 | 🕐 | Fee/Employment Applications: Draft, edit, revise 11th monthly interim fee statement (1.4)<br>● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.40h | $775.00 | - | $1,085.00 |
| 05/13/2025 | 🕐 | Other Contested Matters: Conference with M. Dearman regarding potential litigation claims (.2) and other pending deadlines/ projects (.1) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| | | | | | **59.20h** | | **$1,937.50**<br>2.50h | **$42,081.00**<br>56.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | 🔵 Unbilled | | | | | | |
| 05/13/2025 | 🕐 | Other Contested Matters: Conference with M. Dearman regarding potential litigation claims (.2) and other pending deadlines/ projects (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 05/14/2025 | 🕐 | Fee/Employment Applications: Draft third interim fee application for Jones Murray LLP and proposed order (3.7); prepare supporting exhibits (0.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 4.20h | $520.00 | - | $2,184.00 |
| 05/14/2025 | 🕐 | Fee/Employment Applications: Begin to draft, edit, revise 3rd interim fee application and conference with J. Chiba regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 05/15/2025 | 🕐 | Fee/Employment Applications: Call with E. Jones to discuss draft of Jones Murray's third interim fee application and potential revisions (0.2); revise and finalize said application to incorporate the discussed changes (0.9)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.10h | $520.00 | - | $572.00 |
| 05/15/2025 | 🕐 | Fee/Employment Applications: Finalize draft of third interim fee application (2.5)(NO CHARGE) | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.50h | $775.00 | $1,937.50 | - |
| | | | | | **59.20h** | | **$1,937.50** | **$42,081.00** |
| | | | | | | | 2.50h | 56.70h |

