UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> **ALEXANDER E. JONES,** § <br> § <br> Debtor. § <br> § | Chapter 7 <br><br> Case No. 22-33553 (CML) |

**TWELFTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>MAY 1, 2025 THROUGH MAY 31, 2025</u>**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | May 1, 2025 through and including May 31, 2025 |
| **Interim Fees Incurred:** | $32,894.50 |
| **Interim Payment of Fees Requested (80%):** | $26,315.60 |
| **Interim Expenses Incurred:** | $2,974.62 |
| **Total Fees and Expenses Due:** | $29,290.22 |

This is the Twelfth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17270910

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twelfth Monthly Fee Statement (the "Fee Statement") for the period from May 1, 2025 through May 31, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $32,894.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,974.62 (the "Expenses"), for the period from May 1, 2025 through May 31, 2025. Eighty percent (80%) of the fees equals $26,315.60 and one hundred percent (100%) of the Expenses equals $2,974.62 for a total requested amount of $29,290.22.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $26,315.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,974.62 in the total amount of $29,290.22.

Dated:  June 11, 2025.
     Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,
Christopher R. Murray***

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on June 11, 2025.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

17270910

# EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 28.90 | 22,374.50 |
| Case Administration | 2.70 | 1,331.50 |
| Employment/Fee Application | 7.00 | 4,791.00 |
| Litigation | 5.50 | 4,397.50 |
|  |  |  |
| **TOTAL** | **44.10** | **32,894.50** |

17270910

# **EXHIBIT 2**

## SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 1,093.05 |
| Computer Services | 1,857.57 |
| Delivery Service | 24.00 |
|  |  |
| **TOTAL** | **2,974.62** |

17270910

# **EXHIBIT 3**

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $995.00 | 5.20 |
| Michael B. Dearman | $745.00 | 29.70 |
| Jordan T. Stevens | $725.00 | 5.30 |
| Carey A. Sakert | 495.00 | 1.00 |
| Mitzie L. Webb | 485.00 | .40 |
| Eliana Garfias | $425.00 | 2.50 |
| | | |
| **TOTAL** | | **44.10** |

17270910