UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:  §<br>  §<br>ALEXANDER E. JONES,  §<br>  §<br>  Debtor.  §<br>  § | Chapter 7<br><br>Case No. 22-33553 (CML) |

**TWELFTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>MAY 1, 2025 THROUGH MAY 31, 2025</u>**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | May 1, 2025 through and including May 31, 2025 |
| **Interim Fees Incurred:** | $32,894.50 |
| **Interim Payment of Fees Requested (80%):** | $26,315.60 |
| **Interim Expenses Incurred:** | $2,974.62 |
| **Total Fees and Expenses Due:** | $29,290.22 |

This is the Twelfth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17270910

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twelfth Monthly Fee Statement (the "Fee Statement") for the period from May 1, 2025 through May 31, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $32,894.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,974.62 (the "Expenses"), for the period from May 1, 2025 through May 31, 2025. Eighty percent (80%) of the fees equals $26,315.60 and one hundred percent (100%) of the Expenses equals $2,974.62 for a total requested amount of $29,290.22.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $26,315.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,974.62 in the total amount of $29,290.22.

Dated: June 11, 2025.
     Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

    This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on June 11, 2025.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

17270910

# **EXHIBIT 1**

## SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 28.90 | 22,374.50 |
| Case Administration | 2.70 | 1,331.50 |
| Employment/Fee Application | 7.00 | 4,791.00 |
| Litigation | 5.50 | 4,397.50 |
| | | |
| **TOTAL** | **44.10** | **32,894.50** |

17270910

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 1,093.05 |
| Computer Services | 1,857.57 |
| Delivery Service | 24.00 |
|  |  |
| **TOTAL** | **2,974.62** |

17270910

# **EXHIBIT 3**

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $995.00 | 5.20 |
| Michael B. Dearman | $745.00 | 29.70 |
| Jordan T. Stevens | $725.00 | 5.30 |
| Carey A. Sakert | 495.00 | 1.00 |
| Mitzie L. Webb | 485.00 | .40 |
| Eliana Garfias | $425.00 | 2.50 |
| | | |
| **TOTAL** | | **44.10** |

17270910

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| ATTN: CHRIS MURRAY | Invoice Date: June 10, 2025 |
| | Invoice Num.: 578459 |
| | Matter Number: 018577-0001 |
| | Billing Attorney: Joshua W. Wolfshohl |
| | Tax ID: #74-2174193 |

Matter:  Alex Jones

For professional services rendered and costs incurred through May 31, 2025

| | |
|---|---:|
| Professional Services | 32,894.50 |
| Disbursements | 2,974.62 |
| **Total Amount Due** | **$35,869.12** |

EXHIBIT 4

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | June 10, 2025 |
| Invoice Num.: | 578459 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2025 | JWW | Review motion to continue (.1); emails and phone conferences with Trustee team regarding remand and appeal issues (.5); review revised language and provide comments to same (.3). | 0.90 | 895.50 |
| 05/01/2025 | MBD | Attend to correspondence regarding remand (.2); conference with J. Stevens regarding potential claims and case strategy (.5); review discovery related to potential claims (.2); conference with C. Murray, J. Wolfshohl, and E. Jones regarding status conference (.4). | 1.30 | 968.50 |
| 05/01/2025 | JTS | Prepare for and speak with M. Dearman with regarding potential claims and adversary proceedings. | 0.60 | 435.00 |
| 05/02/2025 | MBD | Conference with J. Wolfshohl regarding case strategy (.1); correspond with E. Jones regarding document discovery (.1). | 0.20 | 149.00 |
| 05/05/2025 | MBD | Begin draft interim fee application (1.7); conference with J. Stevens regarding potential claims (.5). | 2.20 | 1,639.00 |
| 05/05/2025 | JTS | Speak with M. Dearman regarding potential claims, including materials pertaining thereto (.5); conduct legal research and analysis regarding potential claims and adversary proceedings (1.5). | 2.00 | 1,450.00 |
| 05/06/2025 | MBD | Review and analyze litigation preparation materials. | 1.70 | 1,266.50 |
| 05/07/2025 | MBD | Conference with E. Jones and J. Stevens regarding potential claims (1.5); review documents (.2); continue draft third interim fee application (.2). | 1.90 | 1,415.50 |
| 05/07/2025 | JTS | Prepare for and attend a strategy session with M. Dearman and E. Jones regarding potential claims and adversary proceedings, including by reviewing previous research and analysis in anticipation thereof (1.7); correspond with members of the Porter Hedges Team regarding the Relativity database (.2). | 1.90 | 1,377.50 |
| 05/07/2025 | CAS | Communications with e-discovery vendor regarding J. | 0.20 | 99.00 |

