**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § § § § | Chapter 7 |
| ALEXANDER E. JONES, | § § | Case No. 22-33553 (CML) |
| Debtor. | § § § | |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST INTERIM FEE APPLICATION OF N&N FORENSICS, LLC, AS IT PROFESSIONAL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 4, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**
[Relates to Docket No. 1087]

1. On February 14, 2025, N&N Forensics, LLC, the IT professional for Christopher R. Murray, the Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones, filed its *First Interim Fee Application* [Docket No. 1087] (the "Application") for the period of September 4, 2024 through January 31, 2025.

2. The deadline for receipt of responses to the Application has passed.

3. The undersigned represents to the Court that the Trustee is unaware of any objection to the Application appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no party has filed an objection to the relief sought in the Application.

4. On March 7, 2025, Alexander E. Jones filed a *Reservation of Rights of Objections* [DE 1102], which was not an objection to the Application but a reservation of rights regarding final fee applications.

2

5.      Attached hereto is the proposed *Order Granting First Interim Fee Application of N&N Forensics, LLC* that was filed with the Application at Docket No. 1087-1 (the "Proposed Order").

The Trustee respectfully requests that the Court enter the Proposed Order attached hereto.

Dated: June 12, 2025

Respectfully submitted,
By: *Jacqueline Q. Chiba*
Jacqueline Q. Chiba (TX 24116899)
**Jones Murray LLP**
602 Sawyer Street, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Fax: (832) 529-3393
jackie@jonesmurray.com

*Co-Counsel for Christopher R. Murray, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing document was served on June 12, 2025, on all parties receiving ECF service in the above-captioned case.

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § Chapter 7 |
| | § |
| **ALEXANDER E. JONES,** | § Case No. 22-33553 (CML) |
| | § |
| **Debtor.** | § |
| | § |
| | § |
| | § |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF**
**N&N FORENSICS, LLC, AS IT PROFESSIONAL FOR THE CHAPTER 7**
**TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
<u>**FROM SEPTEMBER 4, 2024 THROUGH AND INCLUDING JANUARY 31, 2025**</u>
**[This Order relates to Docket No. _____]**

The Court has considered the *First Interim Fee Application* ("***Application***") of N&N Forensics, LLC ("***N&N***"), as IT Professional for the Chapter 7 Trustee, Christopher R. Murray, for the allowance of compensation and reimbursement of expense for the period from September 4, 2024 through and including January 31, 2025 ("***Application Period***"). The Court orders:

1.  N&N is allowed interim compensation in the amount of <u>**$81,450.00**</u> for professional fees and reimbursement of actual and necessary expenses of <u>**$8,562.59**</u> incurred during the Application Period.

2.  The Trustee is authorized to disburse any unpaid compensation allowed by this Order to N&N.