**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § § § § | Chapter 7 |
| ALEXANDER E. JONES, | § § | Case No. 22-33553 (CML) |
| Debtor. | § § § | |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND INTERIM FEE APPLICATION OF N&N FORENSICS, LLC, AS IT PROFESSIONAL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH AND INCLUDING FEBRUARY 28, 2025**
[Relates to Docket No. 1152]

1.      On May 20, 2025, N&N Forensics, LLC, IT professional for Christopher R. Murray, the Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones, filed its *Second Interim Fee Application* [Docket No. 1152] (the "Application") for the period of February 1, 2025 through February 28, 2025.

2.      The deadline for receipt of responses to the Application has passed.

3.      The undersigned represents to the Court that the Trustee is unaware of any objection to the Application appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no party has filed an objection to the relief sought in the Application.

4.      On June 5, 2025, Alexander E. Jones filed *Alex E. Jones Reservation of Rights of Objections to (I) Third Interim Fee Application of Porter Hedges, LLP (#1145); (II) Third Interim Fee Application of Jones Murray LLP (#1146); (III) First Interim Fee Application of TPS-West LLC (#1149); and (IV) Second Interim Fee Application of N&N Forensic, LLC (#1152) to the*

1

*Professionals Final Fee [Docket No. 1161],* which is not an objection to the Application but a reservation of rights regarding final fee applications.

5.     Attached hereto is the proposed *Order Granting Second Interim Fee Application of N&N Forensics, LLC* (the "Proposed Order") that was filed with the Application at Docket No. 1152-5.

6.     The Trustee respectfully requests that the Court enter the Proposed Order attached hereto.

Dated: June 12, 2025

Respectfully submitted,
By: *Jacqueline Q. Chiba*
Jacqueline Q. Chiba (TX 24116899)
**Jones Murray LLP**
602 Sawyer Street, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Fax: (832) 529-3393
jackie@jonesmurray.com

*Co-Counsel for Christopher R. Murray, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing document was served on June 12, 2025, on all parties receiving ECF service in the above-captioned case.

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § Chapter 7 |
| **ALEXANDER E. JONES,** | § |
| | § Case No. 22-33553 (CML) |
| **Debtor.** | § |
| | § |
| | § |
| | § |
| | § |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF**
**N&N FORENSICS, LLC, AS IT PROFESSIONAL FOR THE CHAPTER 7**
**TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
<u>**FROM FEBRUARY 1, 2025 THROUGH AND INCLUDING FEBRUARY 28, 2025**</u>
**[This Order relates to Docket No. _____]**

The Court has considered the *Second Interim Fee Application* ("***Application***") of N&N

Forensics, LLC ("***N&N***"), as IT Professional for the Chapter 7 Trustee, Christopher R. Murray, for

the allowance of compensation and reimbursement of expense for the period from February 1,

2025 through and including February 28, 2025 ("***Application Period***"). The Court orders:

1.      N&N is allowed interim compensation in the amount of **$5,000.00** for professional

fees during the Application Period.

2.      The Trustee is authorized to disburse $1,000.00 to N&N which represents the

unpaid amounts allowed by paragraph 1 of this Order.

SIGNED: _____, 2025

_____
**Honorable Christopher M. Lopez**
**United States Bankruptcy Judge**