United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 13, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | §  | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| **ALEXANDER E. JONES,** | § | Case No. 22-33553 (CML) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |

### ORDER GRANTING FIRST INTERIM FEE APPLICATION OF TPS-WEST LLC AS ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 20, 2024 THROUGH AND INCLUDING APRIL 30, 2025

[This Order relates to Docket No. 1149]

The Court has considered the *First Interim Fee Application* ("**Application**") of TPS-West LLC ("**TPSW**"), as Accountant for the Chapter 7 Trustee, Christopher R. Murray, for the allowance of compensation and reimbursement of expense for the period from December 20, 2024 through and including April 30, 2025 ("**Application Period**"). The Court orders:

1. TPSW is allowed interim compensation in the amount of **$6,623.50** for professional fees rendered and the reimbursement of **$33.60** in expenses incurred during the Application Period.

2. The Trustee is authorized to disburse **$1,324.70** to TPSW which represents the unpaid amounts allowed by paragraph 1 of this Order.

Signed: June 13, 2025

_____
Christopher Lopez
United States Bankruptcy Judge