## Exhibit A

## Avoidable Transfers

### Missouri Trust Transfers

| Date | Debit | Notes |
|---|---|---|
| 03/20/20 | $500,000.00 | Internet fund transfer to acct #6277 (Missouri Trust) |
| TOTAL | $500,000.00 | |

### PLJR Transfers

| Date | Debit | Notes |
|---|---|---|
| 12/16/21 | $16,000.00 | Internet transfer to acct #8605 (PLJR) |
| 12/20/21 | $2,000.00 | Internet transfer to acct #8605 (PLJR) |
| 12/21/21 | $48,800.00 | Internet transfer to acct #8605 (PLJR) |
| 01/12/22 | $40,000.00 | Internet transfer to acct #8605 (PLJR) |
| 01/12/22 | $100,000.00 | Internet transfer to acct #8605 (PLJR) |
| TOTAL | $206,800.00 | |

### JLJR Transfers

| Date | Debit | Notes |
|---|---|---|
| 12/16/21 | $40,000.00 | Internet transfer to acct #8589 (JLJR) |
| 12/20/21 | $5,000.00 | Internet transfer to acct #8589 (JLJR) |
| 12/21/21 | $120,000.00 | Internet transfer to acct #8589 (JLJR) |
| TOTAL | $165,000.00 | |

17258558

**PQPR Transfers**

| Date | Debit | Notes |
|---|---|---|
| 09/17/20 | $600,894.93 | Internet fund transfer to acct #1550 (PQPR) |
| **TOTAL** | **$600,894.93** | |

17258558