# EXHIBIT A -
# CASH TRANSFERS TO ERIKA WULFF JONES

**Transfers to Erika Lyn Jones**  Revised: 11/25/23

| Bank Account | Date of Payment | Check # | Amount | Description per Check Memo | Signed by |
|---|---|---|---|---|---|
| Chase #7518 | 12/9/2021 | 775 | 21,000 | apt+furn+ movers +mo | Alex Jones |
| Chase #7518 | 1/7/2022 | 474 | 12,000 | Support | Alex Jones |
| Chase #7518 | 2/12/2022 | 655 | 40,000 | Feb & reimburse | Alex Jones |
| Chase #7518 | 2/14/2022 | 654 | 15,000 | Monthly +Dad+ uber Eats | Alex Jones |
| Chase #7518 | 2/28/2022 | 656 | 15,000 | Monthly +Dad+ uber Eats | Alex Jones |
| Chase #7518 | 3/14/2022 | 658 | 16,000 | monthly + VE+dad | Alex Jones |
| Chase #7518 | 3/25/2022 | 659 | 15,000 | Feb | Alex Jones |
| Chase #7518 | 4/6/2022 | 660 | 18,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 5/11/2022 | 824 | 70,000 | back pay | Alex Jones |
| Chase #7518 | 5/24/2022 | 827 | 43,800 | March, Apri, May | Alex Jones |
| Chase #7518 | 6/27/2022 | 828 | 30,000 |  | Alex Jones |
| Chase #7518 | 7/5/2022 | 829 | 25,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 8/9/2022 | 718 | 15,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 8/25/2022 | 661 | 31,239 | reimbursements | Alex Jones |
| Chase #7518 | 9/19/2022 | 662 | 18,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 10/4/2022 | 663 | 21,000 | Monthly + Dad +uber Eats | Alex Jones |
| Chase #7518 | 10/18/2022 | 664 | 15,000 | Monthly + massage | Alex Jones |
| Chase #7518 | 11/7/2022 | 665 | 18,000 | Monthly + VRBO | Alex Jones |
| Chase #7518 | 11/28/2022 | 666 | 22,000 | Nov + Dad +furniture | Alex Jones |
| **Total Chase** | | | **461,039** | | |
| | | | | | |
| **Sec. Bank # 8548- AEJ** | | | | | |
| Sec. Bank | 10/17/2022 | WT | 50,000 | | |
| Sec. Bank | 11/8/2022 | WT | 179,764 | Transferred by D Jones. Prepay 2023 pre nupitual agreed payments | |
| | | | | | |
| **Sec. Bank- #0916 Missouri Trust** | | | | | |
| | 11/8/2022 | 154 | 78,140 | Signed by D Jones Catch up of pre petition amounts owed | |
| | | | | | |
| **Prosperity Bank #9175** | | | | | |
| | 10/14/2022 | WT | 40,000 | | |
| | | | | | |
| **Bank of America #6078** | | | | | |
| | 10/17/2022 | WT | 25,000 | | |
| **Total Transfers** | | | **833,943** | | |