# EXHIBIT B -
# CASH TRANSFERS TO DAVID JONES

| Transfers to David Ross Jones | | |
|---|---|---:|
| **Date of Payment** | | **Amount** |
| 1/10/2022 | Credit Card Reimbursement | 8,157 |
| 1/18/2022 | Credit Card Reimbursement | 12,505 |
| 2/8/2022 | Credit Card Reimbursement | 24,180 |
| 2/18/2022 | | 19,367 |
| 2/28/2022 | Credit Card Reimbursement | 28,556 |
| 2/23/2022 | Credit Card Reimbursement | 15,000 |
| 3/2/2022 | | 20,000 |
| 4/21/2022 | | 20,000 |
| 5/9/2022 | | 20,000 |
| 7/22/2022 | | 73,538 |
| 7/25/2022 | | 12,000 |
| 7/25/2022 | | 15,000 |
| 8/16/2022 | | 44,112 |
| 9/1/2022 | Credit Card Reimbursement | 10,000 |
| 9/3/2022 | Credit Card Reimbursement | 25,000 |
| 9/15/2022 | | 20,000 |
| 9/26/2022 | | 55,399 |
| 10/4/2022 | | 25,000 |
| 11/4/2022 | Note 1 | 500,000 |
| | | **947,814** |
| **Transfers of Property** | | |
| 4/14/2022 | Perdanales Hills Ranch | 137,240 |
| 10/12/2022 | 2015 Challenger Hellcat- Note 2 | 42,347 |
| 10/12/2022 | 2013 Ford Raptor-Note 2 | 35,095 |
| 10/12/2022 | 2019 Ford Raptor- Note 2 | 31,767 |
| Transfers of Property | | **246,449** |
| **Total Value of Transfers** | | **1,194,263** |

Note 1    Missouri Trust transferred $500,000 to D Jones and D Jones transferred to AEJ account #8548

Note 2    Vehicle values per KBB on 3/29/23