United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 17, 2025

Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| | § |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) |
| | § |
| Debtor. | § |
| | § |
| | § |

### ORDER GRANTING SECOND INTERIM FEE APPLICATION OF N&N FORENSICS, LLC, AS IT PROFESSIONAL FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH AND INCLUDING FEBRUARY 28, 2025
### [This Order relates to Docket No. 1152]

The Court has considered the *Second Interim Fee Application* ("***Application***") of N&N Forensics, LLC ("***N&N***"), as IT Professional for the Chapter 7 Trustee, Christopher R. Murray, for the allowance of compensation and reimbursement of expense for the period from February 1, 2025 through and including February 28, 2025 ("***Application Period***"). The Court orders:

1.      N&N is allowed interim compensation in the amount of **$5,000.00** for professional fees during the Application Period.

2.      The Trustee is authorized to disburse $1,000.00 to N&N which represents the unpaid amounts allowed by paragraph 1 of this Order.

Signed: June 17, 2025

_____

Christopher Lopez

United States Bankruptcy Judge