United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> **ALEXANDER E. JONES,** § <br> § <br> Debtor. § <br> § <br> § <br> § | § Chapter 7 <br> § <br> § Case No. 22-33553 (CML) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF
HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS AS FINANCIAL
ADVISOR FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM DECEMBER 2, 2024 THROUGH JANUARY 31, 2025**
[This Order relates to Docket No. 1088]

The Court has considered the *First Interim Fee Application* ("***Application***") of HMP Advisory Holdings, LLC d/b/a Harney Partners ("***HP***"), as Financial Advisor for the Chapter 7 Trustee, Christopher R. Murray, for the allowance of compensation and reimbursement of expense for the period from December 2, 2024 through and including January 31, 2025 ("***Application Period***"). The Court orders:

1. HP is allowed interim compensation in the amount of **$5,210.00** for professional fees.[1]

2. The Trustee is authorized to disburse any unpaid compensation allowed by this Order to HP.

Signed: June 18, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] HP did not request for the reimbursement of any expenses for this Application Period.