United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Chapter 7 |
| | § |
| **ALEXANDER E. JONES,** | § Case No. 22-33553 (CML) |
| | § |
| Debtor. | § |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION
OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7
TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM FEBRUARY 1, 2025 THROUGH AND INCLUDING APRIL 30, 2025**
[Relates to Docket No. 1146]

The Court has considered the Third Interim Application of Jones Murray LLP (the "*Applicant*"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through and including April 30, 2025 (the "Application"). The Court orders:

1. The Applicant is allowed interim compensation in the amount of **$130,977.50** and reimbursement of actual and necessary expenses in the amount of **$1,455.30** for the period set forth in the Application.

2. The Trustee is authorized to disburse **$26,195.50** which represents the unpaid amounts allowed by paragraph 1 of this Order.

Signed: June 18, 2025

_____
Christopher Lopez
United States Bankruptcy Judge