United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| | § |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) |
| | § |
| Debtor. | § |
| | § |
| | § |

### ORDER GRANTING FIRST INTERIM FEE APPLICATION OF
### N&N FORENSICS, LLC, AS IT PROFESSIONAL FOR THE CHAPTER 7
### TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF
### COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
### FROM SEPTEMBER 4, 2024 THROUGH AND INCLUDING JANUARY 31, 2025
#### [This Order relates to Docket No. 1087]

The Court has considered the *First Interim Fee Application* ("**Application**") of N&N

Forensics, LLC ("**N&N**"), as IT Professional for the Chapter 7 Trustee, Christopher R. Murray, for

the allowance of compensation and reimbursement of expense for the period from September 4,

2024 through and including January 31, 2025 ("**Application Period**"). The Court orders:

1.      N&N is allowed interim compensation in the amount of **$81,450.00** for professional

fees and reimbursement of actual and necessary expenses of **$8,562.59** incurred during the

Application Period.

2.      The Trustee is authorized to disburse any unpaid compensation allowed by this

Order to N&N.

Signed: June 18, 2025

Christopher Lopez
United States Bankruptcy Judge