United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |

**ORDER AUTHORIZING PAYMENT OF FINAL FEE APPLICATION OF CROWE & DUNLEVY, P.C. AS CO-COUNSEL TO THE DEBTOR FOR THE PERIOD FROM DECEMBER 2, 2022, THROUGH JUNE 14, 2024**

[Relates to Dkt. No. 746]

ON THIS DATE this Court considered the Final Fee Application of Crowe & Dunlevy, P.C. ("C&D") as Co-Counsel to the Debtor for Allowance and Payment of Fees and Expenses for the Period from December 2, 2022 through June 14, 2024 (the "Application"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court has considered the Application and any objections prior to the signing of this order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth therein.

2. C&D is awarded $4,337,267.50 for professional fees and services provided during the Application Period of December 02, 2022, through June 14, 2024, which is equal to the sum of 100% of C&D's fees incurred during the Application Period and includes the total remaining unpaid balance of fees and expenses in the amount of $370,774.45.

3. C&D agrees to a one-time voluntary $30,000.00 courtesy discount of its fees for the benefit of the chapter 7 estate.

4. C&D is awarded $140,050.79 for reimbursement of actual and necessary expenses incurred by C&D during the Application Period

5. Christopher Murray, the Chapter 7 Trustee is authorized to pay to C&D approved but unpaid fees and expenses in the total amount of $340,774.45 as chapter 11 administrative expenses.

6. Notice of the Application provided by C&D is deemed to be good and sufficient notice of the Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

IT IS FURTHER ORDERED that, notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: Signed: June 18, 2025

Christopher Lopez
United States Bankruptcy Judge

**AGREED:**

By: /s/William H. Hoch (with permission)
William H. Hoch, Shareholder/Director
TEXAS STATE BAR NO.: 24104666
Christopher M. Staine
State Bar No. 24104576
S.D. Tex. Bar No. 3233944
**CROWE & DUNLEVY PC**
324 N. Robinson Ave. Suite 100
Oklahoma City, OK 73102
Telephone: 405-826-2194
2525 McKinnon St., Ste. 425
Dallas, TX 75201
Telephone: 214.420.2163
Email: will.hoch@crowedunlevy.com
Email: christopher.staine@crowedunlevy.com

*Co-Counsel for Debtor, Alexander E. Jones*

By: /s/Erin E. Jones
Erin E. Jones (TX 24032478)
**JONES MURRAY LLP**
602 Sawyer Street, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Fax: (832) 529-3393
Email: erin@jonesmurray.com

*Counsel for Christopher R. Murray, Chapter 7 Trustee*