UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**ALEXANDER E. JONES,**<br><br>    **Debtor.** | §<br>§<br>§ **Chapter 7**<br>§ **Case No. 22-33553 (CML)**<br>§<br>§ |

**ORDER AUTHORIZING TRUSTEE TO PAY
SECURED CLAIM OF NEWREZ LLC D/B/A SHELLPOINT MORTGAGE
SERVICING REGARDING REAL PROPERTY IN AUSTIN, TEXAS 78745**
**[This Order relates to Docket No. _____]**

The Court considered the Trustee's *Motion to Pay Secured Claim of NewRez LLC d/b/a Shellpoint Mortgage Servicing Regarding Real Property in Austin, Texas 78745* ("**Motion**")[1] and after due deliberation, the Court finds that: (a) notice was sufficient under the circumstances; (b) the relief requested is appropriate and the Trustee has exercised reasonable business judgment in seeking the relief set forth in the Motion; (c) the relief requested is in the best interest of the Estate and its creditors; and (d) good cause exists to grant the Motion. Accordingly, it is hereby **ORDERED** that:

1. Upon entry of this Order, the Trustee is authorized to pay to NewRez LLC d/b/a Shellpoint Mortgage Servicing ("**Shellpoint**") **$21,041.84**, which is inclusive of the remaining principal balance and all related fees, penalties, interests, and other monetary assessments through August 1, 2025, and if applicable, to pay any additional amounts of interest and other fees that may accrue between August 1, 2025 through the date of this Order (all together, the "**Payoff Amount**"), that is due under Mortgage Loan ID: 0691424360 (the "**Loan**") with respect to the real property located in Austin, Texas 78745 (the "**Property**"). The Trustee shall file notice on the docket after payment made pursuant to this Order.

2. Upon the Trustee's payment of Payoff Amount, Shellpoint's claim(s) against the Estate is deemed fully satisfied. Shellpoint releases and waives any further claims,

---

[1] Capitalized terms used but not otherwise defined herein are intended to have the same meaning as defined in the Motion.

Page **1** of **2**

        liens, interests, or other encumbrances in the Property and any rights or claims for payment from the Estate on account of such Property and the Loan.

3.     Shellpoint shall use the Trustee's business address, as set forth in this paragraph, as the official forwarding, mailing, and/or address of record in connection with the Loan for all purposes, including but not limited to, providing notices, sending correspondence, sending copies of any recorded lien releases, and/or for issuing any refunds due under the Loan:

        Christopher R. Murray, Chapter 7 Trustee
        602 Sawyer St., Suite 400
        Houston, Texas 77007

4.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.