**EXHIBIT 1**
**PRIOR MONTHLY FEE STATEMENTS**

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| | § | |
| **Debtor.** | § | |

**FIRST MONTHLY FEE STATEMENT OF HMP ADVISORY HOLDINGS, LLC**
**D/B/A HARNEY PARTNERS AS FINANCIAL ADVISOR FOR**
**THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
<u>**FOR THE PERIOD FROM DECEMBER 2, 2024 THROUGH JANUARY 31, 2025**</u>

| | |
|---|---|
| **Name of Applicant:** | HMP Advisory Holdings, LLC d/b/a Harney Partners, Financial Advisor for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | December 31, 2024 [DE 1003] with effective retention date of December 2, 2024 |
| **Period for which Fees and Expenses are Incurred:** | December 2, 2024 through and including January 31, 2025 |
| **Interim Fees Incurred:** | $5,210.00 |
| **Interim Payment of Fees Requested (80%):** | $4,168.00 |
| **Interim Expenses Incurred:** | $ -0- |
| **Total Fees and Expenses Due:** | $4,168.00 |

This is the First Monthly Fee Statement.

HMP Advisory Holdings, LLC d/b/a Harney Partners ("HP"), as Financial Advisor for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this First Monthly Fee Statement (the "Fee Statement") for the period from December 2, 2024 through January 31, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Dkt. No. 793] (the "Interim Compensation Order").

HP requests compensation for professional services rendered in the amount of $5,210.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $ -0- (the "Expenses"), for the period from December 2, 2024 through January 31, 2025. Eighty percent (80%) of the fees equals $4,168.00 and one hundred percent (100%) of the Expenses equals $ -0- for a total requested amount of **$4,168.00**. A timesheet reflecting the services provided and expenses incurred is attached hereto as **Exhibit 1**.

**WHEREFORE**, HP respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $4,168.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $ -0-, for the total requested interim compensation of **$4,168.00**.

Dated: February 10, 2025

Respectfully submitted,

**HMP ADVISORY HOLDINGS, LLC**
**D/B/A HARNEY PARTNERS**

Karen G. Nicolaou, *Managing Director*
Email: knicolaou@harneypartners.com
Telephone: 281.656.6508
One Riverway 777
S. Post Oak Lane, Suite 1700
Houston, TX 77056
*Financial Advisors for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 10, 2025.

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba
*Counsel for the Chapter 7 Trustee*

Case 22-33553 Document 1087-1 Filed in TXSB on 06/27/25 Page 45 of 47



# Harney Partners

**INVOICE**

8911 Capital of Texas Highway, Suite 2120
Austin, TX 78759

Invoice # 73924
Date: 02/10/2025
Due Upon Receipt

In re Alexander E. Jones

## 00387-In re Alexander E. Jones

## Litigation Support Services

| Date | Professional | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12/17/2024 | KN | Reporting & Analysis: Review MOR's and other information. | 0.40 | $550.00 | $220.00 |
| 12/18/2024 | KN | Meetings & Conference Calls: Call with C Murray to outline MOR process and deliverable related to same. | 0.50 | $550.00 | $275.00 |
| 01/03/2025 | KN | Financial Analysis: Create model for consolidating information for Monthly Operating reports for Alex Jones and FSS in preparation for discussion with C Murray. | 1.30 | $550.00 | $715.00 |
| 01/06/2025 | KN | Meetings & Conference Calls: Meeting with C Murray and G Milligan to discuss reporting parameters and additional tasks. | 0.40 | $550.00 | $220.00 |
| 01/10/2025 | KN | Meetings & Conference Calls: Call with E Dereng to discuss set up of MOR's for monthly reporting. | 0.40 | $550.00 | $220.00 |
| 01/10/2025 | ED | Meetings & Conference Calls: Call with K. Nicolaou to discuss set up of MOR's for monthly reporting (0.4) | 0.40 | $350.00 | $140.00 |
| 01/10/2025 | ED | Financial Advisory Services: June MOR re Cash analysis (1.5) | 1.50 | $350.00 | $525.00 |
| 01/13/2025 | ED | Financial Advisory Services: June - Sept MOR analysis (5.2) | 5.20 | $350.00 | $1,820.00 |
| 01/15/2025 | KN | Meetings & Conference Calls: Review progress on creation of consolidated MORs with E Derengowski. | 0.30 | $550.00 | $165.00 |
| 01/15/2025 | ED | Meetings & Conference Calls: Review progress | 0.30 | $350.00 | $105.00 |

Case 22-33553 Document 1087 Filed in TXSB on 02/27/25 Page 6 of 7

| Date | | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | on creation of consolidated MORs with K. Nicolaou (0.3) | | | |
| 01/16/2025 | ED | Financial Advisory Services: Continued Aug & Sept MOR analysis (1.5). | 1.50 | $350.00 | $525.00 |
| 01/17/2025 | ED | Financial Advisory Services: Review and completion of June MOR (0.8) | 0.80 | $350.00 | $280.00 |
| | | | **Quantity Subtotal** | | **13.0** |

| Professional | Quantity | Rate | Total |
|---|---|---|---|
| Edward Derengowski | 9.7 | $350.00 | $3,395.00 |
| Karen Nicolaou | 3.3 | $550.00 | $1,815.00 |
| | **Quantity Total** | | **13.0** |
| | | **Subtotal** | **$5,210.00** |
| | | **Total** | **$5,210.00** |

Please make all amounts payable to: Harney Partners

Payment is due upon receipt.

## Remittance Advice

| Checking Information | |
|---|---|
| **Remit checks to:** | Harney Partners<br>8911 Capital of Texas Highway, Suite 2120<br>Austin, TX 78759 |

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | Chase Bank |
| **Bank ABA/Routing #:** | 111000614 for ACH payments; 021000021 for Wire payments |
| **Name/Account #:** | 361978783 |

Please include the invoice number 73924 as an additional reference so we may accurately identify and apply your payment.

Please provide adequate payment to cover the wire fees assessed by your financial institution.