## EXHIBIT 2

### TIMEKEEPER TABLE

| Professional | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Karen Nicolaou | Managing Director | $550 | 3.3 | $1,815.00 |
| Edward Derengowski | Manager | $350 | 9.7 | $3,395.00 |