## EXHIBIT 3
### PROJECT CATEGORY TABLE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 13 | $         5,210.00 |