**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ALEXANDER E. JONES,** | § | **Case No. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |

**ORDER GRANTING FINAL FEE APPLICATION OF**
**HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS AS FINANCIAL**
**ADVISOR FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
<u>**THE PERIOD FROM DECEMBER 2, 2024 THROUGH JANUARY 31, 2025**</u>
**[This Order relates to Docket No. _____]**

The Court has considered the *Final Fee Application* ("***Application***") *of HMP Advisory Holdings, LLC d/b/a Harney Partners* ("***HP***"), *as Financial Advisor for the Chapter 7 Trustee, Christopher R. Murray, for the allowance of compensation and reimbursement of expense for the period from December 2, 2024 through and including January 31, 2025*. The Court orders:

1.      The Application is approved and HP is allowed final compensation in the amount of **$5,210.00** for professional fees.[1]

2.      The Trustee is authorized to disburse any unpaid compensation allowed by this Order to HP.

3.      The Trustee's engagement of HP is concluded.

Signed: _____

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1]  HP did not request for the reimbursement of any expenses.