THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| ALEXANDER E. JONES., | § | Case No. 22-33553 |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF FINAL FEE APPLICATION FOR APPROVAL OF
COMPENSATION FOR HMP ADVISORY HOLDINGS, LLC D/B/A
HARNEY PARTNERS AS FINANCIAL ADVISOR FOR THE CHAPTER 7 TRUSTEE,
CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
<u>DECEMBER 2, 2024 THROUGH JANUARY 31, 2025</u>
[Related to Docket No. 1207]**

> **HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS HAS FILED AN APPLICATION FOR APPROVAL OF COMPENSATION THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

**PLEASE TAKE NOTICE THAT**: HMP Advisory Holdings, LLC d/b/a Harney Partners ("*HP*" or the "*Applicant*"), financial advisor for Christopher R. Murray, chapter 7 trustee ("*Trustee*") for the bankruptcy estate of Alexander E. Jones ("*Jones*" or the "*Debtor*"), has applied to this Court for an order approving Applicant's *Final Fee Application for Approval of*

*Compensation and Reimbursement of Expenses* [DE 1207] (the "**Application**") for the period of December 2, 2024 through January 31, 2025 ("**Application Period**"). The Application seeks final approval of fees in the amount of $5,210.00 and expenses of $0.00.

The Application was filed with the Clerk of the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002 on the same date as this notice. Any objections to the Applicant's Application for interim approval and payment of fees and expenses must be filed by the deadlines set forth in Bankruptcy Local Rule 9013.

Dated: June 27, 2025

Respectfully submitted,

HMP ADVISORY HOLDINGS, LLC
D/B/A HARNEY PARTNERS

_____
Karen G. Nicolaou, Managing Director
Email: knicolaou@harneypartners.com
Telephone: 281-656-6508
One Riverway 777
S. Post Oak Lane, Suite 1700
Houston, TX 77056
*Financial Advisors for the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2025 a true and correct copy of the foregoing notice was provided by electronic notice to all parties registered for and entitled to notice in this case through the Court's CM/ECF system and/or U.S. First Class Mail, postage prepaid, on all parties entitled to notice.

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba
*Counsel for the Chapter 7 Trustee*