UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | CASE NO.: 22-33553 |
| ALEXANDER E. JONES, § | CHAPTER 7 |
| *AKA* ALEX JONES, § | |
| DEBTOR. § | |
| _____/ § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Hannah Ackley, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of BANK OF AMERICA, N.A. and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

>Padgett Law Group
>6267 Old Water Oak Road, Suite 203
>Tallahassee, FL 32312

**DATED** this 30th day of June 2025.

>Respectfully submitted,
>
>/s/Hannah Ackley
>Hannah Ackley, Esq.
>(TNBN: 036073)
>PADGETT LAW GROUP
>546 Silicon Dr., Suite 103
>Southlake, TX 76092
>(850) 422-2520 (telephone)
>(850) 422-2567 (facsimile)
>Hannah.Ackley@padgettlawgroup.com
>Attorney for Creditor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 30th day of June 2025.

Respectfully submitted,

/s/ Hannah Ackley
Hannah Ackley

**SERVICE LIST (CASE NO. 22-33553)**

*Debtor*
Alexander E. Jones
c/o 2525 McKinnon Street
Suite 425
Dallas, TX 75201

*Attorney*
Ben C Broocks
Broocks Law Firm PLLC
6207 Bee Cave Road
Suite 120
Austin, TX 78746

*Trustee*
Christopher R Murray
Jones Murray LLP
602 Sawyer St
Ste 400
Houston, TX 77007

*U.S. Trustee*
US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002