UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: Robert Wyn Young<br>    Debtor | § | |
| | § | Civil Action No. 4:25cv02057 |
| | § | |
| | § | |
| | § | Bankruptcy Case No 22-33553 |
| Robert Wyn Young | § | |
| Appellant | § | |

# Record Transmitted

    The bankruptcy clerk has transmitted the record for this appeal to the district court. *See* Fed. R. Bankr. P. 8010 (b). Unless the district court orders otherwise, the following deadlines apply. *See* Fed. R. Bankr. P. 8018.

1. The appellant's brief must be filed within 30 days after entry of this notice.

2. The appellee's brief must be filed within 30 days after service of the appellant's brief.

3. The appellant may file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument.

Date: July 8, 2025

                                                                                           Nathan Ochsner, Clerk of Court

                                                                                           Deputy Clerk  H. Lerma