**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**THIRTEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2025 THROUGH JUNE 30, 2025**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | June 1, 2025 through and including June 30, 2025 |
| **Interim Fees Incurred:** | $65,660.00 |
| **Interim Payment of Fees Requested (80%):** | $52,528.00 |
| **Interim Expenses Incurred:** | $10,761.99 |
| **Total Fees and Expenses Due:** | $63,289.99 |

This is the Thirteenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17308657

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Thirteenth Monthly Fee Statement (the "Fee Statement") for the period from June 1, 2025 through June 30, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $65,660.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $10,761.99 (the "Expenses"), for the period from June 1, 2025 through June 30, 2025.  Eighty percent (80%) of the fees equals $52,528.00 and one hundred percent (100%) of the Expenses equals $10,761.99 for a total requested amount of $63,289.99.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $52,528.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $10,761.99 in the total amount of $63,289.99.

Dated:  July 10,, 2025.
      Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## <u>CERTIFICATE OF SERVICE</u>

    This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on July 10, 2025.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

17308657

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 79.00 | 62,391.50 |
| Case Administration | 7.30 | 3,268.50 |
| Employment/Fee Application | 0.00 | 0.00 |
| Litigation | 0.00 | 0.00 |
| | | |
| **TOTAL** | **86.30** | **65,660.00** |

17308657

## **EXHIBIT 2**

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 1,299.82 |
| Computer Services | 3,547.67 |
| Deposition Expense | 5,418.66 |
| UCC Searches | 495.84 |
| | |
| | |
| **TOTAL** | **10,761.99** |

17308657

**EXHIBIT 3**

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $995.00 | 14.80 |
| Matthew R. Baughman | $800.00 | .70 |
| Michael B. Dearman | $745.00 | 53.40 |
| Jordan T. Stevens | $725.00 | 10.10 |
| Janice M. Thomas | 495.00 | .40 |
| Mitzie L. Webb | 485.00 | 2.30 |
| Eliana Garfias | $425.00 | 4.60 |
| | | |
| **TOTAL** | | **86.30** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | July 09, 2025 |
| Invoice Num.: | 579552 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:         Alex Jones

For professional services rendered and costs incurred through June 30, 2025

| | |
|---|---|
| Professional Services | 65,660.00 |
| Disbursements | 10,761.99 |
| **Total Amount Due** | **$76,421.99** |

EXHIBIT 4

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | July 09, 2025 |
| Invoice Num.: | 579552 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/02/2025 | MBD | Begin draft complaint. | 1.10 | 819.50 |
| 06/03/2025 | MBD | Continue draft complaint (1.5); review document production (.3). | 1.80 | 1,341.00 |
| 06/04/2025 | MBD | Continue draft complaint. | 0.90 | 670.50 |
| 06/04/2025 | JWW | Emails with E. Jones regarding status conference. | 0.20 | 199.00 |
| 06/05/2025 | JWW | Attend status conference virtually (1.6); conference with E. Jones regarding next steps (.8). | 2.40 | 2,388.00 |
| 06/05/2025 | MBD | Revise status report (.3); correspond with C. Murray regarding same (.1); continue draft complaint (1.5); update motion and order to abandon (1.0); correspond with E. Jones regarding hearing (.2). | 3.10 | 2,309.50 |
| 06/06/2025 | JWW | Conference with Trustee regarding hearing and next steps (.6); further calls regarding same (.4). | 1.00 | 995.00 |
| 06/06/2025 | MBD | Conference with C. Murray, E. Jones, and J. Wolfshohl regarding case strategy (.5); continue draft complaint (1.5). | 2.00 | 1,490.00 |
| 06/06/2025 | EG | Correspondence on requesting June 5th hearing transcript (.3); submit request (.1). | 0.40 | 170.00 |
| 06/07/2025 | MBD | Continue draft complaint to avoid transfers (1.0); review and analyze financial records (1.3). | 2.30 | 1,713.50 |
| 06/08/2025 | MBD | Continue draft complaint to avoid transfers. | 0.40 | 298.00 |
| 06/09/2025 | JWW | Conference with R. Chapple regarding status of state court proceeding (.5); follow-up with E. Jones regarding same (.4); review letter regarding FSS asset sale and emails regarding same with client (.2). | 1.10 | 1,094.50 |
| 06/09/2025 | MBD | Draft certificate of no objection to third interim fee application (.2); correspond with M. Webb and E. Garfias regarding same (.1); continue draft complaint (4.2); conference with E. Jones regarding complaints and case strategy (.3). | 4.80 | 3,576.00 |

**PORTER HEDGES LLP**

|                   |              |
|-------------------|--------------|
| Invoice Date:     | July 09, 2025 |
| Invoice Num.:     | 579552        |
| Matter Number:    | 018577-0001   |

