**THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| Debtor. | § | |

**THIRTEENTH MONTHLY FEE STATEMENT OF
JONES MURRAY LLP AS BANKRUPTCY COUNSEL
FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD FROM JUNE 1, 2025 THROUGH JUNE 30, 2025</u>**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | June 1, 2025 through June 30, 2025 |
| **Interim Fees Incurred:** | **$78,003.00** |
| **Interim Payment of Fees Requested (80%):** | **$62,402.40** |
| **Interim Expenses Incurred:** | **$350.19** |
| **Total Fees and Expenses Due:** | **$62,752.59** |

This is the Thirteenth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Thirteenth Monthly Fee Statement (the "Fee Statement") for the period from June 1, 2025 through June 30, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793](the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $78,003.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $350.19 (the "Expenses"), for the period from June 1, 2025 through June 30, 2025. Eighty percent (80%) of the fees equals $62,402.40 and one hundred percent (100%) of the Expenses equals $350.19 for a total requested amount of $62,752.59.

Summaries of the calculations for these fees by project category are attached hereto as **Exhibit 1**. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 2**. A summary of expenses is attached as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $62,402.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $350.19 for a total amount of $62,752.59.

Dated: July 11, 2025

Respectfully submitted,

**JONES MURRAY LLP**
*/s/ Erin E. Jones*
Jacqueline Q. Chiba
Texas Bar No. 24116899
jackie@jonesmurray.com

Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999
**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on July 11, 2025.

*/s/ Erin E. Jones*
Erin E. Jones

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 63.9 | $48,477.00 |
| Case Administration | 15 | $11,625.00 |
| Claims Administration and Objections | 0.3 | $232.50 |
| Fee/Employment Applications | 11.4 | $8,223.00 |
| Other Contested Matters | 13.8 | $9,445.50 |
| | **104.4** | **$78,003.00** |

## **EXHIBIT 2**

### SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $775.00 | 93 |
| Jacqueline Q. Chiba, *Associate* | $520.00 | 11.4 |
| | | **104.4** |

## EXHIBIT 3

### SUMMARY OF EXPENSES

| Expense Category | Cost |
|---|---|
| None During Billing Period | $350.19 |
| | **$350.19** |

