UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| | Debtor | In Re: | Alexander E. Jones |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Deanna Drenga<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8000, ddrenga@willkie.com<br>New York, 6018600 |

| Name of party applicant seeks to appear for: | Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, Estate of Marcel Fontaine |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/21/2025 | Signed: | /s/ Deanna Drenga |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**   **This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States Bankruptcy Judge