United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 22, 2025

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-33553 |
|---|---|---|---|
| Debtor | | In Re: | Alexander E. Jones |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Deanna Drenga<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8000, ddrenga@willkie.com<br>New York, 6018600 |
|---|---|

| Name of party applicant seeks to appear for: | Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, Estate of Marcel Fontaine |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/21/2025 | Signed: /s/ Deanna Drenga |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Signed: July 22, 2025

_____
Christopher Lopez
United States Bankruptcy Judge