**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES,** | § | **(Chapter 7)** |
| | § | |
| **Debtor.** | § | |

**CERTIFICATE OF NO OBJECTION REGARDING HMP ADVISORY HOLDINGS,**
**LLC D/B/A HARNEY PARTNERS' FINAL FEE APPLICATION**
**[This relates to Docket No. 1207]**

1. HMP Advisory Holdings, LLC d/b/a Harney Partners ("**Harney Partners**") is the retained financial advisor for Christopher Murray, the chapter 7 trustee for the bankruptcy estate of Alexander E. Jones.

2. On June 27, 2025, Harney Partners filed its *Final Fee Application* [DE 1207]("**Final Fee Application**").

3. The (21) day deadline for parties to file a response and/or objection to the Final Fee Application was July 18, 2025 (the "**Deadline**"). The Deadline has passed as of the date of this Certificate of No Objection ("**CNO**") was filed.

4. After reviewing the Court's docket in this case, there does not appear to have been any response and/or objection filed with respect to the Final Fee Application and the relief sought therein.

5. Attached to this CNO is the same proposed order that was filed with the Final Fee Application at Docket No. 1207-4 (the "**Proposed Order**").

   The Trustee respectfully requests that the Court grant the relief requested in the Final Fee and enter the Proposed Order.

Page 1 of 2

Dated: July 25, 2025

Respectfully Submitted,

**JONES MURRAY LLP**

By: */s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba (Bar No. 24116899)
jackie@jonesmurray.com
Erin E. Jones (Bar No. 24032478)
erin@jonesmurray.com
602 Sawyer St., Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Facsimile: (832) 529-3633

*Co-Counsel for Christopher R. Murray,*
*Chapter 7 Trustee for the Bankruptcy*
*Estate of Alexander E. Jones*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, this CNO was served electronically upon all parties registered for and entitled to receive electronic notice through CM/ECF in this case.

*/s/ Jacqueline Q. Chiba*
Jacqueline Q. Chiba

Page 2 of 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | §   **Chapter 7** |
| | § |
| **ALEXANDER E. JONES,** | §   **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |
| | § |

**ORDER GRANTING FINAL FEE APPLICATION OF**
**HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS AS FINANCIAL**
**ADVISOR FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD FROM DECEMBER 2, 2024 THROUGH JANUARY 31, 2025**
**[This Order relates to Docket No. _____ ]**

The Court has considered the *Final Fee Application* ("***Application***") *of HMP Advisory Holdings, LLC d/b/a Harney Partners* ("***HP***"), *as Financial Advisor for the Chapter 7 Trustee, Christopher R. Murray, for the allowance of compensation and reimbursement of expense for the period from December 2, 2024 through and including January 31, 2025*. The Court orders:

1.     The Application is approved and HP is allowed final compensation in the amount of **$5,210.00** for professional fees.[1]

2.     The Trustee is authorized to disburse any unpaid compensation allowed by this Order to HP.

3.     The Trustee's engagement of HP is concluded.

Signed: _____

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] HP did not request for the reimbursement of any expenses.