IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHER DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 (CML) |
| | § | |
| Debtors. | § | |
| | § | |

**REQUEST TO BE REMOVED FROM NOTICES AND MAILING LISTS**

PLEASE TAKE NOTICE that undersigned counsel requests to be removed from all ECF notices and mailing lists in this case.

Respectfully submitted.

**MARTIN, DISIERE, JEFFERSON & WISDOM, LLP**

*/s/ Jeffrey G. Tinkham*
Jeffrey G. Tinkham, Of Counsel
TBA No. 20056300
S.D.T. Adm. No. 4725
808 Travis Street, Suite 1100
Houston, Texas 77002
(713) 854-4403 phone
(7130 222-0101 fax
tinkham@mdjwlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025, a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Bankruptcy Procedure upon all parties who have requested notice and service of pleadings via the ECF system.

*/s/ Jeffrey G. Tinkham*