# EXHIBIT 1

**Auction Proposal Letter**



Tranzon Asset Advisors
945 McKinney St, #13384
Houston, TX 77002

July 24, 2025

To : Christopher R. Murray
From : Kelly Toney & Jeff Tanenbaum
RE: Auction Plan for remaining assets of Alex Jones

Chris,
Tranzon Asset Advisors and ThreeSixty Asset Advisors are proposing the following plan to auction the remaining assets of the Alex Jones Estate.

**ASSETS:**

### WATCHES
- (16) Assorted Watches including Tudor, Tag Heuer, Victronix, Bering, Maratac, Hamilton and Sekonda.
- The watches have been moved to Tranzon's Texas office
- The total appraised value of the watches based on the report provided by Bob Schleizer is $26,607.00
- We estimate the recovery value to be between $18,000 to $22,000

### VEHICLE
- 2017 Ford Expedition King Ranch Sport Utility 4D, VIN#1FMJU1JT3HEA05372, Approx. 125,000 Miles
- We estimate the recovery value to be between $10,000 to $15,000
- The vehicle has been picked up from the FSS facility and is being held by Tranzon

### REAL PROPERTY
- ███████████████, Austin, TX 78745
- 1867 SF Single Family Residence
- Legal Description - ███████████████████████
- 2025 Travis County Appraisal District has the house appraised at $444,845
- The property is not in good condition, with a lot of deferred maintenance issues
- We estimate the recovery value to be between $300,000 to $400,000

**PERSONAL PROPERTY SALE PLAN:**
- The watches and vehicle will be sold in online auction on 360Bid.com which links to LiveAuctioneers.com
- The watches and vehicle will be sold regardless of price to the highest bidder
- Liveauctioneers.com is the most appropriate third-party bidding platform for the subject assets in order to maximize exposure and recovery for the estate
- Auction Date is TBD but will be conducted within four to six weeks of a signed court order

**REAL PROPERTY SALE PLAN:**
- The real property will be sold in an online auction on Tranzon.com
- The real property will be sold regardless of price to the highest bidder
- Auction Date is TBD but will be conducted within six weeks of a signed court order

**PERSONAL PROPERTY FEE STRUCTURE: The following is based on the current employment order**

- 15% Commission on the sale of all personal property
- Labor/Mileage/Shipping Expenses (Watch & Vehicle prep & fulfillment) - $2,000
- Marketing - $3,000
- Online Bidding Fees – $2,000 (est. - 5% of auction)
- Winning bidders are able to pay by credit card (subject to a 4% convenience fee on the total) or by wire transfer (no fee)
- All watch buyers will be required to make arrangements to pickup the watches from Tranzon's Texas office or pay for 3rd party shipping
- The vehicle buyer must make arrangements to pick up the vehicle from Tranzon's Texas office, and will be responsible for all registration, taxes and any other transfer costs or requirements

**REAL PROPERTY FEE STRUCTURE:** The following is based on the current employment order
- 6% Commission on the sale of the real property
- Marketing - $6,500
- Closing will be in 35 days following the online auction
- Seller will pay for Deed preparation, 2024 and prior year outstanding *ad valorem* taxes (if any), and any title company
- escrow fee's
- Buyer will pay for Title Insurance Policy and all other costs of closing
- Taxes will be prorated as of the date of closing, or as otherwise agreed with the buyer


Thank you for the opportunity and we look forward to getting this closed out.


Kelly D. Toney                                              Jeff Tanenbaum
Tranzon Asset Advisors                              ThreeSixty Asset Advisors

A BETTER WAY TO REAL ESTATE™