# EXHIBIT 2

**Notice to Vacate**

# CHRISTOPHER R. MURRAY
## UNITED STATES BANKRUPTCY TRUSTEE
602 SAWYER, SUITE 400
HOUSTON, TEXAS 77007
832-529-1999

### 30-Day Notice to Vacate

████████████████████, Austin, TX 78745

\_\_\_\_ \_\_\_\_, 2025

Dear ██████████ ("**Tenant**"),

    I, Christopher R. Murray, acting in my capacity as the chapter 7 trustee ("**Trustee**") for the bankruptcy estate ("**Estate**") of Alexander E. Jones, Case No. 22-33553 (Bankr. S.D. Tex.) am writing this in response to your *Notice of Tenant's Intent to Vacate*. Please accept this letter as written acknowledgment of your notice, and as my written 30 day notice for you to vacate ("**Notice**"). Accordingly, the Tenant shall vacate the Property located at ████████████ ██████, Austin, TX 78745 ("**Property**") by _____ ("**Move-Out Date**"). Per your request, this Notice has been delivered to you via email at: ██████████████ and has been posted on the door of the Property.

### Move-Out Agreement

- Tenant shall comply with the standard move-out obligations of a tenant, which may include but is not limited to, the return of keys, leaving the Property in a clean condition free of trash and any personal property, and cooperating with the Trustee and his agents to facilitate this process.
- Tenant is not owed any deposits.
- Upon vacating the Property, any agreement, whether formal or informal, giving rise to your leasehold rights, along with any obligations remaining thereunder shall be deemed terminated. You, as Tenant, do not owe any further payments relating to the Property if you vacate the Property by the Move-Out Date. I, as Trustee and landlord, do not owe any further obligations, including any payments or return of deposits, to you, as Tenant.

### Sale of Property

    As the Trustee for the Estate, it is my responsibility to sell the Estate's assets, which includes the Property to which are you a tenant. As such, in addition to providing this as notice of the lease termination and to vacate the Property, I am providing this Notice to inform you about what to expect in the coming weeks and/or months. I am going to hire a real estate professional to help market and sell the Property. You may continue to live at the Property until the end of the Move-Out Date. Your rights as a tenant are governed by Texas law and by the United States Bankruptcy Code. I cannot give you legal advice, but I can address any concerns

you have about the details of the marketing and sale process and to coordinate with you with respect to vacating the Property by the Move-Out Date.

## Access To the Property

It may be necessary to access the Property beginning on _____, **2025** during **normal business hours** for the reasons set forth below:

| | |
|---|---|
| ☒ | **Rekeying**. The Property may need to be rekeyed. If you receive a Rekey Notice, please contact me or my assistant, Nancy Santana, so we can promptly provide you with new keys to the Property until you vacate on the Move-Out Date. |
| ☒ | **Inspection and Photos**. A real estate professional or an agent acting on my behalf may need to enter the Property to take pictures and/or inspect the condition of the Property. |
| ☒ | **Showings.** A real estate professional or an agent acting on my behalf may need to enter the Property to show the it to a potential buyer. |

I will make every effort to notify you in advance should my real estate professionals or other agents need to access to enter the Property for any reason. While it may not be possible to always provide significant advance notice, I will do my best to minimize any disruption or inconvenience to you. Please reach out to me and/or my assistant, Nancy Santana, if you have any questions or concerns about this. Please let us know of anything that requires special attention or coordination for entry into your home during normal business hours.  For example, you may want to let us know if:

- *Pets are present in the home that need to be put away*
- *Minors are present but parents/caretakers are at work*
- *Individuals with special medical needs are present in the home*
- *If you work nights and sleep during normal daytime business hours.*

There may be other reasons for which you may need reasonable accommodations, and we will do our best to work with you to meet those specific requests.  Please do not hesitate to reach out to discuss any concerns you have. You can reach me via email at chris@jonesmurray.com and you can reach my assistant Nancy Santana via email at nancy@jonesmurray.com.  You can reach Nancy Santana via telephone during normal business hours at 832-529-1999.

Sincerely,

Christopher R. Murray, Trustee