UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| **ALEXANDER E. JONES,** | § | Case No. 22-33553 (CML) |
| | § | |
| Debtor. | § | |

**ORDER GRANTING FINAL FEE APPLICATION OF
HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS AS FINANCIAL ADVISOR FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 2, 2024 THROUGH JANUARY 31, 2025**
[This Order relates to Docket No. 1207]

The Court has considered the *Final Fee Application* ("***Application***") *of HMP Advisory Holdings, LLC d/b/a Harney Partners* ("***HP***"), *as Financial Advisor for the Chapter 7 Trustee, Christopher R. Murray, for the allowance of compensation and reimbursement of expense for the period from December 2, 2024 through and including January 31, 2025*. The Court orders:

1. The Application is approved and HP is allowed final compensation in the amount of **$5,210.00** for professional fees.[1]

2. The Trustee is authorized to disburse any unpaid compensation allowed by this Order to HP.

3. The Trustee's engagement of HP is concluded.

Signed: July 28, 2025

Christopher Lopez
United States Bankruptcy Judge

---

[1] HP did not request for the reimbursement of any expenses.