UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| **ALEXANDER E. JONES,** | § | |
| | § | Case No. 22-33553 (CML) |
| Debtor. | § | |
| | § | |

**FOURTEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2025 THROUGH JULY 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | July 1, 2025 through and including July 31, 2025 |
| **Interim Fees Incurred:** | $9,762.50 |
| **Interim Payment of Fees Requested (80%):** | $7,810.00 |
| **Interim Expenses Incurred:** | $2,556.85 |
| **Total Fees and Expenses Due:** | $10,366.85 |

This is the Fourteenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17357817

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Fourteenth Monthly Fee Statement (the "Fee Statement") for the period from July 1, 2025 through July 31, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $9,762.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,556.85 (the "Expenses"), for the period from July 1, 2025 through July 31, 2025. Eighty percent (80%) of the fees equals $7,810.00 and one hundred percent (100%) of the Expenses equals $2,556.85 for a total requested amount of $10,366.85.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $7,810.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,556.85 in the total amount of $10,366.85.

17357817

Dated:  August 14, 2025.
       Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,
Christopher R. Murray***

## CERTIFICATE OF SERVICE

    This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on August 14, 2025.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

17357817

# **EXHIBIT 1**

## SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 7.40 | 6,431.00 |
| Case Administration | 2.30 | 1,085.50 |
| Employment/Fee Application | 0.00 | 0.00 |
| Tax Matters | 2.30 | 2,246.00 |
|  |  |  |
| **TOTAL** | **12.00** | **9,762.50** |

17357817

# **EXHIBIT 2**

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 69.10 |
| Computer Services | 1,787.75 |
| Filing Fees | 700.00 |
| | |
| **TOTAL** | **2,556.85** |

17357817

# EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Geoffrey L. Schultz | $1,100.00 | 1.50 |
| Joshua W. Wolfshohl | $995.00 | 3.80 |
| Michael B. Dearman | $745.00 | 4.60 |
| Mitzie L. Webb | $485.00 | .20 |
| Eliana Garfias | $425.00 | 1.90 |
|  |  |  |
| **TOTAL** |  | **12.00** |

17357817

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| ATTN: CHRIS MURRAY | Invoice Date: August 13, 2025 |
| | Invoice Num.: 581036 |
| | Matter Number: 018577-0001 |
| | Billing Attorney: Joshua W. Wolfshohl |
| | Tax ID: #74-2174193 |

Matter:          Alex Jones

For professional services rendered and costs incurred through July 31, 2025

| | |
|---|---|
| Professional Fees | 9,762.50 |
| Disbursements | 2,556.85 |
| **Total Amount Due** | **$12,319.35** |

EXHIBIT 4

**PORTER HEDGES LLP**

| | |
|---|---:|
| Invoice Date: | August 13, 2025 |
| Invoice Num.: | 581036 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 07/01/2025 | JWW | Conference with E. Jones regarding open issues in case. | 0.40 | 398.00 |
| 07/01/2025 | MBD | Correspond with C. Murray, E. Jones, and J. Wolfshohl regarding asset issues. | 0.20 | 149.00 |
| 07/07/2025 | MBD | Review filings in Young appeal (.1); correspond with C. Murray regarding objection for motion for stay pending appeal (.1). | 0.20 | 149.00 |
| 07/08/2025 | JWW | Conference with K. Kimpler regarding status of estate assets (.4); emails with Trustee team regarding open issues in case (.3). | 0.70 | 696.50 |
| 07/09/2025 | MBD | Conference with E. Jones and J. Wolfshohl regarding case status and planning. | 0.70 | 521.50 |
| 07/09/2025 | JWW | Conference with E. Jones and M. Dearman regarding remaining issues in case and potential abandonment. | 0.50 | 497.50 |
| 07/09/2025 | EG | Correspondence on anticipated filing of objection to stay pending appeal | 0.10 | 42.50 |
| 07/10/2025 | MBD | Conference with M. Webb regarding appeal issues (.2); correspond with J. Wolfshohl regarding fee statement (.1). | 0.30 | 223.50 |
| 07/10/2025 | EG | Correspondence on filing logistics of objection to stay pending appeal (.2); discuss same with M. Webb (.1); receive, review, and electronically file with court (.4); download and circulate filed version (.1); update file (.1); correspondence on filing of fee statement (.1); review, finalize, and electronically file fee statement with court (.4); download and circulate filed version (.1); docket related deadline and update file (.1); coordinate service (.2). | 1.80 | 765.00 |
| 07/10/2025 | MLW | Email exchanges with M. Dearman regarding filing Objection to Stay Pending Appeal (.1); confer with E. Garfias regarding filing same (.1). | 0.20 | 97.00 |
| 07/14/2025 | MBD | Review and analyze Connecticut families' voluntary dismissal (.1); correspond with C. Murray and E. Jones | 0.20 | 149.00 |

