**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| **Debtor.** | § | |

**FOURTEENTH MONTHLY FEE STATEMENT OF**
**JONES MURRAY LLP AS BANKRUPTCY COUNSEL**
**FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM JULY 1, 2025 THROUGH JULY 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | July 1, 2025 through July 31, 2025 |
| **Interim Fees Incurred:** | $25,585.50 |
| **Interim Payment of Fees Requested (80%):** | $20,468.40 |
| **Interim Expenses Incurred:** | $794.93 |
| **Total Fees and Expenses Due:** | $21,263.33 |

This is the Fourteenth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Fourteenth Monthly Fee Statement (the "Fee Statement") for the period from July 1, 2025 through July 31, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793](the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $25,585.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $794.93 (the "Expenses"), for the period from July 1, 2025 through July 31, 2025. Eighty percent (80%) of the fees equals $20,468.40 and one hundred percent (100%) of the Expenses equals $794.93 for a total requested amount of $21,263.33.

Summaries of the calculations for these fees by project category are attached hereto as **Exhibit 1**. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 2**. A summary of expenses is attached as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $20,468.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $794.93 for a total amount of $21,263.33.

Dated: August 15, 2025                    Respectfully submitted,

                                          **JONES MURRAY LLP**
                                          */s/ Jacqueline Q. Chiba*
                                          Jacqueline Q. Chiba
                                          Texas Bar No. 24116899
                                          jackie@jonesmurray.com
                                          Erin E. Jones
                                          Texas Bar No. 24032478
                                          erin@jonesmurray.com
                                          602 Sawyer St., Suite 400
                                          Houston, TX 77007
                                          Tel. (832) 529-1999
                                          **CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on August 15, 2025.

                                          */s/ Jacqueline Q. Chiba*
                                          Jacqueline Q. Chiba

# EXHIBIT 1

**Summary of Fees by Project Category**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 8.7 | $6,742.50 |
| Asset Disposition | 9 | $4,680.00 |
| Case Administration | 8.4 | $6,510.00 |
| Claims Administration and Objections | 4.1 | $2,897.00 |
| Fee/Employment Applications | 2.1 | $1,551.00 |
| Other Contested Matters | 4.3 | $3,205.00 |
| **Total** | **36.6** | **$25,585.50** |

# <u>EXHIBIT 2</u>

**Summary of Time by Professional**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin Jones, Partner | $775.00 | 25.7 |
| Jacqueline Chiba, Associate | $520.00 | 10.9 |
| **Total** | | **36.6** |

# EXHIBIT 3

**Summary of Expenses**

| Expense Type | Cost |
| --- | --- |
| Filing Fee | $199.00 |
| PACER | $110.40 |
| Printing/Postage/Mailing | $485.53 |
| **Grand Total** | **$794.93** |

