United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALEXANDER E. JONES, | § | BANKRUPTCY CASE NO. 22-33553 |
| | § | |
| Debtor, | § | |
| | § | |
| ROBERTY WYN YOUNG, | § | CIVIL ACTION NO. H-25-2057 |
| | § | |
| Appellant. | § | |

## DISMISSAL ORDER

For the reasons set out in this court's Memorandum and Opinion entered on August 19, 2025, Mr. Young's bankruptcy appeal is dismissed.

SIGNED on August 19, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge