United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 28, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 22-33553** |
| ALEXANDER E. JONES, | § | (Chapter 7) |
| | § | |
| Debtor. | § | |

**ORDER AUTHORIZING
THE SALE OF CERTAIN REAL PROPERTY AND OTHER ASSETS
AT PUBLIC AUCTION FREE AND CLEAR UNDER 11 U.S.C. § 363(F)
AND APPROVING RELATED SALE PROCEDURES**
[This Order relates to Docket No. 1231]

The Court considered the Trustee's *Motion for Entry of an Order Authorizing: (I) the Sale of Certain Real Property and Other Assets at Public Auction Free and Clear under 11 U.S.C. § 363(f) through Sales Broker ThreeSixty Asset Advisors and Tranzon Asset Advisors; and (II) Related Sale Procedures* (the "**Motion**"),[1] any responses to the Motion, the statements of counsel, the record in this case, and evidence submitted or proffered at a hearing held with respect to this matter, if any, and finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(a), (m) and (n); (iii) notice of the Motion was sufficient under the circumstances; (iv) the Trustee has articulated a sound business justification for the sale of the Rental Property and the Personal Property, (collectively, the "**Assets**"), as further described in the Motion and Auction Proposal Letter attached as an **Exhibit 1** to the Motion; (v) the Trustee has exercised reasonable business judgment in proposing the sale of the Assets via public auction as set forth in the Motion and Auction Proposal Letter; (vi) the relief requested in the Motion is appropriate and is in the best interest of the Estate, its creditors, and parties-in-interest; and (vii) good and sufficient cause exists to grant the relief requested.

Accordingly, it is therefore **ORDERED** that:

1. The Trustee is authorized to sell the Assets in accordance with the terms set forth in the Motion free and clear of all liens, claims, and encumbrances pursuant to 11 U.S.C. §§ 363(b) and 363(f).

2. The sale of the Assets is "AS IS, WHERE IS" and the Trustee makes no representation or warranties of any kind with respect to the Assets.

3. Any valid prepetition liens, claims, and encumbrances against the Assets shall attach to and/or may be satisfied from the proceeds of the sale to the same extent, validity, and priority as existed as of the Petition Date.

---

[1] Capitalized terms used in this Order but not otherwise defined herein have the same meanings ascribed to them in the Motion.

4.  Upon consummation of the sale(s), all persons holding a lien, claim, encumbrance, or other interest against or in the Assets, of any kind or nature whatsoever, including but not limited to all taxing authorities, are forever barred, estopped, and permanently enjoined form asserting, prosecuting, or otherwise pursuing such lien, claim, encumbrance, or other interest, against the buyer of any of the Assets or against the Assets themselves.

5.  The (14) day stay imposed by Federal Rule of Bankruptcy Procedure 6004(h) is waived and this Order is effective and enforceable immediately upon entry hereof.

6.  The Trustee is authorized to pay Tranzon360's compensation and the reimbursement of their reasonable, actual, and necessary expenses, from the proceeds of the sale of the Assets, under the terms set forth in the Motion, without further order from this Court.

7.  At the close of the auctions of the Assets, Tranzon360 shall submit an expense and auction report to the Trustee.

8.  The Trustee is authorized to provide a notice of lease termination and to vacate the Rental Property to the current tenant in a form substantially similar to the proposed notice attached to the Motion as **Exhibit 2**.

9.  All parties are ordered, and the Trustee is authorized and empowered to take any and all actions reasonable and necessary to implement and effectuate the relief granted by this Order, including executing any transactional or other documents, if any, related to the sale and/or transfer of assets.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of the Motion and this Order.

