UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| **ALEXANDER E. JONES,** | § | |
| | § | Case No. 22-33553 (CML) |
| Debtor. | § | |
| | § | |

**FIFTEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | August 1, 2025 through and including August 31, 2025 |
| **Interim Fees Incurred:** | $37,540.50 |
| **Interim Payment of Fees Requested (80%):** | $30,032.40 |
| **Interim Expenses Incurred:** | $2,523.07 |
| **Total Fees and Expenses Due:** | $32,555.47 |

This is the Fifteenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17531565

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Fifteenth Monthly Fee Statement (the "Fee Statement") for the period from August 1, 2025 through August 31, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $37,540.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,523.07 (the "Expenses"), for the period from August 1, 2025 through August 31, 2025. Eighty percent (80%) of the fees equals $30,032.40 and one hundred percent (100%) of the Expenses equals $2,523.07 for a total requested amount of $32,555.47.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $30,032.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,523.07 in the total amount of $32,555.47.

Dated:  September 8, 2025.
     Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,
Christopher R. Murray***

## CERTIFICATE OF SERVICE

     This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 8, 2025.

*/s/ Joshua W. Wolfshohl*
 Joshua W. Wolfshohl

17531565

# EXHIBIT 1

## SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 0.00 | 0.00 |
| Asset Disposition | 44.00 | 37,540.50 |
| Employment/Fee Application | 0.00 | 0.00 |
| Tax Matters | 0.00 | 0.00 |
|  |  |  |
| **TOTAL** | **44.00** | **37,540.50** |

17531565

# EXHIBIT 2

## SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 691.57 |
| Computer Services | 1,831.50 |
|  |  |
| **TOTAL** | **2,523.07** |

17531565

## **EXHIBIT 3**

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Geoffrey L. Schultz | $1,100.00 | 7.10 |
| Joshua W. Wolfshohl | $995.00 | 9.60 |
| Michael B. Dearman | $745.00 | 19.30 |
| Jordan T. Stevens | $725.00 | 8.00 |
| | | |
| **TOTAL** | | **44.00** |

17531565

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | September 08, 2025 |
| Invoice Num.: | 581756 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:            Alex Jones

For professional services rendered and costs incurred through August 31, 2025

| | |
|---|---:|
| Professional Fees | 37,540.50 |
| Disbursements | 2,523.07 |
| **Total Amount Due** | **$40,063.57** |

**Exhibit 4**

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | September 08, 2025 |
| Invoice Num.: | 581756 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/2025 | MBD | Conference with C. Murray, E. Jones, G. Schulz, and J. Wolfshohl regarding case issues and strategy (1.3); review additional documents and transcripts (1.7); correspond with G. Schulz regarding same (.2). | 3.20 | 2,384.00 |
| 08/01/2025 | JWW | Conference call regarding estate tax issues. | 1.00 | 995.00 |
| 08/01/2025 | GLS | Continue reviewing documentation forwarded by M. Dearman (.5); call with working group regarding same (1.0). | 1.50 | 1,650.00 |
| 08/04/2025 | MBD | Review and analyze A. Jones removal pleading. | 0.90 | 670.50 |
| 08/05/2025 | MBD | Attention to correspondence regarding removal and transfer (.1); correspond with Trustee, Trustee's team, and J. Wolfshohl regarding same (.1). | 0.20 | 149.00 |
| 08/05/2025 | JWW | Review motion to transfer filed by A. Jones and emails with Trustee regarding same (.4); emails regarding status of estate assets (.2); review invoices for fee statement preparation (.2). | 0.80 | 796.00 |
| 08/05/2025 | GLS | Review various correspondence and orders (.3); call with working group, including C. Murray and accountants (1.2); correspondence with M. Dearman regarding same (.3). | 1.80 | 1,980.00 |
| 08/06/2025 | MBD | Analyze tax issues (1.0); correspond with Trustee and PH team regarding case issues (.1); conference regarding removal (.5). | 1.60 | 1,192.00 |
| 08/06/2025 | JWW | Emails regarding tax issues (.2); review analysis of estate cash and other matters in preparation for call (.3); conference call with TX/CT creditors regarding estate assets, causes of action and related issues (.8); follow-up with E. Jones regarding same (.5). | 1.80 | 1,791.00 |
| 08/07/2025 | JWW | Analyze tax issues and emails regarding same (.3); conference call with team regarding same and asset abandonment issues (.7). | 1.00 | 995.00 |

**PORTER HEDGES LLP**

|  |  | Invoice Date: | September 08, 2025 |
|  |  | Invoice Num.: | 581756 |
|  |  | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/07/2025 | MBD | Conference with Trustee, E. Jones, and PH team regarding case strategy (.7); conference with E. Jones regarding case issues (.2); conference with J. Stevens regarding motion regarding assets (.3); continue drafting assets motion (1.1). | 2.30 | 1,713.50 |
| 08/07/2025 | JTS | Prepare for and speak and attend call with members of the Trustee and Porter Hedges Teams, including in light of review of the Notice of Partial Removal (.7); review and analyze the Debtor's pleadings and create a chart summarizing the same (2.1); correspond with J. Wolfshohl and M. Dearman regarding the same (.1). | 2.90 | 2,102.50 |
| 08/08/2025 | MBD | Continue draft motion regarding FSS assets (1.0); attention to correspondence with J. Stevens regarding same (.1); analyze pleadings and orders regarding FSS asset status (.3). | 1.40 | 1,043.00 |
| 08/10/2025 | MBD | Correspond with Trustee regarding 60(b) motion (.1); analyze applicability of rule 60(b) (.2); continue draft motion treating FSS assets (1.7). | 2.00 | 1,490.00 |
| 08/11/2025 | MBD | Continue draft Rule 60 motion (1.6); analyze case law regarding same (.5); correspond with J. Stevens regarding motion (.1); correspond with Trustee regarding same (.1). | 2.30 | 1,713.50 |
| 08/11/2025 | JTS | Locate precedent to be used in connection with the motion regarding the abandonment and deposit of estate property (.1); correspond with M. Dearman regarding the same (.2). | 0.30 | 217.50 |
| 08/13/2025 | JWW | Emails regarding press inquiry and asset abandonment. | 0.20 | 199.00 |
| 08/13/2025 | MBD | Review and analyze state court pleadings and receivership order (.3); conference and correspond with J. Stevens regarding additional issues (.2); conference with C. Murray regarding rule 60(b) motion (.1) | 0.60 | 447.00 |
| 08/13/2025 | JTS | Review and analyze the Turnover Order entered in state court (.8); review and analyze the docket in that state court proceeding, including select filings therein, and | 2.60 | 1,885.00 |

