**EXHIBIT 1**

**TIMEKEEPER SUMMARY**

| Professional | Title | Section | Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Joshua W. Wolfshohl | Partner | Bankruptcy | $    995.00 | 23.80 | $23,681.00 |
| Geoffrey L. Schultz | Partner | Tax | $  1,100.00 | 1.50 | $1,650.00 |
| Matthew R. Baughman | Partner | Trusts and Estates | $    800.00 | 0.70 | $560.00 |
| Michael B. Dearman | Associate | Bankruptcy | $    745.00 | 87.70 | $65,336.50 |
| Jordan T. Stevens | Associate | Bankruptcy | $    725.00 | 15.40 | $11,165.00 |
| Janice M. Thomas | Paralegal | Property and Finance | $    495.00 | 0.40 | $198.00 |
| Carey A. Sakert | Paralegal | Litigation | $    495.00 | 1.00 | $495.00 |
| Mitzie L. Webb | Paralegal | Bankruptcy | $    485.00 | 2.90 | $1,406.50 |
| Eliana Garfias | Paralegal | Bankruptcy | $    425.00 | 9.00 | $3,825.00 |
| **TOTAL** | | | | **142.40** | **$ 108,317.00** |

17475386