**EXHIBIT 2**

**PROJECT CATEGORIES**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 115.30 | $91,197.00 |
| Case Administration | 12.30 | $5,685.50 |
| Employment/Fee Application | 7.00 | $4,791.00 |
| Litigation/Contested Matters | 5.50 | $4,397.50 |
| Tax | 2.30 | $2,246.00 |
| **TOTAL** | **142.40** | **$108,317.00** |

17475386