## EXHIBIT 4

## EXPENSE SUMMARY

| EXPENSES | COST |
|---|---:|
| Computer Assisted Research | $2,461.97 |
| Computer Services | $7,192.99 |
| Delivery Service | $24.00 |
| Deposition Expense | $5,418.66 |
| Filing Fees | $700.00 |
| UCC Searches | $495.84 |
| **TOTAL** | **$16,293.46** |

17475386