THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-33553 |
| ALEXANDER E. JONES § | (Chapter 7) |
| § | |
| Debtor. § | |

**FIFTHTEENTH MONTHLY FEE STATEMENT OF
JONES MURRAY LLP AS BANKRUPTCY COUNSEL
FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | August 1, 2025 through August 31, 2025 |
| **Interim Fees Incurred:** | $29,972.00 |
| **Interim Payment of Fees Requested (80%):** | $23,977.60 |
| **Interim Expenses Incurred:** | $0.00 |
| **Total Fees and Expenses Due:** | $23,977.60 |

This is the Fifteenth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Fifteenth Monthly Fee Statement (the "Fee Statement") for the period from August 1, 2025 through August 31, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793](the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $29,972.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from August 1, 2025 through August 31, 2025. Eighty percent (80%) of the fees equals $23,977.60 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested amount of $23,977.60.

Summaries of the calculations for these fees by project category are attached hereto as **Exhibit 1**. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 2**. A summary of expenses is attached as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $23,977.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 for a total amount of $23,977.60.

Dated: September 15, 2025          Respectfully submitted,

**JONES MURRAY LLP**
*/s/ Erin E. Jones*
Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
Jacqueline Q. Chiba
Texas Bar No. 24116899
jackie@jonesmurray.com
602 Sawyer St., Suite 400
Houston, TX 77007
Tel. (832) 529-1999
**CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

### CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 15, 2025.

                                                  */s/ Erin E. Jones*
                                                  Erin E. Jones

## **EXHIBIT 1**

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 21.8 | $16,895.00 |
| Asset Disposition | 1.1 | $699.50 |
| Case Administration | 8.4 | $6,510.00 |
| Fee/Employment Applications | 1 | $520.00 |
| Other Contested Matters | 6.9 | $5,347.50 |
| **TOTAL** | **39.2** | **$29,972.00** |

## EXHIBIT 2

### SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $775.00 | 37.6 |
| Jacqueline Q. Chiba, *Associate* | $520.00 | 1.6 |
| **TOTAL** | | **39.2** |

# **EXHIBIT 3**

### SUMMARY OF EXPENSES

| Expense Category | Cost |
|---|---|
| None During Billing Period | $0.00 |
| | |

# **EXHIBIT 4**

**PRE-BILL/INVOICE**

# Activities Export

09/15/2025
7:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | 🕐 | Asset Analysis and Recovery: Extended strategy session with Trustee regarding personal assets, including discussion of abandonment of certain assets (3.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.00h | $775.00 | - | $2,325.00 |
| 08/06/2025 | 🕐 | Other Contested Matters: Review partial removal pleadings relating to state court case and appointment of receiver, including attachments and cited authority, identify factual inaccuracies and any issues relating to Estate (2.6); extended conference with C. Murray regarding same (1.0); review motion to transfer venue and representations relating to same (1.0); conference with C. Murray regarding same (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 4.90h | $775.00 | - | $3,797.50 |
| 08/06/2025 | 🕐 | Case Administration: Review and respond to various emails from W. Hoch of Crowe Dunlevy regarding status of payment of chapter 11 admin fees, explaining current status and anticipated timing issues (.5); conference with C. Murray regarding same (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| 08/06/2025 | 🕐 | Case Administration: Review C. Murray email with updates from call with B. Schleizer (.2); | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.10h | $775.00 | - | $852.50 |
|  |  |  |  |  | **39.20h**<br>0.00h |  | **$0.00** | **$29,972.00**<br>39.20h |

1/9

# Activities Export

09/15/2025
7:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | conference with C. Murray regarding inquiries from R. Kennerly regarding tax matters (.2) and forward correspondence to team regarding same (.1); review trustee account balances in connection with inquires (.1); respond to various inquires regarding same (.5)<br>🔵 Unbilled | | | | | | |
| 08/07/2025 | 🕒 | Case Administration: Conference with Trustee legal team regarding weekly update/status/project management (.7); conference with C. Murray regarding same (.2)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.90h | $775.00 | - | $697.50 |
| 08/08/2025 | 🕒 | Asset Analysis and Recovery: Continue to work on response to motion to transfer venue and issues relating to limited purpose of vesting FSS assets for sale, tax matters, and Jones proposal relating to acquiring certain non-exempt personal property (3.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 3.10h | $775.00 | - | $2,402.50 |
| 08/11/2025 | 🕒 | Asset Analysis and Recovery: Continue to review motion regarding re-vesting of assets, legal research regarding same, and conference with C. Murray regarding same and effect of Rule 60 (1.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| | | | | | **39.20h**<br>0.00h | | **$0.00** | **$29,972.00**<br>39.20h |

