**<u>EXHIBIT 1</u>**

**TIMEKEEPER SUMMARY**

| Professional | Title | Section | Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Erin E. Jones | Partner | Bankruptcy | $775.00 | 170.60 | $130.277.50[1] |
| Jacqueline Q. Chiba | Associate | Bankruptcy | $ 520.00 | 29.60 | $15,392.00 |
| **TOTAL** | | | | **200.2** | **$145,669.50** |

---

[1] Erin Jones provided 170.60 hours of service at the hourly rate of $775.00 which totals $132,215. However, 2.5 of those hours were no charged, lowering the final fee total to $130,277.50.