**EXHIBIT 2**

**PROJECT CATEGORIES**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 76.3 | $58,057.00 |
| Asset Disposition | 9 | $4,680.00 |
| Case Administration | 30.3 | $23,482.50 |
| Claims Administration and Objections | 7.5 | $5,532.00 |
| Employment/Fee Application | 25.6 | $15,352.50 |
| Litigation/Contested Matters | 51.5 | $38,535.50 |
| **TOTAL** | **200.2** | **$145,669.50** |