## **EXHIBIT 4**

### **EXPENSE SUMMARY**

| EXPENSES | COST |
|---|---:|
| Filing Fees | $199.00 |
| Printing/Postage/Mailouts | $835.72 |
| PACER Charges | $110.40 |
| **TOTAL** | **$1,145.12** |