**Exhibit B**

**Opposition**

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS,<br>　　*Plaintiffs,* | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| **v.** | §<br>§ | **459ᵗʰ JUDICIAL DISTRICT** |
| ALEX JONES and FREE SPEECH<br>SYSTEMS, LLC,<br>　　*Defendants.* | §<br>§<br>§<br>§ | TRAVIS COUNTY, TEXAS |

## RESPONSE IN OPPOSITION TO APPLICATIONS FOR POST-JUDGMENT TURNOVER ORDER AND APPOINTMENT OF RECEIVER AND MOTION TO STRIKE INTERVENTION

### I.　　INTRODUCTION

This is the response in opposition to the Application of Neil Heslin ("Heslin") and Scarlett Lewis ("Lewis") for turnover of assets of Alex Jones ("Jones") and his company Free Speech Systems, LLC ("FSS") and that a receiver be appointed to generally receive, hold, sell and divide sales proceeds of the assets turned over, all with respect to the judgment Heslin/Lewis received in this Court (the "Application"). This is also the Response to the request made in the same Application of fifteen persons who the Application identifies as the "Connecticut Families," who will herein referred to as the "Connecticut Plaintiffs." [1] The Connecticut Plaintiffs make the identical request made by Heslin/Lewis, namely that the **same** assets of Jones and FSS be turned over to the **same** receiver who will generally receive, hold, sell and divide sales proceeds of those **same** assets but, all with respect to a judgment the Connecticut Plaintiffs received in Connecticut. For the reasons herein set forth, the Application for turnover and receiver of Heslin/Lewis and the Connecticut Plaintiffs should be denied.

---

[1] One of the Connecticut plaintiffs (William Aldenberg) is a present or former FBI agent and not part of any family who experienced loss. Respectfully, given that fact, the term "Connecticut Families" will be replaced with the more appropriate term "Connecticut Plaintiffs."

1

Further this is a Motion to Strike the intervention of the Connecticut Plaintiffs who have inappropriately "intervened" in the collection efforts of Heslin/Lewis, by which intervention the Connecticut Plaintiffs hope to forum shop their collection efforts on their separate, unrelated judgment in Connecticut, which is in and of itself inappropriate and made more so by the fact that the alleged "domestication" of their Connecticut Judgment was both done at a time when the Connecticut Plaintiffs were precluded under Connecticut law from collecting on their judgment and has been previously removed to the bankruptcy court in the Southern District of Texas, where challenges to its validity remain pending.

## II.   BRIEF SUMMARY OF WHY ALL RELIEF MUST BE DENIED

What follows is a brief summary of why the relief requested in the Application must be denied and separately why the intervention of the Connecticut Plaintiffs must be struck.  Each point addressed in summary, will be explained in more detail in the Argument section that follows.

### A.   *TURNOVER RELIEF REQUESTED BY HESLIN/LEWIS MUST BE DENIED*

Mr. Heslin and Ms. Lewis, who together had a child that was murdered at Sandy Hook Elementary School, [2] obtained a liability default judgment in this Court against media defendants Jones and his company FSS (Jones and FSS are herein sometimes called "Defendants") and a later damage award of approximately $50,043,923.80 (the "Texas Judgment").   The deficiencies of the Texas Judgment -- including the fact that it violated the U.S. Constitution -- are briefly addressed *infra* but are currently on appeal pending before the Austin Court of Appeals where oral argument occurred on May 28, 2025.  Cause No. 03-23-00209.

---

[2] As Heslin and Lewis were husband and wife, their referring to themselves as the "Texas Families" in the plural, apears inaccurate, as there appears to be only one "Texas Family."

**As to Defendant Jones**, turnover relief on any of his assets by this Court is forbidden, as he has filed for bankruptcy protection in the Southern District of Texas, and the collection efforts in the Application's request for turnover directed at him, have been removed to the Bankruptcy Court, as this Court's records will reflect. Thus, by virtue of Jones's removal of these turnover proceedings as to himself and also the provisions of the automatic stay imposed by 11 U.S.C.A. §362(a), there can be no turnover relief granted as to Jones as the Application requests.[3]

**As to Defendant FSS**, turnover relief on any of its assets by this Court is forbidden as it has deposited cash in lieu of a bond [*Broocks Dec. Ex. 1*] which precludes collection of any portion of the Texas Judgment against FSS and specifically prohibits entry of a turnover order or receiver on any assets of FSS. *See* TEX. R. APP. P. 24.1(f). Furthermore, the turnover relief requested in the Application on FSS assets is further forbidden because in Jones's bankruptcy a Trustee was appointed (the "Bankruptcy Trustee") and by Orders of the Bankruptcy Court dated June 14, 2024 and September 25, 2024, [*Jones Dec. Exs. E and F respectively*] all property of Defendant FSS -- and thus the assets the Application seeks to have turned over -- have been transferred to Bankruptcy Trustee for the Jones Bankruptcy Estate. In relevant part, the Bankruptcy Court Order states as follows:

> "... all property of the estate of Debtor Free Speech Systems, LLC ("FSS") shall be deemed to have vested in the bankruptcy estate of Alexander E. Jones, Case No. 22-33553, as property of that estate pursuant to Section 541 and shall be under the control of the trustee of such estate ("Chapter 7 Trustee")."

[*Jones Dec. Ex. F*]. Hence not only are the assets of FSS not in the custody or control of FSS, but they have been judicially conveyed to the Bankruptcy Trustee who deals with them under the supervision of the Bankruptcy Court. Additionally, as the assets of FSS are part of the bankruptcy

---

[3] Addressed more fully *infra*, is the demonstrably false assertion that the Bankruptcy Court has issued a "final order" declaring the Texas and Connecticut Judgments to be "final." [Application, p. 2]

estate of Jones, they are also protected by the automatic stay provisions of 11 U.S.C.A. §362(a)

which further prohibits entry of the turnover order sought:

> "The automatic stay in bankruptcy prohibits the commencement or continuation of any judicial action or proceeding against the debtor and **any property within the debtor's bankruptcy estate**."

*Black v. Shor*, 443 S.W.3d 170, 179-80 (Tex. App.—Corpus Christi 2013, no pet.) (hereafter,

referred to as "*Black*") *citing* 11 U.S.C.A. §362(a) and *Eguia v. Eguia*, 367 S.W.3d 455, 458-59

(Tex. App.—Corpus Christi 2012, no pet.).  Any action taken against the debtor's bankruptcy estate

while the stay is in place is "void and without legal effect."  *Black* at 180. [4]

### B.    *TURNOVER RELIEF REQUESTED BY THE CONNECTICUT PLAINTIFFS MUST BE DENIED*

The Connecticut Plaintiffs have joined in the Application seeking turnover.  Their turnover

request indicates they apparently seek this relief in two capacities: (1) as assignees of a portion of

the judgment received by Heslin/Lewis; and (2) also based on their own judgment they received

in Connecticut that totals approximately $1,300,000,000.   The only evidentiary support for their

joint request is the unsupported and improper assertion that they are "Judgment Creditors," which

the Application defines as both Heslin/Lewis and also the Connecticut Families who:

> "... have agreed to divide the proceeds derived from the Receiver's collection efforts pursuant to the terms of a binding settlement agreement (the Judgment Creditors' Settlement Agreement)." Application ¶4. [5]

---

[4] Two of the undersigned were counsel of record in the *Black v Shor* case.

[5] Defendants object to this so-called " Judgment Creditors' Settlement Agreement" as there is no evidence whatsoever of its existence or its terms.  A recitation in a motion is not evidence.   See *Nat'l Collegiate Student Loan Tr. 2006-2 v. Ramirez*, 2017 Tex. App. LEXIS 2030, at *2 n.3 (Tex. App.—Fort Worth 2017, no pet.) (internal citations omitted):

> "To recover on an assigned cause of action, the party claiming the assigned rights must prove a cause of action existed that was capable of assignment and the cause was in fact assigned to the party seeking recovery.). An assignee stands in the shoes of the assignor and may assert those rights that the assignor could assert, but the plaintiff must prove that the defendant was a party to an enforceable contract with either it or with a third party who assigned its cause of action to the plaintiff."

The term "binding" is also an objectionable legal conclusion.

1. *CONNECTICUT PLAINTIFFS CANNOT RECEIVE TURNOVER AS ASSIGNEES FROM HESLIN/LEWIS*

To the extent the Connecticut Plaintiffs seek to assert claims as some kind of assignees of a portion of the Texas Judgment received by Helsin/Lewis, those claims are subject to the same objections raised above. Namely, **as to Jones**, there can be turnover as (a) those turnover requests have been removed to the United States Bankruptcy Court (reflected in this Court's records) and (b) Jones is protected by the automatic stay provisions of 11 U.S.C.A. §362(a). **As to FSS,** (a) FSS has deposited cash in lieu of a bond which precludes a turnover order and appointment of a receiver; and (b) FSS assets have been judicially declared to have vested in the bankruptcy estate of Jones and thus are protected by the automatic stay provisions of 11 U.S.C.A. §362(a). Hence, the Connecticut Plaintiffs cannot receive any turnover based on their status as assignees of an interest in the Heslin/Lewis judgment.

2. *CONNECTICUT PLAINTIFFS CANNOT RECEIVE TURNOVER ON THEIR OWN CONNECTICUT JUDGMENT*

To the extent the Connecticut Plaintiffs ask this Court to grant them turnover relief on their own Connecticut Judgment, that effort too fails. **As to Jones**, it fails for the same reasons the Heslin/Lewis turnover fails, namely, (a) those turnover requests have been removed to the United States Bankruptcy Court (reflected in this Court's records) and (b) Jones is protected by the automatic stay provisions of 11 U.S.C.A. §362(a).

**As to FSS**, similarly to the collection problems of the Heslin/Lewis judgment, FSS assets have been judicially declared to have vested in the bankruptcy estate of Jones and thus are protected by the automatic stay provisions of 11 U.S.C.A. §362(a). But collection fails as to FSS assets by the Connecticut Plaintiffs on their own Connecticut Judgment for additional reasons.

The Connecticut Plaintiffs have no valid, domesticated Texas judgment. They attempted a domestication in October 2024 at a time when they were precluded by Connecticut law from

5

collecting on their judgment.  See Conn. Prac. Book §61.11. Further, those efforts were promptly removed to federal court where the propriety and validity of the domestication remains pending to this day and given the removal to federal court, this Court has no jurisdiction or power to rule on that issue.  *Resolution Tr. Corp. v. Murray*, 935 F.2d 89, 92-93 (5th Cir. 1991) ("[A] state court has no power to proceed with a case which has been properly removed to federal court."); *see also In re Sw. Bell Tel. Co., LP*, 235 S.W.3d 619, 624 (Tex. 2007) (orig. proceeding).

Additionally, even had their judgment been properly domesticated, the Connecticut Plaintiffs have no standing to interject their Connecticut Judgment in the collection efforts in the Heslin/Lewis case.  Turnover orders follow court judgments, and the Connecticut Judgment has nothing to do with the Texas Judgment.   It appears uniformly recognized that it is improper for one creditor to intervene in another creditors collection efforts.  The Fourteenth Court of Appeals in Houston so stated holding that the Texas Supreme Court in *Alexander Dubose Jefferson & Townsend LLP v. Chevron Phillips Chem. Co., L.P*., 540 S.W.3d 577, 585 (Tex. 2018), discussed in detail *infra*, held it was impermissible for a third-party creditor to intervene in a turnover proceeding, the Fourteenth Court stating:

> "We do not address the merits of these arguments, however, because we conclude that, based on the recent Supreme Court of Texas opinion in *Alexander Dubose Jefferson & Townsend LLP v. Chevron Phillips Chemical Co.*, the trial court was not authorized to determine the competing ownership claims of either the parties or the third-party intervenors in a turnover proceeding. See 540 S.W.3d 577, 585 (Tex. 2018)."

*Van Dyke v. Littlemill Ltd.,* 579 S.W.3d 639, 644 (Tex. App.—Houston [14th Dist.] 2019, no pet.). The Connecticut Judgment is not this Court's judgment and hence use of turnover proceedings as a means of collecting a different judgment, violates the turnover law and Texas Supreme Court requirements.  The fact that the Connecticut Plaintiffs have intervened -- the invalidity of which is addressed *infra* -- does not make the Connecticut Judgment a part of this case.  Further, the so-

called Judgment Creditors Settlement Agreement does not change this result either. Although its terms are not disclosed in either the Application or attachments thereto, and it is described in the most bare-bones terms, at most it represents an alleged agreement to share any collection proceeds. It cannot legally have the effect of somehow "merging" the two judgments into one, merely because the respective judgment holders have agreed to share the proceeds of their collection efforts. Even more fundamentally, an "agreement" among creditors cannot alter the Texas Supreme Court's mandate -- as if they would read that mandate to say no intervention unless judgment creditors agree, an absurd assertion.

Additionally, the Connecticut Judgment is not a part of this case since the Heslin/Lewis case was assigned to this Court on a single assignment made by the then-presiding Lori Livingston on March 9, 2021. The Connecticut Plaintiffs' intervention is an inappropriate effort at forum shopping, by attempting to bring their collection efforts on the separate Connecticut Judgment before this Court achieving a single assignment to this Court, without the approval of the Administrative Judge. [6]

Further, "merging" the two judgments and combining the collection efforts is wrongful as it makes attribution of judgment credits received in collection impossible to determine. If collection efforts are pursued jointly (as opposed to pursued separately and the proceeds subsequently shared) then crediting proceeds to judgments becomes impossible. Even more fundamentally, it is axiomatic that if a trial court's judgment is overturned on appeal, a turnover order entered to enforce it is rendered void. *Matthiessen v. Schaefer*, 915 S.W.2d 479, 480 (Tex. 1995) ("If the underlying judgment is reversed on appeal, then the turnover order must be reversed also."). As the Texas Judgment has been appealed to the Third Court of Appeals, and oral

---

[6] Because Travis County Local Rule 2.6 calls for single assignments to be made by the Administrative Judge a copy of this Response is being filed with the Administrative Judge for consideration of the single assignment violation.

arguments concluded in May, if the Texas Judgment is overturned, in whole or in part, any turnover based in whole or in part on that reversed judgment would lead to an invalidation of everything -- including any undesignated portion of assets turned over because of the Connecticut Judgment. Similarly, U.S. Supreme Court Justice Sotomayor has granted leave for Defendants to file a petition for Writ of Cert by September 5, 2025. *Broocks Dec. Ex. 2.* If the U.S. Supreme Court determines the Connecticut Judgment to have be unconstitutional, then the same result will occur.[7] In either or both instances, among other things, returning improperly seized assets would be potentially impossible to achieve.

### C. *INTERVENTION BY THE CONNECTICUT PLAINTIFFS IS IMPROPER AND MUST BE STRUCK*

The Connecticut Plaintiffs have wrongly intervened in this collection action. They have no claim to the Texas Judgment except by virtue of an unsubstantiated so-called Judgment Creditors Settlement Agreement. But this turnover proceeding in this Court is not the appropriate venue to adjudicate the substantive rights as between the two Texas Plaintiffs on the one hand and the fifteen people who constitute the Connecticut Plaintiffs on the other. *See Bollore S.A. v. Imp. Warehouse, Inc.*, 448 F.3d 317, 2006 U.S. App. LEXIS 10591 (5th Cir. Tex. 2006).[8]

For these reasons and those set forth hereafter, the Application must be denied and the intervention of the Connecticut Plaintiffs struck.

### III. BACKGROUND FACTS, ISSUES AND ARGUMENTS WHY THE APPLICATION OF THE TEXAS PLAINTIFFS AND CONNECTICUT PLAINTIFFS MUST BE DENIED

---

[7] Such a holding would also have a dramatic impact on the Texas Judgment as well.

[8] *Bollore* held that because a store and its owner were not parties to the suit in which judgment issued against a judgment debtor, a district court could not adjudicate their substantive rights in a Tex. Civ. Prac. & Rem. Code Ann. § 31.002 turnover proceeding by holding that the store was the judgment debtor's alter ego, and further, the reverse piercing of the store's corporate veil was erroneous where the judgment debtor had no ownership interest therein.

## A.   *CONSTITUTIONAL VIOLATIONS RENDER BOTH JUDGMENTS INVALID*

Because of an inadequate and incomplete and in some cases incorrect recitations of facts in the Application, some additional background is required.  First, regarding the Texas Judgment, as indicated, appeal has been taken by Jones and FSS to the Austin Court of Appeals where oral arguments took place on May 28, 2025.  Regarding the Connecticut Judgment, United States Supreme Court Justice Sonia Sotomayor granted Defendants an extension of time to file their Petition of Certiorari to the United States Supreme Court, now due on September 5, 2025. [*Broocks Dec. Ex. 2*].  In the Austin appeal and in the request to the U.S Supreme Court for extension of time which Justice Sotomayor granted, pivotal arguments were raised that the First Amendment protections of freedom of speech and the press recognized by longstanding U.S. Supreme Court precedent were ignored by both trial courts.  U.S. Const. amend. I.

Specifically, the points that follow were made in Defendants' appeal briefing of the Texas Judgment and were argued to the Austin Court of Appeals and while other appeal issues were challenged, notably the Texas Plaintiffs did not challenge the accuracy of the Constitutional issues herein set forth.  Rather, their only "defense" to these was, without supporting authority, the position that a state court administrative default judgment could trump the U.S. Constitution and Supreme Court requirements.  They were not substantively addressed in any material way by the Texas Plaintiffs in the oral argument.

Turning to the Constitutional issues, because Jones was a media defendant, plaintiffs were public figures, and the alleged speech involved matters of public concern, Constitutional mandates applied that go beyond ordinary defamation rules. *Milkovich v. Lorain Journal Co*., 497 U.S. 1, 3 (1990) ("*Milkovich*").  Further, *New York Times Co. v. Sullivan*, 376 U.S. 254 (1964) ("*Sullivan*"), mandates that applicable Constitutional rules cannot be set aside for any reason in a Freedom of

9

the Press case:

> "The First Amendment 'guarantees have consistently refused to recognize an exception for any test of truth -- whether administered by judges, juries, or administrative officials -- and especially one that puts the burden of proving truth on the speaker."   *Id*. at 271.

Labelled preempting "federal rules" that "place limits on the application of the state law...." [*Milkovich*, 497 U.S. at 15-17] the Supreme Court has many times proclaimed them as unalterable "constitutional rules." See e.g., *Phila. Newspapers v. Hepps*, 475 U.S. 767, 775-76 (1986) ("*Hepps*").  These Constitutional rules apply to both defamation and IIED claims asserted against media defendants. *Snyder v. Phelps*, 562 U.S. 443 (2011) ("*Snyder*"). Yet these principles were ignored in both Texas and Connecticut. [9]

For example, Constitutionally, the plaintiffs in both Texas and Connecticut -- not the Defendants -- were required to plead and prove the falsity of specifically identified statements [*Hepps*, 475 U.S. at 776].  The Plaintiffs -- not the Defendants -- were also required to prove malice— that is, the speaker's subjective knowledge of falsity or reckless disregard, with the plaintiffs being required to prove malice by clear and convincing evidence. *Hepps,* at 778; *Gertz v. Robert Welch, Inc*., 418 U.S. 323, 342 (1974).  This occurred in neither place.  Rather the Texas and Connecticut Plaintiffs were not required to prove anything, and certainly not by clear and convincing evidence.

Another Constitutional rule ignored in both Texas and Connecticut is the requirement for the Court to independently review the precise speech alleged to be defamatory, such review mandating a focus on the context, content, form, and setting.  *Snyder*, 562 U.S. at 453-54; *Bose Corp. v. Consumers Union,* 466 U.S. 485, 499 (1984) ("*Bose*"). This requirement of independent

---

[9] The Connecticut Court of Appeals refused to consider Defendants' constitutional issues, claiming they were waived due to inadequate briefing and the Connecticut Supreme Court denied without explanation Defendants' petition for certified review.  Defendants remain optimistic that the U.S. Supreme Court will review and correct these Constitutional errors.

judicial review of the entirety of an allegedly defamatory broadcast has been reiterated by the Texas Supreme Court. *Dallas Morning News, Inc. v. Tatum*, 554 S.W.3d 614, 625 (Tex. 2018) (*citing Turner v. KTRK Television, Inc.*, 38 S.W.3d 103, 115 (Tex. 2000)) and recently reiterated in *In re Newkirk Logistics, Inc.*, 2025 Tex. LEXIS 400 (May 16, 2025).

In such review, pleadings that facially demonstrate the invalidity of defamation and IIED claims are legally invalid. As held in *Texaco, Inc. v. Phan*, 137 S.W.3d 763, 769 (Tex. App.—Houston [1st Dist.] 2004, no pet.), a default judgment must be set aside where the petition "disclose[s] any invalidity of the claim on its face." *See also Shoemake v. Fogel, Ltd.*, 826 S.W.2d 933, 937 (Tex. 1992). Here facial infirmities doomed Heslin's defamation claim and made it legally defective. Specifically, Mr. Heslin's petitions cited only two allegedly defamatory video broadcasts—6.26.2017 and 7.20.2017 [see Heslin Fourth Amended Petition, ¶¶88 - 90, *Broocks Dec, Ex. 3*]—both regarding statements responding to Heslin's 6.18.2017 very public appearance on NBC's Megyn Kelly show where he said the following [*Broocks Dec. Ex. 4*]:

<div style="border:2px solid red;">

**Appendix 30**

Neil Heslin (08:12):
I lost my son. I buried my son. I held my son with a bullet hole through his head.

Megyn Kelly (08:20):
Neil Hess, Lynn's son, Jesse, just six years old, was murdered along with 19 of his classmates and six adults on December 14th, 2012 in Newtown, Connecticut.

Neil Heslin (08:32):
I dropped him off at 9 0 4. That's when we dropped him off at school with his book bag hours later. I was picking him up in a body bag.

</div>

But the July 20 video Heslin attributed to Jones [*Broocks Dec. Ex.5*] did not republish a defamatory claim—in fact, it contained a near-immediate clarification/retraction:

11

7/20/2017                                                              App. A-33

They destroyed it. And they put radical Islamist in charge. But see, I'm not supposed to sit here and have a big thought like that. I looked at the five videos that they have said are evil and bad, and put a strike on us to shut the channel down, zero hedge discovered anomaly in Alex Jones hit piece. That's what they're saying we're not allowed to question. So let's play the censored report with Owen Shroyer analyzing other people's reports and playing the anomaly and asking the question and quite frankly, the father sees, he needs to clarify, NBC needs to clarify because the coroner said none of the parents were allowed to touch the kids or see the kids and maybe they meaning at the school, I'm sure later maybe the parents saw their children. The point is, is that because the media lies so much, you can't blame the public asking questions and you can't ban free speech of people that are asking questions and for us to simply look at the Megyn Kelly public even where someone sat down and was interviewed and to politely discuss it. If you ban that, you ban free speech in total. Very, very dangerous. Here it is.

Even assuming the June 26 video [*Broocks Dec. Ex.6*] was defamatory (it is not), the July 20 segment thus negated any liability. But fundamentally, the June 26 video itself was not defamatory but rather presented Heslin's publicly televised statements and contrasted them with a video clip of the official coroner, who said families were not brought into contact with victims' bodies. Heslin's petition included a footnote citing a news source URL, still active [Heslin Fourth Amended Petition, ¶71, n.9; *Broocks Dec. Ex.7*] the transcript of which is attached as *Broocks Dec. 8*. The relevant portion of the news source the Texas Plaintiffs themselves cited, related to the Connecticut local press quoting the coroner as saying first that "Relatives identified their loved ones not in person but by photos taken of the victims' faces...." and then "We did not bring the bodies and families into contact, we took pictures of them, of their facial features..." The coroner was then again quoted by the local newspaper, referenced in the Petition, as saying:

"All bodies were removed from the school before dawn Saturday and transported to the medical examiner's base in Farmington-about 40 miles away. The children's autopsies were performed first so that their bodies could be made available to funeral directors 'for obvious reasons'..."

12

The Constitutionally required independent review of the *entirety* of the challenged communications, in context, would have revealed there was no defamation in the two specified broadcasts. While the Court may have been justified in imposing penalties and sanctions for prior discovery abuse, it could not find these facially deficient assertions to constitute false statement knowingly made, relieving the Texas Plaintiffs from their Constitutionally required proof.

The IIED claims were facially invalid as well.  Texas law is clear that IIED claims are barred when they rest on the same facts as a defamation claim or could have been brought as defamation claims.  The same broadcasts on which Mr. Heslin's defamation claims were based -- the June 26, 2017 and July 20, 2017 video broadcasts -- appeared in Heslin's and Lewis's IIED claims in all their petitions [*Broocks Dec. Ex. 9*]:

> **CAUSES OF ACTION**
>
> I.    **Defamation and Defamation *Per Se* by All Defendants Against Neil Heslin.**
>
> \*\*\*\*\*
>
> 88.    The June 26, 2017 and July 20, 2017 broadcasts by Defendants were false, both in their particular facts and in the main point, essence, or gist in the context in which they were made.
>
> \*\*\*\*\*
>
> II.   **Intentional Infliction of Emotional Distress by Alex Jones, InfoWars, LLC, and Free Speech Systems, LLC Against Neil Heslin and Scarlett Lewis.**
>
> 99.    All previous allegations are incorporated by reference.
>
> 100.   Defendants knew or should have known that their videos on November 18, 2016, March 8, 2017, April 22, 2017, June 13, 2017, June 19, 2017, June 26, 2017, July 20, 2017, October 26, 2017, and April 20, 2018 would cause Plaintiffs severe

As the Austin Court of Appeals held in *Warner Bros. Entm't, Inc. v. Jones*, 538 S.W.3d 781, 814–15 (Tex. App.—Austin 2017), *aff'd*, 611 S.W.3d 1 (Tex. 2020), an IIED claim based on

13

the same conduct as a defamation claim is not permitted.[10] Here, the overlap is clear—and Plaintiffs' duplicative inclusion of defamation videos with others, demonstrated the error recognized in *Warner Bros. Entm't, Inc. v. Jones*. A court cannot issue a default judgment that turns a blind eye to these fatal defects. [11]

This Court was led into these errors by the Plaintiffs, and in the Application this Court is once again invited into error if the relief requested is granted.

**B.   THE APPLICATION MISSTATES BANKRUPTCY AND RELATED ISSUES**

*1.   ALL FSS ASSETS ARE HELD BY THE BANKRUPTCY TRUSTEE OF THE ESTATE OF ALEX JONES*

On December 2, 2022, Alex Jones declared personal bankruptcy and on June 14, 2024, his bankruptcy was converted into a Chapter 7 liquidation and Christopher Murray was appointed as the Chapter 7 Trustee (herein referred to as the "Bankruptcy Trustee") of all Jones's assets, excluding those that were exempt. His personal bankruptcy is still pending in Bankruptcy Court in Houston, Texas, in the case styled *In re Alexander E. Jones*, Debtor, Case No. 22-33553, in the United States Bankruptcy Court for the Southern District of Texas, the Honorable Judge Christopher Lopez presiding.

On July 29, 2022, FSS filed bankruptcy in Bankruptcy Court in Victoria, Texas, in the case styled *In Free Systems, LLC,* Debtor, Case No. 22-60043, in the United States Bankruptcy Court for the Southern District of Texas, which was transferred to the Houston Division and continued with the Honorable Judge Christopher Lopez presiding.

On June 21, 2024, Bankruptcy Judge Lopez entered an order in the FSS Bankruptcy case

---

[10] The undersigned was counsel of record in the *Warner Bros. Entm't, Inc. v. Jones* case; the "Jones" in that case was Robert Jones, former all-pro and Superbowl winning linebacker for the Dallas Cowboys.

[11] Virtually all of the other videos referenced in the Heslin/Lewis petition as background to showing a "pattern" of intentional infliction, almost uniformly reference they were allegedly defamatory, making the IIED claims invalid on the face of the petition. See e.g. Petition excepts at *Broocks Dec. Ex. 10*.

14

(herein called the "June Order," in Docket entry 956 in Case No. 22-60043) that both (a) dismissed the FSS bankruptcy and (b) at the same time transferred control and signing authority with respect to all FSS's bank accounts (cash assets) to the Bankruptcy Trustee of Jones's personal bankruptcy [Case No. 22-33553], namely Christopher Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander E. Jones. *Jones Dec. Ex. E.*

On September 25, 2024, Bankruptcy Judge Lopez entered another order supplementing his June Order, stating that as of the date of his first order above all property of FSS was judicially deemed to have vested in the bankruptcy estate of *Alexander E. Jones*, Case No. 22-33553, as property of that estate pursuant to Section 541 (herein called the "September Order or "Supplemental Order," in Docket entry 1021 in Case No. 22-60043). *Jones Dec. Ex. F.*

Both the Texas and Connecticut Plaintiffs are well aware of the June and September Orders and their effect, as they are specifically referenced in the form of Order the Texas and Connecticut Plaintiffs ask this Court to enter.[12]   Demonstrating their knowledge of these restrictions, the Application even goes to great lengths to note repeatedly that the relief they request is subject to the approval of the Bankruptcy Trustee.  These "subject to the Trustee approval" assertions are made in an ineffectual attempt to circumvent these Orders, since the Bankruptcy Trustee has no such authority to issue approvals that can only come from the Bankruptcy Court itself.

Even more so, while it is a certainty that all FSS assets are part of the Jones Bankruptcy estate, the law is crystal clear that certainty of ownership is not required;  the automatic stay applies if a bankruptcy estate has even an *arguable* interest.  In *Brown v. Chesnut* (*In re Chesnut*), 422

---

[12] At page 3 of the Proposed Order the Texas and Connecticut Plaintiffs ask this Court to enter, the following is stated:

> "Following a hearing on June 14, 2024, the Bankruptcy Court issued two orders in the FFS Bankruptcy Case dismissing the FFS Bankruptcy Case and vesting authority in the Trustee to take control of Judgment Debtor Free Speech Systems, LLC, including its assets and bank accounts. See Dkt. 956 (June 21, 2024) and Dkt. 1021 (September 25, 2024), No. 22-60043 (Bankr. S.D. Tex.)."

F.3d 298, 300 (5th Cir. 2005) the Fifth Circuit clearly so held, stating:

> "Here, we face the question whether the creditor violates the stay if, without permission of the bankruptcy court, he forecloses on an asset to which the debtor has only an arguable claim of right (hereafter, 'arguable property'). We answer in the affirmative, reverse the district court, affirm the judgment of the bankruptcy court, and remand to that court for further proceedings."

And this holding has been re-affirmed. *See Bonneville Power Admin. v. Mirant Corp.* (*In re Mirant Corp.*), 440 F.3d 238, 251 (5th Cir. 2006) (citing *Brown v. Chesnut* ("...this Court has recognized the automatic stay's broad application and noted that such breadth reflects a congressional intent that courts will presume protection of property when faced with uncertainty or ambiguity.").

2. *BANKRUPTCY MATTERS REGARDING JONES ASSETS PRE AND POST JUNE 14, 2024 CONVERSION*

Where Jones is concerned, the Application addresses three kinds of assets Jones personally may have:

7. Accordingly, Judgment Creditors seek to **only** execute upon the following categories of assets, and, in each case, solely to the extent necessary to satisfy the Judgments (collectively, the Receivership Assets):

(a) any non-exempt assets Judgment Debtor Alex Jones has acquired post-conversion or may acquire in the future;

(b) any pre-conversion assets of Judgment Debtor Alex Jones which are expressly abandoned by the Trustee such that they no longer are property of the Chapter 7 bankruptcy Estate;

(c) any post-conversion payments Judgment Debtor Alex Jones is contractually entitled to; and,

(d) subject to the approval of the Trustee, any assets of Judgment Debtor Free Speech Systems, LLC.

As to Jones's assets covered in subparagraphs (a) - (c) it should be first noted that Jones has removed all matters regarding him personally to the United States Bankruptcy Court as this Court's records reflect.

Aside from the removal, the Texas and Connecticut Plaintiffs badly distort facts as to those assets. First, as to assets in subparagraph (b) above, the Bankruptcy Trustee has not abandoned any such assets nor could he without approval of the Bankruptcy Court, which has neither been requested nor approved. *Jordan Dec.*

As to the assets acquired post-conversion referenced in subparagraphs (a) and (c), one of the benefits of a bankruptcy filing is that a debtor like Jones can receive a discharge from liability which protects assets acquired post-petition from seizure by pre-petition creditors, such as the Texas and Connecticut Plaintiffs. Without doubt both the Texas and Connecticut Plaintiffs have argued in the Bankruptcy Court that the Texas and Connecticut Judgments should be found to be non-dischargeable. If that were to occur by a final, appealable order, then non-exempt assets acquired post-petition may well be subject to seizure. But equally without question, the issue of whether debts are dischargeable or nondischargeable, will be evidenced by a final order of non-dischargeability so stating. But contrary to the representations made by Heslin/Lewis and the Connecticut Plaintiffs -- addressed *infra* -- no such order has been entered by the Bankruptcy Court and the Plaintiffs attach no such order. Unless and until the Bankruptcy Court does issue a final order on the issue of dischargeability, which has not occurred, any action to seize those assets, including a turnover order as to them, is precluded by the automatic stay provisions of 11 U.S.C.A. §362(a) and is void.

The Connecticut Plaintiffs make a blatantly false statement at Application p. 2 that " On October 19, 2023, the Bankruptcy Court ***entered a final order*** determining that $1,115,000,000 of the Connecticut Families' Judgment was non-dischargeable in bankruptcy and, therefore, unaffected by the bankruptcy." (emphasis added). This is inexplicably false. The Connecticut Plaintiffs had moved for summary judgment on the dischargeability regarding their judgment, and

17

the Order of October 19 concludes with the express determination that the order was partial with

fact issues remaining:

<div style="border: 2px solid red; padding: 20px;">

### Conclusion

For the reasons stated above:

1. Summary judgment is granted on the $965 million debt for compensatory damages awarded in the Connecticut Action for defamation and intentional infliction of emotional distress.

2. Summary judgment is granted on the $150 million debt for CUTPA punitive damages.

3. Summary judgment is denied on the $321.65 million in attorneys' fees and $1,489,555.94 in costs awarded as common law punitive damages.

4. All other objections raised by Jones not specifically addressed above are denied.

Signed: October 19, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

</div>

*Broocks Dec. ¶11.* Moreover, the issue is not the grant or denial of a summary judgment but entry

of a final appealable discharge order which the Bankruptcy Court has yet to do, and the

Connecticut Plaintiffs cannot truthfully say otherwise.

In the dischargeability action brought by the Texas Families in Adversary No. 23-03035,

the Bankruptcy Court ruled by summary judgment that only $4.3 million of the roughly

$50,000,000 judgment awarded to the Texas Families was nondischargeable pursuant to 523(a)(6)

of the Bankruptcy Code and a fact issue remained as to the rest. Similarly with respect to the

Connecticut Judgment, the order is not final and may be reconsidered by the Bankruptcy Court,

which the court has stated may occur depending on the results of the appeals. Specifically, during

a hearing on June 5, 2025, after counsel for Texas Families expressed to the Bankruptcy Court

18

they intended to file a motion to reconsider his denial of their requested summary judgment, Judge

Lopez indicated that it would make more sense to wait until the Third Court of Appeals issued a

ruling before he issuing another ruling in that pending adversary:

> THE COURT: But shouldn't we wait then if something is already briefed for the state appellate court, won't the - - in other words, do I need to wait to see what the state appellate court does before? In other words, I'll make something up. If the court affirms the punitive judgment, right, that's one thing. If the state, if the appellate court rules against you, your clients on the appellate, then what I don't want you doing is moving for summary judgment on something that could potentially be a thumbs up or a thumb down by the appellate court.
>
> **Maybe it makes sense to wait on that**. I'll hear from Mr. Jordan or Mr. Broocks on kind of not getting ahead of one or the other, but **I don't want to rule when there's something that's already on appeal. I think that the state court needs to take the lead on its own judgment if there were arguments raised there and then I can then – because essentially, I'm taking up summary judgment based upon what they're arguing so.**

See Bankr. Cause No. 22-33553, *In re Alexander E. Jones*, Court Hearing Transcript. pp. 21:20-22:2, June 5, 2025. (emphasis added). *Broocks Dec. ¶12.* The same holds true if the U.S. Supreme Court grants cert and reverses.

Again, Alex Jones's discharge has not been ruled on; it is the entry of a "discharge order" that determines when the automatic stay expires against bringing claims against property or the Debtor.  There is a distinction as to when the discharge order is entered between a § 727 objection to the discharge, or under § 523 objection to the dischargeabiliy. See, 11 U.S.C. §§ 727, 523.  The discharge order will not be entered until the § 727 Motion is determined by final order.  However, in a §523 discharge, bankruptcy courts issue a discharge order to conclude the case since the form preserves time filed objections to dischargeability under § 523. Importantly, neither have occurred. The law is clear that until an order for discharge has been entered, the automatic stay remains in place preventing any action against property of the estate or the debtor:

> "The automatic stay applied to the State Court Foreclosure Action upon the commencement

19

of Mr. Pacheco's chapter 7 case on March 29, 2019 and remained in effect until the automatic stay terminated upon the entry of the discharge on August 14, 2019."

*Alarid v. Pacheco (In re Pacheco)*, 616 B.R. 126, 131 (Bankr. D.N.M. 2020). The impact of the injunction (the automatic stay and the discharge injunction) is addressed in *N. Tex. Cap. Partners, L.P. v. Dorvil* (*In re Dorvil*), 665 B.R. 35, 50 (Bankr. N.D. Tex. 2024) (emphasis added):

"Section 362(c) articulates how long the stay is in place. In pertinent part, § 362(c)(2) provides that "the stay of any other act under subsection (a) of this section continues" until: "(A) the time the case is closed; (B) the time the case is dismissed; or (C) if the case is a case under chapter 7 of this title concerning an individual . . ., **the time a discharge is granted or denied**..." This language referencing the stay's continuing operation until "the time a discharge is granted or denied" may lead non-bankruptcy courts and parties in a bankruptcy proceeding to believe that the stay continues to apply until a § 523 dischargeability action is finally adjudicated. Such a belief is incorrect. The pendency of a § 523 has no minimizing effect on the automatic stay.

This confusion over § 362(c)'s **"until the time a discharge is granted or denied"** language can be resolved by looking to bankruptcy procedure and the interplay between § 523(a) and § 727(a). When a § 727(a) action is commenced to deny the debtor a discharge, which places the debtor's entire discharge in jeopardy, the bankruptcy court typically does not issue a discharge order while the action is pending. See, Fed. R. Bankr. P. 7001(4), 7001(6). **Thus, the automatic stay remains in force because no discharge order has been entered.**

Accordingly, the automatic stay remains in effect as to Alex Jones and his Estate and assets until it is lifted by the bankruptcy court, or until the discharge order is entered excluding certain debts found by the bankruptcy court to be non-dischargeable. It is not until the discharge order is entered that the automatic stay ceases to apply, and the discharge injunction comes into force and effect.   At that time Plaintiffs must prove their entitlement and obtain a final, appealable order declaring an amount found by the bankruptcy court to be non-dischargeable.  Until this is proven by the Plaintiffs the discharge injunction prevents any efforts to collect on their respective judgments.

Unless and until then, the automatic stay is in effect which means this Court has no jurisdiction to issue the requested Application, even apart from removal, and any effort to do so is

20

void and without legal effect:

> "The automatic stay in bankruptcy currently in effect, prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate.  The automatic stay deprives state courts of jurisdiction over proceedings against the debtor, and any action taken against the debtor while the stay is in place is void and without legal effect."

*Black*, at 179-80 (emphasis added) *citing In re Repine*, 536 F.3d 512 (5th Cir. 2008); *Kalb v. Feuerstein*, 308 U.S. 433, 439, 60 S. Ct. 343, 84 L. Ed. 370 (1940); *Howell v. Thompson*, 839 S.W.2d 92, 92 (Tex. 1992); *Continental Casing Corp. v. Samedan Oil Corp.*, 751 S.W.2d 499, 501 (Tex. 1988);  *In re Pegasus Funds TFN Trading Partners, LP*, 345 S.W.3d 175, 176-77 (Tex. App.—Dallas 2011, orig. proceeding); and *In re De La Garza,* 159 S.W.3d 119, 121 (Tex. App.—Corpus Christi 2004, orig. proceeding).

   3.  *The Automatic Stay Covers All FSS Assets That Are Now In The Hands Of The Bankruptcy Trustee*

   And the category of assets addressed in subparagraph (d) -- assets of FSS -- are equally protected by the automatic stay provisions given the fact that Bankruptcy Judge Lopez's June Order and September Orders vested ownership of all FSS cash and property in the Estate of Jones and they are assets in the possession of the Trustee for Jones personal bankruptcy.  Thus, as of the date hereof, FSS holds no assets.   In fact, the Application recognizes this in that it repeatedly asserts the refrain "subject to the approval of the [Bankruptcy] Trustee."  See, e.g. Application p. 4, ¶6 ("Further, any assets of Free Speech Systems, LLC, subject to the approval of the Trustee are available to satisfy the Judgments."); p.4, ¶ 7 (d) ("...subject to the approval of the Trustee, any assets of Judgment Debtor Free Speech Systems, LLC."); p.3, ¶2 ("Accordingly, this Application only seeks relief relating to Judgment Debtor Free Speech Systems, LLC if approved by the Trustee in the Jones Chapter 7 Case.").  But the decision to exempt or excuse assets from the protection of the automatic stay is not a decision for the Bankruptcy Trustee, but the Bankruptcy

21

Court.  28 U.S.C. § 1334(e) (providing that bankruptcy courts have exclusive jurisdiction over property of the estate).  FSS assets are thus protected by the automatic stay.

### C.  *THE CONNECTICUT PLAINTIFFS HAVE NO INTEREST IN THE TEXAS JUDGMENT*

Apart from the fact that all assets of FSS are in the property of the Jones Bankruptcy Estate and protected by the automatic stay, the Connecticut Plaintiffs have no domesticated judgment on which collection can be taken.   Conn. Practice Book § 61-11 provides that "Except where otherwise provided by statute or other law, proceedings to enforce or carry out the judgment or order shall be automatically stayed until the time to file an appeal has expired." By Connecticut law, the Connecticut Plaintiffs were precluded from collecting on their judgment.

Nevertheless, on August 1, 2024, the Connecticut Plaintiffs filed with the Travis County District Court a Notice of Filing of Foreign Judgment, which was docketed as Cause No. D-1-GN-24-004752, *Erica Lafferty, et al. v. Alex Jones, et al*. (the "Original State Court Action").  On October 3, 2024, the Connecticut Plaintiffs filed an Application for Post-Judgment Turnover and Appointment of Receiver as to Judgment Debtor Alexander E. Jones in the Original State Court Action wherein the Connecticut Plaintiffs sought a turnover of Mr. Jones's non-exempt property and the appointment of a receiver over certain aspects of his present and future non-exempt assets.

However, on October 7, 2024, Jones and FSS removed the Original State Court Action to federal court, and ultimately to the Bankruptcy Court for the Southern District of Texas. See Adv. No. 24-03279, *David Wheeler, et al. v. Alexander E. Jones* where the matter currently stands.   In that removed action, Jones and FSS challenge the domestication of the Connecticut Judgment and asserted counterclaims challenging its validity.[13]   In fact, the Connecticut Plaintiffs have asked

---

[13] Jones and FSS argued in the removal that the domestication was done without proper notice or certification of notice and done at a time when all collection efforts were stayed by Connecticut Statute undisclosed by the Connecticut Plaintiffs domestication effort which made the Connecticut Judgment not eligible for certification.  In fact, during that process the Connecticut Court reversed approximately $150,000,000.00 as improperly awarded damages under the

that the Original State Court Action be remanded to the state court, and they have invoked the jurisdiction of the federal court to seek dismissal of Jones's counterclaims that he has filed against the Connecticut Plaintiffs there [Adv. 24-03279, Dkt. 20].  Thus, such arguments remain pending in federal court, but even were it possible to assert collection action in this case involving the Texas Plaintiffs, upon removal, the issue has been taken from the Texas Courts and is now in the hands of the federal judiciary.   In asking this Court to enter an order granting the Application, Heslin/Lewis and the Connecticut Plaintiffs ask this Court to find that the Connecticut Judgment has been domesticated under the UEFJA.  Not mentioned by Heslin/Lewis and the Connecticut Plaintiffs is that such a finding before the federal court has ruled on this issue would run afoul of established precedent.

**D.**    *THE CONNECTICUT PLAINTIFFS CANNOT UTILIZE THIS COURT FOR TURNOVER OF THEIR JUDGMENT EVEN WERE IT DOMESTICATED*

As an initial matter, there is a lack of evidence to support this Court's entry of a turnover order.  Under the turnover statute, a judgment creditor may seek turnover relief against a judgment debtor if the judgment debtor owns property, including present or future rights to property, that is not exempt from attachment, execution, or seizure for the satisfaction of liabilities. Tex. Civ. Prac. & Rem. Code § 31.002(a).  While the trial court is not required to identify the specific property subject to turnover in the order, there must be some evidence that the judgment debtor has non-exempt property.  *See Gillet v. ZUPT, LLC*, 523 S.W.3d 749, 754 (Tex. App.—Houston [14th Dist.] 2017, no pet.).

The Turnover Application claims that "Pursuant to Judgment Debtor Jones's sworn discovery responses attached to this application, he has non-exempt property… Pursuant to Judgment Debtor Free Speech Systems, LLC's sworn discovery responses attached to this

---

Connecticut CUTPA statute.

application, it has non-exempt property [that] can be used to satisfy the Judgments." *See* Turnover Application, ¶12.  Citing to the Declaration of Alinor C. Sterling.  But there are no sworn discovery responses attached to the Declaration of Alinor Sterling in the Turnover Application.  While the lack of evidence supporting a turnover order does not automatically invalidate the order, it is a relevant consideration in determining if the trial court abused its discretion in issuing the order. *Id*.  The lack of evidentiary support in the Turnover Application is but one additional reason why the Turnover Application must be denied.

Moreover, however, the June and September Orders, discussed above, transfer all FSS assets to the Trustee for the Jones Estate, which means FSS has no assets, and none have been identified.  At the very worst, they are now "exempt" from foreclosure. Hence there is no evidence any nonexempt property even exists.

More fundamentally, and without question, the Connecticut Plaintiffs were not parties to this underlying proceeding that produced the Texas Judgment, they seek substantive relief to collect their Connecticut Judgment, i.e., not procedural relief but the enforcement of a court order.

In a transparent attempt by the Connecticut Plaintiffs to forum shop, bypassing the Travis County District Court's rotating docket and moving to take advantage of the Texas Plaintiffs single assignment rule, they ask this Court to determine their substantive rights to collect on the Connecticut Judgment.  However, the Connecticut Plaintiffs cannot use the turnover statute as a shortcut to bypass the statute, the due process rights of a judgment debtor or the single assignment rules of Travis County District Courts.

Notably, the Texas and Connecticut Plaintiffs have cited no authority, and Defendants are aware of none, where different people in different states each got their own judgment, and the out-of-state plaintiff "intervened" in the Texas collection action to insert their own judgment for

24

collection.  To the contrary, case law establishes that third parties such as the Connecticut Plaintiffs cannot intervene in the Texas Plaintiffs collection action attempting to use that as a vehicle to establish and pursue their own rights.  See *Van Dyke v. Littlemill Ltd.*, 579 S.W.3d 639, 644 (Tex. App.—Houston [14th Dist.] 2019, no pet.) citing *Alexander,* and holding "the trial court was not authorized to determine the competing ownership claims of either the parties or the third-party intervenors in a turnover proceeding."

And the seminal case of *Alexander Dubose Jefferson & Townsend LLP v. Chevron Phillips Chem. Co., L.P.*, 540 S.W.3d 577, 583 (Tex. 2018), ("*Alexander*"), referenced by the Houston Fourteen Court and discussed in detail *infra*, the Texas Supreme Court held "turnover proceedings as being limited to their purely procedural nature and, thus, bars use of the turnover statute to determine parties' and non-judgment debtors' substantive rights."  This alone demonstrates the invalidity of one independent creditor intervening in another creditor's collection efforts, bringing its own judgment to be collected as well.  Allowing that would convert a "purely procedural" device into a device regarding substantive issues.  For example, although the Texas and Connecticut Plaintiffs claim without evidence to "... have agreed to divide the proceeds derived from the Receiver's collection efforts pursuant to the terms of a binding settlement agreement" and labelled it the "Judgment Creditors' Settlement Agreement" [Application, p. 3, ¶4] there are two Texas plaintiffs and fifteen Connecticut Plaintiffs, totaling seventeen people - a fact they hope to obscure by referring to themselves as "Texas Plaintiffs" and "Connecticut Plaintiffs."  Should there be disagreements or misunderstandings among these seventeen people concerning the "Judgment Creditors' Settlement Agreement," both this Court and any turnover Receiver appointed will then be embroiled in such controversy.  Allowing the Connecticut Plaintiffs to

interject their Connecticut Judgment device turns a "purely procedural" collection devise into a substantive adjudicatory device.

In 2018, with their holding in the *Alexander* case, the Supreme Court offered instruction which must be followed by this Court.  In *Alexander*, Kingwood represented by the law firm of Mayer Brown, sued Chevron and Exxon. The trial court ruled for Chevron on Kingwood's contract claim and also awarded Chevron its attorney's fees but it also awarded damages to Kingwood on other claims.  The trial court also ordered Exxon to pay sanctions to Kingwood which it did by depositing roughly $1,000,000 into Mayer Brown's IOLTA account.

On appeal, the law firm of Alexander Dubose Jefferson & Townsend, LLP (ADJT) represented Kingwood.  The court of appeals reversed the judgment given to Kingwood (ADJT's client) against Chevron but allowed Kingwood's sanctions award against Exxon held by Mayer Brown.  ADJT claimed its contingency compensation entitled it to 50% of Exxon's sanction.

Chevron then sought turnover assistance from the court to satisfy its judgment against Kingwood including turnover of the sanctions funds awarded to Kingwood being held by Mayer Brown.  ADJT sought to intervene as a party in the underlying lawsuit, seeking a declaration that it owned 50% of the Exxon funds, arguing Kingwood had no ownership interest in those funds awarded as sanctions, and therefore those funds could not be turned over to Chevron.

Chevron's motion to strike ADJT's intervention was denied by the trial court, which ordered that 50% of the Exxon funds should be paid to Chevron in satisfaction of their judgment via the turnover and the other 50% should be deposited into the registry of the court for future determination.

In reversing, the Supreme Court determined that "[t]he court of appeals' analysis runs counter to precedent that regards turnover proceedings as being limited to their purely procedural

26

nature, and thus, bars use of the turnover statute to determine parties' and non-judgment debtors' substantive rights." *Id*. at 583.  The Supreme Court went on to find that

> "[i]f trial courts are in fact precluded from ruling upon the substantive rights of parties to the judgment sought to be enforced (in the turnover action), it defies logic to hold the same court is empowered to determine the rights of complete strangers to the underlying judgment it is enforcing in that very proceeding. *Id*.

In distinguishing substantive versus non-substantive claims, and distinguishing the Third Court of Appeals' decision in *Breazeale*, the Supreme Court determined that:

> "Although some opinions view intervention as a proper method for a third party to protect its rights in a turnover proceeding, none go as far as holding that intervention enables a court to adjudicate third-party rights in what is otherwise a purely procedural device…And the turnover statute has no provision conferring authority on trial courts to decide the substantive rights of the parties properly before it in a turnover proceeding, let alone the rights of strangers to the underlying judgment."

*Id*. at 585.

The Connecticut Plaintiffs here, like ADJT in *Alexander*, are unquestionably "strangers" to the underlying proceeding in Texas.  In *Alexander*, Chevron -- the party seeking turnover -- was at odds with ADJT -- the intervening party whereas the Application here suggests without proof that the Texas and Connecticut Plaintiffs have reached some kind of agreement.  But this is irrelevant; one cannot over-write the Supreme Court's holdings with the proviso: "unless the parties agree otherwise."   Just as ADJT was a "stranger" to Chevron's collection action, so are the Connecticut Plaintiffs strangers to a collection action in Texas on the Texas Judgment.

More specifically, the Connecticut Plaintiffs have asked this Court to enter an order, making fourteen pages of findings, which includes, among other things, findings that: the Connecticut Judgment is valid, final, and payable [Application Proposed Order, p. 1] and that the Connecticut Judgment has been properly domesticated in Texas. [Application Proposed Order, p. 2].  It is well outside the bounds of the turnover statute to determine the substantive rights of the

27

Connecticut Plaintiffs in a purely procedural matter, especially rights that are already before another court to determine

### III.  THE INTERVENTION OF THE CONNECTICUT PLAINTIFFS MUST BE STRUCK

Good cause exists to strike the Connecticut Plaintiffs' intervention as the Connecticut Plaintiffs do not have a justiciable interest in this lawsuit; nor are the Connecticut Plaintiffs capable of bringing the same action, or any part of this action, in their own name.  Furthermore, the Connecticut Plaintiffs' intervention in this lawsuit would only serve to unduly complicate and prolong litigation in this matter and violate Texas case law precedent.

Any party may intervene by filing a pleading, subject to being stricken out by the court for sufficient cause on the motion of any party.  See TEX. R. CIV. P. 60.  However, once a motion to strike has been filed, the burden shifts to the intervenor to show a justiciable interest in the lawsuit. J. *Fuentes Colleyville, L.P. v. A.S.*, 501 S.W.3d 239, 243 (Tex. App.—Fort Worth 2016, no pet.) (*citing In re Union Carbide Corp.*, 273 S.W.3d 152, 155 (Tex. 2008)).  A party has a justiciable interest in a lawsuit, and thus a right to intervene, when his interests itself will be affected by the litigation.  *Id.* (*citing Law Offices of Windle Turley, P.C. v. Ghiasinejad*, 109 S.W.3d 68, 70 (Tex. App.—Fort Worth 2003, no pet.).  In other words, the interest is "analogous to that essential for a party to maintain or defend an action."  *Id. (citing McCord v. Watts*, 777 S.W.2d 809, 811 – 12 (Tex. App.—Austin 1989, no writ.)  The interest asserted by the intervenor may be legal or equitable, but it must not be merely contingent or remote. *Id.* (*citing Guar. Fed. Sav. Bank,* 793 S.W.2d at 657; *Law Offices of Windle Turley, P.C.,* 109 S.W.3d at 70).  Courts review the pleadings to determine whether an intervenor has a justiciable interest. *Id.*  No pleading supports the intervention of the Connecticut Plaintiffs.

28

The Supreme Court has considered the following factors in reviewing a plea in intervention and deciding if it should be struck: (1) the intervenor meets the justiciable interest test, (2) the intervention will not complicate the case by an excessive multiplication of the issues, and (3) the intervention is almost essential to effectively protect the intervenor's interest. *See Guar. Fed. Sav. Bank v. Horseshoe Operating Co.*, 793 S.W.2d 652, 657 (Tex. 1990).

Here there is no question that when this Court entered the Texas Judgment, the Connecticut Plaintiffs had no interest in the subject matter of this lawsuit brought by Mr. Heslin and Ms. Lewis. The sole basis the Connecticut Plaintiffs have provided to substantiate their entitlement to intervene in this case is that they have reached some unsupported agreement to share in collection proceeds.  But the unproven agreement to share collection proceeds does not translate into a justiciable interest in this case. *See In re Union Carbide Corp.*, 273 S.W.3d 152, 155 (Tex. 2008).

Moreover, the possibility exists that disagreements among the seventeen collecting plaintiffs will arise, particularly if either of both of those judgments is reversed, and a return of property is required virtually assuring complications and excessive multiplication of contested issues.

## CONCLUSION

For the foregoing reason, the Court should not allow the Application or appoint a Receiver and strike the intervention of the Connecticut Plaintiffs.

Respectfully Submitted,

*/s/ Ben C Broocks*
Ben C Broocks
State Bar No. 03058800
William A. Broocks
State Bar No. 24107577
**BROOCKS LAW FIRM, PLLC**
248 Addie Roy Rd, Suite B301
Austin, Texas 78746
(512) 201-2002 - Telephone
(512) 201-2034 - Fax
bbroocks@broockslawfirm.com
wbroocks@broockslawfirm.com

Shelby A. Jordan
State Bar No. 11016700
Antonio Ortiz
State Bar No. 24074839
**JORDAN & ORTIZ, P.C.**
500 N. Shoreline Blvd., Suite 804
Corpus Christi, Texas 78401
Phone: (361) 884-5678
Fax: (361) 888-5555
Email:  sjordan@jhwclaw.com
aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

Alan B. Daughtry
State Bar No: 00793583
alan@alandaughtrylaw.com
3355 West Alabama, Suite 444
Houston, Texas 77098
Telephone:     (281) 300-5202
Facsimile:     (281) 404-4478

**ATTORNEYS FOR DEFENDANTS**

30

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I served a copy of the above filing on all counsel of record via the Court's e-filing server in accordance with the Texas Rules of Civil Procedure.

*/s/ William Broocks*
William Broocks

31

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS, | § | IN THE DISTRICT COURT |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| v. | § | 459th JUDICIAL DISTRICT |
| | § | |
| ALEX JONES and FREE SPEECH | § | |
| SYSTEMS, LLC, | § | |
| *Defendants.* | § | TRAVIS COUNTY, TEXAS |

## DECLARATION OF BEN C BROOCKS

Pursuant to Tex. Civ. Prac. & Rem. Code §132.001, I provide the following declaration in support of Defendants' Opposition To Applications For Post-Judgment Turnover Order And Appointment Of Receiver And Motion To Strike Intervention.

1.      My name is Ben C Broocks. My date of birth is June 28, 1953, and my address is 248 Addie Roy Rd., Suite B-301 Austin, Texas 78746. I declare under penalty of perjury the facts stated herein are within my personal knowledge and are true and correct.

2.      I am an attorney of record for Alexander E. Jones and Free Speech Systems, LLC in this matter, accordingly, the facts as set forth herein are within my personal knowledge.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the receipt and confirmation Defendant FSS received following Defendant FSS's Notice of Deposit of Cashier's Check Payable to the Clerk in Lieu of Bond Under TRAP 24.1.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the extension request that was granted by the United States Supreme Court, demonstrating Defendants' deadline of September 5, 2025 to file their Petition for Writ of Certiorari.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' Fourth Amended Petition filed in this underlying matter.

1

6. Attached hereto as **Exhibit 4** is a true and correct copy of a transcript of Defendant Alex Jones's appearance on NBC's Megyn Kelly from June 18, 2017.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a broadcast that was distributed by Defendants on July 20, 2017.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a broadcast distributed by Defendant FSS on June 26, 2017.

9. Attached hereto as **Exhibit 7** is a true and correct copy of page 18 from Plaintiffs' Fourth Amended Petition, which has been taken from the Clerk's Record in the appeal taken to the Third Court of Appeals in this matter, which has been highlighted from its original format to demonstrate the contents of footnote 9.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the article that is referenced in ¶9 of this declaration and found in footnote 9 of Plaintiffs' Fourth Amended Petition.

11. Attached hereto as **Exhibit 9** is a true and correct copy of pages 21 through 24 from Plaintiffs' Fourth Amended Petition, which has been taken from the Clerk's Record in the appeal taken to the Third Court of Appeals in this matter, which has been highlighted from its original format to demonstrate the dates that have been referenced therein.

12. Attached hereto as **Exhibit 10-A** is a true and correct copy of page 5 from Plaintiffs' Fourth Amended Petition, which has been taken from the Clerk's Record in the appeal taken to the Third Court of Appeals in this matter, which has been highlighted from its original format to demonstrate the dates that have been referenced therein.

13. Attached hereto as **Exhibit 10-B** is a true and correct copy of page 11 from Plaintiffs' Fourth Amended Petition, which has been taken from the Clerk's Record in the appeal taken to the Third Court of Appeals in this matter, which has been highlighted from its original

2

format to demonstrate the dates that have been referenced therein.

14.     Attached hereto as **Exhibit 10-C** is a true and correct copy of page 13 from Plaintiffs' Fourth Amended Petition, which has been taken from the Clerk's Record in the appeal taken to the Third Court of Appeals in this matter, which has been highlighted from its original format to demonstrate the dates that have been referenced therein.

15.     Attached hereto as **Exhibit 10-D** is a true and correct copy of page 14 from Plaintiffs' Fourth Amended Petition, which has been taken from the Clerk's Record in the appeal taken to the Third Court of Appeals in this matter, which has been highlighted from its original format to demonstrate the dates that have been referenced therein.

16.     Attached hereto as **Exhibit 11** is a true and correct copy of page 18 of the Memorandum Decision on Connecticut Plaintiffs' Motion for Summary Judgement Against Jones, signed by Judge Lopez on October 19, 2023 (Cause No. 23-03037, Dkt. 76).

17.     Attached hereto as **Exhibit 12** is a true and correct copy of pages 21 and 22 of the transcript of the hearing held June 5, 2025 before bankruptcy Judge Lopez .

FURTHER DECLARANT SAYETH NOT

EXECUTED on August 11, 2025 in Travis County, Texas.

_____
Ben C Broocks

3

Exhibit 1

**VELVA L. PRICE**
District Clerk, Travis County
P.O. Box 679003
Austin, Texas  78767-9003
512-854-9457

RECEIPT No. 00744

Date: 8/8/2025

Amount: 10.00

Payment Type:
Cash [✓]   Check [ ]   M.O. [ ]   Credit [ ]

Received From: Broocks Law Firm

CASH :  Amount of change returned _____

Ref. Cause No.:
D-1-GN-18-001835

CHECK or M.O. #:_____

Received For:        Passport [ ]   Photo [ ]   Other [X]

| Check or M.O. Information: | D/L # | _____ |
|---|---|---|
| | D.O.B. | _____ |
| | Phone # | _____ |

Ref. Other:
Deposit of cash in Lieu of Bond

Received By
Deputy District Clerk: Autumn Gustavson

CREDIT CARD REF. # _____

1

**From:** Leidy Elliott <Leidy.Elliott@traviscountytx.gov>
**Subject: Notice of Supersedeas Bond Posted 08/08/2025**
**Date:** August 8, 2025 at 1:11:56 PM CDT
**To:** "RCHAPPLE@CSTRIAL.COM" <RCHAPPLE@CSTRIAL.COM>, "avi.moshenberg@lmbusinesslaw.com" <avi.moshenberg@lmbusinesslaw.com>, "martin@mdjwlaw.com" <martin@mdjwlaw.com>, "BBROCKS@BROCKSLAWFIRM.COM" <BBROCKS@BROCKSLAWFIRM.COM>, "wbroocks@broockslawfirm.com" <wbroocks@broockslawfirm.com>, "ALAN@ALANDAUGHTRYLAW.COM" <ALAN@ALANDAUGHTRYLAW.COM>, "LABOON@MDJWLAW.COM" <LABOON@MDJWLAW.COM>, "AREYNAL@FRLAW.US" <AREYNAL@FRLAW.US>, "mark@fbtrial.com" <mark@fbtrial.com>, "cca@akersfirm.com" <cca@akersfirm.com>, "avi.moshenberg@lmbusinesslaw.com" <avi.moshenberg@lmbusinesslaw.com>, "rrswafford8@gmail.com" <rrswafford8@gmail.com>, "DALLASESERVICE@CROWEDUNLEVY.COM" <DALLASESERVICE@CROWEDUNLEVY.COM>, "eric.nichols@butlersnow.com" <eric.nichols@butlersnow.com>, "MARSHALL.BOWEN@BUTLERSNOW.COM" <MARSHALL.BOWEN@BUTLERSNOW.COM>

Good afternoon,

This is to notify you that a supersedeas bond was posted today with the District Clerk's office in the amount of $10.00 for cause D-1-GN-18-001835 on behalf of FREE SPEECH SYSTEMS LLC.

Should you have any questions, please contact me via email – leidy.elliott@ traviscountytx.gov


Thank you,

*Leidy Elliott*
Accountant
Travis County District Clerk's Office
Finance Department
Ph: 512-854-4828

---

This electronic mail message, including any attachments, may be confidential or privileged under applicable law. This email is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution, copying, disclosure or any other action taken in relation to the content of this email including any attachments is strictly prohibited. If you have received this email in error, please notify the sender immediately and permanently delete the original and any copy of this email, including secure destruction of any printouts.

<span style="color:red">Exhibit 2</span>

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 2, 2025

Mr. Ben C. Broocks
Broocks Law Firm, PLLC
248 Addie Roy Road, Suite B301
Austin, TX 78746

      Re:  Alex Emric Jones, et al.
           v. Erica Lafferty, et al.
           Application No. 25A7

Dear Mr. Broocks:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Sotomayor, who on July 2, 2025, extended the time to and including September 5, 2025.

    This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Pipa Fisher
Case Analyst

Exhibit 3

7/22/2022 1:49 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-18-001835
Adrian Rodriguez

## D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS, *Plaintiffs* | §<br>§<br>§ | IN DISTRICT COURT OF |
| VS. | §<br>§<br>§ | TRAVIS COUNTY, TEXAS |
| ALEX E. JONES and FREE SPEECH SYSTEMS, LLC *Defendants* | §<br>§<br>§<br>§ | 261st DISTRICT COURT |

---

### PLAINTIFFS' FOURTH AMENDED PETITION

---

Plaintiffs NEIL HESLIN and SCARLETT LEWIS files this Fourth Amended Petition against Defendants, ALEX JONES and FREE SPEECH SYSTEMS, LLC, and alleges as follows:

### DISCOVERY CONTROL PLAN

1.     Plaintiffs sought and secured a customized discovery control plan under Level 3 of Texas Rule of Civil Procedure 190.4.

### PARTIES

2.     Plaintiff Neil Heslin in an individual residing in the State of Connecticut.

3.     Plaintiff Scarlett Lewis in an individual residing in the State of Connecticut.

4.     Defendant Alex E. Jones is a resident of Austin, Texas. He is the host of radio and web-based news programing, including "The Alex Jones Show," and he owns and operates the website InfoWars.com.

1

5.      [Removed].

6.      Defendant Free Speech Systems, LLC is a Texas limited liability company with principal offices located in Austin, Texas.

7.      [Removed].

8.      At all times relevant to this Petition, Defendants Alex Jones and Free Speech Systems, LLC operated as a joint-venture, joint-enterprise, single business enterprise, or alter ego.

## JURISDICTION & VENUE

9.      The damages sought in this case exceed the minimum jurisdictional limits of Travis County District Courts.

10.     Venue is proper in Travis County under Tex. Civ. Prac. & Rem. Code §15.002 because it is the county of Defendants' residence at the time the cause of action accrued.

## FACTUAL BACKGROUND

11.     Plaintiffs Neil Heslin and Scarlett Lewis are the parents of deceased minor J.L., a victim of the December 14, 2012 Sandy Hook Elementary School shooting.

12.     This case arises out of accusations by InfoWars in the summer of 2017 that Mr. Heslin was lying about whether he actually held his son's body and observed a bullet hole in his head. This heartless and vile act of defamation re-ignited the Sandy

2

Hook "false flag" conspiracy and tore open the emotional wounds that Mr. Heslin has tried so desperately to heal.

13. This case also arises out of the intentional infliction of emotional distress committed against Plaintiffs for the past five years through InfoWars' recklessly false statements concerning the circumstances of the death of their child, as well as InfoWars' coordination and encouragement of a fringe community of dangerous fanatics who have stalked and endangered the Sandy Hook parents. Plaintiffs and their family have been specifically targeted in this campaign of harassment.

14. This conspiracy theory, which has been pushed by InfoWars and Mr. Jones since the day of the shooting, alleges that the Sandy Hook massacre did not happen, or that it was staged by the government and concealed using actors, and that the parents of the victims are participants in a horrifying cover-up.

15. In addition to cruel mockery of the families, InfoWars has spent years advancing a vast collection of grotesque and outrageous falsehoods about the circumstances of the shooting and the subsequent law enforcement investigation and media coverage.

16. All of these baseless and vile allegations, which have been pushed by InfoWars and Mr. Jones on a continuous basis since the shooting, advance the idea that the Sandy Hook massacre did not happen, or that it was staged by the government and concealed using carefully placed actors, or that the families of the victims are also participants in a horrifying cover-up. InfoWars knew its assertions

3

were false or made these statements with reckless and outrageous disregard for their truth.

**INFOWARS' FIVE YEARS OF HARASSING COVERAGE OF SANDY HOOK**

17.     Beginning in the month of the shooting, in December 2012, InfoWars published multiple videos with false information while claiming the incident was a "false flag" or otherwise staged.

18.     InfoWars continued with a video on January 27, 2013 entitled "Why People Think Sandy Hook is a Hoax," Mr. Jones introduced a variety of completely baseless claims which he would continually repeat with malicious obsession for the next five years.

19.     On March 28, 2013, InfoWars published an article advancing its hoax claim, entitled "Cover-Up of Adam Lanza Link to Psychotropic Drugs."

20.     In an April 9, 2013 video entitled "Obama Gun Grabbing Psyop Speech of Evil," Mr. Jones warned his viewers that recent mass shootings were actually "a government operation," and that Sandy Hook was an "inside job."

21.     In an April 16, 2013 video entitled "Shadow Govt Strikes Again," Mr. Jones discussed his allegation that the government was staging various national tragedies. He told his audience: "They staged Sandy Hook. The evidence is just overwhelming, and that's why I'm so desperate and freaked out."

22.     On January 27, 2014, InfoWars published an article advancing its hoax claim, entitled "Exposed: Sandy Hook Shooter's Biggest Threat Still Lives."

4

23.     On February 18, 2014, InfoWars published an article advancing its hoax claim, entitled "School Shooting Expert Threatened Over Sandy Hook Investigation."

24.     In a March 14, 2014 video entitled "Sandy Hook, False Narratives Vs. The Reality," Mr. Jones said, "Folks, we've got video of Anderson Cooper with clear blue-screen out there. [Shaking head]. He's not there in the town square. We got people clearly coming up and laughing and then doing the fake crying. We've clearly got people where it's actors playing different parts for different people, the building bulldozed, covering up everything. Adam Lanza trying to get guns five times we're told. The witnesses not saying it was him...I've looked at it and undoubtedly, there's a cover-up, there's actors, they're manipulating, they've been caught lying, and they were pre-planning before it and rolled out with it."

25.     On May 9, 2014, InfoWars published an article advancing its hoax claim, entitled "Revealed: Sandy Hook Truth Exposed."

26.     On May 13, 2014, InfoWars published an article advancing its hoax claim, entitled "Connecticut Tries to Hide Sandy Hook Truth."

27.     On May 13, 2014, InfoWars published a video entitled "Bombshell Sandy Hook Massacre Was A DHS Illusion Says School Safety Expert." Mr. Jones hosted a notorious crank, Wolfgang Halbig, who solicits donations to support his "investigation" into Sandy Hook. Mr. Halbig maintains that the event was staged and that the parents are actors. Mr. Jones agreed with Mr. Halbig during the video, and he asked his viewers to financially support Halbig. Over the coming years, Mr. Halbig was

5

Exhibit 3

a frequent guest, and InfoWars continued to provide support and encouragement to Mr. Halbig to carry out his campaign of harassment against the Sandy Hook parents.

28.     On September 24, 2014, InfoWars published an article advancing its hoax claim, titled: "FBI Says No One Killed At Sandy Hook."

29.     InfoWars also published a video on September 25, 2014 entitled "Connecticut PD Has FBI Falsify Crime Statistics." Mr. Jones again hosted Mr. Halbig for a lengthy discussion in which they asserted the event was fake. Mr. Jones stated:

> This is not a game…If you've got a school of 100 kids and then nobody can find them, and you've got parents laughing going "Ha, Ha, Ha," and then they walk over to the camera and go (crying), and I mean, not just one, but a bunch of parents doing this and then photos of kids that are still alive they said die. I mean, they think we're so dumb that it's really hidden in plain view, and so the preponderance -- I mean, I thought they had some scripting early on to exacerbate and milk the crisis as Rahm Emmanuel said, but when you really look at it, where are the lawsuits? There would be incredible lawsuits and payouts, but there haven't been any filed, nothing. I've never seen this. This is incredible.

30.     On September 26, 2014, InfoWars published an article advancing its hoax claim, entitled: "Sandy Hook Investigator: Connecticut PD Had FBI Falsify Crime Statistics."

31.     On December 2, 2014, InfoWars published an article promoting the hoax video entitled "We Need to Talk About Sandy Hook."

32.     On December 9, 2014 published an article advancing its hoax claim, entitled "Internet Censors Viral Sandy Hook Truth Documentary."

6

Exhibit 3

33.    In a December 27, 2014 broadcast entitled "Lawsuit Could Reveal Truth About Sandy Hook Massacre," Mr. Jones made numerous false claims about Sandy Hook, including his false allegations about "rotations in and out of the building," "blue-screen," "police in anti-terror outfits in the woods," and many others. Mr. Jones described the alleged "acting" by the parents as "just over the top, over the top sick." The video also featured claims that the event was undertaken as a Satanic ritual by global elites.

34.    In a December 29, 2014 broadcast entitled "America the False Democracy," Jones again discussed Sandy Hook, telling his audience, "The whole thing is a giant hoax. And the problem is how do you deal with a total hoax? How do you even convince the public something is a total hoax?" Mr. Jones stated, "It took me about a year, with Sandy Hook, to come to grips with the fact that the whole thing was fake. I did deep research."

35.    In the same December 2014 broadcast, Jones continued with more false assertions: "The general public doesn't know the school was actually closed the year before. They don't know they've sealed it all, demolished the building. They don't know that they had the kids going in circles in and out of the building as a photo-op. Blue screen, green screens, they got caught using."

36.    On January 2, 2015, InfoWars published an article advancing its hoax claim, entitled "Mystery: Sandy Hook Victim Dies (Again) in Pakistan."

7

Exhibit 3

37.     In a January 13, 2015 broadcast entitled "Why We Accept Gov't Lies," Mr. Jones continued his allegations about Sandy Hook. During his discussion, he stated:

> You learn the school had been closed and re-opened. And you've got video of the kids going in circles, in and out of the building, and they don't call the rescue choppers for two hours, and then they tear the building down, and seal it. And they get caught using blue-screens, and an email by Bloomberg comes out in a lawsuit, where he's telling his people get ready in the next 24 hours to capitalize on a shooting. Yeah, so Sandy Hook is a synthetic, completely fake with actors, in my view, manufactured. I couldn't believe it at first. I knew they had actors there, clearly, but I thought they killed some real kids. And it just shows how bold they are that they clearly used actors. I mean they even ended up using photos of kids killed in mass shootings here in a fake mass shooting in Turkey, or Pakistan. The sky is now the limit."

38.     Mr. Jones' statement about Pakistan refers to a conspiracy theory Jones helped spread involving a Sandy Hook victim whose photograph appeared at vigil for children slain a school attack in Peshawar. InfoWars' story was meant to reinforce Mr. Jones' persistent lie that the victims of the shooting, such as Plaintiff's deceased son J.L., are not real, or that some sinister conspiracy murdered his child.

39.     In a February 12, 2015 video with an unknown title, Mr. Jones continued to repeat his false claims. During his discussion, Mr. Jones stated, "I know they're using blue screens…There are literally hundreds of smoking guns here that this thing doesn't add up."

40.     In a March 4, 2015 video entitled "New Bombshell Sandy Hook Information In-Bound," Mr. Jones continued to promote Mr. Halbig, hosting him for a

wide-ranging discussion accusing the parents of evil acts. Mr. Jones told Mr. Halbig, "We know it stinks. I mean, it's phony. The question is what is going on. We don't know. We just know it's fake."

41.     In June of 2015, InfoWars sent its reporter Dan Bidondi to Newtown, Connecticut to accompany Mr. Halbig. While in Newtown, Bidondi and Halbig confronted Newtown residents and civil servants. Mr. Bidondi, a former cage-fighter, aggressively berated several individuals with profanity, false claims, and outrageous threats to publicize their crimes. Their activities created a climate of fear in the community.

42.     In a July 7, 2015 broadcast entitled "Government Is Manufacturing Crises," Mr. Jones again asserted that Sandy Hook was staged:

> If they did kill kids, they knew it was coming, stocked the school with kids, killed them, and then had the media there, and that probably didn't even happen. I mean, no wonder we get so many death threats and so much heat and so much other stuff I'm not going to get into, behinds the scenes, when we touch Sandy Hook because, folks, it's as phony as a three-dollar bill.

43.     In a July 7, 2015 video entitled "Retired FBI Agent Investigates Sandy Hook Mega Massive Cover Up," Mr. Jones repeated a large selection of his false claims about Sandy Hook. During his discussion, Mr. Jones stated:

> No emergency helicopters were sent. The ambulances came an hour and a half later and parked down the road. DHS an hour and a half later with the time stamp put up signs saying sign in here. They had porta-potties being delivered within an hour and a half. It looked like a carnival. It looked like a big PR stunt.



9

Came out that Bloomberg a day before sent an email out to his gun control groups in all 50 states saying, "Prepare to roll, maybe operation coming up." That came out in the news.

We have the emails from city council back and forth and the school talking about it being down a year before. We have the school then being demolished, and the records being sealed. We have videos that look just incredibly suspicious where people are laughing and everything, and then they start huffing and puffing and start crying on TV, which is pure acting method...

You've got green-screen with Anderson Cooper, where I was watching the video, and the flower and plants were blowing in some of them, and then they blow again the same way. It's looped. And then his nose disappears. I mean, it's fake. The whole thing is...I don't know what happened. It's kind of like if you see a hologram at Disney World in the Haunted House. You know? I don't know how they do it, but it's not real. When you take your kids to see the Haunted House and ghosts are flying around, it's not real, folks. It's staged. I mean, a magician grabs a rabbit out of his hat. I know he's got a box under the table that he reaches in and gets the rabbit. I don't know what the trick is here. I've got a good suspicion. But when you've got Wolfgang Halbig...He believed it was real. People called him. He went and investigated. No paperwork, no nothing. It's bull. And now an FBI retired agent, who retired, you know, with decorations. I mean, [InfoWars reporter Rob] Dew, this unprecedented.

44. On July 10, 2015, InfoWars published an article advancing its hoax claim, entitled "Sandy Hook FOIA Killed by Commission."

45. On January 5, 2016, InfoWars published an article advancing its hoax claim, entitled "Obama's Crying Fuels Speculation It Was Faked."

10

Exhibit 3

46.    In January of 2016, InfoWars follower Lucy Richards began stalking and making death threats to Leonard Pozner, a fellow Sandy Hook parent and personal friend of Plaintiff Scarlett Lewis. The threats included messages stating: "Death is coming to you real soon" and "LOOK BEHIND YOU IT IS DEATH."[1] When Richards was later sentenced, Senior U.S. District Judge James Cohn stated: "I'm sure [Leonard Pozner] wishes this was false, and he could embrace [N.P.], hear [N.P.'s] heartbeat and hear [N.P.] say 'I love you, Dad'…Your words were cruel and insensitive. This is reality and there is no fiction. There are no alternative facts."[2] As part of her sentence, Ms. Richards will not be permitted to access a list of conspiracy-based websites upon her release, including InfoWars.[3] Ms. Richard's arrest and sentencing are an ominous reminder to the Plaintiffs of the danger posed by InfoWars' continuing lies about Sandy Hook.

47.    Mr. Jones and InfoWars were well-aware of the unhinged community of "Sandy Hook Investigators" they had fostered. Defendants knew that a large collection of Sandy Hook deniers were coordinating their harassment against Plaintiffs and other victims. Plaintiffs and their family have suffered harassment and threats from this community. Mr. Jones and InfoWars have frequently communicated with the hoax community and have interviewed or promoted members of this

---

[1] https://www.nbcnews.com/news/us-news/conspiracy-theorist-arrested-death-threats-against-sandy-hook-parent-n693396

[2] http://www.nydailynews.com/news/crime/judge-hands-sandy-hook-truther-prison-sentence-article-1.3429754

[3] https://www.buzzfeed.com/claudiakoerner/a-conspiracy-theorist-will-serve-time-for-threatening-a

dangerous community on their programming. During a February 2015 video, one prominent member of the Sandy Hook denier community issued a threat to a Sandy Hook parent on the air. During the same video, Mr. Jones showed maps and addresses used by the parent. This parent was the leader of a Sandy Hook non-profit who had complained to YouTube about the emotional distress caused by Jones. Since that time, Mr. Jones' open animosity towards the Sandy Hook parents has been on full display.

48.     By November 2016, a growing tide of public outrage caused Mr. Jones to appear on InfoWars and rant about his false Sandy Hook claims for twenty minutes in what he called his "Final Statement on Sandy Hook," published on November 18, 2016.

49.     During the outrageous video, Mr. Jones directly addressed the public outcry over his statements by doubling down on his accusations. For example, Mr. Jones stated: "That shows some kind of cover-up happening. And then I saw Anderson Cooper -- I've been in TV for twenty-something years, I know a blue-screen or a green-screen -- turn and his nose disappeared. Then I saw clearly that they were using footage on the green-screen looped, because it would show flowers and other things during other broadcasts that were moving, and then basically cutting to the same piece of footage...Then we see footage of one of the reported fathers of the victims, Robbie Parker, doing classic acting training."

50.     The gist of these statements was that Sandy Hook parents are actually participating in a sinister manipulation plan to fool the public, or that a shadowy cabal

of elites pre-planned the murder of their children and controlled the coverage of the event through the media manipulation.

51.     During the November 2016 broadcast, Mr. Jones played video footage of Anderson Cooper interviewing Sandy Hook parent Veronique De La Rosa, at which point Jones stated: "We point out clear chromakey, also known as blue-screen or greenscreen being used, and we're demonized. We point out that they're clearly doing fake interviews...and their answer is to say that we said nobody died."

52.     Towards the end of the November 2016 broadcast, Mr. Jones stated: "Why should anybody fear an investigation? If they have nothing to hide? In fact, isn't that in Shakespeare's Hamlet? Methinks you protest too much...This particular case, they are so scared of investigation."

53.     Mr. Jones concluded the video by accusing parents seen on television of being actors. Mr. Jones stated, "So, if children were lost at Sandy Hook, my heart goes out to each and every one of those parents. And the people who say they're parents that I see on the news. The only problem is, I've watched a lot of soap operas. And I've seen actors before. And I know when I'm watching a movie and when I'm watching something real."

54.     The November 2016 video broadcast was entitled, "Alex Jones Final Statement on Sandy Hook." It was Plaintiff's hope that the title was accurate, and that Mr. Jones would finally end his reckless attacks on the Sandy Hook parents and his assertions that they were liars and actors engaged in a fraud on the American people.

13

Exhibit 3

55.     As horrifying as the November 2016 broadcast was, its promise of being the "Final Statement" gave some hope to Plaintiffs that Mr. Jones' harassment might be coming to an end after four long years.

56.     Those hopes were soon dashed. Instead, InfoWars continued its cruel campaign in 2017.

57.     In a March 8, 2017 video, Mr. Jones praised the credibility of Steve Pieczenik, who had previously claimed on InfoWars programming that Sandy Hook was "a Homeland Security drill that they passed off as a real event." Mr. Jones admitted that despite his years of prior statements, "I can't prove it one way or the other." Nonetheless, Mr. Jones repeated his accusation that Veronique De La Rosa's interview with Anderson Cooper was faked in front of a blue screen. He also told his audience that Anderson Cooper was in the CIA, hoping to convince them that the agency was part of the plot.

58.     On April 22, 2017, InfoWars published a video entitled "Sandy Hook Vampires Exposed." This video again repeated the large collection of false accusations which Mr. Jones had been using for years to support his ceaseless attacks on the Sandy Hook families, including the false claims that Sandy Hook parent Veronique De La Rosa participated in a fake blue-screen interview with Anderson Cooper, that the school was closed until that year and was rotting and falling apart in videos, that the children were "going in circles, in and out of the building with their hands up," that port-a-potties had been delivered "an hour after it happened, for the big media event,"

14

Exhibit 3

and that police were "pulling guns out of cars" and "finding people in the back woods who are dressed up in SWAT gear." Not only did this video continue to advance these hideous and reckless lies about the tragedy, but Mr. Jones and his employee Rob Dew mocked the families as actors and discussed their desire to see photographs of the children's dead bodies.

59.    On June 13, 2017, in a video entitled "Media Refuses to Report Alex Jones' Real Statements on Sandy Hook," Mr. Jones addressed what he knew would be a highly embarrassing interview with Megyn Kelly that was scheduled to air several days later. During this video, Mr. Jones pointed his viewers to a list of questions published by Zero Hedge, a notorious anonymous website that spreads misinformation. These questions were all based on Mr. Jones' baseless lies, including his allegation that school's website received no internet traffic in the years before the attack, that there had been reports of other shooters in the woods who fled, that port-a-potties had been delivered within an hour, that FBI crime statistics show no murders in Newtown in 2012, that EMTs were not allowed in the building, and that Mrs. De La Rosa's interview was faked using a blue-screen.

60.    On June 18, 2017, NBC aired Ms. Kelly's profile of Jones. During his interview, Mr. Jones stated that there had been a "cover-up" and "manipulation." He also falsely claimed that children were filmed going in circles in and out of the school.

61.    The following exchange took place:

15

> MEGYN KELLY: But Alex, the parents, one after the other, devastated. The dead bodies that the coroner autopsied…
>
> ALEX JONES: And they blocked all that. And they won't release any of it. That's unprecedented.

62.    Mr. Jones and Ms. Kelly also had the following exchange:

> JONES: But then what do you do, when they've got the kids going in circles, in and out of the building with their hands up? I've watched the footage. And it looks like a drill.
>
> MEGYN KELLY: When you say, "parents faked their children's death," people get very angry.
>
> ALEX JONES: Yeah, well, that's - oh, I know. But they don't get angry about the half million dead Iraqis from the sanctions. Or they don't get angry about all the illegals pouring in.

63.    On June 26, 2017, InfoWars' broadcast featured a segment hosted by reporter Owen Shroyer in which Shroyer claimed to have reviewed evidence showing it was impossible for Mr. Heslin to have held his son and see his injury.

64.    During the broadcast, Shroyer said, "The statement [Plaintiff] made, fact-checkers on this have said cannot be accurate. He's claiming that he held his son and saw the bullet hole in his head. That is his claim. Now, according to a timeline of events and a coroner's testimony, that is not possible."[4]



https://www.infowars.com/zero-hedge-discovers-anomaly-in-alex-jones-hit-piece/

16

65.     As support for these defamatory statements, Shroyer played video footage where the local medical examiner informed reporters that the slain students were initially identified using photographs rather than in person.

66.     Shroyer also stated, "You would remember if you held your dead kid in your hands with a bullet hole. That's not something you would just misspeak on."[5]

67.     Stroyer continued by stating that Mr. Heslin was "making a pretty extreme claim that would be a very thing vivid in your memory, holding his dead child."[6]

68.      "The conspiracy theorists on the internet out there have a lot of questions are that are yet to be answered. You say whatever you want about the event, that's just a fact."[7]

69.     At the conclusion of his report, Shroyer stated, "Will there be a clarification from Heslin or Megyn Kelly? I wouldn't hold your breath. [Laugh]. So now they're fueling the conspiracy theory claims. Unbelievable."[8]

70.     The underlying point or gist of Shroyer's report is that Mr. Heslin's version "is not possible" and "cannot be accurate," and that Mr. Heslin was lying about the circumstances of his son's tragic death for a nefarious and criminal purpose.

71.     Shroyer's report was manifestly false. In addition, a minimal amount of research would have caused any competent journalist not to publish the defamatory



---

[5] Id.
[6] Id.
[7] Id.
[8] Id.

17

accusation. According to contemporary news accounts, the bodies of the victims were released from the medical examiner into the custody of the families.[9] Funerals where the children's bodies were in the custody of their parents were widely reported on by the press.[10]

72.     On July 20, InfoWars programming featured a segment hosted by Alex Jones in which Shroyer's report was re-broadcast in full. When introducing the segment, Jones demanded that Mr. Heslin "clarify" what actually happened.

73.     After showing the segment, Jones said he told Shroyer, "I could never find out. The stuff I found was they never let them see their bodies. That's kind of what's weird about this. But maybe they did. So I'm sure it's all real. But for some reason they don't want you to see [Shroyer's segment]."[11]

74.     Regarding the Sandy Hook shooting, Jones said, "Can I prove that New Haven [sic] didn't happen? No. So I've said, for years, we've had debates about it, that I don't know. But you can't blame people for asking."[12]

75.     Mr. Jones was lying. In the five years following the tragedy, he has repeatedly and unequivocally called the Sandy Hook shooting a hoax.

76.     Over the next year, Mr. Jones continued to gaslight the Plaintiffs by insisting that he admitted for years that Sandy Hook was real. He even claims to have

---

[9] https://patch.com/connecticut/newtown/police-no-motive-emerging-in-newtown-school-shooting
[10] https://abcnews.go.com/US/photos/sandy-hook-moment-silence-18026580/image-18045101; https://www.washingtonpost.com/politics/funerals-for-newtown-massacre-victims-begin/2012/12/17/ffd0a130-486d-11e2-820e-17eefac2f939_story.html?utm_term=.0ccbbb4af100
[11] https://www.mediamatters.org/blog/2017/07/21/alex-jones-sandy-hook-dad-needs-clarify-whether-he-actually-held-his-son-s-body-and-saw-bullet-hole/217333
[12] Id.

Exhibit 3

apologized in a video released on the day of Megyn Kelly profile, on June 18, 2017. Yet his video did not actually contain any apology, and soon thereafter, Mr. Jones continued to publish false facts about the death of Plaintiffs' son. Ultimately Jones waffled and back forth on whether Plaintiffs' son and the other children actually died, but he consistently maintained the event was "phony," and repeats his dozens of recklessly false assertions to support his conclusion.

77.     For example, in an October 26, 2017 video entitled "JFK Assassination Documents To DROP Tonight," Mr. Jones continued his false claims, including stating that the CIA visited Sandy Hook shooter Adam Lanza and recruited him. He claimed that the truth about Lanza is not known because "they bulldozed the house to get rid of it." Mr. Jones also told his audience that Sandy Hook was "as phony as a three-dollar bill, with CNN doing fake newscasts, with blue screens."

78.     Despite his well-documented conduct, Mr. Jones decided to cast the families as dishonest not only about Sandy Hook, but about their own torment at his hands. In a video on April 20, 2018 entitled, "MSM Continues to Demonize Alex Jones," Mr. Jones once again proved himself to be an emotionally manipulative liar while mocking the parents with a cruel and juvenile imitation:

> I think they almost do this to mess with us or something. I'm serious, man...They go, "Oh, my gosh, why are you doing that? You hurt me." And we're like, "No, no. We're sorry." "You've hurt me." And like five years later, "You hurt me. Stop hurting me." And we're like, "But we're not bringing you up."



19

79.     In truth, Mr. Jones has continuously leveled his accusations against the parents, repeated a collection of false claims about the shooting, and even claimed the incident was phony a few months before the first lawsuits were filed against him.

80.     In the same video on April 20, 2018, Mr. Jones continued to accuse the parents of lying about his conduct, and he falsely claimed that he had not discussed Sandy Hook in many years. In a mocking imitation, he stated, "'Oh, my gosh. Alex has no heart. He is -- nothing is sacred. He brought it up again.' No. You did and lied about it."

81.     In the April 20, 2018 video, Mr. Jones also falsely claimed he had never attacked the victims, stating, "I have never gone after the Sandy Hook parents…Who in the hell would try to go after people's parents who have dead children?"

82.     In the April 20, 2018 video, Mr. Jones also continued to make recklessly false claims about Sandy Hook. For example, Mr. Jones stated, "You can look it up. They stood down in Sandy Hook. They stood down in Parkland. That's a fact." Later in the video, he repeated his claim that there was a police "stand down" at Sandy Hook.

83.     In the April 20, 2018 video, Mr. Jones also continued his bizarre allegations about Veronique De La Rosa's interview with Anderson Cooper, stating, "It's just a background with the flowers of the town hall and her and Anderson Cooper. And then he turns and his head is shimmery, and his nose disappears, which everybody knows is a chroma key." Mr. Jones also repeated his claim that Anderson

20

Cooper was working for the CIA, and he continued to assert that the interview was shot in front of a blue-screen rather than the result of digital compression.

84.    Finally, it must be noted that the above descriptions of InfoWars' conduct are not exhaustive. InfoWars has published an enormous amount of video and written content regarding its Sandy Hook hoax claim. Much of that material was removed from the public domain in 2018 and cannot be identified by date and title. It is impossible for the Plaintiffs to present the full scope of InfoWars' actions over the past five years without testimony and documents from the participants.

85.    Nonetheless, it is clear that InfoWars did not merely "cover" the Sandy Hook conspiracy. Instead, its malicious allegations about Sandy Hook quickly become a core element of its programming and soon turned into an outrageous five-year obsession. The publications described above were part of a continuous course of conduct in which Mr. Jones promoted false facts about the death of Plaintiffs' son with malicious motives.

## CAUSES OF ACTION

### I.    Defamation and Defamation *Per Se* by All Defendants Against Neil Heslin.

86.    All previous allegations are incorporated by reference.

87.    Plaintiffs are private individuals and neither a public officials nor public figures.



21

88.     The June 26, 2017 and July 20, 2017 broadcasts by Defendants were false, both in their particular facts and in the main point, essence, or gist in the context in which they were made.

89.     In viewing the June 26, 2017 and July 20, 2017 broadcasts, a reasonable member of the public would be justified in inferring that the publications implicated the Plaintiff. Individuals who know the Plaintiff understood the publications to concern Plaintiff.

90.     The June 26, 2017 and July 20, 2017 broadcasts were also defamatory because they are reasonably susceptible to a defamatory meaning by innuendo. A reasonable person, reviewing the statements in question, could conclude the Plaintiff was being accused of engaging in fraudulent or illegal activity. In context, the gist of the statements could be construed as defamatory to the Plaintiff by an average member of general public. Individuals who know the Plaintiff understood the publications to implicate criminal conduct by Plaintiff.

91.     Defendants' defamatory publications were designed to harm Plaintiff's reputation and subject the Plaintiff to public contempt, disgrace, ridicule, or attack.

92.     Defendants acted with actual malice. Defendants' defamatory statements were knowingly false or made with reckless disregard for the truth or falsity of the statements at the time the statements were made.

93.     Defendants' defamatory publications were not privileged.

22

94.     Defendants' defamatory statements constitute defamation *per se*. The harmful nature of the defamatory statements is self-evident. The defamatory statements implicate the Plaintiff in heinous criminal conduct. False implications of criminal conduct are the classic example of defamation *per se*.

95.     Defendants publicly disseminated the defamatory publications to an enormous audience causing significant damages to the Plaintiff.

96.     Defendants' defamatory publications have injured Plaintiff's reputation and image, and they have exposed Plaintiff to public and private hatred, contempt, and ridicule.

97.     In light of their prior experience with these kinds of reckless statements, Defendants knew that their publication could cause Plaintiff to suffer harassment and potential violence.

98.     Defendants' defamatory publications have and will continue to cause harm to Plaintiff. Due to Defendants' conduct, the Plaintiff has suffered and continues to suffer substantial damages in an amount to be proven at trial.

**II.     Intentional Infliction of Emotional Distress by Alex Jones and Free Speech Systems, LLC Against Neil Heslin and Scarlett Lewis.**

99.     All previous allegations are incorporated by reference.

100.    Defendants knew or should have known that their videos on November 18, 2016, March 8, 2017, April 22, 2017, June 13, 2017, June 19, 2017, June 26, 2017, July 20, 2017, October 26, 2017, and April 20, 2018 would cause Plaintiffs severe

23

emotional distress and cause their family to be the subject of harassment, ridicule, and threats to their safety.

101.   Defendants made the statements in these videos in bad faith and with malicious motives, knowing the statements were false or in reckless disregard for the truth, and knowing they would cause severe emotional distress.

102.   Defendants consistently published false assertions about the circumstances of the death of Plaintiffs' child in scores of videos and articles for years, long after they should have known their allegations were false and causing emotional distress and danger.

103.   In addition, Defendants have been acting in a continuing course of conduct against Plaintiffs since at least January 27, 2013, when Mr. Jones first made his outrageous and false Sandy Hook hoax allegations. Since that time, Defendants have been engaged in a continuous campaign of cruel and dishonest harassment as detailed above, all of which has caused severe emotional distress to Plaintiffs.

104.   Defendants' malicious statements were part of a continuous pattern of five years of intentional and reckless harassment accomplished through dozens of disturbing videos, a relentless stream of recklessly false articles published on InfoWars.com, harassing social media content, as well as the encouragement, aid, and financial support to third parties in furthering this harassment. The cumulative quality and quantity of the harassment has been extreme and has shocked the nation.

24

105.   Defendants recognized the distress of the Sandy Hook parents and often addressed the parents directly in their outrageous videos.

106.   In light of their prior experience with these kinds of reckless statements, Defendants knew or should have known that their conduct could cause Plaintiffs and their family to suffer harassment and violence. Defendants knew or should have known their reckless conduct was likely to prompt its audience to contact or communicate with Sandy Hook victims in a hostile or harassing manner.

107.   Severe emotional distress was the primary risk created by Defendants' reckless conduct, and Defendants knew and intended for Plaintiffs to suffer emotional distress.

108.   Defendants' conduct, as a whole, was outrageous and intolerable, going beyond all possible bounds of decency.

109.   Defendants' five-year campaign of willful lies and malicious harassment was utterly intolerable in a civilized community.

110.   No reasonable person could be expected to endure the emotional distress inflicted upon Plaintiffs.

111.   Plaintiffs are private individuals and are neither public officials nor public figures.

112.   Defendants' actions were not conducted in a public space. Rather, Defendants' actions were conducted on its own private property for the purpose of profit.

25

## DAMAGES

113.   Defendants' actions have and will continue to cause harm to Plaintiffs. Due to Defendants' conduct, Plaintiffs have suffered and continue to suffer substantial damages in an amount to be proven at trial.

114.   Plaintiffs have suffered general and special damages, including a severe degree of mental stress and anguish which disrupted their daily routine and caused a high degree of psychological pain.

115.   Plaintiffs are also entitled to exemplary damages because the Defendants acted with gross negligence, ill-will, and malice.

116.   Plaintiffs are entitled to pre-judgment and post-judgment interest, costs of court, and attorney's fees.

117.   Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiffs are seeking an amount in relief which exceeds $1,000,000.

## JURY DEMAND

118.   Plaintiffs demand a jury trial and tendered the appropriate fee with their Original Petitions.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiffs ask that the Court issue citation for each Defendant to appear and answer, and that Plaintiffs be awarded all the damages set forth above, and to grant whatever further relief to which Plaintiffs are justly entitled.

Respectfully submitted,

**KASTER LYNCH FARRAR & BALL, LLP**

MARK D. BANKSTON
State Bar No. 24071066
KYLE W. FARRAR
State Bar No. 24034828
WILLIAM R. OGDEN
State Bar No. 24073531
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300 Telephone
713.221.8301 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, the forgoing pleading was served upon all counsel of record via electronic service.

MARK D. BANKSTON



27

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Grant on behalf of Mark Bankston
Bar No. 24071066
aj@fbtrial.com
Envelope ID: 66587441
Status as of 7/25/2022 7:20 PM CST

Associated Case Party: NEIL HESLIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Avishay Moshenberg | | avi.moshenberg@mhllp.com | 7/22/2022 1:49:53 PM | SENT |
| Mark D.Bankston | | mark@fbtrial.com | 7/22/2022 1:49:53 PM | SENT |
| William R.Ogden | | bill@fbtrial.com | 7/22/2022 1:49:53 PM | SENT |



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Grant on behalf of Mark Bankston
Bar No. 24071066
aj@fbtrial.com
Envelope ID: 66587441
Status as of 7/25/2022 7:20 PM CST

Associated Case Party: OWEN SHROYER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph C. Magliolo | 12821600 | jmagliolo@frlaw.us | 7/22/2022 1:49:53 PM | SENT |



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Grant on behalf of Mark Bankston
Bar No. 24071066
aj@fbtrial.com
Envelope ID: 66587441
Status as of 7/25/2022 7:20 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Warren Lloyd Vavra | 786307 | warren.vavra@traviscountytx.gov | 7/22/2022 1:49:53 PM | SENT |
| Andrew Grant | | aj@fbtrial.com | 7/22/2022 1:49:53 PM | SENT |
| Velva Lasha Price | 16315950 | velva.price@traviscountytx.gov | 7/22/2022 1:49:53 PM | SENT |



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Grant on behalf of Mark Bankston
Bar No. 24071066
aj@fbtrial.com
Envelope ID: 66587441
Status as of 7/25/2022 7:20 PM CST
Associated Case Party: ALEXEJONES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Federico Reynal | 24060482 | areynal@frlaw.us | 7/22/2022 1:49:53 PM | ERROR |

I, VELVA L. PRICE, District Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office On 05/16/2023 07:58:00

VELVA L. PRICE
DISTRICT CLERK
By Deputy: SH

6/18/2017                    Megyn Kelly Profile                          Exhibit 4

Megyn Kelly (00:00):

First tonight, our report on the incendiary radio host Alex Jones. For years Jones has been spreading conspiracy theories, claiming for instance, that elements of the US government allowed the nine 11 attacks to happen and that the horrific Sandy Hook massacre was a hoax. Some thought we shouldn't broadcast this interview because his baseless allegations aren't just offensive, they're dangerous, but here's the thing. Alex Jones isn't going away. Over the years, his YouTube channel has racked up 1.3 billion views. He has millions of listeners and the ear of our current president. We begin our report with his reaction to the recent terrorist attack in Manchester, England. Alex Jones was nearly 5,000 miles away from Manchester, England when a suicide bomber killed 22 people at a concert less than four weeks ago. Despite the distance and with few facts known Jones did what he often does, jumped mouth first into controversy.

Alex Jones (01:08):

A big bomb goes off at a pop stars rock concert bombing a bunch of liberal trendies.

Megyn Kelly (01:13):

You said it was a bunch of liberal trendies who were killed. The same people who are promoting open borders bringing Islamists in response to which many people looked at the victims, many of whom were 15, 14. There was a little,

Alex Jones (01:29):

No, I'm sorry I didn't blow 'em up. I know, but I did something bad though.

Megyn Kelly (01:33):

No, that you would suggest that an 8-year-old right there was Saffy Rose Rousseau, eight years old that she was a liberal, trendy, because that's what you said about the victims is what has people

Alex Jones (01:45):

Upset. No, no. The media misrepresenting and clipping that the way you did. I got home at like six o'clock, heard about it. The ages of the victims weren't even known, but they were saying it was jihadi, and I said, how crazy is it that liberal trendies are now the victims? And then I start going and looking, of course, if there's kids being killed by Muslims, I'm not saying that it's their fault.

Megyn Kelly (02:07):

That pattern, reckless accusation, followed by equivocations and excuses is classic Alex Jones,

Alex Jones (02:14):

They can just car blanc anywhere they want.

Megyn Kelly (02:16):

He has spent nearly two decades on the fringe shouting his conspiracy theories into any microphone he could get in front of. Here he is on Austin Community Television in 2001.

Alex Jones (02:27):

Tyranny is enveloping the globe.

Page 1 of 11

Megyn Kelly (02:29):

He and his company, Infowars, have been steadily gaining followers for years, producing radio shows and webcasts, which reach millions a month, but Jones's influence hit new heights when he attracted a very famous fan then presidential candidate Donald Trump.

Donald Trump (02:46):

I just want to finish by saying your reputation's amazing.

Megyn Kelly (02:49):

In December, 2015, Mr. Trump appeared on Jones' Radio program offering praise and promises.

Donald Trump (02:56):

I will not let you down. You'll be very, very impressed. I hope, and I think we'll be speaking a lot

Megyn Kelly (03:03):

Separately. Both men had supported the false statement that Barack Obama was not a natural born citizen. Donald Trump

Alex Jones (03:10):

Is surging

Megyn Kelly (03:11):

And they've had more in common since.

Alex Jones (03:14):

I agree with Trump on that. He agrees with me because they've got articles. He's following Alex on coal. He's following Alex on guns. He's following Alex on borders.

Megyn Kelly (03:22):

The 2016 campaign was good for infowars. Its YouTube monthly views reached 83 million in November, 2016. More than five times higher than the previous November. And when Mr. Trump won, Alex Jones found himself with access to the seat of power. Infowars got a temporary White House press pass for the first time and Jones says Mr. Trump called him after the election to thank him for his help. You have said that it's surreal to say something on Infowars and then hear it come out of the president of the United States mouth a couple days later.

Alex Jones (03:55):

I mean, that has happened, but

Megyn Kelly (03:59):

Do you think he's watching?

Alex Jones (04:00):

I mean, I know Trump watches and sees the clips and things.

Megyn Kelly (04:03):

We did find indications of that on July 22nd, 2015, Infowars put up this video claiming it showed drug trafficking along the US Mexico border. Although we don't know what it actually shows,

Charlie Sykes (04:15):

We actually witnessed a drug smuggling operation from Mexico into the us.

Megyn Kelly (04:22):

Three days later, Mr. Trump gave this speech in Iowa

Donald Trump (04:25):

Big store. It's all over the place now. Guy swimming across and big bags of stuff str swimming across the river.

Megyn Kelly (04:35):

This was Infowars previewing the first presidential debate between Donald Trump and Hillary Clinton.

Alex Jones (04:41):

I think she's going to show up and on drugs though. She's going to be whacked up

Megyn Kelly (04:45):

 and Mr. Trump's take not long after.

Donald Trump (04:48):

We should take a drug test prior because I don't know what's going on with her.

Megyn Kelly (04:54):

Donald Trump ally and frequent Infowars guest, Roger Stone underscored the connection between Jones and the Trump campaign In a tweet last spring, it read MSM. Elites don't see that Alex Jones and Infowars reach millions of Donald Trump's supporters and helped make the Trump revolution.

Alex Jones (05:12):

Donald Trump calls me, secretary says, Donald Trump would like to talk to you. Mr. Jones, would you like to talk to him? Yes. Boom.

Megyn Kelly (05:16):

While Jones has boasted of his contact with the president on his radio show, he downplayed it in his interview with us. Claiming the mainstream media or MSM has exaggerated their connection.

Alex Jones (05:27):

I think my influence on Trump is way, way lower than what MSM has said.

Megyn Kelly (05:32):

Well, what kind of access do you have?

Alex Jones (05:33):
He's just called sometimes and talked about politics or thanked me, stuff like that. That's it.

Megyn Kelly (05:38):
Would you describe yourself as friends?

Alex Jones (05:41):
No.

Megyn Kelly (05:42):
Friendly.

Alex Jones (05:43):
Sure.

Megyn Kelly (05:44):
And how many times has he called you?

Alex Jones (05:47):
I don't want to get into all that.

Megyn Kelly (05:49):
What is it do you think about Alex Jones that President Trump finds so amazing?

Charlie Sykes (05:53):
That's a scary question.

Megyn Kelly (05:54):
Charlie Sykes is a conservative writer and contributor to NBC news. He's been critical of President Trump.

Charlie Sykes (06:01):
Obviously there's a conspiratorial turn in the president's thinking in his imagination and those darker impulses are fed into by Alex Jones.

Megyn Kelly (06:11):
Jones speaks to his listeners for hours a day, six days a week. His rants can be vulgar and hate-filled like this one directed at a member of Congress.

Alex Jones (06:21):
Schiff looks like the archetypal, and there's something about this fairy hopping around bossing everybody around, trying to intimidate people like me and you. I want to tell Congressman Schiff and all the rest of them, you want to sit here and say that I'm a Russian. You get in my face with that all beat your ass. You son of a bitch.

Case 22-33553   Document 1241-2   Filed in TXSB on 09/26/25   Page 74 of 256

Megyn Kelly (06:42):

Jones began developing his conspiracy theories as a teenager. He grew up the oldest child of a dentist and a homemaker and went to high school in Austin, Texas.

Alex Jones (06:51):

I read a lot of history books when I was a kid, and I also had family that was educated, so I mean, I just knew how things actually worked versus what the news was saying. Sometimes.

Megyn Kelly (06:59):

After a brief stint in community college, Jones found his calling at Public Access TV in Austin. He went into business for himself founding Infowars in 1999. Many doubted his prospects, but he's now worth millions.

Alex Jones (07:13):

I'm Alex Jones, your host.

Megyn Kelly (07:14):

Infowars makes most of its money by selling products like male supplements.

Alex Jones (07:19):

It has just come off of me and soon there'll be nothing left.

Megyn Kelly (07:23):

The main pitch man, Jones himself,

Alex Jones (07:26):

I mean it costs 45 $50 million a year to run this.

Megyn Kelly (07:29):

How much money's being made?

Alex Jones (07:31):

Well, the money that's made is pretty much put back into things.

Megyn Kelly (07:34):

Jones uses that money to spread his message, a message that has caused enormous pain.

Charlie Sykes (07:40):

What he has done is he has injected this sort of toxic paranoia into the mainstream of conservative thought in a way that would've been inconceivable a couple of decades ago. As we're talking about somebody who traffics in some of the sickest, most offensive types of theories.

Megyn Kelly (07:59):

At the top of that list is Jones's outrageous statement that the slaughter of innocent children and teachers at Sandy Hook Elementary School, one of the darkest chapters in American history was a hoax.

Neil Heslin (08:12):

I lost my son. I buried my son. I held my son with a bullet hole through his head.

Megyn Kelly (08:20):

Neil Hess, Lynn's son, Jesse, just six years old, was murdered along with 19 of his classmates and six adults on December 14th, 2012 in Newtown, Connecticut.

Neil Heslin (08:32):

I dropped him off at 9:04. That's when we dropped him off at school with his book bag hours later. I was picking him up in a body bag.

Megyn Kelly (08:45):

Alex Jones repeatedly claimed that the shooting never happened. Here he is on Infowars in December, 2014,

Alex Jones (08:52):

But it took me about a year with Sandy Hook to come to grips with the fact that the whole thing was fake.

Megyn Kelly (08:58):

You said, "the whole thing is a giant hoax. How do you deal with the total hoax? It took me about a year with Sandy Hook to come to grips with the fact that the whole thing was fake. I did deep research and my gosh, it just pretty much didn't happen"

Alex Jones (09:15):

At that point, and I do think there's some cover and some manipulation. That is pretty much what I believe. But then I was also going into devil's advocate, but then we know there's mass shootings and these things happen. So again,

Megyn Kelly (09:26):

But you're trying to have it always right? [Alex Jones]: No, I'm not. If you wrongly went out there and said it was a hoax, that's wrong.

Alex Jones (09:33):

But what I already answered your question was listeners and other people are covering this. I didn't create that story, but

Megyn Kelly (09:39):

Alex, the parents, one after the other devastated the dead bodies that the coroner autopsy

Alex Jones (09:49):

And they blocked all that. They won't release any of it. That's unprecedented.

Megyn Kelly (09:52):

All of the parents, [Alex Jones] even the reports.. decided to come out and lie about their dead children. [Alex Jones] I didn't say that. What happened to the children?

Alex Jones (09:59):

I will sit there on the air and look at every position and play devil's advocate.

Megyn Kelly (10:03):

Was that devil's advocate? The whole thing is a giant hoax. The whole thing was fake.

Alex Jones (10:11):

Yes, because I remember in even that day, I'll go back from memory then saying, but then some of it looks like it's real, but then what do you do when they've got the kids going in circles in and out of the building with their hands up? I've watched the footage and it looks like a drill.

Megyn Kelly (10:25):

When you say parents faked their children's death, people get very angry.

Alex Jones (10:33):

Yeah, well, that's all I know. But they don't get angry about the half million dead Iraqis from the sanctions or they don't get angry about all the illegals pouring in

Megyn Kelly (10:38):

That's a dodge.

Alex Jones (10:39):

No, no, it's not a dodge. The media never covers all the evil wars. It's promoted all the big thing

Megyn Kelly (10:43):

 That doesn't excuse what you did and said about Newtown. You know it.

Alex Jones (10:46):

Here's the difference. Here's the difference. I looked at all the angles of Newtown and I made my statements long before the media even picked up on it.

Megyn Kelly (10:56):

In our interview, we asked Jones numerous times what he now believes, and he never completely disavowed his previous statements.

Alex Jones (11:04):

I tend to believe that children probably did die there, but then you look at all the other evidence on the other side, I could see how other people believe that nobody died there.

Megyn Kelly (11:13):

Of course, there is no evidence on the other side. After President Trump took office, the Newtown Board of Education wrote to him imploring the president to try to stop Jones and other hoaxers like him saying Jones continues to spread hate and lies towards our town. Almost four months later, according to the board chairman, the president has yet to respond. The lies about Sandy Hook have had real world consequences. Just this month, a Florida woman was sentenced to five months in prison for sending death

threats to a Sandy Hook parent. Her defense attorney says she was primarily motivated by Infowars. Other victims' family members have been harassed or threatened too. The families say that Jones' words have caused lasting pain and they fear the harassment will continue.

Neil Heslin (12:04):
It's disrespectful to me. Or in fact, I did lose my son and the 26 other families lost somebody. And I take that very personal.

Megyn Kelly (12:13):
This piece is going to air on Father's Day.

Neil Heslin (12:16):
Correct.

Megyn Kelly (12:17):
What is your message to him?

Neil Heslin (12:19):
I think he's blessed to have his children to spend the day with, to speak to. I don't have that.

Megyn Kelly (12:33):
The consequences of Jones's actions are not limited to Sandy Hook.

Alex Jones (12:38):
Pizzagate, as it's called, is a rabbit hole that is horrifying to go down. Now,

Megyn Kelly (12:43):
In 2016, Jones promoted a conspiracy theory known as Pizzagate. Infowars claimed a child sex ring was being run by Democrats out of a number of businesses and specifically pointed to a Washington DC pizzeria.

Alex Jones (12:57):
You got to go to infowars.com and actually see the photos and videos inside these places.

Megyn Kelly (13:01):
Jones encouraged his listeners to investigate the case themselves, and one did bringing a semi-automatic rifle to the shop and firing several rounds. No one was hurt and the shooter was arrested. The pizza shop owner wrote a letter asking Jones to apologize facing the possibility of a lawsuit he did

Alex Jones (13:22):
We regret any negative impact our commentaries may have had on Mr. Ani comic ping pong or its employees.

Megyn Kelly (13:29):

Case 22-33553   Document 1241-2   Filed in TXSB on 09/26/25   Page 78 of 256

Another apology came just this spring. Chobani yogurt sued Jones after Infowars fanned the lie that Chobani employees committed a sexual assault in Idaho

Alex Jones (13:40):
On behalf of Infowars. I regret that we mischaracterized Chobani,

Megyn Kelly (13:44):
You misstated facts about Chobani and its owner, which you could have found out if you just had a reporter do a little shoe leather reporting, pick up the phone call, check out the facts. You never would've had to retract that or apologize.

Alex Jones (13:56):
Well, this is my statement on that. We know that that was basically a PR event, and what happens is you've got a year of reporting on the reported sexual assault,

Megyn Kelly (14:05):
All of which has nothing to do with Chobani.

Alex Jones (14:06):
Yeah, I know you're not going to let me get it out already.

Megyn Kelly (14:08):
I'm going to let you get it. I just want to make sure the record's straight. I don't want to smear the man. You are the one who said that you were wrong about Chobani. You said that.

Alex Jones (14:16):
Well, that's because they chose to go after me. And so I simply pointed out that we were reporting other people's reports that were not entirely accurate, and for that we were sorry. It was true.

Megyn Kelly (14:29):
You don't sound very sorry.

Alex Jones (14:32):
Well, the media said stuff about the settlement that wasn't true.

Megyn Kelly (14:35):
But you said things about Chobani and its owner that were not true. Are you? Sorry.

Alex Jones (14:43):
I'm going to tell you again. The media really was upset that they said that there was a hoax.

Megyn Kelly (14:47):
It's not the media

Alex Jones (14:48):

Case 22-33553   Document 1241-2   Filed in TXSB on 09/26/25   Page 79 of 256

What they did, what they did are

Megyn Kelly (14:51):
Sorry.

Alex Jones (14:51):
And so what they did, so what the media did, and we know it was the media, and we have the PIs and the law firms, and we're working on it right now. Let's just say Chobani was real happy to get out of that lawsuit,

Megyn Kelly (15:04):
But the lawsuit makes clear Infowars was the only media outlet to report the lie that forced Jones to apologize. And with that apology, Chobani considers the matter closed. Do you think of yourself as a journalist?

Alex Jones (15:19):
I have some journalists that work for me and I do journalistic work and I've broken a lot of big stories and I understand the basics of it. I need to find the line of London thing

Megyn Kelly (15:26):
In the Infowars studio. There's no script. Instead, it's a freewheeling spin through piles of articles straight off the internet.

Alex Jones (15:34):
95% of what we cover is looking at a news article and then discussing it.

Megyn Kelly (15:40):
Well, if you just look at an article and discuss it, it's garbage in, garbage out. Right. If you haven't ascertained the veracity of that article and it's all BS and then you spend two hours talking about it, then you put out a bunch of misinformation. I'm just trying to figure out what the vetting process is.

Alex Jones (15:52):
No, we all get Hillary with 15 points ahead. Okay. And I mean, we all get mainstream. Media has got a big problem.

Megyn Kelly (15:59):
The Infowars staffers we met have free reign to cover whatever they like with virtually no oversight. We spoke with some of Jones's employees, including Owen Shroyer. How do you, on a day-to-day basis, figure out what you're going to do?

Owen Shroyer (16:15):
I wake up. I look at the news, I pray. I rarely get directives from Alex or my boss. They pretty much just leave it up to me.

Megyn Kelly (16:23):
Is that what you consider yourself to be a journalist?

Page 10 of 11

Case 22-33553   Document 1241-2   Filed in TXSB on 09/26/25   Page 80 of 256

Owen Shroyer (16:27):

I don't like calling it that. I'm just a human. I'm just a human that's looking for truth, so I'm trying to reach out and be what the people want.

Megyn Kelly (16:35):

When you say people, who do you mean?

Owen Shroyer (16:37):

The deplorables, the flyover country. The forgotten American.

(16:41):

We're going to get to work immediately for the American people.

Megyn Kelly (16:45):

With the election of Donald Trump, Alex Jones has plans to expand infowars. More studios, more shows, more employees, more influence.

Alex Jones (16:55):

I said the night he won, I said, the war has just begun. So this is, we just got a beachhead. And so that's just the start of the war for me.

Megyn Kelly (17:05):

And Alex Jones goes into battle with a powerful ally. Just two weeks ago, the Trump Pence campaign emailed this message to supporters. Notice at the bottom, it's a link to Infowars.

Speaker 7 (17:20):

Hey, NBC News fans. Thanks for checking out our YouTube channel. Subscribe by clicking on that button down here and click on any of the videos over here to watch the latest interviews, show highlights and digital exclusives. Thanks for watching.

| Speaker 1: | 00:00:02 | Waging war on corruption. It's Alex Jones. (singing) |
|---|---|---|
| Alex Jones: | 00:00:09 | Ladies and gentleman, this is such an incredible time to be politically alive. So much change, so much being discovered, so much good happening, but also so much bad. Riveting! Amazing! We've seen the death of David Rockefeller. We've seen the death of Zbigniew Brzezinski. David |
| | | Rockefeller was the modern architect of corporate world neocolonialism, crony capitalism, world government. Dead 2017. His top henchman, his top operative Brzezinkski dead, and now John McCain fighting for his life, whereas I never wish any harm on a living creature and have empathy. This is a man that funded Al-Qaeda in Arab spring that killed over a million people and blew up hundreds of churches, killing hundreds of thousands of Christians. So he has lived a life of serving death and serving the destruction of America, and now he is in line to meet his maker, and I hope he gets right with God. |
| | | Talking about Russia hysteria, Mueller's expanded probe to Trump businesses. This is a witch hunt to infinity and beyond. Here's some of the Democrats and Republicans in their hysteria. |
| Bob Barr: | 00:01:17 | If it weren't serious it would be funny, uh, some of the what I call the, uh, the post-factual statements that, uh, that the left, uh, makes continuously. The problem partly is that if you say something, whether it is true or false, whether it is outrageous or rational, if you simply say something over, and over, and over again people actually start to believe it and will act on it. |
| Speaker 2: | 00:01:45 | Fox is a propaganda network. It- it functions off of the idea of breaking people up into teams, so they are aiding and abetting the enemy. They are aiding and abetting those people we are- are currently at war at with, uh, the Russians. |
| Howard Stern: | 00:02:00 | If I hear one more conservative talking about, like, all of this ... I don't know what happened to conservatives. They were the guys who were anti-Russia, who were like, "Well, it's not so ... The Russians aren't so bad." You know, because they're defending Trump, and I'm like, "Are you out of your ... mind? This guy kills journalists for having an opinion or for d- digging into the facts or disagreeing with them. |
| Speaker 3: | 00:02:21 | [crosstalk 00:02:21] |
| Howard Stern: | 00:02:21 | They back, uh, terrorist governments. They ... hate us. They're our enemy. |


EXHIBIT

B-42

1

| | | |
|---|---|---|
| Alex Jones: | 00:02:27 | That's McCain that backed the terrorists. |
| Howard Stern: | 00:02:29 | And you know what? Do not be talking to Russians and getting any kind of help from them. |
| Speaker 3: | 00:02:33 | That's the [crosstalk 00:02:33] |
| Speaker 4: | 00:02:34 | How dare you take a phone call. |
| Speaker 3: | 00:02:35 | You don't talk to them. |
| Howard Stern: | 00:02:35 | Right. |
| Speaker 3: | 00:02:35 | Say- |
| Speaker 5: | 00:02:36 | I think what we're learning, uh, with the Trump Junior meeting is when you meet with any Russians you're meeting with Russian intelligence and therefore, President Putin. |
| Speaker 6: | 00:02:47 | This is a reality that will become the only reality until this country rids itself of Donald John Trump. He is not a President. He is a puppet put in power by Vladimir Putin. |
| Maxine Waters: | 00:03:00 | Uh, so many of us are attempting in every way that we possibly can- |
| Alex Jones: | 00:03:04 | No, you're the puppets. |
| Maxine Waters: | 00:03:05 | ... uh, to- |
| Alex Jones: | 00:03:06 | You're the enemies. |
| Maxine Waters: | 00:03:07 | ... unveil the criminal activity, the unconstitutional activity of this President and his family. |
| Alex Jones: | 00:03:15 | Russia kicked out the oligarchs. |
| Maxine Waters: | 00:03:17 | I have dubbed them- |
| Alex Jones: | 00:03:17 | That's the only things we have in common. |
| Maxine Waters: | 00:03:19 | ... the, uh, criminal clan a long time ago, and as many of you know, I stepped out a long time ago and said I thought he should be impeached. |
| Speaker 7: | 00:03:28 | The- the investigation, it- it's not ... uh, nothing is proven yet, but we- we're now beyond obstruction of justice in terms of |

2

what's being investigated. This is moving into perjury, false statement, uh, and even into potentially treason.

Speaker 6:    00:03:41    The nation and all of our freedoms hang by a thread, and the military apparatus of the country is about to be handed over to scum who are beholden to scum. Russian scum.

Alex Jones:    00:03:53    Yup, they had their foot on the neck of Russian for a long time, the Hollywood crowd, the globalists, and now they want us.

Speaker 6:    00:04:01    Resist. Peace.

Alex Jones:    00:04:03    Ladies and gentlemen, thank you so much for joining us on this live Thursday global transmission. The 20th day of July 2017. We've known that Mueller is a operative of the deep state who covered up the Clinton's, the Bush's, and the globalists committing unbelievable crimes. He sat back as FBI Director, as did Comey, while the Clintons got tens of billions of dollars to specifically sell out US infrastructure, US minerals, US energy, US technology, including defense. We're talking about nuclear reactors, an ICBM launch and re-entry technology to China and North Korea, and that's all mainstream news. That's confirmed.

Illegal servers. Unbelievable crimes. Pedophile parties. None of it, none of it being prosecuted. And now Trump got the word yesterday, and he came out and he said, "Listen, your special council investigative powers are to look into Russia collusion in the election," which there is none. It's not collusion to have his son meeting with somebody about dirt on Hillary. That's called doing your job. The Democrats all did that and they admit that. But now Mueller announces this morning on the heels of Trump, Mueller expands probe to Trump business transactions, and now it's a criminal investigation to find out if Trump or any of his associates ever had contact with a Russian, including renting Russians apartments in New York, DC, Miami, Florida. You name it.

I mean, that's the proof now. Now it's gonna be they rented apartments or sold apartments to Russians when Russia, since they become quasi-free-market have thousands and thousands of millionaires and close to 100 billionaires buying ships, buying yachts, buying helicopters. They've bought 'em from all the different elites. They gave Hillary Clinton 100 plus million dollars into her foundation. 30-something million to the Podestas for uranium, but none of that matters. Those are deals where Hillary's in the email saying, "I'm gonna meet with the Chinese ambassador. Put the money in the account, and I'll meet with

7/20/2017

Exhibit 5

him on policy." Boom! Arrest her! That's when she was Secretary of State.

If Trump gets caught doing something like that, caught with the Chinese ambassador or the Russian ambassador saying, "Give me money." If he ... Uh, if- if Rex Tillerson, the counterpart of Hillary, was in meetings and in- and in Wikileaks saying, "You give the money to the foundation and I'll meet and get that policy done with you next week," you put the money in and you get the policy out, classic bribery, I would call for Rex Tillerson to be put in prison for 50 years. If you give somebody military secrets it's called treason and you get your next hung 'til your vertebrae pop, until you crap your pants and die.

But it doesn't matter. I've got three clips from yesterday, David Knight and Owen did a great job, I was listening to the show, uh, workingcation, and there are the clips with Democrats on TV saying the entire administration, Rex Tillerson, you name it are all guilty of treason for trying to go into Russia and get great deals on all their rare earth minerals, their oil, their gas, their brains, their engineers. Of course, we should be working with Russia! We're capitalists. That's what we do. They're capitalists now.

But all the left that was always in love with Russia back when they were communist ... Hollywood, Howard Stern, all of it, literally say, "You don't talk to Russians. Any Russian is a Russian agent. Any Russian is like talking to Putin." These are quotes from CNN, MSNBC, Congressman Quigley, Howard Stern.

And now Trump shuts down CIA program to arm Syrian rebels that the Pentagon five years ago told Obama to stop doing, and said, "We're not going to go along with your military invasion of Syria because you are putting in Al-Qaeda, Al-Nasra, which is all the same group, now ISIS. And you are throwing a quasi-Christian country, one of the only Muslim countries that actually is inclusive and is secular, you're going to overthrow that when they didn't attack us? An-" And does what the military, what the Pentagon is saying ... The Pentagon's telling him, "Sir, the CIA, at the top," not in the middle and the bottom, a lot of those folks are actually Patriots, but at the top is big globalist foundation, big New World Order, anti-America. Carnegie, Ford endowment, skull and bones, Yale, Harvard. That's who set up the CIA in '47. It's a shadow globalist government. That's declassified. That's admitted now.

Barry Goldwater talked about it in the '50s and '60s. And so they said, "Mr. President, you wanna beat ISIS and not have our

soldiers, green berets, and people getting killed every week over there fighting ..." There's been lots of training accidents with Navy SEALs and Army soldiers dying. Lots of plane loads going down and blowing up, which is a classic tactic to cover up the real number that are dead. I don't think it's even needed to be done. Just report on what's happening. And Trump's like, "We still have agencies funding the rebels when 98% in congressional hearings they've confirmed 98%, the intel is unanimous, are Al-Qaeda, are Al-Nasra, are Wahhabists?" Wahhabists out of Saudi Arabia, the dominant religion of Islam, the dominant sect, that's what Al-Qaeda, Al-Nasra, ISIS is. It's all the same black flag, all the same Arabic g- uh, writing. All the same slogans, the same people, the same system, the same plan, the same global operation, the same cancer.

So Trump kills that yesterday and they go even more ape. Look at this Washington Post Headline. Trump Ends Covert CIA Program to Arm Anti-Assad Rebels in Syria: A Move Sought By Moscow. Yes, five years ago, General Dempsey, the Chairman of the Joint Chiefs, went to Obama on Saturday night, we reported it a year before it was in the news, it was confirmed, our sources, both on and off air. Colonel Shaffer was one of them. And they come to them and they say, "We're not gonna be the Al-Qaeda's air force," and then Senator Cruz comes out, and Rand Paul comes out and says the same thing. And they say, "This is wrong. We've got a deal with the Russians to let them come in, kick Al-Qaeda and ISIS out, then they will remove themselves but they'll keep their deepwater port they've always had in the Mediterranean, their only one, and then Assad will step aside after elections."

We're now five years later and Assad is now making noises of stepping aside after elections. They gotta deal with what's left of America in the Pentagon to not be immoral and to not put Al-Qaeda in charge of there. That's what happened, and then they turn around and act like Trump's a Russian again. Well, yes, they're ... A deal was made by our military and by people in our government with Russia. We told you first. Sy Hersh, Pulitzer Prize winner has been on three years after we broke it to say we broke it, we were right. I'm not bragging. It's just that's a hat tip. Do you understand?

They think you're stupid. They've launched a bunch of fake chemical attacks to blame it on Assad. Because Obama said, "I'll go in if you use chemicals." Why would he ever do that when he's winning and now ISIS is almost beaten? And now they're coming out pushing this garbage, and saying now they're looking into all his finances. Oh, did ... Was there any campaign

finance violations. The FBI's looking into that. Not about Russia. They're looking at bank accounts. They're looking at transactions, they're looking at everything to "find money laundering", to find any discrepancies in campaign money, and they'll call any mistakes they find money laundering.

Hillary can openly commit mass crimes. Go to Morocco and get 12 million and then sell out her whole phosphate industry, and use taxpayer money, as we reported, to send 90 million there to pay to move our jobs. That's okay, but Trump actually turns our economy on, restores our republic, follows what the Pentagon a- actually has a plan to defeat the globalists, and they call him a Russian agent. The only truth is Russia pulled out from the control of the globalists. Russia is breaking free of the New World Order partially. We are too and other nations are saying, like the UK, and Iceland, and Sweden, and Denmark, and Australia, and Brazil, and all these other places are saying, "We wanna be free too! We want a nation-state that's for our interest, not to be looted by robber barons like Zuckerberg and Bezos."

And then they call it Russia. Russia, to make it something foreign so every nation trying to pull out from globalism, be it Italy, Greece, Spain, Catalonia, they can say, "Oh, you don't really wanna pull out. The Russians made you do that." And they build the Russians up like they're superheroes. When we come back we're gonna look at McCain and his brain tumor.

| Speaker 1: | 00:14:05 | KDR- |
|---|---|---|

| Alex Jones: | 00:14:06 | I'm gonna get into John McCain and his fast-acting, very aggressive brain tumor he had removed yesterday, and how Tim Kaine calls him the- the chairman of [inaudible 00:14:19] operations, uh, because that's exactly what- what he is. That's coming up. But something I wanted to mention to everybody here and I want it to sink in for the listeners of this transmission, we're on over 200 radios stations, and we're on Facebook, and Google, and YouTube, and a lot of other video platforms, and on every platform the Democrats and the liberals have organized into groups that go around making false copyright claims and false community claims. Now, I've announced, and I don't wanna do this 'cause I'm litigious, I have to. The next person that files a slap suit, the next person that files a fake suit for publicity, I'm gonna come down on them like a ton of bricks to defend my free speech and my rights.

'Cause people sue me to get publicity and then they wanna drop the suits right away. In fact, they wanna pay me money to drop |

7/20/2017                                                    Exhibit 5

the suits, but it has to all be secret. That's how this works. And then there's this whole meme put out that I'm fake news and all this garbage, so I understand now I can't get out of the suits, I've gotta counter-sue people. So whoever wants to line up next, I'm going to sue you, and I mean really sue you. Depositions, everything. And I'm gonna announce this. The next person puts a fake copyright strike, I swear to God on my children I am going to sue you and I'm gonna sue your companies, and I am gonna come after you politically with 100% of the law. You got that?

'Cause during the break, they didn't tell me when I was doing my workcation we had the community guidelines, a whole swarm of folks come through and they're ... YouTube is announcing that they're looking at shutting down and- and- and basically kicking us off YouTube for people complaining that I've reported on Sandy Hook and had Wolfgang Halbig, a former school, uh, safety administrator on, for a debate about whether the official story was true or not. Then the media misrepresents what I say, saying that I say it never happened, when I've looked at both sides, but it doesn't matter.

I have my right ... If I was an idiot, black nationalist, racist, I could be a racist black person. If I wanted to be a KKK person, an idiot, I could be that as long as I don't hurt innocent people. And if I wanted to say that I don't believe that babies out of incubators and had their brains bashed out to get us in the Iraq war, which is true, didn't happen, it's my right to say it. And then I can question big PR events like Sandy Hook when there are major anomalies like them saying none of the parents were allowed to see their kids that day at the school. Then they had people on NBC saying they held their kid dead at the school.

People see that. They see blue screens. They see kids going in circles in and out the building. They say it looks like a drill. Why were no rescue choppers sent? Why were port-a-potties there an hour later? Uh- uh- uh, I'm not saying it didn't happen because I'm not sure. I don't wanna go that far. I've gotta be sure. I have a right to question that. But regardless, they wanna shut our channel down because of three-year-old videos, but see, I can't find out who did that specifically. I can sue, and they know ... They know I've already got the law firm that's in DC and others ready. They know I'm going to sue whoever files a fake copyright claim again.

I am going to sue you. I cannot wait. Because people put these fraudulent claims out constantly. It's amazing, and I'm done. I'm done playing games with all these people because I'm gonna

7

defend the First Amendment and I'm going to come after the people that violate it. This is a microcosm, uh, going back 10 years ago. I was even on access TV anymore here in Austin where I started 20-something years ago, but they were getting rid of free speech. They were banning libertarians and conservatives, and I sued them, got the evidence what was happening, and out of that came a criminal investigation, and the director of it was found guilty of embezzling over $300,000 and sent to the state pen in East Texas. Huntsville. He only spent a couple years, but ... And it went higher than that in the city, but they killed the investigation.

So I'm- I'm not a litigious person, but if I do come after you legally you're going to- you're going to understand. And Google got caught hiring a company to de-list us, and- and they got caught and they had to pull back. They admitted they did it, and they had us de-listed two weeks ago where you couldn't see Info Wars at the top. And I told them, "I'm gonna sue you privately," and they put it back up at the top because they understand I have the audience not just the money and we're gonna expose you bullies. You understand? Next person, you're sued, so line up. You wanna get in a big, fat lawsuit with me, whoever you are, I don't care who you are, you make up crap, you lie about us, you try to take my free speech and gag me, and take my speech so you can have your way with my family and my children, it isn't happening anymore.

Now, we got a little comfortable around here too with just having our rights taken. We're like, "Yeah. Well, yeah, they're bullying us, saying we have no free speech. Let's just go back to sleep." Wake up everybody. We're in a fight against the globalists. They're trying to put our pri- our- our president in prison. They're making up ... They're funding radical Islamists and terrorists and saying our president's a Russian agent because he didn't wanna fund Al-Qaeda. If they're able to shut us down, they're gonna shut everybody else down. If they're able to say Trump's a Russian agent with no proof, they're gonna go after everybody. It's gonna be a new inquisition. This is a total war, people!

Ladies and gentlemen, the way the new globalist system works is if anyone is offended by what you say or do, there's no judge, there's no jury, you're kicked off YouTube, you're kicked off Facebook, you're kicked off Twitter. And then under the Chinese model that's Zuckerberg's pushing, you have an internet ID that puts your real-world activities that are tracked digitally by companies and corporations, from your gas bill to, you know,

8

7/20/2017

Exhibit 5

going to eat at McDonald's into an algorithm and then it gives you a score about what type of person you are.

Last year they made a, uh, black mirror special, a show basically about how nightmarish that future would be, but this is their plan. So later in the broadcast, we're gonna have an article on infowars.com about strikes on Info Wars blocking our live streaming right now on YouTube, on our regular YouTube channel, the Alex Jones channel, with millions of views because we had the headline Zero Heads Discovers Anomaly in Alex Jones' Headpiece. And it's us showing Megyn Kelly talking to the father of one of the victims, saying he went and held his dead son there at the school. And then it cuts to the coroner and everybody saying no one was allowed to go in and see the kids.

Now, we just said, "See, that's why people ask questions." It's a very nice little piece, but see, oh, you're not allowed to even sit there and point that out. And then there's other ones from years ago. Sandy Hook Victim Dies Again in Pakistan, which shows the photo of one of the kids with people in Pakistan holding up his picture saying he died in a terror attack over there. Clearly showing that was some PR event over there where they were just printing off images of kids and using it. We weren't even saying that- that man's child didn't die. We're saying, look at how there's these other PR events just like the dead babies in the incubators.

But they're using Sandy Hook and they're using the victims and their families as a way to get rid of free speech in America. That's the plan. Hillary said it back during the campaign. She was gonna get into office. This was gonna be their move. They called for, you know, ongoing criminal investigations, uh, the FBI last week into myself, Matt Drudge, and Breitbart with no proof at the Federal Elections Commission. And then the Republicans on the commission killed the ongoing congressional hearings but still, they have the FBI going around doing a counter-espionage investigation to see if we're funded by Russians. Welcome to the witch hunt, folks.

People say, "Wow. How are you taking it?" I'm taking it great because the ... I mean, I'm engaging the globalists that have high-jacked our country. I'm engaging the globalists that are trying to bankrupt us, and turn our power off, and- and jack up our prices, and make us feudal serfs. We're fighting for America in a 21st-century war, ladies and gentlemen, and it takes getting past the intimidation and getting in their face. That's where the victory is. Getting past the political correctness, getting past being called names.

It's not our fault they call us names. It's their fault. They discredit themselves. They're the scum. They're the anti-fallout beating up peaceful people in the streets of America and shooting cops in the back. They're the ones engaging in this, not us. They're the ones that wanna get rid of free-market. They're the ones that hate Christians. They're the ones that call us flyover country and better clingers. They're the ones pushing racial division, not us, and worldwide humanity's awakening. The tide of globalism's going out. Corrupt neoliberalism is hated worldwide and globalist owned publications admit that they're in trouble, but they say, "We've gotta stir up even greater division now."

This is a rearguard action while they basically escape the countries they've destroyed. The New World Order is dead and signifying that is David Rockefeller, Zbigniew Brzezinski, and now John McCain. I wonder if they'll announce soon that there's a very fast-acting brain tumor in George Soros.

The world is watching. The world is waiting as the clock ticks down on judgment on these type of individuals. I wish no harm upon them, their miserable souls, but they've dealt death. They've dealt corruption. They've dealt anti-American activities, anti-Christian activities. I mean, McCain openly funded the Al-Qaeda ISIS rebels, met with them, and now he's got a fast-acting brain tumor. I'm gonna talk about that in a few minutes.

But listen, the fact that they're trying to shut us down, the fact that they're trying to ban our speech, the fact that they're trying to set those precedents, that's a badge of honor. That's a badge of courage. That will only make Info Wars bigger, this entire Streisand Effect. If our enemies are successful shutting one of our big YouTube channels, I guarantee you it will only make everything we do and everything we cover that much more explosive.

Our YouTube channels, with a combined four billion views, and if you count all the other videos out there it's tens of billions that other people have on their platforms because I'm copyright free, you can post our material as long as you don't try to monetize it or take it out context. And I- and I even leave that alone 99% of the time. As long as you're fighting the globalists, I- I ... people post it. And every time they try to suppress us we only get bigger.

I mean, just last week looking at six or seven videos that we produced or videos I was in, we had over 30 million views just of videos I was in last week. They don't have any way to compete

10

with that. They don't know what to do. Take PewDiePie, last time I checked he has close to 18 billion views on one YouTube channel and almost 60 million subscribers, and he was never political but they tried to call him racists, and evil, and bad to- to- to prepare to shut him down because the big network executives and folks are jealous that he is able to actually have his free speech and do what he wants. And they're scared he might start becoming political, he might do something.

Just like in China they put you in prison or execute you if you're caught Photoshopping Winnie the Pooh with the Chinese president. That somehow became popular over there. It was friendly. It was nice. Folks thought it was cute. You go to prison for that in China. Well, they don't like PewDiePie, but his YouTube channels, one channel has almost 16 billion, the other has a couple more billion. Almost 18 billion views. They are threatened by 18 billion views.

Nickelodeon's average show only has a couple hundred thousand people viewing, but young people and teenagers watch PewDiePie. They don't watch all the Disney programming as much as they watch PewDiePie over in Sweden who's his own guy. Of course, PewDiePie's big crime is playing my videos and Paul Watson's videos, and that's the type of thing that scares them, so they say, "Oh, we're gonna demonetize you. Oh, we're not gonna let people share your videos," and it only backfires.

So I'm gonna get into McCain and the rest of it, but here's the bottom line. When I saw you need to sp- spread articles, and videos, and material, and information we put out, folks, it's a war. They're actively, in mainstream news, talking about how they need to shut us down and how we're dangerous. They're in Washington Post admitting yesterday that we're wildly popular and are exploding as old media's dying. They don't know what to do, and a lot of new media says, "Oh, great. We'll be bigger if Alex Jones isn't around."

That is the most ignorant thinking on the planet. We're in a non-zero sum game. Everyone that is promoting libertarian free-market ideas is only expanding and making the world a better place culturally, economically, spiritually. We're in a war against authoritarianism. We're not in competition. I'm not in competition with Sean Hannity. I'm not in competition, uh, with Matt Drudge. I'm not in competition with WorldNetDaily. I'm not in competition with Breitbart. I'm in a total war against the globalists allied with orthodox radical Islam that admits it wants

11

to extinguish the free-market open free societies classical liberalism, and they wrap it all in the term liberalism.

We're in a total and complete war and we're beginning to win, so the enemy's going from their stealth approaches to openly saying, "Silence us," openly saying they're gonna gin up evidence the everybody that opposes them is a Russian agent, or if you don't back Al-Qaeda or ISIS you're a Russian agent. That's in the Washington Post today, and you say it doesn't make sense. They don't care. They only wanna cover for their own people to say we're outsiders and we're bad and to persecute us.

This is classical authoritarianism, so I'm gonna tell you right now, if you wanna fight the globalists, take every article on infowars.com, take every video, copy them to your channel. Put them on your own platform. Play them on your local radio station. You're a station owner, take our broadcast if you're- if you're re-airing it at night put it on primetime. And listeners, support those local stations. We're in a war. Even if it's just calling them and letting them know or sending them $100 dona-

PART 1 OF 6 ENDS [00:30:04]

| Alex Jones: | 00:30:00 | More. Even if it's just calling them and letting them know or sending them $100 donation. And buy products at infowarstore.com so we can do more to have our own platforms. It costs me like 50 grand a month on average just to stream out to millions of people every day at infowars.com with our own streams that we're about to upgrade and make even better. They're pretty good but I'm going to make it even better. We're about to renegotiate a whole nother deal for our streams. |

And try to get a better price. The point is, it costs money. People say, "Oh, well just have your own videos or have your own social network or do your own thing." We, we're, we're trying here, we're fighting as hard as we can but we need your financial support and we make it easy. Great supplements, great nutraceuticals, great patriot apparel, great water filtration systems, great air purifier systems, great game changing products at very competitive prices. Most of it made right here in America. Infowarsstore.com.

And ladies and gentlemen, we have the summer mega specials that are going to have to end today. I have a whole new group of specials tomorrow, but if you want DNA force's 20% off, if you want X two, if you want these products, if I had the specials

12

I was going to do, and Jiminy Cricket, somebody came in here and got in my pile. Here, I found it right here, I'm in a bad mood right now folks. Super male vitality and survival shield X two specials are ending today. Quantities are running low so act now and save 30% off, and we have shipping through the month of July, but it's about to end, and I had to already end the product ... the brain force plus. Already had to end that special because it was close to selling out. I'm going to have to end the super male vitality, or female vitality, the X two survival shield, and a bunch of the other products that are 20 to 40% off right now at infowarsstore.com or by calling toll free triple 8, 253-3139.

We have a little bit of brain force left, it'll be probably a month or so until more comes in so I, I, just before stuff sells out now I just go back to regular price, which is already discounted 10%. We've also got some other new products also now available at infowarslife.com, uh, like our new whey protein that is made by the, one of the largest, biggest respected organic suppliers in the country and five to 10 dollars less that you'll find for the very same whey, we're private labeling that you can buy in major health food stores. But whey is known as the best protein there is from milk. It's organic, it's supercharged, it's got the glutathione and some of the other amazing things in it, but it's got the type of glutathione you can actually absorb. Glutathione is absolutely critical. Find out why going back to the time of Hypocrites, thousands of years ago, the father of modern medicine, he said whey was the most important food and one he prescribed to his patients.

True whey protein contains nine essential amino acids your body needs but cannot produce itself. So, check it out for yourself ladies and gentlemen, it's got CLA, it's got so many other great products and it's supporting American dairy farmers right here at home and it's also grass fed with non GMA RBGH, that's the growth hormone, free. Infowarslife.com or triple 8 253-3139. But as I said, we're going to have to end the specials, this is 25% a- off out of the gates with the new info wars whey protein, we also have 25% off out of the gates of Cave Man, the ultimate bone broth formula that's been sold out for months, it's now back in stock as well and it's also, uh, chalk full of bee pollen, chocolate mushroom, tumeric root and many other super foods and it is the most concentrated, from our research, bone broth formula out there. The ancients were obsessed with bone broth, this is truly amazing, it comes from chicken bones and this is now the number one bone broth seller in the country. Research it for yourself, Cave Man is now back in stock

13

at Infowarslife.com or triple 8 253-3139. That's triple 8, 253-3139.

We'll have some new specials tomorrow on some of the other supplements that we do have in stock, uh, but I'm going to have to end that special today. Again, if you want the X two or if you want super male vitality or some of the other products that are 25 to 40% off, infowarslife.com or triple 8 253-3139. You can, uh, again, just know this, they hate us, they hate our guts, Hilary hates our guts, Obama hates our guts, they're all coming after us, doing everything they can to destroy us and I just have faith in God and I have faith in you, but beyond financially supporting us and getting great products you need, if you'll just commit on your email list and on Facebook and on Twitter and on YouTube and on every platform to just point out Info Wars is under attack, Info Wars is the tip of the spear, if they can shut them down, if they can shut them up they'll shut everybody up.

And in the face of this, that's why I'm launching all these new broadcasts and all these new shows and all these new Facebook channels and all these new YouTube channels and we're launching Periscope channels and we're launching other third party channels and we're keeping our video streams and expanding them and we're launching a new website tomorrow, I'm going to make that announcement now and I'm going to come back in the next segment and, uh, announce the $20,000 winner of the meme contest, just to honor you, the great memes you've made that are fighting the globalist.

But whatever you do, get in the information war today, and expose these enemies because they are now openly expanding the, uh, quote espionage probe of Trump to all of his financials, all of his associates of financials and saying anything, a check that bounced, they're going to try to move for impeachment against the president, but he has the house, the senate, the legislative, obviously the executive, the judicial, so these scumbags don't matter, unless they can brain wash us into accept it, he needs to move against them for their criminal activities now. They're sell outs to communist China, they're sell outs to Russia, he needs to take the gloves off right now and the word is, he's getting ready to.

So Hillary and Obama and Clapper and Brendan, all you, you want to fight, get ready for a fight, McCain.

Speaker 8:          00:36:35          In a land of timeless beauty, he was a man of piece.

14

| Speaker 9: | 00:36:42 | Fake media tried to stop us from going to the White House but I'm president and they're not. |
| Speaker 8: | 00:36:56 | But when they threatened his world and the woman he loved, he was driven to war. |
| Speaker 10: | 00:37:07 | I don't like [inaudible 00:37:16] they turned the freaking [inaudible 00:37:19]. |
| Speaker 9: | 00:37:07 | Get them out of here. Get out. |
| Speaker 11: | 00:37:24 | Go home to mommy. Go home. Bye. |
| Speaker 9: | 00:37:34 | You are fake news. |
| Alex Jones: | 00:38:12 | Trump Nation made both these great memes. [inaudible 00:38:16] the winner. If you're a radio listener, infowars.com/show. |
| Speaker 12: | 00:38:20 | Super hero landing. You're going to do a super hero landing. Wait for it. |
| Alex Jones: | 00:38:25 | Remember, they're trying to sensor all this you're saying. |
| Speaker 12: | 00:38:28 | Super hero landing. That's really hard on your knees. Very impracticable, they all do it. You're a lovely lady, but I'm saving myself for [inaudible 00:38:35] that's why I brought him. |
| Speaker 13: | 00:38:36 | I prefer not to hit a woman, so please- |
| Speaker 12: | 00:38:44 | I mean, that's why I brought [inaudible 00:38:51]. Oh no, finish your Tweet. It's na- that's fi- just give us a second. There you go, hash tag it. Go get them, Tiger. |
| Speaker 14: | 00:39:04 | The season premier begins tonight. |
| Alex Jones: | 00:39:10 | That's Trump Nation and I want to get whoever made those videos on and I want to hire you. I told Paul Watson he could pick the winner and personally, I think the Brave hart one is the winner, I would say the one you're about to see that won is second place and then the last one, with the dead pool, that'd be third place, but Trump Nation did not win, but Trump Nation, I want to hire whoever did the editing. I want you working for us. You work for Trump Nation, too, they're great folks, but David Knight didn't win a report contest five years ago, but he did win a reporter job, now he's going to launch his big syndicated show that the word is, well over 50 stations are |

15

Exhibit 5

ready to pick it up the first week when it starts on August 22nd. It'll probably get hundreds of affiliates. So very, very excited. See where he is now? So just because you enter and don't win doesn't mean that you lose. So we're gong to go to break and come back and I'm going to play the winner, according to Paul Watson, and I think it's excellent, it's very well done, it's a very close second, I don't think it's the best, but you know what? Paul Watson was the judge. Believe me, we got thousands and thousands of video memes, thousands and thousands more, something like eight plus thousand once the contest, uh, you know, time ended last Wednesday. So we're going to now start going through all these and posting them, promoting them, and exposing the globalists and fighting for free speech. The answer to them trying to shut us up is to just intensify what you're doing.

But listen, don't take the broadcast for granted. I keep explaining that. They are doing everything they can to take our sponsors, to kick us off YouTube. It, it, it is just out of control what's going on. And then I'm going to get into McCain, all of it. There's these huge new second hour, tell everybody tune in, it's an active resistance. We can overpower them.

| | | |
|---|---|---|
| Speaker 15: | 00:39:10 | You are listening to GCA- |

Alex Jones: 00:41:08 But you've gotta take action, [crosstalk 00:41:11]- the animating [inaudible 00:41:12] of liberty. You are the resistance and I salute you. Feeling good, feeling right. All right, I gotta stop it. Yeah, these ladies, they had a plan. (laughs) Dennis Hastart had a plan too, didn't he? Grab your kids and rape them. So does the pope's deputy. He got over 100 kids reported. Procured them out to all the little devil worshiping rape gangs. Those devil worshipers love to get those priest robes and rape kids. It's all part of defiling everything, overthrowing reality, destroying the, the flower of the youth.

Until they die and enter hell. Now, let's get to the winner. Drum roll ladies and gentlemen. The winner by contested decision, Chris Killer did a great job putting this together. He's launching a new YouTube channel, don't dox me, bro, that is a great name. I want to work with this guy. I want to work with him, too. I want to tell you, he's a close second, but he, he's the winner, $20,000 to don't dox me, bro.

Name of the video, he only sent it to us, he never uploaded it yet, now he's doing what we did, uh, it is official Info wars CNN meme war 20k winner. I'm going to reupload it to Facebook with a cool name, I mean, what is it? Trump is our Toto, Trump

broke the Matrix, um, Trump flipped the paradigm. Trump exposed that we're living in a false realty? I mean, I don't know. Here is the winner of the 2017 round one meme war.

20K winner announced.

| Speaker 16: | 00:43:39 | [inaudible 00:43:39] You are fake news. |

| Speaker 17: | 00:43:40 | How? |

| Speaker 18: | 00:43:40 | He is the one. |

Alex Jones:     00:44:29     Once you know they're a joke, it's all over. You're a better cleaner. I'm just going to make sure you got sterilized. Break the floor up. No, who do you think you are? The world belongs to us. I went to this late. We're going to come back and play it all, we got a special guest, we got a ton of news, we'll talk about McCain straight ahead.

Micheal Snyder is with us for the next 30 minutes. The founder and one of the owners of Compound Media who just went to Iraq to actually witness the final days of Al- Qaeda and Isis under President Trump and the military's bombardment. He'll be joining us as well. Micheal Snyder's written a story today that's up on infowars.com and on his website, Micheal Snyder for congress dot com. Getting Trump elected was not enough. We need 1000 liberty candidates to run for office all over the nation and he's doing it. I think it's in Utah. With his millions of readers and followers. And whether he wins or loses, he wins by participating, by educating people in the process.

The democrats are in the news today swearing they're going to take Texas. Yeah, by fraud. So realize what we're going to live under if the globalists win. The republican establishment has killed the appeal of Obama care, because they wrote it. [inaudible 00:45:43] democrats. Big banks wrote Obama Care bipartisanly to screw you. They're on CSPAN bragging saying, "Thank God you're so dumb."

Health care is worse than it's ever been. It's designed to wreck it. In fact, here's Senator Rand Paul talking about it.

Rand Paul:     00:46:00     The insurance industry doubled their profit under Obama Care. They made six billion a year before Obama Care, they now make 15 billion. My concern is that we're going to pass a republican bill and we're going to make their profits 30 billion a year. It's not the job of government to be dolling out money to private

17

industry, so what I've said is that, if you insist that you want it, they should put that on a separate bill that the democrats like, democrats typically like spending bills, put it on a spending bill and put the repeal, make it more of a repeal bill and I'll vote for it. But, uh, and I still think it's not perfect, but I'll vote for something less than perfect as long as it's not obnoxious, and obnoxious to me is subsidizing rich corporations.

Alex Jones:          00:46:41          That's right, that use government to make you buy it and then limit competition to jack the price up and then the left runs around ... one year after Obama Care got partially implemented three years ago, I was reading the Wall Street Journal on an airplane and it was, it was insurance companies bragging. It was like headline, "Lobbyist love Obama Care." It was like, globally, our profit's up 47% just on the America people's backs. Worldwide, 47% increase in profits. It was like 2015. I mean, galactic level screw jobs.

Now joining us is Micheal Snyder who is so on target. I mean, I saw CNN with the headlines, "Trump's done 900 plus tweets since he was elected six months ago but no major legislation." Because most of what they've done is executive tyranny. TPP, open boarders, carbon taxes. He's devastated them. We've got a supreme court justice that isn't a total communist. We've got 69%. It was 63%, down illegals coming across and felons are down even more.

Deportations of felons way up. Uh, the economy trying to battle back. I mean, I don't want to just sit here and cheer lead Trump, but it's a total war. They have the FBI, former director, brought in by the democrats and the globalists, uh, put in there, uh, by Sessions that I guess balked and chocked and I gotta agree with Trump. I mean, you know, Sessions has been going after them for all the crimes they committed. We're a five or six special counsels or criminal counsels, uh, special prosecutors, not just counsels, should be all over Hilary because if Trump did something, which he hasn't, it, it, it's like a microscope finding a little dot of dirt while a whole cess pool, uh, sewage treatment plant which is oceans of sludge, uh, it, it, it makes the hedge spin.

And now, Mueller is saying that they're looking at all the finances of all his campaign, all his associates, all his businesses, you're going to find something. I've got 70 something crew members, they're great people, I bet people bounce checks, I bet there's some folks smoking some pot, I bet somebody did something wrong before. I mean, imagine if you had tens of thousands of employees. This, this is a new word for dragnet,

18

fishing expedition, witch hunt to infinity, Micheal Snyder, this is an incredible time to be alive, is it not?

Michael Snyder:    00:49:10    It really is, Alex, and you know, people need to understand that we are in a war because the establishment, they want to destroy Donald Trump, it's kind of like a foreign body has invaded the system and they want to get that foreign body out of their system-

Alex Jones:    00:49:22    And they know they're losing, they know they're losing, so they're going to go after everybody. Once they get him, it's everybody else. This is a death battle. Sorry.

Michael Snyder:    00:49:30    Oh you're right, Alex, that's why they're going after you. They want to shut Info Wars da- down because they know how effective you've been. They want to shut me down, the economic collapse blog, they want to shut all of us in the alternative media down. They want to get rid of us because they saw the power we had in the last election. So we're actually in a war for the future of this country and we don't have to settle for the future of the globalist. You know, I lik- I talked to a lot of people that are awake and they're saying, "Oh, the globalist, they're too, they're too powerful, we can't defeat them. One world government is coming."

Well you know what? We don't have to settle for that. We don't have to, we don't, we don't have to just sit back and take whatever they take. You know, our founding fathers, if, if we would have had a defeatist attitude back then, if our founding fathers had said, "No, we can't take on the mighty British empire." The rest of the world thought we were crazy when our founding fathers said, "We're going to take on the mighty British empire, we're going to declare independence." They put everything on the line, and because they did, because they were willing to risk it all, the United States of America exists today.

Alex Jones:    00:50:24    Take, take, take Vietnam. Ho, Ho Chi Mihn first wanted to be, be a, uh, capitalist, he was a communist, uh, during world war two, he was our ally, they didn't want to make a deal with him because the, the french and others wanted the opium and to exploit the classically free market, Vietnamese. And so despite the fact that we spent the equivalent of trillions of dollars, uh, hundreds of thousands of [inaudible 00:50:47], we couldn't beat them because they refused to submit and they had a communist ideology.

If you refuse to submit with a Christian, conservative, libertarian, free market, Renascence, you cannot be defeated.

19

| Michael Snyder: | 00:50:59 | That, and that now, that's what we need to do, we need to work together and that's why I love Info Wars so much, because you're all about working together. Those that love liberty, those that love freedom, those that love the constitution. If we work together, we can win. Donald Trump showed us that, that we can win the presidency. Here in Idaho, if everybody listening to this program today that lives in my district votes for me, I'm going to win no matter what. We just gotta get everybody out to the poles and involved because we are going to win because we have the numbers. We're waking more people up every day. My websites, your websites, your show, people all over the country, we're raising up an army and we can do this, if we work together. |
|---|---|---|
| Alex Jones: | 00:51:35 | And by the way, uh, you know, I have a small crew, I've been meaning to do it, will you call my crew today? I want to carry your books, uh, because I've read several, they're all excellent, but, uh, you're living a life that really matters, things like that, and you're doing just such important work and again, I'm so glad that despite the fact you had been successful in your own private business and successful in education, and successful, uh, you know, in news, that you're running for congress. I mean, this is really such a manly thing to do, and I don't mean to be cheesy, being manly means putting your family on the line, putting your name out there, and, and getting engaged and involved. |
| | | Because you've got a great family, I know, so we just admire what you're doing, Micheal. |
| Michael Snyder: | 00:52:13 | Well thank you, Alex, and even though I just announced I'm running officially two weeks ago, the attacks are already coming in. They're already attacking me, they're attacking the people I'm associated with, and, and so, I'm already ... it's kind of like walking into a hornet's nest, but we've gotta do this, because, they, I believe this is the most critical time, if, if, if they end up, if the democrats take control, if they impeach Trump, if they get rid of him and they, you know, they start shutting down alternative media, we could lose everything. But, if, if 1000 people all over the country start running for office, taking back state legislatures, taking back congress, taking back the powers of structure all over the country, we could have a revolution and turn this country back to limited government, liberty, freedom, the second amendment, the things we care about, the things we've been fighting about for seven years. |
| | | You know, Alex, my articles have been appearing on Infowars.com for seven years now. We've been fighting |

20

together, we've been fighting this battle, we've been trying to wake people up, you know, and now we need to go to the next stage because now the war has got hotter than ever before and if we don't win, the, the, the elite, the globalists, they are going to try to en- entirely destroy us.

Alex Jones:     00:53:24     You're absolutely right, Micheal Snyder, let's talk about the Mueller situation because Trump has gotta go with his instincts. He's absolutely right. They got bamboozled, they got hoodwinked, they got stampeded, and I really like Senator Sessions into this recusal so that his deputy could then put Mueller in. If it was somebody else that wasn't best friends with Comey, didn't cover up for the Bush's and the Clintons, then I would say, "Okay, have a special counsel"

If Mueller presided for a decade over some of the greatest abuses bipartisanly we've ever seen, he took off the list radical Islam and would not let the FBI investigate radical Jihadis and basically ordered them to stand down, that's confirmed. This guy is a globalist. You've got Brennan, you've got Clapper, they're all just incredibly arrogant. I want to get into that, but first let's get into McCain.

I don't wish harm on anybody and I've had family that have had cancer and brain tumors. It's no joke. I also know from a friend who had a brain tumor and didn't make it, they got very aggressive, very paranoid the last year of their life before they even knew they had a brain tumor and it killed them in about two months once they learned about it. Uh, McCain has been acting very erratic the last year, he's been acting very crazy. Remember back at the Comey hearing people said, even his own supports said something's wrong with him.

But this is a guy that was part of the Keating Five. This is a guy who want's to say that everybody that's against him is a Russian agent. This is a guy who funded Al-Nusra, Al-Qaeda, and Isis and went and met with them in Syria and admitted it. This is a guy on the news who is proxy saying Trump's a Russian agent. That's in the Washington Post today, uh, because he, eh, is working with Russia to take out Isis and Al-Qaeda, that predates Trump getting in. The Pentagon made that deal. So now battling radical Islam and you're supposedly Isis, or, or, or battling radical Islam, you're supposedly, uh, a, a, a, a Russian agent, that's the Washington Post saying that today, this has reached new levels. He's got this brain tumor, some people might say it's foul play, they do have viral based weaponized cancer. You can actually spray on somebody and they can breath and it actually does create these type of cancers in the cerebral context, but you

21

7/20/2017

Exhibit 5

know, McCain's old, and, uh, this is probably naturally occurring, uh, though brain cancers of this type have magically increased. SV-40 that's in a lot of the, uh, vaccines, uh, you know, has also been linked to this. That's one reason this cancer has increased.

So we can use his tragedy to hopefully inform some people you know, I hope McCain get right with God, I don't wish any harm against any living thing. I don't take pleasure, uh, uh, you know, out of a cow dying even if I eat a steak. Uh, but you know, and, and I don't take pleasure in an evil person having a brain tumor because I still have empathy for them but talk about an omen. David Rockefeller, the founder of modern world government, founder of the modern UN, uh, David Rockefeller dead this year, [inaudible 00:56:22] one of this generals, uh, for world government dead and, and now we see, uh, McCain, you know, the current ... Tim Cain called him the leader of their movement, their, their chairman, and he his quarterbacking the attempt to stop, uh, the make America great again movement, so this is an omen.

What do you make, uh, and I just wonder, will George Soros get fast acting cancer, not delivered by patriots and the CIA, but by God?

| Michael Snyder: | 00:56:51 | Well Alex, a lot of these, [inaudible 00:56:52] comes a lot of these globalists, they are getting older, they're dinosaurs now and they, they're starting to die off, they're starting to retire and so we need to replace them with fresh blood, with, but with McCain, I found it interesting that he has brain cancer because something else that's been linked to cancer are cell phones and what I've been finding out is that, a- as I've been digging into this a- you know, what you, members of congress, they spend more time out of their day on the phone than anything else. In fact, when new members of congress, when they go, what they're told is they're supposed to spend about two hours a day on the floor and in committee actually doing their jobs, and they're actually supposed to spend about four hours a day on the phone, dialing for dollars, 60 minutes did a big expose of this where what they do, they spend more, our members of congress, when they're working, they spend more time during the day, uh, dialing for dollars, they spend more time during the day, uh, calling people up asking for money than anything else.

And that's when they're working. Members of congress only, uh, for example, the house will-

| Alex Jones: | 00:57:50 | Exactly, and Johnny Cochran died from the type of brain tumor that's associated with cell phones. It was concerned decades

22

ago in rat studies that it does heat up the DNA, it causes it to rattle and then it breaks the chains, then that causes mutations in the brain tissue. Everybody should be using hands free. No one should let their kids, uh, you know, be on these unless they're using a hands free or blue tooth and it's still dangerous. Uh, you're absolutely right, but notice, the Atlantic can say did it give him a brain tumor because they're establishment media. If we say cell phones are linked, it's a conspiracy theory, but they are having that debate now.

Michael Snyder:   00:58:24   Oh, it's very true. And, and so people, people need to be aware, when you're holding that cell phone up to your head for you know, endless hours, you're literally cooking your brain on, at a very low level. But, uh, you know, me- but these members of congress, they spend more time on the phone than anything. If that's when they're working. Er, the, the, the house of representatives, Alex, will only be in session for 147 days this year. That means they have 218 days off. They work, they work for less than three days a week, and when they're working, like I said, most of the time they're on the phone. The republicans and the democrats, they're not allowed to make calls directly from their own offices, so they've got these giant call centers very close to the capital.

And what they do, wa- the reason why you almost always see the house chamber or the senate chamber empty, because they're all over at these call centers, they're calling people trying to raise money for the el- next election, trying to keep the establishment in power, that's how congress really works.

Alex Jones:   00:59:16   That's right, and major courts have ruled that cell phones are causing brain cancer. It's a fact, just like glyphosate literally grows cancer, but they told us it was healthy to drink. This is incredible. Why have the elites allowed glyphosate, cell phones, all of this, all this wifi, all of it, when they know specifically it rattles DNA into pieces, then when you have DNA in pieces, that is a mutation, cancer of course is the most classic mutation with malignant tumors.

Michael Snyder:   00:59:43   Well I think for the sa- some of the same reasons why they are putting fluoride in the water. They know fluoride is a neurotoxin. They know that it has effects on the development of young children, they know that it's dumbing down the population but they're putting it in there anyway. They say, oh, it's good for our teeth, when it shows no, it actually causes some very serious conditions for teeth, now we-

PART 2 OF 6 ENDS [01:00:04]

23

7/20/2017                                                                 Exhibit 5

| Michael Snyder: | 01:00:00 | So, no, it actually causes some very serious conditions for teeth. Now we got children all over the country with those little white spots on their teeth. That's from the fluoride in the water. |
| --- | --- | --- |
| Alex Jones: | 01:00:09 | And the American Dental Association says children under six should not brush their teeth with fluoride and the media calls me a conspiracy theorist when that's the American Dental Association, six years ago, forced to come out and say that in like 2011. People can pull that up. And admitting it increases bone cancer in boys. Admittedly causes lower IQ's, Harvard study. But they don't care, they just call us conspiracy theorists. |
| Michael Snyder: | 01:00:34 | Yeah or Alex, vaccines in California, where they passed that bill making it mandatory to have vaccines if you want to go to a public school. Now they want to bring out a bill where it's gonna make it mandatory for every child in California to get vaccines. You know what, and these, these laws are starting to spread all over the nation. There's talk that they want to start pushing 'em here, in Idaho a deeply red state. We've gotta fight this we've gotta let people know. These vaccines, you know, uh, uh, that, why, why has autism just exploded because of these vaccines. Kids are getting shot with these, these vaccines, and one day- |
| Alex Jones: | 01:01:04 | And by the way, there are thousands of studies admitting that Thimerosal causes autoimmune results in the brain and other things and they just say conspiracy, conspiracy, our vaccine is safe and effective. Never hurt anybody. The, the, the insert say's it can kill you or cause an autoimmune disorder or give you type I diabetes by killing your pancreas. On and on and on and on and on and on and on. But people won't read the insert. They just say conspiracy theory! It doesn't matter while you were talking we put Scientific American on. We put even the Washington Post on. Even CNN on. Even Newsweek, admit all this now. We've been totally vindicated.

But they pre-tell you it won't hurt you to make you comfortable so that your brain decides it's safe, like them tellin' folks cigarettes were good for your lungs in the forties and fifties. Even though they knew it caused cancer. So that you go ahead and get addicted to the cell phones. Go ahead and give em to your kids and then later to cover their ass, they tell you actually, it kills ya. So I tell ya, very diabolical plan by these lawyers. |
| Michael Snyder: | 01:02:03 | Yeah and then something else that's in our water Alex is all the pharmaceutical drugs.  Where, you know, We're the most drugged up society in the history world. But all that gets in the water and so a major study was done not to long ago where they looked at the water, they looked for traces of |

24

pharmaceutical drugs and they found that more than half of the water systems in the entire country have more than twenty four different pharm ... traces of pharmaceutical drugs in them.

Alex Jones: 01:02:27 And it's causing massive mutations in mam ... mammals, amphibians, fish, you name it. And they make big jokes out of that as well. Since you mentioned it, let's go ahead and go to this clip. Former director of National Intelligence, James Clapper totally sold out the country. Trump is making Russia great again. Uh, uh in, in Ukraine, I mean, Soros overthrew an elected government. They started a civil war. Russia jut took control of the east and their pipelines, this is making Russia great again. Here it is.

Chris Matthews: 01:02:55 Do you think, uh, our President's helping, uh Russia be great again?

James Clapper: 01:03:01 Uh, in a, in (laughs) yeah in a way I guess, he is. Uh, particularly, if, uh, as Putin, you know gets his way in a Syria. And if nothing is done to push back on the Russians in the Ukraine um, yes.

Alex Jones: 01:03:21 Helping the Russians push back in Ukraine when George Soros and the State Department of Obama over-threw the elected government. Look at this Washington Post headline "Trump End's Covert CIA Program to Arm Anti Assad Rebels in Syria, A Move Sought by Moscow." A, sought by our Pentagon that testified to Congress in close session five years ago, that we then had guests on and was later confirmed. Uh, yes. Russia is against radical Islam too. Yes, we shouldn't be funding the very rebels were fighting. I mean, again, if Trump puts his shoes on right, they claim the Russians did it. If Trump doesn't want everybody to live under Islamic rule, it's the Russians. Yes the Russians are against radical Islam too. What do you make of this, Michael Snyder?

Michael Snyder: 01:04:03 Well I'm so glad that Trump made that move. It's a giant step in the right direction. But you know what the neo-cons, both Democrats and Republicans, they want us to be the police of the world. And that's why we need more people like Ron Paul who says we can't be the police of the world. First of all we can't afford to do that and secondly when we keep poking our nose in everywhere, then we have to send our boys and girls over there to bleed and die, and you know and, and, and the rest of the world starting to hate us 'cause we're constantly interfering or constantly starting wars. Were constantly the military industrial com, com, complex, constantly wants more war. They constantly want more ...

25

Alex Jones:            01:04:36            And finally Trump is over there cleaning up Obama's mess in the middle east, cleaning up the North Korean mess. It's a president pragmatically, actually pro free market and not a pedophile and not out to get us. Michael Snyder for congress.com. Folks should support ya. And get involved in that. It's we the people that are backing you if you win, not the Russians. Again they're telling us we're all losers. You didn't know the Russians had your wife have that baby too. And when you breathe Mr. Snyder, it's not you breathing, the respirator is provided by the Russians as well. And when I got up this morning and made eggs for my family, that was the Russians as well. Ladies and gentleman you didn't elect Trump, it was the Russians. Michael Snyder, thank you so much. We have the founder of the Rebel Media straight ahead, stay with us.

(singing)

Only way the globalist can win is if you remain asleep.

(singing)

I'm committed.

(singing)

Sworn to avenge.

( singing)

I'm Alex Jones, your host.

(singing)

And I am the sentinel. We're all, no matter what color we are or where we came from, if we want justice. If we love truth. If we love to take care of the innocent. If we want to be honorable. If we wanna be strong. If we wanna take on bullies. Then that's the spirit God put in ya. That's the light shining out in the dark. Were all brothers and sisters in that fight.

We're getting our next guest on. Got a bunch of other guests today. Ton of news to get to. But there's no doubt now, their coming after Trump. The corrupt, evil Mueller, who covered up for just outrageous Islamic terror, crimes, Clinton corruption, espionage for the communist Chinese. Is now saying their going to look into every bank account, every transaction stuff that's non-Russia related. Tryin to bring down President Trump,

26

7/20/2017   Exhibit 5

because he told the special interest that had hijacked our country and transferred the power to the TPP and to NAFTA and GATT and these international agreements. He said "no! We're not turnin off all our coal when nobody else does. We're not gonna have wide open borders and order the border patrol not to stop people comin across illegally." And that's down sixty-nine percent. And so they're panicking.

Now briefly, we've got free shipping until the end of July. And we're selling out a lot of the best selling items like Super-Male Vitality, uh, X2, Brain Force Plus. So I'm already stopped selling Brain Force Plus at thirty percent off. I ju, just had to, 'cause we're about to sell out. Probably be out of it for like a month. Um, so those specials are gonna end today on Super Male on X2, the good halogen, that goes in and obviously blocks the bad halogen fluoride. It's amazing. It's the cleanest, purest Iodine out there from deep earth crystal sources. We have Caveman it's the ultimate bone broth, Paleo diet formula. And by Paleo diet, I mean what the ancients ate across the board knowing the bones, uh, had all the trace minerals, the elements in it. The co-factors, the stem cells, all of it. Then you got the chaga mushroom and the rest of it in there. It's simply the very best out there. The tumeric, the bee pollen and many other high quality ingredients that help. For healthy muscles, bones, fights free radicals and so much more.

Caveman is back in stock after being sold out for months and this is now the top bone broth seller in the country. And bone broth as you know is very, very hot. But compared to just something you cook on your stove this is very, many, many, many, many, many times more concentrated. It is chocolate naturally flavored. It's all organic. Infowarslife.com. Caveman is back in stock and, and other brands of bone broth formulas are, in some cases twice as much. Usually about 20 percent more. So it's also a very, very good deal, then you're funding this operation, our expansion.

Infowarslife.com, infowarsstore.com or triple eight, two-five-three, three-one, three niner. But a lot of the specials are going to have to end today, the free shipping continues throughout the month. Take advantage of that. We now have one of the top manufacturers of organic whey. From grass fed non GMO cattle. With none of the growth hormones, non of it. We now have one of the top brands in the country, lets us private label it and again it is way less expensive than it would be in stores. Buying it direct from us, private label, true whey protein.

27

7/20/2017

Exhibit 5

We know we're under a microscope plus we want you to get great products so you come back and get em again. It's a win-win. This is one of the top makers in the country. We private label it. It's super high quality totally tested. True whey protein, premium quality with nine essential amino acids just came out today. Infowarslife.com or triple eight, two-five-three, three-one, three-nine.

And they do have community guidelines, like the old Soviet Union. Oh the community doesn't like you, you're gone now. And, and, and google's in trouble for doing this. They got anti-trust suits going on where they let leftists groups and they expunge the internet for Hillary and cover up all her corruption and Obama and the rest of it. Where they let these little knighted groups, these little super mods go round and say "oh we find this offensive," "we find that offensive." And then just put a strike on your account and their set to shut down our channel. Which is, I've already told google before and the last time they pulled this and they backed off. Lawsuits ready. We've got your internal documents, where you hired the company to de-list us, we've got a bunch of other stuff too. Which is fine.

And I know it's a big, huge corporation and everything else, you let your little communist mods go around and do that. You give us the standing take down the channel with billions of views and you are going to have a big publicized, big fat juicy successful lawsuit on your butt. And you think the stuff in Europe's big, just get ready. And I, I don't want to sue people, but it's all ready and I'm done. So you people thinking your having a victory out there trying to shut us down, just get ready. And the next person puts a false copyright claim in too. I'm, I, I, I promised and it's ready. And I'm going to sue you. It's gotta be done. i've made the decision. i'm done.

Oh and people that like to sue us and then secretly pay us to, to drop the lawsuit. I figured that scam out where you want to make it look like were fake news, you're gonna get sued too. Anybody else false lawsuits you're getting sued. Guaranteed! Set your watch and warrant by it, put it in the bank, you can guarantee it! You can guarantee it!

Now joining us is an individual who was successful in libertarian, conservative media in Canada. And of course inside shenanigans went on to blow that up, uh and he joins us, Ezra Levant, founded therebel.media. It reaches hundreds of millions of people, now, every month. They've had their share of folks tryin to censor them and shut em down. They're international. I really admire their lineup of folks. From Tommy Morrison, right

7/20/2017                                                            Exhibit 5

through to Gavin McIness and so many others. But again I'm not in competition with the rebel, I'm glad they're there. We're in this together. Therebel.media subscription base, just like you buy our products to support us, you just subscribe with them. And you're building a new media and the more of us there are the better. The safer it is. (laughs)

So he just got back. We almost sent Joe Biggs to do this but it fell through. And, and, and other groups were involved. To go in with other former special forces and some patriots, we'll just leave it at that. Uh, I don't know about other groups, not this particular one. Uh, but, I know for a fact Eric Prince does good stuff out there. They call him a mercenary, he's not in my view. To expose the pedophile rings, you name it. I don't know if that's the group financed him, but to go in and actually save Christians being murdered, slaughtered, put into sex slavery, in the few cities left that ISIS slash Al Qaeda has control of, so that's something I know Erik Prince has been doing for years, behind the scenes. Saving thousands and thousands of Christians every few months. Well this gentleman went into Iraq into the most dangerous areas. Ezra Levant, he just got back so uh we wanna thank him for his courage and what he's doing to talk about this.

And the Washington Post saying Trump's a Russian agent today, basically, for going along with the Pentagon program that's five years old, of not backing ISIS and telling em the Democrats "no." They're now saying that that's a Russian program helping Moscow, that we're not backing the lobbyists, ISIS Al Nusra, Al Qaeda. Well you just came back from there, where they admittedly sometimes rape little girls to death! So Ezra Levant founder of therebel.media, thanks for joining us.

Erik Levant:          01:13:16          Well Alex, it's a pleasure to be here and, and first of all, thank you for your kind words about the rebel. You're a real trail blazer in alternative media and that's what we need these days. To cover stories that are off the official narrative. And Alex, the media and politicians and diplomats never stop talking about Muslim migrants, they call them Syrian refuges. Most aren't Syrian, most aren't true refugees. But ignored are the Christian refuges who are actually at risk of genocide. Here's a quick fact for ya. In two-thousand seventeen, the official United Nations budget to help Muslim refugees is four point seven billion dollars. But no one is waging a genocide against Muslims. There's no ethnic cleansing of Muslims. But there is ethnic cleansing of Christians in the middle east. And they're not even allowed to go to these UN refugee camps 'cause those UN refugee camps are dominated by Muslim extremists. The

29

Christians, if they flee there, will be violently assaulted there. So these Christians are forgotten and we went to these ancient Christian towns where they're literally being ethnically cleansed by Muslim terrorists.

Alex Jones:    01:14:32    Break it down because this is simply amazing. These are the forgotten people.

Erik Levant:    01:14:36    Yeah.  I mean these are ancient Christians who actually still pray in Aramaic, that is Jesus's language. Some of these Christian communities have been there for fourteen hundred, fifteen hundred, sixteen hundred years. And it used to be a Christian area. Just like Egypt used to be Christian, just like Turkey used to be Christian, Istanbul used to be called Constantinople. But over time, wave after wave of Muslim jihad, has ethnically cleansed the Christians. They kill the men and they take the women as rape slaves. Because that is officially permitted in the Koran. And so we, I met a Yazidi woman in Germany, when I was on another trip, Yazidi's are not Christian's. They're not Muslim's they're, uh, uh individual ethnicity. But they have blond hair and blue eyes, Alex. So the Muslim terrorists prides these women as rape slaves. I met a Yazidi rape slave, who said she lost track after she was raped two hundred and forty times. And ya have to understand in the Islamic state that's not a crime. That's actually officially sanctioned. That's one of the ways they pay their terrorists is in stolen property-

Alex Jones:    01:15:55    And Linda Sarsour won't even come out and criticize it.

Erik Levant:    01:15:59    No. And what breaks my heart Alex, is I went to these Christian towns and I saw these all Christian refugee camps. These people are completely ignored. Politicians, the media, diplomats, NGO's they favor the Muslim refugees but they ignore the Christians. I say, we've gotta sort the lambs from the wolves, Alex. Most of the people flooding into Europe are not lambs. They're wolves.

Alex Jones:    01:16:26    Well even Interpol admitted eighty percent are military aged men, but expanding on that, I've seen the statistics. Where less than one percent, in fact it was just a few sub-points of the refugees are Christian, and then Obama jokingly about a year ago, said "well we just can't only let in the Christians. We gotta let in the Muslims." But in truth he laughed about it, because he knows the U.N. program discriminates and doesn't even let Christians get out, because they're slated for extermination. Why is that?

Erik Levant:    01:16:56    Well it goes back to the Koran, the Koran talks about converting any infidels. And so when we were in Iraq we saw an Islamic

state edict. Remember the Islamic state is like a proto country, so they have judicial announcements they're called fatwas. And any Christians in these little towns, these little towns that have been there for more than a thousand years, Alex, they, they're given an ultimatum. Either flee, uh, pay the jizya tax out of submission or be killed by the sword. So this is rooted in the Koran. And they kill the men, they rape the women. I went to a church in the little Christian town of Batnaia, that was conquered by ISIS, held by, for two years and only recently liberated. The Christians have not yet returned to this ancient town. I went into the church and I saw anti-Christian graffiti, like "we will kill you," "leave or be killed," " this is muslim property," "there are no Christians allowed in the Islamic state." It was written in arabic, but it was also written in German. And that tells me Alex that there were German muslims that went to Iraq to rape and plunder and desecrate these churches.

Alex Jones:        01:18:22        And under this whole Islamic rebellion Arab spring that the democrats, the globalists, NATO and others, the UN have been behind publicly. Military aged men go like on hajj basically, but jihad were it's like a pillaging, raping vacation where they go out to earn their bones and have their rights of passage, raping, killing, murdering. I mean this is all admitted and the UN brags that this is all a part of their replacement plan for Europeans. I mean, why is the left so in love with orthodox Islam?

Erik Levant:        01:18:59        Well, I suppose it's the same reason why the left was so sympathetic to the Soviets during the cold war. Leftists always side with the most acute enemy of western civilization. Until the fall of the Berlin wall, leftists sided with the Soviets. Um, because they thought, well that's the counter-weight to western civilization. Today it's radical Islam. It, so it's not just that the radical Islam is the enemy of the west, it also is an opportunity for these virtue signaling leftists to show how open minded they are that they will tolerate their own enemies. Which, so, what's so ironic to me, and this is what I never understand Alex-

Alex Jones:        01:19:38        That's why we've seen a lot of these leftists women go to be the sex pleasure objects. Including quite attractive women from all over Europe and the US, go to literally live in fleas and ticks with guys that wipe their butts with their left hands and just stink like pig demons. But they just, women just go and worship the filthiness and worship the, the, the fleas and ticks and lice. I'm no- I mean I'm not kidding, these women are just loving this. Because I guess, their so cuckold from men groveling and kissing their butts in the west and putting em on a pedestal, they don't like that. But to be savagely just treated like slaves, they love it.

31

| Erik Levant: | 01:20:14 | It's terrifying in Mosul, which is the big city that the Islamic state recently lost to allied forces. There were some Canadian women who voluntarily went out there. They either go to be halal prostitutes to service these men or their duped in some way or they're, or they want to be part of the jihad. It's really troubling, but you make a good point. A lot of these, uh, terrorists, they come from the west, go to Syria and Iraq. They get a taste of terrorism, rape, murder, defacing Christian objects- |
|---|---|---|
| Alex Jones: | 01:20:50 | And then they come back to Europe and go to the anti racism concerts to openly rape and the police just stand there and guard the raping and then judges rule, well this is a muslim, he's allowed to rape it's his culture. |
| Erik Levant: | 01:21:01 | Well and the thing is their coming back as battle hardened veterans in a way. Because they, they did it in Iraq and Syria, so they've tasted blood and whatever moral compunction they might have had, they're over it, so they're numb to violence, they, they love it, they practice it and now they've returned to the west. And throughout Europe and we've seen this terrorist attacks in Belgium and France in particular have been from Isis terrorists who learn their trade in Iraq and Syria and have come back to the west- |
| Alex Jones: | 01:21:34 | And you know what's crazy? We have Ezra Levant the founder of the rebel.media, amazing uh, uh, television, radio network, news-site that's reaching tens of millions a day now. We were not exaggerating. I can't come up with words to describe how much worse it is than were saying because by the minute more insanity comes out. I mean we have videos at in Sweden and Germany of them holding women down and lines of men raping them and the police are fifty feet away and do nothing. I mean, it, it's, I, I mean they literally rape little kids in pools and the police say well that's their culture. I, I mean it is just insane asylum. Ins-eh-ye-I-I-I'm just wondering, and meanwhile, their saying Trump's a Russian agent because he just killed the Obama program to arm Isis.<br><br>We'll be right back, stay with us.<br><br>Ezra Levant, (singing) therebel.media, the founder of it. He's heading back on soon about his whole story, you know having his successful, uh, kind of the Fox news of Canada but more libertarian. Uh that all got shut down and then it was successful and he started this a year and a half ago or so. But, but just getting back to Iraq and what's happening, as the final cities of the liberal globalists Saudi Arabian backed ISIS Fall. We have the Washington Post saying "Trump Ends Covert CIA Program to |

32

Arm Anti Assad Rebels in Syria, a Move Sought by Moscow." Well the Pentagon said stop doing it five years ago, to Obama. So, just because Russia is aligned, not wanting to back radical Islam, blowing up every church, sex slavery-ing everyone. How does that make Trump bad? I've got democrats all over the news saying no one is allowed to talk to Russians. Why Trump at a dinner at the G20 talked to Putin? It was a dinner! They seated his wife by him! The G20 did it on purpose probably to say Trump was some agent. They're trying to paralyze the president. How do you think all this is going?

Erik Levant:          01:23:29          Yeah, well, I tell ya, it has been terrifying that all of these so-called militias in Syria, they have undermined Basher Assad who I'm not gonna say he was a good man in any way, but he was at-at least a protector of the Christians. Same way, eh I mean, without him look at the anarchy. Same thing in Libya. Muammar Qaddafi not a liberal civil-right's lover, like we expect in the west, but at least he held back the Islamist wave. Same with Hosni Mubarak in Egypt. So we ... we made the perfect the enemy of the good. I'm not saying I would like to live under any of these Arab dictators. But the hell that was unleashed when they were toppled, was far worse, and let me say the Christian community in Iraq, it really is being ethnically cleansed. That's why we went over there. Alex, I'm a jew and so I looked at this ethnic genocide against Christians through the eyes of someone who understood the holocaust and I see so many analogies. And-

Alex Jones:          01:24:36          Or the Armenian genocide. It touches everybody's heart to just see people being, whole families hunted down, the men killed the women raped, murdered thrown away.

Erik Levant:          01:24:46          Well and that's the thing. Armenia was just north of there. So these Christians have a really tough go. So we went there to document the Christian genocide and to bring a little bit of humanitarian relief. And if people want to see our videos they can go to savethechristians.com, we've put up about fifteen videos, including from these destroyed churches. You can see them at savethechristians.com and if you want to help with our humanitarian efforts, you can do that too. It's a, and, and I want to tell the story of these Christians, 'cause so many people ignore it. They're obsessed with the muslim refugees. No one's killing muslims in an-

Alex Jones:          01:25:22          You're absolutely right and again, the UN is basically not letting Christians get out. We should do another video, remember Obama laughing last year going "hah we can't let the Christians

33

out, we can't just take care of them." No he's blocking them on purpose, because he is a closet Islamist. It's been proven.

Erik Levant:    01:25:39    Yup. Well, and, and hopefully those numbers will change now that Donald Trump is, a, choosing the refugees. But so far-

Alex Jones:    01:25:45    But like you said, the Christians can't go to refugee camps to begin with, 'cause they'll be killed by the religion of peace!

Erik Levant:    01:25:51    Yeah, that's true. Well, listen Alex, I, I appreciate you spreading the word about this and thank you for your kind words. We're gonna keep up this fight, because it's the one group it's okay to demonize in western civilization is Christians and it not, it ought not to be that way. And I know you stand up for their civil rights and we do to my friend.

Alex Jones:    01:26:10    Absolutely. Well, uh folks can find out more again at therebel.media, and I absolutely for the nightly news wanna get you back on and review some of the boil down or highlights of the amazing video you've got posted, this is real journalism and dangerous. So thanks for doing that, uh Ezra Levant.

Erik Levant:    01:26:29    Thank you my friend.

Alex Jones:    01:26:29    Alright, hour number three. Were gonna get to a ton of news items ahead, more on McCain, more on the witch hunt against Trump. More on the economy, so much more-

Speaker 19:    01:26:39    Thank you for listening to [inaudible 01:26:39].

Alex Jones:    01:26:38    We've got john Rappaport comin up too, stay with us.

At the bottom of the hour, I'm gonna take some of your phone calls. We're gonna be joined by Jon Rappaport comin up here in the next segment [inaudible 01:26:47] and the host of Fourth Hour.

John McCain, you know I'm not a fake, and so, I'm not gonna sit here and tell you that I am having nightmares over the fact that John McCain has a big fat brain tumor, or had it removed and that it's probably not gonna be operable. And that he won't be with us for too much longer. So not gonna lie to you and tell you I'm losing sleep over it. But I'm also not gonna tell you I'm glad he's dying. 'cause I'm not. I'm very sad for John McCain. He's a very, very twisted person. He's been compromised since the Keating Five, which was totally illegal. Ripping people off with fake bonds. And you go back to Hanoi Hilton where he was

34

7/20/2017

Exhibit 5

taken care of for given em all the secrets. That's been confirmed. The guy is not a hero in my view. Of course Donald Trump knows that when he said that McCain's no hero. His dad was an admiral. The head of the pacific fleet. He's a consummate insider. But that said death is the great equalizer. And I don't take pleasure when I heard David Rockefeller died. I don't take pleasure when I heard Zbigniew Brzezinski died. I won't take pleasure when I hear that George Soros is dead. But I'll tell yeah this, I will feel relief. Because these are very, very, very, very bad people.

And I'm not gonna play along with everybody, that's virtue signaling saying oh, our hopes and prayers go out to John McCain ... and just for the mere reason of sounding like I'm a loving compassionate person, because its hard to say nice things about john McCain when he's so evil and funded Al Qaeda and funded Isis and get all this. The bible says, pray for your enemies. So I can't help but say pray for John McCain. But I don't even like saying it, I'm just being honest. But I guess pray he wakes up. Pray he, ya know, jus, turns around, and that there's some good left in him. And that he, repents for funding and, and, and supporting the massive middle eastern destabilization turning radical Islam loose on other muslims Christians, you name it.

I mean it's just, the guy he quarterback, as Tim Caine said, he was, is the chairman. Let's pull up Tim Caine's tweet. I saw it last night at about seven thirty, right when it went out. I was searching McCain news, when the brain tumor news broke. There it is. Thinking about my hero. My chairman. My friend John McCain. Stay strong. His chairman. 'Cause let me tell you something. He is chairing, not just committees, he's chairing the operation to bring down the Make America Great Movement and to put the deep state back in full control. And he's all about bringing in radical Muslims and going after our guns and he supported original Obama care.

But of course we haven't seen Obama care repealed. Because it's what the republican scumbags at the top wanted. They're the same ones against Trump. The never-Trumper filth. The, the, they have some good rhetoric. They have some good talk.

PART 3 OF 6 ENDS [01:30:04]

| | | |
|---|---|---|
| Alex Jones: | 01:30:00 | Th- th- th- they have some good rhetoric, they have some good talk, but they don't deliver. So, the media will probably edit what I've said about McCain, take it out of context and say I'm glad he's dying. I'm not. I've told you what I really think. It's |

nuanced because it, the world is complex. I don't like McCain, but on a spiritual level, it feels like bad luck to me to say, you know, he's getting what's coming to him or something like that hypothetically because I don't take pleasure in it, but when somebody is a convicted pedophile or been caught with hundreds of kids, like Sandusky, uh, and, and, and, and the deputy pope and people and they're particularly in priest robes because you know they love to care out the satanism that way because it's more blasphemous and it, they're just such defilers that ... I mean, I'm glad when pedophiles die.

I'm glad when child kidnappers die. And I'm not a violent person, I don't enjoy violence but my very instincts are very sharp towards these people and I've always said, you know, when they convict these folks of pedophilia, they convict these people of kidnapping kids, I personally, I will flip the switch to run electricity through their brains.

800-259-9231. Coming up at the start of the bottom of the hour segment, I will play a video that YouTube says violates their community standards for pointing out an article by Zero Hedge, that pointed out an anomaly in an NBC news report concerning Sandy Hook. And so I'm going to air this again and I'm going to challenge that it doesn't violate, uh, the rules as being selectively enforced and that's it's a form of civil rights violation of the first amendment and discrimination. It's just like a big, uh, credit card processing company that we're looking at suing, I just have to do this. I have to start some lawsuits against violators just to, just to fight for my rights.

 They told us, "We're not going to let you process credit cards and debit cards with us even though you have a, you know, Triple A standing, five star rating, absolutely established 22 year credit card processing company, that has the other big three credit card processors hooked into our system, not just PayPal, we're not going to let, do business with you," and they were dumb enough in emails to say, "Because of our political views."

You think a gay couple can sue and win money because somebody wouldn't make a cake but then you guys say because of my political views and what's misrepresented that I am not allowed to engage in commerce? You people are crazy. I've run this by litigators, top law firms, it's win, win, win, win, win. And I don't want the money from these suits. I don't want two years and then they get to depose me and I get to depose them. But, I'm going to, I'm going to subpoena CEOs and people. I'm gonna start going after folks because I can't put up with it anymore.

36

7/20/2017

Exhibit 5

So we're going to air what YouTube says you're not allowed to see. Coming up, it's only four minutes long, it's Owen Shroyer with a zero hedge headline. And we're going to go to your phone calls with our guests, John Avaport. But hey, good luck guys because I'm launching more shows, more video platforms, our own video platform has millions and millions of viewers, every few days, we're not backing down, we're not giving up, we're getting more affiliates across the United States because America is done being intimidated. America is done bowing. America is done being called racists because you didn't want Obama Care written by insurance companies and republican fat cats to screw everybody over with the democrats.

American's across the board of every political strip, of every skin color, of every religious background including Muslims that don't want to be under radical orthodox Islam are sick of oppression and we want freedom and we want it now. Coming up the bottom of the hour, I'll show you the letter from YouTube and what they say is not allowed. We're going to play the evil video. Zero Hedge discoveries anomaly in Alex Jones's hit piece. And all it is is Owen Shroyer playing two clips off the news side by side. And if they can sensor that and if they can shut us down for that, they can shut anybody down and Twitter announced today< "We've begun 10 times the censorship we were doing last year of anybody criticizing people we don't like." They can have the left sing kill Trump, kill me, whatever, but let me tell you, you call somebody a liar, you call somebody an idiot, oh, they're going to shut you down. They got their trendy CEO up there. They got their trendy ... yeah, click on that for TV viewers. This is how it's happening.

Notice YouTube and Twitter and Facebook are all announcing the massive censorship launces now. Well, Google, we have the internal purchase order, millions of dollars to shut down Info Wars, saying Ron Paul's not credible, saying that the Syrian rebels were caught launching their own chemical attack and reading a UN report. No, it's that Ron Paul is credible and they said, 'Due to him opposing a Syrian war, and Jones having on these guests, we're going to delist him. But we're going to do it secretly because it's not credible.' And they listed Ron Paul and that I then played a clip of a congressman, and that it was, that it was too influential. They said, "He, he plays a congressman and then he plays Ron Paul and then he, he has a Sy Hurst clip and it's just not credible."

Because it's admitted that the Syrian rebels launched at least three chemical attacks. Congress has had hearings on it and confirmed it. The UN admits it, be se- because it was so credible

7/20/2017

Exhibit 5

that I went bam, bam, bam, here's the clips, and said, "We shouldn't get in a longer war and deep state wanted, that." Then they shut it down. There it is, Ron Paul, zero chance Asad behind chemical weapon's attack in Syria, likely a false flag. I played that clip, I play Cy Hurst and I played a sitting congressman saying the same thing, and because it had consensus and because they showed the UN report, and then we showed the rebels admitting they did it, because it was so credible, they put out a multimillion dollar contract to delist me. And then guess what? Congress is investigating it and so is the White House for antitrust, that case.

And you notice now, that contract's been canceled and google came out a week later and said, "We did that on accident, we're canceling that contract." And then they started relisting us. Well, does Google think I'm dumb? When you've got your little knighted social justice warriors that are given these little chevrons? They actually give them little shield symbols and their email that they're super mods and then they can go ban our videos. (laughs) I can't wait to depose them. I can't wait to get their ISPs and drag them into court. You unamerican trash.

You want to shut us up because we are credible. You want to shut us up because you know we're pulling back the curtain. Look right here, Trump ends covert CIA program to arm anti Asad rebels in Syria, a move sought by Moscow, the Washington Post. Our pentagon five years ago on record, went to Obama and said, "We're not going to be part of being their air force." And said no, and then worked with the Russians to clear out the bad rebels and now Asad's preparing to have elections and leave.

And because our patriot military didn't go along with the deep state, we stopped a wider war. Now YouTube calls them YouTube heroes where you gain points going around shutting down free speech and you get directives, Google owns YouTube, they hire an outside group that then goes and then gives the orders to the mods so that Google can claim they weren't behind it. It's like hiring somebody to rob your neighbor's house or I guess kill your wife or something.

So, so, but you didn't do it yourself, you see. And they admit all this like we're idiots. Don't you know people, even though these are encoded emails are giving us the information? Showtips@infowars.com, whistleblowers@infowars.com, if you're working as part of these groups to do this, send us the data. This is how we're going to defeat deep state.

Exhibit 5

(laughs) Joining us is Jon Rappoport at nomorefakenews.com, he had that name 15 years ago for his website. He worked for some of the biggest TV and, uh, networks and news gathering and news papers as investigative journalist until he got de- disgusted with it over 20 years ago, he's a film maker, author, artist, you name it, nomorefakenews.com, and he joins us to break this down. What do you call this moment we've reached? Because they're coming for us, but every time they do, it causes a Streisand effect.

Jon Rappoport:     01:39:17     Yeah, that's exactly what it is. And because more and more people are waking up, and coming to the defense. You know, seeing what's really happening. They're fading. They keep trying and trying and trying but you know, these poles that show that six percent of the people are really interested or concerned about this whole Russia collusion insanity story that's being promoted and so on, all this give them a clue. They're operating in this gigantic echo chamber and hoping to convince people that because they all tell the same lies to each other, that other people are interested. Well it turns out that most of the people don't care.

Alex Jones:     01:39:59     I have a name for that. It's called a circle jerk.

Jon Rappoport:     01:40:01     Yeah. They don't give a crap about any of this. (laughs) You know? And so this gets exposed time and time again and the liars keep on lying. They can't turn back now. You know, it's like when you're, you've already jumped off the cliff and now you say, "Gee I wish I hadn't jumped off the cliff. I don't think that was such a great idea. Is there any way I can turn around in space and walk back up to it?" No, you're already falling. So what are you going to do on the way down? You're just going to keep screaming the same lies over and over and over again until you hit bottom.

Alex Jones:     01:40:34     So it's like Wiley Coyote when he runs out on the edge of a cliff and realizes he's already run too far and a second later-

Jon Rappoport:     01:40:40     Right.

Alex Jones:     01:40:40     He drops. They've already kind of hit that point, but what do they have to lose?

Jon Rappoport:     01:40:43     (laughs) Your guys are really quick here. They're putting it up and the screen already. Yeah. There is he is off the, uh, too late. Couldn't do it. Couldn't come back. Hovered in midair for a second.

39

| | | |
|---|---|---|
| Alex Jones: | 01:40:57 | You said three or four years ago with Piers Morgan that it was a crack in the façade, it pulled back, people got deprogrammed for a moment, Trump's like a 10,000 times better than that moment, they are so panicked, don't they get that even if they destroy him, Toto already pulled the curtain back? |
| Jon Rappoport: | 01:41:11 | Yeah, they don't, they're hoping that's not true, but it is, you see, because as I keep saying, time and time again, it's, don't just think it's Trump. You know, it's everybody. It's everybody who wants freedom and demands it, freedom from surveillance, censorship, oppressive laws, child protective services, medical cartel, mandates that you have to get vaccinated with poisons. I mean, you can just stretch out the whole nine yards. It's everybody who's sick and tired of the government intruding on their lives and causing them pain, suffering and death saying, "We've had enough. Now we want something positive." Those people, all of us, we're not going anywhere. Where is there to go? |
| Alex Jones: | 01:41:58 | And there's nothing the globalist can do to convince us to go back with them. It's over. |
| Jon Rappoport: | 01:42:03 | Yeah. There's no way that you know, they can say, "Well come back on our side because we didn't really mean that or you know, we're not as bad as you think." No, they're worse than we think and we know that. I mean, we've had them in our sights for a long time. |
| Alex Jones: | 01:42:17 | How many top Catholics and university heads are caught running giant child rape operations? |
| Jon Rappoport: | 01:42:23 | Yeah, how many do we need before we understand the whole picture there? |
| Alex Jones: | 01:42:26 | These are literal devil worshiping pedophiles, folks. That's why they're into GMO and fluoride and poison and cancer and evil, because they literally are demon possessed. And I'm, I'm not kidding. I mean, it, when you come down to it, these are, these are just evil people. We'll be back.<br><br>Ladies and gentleman, we are back live, I'm your host Alex Jones, Jon Rappoport's our guest, he's got a bunch of issues he wants to get into. You know, Bill Clinton invited Russia to interfere on a US presidential election publicly. (laughs) Tell them to have the EU, the Saudi's, the pope, uh, all these foreign companies saying, "Don't elect Trump." I mean, it's just crazy that they keep pushing, pushing all of this, but just minutes ago, |

40

7/20/2017                                                                                    Exhibit 5

OJ Simpson walked out of his parole hearing, it's over, uh, and the word is they're probably going to go in, deliberate and then decide to release him after nine years in prison for stealing back some of his me- memorabilia in a, in a robbery, and I, I'm not an OJ Simpson fan, I, I'm just telling you folks that he spends nine years, Dennis Hastart rapes little boys, procures them for the republican party and others, they cover it up and he gets 13 months in federal prison and then is suing one of the people that he admittedly raped.

He carried the kids across state lines, reportedly. Uh, but he wants his money back. So again, what's wrong with this world? It's not that Simpson's black that he's been persecuted, uh, compared to Hastert, it's that he's not an elitist. You better believe if Simpson's crime was rapping little kids, he probably never even would have been in prison.

Instead, his crime is being an average citizen pretty much, uh, and not being involved in an elite type of criminal operation. What do you make of all this, Jon Rappoport of No More Fake News?

| | | |
|---|---|---|
| Jon Rappoport: | 01:44:19 | Well I think there's ... oh God, where do we start here? I mean, it's basically about Hastart and all the other pedophiles. They protect each other. They're in positions of power. They are the ones who can take a priest from here, uh, let's move him to Tasmania or you know, the arctic so that he's never prosecuted. Let's collude with politicians, fellow politicians who are also involved in the pedophile networks so that the case never goes to court or some small time bit player gets sent to jail but none of the elites ever get to jail. |
| Alex Jones: | 01:44:56 | So it's a big club and we ain't in it- |
| Jon Rappoport: | 01:44:57 | Exactly. |
| Alex Jones: | 01:44:57 | Why historically in every ancient culture is there a cult that takes over, whether it's African, meso-america, Europe, Asia, in certain periods, cults take over, build temples, and then rape and kill children. You know, in the bible they talk about different tribes taking virgins and killing them. Well virgins just means children. Why does this keep, uh, through sociology, anthropology, psychology, archeology, why does it keep raising it's ugly head? What's at the bottom of the rabbit hole? |
| Jon Rappoport: | 01:45:28 | You know, you said these people are evil. I don't think you really have to go much further than that. I mean, you can analyze why |

7/20/2017                                                                 Exhibit 5

and so on and you can give lots of reasons, that's easy to do. But evil people turn out to be evil. That's what they are.

Alex Jones:        01:45:46        And the more they get away with, the more they do.

Jon Rappoport:     01:45:48        Yeah, of course. And then it piles up. In other words, whatever thrill they get out of being evil, it's not enough so they have to go further. And they have to keep on going. This amount of control and destruction is not enough. We have to expand it. And that's where they actually commit suicide. Because it gets to a point where the people are fed up and have had enough because they see what's actually going on and we're at that cross road when we talk about what the globalists are doing.

Alex Jones:        01:46:18        I agree, because you said they're in their own echo chamber, they even admit that now. Everyone's even turning ... I mean it was like 20 something percent a few months ago thought Russia was important, now it's six percent in their own Gallup poles, everyone I know knows it's a total joke and, and, and so what comes next? They're in their echo chamber, they're getting more extreme, they're going to try to remove Trump, what's going to happen?

Jon Rappoport:     01:46:39        Well they're just going to continue to beat the drum any possible way they can. I'm sure that they're going to get some more psychiatrists to try to come forward and say that he's mental ill and he's incompetent to serve, uh, the reason that they're not filing impeachment proceedings is because they know they don't have a chance. So they're looking around desperately to try to find something and all they can do right now is to keep on screaming about the Russia story because they don't really have anything else. And when it's reported that fewer people are coming across the southern border, for example, and certain you know, progress is being made along that front, because with open borders, you just can't vet who's coming into the country, uh, then there's a whole lot of people that are very, uh, ha- happy about that. So that makes it even worse for them. They don't know what to do.

Alex Jones:        01:47:34        That's right, because, because, eh, they can't kill the economy quick enough to blame Trump, plus they now know they're getting the blame anyways for trying it, but they can't help themselves, like you said, they're Wiley Coyote ran over the edge. When we come back though, Muller has said, "Okay, I can't find any Russia stuff." He's going to look at every Trump associate, every campaign person's finances, total drag net, total fishing expedition, what does Trump do at this point with this rogue element, what do we do?

42

7/20/2017

Exhibit 5

All right, we got well over two million subscribers on just one of our YouTube channels that a fan made five, six years ago, Dave Thomas, not of Wendy's, his name's really Dave Thomas. Great guy, he, he works for us now. From Oregon where he's a chicken farmer with his family. Who's your daddy. Does he live in a free country like me? It always, during the break, I was talking to the crew, they're like, uh, we're, uh, they're glad I'm really considering having to sue Google and YouTube and other people that put in false copyright claims because this isn't Russia during the old Soviet Union, this isn't communist china, we have free speech in this country. And I'm sick of people with false copyright claims they never back up once I file, once I file a challenge to it, they never put up or shut up and file suit on me.

And then now they claim that I'm harassing Sandy Hook families because the media said I am and the media said I said go harass their families. And then they take down our videos where I actually clarify going back three, four years ago that I simple questioned because our media lied about dead babies in incubators and said they got their brains bashed out and so my listeners didn't buy the official story, so we looked at it and I said, "I don't know the truth." I'm not ready to say kids didn't die and point my finger at parents and say they're liars.

Is there a blue screen when Anderson Cooper's face disappearing? Are there kids going in circles in the video shots? Did they hold back the helicopters? Did they have porta pottys there in an hour and a half? Did they run it like a big PR operation? Do they get all these conflicting stories in the media? Absolutely. And we have a right to question it. If, if they said there were new babies thrown out of incubators in some country and we questioned it because they've lied before and it turned out that they did actually kill babies somewhere, would I then hate the families that lost their babies? No. I'm questioning known liars in the media.

But in the 1990 event where they said hundreds of babies had their brains bashed out and their skulls kicked in, there were no babies. There were no incubators. It was a red shirt to bring us into a war and now over a million Iraqis have died of starvation, a half million under the Clinton's intensified sanctions that were children.

But see, we don't humanize those Iraqi children and we overthrew a secular government that had swimming pools and movie theaters and Play Boy sold in the stores. I'm not saying that's a great thing or a good thing or a bad thing, the point was it was becoming westernized. The globalists don't want that.

43

7/20/2017 Exhibit 5

They destroyed it. And they put radical Islamist in charge. But see, I'm not supposed to sit here and have a big thought like that. I looked at the five videos that they have said are evil and bad, and put a strike on us to shut the channel down, zero hedge discovered anomaly in Alex Jones hit piece. That's what they're saying we're not allowed to question. So let's play the censored report with Owen Shroyer analyzing other people's reports and playing the anomaly and asking the question and quite frankly, the father sees, he needs to clarify, NBC needs to clarify because the coroner said none of the parents were allowed to touch the kids or see the kids and maybe they meaning at the school, I'm sure later maybe the parents saw their children. The point is, is that because the media lies so much, you can't blame the public asking questions and you can't ban free speech of people that are asking questions and for us to simply look at the Megyn Kelly public even where someone sat down and was interviewed and to politely discuss it. If you ban that, you ban free speech in total. Very, very dangerous. Here it is.

Owen Shroyer:          01:52:01          So folks now, here's another story. You know, I don't even know if Alex knows about this to be honest with you. Alex, if you're listening and you want to, uh, or if you just want to know what's going on, Zero Hedge has just published a story Megyn Kelly fails to fact check Sandy Hook, Sandy Hook father's contradictory claim in Alex Jones' hit piece.

Now again, this, this broke, I think it broke today. I don't know what time, but featured in Megyn Kelly's expose, Neil Heslin, a father of one of the victims, during the interview described what happened the day of the shooting and basically what he said, the statement he made, fact checkers on this have said cannot be accurate. He's claiming that he held his son and saw the bullet hole in his head. That is his claim.

Now, according to a timeline of events and a coroner's testimony, that is not possible. And so, one must look at Megyn Kelly and say, "Megyn, I think it's time for you to explain this contradiction in the narrative because this is only going to fuel the conspiracy theory that you're trying to put out, in fact." So, and here's the thing, too.

You would remember ... let me see how long these clips are. You would remember if you held your dead kid in, in your hands with a bullet hole. That's not something that you would just misspeak on. So let's role the clip first, Neil Heslin telling Megyn Kelly of his experience with his, with, uh, with his kid.

7/20/2017                                                                    Exhibit 5

| Megyn Kelly: | 01:53:52 | At Sandy Hook elementary school, one of the darkest chapters in American history, was a hoax. |
|---|---|---|
| Neil Heslin: | 01:54:00 | I lost my son. I buried my son. I held my son with a bullet hole through his head. |
| Megyn Kelly: | 01:54:07 | Neil Heslin's son, Jesse, just six years old, was murdered, along with 19 of his classmates and six adults on December 14, 2012 in Newton, Connecticut. |
| Neil Heslin: | 01:54:19 | I dropped him off at 9:04 that's when we dropped him off at school with his book bag. Um, hours later, I was picking him up in a body bag. |
| Owen Shroyer: | 01:54:33 | Okay, so making a pretty extreme cl- claim that would be a very thing vivid in your memory, holding his dead child. Now here is an account from the coroner that does not collaborate with that narrative. |
| Speaker 20: | 01:54:49 | Uh, we did not bring the bodies and the families into contact. We took, uh, pictures of them, um, uh, of their facial features. You have, uh, uh, it's easier on the families when you do that. Uh, there is, uh, a time and a place for up close and personal in the grieving process, but to accomplish this, uh, we felt it would be best, uh, to do it this way and, uh, you can sort of, uh, you can control situation, uh, depending on your photographer and I have very good photographers. Uh, but, uh- |
| Speaker 21: | 01:55:28 | It's gotta be hard not to have been able to actually see her. |
| Speaker 22: | 01:55:34 | Well, at first I thought that and I had questioned maybe wanting to see her. |
| Owen Shroyer: | 01:55:44 | Okay. So just another question that people are now going to be asking about Sandy Hook. The conspiracy theorist on the internet out there that have a lot of questions that are yet to get answered, I mean, you can say whatever you want about the event, that's just a fact. So, there's another one. Will there be a clarification from Heslin or Megyn Kelly? I wouldn't hold your breath. (laughs) So now they're fueling the conspiracy theory claims. Unbelievable. We'll be right back with more. |
| Alex Jones: | 01:56:10 | All right, now that's the full clip that's been censored on YouTube that's hateful and evil they say and that we're harassing people with. It's national television. It's a piece attacking me. Okay? That's a clip from a national piece televised everywhere, misrepresented what I said about Sandy Hook. I'm |

45

not allowed to respond to a report about me that isn't even accurate and then you've got CNN and MSNBC both with different groups of parents and the coroner saying we weren't allowed to see our kids basically ever, what they sound like they're saying, but we see a father, a grieving father saying that he dropped him off with a book bag, got him back in a body bag.

And, and, and, you know, regardless, Bloomberg said they don't let a good crisis go to waste. So did the White House Chief of Staff Robert Manuel at the time. And, and bottom line there was massive PR around this. This was used to blame the American people to say gun owners were at blame for this and to, and that we had killed these children. So that's why America rejected it and said it was fake because in total, saying gun owners are responsible for what somebody on Prozac does is, is, is not true. If I kill somebody with a car on purpose, it's not your fault because you own a car that I did something wrong with a car. Like, if I stabbed my neighbor with a butcher knife, or you do, then we're not guilty for, for what another person does. So we're sick of this.

Do mass shootings happen? Absolutely. Can I prove that New Haven didn't happen? No. So I've said for years, we've had debates about it, that I don't know, but you can't blame people for asking. But now, in a national Megyn Kelly NBC headpiece that another publication, very respected, Zero Hedge, comes out and breaks, I'm not even allowed to report on a report about me from NBC and Zero Hedge with my other reporter who didn't harass anybody. That was a month ago. He said, "I wouldn't hold my breath looking for a response." We've not seen a clarification. I'm the one that called him up after I saw the show that night and I said, "You know Owen?" And we're going to go back to our guest, could be that, you know, we need to get clarification on what went on, and I couldn't ever find out. The stuff I found was they never let them see their bodies. That's kind of what's weird about this, but maybe they did.

So, I, I'm sure it's all real. But for some reason, they don't want you to see those clips together.

Nomorefakenews.com, he hosted an hour a week, going to be hosting a lot more soon, I gotta get it set up with him, uh, but, uh, he's here with us, of course it's Jon Rappoport, Jon what do you make of this?

Jon Rappoport:    01:58:54    (laughs) Just, report on the report on the report on the report is suddenly you know, licenses to take away access. You can't do that. Absolutely not. Absolutely inappropriate. Inappropriate,

right? Because there is an unanswered question. So where does that leave us? Well, let's say that somebody decides to publish on YouTube a whole list of the ingredients in vaccines. You know, here it is from the CDC. And I have a question because if you'll notice, there's aluminum, aluminum, aluminum, aluminum, aluminum, and now here is a statement from official organization, medical organizations about how neurotoxic aluminum is that's being injected this way and I'm asking questions about this. Well, that ... let's throw that away, too. That's no good. We can't have a video like that. We can't have that either. I mean, as you say, if they're going to th- if they're going to throw out that-

PART 4 OF 6 ENDS [02:00:04]

| Jon Rappoport: | 02:00:00 | That either. I mean, as you say. If they're going to throw, if they're going to throw out that video by Shroyer, then everything is up for grabs. You can't say anything that wouldn't be censored if somebody wants to censor it. |
| --- | --- | --- |
| Alex Jones: | 02:00:14 | Well, I'm not supposed to ask you because of this intimidation. What do you think about Sandy Hook? I mean, I said it has more holes in it- |
| Jon Rappoport: | 02:00:14 | Yeah. Right. |
| Alex Jones: | 02:00:19 | Than ... I said it has more holes than Swiss cheese. I'm not personally attacking anybody. Just like, as I said, if a new baby incubator story came out, I would question it. It may come out that the new attack on babies is real. But am I bad? Am I attacking individual parents because I question the media that runs hoaxes? |
| Jon Rappoport: | 02:00:38 | And here's the other thing because they have to find their hook to come after you. You know? You've covered what? In all the years you've, you've been in in it for what it is? I don't know. 15,000, 20,000 stories. Okay. So let's find one that we can twist. Make it incredibly controversial. And make it sound like he's some sort of an inhuman monster. And now let's push that on national television. And say, "You see folks. You see what we're dealing with here. With the so called independent media." I mean, that's the other aspect of this. Which is completely insane. You know?

If there was anybody rational at any of these networks, they would sit down with you and they would say, "Well, apparently you're a very controversial figure. And also apparently you have |

47

untold millions. I mean, it just keeps getting bigger of listeners. So what is it that you stand for? Why are you so popular? What are you saying?" And, you know, a long forum interview. And then they would bring in and say, "Well, here's a story you covered. And this is what you said."

| Alex Jones: | 02:01:50 | Listen I told them I thought the kids probably did die and that we were simply questioning because the babies in the incubators, they wouldn't put it. They won't let me even say that- |

| Jon Rappoport: | 02:01:50 | That's right. |

| Alex Jones: | 02:01:59 | That, that, that they've twisted it and I, because they want to take off what I really said. And then say false things about me so I can't respond. |

| Jon Rappoport: | 02:02:06 | Exactly. So if you say, "Well, let's compare the Sandy Hook thing to the incubator baby thing." They're not even going to put that on television. They don't want to hear that. They don't want to say, "Well, gee. He does have an analogy. No. No. We don't want to even consider that because people are going to realize hey. Well. Yeah. That was a totally fake story about how the, the war in Iraq was, uh, promoted and launched. So he has a right to question what happened at Sandy Hook or what happened anywhere about anything." I mean, come on. What's, what's the story here? You ask a question. You ask a number of questions. And all of a sudden you're censored for that. |

These people want you to get down on your hands and knees and pray to ABC, NBC, CBS, CNN. Etc. Etc. That's what they want. Just like Chris Como says on CNN, in what has to be for me one of the most insane things ever uttered by anybody. "You the public don't have a right to look at these leaked emails. Only we the media can. And then we tell you what to think and then you accept it."

| Alex Jones: | 02:03:18 | (laughs). He actually said it just like that. |

| Jon Rappoport: | 02:03:20 | Right. And people, you know? The, people all over the world. Like if I was walking through an airport where they have these contracts from CNN and I heard that, I'd say, "Forget about my flight. I'm dropping my bags. I got to watch this idiot. This is unbelievable." Right? You know? Where does this guy come from? |

| Alex Jones: | 02:03:37 | He goes further. He goes, "You're not allowed to. It's illegal. No. No. We're allowed to and then you get it from us." I mean, he actually the most, when I saw that clip first the day it happened, I thought it was a joke. And we went back and found the full context. |
|---|---|---|
| Jon Rappoport: | 02:03:50 | (laughs). |
| Alex Jones: | 02:03:50 | I mean he really talked to them like they're three year olds. |
| Jon Rappoport: | 02:03:53 | Yeah. He really means that. You say well, this is a guy that, you know? Megan. Hello. Interview Chris Como. Okay? Find out what makes this incredible moron tick. You know? I mean, where did you come up with this idea? We the media will tell you what it means. Otherwise you have no access to it. I mean, where did, where was he hatched? How did he come in to being as some sort of reporter? I mean, do they just, I know his name is Como so he's from the political family. Right? But I mean, they just grab them off the street and say, "You're our anchor." When you say something like that? I mean, there we see what the media is actually thinking about themselves. |
| Alex Jones: | 02:04:40 | Exactly. I want to go to some phone calls. I'm going to skip this break so we have some more time with John Rappaport. But just briefly, Pooty Pie has like 15 plus billion views on one channel. And a couple billion on another. And other channels. I mean, it, it's, it's 18 billion views. And it's bigger than all comedy channels, entertainment stuff together. And he never was political. I'd only seen some of it. But they hate the fact that his main demographic is about 18 and younger. But I've seen his stuff. It's pretty funny. Even when he makes fun of me.

Uh. Regardless in the, in the, in the, in the marketplace of ideas, he's winning. They begin to call him racist, Hitler, say shut him down. Because the big executives are jealous. The Zucker's of the world. That he has something they don't have. He has the real star appeal. They've all failed. Nothing they force feed works. So I've talked to a lot of these folks. Not Pooty Pie. But others. All these big channels. Including a lot of big kind of main line, uh, liberal channels that are independent. They're getting targeted and shut down. And it's a bullying. And then YouTube comes along behind the scenes and says, "Work with us. Start doing a few things we want. We'll fully monetize you and help you." So it's muscling. Stop saying that Pootie Pie and others.

They're scared of you because they saw you putting down our stuff at Watson's. They know you could turn around and somebody like you could be a thousand times more successful |

49

than even myself or Donald Trump. They don't know who the Pootie Pie is that's just kind of doing their own thing. Whose, who then clicks because there's this algo rhythm awakening. So Pootie Pie needs to know they're always going to envy you and try to shut you down. The answer is really take your destiny in your hands. Don't just be super popular and have all the super hot girlfriends. And make 30 million dollars a year. Or whatever. Really change the destiny of the world. And, and, and if it's not going to be Pootie Pie, it's going to be somebody else. Because I turned down 10 million dollars a year. 16, 17 years ago. Sounds like a lot of money. It's nothing. Money means nothing once you get self sufficient.

They use it to control you. To always feel like you're going to arrive someday if you were just with them. Now it's not saying money is bad to have. It's just that it is not your God. They try to keep money limited. Resources limited so they can be the gatekeeper between that. Right now though OJ's verdict is coming in. Dennis Hastert goes free after 13 months. We'll see if, uh, OJ does for, uh, robbery. Uh. Already serving nine years. Let's go to that feed live.

| | | |
|---|---|---|
| Speaker 23: | 02:07:10 | And I concur with Commissioner Corda. And grant parole. And in addition, our decision, although difficult, is fair and just. |
| Speaker 24: | 02:07:22 | I concur with the Commissioner, uh, Corda and agree to grant parole. |
| Speaker 23: | 02:07:29 | Um. Mister Simpson. Before I cast my vote. Um. I want to let you know that we believe that we're a fair board. We believe that we're a consistent board. Um. I will let you know that that consistency also goes to parole. And, um, we do not look kindly upon parole violations. Um. And if I cast my vote to grant and it, and it concludes the hearing, uh, our expectation would be that you not violate even the simplest condition of parole. Having said that, um, I am prepared to cast the vote. I am prepared to ask the commissioners to set conditions. Um. If, if that happens, um, we will produce an order sometime in the next 15 to 20 minutes that will be faxed to you or presented to you at the institution. And it will become a public record. So based on all of that, um, Mister Simpson I do vote to grant parole when eligible. And that will conclude this hearing. |
| OJ Simpson: | 02:08:37 | Thank you. |
| Alex Jones: | 02:08:37 | You know? Simpson looked arrogant and somewhat corrupt before. But after nine years in prison, he looks very genuine. Very contrite. And he looks very, like he has a lot of, I never |

7/20/2017                                                                                    Exhibit 5

studied his genetic background. But I think he has a lot of native american in him or something. Because he looks, uh, a lot of native american now that he's lost a lot of weight. Uh. But, uh, but there you go. Nine years in prison for robbing back some of his own memorabilia. I'm not defending what he did. But there was a dispute. Um. And then I've never done it myself. But sometimes in business you get a little bit mad. People screw you over. And I'm not saying that's what happened there. The wife thing. All that. Both sides. They tried to set him up. He probably did it. It's just a mess.

Crime of passion. Yeah. I mean, basically cut their heads off. Or I mean he was found civilly guilty. The point is it's hard to hate him when these globalists are committing all these crimes. John McCain's funding Al Qaeda and ISIS. They're murdering Christians by the hundreds of thousands. And then all these pedophiles are going free. Um. We haven't scripted this. We're live. We're going to go to your phone calls. Shawn, Josh, Andrew, Dustin, and others. But what is your view John Rappaport?

| | | |
|---|---|---|
| Jon Rappoport: | 02:09:45 | You know I just thought what would happen if he put up a YouTube video with Hastert being released. Next to OJ. See maybe that would be censored too. Oh. Oh. Oh. Oh. We don't want any comparisons of this. No. No. Just side by side. The last two minutes of this from Simpson. And Hastert pedophile, he gets off. Let's present that. Let's show, you know? What do you think of this folks? You think this sounds fair? Does this sound equitable? Does this sound like the justice system is actually working? When this guy serves nine years and this guy serves, what? 13 months? Really. Unbelievable. |
| Alex Jones: | 02:10:27 | Well, I know if you look at Simpson, you can't fake that. He looked real humanity, really upset. Really wanting to get out. I mean, you, you can't hide that. That was real. And then you look at somebody like, like, uh, you know? Mister blue eyes over there. At, at the republican party. Paul Ryan. He just radiates I'm a psychopath. |
| Jon Rappoport: | 02:10:44 | (laughs). Yeah. |
| Alex Jones: | 02:10:47 | We're going to go to break here in a moment and take a few calls. John Rappaport. No more fake news dot com. Before we go any further, ladies and gentlemen, we need your financial support. They're trying to shut us down. I want to expand. Not just stay the same size. Because we're going to expand or be destroyed. It, it, there is no staying the same size. We need you to go to infowarstore.com. Where we have amazing [inaudible |

51

7/20/2017                                                           Exhibit 5

02:11:04]. Free shipping for another 10 days or so. And a bunch of the stuff. Like super male, which is this great concentrated herbs. The X2. The amazing good, uh, halogen. Uh the deep Earth clean iodine. Not the garbage iodine that you get in the store. You know? Probably eat holes in your belly. Infowarslive.com has it all but it a lot of the specials got to end today. Just like brain force had to end a few days ago because it's about to sell out.

I'll have some new specials tomorrow. But these are our best sellers. They're still no sale right now infowarslive.com. Or triple 8-2-5-3-3-1-3-9. But that's how we fund ourselves. Over 75 percent of the funding is you buying products. CNN is fake news. On the back, infowars is real news. Great shirt to meet like minded people, to spread the word, to stand up for free speech. Caveman is back in stock. [inaudible 02:11:52]. Knock out the fungus and stuff in your gut. [inaudible 02:11:55] the probiotic. It's back. Now we've got our new super high quality whey. That I haven't even had time to get into yet today. It's our new product launch today. Haven't even launched it because so much is happening.

So we'll take your phone calls coming up. I appreciate you holding. We don't get to everybody, I'm going to send everybody a keg of this, uh, new premium whey protein. It's from one of the biggest high quality manufacturers. Hormone free, grass fed, uh, cows would produce the milk. True whey, uh, protein. Super high quality. Infowarslive.com. Or triple 8-2-5-3-3-1-3-9. No reviews yet because it just came out today. But we have tens of thousands of reviews by third party site power reviews and others. On average four point eight stars. No one else that we've seen has it. Infowarslive.com. Infowardsstore.com is the umbrella site.

But even if you can't buy the product from us to help support the broadcast, just spread the link. Spread the articles. Spread the videos because we are fighting everyday to simply stay here and keep putting the truth out. And we'll change the world because of your support. Hour number four. With your calls. Anthony Cumia. The conclusion of no more fake news dot com with John Rappaport. Stay with us.

Alright look. I hogged the airtime. I gave the number out 30 minutes ago. I haven't gone to your calls. I apologize. It's Rappoport is our guest. Let's talk to Shawn in New York then Josh in other. Shawn, you're on the air. Shawn? We're going to let you go. Let's go to Josh in Colorado. Josh, you're on the air.

| | | |
|---|---|---|
| Bob Barr: | 02:13:28 | Hey guys. Uh. Long time listener. Um. I just wanted to talk to you about future technology. Um. I'm an independent researcher. I led an energy movement. And I, I'm seeing something that's coming. Um. There's a break away civilization. And they have revolutionary energy technologies. They're going to build three printed robots. They're engineering robots into bio mechanical with dogs. I had to leave the movement because of the weird stuff I was starting to hear. There is something really strange going on in this world. And- |
| Alex Jones: | 02:14:02 | Yeah. I know. They got computers that predict the future. I mean they've got computers that predict the future. Then you can control the future. They've had [inaudible 02:14:09] for 30 plus years they admit. And, and now they're admitting it all but, but not showing it so that's the big question. Have we already reached the Atlantean moment? Whatever they've discovered they're on such power trips. They act like we just don't even exist anymore. Then there's Trump in the middle of it trying to rally billions of people against it. Uh. |
| | | Rappaport what do you think is going on? |
| Jon Rappoport: | 02:14:32 | They have tremendously advanced artificial intelligence in terms of systems. Because that's what they're trying to do to the planet. Here we've got these systems and we're going to impose them on you. You are the little units that we put in to the slots of our systems. So naturally when you have that viewpoint and that's what you want to make the world into. One gigantic machine. Then you're going to use artificial intelligence and robots and androids and everything automatic that you can get your hands on. |
| Alex Jones: | 02:15:04 | And I said they're using the artificial replacement of us to make us obsolete as a way to dictate the terms of our surrender to the technocracy. This has been designed to make us obsolete. To dictate what's left of the middle class. Accepting the extermination and phase out of the general public. And that's the admitted plan. Josh? |
| Bob Barr: | 02:15:24 | Well, it's, it's being shown in Hollywood if you have the eyes to see what the new energy technologies are going to be. And how actual natural energy works. They, uh, they've actually really engineered it. They don't want anybody that's done it independently to be funded. They're funding their own people to come up through this system. And they're going to put the information out that the, the way they want it to- |

53

| Alex Jones: | 02:15:47 | Sure. I mean, that's what they do. They always have quote, you know, the billionaire guy. The Bill Gates. The whatever. The Zuckerberg. That pops up. That's been partially declassified as the free market front so people don't even understand what's happening. It's all Trojan horsed. |
|---|---|---|
| Bob Barr: | 02:16:00 | They can actually synthetically create most elements nowadays with nano technology and nano super [crosstalk 02:16:07]. |
| Alex Jones: | 02:16:07 | Well, when I was a kid, in, in, in third grade they talked about those big machines they've got that create the new elements. I mean, alchemy is now real. You want to comment on that Rappaport? |
| Jon Rappoport: | 02:16:16 | Yeah. You can go all they way back to IG carbon. The infamous Nazi cartel of the 1930's. That was their whole program. To be able to synthesize, you know? They were talking about oil and rubber and so forth. But basically these guys that they had over there wanted to synthesize anything from anything else. That was their plan. That was their program. That's the whole idea is the synthesize existence basically. |
| Alex Jones: | 02:16:43 | We're seen as like an infestation of weavles or something that's eating their resources. But then they've trained us to be like the weavles. So that, so that we follow that form. And I'm just like, whoa. This is uncool. |
| Jon Rappoport: | 02:16:54 | Yeah. Who wants that? We want individuals who are free, strong, alert, creative, independent. |
| Alex Jones: | 02:17:01 | Hey Josh. Give us your name and number. If you want to give us documentation because I want to start talking to more deep tech people not just deep state. Because deep tech is the bottom of deep state. So if you want to give us your info I'd like to see documentation and have you on. I mean, hell. They tried to hire my dad to build cyborg's in the 80's. It wasn't even that special. They were trying to hire all the top oral surgeons that were doing implants at the time because that was new. Uh. Am-, amazing John Rappaport. Thank you so much my friend. We'll talk to you soon. |
| Jon Rappoport: | 02:17:26 | Thank you Alex. |
| Alex Jones: | 02:17:27 | Powerful always to have him on bantering back and forth. I'm going to introduce Anthony Cumia. Of the Anthony Cumia show on Twittercompoundmedia.com. You know? He had big popular [inaudible 02:17:43] syndicated radio. And got kicked off that. |

7/20/2017

Exhibit 5

And then of course he, uh, hosted the Opie and Anthony show and he criticized Black Lives Matter. Killing cops literally. And he was fired off of that. So now he's got his own compound media with a lot of other hosts that's very, very popular and successful but the reason I raise that is YouTube, for us showing Megan Kelly interviewing one of the fathers of a Sandy Hook victim saying he held his son after he was shot. Then we show CNN and MSNBC saying the coroners didn't let people get to their kids. And we said, "That's why people question."

We're not even questioning that kids died. That's been questioned. Our listeners question it. We're simply saying this is why people question it. Showing a zero edge story. That's been removed. And they said they're looking at banning us on YouTube. That story is up on infowars.com. If they do that to us, they can do it to anybody. So we've got to stand up against this. And we've got to understand they're doing this because we're destroying them because of their own lies.

Six percent of Americans in a big gallop poll think Russia's a big story but this globalist that took radical Islam off of the FBI's list when they're investigating a mosque or Al Qaeda or ISIS. They can't even say they're investigating an Islamic group. Mueller who covered for the Clintons. All of it. Bush. All of it. Saudi role 9-11. All of it. He now has expanded it to all of Trump's associates. All his businesses. All of his buildings to see quote if they rent any condos or sold stuff to Russians. Or campaign money. Or just money laundering period. Which they could call bouncing a check.

So it's gone from witch hunt to the greatest fishing expedition that history has ever seen. And our pentagon five years ago came to Obama when we first broke this. They said we're not going to be Al Qaeda's air force. This is ISIS. And Trump comes in and he's like we're going to defeat ISIS, which he said he'd do in 2016. Now six months in, it's basically in two cities. 95 percent defeated. Trump ends covert CIA program that was Obama and McCain funding these cribs to arm anti Assad rebels in Syria. A move sought by Moscow. And of course they said that at the G20 event two days of dinners and lunches, that G20 sat Melania next to Putin. And then Trump came over and talked to him in front of world leaders with a Japanese, uh, interpreter that could speak Russian and English. And asked a few questions. And, and, you know? Talked to him. And they're calling that a secret Russian meeting.

That's what you do at diplomatic dinners. And so now the new talking point from Howard Stern, heaven love him. Not a bad

guy. Been on his show. Whatever. To CNN and NBC is you don't talk to Russians. If you talk to a Russian, close quote. That's the talking points. All over the news. You're a Russian agent. So this is the, meant to paralyze Trump. Anthony I want you to take over and host this hour. It's why you're here. [inaudible 02:20:54] media dot com. But it's not working. But they don't care. They're just going to continue to move forward to try to impeach the president. And I agree with him.

Sessions, you know, shouldn't have recused himself. And Sessions has been a good guy on many fronts. But I mean where are his juevos? Why aren't we seeing special prosecutors or indictments of the Clintons when they got money from Russia? I mean, I've got an article right here. Bill Clinton, remember back when he called for Russia to interfere in our elections? I, I mean these, everything they say Trump's done, they've done. And I'm sick of putting up with them and almost no one supports him. You know?

It came out that the bots, the computers, the Google algo rhythms knew that Trump was going to win. He was 15 points ahead. Hillary tried to steal it but failed. And now they're saying, "Oh he's only, you know, 55 points of 50. Or 47 points in the polls." You know it's 60, 65. In fact the corporate bots show he's at about 60.

They have put a dent on him with some people. But it doesn't matter. I mean, this is so epic, what do you expect him to do now? And I'm turning it over to you. Go ahead my friend.

Owen Shroyer:   02:21:56   I'm stunned that anybody still looks at what is main stream media traditional news. Which, uh, by the way is newsertainment. Uh. That anybody believes this is news anymore. What, what has to happen before everybody in this country says, "We are being so bamboozled by mainstream media that I will not accept one thing." If I saw something transpire in front of me that is, uh, classified as news. And then saw an accurate depiction of it on mainstream media, I still wouldn't believe it. We need people to realize at this point that they are feeding you. They are feeding you an agenda driven menu.

Alex Jones:   02:22:41   Well, they said the sky was blue. I would go out and look at it for myself.

Owen Shroyer:   02:22:45   I sta-, and if I saw it was blue, I still wouldn't believe it.

7/20/2017                                                               Exhibit 5

| Alex Jones: | 02:22:48 | (laughs). |
|---|---|---|
| Owen Shroyer: | 02:22:49 | They're proving themselves on a daily basis that they are, uh, fake news. |
| Alex Jones: | 02:22:55 | So where do they go now? Because I really want to know your opinion on this. I, I just, where do they go now that's six percent believe their BS? |
| Owen Shroyer: | 02:23:00 | Uh. Uh. I honestly think people need to go to alternative sources for, for their news. And, and are we supposed to believe the polls? Are we supposed to believe the news after they were proven, uh, liars over the course of the entire campaign and election? Now we're supposed to believe that that Trump is 50 percent or under 50 percent? Or 30 percent I hear in certain, uh, circles? And, and we're supposed to go, "Oh. Oh yeah. Sure."<br><br>When, when will we all realize that this is a TV show? All news shows are a TV show. |
| Alex Jones: | 02:23:37 | It's the Truman Show. |
| Owen Shroyer: | 02:23:38 | Just like Game of Thrones. And everything else you enjoy to watch. They're making money. Putting on a program. And that program is driven by what more people will watch. Has nothing to do with fact anymore. Nothing. |
| Alex Jones: | 02:23:51 | I agree. But it's also what the corporations owning that media want because sure. Some of it's for ratings but, and that's come out in the memos. You're right. But it's also about what will get them ratings that the boss's are authorizing? Kind of those two points go together. Because I mean imagine. Uh. True information is super popular. Or people will at least trying to tell the truth. So I think what really handicaps them is they're trying to get ratings with a few things they're allowed to do. |
| Owen Shroyer: | 02:24:16 | Yeah. Well, when you see something like, uh, what? Kate, Katie Couric is saying fake news is ripping apart, uh, America at the seams. She's part of it. How, how, they're trying to- |
| Alex Jones: | 02:24:29 | They had an MSNBC piece a month ago- |
| Owen Shroyer: | 02:24:32 | Take all their personalities because they know- |
| Alex Jones: | 02:24:33 | They had, uh, and I'm leaving because i just can't stop listening to you. But I just got to make this point. A month ago they had |

7/20/2017                                                                  Exhibit 5

Brian Williams with a report on fake news on MSNBC. This is the king of fake. It's like having Hitler running a holocaust museum. I'm sorry. Go ahead and take over Anthony.

Owen Shroyer:          02:24:49          (laughs). Absolutely Alex. It's insanity. The hypocrisy. The, the blatant insult to the American people that they do certain things to say look how stupid you are. That you're actually buying this. And we keep pumping out this garbage. And, and you will buy I. Uh. Its insulting. It's, it's blatant, uh, dishonesty to the American people. Yet so many still eat it up. Uh. And, and, and it, like I said, Katie Couric saying that fake news is ripping, uh, America apart at the seams. Katie Couric was the one, uh, doing, uh, a special on guns in this country. That edited, uh, and took a, uh, comment uh from a panelist that was, uh, in the documentary completely out of context. To change. Absolutely change what the person was saying.

That is fake news. And now she's saying that it's ripping America apart? Their only defense is to go out there and try to make the people believe they're the ones that aren't fake news. And people like Alex. And myself. And, uh, Gavin McGinnis and all the other people that are presenting facts to you and allowing you to voice your opinions on them are the fake news. And we're the dangerous ones. We're dangerous to them. I agree with that. We're dangerous to them. But how is it dangerous to inform the American people. Give them the absolute facts and then let them build their own opinions on it. When you watch mainstream media these days, you don't get the news. You get people's, uh, uh, interpretation based on the company that owns that, uh, news organization. Uh. And what their agenda is.

That's what you're getting. And, uh, believe me it is a far cry from the facts when it finally, uh, reaches, uh, the American people. Uh. And I'm talking about everything. Look, I appear on Fox News. Uh. On, uh, various programs over there. But I am not, uh, one of these people that take everything that goes on over there as gospel either. They have their agenda. Just like CNN and MSNBC and all of them. We really need to separate ourselves from mainstream media. And, and look elsewhere for, uh, uh, the facts of a story. It's not easy. It's not easy to find, uh, factual information on a lot of stories.

But look. That's part of it. It's very easy to sit down and watch some of these shows and see these, uh, uh, beautiful, beautiful stunning talking heads. Uh. Blathering on. Uh. Uh. About uh what, what they, uh, are feeding you as news. Uh. But you're not getting the full story. Uh. Donald Trump's presidency has been, uh, the campaign and the presidency has been just an

58

amazing example of, uh, the mainstream media saying, "Well, throw it all out the window. We don't care about cred, credibility anymore. What we care about is our agenda. And putting it across."

So when years ago there was this plausible deniability that there was some type of journalistic integrity. Uh. Now it's completely gone. There is no. I can't imagine anyone with any sense or brains in their head actually believing that it's the news. So what you get. Yes. Absolutely. The greatest witch hunt in American political history. We, uh, listen to people. Um. That have, that have absorbed what mainstream media is feeding them on, uh, Trump, the election, what he's done since he's been elected. His accomplishments. He Russia thing. And people actually believe this speculation and innuendo, and outright lies. They believe it as fact. They go on social media. It spreads it's tentacles. And, uh, it becomes the new truth.

And, and people will argue and debate you based on absolute lies. And you try to, uh, uh, inform them. Uh. Because you've done your research. And, and, uh, they don't want to believe it because they've been infected, infected by mainstream media and the, the crap that they're spreading around as, uh, as real news. Uh. Back in a couple of, uh, seconds. Don't go anywhere. Anthony Cumia for infowars.

Thank you. Hey summer specials ending soon. Super male vitality and survival shield. X2 specials ending today. Quantities are running low. So act now to save 30 percent off each product. Caveman is back at 25 percent off. Secret 12 is back. 25 percent off. DNA force is back at 20 percent off. Get, uh, health support pack micro, micro, uh, uh, ZX and biome defense 50. That's 30 percent off. Living defense. 20 percent off. Pro pure G2.0 traveler is 30 percent off Z shield 30 percent off. [inaudible 02:29:55] select stor able food 30 to 40 percent off. Plus free shipping store wide. Many of these products are going to sell out soon so now is the t-

PART 5 OF 6 ENDS [02:30:04]

| Owen Shroyer: | 02:30:00 | ...store-wide. Many of these products are gonna sell out soon, so now is the time to secure your order at infowarsstore.com. |
| Owen Shroyer: | 02:30:10 | Hello, people. How you doing? Um, man, if, if, if, if you need any proof that, uh, the media will do anything to make Donald Trump look bad, um you're out of your mind. It's, it's all out there. We see it. Uh, this is no longer, um, uh, uh, a fact finding. This is a, like they said, a witch hunt, a fishing expedition, um, |

but something a little more light, something lighter transpired last week when Trump complimented Emanuel, uh, Macron, uh, complimented his wife, the, um, of course, uh, French President, Emanuel Macron. Uh, they were together, over there in uh, in uh, France. And Donald Trump told uh, his wife, uh, told Macron's wife, "Hey, you look good! You're in good shape. Beautiful."

And the media loses its mind. Loses its mind, saying that this was terrible, this was uh, inappropriate, my god, sexist, misogynistic, blah, blah, blah. Um, get this, get this, it's 2017, I believe, right? Yeah, 2017. Complimenting a woman is now just completely off limits. What, does, does it take a lot to really think this through and see how insane this has gotten? And, and, and, and try your hardest to reverse this? I do believe ... now I haven't done much research on this, but I do believe men have been complimenting women for millennia. I honestly believe ... now you could, you could uh, argue why. You could argue, hey is the guy, uh, complimenting the woman uh, because she's uh, beautiful? That he appreciates this? Is he trying uh, does he has some nefarious uh, ideas perhaps? He's trying to uh, go out with her or something?

That's up for debate. But the, the, what isn't up for debate is that for the existence of man and women, men have been complimenting women, I'm sure it happened in a cave somewhere, "Oh dear, you look wonderful. That pelt, that pelt is marvelous on you." Uh, but, but here in 2017 we've reached an insane crescendo of, of political correctness garbage that a world leader can no longer compliment the uh, beauty of another world's, lea- worl- world leader's wife. Uh, so the media lost its mind.

When, when are we all gonna see this? I, look, I'm no amazing visionary here. I, I don't believe I'm seeing things long before, uh, the rest of humanity. So when I see something like this, and see the level of madness that we've reached, uh, not only in this country but in the, in the whole world, uh, I, I, I wonder how many people are also seeing this and what we are gonna do to combat it. Because this is, if this was just one instance, uh, you know, it would be a funny laugh and you'd blow it off and be like, okay. But this is a symptom of a disease that is going on in, in uh, this country and, and the world, of political correctness run amok, fake news, and this, uh, uh, crucifixion of our president, Donald Trump.

Uh, you know when they get to the level of "Donald Trump complimented a woman and that's a problem," that they really

have run out of things to uh, to say about him. Uh, you know, they're still going with the Russia thing, which we'll get into in, in a moment. I love how Trump is handling that. Um, I don't like how he's handling some other things, we'll also uh, get into that. I uh, I enjoy the, the uh, dressing down he's giving Sessions, I like that whole thing. But uh, if you can't compliment a woman in 2017, we're done. We're done as a race of, of, uh, people and humans. Be back in a second, don't go anywhere. Anthony Cumia in for InfoWars.com.

| Owen Shroyer: | 02:34:46 | Welcome back. |
| --- | --- | --- |

Owen Shroyer:    02:34:49    Bad bad thing. Welcome back, uh, Anthony Cumia, InfoWars.com, uh, I wanna talk about um, Trump blasting Jeff Sessions, Attorney General uh, Jeff Sessions. Uh, Trump said if he knew Jeff Sessions was gonna recuse himself from this Russia investigation, he wouldn't have hired him. And again, ah! They're losing their minds in the media, losing their minds. Uh, isn't it refreshing to have, uh, an honest politician at the helm in the presidency? Isn't it refreshing? Uh, the media would have you believe this is one of the uh, biggest liars that's ever held office, uh, Donald Trump. I see him as one of the most honest people ever to hold the office, because he will say, "Look, this Jeff Sessions, if I knew he wasn't gonna be uh, loyal and uh, he was gonna recuse himself, I never would've hired him."

And a lot of people would think, "Wow, maybe you should've kept that under wraps, maybe you shouldn't have said that." I love it. I love that uh, he's speaking his mind and telling the American people how he feels about certain things. And you know what? He's right! You hire a guy as your Attorney General who is supposed to look into uh, he's, he's like the head, uh, muckity muck as far as law goes in the, in this country. And now you have an investigation about Russian collusion, and again there has never been any proof that Donald Trump was involved in any collusion uh, with Russia, to um, influence the election in any way.

So why recuse yourself? It's another instance that we have seen, uh, oh my god so many times, of the GOP bowing down uh, to the Left and the media, and the uh, the mob, the pitchfork and torch wielding mob that uh, will never be satisfied. "Oh you recused yourself, and we'll put this guy in. Yeah, we're still not satisfied." Uh, wow, uh, I am convinced Donald Trump could come up with a cure for cancer, and the headline would be, "Donald Trump Puts Millions of Doctors Out of Work." That seems to be, uh, his destiny, is to just be

61

criticized on every single thing he's done or wants to do uh, in this country.

But yeah, you got an Attorney General that you uh, you give the job to, you want something called loyalty. Now that is a dirty word I guess, in Washington, I don't know why. Um, it, it, if you put a team together, just calling it a team kind of, uh, makes you think that they would be loyal to, to the, the team, um. You put a team together, you want everyone on that team to be loyal. Not to a point where they're going to break the law for you, uh, or cover up any, anything you've done, but was there any proof that Donald Trump was involved in, in any kind of collusion with the Russian government uh, for the election? To, to influence the election? No.

So then why would Jeff Sessions recuse himself if not for one thing, the pressure from people that want to see Donald Trump fail ... fail. They wanna see him arrested, they wanna see him strung up, um, in some cases I guess uh, thrown off a cliff? Is that what Rosie O'Donnell uh, was doing? She was saying that Donald Trump should be thrown off a cliff and apparently there was some type of um, game where uh, Donald Trump gets pushed off of a, a cliff and uh, she was, she was very excited about that. Again, the hypocrisy on the Left is insane.

Um, but you want loyalty. You want uh, your team to back you and back your uh, policies and ideas. But for some reason, uh, the left sees that as some type of Nazi Hitler thing to do. I don't, I don't know. Things have become bad words. Loyalty, nationalism. Nationalism is horrible. This used to be something that was looked at with pride, there was a pride in your nation. Uh, every day ... I remember going to school, you would never dream of not putting your hand on your heart and, and, and pledging your allegiance to the flag. I didn't even know what it meant as a kid, uh, "And to the republic for which it stands." I used to think, for which it stands was one word. It sound like someplace in Russia, for which it stands.

But I didn't know what it meant, like, word for word, but I knew it, uh, it, it, its essence was that uh, we lived in America, it was a great nation, and we were proud of uh, our country. Well, now uh, that's a bad word too. That's a bad word, to be proud of your country, to be proud that you're American, to be proud of your heritage, for certain people is uh, a bad thing. You're not, you're not allowed to be proud of um, of uh, achievements that people of your heritage have made over the years, because that's, yes, very good everyone, racist. It's racist to be uh, proud of things that your ancestors have uh, have achieved.

62

7/20/2017

Exhibit 5

We are only supposed to look at the horribleness, uh, and, and pain that we have dished out over uh, uh, the course of our, our history. Um, other people though have free reign to just uh, talk about their, their pride and their culture. Um, which brings me to something else that uh, I just, just remembered that is absolutely insane.

There is a uh, a movie coming out that looks fantastic, Dunkirk. This is the story uh, in 1940, right about, it's uh, you know, sort of the beginning of World War II, um, British sol- soldiers were trapped on the beach by the Nazis, and um, uh, it was about uh, 400 thousand of them. And they were, their backs to the ocean man. That is the worst position you wanna be in. And uh, and uh ... people from England, from uh, the U.K. came over, on their own personal boats and anything they could carry people in and evacuated all those British uh, soldiers, off of the beach. Just an amazing story, I'm so glad it's being told and done, uh, in this fashion. I love historic movies like this.

Well, there's a problem folks, there's a problem. Uh, the problem is, not enough diversity in the cast! No women, and no people of color. Someone in USA today actually wrote this as a review of the movie, that that was an issue. Again, we've reached this insane point in our, uh, uh, history where an accurate depiction of a historical event is not good enough because it's being portrayed accurately. (Laughs) Is this a hate movie? Is this hate cinema because there aren't enough women or people of color in it?

I gotta tell ya, I wasn't there, but I've uh, done a lot of uh, research on old W W II, and um, that beach was full of a lot of pasty skinned Brits that uh, needed to get off the beach. And a lot of pasty skinned Brits went and got them, that's about it. And as far as the enemy goes, well, they were Nazis. Not gonna find a lot of uh, people of color, uh in that Messerschmitt, Messerschmitt that's uh, flying over the uh, beach. But again, it's a problem.

Diversity for the sake of diversity. It ... they, it makes no sense, uh, especially with a, a movie that is trying to uh, base itself in fact. Um, but again, that's where we are. That's where we are. We, we ... we are constantly told that we need diversity, that diversity is our greatest strength, and um, if it, if something works out well with a diverse group of people, that's wonderful. But that isn't because it was diverse (laughs), you see. Why are we, uh, always being led to believe that that's um, that's the truth.

63

Exhibit 5

Uh, yeah, there it is, the complaints that people again- look at that picture, uh, let me try to see, that's an actual picture of some of the soldiers from, uh, back in 1940. Uh, yeah, I don't see many women, I don't see many people of color. Yeah, yeah, wow, an accurate depiction is now a terrible thing. Do you see how we're being lied to? And do you see this indoctrine- we always think of college campuses as being the place that this indoctrination is going on, and oh it is. But college kids, let's be real, are stupid.

They're kids. Uh, they're gonna say dumb things. I never went to college, but I was a dopey kid, and I did stupid things, I believed stupid stuff, and I said stupid stuff. So you can almost cut them some slack for their moronic statements, and this, their moronic belief system, uh, of what this country and world is all about.

When you see things like this, and things that are advertised on uh, uh, TV commercials, TV shows, that is an indoctrination that is being fed to everyone, not just impressionable children. We are being told that um, straight white men are the dumbest people you'll ever find. I have uh, wonderful, uh, evening text sessions, with the, uh, inimitable Gavin McInnes. On a nightly basis we trade videos (laughs) and uh, texts of commercials and TV shows and stuff that just depict straight white men as the world's idiotic little clowns, walking around incapable of doing anything.

Something as simple, I believe there's an insurance company, uh, that's doing a commercial now, where a guy suggests this ... obviously he's married to the woman, he's white and he's a man. Straight white male. He makes this insane assumption that he might've been able to fix a leaky pipe in the ceiling. Well his wife has to say, "No!" Cuts him off, yells "No" at him, and he's just kinda, "Yeah. Yeah I'm a guy, I couldn't possibly fix a pipe or paint a ceiling."

And again, you might go, "Oh Anthony, why be so serious? Whey get so worked up over?" Because it's constantly happening. There it is. Look, look, he's just trying ... he looks at the pipe, with a dumb face of course, he's like, "I might be able to fix that." And then "No!" She just yells no. Like he's gonna try to perform brain surgery. "Maybe I could cut our kid's head open and perform br-" "No!" It's a pipe, lady, relax.

But this is constant. It's a constant, uh, uh, nonstop buffet we're being fed of this uh, propaganda and indoctrination. Nothing and no one could be honest to, uh, the American people. Uh, another prime example of this, uh, John McCain. John McCain

7/20/2017

Exhibit 5

is, I'll say it, pretty ill. (Laughs) he's pretty sick. Um, we just learned he has brain cancer. Uh, God bless. Uh, he's got brain cancer.

Now, every single time a politician goes into the hospital, for anything, we are told, "Everything's fine. He has a splinter in his head, we pulled it out and he's joking with the staff already." You know, it's always some nice, funny scenario. And then as time goes by, they feed us the inevitable horrid truth that uh, you know, he's got one foot in the grave and another on a skateboard.

Uh, but they cannot be honest with us. The politicians and the mainstream media are incapable of being honest with us, and I feel it's because they deem us too stupid, and uh, sensitive to accept the truth about anything, so it has to be fed to us in, in stages like you would, like you would tell a, uh, a child about an impending divorce of their parents. You don't just go, "Yeah! Me and your mom are splitting up." It's gotta be done gently. They treat us like children.

Um, and this has been done constantly. If you remember when um, Ronnie Reagan was shot, uh, years ago, we uh, we were pretty much told, "You know, he caught the bullet, he threw it, he joked with the staff and uh, was back at the White House." Uh, for a while, for a while we were, we were told that. And it turns out that guy was just about dead. Uh, when you watch documentaries on the Reagan uh, attempted assassination now, you realize it was a grave situation. But even as far back as that, they just lied to us and um ... it hasn't stopped, it has only gotten worse. Only gotten worse.

The investigation that's going on, the Russia investigation by um, Mueller, the um, guy in charge, the, the uh, guy in charge of the investigation, there he is, Robert Mueller. Um, he's now investigating Trump's business dealings and uh, business transactions. Where did this come from? How is this relevant uh, to the investigation? Did they find something that made it relevant to the investigation? That's, that's important, I believe. Uh, if they did find something, oh, uh, Trump colluded, he said, uh, "We'll take this info and I'll give you this, and we will exchange, uh, things that are valuable to each other, and uh, that'll be great." Yeah, that would be a problem.

I've heard or seen nothing that proves that happened between him, or Trump Junior, or anyone else in Trump's organization that that happened. You'd be hard pressed to um, to find that on mainstream media though, they're making all kinds of uh,

65

Exhibit 5

accusations and speculations that are being fed to you on social media as fact. But uh, now they're looking into business dealings. Does anyone remember uh, what Trump did before he was president? Anyone? You? Who should I pick, you, alright you, who? What did he do?

That's right, he was a business man! He did business! He wasn't a career politician, that's why he won the election by the way. Being a businessman, a world, global businessman, he did business with, anyone? Yes, world leaders and world organizations! Absolutely, very good. So (laughs) so you can't then say he was uh, doing anything inappropriate just for doing business with other uh, countries. That's what business people do. Now again if there were any um, illicit or inappropriate dealings, that's another thing. Again, nothing has come forward that shows there was.

So if you have a life politician, lifetime politician that is doing business with foreign governments, that might get you like, "Huh, maybe something's going on here." But if you have a businessman doing business, that's called success. That's called doing what he was supposed to do. And the fact that they are now, they got their grimy, uh, paws in, in that whole thing is um, par for the course, and astounding. But typical of what we've seen. Uh, we'll be back in a very short moment, don't go anywhere. Anthony Cumia in at InfoWars.com.

Thank you so much, deep voice guy. Love that guy. Uh, yes, welcome back, Anthony Cumia in at InfoWars.com. Uh, I wanna finish up uh, today with uh, praise the Lord and pass the ammunition, OJ's out. The Juice is loose, ha ha! Uh, he's not out yet, I believe uh, they have to ... boy that's gotta be tough, huh? Like you know you're out, i believe October, beginning of October OJ will be released. He's been paroled after nine years in prison for um, armed robbery, kidnapping, knocking down people's mailboxes, driving through back yards. Got a girl in the car, that's a [inaudible 02:53:04]. Uh, Sheriff [inaudible 02:53:06] Justice. Uh, yeah, he's um, he's gonna get out, he's been paroled.

Uh, the parole hearing was interesting. Uh, OJ does not shut up. He's gonna, he's gonna be arrested for talking people to death uh, when he gets out, it must be um, it must be odd after nine years you're gonna be out and about and famous. Like you know, most people, they get out of prison and uh, might remember an old guy named Brooks. They put him in the uh, in the grocery store, he was bagging groceries. Then he went back

66

7/20/2017                                                    Exhibit 5

to his house and uh, carved "Brooks was here," and then hung himself. Uh, I don't see OJ doing that.

But it's gotta be weird, you get out of prison, you're on parole, a probation, um, and, uh, uh, and your paroled, and um, you're famous, you're OJ. That's crazy! But uh, he is out and he's gotta wait now, what is it July through August, September ... he's gotta wait like a couple of months. That's gotta be the hardest time. Remember when Quint in Jaws was talking about when uh, that big old PBY came flying down, and he goes, "That's when I was most scared. Thinking it was my turn." Like, right before you get on the plane you think that last, you're the last one the shark's gonna get? Like, OJ's gotta be scared that he's gonna get shanked or something.

He better not skew, steal any um, any of the white supremacist's cookies or anything in, in prison. He just better do some, some easy time. Or could you see if he gets in a fight and winds up killing somebody? Like OJ has to kill somebody in prison, and they're just like, "Yeah, you're in there forever now OJ, sorry. You killed someone." Um, well OJ Simpson paroled after nine years, uh, the, the humorous note, he did kill two people, remember? Remember when he killed two people?

Uh, I, I didn't think he was gonna get out, I was watching the hearing and uh, OJ does not seem to place uh, responsibility on himself. He went off about the episode that happened in that Las Vegas hotel room where him and uh, a bunch of other guys uh, burst in the room to co- reclaim what he said was his sports memorabilia, uh, with a guy with a gun, uh, they held people against their will, and uh, took this merchandise back. Um, and from what I was watching on the hearing, OJ seemed to blame everyone in the room except OJ (laughs).

But, you know, in the uh, wisdom of the uh, panel, that uh, was in front of OJ, uh, they let him go. His uh, daughter made a statement saying that uh, OJ is um, a great guy, just wants to spend time with his kids. And the victim of the crime testified in OJ's defense, and said that in the interim between the crime and now they have, re uh, kindled their friendship and everything is uh, hunky dory. So I am really looking forward to OJ on Twitter, Facebook OJ. OJ actually said, uh, he might do a podcast or uh, a web, uh, show of some sort. A bl, b- a vlog. I am ... I am there, regardless of what this maniac, murderer does, I will watch.

Uh, thank you so much for tuning in. Thank you to Alex Jones for having me. Um, Anthony Cumia, over at

Exhibit 5

compoundmedia.com, in right now and uh, loving every minute of it at InfoWars.com, I'll see you in a couple of weeks.

PART 6 OF 6 ENDS [02:56:46]

Owen Schroyer (00:11):

So folks. Now here's another story. I don't even know if Alex knows about this, to be honest with you. Alex, if you're listening and you want to or if you just want to know what's going on, zero Hedge has just published a story. Megan Kelly fails to fact check Sandy Hook father's contradictory claim in Alex Jones'. Hit piece. Now again, this broke, I think it broke today, I don't know what time, but featured in Megan Kelly's expose Neil Heslin, a father of one of the victims during the interview, described what happened the day of the shooting. And basically what he said, the statement he made fact-checkers on this have said cannot be accurate. He's claiming that he held his son and saw the bullet hole in his head. That is his claim. Now, according to a timeline of events and a coroner's testimony, that is not possible. And so one must look at me, Kelly and say, Megan, I think it's time for you to explain this contradiction in the narrative because this is only going to fuel the conspiracy theory that you are trying to put out. In fact, and here's the thing too, you would remember, lemme see how long these clips are. You would remember if you held your dead kid in your hands with a bullet hole. That's not something that you would just misspeak on. So let's roll the clip first. Neil Heslin telling Megan Kelly of his experience with his kid

Megyn Kelly (02:02):

At Sandy Hook Elementary School. One of the darkest chapters in American history was a hoax.

Neil Heslin (02:10):

I lost my son. I buried my son. I held my son with a bullet hole through his head.

Megyn Kelly (02:17):

Neil Hess's son, Jesse, just six years old, was murdered along with 19 of his classmates and six adults on December 14th, 2012 in Newtown, Connecticut.

Neil Heslin (02:29):

I dropped him off at 9 0 4. That's when we dropped him off at school with his book bag hours later, I was picking him up in a body bag.

Owen Schroyer (02:43):

Okay, so making a pretty extreme claim. That would be a very thing vivid in your memory, holding his dead child. Now, here is an account from the coroner that does not corroborate with that narrative.

Speaker 4 (02:59):

We did not bring the bodies and the families into contact. We took pictures of them, of their facial features. It's easier on the families when you do that. There is a time and a place for up close and personal in the grieving process, which to accomplish this, we felt it would be best to do it this way. And you can control the situation depending on your photographer. And I have very good photographers, but

Owen Schroyer (03:38):

It's got to be, I mean, hard not to have been able to actually see her.

Speaker 5 (03:44):

Well, at first I thought that and I had questioned maybe wanting to see her.

Owen Schroyer (03:54):

Okay, so just another question that people are now going to be asking about. Sandy Hook, the conspiracy theorist on the internet out there that have a lot of questions that are yet to get answered. I mean, you can say whatever you want about the event. That's just a fact. So there's another one. Will there be a clarification from Heslin or Megan Kelly? I wouldn't hold your breath. So now they're fueling the conspiracy theory claims. Unbelievable. We'll be right back with more.

Speaker 6 (04:24):

After four years of research, the next big game changer has arrived. Z Shield, toxic metal and chemical defense support. It's made in the USA. It's filled with known compounds from nature that are absolutely associated with detoxifying the body and it supports the Info War. It is a classical 360 win. We're changing the world. Now it's time to change our bodies with Z Shield. Infowars life.com.

accusation. According to contemporary news accounts, the bodies of the victims were released from the medical examiner into the custody of the families.[9] Funerals where the children's bodies were in the custody of their parents were widely reported on by the press.[10]

72.     On July 20, InfoWars programming featured a segment hosted by Alex Jones in which Shroyer's report was re-broadcast in full. When introducing the segment, Jones demanded that Mr. Heslin "clarify" what actually happened.

73.     After showing the segment, Jones said he told Shroyer, "I could never find out. The stuff I found was they never let them see their bodies. That's kind of what's weird about this. But maybe they did. So I'm sure it's all real. But for some reason they don't want you to see [Shroyer's segment]."[11]

74.     Regarding the Sandy Hook shooting, Jones said, "Can I prove that New Haven [sic] didn't happen? No. So I've said, for years, we've had debates about it, that I don't know. But you can't blame people for asking."[12]

75.     Mr. Jones was lying. In the five years following the tragedy, he has repeatedly and unequivocally called the Sandy Hook shooting a hoax.

76.     Over the next year, Mr. Jones continued to gaslight the Plaintiffs by insisting that he admitted for years that Sandy Hook was real. He even claims to have

---

[9] https://patch.com/connecticut/newtown/police-no-motive-emerging-in-newtown-school-shooting
[10] https://abcnews.go.com/US/photos/sandy-hook-moment-silence-18026580/image-18045101; https://www.washingtonpost.com/politics/funerals-for-newtown-massacre-victims-begin/2012/12/17/ffd0a130-486d-11e2-820e-17eefac2f939_story.html?utm_term=.0ccbbb4af100
[11] https://www.mediamatters.org/blog/2017/07/21/alex-jones-sandy-hook-dad-needs-clarify-whether-he-actually-held-his-son-s-body-and-saw-bullet-hole/217333
[12] Id.

18

Medical Examiner: Newtown Shooting Victims Suffered 'Devastating Set of Injuries' | Newtown, CT | Patch

Exhibit 8

Patch

⊝ Sign up

## Newtown, CT

✉ Subscribe

News Feed          Events          Local Businesses          Classifieds

Crime & Safety

# Medical Examiner: Newtown Shooting Victims Suffered 'Devastating Set of Injuries'

Officials during a press conference shared some harrowing details of the mass killing at Sandy Hook Elementary School, including the nature of gunshot wounds.

 **Davis Dunavin**, Patch Staff ℗

Posted Sat, Dec 15, 2012 at 12:52 pm ET Updated Thu, Jan 24, 2013 at 10:40 pm ET



      

## Update 6 p.m.

ADVERTISEMENT

ADVERTISEMENT

Exhibit 8

NEWTOWN, CT—Minutes before releasing a heart-wrenching list of those who perished in Friday's mass shooting in Newtown, state officials reviewed some of the harrowing, gruesome details of what appears to have happened inside an elementary school where 20 children and six adults were shot dead by a lone gunman who then killed himself.

Responding to difficult questions posed by a national media corps that descended just one day earlier on this normally quiet town about 60 miles northeast of New York City, the Connecticut chief medical examiner described how and where the bullets entered the children, what the kids were wearing and how he felt about what he'd seen inside Sandy Hook Elementary School.

---

Find out what's happening in Newtownfor free with the latest updates from Patch.

| Your email address | Subscribe |

---

"This probably is the worst I have seen or the worst that I know any of my colleagues having seen," said Dr. H. Wayne Carver II of the Office of the Chief Medical Examiner, where he's been working for 31 years including 26 as chief.

Carver said he saw no difference in the pattern of shooting deaths between children and adults inside the school.

ADVERTISEMENT

ADVERTISEMENT

Exhibit 8

The weapon used primarily in the shootings was a long rifle, Carver said, and victims young and old were shot "all over" with some at close range and some not.

"I only did seven of the autopsies, the victims I had ranged from three to 11 wounds apiece and I only saw two of them with close range shooting," Carver said.

ADVERTISEMENT

The shooter who wielded that gun—discovered dead inside the building Friday with a rifle and two smaller guns near his body, police have said—has been widely reported to be Adam Lanza, 20. His motives remain unclear; state police are investigating.

Carver said he would complete autopsies on the shooter and the shooter's mother, widely reported to be Nancy Lanza of Sandy Hook, on Sunday morning.

All bodies were removed from the school before dawn Saturday and transported to the medical examiner's base in Farmington—about 40 miles away. The children's autopsies were performed first so that their bodies could be made

ADVERTISEMENT

Exhibit 8

Asked whether the shooting victims at the school suffered, Carver responded: "To best of my ability to answer that question, which is always less than perfect: If so, not for very long."

The graphic, detailed information seemed to fly in the face of a more private tone that Newtown First Selectman Patricia Llodra was trying to set when she preceded Carver at the podium.

Calling Newtown a "close-knit community" whose heart is broken in the wake of a "horrendous tragedy," Llodra called for media members to respect the privacy of residents, including those grieving for lost loved ones.

"Please treat our community with kindness," Llodra said. "Please know that we have suffered a terrible loss and we need your respect on this healing journey."

ADVERTISEMENT

Carver called the injuries to shooting victims "a very devastating set."

Relatives identified their loved ones not in person but by photos taken of the victims' faces, Carver said.

"We did not bring the bodies and families into contact, we took pictures of them, of their facial features," he said. "It's easier on the families when you do that. There is a time and place for up close and personal in the grieving process but to accomplish this we felt it would be best to do it this way."

At one point a reporter asked Carver what the children were wearing, to which he replied: "They were wearing cute kids' stuff. I mean they're first-graders."

Carver also was asked whether he became emotional among the bodies of so many victims, mostly children, and told the corps "Not yet."

ADVERTISEMENT

ADVERTISEMENT

Exhibit 8

"I think if you don't have to do that, you shouldn't be in this business," he said. "For this one, not yet. Notice I said 'yet.' "

Lt. J. Paul Vance of the Connecticut State Police echoed Llodra's imploring for privacy, reminding people as he had at an earlier press conference that a state trooper has been assigned to each individual family of the victims. One new piece of information that Vance supplied in response to a reporter's question was that investigators found no evidence of an altercation in the school involving the gunman.

## Update 10:40 a.m.

NEWTOWN, CT -- Though the gunman's motive remains unclear, some pieces of the timeline, emergency response and ongoing investigation into Friday's horrifying shooting came into focus Saturday morning as state police addressed media members at a park near Sandy Hook Elementary School.

All 20 children and six adults who died as a result of wounds suffered at the Newtown school have been identified by family members, Connecticut State Police Lt. J. Paul Vance said.

ADVERTISEMENT

Those families are going through "a very difficult and trying time," Vance said, pleading with the media to respect the survivors' wishes for privacy. A list that names the deceased will be made available as soon as the state Office of the Chief Medical Examiner has finished its work. Vance said that the bodies inside the school all have been transported to that office—located in the Hartford suburb of Farmington, about 40 miles from Newtown.

It isn't clear when the elementary school will reopen. Vance said investigators likely will be on scene for another one to two days. The superintendent of

ADVERTISEMENT

Exhibit 8

Echoing what Newtown police told Patch Saturday morning, Vance said investigators are working hard to try and establish the gunman's motive. Until that investigation is complete, Vance said, no information about its details will be released.

"I have to tell you that there are certain things, that there are simply cards we are holding close to our chest," he said.

Also echoing Newtown police, Vance confirmed that the gunman appeared to have forced his way into the school by shooting through glass to breach a secure, locked system.

ADVERTISEMENT

Vance said that "good evidence" was recovered at the school as well as a Sandy Hook home where a woman whose son is believed to be the shooter was found dead Friday.

Multiple news outlets citing police sources have identified 20-year-old Adam Lanza as the gunman. According to NBC News, three weapons used in the shootings—two 9 mm handguns and a rifle—were legally purchased and registered to Lanza's mother.

"[The school and home] did produce evidence that investigators are able to use," Vance said.

Vance confirmed that all three weapons were located near the shooter by police responding to the scene Friday.

First responders to the school encountered "several students and staff suffering from gunshot wounds," according to a press release issued by the state police.

ADVERTISEMENT

ADVERTISEMENT

Exhibit 8

On- and off-duty troopers and Newtown Police Department officers responded to what the world quickly learned was a horrifying, unimaginable scene following a 9:30 a.m. 911 call reporting a possible shooting at the school, Vance said in the press release.

"Upon arrival, teams of Troopers and Officers formed 'Active Shooter Teams' and immediately entered the school," Vance said in the release. "Teams performed rescues of students and staff, removing them to a safe location as they searched for the shooting suspect within the building. The building was evacuated and students walked hand in hand out to a safe location."

The shooter, whose identity police have not yet confirmed, was found dead inside the school, Vance said. Police have said the gunman shot himself.

Multiple media outlets have identified 20-year-old Adam Lanza as the gunman. Vance also confirmed that a relative of the gunman was found dead at a residence in Sandy Hook. That deceased person is believed to be Lanza's mother, Nancy. Nancy Lanza, originally reported to be a teacher at the school, is not in fact a teacher there, according to CNN.

In all, 27 people were killed, police said, including 20 children. Among the adults killed were the school's beloved principal and psychologist.

ADVERTISEMENT

The identities of all victims have been established, Vance said. Families of those killed have asked that no media members press them for interviews, Vance said.

The bodies of those that perished have been transported to the Office of the Medical Examiner, which is located in Farmington—a suburb of Hartford about 40 miles away.

ADVERTISEMENT

Exhibit 8

"State Police Major Crime Investigators are continuing to process the school crime scene, gathering evidence and documenting the entire facility," Vance said in the press release. "State Police Detectives assisted by Newtown Detectives processed the interior and exterior crime scene. Teams of investigators flooded the community and followed each lead, developing extensive information."

In addition to the support for families themselves, Vance said, a crisis intervention team is being made available to the larger Newtown community. That team can be reached at 203-270-4283, Vance said.

## Original Story

ADVERTISEMENT

Newtown residents reeling from the massacre of 26 people, including 20 children, at an elementary school Friday are facing questions as they wake up to a living nightmare about the gunman's motive, weapons and just what happened.

Police are expected to hold a press conference at 8 a.m. and have said that they are "working backwards" to piece together the "why" behind the mass shooting in this normally quiet area. A town of about 27,000, Newtown is 45 miles southwest of Hartford, or about 60 miles northeast of New York City. A 12 p.m. Saturday prayer service is scheduled for St. John's Episcopal Church in Sandy Hook, a neighborhood of the town.

Newtown police Lt. George Sinko, the department's public information officer, told Patch Saturday morning that investigators have no sense of what prompted the gunman to act.

"There is no sense of motive at this time," Sinko said.

ADVERTISEMENT

Exhibit 8

Though Connecticut State Police have declined to identify the Sandy Hook Elementary School shooter, several news outlets citing police sources have identified 20-year-old Adam Lanza. According to NBC News, three weapons used in the shootings—two 9 mm handguns and a rifle—were legally purchased and registered to Lanza's mother, whom police say was found dead at her Sandy Hook home.

ADVERTISEMENT

Parents of schoolchildren at the scene Friday told Patch that the school was locked and that visitors need to be buzzed in. Sinko said Saturday that the gunman appeared to have blasted his way inside.

Police radio dispatches aired by CNN reveal harrowing early communications to emergency responders who arrived at the elementary school around 9:40 a.m. Friday.

"Caller is indicating she thinks that someone is shooting in the building," a dispatcher says. "The front glass has been broken. We are not sure why."

And later: "All units, the individual that I have on the phone is continuing to hear what he believes to be gunfire. Units are responding to Sandy Hook School at this time. The shooting appears to have stopped. The school is in lockdown."

According to Sinko, the gunman shot out glass next to the front door of the school.

ADVERTISEMENT

"We say that because the window next to the door was shattered. We are still investigating," Sinko said.

Sinko said investigators are sorting through a "tremendous amount of evidence," adding that police are looking for no other suspects than the

ADVERTISEMENT

Exhibit 8

Much of the investigators' work involves checking motor vehicles, Sinko said.

Sinko said that police are not releasing the names of the suspect or children killed.

Patch will update this article with new information from state police and other officials throughout Saturday.

ADVERTISEMENT

_____

_____

*More links to Newtown Patch's coverage here:*

- 

- 

- *Reaction: Sandy Hook School Shooting*

- *Police Raid Sandy Hook Home Hours After Shooting*

- *[PHOTOS] Newtown School Shooting*

- 

- 

_____

_____

*Get more local news delivered straight to your inbox. [Sign up for free Patch newsletters and alerts.](#)*

⤳ Share                                                                                                ⚑

ADVERTISEMENT



**LeafFilter**

**Here's What A 1-Day Gutter Upgrade Should Cost You**



**Coverage.Com**

**Texas launches new policy for cars used less than 50 miles/day**



**Classmates**

**Look For Any High School Yearbook, It's Free**



**Baptisthub**

**Remember Chrissy Metz? You Better Sit Down Before You See Her Now**



**WellnessGuide**

**Gynecologists Baffled: Simple Stretch Relieves Bladder Leakage (Watch)**



**YOUR HEALTH AGENT**

**Sean Murray Steps Out With His Famous Wife And Fans Are Stunned**



**Eat 1 Teaspoon Every Night, See What Happens a Week Later**



**True Wellness**

**Meet The Pillow That Changes Sleep Apnea Sufferers Lives, It's Genius!**



**Sciati Soothe**

**Do This Immediately When Sciatica Hits (Watch)**

## More from Newtown

Crime & Safety | 2d

**Newtown Police Seek Truck Driver Who Fled Scene Of Accident**



Arts & Entertainment | 1d

**Newtown Announces 2025 Summer Concert Series Lineups**

Politics & Government | 3d

**Newtown Legislative Council Sets Mill Rate, Reviews School Plan**

ADVERTISEMENT

Exhibit 8

ADVERTISEMENT

## Latest News Nearby

1.  📍 Across Connecticut, CT News
    Restaurant Abruptly Closes Over 'Insurmountable Challenges': CT News

2.  📍 Across Connecticut, CT News
    Town Official Cited For 'Critical Failures' In Sex Abuse Case: CT News

3.  📍 Across Connecticut, CT News
    CT Lottery Roundup: The Latest Big Winners From Across The State

4.  📍 Across America, US News
    Brakes On These Autos May Fail, Increaing Crash Risk: Recall Roundup

5.  📍 Across America, US News
    How DOGE Cuts Could Could Affect Your Visit To National Parks

## Best of Newtown

Newtown | Community Corner
Remembering Sandy Hook Victims 10 Years Later

Newtown | Crime & Safety
Cop Involved In Newtown Bear Shooting Placed On Administrative Leave

ADVERTISEMENT

Medical Examiner: Newtown Shooting Victims Suffered Devastating Gun Injuries | Newtown, CT Patch

Exhibit 8

# Find out what's happening in your community on the Patch app

### Corporate Info

About Patch

Careers

### Partnerships

Advertise on Patch

### Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2025 Patch Media. All Rights Reserved.

Do Not Sell My Personal Information

ADVERTISEMENT

Cooper was working for the CIA, and he continued to assert that the interview was shot in front of a blue-screen rather than the result of digital compression.

84.     Finally, it must be noted that the above descriptions of InfoWars' conduct are not exhaustive. InfoWars has published an enormous amount of video and written content regarding its Sandy Hook hoax claim. Much of that material was removed from the public domain in 2018 and cannot be identified by date and title. It is impossible for the Plaintiffs to present the full scope of InfoWars' actions over the past five years without testimony and documents from the participants.

85.     Nonetheless, it is clear that InfoWars did not merely "cover" the Sandy Hook conspiracy. Instead, its malicious allegations about Sandy Hook quickly become a core element of its programming and soon turned into an outrageous five-year obsession. The publications described above were part of a continuous course of conduct in which Mr. Jones promoted false facts about the death of Plaintiffs' son with malicious motives.

## CAUSES OF ACTION

**I.      Defamation and Defamation *Per Se* by All Defendants Against Neil Heslin.**

86.     All previous allegations are incorporated by reference.

87.     Plaintiffs are private individuals and neither a public officials nor public figures.



7780

88.     The June 26, 2017 and July 20, 2017 broadcasts by Defendants were false, both in their particular facts and in the main point, essence, or gist in the context in which they were made.

89.     In viewing the June 26, 2017 and July 20, 2017 broadcasts, a reasonable member of the public would be justified in inferring that the publications implicated the Plaintiff. Individuals who know the Plaintiff understood the publications to concern Plaintiff.

90.     The June 26, 2017 and July 20, 2017 broadcasts were also defamatory because they are reasonably susceptible to a defamatory meaning by innuendo. A reasonable person, reviewing the statements in question, could conclude the Plaintiff was being accused of engaging in fraudulent or illegal activity. In context, the gist of the statements could be construed as defamatory to the Plaintiff by an average member of general public. Individuals who know the Plaintiff understood the publications to implicate criminal conduct by Plaintiff.

91.     Defendants' defamatory publications were designed to harm Plaintiff's reputation and subject the Plaintiff to public contempt, disgrace, ridicule, or attack.

92.     Defendants acted with actual malice. Defendants' defamatory statements were knowingly false or made with reckless disregard for the truth or falsity of the statements at the time the statements were made.

93.     Defendants' defamatory publications were not privileged.

22

7781

Exhibit 9

94. Defendants' defamatory statements constitute defamation *per se*. The harmful nature of the defamatory statements is self-evident. The defamatory statements implicate the Plaintiff in heinous criminal conduct. False implications of criminal conduct are the classic example of defamation *per se*.

95. Defendants publicly disseminated the defamatory publications to an enormous audience causing significant damages to the Plaintiff.

96. Defendants' defamatory publications have injured Plaintiff's reputation and image, and they have exposed Plaintiff to public and private hatred, contempt, and ridicule.

97. In light of their prior experience with these kinds of reckless statements, Defendants knew that their publication could cause Plaintiff to suffer harassment and potential violence.

98. Defendants' defamatory publications have and will continue to cause harm to Plaintiff. Due to Defendants' conduct, the Plaintiff has suffered and continues to suffer substantial damages in an amount to be proven at trial.

## II. Intentional Infliction of Emotional Distress by Alex Jones and Free Speech Systems, LLC Against Neil Heslin and Scarlett Lewis.

99. All previous allegations are incorporated by reference.

100. Defendants knew or should have known that their videos on November 18, 2016, March 8, 2017, April 22, 2017, June 13, 2017, June 19, 2017, June 26, 2017, July 20, 2017, October 26, 2017, and April 20, 2018 would cause Plaintiffs severe

7782

emotional distress and cause their family to be the subject of harassment, ridicule, and threats to their safety.

101. Defendants made the statements in these videos in bad faith and with malicious motives, knowing the statements were false or in reckless disregard for the truth, and knowing they would cause severe emotional distress.

102. Defendants consistently published false assertions about the circumstances of the death of Plaintiffs' child in scores of videos and articles for years, long after they should have known their allegations were false and causing emotional distress and danger.

103. In addition, Defendants have been acting in a continuing course of conduct against Plaintiffs since at least January 27, 2013, when Mr. Jones first made his outrageous and false Sandy Hook hoax allegations. Since that time, Defendants have been engaged in a continuous campaign of cruel and dishonest harassment as detailed above, all of which has caused severe emotional distress to Plaintiffs.

104. Defendants' malicious statements were part of a continuous pattern of five years of intentional and reckless harassment accomplished through dozens of disturbing videos, a relentless stream of recklessly false articles published on InfoWars.com, harassing social media content, as well as the encouragement, aid, and financial support to third parties in furthering this harassment. The cumulative quality and quantity of the harassment has been extreme and has shocked the nation.

24

23.     On February 18, 2014, InfoWars published an article advancing its hoax claim, entitled "School Shooting Expert Threatened Over Sandy Hook Investigation."

24.     In a March 14, 2014 video entitled "Sandy Hook, False Narratives Vs. The Reality," Mr. Jones said, "Folks, we've got video of Anderson Cooper with clear blue-screen out there. [Shaking head]. He's not there in the town square. We got people clearly coming up and laughing and then doing the fake crying. We've clearly got people where it's actors playing different parts for different people, the building bulldozed, covering up everything. Adam Lanza trying to get guns five times we're told. The witnesses not saying it was him…I've looked at it and undoubtedly, there's a cover-up, there's actors, they're manipulating, they've been caught lying, and they were pre-planning before it and rolled out with it."

25.     On May 9, 2014, InfoWars published an article advancing its hoax claim, entitled "Revealed: Sandy Hook Truth Exposed."

26.     On May 13, 2014, InfoWars published an article advancing its hoax claim, entitled "Connecticut Tries to Hide Sandy Hook Truth."

27.     On May 13, 2014, InfoWars published a video entitled "Bombshell Sandy Hook Massacre Was A DHS Illusion Says School Safety Expert." Mr. Jones hosted a notorious crank, Wolfgang Halbig, who solicits donations to support his "investigation" into Sandy Hook. Mr. Halbig maintains that the event was staged and that the parents are actors. Mr. Jones agreed with Mr. Halbig during the video, and he asked his viewers to financially support Halbig. Over the coming years, Mr. Halbig was

5

46.     In January of 2016, InfoWars follower Lucy Richards began stalking and making death threats to Leonard Pozner, a fellow Sandy Hook parent and personal friend of Plaintiff Scarlett Lewis. The threats included messages stating: "Death is coming to you real soon" and "LOOK BEHIND YOU IT IS DEATH."[1] When Richards was later sentenced, Senior U.S. District Judge James Cohn stated: "I'm sure [Leonard Pozner] wishes this was false, and he could embrace [N.P.], hear [N.P.'s] heartbeat and hear [N.P.] say 'I love you, Dad'…Your words were cruel and insensitive. This is reality and there is no fiction. There are no alternative facts."[2] As part of her sentence, Ms. Richards will not be permitted to access a list of conspiracy-based websites upon her release, including InfoWars.[3] Ms. Richard's arrest and sentencing are an ominous reminder to the Plaintiffs of the danger posed by InfoWars' continuing lies about Sandy Hook.

47.     Mr. Jones and InfoWars were well-aware of the unhinged community of "Sandy Hook Investigators" they had fostered. Defendants knew that a large collection of Sandy Hook deniers were coordinating their harassment against Plaintiffs and other victims. Plaintiffs and their family have suffered harassment and threats from this community. Mr. Jones and InfoWars have frequently communicated with the hoax community and have interviewed or promoted members of this

---

[1] https://www.nbcnews.com/news/us-news/conspiracy-theorist-arrested-death-threats-against-sandy-hook-parent-n693396
[2] http://www.nydailynews.com/news/crime/judge-hands-sandy-hook-truther-prison-sentence-article-1.3429754
[3] https://www.buzzfeed.com/claudiakoerner/a-conspiracy-theorist-will-serve-time-for-threatening-a

11

7770

of elites pre-planned the murder of their children and controlled the coverage of the event through the media manipulation.

51.    During the November 2016 broadcast, Mr. Jones played video footage of Anderson Cooper interviewing Sandy Hook parent Veronique De La Rosa, at which point Jones stated: "We point out clear chromakey, also known as blue-screen or greenscreen being used, and we're demonized. We point out that they're clearly doing fake interviews...and their answer is to say that we said nobody died."

52.    Towards the end of the November 2016 broadcast, Mr. Jones stated: "Why should anybody fear an investigation? If they have nothing to hide? In fact, isn't that in Shakespeare's Hamlet? Methinks you protest too much...This particular case, they are so scared of investigation."

53.    Mr. Jones concluded the video by accusing parents seen on television of being actors. Mr. Jones stated, "So, if children were lost at Sandy Hook, my heart goes out to each and every one of those parents. And the people who say they're parents that I see on the news. The only problem is, I've watched a lot of soap operas. And I've seen actors before. And I know when I'm watching a movie and when I'm watching something real."

54.    The November 2016 video broadcast was entitled, "Alex Jones Final Statement on Sandy Hook." It was Plaintiff's hope that the title was accurate, and that Mr. Jones would finally end his reckless attacks on the Sandy Hook parents and his assertions that they were liars and actors engaged in a fraud on the American people.

13

55.     As horrifying as the November 2016 broadcast was, its promise of being the "Final Statement" gave some hope to Plaintiffs that Mr. Jones' harassment might be coming to an end after four long years.

56.     Those hopes were soon dashed. Instead, InfoWars continued its cruel campaign in 2017.

57.     In a March 8, 2017 video, Mr. Jones praised the credibility of Steve Pieczenik, who had previously claimed on InfoWars programming that Sandy Hook was "a Homeland Security drill that they passed off as a real event." Mr. Jones admitted that despite his years of prior statements, "I can't prove it one way or the other." Nonetheless, Mr. Jones repeated his accusation that Veronique De La Rosa's interview with Anderson Cooper was faked in front of a blue screen. He also told his audience that Anderson Cooper was in the CIA, hoping to convince them that the agency was part of the plot.

58.     On April 22, 2017, InfoWars published a video entitled "Sandy Hook Vampires Exposed." This video again repeated the large collection of false accusations which Mr. Jones had been using for years to support his ceaseless attacks on the Sandy Hook families, including the false claims that Sandy Hook parent Veronique De La Rosa participated in a fake blue-screen interview with Anderson Cooper, that the school was closed until that year and was rotting and falling apart in videos, that the children were "going in circles, in and out of the building with their hands up," that port-a-potties had been delivered "an hour after it happened, for the big media event,"

14

7773

Exhibit 11

outcome.[54] Again, he can make such argument to the appropriate state appellate court.

## Conclusion

For the reasons stated above:

1. Summary judgment is granted on the $965 million debt for compensatory damages awarded in the Connecticut Action for defamation and intentional infliction of emotional distress.

2. Summary judgment is granted on the $150 million debt for CUTPA punitive damages.

3. Summary judgment is denied on the $321.65 million in attorneys' fees and $1,489,555.94 in costs awarded as common law punitive damages.

4. All other objections raised by Jones not specifically addressed above are denied.

Signed: October 19, 2023

Christopher Lopez
United States Bankruptcy Judge

---

[54] Jones also makes several arguments best described as grounds for appeal which this Court declines to address (for example, Jones argues that the CUTPA award was improper based on the allegations in the complaints). Def.'s Resp. to Mot. for Summ. J. at 43, ECF No. 61. These arguments are rejected.

Exhibit 12

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ALEXANDER E. JONES,                    )   CASE NO: 22-33553
                                       )
                                       )   Corpus Christi, Texas
                                       )
            Debtor.                    )   Thursday, June 5, 2025
                                       )
                                       )   1:00 p.m. to 2:32 p.m.
-------------------------------)


                              HEARING

         BEFORE THE HONORABLE CHRISTOPHER M. LOPEZ
                UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtor:                    BEN C. BROOCKS
                               Broocks Law Firm PLLC
                               6207 Bee Cave Road, Suite 120
                               Austin, TX 78746

                               SHELBY JORDAN
                               Jordan & Ortiz, PC
                               500 North Shoreline Blvd.,
                               Suite 804
                               Corpus Christi, TX 78401

For Chrsitopher R.            ERIN ELIZABETH JONES
Murray:                        Jones Murray LLP
                               602 Sawyer, Suite 400
                               Houston, TX 7007

                               JOSHUA WOLFSHOHL
                               Porter Hedges LLP
                               1000 Main, 36th Floor
                               Houston, TX 77002

For First United              WALTER J. CICACK
American Companies, LLC:  Hawash Cicack & Gaston LLP
                               711 W. Alabama Street, Suite 200
                               Houston, TX 77006

1

Exhibit 12

For Veronique          AVI MOSHENBERG
De La Rosa:            Lawson & Moshenberg PLLC
                      801 Travis Street, Suite 2101, #838
                      Houston, TX 77002

For William            KYLE KIMPLER
Aldenberg:            Paul, Weiss
                      1285 Avenue of the Americas
                      New York, NY 10019


For the U.S. Trustee:   HA MINH NGUYEN
                      Office of the United States Trustee
                      515 Rusk Street, Suite 3516
                      Houston, TX 77002

Court Reporter:        YESENIA LILA

Courtroom Deputy:      YESENIA LILA

Transcribed by:        Veritext Legal Solutions
                      330 Old Country Road, Suite 300
                      Mineola, NY 11501
                      Tel: 800-727-6396

Proceedings recorded by electronic sound recording; Transcript produced by transcription service.

2

Exhibit 12

motion on the punitive damages in particular, there were things that the Court spotted that there wasn't enough in the record to find that we had met our burden on summary judgment.

So then we've dug back, found some transcripts, found some other briefing that sort of highlights the issue on the summary judgment. So we'll be moving for an additional summary judgment, but the idea will be that the court, the trial court found that Jones had intentionally acted. And so when the court denied the summary judgment --

THE COURT: But shouldn't we wait then if something is already briefed for the state appellate court, won't the -- in other words, do I need to wait to see what the state appellate court does before? In other words, I'll make something up. If the court affirms the punitive judgment, right, that's one thing. If the state, if the appellate court rules against you, your clients on the appellate, then what I don't want you doing is moving for summary judgment on something that could potentially be a thumbs up or a thumb down by the appellate court.

Maybe it makes sense to wait on that. I'll hear from Mr. Jordan or Mr. Broocks on kind of not getting ahead of one or the other, but I don't want to rule when there's something that's already on appeal. I think that the state court needs to take the lead on its own judgment if there were arguments raised there and then I can then -- because

Exhibit 12

essentially, I'm taking up summary judgment based upon what they're arguing so.

MR. MOSHENBURG: Right. Judge, I think that's a great idea. We fully --

THE COURT: I don't know if it's a great one, but it's an idea. Someone will let me know if it's a -- if it makes sense or not, but I'll wait for others to think about it.

MR. MOSHENBURG: Sure. And just from the Texas family's perspective, Your Honor, I want to make sure the Court understands we have worked out our differences with Connecticut. We've reached a settlement on going forward. And from, and from our vantage point -- and I think Mr. Kimpler will talk more about it -- getting finality on the dischargeability decision of the Connecticut summary judgment that the Court granted, I think that will be helpful for Connecticut and for Texas, Your Honor. So in terms of priorities and what is teed up for the Court to move forward on, I'll let Mr. Kempler elaborate. But I think getting a, getting to a final judgment on the Connecticut dischargeability action makes the most sense in terms of spending judicial resources.

THE COURT: And so, but I don't want -- well, Let me hear from others. What I don't want is for us to be sitting here having this conversation in 2027.

4

Exhibit 12

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:  June 17, 2025

5

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| **NEIL HESLIN and SCARLETT LEWIS,** | § | **IN THE DISTRICT COURT** |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| **v.** | § | **459th JUDICIAL DISTRICT** |
| | § | |
| **ALEX JONES and FREE SPEECH** | § | |
| **SYSTEMS, LLC,** | § | |
| *Defendants.* | § | **TRAVIS COUNTY, TEXAS** |

<u>**UNSWORN DECLARATION OF SHELBY A. JORDAN**</u>

Pursuant to Tex. Civ. Prac. & Rem. Code §132.001, I provide the following declaration in support of Defendants' Opposition to Applications for Post-Judgment Turnover Order and Appointment of Receiver and Motion to Strike Intervention.

1. My name is Shelby A. Jordan. My date of birth is October 17, 1948, and my address is 500 N. Shoreline Blvd., Suite 804 Corpus Christi, Texas 78401. I declare under penalty of perjury the facts stated herein are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice in all State and Federal Courts in Texas. I am an attorney of record for Alexander E. Jones in the case styled *In re Alexander E. Jones*, Debtor, Case No. 22-33553, In the United States Bankruptcy Court for the Southern District of Texas (Houston Division). Accordingly, the facts as set forth herein are within my personal knowledge.

3. Christopher Murray, as the Trustee for the Chapter 7 Estate of Alexander E. Jones ("Trustee") has been vested with the title to the assets of a prior affiliated debtor, Free Speech Systems, LLC, and I am familiar with the two orders accomplishing vesting of these assets with the Trustee. I have reviewed the bankruptcy court's docket and there does not appear on that docket any Motion pending by the Trustee seeking to abandon, sell, or transfer the FSS assets, nor does there appear on that docket any order granting the Trustee the authority to abandon, sell, or

transfer any of the FSS assets the Alex Jones Estate now owns.

FURTHER DECLARANT SAYETH NOT

EXECUTED on August 11, 2025 in Travis County, Texas.

_____
Shelby A. Jordan

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS, | § | IN THE DISTRICT COURT |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| v. | § | 459th JUDICIAL DISTRICT |
| | § | |
| ALEX JONES and FREE SPEECH | § | |
| SYSTEMS, LLC, | § | |
| *Defendants.* | § | TRAVIS COUNTY, TEXAS |

## DECLARATION OF NET WORTH OF JUDGMENT DEBTOR FREE SPEECH SYSTEMS, LLC
## FOR SUPERSEDEAS UNDER TEX. R. CIV. P. 24.2(c)

Pursuant to Tex. Civ. Prac. & Rem. Code § 132.001, Alexander E. Jones provides the following declaration in support the Notice of Deposit of Cashier's Check in Lieu of Bond of Free Speech System, LLC ("FSS").

1.	My name is Alexander E. Jones. My date of birth is February 11, 1974, and my address is 3019 Alvin DeVane Blvd., Suite 230, Austin Texas.  I declare under penalty of perjury the facts stated herein are within my personal knowledge and are true and correct.

2.	I am the sole manager of Free Speech Systems, LLC, a Texas limited liability company (previously, "FSS").   I make this declaration of net worth of FSS under Tex. R. App. P. 24.2(c)(1) in my capacity as manager for FSS.

**3.	Based on the facts hereafter set forth, FSS has no assets and liabilities that exceed $1,344,864,850.33.  FSS has a negative net worth.**

4.	On January 12, 2023, a Travis County Jury entered awards against me in this case [*Neil Heslin and Scarlett Lewis, Plaintiffs, v. Alex Jones and Free Speech Systems, LLC*, Case No., D-1-GN-18-001835in the 459th Judicial District Court Travis County, Texas (the "Texas Case)] in the amount of $4,110,000 in compensatory damages [**Exhibit A**] and $45,200,000 in punitive

1

damages [**Exhibit B**] for a total final judgment of $50,043,923.80 including prejudgment interest [**Exhibit C**] see which has been bearing interest at 5% per annum compounded annually from that date and currently equals $56,725,304.33 (herein called the "Texas Judgment").  The Texas judgment has been appealed and oral arguments on that appeal occurred on May 28, 2025.

5.      On November 10, 2022 a trial court in Connecticut entered a final judgment against FSS and me (Alex Jones) jointly and severally in the total amount of $1,436,650,000.  **Exhibit D**. In December 2024, the Connecticut Court of Appeals reversed the trial court's award of damages under Connecticut Unfair Trade Practices Act ("CUTPA") which had the effect of reversing $150,000,000 in CUTPA punitive damages, bringing the total amount of the Connecticut Judgment to $1,288,139,546 which has born interest since that date (herein called the "Connecticut Judgment").

6.      On December 2, 2022, I declared personal bankruptcy and on June 14, 2024, my bankruptcy was converted into a Chapter 7 liquidation and Christopher Murray was appointed as the Chapter 7 Trustee (herein referred to as the "Trustee") of all my assets, excluding those that were exempt.  My personal bankruptcy is still pending in Bankruptcy Court in Houston, Texas, in the case styled *In re Alexander E. Jones, Debtor*, Case No. 22-33553, In the United States Bankruptcy Court for the Southern District of Texas, the Honorable Judge Christopher Lopez presiding.

7.      On July 29, 2022, I caused FSS to file bankruptcy in Bankruptcy Court in Victoria, Texas, in the case styled *In Free Systems, LLC, Debtor*, Case No. 22-60043, in the United States Bankruptcy Court for the Southern District of Texas, which was transferred to the Houston Division and continued with the Honorable Judge Christopher Lopez presiding.

2

8. On June 21, 2024, Bankruptcy Judge Lopez entered an order in the FSS Bankruptcy case (herein called the "June Order," in Docket entry 956 in Case No. 22-60043) that both (a) dismissed the FSS bankruptcy and (b) at the same time transferred control and signing authority with respect to all FSS's bank accounts to the Chapter 7 Trustee of my personal bankruptcy [Case No. 22-33553], namely Christopher Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander E. Jones. **Exhibit E**.

9. On September 25, 2024, Bankruptcy Judge Lopez entered another order supplementing his June Order, stating that as of the date of his first order above all property of FSS was judicially deemed to have vested in the bankruptcy estate of Alexander E. Jones, Case No. 22-33553, as property of that estate pursuant to Section 541 and was under the control of the Trustee, whom the Bankruptcy Court also authorized to operate the business of FSS absent further order of Judge Lopez in the Bankruptcy Court (herein called the "*September Order* or "*Supplemental Order*," in Docket entry 1021 in Case No. 22-60043). **Exhibit F**.

10. Given the fact that Bankruptcy Judge Lopez's June Order and September Orders vested ownership of all FSS cash and property of the Estate in my bankruptcy as assets in the Trustee for my personal bankruptcy, as of the date hereof, FSS has no assets. Hence it does not have a positive net worth for that reason alone.

11. As to liabilities, the Texas Judgment in the amount of $56,725,304.33 and the Connecticut Judgement in the amount of $1,288,139,546, means that FSS has a significantly negative net worth even if the assets of FSS now vested with the bankruptcy Trustee were to be considered as belonging to FSS.

12. I provide this declaration of net worth by stating the current assets and liabilities of FSS under the standard provided by *EnviroPower, LLC v. Bear, Stearns & Co., Inc.,* 265 S.W.3d 1

Tex. App.—Houston [1st Dist.] 2008, pet. denied) (en banc), which defined "net worth" for purposes of setting a supersedeas bond as only "the difference between total assets and total liabilities" [Id. at *3] at the time of the bond, and not the fair market value of the entity upon sale, including projected revenues from such a sale.

FURTHER DECLARANT SAYETH NOT

EXECUTED on August ⟋, 2025 in Travis County, Texas.

_____
Alexander E. Jones

4

EXHIBIT A

ORIGINAL

D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and | § | IN DISTRICT COURT OF |
| SCARLETT LEWIS | § | |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES and | § | |
| FREE SPEECH SYSTEMS, LLC | § | 261ST DISTRICT COURT |

## CHARGE OF THE COURT

MEMBERS OF THE JURY:

After the closing arguments, you will go to the jury room to decide the case, answer the questions that are attached, and reach a verdict. You may discuss the case with other jurors only when you are all together in the jury room.

Remember my previous instructions: Do not discuss the case with anyone else, either in person or by any other means. Do not do any independent investigation about the case or conduct any research. Do not look up any words in dictionaries or on the Internet. Do not post information about the case on the Internet. Do not share any special knowledge or experiences with the other jurors. Do not use your phone or any other electronic device during your deliberations for any reason. In the case of an emergency, others may contact you through my Judicial Executive Assistant at the number previously provided.

Any notes you have taken are for your own personal use. You may take your notes back into the jury room and consult them during deliberations, but do not show or read your notes to your fellow jurors during your deliberations. Your notes are not evidence. Each of you should rely on your independent recollection of the evidence and not be influenced by the fact that another juror has or has not taken notes.

You must leave your notes with the Judicial Executive Assistant when you leave the Courthouse. We will make sure your notes are kept in a safe, secure location and not disclosed to anyone. After you complete your deliberations, we will collect your notes; when you are released from jury duty, we will promptly destroy your notes so nobody can read what you wrote.

Alternate jurors serve a valuable purpose. Without them, much time and money would be spent in the re-trial of cases. Thank you to my alternate jurors. You will be released from your oath and are free to go about your business, including observing the remainder of the trial if you would like.

**Here are the instructions for answering the questions:**

1. Do not let bias, prejudice, or sympathy play any part in your decision.

Heslin & Lewis v. Jones & Free Speech Systems, LLC FINAL Charge                    Page 1 of 11

EXHIBIT A

Everyone, including me, has feelings, assumptions, perceptions, fears, and stereotypes that we may not be aware of but that can affect what we see and hear, how we remember what we see and hear, and how we make decisions. Because you are making important decisions as the jurors in this case, you must evaluate the evidence carefully, and you must not jump to conclusions based on personal likes or dislikes, generalizations, gut feelings, prejudices, sympathies, stereotypes, or biases. Techniques to identify and check one's implicit biases include: slowing down and examining your thought processes thoroughly to identify where you may be relying on reflexive, gut reactions or making assumptions that have no basis in the evidence; asking yourself whether you would view the evidence differently if the players were reversed or other types of people were involved; and listening carefully to the opinions of your fellow jurors, each of whom brings a different, valid perspective to the table. Our system of justice is counting on you to render a just verdict based on the evidence, not on biases.

2. Base your answers only on the evidence admitted in court and on the law that is in these instructions and questions. Do not consider or discuss any evidence that was not admitted in the courtroom.

3. You are to make up your own minds about the facts. You are the sole judges of the credibility of the witnesses and the weight to give their testimony. But on matters of law, you must follow my instructions.

4. If my instructions use a word in a way that is different from its ordinary meaning, use the meaning I give you, which will be a proper legal definition.

5. All the questions and answers are important. No one should say that any question or answer is not important.

6. Answer "yes" or "no" to all questions unless you are told otherwise. A "yes" answer must be based on a preponderance of the evidence unless you are told otherwise. Whenever a question requires an answer other than "yes" or "no," your answer must be based on a preponderance of the evidence unless you are told otherwise.

   The term "preponderance of the evidence" means the greater weight of credible evidence presented in this case. If you do not find that a preponderance of the evidence supports a "yes" answer, then answer "no." A preponderance of the evidence is not measured by the number of witnesses or by the number of documents admitted in evidence. For a fact to be proved by a preponderance of the evidence, you must find that the fact is more likely true than not true.

7. Do not decide who you think should win before you answer the questions and then just answer the questions to match your decision. Answer each question carefully without considering who will win. Do not discuss or consider the effect your answers will have.

EXHIBIT A

8. Do not answer questions by drawing straws or by any method of chance.

9. Do not trade your answers. For example, do not say, "I will answer this question your way if you answer another question my way."

10. The answers to the questions must be based on the decision of at least ten of the twelve jurors. The same ten jurors must agree on every answer. Do not agree to be bound by a vote of anything less than ten jurors, even if it would be a majority.

11. A fact may be established by direct evidence or by circumstantial evidence or both. A fact is established by direct evidence when proved by documentary evidence or by witnesses who saw the act done or heard the words spoken. A fact is established by circumstantial evidence when it may be fairly and reasonably inferred from other facts proved.

12. You are the sole judges of the credibility or believability of each witness and the weight to be given to his or her testimony. In weighing the testimony of a witness, you should consider their relationship to the party; their interest, if any, in the outcome of the case; their demeanor or manner of testifying; their opportunity to observe or acquire knowledge concerning the facts about which they have testified; their candor, fairness, and intelligence; and the extent to which they have been supported or contradicted by other credible evidence. You may, in short, accept or reject the testimony of any witness in whole or in part.

As I have said before, if you do not follow these instructions, you will be guilty of juror misconduct, and I might have to order a new trial and start this process over again. This would waste your time and the parties' money, and it would require the taxpayers of this county to pay for another trial. If a juror breaks any of these rules, tell that person to stop and report it to me immediately.

EXHIBIT A

## CAUSE OF ACTION NO. 1 – Defamation Committed Against Neil Heslin

You are instructed that Defendants Alex Jones and Free Speech Systems, LLC committed defamation against Neil Heslin.

You are further instructed that Defendants Alex Jones and Free Speech Systems, LLC published statements that were false and defamatory concerning Neil Heslin on June 26, 2017 and July 20, 2017.

> "Publish" means intentionally or negligently to communicate the matter to a person other than Neil Heslin who is capable of understanding its meaning.

> "False" means that a statement is not literally true or not substantially true. A statement is not "substantially true" if, in the mind of the average person, the gist of the statement is more damaging to the person affected by it than a literally true statement would have been.

> "Defamatory" means an ordinary person would interpret the statement in a way that tends to injure a living person's reputation and thereby expose the person to public hatred, contempt or ridicule, or financial injury or to impeach the person's honesty, integrity, virtue, or reputation.

You are further instructed that Defendants Alex Jones and Free Speech Systems, LLC knew or should have known, in the exercise of ordinary care, that the statements published on June 26, 2017 and July 20, 2017 were false and had the potential to be defamatory.

> "Ordinary care" concerning the truth of the statement and its potential to be defamatory means that degree of care that would be used by a person of ordinary prudence under the same or similar circumstances.

You are further instructed that at the time Defendants Alex Jones and Free Speech Systems, LLC published the statements on June 26, 2017 and July 20, 2017, Defendants knew the statements were false as it related to Neil Heslin, or that Defendants published the statements with a high degree of awareness that they were probably false, to an extent that Defendants in fact had serious doubts as to the truth of the statements.

Under Texas law, Defendants are responsible for all damages proximately caused by their actions which were reasonably foreseeable; including damages, if any, caused by participating in this litigation.

**QUESTION NO. 1**

What sum of money, if paid now in cash, would fairly and reasonably compensate Neil Heslin for his damages, if any, that were proximately caused by Defendants' defamatory publications on June 26, 2017 and July 20, 2017?

"Proximate cause" means a cause that was a substantial factor in bringing about an injury, and without which cause such injury would not have occurred. In order to be a proximate cause, the act or omission complained of must be such that a person using ordinary care would have foreseen that the injury, or some similar injury, might reasonably result therefrom. There may be more than one proximate cause of an injury.

"Mental anguish" means the emotional pain, torment, and suffering experienced by Neil Heslin.

Do not include any amount for any condition existing before the defamatory publications, except to the extent, if any, that such other condition was aggravated by any injuries that resulted from the defamatory publications.

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find.

Answer separately in dollars and cents for the damages listed below, if any.

a.      Injury to reputation that Neil Heslin sustained in the past.

Answer: ___$50,000___

b.      Injury to reputation that, in reasonable probability, Neil Heslin will sustain in the future.

Answer: ___$10,000___

c.      Mental anguish that Neil Heslin sustained in the past.

Answer: ___$50,000___

d.      Mental anguish that, in reasonable probability, Neil Heslin will sustain in the future.

Answer: ___$0___

Heslin & Lewis v. Jones & Free Speech Systems, LLC FINAL Charge                    Page 5 of 11

## CAUSE OF ACTION NO. 2 – Intentional Infliction of Emotional Distress
### Committed Against Neil Heslin and Scarlett Lewis

You are instructed that Defendants Alex Jones and Free Speech Systems, LLC committed intentional infliction of emotional distress against Neil Heslin and Scarlett Lewis in a continuing course of conduct from 2013 to 2018.

> "Intentional infliction of emotional distress" means the defendant acts intentionally or recklessly with extreme and outrageous conduct to cause the plaintiff emotional distress and the emotional distress suffered by plaintiff was severe.

> "Extreme and outrageous conduct" means the conduct has been so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency and to be regarded as atrocious and utterly intolerable in a civilized community.

Under Texas law, Defendants are responsible for all damages proximately caused by their actions which were reasonably foreseeable; including damages, if any, caused by participating in this litigation.

**QUESTION NO. 2**

What sum of money, if paid now in cash, would fairly and reasonably compensate Neil Heslin for his damages, if any, that were proximately caused by Defendants' intentional infliction of emotional distress from 2013 to 2018?

"Proximate cause" means a cause that was a substantial factor in bringing about an injury, and without which cause such injury would not have occurred. In order to be a proximate cause, the act or omission complained of must be such that a person using ordinary care would have foreseen that the injury, or some similar injury, might reasonably result therefrom. There may be more than one proximate cause of an injury.

"Mental anguish" means the emotional pain, torment, and suffering experienced by Neil Heslin.

Do not include any amount for any condition existing before the extreme and outrageous conduct, except to the extent, if any, that such other condition was aggravated by any injuries that resulted from the extreme and outrageous conduct.

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find.

Answer separately in dollars and cents for each person for the damages listed below, if any.

a.      Mental anguish that Neil Heslin sustained in the past.

Answer: _$ 1,500,000_

b.      Mental anguish that, in reasonable probability, Neil Heslin will sustain in the future.

Answer: _$ 500,000_

Heslin & Lewis v. Jones & Free Speech Systems, LLC FINAL Charge                    Page 7 of 11

**QUESTION NO. 3**

What sum of money, if paid now in cash, would fairly and reasonably compensate Scarlett Lewis for her damages, if any, that were proximately caused by Defendants' intentional infliction of emotional distress from 2013 to 2018?

"Proximate cause" means a cause that was a substantial factor in bringing about an injury, and without which cause such injury would not have occurred. In order to be a proximate cause, the act or omission complained of must be such that a person using ordinary care would have foreseen that the injury, or some similar injury, might reasonably result therefrom. There may be more than one proximate cause of an injury.

"Mental anguish" means the emotional pain, torment, and suffering experienced by Scarlett Lewis.

Do not include any amount for any condition existing before the extreme and outrageous conduct, except to the extent, if any, that such other condition was aggravated by any injuries that resulted from the extreme and outrageous conduct.

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find.

Answer separately in dollars and cents for each person for the damages listed below, if any.

a.     Mental anguish that Scarlett Lewis sustained in the past.

Answer: $1,500,000

b.     Mental anguish that, in reasonable probability, Scarlett Lewis will sustain in the future.

Answer: $500,000

Heslin & Lewis v. Jones & Free Speech Systems, LLC FINAL Charge          Page 8 of 11

EXHIBIT A

Presiding Juror:

When you go into the jury room to answer the questions, the first thing you will need to do is choose a presiding juror.

The presiding juror has these duties:

a      have the complete charge read aloud if it will be helpful to your deliberations;

b      preside over your deliberations, meaning manage the discussions, and see that you follow these instructions;

c      give written questions or comments to the Judicial Executive Assistant who will give them to the judge;

d      write down the answers on which you agree;

e      get the signatures for a verdict certificate; and

f      Notify the Judicial Executive Assistant that you have reached a verdict.

Do you understand the duties of the presiding juror? If you do not, please tell me now.

## Instructions for Signing the Verdict Certificate:

1.      Unless otherwise instructed, you may answer the questions on a vote of ten jurors. The same ten jurors must agree on every answer in the charge. This means you may not have one group of ten jurors agree on one answer and a different group of ten jurors agree on another answer.

2.      If ten jurors agree on every answer, those ten jurors sign the verdict. If eleven jurors agree on every answer, those eleven jurors sign the verdict. If all twelve of you agree on every answer, you are unanimous and only the presiding juror signs the verdict.

3.      All jurors should deliberate on every question. You may end up with all twelve of you agreeing on some answers, while only ten or eleven of you agree on other answers. But when you sign the verdict, only those ten who agree on every answer will sign the verdict.

_____
Maya Guerra Gamble, Judge Presiding


Submitted on: _____


Returned on: _____

<span style="color:red">EXHIBIT A</span>

## Verdict Certificate

Check one:

_____ Our verdict is unanimous. All twelve of us have agreed to each and every answer. The presiding juror has signed the certificate for all twelve of us.



_____        _____
Signature of Presiding Juror                         Printed Name of Presiding Juror


_____ Our verdict is not unanimous. Eleven of us have agreed to each and every answer and have signed the certificate below.


___✓___ Our verdict is not unanimous. Ten of us have agreed to each and every answer and have signed the certificate below.


      SIGNATURE                       NAME PRINTED

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11. _____        _____

Exhibit B

ORIGINAL

D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and | § | IN DISTRICT COURT OF |
| SCARLETT LEWIS | § | |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES and | § | |
| FREE SPEECH SYSTEMS, LLC | § | 261ST DISTRICT COURT |

Filed in The District Court
of Travis County, Texas

AUG 0 5 2022  JG

At_____17:26____P__M.

Velva L. Price, District Clerk

## CHARGE OF THE COURT

MEMBERS OF THE JURY:

After the closing arguments, you will go to the jury room to decide the case, answer the questions that are attached, and reach a verdict. You may discuss the case with other jurors only when you are all together in the jury room.

Remember my previous instructions: Do not discuss the case with anyone else, either in person or by any other means. Do not do any independent investigation about the case or conduct any research. Do not look up any words in dictionaries or on the Internet. Do not post information about the case on the Internet. Do not share any special knowledge or experiences with the other jurors. Do not use your phone or any other electronic device during your deliberations for any reason. In the case of an emergency, others may contact you through my Judicial Executive Assistant at the number previously provided.

Any notes you have taken are for your own personal use. You may take your notes back into the jury room and consult them during deliberations, but do not show or read your notes to your fellow jurors during your deliberations. Your notes are not evidence. Each of you should rely on your independent recollection of the evidence and not be influenced by the fact that another juror has or has not taken notes.

You must leave your notes with the Judicial Executive Assistant when you leave the Courthouse. We will make sure your notes are kept in a safe, secure location and not disclosed to anyone. After you complete your deliberations, we will collect your notes; when you are released from jury duty, we will promptly destroy your notes so nobody can read what you wrote.

**Here are the instructions for answering the questions:**

1. Do not let bias, prejudice, or sympathy play any part in your decision.

   Everyone, including me, has feelings, assumptions, perceptions, fears, and stereotypes that we may not be aware of but that can affect what we see and hear, how we remember what we see and hear, and how we make decisions. Because you are making important decisions as the jurors in this case, you must evaluate the evidence carefully, and you must not jump to conclusions based on personal likes or dislikes, generalizations about

Heslin & Lewis v. Jones & Free Speech Systems, LLC Charge v.1

Filed in The District Court
of Travis County, Texas

AUG 0 5 2022  JG  Page 1 of 11

At_____4:48___P__M.

Velva L. Price, District Clerk

feelings, prejudices, sympathies, stereotypes, or biases. Techniques to identify and check one's implicit biases include: slowing down and examining your thought processes thoroughly to identify where you may be relying on reflexive, gut reactions or making assumptions that have no basis in the evidence; asking yourself whether you would view the evidence differently if the players were reversed or other types of people were involved; and listening carefully to the opinions of your fellow jurors, each of whom brings a different, valid perspective to the table. Our system of justice is counting on you to render a just verdict based on the evidence, not on biases.

2.  Base your answers only on the evidence admitted in court and on the law that is in these instructions and questions. Do not consider or discuss any evidence that was not admitted in the courtroom.

3.  You are to make up your own minds about the facts. You are the sole judges of the credibility of the witnesses and the weight to give their testimony. But on matters of law, you must follow my instructions.

4.  If my instructions use a word in a way that is different from its ordinary meaning, use the meaning I give you, which will be a proper legal definition.

5.  All the questions and answers are important. No one should say that any question or answer is not important.

6.  Answer "yes" or "no" to all questions unless you are told otherwise. A "yes" answer must be based on a preponderance of the evidence unless you are told otherwise. Whenever a question requires an answer other than "yes" or "no," your answer must be based on a preponderance of the evidence unless you are told otherwise.

    The term "preponderance of the evidence" means the greater weight of credible evidence presented in this case. If you do not find that a preponderance of the evidence supports a "yes" answer, then answer "no." A preponderance of the evidence is not measured by the number of witnesses or by the number of documents admitted in evidence. For a fact to be proved by a preponderance of the evidence, you must find that the fact is more likely true than not true.

7.  Do not decide who you think should win before you answer the questions and then just answer the questions to match your decision. Answer each question carefully without considering who will win. Do not discuss or consider the effect your answers will have.

8.  Do not answer questions by drawing straws or by any method of chance.

9.  Do not trade your answers. For example, do not say, "I will answer this question your way if you answer another question my way."

10. The answers to the questions must be based on the decision of all twelve jurors.

Heslin & Lewis v. Jones & Free Speech Systems, LLC Charge v.1                    Page 2 of 11

11. A fact may be established by direct evidence or by circumstantial evidence or both. A fact is established by direct evidence when proved by documentary evidence or by witnesses who saw the act done or heard the words spoken. A fact is established by circumstantial evidence when it may be fairly and reasonably inferred from other facts proved.

12. You are the sole judges of the credibility or believability of each witness and the weight to be given to his or her testimony. In weighing the testimony of a witness, you should consider their relationship to the party; their interest, if any, in the outcome of the case; their demeanor or manner of testifying; their opportunity to observe or acquire knowledge concerning the facts about which they have testified; their candor, fairness, and intelligence; and the extent to which they have been supported or contradicted by other credible evidence. You may, in short, accept or reject the testimony of any witness in whole or in part.

As I have said before, if you do not follow these instructions, you will be guilty of juror misconduct, and I might have to order a new trial and start this process over again. This would waste your time and the parties' money, and it would require the taxpayers of this county to pay for another trial. If a juror breaks any of these rules, tell that person to stop and report it to me immediately.

## CAUSE OF ACTION NO. 1 – Defamation Committed Against Neil Heslin

You are instructed that Defendants Alex Jones and Free Speech Systems, LLC committed defamation against Neil Heslin.

You are further instructed that Defendants Alex Jones and Free Speech Systems, LLC published statements that were false and defamatory concerning Neil Heslin on June 26, 2017 and July 20, 2017.

> "Publish" means intentionally or negligently to communicate the matter to a person other than Neil Heslin who is capable of understanding its meaning.

> "False" means that a statement is not literally true or not substantially true. A statement is not "substantially true" if, in the mind of the average person, the gist of the statement is more damaging to the person affected by it than a literally true statement would have been.

> "Defamatory" means an ordinary person would interpret the statement in a way that tends to injure a living person's reputation and thereby expose the person to public hatred, contempt or ridicule, or financial injury or to impeach the person's honesty, integrity, virtue, or reputation.

You are further instructed that Defendants Alex Jones and Free Speech Systems, LLC knew or should have known, in the exercise of ordinary care, that the statements published on June 26, 2017 and July 20, 2017 were false and had the potential to be defamatory.

> "Ordinary care" concerning the truth of the statement and its potential to be defamatory means that degree of care that would be used by a person of ordinary prudence under the same or similar circumstances.

You are further instructed that at the time Defendants Alex Jones and Free Speech Systems, LLC published the statements on June 26, 2017 and July 20, 2017, Defendants knew the statements were false as it related to Neil Heslin, or that Defendants published the statements with a high degree of awareness that they were probably false, to an extent that Defendants in fact had serious doubts as to the truth of the statements.

**QUESTION NO. 1**

What sum of money, if any, should be assessed against Defendants and awarded to Neil Heslin as exemplary damages for the conduct related to Defendants' defamatory publications on June 26, 2017 and July 20, 2017?

You are instructed that you must unanimously agree on the amount of any award of exemplary damages.

> "Exemplary damages" means any damages awarded as a penalty or by way of punishment but not for compensatory purposes. Exemplary damages include punitive damages.

Factors to consider in awarding exemplary damages, if any, are:

1.    The nature of the wrong.
2.    The character of the conduct involved.
3.    The degree of culpability of the wrongdoer.
4.    The situation and sensibilities of the parties concerned.
5.    The extent to which such conduct offends a public sense of justice and propriety.
6.    The net worth of Defendants.

Answer in dollars and cents, if any.

$ 4,200,000.00 ($4.2 M)

## CAUSE OF ACTION NO. 2 – Intentional Infliction of Emotional Distress
### Committed Against Neil Heslin and Scarlett Lewis

You are instructed that Defendants Alex Jones and Free Speech Systems, LLC committed intentional infliction of emotional distress against Neil Heslin and Scarlett Lewis in a continuing course of conduct from 2013 to 2018.

> "Intentional infliction of emotional distress" means the defendant acts intentionally or recklessly with extreme and outrageous conduct to cause the plaintiff emotional distress and the emotional distress suffered by plaintiff was severe.

> "Extreme and outrageous conduct" means the conduct has been so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency and to be regarded as atrocious and utterly intolerable in a civilized community.

**QUESTION NO. 2**

What sum of money, if any, should be assessed against Defendants and awarded to Neil Heslin as exemplary damages for the conduct related to Defendants' intentional infliction of emotional distress from 2013 to 2018?

You are instructed that you must unanimously agree on the amount of any award of exemplary damages.

> "Exemplary damages" means any damages awarded as a penalty or by way of punishment but not for compensatory purposes. Exemplary damages include punitive damages.

Factors to consider in awarding exemplary damages, if any, are:

1. The nature of the wrong.
2. The character of the conduct involved.
3. The degree of culpability of the wrongdoer.
4. The situation and sensibilities of the parties concerned.
5. The extent to which such conduct offends a public sense of justice and propriety.
6. The net worth of Defendants.

Answer in dollars and cents, if any.

$ 20,500,000.00 ($20.5 M)

Heslin & Lewis v. Jones & Free Speech Systems, LLC Charge v.1                    Page 7 of 11

**QUESTION NO. 3**

What sum of money, if any, should be assessed against Defendants and awarded to Scarlett Lewis as exemplary damages for the conduct related to Defendants' intentional infliction of emotional distress from 2013 to 2018?

You are instructed that you must unanimously agree on the amount of any award of exemplary damages.

> "Exemplary damages" means any damages awarded as a penalty or by way of punishment but not for compensatory purposes. Exemplary damages include punitive damages.

Factors to consider in awarding exemplary damages, if any, are:

1. The nature of the wrong.
2. The character of the conduct involved.
3. The degree of culpability of the wrongdoer.
4. The situation and sensibilities of the parties concerned.
5. The extent to which such conduct offends a public sense of justice and propriety.
6. The net worth of Defendants.

Answer in dollars and cents, if any.

$ 20,500,000.00 ($20.5M)

Heslin & Lewis v. Jones & Free Speech Systems, LLC Charge v.1                Page 8 of 11

Presiding Juror:

When you go into the jury room to answer the questions, remember that the presiding juror has these duties:

1.    have the complete charge read aloud if it will be helpful to your deliberations;

2.    preside over your deliberations, meaning manage the discussions, and see that you follow these instructions;

3.    give written questions or comments to the Judicial Executive Assistant who will give them to the judge;

4.    write down the answers on which you agree;

5.    get the signatures for a verdict certificate; and

6.    Notify the Judicial Executive Assistant that you have reached a verdict.

**Instructions for Signing the Verdict Certificate:**

MEMBERS OF THE JURY:

    In discharging your responsibility on this jury, you will observe all the instructions that have been previously given you.

_____
Maya Guerra Gamble, Judge Presiding

Submitted on: _____

Returned on: _____

<span style="color:red">Exhibit B</span>

## Verdict Certificate

I certify that the jury was unanimous in answering the preceding questions. All twelve of us agreed to each of the answers. The presiding juror has signed the certificate for all twelve of us.

_____
Signature of Presiding Juror

_____
Printed Name of Presiding Juror

Exhibit C

## D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS | § | IN DISTRICT COURT OF |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES and FREE SPEECH | § | 261st DISTRICT COURT |
| SYSTEMS, LLC | § | |

## <u>FINAL JUDGMENT</u>

On July 25, 2022, this case came before the Court for trial by jury.[1] Plaintiffs Neil Heslin and Scarlett Lewis appeared personally and through their attorney of record and announced ready for trial. Defendants Alex E. Jones and Free Speech Systems, LLC appeared personally and through their attorney of record and announced ready for trial. After a jury of twelve qualified jurors was duly selected, impaneled, and sworn to try the case, the jury heard the evidence and arguments of counsel. After the evidence was closed, the Court submitted this case to the jury. In response to the jury charge, the jury made findings that the Court received, filed, and entered of record.

Based on the evidence presented during trial, the jury returned a verdict in favor of Plaintiffs and against Defendants. The questions submitted to the jury and

---

[1] Initially, this case was filed as three separate lawsuits by Plaintiffs, which were then consolidated. *See* Cause No.: D-1-GN-18-001835; *Neil Heslin v Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC and Owen Shroyer*; In the 261st Judicial District Court of Travis County, Texas; Cause No.: D-1-GN-19-004651; *Neil Heslin v Alex E. Jones, Infowars, LLC and Free Speech Systems, LLC*; In the 261st Judicial District Court of Travis County, Texas; Cause No.: D-1-GN-18-006623; *Scarlett Lewis v Alex E. Jones, Infowars, LLC and Free Speech Systems, LLC*; In the 98th Judicial District Court of Travis County, Texas.

Exhibit C

the jury's findings are attached as Exhibits 1 and 2 and are incorporated by reference into this final judgment. The jury's findings, along with the Court's default judgment and resulting admissions, entitle Plaintiffs Neil Heslin and Scarlett Lewis to a judgment against Defendants Alex E. Jones and Free Speech Systems, LLC as set forth in their Fifth Amended Petition. Alternatively, to the extent that a necessary element of their recovery has been omitted, the Court implies a finding to support it.

It is therefore **ORDERED** that Plaintiffs Neil Heslin and Scarlett Lewis shall have and recover of, from, and against Defendants Alex E. Jones and Free Speech Systems, LLC the following:

1.  the amounts of $26,810,000 to Plaintiff Neil Heslin and $22,500,000 to Plaintiff Scarlett Lewis; plus

2.  Prejudgment interest at the annual rate of 5% from the day this case was filed by Plaintiffs until the day before the date of the judgment in the amounts of $323,150 to Plaintiff Neil Heslin and $284,250 to Plaintiff Scarlett Lewis; plus

3.  Costs of court previously assessed by the Court in the amount of $126,523.80; plus

4.  All other court costs shall be taxed against Defendants Alex E. Jones and Free Speech Systems, LLC.

Exhibit C

It is further **ORDERED** that postjudgment interest shall accrue on the amount of $50,043,923.80 at the rate of 5%, compounded annually, from the date the judgment is signed until all amounts are paid in full.

It is further **ORDERED** that all writs and processes as may be necessary in the enforcement and collection of this judgment or the costs of court shall issue as necessary.

Of importance to the Court is that no party sought a judgment addressing the constitutionality, either in general or as specifically applied in this case, of the limitation on the amount of recovery prescribed by Tex. Civ. Prac. & Rem. Code 41.008(b).  Instead, Plaintiff's Fifth Amended Petition includes a cause of action referenced in Tex. Civ. Prac. & Rem. Code 41.008(c), which exempts this judgment from the exemplary damages limitation.  Upon taking office a Judge swears to uphold both the Constitution of Texas and the Constitution of the United States.  I am withholding my own judgment on the question at this time, confident that should the Plaintiffs' Fifth Amended Petition be struck for some reason the constitutionality of Tex. Civ. Prac. & Rem. Code 41.008(b) at least in this case will be raised at that time.

This judgment finally disposes of all claims and all parties and is appealable.

Signed on January 12, 2023.

JUDGE PRESIDING
MAYA GUERRA GAMBLE

-3-

NO: X06-UWY-CV18-6046436-S        : SUPERIOR COURT

ERICA LAFFERTY                    : COMPLEX LITIGATION DOCKET

v.                                : AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES                  : November 10, 2022

NO: X06-UWY-CV18-6046437-S        : SUPERIOR COURT

WILLIAM SHERLACH                  : COMPLEX LITIGATION DOCKET

v.                                : AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES                  : November 10, 2022

NO: X06-UWY-CV18-6046438-S        : SUPERIOR COURT

WILLIAM SHERLACH                  : COMPLEX LITIGATION DOCKET

v.                                : AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES                  : November 10, 2022

In these three consolidated cases, the plaintiffs,[1] various

immediate family members of victims and a first responder to

---

[1] In *Lafferty* v. *Jones*, Docket No. X06-UWY-CV-18-6046436-S, the current named plaintiffs are David Wheeler, Francine Wheeler, Jacqueline Barden, Mike Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto and William Aldenberg.  Each of the first eleven of these individuals are either a parent of a student or a close relative of a school employee who died in the Sandy Hook tragedy.

the December 14, 2012 Sandy Hook school shooting, have brought suit against the defendants, Alex Emric Jones and Free Speech Systems, LLC.[2]  In the operative complaints,[3] the plaintiffs allege the following relevant facts against the defendants. Jones is a radio and internet personality who resides in Austin, Texas.  He is the host of "The Alex Jones Show" and he owns and operates the websites Inforwars.com and PrisonPlanet.com. Infowars, LLC is a Texas limited liability company that produces and broadcasts Alex Jones' Infowars.  Free Speech Systems, LLC is a Texas limited liability company that owns Infowars.com.

---

Aldenberg is a first responder who responded to the scene on the date of the shooting.  Additionally, the original plaintiff Erica Lafferty was replaced as a plaintiff by her bankruptcy trustee Richard Coan on October 20, 2021. In both *Sherlach* v. *Jones* cases, docket numbers X06-CV-18-6046437-S and X06-CV-18-6046438-S, the named plaintiffs are William Sherlach and Robert Parker.  Sherlach is the spouse of a school psychologist and Parker is the parent of a student who were murdered by Adam Lanza during the Sandy Hook incident.

[2] Although there were many additional defendants when these cases were originally brought, the only remaining defendants at this juncture are Alex Emric Jones and Free Speech Systems, LLC.

[3] As the operative complaints in the three cases allege largely the same facts, they will be discussed simultaneously.

2

Similarly, Infowars Health, LLC and Prison Planet TV, LLC are also Texas-based companies.  All of the above-mentioned Texas business-entity defendants are owned, controlled, and/or operated by the defendant Alex Jones and are employed to hold and generate revenue for him.  The Alex Jones Show is syndicated on more than sixty radio stations and it has an audience of two million people.  Jones and Infowars have an audience of millions more, including 2.3 million subscribers to Jones' YouTube channel.

The plaintiffs allege that following the 2012 Sandy Hook shooting, "Jones and the rest of the Jones defendants acted together to develop, disseminate and propagate . . . false statements" regarding the incident.  According to the plaintiffs, Jones made these comments even though he "does not in fact believe that the Sandy Hook [s]hooting was a hoax—and he never has."  The plaintiffs assert that Jones has developed a "very lucrative business model" pedaling "conspiracy-minded falsehoods like those about Sandy Hook" for immense monetary

3

gain. In fact, by May, 2013, Jones was alleged to make approximately $10 million annually. Specifically, Jones began telling his audience that the Sandy Hook shooting was "a government-sponsored hoax designed to lead to gun control . . . ." In furtherance of this objective, Jones began making comments questioning the veracity of the Sandy Hook shootings and the sincerity of the reactions of some of the plaintiffs. For example, on January 27, 2013, Jones posted a video on his YouTube channel titled "Why People Think Sandy Hook is A Hoax." Jones appeared in the video and commented that: "evidence is beginning to come out that points more and more in [the] direction" that the Sandy Hook shooting was "a staged event" and that there "appears to be people who've been coached, people who have been given cue cards, people who are behaving like actors." In that video, Jones stated that plaintiff Robert Parker, who lost a daughter in the shooting, was laughing and asking if he should read off a card. Similarly, on March 14, 2013, Jones stated: "We've clearly got people where it's actors

4

playing different parts of people. I've looked at it and undoubtedly there's a cover up, there's actors, they're manipulating, they've been caught lying, and they were pre-planning before it and rolled out with it."

As further examples of Jones' statements, on May 13, 2014, Jones hosted a Sandy Hook denier named Wolfgang Halbig on his show. Jones commented: "I mean it's fake . . . it's fake . . . you've got parents acting . . . . It is just the fakest thing since the three-dollar bill." On September 25, 2014, Jones asserted on his radio show that FBI statistics demonstrated that nobody was killed at Sandy Hook. The plaintiffs specifically allege that "[t]his was a false statement. FBI statistics showed no such thing." Thereafter, on December 28, 2014, Jones took a call from a listener named Kevin who purported to live close to Newtown. Jones then stated: "[t]he whole thing is a giant hoax. And the problem is, how do you deal with a total hoax? How do you even convince the public something's a total hoax. . . . The general public doesn't know the school was

5

actually closed the year before.  They don't know that they've sealed it all, demolished the building.  They don't know that they had the kids going in circles in and out of the building as a photo-op.  Blue screens, green screens, they got caught using."  On July 7, 2015, Jones stated: "[b]ut what about how for a mass shooting in Pakistan, they got photos of Sandy Hook kids. . . .  [I]t's like the same P.R. company is running this."  Additionally, on November 17, 2016, Jones told his audience that he's seen "weird videos of reported parents of kids laughing and then all of sudden they do the hyperventilating to cry and go on TV."  Jones has also repeatedly asked his listeners to "investigate" the events surrounding the Sandy Hook shooting and that has led to individuals such as the plaintiffs being subjected to "physical confrontation and harassment, death threats, and a sustained barrage of harassment and verbal assault on social media."

Throughout their complaints in each of the three cases, the plaintiffs allege many more examples of comments made by

6

Jones and his associates where they questioned if the shooting occurred and whether the plaintiffs' relatives actually died. The plaintiffs allege the following causes of action against the defendants: (1) count one—invasion of privacy by false light; (2) count two—defamation and defamation per se; (3) count three—intentional infliction of emotional distress; (4) count four—negligent infliction of emotional distress and (5) count five—violations of the Connecticut Unfair Trade Practices Act (CUTPA), General Statutes § 42-110a et seq.   Each of the plaintiffs' first four causes of action affix the additional label "civil conspiracy."[4]

On October 6, 2021, the plaintiffs moved for a disciplinary default against the defendants claiming litigation misconduct on the part of the defendants.   Essentially, the plaintiffs argued that liability should be conclusively established against the defendants because of their repeated discovery violations

---

[4] On November 18, 2021, this court denied the defendants' motion to strike all counts of the plaintiffs' complaint.

7

throughout the course of the litigation.  The defendants filed a memorandum of law in opposition, and following a hearing conducted on November 15, 2021, the court entered a default against the defendants, ruling "(T)he case will proceed as a hearing in damages as to the defendants.  The court notes Mr. Jones is the sole controlling authority of all the defendants, and that the defendants filed motions and signed off on their discovery issues jointly.  And all of the defendants have failed to fully and fairly comply with their discovery obligations."[5]

Evidence commenced in a hearing in damages before a jury commenced on September 13, 2022..  On October 12, 2022, the jury reached its verdict as to the various plaintiffs.  Specifically, the jury awarded the following damages: (1) as to Robert Parker,

---

[5] The defendants in these cases have repeatedly engaged in conduct designed to thwart their discovery obligations or otherwise avoid the administration of justice.  For example, the Supreme Court previously upheld this court's decision to revoke the defendants' opportunity to file a motion to dismiss under the anti-SLAPP statute, General Statutes § 52-196a, because the defendants "had violated numerous discovery orders and that Jones personally had engaged in harassing and intimidating behavior directed at the plaintiffs' counsel, Attorney Christopher Mattei."  *Lafferty* v. *Jones*, 336 Conn. 332, 337-38, 246 A.3d 429 (2020).

8

$120 million; (2) as to David Wheeler, $55 million; (3) as to Francine Wheeler, $54 million; (4) as to Jacqueline Barden, $28.8 million; (5) as to Mark Barden, $57.6 million; (6) as to Nicole Hockley, $73.6 million; (7) as to Ian Hockley, $81.6 million; (8) as to Jennifer Hensel, $52 million; (9) as to Donna Soto, $48 million; (10) as to Carlee Soto Parisi, $66 million; (11) as to Carlos Matthew Soto, $57.6 million; (12) as to Jillian Soto-Marino, $68.8 million; (13) as to William Aldenberg, $90 million; (14) as to Erica Lafferty, $76 million and (15) as to William Sherlach, $36 million.  Additionally, the jury awarded reasonable attorney's fees and costs, in an amount to be determined by the court at a later date.

Following the jury's verdict, on October 21, 2022, the plaintiffs filed a brief regarding CUTPA punitive damages. Thereafter, on October 28, 2022, the defendants submitted a memorandum of law in opposition to an award of punitive damages. The plaintiffs filed a bench brief on attorneys' fees and costs on November 3, 2022, and a reply brief to the defendants'

memorandum of law in opposition to the award of punitive damages on November 4, 2022. The court heard oral argument on the issue of punitive damages on November 7, 2022.

### Common Law Punitive Damages

The Connecticut Supreme Court has most recently described the well-settled common law rule followed in Connecticut pertaining to punitive damages in *Bifolck* v. *Philip Morris, Inc.*, 324 Conn. 402, 447-49, 152 A.3d 1183 (2016): "In *Waterbury Petroleum Products, Inc.* v. *Canaan Oil & Fuel Co.*, [193 Conn. 208, 235, 477 A.2d 988 (1984)], this court declined to reconsider limits that it had placed on the recovery of punitive damages.  In doing so, the court explained: 'Long ago, in *Hanna* v. *Sweeney*, 78 Conn. 492, 62 A. 785 (1906), this court set forth the rule which we have since followed regarding the appropriate measure of [common-law] punitive damages.  In limiting our measure to the expense of litigation less taxable costs, the court noted that under the typical [common-law] rule the jury was permitted to exercise a virtually unchecked discretion to

10

award damages not only to make the injured person whole, but to punish the wrongdoer. . . . The court further recognized that the doctrine of punitive damages which permits recovery beyond compensation prevailed in most jurisdictions, but, nonetheless, it refused to adopt such a rule characterizing it as a hybrid between a display of ethical indignation and the imposition of a criminal fine. . . . Thus, such a rule was found to be at a variance with the generally accepted rule of compensation in civil cases. . . . Since *Hanna*, we have consistently adhered to this view. . . .

"'The subject of punitive damages has been one of great debate throughout the course of American jurisprudence. . . . Typically, those who disfavor punitive damage awards in civil cases point to the prospect that such damages are frequently the result of the caprice and prejudice of jurors, that such damages may be assessed in amounts which are unpredictable and bear no relation to the harmful act, and that the prospect of

11

Exhibit D

such damages assessed in such a manner may have a chilling effect on desirable conduct. . . .

"'In permitting awards of punitive damages, but limiting such damages as we do, our rule strikes a balance—it provides for the payment of a victim's costs of litigation, which would be otherwise unavailable to him, while establishing a clear reference to guide the jury fairly in arriving at the amount of the award.  Further, although our rule is a limited one, when viewed in light of the ever rising costs of litigation, our rule does in effect provide for some element of punishment and deterrence in addition to the compensation of the victim.  Thus, in limiting punitive damage awards to the costs of litigation less taxable costs, our rule fulfills the salutary purpose of fully compensating a victim for the harm inflicted on him while avoiding the potential for injustice which may result from the exercise of unfettered discretion by a jury.' . . . *Waterbury Petroleum Products, Inc.* v. *Canaan Oil & Fuel Co.*, supra, 193

Conn. 236-38." *Bifolck* v. *Philip Morris, Inc.*, supra, 324 Conn. 447-49.

"In Connecticut, common-law punitive damages, also called exemplary damages, primarily are compensatory in nature. See *Bodner* v. *United Services Auto. Assn.*, 222 Conn. 480, 492, 610 A.2d 1212 (1992) (in Connecticut, common-law punitive damages 'are limited to the plaintiff's attorney's fees and nontaxable costs, and thus serve a function that is both compensatory and punitive'); see also *Hylton* v. *Gunter*, 313 Conn. 472,493, 97 A.3d 970 (2014) (*McDonald, J.*, dissenting) (common-law punitive damages are compensatory in nature, but also serve 'a punitive and deterrent function'). 'To furnish a basis for recovery of punitive damages, the pleadings must allege and the evidence must show wanton or wilful malicious misconduct, and the language contained in the pleadings must be sufficiently explicit to inform the court and opposing counsel that such damages are being sought. . . . *If awarded, [common-law] punitive damages are limited to the costs of litigation less*

*taxable costs, but, within that limitation, the extent to which they are awarded is in the sole discretion of the trier. . . .* Limiting punitive damages to litigation expenses, including attorney's fees, fulfills the salutary purpose of fully compensating a victim for the harm inflicted . . . while avoiding the potential for injustice which may result from the exercise of unfettered discretion by a jury. . . . We have long held that in a claim for damages, proof of the expenses paid or incurred affords some evidence of the value of the services . . . . *Label Systems Corp.* v. *Aghamohammadi*, 270 Conn. 291, 335-36, 852 A.2d 703 (2004); but cf. *Berry* v. *Loiseau*, [223 Conn. 786, 827, 614 A.2d 414 (1992)] (common-law punitive damages, when viewed in the light of the increasing costs of litigation, also [serve] to punish and deter wrongful conduct).' . . . *Hylton* v. *Gunter*, supra, 313 Conn. 486 n.14.

"Juries in Connecticut have been awarding punitive damages for 'wanton or malicious injuries' for more than two hundred years. See, e.g., *Linsley* v. *Bushnell*, 15 Conn. 225, 235 (1842),

14

and cases cited therein.  More recently, in *Bifolck* v. *Philip Morris, Inc.*, [supra, 324 Conn. 451], our Supreme Court confirmed that, in a jury trial, the question of the amount of punitive damages is for the jury, not the court, when the parties do not agree to have the court decide that issue.  As our Supreme Court explained: 'Indeed, it was precisely because juries assessed the amount of punitive damages that this court was motivated to adopt the common-law rule, limiting the exercise of the jury's discretion by tying such damages to litigation expenses.'  Id.  In reaching this conclusion, the court distinguished common-law punitive damages from the award of punitive damages or attorney's fees under certain statutory causes of action that specifically provide that the court, not the jury, is to determine the amount to be awarded.  Id., 449-51.

"The [purpose] of awarding [common law] punitive damages is not to punish the defendant for his offense, but to compensate the plaintiff for his injuries. . . . The rule in this state as

to torts is that punitive damages are awarded when the evidence shows a reckless indifference to the rights of others or an intentional and wanton violation of those rights. . . . An award of punitive damages is discretionary, and the exercise of such discretion will not ordinarily be interfered with on appeal unless the abuse is manifest or injustice appears to have been done." (Internal quotation marks omitted.) *Bridgeport Harbour Place I, LLC* v. *Ganim*, 131 Conn. App. 99, 166, 30 A.3d 703, cert. granted, 303 Conn. 904, 31 A.3d 1179 (2011) (appeal withdrawn January 27, 2012), and cert. granted, 303 Conn. 905, 31 A.3d 1180 (2011) (appeal withdrawn January 26, 2012).

As an example, the court in *Bridgeport Harbour Place I, LLC*, upheld an award of common law punitive damages, explaining its reasoning as follows: "On the basis of the jury's finding against [the defendant] on the plaintiff's fraudulent misrepresentation claim, the [trial] court was satisfied that the plaintiff had proven a reckless indifference to its contractual and business interests to warrant an award of

16

punitive damages against [the defendant].  The [trial] court further found that the plaintiff's fee agreement with counsel was 30 percent of the first $6 million recovered and therefore the plaintiff was seeking $54,600 in attorney's fees.  The [trial] court agreed with the plaintiff that it could consider its fee agreement with counsel to determine its award of attorney's fees.  [The Appellate Court] conclude[d] that the [trial] court's award of attorney's fees did not constitute an abuse of its discretion, as it is consistent with the guidance provided by our Supreme Court." (Footnote omitted.) *Bridgeport Harbour Place I, LLC* v. *Ganim*, supra, 131 Conn. App. 168, citing *Schoonmaker* v. *Lawrence Brunoli, Inc.*, 265 Conn. 210, 268-70, 828 A.2d 64 (2003), and *Sorrentino* v. *All Seasons Services, Inc.*, 245 Conn. 756, 773-77, 717 A.2d 150(1998).

As set forth above, the court is tasked with determining the amount of attorneys fees and costs to be awarded as common law punitive damages, following the jury's award of attorneys fees and costs. Awarding attorneys fees under the terms of a

17

reasonable retainer agreement "protects the plaintiff's jury award by ensuring that the fees ordered are sufficient to cover the plaintiff's financial obligation, under the contingency fee agreement, to its attorney." *Schoonmaker* v. *Brunoli*, 265 Conn. at 210, 271 n.77 (2003). Based upon the court's review of the affidavit of Attorney James Horwitz and the agreement of the parties, the court finds that the terms of the plaintiffs' retainer agreements are reasonable.

"A trial court should not depart from a reasonable fee agreement in the absence of a persuasive demonstration that enforcing the agreement would result in substantial unfairness to the defendant." Schoonmaker 265 Conn. at 270 (quoting Sorrentino, 245 Conn. at 776). The defendants here urge the court to engage in such departure by awarding only nominal damages, essentially arguing that the size of the jury verdicts is punitive and serves to deter, and that the verdict already reflects the default sanction and is punishment enough. The court finds this argument unpersuasive. The law presumes that

18

the jury followed the law set forth in their instructions. See, e.g., Willow Springs Condo. Ass'n, Inc. v. Seventh BRT Dev. Corp., 245 Conn. 1, 44 (1998) ("Absent clear evidence to the contrary, we assume that the jury acted in accordance with the charge."). The defendants also take the position that awarding more than nominal damages would serve a hardship on the defendants, including Free Speech Systems, LLC., which has filed for bankruptcy. The record does not support this conclusory claim of hardship with respect to Alex Jones, and the mere fact that Free Speech Systems, LLC. has filed for bankruptcy does not justify a nominal award of common law punitive damages. Thus, to the extent that the defendants argue that enforcing the retainer agreements would result in substantial unfairness to the defendants, the court is not persuaded. Additionally, the court rejects the defendants' due process argument for an award of nominal damages only, as on these facts, a common law punitive damages award limited to attorneys fees and costs pursuant to the terms of a reasonable retainer agreement

19

comports with due process. Simply put, there is no sound reason for the court not to fully compensate the plaintiffs for their financial obligations under their reasonable retainer agreements.

For the foregoing reasons, the court awards common law punitive damages as follows: As to Robert Parker, $40 million; as to David Wheeler, $18.33 million; as to Francine Wheeler, $18 million;  as to Jacqueline Barden, $9.6 million; as to Mark Barden, $19.2 million;  as to Nicole Hockley, $24.53 million; as to Ian Hockley, $27.2 million;  as to Jennifer Hensel, $17.33 million;  as  to  Donna  Soto,  $16  million;  as  to  Carlee Soto Parisi, $22 million; as to Carlos Matthew Soto, $19.2 million;  as  to  Jillian  Soto-Marino,  $22.93  million;  as  to William Aldenberg, $30 million;  as to Erica Lafferty, $25.33 million; and as to William Sherlach, $12 million.  Non-taxable costs are awarded to each plaintiff in the amount of $99,303.73, representing 1/15th of the plaintiffs' total claimed non-taxable costs of $1,489,555.94.

20

<u>Punitive Damages Pursuant to the Connecticut Trade Practices
Act (CUTPA), General Statutes § 42-110a et seq.</u>

General Statutes § 42-110g provides in relevant part: "(a)
Any person who suffers any ascertainable loss of money or
property, real or personal, as a result of the use or employment
of a method, act or practice prohibited by section 42-110b, may
bring an action . . . to recover actual damages. . . . *The court
may, in its discretion, award punitive damages* and may provide
such equitable relief as it deems necessary or proper."
(Emphasis added.)   "The language is clear and unambiguous; the
awarding of punitive damages is within the discretion of the
trial court."   (Internal quotation marks omitted.)   *Bridgeport
Harbour Place I, LLC* v. *Ganim*, 131 Conn. App. 99, 139, 30 A.3d
703, cert. granted, 303 Conn. 904, 31 A.3d 1179 (2011) (appeal

withdrawn January 27, 2012), and cert. granted, 303 Conn. 905, 31 A.3d 1180 (2011) (appeal withdrawn January 26, 2012).[6]

For various policy reasons, punitive damages under CUTPA are determined by the court, not the jury. "It is reasonable to conclude that the legislature provided that a claim for punitive damages under CUTPA should be submitted to the trial court, and not the jury, because it believed that the court would be aware of the range of punitive damages that have been

---

[6] The Supreme Court has held that punitive damages awarded pursuant to CUTPA are separate and distinct from awards of attorney's fees. "[T]he legislature did not intend to limit punitive damages awards pursuant to § 42-110g (d) to 'the expenses of bringing the legal action, including attorney's fees, less taxable costs. . . . Section 42-110g (a) expressly authorizes the trial court to award punitive damages in addition to the award of attorney's fees authorized by § 42-110g (d). Nothing in the language of the statute suggests that punitive damages are the same as attorney's fees, consistent with the common-law rule. If the legislature had intended to impose such a limitation, it presumably would have done so either by authorizing the trial court to award double attorney's fees or by authorizing it to award double punitive damages. The fact that the legislature enacted two distinct provisions indicates that it contemplated two distinct types of awards. . . . Moreover, as we have indicated, both this court and the Appellate Court have repeatedly, over the course of many years, upheld multiple damages under the punitive damages provision of CUTPA . . . and the legislature has never amended the statute to provide otherwise." (Citations omitted; footnote omitted; internal quotation marks omitted.) *Ulbrich* v. *Groth*, 310 Conn. 375, 449-50, 78 A.3d 76 (2013).

awarded for similar CUTPA violations, that it would be less likely to be swayed by appeals to emotion and prejudice, and, therefore, it would be less likely to render an award that was an outlier. Cf. *Gill* v. *Petrazzuoli Bros., Inc.*, [10 Conn. App. 22, 34, 521 A.2d 212 (1987)] ("[t]o foreclose the possibility of prejudice entering the decision-making process, the award of attorney's fees [under CUTPA] has been placed in the hands of the court" instead of jury); see also *MedValUSA Health Programs, Inc.* v. *MemberWorks, Inc.*, [273 Conn. 634, 673-74, 872 A.2d 423] (*Zarella, J.*, dissenting) (legislature vested authority to make punitive damages award under CUTPA in court instead of in jury to safeguard against risk of excessive awards) [cert. denied sub nom. *Vertrue, Inc.* v. *MedValUSA Health Programs, Inc.*, 546 U.S. 960, 126 S. Ct. 479, 163 L. Ed. 2d 363 (2005)]. Accordingly, the concerns that underlie the common-law limitation on punitive damages have far less weight when the claim is submitted to the trial court instead of the jury." *Ulbrich* v. *Groth*, 310 Conn. 375, 451-52, 78 A.3d 76 (2013).

"Unlike punitive damages under Connecticut common law, punitive damages under CUTPA are focused on deterrence, rather than mere compensation. See *State Farm Mutual Automobile Ins. Co.* v. *Campbell*, 538 U.S. 408, 416, 123 S. Ct. 1513, 155 L. Ed. 2d 585 (2003) (punitive damages aimed at deterrence and retribution); *Larsen Chelsey Realty Co.* v. *Larsen*, 232 Conn. 480, 509, 656 A.2d 1009 (1995) (CUTPA remedy not limited to compensatory damages; court may award punitive damages and attorney's fees); *Lord* v. *Mansfield*, 50 Conn. App. 21, 27, 717 A.2d 267 (punitive damages intended not merely to deter defendant but to deter others from committing similar wrongs), cert. denied, 247 Conn. 943, 723 A.2d 321 (1998) [overruled on other grounds by *Hylton* v. *Gunter*, 313 Conn. 472, 97 A.3d 970 (2014)]; *Lenz* v. *CNA Assurance Co.*, 42 Conn. Sup. 514, 630 A.2d 1082 (1993) (financial circumstances of defendant relevant and material to deterrent of noncommon-law punitive damages)." *Bridgeport Harbour Place I, LLC* v. *Ganim*, supra, 131 Conn. App. 140.

"Punitive damages [under CUTPA] must be proven by a preponderance of the evidence." Id., 141. "[W]hen considering punitive damages, the evidence must be relevant, or directly related to the plaintiff's ascertainable loss." Id., 143 (rejecting plaintiff's argument that court should have considered evidence of misconduct unrelated to plaintiff's damages in calculating punitive damages award under CUTPA). "[T]he nature of the [defendants'] conduct, the actual harm to the plaintiff and the harm the [defendants] intended to inflict are all relevant considerations." (Internal quotation marks omitted.) Id., 144. "In order to award punitive or exemplary damages, evidence must reveal a reckless indifference to the rights of others or an intentional and wanton violation of those rights. . . . In fact, the flavor of the basic requirement to justify an award of punitive damages is described in terms of wanton and malicious injury, evil motive and violence." (Internal quotation marks omitted.) *Ulbrich* v. *Groth*, supra, 310 Conn. 446. "As compared to punitive damages under

25

Connecticut common law, punitive damages under CUTPA are focused on deterrence, rather than mere compensation. . . . Consequently, the defendants' financial condition is a relevant consideration. Once deterrence rather than compensation becomes the focus of CUTPA punitive damages . . . then the financial standing of the party against whom damages are sought becomes relevant and material." (Citation omitted; internal quotation marks omitted.) *Bridgeport Harbour Place I, LLC* v. *Ganim*, supra, 131 Conn. App. 144.

Our appellate courts have discussed several specific approaches to the calculation of appropriate punitive damages awards pursuant to CUTPA. "[T]he Appellate Court has observed that awarding an amount equal to the plaintiff's actual damages is a recognized method for determining punitive damages under CUTPA. . . . It is not an abuse of discretion to award punitive damages based on a multiple of actual damages. . . . [C]ourts generally award punitive damages in amounts equal to actual damages or multiples of the actual damages. . . . Indeed, it

26

appears that in terms of consistency or frequency, punitive damages awards under CUTPA are generally equal to or twice the amount of the compensatory award." (Citations omitted; internal quotation marks omitted.) Id., 144-45.

In *Ulbrich* v. *Groth*, supra, 310 Conn. 452-53, the Supreme Court discussed considerations applicable to common law awards of punitive damages before turning to a discussion of appropriate considerations pertaining to such awards under CUTPA. It explained: "In [*Exxon Shipping Co.* v. *Baker*, 554 U.S. 471, 128 S. Ct. 2605, 171 L. Ed. 2d 570 (2008)], the defendant challenged the size of a punitive damages award that the jury had rendered against it under maritime law. Id., 489. The court concluded that the limits on such awards fell 'within a federal court's jurisdiction to decide in the manner of a common law court . . . .' Id., 489-90. After reviewing the history of punitive damages under the common law and the standards and limitations that various jurisdictions have applied to them, the court in *Exxon Shipping Co.* observed that several studies

had been done to determine 'the median ratio of punitive to compensatory verdicts, reflecting what juries and judges have considered reasonable across many hundreds of punitive awards.' Id., 512.   'These studies cover cases of the most as well as the least blameworthy conduct triggering punitive liability, from malice and avarice, down to recklessness, and even gross negligence in some jurisdictions.  The data put the median ratio for the entire gamut of circumstances at less than 1:1 . . . meaning that the compensatory award exceeds the punitive award in most cases.  In a well-functioning system, we would expect that awards at the median or lower would roughly express jurors' sense of reasonable penalties in cases with no earmarks of exceptional blameworthiness within the punishable spectrum (cases . . . without intentional or malicious conduct, and without behavior driven primarily by desire for gain, for example) and cases . . . without the modest economic harm or odds of detection that have opened the door to higher awards. It also seems fair to suppose that most of the unpredictable

28

outlier cases that call the fairness of the system into question are above the median . . . . Accordingly, given the need to protect against the possibility (and the disruptive cost to the legal system) of awards that are unpredictable and unnecessary, either for deterrence or for measured retribution, we consider that a 1:1 ratio, which is above the median award, is a fair upper limit in such maritime cases.' . . . Id., 512-13." *Ulbrich* v. *Groth*, supra, 310 Conn. 452-53.

In light of the differences between punitive damages claims under CUTPA and the punitive damages claims under maritime law at issue in *Exxon Shipping Co.*, the court in *Ulbrich* declined to adopt the same a one-to-one ratio of punitive damages to compensatory damages as an upper limit for punitive damages in CUTPA cases. Id., 453-54. Nevertheless, the court adopted the factors that were considered by the United States Supreme Court in *Exxon Shipping Co.* in determining whether the amount of punitive damages awarded pursuant to CUTPA is excessive. The court explained that "in determining whether a punitive damages

29

award pursuant to § 42-110g (a) is so excessive as to constitute an abuse of discretion, the court should consider the factors that the court in *Exxon Shipping Co*. discussed. These include the 'degrees of relative blameworthiness,' i.e., whether the defendant's conduct was reckless, intentional or malicious; *Exxon Shipping Co*. v. *Baker*, supra, 554 U.S. 493; whether the defendant's '[a]ction [was] taken or omitted in order to augment profit'; id., 494; see also id., 503 (some courts consider whether wrongful conduct was profitable to defendant); whether the wrongdoing was hard to detect; id., 494; whether the injury and compensatory damages were small, providing a low incentive to bring the action; id.; and whether the award will deter the defendant and others from similar conduct, without financially destroying the defendant. . . . Of these factors, reprehensibility of a defendant's conduct is the most important. . . . Reprehensibility is determined by considering whether: the harm caused was physical as opposed to economic; the tortious conduct evinced an indifference to or a reckless

disregard of the health or safety of others; the target of the conduct had financial vulnerability; the conduct involved repeated actions or was an isolated incident; and the harm was the result of intentional malice, trickery, or deceit, or mere accident." (Citations omitted; footnotes omitted; internal quotation marks omitted.) *Ulbrich* v. *Groth*, supra, 310 Conn. 454-56.

"[I]n determining the amount of punitive damages, the court may consider that a frequent or consistent range of punitive damages awarded under CUTPA is a ratio that is equal to or twice the amount of the compensatory damages, and that particularly when it is claimed that the award should exceed this range, the award ordinarily should be premised on aggravating factors that are identifiable and articulable. . . . [W]hen high punitive damages are being claimed, a consideration of the normative range of punitive awards and an identification of articulable, aggravating factors supporting an award outside this range are wholly consistent with a reasonable exercise of the court's

discretion to award punitive damages that are rational, predictable and consistent." (Internal quotation marks omitted.) *Bridgeport Harbour Place I, LLC* v. *Ganim*, supra, 131 Conn. App. 146.

In awarding punitive damage awards that exceed the normative range, the court should, therefore, identify "the factors that militate in favor of a high, rather than a low, award of punitive damages . . . ." See id. (noting that trial court, as directed by *Exxon Shipping Co.*, had identified such factors and concluding that court had not abused its discretion in awarding punitive damages in amount six times that of compensatory damage award). The court also may consider "the actual loss suffered by the [plaintiffs] and [whether] the compensatory damages awarded the [plaintiffs] militates against a high punitive damage award." Id., 146-47.

In *Bridgeport Harbour Place I, LLC* v. *Ganim*, supra, 131 Conn. App. 147-49, the Appellate Court explained that the trial court "found that among the more vexing, competing

32

considerations presented to the court in determining the amount of the punitive award in this case is, on one hand, the issue of deterrence, particularly in light of the [defendants'] financial net worth, and on the other hand, the issue of the overall reasonableness and rationality of a high punitive award in light of the amount of the plaintiff's actual recovery and the considerations highlighted by [*Exxon Shipping Co.* v. *Baker*, supra, 554 U.S. 471] . . . [and] note[d] that because neither compensation nor enrichment is a valid purpose of punitive damages, an award should not be so large as to constitute a windfall to the individual litigant. . . .

"The court also was mindful that, in addition to statutory factors bearing on its discretion, a broader, threshold consideration is that high punitive awards may implicate constitutional concerns. In *Bristol Technology, Inc.* v. *Microsoft Corp.*, 114 F. Sup. 2d 59 (D. Conn. 2000), vacated on other grounds, 250 F.3d 152 (2d Cir. 2001), the District Court stated 'the United States Constitution imposes a substantive

limit on the size of punitive damages awards. . . . This is because [p]unitive damages pose an acute danger of arbitrary deprivation of property. . . . Still, [i]n our federal system, States necessarily have considerable flexibility in determining the level of punitive damages that they will allow in different classes of cases and in any particular case. . . . Only when an award [of punitive damages] can fairly be categorized as grossly excessive in relation to [the State's legitimate interests in punishment and deterrence] does it enter the zone of arbitrariness that violates [due process].' . . . Id., 86.

"To satisfy federal due process concerns, the United States Supreme Court has 'instructed courts reviewing punitive damages to consider three guideposts: (1) the degree of reprehensibility of the defendant's misconduct; (2) the disparity between the actual or potential harm suffered by the plaintiff and the punitive damages award; and (3) the difference between the punitive damages awarded by the jury and the civil penalties

34

authorized or imposed in comparable cases.' *State Farm Mutual Automobile Ins. Co.* v. *Campbell*, supra, 538 U.S. 418. . . .

"The United States Supreme Court has 'been reluctant to identify concrete constitutional limits on the ratio between harm, or potential harm, to the plaintiff and the punitive damages award. . . . We decline again to impose a bright-line ratio which a punitive damages award cannot exceed. Our jurisprudence and the principles it has now established demonstrate, however, that, in practice, few awards exceeding a single-digit ratio between punitive and compensatory damages, to a significant degree, will satisfy due process. In [*Pacific Mutual Life Ins. Co.* v. *Haslip*, 499 U.S. 1, 23-24, 111 S. Ct. 1032, 113 L. Ed. 2d 1 (1991)], in upholding a punitive damages award, we concluded that an award of more than four times the amount of compensatory damages might be close to the line of constitutional impropriety. . . . We cited that 4-to-1 ratio again in [*BMW of North America, Inc.* v. *Gore*, 517 U.S. 559, 581, 116 S. Ct. 1589, 134 L. Ed. 2d 809 (1996)]. The Court further

referenced a long legislative history, dating back over 700 years and going forward to today, providing for sanctions of double, treble, or quadruple damages to deter and punish. . . . While these ratios are not binding, they are instructive. They demonstrate what should be obvious: Single-digit multipliers are more likely to comport with due process, while still achieving the State's goals of deterrence and retribution, than awards with ratios in range of 500 to 1 . . . .

"'Nonetheless, because there are no rigid benchmarks that a punitive damages award may not surpass, ratios greater than those we have previously upheld may comport with due process where a particularly egregious act has resulted in only a small amount of economic damages. . . . The converse is also true, however. When compensatory damages are substantial, then a lesser ratio, perhaps only equal to compensatory damages, can reach the outermost limit of the due process guarantee. The precise award in any case, of course, must be based upon the fact[s] and circumstances of the defendant's conduct and the

36

harm to the plaintiff.' . . . *State Farm Mutual Ins. Co.* v. *Campbell*, supra, 538 U.S. 424-25." (Citation omitted; internal quotation marks omitted.) *Bridgeport Harbour Place I, LLC* v. *Ganim*, supra, 131 Conn. App. 147-49.

In *Ulbrich* v. *Groth*, supra, 310 Conn. 446-47, the Supreme Court held that the trial court's award of punitive damages under CUTPA was not an abuse of discretion where the trial court reasonably could have found that the defendant's conduct was reckless. Id. (jury reasonably could have found that defendant bank's failure to inform plaintiffs that personal property located at property at time of auction was not included in sale "was not merely negligent, but involved a conscious decision to disregard acknowledged business norms" and gave rise to "substantial and unjustifiable" risk that plaintiffs would act on misleading information). Specifically, the court explained that "the trial court concluded that the best characterization of the bank's conduct . . . is that it proceeded with reckless or wilful ignorance and indifference to the risks that its

37

conduct posed to prospective bidders; that its conduct was inherently deceptive to bidders; that its effort to maximize the bids by including the business property as part of the auction was beneficial to the bank's interests; and that the bank had a high net worth.  On the other hand, the court also recognized that the jury's compensatory damages award was not small, that the bank's conduct was not of a criminal nature and that the punitive damages award should not constitute a windfall to the plaintiffs.  In addition, we note that there was no evidence that the bank's conduct constituted anything other than an isolated incident."   (Internal quotation marks omitted.) Id., 456.

"Although the trial court's punitive damages award in [*Ulbrich*] undoubtedly was a large one, especially in light of the large size of the compensatory damages award, [the Supreme Court could not] conclude that the award constituted a manifest abuse of discretion or that an injustice was done. . . . Rather, [the Supreme Court concluded] that the trial court reasonably

38

could have concluded that the bank's reckless and deceptive conduct, together with the fact that the motive for the conduct was to increase the profitability of the auction to the bank, the fact that the bank has a very high net worth and the fact that there is an established practice in this state of awarding multiple damages for CUTPA violations, warranted the amount of the award. Accordingly, [the Supreme Court concluded] that the size of the trial court's punitive damages award [which was three times the compensatory award] did not constitute an abuse of discretion."   (Citation omitted; footnote omitted.)   Id., 456-57.

Here, the material allegations of the complaints, which have been established by virtue of the defaults, entitle the plaintiffs to an award of CUPTA punitive damages. In support of their claim for CUTPA punitive damages, the plaintiffs, in their briefs, support each Ulbrich factor with specific citations to the record. The defendants, in taking the position that there should be either no award of CUTPA punitive damages, or only a

Exhibit D

nominal award, advance some of the same arguments raised in their opposition to a common law punitive damages award, arguing that the verdict reflects the nature of the plaintiffs' arguments at trial, that the future deterrent value of the verdict overlaps with the function of a punitive damages award under CUPTA, that any award beyond a 1:1 ration violates due process, that any award in excess of $1.3 billion serves no lawful purpose, and that the record is devoid of evidence regarding the defendants' financial resources such that the court cannot properly determine an amount of punitive damages necessary for deterrence.

In considering whether the defendants' actions were taken in order to augment profits, the court finds that despite the defendants' abject failure to meet their obligations to fully and fairly comply with discovery—and despite the defendants' failure to produce a knowledgeable corporate representative armed with sufficient information-the plaintiffs clearly established that the defendants' conduct was motivated by

profit, by virtue of the convincing evidence including the text messages between Alex Jones and Tim Fruge regarding daily sales figures, the business model used by the defendants whereby they emulated content including Sandy Hook content to reap more profits, the expert testimony of Clint Watts that Jones' use of Sandy Hook engaged the audience and drove up sales and profit, the spikes in sales revenue following the article "FBI Says No One Killed at Sandy Hook," and their use of the plaintiffs even during the trial to make money.

With respect to whether the wrongdoing was hard to detect, the defendants' concealment of their conduct and wrongdoing, by virtue of their stunningly cavalier attitude toward both their discovery obligations and court orders regarding discovery throughout the entire pendency of the case, their unprepared corporate representative, and intentional discovery abuses, militates in favor of a substantial award of punitive damages.

In addressing the size of the injuries and compensatory damages awards, and low incentive to bring the action, the court

41

concludes that despite the magnitude of the injuries and ultimate outcome, there was a low incentive to bring and maintain an action like this. The road to reach a verdict here was a tortuous one, involving an unusual number of appeals, an extraordinary number of court filings, and numerous forays into federal court including bankruptcy court. Moreover, the trial record establishes that the defendants remain in the unique position of having-and continuing to utilize-an immense media platform and audience to continue to target the plaintiffs, as well as mocking the plaintiffs' attorneys, the court, and the very jury that they selected. It is, quite simply, unprecedented in American jurisprudence, and the court reaches the inescapable conclusion that despite the magnitude of the harms caused to the plaintiffs, there is little incentive to bring an action like this against defendants such as these defendants, who have continued to use their platform to attack.

With respect to deterrence, the defendants' financial resources, and whether the award would financially destroy the

defendants, the court bases its decision on the record before it, including its findings of concealed financial records and analytics, sanitized trial balances, sales following the FBI article, and the defendants' intentional choice to produce an unprepared corporate designee, who, when asked how much money the defendants earned since 2012, could only provide an estimate between over $100 million and up to $1 billion.

Finally, the court turns to the most important consideration--the degrees or relative blameworthiness, that is, whether the defendants' conduct was reckless, intentional, or malicious. The record clearly supports the plaintiffs' argument that the defendants' conduct was intentional and malicious, and certain to cause harm by virtue of their infrastructure, ability to spread content, and massive audience including the "infowarriors." The record also establishes that the defendants repeated the conduct and attacks on the plaintiffs for nearly a decade, including during the trial, wanton, malicious, and heinous conduct that caused harm to the

43

plaintiffs.   This depravity, and cruel, persistent course of conduct by the defendants establishes the highest degree of reprehensibility and blameworthiness.

The court recognizes that generally speaking, an award of punitive damages under CUTPA is equal to or double the amount of the compensatory award. Here, the court, having considered all the pertinent factors under the law as well as the substantial nature of the compensatory damages award, finds that a lesser ratio is appropriate. Having considered the factors in light of the record before the court, the court awards the sum of $10 million in CUTPA punitive damages to each of the fifteen plaintiffs.

## Conclusion

In conclusion, the court awards common law punitive damages for attorneys fees in the total amount of $321,650,000.00 and

44

costs in the total amount of $1,489,555.94, and awards CUTPA punitive damages in the amount of $150,000,000.00.

<u>421277</u>

<u>Barbara N. Bellis</u>

Exhibit E

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 21, 2024

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-60043 |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER DISMISSING CASE

For the reasons stated on the record at the hearing held on June 14, 2024, this case is dismissed. It is further ORDERED:

1.      The employment of all professionals retained in these chapter 11 cases and the Subchapter V Trustee's service is terminated. Except as otherwise set forth below, the Debtor's CRO shall have no further responsibilities with respect to the Debtor's operations.

2.      The CRO is authorized to transfer control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No. 22-33553.

3.      Final applications for compensation shall be filed no later than 14 days after entry of this Order.

4.      This Court shall retain exclusive jurisdiction over the following matters:

   a. Adversary Proceeding No. 24-3038, *Elevated Solutions Group, LLC v. Free Speech Systems LLC, et al.*;

   b. Adversary Proceeding No. 23-3127, *Free Speech Systems LLC v. PQPR, Limited Holdings LLC, et al.*;

   c. Adversary Proceeding No. 22-3331, *Neil Heslin, et al. v. Alex E. Jones, et al.*; and

   d. Applications for approval of professional fees and expenses.

5.      The Court retains jurisdiction to interpret and enforce this Order.

Signed:  June 21, 2024

_____

Christopher Lopez
United States Bankruptcy Judge

Exhibit F

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| **In re:** | § |
| | § **Chapter 11** |
| | § |
| **FREE SPEECH SYSTEMS, LLC,** | § **Case No. 22-60043 (CML)** |
| | § |
| **Debtor.** | § |
| | § |
| | § |

## ORDER SUPPLEMENTING ORDER DISMISSING CASE
### [Related to Docket No. 956]

1. Effective as of the entry of the Order Dismissing Case [Docket No. 956] (the "Dismissal Order"), pursuant to Section 349(b), all property of the estate of Debtor Free Speech Systems, LLC ("FSS") shall be deemed to have vested in the bankruptcy estate of Alexander E. Jones, Case No. 22-33553, as property of that estate pursuant to Section 541 and shall be under the control of the trustee of such estate ("Chapter 7 Trustee").

2. The Chapter 7 Trustee is authorized to operate the business of FSS pursuant to Section 721 for a period not to exceed one year, absent further order of this Court.

Signed: September 25, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

15564076