**Exhibit E**

**Emergency Motion to Stay the Receivership Order**

## NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and SCARLETT LEWIS,<br>   *Plaintiffs,* | §<br>§<br>§ | IN THE DISTRICT COURT |
| **and** | §<br>§ | |
| DAVID WHEELER, FRANCINE<br>WHEELER, JACQUELINE BARDEN,<br>MARK BARDEN, NICOLE HOCKLEY,<br>IAN HOCKLEY, JENNIFER HENSEL,<br>DONNA SOTO, CARLEE SOTO<br>PARISI, CARLOS M. SOTO, JILLIAN<br>SOTO-MARINO, WILLIAM<br>ALDENBERG, WILLIAM SHERLACH,<br>ROBERT PARKER, AND ERICA ASH<br>   *Intervening Plaintiffs,* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| **v.** | §<br>§ | 459th JUDICIAL DISTRICT |
| ALEX JONES and FREE SPEECH<br>SYSTEMS, LLC,<br>   *Defendants.* | §<br>§<br>§<br>§ | TRAVIS COUNTY, TEXAS |

### NOTICE OF APPEAL

Defendant, Free Speech Systems, LLC ("FSS") files this Notice of Appeal to the Third Court of Appeals in Austin, Texas. FSS desires to appeal an order turning over FSS assets and appointing a receiver, entered by the 459th District Court on August 13, 2025, *Order Granting Application for Post-Judgment Turnover and Appointment of Receiver*. In addition to other matters, Defendant believes that this order and appointment of receiver violations the automatic stay [11 U.S.C. § 362(a)] in effect in Case No. 22-33553, *In re: Alexander E. Jones*, pending before the Bankruptcy Court for the Southern District of Texas, which deprives state courts of jurisdiction and prohibits the commencement or continuation of any judicial action or proceeding against any property within a debtor's bankruptcy estate. *See Black v. Shor*, 443 S.W.3d 170, 176 (Tex. App.— Corpus Christi 2013, no pet.).

1

Notice is hereby given that a related appeal is pending as to the merits of the underlying judgment in Cause No. 03-23-00209-CV, *Alex E. Jones, et al. v. Neil Heslin, et al.* with the potential effect of reversal also collaterally impacting the merits of this turnover order being appealed.

Respectfully Submitted,

*/s/ Ben C Broocks*
Ben C Broocks
State Bar No. 03058800
William A. Broocks
State Bar No. 24107577
**BROOCKS LAW FIRM, PLLC**
248 Addie Roy Rd, Suite B301
Austin, Texas 78746
(512) 201-2002 - Telephone
(512) 201-2034 - Fax
bbroocks@broockslawfirm.com
wbroocks@broockslawfirm.com

Alan B. Daughtry
State Bar No: 00793583
alan@alandaughtrylaw.com
3355 West Alabama, Suite 444
Houston, Texas 77098
Telephone:     (281) 300-5202
Facsimile:     (281) 404-4478

**ATTORNEYS FOR DEFENDANTS**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, I served a copy of the above filing on all counsel of record via the Court's e-filing server in accordance with the Texas Rules of Civil Procedure.

/s/ *William Broocks*
William Broocks

3