IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| ALEXANDER E. JONES, | § | |
| | § | Case No. 22-33553 |
| Debtor | § | |

**AMENDED NOTICE OF EMERGENCY HEARING**
**[Relates to Docket No. 1241]**

PLEASE TAKE NOTICE that an Emergency Hearing on the *Sandy Hook Families' Emergency Joint Motion for Entry of an Order Confirming that FSS Assets Are Not Subject to the Automatic Stay* [Docket No. 1241] has been scheduled for **Wednesday, October 1, 2025 at 1:00 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, at 515 Rusk, Courtroom 401, Houston, Texas 77002.  You may participate in the hearing by appearing either in person or by an audio and video connection.

PLEASE TAKE FURTHER NOTICE audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510.  Once connected, you will be asked to enter the conference number.  Judge Lopez's conference room number is 590153.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the following link, which is also provided on the Judge's home page: www.gotomeet.me/JudgeLopez.  To use GoToMeeting, the Court recommends that you download the free GoToMeeting application prior to the hearing.  The meeting code is "JudgeLopez."  Click the setting icon in the right corner and enter your name under the personal information setting.

PLEASE TAKE FURTHER NOTICE hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Respectfully submitted this 29th day of September 2025.

| | |
|---|---|
| /s/ Stuart R. Lombardi | /s/ Ryan E. Chapple |
| **WILLKIE FARR & GALLAGHER LLP** | **CAIN & SKARNULIS PLLC** |
| Jennifer J. Hardy | Ryan E. Chapple |
| State Bar No. 24096068 | State Bar No. 24036354 |
| 600 Travis Street | 303 Colorado Street, Suite 2850 |
| Houston, TX 77002 | Austin, TX 78701 |
| Telephone: (713) 510-1766 | Telephone: (512) 477-5000 |
| Fax: (713) 510-1799 | Fax: (512) 477-5011 |
| E-mail: jhardy2@willkie.com | E-mail: rchapple@cstrial.com |
| | |
| **WILLKIE FARR & GALLAGHER LLP** | **KOSKOFF KOSKOFF & BIEDER, PC** |
| Stuart R. Lombardi (admitted *pro hac vice*) | Alinor C. Sterling (admitted *pro hac vice*) |
| Ciara A. Sisco (admitted *pro hac vice*) | 350 Fairfield Avenue |
| Deanna Drenga (admitted *pro hac vice*) | Bridgeport, CT 06604 |
| 787 Seventh Avenue New York, NY 10019 | Telephone: (203) 336-4421 |
| Telephone: (212) 728-8000 | E-mail: asterling@koskoff.com |
| Fax: (212) 728-8111 | |
| E-mail: slombardi@willkie.com | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| csisco@willkie.com | Kyle J. Kimpler (admitted *pro hac vice*) |
| ddrenga@willkie.com | Paul Paterson (admitted *pro hac vice*) |
| | Daniel S. Sinnreich (admitted *pro hac vice*) |
| **LAWSON & MOSHENBERG PLLC** | Vida J. Robinson (admitted *pro hac vice*) |
| Avi Moshenberg | 1285 Avenue of the Americas |
| State Bar No. 24083532 | New York, NY 10019-6064 |
| 801 Travis Street, Suite 2101, #838 | Telephone: (212) 373-3000 |
| Houston, TX 77002 | Fax: (212) 757-3990 |
| Telephone: (713) 449-9644 | E-mail: kkimpler@paulweiss.com |
| E-mail: avi.moshenberg@lmbusinesslaw.com | ppaterson@paulweiss.com |
| | dsinnreich@paulweiss.com |
| | virobinson@paulweiss.com |

**BRADLEY ARANT BOULT CUMMINGS LLP**
Jarrod B. Martin
State Bar No. 24070221
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0388
Fax: (713) 576-0301
E-mail: jbmartin@bradley.com

*Co-Counsel to the Connecticut Families*

*Co-Counsel to the Texas Families*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Amended Notice of Emergency Hearing has been served on Debtor's counsel, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 29th day of September 2025.

　　　　　　　　　　　　　　　　*/s/ Ryan E. Chapple*
　　　　　　　　　　　　　　　　Ryan E. Chapple