**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE:  ALEXANDER E. JONES | § | |
| | § | CASE NO. 22-33553 (CML) |
| | § | |
| Debtor. | § | Chapter 7 |

**ALEXANDER E. JONES EXHIBIT AND WITNESS LIST**

Alexander E. Jones ("Debtor") files this Witness and Exhibit List for the hearing to be held on Wednesday, October 1, 2025, at 1:00 p.m. (prevailing Central Time) before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

**EXHIBITS**

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | 9/24/24 Transcript [Docket #861] | | | | |
| 2. | 2/5/25 Transcript [Docket #1072] | | | | |
| 3. | 6/5/25 Transcript [Docket #1193] | | | | |
| 4. | Application for Post-Judgment Turnover Order and Appointment of Receiver as to Judgment Debtors' Alexander E. Jones and FSS (D-1-GN-18-001835; Travis Co) | | | | |
| 5. | Order Granting Application for Post-Judgment Turnover and Appointment of Receiver as to Judgment Debtor FSS (D-1-GN-18-001835; Travis Co) | | | | |
| 6. | Plaintiffs Heslin and Lewis Challenge to Net Worth Declaration and Motion for Sanctions for False and Frivolous Pleading (D-1-GN-18-001835; Travis Co) | | | | |
| 7. | FSS Response to Plaintiffs Heslin and Lewis Challenge to Net Worth Declaration and | | | | |

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | Motion for Sanctions for False and Frivolous Pleading (D-1-GN-18-001835; Travis Co) |  |  |  |  |
| 8. | Plaintiffs Heslin and Lewis Reply in Support of Challenge to Net Worth Declaration and Motion for Sanctions for False and Frivolous Pleading (D-1-GN-18-001835; Travis Co) |  |  |  |  |
| 9. | USDC Connecticut Families Motion to Intervene (24-03882) |  |  |  |  |
| 10. | Texas Plaintiffs Notice of Appeal (24-03882) |  |  |  |  |
| 11. | Texas Plaintiffs' Statement of Issues on Appeal (24-03882) |  |  |  |  |
| 12. | Appellant's Emergency Motion for Immediate Stay (03-25-00617-CV; Court of Appeals, 3rd District) |  |  |  |  |
| 13. | Order Temporarily Granting Stay of Turnover Order (03-25-00617-CV; Court of Appeals, 3rd District) |  |  |  |  |
| 14. | Appellee's Response to Appellant's Emergency Motion for Immediate Stay (03-25-00617-CV; Court of Appeals, 3rd District) |  |  |  |  |
| 15. | Appellant's Reply in Support of Emergency Motion for Immediate Stay (03-25-00617-CV; Court of Appeals, 3rd District) |  |  |  |  |
| 16. | Motion for Reconsideration of this Court's Determination that No Auction of FSS Assets Will be Conducted by the Jones Chapter 7 Estate (Docket #1131) |  |  |  |  |
| 17. |  |  |  |  |  |
| 18. |  |  |  |  |  |
| 19. |  |  |  |  |  |
| 20. |  |  |  |  |  |
| 21. | Any pleading or other document filed with the Court on the docket |  |  |  |  |

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | of the above-captioned chapter 7 case |  |  |  |  |
| 22. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party |  |  |  |  |
| 7. | Any exhibit listed by any other party |  |  |  |  |

**<u>WITNESSES</u>**

1.  Any witness and rebuttal witnesses listed by any other party.

Debtor reserves the right to amend and/or supplement this Witness and Exhibit List as necessary in advance of the Hearing. Jones Parties also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, Debtor reserves the right to introduce any previously admitted exhibit.

Dated: September 30, 2025

/s/ Shelby A. Jordan
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
***Jordan & Ortiz, P.C.***
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
            aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR ALEX JONES**

/s/ Ben Broocks
Ben C Broocks
State Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577

Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEX JONES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on September 30, 2025 as well as the following parties.

*/s/ Shelby A. Jordan*
Shelby A. Jordan