# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00617-CV

**EXHIBIT**

**13**

Alexander E. Jones; 22-33553

exhibitsticker.com

**Free Speech Systems, LLC, Appellant**

v.

**Neil Heslin, Scarlett Lewis, David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica Ash, Appellees**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-001835, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Free Speech Systems, LLC appealed from the trial court's August 13, 2025 Order Granting Application for Post-Judgment Turnover and Appointment of Receiver as to Judgment Debtor Free Speech Systems, LLC (Turnover Order). Appellant has filed Appellant's Emergency Motion for Immediate Stay of Void Turnover Order Issued in Violation of the Bankruptcy Automatic Stay (Motion).

Appellees may file a response to the Motion on or before September 15, 2025. We temporarily stay the Turnover Order until further order of this Court pending our review of the Motion and any response.

It is ORDERED August 28, 2025.

Before Chief Justice Byrne, Justices Kelly and Ellis