**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 22-33553 (CML) |
| **ALEXANDER E. JONES**, <br> Debtor. | Chapter 7 |

**THE CONNECTICUT FAMILIES' WITNESS AND EXHIBIT LIST**

| | |
|---|---|
| Judge | Hon. Christopher M. Lopez |
| Hearing Date | Wednesday, October 1, 2025 |
| Hearing Time | 1:00 p.m. (CST) |
| Party's Name | Connecticut Families |
| Attorney's Names | Ryan Chapple and Kyle Kimpler (co-counsel to the Connecticut Families) |
| Attorney's Phone | 512-477-5000 (Ryan Chapple) |
| Nature of Proceeding | The Sandy Hook Families' Emergency Joint Motion for Entry of an Order Confirming that FSS Assets are not Subject to the Automatic Stay [Dkt. No. 1241] |

The Connecticut Families [1] hereby submit this Witness and Exhibit List in connection with the hearing on *The Sandy Hook Families' Emergency Joint Motion for Entry of an Order Confirming that FSS Assets are not Subject to the Automatic Stay* (the "Joint Motion") [Dkt. No. 1241], to be held on Wednesday, October 1, 2025 at 1:00 p.m. (prevailing Central Standard Time).

The Connecticut Families reserve the right to supplement, amend, or revise this Witness and Exhibit List at any time prior to the hearing.  The Connecticut Families

---

[1] The "Connecticut Families" are Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker, and Erica Ash.

reserve the right to supplement this Witness and Exhibit List with new witnesses and additional exhibits. Further, the Connecticut Families reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Connecticut Families further reserve the right to introduce exhibits previously admitted.

## WITNESS LIST

The Connecticut Families may call the following witnesses at the Motion Hearing:

1. Any witness necessary to rebut the testimony of any witness called or designated by any other parties;

2. Any witness listed or called by any other party.

## EXHIBIT LIST

The Connecticut Families may offer for admission into evidence any of the following exhibits at the Motion Hearing:

| No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Order Granting Joint Application for Post-Judgment Turnover Order and Appointment of Receiver (Travis County District Court, Cause No. D-1-GN-18-001835) | | | | |
| 2. | Appellant Free Speech Systems, LLC's Emergency Motion for Immediate Stay of Void Turnover Order Issued in Violation of the Bankruptcy Automatic Stay (Court of Appeals, Third District of Texas, Case No. 03-25-00617-CV) | | | | |

| 3. | Order issued August 28, 2025 (Court of Appeals, Third District of Texas, Case No. 03-25-00617-CV) | | | | |
|---|---|---|---|---|---|
| 4. | Supplemental Order issued September 25, 2024 (SDTX Bankruptcy Case No. 22-60043) | | | | |
| 5. | Hearing Transcript of February 5, 2025 (SDTX Bankruptcy Case No. 22-33553) | | | | |
| 6. | FUAC Denial Order issued March 19, 2025 (SDTX Bankruptcy Case No. 22-33553) | | | | |
| 7. | Hearing Transcript of June 5, 2025 (SDTX Bankruptcy Case No. 22-33553) | | | | |
| | All filings in the Bankruptcy Case [reserved for seeking admission or requesting judicial notice] | | | | |
| | Any exhibits listed, designated, or offered by any other party | | | | |
| | Any exhibits necessary for impeachment and/or for rebuttal purposes | | | | |

Dated: September 30, 2025

Respectfully submitted,

**CAIN & SKARNULIS PLLC**
By: *Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone:  (512) 477-5000
Fax:  (512) 477-5011
E-mail:  rchapple@cstrial.com

**KOSKOFF KOSKOFF & BIEDER, PC**
Alinor C. Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone:  (203) 336-4421
E-mail:  asterling@koskoff.com

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
Kyle J. Kimpler (admitted *pro hac vice*)
Paul Paterson (admitted *pro hac vice*)
Leslie Liberman (admitted *pro hac vice*)
Vida Robinson (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 373-3000
Fax:  (212) 757-3990
E-mail:  kkimpler@paulweiss.com
E-mail:  ppaterson@paulweiss.com
E-mail:  lliberman@paulweiss.com
E-mail:  virobinson@paulweiss.com

*Co-Counsel to the Connecticut Families*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List has been served on counsel for the Trustee, Debtor, the Debtor's Counsel, and all parties receiving or entitled to notice through CM/ECF on this 30th day of September 2025.

*Ryan E. Chapple*
Ryan E. Chapple