UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re:<br>  ALEXANDER E. JONES,<br>  Debtor. | Case No. 22-33553<br>Chapter 7 |
|---|---|

### TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT

**THE TRUSTEE PROPOSES TO ABANDON CERTAIN SCHEDULED ASSETS OF THE ESTATE. IF YOU OPPOSE THE ABANDONMENT, YOU MUST FILE AN OBJECTION WITHIN 14 DAYS AS SET FORTH IN RULE 6007(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE.**

1. The Debtor listed on his post-conversion amended Schedule A/B a 100.00% ownership interest in Free Speech Systems, LLC. DE 749 at 18.

2. The Trustee hereby gives notice of his intent to abandon this ownership interest because it is burdensome to the estate and is of inconsequential value and benefit to the estate. *See* 11 U.S.C. § 554(a); FRBP 6007(a).

3. The Trustee reserves the right to withdraw this notice prior to its becoming effective upon receiving additional information that might bear upon the value of the asset.

Respectfully submitted,

*/s/ Christopher Murray*
602 Sawyer, Suite 400
Houston, TX 77007
Tel. 832-529-3027
chris@jonesmurray.com
*Chapter 7 Trustee*