**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| In re: | |
|---|---|
| ALEXANDER E. JONES, | Case No. 22-33553 |
| Debtor. | Chapter 7 |

## CERTIFICATE OF SERVICE

On October 3, 2025, I caused the *Trustee's Notice of Proposed Abandonment*, DE 1254, to

be served by the United States Postal Service, First Class United States Mail, postage prepaid, on

the parties listed on the attached mailing matrix. I caused these to be served by third-party

vendor BK Attorney Services LLC, whose separate declaration on service is attached.

Dated: October 4, 2025.

/s/ Christopher Murray
602 Sawyer, Suite 400
Houston, TX 77007
Tel. 832-529-3027
chris@jonesmurray.com
*Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

ALEXANDER E JONES

CASE NO: 22-33553

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 1254

On 10/3/2025, a copy of the following documents, described below,

Trustee's Notice of Proposed Abandonment ECF Docket Reference No. 1254

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/3/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christopher Murray

602 Sawyer, Suite 400
Houston, TX  77007

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-33553
SOUTHERN DISTRICT OF TEXAS
FRI OCT 3 12-21-18 PST 2025

EXCLUDE

~~(U)AKIN GUMP STRAUSS HAUER  FELD LLP~~

ALLY BANK
CO QUILLING  SELANDER  ET AL
2001 BRYAN STREET
SUITE 1800
DALLAS  TX 75201-3070

ALLY BANK  CO AIS PORTFOLIO SERVICES
LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

BANK OF AMERICA NA
PO BOX 31785
TAMPA  FL 33631-3785

BLACKBRIAR ADVISORS LLC
3131 MCKINNEY AVE  SUITE 600
DALLAS  TX 75204-2456

CROWE  DUNLEVY
2525 MCKINNON ST
SUITE 425
DALLAS  TX 75201-1543

EXCLUDE

~~(U)DISCOVER FUND MANAGEMENT  INC~~

ELEVATED SOLUTIONS GROUP  LLC
CO WALKER  PATTERSON  PC
PO BOX 61301
HOUSTON  TX 77208-1301

ELLIOTT  THOMASON  GIBSON  LLP
CO VICKIE L DRIVER
SUITE 202
DALLAS  TX 75201 UNITED STATES

EXCLUDE

~~(U)ESTATE OF MARCEL FONTAINE~~

EXCLUDE

~~(U)FIRST UNITED AMERICAN COMPANIES  LLC~~

FREE SPEECH SYSTEMS  LLC
FREE SPEECH SYSTEMS  LLC
CO PATRICK MAGILL
3019 ALVIN DEVANE BLVD
STE 300
AUSTIN  TX 78741-7417

EXCLUDE

~~(U)GLOBAL TETRAHEDRON  LLC~~

EXCLUDE

~~(U)HMP ADVISORY HOLDINGS  LLC DBA
HARNEY PART~~

JONES MURRAY LLP
602 SAWYER SUITE 400
HOUSTON  TX 77007-7510

MARTIN  DISIERE  JEFFERSON  WISDOM  LI
808 TRAVIS  SUITE 1100
HOUSTON  TX 77002-5831

EXCLUDE

~~(U)NN FORENSICS  LLC~~

EXCLUDE

~~(U)NEIL HESLIN  SCARLETT LEWIS  LEONARD
POZNER~~

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
CO MARTY L BRIMMAGE  JR
AKIN GUMP STRAUSS HAUER  FELD LLP
2300 N FIELD STREET  SUITE 1800
DALLAS  TX 75201-4675

PQPR HOLDINGS LIMITED  LLC
CO STREUSAND LANDON OZBURN  LEMMON LLP
ATTN STEPHEN LEMMON
1801 S MOPAC EXPRESSWAY
SUITE 320
AUSTIN  TX 78746-9817

EXCLUDE

~~(U)PUBLIC STORAGE~~

EXCLUDE

~~(U)RACHEL KENNERLY LLC~~

REEVES LAW  PLLC
702 RIO GRANDE ST  SUITE 203
AUSTIN  TX 78701-2720

REYNAL LAW FIRM  PC
917 FRANKLIN ST  SUITE 600
HOUSTON  TX 77002-1764

SECURITY BANK OF TEXAS
PO BOX 90
CRAWFORD  TX 76638-0090

EXCLUDE

(U)TPSWEST LLC

EXCLUDE

(U)TENEO CAPITAL LLC

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CO OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY - COLLECTIONS DIVISION MC
-008
PO BOX 12548
AUSTIN  TX 78711-2548

