United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 21, 2024

Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-60043 |
| FREE SPEECH SYSTEMS LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | CHAPTER 11 |

<div style="border:2px solid black;">

**EXHIBIT**

**3**

Alexander E. Jones; 22-33553
</div>

## <u>ORDER DISMISSING CASE</u>

For the reasons stated on the record at the hearing held on June 14, 2024, this case is dismissed. It is further ORDERED:

1. The employment of all professionals retained in these chapter 11 cases and the Subchapter V Trustee's service is terminated. Except as otherwise set forth below, the Debtor's CRO shall have no further responsibilities with respect to the Debtor's operations.

2. The CRO is authorized to transfer control and signing authority with respect to the Debtor's bank accounts to Christopher R. Murray in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Alexander Jones, Case No. 22-33553.

3. Final applications for compensation shall be filed no later than 14 days after entry of this Order.

4. This Court shall retain exclusive jurisdiction over the following matters:

   a. Adversary Proceeding No. 24-3038, *Elevated Solutions Group, LLC v. Free Speech Systems LLC, et al.*;

   b. Adversary Proceeding No. 23-3127, *Free Speech Systems LLC v. PQPR, Limited Holdings LLC, et al.*;

   c. Adversary Proceeding No. 22-3331, *Neil Heslin, et al. v. Alex E. Jones, et al.*; and

   d. Applications for approval of professional fees and expenses.

5. The Court retains jurisdiction to interpret and enforce this Order.

Signed: June 21, 2024

_____

Christopher Lopez
United States Bankruptcy Judge