**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:  ALEXANDER E. JONES** | § | |
| | § | **CASE NO. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | **Chapter 7** |

**ORDER GRANTING MOTION FOR RECONSIDERATION AND REHEARING OF
THIS COURT'S ORDER CONFIRMING THAT FSS ASSETS ARE NOT PROPERTY
OF THE ESTATE OF ALEXANDER E. JONES AND
NOT SUBJECT TO THE AUTOMATIC STAY
[Dkt. No. 1251]
AND RENEWED REQUEST FOR THE PENDING RELIEF OF A PRIVATE
SALE OF THE FSS ASSETS FOR CASH
[Dkt. No. 1131, 1248[1]]**

Upon consideration of the Motion for Reconsideration and Rehearing of This Court's Order

Confirming That FSS Assets are not Property of the Estate of Alexander E. Jones and Not Subject

to the Automatic Stay [Dkt. No. 1251] and Renewed Request for the Pending Relief of a Private

Sale of the FSS Assets for Cash [Dkt. No. 1131, 1248] (the "Motion") the record of this case, and

the proceedings before the Court related to the Motion, if any, the Court finds that: (i) the Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding

pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and

1409; (iv) the Motion is in full compliance with all applicable provisions of the Bankruptcy Code,

Bankruptcy Rules, Local Bankruptcy Rules of the Southern District of Texas, and orders and

procedures of this Court; (v) there was proper and adequate notice of the Motion and no other or further

notice is necessary under the circumstances; (vi) the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and (vii) the relief sought in the Motion is in the best

---

[1]     *See*, p. 51, p. 25 of Dkt. No. 1248.

interest of the Debtor, the Estate, and its creditors; and (viii) that the relief requested in Motion should

be granted.

It is **ORDERED** that:

1.  Motion for Reconsideration and Rehearing of This Court's Order Confirming That FSS Assets are not Property of the Estate of Alexander E. Jones and Not Subject to the Automatic Stay [Dkt. No. 1251] and Renewed Request for the Pending Relief of a Private Sale of the FSS Assets for Cash [Dkt. No. 1131, 1248] is GRANTED.

Signed: _____                    _____

                                            Christopher Lopez
                                            United States Bankruptcy Judge