**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 7** |
| | § |
| **ALEXANDER E. JONES,** | § **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |
| | § |

**ORDER GRANTING FOURTH INTERIM FEE APPLICATION**
**OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7**
**TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM MAY 1, 2025 THROUGH AND INCLUDING JULY 31, 2025**
**(Relates to Docket No. 1237)**

The Court has considered the Fourth Interim Application of Porter Hedges LLP (the

"***Applicant***"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance

of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 through and

including July 31, 2025 (the "Application").  The Court orders:

1.       The Applicant is allowed interim compensation in the amount of **$108,317.00** and

reimbursement of actual and necessary expenses in the amount of **$16,293.46** for the period set

forth in the Application.

2.       The Trustee is authorized to disperse **$21,663.40** which represents the unpaid

amounts allowed by paragraph 1 of this Order.

SIGNED: _____, 2025.

_____
**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

17475386