**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | §   **Chapter 7** |
| **ALEXANDER E. JONES,** | § |
| | §   **Case No. 22-33553 (CML)** |
| **Debtor.** | § |
| | § |
| | § |
| | § |
| | § |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH INTERIM FEE APPLICATION OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR THE CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2025 THROUGH AND INCLUDING JULY 31, 2025**
**[This Order relates to Docket No. 1239]**

1. On September 15, 2025, Jones Murray LLP ("JM"), as bankruptcy co-counsel for Christopher R. Murray, the Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones, filed its *Fourth Interim Fee Application* [Docket No. 1239] ("Application") for the allowance of compensation and reimbursement of expense for the period from May 1, 2025 through and including July 31, 2025 ("Application Period").

2. The deadline for receipt of responses to the Application has passed.

3. The undersigned represents to the Court that the Trustee is unaware of any objection to the Application appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no part has filed an objection to the relief sought in the Application.

4. On September 22, 2025, Alexander E. Jones filed his *Reservation of Rights of Objections to (I) Fourth Interim Fee Application of Porter Hedges LLP (#1237); and (II) Fourth Interim Fee Application of Jones Murray LLP (#1239)* [Docket No. 1240], which is not an objection to the Application but a reservation of rights regarding final fee applications.

1

5.     Attached hereto is the proposed order filed with the Application at Docket No. 1239-5 ("Proposed Order").

6.     The Trustee respectfully requests that the Court enter the Proposed Order attached hereto.

Dated: October 9, 2025                          Respectfully submitted,

                                                **JONES MURRAY LLP**

                                                By: */s/Jacqueline Q. Chiba*
                                                Erin E. Jones (Bar No. 24032478)
                                                Jacqueline Q. Chiba (Bar No. 24116899)
                                                602 Sawyer Street, Suite 400
                                                Houston, TX 77007
                                                Telephone: (832) 529-1999
                                                Facsimile: (832) 529-3393
                                                erin@jonesmurray.com
                                                jackie@jonesmurray.com

                                                *General Bankruptcy Co-Counsel*
                                                *for Christopher R. Murray, Chapter 7 Trustee*


**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 9, 2025, I caused a copy of the forgoing document to be served by Electronic Case Filing System for the U.S. Bankruptcy Court for the Southern District of Texas on all parties receiving electronic service in this bankruptcy case.

                                                */s/Jacqueline Q. Chiba*
                                                Jacqueline Q. Chiba

2