**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| **In re:** | § |
|  | § **Chapter 7** |
| **ALEXANDER E. JONES,** | § |
|  | § **Case No. 22-33553 (CML)** |
| **Debtor.** | § |
|  | § |
|  | § |

**ORDER GRANTING FOURTH INTERIM FEE APPLICATION
OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7
TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>FROM MAY 1, 2025 THROUGH AND INCLUDING JULY 31, 2025</u>
(Relates to Docket No. _____)**

The Court has considered the Fourth Interim Application of Jones Murray LLP (the

"*Applicant*"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance

of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 through and

including July 31, 2025 (the "<u>Application</u>").  The Court orders:

1.      The Applicant is allowed interim compensation in the amount of **$145,669.50** and

reimbursement of actual and necessary expenses in the amount of **$1,145.12** for the period set forth

in the Application.

2.      The Trustee is authorized to disburse **$29,133.90** which represents the unpaid

amounts allowed by paragraph 1 of this Order.

SIGNED: _____, 2025.

_____
**HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE**