**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: § | |
| § | **Chapter 7** |
| **ALEXANDER E. JONES,** § | |
| § | **Case No. 22-33553 (CML)** |
| Debtor. § | |
| § | |

**SIXTEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | September 1, 2025 through and including September 30, 2025 |
| **Interim Fees Incurred:** | $23,861.50 |
| **Interim Payment of Fees Requested (80%):** | $19,089.20 |
| **Interim Expenses Incurred:** | $2,331.35 |
| **Total Fees and Expenses Due:** | $21,420.55 |

This is the Sixteenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17882971

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Sixteenth Monthly Fee Statement (the "Fee Statement") for the period from September 1, 2025 through September 30, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $23,861.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,331.35 (the "Expenses"), for the period from September 1, 2025 through September 30, 2025. Eighty percent (80%) of the fees equals $19,089.20 and one hundred percent (100%) of the Expenses equals $2,331.35 for a total requested amount of $21,420.55.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $19,089.20 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,331.35 in the total amount of $21,420.55.

Dated:  October 9, 2025.
        Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on October 9, 2025.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

17882971

# **EXHIBIT 1**

## SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 24.20 | 20,211.00 |
| Asset Disposition | 0.00 | 0.00 |
| Employment/Fee Application | 4.90 | 3,650.50 |
| Tax Matters | 0.00 | 0.00 |
|  |  |  |
| **TOTAL** | **29.10** | **23,861.50** |

17882971

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 499.85 |
| Computer Services | 1,831.50 |
| | |
| **TOTAL** | **2,331.35** |

17882971

# **EXHIBIT 3**

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $995.00 | 7.60 |
| Heather K. Hatfield | $925.00 | 2.00 |
| Michael B. Dearman | $745.00 | 15.60 |
| Jordan T. Stevens | $725.00 | 3.90 |
|  |  |  |
| **TOTAL** |  | **29.10** |

17882971

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | October 08, 2025 |
| Invoice Num.: | 583081 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:      Alex Jones

For professional services rendered and costs incurred through September 30, 2025

| | |
|---|---|
| Professional Fees | 23,861.50 |
| Disbursements | 2,331.35 |
| **Total Amount Due** | **$26,192.85** |

EXHIBIT 4

**PORTER HEDGES LLP**

| | |
|---|---:|
| Invoice Date: | October 08, 2025 |
| Invoice Num.: | 583081 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 09/01/2025 | MBD | Begin drafting fourth interim fee application. | 0.50 | 372.50 |
| 09/02/2025 | JWW | Emails with Trustee regarding next steps with assets. | 0.30 | 298.50 |
| 09/02/2025 | MBD | Continue drafting fourth interim fee application. | 1.00 | 745.00 |
| 09/03/2025 | JWW | Emails with Trustee regarding motion for abandonment and review and edit same. | 0.50 | 497.50 |
| 09/03/2025 | MBD | Update motion related to FSS assets (1.3); continue drafting interim fee application (.6). | 1.90 | 1,415.50 |
| 09/04/2025 | JWW | Conference with Trustee team regarding asset abandonment and status of receivership. | 0.30 | 298.50 |
| 09/05/2025 | MBD | Conference with E. Jones regarding case issues and adversary proceedings (.5); draft limited responses and reservations of rights (.3); continue drafting fee application (.1). | 0.90 | 670.50 |
| 09/08/2025 | MBD | Continue drafting and revising fourth interim fee application. | 0.50 | 372.50 |
| 09/08/2025 | JWW | Emails regarding response to motion to withdraw reference and related issues in pending adversary proceedings. | 0.20 | 199.00 |
| 09/09/2025 | MBD | Revise PH fee application (.1); correspond with Trustee regarding same (.1). | 0.20 | 149.00 |
| 09/11/2025 | JWW | Weekly call with Trustee and team regarding case status. | 0.30 | 298.50 |
| 09/11/2025 | MBD | Conference with E. Jones, J. Wolfshohl, and J. Stevens regarding case strategy. | 0.30 | 223.50 |
| 09/12/2025 | MBD | Correspond with C. Murray regarding fee application. | 0.10 | 74.50 |
| 09/15/2025 | MBD | Correspond with C. Murray regarding fee application (.1); correspond with M. Webb and E. Garfias regarding same (.1); finalize fee application and exhibits (.6). | 0.80 | 596.00 |
| 09/18/2025 | MBD | Conference with E. Jones regarding case status and strategy. | 0.50 | 372.50 |

