United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 10, 2025

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| **In re:** | § |
| | § **Chapter 7** |
| **ALEXANDER E. JONES,** | § |
| | § **Case No. 22-33553 (CML)** |
| **Debtor.** | § |
| | § |
| | § |

**ORDER GRANTING FOURTH INTERIM FEE APPLICATION
OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7
TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM MAY 1, 2025 THROUGH AND INCLUDING JULY 31, 2025**
(Relates to Docket No. 1237)

The Court has considered the Fourth Interim Application of Porter Hedges LLP (the "***Applicant***"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 through and including July 31, 2025 (the "Application").  The Court orders:

1.      The Applicant is allowed interim compensation in the amount of **$108,317.00** and reimbursement of actual and necessary expenses in the amount of **$16,293.46** for the period set forth in the Application.

2.      The Trustee is authorized to disperse **$21,663.40** which represents the unpaid amounts allowed by paragraph 1 of this Order.

Signed:  October 10, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

17475386