United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 10, 2025

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| **In re:** | § |
| | § **Chapter 7** |
| **ALEXANDER E. JONES,** | § |
| | § **Case No. 22-33553 (CML)** |
| **Debtor.** | § |
| | § |
| | § |
| | § |

**ORDER GRANTING FOURTH INTERIM FEE APPLICATION**
**OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7**
**TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM MAY 1, 2025 THROUGH AND INCLUDING JULY 31, 2025**
**(Relates to Docket No. 1237)**

The Court has considered the Fourth Interim Application of Porter Hedges LLP (the "*Applicant*"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 through and including July 31, 2025 (the "Application"). The Court orders:

1.     The Applicant is allowed interim compensation in the amount of **$108,317.00** and reimbursement of actual and necessary expenses in the amount of **$16,293.46** for the period set forth in the Application.

2.     The Trustee is authorized to disperse **$21,663.40** which represents the unpaid amounts allowed by paragraph 1 of this Order.

Signed:  October 10, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

17475386

United States Bankruptcy Court

Southern District of Texas

| In re: | Case No. 22-33553-cml |
|---|---|
| Alexander E. Jones | Chapter 7 |
| Official Committee Of Unsecured Creditor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: pdf002 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| aty | + | Anna Kordas, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-1000, UNITED STATES 10036-6730 |
| aty | + | Crowe & Dunlevy, 2525 McKinnon St, Suite 425, Dallas, TX 75201-1543 |
| aty | + | David Franklin Hill, IV, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | | Elliott, Thomason & Gibson, LLP, c/o Vickie L. Driver, Suite 202, Dallas, TX 75201, UNITED STATES |
| aty | + | Jonathan Day, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Jones Murray LLP, 602 Sawyer Suite 400, Houston, Tx 77007-7510 |
| aty | + | Leslie E. Liberman, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Martin, Disiere, Jefferson & Wisdom, LLP, 808 Travis, Suite 1100, Houston, TX 77002-5831 |
| aty | + | Paul Andrew Paterson, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Reynal Law Firm, P.C., 917 Franklin St., Suite 600, Houston, TX 77002-1764 |
| aty | + | Richard A. Cochrane, Caldwell Cassady Curry PC, 2121 N. Pearl St., Ste. 1200, Dallas, TX 75201-2494 |
| aty | + | Theodore James Salwen, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| fa | + | BlackBriar Advisors LLC, 3131 McKinney Ave., Suite 600, Dallas, TX 75204-2456 |
| cr | + | Elevated Solutions Group, LLC, c/o Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Free Speech Systems, LLC, Free Speech Systems, LLC, c/o Patrick Magill, 3019 Alvin Devane Blvd., Ste 300 Austin,, TX 78741-7417 |
| cr | + | Reeves Law, PLLC, 702 Rio Grande St., Suite 203, Austin, TX 78701-2720 |
| intp | + | Robert Wyn Young, 1421 Lexington Avenue, #180, Mansfield, OH 44907, UNITED STATES 44907-2629 |
| cr | + | Security Bank of Texas, P.O. Box 90, Crawford, Tx 76638-0090 |
| intp | + | WOW.AI LLC, c/o Rachel A. Parisi, 100 Southgate Parkway, P.O. Box 1997, Morristown, NJ 07962-1997 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Oct 10 2025 20:20:35 | Ally Bank, c/o Quilling, Selander, et al, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 20:25:44 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Oct 10 2025 20:26:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 10 2025 20:21:00 | Bank of America N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| cr | + | Email/Text: notifications@cstrial.com | Oct 10 2025 20:23:00 | Erica L. Ash, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701, UNITED STATES 78701-0137 |
| cr | + | Email/Text: notifications@cstrial.com | Oct 10 2025 20:23:00 | Francine Wheeler, Cain & Skarnulis PLLC, Ryan |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: pdf002 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | | E. Chapple, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| crcm | + | Email/Text: mbrimmage@akingump.com | Oct 10 2025 20:23:00 | Official Committee Of Unsecured Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: lemaster@slollp.com | Oct 10 2025 20:22:00 | PQPR Holdings Limited, LLC, c/o Streusand Landon Ozburn & Lemmon LLP, attn: Stephen Lemmon, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | + | Email/Text: notifications@cstrial.com | Oct 10 2025 20:23:00 | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| cr | ^ | MEBN | Oct 10 2025 20:19:27 | Texas Comptroller of Public Accounts, c/o Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, tx 78711-2548 |
| cr | ^ | MEBN | Oct 10 2025 20:19:27 | Texas Comptroller of Public Accounts, Revenue Acco, Kimberly A. Walsh, PO Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Oct 10 2025 20:23:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Carlee Soto Parisi |
| cr | | Carlos M Soto |
| intp | | David Ross Jones |
| cr | | David Wheeler |
| intp | | Discover Fund Management, Inc. |
| cr | | Donna Soto |
| cr | | Estate of Marcel Fontaine |
| intp | | First United American Companies, LLC |
| intp | | Global Tetrahedron, LLC |
| fa | | HMP Advisory Holdings, LLC d/b/a Harney Partners |
| cr | | Ian Hockley |
| cr | | Jacqueline Barden |
| cr | | Jennifer Hensel |
| cr | | Jillian Soto-Marino |
| cr | | Mark Barden |
| op | | N&N Forensics, LLC |
| cr | | Neil Heslin, Scarlett Lewis, Leonard Pozner, Veron |
| cr | | Nicole Hockley |
| cr | | Public Storage |
| op | | Rachel Kennerly LLC |
| acc | | Rachel Kennerly LLC |
| cr | | Robert Parker |
| acc | | TPS-West LLC |
| fa | | Teneo Capital LLC |
| cr | | William Aldenberg |
| cr | | William Sherlach |
| intp | | X Corp. |
| cr | ##+ | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX |

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: pdf002 | Total Noticed: 32 |

| | | 77002-6774 |
|---|---|---|
| cr | ##+ | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |
| cr | ##+ | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700, Houston, TX 77002-6774 |

TOTAL: 28 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025                    Signature:          /s/Gustava Winters