IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> ALEXANDER E. JONES, <br><br> Debtor. | Chapter 7 <br><br> Case No. 22-33553 (CML) |

### CONNECTICUT FAMILIES' NOTICE OF UNITED STATES SUPPREME COURT DENIAL OF CERTIORARI

The Connecticut Families,[1] as creditors and parties of interest in the above-captioned case, file this notice to bring to the Court's attention the recent order of the United States Supreme Court denying Jones's and Free Speech System LLC's petition for a writ of certiorari in his appeal of judgments awarded to the Connecticut Families in three consolidated cases in Connecticut[2] (the "Connecticut Judgments"). *Jones* v. *Lafferty*, No. 25-268, 2025 WL 2906537 (U.S. Oct. 14, 2025). Jones has repeatedly relied on his continued appeal of the Connecticut Judgments and the supposed likelihood the Connecticut Judgments would be overturned in proceedings before this Court, including in his pending *Motion for Reconsideration* filed October 8, 2025 (Dkt. No. 1259), at 37, and in his *Response to the Connecticut Families' pending Motion for Voluntary Dismissal* filed on August 13, 2025 in related Case No. 23-03037 (Dkt. No. 140), at 2. The Supreme Court's order renders the Connecticut Judgments final and unappealable. A copy of the Supreme Court's Order

---

[1] The "Connecticut Families" are Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker, and Erica Ash.

[2] The consolidated cases are *Lafferty, et al.* v. *Jones, et al.*, Case No. X06- UWY-CV-18-6046436-S (Conn. Super. Ct.); *Sherlach* v. *Jones, et al.*, Case No. X06-UWY-CV-18-6046437-S (Conn. Super. Ct.); and *Sherlach, et al.* v. *Jones, et al.*, Case No. X06-UWY-CV-18-60464386-S (Conn. Super. Ct.).

List from October 14, 2025 is attached hereto as **Exhibit A**.  The order denying Jones's petition for a writ of certiorari is on page 4.

The Connecticut Families further note that the following fully-briefed matters are pending before this Court, each of which involve objections by Jones premised on his now-moot challenges to the Connecticut Judgments:

**Connecticut Non-Dischargeability Action,** *Wheeler et al.* **v.** *Jones,* **Adv. Proc. No. 23-03037**

1. *Notice of Voluntary Partial Dismissal*, ECF No. 135 (Connecticut Families seeking to voluntarily dismiss claim for declaratory judgment that $473,139,556 of the Connecticut Judgments is not dischargeable pursuant to section 523(a)(6) of the Bankruptcy Code).  Jones's objections to the Notice are at ECF Nos. 136 and 140, and the Connecticut Families' response is at ECF No. 137.

**UEFJA Action,** *Lafferty, et al.* **v.** *Jones, et al.,* **Case No. 24-03279**

2. *Connecticut Families Motion to Remand*, ECF No. 9 (Connecticut Families' motion to remand action seeking to domesticate Connecticut Judgments in Texas pursuant to the Uniform Enforcement of Foreign Judgments Act, Tex. Civ. Prac. & Rem. Code § 35.003(a)).  Jones's objection to the motion to remand is at ECF No. 12, and the Connecticut Families' reply as at ECF No. 13.

3. *Connecticut Families Motion to Dismiss Counterclaims,* ECF No. 20 (seeking to dismiss counterclaims asserted by Jones against the Connecticut Families under 42 U.S.C. § 1983).  Jones's opposition is at ECF No. 21, and the Connecticut Families' reply is at ECF No. 24.[3]

---

[3] The Court need not decide the motion to dismiss if it determines to first remand the action to Texas state court.

**Connecticut and Texas Families Joint Collections Action,** *Heslin* **v.** *Jones*, **Case No. 25-03753**

    4.  *The Sandy Hook Families' Joint Motion to Remand*, ECF No. 24 (Connecticut Families and Texas Families jointly seeking to remand Texas state court action in which the Families are pursuing collections against FSS and Jones (other than property belonging to Jones's chapter 7 estate)). Jones's objection is at ECF No. 26 and the Families' joint response is at ECF No. 27.

Counsel for the Connecticut Families are available to discuss any of the foregoing matters with the Court at the Court's convenience.

Dated: October 16, 2025

By: */s/ Ryan E. Chapple*
**CAIN & SKARNULIS PLLC**
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, Texas 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011

*Counsel to the Connecticut Families*

**KOSKOFF KOSKOFF & BIEDER PC**
Alinor C. Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Telephone: (203) 336-4421

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
Kyle J. Kimpler (admitted *pro hac vice*)
Paul A. Paterson (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
Vida Robinson (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
FAX: (212) 757-3990

*Counsel to the Connecticut Families*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was filed and served on all persons entitled to receive notice via operation of this Court's CM/ECF system on October 16, 2025.

                                                     */s/ Ryan E. Chapple*
                                                     Ryan E. Chapple