UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § § **ALEXANDER E. JONES,** § § Debtor. § § | | Chapter 7 Case No. 22-33553 (CML) |

**SEVENTEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | October 1, 2025 through and including October 31, 2025 |
| **Interim Fees Incurred:** | $42,712.50 |
| **Interim Payment of Fees Requested (80%):** | $34,170.00 |
| **Interim Expenses Incurred:** | $4,264.17 |
| **Total Fees and Expenses Due:** | $38,434.17 |

This is the Seventeenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17945050

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Seventeenth Monthly Fee Statement (the "Fee Statement") for the period from October 1, 2025 through October 31, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $42,712.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $4,264.17 (the "Expenses"), for the period from October 1, 2025 through October 31, 2025. Eighty percent (80%) of the fees equals $34,170.00 and one hundred percent (100%) of the Expenses equals $4,264.17 for a total requested amount of $38,434.17.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $34,170.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $4,264.17 in the total amount of $38,434.17.

Dated:  November __, 2025
        Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee, Christopher R. Murray***

### CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on November __, 2025.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

17945050

# EXHIBIT 1

## SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 52.80 | 41,385.00 |
| Asset Disposition | 0.00 | 0.00 |
| Case Administration | 3.00 | 1,327.50 |
| Employment/Fee Application | 0.00 | 0.00 |
| Tax Matters | 0.00 | 0.00 |
|  |  |  |
| **TOTAL** | **55.80** | **42,712.50** |

17945050

# EXHIBIT 2

**SUMMARY OF OUT-OF-POCKET EXPENSES**

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 2,389.83 |
| Computer Services | 1,787.75 |
| Delivery Service | 24.00 |
| Hearing Transcript | 51.70 |
| Postage | 10.44 |
| Reproduction | .45 |
|  |  |
| **TOTAL** | **4,264.17** |

17945050

# EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $995.00 | 10.90 |
| Michael B. Dearman | $745.00 | 8.10 |
| Jordan T. Stevens | $725.00 | 33.80 |
| Shelby L. Shanks | $500.00 | .30 |
| Mitzie L. Webb | $485.00 | .50 |
| Eliana Garfias | $425.00 | 2.20 |
|  |  |  |
| **TOTAL** |  | **55.80** |

17945050

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---:|
| Invoice Date: | November 07, 2025 |
| Invoice Num.: | 584148 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:           Alex Jones

For professional services rendered and costs incurred through October 31, 2025

| | |
|---|---:|
| Professional Fees | 42,712.50 |
| Disbursements | 4,264.17 |
| **Total Amount Due** | **$46,976.67** |

EXHIBIT 4

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | November 07, 2025 |
| Invoice Num.: | 584148 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/2025 | JWW | Review pleadings and exhibits in preparation for hearing (1.2); meet with Trustee and E. Jones in preparation for hearing (.8); attend hearing (1.8); further meeting with Trustee regarding ruling and next steps with equity in FSS (.8); conference with A. Moshenberg regarding questions on FSS assets (.3). | 4.90 | 4,875.50 |
| 10/01/2025 | MBD | Attend hearing on emergency motion (.3); review order regarding automatic stay (.1). | 0.40 | 298.00 |
| 10/01/2025 | EG | Email exchange regarding request of October first hearing transcript. | 0.10 | 42.50 |
| 10/01/2025 | JTS | Prepare for and virtually attend hearing on the motion regarding the status of FSS assets. | 1.00 | 725.00 |
| 10/02/2025 | JWW | Conference with Trustee and team regarding next steps in case and response to inquiry. | 0.60 | 597.00 |
| 10/02/2025 | MBD | Conference with J. Wolfshohl regarding next steps. | 0.10 | 74.50 |
| 10/02/2025 | EG | Email exchange with transcriber of October first hearing. | 0.20 | 85.00 |
| 10/02/2025 | JTS | Prepare for and attend weekly strategy session with members of the PH team, E. Jones, and Trustee. | 0.90 | 652.50 |
| 10/03/2025 | MBD | Review notice of abandonment and correspond with C. Murray regarding same (.1); conference with J. Wolfshohl regarding abandonment (.1). | 0.20 | 149.00 |
| 10/03/2025 | JWW | Review notice of abandonment and emails with Trustee regarding same (.2); work on fee statement (.2). | 0.40 | 398.00 |
| 10/03/2025 | EG | Further emails with transcriber (.1); prepare and electronically file transcript request (.2). | 0.30 | 127.50 |
| 10/06/2025 | MBD | Review state court briefing (.2); attention to correspondence with E. Jones regarding same (.1). | 0.30 | 223.50 |
| 10/06/2025 | JWW | Review pleading filed by Jones in state court and emails with Trustee team regarding same. | 0.50 | 497.50 |

