IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| IN RE:  ALEXANDER E. JONES | § | CASE NO. 22-33553 (CML) |
| | § | |
| Debtor | § | Chapter 7 |

## NOTICE OF APPEAL

Alexander E. Jones for himself and his wholly owned company, Free Speech Systems, LLC (the "Appellant") file this Notice of Appeal hereby appealing to the United States District Court for the Southern District of Texas the Bankruptcy Court's Order signed on November 4, 2025 [Dkt No. 1271] (the "Subject Order").

**Name of Appellants:**   Alexander E. Jones. ("Jones")
Free Speech Systems, LLC  ("FSS")

**Position in Case:**  Movants in Motion [Dkt. No.1259] and Jones as Chapter 7 Debtor

**Order Appealed from and Date:** Order Denying Motion for Reconsideration and Rehearing of This Court's Order Confirming That FSS Assets Are Not Property of the Estate of Alexander E. Jones and Not Subject to the Automatic Stay [Dkt. No. 1251] and Renewed Request for the Pending Relief of a Private Sale of the FSS Assets for Cash [Dkt. No. 1131, 1248], a copy of which is attached as **Exhibit A**, entered November 4, 2025 [Dkt. No. 1271].

**The parties to the appeal, and their counsel are as follows:**

**Appellants:**   Jones and FSS

**Counsel:**    SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
Jordan & Ortiz, P.C.
500 North Shoreline Blvd., Suite 804

Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
         aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

BEN C. BROOCKS
State Bar No. 03058800
Federal Bar No. 94507
WILLIAM A. BROOCKS
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com

**Appelle**es:    The Texas Plaintiffs and the Connecticut Plaintiffs (the "Sandy Hook
Plaintiffs")

**Position in Case**:    Creditors

**Counsel to Texas Plaintiffs**:

Jennifer J. Hardy
State Bar No. 24096068
WILLKIE FARR & GALLAGHER LLP
600 Travis Street
Houston, TX 77002
Telephone: (713) 510-1766
Fax: (713) 510-1799
E-mail: jhardy2@willkie.com
Co-Counsel to the Texas Plaintiffs

WILLKIE FARR & GALLAGHER LLP
Stuart R. Lombardi (admitted pro hac vice)
Deanna Drenga (admitted pro hac vice)
787 Seventh Avenue New York, NY 10019
Telephone: (212) 728-8000
Fax: (212) 728-8111
E-mail: slombardi@willkie.com
ddrenga@willkie.com

Co-Counsel to the Texas Plaintiffs

LAWSON & MOSHENBERG PLLC
Avi Moshenberg
State Bar No. 24083532
801 Travis Street, Suite 2101, #838
Houston, TX 77002
Telephone: (713) 449-9644
E-mail: avi.moshenberg@lmbusinesslaw.com
Co-Counsel to the Texas Plaintiffs

BRADLEY ARANT BOULT CUMMINGS LLP
Jarrod B. Martin
State Bar No. 24070221
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0388
Fax: (713) 576-0301
E-mail: jbmartin@bradley.com
Co-Counsel to the Texas Plaintiffs

**Counsel to Connecticut Plaintiffs**:

CAIN & SKARNULIS PLLC
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
E-mail: rchapple@cstrial.com
Co-Counsel to the Connecticut Plaintiffs

KOSKOFF KOSKOFF & BIEDER, PC
Alinor C. Sterling (admitted pro hac vice)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
E-mail: asterling@koskoff.com
Co-Counsel to the Connecticut Plaintiffs

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Kyle J. Kimpler (admitted pro hac vice)
Paul Paterson (admitted pro hac vice)
Daniel S. Sinnreich (admitted pro hac vice)

Vida J. Robinson (admitted pro hac vice)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
E-mail: kkimpler@paulweiss.com
ppaterson@paulweiss.com
dsinnreich@paulweiss.com
virobinson@paulweiss.com
Co-Counsel to the Connecticut Plaintiffs

Dated: November 17, 2025                    Respectfully Submitted,

*/s/ Shelby A. Jordan*
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
Jordan & Ortiz, P.C.
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
        aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR ALEX JONES and
FREE SPEECH SYSTEMS, LLC**

BEN C. BROOCKS
State Bar No. 03058800
Federal Bar No. 94507
WILLIAM A. BROOCKS
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEX JONES And
FREE SPEECH SYSTEMS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on November 17, 2025.

/s/ Shelby A. Jordan
Shelby A. Jordan