IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ALEXANDER E. JONES | § § § | CASE NO. 22-33553 (CML) |
| Debtor | § § | Chapter 7 |

**APPELLANT'S DESIGNATION OF RECORD TO BE PRESENTED ON APPEAL**

Alexander E. Jones for himself and his wholly owned company, Free Speech Systems, LLC (the "Appellants"), under Rule 8009 of the Federal Rules of Bankruptcy Procedure, submit the following designation of items to be included in the record on appeal with respect to the appeal of this Court's Order Denying Motion for Reconsideration and Rehearing of This Court's Order Confirming That FSS Assets Are Not Property of the Estate of Alexander E. Jones and Not Subject to the Automatic Stay [Dkt. No. 1251] and Renewed Request for the Pending Relief of a Private Sale of the FSS Assets for Cash [Dkt. No. 1131, 1248] [Dkt. No. 1271] (the "Order"), entered November 4, 2025.

The Appellants designate the following items to include in the record on appeal. Each designated item shall also include all filed exhibits attached to such item. Because the appeal of the Order relates in part to the companion bankruptcy action captioned *In Free Speech Systems LLC*, Case No. 22-60043, currently dismissed on June 21, 2024 in the Bankruptcy Court of the Southern District of Texas ("FSS Action"), the Appellants also designate items from that docket in addition to the docket of the immediate Chapter 7 case ("Jones Action").

**DESIGNATION OF ITEMS FOR RECORD ON APPEAL**

| ITEM NO. | DOCKET NO. | FILING DATE | DESCRIPTION |
|---|---|---|---|
| **In Free Speech Systems LLC, Case No. 22-60043** | | | |
| 1. | 921 | 06/02/2024 | Emergency Motion of the Connecticut Families for an Order pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting the Debtor's Chapter 11 Case to a Case under Chapter 7 of the Bankruptcy Code |
| 2. | 945 | 06/12/2024 | Statement by the Texas Plaintiffs Supporting Dismissal of the Chapter 11 Case and Objecting to Conversion |
| 3. | 951 | 06/14/2024 | Response |
| 4. | 956 | 06/21/2024 | Order Dismissing Case |
| 5. | 957 | 06/23/2024 | Trustee's Emergency Motion to (1) Clarify Transfer of Control and Signing Authority with Respect to Debtor's Bank Account; (2) for an Order Extending Automatic Stay in the Alex Jones Case to Free Speech Systems, LLC; and (3) Related Relief |
| 6. | 959 | 06/24/2024 | Statement of the Connecticut Families in Support of the Trustee's Emergency Motion |
| 7. | 960 | 06/24/2024 | Opposition Response/The Texas Families response to the Jones Chapter 7 Trustee's Emergency Motion |
| 8. | 1021 | 09/25/2024 | Order Supplementing Order Dismissing Case |

| ITEM NO. | DOCKET NO. | FILING DATE | DESCRIPTION |
|---|---|---|---|
| **In Alexander E. Jones, Case No. 22-33553** | | | |
| 1. | 708 | 06/14/2024 | Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7 |
| 2. | 721 | 06/24/2024 | 6/14/2024 Transcript |
| 3. | 758 | 07/03/2024 | 6/27/24 Transcript |
| 4. | 861 | 09/26/2024 | 9/24/24 Transcript |
| 5. | 915 | 11/18/2024 | Motion for Expedited Consideration |
| 6. | 932 | 11/24/2024 | Statement in Support of Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of |

