**EXHIBIT 1**

**TIMEKEEPER SUMMARY**

| Professional | Title | Section | Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Joshua W. Wolfshohl | Partner | Bankruptcy | $ 995.00 | 28.10 | $27,959.50 |
| Geoffrey L. Schultz | Partner | Tax | $ 1,100.00 | 7.10 | $7,810.00 |
| Heather K. Hatfield | Partner | Litigation | $ 925.00 | 2.00 | $1,850.00 |
| Michael B. Dearman | Associate | Bankruptcy | $ 745.00 | 43.00 | $32,035.00 |
| Jordan T. Stevens | Associate | Bankruptcy | $ 725.00 | 45.70 | $33,132.50 |
| Shelby Shanks | Counsel | Litigation | $ 500.00 | 0.30 | $150.00 |
| Mitzie L. Webb | Paralegal | Bankruptcy | $ 485.00 | 0.50 | $242.50 |
| Eliana Garfias | Paralegal | Bankruptcy | $ 425.00 | 2.20 | $935.00 |
| **TOTAL** | | | | **128.90** | **$104,114.50** |

18019227