**EXHIBIT 2**

**PROJECT CATEGORIES**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 77.00 | $61,596.00 |
| Asset Disposition | 44.00 | $37,540.50 |
| Case Administration | 3.00 | $1,327.50 |
| Employment/Fee Application | 4.90 | $3,650.50 |
| **TOTAL** | **128.90** | **$104,114.50** |