## EXHIBIT 3

## MONTHLY FEE STATEMENTS

18019227

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**FIFTEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | August 1, 2025 through and including August 31, 2025 |
| **Interim Fees Incurred:** | $37,540.50 |
| **Interim Payment of Fees Requested (80%):** | $30,032.40 |
| **Interim Expenses Incurred:** | $2,523.07 |
| **Total Fees and Expenses Due:** | $32,555.47 |

This is the Fifteenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17531565

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Fifteenth Monthly Fee Statement (the "Fee Statement") for the period from August 1, 2025 through August 31, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $37,540.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,523.07 (the "Expenses"), for the period from August 1, 2025 through August 31, 2025. Eighty percent (80%) of the fees equals $30,032.40 and one hundred percent (100%) of the Expenses equals $2,523.07 for a total requested amount of $32,555.47.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $30,032.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,523.07 in the total amount of $32,555.47.

17531565

Dated:  September 8, 2025.
      Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 8, 2025.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

17531565

# EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 0.00 | 0.00 |
| Asset Disposition | 44.00 | 37,540.50 |
| Employment/Fee Application | 0.00 | 0.00 |
| Tax Matters | 0.00 | 0.00 |
| | | |
| **TOTAL** | **44.00** | **37,540.50** |

17531565

# EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Assisted Legal Research | 691.57 |
| Computer Services | 1,831.50 |
| | |
| **TOTAL** | **2,523.07** |

17531565

# EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Geoffrey L. Schultz | $1,100.00 | 7.10 |
| Joshua W. Wolfshohl | $995.00 | 9.60 |
| Michael B. Dearman | $745.00 | 19.30 |
| Jordan T. Stevens | $725.00 | 8.00 |
| | | |
| **TOTAL** | | **44.00** |

17531565

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | September 08, 2025 |
| Invoice Num.: | 581756 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter: Alex Jones

For professional services rendered and costs incurred through August 31, 2025

| | |
|---|---|
| Professional Fees | 37,540.50 |
| Disbursements | 2,523.07 |
| **Total Amount Due** | **$40,063.57** |

**Exhibit 4**

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | September 08, 2025 |
| Invoice Num.: | 581756 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/2025 | MBD | Conference with C. Murray, E. Jones, G. Schulz, and J. Wolfshohl regarding case issues and strategy (1.3); review additional documents and transcripts (1.7); correspond with G. Schulz regarding same (.2). | 3.20 | 2,384.00 |
| 08/01/2025 | JWW | Conference call regarding estate tax issues. | 1.00 | 995.00 |
| 08/01/2025 | GLS | Continue reviewing documentation forwarded by M. Dearman (.5); call with working group regarding same (1.0). | 1.50 | 1,650.00 |
| 08/04/2025 | MBD | Review and analyze A. Jones removal pleading. | 0.90 | 670.50 |
| 08/05/2025 | MBD | Attention to correspondence regarding removal and transfer (.1); correspond with Trustee, Trustee's team, and J. Wolfshohl regarding same (.1). | 0.20 | 149.00 |
| 08/05/2025 | JWW | Review motion to transfer filed by A. Jones and emails with Trustee regarding same (.4); emails regarding status of estate assets (.2); review invoices for fee statement preparation (.2). | 0.80 | 796.00 |
| 08/05/2025 | GLS | Review various correspondence and orders (.3); call with working group, including C. Murray and accountants (1.2); correspondence with M. Dearman regarding same (.3). | 1.80 | 1,980.00 |
| 08/06/2025 | MBD | Analyze tax issues (1.0); correspond with Trustee and PH team regarding case issues (.1); conference regarding removal (.5). | 1.60 | 1,192.00 |
| 08/06/2025 | JWW | Emails regarding tax issues (.2); review analysis of estate cash and other matters in preparation for call (.3); conference call with TX/CT creditors regarding estate assets, causes of action and related issues (.8); follow-up with E. Jones regarding same (.5). | 1.80 | 1,791.00 |
| 08/07/2025 | JWW | Analyze tax issues and emails regarding same (.3); conference call with team regarding same and asset abandonment issues (.7). | 1.00 | 995.00 |

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | September 08, 2025 |
| Invoice Num.: | 581756 |
| Matter Number: | 018577-0001 |

