## EXHIBIT 4

## EXPENSE SUMMARY

| EXPENSES | COST |
|---|---:|
| Computer Assisted Research | $3,581.25 |
| Computer Services | $5,450.75 |
| Delivery Service | $24.00 |
| Hearing Transcript | $51.70 |
| Postage | $10.44 |
| Reproduction | $0.45 |
| **TOTAL** | **$9,118.59** |

18019227