UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> ALEXANDER E. JONES, § <br> § <br> Debtor. § <br> § | Chapter 7 <br><br> Case No. 22-33553 (CML) |

**EIGHTEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025</u>**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | November 1, 2025 through and including November 30, 2025 |
| **Interim Fees Incurred:** | $10,375.50 |
| **Interim Payment of Fees Requested (80%):** | $8,300.40 |
| **Interim Expenses Incurred:** | $1,813.75 |
| **Total Fees and Expenses Due:** | $10,114.15 |

This is the Eighteenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

18049400

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Eighteenth Monthly Fee Statement (the "Fee Statement") for the period from November 1, 2025 through November 30, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $10,375.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,813.75 (the "Expenses"), for the period from November 1, 2025 through November 30, 2025. Eighty percent (80%) of the fees equals $8,300.40 and one hundred percent (100%) of the Expenses equals $1,813.75 for a total requested amount of $10,114.15.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $8,300.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,813.75 in the total amount of $10,114.15.

Dated:  December 8, 2025
      Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on December 8, 2025.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

18049400

# EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 8.50 | 6,917.50 |
| Case Administration | 1.30 | 552.50 |
| Employment/Fee Application | 3.90 | 2,905.50 |
|  |  |  |
| **TOTAL** | **13.70** | **10,375.50** |

18049400

# EXHIBIT 2

## SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 26.00 |
| Computer Services | 1,787.75 |
|  |  |
| **TOTAL** | **1,813.75** |

18049400

# EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $995.00 | 2.50 |
| Michael B. Dearman | $745.00 | 7.90 |
| Jordan T. Stevens | $725.00 | 2.00 |
| Eliana Garfias | $425.00 | 1.30 |
| | | |
| **TOTAL** | | **13.70** |

18049400

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---:|
| Invoice Date: | December 08, 2025 |
| Invoice Num.: | 585651 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:        Alex Jones

For professional services rendered and costs incurred through November 30, 2025

| | |
|---|---:|
| Professional Fees | 10,375.50 |
| Disbursements | 1,813.75 |
| **Total Amount Due** | **$12,189.25** |

EXHIBIT 4

**PORTER HEDGES LLP**

|  |  | Invoice Date: | December 08, 2025 |
|---|---|---|---|
|  |  | Invoice Num.: | 585651 |
|  |  | Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/03/2025 | JTS | Analyze amounts potentially due between the estate and FSS and create a summary of the same. | 1.50 | 1,087.50 |
| 11/04/2025 | MBD | Review order denying motion for reconsideration. | 0.10 | 74.50 |
| 11/04/2025 | JWW | Review order denying motion to reconsider and email regarding same. | 0.20 | 199.00 |
| 11/05/2025 | MBD | Conference with J. Wolfshohl regarding receivership and case issues. | 0.20 | 149.00 |
| 11/05/2025 | JWW | Conference with M. Dearman regarding path forward with various adversary proceedings and issues with receiver. | 0.40 | 398.00 |
| 11/06/2025 | JWW | Review all open issues in case in preparation for weekly call (.4); conference with Trustee regarding next steps in case (.6). | 1.00 | 995.00 |
| 11/06/2025 | JTS | Prepare for and attend strategy session regarding the status of the case and next steps. | 0.20 | 145.00 |
| 11/07/2025 | JWW | Emails regarding turnover of FSS funds to receiver and review Form 2. | 0.30 | 298.50 |
| 11/10/2025 | JWW | Finalize fee statement and emails regarding same. | 0.20 | 199.00 |
| 11/10/2025 | MBD | Draft motion to turnover funds (1.4); review background pleadings related to receivership (.4). | 1.80 | 1,341.00 |
| 11/10/2025 | EG | Email exchange with Y. McCullar on filing of PH's 17th fee statement (.1); receive, finalize, and electronically file same (.3); coordinate service of same (.2). | 0.60 | 255.00 |
| 11/11/2025 | MBD | Continue draft motion to authorize turnover (.6); correspond with J. Wolfshohl and J. Stevens regarding same (.1). | 0.70 | 521.50 |
| 11/12/2025 | MBD | Correspond with J. Wolfshohl regarding FSS funds (.1); correspond with C. Murray and E. Jones regarding motion to turnover funds (.1). | 0.20 | 149.00 |
| 11/13/2025 | MBD | Revise turnover motion (.3); conference with J. | 0.50 | 372.50 |

**PORTER HEDGES LLP**

|  | Invoice Date: | December 08, 2025 |
|---|---|---|
|  | Invoice Num.: | 585651 |
|  | Matter Number: | 018577-0001 |

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
|  |  | Wolfshohl and J. Stevens regarding same and case updates (.2). |  |  |
| 11/13/2025 | JTS | Prepare for and attend general strategy session. | 0.30 | 217.50 |
| 11/13/2025 | EG | Email exchange with M. Dearman on potential filing of motion to turnover funds. | 0.10 | 42.50 |
| 11/14/2025 | MBD | Conference with C. Murray regarding motion (.1); correspond with J. Wolfshohl regarding same (.1); finalize motion to turnover funds (.2); correspond with receiver's counsel regarding same (.1). | 0.50 | 372.50 |
| 11/14/2025 | JWW | Review draft motion to turnover and emails regarding same. | 0.30 | 298.50 |
| 11/14/2025 | EG | Email exchange with M. Dearman on filing logistics of turnover motion (.2); discuss filing logistics with M. Webb (.1); receive/review and electronically file same (.3). | 0.60 | 255.00 |
| 11/17/2025 | JWW | Review notice of appeal. | 0.10 | 99.50 |
| 11/24/2025 | MBD | Review notice of appeal (.1); correspond with Trustee, E. Jones, and PH team regarding same (.1); draft interim PH fee application (1.9); review monthly fee statements (.2). | 2.30 | 1,713.50 |
| 11/25/2025 | MBD | Continue draft fifth interim PH fee application (1.4); correspond with J. Wolfshohl regarding same (.1). | 1.50 | 1,117.50 |
| 11/26/2025 | MBD | Correspond with C. Murray regarding fee application. | 0.10 | 74.50 |
| **Total** |  |  | **13.70** | **$10,375.50** |

| **Total Services** |  | **$10,375.50** |
|---|---|---|

**Timekeeper Summary**

| **Initials** | **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 2.50 | 995.00 | 2,487.50 |
| MBD | Michael B. Dearman | Associate | 7.90 | 745.00 | 5,885.50 |
| JTS | Jordan T. Stevens | Associate | 2.00 | 725.00 | 1,450.00 |
| EG | Eliana Garfias | Paralegal | 1.30 | 425.00 | 552.50 |

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | December 08, 2025 |
| Invoice Num.: | 585651 |
| Matter Number: | 018577-0001 |

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Total** | | | **13.70** | | **$10,375.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 26.00 |
| Computer Services | 1,787.75 |
| **Total Disbursements** | **$1,813.75** |

**Total This Invoice**  $12,189.25