THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>ALEXANDER E. JONES,<br>     Debtor. | Case No. 22-33553 (CML)<br><br>Chapter 7 |

**TRUSTEE'S REPORT OF SALE**

1. On or about October 10, 2024, the Trustee's authorized auctioneers sold at auction real estate property in Austin, Texas, to Textile Ventures LLC for $332,770.00.

2. The sale was authorized by Court order dated August 28, 2025. DE 1234.

3. The Trustee's retention of the auctioneers was approved by Court order dated September 16, 2024. DE 844.

4. The auctioneer's commission was $19,966.20, or 6% of the gross sales price.

5. The auctioneer's expenses were $4,409.18, with detail attached hereto.

6. The transaction closed on or about November 24, 2025, with the estate receiving $332,645.00, which is the gross sales price less $125 in closing costs, as reflected on the attached closing statement.

Respectfully submitted, December 9, 2025

*/s/ Christopher Murray*
602 Sawyer, Suite 400
Houston, TX 77007
chris@jonesmurray.com
832-529-1999
*Chapter 7 Trustee*

| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB No. 2502-0265 |
|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|---|
| 4. ☐ VA  5. ☐ Conv Ins.  6. ☐ Seller Finance | 25100011CNTM | 751629 | |
| 7. ☒ Cash Sale. | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Textile Ventures LLC, a Texas limited liability company<br>1401 Lavaca Street<br>Austin, TX 78701 | Christopher R. Murray, solely in his capacity as chapter 7 trustee ("Trustee" or<br>602 Sawyer St<br>Houston, TX 77007 | Anchor Loans LP<br>One Baxter Way #220<br>Thousand Oaks, CA 91362 |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮ Travis County, TX<br>Austin, TX 78745 | CNAT Midtown, LLC<br>1708 W. Koenig<br>Austin, TX 78756  Tax ID: 86-3012735<br>Underwritten By: National Investors Title Ins Co |

| Place of Settlement | I. Settlement Date |
|---|---|
| CNAT Midtown, LLC<br>1708 W Koenig<br>Austin, TX 78756 | 11/25/2025<br>Fund: |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | $332,770.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | | 403. | |
| 104. Construction Holdback | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City property taxes | | 406. City property taxes | |
| 107. Assessment Taxes | | 407. Assessment Taxes | |
| 108. School property taxes | | 408. School property taxes | |
| 109. MUD taxes | | 409. MUD taxes | |
| 110. Other taxes | | 410. Other taxes | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | | **420. Gross Amount Due to Seller** | **$332,770.00** |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $125.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of First Mortgage Loan   to | |
| 205. | | 505. Payoff of Second Mortgage Loan   to | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City property taxes | | 510. City property taxes | |
| 211. Assessment Taxes | | 511. Assessment Taxes | |
| 212. School property taxes | | 512. School property taxes | |
| 213. MUD taxes | | 513. MUD taxes | |
| 214. Other taxes | | 514. Other taxes | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | | **520. Total Reduction Amount Due Seller** | **$125.00** |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | | 601. Gross Amount due to seller (line 420) | $332,770.00 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reductions in amt. due seller (line 520) | $125.00 |
| **303. Cash From Borrower** | | **603. Cash To Seller** | **$332,645.00** |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop and prescribe a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

The information requested does not lend itself to confidentiality.

| Previous Editions are Obsolete | Page 1 | form HUD-1 (3/86)<br>Handbook 4305.2 |

