THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>ALEXANDER E. JONES,<br>　　　Debtor. | Case No. 22-33553 (CML)<br><br>Chapter 7 |

**TRUSTEE'S REPORT OF SALE**

1.　　On or about October 8, 2025, the Trustee's authorized auctioneers sold at public auction 14 watches and a Ford Expedition for a total of $20,720. The individual sale prices of each item and other information are listed on the attached auction report.

2.　　The sale was authorized by Court order dated August 28, 2025. DE 1234.

3.　　The Trustee's retention of the auctioneers was approved by Court order dated September 16, 2024. DE 844.

4.　　The auctioneer's commission was $3,108.00, or 15% of the gross sale price.

5.　　The auctioneer's expenses were $4,855.50, with detail attached hereto.

Respectfully submitted, December 9, 2025　　　*/s/ Christopher Murray*
　　　　　　　　　　　　　　　　　　　　　　　　602 Sawyer, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77007
　　　　　　　　　　　　　　　　　　　　　　　　chris@jonesmurray.com
　　　　　　　　　　　　　　　　　　　　　　　　832-529-1999
　　　　　　　　　　　　　　　　　　　　　　　　*Chapter 7 Trustee*

| Lot | Qty | Title | Description | Platform | bidcardnum | bidamount |
|---|---|---|---|---|---|---|
| 1 | 1 | Tudor Geneve Chronometer | DETAILS: Tudor Geneve Chronometer watch featuring a 44mm diameter case (including crown), black dial inscribed with name of watch and 660ft: 200m (green script), cr√®me and gold stick/dots hourly markers and hands and a green bezel. The case is stainle | Live Auctioneers | 916 | 2,800.00 |
| 2 | 1 | Tudor Geneve Chronometer | DETAILS: Tudor Geneve Chronometer watch with a 44mm diameter round case (including crown). There is a black dial, white hands and markers, black leather band with a silver clasp. The leather on the band is very worn. No box. | Live Auctioneers | 902 | 1,400.00 |
| 3 | 1 | Tudor Geneve Chronometer | DETAILS: Tudor Geneve Chronometer with 44mm case diameter, black dial, navy bezel, and white hands and markers. The case back has inscription "Tudor Manufacture Calibre MT 5602". The band is black leather with a silver flip-lock clasp. No box. | Live Auctioneers | 918 | 1,600.00 |
| 4 | 1 | Tag Heuer AquaRacer | DETAILS: Tag Heuer AquaRacer Calibre 5 Automatic, black dial with grooves, date with cyclops and white hands and markers. The band is leather with black on outside and yellow on inside with a black flip-lock clasp. No box. | Live Auctioneers | 920 | 900.00 |
| 5 | 1 | Tag Heuer AquaRacer | DETAILS: Tag Heuer AquaRacer Calibre 5 Automatic, black dial with grooves, date with cyclops, white hands and markers, and a silver bezel. The band is leather with black on outside and yellow on inside with a silver flip-lock clasp. No box. | Proxibid | 3047 | 750.00 |
| 6 | 1 | Tag Heuer Monaco | DETAILS: Square black dial with a subdial, 41mm x 41mm, white and silver hands and stick markers, silver polished bezel, black alligator band with silver clasp, inscribed on back: "TAG HEUER CALIBRE 6 MONACO Swiss Made Since 1860, Sapphire Crystal, WAT | Proxibid | 3032 | 1,100.00 |
| 7 | 1 | Tag Heuer Carrera | DETAILS: Wintine Automatic, 41mm,Äù dial, white dial with white and silver hands and silver stick markers, polished silver bezel, dark brown leather band with silver flip clasp. Open case back showing movement. Inscription "TAG HEUER CALIBRE 7 SWISS MA | Proxibid | 3030 | 850.00 |
| 8 | 1 | Omega Seamaster Diver 300M Co-Axial Master Chronom | DETAILS: Stainless steel 42mm case with black ceramic unidirectional rotating bezel and black ceramic wave-pattern dial. Features luminous hour markers and hands, helium escape valve at 10 o‚Äôclock, date at 6 o‚Äôclock, and domed sapphire crystal. Exh | Live Auctioneers | 902 | 3,200.00 |
| 9 | 1 | Maratac Diver's Watch | DETAILS: Sterile black dial with luminous hands and hour markers, rotating elapsed-time bezel, orange sweep second hand, and crown positioned at 8 o‚Äôclock. Automatic movement with domed sapphire crystal, stainless steel case, and heavy-duty nylon str | Proxibid | 3041 | 95.00 |
| 10 | 1 | Victorinox Infantry Chronograph | DETAILS: 40mm case with black dial with cr√®me hands and numbers/markers, three subdials, Quartz chronograph,10 ATM, Silver polished bezel and black leather band with silver clasp. Dial is 1 5/8,Äù. Marketings on back are 130108623, 241588. No box. | Live Auctioneers | 909 | 70.00 |
| 11 | 1 | Victorinox Infantry Vintage | DETAILS: 41mm case diameter including crown with a green dial, silver and cr√®me hands and numbers/markers. Brown leather band with silver clasp. Case back inscription STAINLESS STEEL WATER RESISTANT 100 METERS VICTORINOX SWISS ARMY SAPPHIRE CRYSTAL". | Proxibid | 3063 | 75.00 |
| 12 | 1 | Victorinox Infantry | DETAILS: 41mm case diameter including crown with a black dial, white hourly numbers and silver and white hands and a polished silver bezel. Case back inscription STAINLESS STEEL WATER RESISTANT 100 METERS VICTORINOX SWISS ARMY SAPPHIRE CRYSTAL". The mo | Live Auctioneers | 909 | 60.00 |
| 13 | 1 | Victorinox Infantry | DETAILS: 41mm case diameter including crown with a black dial, white hourly numbers and silver and white hands and a polished silver bezel. Case back inscription STAINLESS STEEL WATER RESISTANT 100 METERS VICTORINOX SWISS ARMY SAPPHIRE CRYSTAL". The mo | Proxibid | 3047 | 70.00 |
| 14 | 1 | 2017 Ford Expedition King Ranch Sport Utility 4D | DETAILS: VIN#1FMJU1JT3HEA05372; V6 Ecoboost TT 3.5L Gas Engine; A/T w/ 6-Spd Selectshift; 4WD; P/W; P/L; Moon Roof; 2nd Row Bucket Seats; Media Centers in Headrests; 131,405 Stated Miles; 275/55R20 Tires (NOTE:  Driver‚Äôs side wheel is not the factory | Proxibid | 3051 | 7,750.00 |
| Total | 14 | | | | | 20,720.00 |

**EXPENSE REPORT**
Personal Property

**Marketing**
| | |
|---|---:|
| Live Auctioneers | 1,352.00 |
| Proxibid | 1,537.50 |
| Eblast | 311.00 |
| Total | 3,200.50 |

**Online Fees**
| | |
|---|---:|
| Posting Fees | 249.00 |
| Proxibid Fees | 534.50 |
| Live Auctioneers Fees | 501.50 |
| Total | 1,285.00 |

**Other**
| | |
|---|---:|
| Transportation | 300.00 |
| Auto Detail | 70.00 |
| Total | 370.00 |

**Total**     **4,855.50**