IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| ALEXANDER E. JONES, | Case No. 22-33553 |
| Debtor. | |

**THE SANDY HOOK FAMILIES' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

The Connecticut Families[1] and the Texas Families[2] (together, the "Appellees" or "Sandy Hook Families"), under Rule 8009 of the Federal Rules of Bankruptcy Procedure, submit the following designation of additional items to be included in the record on appeal with respect to Jones's appeal of this Court's Order Confirming That FSS Assets Are Not Property of the Estate of Alexander E. Jones and Not Subject to the Automatic Stay and Renewed Request for the Pending Relief of a Private Sale of the FSS Assets for Cash [Dkt. No. 1271] (the "Order"), entered November 4, 2025.

**DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL**

The Sandy Hook Families designate the following additional items to be included in the record on appeal. Each designated item shall also include all filed exhibits attached to such item. Because the appeal of the Order relates in part to the companion bankruptcy action captioned *In re Free Speech Systems LLC*, Case No, 22-60043, a case that has been dismissed by the Bankruptcy

---

[1] The "Connecticut Families" are Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker, and Erica Ash.
[2] The "Texas Families" are Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine.

1

Court of the Southern District of Texas (the "FSS Action"), the Sandy Hook Families also designate items from that docket in addition to the docket of the immediate Chapter 7 case (the "Jones Action"). The Sandy Hook Families also designate this *Designation of Additional Items to Be Included in the Record on Appeal* for inclusion in the record on appeal.

| Item No. | Date Filed | Action | Docket No. | Description |
|---|---|---|---|---|
| 1. | 06/11/2024 | FSS | 933 | Debtor's Emergency Motion for Court Instructions Regarding (1) Disposition of Debtors Property, and (2) Clarity as to the Chief Restructuring Officers Responsibilities and Authority, in the Event of Either a Dismissal of This Case or Conversion to Chapter 7 |
| 2. | 06/12/2024 | FSS | 943 | Jones's Response and Objection to Debtor's Emergency Motion for Court Instructions and Motion to Convert |
| 3. | 06/14/2024 | FSS | 955 | Courtroom Minutes of June 14, 2024 Hearing |
| 4. | 06/23/2024 | Jones | 720 | Trustee's Emergency Motion to (1) Clarify Transfer of Control and Signing Authority with Respect to Debtor's Bank Accounts, (2) For an Order Extending Automatic Stay in the Alex Jones Case to Free Speech Systems LLC, and (3) Related Relief |
| 5. | 06/24/2024 | Jones | 725 | Statement of the Connecticut Families in support of the Trustee's Emergency Motion |
| 6. | 06/24/2024 | Jones | 726 | Texas Plaintiffs' Response to the Jones Chapter 7 Trustee's Motion |
| 7. | 08/22/2024 | Jones | 829 | Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC |
| 8. | 09/20/2024 | Jones | 849 | Objection (Limited) to Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC |
| 9. | 09/20/2024 | Jones | 850 | Statement of the Texas Plaintiffs in Support of the Chapter 7 Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC |
| 10. | 09/20/2024 | Jones | 851 | Statement of the Connecticut Families in Support of the Chapter 7 Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC |

