UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 7** |
| **ALEXANDER E. JONES,** | § |
| | § **Case No. 22-33553 (CML)** |
| Debtor. | § |
| | § |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORIZATION FOR TURNOVER OF FSS FUNDS TO STATE COURT RECEIVER AND RESERVATION OF RIGHTS**
[Relates to Docket No. _____]

Upon consideration of the motion (the "***Motion***")[1] of Christopher R. Murray, the chapter 7 trustee (the "***Trustee***") for the bankruptcy estate (the "***Estate***") of the above-captioned debtor (the "***Debtor***"), seeking entry of this order (the "***Order***") authorizing the turnover of FSS funds to the state court Receiver; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C.§ 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the relief requested in the Motion is in the best interests of the Estate, its creditors, and other parties in interest; and this Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any; and upon

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

17949540

all of the proceedings had before this Court; and it appearing, upon due deliberation, that the legal and factual bases set forth in the Motion and any hearing thereon establish just cause for the relief requested in the Motion, it is hereby ORDERED THAT:

1. The Trustee is authorized to transfer the FSS Funds to the Receiver.

2. The Trustee's rights and claims are reserved with respect to the FSS Funds, including without limitation to the reimbursement of the Estate.

3. The Trustee is authorized to take all actions reasonably necessary to implement the terms of this Order.

4. The Court shall retain exclusive jurisdiction over all matters related to the interpretation, implementation and enforcement of this Order.

Dated: _____

                                            HONORABLE CHRISTOPHER M. LOPEZ
                                            UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM ONLY:

*/s/ Shelby A. Jordan*
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
Jordan & Ortiz, P.C.
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX 78401
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
Email: sjordan@jhwclaw.com

CO-COUNSEL FOR ALEX JONES and FSS

17949540