**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § |
| **ALEXANDER E. JONES,** | § **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |
| | § |
| | § |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTH INTERIM FEE APPLICATION OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AND INCLUDING OCTOBER 31, 2025**
**[Relates to Docket No. 1281]**

1.     On December 4, 2025, Porter Hedges LLP, co-counsel for Christopher R. Murray, the Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones, filed its *Fifth Interim Fee Application of Porter Hedges LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through and including October 31, 2025* [Docket No. 1281] (the "Application").

2.     The deadline for receipt of responses to the Application has passed.

3.     The undersigned represents to the Court that the Trustee is unaware of any objection to the Application appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no party has filed an objection to the relief sought in the Application.

4.     Attached hereto is the proposed *Order Granting Fifth Interim Fee Application of Porter Hedges LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through and including October 31, 2025* (the "Proposed Order").

18084914

5.      The Trustee respectfully requests that the Court enter the Proposed Order attached

hereto.

Dated: December 30, 2025.
          Houston, Texas                                    **PORTER HEDGES LLP**

                                         By:      */s/ Joshua W. Wolfshohl*
                                                  Joshua W. Wolfshohl (TX 24038592)
                                                  1000 Main Street, 36th Floor
                                                  Houston, Texas 77002
                                                  Telephone: (713) 226-6000
                                                  Fax: (713) 226-6248
                                                  jwolfshohl@porterhedges.com

                                                  *Co-Counsel for Christopher R. Murray,*
                                                  *Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

        I certify that on December 30, 2025, I caused a copy of the foregoing document to be served
by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern
District of Texas on all parties receiving electronic service in this bankruptcy case.

                                                  */s/ Joshua W. Wolfshohl*
                                                  Joshua W. Wolfshohl

2

18084914