# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**ALEXANDER E. JONES,**<br><br>Debtor. | §<br>§  Chapter 7<br>§<br>§  Case No. 22-33553 (CML)<br>§<br>§ |

**NINETEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | December 1, 2025 through and including December 31, 2025 |
| **Interim Fees Incurred:** | $2,966.00 |
| **Interim Payment of Fees Requested (80%):** | $2,372.80 |
| **Interim Expenses Incurred:** | $1,794.55 |
| **Total Fees and Expenses Due:** | $4,167.35 |

This is the Nineteenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

18108696

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Nineteenth Monthly Fee Statement (the "Fee Statement") for the period from December 1, 2025 through December 31, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $2,966.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,794.55 (the "Expenses"), for the period from December 1, 2025 through December 31, 2025. Eighty percent (80%) of the fees equals $2,372.80 and one hundred percent (100%) of the Expenses equals $1,794.55 for a total requested amount of $4,167.35.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $2,372.80 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,794.55 in the total amount of $4,167.35.

Dated:  January 13, 2026.
       Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

    This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 13, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 1.50 | 1,117.50 |
| Case Administration | 0.00 | 0.00 |
| Employment/Fee Application | 3.30 | 1,848.50 |
|  |  |  |
| **TOTAL** | **4.80** | **2,966.00** |

18108696

# EXHIBIT 2

## SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 6.80 |
| Computer Services | 1,787.75 |
|  |  |
| **TOTAL** | **1,794.55** |

18108696

# **EXHIBIT 3**

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $995.00 | 0.00 |
| Michael B. Dearman | $745.00 | 2.80 |
| Mitzie L. Webb | $485.00 | .50 |
| Eliana Garfias | $425.00 | 1.50 |
| | | |
| **TOTAL** | | **4.80** |

18108696

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| ATTN: CHRIS MURRAY | Invoice Date: January 13, 2026 |
| | Invoice Num.: 586691 |
| | Matter Number: 018577-0001 |
| | Billing Attorney: Joshua W. Wolfshohl |
| | Tax ID: #74-2174193 |

Matter:          Alex Jones

For professional services rendered and costs incurred through December 31, 2025

| | |
|---|---|
| Professional Fees | 2,966.00 |
| Disbursements | 1,794.55 |
| **Total Amount Due** | **$4,760.55** |

Exhibit 4

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | January 13, 2026 |
| Invoice Num.: | 586691 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/2025 | MBD | Review statement of issues on appeal. | 0.20 | 149.00 |
| 12/02/2025 | MBD | Correspond with C. Murray regarding fee application. | 0.10 | 74.50 |
| 12/03/2025 | MBD | Revise and finalize fifth interim PH fee application (.3); correspond with E. Garfias and M. Webb regarding same (.1). | 0.40 | 298.00 |
| 12/04/2025 | MBD | Correspond with M. Webb regarding fifth interim PH fee application. | 0.10 | 74.50 |
| 12/04/2025 | EG | Email exchange with PH team on filing logistics of fifth interim fee application (.2); receive/review and electronically file with court (3); follow up email on same (.1); coordinate service of same (.2). | 0.80 | 340.00 |
| 12/04/2025 | MLW | Email exchanges with M. Dearman regarding PH's 5th Interim Fee Application. | 0.10 | 48.50 |
| 12/05/2025 | MBD | Analyze response to motion to turnover. | 0.20 | 149.00 |
| 12/08/2025 | EG | Email exchange with PH team on PH's monthly fee statement (.2); receive, finalize, and electronically file same with court (.2); coordinate service (.1). | 0.50 | 212.50 |
| 12/15/2025 | MBD | Begin drafting reply to Jones response (1.0); review and analyze past pleadings from Jones (.5). | 1.50 | 1,117.50 |
| 12/29/2025 | MBD | Draft certificate of no objection and proposed order (.2); correspond with M. Webb and E. Garfias regarding same (.1). | 0.30 | 223.50 |
| 12/29/2025 | EG | Email exchange with PH team on potential filing of CNO to PH's fee application. | 0.20 | 85.00 |
| 12/30/2025 | MLW | Email exchanges with M. Dearman regarding CNO - PH's 5th Interim Fee Application (.2); receive and file with copy to Court Case Manager (.2). | 0.40 | 194.00 |
| **Total** |  |  | **4.80** | **$2,966.00** |
| **Total Services** |  |  |  | **$2,966.00** |

**PORTER HEDGES LLP**

| | |
|---|---:|
| Invoice Date: | January 13, 2026 |
| Invoice Num.: | 586691 |
| Matter Number: | 018577-0001 |

---

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| MBD | Michael B. Dearman | Associate | 2.80 | 745.00 | 2,086.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.50 | 485.00 | 242.50 |
| EG | Eliana Garfias | Paralegal | 1.50 | 425.00 | 637.50 |
| **Total** | | | **4.80** | | **$2,966.00** |

**Cost Summary**

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | 6.80 |
| Computer Services | 1,787.75 |
| **Total Disbursements** | **$1,794.55** |

| | |
|---|---:|
| **Total This Invoice** | **$4,760.55** |