UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> **ALEXANDER E. JONES,** § <br> § <br> Debtor. § <br> § | **Chapter 7** <br><br> **Case No. 22-33553 (CML)** |

**NOTICE OF ANNUAL RATE INCREASE BY PORTER HEDGES LLP**
[Relates to Docket No. 792]

On July 30, 2024, this Court entered its order authorizing the retention of Porter Hedges as bankruptcy counsel to the trustee [Docket No. 792] (the "Retention Order").[1]

This Notice is provided pursuant to paragraph 6 of the Retention Order, which requires Porter Hedges LLP ("PH") to provide notice to the Debtor, the U.S. Trustee, and any official committee before any increases in the rates set forth in PH's employment application are implemented.

Effective as of January 1, 2026 PH adjusted its billing rates as reflected below:

| Category of Service Provider | Low/High |
|---|---|
| Partners | $550/$1450 |
| Of Counsel | $625/$1300 |
| Associates/Staff Attorneys | $475/$880 |
| Paralegals | $370/$620 |
| Technical Advisors | $380/$495 |

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Retention Order.

1

18130299

January 27, 2026                                          Respectfully Submitted,

                                                          By: */s/ Joshua W. Wolfshohl*
                                                          **PORTER HEDGES LLP**
                                                          Joshua W. Wolfshohl (TX Bar No. 24038592)
                                                          1000 Main St., 36th Floor
                                                          Houston, Texas 77002
                                                          Telephone: (713) 226-6000
                                                          Facsimile: (713) 226-6248
                                                          jwolfshohl@porterhedges.com

                                                          ***Counsel for the Chapter 7 Trustee,
                                                          Christopher R. Murray***


**CERTIFICATE OF SERVICE**

   This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 27, 2026.

                                                          */s/ Joshua W. Wolfshohl*
                                                           Joshua W. Wolfshohl

18130299