UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In re: Alexander E. Jones
   Debtor

§

Civil Action No. 25cv5553

§

§

Alexander E. Jones Free Speech Systems, LLC     §     Bankruptcy Case No 22-33553

§

Appellant     §

§

## Supplement Record Transmitted

The bankruptcy clerk has transmitted the record for this appeal to the district court. *See* Fed. R. Bankr. P. 8010 (b). Unless the district court orders otherwise, the following deadlines apply. *See* Fed. R. Bankr. P. 8018.

1. The appellant's brief must be filed within 30 days after entry of this notice.

2. The appellee's brief must be filed within 30 days after service of the appellant's brief.

3. The appellant may file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument.

Date: 02/11/2026

Nathan Ochsner, Clerk of Court

Deputy Clerk  H. Lerma