UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 7 |
| **ALEXANDER E. JONES,** § | |
| § | Case No. 22-33553 (CML) |
| Debtor. § | |
| § | |

**TWENTIETH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM JANUARY 1, 2026 THROUGH JANUARY 31, 2026</u>**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | January 1, 2026 through and including January 31, 2026 |
| **Interim Fees Incurred:** | $10,187.50 |
| **Interim Payment of Fees Requested (80%):** | $8,150.00 |
| **Interim Expenses Incurred:** | $1,796.75 |
| **Total Fees and Expenses Due:** | $9,946.75 |

This is the Twentieth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

18150971

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twentieth Monthly Fee Statement (the "Fee Statement") for the period from January 1, 2026 through January 31, 2026 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $10,187.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,796.75 (the "Expenses"), for the period from January 1, 2026 through January 31, 2026. Eighty percent (80%) of the fees equals $8,150.00 and one hundred percent (100%) of the Expenses equals $1,796.75 for a total requested amount of $9,946.75.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $8,150.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,796.75 in the total amount of $9,946.75.

Dated:  February 13, 2026.
      Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

### CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 13, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

18150971

# EXHIBIT 1

## SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 10.40 | 9,965.00 |
| Case Administration | 0.00 | 0.00 |
| Employment/Fee Application | .50 | 222.50 |
|  |  |  |
| **TOTAL** | **10.90** | **10,187.50** |

18150971

# **EXHIBIT 2**

## SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 9.00 |
| Computer Services | 1,787.75 |
| | |
| **TOTAL** | **1,796.75** |

18150971

# EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $995.00 | 5.40 |
| Michael B. Dearman | $745.00 | 3.00 |
| Jordan T. Stevens | $775.00 | 2.00 |
| Eliana Garfias | $425.00 | .50 |
|  |  |  |
| **TOTAL** |  | **10.90** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---:|
| Invoice Date: | February 12, 2026 |
| Invoice Num.: | 587751 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:        Alex Jones

For professional services rendered and costs incurred through January 31, 2026

| | |
|---|---:|
| Professional Fees | 10,187.50 |
| Disbursements | 1,796.75 |
| **Total Amount Due** | **$11,984.25** |

EXHIBIT 4

**PORTER HEDGES LLP**

|  | Invoice Date: | February 12, 2026 |
|---|---:|---:|
|  | Invoice Num.: | 587751 |
|  | Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 01/02/2026 | MBD | Conference with J. Wolfshohl regarding offer and case status. | 0.20 | 165.00 |
| 01/13/2026 | JWW | Review turnover order and analysis from E. Jones regarding same and emails with team regarding next steps with FSS funds. | 0.50 | 550.00 |
| 01/13/2026 | EG | Email exchange with PH team on filing of PH's 19th fee statement (.1); receive/review and electronically file same with court (.3); coordinate service of same (.1). | 0.50 | 222.50 |
| 01/14/2026 | JWW | Emails regarding turnover issues and further discussion of case status and litigation claims. | 0.60 | 660.00 |
| 01/15/2026 | JWW | Emails regarding turnover issues and next steps in litigation. | 0.40 | 440.00 |
| 01/16/2026 | JWW | Emails regarding open issues in case (.2); conference call with Trustee team regarding pending litigation and next steps (.9). | 1.10 | 1,210.00 |
| 01/16/2026 | MBD | Conference with C. Murray, E. Jones, and PH team regarding case status and strategy (.7); attention to adversary proceeding issues (.1). | 0.80 | 660.00 |
| 01/16/2026 | JTS | Prepare for and attend a strategy session with E. Jones, C. Murray, and members of the Porter Hedges Team. | 0.90 | 697.50 |
| 01/19/2026 | JWW | Conference with M. Dearman regarding litigation claims and analyze same. | 1.00 | 1,100.00 |
| 01/19/2026 | MBD | Prepare for conference with J. Wolfshohl regarding adversary proceedings (.2); conference with J. Wolfshohl regarding adversary proceedings (.6); review real property records (.1). | 0.90 | 742.50 |
| 01/20/2026 | JWW | Emails regarding claims analysis and next steps. | 0.30 | 330.00 |
| 01/22/2026 | MBD | Conference with C. Murray, E. Jones, J. Wolfshohl, and J. Stevens regarding case status and strategy | 0.60 | 495.00 |
| 01/22/2026 | JWW | Conference with A. Daughtry regarding status of adversary proceedings (.4); conference call with Trustee | 0.80 | 880.00 |

**PORTER HEDGES LLP**

|  |  |
|---|---:|
| Invoice Date: | February 12, 2026 |
| Invoice Num.: | 587751 |
| Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
|  |  | team regarding same and issues with receiver (.3); follow-up emails (.1). |  |  |
| 01/22/2026 | JTS | Prepare for and attend a strategy session with E. Jones, the Trustee, and members of the Porter Hedges Team. | 0.60 | 465.00 |
| 01/30/2026 | MBD | Conference with C. Murray, E. Jones, J. Wolfshohl and J. Stevens regarding case strategy and potential settlements. | 0.50 | 412.50 |
| 01/30/2026 | JWW | Conference call with Trustee team regarding options for resolving remaining issues in case. | 0.70 | 770.00 |
| 01/30/2026 | JTS | Prepare for and attend a strategy session with E. Jones, C. Murray, and members of the Porter Hedges Team. | 0.50 | 387.50 |
| **Total** |  |  | **10.90** | **$10,187.50** |

| **Total Services** |  | **$10,187.50** |
|---|---|---:|

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| JWW | Joshua W. Wolfshohl | Partner | 5.40 | 1,100.00 | 5,940.00 |
| MBD | Michael B. Dearman | Associate | 3.00 | 825.00 | 2,475.00 |
| JTS | Jordan T. Stevens | Associate | 2.00 | 775.00 | 1,550.00 |
| EG | Eliana Garfias | Paralegal | 0.50 | 445.00 | 222.50 |
| **Total** |  |  | **10.90** |  | **$10,187.50** |

**Cost Summary**

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | 9.00 |
| Computer Services | 1,787.75 |
| **Total Disbursements** | **$1,796.75** |

| **Total This Invoice** | **$11,984.25** |
|---|---:|