**EXHIBIT 1**

**TIMEKEEPER SUMMARY**

| Professional | Title | Section | Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Joshua W. Wolfshohl (2025) | Partner | Bankruptcy | $ 995.00 | 2.50 | $ 2,487.50 |
| Joshua W. Wolfshohl (2026) | Partner | Bankruptcy | $ 1,100.00 | 5.40 | $ 5,940.00 |
| Michael B. Dearman (2025) | Associate | Bankruptcy | $ 745.00 | 10.70 | $ 7,971.50 |
| Michael B. Dearman (2026) | Associate | Bankruptcy | $ 825.00 | 3.00 | $ 2,475.00 |
| Jordan T. Stevens (2025) | Associate | Bankruptcy | $ 725.00 | 2.00 | $ 1,450.00 |
| Jordan T. Stevens (2026) | Associate | Bankruptcy | $ 775.00 | 2.00 | $ 1,550.00 |
| Mitzie L. Webb | Paralegal | Bankruptcy | $ 485.00 | 0.50 | $ 242.50 |
| Eliana Garfias (2025) | Paralegal | Bankruptcy | $ 425.00 | 2.80 | $ 1,190.00 |
| Eliana Garfias (2026) | Paralegal | Bankruptcy | $ 445.00 | 0.50 | $ 222.50 |
| **TOTAL** | | | | **29.40** | **$23,529.00** |

18185091