**EXHIBIT 2**

**PROJECT CATEGORIES**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 20.40 | $18,000.00 |
| Case Administration | 1.30 | $552.50 |
| Employment/Fee Application | 7.70 | $4,976.50 |
| **TOTAL** | **29.40** | **$23,529.00** |