**<u>EXHIBIT 3</u>**

**MONTHLY FEE STATEMENTS**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

### EIGHTEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | November 1, 2025 through and including November 30, 2025 |
| **Interim Fees Incurred:** | $10,375.50 |
| **Interim Payment of Fees Requested (80%):** | $8,300.40 |
| **Interim Expenses Incurred:** | $1,813.75 |
| **Total Fees and Expenses Due:** | $10,114.15 |

This is the Eighteenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

18049400

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Eighteenth Monthly Fee Statement (the "Fee Statement") for the period from November 1, 2025 through November 30, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $10,375.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,813.75 (the "Expenses"), for the period from November 1, 2025 through November 30, 2025. Eighty percent (80%) of the fees equals $8,300.40 and one hundred percent (100%) of the Expenses equals $1,813.75 for a total requested amount of $10,114.15.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $8,300.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,813.75 in the total amount of $10,114.15.

18049400

Dated: December 8, 2025                    Respectfully Submitted,
       Houston, Texas

                                       By: */s/ Joshua W. Wolfshohl*
                                       **PORTER HEDGES LLP**
                                       Joshua W. Wolfshohl (TX Bar No. 24038592)
                                       1000 Main St., 36th Floor
                                       Houston, Texas 77002
                                       Telephone: (713) 226-6000
                                       Facsimile: (713) 226-6248
                                       jwolfshohl@porterhedges.com
                                       ***Counsel for the Chapter 7 Trustee,***
                                       ***Christopher R. Murray***

## **CERTIFICATE OF SERVICE**

     This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on December 8, 2025.

                                    */s/ Joshua W. Wolfshohl*
                                    Joshua W. Wolfshohl

18049400

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 8.50 | 6,917.50 |
| Case Administration | 1.30 | 552.50 |
| Employment/Fee Application | 3.90 | 2,905.50 |
| | | |
| **TOTAL** | **13.70** | **10,375.50** |

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 26.00 |
| Computer Services | 1,787.75 |
|  |  |
| **TOTAL** | **1,813.75** |

18049400

## EXHIBIT 3

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $995.00 | 2.50 |
| Michael B. Dearman | $745.00 | 7.90 |
| Jordan T. Stevens | $725.00 | 2.00 |
| Eliana Garfias | $425.00 | 1.30 |
| | | |
| **TOTAL** | | **13.70** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | December 08, 2025 |
| Invoice Num.: | 585651 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:        Alex Jones

For professional services rendered and costs incurred through November 30, 2025

| | |
|---|---|
| Professional Fees | 10,375.50 |
| Disbursements | 1,813.75 |
| **Total Amount Due** | **$12,189.25** |

EXHIBIT 4

**PORTER HEDGES LLP**

| | |
|---|---|
| Invoice Date: | December 08, 2025 |
| Invoice Num.: | 585651 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/03/2025 | JTS | Analyze amounts potentially due between the estate and FSS and create a summary of the same. | 1.50 | 1,087.50 |
| 11/04/2025 | MBD | Review order denying motion for reconsideration. | 0.10 | 74.50 |
| 11/04/2025 | JWW | Review order denying motion to reconsider and email regarding same. | 0.20 | 199.00 |
| 11/05/2025 | MBD | Conference with J. Wolfshohl regarding receivership and case issues. | 0.20 | 149.00 |
| 11/05/2025 | JWW | Conference with M. Dearman regarding path forward with various adversary proceedings and issues with receiver. | 0.40 | 398.00 |
| 11/06/2025 | JWW | Review all open issues in case in preparation for weekly call (.4); conference with Trustee regarding next steps in case (.6). | 1.00 | 995.00 |
| 11/06/2025 | JTS | Prepare for and attend strategy session regarding the status of the case and next steps. | 0.20 | 145.00 |
| 11/07/2025 | JWW | Emails regarding turnover of FSS funds to receiver and review Form 2. | 0.30 | 298.50 |
| 11/10/2025 | JWW | Finalize fee statement and emails regarding same. | 0.20 | 199.00 |
| 11/10/2025 | MBD | Draft motion to turnover funds (1.4); review background pleadings related to receivership (.4). | 1.80 | 1,341.00 |
| 11/10/2025 | EG | Email exchange with Y. McCullar on filing of PH's 17th fee statement (.1); receive, finalize, and electronically file same (.3); coordinate service of same (.2). | 0.60 | 255.00 |
| 11/11/2025 | MBD | Continue draft motion to authorize turnover (.6); correspond with J. Wolfshohl and J. Stevens regarding same (.1). | 0.70 | 521.50 |
| 11/12/2025 | MBD | Correspond with J. Wolfshohl regarding FSS funds (.1); correspond with C. Murray and E. Jones regarding motion to turnover funds (.1). | 0.20 | 149.00 |
| 11/13/2025 | MBD | Revise turnover motion (.3); conference with J. | 0.50 | 372.50 |

