## **EXHIBIT 4**

## **EXPENSE SUMMARY**

| EXPENSES | COST |
|---|---:|
| Computer Assisted Research | $41.80 |
| Computer Services | $5,363.25 |
| **TOTAL** | **$5,405.05** |

18185091