# Activities Export

06/10/2025
3:14 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | ● | Non-billable | | | | | | |
| 05/15/2025 | 🕐 | Other Contested Matters: Conference call with M. Dearman regarding documents relating to potential litigation claims (.3) <br> ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 05/15/2025 | 🕐 | Other Contested Matters: Review petition for direct appeal filed by Young and conference with C. Murray regarding same (.3) <br> ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 05/15/2025 | 🕐 | Fee/Employment Applications: Review docket for all other pending applications for fees and any orders needed for same for all retained professionals (.4) <br> ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 05/16/2025 | 🕐 | Other Contested Matters: Various emails with Trustee legal team regarding response to motion to reconsider and begin to draft same (.8) <br> ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.80h | $775.00 | - | $620.00 |
| 05/19/2025 | 🕐 | Fee/Employment Applications: Draft second interim fee application and proposed order for N&N (0.9); draft first interim fee application and proposed order for TPSW (0.9) <br> ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.80h | $520.00 | - | $936.00 |
| | | | | | **59.20h** <br> 2.50h | | **$1,937.50** | **$42,081.00** <br> 56.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/19/2025 | 🕐 | Other Contested Matters: Continue to draft, edit, revise response to motion to reconsider (2.5) and legal research regarding same (1.5); multiple conferences with C. Murray regarding same (.4); various emails with Trustee legal team regarding same (.2); conference with M. Dearman regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 5.10h | $775.00 | - | $3,952.50 |
| 05/19/2025 | 🕐 | Other Contested Matters: Review CT/TX Families' filed response to motion to reconsider and discuss same with C. Murray (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 05/20/2025 | 🕐 | Case Administration: Begin to review docket and pending issues for June 5 status conference and draft outline of same, including review of all adversary proceedings and open main case docket entries (1.9); conference with C. Murray regarding same (.4); review status of various non-exempt assets (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.60h | $775.00 | - | $2,015.00 |
| 05/21/2025 | 🕐 | Case Administration: Conference with M. Dearman regarding Young appeal, status report, and potential litigation claims (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **59.20h** | | **$1,937.50**<br>2.50h | **$42,081.00**<br>56.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/21/2025 | 🕐 | Case Administration: Email to Trustee legal team regarding weekly team call and issues for discussion (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 05/21/2025 | 🕐 | Other Contested Matters: Read motion to stay entire proceedings pending appeal filed by Young (.3); brief conference with C. Murray regarding same (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 05/22/2025 | 🕐 | Case Administration: Various messages with Trustee legal team regarding status of various pending projects and Trustee position relating to same (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 05/22/2025 | 🕐 | Other Contested Matters: Continue to review documents and background relating to potential litigation claims (4.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.00h | $775.00 | - | $3,100.00 |
| 05/23/2025 | 🕐 | Case Administration: Continue to work on review of issues to be addressed at status conference (1.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.10h | $775.00 | - | $852.50 |
| 05/23/2025 | 🕐 | Other Contested Matters: Continue to review documents and background relating to potential litigation claims (2.9) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.90h | $775.00 | - | $2,247.50 |
| | | | | | **59.20h** | | **$1,937.50**<br>2.50h | **$42,081.00**<br>56.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 05/27/2025 | 🕐 | Case Administration: Call with A. Moshenberg regarding pending disputes (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 05/27/2025 | 🕐 | Other Contested Matters: Review M. Dearman email with draft response to Young appellant designation (.4); draft and circulate proposed revision to same to Trustee legal team (1.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.60h | $775.00 | - | $1,240.00 |
| 05/28/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding FSS assets (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 05/28/2025 | 🕐 | Other Contested Matters: Review various emails regarding statement in response to Young appellant designation and respond to same (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 05/28/2025 | 🕐 | Other Contested Matters: Review Reply of Alex Jones to responses/ objections filed relating to his motion to reconsider (.3); conference with C. Murray regarding same (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **59.20h**<br>2.50h | | **$1,937.50** | **$42,081.00**<br>56.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/29/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding administration and disposition of various assets and procedures relating to same (.3) <br> ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 05/29/2025 | 🕐 | Asset Analysis and Recovery: Review email regarding status of FSS assets (.1); conference with C. Murray and J. Wolfshohl regarding same (.2) <br> ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 05/29/2025 | 🕐 | Case Administration: Weekly conference call with Trustee legal team regarding pending open issues and projects (1.0) <br> ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 05/29/2025 | 🕐 | Claims Administration and Objections: Conference with C. Murray regarding claims in chapter 7 case (.2) <br> ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 05/29/2025 | 🕐 | Claims Administration and Objections: Calls to various chapter 11 professionals regarding final fee applications that are still pending (.2) <br> ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 05/29/2025 | 🕐 | Other Contested Matters: Prepare for conference with Trustee legal team regarding potential litigation | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| | | | | | **59.20h** | | **$1,937.50** | **$42,081.00** |
| | | | | | | | 2.50h | 56.70h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | claims (1.3) ● Unbilled | | | | | | |
| 05/30/2025 | 🕐 | Claims Administration and Objections: Review final fee applications of various chapter 11 professionals and related documents to try to determine amount remaining to be paid to be included in revised proposed order (1.5) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.50h | $775.00 | - | $1,162.50 |
| 05/30/2025 | 🕐 | Other Contested Matters: Conference call with Trustee legal team regarding potential litigation claims (1.1) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.10h | $775.00 | - | $852.50 |
| 05/30/2025 | 🕐 | Other Contested Matters: Continue to prepare analysis of potential litigation claims (2.0) ● Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| 05/31/2025 | 🕐 | Claims Administration and Objections: Continue to review Jordan Ortiz fee notices, applications, etc. to try to determine amount still due to be paid (.5); review S. Jordan email responding to request to provide exact amount remaining to be paid in final fee applicaton (.1); review C. Karsted email regarding same (.1); respond with lengthy email to S. Jordan and C. Karsted | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.20h | $775.00 | - | $930.00 |
| | | | | | **59.20h** | | **$1,937.50** 2.50h | **$42,081.00** 56.70h |

# Activities Export

| Date | ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|---|
| | | | explaining why the specific amount still due is needed in a proposed order and request to confirm same (.5)<br>🔵 Unbilled | | | | | | |
| 05/31/2025 | | 🕐 | Other Contested Matters: Begin to draft, edit, revise pleadings relating to potential litigation claims (2.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.50h | $775.00 | - | $1,937.50 |
| | | | | | | **59.20h** | | **$1,937.50**<br>2.50h | **$42,081.00**<br>56.70h |