- Page 2 -

**PORTER HEDGES LLP**

|  |  | Invoice Date: | June 10, 2025 |
|---|---|---|---|
|  |  | Invoice Num.: | 578459 |
|  |  | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
|  |  | Stevens' database access. |  |  |
| 05/08/2025 | MBD | Continue draft third interim fee application. | 1.90 | 1,415.50 |
| 05/09/2025 | MBD | Continue draft fee application (1.0); gather supporting discovery and documents related to potential claims (.3); correspond with E. Jones and J. Stevens regarding same (.1); correspond with J. Wolfshohl regarding third interim fee application (.1); analyze potential claims and causes of action (.5); correspond with C. Murray regarding fee statement and fee application (.1). | 2.10 | 1,564.50 |
| 05/11/2025 | MBD | Revise fee statement (.1); review and redact invoices (.2). | 0.30 | 223.50 |
| 05/12/2025 | MBD | Correspond with M. Webb regarding eleventh interim fee statement (.1); continue analyzing potential claims (.9); continue analyzing document production (1.6). | 2.60 | 1,937.00 |
| 05/12/2025 | MLW | Email exchanges with M. Dearman regarding PH's 11th Monthly Fee Statement; receive/review and file; docket deadline to object. | 0.40 | 194.00 |
| 05/13/2025 | MBD | Fees correspondence (.1); revise fee app (.2); analyze document production (.2); conference with E. Jones regarding response to motion to reconsider and case status (.3). | 0.80 | 596.00 |
| 05/14/2025 | MBD | Correspond with C. Murray regarding fee application (.1); finalize fee application and exhibits (.3). | 0.40 | 298.00 |
| 05/15/2025 | MBD | Conference with E. Jones regarding case issues (.5); revise fee application (.2); correspond with M. Webb and E. Garfias regarding fee application (.1). | 0.80 | 596.00 |
| 05/15/2025 | EG | Correspondence on filing logistics of third interim PH fee application (.2); receive, review, and electronically file same with court (.6); download and circulate filed version (.1); update file (.1). | 1.00 | 425.00 |
| 05/19/2025 | JWW | Review and provide feedback on response to Jones motion to reconsider (.3); review response filed by families (.3). | 0.60 | 597.00 |

**PORTER HEDGES LLP**

|  |  | Invoice Date: | June 10, 2025 |
|---|---|---|---|
|  |  | Invoice Num.: | 578459 |
|  |  | Matter Number: | 018577-0001 |

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/19/2025 | MBD | Analyze document production (2.3); conference with E. Jones regarding response to motion to reconsider (.2). | 2.50 | 1,862.50 |
| 05/20/2025 | MBD | Analyze document production (2.5); correspond with E. Jones and J. Stevens regarding same (.1). | 2.60 | 1,937.00 |
| 05/21/2025 | MBD | Analyze documents regarding potential claims (.2); conference with E. Jones regarding motion for stay pending appeal and related case issues (.4); correspond regarding document review (.2). | 0.80 | 596.00 |
| 05/22/2025 | JWW | Emails with Trustee team regarding open issues in case. | 0.20 | 199.00 |
| 05/22/2025 | MBD | Multiple correspondence with C. Sakert regarding documents production (.2); begin review of additional document production (.2). | 0.40 | 298.00 |
| 05/22/2025 | CAS | Receive production from Frost Bank, PQPR Holdings, and Security Bank and forward same to vendor with instructions for loading into database. | 0.60 | 297.00 |
| 05/23/2025 | JWW | Conference with M. Dearman regarding estate causes of action and pending appeal. | 0.40 | 398.00 |
| 05/23/2025 | MBD | Conference with J. Wolfshohl regarding case status and potential claims (.4); analyze potential claims (.4); correspond with E. Jones regarding statement in appeal (.1). | 0.90 | 670.50 |
| 05/23/2025 | CAS | Email communications with M. Dearman regarding new client documents being available for review in database. | 0.20 | 99.00 |
| 05/24/2025 | MBD | Draft statement in connection with Young appeal (1.0); review and analyze pleadings related to Young appeal (.5). | 1.50 | 1,117.50 |
| 05/25/2025 | MBD | Continue draft statement regarding Young appeal. | 2.30 | 1,713.50 |
| 05/26/2025 | JWW | Review statement regarding appeal and emails regarding same. | 0.30 | 298.50 |
| 05/27/2025 | JWW | Emails and phone conference with counsel for families (.7); review orders entered in adversaries regarding remand and emails with Trustee team regarding same | 1.10 | 1,094.50 |