---

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|----------|----------|-------------|-------|--------|
| 06/09/2025 | EG | Correspondence on filing logistics of CNO for PH's 3rd interim fee application (.2); receive, review, and electronically file same with court (.3); download and circulate filed version (.1); email case manager on submission of same (.1); update file (.1). | 0.80 | 340.00 |
| 06/10/2025 | JMT | Attention to requests for UCC lien searches. | 0.10 | 49.50 |
| 06/10/2025 | MBD | Continue draft complaint (1.0); analyze motions for reconsideration (.2); conference with Trustee team and PH team regarding case status and strategy (.9); draft exhibits to complaint (1.0). | 3.10 | 2,309.50 |
| 06/10/2025 | EG | Follow up with transcriber on hearing transcript request (.2); attention to emails on draft fee statement (.2). | 0.40 | 170.00 |
| 06/10/2025 | JTS | Prepare for and attend strategy session with M. Dearman and E. Jones regarding potential causes of action and adversary proceedings. | 1.00 | 725.00 |
| 06/11/2025 | JWW | Conference call with UST's office regarding case status and FSS. | 0.70 | 696.50 |
| 06/11/2025 | MBD | Review lien search results (.1); review and analyze bank statements and transfers (2.0). | 2.10 | 1,564.50 |
| 06/11/2025 | JMT | Review of UCC lien search results received. | 0.30 | 148.50 |
| 06/12/2025 | MBD | Multiple correspondence with J. Wolfshohl and J. Stevens regarding causes of action (.3); conference with J. Wolfshohl regarding same (.5); conference with M. Baughman, J. Wolfshohl and J. Stevens regarding causes of action (.4); analyze case law related to same (1.5); conference with J. Stevens (.2); work on service issues (.1); revise draft complaint (2.5); numerous correspond with J. Stevens regarding draft complaint and revisions (.3). | 5.80 | 4,321.00 |
| 06/12/2025 | JWW | Work on adversary complaint regarding trust assets and conference calls regarding related legal issues. | 2.40 | 2,388.00 |
| 06/12/2025 | EG | Correspondence on filing logistics of adversary complaint (.2); discuss same with M. Webb (.1). | 0.30 | 127.50 |

**PORTER HEDGES LLP**

| | |
|---|---|
| Invoice Date: | July 09, 2025 |
| Invoice Num.: | 579552 |
| Matter Number: | 018577-0001 |

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/12/2025 | JTS | Prepare for and attend strategy sessions regarding case strategy and next steps, including with respect to potential adversary proceedings (.7); review and revise the draft Complaint regarding the AEJ 2018 Trust (1.1). | 1.80 | 1,305.00 |
| 06/12/2025 | MRB | Review documents relating to AEJ 2018 Trust (.5); telephone conference with J. Wolfshohl and M. Dearman regarding trust and interests in entities owned by trust (.2) | 0.70 | 560.00 |
| 06/13/2025 | MBD | Correspondence with J. Stevens and J. Wolfshohl regarding complaints (.8); correspond with M. Webb and E. Garfias regarding same (.2). | 1.00 | 745.00 |
| 06/13/2025 | JWW | Work on final revisions to adversaries and confer with Trustee and team regarding filing same. | 1.50 | 1,492.50 |
| 06/13/2025 | EG | Correspondence on filing logistics of adversary complaint (.2); receive, review, and electronically file same with court (.6); download and circulate filed version (.1); update file (.1). | 1.00 | 425.00 |
| 06/13/2025 | JTS | Review and revise the three draft Adversary Complaints (2.8); prepare for and speak with C. Murray (.3); prepare for and speak with E. Jones (.7); finalize and prepare the adversary complaints for filing and speak with M. Webb regarding the same (.9). | 4.70 | 3,407.50 |
| 06/13/2025 | MLW | Email exchanges and calls with PH team regarding filing adversary complaints (1.2); monitor emails regrading same (.9); receive and file (.2). | 2.30 | 1,115.50 |
| 06/15/2025 | MBD | Analyze case law regarding reconsideration of remand orders. | 1.60 | 1,192.00 |
| 06/16/2025 | JWW | Emails with Trustee regarding offer on assets and next steps. | 0.30 | 298.50 |
| 06/16/2025 | MBD | Analyze motions to reconsider (.2); analyze case law governing reconsideration of remand orders (2.2); correspond with J. Wolfshohl and J. Stevens regarding same (.2). | 2.60 | 1,937.00 |

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | July 09, 2025 |
| Invoice Num.: | 579552 |
| Matter Number: | 018577-0001 |