## EXHIBIT 4

### PRE-BILL/INVOICE

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/02/2025 | 🕐 | Asset Analysis and Recovery: Continue to evaluate and research regarding litigation claims (1.3)  ⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| 06/02/2025 | 🕐 | Case Administration: Continue to review status of various matters, in preparation for status conference (.8)  ⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.80h | $775.00 | - | $620.00 |
| 06/02/2025 | 🕐 | Fee/Employment Applications: Continue to review and evaluate status of fee application approval, amounts owed and payments received with respect to chapter 11 professionals (.5); conference with C. Murray, regarding same in preparation for status conference (.5)  ⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 06/03/2025 | 🕐 | Fee/Employment Applications: Continue to draft and circulate proposed revised fee orders, for SJ, Blackbriar, Crowe, and Kennerly (1.4)  ⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.40h | $775.00 | - | $1,085.00 |
| 06/03/2025 | 🕐 | Case Administration: Continue to prepare various materials for detailed review and discussion with trustee for status conference (1.5)  ⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.50h | $775.00 | - | $1,162.50 |
| | | | | | **104.40h** 0.00h | | **$0.00** | **$78,003.00** 104.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/04/2025 | 🕐 | Claims Administration and Objections: Telephone conference with Ryan Chapple regarding claims of families (.3)  ⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | – | $232.50 |
| 06/04/2025 | 🕐 | Fee/Employment Applications: Continue to work on, finalizing revised proposed orders for the applications of five chapter 11 professionals and various emails regarding same with S. Jordan (.3), R. Kennerly (.7); B. Schleizer (.7), Teneo representative (.6), and Crowe representative regarding same (.6)  ⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.90h | $775.00 | – | $2,247.50 |
| 06/04/2025 | 🕐 | Case Administration: Continue to prepare for status conference with trustee on all open and pending matters (2.5); draft memorandum of same (1.0)  ⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 3.50h | $775.00 | – | $2,712.50 |
| 06/04/2025 | 🕐 | Other Contested Matters: Review parties' motions and responses relating to A. Jones's motion for reconsideration (1.0); review live pleadings relating to motions filed Robert Young, and pending appeal in preparation for status conference (.8); conference with C Murray regarding Same (.5)  ⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.30h | $775.00 | – | $1,782.50 |
| | | | | | **104.40h** | | **$0.00**  0.00h | **$78,003.00**  104.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/05/2025 | 🕐 | Case Administration: Prepare with C Murray for status conference (.5); prepare memoranda, and report for status conference (.5); continue to finalize fee orders to announce at status conference, and upload for Blackbriar, Teneo, and Kennerly (.6); represent trustee at status conference (2.0); conference with W. Cicack after status conference (.3); conference with C Murray, regarding same (.2); conference with C Murray, M. Dearman and J. Wolfshohl regarding issues, raised and discussed at status conference and next steps (.7)  ⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 4.80h | $775.00 | - | $3,720.00 |
| 06/06/2025 | 🕐 | Fee/Employment Applications: Finalize Crowe fee order and upload to docket and various emails with firm representative, regarding same (.3); draft lengthy summary of all pending fee applications and orders to be entered for uncontested fee applications of chapter 11 professionals and send the same to R. Saldana (.4)  ⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.70h | $775.00 | - | $542.50 |
| 06/06/2025 | 🕐 | Case Administration: Conference call with J. Wolfshohl, M. Dearman, and C. Murray regarding various pending projects, and next steps for administration of estate (.5); | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| | | | | | **104.40h** | | **$0.00** 0.00h | **$78,003.00** 104.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | email with M. Dearman regarding transcripts (.1)<br>⬤ Unbilled | | | | | | |
| 06/06/2025 | 🕐 | Asset Analysis and Recovery: Conference with C Murray regarding status of turnover of watches and auction for real estate and vacating of property by tenant and status of turnover of personal property, including watches and car (.5)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 06/06/2025 | 🕐 | Asset Analysis and Recovery: Review status of royalties, and reporting of the same (.3); continue to review various causes of action and legal research for complaints against third parties (2.6)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 2.90h | $775.00 | - | $2,247.50 |
| 06/09/2025 | 🕐 | Case Administration: Conference call with R. Chapple, J. Wolfshohl, J. Rudd, A. Moshenberg regarding Conner regarding status of state Court proceedings (.5)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 06/09/2025 | 🕐 | Asset Analysis and Recovery: Conference with Michael Dearman regarding lawsuit against AEJ 2018 Trust and related parties (.4); conference with the C Murray regarding same (.1))<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **104.40h** | | **$0.00**<br>0.00h | **$78,003.00**<br>104.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/09/2025 | 🕐 | Case Administration: Conference with C Murray, regarding abandonment, status of no offers for purchase of equity, collection of credit card receivable, and nonexempt personal assets (.6)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| 06/09/2025 | 🕐 | Asset Analysis and Recovery: Review On Media letter from W. Cicack regarding purchase of intellectual property assets of FSS (.2); conference with JW regarding same (.3); forward to C. Murray and legal team and conference with C. Murray regarding same (.5); identify and evaluate questions or uncertainties regarding proposal and circulate to Legal team for review (.9); conference with C Murray regarding same (.2)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.10h | $775.00 | - | $1,627.50 |