**PORTER HEDGES LLP**

|  | Invoice Date: | August 13, 2025 |
|---|---|---|
|  | Invoice Num.: | 581036 |
|  | Matter Number: | 018577-0001 |

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
|  |  | regarding same (.1). |  |  |
| 07/15/2025 | JWW | Emails regarding requested answer extension and related issues in adversary proceedings | 0.30 | 298.50 |
| 07/16/2025 | MBD | Review certificates of service for adversaries. | 0.10 | 74.50 |
| 07/16/2025 | JWW | Conference with A. Moshenberg regarding status of estate assets. | 0.40 | 398.00 |
| 07/17/2025 | JWW | Confer with C. Murray and emails with S. Jordan regarding extension of answer deadlines. | 0.30 | 298.50 |
| 07/20/2025 | MBD | Attention to adversary proceeding issues. | 0.10 | 74.50 |
| 07/22/2025 | JWW | Emails with S. Jordan regarding stipulation. | 0.10 | 99.50 |
| 07/22/2025 | MBD | Work on stipulations and agreed orders regarding answer deadlines (.6); correspond with C. Murray and J. Wolfshohl regarding same (.1); review Young reply in support of motion for stay pending appeal (.3). | 1.00 | 745.00 |
| 07/23/2025 | JWW | Emails with S. Jordan and M. Dearman regarding revisions to stipulations. | 0.30 | 298.50 |
| 07/23/2025 | MBD | Review order denying Young motion for stay pending appeal. | 0.10 | 74.50 |
| 07/24/2025 | JWW | Emails with S. Jordan and review stipulation regarding issues raised (.2); follow-up email with C. Murray (.1). | 0.30 | 298.50 |
| 07/24/2025 | MBD | Correspond with C. Murray, J. Wolfshohl, and E. Jones regarding stipulations (.2); attention to correspondence with opposing counsel regarding same (.1); review revised stipulations (.2); correspond with E. Jones regarding taxes (.1). | 0.60 | 447.00 |
| 07/25/2025 | MBD | Correspond with opposing counsel regarding stipulations (.1); correspond with C. Murray regarding case issues (.1). | 0.20 | 149.00 |
| 07/28/2025 | JWW | Emails regarding motion to sell and related matters. | 0.20 | 199.00 |
| 07/28/2025 | MBD | Review stipulations and agreed orders (.1); correspond with C. Murray and G. Schultz regarding case issues | 0.20 | 149.00 |

**PORTER HEDGES LLP**

| | | Invoice Date: | August 13, 2025 |
| --- | --- | --- | --- |
| | | Invoice Num.: | 581036 |
| | | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| | | (.1). | | |
| 07/30/2025 | JWW | Review docket and emails regarding abandonment and related issues. | 0.30 | 298.50 |
| 07/30/2025 | MBD | Correspond with J. Wolfshohl regarding case strategy. | 0.10 | 74.50 |
| 07/31/2025 | MBD | Multiple correspondence with G. Schulz regarding case issues (.4); review correspondence and case background (.2). | 0.60 | 447.00 |
| 07/31/2025 | GLS | Review correspondence from M. Dearman (.2); correspondence with M. Dearman regarding call and documentation (.1); review documentation forwarded by M. Dearman (1.2). | 1.50 | 1,650.00 |
| **Total** | | | **12.00** | **$9,762.50** |

| **Total Services** | | | | **$9,762.50** |
| --- | --- | --- | --- | --- |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| GLS | Geoffrey L. Schultz | Partner | 1.50 | 1,100.00 | 1,650.00 |
| JWW | Joshua W. Wolfshohl | Partner | 3.80 | 995.00 | 3,781.00 |
| MBD | Michael B. Dearman | Associate | 4.60 | 745.00 | 3,427.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.20 | 485.00 | 97.00 |
| EG | Eliana Garfias | Paralegal | 1.90 | 425.00 | 807.50 |
| **Total** | | | **12.00** | | **$9,762.50** |

**Cost Summary**

| Description | Amount |
| --- | --- |
| Computer Assisted Legal Research | 69.10 |
| Computer Services | 1,787.75 |
| Filing Fees | 700.00 |
| **Total Disbursements** | **$2,556.85** |

| **Total This Invoice** | **$12,319.35** |
| --- | --- |