# EXHIBIT 4

## JONES MURRAY LLP

602 Sawyer St, Suite 400, Houston, TX 77007

**CLIENT:** CHRISTOPHER MURRAY, CHAPTER 7 TRUSTEE
**MATTER:** ALEXANDER E. JONES, CASE NO. 22-33553

**PERIOD:** 07/1/2025 TO 07/31/2025

| TYPE | DATE | PROFESSIONAL | CATEGORY | DESCRIPTION | RATE | HOURS | AMOUNT |
|------|------|--------------|----------|-------------|------|-------|--------|
| Time | 7/1/2025 | Erin Jones | Asset Analysis and Recovery | Review information from W. Cicack regarding IP assets and forward same to JW, CRM, and MD and conference with CRM regarding same (.5); conference with CRM regarding adversary proceeding relating to claims involving D. Jones (.2); conference with C. Murray regarding status of assets (.1) | $775.00 | 0.8 | $620.00 |
| Time | 7/1/2025 | Erin Jones | Asset Analysis and Recovery | Conference with JW regarding abandonment, issues relating to remand, status of no offers for equity (.3) | $775.00 | 0.3 | $232.50 |
| Time | 7/1/2025 | Erin Jones | Other Contested Matters | Review Tx/Ct joinder in motion to reconsider remand order and conference with C. Murray regarding same (.5) | $775.00 | 0.5 | $387.50 |
| Time | 7/1/2025 | Erin Jones | Other Contested Matters | Conference with S. Lemmon regarding matters relating to PQPR and D. Jones (.2) | $775.00 | 0.2 | $155.00 |
| Time | 7/2/2025 | Erin Jones | Asset Analysis and Recovery | Conference with CRM regarding abandonment and other issues regarding FSS assets and status of same (.3) | $775.00 | 0.3 | $232.50 |
| Time | 7/2/2025 | Erin Jones | Claims Administration and Objections | Conference with R. Chappel regarding status of case (.7); conference with C. Murray regarding same (.2); message with JW regarding same (.1) | $775.00 | 1 | $775.00 |
| Time | 7/7/2025 | Erin Jones | Asset Analysis and Recovery | Review reply in adv. 3228 and 3229 filed by AEJ and conference with MD regarding same (.4); conference with CRM regarding same (.1); conference with CRM regarding motion to abandon (.1) | $775.00 | 0.5 | $387.50 |
| Time | 7/7/2025 | Erin Jones | Asset Analysis and Recovery | Conference with C. Murray regarding tenant at South Austin rental property and procedure to provide notice requested by tenant (.3); conference with CRM regarding watches and vehicle (.2) and review documents relating to same (.2) | $775.00 | 0.7 | $542.50 |
| Time | 7/7/2025 | Erin Jones | Other Contested Matters | Review objection to Young motion to stay entire bankruptcy proceeding filed at District Court (.3); conference with M. Dearman regarding same (.2); conference with C. Murray regarding same (.1) | $775.00 | 0.5 | $387.50 |
| Time | 7/8/2025 | Erin Jones | Asset Analysis and Recovery | Conference with JW regarding status of issues relative to abandonment (.1); conference with CRM regarding same (.1) | $775.00 | 0.2 | $155.00 |
| Time | 7/8/2025 | Erin Jones | Asset Analysis and Recovery | Review email from CRM regarding tenant agreeing to vacate property with notice and conference with CRM regarding same (.2) | $775.00 | 0.2 | $155.00 |
| Time | 7/9/2025 | Erin Jones | Asset Analysis and Recovery | Call with trustee legal team regarding abandonment motion and discuss draft of same (.6); conference with CRM regarding same (.1) | $775.00 | 0.7 | $542.50 |
| Time | 7/9/2025 | Erin Jones | Asset Analysis and Recovery | Review email from agent regarding book royalties and review reconciliation (.3); conference with C. Murray regarding same (.2) | $775.00 | 0.5 | $387.50 |
| Time | 7/9/2025 | Erin Jones | Claims Administration and Objections | Call from R. Chappel regarding status of case (.2) | $775.00 | 0.2 | $155.00 |