Signed: August 28, 2025

_____

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-33553-cml |
| Alexander E. Jones | Chapter 7 |
| Official Committee Of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 12 |
| Date Rcvd: Aug 28, 2025 | Form ID: pdf002 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| aty | + | Anna Kordas, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-1000, UNITED STATES 10036-6730 |
| aty | + | Crowe & Dunlevy, 2525 McKinnon St, Suite 425, Dallas, TX 75201-1543 |
| aty | + | David Franklin Hill, IV, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | | Elliott, Thomason & Gibson, LLP, c/o Vickie L. Driver, Suite 202, Dallas, TX 75201, UNITED STATES |
| aty | + | Jonathan Day, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Jones Murray LLP, 602 Sawyer Suite 400, Houston, Tx 77007-7510 |
| aty | + | Leslie E. Liberman, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Martin, Disiere, Jefferson & Wisdom, LLP, 808 Travis, Suite 1100, Houston, TX 77002-5831 |
| aty | + | Paul Andrew Paterson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Reynal Law Firm, P.C., 917 Franklin St., Suite 600, Houston, TX 77002-1764 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Theodore James Salwen, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| fa | + | BlackBriar Advisors LLC, 3131 McKinney Ave., Suite 600, Dallas, TX 75204-2456 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Suite 203, Austin, TX 78701-2720 |
| intp | + | Robert Wyn Young, 1421 Lexington Avenue, #180, Mansfield, OH 44907, UNITED STATES 44907-2629 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |
| intp | + | WOW.AI LLC, c/o Rachel A. Parisi, 100 Southgate Parkway, P.O. Box 1997, Morristown, NJ 07962-1997 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 28 2025 20:33:46 | Ally Bank, c/o Quilling, Selander, et al, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2025 20:40:59 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2025 20:56:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 28 2025 20:32:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| cr | + | Email/Text: notifications@cstrial.com | Aug 28 2025 20:33:00 | Erica L. Ash, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701, UNITED STATES 78701-0137 |
| cr | + | Email/Text: notifications@cstrial.com | Aug 28 2025 20:33:00 | Francine Wheeler, Cain & Skarnulis PLLC, Ryan |

| Recip | Bypass | Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | E. Chapple, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| crcm | + | Email/Text: mbrimmage@akingump.com | Aug 28 2025 20:33:00 | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | Aug 28 2025 20:32:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | + | Email/Text: notifications@cstrial.com | Aug 28 2025 20:33:00 | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | ^ | MEBN | Aug 28 2025 20:32:34 | Texas Comptroller of Public Accounts, c/o Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, tx 78711-2548 |
| cr | ^ | MEBN | Aug 28 2025 20:32:33 | Texas Comptroller of Public Accounts, Revenue Acco, Kimberly A. Walsh, PO Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Aug 28 2025 20:33:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| intp | | David Ross Jones |
| cr | | David Wheeler |
| intp | | Discover Fund Management, Inc. |
| cr | | Donna Soto |
| cr | | Estate of Marcel Fontaine |
| intp | | First United American Companies, LLC |
| intp | | Global Tetrahedron, LLC |
| fa | | HMP Advisory Holdings, LLC d/b/a Harney Partners |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |
| cr | | Mark Barden |
| op | | N&N Forensics, LLC |
| cr | | Neil Heslin, Scarlett Lewis, Leonard Pozner, Veron |
| cr | | Nicole Hockley |
| cr | | Public Storage |
| op | | Rachel Kennerly LLC |
| acc | | Rachel Kennerly LLC |
| cr | | Robert Parker |
| acc | | TPS-West LLC |
| fa | | Teneo Capital LLC |
| cr | | William Aldenberg |
| cr | | William Sherlach |
| intp | | X Corp. |
| cr | ##+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX |

| | | |
|---|---|---|
| | | 77002-6774 |
| cr | ##+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |

TOTAL: 28 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Annie E Catmull | on behalf of Creditor Free Speech Systems  LLC aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Avi Moshenberg | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Leonard Pozner avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Marcel Fontaine avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Veronique De La Rosa avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Neil Heslin avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Scarlett Lewis avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Leonard Pozner avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Estate of Marcel Fontaine avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@lmbusinesslaw.com  avi.moshenberg@lmbusinesslaw.com |
| Ben C Broocks | on behalf of Defendant Alexander E. Jones bencbroocks@gmail.com  docket@broockslawfirm.com |
| Ben C Broocks | on behalf of Debtor Alexander E. Jones bencbroocks@gmail.com  docket@broockslawfirm.com |
| Ben C Broocks | on behalf of Defendant Alexander E Jones bencbroocks@gmail.com  docket@broockslawfirm.com |
| Ben C Broocks | on behalf of Plaintiff Alexander E. Jones bbroocks@broockslawfirm.com  docket@broockslawfirm.com |