- Page 3 -

**PORTER HEDGES LLP**

|  | Invoice Date: | September 08, 2025 |
|---|---|---|
|  | Invoice Num.: | 581756 |
|  | Matter Number: | 018577-0001 |

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
|  |  | provide requested copies thereof to the members of the Porter Hedges and Trustee Teams (1.2); exchange multiple communications with members of the Porter Hedges and Trustee Teams (.4); speak with M. Dearman regarding the Turnover Order (.2). |  |  |
| 08/14/2025 | MBD | Conference with Trustee, E. Jones, J. Wolfshohl, and J. Stevens regarding case strategy (.4); revise rule 60(b) motion (1.0); correspond with G. Schulz regarding same (.1). | 1.50 | 1,117.50 |
| 08/14/2025 | JWW | Conference with Trustee team regarding open issues in case. | 0.50 | 497.50 |
| 08/14/2025 | JTS | Prepare for and speak and attend call with members of the Trustee and Porter Hedges Teams (.9); conduct legal research and analysis regarding potential next steps in light of the Turnover Order (1.2); correspond with members of the Trustee and Porter Hedges Teams regarding the same (.1). | 2.20 | 1,595.00 |
| 08/15/2025 | MBD | Correspondence with G. Schulz regarding Rule 60(b) motion (.2); revise Rule 60(b) motion (1.3); correspond with Trustee and PH team regarding case issues (.1). | 1.60 | 1,192.00 |
| 08/15/2025 | GLS | Review bankruptcy filing (.5); draft and send comments on same to M. Dearman (1.0). | 1.50 | 1,650.00 |
| 08/18/2025 | JWW | Phone conference regarding receivership filing (1.0); follow-up call with C. Murray and E. Jones regarding same and tax issues (.6); follow-up emails regarding tax issues (.3). | 1.90 | 1,890.50 |
| 08/18/2025 | MBD | Correspond with E. Jones regarding motion to transfer venue (.1); review and analyze answers to complaints (.1). | 0.20 | 149.00 |
| 08/18/2025 | GLS | Correspondence with E. Jones regarding various matters (.2); review revised motion and accompanying judgment (1.2); draft further edits and comments to same (.7); send revised draft to M. Dearman (.2). | 2.30 | 2,530.00 |
| 08/19/2025 | MBD | Review and analyze answers to complaints (.4); | 1.10 | 819.50 |

- Page 4 -

**PORTER HEDGES LLP**

|  |  | Invoice Date: | September 08, 2025 |
|---|---|---|---|
|  |  | Invoice Num.: | 581756 |
|  |  | Matter Number: | 018577-0001 |

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
|  |  | conference with E. Jones regarding adversary proceedings and case status (.4); conference with J. Wolfshohl regarding case tasks (.2); correspond with Trustee, E. Jones, and J. Wolfshohl regarding adversary proceedings (.1). |  |  |
| 08/19/2025 | JWW | Conference and emails with M. Dearman regarding answers filed by various defendants and issues related to asset sales and abandonment. | 0.40 | 398.00 |
| 08/22/2025 | MBD | Conference with E. Jones regarding answers (.2); review answers to complaints (.2). | 0.40 | 298.00 |
| 08/26/2025 | JWW | Emails with counsel for receiver (.2); emails regarding status of house sale and order from court (.1). | 0.30 | 298.50 |
| 08/27/2025 | JWW | Conference with C. Murray and E. Jones regarding open case issue (.5); review emails from S. Jordan and receiver (.1); conference with counsel for receiver regarding request for information (.8); follow-up with E. Jones regarding same (.3). | 1.70 | 1,691.50 |
| **Total** |  |  | **44.00** | **$37,540.50** |
| **Total Services** |  |  |  | **$37,540.50** |

**Timekeeper Summary**

| **Initials** | **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| GLS | Geoffrey L. Schultz | Partner | 7.10 | 1,100.00 | 7,810.00 |
| JWW | Joshua W. Wolfshohl | Partner | 9.60 | 995.00 | 9,552.00 |
| MBD | Michael B. Dearman | Associate | 19.30 | 745.00 | 14,378.50 |
| JTS | Jordan T. Stevens | Associate | 8.00 | 725.00 | 5,800.00 |
| **Total** |  |  | **44.00** |  | **$37,540.50** |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Computer Assisted Legal Research | 691.57 |
| Computer Services | 1,831.50 |
| **Total Disbursements** | **$2,523.07** |

**PORTER HEDGES LLP**

| | |
|---|---:|
| Invoice Date: | September 08, 2025 |
| Invoice Num.: | 581756 |
| Matter Number: | 018577-0001 |

**Total This Invoice**  **$40,063.57**