# Activities Export

09/15/2025
7:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/13/2025 | 🕐 | Asset Analysis and Recovery: Review emails requesting comment regarding turnover motion (.1); review email with Trustee legal team regarding same (.1); review state court docket for open docket entries again (.5); review filings sent by J. Stevens that could not access from state court docket relating to receiver order, including Jones respond to entry of order, receivership order (1.7); monitor show for comments regarding hearing on receivership order regarding AEJ representations regarding same (2.0); various conferences with C. Murray regarding same (.4); continue to research regarding limited vesting of assets and Rule 60 (.8) <br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 5.60h | $775.00 | - | $4,340.00 |
| 08/14/2025 | 🕐 | Case Administration: Weekly call with Trustee legal team regarding projects/deadlines/open matters and conference with C. Murray regarding same (.8); conference with R. Chappel regarding receivership order and hearings relating to same (.5) <br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.30h | $775.00 | - | $1,007.50 |
| 08/14/2025 | 🕐 | Asset Analysis and Recovery: Update waterfall analysis and conference with C. Murray regarding same (.3) | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| | | | | | 39.20h | | $0.00 | $29,972.00 |
| | | | | | | | 0.00h | 39.20h |

# Activities Export

09/15/2025
7:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 08/15/2025 | 🕐 | Fee/Employment Applications: Prepare the fourteenth interim fee statement of Jones Murray LLP and supporting exhibits (1.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Jacqueline Chiba | 1.00h | $520.00 | - | $520.00 |
| 08/15/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding issues relating to appointment of receiver and status of chapter 7 estate (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 08/18/2025 | 🕐 | Asset Analysis and Recovery: Conference with K. Kimpler, R. Chappel, and J. Wolfshohl regarding receivership order disputes and status of litigation relating to same (.4); conference with C. Murray regarding same (.2); conference with J. Wolfshohl regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.10h | $775.00 | - | $852.50 |
| 08/18/2025 | 🕐 | Case Administration: Review draft Rule 60(b) motion and AEJ motion to transfer venue and allegations relating to ownership and control (1.2); review WDTX docket regarding status conference (.1); conference with Trustee legal team regarding responding to motion to transfer venue filed by AEJ and considerations relating to same | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.80h | $775.00 | - | $2,170.00 |
| | | | | | **39.20h**<br>0.00h | | **$0.00** | **$29,972.00**<br>39.20h |

# Activities Export

09/15/2025
7:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | (.5); work session with C. Murray and J. Wolfshohl regarding all pending issues relating to receivership action and effect on administration in chapter 7 (1.0) <br> 🔵 Unbilled | | | | | | |
| 08/18/2025 | 🕐 | Case Administration: Conference with C. Murray, J. Wolfshohl, G. Shultz, and M. Dearman regarding tax issues (.2); review S. Jordan email regarding tax issues (.1); draft response to S. Jordan regarding same (.1); continue to review draft response relating to ownership of assets, limited vesting, R60 issues, including review of additional authorities relating to turnover (1.0) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.40h | $775.00 | - | $1,085.00 |
| 08/18/2025 | 🕐 | Other Contested Matters: Review answers in adversary proceedings (.8) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.80h | $775.00 | - | $620.00 |
| 08/18/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray regarding AEJ proposal regarding vehicle and watch (.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| 08/19/2025 | 🕐 | Case Administration: Review S. Jordan email regarding tax issues in response to email with Trustee's position and conference with C. | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| | | | | | **39.20h** <br> 0.00h | | **$0.00** | **$29,972.00** <br> 39.20h |