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENU
KIMBERLY A WALSH
PO BOX 12548
AUSTIN  TX 78711-2548

TRAVIS COUNTY
CO JASON A STARKS
PO BOX 1748
AUSTIN  TX 78767-1748

WOWAI LLC
CO RACHEL A PARISI
100 SOUTHGATE PARKWAY
PO BOX 1997
MORRISTOWN  NJ 07962-1997

EXCLUDE

(U)X CORP

EXCLUDE

4
UNITED STATES BANKRUPTCY COURT
PO BOX 61010
HOUSTON  TX 77208-1010

ADP TOTAL SOURCE INSURANCE
10200 SUNSET DRIVE
MIAMI  FL 33173-3033

ADP TOTALSOURCE PAYROLL
10200 SUNSET DRIVE
MIAMI  FL 33173-3033

ATT
PO BOX 5001
CAROL STREAM  IL 60197-5001

ATX HD
1405 W AVENUE A
LAMPASAS  TX 76550-1531

AWIO WEB SERVICES LLC
6608 TRUXTON LN
RALEIGH  NC 27616-6694

ADDSHOPPERS  INC
222 S CHURCH STREET    410M
CHARLOTTE  NC 28202-3213

AIRCO MECHANICAL  LTD
PO BOX 1598
ROUND ROCK  TX 78680-1598

ALEX  E JONES
CO CROWE  DUNLEVY  PC
ATTN VICKIE L DRIVER
2525 MCKINNON STREET  STE 425
DALLAS  TX 75201-1543

ALEX E JONES
CO JORDAN  ORTIZ  PC
ATTN SHELBY JORDAN
500 NORTH SHORELINE BLVD  STE 900
CORPUS CHRISTI  TX  78401-0658

ALLY AUTO
PO BOX 9001948
LOUISVILLE  KY 40290-1948

EXCLUDE

(D)ALLY BANK
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK  73118-7901

AMAZON MARKETPLACE
AMAZON PAYMENTS  INC
410 TERRY AVE N
SEATTLE  WA 98109-5210

AMAZON WEB SERVICES
410 TERRY AVENUE NORTH
SEATTLE  WA 98109-5210

EXCLUDE

AMERICAN EXPRESS
PO BOX 650448
DALLAS  TX 75265-0448

(D)AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

EXCLUDE

(D)AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMERICAN MEDIAREALITY ZONE
PO BOX 4646
THOUSAND OAKS  CA 91359-1646