**PORTER HEDGES LLP**

| | | Invoice Date: | October 08, 2025 |
|---|---|---|---|
| | | Invoice Num.: | 583081 |
| | | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/19/2025 | MBD | Analyze state court filings. | 0.30 | 223.50 |
| 09/22/2025 | MBD | Attention to reservation of rights regarding fee applications (.1); conference with J. Wolfshohl regarding case issues (.1). | 0.20 | 149.00 |
| 09/23/2025 | JWW | Conference with E. Jones regarding open issues in case and next steps with asset sales/abandonment. | 0.50 | 497.50 |
| 09/24/2025 | JWW | Conferences with C. Murray and E. Jones regarding open issues in case. | 0.90 | 895.50 |
| 09/25/2025 | JWW | Weekly phone conference with Trustee team regarding case developments (.8); follow-up call with H. Hatfield and Trustee team regarding information request (.8). | 1.60 | 1,592.00 |
| 09/25/2025 | MBD | Conference regarding case issues (.5); conference with PH team regarding case issues (.5); conference with H. Hatfield regarding same (.1); analyze case issues (.3). | 1.40 | 1,043.00 |
| 09/25/2025 | HKH | Review information request (.8); calls with C. Murray, J. Wolfshohl, M. Dearman and J. Stevens regarding same (.9). | 1.70 | 1,572.50 |
| 09/25/2025 | JTS | Prepare for and attend strategy session with J. Wolfshohl, M. Dearman, E. Jones, and the Trustee (.8); conduct legal research and analysis and attend additional discussion with J. Wolfshohl, M. Dearman, the Trustee, and H. Hatfield (.9). | 1.70 | 1,232.50 |
| 09/26/2025 | JWW | Review motion filed by TX/CT plaintiffs and emails with Trustee team regarding same. | 0.70 | 696.50 |
| 09/26/2025 | MBD | Analyze case law governing compliance issues (.8); review and analyze Sandy Hook Families Emergency Motion (.3); conference with E. Jones regarding same (.3); attention to correspondence with Trustee and PH team regarding same (.1). | 1.50 | 1,117.50 |
| 09/28/2025 | MBD | Analyze case law governing trustee duties (1.4); draft analysis of same (.2). | 1.60 | 1,192.00 |
| 09/29/2025 | JWW | Review docket and pleadings related to hearing on emergency motion (.3); conference with client regarding | 0.90 | 895.50 |

**PORTER HEDGES LLP**

|  |  | Invoice Date: | October 08, 2025 |
|---|---|---|---|
|  |  | Invoice Num.: | 583081 |
|  |  | Matter Number: | 018577-0001 |

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
|  |  | hearing and preparation (.4); review A. Jones objection and emails with client regarding same (.2). |  |  |
| 09/29/2025 | HKH | Call and emails with M. Dearman regarding research related information request (.2); confer with J. Wolfshohl regarding same (.1). | 0.30 | 277.50 |
| 09/29/2025 | MBD | Conference with J. Wolfshohl regarding case strategy (.2); analyze trustee duties (.3); continue draft analysis and correspond with J. Wolfshohl and H. Hatfield regarding same (1.0); conference with H. Hatfield regarding same (.1); analyze Jones objection (.2); correspond with Trustee and PH team regarding same (.1); conference with Trustee E. Jones, and PH team regarding emergency motion (.4); prepare for emergency hearing (.5). | 2.80 | 2,086.00 |
| 09/29/2025 | JTS | Review and analyze correspondence received by the Trustee requesting information (.5); conduct legal research and analysis regarding appropriate next steps in light of the same (1.7). | 2.20 | 1,595.00 |
| 09/30/2025 | MBD | Conference with E. Jones regarding case issues (.4); review hearing transcripts (.2); conference with C. Murray, E. Jones, and J. Wolfshohl regarding hearing preparations (.5). | 1.10 | 819.50 |
| 09/30/2025 | JWW | Review witness and exhibit lists and prepare for hearing (.8); conference with Trustee team regarding same (.6). | 1.40 | 1,393.00 |
| **Total** |  |  | **29.10** | **$23,861.50** |
| **Total Services** |  |  |  | **$23,861.50** |

**Timekeeper Summary**

| **Initials** | **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 7.60 | 995.00 | 7,562.00 |
| HKH | Heather K. Hatfield | Partner | 2.00 | 925.00 | 1,850.00 |
| MBD | Michael B. Dearman | Associate | 15.60 | 745.00 | 11,622.00 |
| JTS | Jordan T. Stevens | Associate | 3.90 | 725.00 | 2,827.50 |

**PORTER HEDGES LLP**

|  |  |
|---|---:|
| Invoice Date: | October 08, 2025 |
| Invoice Num.: | 583081 |
| Matter Number: | 018577-0001 |

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Total** | | | **29.10** | | **$23,861.50** |

**Cost Summary**

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | 499.85 |
| Computer Services | 1,831.50 |
| **Total Disbursements** | **$2,331.35** |

| | |
|---|---:|
| **Total This Invoice** | **$26,192.85** |