**PORTER HEDGES LLP**

|  |  | Invoice Date: | November 07, 2025 |
|--|--|--|--|
|  |  | Invoice Num.: | 584148 |
|  |  | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/06/2025 | EG | Follow up emails on hearing transcript request. | 0.20 | 85.00 |
| 10/07/2025 | JWW | Review draft response to case inquiry and conference with Trustee team regarding same. | 0.70 | 696.50 |
| 10/07/2025 | MBD | Correspond with C. Murray and E. Jones regarding hearing transcript (.1); conference with C. Murray, E. Jones, J. Wolfshohl, and J. Stevens regarding case issues and trustee duties (.8); review and revise letter drafts (.3). | 1.20 | 894.00 |
| 10/07/2025 | JTS | Conduct legal research and draft response to correspondence received by the Trustee requesting certain information (3.1); prepare for and attend strategy session regarding same with members of the PH Team, E. Jones, and Trustee (.5); revise and finalize Trustee's response to the request for information (.9). | 4.50 | 3,262.50 |
| 10/07/2025 | EG | Receive and circulate requested hearing transcript. | 0.20 | 85.00 |
| 10/08/2025 | JWW | Conference with K. Kimpler regarding notice of abandonment (.3); review motion to reconsider and emails with Trustee regarding same (.5). | 0.80 | 796.00 |
| 10/08/2025 | MBD | Review motion for reconsideration (.2); attention to correspondence regarding same (.1). | 0.30 | 223.50 |
| 10/08/2025 | MBD | Draft Certificate of No Objection for fourth interim PH fee application (.2); correspond with E. Garfias regarding same (.1). | 0.30 | 223.50 |
| 10/08/2025 | JTS | Conduct legal analysis regarding Debtor's Motion for Reconsideration. | 0.80 | 580.00 |
| 10/09/2025 | EG | Discuss filing of monthly fee statement with Y. McCullar (.1); receive, review, and electronically file same with court (.2); coordinate service of same (.2). | 0.50 | 212.50 |
| 10/09/2025 | MBD | Conference with C. Murray and J. Wolfshohl regarding motion to reconsider and case issues (.3); review and analyze motion to reconsider (.3); draft letter to opposing counsel (.3). | 0.90 | 670.50 |
| 10/09/2025 | JWW | Conference with Trustee regarding open issues in case. | 0.40 | 398.00 |

**PORTER HEDGES LLP**

|  |  | Invoice Date: | November 07, 2025 |
|---|---|---|---|
|  |  | Invoice Num.: | 584148 |
|  |  | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/09/2025 | MLW | Email exchange with M. Dearman regarding Certificate of No Objection - PH's fourth Interim Fee Application (.1); receive and file same with copy to Court Case Manager (.4). | 0.50 | 242.50 |
| 10/10/2025 | EG | Email exchange with PH team on anticipated filing of PH's monthly fee statement (.2); discuss same with Y. McCullar (.1); review and electronically file same with court (.2); coordinate service (.1). | 0.60 | 255.00 |
| 10/14/2025 | JWW | Review information regarding SCOTUS decision (.3); emails and phone conference with Trustee team regarding denial of cert petition and related issues (.5). | 0.80 | 796.00 |
| 10/14/2025 | MBD | Conference with C. Murray, E. Jones, J. Wolfshohl and J. Stevens regarding case issues (.4); correspond with J. Stevens regarding response to motion to reconsider (.2); continue to analyze motion to reconsider (.2). | 0.80 | 596.00 |
| 10/14/2025 | JTS | Prepare for and attend a strategy session with M. Dearman, J. Wolfshohl, E. Jones, and Trustee regarding Debtors' motion (.8); conduct legal research and analysis regarding next steps in light of same (.3). | 1.10 | 797.50 |
| 10/15/2025 | JTS | Continue researching and evaluating Debtor's Motion for Reconsideration. | 0.40 | 290.00 |
| 10/16/2025 | JWW | Weekly conference with PH team regarding next steps with case. | 0.50 | 497.50 |
| 10/16/2025 | MBD | Conference with J. Wolfshohl and J. Stevens regarding rule 9011 issues and response to motion to reconsider. | 0.50 | 372.50 |
| 10/17/2025 | JWW | Review response to notice abandonment and conference with K. Kimpler regarding same. | 0.60 | 597.00 |
| 10/20/2025 | MBD | Review objection to notice of abandonment of FSS interests (.2); conference with E. Jones and J. Stevens regarding response to motion to reconsider (.8). | 1.00 | 745.00 |
| 10/20/2025 | JTS | Prepare for and attend extended strategy session with E. Jones and M. Dearman regarding Debtor's Motion for Reconsideration. | 1.80 | 1,305.00 |