| ITEM NO. | DOCKET NO. | FILING DATE | DESCRIPTION |
| --- | --- | --- | --- |
| | | | Free Speech Systems, LLC and Omnibus Reply |
| 7. | 937 | 11/25/2024 | Statement/X-Corp's Limited Objection to Trustee's Proposed Sale Motions |
| 8. | 961 | 12/06/2024 | Statement of the Texas Plaintiffs on the Chapter 7 Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC |
| 9. | 962 | 12/06/2024 | Response to Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC |
| 10. | 963 | 12/06/2024 | Response to Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC and Objection to the Proposed Sale to Global Tetrahedron LLC |
| 11. | 969 | 12/08/2024 | Corrected Response to Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC |
| 12. | 971 | 12/08/2024 | Reply (I) in Further Support of the Trustee's Emergency Motion and(II) in Opposition to (A) the Emergency Motion to Disqualify Global Tetrahedron, LLC's Bid and (B) the Plaintiffs' Complaint and Emergency Application for Temporary Restraining Order and Preliminary Injunction |
| 13. | 972 | 12/09/2024 | Reply/Trustee's Reply in Support of the Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC |
| 14. | 985 | 12/11/2024 | Order Denying Trustee's Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC |
| 15. | 952 | 12/12/2024 | 12/10/24 Transcript |
| 16. | 998 | 12/19/2024 | 12/9/24 Transcript |
| 17. | 1072 | 02/06/2025 | 2/5/25 Transcript |
| 18. | 1089 | 02/18/2025 | Emergency Motion Requesting Leave to File a Motion Approving the Sale of |

| ITEM NO. | DOCKET NO. | FILING DATE | DESCRIPTION |
| --- | --- | --- | --- |
| | | | FSS Assets, and Request for Status Conference |
| 19. | 1121 | 03/19/2025 | Order Denying FUAC's Motion Seeking Leave to File a Motion Approving the Sale of Assets and Request for Status Conference |
| 20. | 1131 | 04/25/2025 | Motion to Reconsider |
| 21. | 1150 | 05/19/2025 | Joint Objection of the Sandy Hook Families to Alexander E. Jones's Motion for Reconsideration of This Court's Determination that No Auction of Free Speech Systems Assets Will be Conducted by the Jones Chapter 7 Estate |
| 22. | 1151 | 05/19/2025 | Response of the Trustee to Debtor's Motion to Reconsider |
| 23. | 1193 | 06/17/2025 | 6/5/25 Transcript |
| 24. | 1241 | 09/26/2025 | Joint Emergency Motion of the Sandy Hook Families for Entry of Order Confirming the FSS Assets Are Not Subject to the Automatic Stay |
| 25. | 1244 | 09/29/2025 | Objection to Emergency Relief |
| 26. | 1246 | 09/30/2025 | Exhibit List and Witness List with Exhibits 1-16 |
| 27. | 1247 | 09/30/2025 | Exhibit List, Witness List with Exhibits 1-7 |
| 28. | 1248 | 09/30/2025 | Response and Objection to the Sandy Hook Families Emergency Joint Motion for Entry of an Order Confirming that FSS Assets are Not Subject to the Automatic Stay |
| 29. | 1251 | 10/01/2025 | Order Confirming that FSS Assets Are Not Subject to the Automatic Stay |
| 30. | 1255 | 10/03/2025 | 10/1/25 Transcript |
| 31. | 1259 | 10/08/25 | Motion to Reconsider |
| 32. | 1270 | 10/29/2025 | Joint Objection of the Sandy Hook Families to Alexander E. Jones Motion for Reconsideration |
| 33. | 1271 | 11/06/2025 | Order Denying Motion for Reconsideration |
| 34. | 1275 | 11/17/2025 | Notice of Appeal |

## CERTIFICATION REGARDING TRANSCRIPTS

Appellants hereby certify, pursuant to Federal Rule of Bankruptcy Procedure 8009(b)(1), that they are not ordering any transcripts. All transcripts have been prepared, are on the docket, and are designated in the foregoing designation of record.

## RESERVATION OF RIGHTS

Appellants expressly reserve the right to move to strike any items included by Appellee in a designation of additional items. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated: December 1, 2025

Respectfully Submitted,

*/s/ Shelby A. Jordan*
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
Jordan & Ortiz, P.C.
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
           aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR ALEX JONES and FREE SPEECH SYSTEMS, LLC**

BEN C. BROOCKS
State Bar No. 03058800
Federal Bar No. 94507
WILLIAM A. BROOCKS
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301

Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEX JONES And**
**FREE SPEECH SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on December 1, 2025.

*/s/ Shelby A. Jordan*
Shelby A. Jordan