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/07/2025 | MBD | Conference with Trustee, E. Jones, and PH team regarding case strategy (.7); conference with E. Jones regarding case issues (.2); conference with J. Stevens regarding motion regarding assets (.3); continue drafting assets motion (1.1). | 2.30 | 1,713.50 |
| 08/07/2025 | JTS | Prepare for and speak and attend call with members of the Trustee and Porter Hedges Teams, including in light of review of the Notice of Partial Removal (.7); review and analyze the Debtor's pleadings and create a chart summarizing the same (2.1); correspond with J. Wolfshohl and M. Dearman regarding the same (.1). | 2.90 | 2,102.50 |
| 08/08/2025 | MBD | Continue draft motion regarding FSS assets (1.0); attention to correspondence with J. Stevens regarding same (.1); analyze pleadings and orders regarding FSS asset status (.3). | 1.40 | 1,043.00 |
| 08/10/2025 | MBD | Correspond with Trustee regarding 60(b) motion (.1); analyze applicability of rule 60(b) (.2); continue draft motion treating FSS assets (1.7). | 2.00 | 1,490.00 |
| 08/11/2025 | MBD | Continue draft Rule 60 motion (1.6); analyze case law regarding same (.5); correspond with J. Stevens regarding motion (.1); correspond with Trustee regarding same (.1). | 2.30 | 1,713.50 |
| 08/11/2025 | JTS | Locate precedent to be used in connection with the motion regarding the abandonment and deposit of estate property (.1); correspond with M. Dearman regarding the same (.2). | 0.30 | 217.50 |
| 08/13/2025 | JWW | Emails regarding press inquiry and asset abandonment. | 0.20 | 199.00 |
| 08/13/2025 | MBD | Review and analyze state court pleadings and receivership order (.3); conference and correspond with J. Stevens regarding additional issues (.2); conference with C. Murray regarding rule 60(b) motion (.1) | 0.60 | 447.00 |
| 08/13/2025 | JTS | Review and analyze the Turnover Order entered in state court (.8); review and analyze the docket in that state court proceeding, including select filings therein, and | 2.60 | 1,885.00 |

**PORTER HEDGES LLP**

| | | | |
|---|---|---|---|
| | Invoice Date: | | September 08, 2025 |
| | Invoice Num.: | | 581756 |
| | Matter Number: | | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | provide requested copies thereof to the members of the Porter Hedges and Trustee Teams (1.2); exchange multiple communications with members of the Porter Hedges and Trustee Teams (.4); speak with M. Dearman regarding the Turnover Order (.2). | | |
| 08/14/2025 | MBD | Conference with Trustee, E. Jones, J. Wolfshohl, and J. Stevens regarding case strategy (.4); revise rule 60(b) motion (1.0); correspond with G. Schulz regarding same (.1). | 1.50 | 1,117.50 |
| 08/14/2025 | JWW | Conference with Trustee team regarding open issues in case. | 0.50 | 497.50 |
| 08/14/2025 | JTS | Prepare for and speak and attend call with members of the Trustee and Porter Hedges Teams (.9); conduct legal research and analysis regarding potential next steps in light of the Turnover Order (1.2); correspond with members of the Trustee and Porter Hedges Teams regarding the same (.1). | 2.20 | 1,595.00 |
| 08/15/2025 | MBD | Correspondence with G. Schulz regarding Rule 60(b) motion (.2); revise Rule 60(b) motion (1.3); correspond with Trustee and PH team regarding case issues (.1). | 1.60 | 1,192.00 |
| 08/15/2025 | GLS | Review bankruptcy filing (.5); draft and send comments on same to M. Dearman (1.0). | 1.50 | 1,650.00 |
| 08/18/2025 | JWW | Phone conference regarding receivership filing (1.0); follow-up call with C. Murray and E. Jones regarding same and tax issues (.6); follow-up emails regarding tax issues (.3). | 1.90 | 1,890.50 |
| 08/18/2025 | MBD | Correspond with E. Jones regarding motion to transfer venue (.1); review and analyze answers to complaints (.1). | 0.20 | 149.00 |
| 08/18/2025 | GLS | Correspondence with E. Jones regarding various matters (.2); review revised motion and accompanying judgment (1.2); draft further edits and comments to same (.7); send revised draft to M. Dearman (.2). | 2.30 | 2,530.00 |
| 08/19/2025 | MBD | Review and analyze answers to complaints (.4); | 1.10 | 819.50 |