File No. 25100011CNTM

| L. Settlement Charges | | | | |
|---|---|---|---|---|
| **700. Total Sales/Broker's Commission based on price         @ % =** | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| Division of Commission (line 700) as follows: | | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. | | | | |
| **800. Items Payable in Connection with Loan** | | | | |
| 801. Loan Origination Fee    % | to | | | |
| 802. Loan Discount    % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Mortgage Insurance Application | to | | | |
| 807. Assumption Fee | to | | | |
| 808. Origination Fee | to | Anchor Loans LP | | |
| 809. Fund Control Fee | to | Anchor Loans LP | | |
| 810. Evaluation Fee | to | Anchor Loans LP | | |
| 811. Loan Fee | to | Anchor Loans LP | | |
| 812. Upfront Transaction Fee | to | Anchor Loans LP | | |
| 813. Attorney Fee | to | Anchor Loans LP | | |
| **900. Items Required by Lender To Be Paid in Advance** | | | | |
| 901. Interest from    11/25/2025  to   12/1/2025 @ $0 /day | | | | |
| 902. Mortgage Insurance Premium for  months | to | | | |
| 903. Hazard Insurance Premium for  years | to | US Assure Insurance Services | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Hazard insurance | months @ | $344.75    per month | | |
| 1002. Mortgage insurance | months @ | per month | | |
| 1003. City property taxes | months @ | per month | | |
| 1004. County property taxes | months @ | per month | | |
| 1005. Assessment Taxes | months @ | per month | | |
| 1006. School property taxes | months @ | per month | | |
| 1007. MUD taxes | months @ | per month | | |
| 1008. Other taxes | months @ | per month | | |
| 1011. Aggregate Adjustment | | | | |
| **1100. Title Charges** | | | | |
| 1101. Settlement or closing fee | to | | | |
| 1102. Abstract or title search | to | | | |
| 1103. Title examination | to | | | |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation | to | Robertson Anschutz Vetters, LLC | | $125.00 |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | | | |
| (includes above items numbers: | | ) | | |
| 1108. Title insurance | to | CNAT Midtown, LLC | | |
| (includes above items numbers: | | ) | | |
| 1109. Lender's coverage | $513,166.25/$1,320.45 | | | |
| 1110. Owner's coverage | $332,770.00/$2,367.85 | | | |
| 1111. State of Texas Policy Guaranty Fee | to | Texas Title Insurance Guaranty Association | | $0.00 |
| 1112. Escrow Fee | to | CNAT Midtown, LLC | | |
| 1113. Tax certificates | to | FWF Services | | |
| 1114. E-Recording | to | FWF Services | | |
| 1115. Overnight Delivery Fee | to | Community National Title | | |
| 1116. 40% of Title Premium | to | Texas Capital Title, LLC | | |
| 1117. Survey Amend NonRes (Own) | to | CNAT Midtown, LLC | | |
| 1118. T19 Res. Endorsement | to | CNAT Midtown, LLC | | |
| 1119. Environmental Protection Lien | to | CNAT Midtown, LLC | | |
| 1120. MSD MTP T-19.2 End | to | CNAT Midtown, LLC | | |
| 1121. Not yet due/payable (MTP & BIN | to | CNAT Midtown, LLC | | |
| 1122. Tax deletion (MTP & BINDER ONL | to | CNAT Midtown, LLC | | |
| 1123. MSD MTP T-19.2 End | to | CNAT Midtown, LLC | | |
| 1124. Adjustable Mortgage Loan | to | CNAT Midtown, LLC | | |
| 1125. Revolving Line of Credit | to | CNAT Midtown, LLC | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Recording Fees    Deed ; Mortgage ; Rel | | to FWF Services | | |
| 1202. City/county tax/stamps    Deed ; Mortgage | | to | | |
| 1203. State tax/stamps    Deed ; Mortgage | | to | | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Survey | to | AmeriSurveyors LLC | | |
| 1302. Pest Inspection | to | | | |
| 1303. 2025 Taxes | to | Travis County Tax Office | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | | $125.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

 

**EXPENSE REPORT**
Real Property

███████████████, AUSTIN, TX EXPENSES

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 5/13/25 | Roundtrip Mileage to take Photos of ██████████, Austin, TX 76693 | 326 | $ 0.70 | $ 228.20 |
| 9/30/25 | Roundtrip Mileage Open House ██████████, Austin, TX 76693 | 326 | $ 0.70 | $ 228.20 |
| 8/2/25 | Austin Board of Realtors MLS | 1 | $ 426.40 | $ 426.40 |
| 9/30/25 | Austin Board of Realtors MLS | 1 | $ 304.06 | $ 304.06 |
| 10/7/25 | Admin - Web Postings, Online Bidding Plattform, Etc | 1 | $ 550.00 | $ 550.00 |
| 10/7/25 | Blue River Digital | 1 | $ 750.00 | $ 750.00 |
| 10/7/25 | 800thesign | 1 | $ 92.32 | $ 92.32 |
| 10/7/25 | Adwrkx Digital Ads | 1 | $ 179.00 | $ 179.00 |
| 10/7/25 | Facebook Ads | 1 | $ 400.00 | $ 400.00 |
| 10/7/25 | ZipYourFlyer Email Blast | 1 | $ 52.50 | $ 52.50 |
| 10/7/25 | PropertyHomeBlast Email | 1 | $ 50.50 | $ 50.50 |
| 10/7/25 | PrropertyLine Email Blast | 1 | $ 159.00 | $ 159.00 |
| 10/7/25 | Google Ads | 1 | $ 750.00 | $ 750.00 |
| 10/7/25 | MoBiz Text Service | 1 | $ 150.00 | $ 150.00 |
| 10/13/25 | White Knight Locksmith - Rekey Front Door - Service Charge | 1 | $ 89.00 | $ 89.00 |
| | **TOTAL** | | | **$ 4,409.18** |