| 11. | 09/23/2024 | Jones | 853 | Trustee's Reply In Support of the Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC |
| 12. | 09/25/2024 | Jones | 859 | Order Granting Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC |
| 13. | 9/25/2024 | FSS | 1021 | Order Supplementing Order Dismissing Case |
| 14. | 09/27/2024 | Jones | 862 | Notice of Auction for the Sale of Assets of Free Speech Systems, LLC |
| 15. | 10/15/2024 | Jones | 880 | Transcript of Status Conference held on September 11, 2024 |
| 16. | 10/15/2024 | Jones | 882 | Trustee's Emergency Motion for Entry and Order Authorizing (I) The Sale of Intellectual Property Assets in Connection with the [Winddown] of Free Speech Systems, LLC and (II) the Assumption and Assignment of Executory Contracts |
| 17. | 10/24/2024 | Jones | 892 | Objection (Limited) to Trustee's Emergency Motion |
| 18. | 10/25/2024 | Jones | 893 | Notice of Revised Proposed Order Granting Trustee's Emergency Motion |
| 19. | 11/08/2024 | Jones | 901 | 07/16/24 Hearing Transcript |
| 20. | 11/14/2024 | Jones | 903 | Notice of Successful Bidder and Backup Bidder in the Auction for the Assets of Free Speech Systems, LLC Free and Clear of any and All Claims, Interests, and Encumbrances |
| 21. | 11/18/2024 | Jones | 913 | First United American Companies, LLC's Emergency Motion to Disqualify Global Tetrahedron, LLC's Bid |
| 22. | 11/18/2024 | Jones | 914 | Trustee's Preliminary Response |
| 23. | 11/24/2024 | Jones | 931 | Trustee's Objection to Emergency Motion to Disqualify Global Tetrahedron, LLC's Bid |
| 24. | 11/25/2024 | Jones | 935 | Connecticut Families' Statement in Support |
| 25. | 11/25/2024 | Jones | 936 | 2/28/23 Hearing Transcript |
| 26. | 11/25/2024 | Jones | 939 | 8/30/23 Hearing Transcript |
| 27. | 11/26/2024 | Jones | 941 | 11/14/24 Hearing Transcript |
| 28. | 12/05/2024 | Jones | 953 | Notice of Corrected Exhibit A to X Corp.'s Limited Objection to Trustee's Proposed Sale Motions |

3

| | | | | |
|---|---|---|---|---|
| 29. | 12/08/2024 | Jones | 970 | Trustee's Emergency Motion to Strike Alexander E. Jones' Response and Objection to the Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC |
| 30. | 12/09/2024 | Jones | 973 | Global Tetrahedron Response in Support of Trustee's Expedited Motion for Entry of Order in Furtherance of Sale of Assets of FSS |
| 31. | 12/12/2024 | Jones | 992 | 12/10/24 Hearing Transcript |
| 32. | 12/19/2024 | Jones | 998 | 12/09/24 Hearing Transcript |
| 33. | 01/03/2025 | Jones | 1005 | Motion for Expedited Consideration |
| 34. | 01/06/2025 | Jones | 1006 | Motion for Expedited Consideration |
| 35. | 01/06/2025 | Jones | 1007 | 11/25/24 Transcript |
| 36. | 01/10/2025 | Jones | 1011 | Motion for Expedited Consideration |
| 37. | 01/16/2025 | Jones | 1018 | Motion for Expedited Consideration |
| 38. | 02/03/2025 | Jones | 1056 | Joint Reply of the Sandy Hook Families in Support of the Settlement Motion |
| 39. | 02/04/2025 | Jones | 1060 | 01/13/25 Hearing Transcript |
| 40. | 02/04/2025 | Jones | 1065 | Reply - Trustee's Reply In Support of Expedited Motion for Entry of an Order (I) Authorizing and Approving the Settlement by and Between the Chapter 7 Trustee, the Connecticut Families, and the Texas Families and (II) Granting Related Relief |
| 41. | 02/05/2025 | Jones | 1067 | Jones Supplemental Objection |
| 42. | 02/06/2025 | Jones | 1072 | 02/05/25 Transcript |
| 43. | 02/18/2025 | Jones | 1089 | FUAC's Emergency Motion Requesting Leave to File a Motion Approving the Sale of FSS Assets, and Request for Status Conference |
| 44. | 02/26/2025 | Jones | 1093 | Statement Limited Joinder to FUAC's Expedited Motion |
| 45. | 03/11/2025 | Jones | 1113 | Objection of the Sandy Hook Families to FUAC's Motion Requesting Leave to File a Motion Approving the Sale of FSS Assets, and Request for a Status Conference. |
| 46. | 05/19/2025 | Jones | 1150 | Joint Objection of the Sandy Hook Families to Alexander E. Jones's Motion for Reconsideration of This Court's Determination That No Auction of Free |