**PORTER HEDGES LLP**

| | | |
|---|---|---|
| Invoice Date: | December 08, 2025 |
| Invoice Num.: | 585651 |
| Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Wolfshohl and J. Stevens regarding same and case updates (.2). | | |
| 11/13/2025 | JTS | Prepare for and attend general strategy session. | 0.30 | 217.50 |
| 11/13/2025 | EG | Email exchange with M. Dearman on potential filing of motion to turnover funds. | 0.10 | 42.50 |
| 11/14/2025 | MBD | Conference with C. Murray regarding motion (.1); correspond with J. Wolfshohl regarding same (.1); finalize motion to turnover funds (.2); correspond with receiver's counsel regarding same (.1). | 0.50 | 372.50 |
| 11/14/2025 | JWW | Review draft motion to turnover and emails regarding same. | 0.30 | 298.50 |
| 11/14/2025 | EG | Email exchange with M. Dearman on filing logistics of turnover motion (.2); discuss filing logistics with M. Webb (.1); receive/review and electronically file same (.3). | 0.60 | 255.00 |
| 11/17/2025 | JWW | Review notice of appeal. | 0.10 | 99.50 |
| 11/24/2025 | MBD | Review notice of appeal (.1); correspond with Trustee, E. Jones, and PH team regarding same (.1); draft interim PH fee application (1.9); review monthly fee statements (.2). | 2.30 | 1,713.50 |
| 11/25/2025 | MBD | Continue draft fifth interim PH fee application (1.4); correspond with J. Wolfshohl regarding same (.1). | 1.50 | 1,117.50 |
| 11/26/2025 | MBD | Correspond with C. Murray regarding fee application. | 0.10 | 74.50 |
| **Total** | | | **13.70** | **$10,375.50** |

| | | |
|---|---|---|
| **Total Services** | | **$10,375.50** |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 2.50 | 995.00 | 2,487.50 |
| MBD | Michael B. Dearman | Associate | 7.90 | 745.00 | 5,885.50 |
| JTS | Jordan T. Stevens | Associate | 2.00 | 725.00 | 1,450.00 |
| EG | Eliana Garfias | Paralegal | 1.30 | 425.00 | 552.50 |

# PORTER HEDGES LLP

| | | |
|---|---|---|
| Invoice Date: | | December 08, 2025 |
| Invoice Num.: | | 585651 |
| Matter Number: | | 018577-0001 |

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Total** | | | **13.70** | | **$10,375.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 26.00 |
| Computer Services | 1,787.75 |
| **Total Disbursements** | **$1,813.75** |

| | |
|---|---|
| **Total This Invoice** | **$12,189.25** |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| Debtor. | § | |
| | § | |

**NINETEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | December 1, 2025 through and including December 31, 2025 |
| **Interim Fees Incurred:** | $2,966.00 |
| **Interim Payment of Fees Requested (80%):** | $2,372.80 |
| **Interim Expenses Incurred:** | $1,794.55 |
| **Total Fees and Expenses Due:** | $4,167.35 |

This is the Nineteenth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

18108696

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Nineteenth Monthly Fee Statement (the "Fee Statement") for the period from December 1, 2025 through December 31, 2025 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $2,966.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,794.55 (the "Expenses"), for the period from December 1, 2025 through December 31, 2025. Eighty percent (80%) of the fees equals $2,372.80 and one hundred percent (100%) of the Expenses equals $1,794.55 for a total requested amount of $4,167.35.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $2,372.80 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,794.55 in the total amount of $4,167.35.

2

Dated: January 13, 2026.
     Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 13, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

18108696

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 1.50 | 1,117.50 |
| Case Administration | 0.00 | 0.00 |
| Employment/Fee Application | 3.30 | 1,848.50 |
| | | |
| **TOTAL** | **4.80** | **2,966.00** |

18108696

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 6.80 |
| Computer Services | 1,787.75 |
|  |  |
| **TOTAL** | **1,794.55** |

## EXHIBIT 3

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $995.00 | 0.00 |
| Michael B. Dearman | $745.00 | 2.80 |
| Mitzie L. Webb | $485.00 | .50 |
| Eliana Garfias | $425.00 | 1.50 |
| | | |
| **TOTAL** | | **4.80** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

|  |  |
|---|---|
| Invoice Date: | January 13, 2026 |
| Invoice Num.: | 586691 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:          Alex Jones

For professional services rendered and costs incurred through December 31, 2025

| | |
|---|---|
| Professional Fees | 2,966.00 |
| Disbursements | 1,794.55 |
| **Total Amount Due** | **$4,760.55** |