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | June 10, 2025 |
| Invoice Num.: | 578459 |
| Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
|  |  | (.2); review reply filed by A. Jones regarding motion to reconsider (.2). |  |  |
| 05/27/2025 | MBD | Revise statement in Young appeal and correspond with E. Jones, J. Wolfshohl, and J. Stevens regarding same (.1); correspond with C. Murray regarding same (.1). | 0.20 | 149.00 |
| 05/27/2025 | EG | Update case calendar with upcoming deadlines. | 0.20 | 85.00 |
| 05/28/2025 | MBD | Correspond with C. Murray regarding statement in Young appeal (.1); correspond with M. Webb and E. Garfias regarding statement in Young appeal (.1); conference with J. Wolfshohl regarding same (.1). | 0.30 | 223.50 |
| 05/28/2025 | EG | Correspondence on filing logistics of statement in young appeal (.1); monitor emails for status of same (.5); receive, review, and electronically file same with court in bankruptcy and appellate case (.5); download and circulate filed versions (.1); update file (.1). | 1.30 | 552.50 |
| 05/29/2025 | JWW | Conference with Trustee team regarding open issues in case, status conference and pending appeal. | 0.60 | 597.00 |
| 05/29/2025 | MBD | Continue analyzing potential claims (.3); conference with Trustee team and PH team regarding case issues (.6). | 0.90 | 670.50 |
| 05/30/2025 | JWW | Conference with Trustee team regarding claims and causes of action. | 1.10 | 1,094.50 |
| 05/30/2025 | MBD | Prepare for meeting on potential claims (.2); conference with E. Jones, J. Wolfshohl, and J. Stevens regarding potential claims analysis (.9). | 1.10 | 819.50 |
| 05/30/2025 | JTS | Prepare for and attend a strategy session with J. Wolfshohl, M. Dearman, E. Jones, and the Trustee. | 0.80 | 580.00 |
| **Total** |  |  | **44.10** | **$32,894.50** |
| **Total Services** |  |  |  | **$32,894.50** |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|

**PORTER HEDGES LLP**

|  |  | Invoice Date: | June 10, 2025 |
|---|---|---:|---:|
|  |  | Invoice Num.: | 578459 |
|  |  | Matter Number: | 018577-0001 |

| **Initials** | **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---:|---:|---:|
| JWW | Joshua W. Wolfshohl | Partner | 5.20 | 995.00 | 5,174.00 |
| MBD | Michael B. Dearman | Associate | 29.70 | 745.00 | 22,126.50 |
| JTS | Jordan T. Stevens | Associate | 5.30 | 725.00 | 3,842.50 |
| CAS | Carey A. Sakert | Paralegal | 1.00 | 495.00 | 495.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.40 | 485.00 | 194.00 |
| EG | Eliana Garfias | Paralegal | 2.50 | 425.00 | 1,062.50 |
| **Total** |  |  | **44.10** |  | **$32,894.50** |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Computer Assisted Legal Research | 1,093.05 |
| Computer Services | 1,857.57 |
| Delivery Service | 24.00 |
| **Total Disbursements** | **$2,974.62** |

| | |
|---|---:|
| **Total This Invoice** | **$35,869.12** |