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/17/2025 | MBD | Conference with E. Jones regarding motions for reconsideration (.4); analyze case law related to same (1.0); draft objection to motion for reconsideration (3.0). | 4.40 | 3,278.00 |
| 06/17/2025 | JWW | Conference with client regarding offer on assets and sale of equity (.7); follow-up emails regarding same (.2). | 0.90 | 895.50 |
| 06/18/2025 | MBD | Continue draft objection to motions for reconsideration (2.0); correspond with J. Stevens regarding same (.2); analyze case law regarding objections to reconsideration (.6); attention to correspondence from E. Jones regarding sale inquiry (.2). | 3.00 | 2,235.00 |
| 06/18/2025 | JWW | Emails regarding equity sale and related issues. | 0.30 | 298.50 |
| 06/18/2025 | EG | Follow up on hearing transcript (.1); receive, review, and circulate same (.2). | 0.30 | 127.50 |
| 06/18/2025 | JTS | Conduct legal research and analysis in connection with the Debtor's Motion to Reconsider (1.1); draft and revise the Objection to the Debtors' Motion to Reconsider (.8). | 1.90 | 1,377.50 |
| 06/19/2025 | MBD | Conference with J. Wolfshohl and J. Stevens regarding case status and strategy. | 0.20 | 149.00 |
| 06/19/2025 | JWW | Phone conference with Trustee team regarding open issues in case (.3); phone conference with A. Moshenberg regarding case status (.2); phone conference with C. Murray regarding same (.4). | 0.90 | 895.50 |
| 06/19/2025 | JTS | Prepare for and attend strategy session with members of the Porter Hedges Team, E. Jones, and C. Murray. | 0.40 | 290.00 |
| 06/23/2025 | MBD | Revise motion to abandon. | 0.70 | 521.50 |
| 06/24/2025 | JWW | Phone conference with J. Martin and A. Moshenberg regarding open issues in case (.2); conference with C. Murray regarding equity sale (.1); follow-up emails regarding abandonment issues and equity sale with trustee team (.3). | 0.60 | 597.00 |
| 06/24/2025 | MBD | Revise motion to abandon assets and equity (1.0); review hearing transcripts and pleadings regarding asset sale (.5); revise objection to motion to reconsider (1.0); | 2.70 | 2,011.50 |

**PORTER HEDGES LLP**

| | | |
|---|---:|---:|
| Invoice Date: | | July 09, 2025 |
| Invoice Num.: | | 579552 |
| Matter Number: | | 018577-0001 |

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---:|---:|
| | | begin draft objection to stay pending appeal (.2). | | |
| 06/25/2025 | JWW | Review draft motion to abandon (.2); conference call regarding status of state court proceeding and other related issues (.5); follow-up with Trustee team (.1). | 0.80 | 796.00 |
| 06/25/2025 | MBD | Draft objection to motion for stay pending appeal (1.7); analyze case law regarding stays pending appeal (1.0); conference with C. Murray and E. Jones regarding motions and case status (1.0). | 3.70 | 2,756.50 |
| 06/25/2025 | JTS | Prepare for and attend strategy session with members of the Porter Hedges Team, E. Jones, and C. Murray. | 0.30 | 217.50 |
| 06/26/2025 | JWW | Review motion to abandon and further comments (.2); emails with E. Jones regarding same and other open issues in case (.2). | 0.40 | 398.00 |
| 06/26/2025 | MBD | Correspond with J. Wolfshohl and J. Stevens regarding draft motions and case strategy (.2); continue draft objection to stay pending appeal (2.5); analyze case law governing permissive intervention (.7); revise objections to motions for reconsideration (1.0); correspond with C. Murray, E. Jones, and J. Wolfshohl regarding objection to stay pending appeal (.1). | 4.50 | 3,352.50 |
| 06/27/2025 | JWW | Emails and phone conference with E. Jones regarding equity sale and abandonment issues. | 0.80 | 796.00 |
| 06/27/2025 | MBD | Revise motions for reconsideration (.8); correspond with M. Webb and E. Garfias regarding same (.1). | 0.90 | 670.50 |
| 06/27/2025 | EG | Correspondence on filing logistics of objections to motions for reconsideration in adversary cases (.2); continuous monitoring of emails for status of same (.5); receive, review, and electronically file same with court (.4); download and circulate filed versions (.2); update file (.1). | 1.40 | 595.00 |
| 06/30/2025 | JWW | Conference with M. Dearman regarding next steps in case, liquidation of remaining assets and bringing case to conclusion. | 0.50 | 497.50 |

# PORTER HEDGES LLP

| | | |
|---|---|---|
| Invoice Date: | | July 09, 2025 |
| Invoice Num.: | | 579552 |
| Matter Number: | | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/30/2025 | MBD | Conference with J. Wolfshohl regarding case strategy and pending motions (.3); review and analyze objections to motions to reconsider (.3); correspond with Trustee regarding same (.1). | 0.70 | 521.50 |
| **Total** | | | **86.30** | **$65,660.00** |

**Total Services**                                                                                          **$65,660.00**

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 14.80 | 995.00 | 14,726.00 |
| MRB | Matthew R. Baughman | Partner | 0.70 | 800.00 | 560.00 |
| MBD | Michael B. Dearman | Associate | 53.40 | 745.00 | 39,783.00 |
| JTS | Jordan T. Stevens | Associate | 10.10 | 725.00 | 7,322.50 |
| JMT | Janice M. Thomas | Paralegal | 0.40 | 495.00 | 198.00 |
| MLW | Mitzie L. Webb | Paralegal | 2.30 | 485.00 | 1,115.50 |
| EG | Eliana Garfias | Paralegal | 4.60 | 425.00 | 1,955.00 |
| **Total** | | | **86.30** | | **$65,660.00** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 1,299.82 |
| Computer Services | 3,547.67 |
| Deposition Expense | 5,418.66 |
| UCC Searches | 495.84 |
| **Total Disbursements** | **$10,761.99** |

**Total This Invoice**                                                                                     **$76,421.99**