| 06/09/2025 | 🕐 | Other Contested Matters: Review motion to consider filed by a Jones in adversary ending 3228 and 3229 (.3); conference with C Murray regarding same (.2)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 06/10/2025 | 🕐 | Fee/Employment Applications: Review and respond to email from C. Karsted regarding final chapter 11 professional fee order and payment details (.2); email to J. | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| | | | | | **104.40h** | | **$0.00** | **$78,003.00** |
| | | | | | | | 0.00h | 104.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Chiba to file CNO's for TPS and NN forensics interim apps (.1); Review and respond to various emails from Gary at Teneo regarding final chapter 11 fee order and payment instructions/details and timing (.1)<br>⬤ Unbilled | | | | | | |
| 06/10/2025 | 🕐 | Case Administration: Various emails with Eliana Garfias regarding original deposition certification for C Murray and status of hearing transcript (.2)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 06/10/2025 | 🕐 | Fee/Employment Applications: Draft, edit and revise 12th monthly fee statement, circulate for review and filing (1.2).<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.20h | $775.00 | - | $930.00 |
| 06/10/2025 | 🕐 | Asset Analysis and Recovery: Research regarding identity of OnMedia LLC ownership and/or management and review of proposal regarding intellectual property and conference with C. Murray regarding same (.4); email to W. Cicack regarding whether OnMedia LLC has interest in purchasing equity of FSS (.1)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 06/10/2025 | 🕐 | Asset Analysis and Recovery: Conference call with C. Murray, J. Wolfshohl, M. Dearman regarding | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| | | | | | **104.40h** | | **$0.00**<br>0.00h | **$78,003.00**<br>104.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | motions to reconsider remand order, various litigation matters and status of complaints, and OnMedia LLC letter proposal (1.0)<br>⏺ Unbilled | | | | | | |
| 06/11/2025 | 🕐 | Fee/Employment Applications: Review final orders entered on ch 11 fee applications to create updated spreadsheet of professional fees (1.1)<br>⏺ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.10h | $520.00 | - | $572.00 |
| 06/11/2025 | 🕐 | Case Administration: Telephone conference with C. Murray, J. Wolfshohl, K. Epstein, H. Nguyen regarding case status and estate administration (.9); conference with C. Murray regarding same (.2)<br>⏺ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.10h | $775.00 | - | $852.50 |
| 06/11/2025 | 🕐 | Asset Analysis and Recovery: Continue to draft, edit, revise and review documents relating to complaints to be filed in three adversary proceedings (6.5)<br>⏺ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 6.50h | $775.00 | - | $5,037.50 |
| 06/12/2025 | 🕐 | Fee/Employment Applications: Review the docket for orders relating to chp 7 fee application of professionals (0.2); draft certificates of no objection regarding the applications filed by N&N, Harney Partners, and TPS-West (0.6) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.80h | $520.00 | - | $416.00 |
| | | | | | **104.40h**<br>0.00h | | **$0.00** | **$78,003.00**<br>104.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ⬤ Unbilled | | | | | | |
| 06/12/2025 | 🕐 | Asset Analysis and Recovery: Continue to draft, edit, revise complaints and review documents relating to complaints to be filed in three separate adversary proceedings (10.1); conference with C. Murray regarding same (.5); continue to evaluate corporate organization issues relative to service of complaints and identification of parties for three complaints to be filed in three separate adversary proceedings (2.3); conference with C. Murray regarding same (.2)<br><br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 13.10h | $775.00 | - | $10,152.50 |
| 06/13/2025 | 🕐 | Asset Analysis and Recovery: Finalize comments/revisions to complaint versus AEJ 2018 Trust et. al. (1.5); and various conferences with M. Dearman, J. Wolfshohl, and C. Murray regarding same (.5); continue to draft, edit, revise complaint versus beneficiary trust (4.5); various conferences with C. Murray regarding same (1.0); conferences with M. Dearman, J. Stevens, and J. Wolfshohl regarding same (.5); draft, edit, revise complaint vs. David Jones and Erika Jones (5.0); various conferences with C. Murray regarding same (.5); various conferences with J. | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 15.70h | $775.00 | - | $12,167.50 |
| | | | | | **104.40h**<br>0.00h | | **$0.00**<br>0.00h | **$78,003.00**<br>104.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Stevens to finalize complaints against beneficiary trust and David Jones and Erika Jones and finalize all for filing (2.0); brief discussions with J. Stevens and C. Murray regarding summons and service related issues (.2)<br>⬤ Unbilled | | | | | | |