| Time | 7/10/2025 | Jacqueline Chiba | Asset Disposition | Review emails from retained auctioneer regarding rental property (0.1); draft a notice to tenant of rental property regarding vacating the premise and other related matters (1.2) | $520.00 | 1.3 | $676.00 |
| Time | 7/11/2025 | Erin Jones | Asset Analysis and Recovery | Review and respond to CRM email regarding book royalties and conference with CRM regarding same (.2) | $775.00 | 0.2 | $155.00 |
| Time | 7/11/2025 | Erin Jones | Fee/Employment Applications | Prepare 13th monthly fee notice (1.4); conference with C. Murray for approval of same (.1) | $775.00 | 1.5 | $1,162.50 |
| Time | 7/11/2025 | Erin Jones | Fee/Employment Applications | Begin draft outline for 4th interim fee application (.3) | $775.00 | 0.3 | $232.50 |
| Time | 7/11/2025 | Erin Jones | Claims Administration and Objections | Update claims analysis and conference with C. Murray regarding same (.3) | $775.00 | 0.3 | $232.50 |
| Time | 7/11/2025 | Erin Jones | Other Contested Matters | Review pleadings filed on state court docket with no notice to trustee (.7); conference with C. Murray regarding same (.2) | $775.00 | 0.9 | $697.50 |
| Time | 7/14/2025 | Erin Jones | Other Contested Matters | Review and respond to S. Jordan email regarding extension of time to answer adversary proceeding for A. Jones and D. Jones and related entities but not representing anyone other than A. Jones (.1); forward email to JW, CRM and MD and conference with CRM regarding same (.2) | $775.00 | 0.3 | $232.50 |
| Time | 7/17/2025 | Erin Jones | Other Contested Matters | Review vairous emails regarding requested extensions in adversary proceedings and conference with C. Murray regarding same (.2) | $775.00 | 0.2 | $155.00 |
| Time | 7/21/2025 | Jacqueline Chiba | Asset Disposition | Begin drafting motion to sell rental property and certain personal property (1.5) | $520.00 | 1.5 | $780.00 |
| Time | 7/21/2025 | Erin Jones | Asset Analysis and Recovery | Review various emails relating to business operations and conference with C. Murray regarding same (.2) | $775.00 | 0.2 | $155.00 |
| Time | 7/21/2025 | Erin Jones | Asset Analysis and Recovery | Conference with CRM regarding remaining non-exempt property with value or potential value and discussions with A. Jones financial and legal advisors regarding same (.6) | $775.00 | 0.6 | $465.00 |
| Time | 7/21/2025 | Erin Jones | Claims Administration and Objections | Review Ct families' voluntary partial dismissal and conference with C. Murray regarding same (.2) | $775.00 | 0.2 | $155.00 |
| Time | 7/21/2025 | Erin Jones | Other Contested Matters | Review and respond to email from M. Kingston regarding deadline for E. Wulff to respond to complaint and conference with C. Murray regarding same (.2) | $775.00 | 0.2 | $155.00 |
| Time | 7/23/2025 | Erin Jones | Claims Administration and Objections | Review status of pending motions and applications, CNO's and pending orders (.1) | $775.00 | 0.1 | $77.50 |
| Time | 7/24/2025 | Jacqueline Chiba | Fee/Employment Applications | Respond to email from J. Rudd regarding the HMP final fee application (0.1) | $520.00 | 0.1 | $52.00 |
| Time | 7/24/2025 | Jacqueline Chiba | Asset Disposition | Continue drafting and revising the motion to sell certain real property and other assets along with the proposed order (2.8) | $520.00 | 2.8 | $1,456.00 |
| Time | 7/24/2025 | Jacqueline Chiba | Claims Administration and Objections | Draft certificate of no objection regarding the motion to pay secured creditor (0.2) | $520.00 | 0.2 | $104.00 |
| Time | 7/24/2025 | Jacqueline Chiba | Fee/Employment Applications | Draft certificate of no objection regarding Harney Partners' final fee application (0.2) | $520.00 | 0.2 | $104.00 |