Ben C Broocks

on behalf of Counter-Claimant Alexander E Jones bencbroocks@gmail.com docket@broockslawfirm.com

Ben C Broocks

on behalf of Defendant Free Speech Systems LLC bencbroocks@gmail.com, docket@broockslawfirm.com

Bennett Greg Fisher

on behalf of Creditor Public Storage bennett.fisher@lewisbrisbois.com
julie.devlin@lewisbrisbois.com;audrey.bridges@lewisbrisbois.com;jann.pigg@lewisbrisbois.com;karen.lovely@lewisbrisbois.com;guy.macarol@lewisbrisbois.com

Bradley J. Reeves

on behalf of Creditor Reeves Law PLLC breeves@legalstrategy.com

Caroline A. Reckler

on behalf of Interested Party X Corp. caroline.reckler@lw.com
caroline-reckler-9810@ecf.pacerpro.com;christopher.tarrant@lw.com

Christina Walton Stephenson

on behalf of Attorney Crowe & Dunlevy crissie@driversteplaw.com elisa@driversteplaw.com

Christopher R Murray

chris@jonesmurray.com crm@trustesolutions.net

Christopher R Murray

on behalf of Trustee Christopher R Murray chris@jonesmurray.com crm@trustesolutions.net

Dale E Barney

on behalf of Interested Party Discover Fund Management Inc. dbarney@gibbonslaw.com

Elizabeth Carol Freeman

on behalf of Trustee Melissa A Haselden liz@lizfreemanlaw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Eric Henzy

on behalf of Plaintiff Richard M. Coan ehenzy@zeislaw.com

Erin Elizabeth Jones

on behalf of Plaintiff Christopher R. Murray Chapter 7 Trustee erin@jonesmurray.com, 8597346420@filings.docketbird.com

Erin Elizabeth Jones

on behalf of Plaintiff Christopher Murray erin@jonesmurray.com 8597346420@filings.docketbird.com

Erin Elizabeth Jones

on behalf of Trustee Christopher R Murray erin@jonesmurray.com 8597346420@filings.docketbird.com

Federico Andino Reynal

on behalf of Attorney Reynal Law Firm P.C. areynal@frlaw.us

Gregg Jeffrey Costa

on behalf of Defendant Global Tetrahedron LLC gcosta@gibsondunn.com, pacer-tx@gibsondunn.com

Gregg Jeffrey Costa

on behalf of Interested Party Global Tetrahedron LLC gcosta@gibsondunn.com, pacer-tx@gibsondunn.com

Ha Minh Nguyen

on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Hannah Ackley

on behalf of Creditor Bank of America N.A. hannah.ackley@padgettlawgroup.com BKecf@padgettlawgroup.com

Jacqueline Chiba

on behalf of Trustee Christopher R Murray jackie@jonesmurray.com 8234279420@filings.docketbird.com

Jacqueline Chiba

on behalf of Attorney Jones Murray LLP jackie@jonesmurray.com 8234279420@filings.docketbird.com

Jacqueline Chiba

on behalf of Plaintiff Christopher Murray jackie@jonesmurray.com 8234279420@filings.docketbird.com

Jacqueline Chiba

on behalf of Plaintiff Christopher R. Murray Chapter 7 Trustee jackie@jonesmurray.com, 8234279420@filings.docketbird.com

Jarrod B. Martin

on behalf of Creditor Scarlett Lewis jbmartin@bradley.com
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com

Jarrod B. Martin

on behalf of Plaintiff Neil Heslin jbmartin@bradley.com
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com

Jarrod B. Martin

on behalf of Plaintiff Leonard Pozner jbmartin@bradley.com

atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com

Jarrod B. Martin

on behalf of Plaintiff Scarlett Lewis jbmartin@bradley.com
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com

Jarrod B. Martin

on behalf of Plaintiff Estate of Marcel Fontaine jbmartin@bradley.com
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com