# Activities Export

09/15/2025
7:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Murray and team regarding same and forward same to team (.3) <br> 🔵 Unbilled | | | | | | |
| 08/19/2025 | 🕐 | Other Contested Matters: Conference with M. Dearman regarding answers in adversary proceedings and issues relating to withdrawal of reference (.5) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 08/19/2025 | 🕐 | Other Contested Matters: Review WDTX docket and state court docket regarding status of litigation relating to receivership order and email team regarding same (.3) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 08/19/2025 | 🕐 | Asset Analysis and Recovery: Continue to draft, edit, revise pleadings relating to limited vesting, abandonment, and related issues (.5); and conference with C. Murray regarding same (.3); conference with M. Dearman regarding same (.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 1.00h | $775.00 | - | $775.00 |
| 08/21/2025 | 🕐 | Asset Analysis and Recovery: Conference with C. Murray and J. Chiba regarding filing CNO relating to motion to sell personal property (.2) <br> 🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee <br> In re Alexander E. Jones | Erin Jones | 0.20h | $775.00 | - | $155.00 |
| | | | | | **39.20h** <br> 0.00h | | **$0.00** | **$29,972.00** <br> 39.20h |

# Activities Export

09/15/2025
7:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/22/2025 | 🕐 | Other Contested Matters: Conference with M. Dearman regarding answers and possible motions made in responsive pleadings and related deadlines (.3); conference with C. Murray regarding same (.1)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.40h | $775.00 | - | $310.00 |
| 08/25/2025 | 🕐 | Asset Analysis and Recovery: Review email relating to receivership estate and conference with C. Murray, J. Wolfshohl, and M. Dearman regarding same, review and respond to various emails internally with legal team (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| 08/26/2025 | 🕐 | Asset Analysis and Recovery: Review and respond to various emails with trustee legal team regarding receivership estate/order (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| 08/26/2025 | 🕐 | Asset Analysis and Recovery: Review email from auctioneer regarding status of order on motion to sell personal property and notice to tenant, review docket relating to same, conference with C. Murray regarding same, email CNO to R. Saldana (.3)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.30h | $775.00 | - | $232.50 |
| | | | | | **39.20h**<br>0.00h | | **$0.00** | **$29,972.00**<br>39.20h |

# Activities Export

09/15/2025
7:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/26/2025 | 🕐 | Asset Analysis and Recovery: Continue to evaluate issues relating to AEJ proposal regarding vehicle and watch, relative to claiming additional exemptions and need for amendments relative to same (.6)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.60h | $775.00 | - | $465.00 |
| 08/27/2025 | 🕐 | Asset Analysis and Recovery: Conference with team regarding receivership issues and pending appeal and related issues (.5); second conference regarding same (.4); review extensive correspondence between S. Jordan and receiver attorney regarding receivership issues, and control/management issues with FSS (.5) and conference with C. Murray and J. Wolfshohl regarding same (.4)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 1.80h | $775.00 | - | $1,395.00 |
| 08/27/2025 | 🕐 | Asset Analysis and Recovery: Continue to evaluate issues relating to proposal to compromise from AEJ regarding vehicle and watch with unused but unclaimed exemptions and legal research regarding same, including issues relating to caps (2.0)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 2.00h | $775.00 | - | $1,550.00 |
| 08/28/2025 | 🕐 | Asset Disposition: Review court's order authorizing sale of rental | 00040-Christopher Murray, Chapter 7 Trustee | Jacqueline Chiba | 0.60h | $520.00 | - | $312.00 |
| | | | | | **39.20h**<br>0.00h | | **$0.00** | **$29,972.00**<br>39.20h |

# Activities Export

09/15/2025
7:01 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | property (0.2); finalize notice to vacate (0.3); email to K. Toney to discuss the sale of the property (0.1)<br>🔵 Unbilled | In re Alexander E. Jones | | | | | |
| 08/28/2025 | 🕐 | Asset Disposition: Review various emails regarding notice to tenant, review sale order, review notice, and conference with C. Murray regarding same (.5)<br>🔵 Unbilled | 00040-Christopher Murray, Chapter 7 Trustee<br>In re Alexander E. Jones | Erin Jones | 0.50h | $775.00 | - | $387.50 |
| | | | | | **39.20h**<br>0.00h | | **$0.00** | **$29,972.00**<br>39.20h |