ANDREWS  CHRISTOPHER
210 N BEYER STREET
MARION  TX 78124-4014

ATOMIAL  LLC
1920 E RIVERSIDE DRIVE
SUITE A-120 124
AUSTIN  TX 78741-1350

BALCONES RECYCLING INC
PO BOX 679912
DALLAS  TX 75267-9916

EXCLUDE
(D)BANK OF AMERICA NA
PO BOX 31785
TAMPA  FL 33631-3785

BIODEC  LLC
901 S MOPAC EXPRESSWAY
BUILDING 4  STE 285
AUSTIN  TX 78746-6059

BLOTT  JACQUELYN
200 UNIVERSITY BOULEVARD
SUITE 225 251
ROUND ROCK TX 78665-1096

BRENNAN GILMORE
CO CIVIL RIGHTS CLINIC
ATTN ANDREW MENDRALA
600 NEW JERSEY AVENUE  NW
WASHINGTON  DC 20001-2022

CAMPCO
4625 W JEFFERSON BLVD
LOS ANGELES  CA 90016-4006

CARLEE SOTOPARISI
CO RYAN CHAPPLE
CAIN  SKARNULIS
303 COLORADO STREET  STE 2850
AUSTIN  TX 78701-0137

CARLOS SOTO
CO RYAN CHAPPLE
CAIN  SKARNULIS
303 COLORADO STREET  STE 2850
AUSTIN  TX 78701-0137

CHAMBERLAIN HRDLICKA WHITE ET AL
ATTN JARROD B MARTIN
1200 SMITH STREET  STE 1400
HOUSTON  TX 77002-4496

CHELSEA GREEN PUBLISHING
85 NORTH MAIN STREET STE 120
WHITE RIVER JUNCTION  VT 05001-7135

CHRISTOPHER SADOWSKI
CO COPYCAT LEGAL PLLC
3111 N UNIVERSITY DRIVE STE 301
CORAL SPRINGS  FL 33065-5058

CITY OF AUSTIN
CO AUSTIN ENERGY
4815 MULLER
AUSTIN  TX 78723

CLOUDFLARE  INC
DEPT LA 24609
PASADENA  CA 91185-4609

COMPTROLLER OF PUBLIC ACCOUNTS
CO OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY - COLLECTIONS DIVISION MC
-008
PO BOX 12548
AUSTIN TX  78711-2548

CONSTANT CONTACT  INC
1601 TRAPELO ROAD
WATHAM  MA 02451-7357

CUSTOMTATTOONOWCOM
16107 KENSINGTON DR 172
SUGAR LAND  TX 77479-4224

INTERNATIONAL
DAVID ICKE BOOKS LIMITED
CO ICKONIC ENTERPRISES LIMITED
ST HELENS HOUSE KING STREET
DERBY DE1 3EE
UNITED KINGDOM