**PORTER HEDGES LLP**

| | Invoice Date: | November 07, 2025 |
|---|---|---|
| | Invoice Num.: | 584148 |
| | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/2025 | JTS | Conduct legal research and analysis regarding Debtor's Motion for Reconsideration in connection with drafting response thereto (3.1); review and analyze the record, including transcripts of the referenced proceeding (1.1); begin drafting Trustee's objection to Debtor's Motion for Reconsideration (2.3). | 6.50 | 4,712.50 |
| 10/22/2025 | JTS | Draft Trustee's response to Debtor's Motion for Reconsider (1.8); conduct supplemental legal research and analysis, including of the relevant portions of the docket (2.3); revise Trustee's draft Response (.4). | 4.50 | 3,262.50 |
| 10/23/2025 | MBD | Conference with C. Murray, E. Jones, and J. Stevens regarding case issues and response to motion to reconsider (.8); correspond with S. Shanks regarding license plate identification (.1); review search results and correspond with E. Jones regarding same (.1). | 1.00 | 745.00 |
| 10/23/2025 | SLS | Performed ownership search for Mississippi license plate KAL282 related to property in bankruptcy (.1); confirmed vehicle registered to entity 'YHWH Gods Army' and provided results to attorney (.2). | 0.30 | 150.00 |
| 10/23/2025 | JTS | Prepare for and speak with M. Dearman, E. Jones, and Trustee regarding case strategy and next steps (.9); conduct supplemental legal research and analysis regarding Debtor's Motion for Reconsideration (2.1); draft and revise Trustee's Response to Debtor's Motion for Reconsideration (1.9). | 4.90 | 3,552.50 |
| 10/27/2025 | MBD | Correspond with J. Stevens regarding response to motion to reconsider (.1); review response to motion to reconsider (.1). | 0.20 | 149.00 |
| 10/27/2025 | JTS | Correspond with M. Dearman regarding Trustee's Motion for Reconsideration (.2); review and analyze comments previously raised by E. Jones and conduct supplemental research regarding the same (1.9); draft and revise Trustee's Response to Debtor's Motion for Reconsideration (3.1). | 5.20 | 3,770.00 |

**PORTER HEDGES LLP**

|  | Invoice Date: | November 07, 2025 |
|---|---|---|
|  | Invoice Num.: | 584148 |
|  | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/2025 | MBD | Conference with E. Jones regarding case issues and motion for reconsideration. | 0.30 | 223.50 |
| 10/29/2025 | JWW | Conference with trustee team regarding motion to reconsider and discussion with receiver (.5); review response to motion to reconsider filed by families (.2). | 0.70 | 696.50 |
| 10/29/2025 | MBD | Conference with C. Murray, E. Jones, J. Wolfshohl and J. Stevens regarding motion to reconsider (.5); review objection to motion to reconsider (.1). | 0.60 | 447.00 |
| 10/29/2025 | JTS | Review and revise Trustee's opposition to Debtor's Motion for Reconsideration (.8); prepare for and attend strategy session with members of Porter Hedges Team, E. Jones, and Trustee (1.0). | 1.80 | 1,305.00 |
| 10/29/2025 | EG | Email exchange with PH team on filing logistics of motion to reconsider. | 0.10 | 42.50 |
| 10/30/2025 | JTS | Speak with E. Jones regarding amounts potentially due between estate and FSS. | 0.40 | 290.00 |
| **Total** | | | **55.80** | **$42,712.50** |

| **Total Services** | | | | **$42,712.50** |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 10.90 | 995.00 | 10,845.50 |
| MBD | Michael B. Dearman | Associate | 8.10 | 745.00 | 6,034.50 |
| JTS | Jordan T. Stevens | Associate | 33.80 | 725.00 | 24,505.00 |
| SLS | Shelby L. Shanks | Of Counsel | 0.30 | 500.00 | 150.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.50 | 485.00 | 242.50 |
| EG | Eliana Garfias | Paralegal | 2.20 | 425.00 | 935.00 |
| **Total** | | | **55.80** | | **$42,712.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 2,389.83 |
| Computer Services | 1,787.75 |

**PORTER HEDGES LLP**

| | |
|---|---:|
| Invoice Date: | November 07, 2025 |
| Invoice Num.: | 584148 |
| Matter Number: | 018577-0001 |

| **Description** | **Amount** |
|---|---:|
| Delivery Service | 24.00 |
| Hearing Transcript | 51.70 |
| Postage | 10.44 |
| Reproduction | 0.45 |
| **Total Disbursements** | **$4,264.17** |
| | |
| **Total This Invoice** | **$46,976.67** |