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | September 08, 2025 |
| Invoice Num.: | 581756 |
| Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | conference with E. Jones regarding adversary proceedings and case status (.4); conference with J. Wolfshohl regarding case tasks (.2); correspond with Trustee, E. Jones, and J. Wolfshohl regarding adversary proceedings (.1). | | |
| 08/19/2025 | JWW | Conference and emails with M. Dearman regarding answers filed by various defendants and issues related to asset sales and abandonment. | 0.40 | 398.00 |
| 08/22/2025 | MBD | Conference with E. Jones regarding answers (.2); review answers to complaints (.2). | 0.40 | 298.00 |
| 08/26/2025 | JWW | Emails with counsel for receiver (.2); emails regarding status of house sale and order from court (.1). | 0.30 | 298.50 |
| 08/27/2025 | JWW | Conference with C. Murray and E. Jones regarding open case issue (.5); review emails from S. Jordan and receiver (.1); conference with counsel for receiver regarding request for information (.8); follow-up with E. Jones regarding same (.3). | 1.70 | 1,691.50 |
| **Total** | | | **44.00** | **$37,540.50** |
| **Total Services** | | | | **$37,540.50** |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| GLS | Geoffrey L. Schultz | Partner | 7.10 | 1,100.00 | 7,810.00 |
| JWW | Joshua W. Wolfshohl | Partner | 9.60 | 995.00 | 9,552.00 |
| MBD | Michael B. Dearman | Associate | 19.30 | 745.00 | 14,378.50 |
| JTS | Jordan T. Stevens | Associate | 8.00 | 725.00 | 5,800.00 |
| **Total** | | | **44.00** | | **$37,540.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 691.57 |
| Computer Services | 1,831.50 |
| **Total Disbursements** | **$2,523.07** |

**PORTER HEDGES LLP**

| | |
|---|---:|
| Invoice Date: | September 08, 2025 |
| Invoice Num.: | 581756 |
| Matter Number: | 018577-0001 |

**Total This Invoice**                                                        **$40,063.57**

**PORTER HEDGES LLP**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**SIXTEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025</u>**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | September 1, 2025 through and including September 30, 2025 |
| **Interim Fees Incurred:** | $23,861.50 |
| **Interim Payment of Fees Requested (80%):** | $19,089.20 |
| **Interim Expenses Incurred:** | $2,331.35 |
| **Total Fees and Expenses Due:** | $21,420.55 |

This is the Sixteenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17882971

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Sixteenth Monthly Fee Statement (the "Fee Statement") for the period from September 1, 2025 through September 30, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $23,861.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,331.35 (the "Expenses"), for the period from September 1, 2025 through September 30, 2025. Eighty percent (80%) of the fees equals $19,089.20 and one hundred percent (100%) of the Expenses equals $2,331.35 for a total requested amount of $21,420.55.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $19,089.20 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,331.35 in the total amount of $21,420.55.

2

17882971

Dated: October 9, 2025.
Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on October 9, 2025.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

17882971

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 24.20 | 20,211.00 |
| Asset Disposition | 0.00 | 0.00 |
| Employment/Fee Application | 4.90 | 3,650.50 |
| Tax Matters | 0.00 | 0.00 |
| | | |
| **TOTAL** | **29.10** | **23,861.50** |

17882971

# EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Assisted Legal Research | 499.85 |
| Computer Services | 1,831.50 |
|  |  |
| **TOTAL** | **2,331.35** |

17882971

# EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $995.00 | 7.60 |
| Heather K. Hatfield | $925.00 | 2.00 |
| Michael B. Dearman | $745.00 | 15.60 |
| Jordan T. Stevens | $725.00 | 3.90 |
| | | |
| **TOTAL** | | **29.10** |

17882971

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | October 08, 2025 |
| Invoice Num.: | 583081 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:        Alex Jones

For professional services rendered and costs incurred through September 30, 2025

| | |
|---|---|
| Professional Fees | 23,861.50 |
| Disbursements | 2,331.35 |
| **Total Amount Due** | **$26,192.85** |