4

| | | | | |
|---|---|---|---|---|
| | | | | Speech Systems' Assets Will Be Conducted By the Jones Chapter 7 Estate |
| 47. | 05/27/2025 | Jones | 1155 | Reply to the Joint Objection of the Sandy Hook Families to Alexander E. Jones' Motion for Reconsideration of This Court's Determination that No Auction of Free Speech Systems Assets Will be Conducted by the Jones Chapter 7 Estate |
| 48. | 09/26/2025 | Jones | 1241 | The Sandy Hook Families' Emergency Joint Motion For Entry of an Order Confirming That FSS Assets Are Not Subject to the Automatic Stay |
| 49. | 10/01/2025 | Jones | 1251 | Order Confirming That FSS Assets Are Not Subject to the Automatic Stay |
| 50. | 10/03/2025 | Jones | 1254 | Notice of Abandonment of the Estate's 100% Ownership Interest in Free Speech Systems, LLC |

## CERTIFICATION REGARDING TRANSCRIPTS

The Sandy Hook Families hereby certify, pursuant to Federal Rule of Bankruptcy Procedure 8009(b), that they are not ordering any transcripts. All transcripts have been prepared, are on the docket, and are designated in the foregoing designation of record.

## RESERVATION OF RIGHTS

The Sandy Hook Families expressly reserve the right to (i) withdraw, supplement, amend or modify this Designation of Additional Items for the Record on Appeal and (ii) move to strike any items included by Appellant in a designation of additional items. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated:  December 15, 2025

| | |
|---|---|
| */s/ Jennifer J. Hardy* | */s/ Ryan E. Chapple* |
| **WILLKIE FARR & GALLAGHER LLP** | **CAIN & SKARNULIS PLLC** |
| Jennifer J. Hardy | Ryan E. Chapple |
| State Bar No. 24096068 | State Bar No. 24036354 |
| 600 Travis Street | 303 Colorado Street, Suite 2850 |
| Houston, TX 77002 | Austin, TX 78701 |
| Telephone: (713) 510-1766 | Telephone: (512) 477-5000 |
| Fax: (713) 510-1799 | Fax: (512) 477-5011 |
| E-mail: jhardy2@willkie.com | E-mail: rchapple@cstrial.com |

**WILLKIE FARR & GALLAGHER LLP**
Stuart R. Lombardi (admitted *pro hac vice*)
Deanna Drenga (admitted *pro hac vice*)
787 Seventh Avenue New York, NY 10019
Telephone: (212) 728-8000
Fax: (212) 728-8111
E-mail: slombardi@willkie.com
ddrenga@willkie.com

**KOSKOFF KOSKOFF & BIEDER, PC**
Alinor C. Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
E-mail: asterling@koskoff.com

**LAWSON & MOSHENBERG PLLC**
Avi Moshenberg
State Bar No. 24083532
801 Travis Street, Suite 2101, #838
Houston, TX 77002
Telephone: (713) 449-9644
E-mail: avi.moshenberg@lmbusinesslaw.com

**PAUL, WEISS, RIFKIND, WHARTON GARRISON LLP**
Kyle J. Kimpler (admitted *pro hac vice*)
Paul Paterson (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
Vida J. Robinson (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
E-mail: kkimpler@paulweiss.com
          ppaterson@paulweiss.com
          dsinnreich@paulweiss.com
          virobinson@paulweiss.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
Jarrod B. Martin
State Bar No. 24070221
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0388
Fax: (713) 576-0301
E-mail: jbmartin@bradley.com

*Co-Counsel to the Connecticut Families*

*Co-Counsel to the Texas Families*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties registered to receive electronic notice through the Court's CM/ECF system on December 15, 2025.

/s/ Jennifer J. Hardy