Exhibit 4

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | January 13, 2026 |
| Invoice Num.: | 586691 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/01/2025 | MBD | Review statement of issues on appeal. | 0.20 | 149.00 |
| 12/02/2025 | MBD | Correspond with C. Murray regarding fee application. | 0.10 | 74.50 |
| 12/03/2025 | MBD | Revise and finalize fifth interim PH fee application (.3); correspond with E. Garfias and M. Webb regarding same (.1). | 0.40 | 298.00 |
| 12/04/2025 | MBD | Correspond with M. Webb regarding fifth interim PH fee application. | 0.10 | 74.50 |
| 12/04/2025 | EG | Email exchange with PH team on filing logistics of fifth interim fee application (.2); receive/review and electronically file with court (3); follow up email on same (.1); coordinate service of same (.2). | 0.80 | 340.00 |
| 12/04/2025 | MLW | Email exchanges with M. Dearman regarding PH's 5th Interim Fee Application. | 0.10 | 48.50 |
| 12/05/2025 | MBD | Analyze response to motion to turnover. | 0.20 | 149.00 |
| 12/08/2025 | EG | Email exchange with PH team on PH's monthly fee statement (.2); receive, finalize, and electronically file same with court (.2); coordinate service (.1). | 0.50 | 212.50 |
| 12/15/2025 | MBD | Begin drafting reply to Jones response (1.0); review and analyze past pleadings from Jones (.5). | 1.50 | 1,117.50 |
| 12/29/2025 | MBD | Draft certificate of no objection and proposed order (.2); correspond with M. Webb and E. Garfias regarding same (.1). | 0.30 | 223.50 |
| 12/29/2025 | EG | Email exchange with PH team on potential filing of CNO to PH's fee application. | 0.20 | 85.00 |
| 12/30/2025 | MLW | Email exchanges with M. Dearman regarding CNO - PH's 5th Interim Fee Application (.2); receive and file with copy to Court Case Manager (.2). | 0.40 | 194.00 |
| **Total** | | | **4.80** | **$2,966.00** |
| **Total Services** | | | | **$2,966.00** |

# PORTER HEDGES LLP

| | |
|---|---|
| Invoice Date: | January 13, 2026 |
| Invoice Num.: | 586691 |
| Matter Number: | 018577-0001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MBD | Michael B. Dearman | Associate | 2.80 | 745.00 | 2,086.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.50 | 485.00 | 242.50 |
| EG | Eliana Garfias | Paralegal | 1.50 | 425.00 | 637.50 |
| **Total** | | | **4.80** | | **$2,966.00** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 6.80 |
| Computer Services | 1,787.75 |
| **Total Disbursements** | **$1,794.55** |

| | |
|---|---|
| **Total This Invoice** | **$4,760.55** |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**TWENTIETH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2026 THROUGH JANUARY 31, 2026**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | January 1, 2026 through and including January 31, 2026 |
| **Interim Fees Incurred:** | $10,187.50 |
| **Interim Payment of Fees Requested (80%):** | $8,150.00 |
| **Interim Expenses Incurred:** | $1,796.75 |
| **Total Fees and Expenses Due:** | $9,946.75 |

This is the Twentieth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

18150971

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twentieth Monthly Fee Statement (the "Fee Statement") for the period from January 1, 2026 through January 31, 2026 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $10,187.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,796.75 (the "Expenses"), for the period from January 1, 2026 through January 31, 2026. Eighty percent (80%) of the fees equals $8,150.00 and one hundred percent (100%) of the Expenses equals $1,796.75 for a total requested amount of $9,946.75.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $8,150.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,796.75 in the total amount of $9,946.75.

18150971

Dated: February 13, 2026.
      Houston, Texas

                  Respectfully Submitted,

                  By: */s/ Joshua W. Wolfshohl*
                  **PORTER HEDGES LLP**
                  Joshua W. Wolfshohl (TX Bar No. 24038592)
                  1000 Main St., 36th Floor
                  Houston, Texas 77002
                  Telephone: (713) 226-6000
                  Facsimile: (713) 226-6248
                  jwolfshohl@porterhedges.com
                  ***Counsel for the Chapter 7 Trustee,***
                  ***Christopher R. Murray***

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 13, 2026.