| 06/16/2025 | 🕐 | Other Contested Matters: Prepare the notice of summons for all defendants in adversary nos. 25-03419, 25-03420, and 25-03421 (1.7)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.70h | $520.00 | - | $884.00 |
| 06/16/2025 | 🕐 | Asset Analysis and Recovery: Extended work session with C. Murray regarding all outstanding estate administration issues and status of each, including review of status of non-exempt assets (3.0); conference with J. Chiba regarding preparation of summons for all three adversary proceedings (.2); review email from W. Cicack regarding OnMedia LLC proposal regarding intellectual property (.1); conference with C. Murray regarding same (.1)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.40h | $775.00 | - | $2,635.00 |
| 06/17/2025 | 🕐 | Asset Analysis and Recovery: Draft motion to file under seal and proposed order (0.8); draft a sealed stipulation and agreed | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.90h | $520.00 | - | $988.00 |
| | | | | | **104.40h**<br>0.00h | | **$0.00** | **$78,003.00**<br>104.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | order regarding a rental property (1.1)<br>⬤ Unbilled | | | | | | |
| 06/17/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding OnMedia LLC proposal (.2); conference with C. Murray and J. Wolfshohl regarding same (.7); email with W. Cicack regarding same (.2)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 1.10h | $775.00 | - | $852.50 |
| 06/17/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray and review draft of motion to abandon (.9)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.90h | $775.00 | - | $697.50 |
| 06/18/2025 | 🕐 | Other Contested Matters: Finalize the requests for summons for all defendants in adv. 25-03419, 25-03420, and 25-03421 (1.0)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 06/18/2025 | 🕐 | Other Contested Matters: Conference with J. Chiba regarding status of summons (.1)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 06/18/2025 | 🕐 | Fee/Employment Applications: Review fee orders of chapter 11 professionals entered on docket and send email to R. Saldana regarding remaining orders to be entered, review docket regarding | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **104.40h** | | **$0.00**<br>0.00h | **$78,003.00**<br>104.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | same, conference with C. Murray regarding same (.5)<br>⚫ Unbilled | | | | | | |
| 06/18/2025 | 🕐 | Asset Analysis and Recovery: Send response to W. Cicack regarding OnMedia proposal (.1); review response to same and call W. Cicack, no answer (.1); telephone conference with W. Cicack regarding OnMedia proposal and whether there is any interest in purchasing equity (.7); conference with Trustee legal team regarding same (.5); conference with C. Murray regarding same (.2)<br>⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.60h | $775.00 | – | $1,240.00 |
| 06/19/2025 | 🕐 | Asset Analysis and Recovery: Draft revisions to motion to abandon and circulate same to C. Murray (3.0)<br>⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.00h | $775.00 | – | $2,325.00 |
| 06/19/2025 | 🕐 | Case Administration: Return call to A. Moshenberg regarding creditor inquiry regarding status of administration; conference with C. Murray regarding same (.4)<br>⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | – | $310.00 |
| 06/20/2025 | 🕐 | Asset Analysis and Recovery: Draft motion and proposed order for a pay mortgage balance owed to Shellpoint regarding debtor's rental property in Austin, TX 78745 | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.70h | $520.00 | – | $884.00 |
| | | | | | **104.40h** | | **$0.00**<br>0.00h | **$78,003.00**<br>104.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | (1.7)<br>⬤ Unbilled | | | | | | |
| 06/20/2025 | 🕐 | Asset Analysis and Recovery: Various conferences with C. Murray regarding abandonment and review of motion to abandon with legal team revisions (.3)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 06/20/2025 | 🕐 | Other Contested Matters: Review M. Dearman draft response to motion to reconsider remand orders and respond regarding same, conference with C. Murray regarding same (.5)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 06/23/2025 | 🕐 | Other Contested Matters: Discussion with E.Jones regarding summons issued in adversary case no 25-3419 and 25-3420 (0.5)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $520.00 | - | $260.00 |
| 06/23/2025 | 🕐 | Other Contested Matters: Review summons for adversary 25-3419 and conference with J. Chiba regarding same (.6); review summons for adversary 25-3420 and conference with J. Chiba regarding same (.5); review status of summons in 25-3421 and conference with J. Chiba regarding same (.2); email to trustee legal team regarding status of summons (.2) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.50h | $775.00 | - | $1,162.50 |
| | | | | | 104.40h | | $0.00<br>0.00h | $78,003.00<br>104.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ⬤ Unbilled | | | | | | |
| 06/23/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding abandonment motion and response to motion to reconsider remand (.2)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 06/23/2025 | 🕐 | Other Contested Matters: Review docket regarding Young filings and status of appeal (.2); review district court docket (.3); review filed motions in district court case (.6); review rules and legal research regarding motion to vacate, motion to stay, and motion to supplement the record filed by Young (.5); draft email to trustee legal team regarding pending filings, substance of filings, responses and deadlines to file same (.5); conference with C. Murray regarding same (.1)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.20h | $775.00 | - | $1,705.00 |