| Type | Date | Name | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Time | 7/24/2025 | Jacqueline Chiba | Asset Disposition | Review and respond to J. Tanenbaum's email regarding auction/sale of the rental property and certain personal property (0.2); conference with E. Jones regarding same (.1); review employment order, employment motion, and attached agreements relating to the terms of Tranzon360's employment as it relates to sale/auction of certain real and personal property (.3) | $520.00 | 0.6 | $312.00 |
| Time | 7/24/2025 | Erin Jones | Claims Administration and Objections | Review and respond to email from J. Chiba regarding various pending motions/orders (.1) | $775.00 | 0.1 | $77.50 |
| Time | 7/24/2025 | Erin Jones | Claims Administration and Objections | Review email from R. Kennerly regarding tax issues, respond to same, forward same to CRM, JW, and MD for discussion, conference with C. Murray regarding same (.4) | $775.00 | 0.4 | $310.00 |
| Time | 7/24/2025 | Erin Jones | Other Contested Matters | Review and respond to M. Kingston email to set up conference call with her regarding extension for Erika Wulff in adversary proceeding (.1) | $775.00 | 0.1 | $77.50 |
| Time | 7/24/2025 | Erin Jones | Other Contested Matters | Review status of all dockets in all related proceedings, including WDTX removals (.3); conference with C. Murray regarding status of all (.1) | $775.00 | 0.4 | $310.00 |
| Time | 7/25/2025 | Jacqueline Chiba | Claims Administration and Objections | Follow up with entry of orders on motion to pay secured creditor, final fee application of HMP and email to J. Rudd regarding same (.3) | $520.00 | 0.3 | $156.00 |
| Time | 7/25/2025 | Jacqueline Chiba | Asset Disposition | Extended work session with E. Jones regarding motion to sell rental property, notice to tenant, and proposed order (2.1) | $520.00 | 2.1 | $1,092.00 |
| Time | 7/25/2025 | Erin Jones | Asset Analysis and Recovery | Draft, edit, revise motion to sell/auction certain non-exempt real property and approval to provide notice of tenant regarding vacating property and need for access during sale process (2.9); conference with J. Chiba regarding same (.4); conference with C. Murray regarding same to review motion and notice and proposed order (.2) | $775.00 | 3.5 | $2,712.50 |
| Time | 7/25/2025 | Erin Jones | Claims Administration and Objections | Review additional email from R. Kennerly regarding tax issues and forward same to CRM, JW, MD with outline of issues relating to same (.5) | $775.00 | 0.5 | $387.50 |
| Time | 7/25/2025 | Erin Jones | Other Contested Matters | Conference call with M. Kingston regarding extension for E. Wulff to respond to adversary complaint (.3); conference with C. Murray regarding same (.1); conference with J. Chiba to prepare stipulation (.1) | $775.00 | 0.5 | $387.50 |
| Time | 7/28/2025 | Jacqueline Chiba | Other Contested Matters | Draft stipulation and agreed order extending answer deadline for defendant in Adv. 25-03421 (0.5) | $520.00 | 0.5 | $260.00 |
| Time | 7/28/2025 | Jacqueline Chiba | Asset Disposition | Incorporate comments and changes to finalize the motion to sell certain real property and the proposed order (0.7) | $520.00 | 0.7 | $364.00 |
| Time | 7/29/2025 | Erin Jones | Case Administration | Extended conference with C. Murray regarding reconciliation of schedules with Form 1 and non-exempt assets needing disposition and/or pending (2.5); extended conference with C. Murray regarding status of responding to request for bank statements, tax related issues, and prior years' returns (.9) | $775.00 | 3.4 | $2,635.00 |
| Time | 7/29/2025 | Erin Jones | Claims Administration and Objections | Review various emails regarding payment to Shellpoint/BOA on S. Austin rental property and conference with J. Chiba and CRM regarding same (.2) | $775.00 | 0.2 | $155.00 |
| Time | 7/30/2025 | Jacqueline Chiba | Claims Administration and Objections | Respond to H. Ackley, counsel for NewRez, regarding order authorizing payment [DE 1224](0.1); draft and send email to Bank of America regarding their claim order authorizing payment (0.2); conference with C. Murray regarding same (0.1) | $520.00 | 0.4 | $208.00 |
| Time | 7/30/2025 | Jacqueline Chiba | Claims Administration and Objections | Respond to email from Bank of America representative regarding proof of claim and payment approved by order; conference with C. Murray and E. Jones regarding same (0.2) | $520.00 | 0.2 | $104.00 |
| Time | 7/30/2025 | Erin Jones | Case Administration | Continue to work through waterfall, form 1 reconciliation and liabilities (2.0) | $775.00 | 2 | $1,550.00 |
| Time | 7/31/2025 | Erin Jones | Case Administration | Continue to work through waterfall, form 1 reconciliation and liabilities, research regarding same, review documents regarding same (3.0) | $775.00 | 3 | $2,325.00 |
| | | | | | **TOTAL HOURS:** | **36.6** | |
| | | | | | **TOTAL FEES:** | | **$25,585.50** |

| TYPE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Expense | 7/28/2025 | Filing fee for the Motion to Sell Certain Real Property and Other Assets DE 1222 ($199) | $199.00 |
| Expense | 7/28/2025 | Printing/Postage/Mailing for service of Motion to Sell Certain Real Property and Other Assets, Proposed Order, and Exhibits at DE 1222 | $485.53 |
| Expense | 7/31/2025 | EEJ 2Q PACER Charges | $110.40 |
| | | **TOTAL EXPENSES:** | **$794.93** |