Jarrod B. Martin

on behalf of Creditor Veronique De La Rosa jbmartin@bradley.com
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com

Jarrod B. Martin

on behalf of Creditor Marcel Fontaine jbmartin@bradley.com
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com

Jarrod B. Martin

on behalf of Creditor Neil Heslin jbmartin@bradley.com
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com

Jarrod B. Martin

on behalf of Creditor Leonard Pozner jbmartin@bradley.com
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com

Jarrod B. Martin

on behalf of Plaintiff Veronique De La Rosa jbmartin@bradley.com
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com

Jason A. Starks

on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jayson B. Ruff

on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey Gresham Tinkham

on behalf of Attorney Martin  Disiere, Jefferson & Wisdom, LLP tinkham@mdjwlaw.com, paulaj@mdjwlaw.com

Jennifer Jaye Hardy

on behalf of Creditor Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Plaintiff Scarlett Lewis jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Plaintiff Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Creditor Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Creditor Neil Heslin  Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine
jhardy2@willkie.com, mao@willkie.com

Jennifer Jaye Hardy

on behalf of Creditor Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Plaintiff Leonard Pozner jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Plaintiff Neil Heslin jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Interested Party Neil Heslin  Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel
Fontaine jhardy2@willkie.com, mao@willkie.com

Jennifer Jaye Hardy

on behalf of Creditor Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Creditor Estate of Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Plaintiff Veronique De La Rosa jhardy2@willkie.com  mao@willkie.com

Jennifer Jaye Hardy

on behalf of Creditor Marcel Fontaine jhardy2@willkie.com  mao@willkie.com

John D Malone

on behalf of Creditor Security Bank of Texas myra@johnmalonepc.com  myra@johnmalonepc.com

John James Sparacino
> on behalf of Interested Party WOW.AI LLC jsparacino@mckoolsmith.com
> john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

Johnie J Patterson
> on behalf of Creditor Elevated Solutions Group  LLC
> wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Jordan Stevens
> on behalf of Plaintiff Christopher Murray jstevens@porterhedges.com

Jordan Stevens
> on behalf of Plaintiff Christopher R. Murray  Chapter 7 Trustee jstevens@porterhedges.com

Jose Antonio Ortiz
> on behalf of Defendant Alexander E Jones aortiz@jhwclaw.com  cmadden@jhwclaw.com

Jose Antonio Ortiz
> on behalf of Counter-Claimant Alexander E Jones aortiz@jhwclaw.com  cmadden@jhwclaw.com

Joshua W. Wolfshohl
> on behalf of Trustee Christopher R Murray jwolfshohl@porterhedges.com
> egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
> on behalf of Plaintiff Christopher Murray jwolfshohl@porterhedges.com
> egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
> on behalf of Plaintiff Christopher R. Murray  Chapter 7 Trustee jwolfshohl@porterhedges.com,
> egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
> on behalf of Defendant Christopher Murray  Chapter 7 Trustee jwolfshohl@porterhedges.com,
> egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Kimberly A Walsh
> on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov,
> sherri.simpson@oag.texas.gov

Marty L Brimmage
> on behalf of Creditor Veronique De La Rosa mbrimmage@akingump.com
> lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
> on behalf of Creditor Marcel Fontaine mbrimmage@akingump.com
> lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
> on behalf of Creditor Jacqueline Barden mbrimmage@akingump.com
> lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
> on behalf of Creditor Robert Parker mbrimmage@akingump.com
> lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
> on behalf of Creditor Ian Hockley mbrimmage@akingump.com
> lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
> on behalf of Creditor Committee Official Committee Of Unsecured Creditors mbrimmage@akingump.com
> lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
> on behalf of Creditor Nicole Hockley mbrimmage@akingump.com
> lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
> on behalf of Creditor Carlos M Soto mbrimmage@akingump.com
> lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
> on behalf of Creditor Carlee Soto Parisi mbrimmage@akingump.com
> lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
> on behalf of Creditor Mark Barden mbrimmage@akingump.com
> lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
> on behalf of Creditor William Sherlach mbrimmage@akingump.com
> lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