DE LAGE  FINANCIAL
ATTN LITIGATION  RECOVERY
111 OLD EAGLE SCHOOL ROAD
WAYNE  PA 19087-1453

DEESE  STETSON
328 GREENLAND BLVD 81
DEATH VALLEY  CA 92328-9600

DIRECTTV
PO BOX 006
CAROL STREAM  IL 60197

DONNA SOTO
CO RYAN CHAPPLE
CAIN  SKARNULIS
303 COLORADO STREET  STE 2850
AUSTIN  TX 78701-0137

EPS  LLC
17350 STATE HWY 249  STE 220  4331
HOUSTON  TX 77064-1132

ERM PROTECT
800 SOUTH DOUGLAS ROAD  SUITE 940N
CORAL GABLES  FL 33134-3125

EDGECAST  INC
DEPT CH 18120
PALATINE  IL 60055-0001

ELEVATED SOLUTIONS GROUP
28 MAPLEWOOD DRIVE
COS COB  CT 06807-2601

ERICA L ASH
CO RYAN CHAPPLE
CAIN  SKARNULIS PLLC
303 COLORADO ST  SUITE 2850
AUSTIN  TEXAS 78701-0137

ERICA LAFFERTY
CO ROSEMARIE PAINE
350 ORANGE STREET
NEW HAVEN  CT 06511-6447

ERICA LAFFERTY
CO RYAN CHAPPLE
CAIN  SKARNULIS
303 COLORADO STREET  STE 2850
AUSTIN  TX 78701-0137

FW ROBERT BROADCASTING CO
2730 LOUMOR AVE
METAIRIE  LA 70001-5425

FRANCINE WHEELER
CO RYAN CHAPPLE
CAIN  SKARNULIS
303 COLORADO STREET  STE 2850
AUSTIN  TX 78701-0137

FREE SPEECH SYSTEMS  LLC
3019 ALVIN DEVANE  SUITE 350
AUSTIN  TEXAS 78741-7424

EXCLUDE
(D)FREE SPEECH SYSTEMS LLC
3019 ALVIN DEVANE  SUITE 350
AUSTIN  TEXAS 78741 7424

FROST INSURANCE AGENCY
401 CONGRESS AVENUE  14TH FLOOR
AUSTIN  TX 78701-3793

GABRIELA TOLENTINO
5701 S MOPAC EXPY
AUSTIN  TX 78749-1464

GETTY IMAGES  INC
PO BOX 953604
ST LOUIS  MO 63195-3604

GRACENOTE
29421 NETWORK PLACE
CHICAGO  IL 60673-1294

GREENAIR  INC
23569 CENTER RIDGE ROAD
WESTLAKE  OH 44145-3642

HAIVISION NETWORK VIDEO
DEOT CH 19848
PALATINE  IL 60055-9848

IAN HOCKLEY
CO RYAN CHAPPLE
CAIN  SKARNULIS
303 COLORADO STREET  STE 2850
AUSTIN  TX 78701-0137

IMPACT FIRE SERVICES  LLC
PO BOX 735063
DALLAS  TX 75373-5063

INDEPENDENT PUBLISHERS GROUP
PO BOX 2154
BEDFORD PARK  IL 60499-2154

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA  PA  19101-7346

IRON MOUNTAIN  INC
PO BOX 915004
DALLAS  TX 75391-5004

JCE SEO
6101 BROADWAY
SAN ANTONIO  TX 78209-4561

JW JIB PRODUCTIONS  LLC
2921 CARVELLE DRIVE
RIVIERA BEACH  FL 33404-1855

JACQUELINE BARDEN
CO RYAN CHAPPLE
CAIN  SKARNULIS
303 COLORADO STREET  STE 2850
AUSTIN  TX 78701-0137

JENNIFER HENSEL
CO RYAN CHAPPLE
CAIN  SKARNULIS
303 COLORADO STREET  STE 2850
AUSTIN  TX 78701-0137

JEREMY RICHMAN
CO KOSKOFF KOSKOFF  BIEDER
350 FAIRFIELD AVE
BRIDGEPORT  CT 06604-6014

JILLIAN SOTOMARINO
CO RYAN CHAPPLE
CAIN  SKARNULIS
303 COLORADO STREET  STE 2850
AUSTIN  TX 78701-0137

JUSTIN LAIR
1313 LOOKOUT AVE
KLAMATH FALLS  OR 97601-6533

KI4UCOM
212 OIL PATCH LANE
GONZALES  TX 78629-8028

KASTER LYNCH FARRAR  BALL
ATTN MARK D BANKSTON
1117 HERKIMER
HOUSTON  TX 77008-6745

(P)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION  RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