EXHIBIT 4

**PORTER HEDGES LLP**

| | | |
|---|---|---|
| Invoice Date: | | October 08, 2025 |
| Invoice Num.: | | 583081 |
| Matter Number: | | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/2025 | MBD | Begin drafting fourth interim fee application. | 0.50 | 372.50 |
| 09/02/2025 | JWW | Emails with Trustee regarding next steps with assets. | 0.30 | 298.50 |
| 09/02/2025 | MBD | Continue drafting fourth interim fee application. | 1.00 | 745.00 |
| 09/03/2025 | JWW | Emails with Trustee regarding motion for abandonment and review and edit same. | 0.50 | 497.50 |
| 09/03/2025 | MBD | Update motion related to FSS assets (1.3); continue drafting interim fee application (.6). | 1.90 | 1,415.50 |
| 09/04/2025 | JWW | Conference with Trustee team regarding asset abandonment and status of receivership. | 0.30 | 298.50 |
| 09/05/2025 | MBD | Conference with E. Jones regarding case issues and adversary proceedings (.5); draft limited responses and reservations of rights (.3); continue drafting fee application (.1). | 0.90 | 670.50 |
| 09/08/2025 | MBD | Continue drafting and revising fourth interim fee application. | 0.50 | 372.50 |
| 09/08/2025 | JWW | Emails regarding response to motion to withdraw reference and related issues in pending adversary proceedings. | 0.20 | 199.00 |
| 09/09/2025 | MBD | Revise PH fee application (.1); correspond with Trustee regarding same (.1). | 0.20 | 149.00 |
| 09/11/2025 | JWW | Weekly call with Trustee and team regarding case status. | 0.30 | 298.50 |
| 09/11/2025 | MBD | Conference with E. Jones, J. Wolfshohl, and J. Stevens regarding case strategy. | 0.30 | 223.50 |
| 09/12/2025 | MBD | Correspond with C. Murray regarding fee application. | 0.10 | 74.50 |
| 09/15/2025 | MBD | Correspond with C. Murray regarding fee application (.1); correspond with M. Webb and E. Garfias regarding same (.1); finalize fee application and exhibits (.6). | 0.80 | 596.00 |
| 09/18/2025 | MBD | Conference with E. Jones regarding case status and strategy. | 0.50 | 372.50 |

**PORTER HEDGES LLP**

| | | Invoice Date: | October 08, 2025 |
|---|---|---|---|
| | | Invoice Num.: | 583081 |
| | | Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/19/2025 | MBD | Analyze state court filings. | 0.30 | 223.50 |
| 09/22/2025 | MBD | Attention to reservation of rights regarding fee applications (.1); conference with J. Wolfshohl regarding case issues (.1). | 0.20 | 149.00 |
| 09/23/2025 | JWW | Conference with E. Jones regarding open issues in case and next steps with asset sales/abandonment. | 0.50 | 497.50 |
| 09/24/2025 | JWW | Conferences with C. Murray and E. Jones regarding open issues in case. | 0.90 | 895.50 |
| 09/25/2025 | JWW | Weekly phone conference with Trustee team regarding case developments (.8); follow-up call with H. Hatfield and Trustee team regarding information request (.8). | 1.60 | 1,592.00 |
| 09/25/2025 | MBD | Conference regarding case issues (.5); conference with PH team regarding case issues (.5); conference with H. Hatfield regarding same (.1); analyze case issues (.3). | 1.40 | 1,043.00 |
| 09/25/2025 | HKH | Review information request (.8); calls with C. Murray, J. Wolfshohl, M. Dearman and J. Stevens regarding same (.9). | 1.70 | 1,572.50 |
| 09/25/2025 | JTS | Prepare for and attend strategy session with J. Wolfshohl, M. Dearman, E. Jones, and the Trustee (.8); conduct legal research and analysis and attend additional discussion with J. Wolfshohl, M. Dearman, the Trustee, and H. Hatfield (.9). | 1.70 | 1,232.50 |
| 09/26/2025 | JWW | Review motion filed by TX/CT plaintiffs and emails with Trustee team regarding same. | 0.70 | 696.50 |
| 09/26/2025 | MBD | Analyze case law governing compliance issues (.8); review and analyze Sandy Hook Families Emergency Motion (.3); conference with E. Jones regarding same (.3); attention to correspondence with Trustee and PH team regarding same (.1). | 1.50 | 1,117.50 |
| 09/28/2025 | MBD | Analyze case law governing trustee duties (1.4); draft analysis of same (.2). | 1.60 | 1,192.00 |
| 09/29/2025 | JWW | Review docket and pleadings related to hearing on emergency motion (.3); conference with client regarding | 0.90 | 895.50 |