                  */s/ Joshua W. Wolfshohl*
                  Joshua W. Wolfshohl

3

18150971

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 10.40 | 9,965.00 |
| Case Administration | 0.00 | 0.00 |
| Employment/Fee Application | .50 | 222.50 |
| | | |
| **TOTAL** | **10.90** | **10,187.50** |

18150971

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 9.00 |
| Computer Services | 1,787.75 |
|  |  |
| **TOTAL** | **1,796.75** |

## EXHIBIT 3

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $995.00 | 5.40 |
| Michael B. Dearman | $745.00 | 3.00 |
| Jordan T. Stevens | $775.00 | 2.00 |
| Eliana Garfias | $425.00 | .50 |
| | | |
| **TOTAL** | | **10.90** |

18150971

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

---

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | February 12, 2026 |
| Invoice Num.: | 587751 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:        Alex Jones

For professional services rendered and costs incurred through January 31, 2026

| | |
|---|---|
| Professional Fees | 10,187.50 |
| Disbursements | 1,796.75 |
| **Total Amount Due** | **$11,984.25** |

EXHIBIT 4

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | February 12, 2026 |
| Invoice Num.: | 587751 |
| Matter Number: | 018577-0001 |

**Time Detail**

| **Date** | **Initials** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/02/2026 | MBD | Conference with J. Wolfshohl regarding offer and case status. | 0.20 | 165.00 |
| 01/13/2026 | JWW | Review turnover order and analysis from E. Jones regarding same and emails with team regarding next steps with FSS funds. | 0.50 | 550.00 |
| 01/13/2026 | EG | Email exchange with PH team on filing of PH's 19th fee statement (.1); receive/review and electronically file same with court (.3); coordinate service of same (.1). | 0.50 | 222.50 |
| 01/14/2026 | JWW | Emails regarding turnover issues and further discussion of case status and litigation claims. | 0.60 | 660.00 |
| 01/15/2026 | JWW | Emails regarding turnover issues and next steps in litigation. | 0.40 | 440.00 |
| 01/16/2026 | JWW | Emails regarding open issues in case (.2); conference call with Trustee team regarding pending litigation and next steps (.9). | 1.10 | 1,210.00 |
| 01/16/2026 | MBD | Conference with C. Murray, E. Jones, and PH team regarding case status and strategy (.7); attention to adversary proceeding issues (.1). | 0.80 | 660.00 |
| 01/16/2026 | JTS | Prepare for and attend a strategy session with E. Jones, C. Murray, and members of the Porter Hedges Team. | 0.90 | 697.50 |
| 01/19/2026 | JWW | Conference with M. Dearman regarding litigation claims and analyze same. | 1.00 | 1,100.00 |
| 01/19/2026 | MBD | Prepare for conference with J. Wolfshohl regarding adversary proceedings (.2); conference with J. Wolfshohl regarding adversary proceedings (.6); review real property records (.1). | 0.90 | 742.50 |
| 01/20/2026 | JWW | Emails regarding claims analysis and next steps. | 0.30 | 330.00 |
| 01/22/2026 | MBD | Conference with C. Murray, E. Jones, J. Wolfshohl, and J. Stevens regarding case status and strategy | 0.60 | 495.00 |
| 01/22/2026 | JWW | Conference with A. Daughtry regarding status of adversary proceedings (.4); conference call with Trustee | 0.80 | 880.00 |

# PORTER HEDGES LLP

| | | |
|---|---|---|
| Invoice Date: | | February 12, 2026 |
| Invoice Num.: | | 587751 |
| Matter Number: | | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | team regarding same and issues with receiver (.3); follow-up emails (.1). | | |
| 01/22/2026 | JTS | Prepare for and attend a strategy session with E. Jones, the Trustee, and members of the Porter Hedges Team. | 0.60 | 465.00 |
| 01/30/2026 | MBD | Conference with C. Murray, E. Jones, J. Wolfshohl and J. Stevens regarding case strategy and potential settlements. | 0.50 | 412.50 |
| 01/30/2026 | JWW | Conference call with Trustee team regarding options for resolving remaining issues in case. | 0.70 | 770.00 |
| 01/30/2026 | JTS | Prepare for and attend a strategy session with E. Jones, C. Murray, and members of the Porter Hedges Team. | 0.50 | 387.50 |
| **Total** | | | **10.90** | **$10,187.50** |
| **Total Services** | | | | **$10,187.50** |

## Timekeeper Summary

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 5.40 | 1,100.00 | 5,940.00 |
| MBD | Michael B. Dearman | Associate | 3.00 | 825.00 | 2,475.00 |
| JTS | Jordan T. Stevens | Associate | 2.00 | 775.00 | 1,550.00 |
| EG | Eliana Garfias | Paralegal | 0.50 | 445.00 | 222.50 |
| **Total** | | | **10.90** | | **$10,187.50** |

## Cost Summary

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 9.00 |
| Computer Services | 1,787.75 |
| **Total Disbursements** | **$1,796.75** |

| | |
|---|---|
| **Total This Invoice** | **$11,984.25** |