| 06/24/2025 | 🕐 | Other Contested Matters: Prepare complaints and summons issued for service on the defendants in adv nos. 25-03419 and 25-03420 (1.3)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.30h | $520.00 | - | $676.00 |
| 06/24/2025 | 🕐 | Other Contested Matters: Prepare issued summons and complaint for service on defendants in adv. | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.40h | $520.00 | - | $208.00 |
| | | | | | 104.40h | | $0.00<br>0.00h | $78,003.00<br>104.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 25-03421 (0.4)<br>⬤ Unbilled | | | | | | |
| 06/24/2025 | 🕐 | Fee/Employment Applications: Conference with counsel for Harney regarding termination and final fee application and conference with C. Murray regarding same (.3)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 06/24/2025 | 🕐 | Asset Analysis and Recovery: Review email regarding pending motion to reconsider remand orders filed by AEJ (.1); review and draft revisions to draft response to motion to reconsider (2.0); conference with C. Murray regarding same (.2)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.30h | $775.00 | - | $1,782.50 |
| 06/24/2025 | 🕐 | Asset Analysis and Recovery: Review background documents relating to requested payoff from Shellpoint/BOA and filings from docket relating to property (.6); draft motion to pay mortgage for rental property (1.5); circulate for review internally and conference with C. Murray and J. Chiba regarding same (.1)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.20h | $775.00 | - | $1,705.00 |
| 06/24/2025 | 🕐 | Other Contested Matters: Finalize service of summons for three adversary proceedings (.5) | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **104.40h** | | **$0.00**<br>0.00h | **$78,003.00**<br>104.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ⚫ Unbilled | | | | | | |
| 06/25/2025 | 🕐 | Fee/Employment Applications: Review Harney final fee application and review previous applications and related docket items relative to same (.3)<br>⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 06/25/2025 | 🕐 | Case Administration: Weekly call with Trustee legal team regarding status of pending projects relating to estate administration (1.0)<br>⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 06/25/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding tenant vacating rental property and stipulation regarding same (.2); conference with C. Murray regarding motion to pay Shellpoint/BOA (.1)<br>⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 06/25/2025 | 🕐 | Other Contested Matters: Review status of summons in three adversary proceedings (.1)<br>⚫ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 06/25/2025 | 🕐 | Other Contested Matters: Conference call with J. Wolfshohl, R. Chapple, K. Kimpler, A. Moshenberg regarding remand issues, status of estates, status of any offers to purchase equity or assets, and credit card receivable | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **104.40h** | | **$0.00**<br>0.00h | **$78,003.00**<br>104.40h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | (.5)<br>⬤ Unbilled | | | | | | |
| 06/25/2025 | 🕐 | Other Contested Matters: Review and respond to email from M. Dearman regarding Pattis NY lawsuit (.1); review M. Dearman email reply to same and email of S. Jordan regarding AEJ position regarding same (.1)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 06/26/2025 | 🕐 | Asset Analysis and Recovery: Confer with the trustee regarding the proposed payoff of Shellpoint's secured claim against the debtor's rental property (0.1); email to Shellpoint's representative for updated information regarding said payoff (0.1)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.20h | $520.00 | - | $104.00 |
| 06/26/2025 | 🕐 | Asset Analysis and Recovery: Revise motion to pay NewRez/ Shellpoint to incorporate updated information provided by their representative (0.3)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 0.30h | $520.00 | - | $156.00 |
| 06/26/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding motion to abandon (.1)<br>⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.10h | $775.00 | - | $77.50 |
| 06/26/2025 | 🕐 | Fee/Employment Applications: Conference with C. Murray | 00040-Christopher Murray, Chapter 7 Trustee | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| | | | | | **104.40h** | | **$0.00**<br>0.00h | **$78,003.00**<br>104.40h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | regarding Harney final fee application and conference with J. Rudd regarding same (.3) ⬤ Unbilled | In re Alexander E. Jones | | | | | |
| 06/26/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding vacating property by tenant and status of motion to pay (.3) ⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 06/27/2025 | 🕐 | Fee/Employment Applications: Finalize final fee application of Harney Partners (0.2); draft notice of final fee application of Harney Partners (0.2); email to K. Nicolaou for approval of final fee application and notice (0.1) ⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Jacqueline Chiba | 0.50h | $520.00 | - | $260.00 |
| 06/27/2025 | 🕐 | Other Contested Matters: Finalize executed summons for filing and complete certificates regarding same (.5) ⬤ Unbilled | 00040-Christopher Murray, Chapter 7 Trustee In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **104.40h** 0.00h | | **$0.00** | **$78,003.00** 104.40h |