District/off: 0541-4                     User: ADIuser                          Page 7 of 12

Date Rcvd: Aug 28, 2025                  Form ID: pdf002                        Total Noticed: 32

Marty L Brimmage
on behalf of Creditor William Aldenberg mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Francine Wheeler mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Neil Heslin mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor David Wheeler mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Leonard Pozner mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alexander E. Jones mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Jennifer Hensel mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Jillian Soto-Marino mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Donna Soto mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Marty L Brimmage
on behalf of Creditor Scarlett Lewis mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Melanie A. Miller
on behalf of Creditor Committee Official Committee Of Unsecured Creditors melanie.miller@akingump.com

Melissa A Haselden
on behalf of Trustee Melissa A Haselden mhaselden@haseldenfarrow.com
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;mhaselden@ecf.courtdrive.com;haselden.melissaa.r104367@notify.bestcase.com

Michael Britton Dearman
on behalf of Plaintiff Christopher Murray mdearman@porterhedges.com

Michael Britton Dearman
on behalf of Plaintiff Christopher R. Murray  Chapter 7 Trustee mdearman@porterhedges.com

Nicholas Lawson
on behalf of Creditor Marcel Fontaine nick.lawson@lmbusinesslaw.com  kate.taylor@lmbusinesslaw.com

Nicholas Lawson
on behalf of Creditor Scarlett Lewis nick.lawson@lmbusinesslaw.com  kate.taylor@lmbusinesslaw.com

Nicholas Lawson
on behalf of Creditor Leonard Pozner nick.lawson@lmbusinesslaw.com  kate.taylor@lmbusinesslaw.com

Nicholas Lawson
on behalf of Creditor Neil Heslin nick.lawson@lmbusinesslaw.com  kate.taylor@lmbusinesslaw.com

Nicholas Lawson
on behalf of Creditor Veronique De La Rosa nick.lawson@lmbusinesslaw.com  kate.taylor@lmbusinesslaw.com

Patrick Michael Lynch
on behalf of Creditor Ally Bank plynch@qslwm.com  pkarr@qslwm.com

Raymond William Battaglia
on behalf of Creditor Free Speech Systems  LLC rbattaglialaw@outlook.com, rwbresolve@gmail.com

Robert Wyn Young
on behalf of Interested Party Robert Wyn Young rwynyoung25@gmail.com

Robin M Ziek
on behalf of Defendant RCGJ  LLC rziek@sbcglobal.net, mgerman@sbcglobal.net

Robin M Ziek
on behalf of Defendant David Jones rziek@sbcglobal.net  mgerman@sbcglobal.net

Robin M Ziek

on behalf of Defendant David R. Jones  as Trustee of the Alexander E. Jones Descendant and Beneficiary Trust rziek@sbcglobal.net, mgerman@sbcglobal.net

Robin M Ziek

on behalf of Defendant David R. Jones as Trustee of Alexander E. Jones Descendant and Beneficiary Trust rziek@sbcglobal.net mgerman@sbcglobal.net

Robin M Ziek

on behalf of Defendant David Ross Jones rziek@sbcglobal.net  mgerman@sbcglobal.net

Ryan E Chapple

on behalf of Plaintiff Ian Hockley rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Carlos M Soto rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Jillian Soto- Marino rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Wiliam Sherlach rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Francine Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff David Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Donna Soto rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor William Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Jacqueline Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Francine Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Ian Hockley rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Williams Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Robert Parker rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant CARLOS M. SOTO rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Robert Parker rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor William Sherlach rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Jacqueline Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant William Aldenberg rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Erica Ash rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Erica Ash rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Carlos M Soto rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Donna Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Williams Aldenberg rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Erica L. Ash rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Carlee Soto Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Carlee Soto Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Jennifer Hensel rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Ian Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Carlee Soto Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff William Aldenberg rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Jennifer Hensel rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Robert Parker rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Erica L. Ash rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Nicole Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Nicole Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Ian Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Nicole Hockley rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Donna Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Richard M. Coan rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Carlos M Soto rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Julian Soto Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Mark Barden rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Julian Soto Marino rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff William Sherlach rchapple@cstrial.com notifications@cstrial.com;corozco@cstrial.com