KOSKOFF KOSKOFF  BIEDER
ATTN ALINOR C STERLING
350 FAIRFIELD AVE
BRIDGEPORT  CT 06604-6002

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

LIT INDUSTRIAL
1717 MCKINNEY AVE 1900
DALLAS   TX 75202-1253

LEONARD POZNER
CO AVI MOSHENBERG
MCDOWELL HETHERINGTON
1001 FANNIN STREET   STE 2700
HOUSTON   TX 77002-6774

LINCOLNREMI GROUP   LLC
1200 BENSTEIN RD
COMMERCE TWP   MI 48390-2200

LOGO IT   LLC
820 TIVY STREET
KERRVILLE   TX 78028-3654

LUMENLEVEL 3 COMMUNICATIONS
PO BOX 910182
DENVER   CO 80291-0182

MRJR HOLDINGS   LLC
PO BOX 27740
LAS VEGAS   NV 89126-7740

MVD ENTERTAINMENT GROUP
203 WINDSOR RD
POTTSTOWN   PA 19464-3405

MAGENTO
PO BOX 204125
DALLAS   TX 75320-4105

MARK BARDEN
CO RYAN CHAPPLE
CAIN   SKARNULIS
303 COLORADO STREET   STE 2850
AUSTIN   TX 78701-0137

MICROSOFT BING ADS
CO MICROSOFT ONLINE   INC
PO BOX 847543
1950 N STEMMONS FWY   STE 5010
DALLAS   TX 75207-3199

MILLER   SEAN
PO BOX 763
WYALUSING   PA 18853-0763

MUSIC VIDEOS DISTRIBUTORS
203 WINDSOR RD
POTTSTOWN   PA 19464-3405

NEIL HESLIN
CO AVI MOSHENBERG
MCDOWELL HETHERINGTON
1001 FANNIN STREET   STE 2700
HOUSTON   TX 77002-6774

NETSUITE INC
BANK OF AMERICA LOCKBOX SERVICES
CHICAGO   IL 60693-0001

NEW RELIC
188 SPEAR STREET   SUITE 1200
SAN FRANCISCO   CA 94105-1752

NEWEGGCOM
9997E ROSE HILLS ROAD
WHITTIER   CA 90601-1701

NICOLE HOCKLEY
CO RYAN CHAPPLE
CAIN   SKARNULIS
303 COLORADO STREET   STE 2850
AUSTIN   TX 78701-0137

ONE PARTY AMERICA   LLC
6700 WOODLANDS PARKWAY   SUITE 230309
THE WOODLANDS   TX 77382-2575

ORKIN   INC
5810 TRADE CENTER DRIVE   SUITE 300
AUSTIN   TX 78744-1365

PQPR HOLDINGS LIMITED   LLC
CO STEPHEN LEMMON
1801 S MOPAC EXPRESSWAY
SUITE 320
AUSTIN   TX 78746-9817

PAYARC
411 WEST PUTNAM AVENUE   STE 340
GREENWICH   CT 06830-6233

PAYMENTUS
18390 NE 68TH ST
REDMOND   WA 98052-5057

PERFECT IMPRINTSCOM
709 EGLIN PKWY NE
FORT WALTON BEACH   FL 32547-2527

PERKINS   WES
GENERAL DELIVERY
LOCKHART   TX 78644-9999

PIPE HITTERS UNION   LLC
PO BOX 341194
AUSTIN   TX 78734-0020

POST HILL PRESS   LLC
8115 ISABELLA LANE   STE 4
BRENTWOOD   TN 37027-9110

POULSEN   DEBRA
112 EAMES ST
ELKHORN   WI 53121-1228

POWER REVIEWS  INC
1 N DEARBORN STREET
CHICAGO  IL 60602-4331

PRECISION  OXYGEN
13807 THERMAL DR
AUSTIN  TX 78728-7735

PRECISION CAMERA
2438 W ANDERSON LN
AUSTIN  TX 78757-1149

PRIVATE JETS  LLC
1250 E HALLANDALE BEACH BLVD  SUITE 505
HALLANDALE  FL 33009-4635

PROTECTION 1 ALARM
PO BOX 219044
KANSAS CITY  MO 64121-9044

PUBLIC STORAGE
2301 E BEN WHITE BLVD
AUSTIN  TX 78741-7110

RANDAZZA LEGAL GROUP  PLLC
2764 LAKE SAHARA DRIVE  SUITE 109
LAS VEGAS  NV 89117-3400

RATSMEDICALCOM
CO RAPID MEDICAL
120 N REDWOOD RD
NORTH SALT LAKE  UT 84054-2792

READY ALLIANCE GROUP  INC
PO BOX 1709
SANDPOINT  ID 83864-0901

REEVES LAW  PLLC
ATTN BRADLEY REEVES
702 RIO GRANDE ST  STE 203
AUSTIN  TX 78701-2720

RENAISSANCE
PO BOX 8036
WISCONSIN RAPIDS  WI 54495-8036

RESTORE AMERICA
PO BOX 147
GRIMSLEY  TN 38565-0147

RICHARD COAN
CHAPTER 7 TRUSTEE FOR DEBTOR ERICA
LAFFE
CO ERIC HENRY
10 MIDDLE STREET
BRIDGEPORT  CT 06604-4257

ROBERT PARKER
CO RYAN CHAPPLE
CAIN  SKARNULIS
303 COLORADO STREET  STE 2850
AUSTIN  TX 78701-0137

SLNT
30 N GOULD ST  STE 20647
SHERIDAN  WY 82801-6317

SCARLETT LEWIS
CO AVI MOSHENBERG
MCDOWELL HETHERINGTON
1001 FANNIN STREET  STE 2700
HOUSTON  TX 77002-6774

SECURITY BANK OF CRAWFORD
PO BOX 90
CRAWFORD  TX 76638-0090

SIMON  SCHUSTER
PO BOX 70660
CHICAGO  IL 60673-0660

SINTECMEDIA NYC  INC DBA OPERATIVE
PO BOX 200663
PITTSBURGH  PA 15251-2662

SKOUSEN  JOEL
PO BOX 565
SPRING CITY  UT 84662-0565

SKYHORSE PUBLISHING
307 WEST 36TH STREET  11TH FLOOR
NEW YORK  NY 10018-6592

SPARKLETTS  SIERRA SPRINGS
PO BOX 660579
DALLAS  TX 75266-0579

SPECTRUM ENTERPRISE
AKA TIME WARNER CABLE
1600 DUBLIN ROAD
COLUMBUS  OH 43215-2098

STAMPSCOM
1990 E GRAND AVE
EL SEGUNDO  CA 90245-5013

STONE EDGE TECHNOLOGIES  INC
660 AMERICAN AVENUE  SUITE 204
KING OF PRUSSIA  PA 19406-4032

STRATUS TECHNOLOGIES
5 MILL  MAIN PLACE  SUITE 500
MAYNARD  MA 01754-2660

STUDIO 2426  LLC
1920 E RIVERSIDE DRIVE  SUITE A120
AUSTIN  TX 78741-1350

Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SYNERGY NORTH AMERICA  INC
11001 W 120TH AVENUE  SUITE 400
BROOMFIELD  CO 80021-3493