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | October 08, 2025 |
| Invoice Num.: | 583081 |
| Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
|  |  | hearing and preparation (.4); review A. Jones objection and emails with client regarding same (.2). |  |  |
| 09/29/2025 | HKH | Call and emails with M. Dearman regarding research related information request (.2); confer with J. Wolfshohl regarding same (.1). | 0.30 | 277.50 |
| 09/29/2025 | MBD | Conference with J. Wolfshohl regarding case strategy (.2); analyze trustee duties (.3); continue draft analysis and correspond with J. Wolfshohl and H. Hatfield regarding same (1.0); conference with H. Hatfield regarding same (.1); analyze Jones objection (.2); correspond with Trustee and PH team regarding same (.1); conference with Trustee E. Jones, and PH team regarding emergency motion (.4); prepare for emergency hearing (.5). | 2.80 | 2,086.00 |
| 09/29/2025 | JTS | Review and analyze correspondence received by the Trustee requesting information (.5); conduct legal research and analysis regarding appropriate next steps in light of the same (1.7). | 2.20 | 1,595.00 |
| 09/30/2025 | MBD | Conference with E. Jones regarding case issues (.4); review hearing transcripts (.2); conference with C. Murray, E. Jones, and J. Wolfshohl regarding hearing preparations (.5). | 1.10 | 819.50 |
| 09/30/2025 | JWW | Review witness and exhibit lists and prepare for hearing (.8); conference with Trustee team regarding same (.6). | 1.40 | 1,393.00 |
| **Total** |  |  | **29.10** | **$23,861.50** |
| **Total Services** |  |  |  | **$23,861.50** |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 7.60 | 995.00 | 7,562.00 |
| HKH | Heather K. Hatfield | Partner | 2.00 | 925.00 | 1,850.00 |
| MBD | Michael B. Dearman | Associate | 15.60 | 745.00 | 11,622.00 |
| JTS | Jordan T. Stevens | Associate | 3.90 | 725.00 | 2,827.50 |

**PORTER HEDGES LLP**

| | | |
|---|---|---|
| Invoice Date: | | October 08, 2025 |
| Invoice Num.: | | 583081 |
| Matter Number: | | 018577-0001 |

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Total** | | | **29.10** | | **$23,861.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 499.85 |
| Computer Services | 1,831.50 |
| **Total Disbursements** | **$2,331.35** |

| | |
|---|---|
| **Total This Invoice** | **$26,192.85** |

**PORTER HEDGES LLP**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**SEVENTEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | October 1, 2025 through and including October 31, 2025 |
| **Interim Fees Incurred:** | $42,712.50 |
| **Interim Payment of Fees Requested (80%):** | $34,170.00 |
| **Interim Expenses Incurred:** | $4,264.17 |
| **Total Fees and Expenses Due:** | $38,434.17 |

This is the Seventeenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

17945050

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Seventeenth Monthly Fee Statement (the "Fee Statement") for the period from October 1, 2025 through October 31, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $42,712.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $4,264.17 (the "Expenses"), for the period from October 1, 2025 through October 31, 2025. Eighty percent (80%) of the fees equals $34,170.00 and one hundred percent (100%) of the Expenses equals $4,264.17 for a total requested amount of $38,434.17.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $34,170.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $4,264.17 in the total amount of $38,434.17.

2

17945050

Dated: November __, 2025
           Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

<u>**CERTIFICATE OF SERVICE**</u>

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on November __, 2025.