District/off: 0541-4                        User: ADIuser                        Page 10 of 12
Date Rcvd: Aug 28, 2025                   Form ID: pdf002                   Total Noticed: 32

Ryan E Chapple

on behalf of Creditor Donna Soto rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant David Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Jillian Soto-Marino rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant William Sherlach rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Jennifer Hensel rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant David Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor David Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Defendant Francine Wheeler rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant Jacqueline Barden rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Creditor Carlee Soto Parisi rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Counter-Defendant William Sherlach rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Robert Parker rchapple@cstrial.com  notifications@cstrial.com;corozco@cstrial.com

S. Margie Venus

on behalf of Interested Party WOW.AI LLC mvenus@mckoolsmith.com
managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

Scott R. Cheatham

on behalf of Creditor Bank of America N.A. scott.cheatham@arlaw.com

Shelby A Jordan

on behalf of Defendant AEJ Austin Holdings  LLC sjordan@jhwclaw.com, cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Defendant AEJ 2018 Trust sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Plaintiff Alexander E. Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Counter-Claimant Alexander E Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Debtor Alexander E. Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Defendant Alexander E. Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Defendant Alexander E Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Defendant Alexander E. Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Interested Party Alexander E Jones sjordan@jhwclaw.com  cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Defendant PLJR Holdings  LLC sjordan@jhwclaw.com, cmadden@jhwclaw.com

Shelby A Jordan

on behalf of Defendant JLJR Holdings  LLC sjordan@jhwclaw.com, cmadden@jhwclaw.com

Stephen A Roberts

on behalf of Interested Party David Ross Jones sroberts@srobertslawfirm.com  1222805420@filings.docketbird.com

Stephen Wayne Lemmon

on behalf of Creditor PQPR Holdings Limited  LLC lemmon@slollp.com, mates@slollp.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Vickie L Driver

on behalf of Attorney Crowe & Dunlevy vickie@driversteplaw.com  crissie@driversteplaw.com;elisa@driversteplaw.com

Vickie L Driver

on behalf of Attorney Elliott  Thomason & Gibson, LLP vickie@driversteplaw.com, crissie@driversteplaw.com;elisa@driversteplaw.com

Vickie L Driver

on behalf of Other Prof. Rachel Kennerly LLC vickie@driversteplaw.com  crissie@driversteplaw.com;elisa@driversteplaw.com

Vickie L Driver

on behalf of Financial Advisor BlackBriar Advisors LLC vickie@driversteplaw.com crissie@driversteplaw.com;elisa@driversteplaw.com

Vickie L Driver

on behalf of Creditor Free Speech Systems  LLC vickie@driversteplaw.com, crissie@driversteplaw.com;elisa@driversteplaw.com

Vida J Robinson

on behalf of Plaintiff William Aldenberg ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor Francine Wheeler ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor Donna Soto ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff Jacqueline Barden ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff William Sherlach ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor Mark Barden ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor William Sherlach ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff Nicole Hockley ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor William Aldenberg ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff Jillian Soto Marino ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor Jacqueline Barden ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff Richard M. Coan ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor David Wheeler ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor Carlos M Soto ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor Nicole Hockley ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff Donna Soto ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff Francine Wheeler ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor Jennifer Hensel ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor Robert Parker ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor Carlee Soto Parisi ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff Jennifer Hensel ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor Jillian Soto-Marino ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff Carlee Soto-Parisi ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff Robert Parker ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Creditor Ian Hockley ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff Carlos M. Soto ViRobinson@paulweiss.com

Vida J Robinson

on behalf of Plaintiff David Wheeler ViRobinson@paulweiss.com

Walter J Cicack

on behalf of Interested Party First United American Companies  LLC wcicack@hcgllp.com, mallen@hcgllp.com

Yoshie Valadez

on behalf of Creditor Bank of America N.A. mhtbkanhsselffilings@mccarthyholthus.com  yvaladez@mccarthyholthus.com


TOTAL: 231