CANADA
TD CANADA TRUST
421 7TH AVENUE SW
CALGARY  AB T2P 4K9  CANADA

TEXAS COMPTROLLER
PO BOX 13003
AUSTIN  TX 78711-3003

TEXAS DISPOSAL SYSTEMS  INC
PO BOX 674090
DALLAS  TX 75267-4090

TEXAS GAS SERVICE
PO BOX 219913
KANSAS CITY  MO 64121-9913

TEXTEDLY
133 N CITRUS AVE  SUITE 202
LOS ANGELES  CA 90036

THE CREATIVE GROUP
CO ROBERT HALF
2884 SAND HILL ROAD  STE 200
MENLO PARK  CA 94025-7072

THE ESTATE OF MARCEL FONTAINE
CO MCDOWELL HETHERINGTON LLP
ATTN AVI MOSHENBERG
100 FANNIN  STE 2700
HOUSTON  TX 77002-1915

THE HARTFORD
PO BOX 14219
LEXINGTON  KY 40512-4219

THE LANGLEY LAW FIRM PC
1803 WEST AVENUE
AUSTIN  TX 78701-1038

THE STEAM TEAM  INC
1904 W KOEING LANE
AUSTIN  TX 78756-1211

THIRD COAST GRAPHICS  INC
110 DEL MONTE DR
FRIENDSWOOD  TX 77546-4487

THOMAS  DAVID
79 MALONE HILL ROAD
ELMA  WA 98541-9206

TRAVELERS
PO BOX 660317
DALLAS  TX 75266-0317

TRAVIS COUNTY
PO BOX 149328
AUSTIN  TX 78714-9328

TRAVIS COUNTY CO JASON A STARKS
PO BOX 1748
AUSTIN  TEXAS 78767-1748

US LEGAL SUPPORT
PO BOX 4772
HOUSTON  TX 77210-4772

US TRUSTEES OFFICE
515 RUSK AVENUE  SUITE 3516
HOUSTON  TEXAS 77002-2604

US TRUSTEE
OFFICE OF THE US TRUSTEE
515 RUSK AVE
STE 3516
HOUSTON  TX 77002-2604

ULINE SHIPPING SUPPLY
12575 ULINE DRIVE
PLEASANT PRARIE  WI 53158-3686

VAZQUEZ  VALDEMAR RODRIGUEZ
145 QUAIL RIDGE DRIVE
KYLE TX 78640-9788

VERIZON
PO BOX 660108
DALLAS  TX 75266-0108

VERIZON EDGECAST
13031 WEST JEFFERSON BLVD  BLDG 900
LOS ANGELES  CA 90094-7002

VERONIQUE DE LA ROSA
CO AVI MOSHENBERG
MCDOWELL HETHERINGTON
1001 FANNIN STREET  STE 2700
HOUSTON  TX 77002-6774

VULTR
14 CLIFFWOOD AVENUE  SUITE 300
MATAWAN  NJ 07747-3931

WMQMAM 1600
21 STEPHEN HILL ROAD
ATOKA  TN 38004-7183

WWCR
1300 WWCR AVENUE
NASHVILLE  TN 37218-3800

Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

WASTE CONNECTIONS LONE STAR INC
PO BOX 17608
AUSTIN TX 78760-7608

WATER EVENTPURE WATER SOLUTIONS
1310 MISSOURI ST
SOUTH HOUSTON TX 77587-4537

INTERNATIONAL
WATSON PAUL
9 RIVERDALE ROAD
RANMOOR SHEFFIELD
SOUTH YORKSHIRE S10 3FA
UNITED KINGDOM

WESTWOOD ONE LLC
3542 MOMENTUM PLACE
CHICAGO IL 60689-5335

WHEELER DAVID
CO RYAN CHAPPLE
CAIN SKARNULIS
303 COLORADO STREET STE 2850
AUSTIN TX 78701-0137

WILLIAM ALDENBERG
CO RYAN CHAPPLE
CAIN SKARNULIS
303 COLORADO STREET STE 2850
AUSTIN TX 78701-0137

WILLIAM SHERLACH