*/s/ Joshua W. Wolfshohl*
  Joshua W. Wolfshohl

3

17945050

# EXHIBIT 1

## SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 52.80 | 41,385.00 |
| Asset Disposition | 0.00 | 0.00 |
| Case Administration | 3.00 | 1,327.50 |
| Employment/Fee Application | 0.00 | 0.00 |
| Tax Matters | 0.00 | 0.00 |
| | | |
| **TOTAL** | **55.80** | **42,712.50** |

17945050

# EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 2,389.83 |
| Computer Services | 1,787.75 |
| Delivery Service | 24.00 |
| Hearing Transcript | 51.70 |
| Postage | 10.44 |
| Reproduction | .45 |
| | |
| **TOTAL** | **4,264.17** |

17945050

## EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $995.00 | 10.90 |
| Michael B. Dearman | $745.00 | 8.10 |
| Jordan T. Stevens | $725.00 | 33.80 |
| Shelby L. Shanks | $500.00 | .30 |
| Mitzie L. Webb | $485.00 | .50 |
| Eliana Garfias | $425.00 | 2.20 |
| | | |
| **TOTAL** | | **55.80** |

17945050

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | November 07, 2025 |
| Invoice Num.: | 584148 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:      Alex Jones

For professional services rendered and costs incurred through October 31, 2025

| | |
|---|---|
| Professional Fees | 42,712.50 |
| Disbursements | 4,264.17 |
| **Total Amount Due** | **$46,976.67** |

EXHIBIT 4

## PORTER HEDGES LLP

| | | |
|---|---|---|
| Invoice Date: | November 07, 2025 |
| Invoice Num.: | 584148 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/2025 | JWW | Review pleadings and exhibits in preparation for hearing (1.2); meet with Trustee and E. Jones in preparation for hearing (.8); attend hearing (1.8); further meeting with Trustee regarding ruling and next steps with equity in FSS (.8); conference with A. Moshenberg regarding questions on FSS assets (.3). | 4.90 | 4,875.50 |
| 10/01/2025 | MBD | Attend hearing on emergency motion (.3); review order regarding automatic stay (.1). | 0.40 | 298.00 |
| 10/01/2025 | EG | Email exchange regarding request of October first hearing transcript. | 0.10 | 42.50 |
| 10/01/2025 | JTS | Prepare for and virtually attend hearing on the motion regarding the status of FSS assets. | 1.00 | 725.00 |
| 10/02/2025 | JWW | Conference with Trustee and team regarding next steps in case and response to inquiry. | 0.60 | 597.00 |
| 10/02/2025 | MBD | Conference with J. Wolfshohl regarding next steps. | 0.10 | 74.50 |
| 10/02/2025 | EG | Email exchange with transcriber of October first hearing. | 0.20 | 85.00 |
| 10/02/2025 | JTS | Prepare for and attend weekly strategy session with members of the PH team, E. Jones, and Trustee. | 0.90 | 652.50 |
| 10/03/2025 | MBD | Review notice of abandonment and correspond with C. Murray regarding same (.1); conference with J. Wolfshohl regarding abandonment (.1). | 0.20 | 149.00 |
| 10/03/2025 | JWW | Review notice of abandonment and emails with Trustee regarding same (.2); work on fee statement (.2). | 0.40 | 398.00 |
| 10/03/2025 | EG | Further emails with transcriber (.1); prepare and electronically file transcript request (.2). | 0.30 | 127.50 |
| 10/06/2025 | MBD | Review state court briefing (.2); attention to correspondence with E. Jones regarding same (.1). | 0.30 | 223.50 |
| 10/06/2025 | JWW | Review pleading filed by Jones in state court and emails with Trustee team regarding same. | 0.50 | 497.50 |