CO RYAN CHAPPLE
CAIN SKARNULIS
303 COLORADO STREET STE 2850
AUSTIN TX 78701-0137

WILLOW GROVE PRODUCTIONS
1810 ROCKCLIFF ROAD
AUSTIN TX 78746-1215

WISCONSIN DEPT OF REVENUE
PO BOX 3028
MILWAUKEE WI 53201-3028

YOUR PROMOTIONAL PRODUCTS LLC
133 NORTH FRIENDSWOOD STE 186
FRIENDSWOOD TX 77546-3746

ZENDESK INC
989 MARKET STREET
SAN FRANCISCO CA 94103-1708

ZOOM US
55 ALMADEN BLVD 6TH FLOOR
SAN JOSE CA 95113-1608

EBAY
2025 HAMILTON AVENUE
SAN JOSE CA 95125-5904

ECOMMERCE CDN LLC
221 E 63RD STREET
SAVANNAH GA 31405-4226

MONGODB CLOUD
1633 BROADWAY 39TH FLOOR
NEW YORK NY 10019-6899

DEBTOR
ALEXANDER E JONES
CO 2525 MCKINNON STREET
SUITE 425
DALLAS TX 75201

BEN C BROOCKS
BROOCKS LAW FIRM PLLC
6207 BEE CAVE ROAD
SUITE 120
AUSTIN TX 78746-5048

EXCLUDE
(U)CARLEE SOTO PARISI

EXCLUDE
(U)CARLOS M SOTO

CHRISTOPHER R MURRAY
JONES MURRAY LLP
602 SAWYER ST
STE 400
HOUSTON TX 77007-7510

EXCLUDE
(U)DAVID WHEELER

EXCLUDE
(U)DAVID ROSS JONES

EXCLUDE
(U)DONNA SOTO

ERICA L ASH
CO CAIN SKARNULIS PLLC
303 COLORADO STREET
SUITE 2850
AUSTIN TX 78701-0137

FRANCINE WHEELER
CAIN SKARNULIS PLLC
RYAN E CHAPPLE
303 COLORADO STREET
SUITE 2850
AUSTIN TX 78701-0137

EXCLUDE
(U)IAN HOCKLEY

EXCLUDE
(U)JACQUELINE BARDEN

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE
(U)JENNIFER HENSEL

EXCLUDE
(U)JILLIAN SOTOMARINO

LEONARD POZNER
CO MCDOWELL HETHERINGTON LLP
ATTENTION AVI MOSHENBERG
1001 FANNIN STREET
SUITE 2700
HOUSTON   TX 77002-6774

MARCEL FONTAINE
CO MCDOWELL HETHERINGTON LLP
ATTENTION AVI MOSHENBERG
1001 FANNIN
SUITE 2700
HOUSTON   TX 77002-6774

EXCLUDE
(U)MARK BARDEN

NEIL HESLIN
CO MCDOWELL HETHERINGTON LLP
ATTENTION AVI MOSHENBERG
1001 FANNIN STREET
SUITE 2700
HOUSTON   TX 77002-6774

EXCLUDE
(U)NICOLE HOCKLEY

RICHARD M COAN
CO CAIN  SKARNULIS PLLC
303 COLORADO STREET
SUITE 2850
AUSTIN   TX 78701-0137

EXCLUDE
(U)ROBERT PARKER

ROBERT WYN YOUNG
1421 LEXINGTON AVENUE  180
MANSFIELD  OH 44907-2629

SCARLETT LEWIS
CO MCDOWELL HETHERINGTON LLP
ATTENTION AVI MOSHENBERG
1001 FANNIN STREET
SUITE 2700
HOUSTON   TX 77002-6774

SHELBY A JORDAN
JORDAN  ORTIZ  PC
500 N SHORELINE BLVD
STE 804
CORPUS CHRISTI   TX 78401-0335

VERONIQUE DE LA ROSA
CO MCDOWELL HETHERINGTON LLP
ATTENTION AVI MOSHENBERG
1001 FANNIN STREET
SUITE 2700
HOUSTON   TX 77002-6774

EXCLUDE
(U)WILLIAM ALDENBERG

EXCLUDE
(U)WILLIAM SHERLACH