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | November 07, 2025 |
| Invoice Num.: | 584148 |
| Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/06/2025 | EG | Follow up emails on hearing transcript request. | 0.20 | 85.00 |
| 10/07/2025 | JWW | Review draft response to case inquiry and conference with Trustee team regarding same. | 0.70 | 696.50 |
| 10/07/2025 | MBD | Correspond with C. Murray and E. Jones regarding hearing transcript (.1); conference with C. Murray, E. Jones, J. Wolfshohl, and J. Stevens regarding case issues and trustee duties (.8); review and revise letter drafts (.3). | 1.20 | 894.00 |
| 10/07/2025 | JTS | Conduct legal research and draft response to correspondence received by the Trustee requesting certain information (3.1); prepare for and attend strategy session regarding same with members of the PH Team, E. Jones, and Trustee (.5); revise and finalize Trustee's response to the request for information (.9). | 4.50 | 3,262.50 |
| 10/07/2025 | EG | Receive and circulate requested hearing transcript. | 0.20 | 85.00 |
| 10/08/2025 | JWW | Conference with K. Kimpler regarding notice of abandonment (.3); review motion to reconsider and emails with Trustee regarding same (.5). | 0.80 | 796.00 |
| 10/08/2025 | MBD | Review motion for reconsideration (.2); attention to correspondence regarding same (.1). | 0.30 | 223.50 |
| 10/08/2025 | MBD | Draft Certificate of No Objection for fourth interim PH fee application (.2); correspond with E. Garfias regarding same (.1). | 0.30 | 223.50 |
| 10/08/2025 | JTS | Conduct legal analysis regarding Debtor's Motion for Reconsideration. | 0.80 | 580.00 |
| 10/09/2025 | EG | Discuss filing of monthly fee statement with Y. McCullar (.1); receive, review, and electronically file same with court (.2); coordinate service of same (.2). | 0.50 | 212.50 |
| 10/09/2025 | MBD | Conference with C. Murray and J. Wolfshohl regarding motion to reconsider and case issues (.3); review and analyze motion to reconsider (.3); draft letter to opposing counsel (.3). | 0.90 | 670.50 |
| 10/09/2025 | JWW | Conference with Trustee regarding open issues in case. | 0.40 | 398.00 |

**PORTER HEDGES LLP**

|  |  |  |
|---|---|---|
| Invoice Date: | November 07, 2025 |
| Invoice Num.: | 584148 |
| Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/09/2025 | MLW | Email exchange with M. Dearman regarding Certificate of No Objection - PH's fourth Interim Fee Application (.1); receive and file same with copy to Court Case Manager (.4). | 0.50 | 242.50 |
| 10/10/2025 | EG | Email exchange with PH team on anticipated filing of PH's monthly fee statement (.2); discuss same with Y. McCullar (.1); review and electronically file same with court (.2); coordinate service (.1). | 0.60 | 255.00 |
| 10/14/2025 | JWW | Review information regarding SCOTUS decision (.3); emails and phone conference with Trustee team regarding denial of cert petition and related issues (.5). | 0.80 | 796.00 |
| 10/14/2025 | MBD | Conference with C. Murray, E. Jones, J. Wolfshohl and J. Stevens regarding case issues (.4); correspond with J. Stevens regarding response to motion to reconsider (.2); continue to analyze motion to reconsider (.2). | 0.80 | 596.00 |
| 10/14/2025 | JTS | Prepare for and attend a strategy session with M. Dearman, J. Wolfshohl, E. Jones, and Trustee regarding Debtors' motion (.8); conduct legal research and analysis regarding next steps in light of same (.3). | 1.10 | 797.50 |
| 10/15/2025 | JTS | Continue researching and evaluating Debtor's Motion for Reconsideration. | 0.40 | 290.00 |
| 10/16/2025 | JWW | Weekly conference with PH team regarding next steps with case. | 0.50 | 497.50 |
| 10/16/2025 | MBD | Conference with J. Wolfshohl and J. Stevens regarding rule 9011 issues and response to motion to reconsider. | 0.50 | 372.50 |
| 10/17/2025 | JWW | Review response to notice abandonment and conference with K. Kimpler regarding same. | 0.60 | 597.00 |
| 10/20/2025 | MBD | Review objection to notice of abandonment of FSS interests (.2); conference with E. Jones and J. Stevens regarding response to motion to reconsider (.8). | 1.00 | 745.00 |
| 10/20/2025 | JTS | Prepare for and attend extended strategy session with E. Jones and M. Dearman regarding Debtor's Motion for Reconsideration. | 1.80 | 1,305.00 |

**PORTER HEDGES LLP**

| | |
|---|---|
| Invoice Date: | November 07, 2025 |
| Invoice Num.: | 584148 |
| Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/2025 | JTS | Conduct legal research and analysis regarding Debtor's Motion for Reconsideration in connection with drafting response thereto (3.1); review and analyze the record, including transcripts of the referenced proceeding (1.1); begin drafting Trustee's objection to Debtor's Motion for Reconsideration (2.3). | 6.50 | 4,712.50 |
| 10/22/2025 | JTS | Draft Trustee's response to Debtor's Motion for Reconsider (1.8); conduct supplemental legal research and analysis, including of the relevant portions of the docket (2.3); revise Trustee's draft Response (.4). | 4.50 | 3,262.50 |
| 10/23/2025 | MBD | Conference with C. Murray, E. Jones, and J. Stevens regarding case issues and response to motion to reconsider (.8); correspond with S. Shanks regarding license plate identification (.1); review search results and correspond with E. Jones regarding same (.1). | 1.00 | 745.00 |
| 10/23/2025 | SLS | Performed ownership search for Mississippi license plate KAL282 related to property in bankruptcy (.1); confirmed vehicle registered to entity 'YHWH Gods Army' and provided results to attorney (.2). | 0.30 | 150.00 |
| 10/23/2025 | JTS | Prepare for and speak with M. Dearman, E. Jones, and Trustee regarding case strategy and next steps (.9); conduct supplemental legal research and analysis regarding Debtor's Motion for Reconsideration (2.1); draft and revise Trustee's Response to Debtor's Motion for Reconsideration (1.9). | 4.90 | 3,552.50 |
| 10/27/2025 | MBD | Correspond with J. Stevens regarding response to motion to reconsider (.1); review response to motion to reconsider (.1). | 0.20 | 149.00 |
| 10/27/2025 | JTS | Correspond with M. Dearman regarding Trustee's Motion for Reconsideration (.2); review and analyze comments previously raised by E. Jones and conduct supplemental research regarding the same (1.9); draft and revise Trustee's Response to Debtor's Motion for Reconsideration (3.1). | 5.20 | 3,770.00 |

**PORTER HEDGES LLP**

| | |
|---|---|
| Invoice Date: | November 07, 2025 |
| Invoice Num.: | 584148 |
| Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/2025 | MBD | Conference with E. Jones regarding case issues and motion for reconsideration. | 0.30 | 223.50 |
| 10/29/2025 | JWW | Conference with trustee team regarding motion to reconsider and discussion with receiver (.5); review response to motion to reconsider filed by families (.2). | 0.70 | 696.50 |
| 10/29/2025 | MBD | Conference with C. Murray, E. Jones, J. Wolfshohl and J. Stevens regarding motion to reconsider (.5); review objection to motion to reconsider (.1). | 0.60 | 447.00 |
| 10/29/2025 | JTS | Review and revise Trustee's opposition to Debtor's Motion for Reconsideration (.8); prepare for and attend strategy session with members of Porter Hedges Team, E. Jones, and Trustee (1.0). | 1.80 | 1,305.00 |
| 10/29/2025 | EG | Email exchange with PH team on filing logistics of motion to reconsider. | 0.10 | 42.50 |
| 10/30/2025 | JTS | Speak with E. Jones regarding amounts potentially due between estate and FSS. | 0.40 | 290.00 |
| **Total** | | | **55.80** | **$42,712.50** |

| **Total Services** | | | | **$42,712.50** |
|---|---|---|---|---|

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 10.90 | 995.00 | 10,845.50 |
| MBD | Michael B. Dearman | Associate | 8.10 | 745.00 | 6,034.50 |
| JTS | Jordan T. Stevens | Associate | 33.80 | 725.00 | 24,505.00 |
| SLS | Shelby L. Shanks | Of Counsel | 0.30 | 500.00 | 150.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.50 | 485.00 | 242.50 |
| EG | Eliana Garfias | Paralegal | 2.20 | 425.00 | 935.00 |
| **Total** | | | **55.80** | | **$42,712.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 2,389.83 |
| Computer Services | 1,787.75 |

**PORTER HEDGES LLP**

| | |
|---|---:|
| Invoice Date: | November 07, 2025 |
| Invoice Num.: | 584148 |
| Matter Number: | 018577-0001 |

| **Description** | **Amount** |
|---|---:|
| Delivery Service | 24.00 |
| Hearing Transcript | 51.70 |
| Postage | 10.44 |
| Reproduction | 0.45 |
| **Total Disbursements** | **$4,264.17** |
| | |
| **Total This Invoice** | **$46,976.67** |