# Exhibit 1

**Jones Murray LLP**

**For the Period August 1, 2025 to January 31, 2026**

| Date | Professional | Category | Description | Rate | Time (hrs) | Total |
|---|---|---|---|---|---|---|
| 8/5/2025 | Erin Jones | Asset Analysis and Recovery | Extended strategy session with Trustee regarding personal assets, including discussion of abandonment of certain assets (3.0) | $775.00 | 3 | $2,325.00 |
| 8/6/2025 | Erin Jones | Case Administration | Review and respond to various emails from W. Hoch of Crowe Dunlevy regarding status of payment of chapter 11 admin fees, explaining current status and anticipated timing issues (.5); conference with C. Murray regarding same (.1) | $775.00 | 0.6 | $465.00 |
| 8/6/2025 | Erin Jones | Case Administration | Review C. Murray email with updates from call with B. Schleizer (.2); conference with C. Murray regarding inquiries from R. Kennerly regarding tax matters (.2) and forward correspondence to team regarding same (.1); review trustee account balances in connection with inquires (.1); respond to various inquires regarding same (.5) | $775.00 | 1.1 | $852.50 |
| 8/6/2025 | Erin Jones | Other Contested Matters | Review partial removal pleadings relating to state court case and appointment of receiver, including attachments and cited authority, identify factual inaccuracies and any issues relating to Estate (2.6); extended conference with C. Murray regarding same (1.0); review motion to transfer venue and representations relating to same (1.0); conference with C. Murray regarding same (.3) | $775.00 | 4.9 | $3,797.50 |
| 8/7/2025 | Erin Jones | Case Administration | Conference with Trustee legal team regarding weekly update/status/project management (.7); conference with C. Murray regarding same (.2) | $775.00 | 0.9 | $697.50 |
| 8/8/2025 | Erin Jones | Asset Analysis and Recovery | Continue to work on response to motion to transfer venue and issues relating to limited purpose of vesting FSS assets for sale, tax matters, and Jones proposal relating to acquiring certain non-exempt personal property (3.1) | $775.00 | 3.1 | $2,402.50 |
| 8/11/2025 | Erin Jones | Asset Analysis and Recovery | Continue to review motion regarding re-vesting of assets, legal research regarding same, and conference with C. Murray regarding same and effect of Rule 60 (1.3) | $775.00 | 1.3 | $1,007.50 |
| 8/13/2025 | Erin Jones | Asset Analysis and Recovery | Review emails requesting comment regarding turnover motion (.1); review email with Trustee legal team regarding same (.1); review state court docket for open docket entries again (.5); review filings sent by J. Stevens that could not access from state court docket relating to receiver order, including Jones respond to entry of order, receivership order (1.7); monitor show for comments regarding hearing on receivership order regarding AEJ representations regarding same (2.0); various conferences with C. Murray regarding same (.4); continue to research regarding limited vesting of assets and Rule 60 (.8) | $775.00 | 5.6 | $4,340.00 |
| 8/14/2025 | Erin Jones | Case Administration | Weekly call with Trustee legal team regarding projects/deadlines/open matters and conference with C. Murray regarding same (.8); conference with R. Chappel regarding receivership order and hearings relating to same (.5) | $775.00 | 1.3 | $1,007.50 |
| 8/14/2025 | Erin Jones | Asset Analysis and Recovery | Update waterfall analysis and conference with C. Murray regarding same (.3) | $775.00 | 0.3 | $232.50 |
| 8/15/2025 | Jacqueline Chiba | Asset Analysis and Recovery | Conference with C. Murray regarding issues relating to appointment of receiver and status of chapter 7 estate (.5) | $520.00 | 0.5 | $260.00 |
| 8/15/2025 | Erin Jones | Fee/Employment Applications. | Prepare the fourteenth interim fee statement of Jones Murray LLP and supporting exhibits (1.0) | $775.00 | 1 | $775.00 |
| 8/18/2025 | Erin Jones | Case Administration | Review draft Rule 60(b) motion and AEJ motion to transfer venue and allegations relating to ownership and control (1.2); review WDTX docket regarding status conference (.1); conference with Trustee legal team regarding responding to motion to transfer venue filed by AEJ and considerations relating to same (.5); work session with C. Murray and J. Wolfshohl regarding all pending issues relating to receivership action and effect on administration in chapter 7 (1.0) | $775.00 | 2.8 | $2,170.00 |

**Jones Murray LLP**

**For the Period August 1, 2025 to January 31, 2026**

| Date | Professional | Category | Description | Rate | Time (hrs) | Total |
|---|---|---|---|---|---|---|
| 8/18/2025 | Erin Jones | Case Administration | Conference with C. Murray, J. Wolfshohl, G. Shultz, and M. Dearman regarding tax issues (.2); review S. Jordan email regarding tax issues (.1); draft response to S. Jordan regarding same (.1); continue to review draft response relating to ownership of assets, limited vesting, R60 issues, including review of additional authorities relating to turnover (1.0) | $775.00 | 1.4 | $1,085.00 |
| 8/18/2025 | Erin Jones | Asset Analysis and Recovery | Conference with K. Kimpler, R. Chappel, and J. Wolfshohl regarding receivership order disputes and status of litigation relating to same (.4); conference with C. Murray regarding same (.2); conference with J. Wolfshohl regarding same (.5) | $775.00 | 1.1 | $852.50 |
| 8/18/2025 | Erin Jones | Asset Analysis and Recovery | Conference with C. Murray regarding AEJ proposal regarding vehicle and watch (.2) | $775.00 | 0.2 | $155.00 |
| 8/18/2025 | Erin Jones | Asset Analysis and Recovery | Continue to draft, edit, revise pleadings relating to limited vesting, abandonment, and related issues (.5); and conference with C. Murray regarding same (.3); conference with M. Dearman regarding same (.2) | $775.00 | 1 | $775.00 |
| 8/18/2025 | Erin Jones | Other Contested Matters | Review answers in adversary proceedings (.8) | $775.00 | 0.8 | $620.00 |
| 8/19/2025 | Erin Jones | Case Administration | Review S. Jordan email regarding tax issues in response to email with Trustee's position and conference with C. Murray and team regarding same and forward same to team (.3) | $775.00 | 0.3 | $232.50 |
| 8/19/2025 | Erin Jones | Other Contested Matters | Conference with M. Dearman regarding answers in adversary proceedings and issues relating to withdrawal of reference (.5) | $775.00 | 0.5 | $387.50 |
| 8/19/2025 | Erin Jones | Other Contested Matters | Review WDTX docket and state court docket regarding status of litigation relating to receivership order and email team regarding same (.3) | $775.00 | 0.3 | $232.50 |
| 8/21/2025 | Erin Jones | Asset Analysis and Recovery | Conference with C. Murray and J. Chiba regarding filing CNO relating to motion to sell personal property (.2) | $775.00 | 0.2 | $155.00 |
| 8/22/2025 | Erin Jones | Other Contested Matters | Conference with M. Dearman regarding answers and possible motions made in responsive pleadings and related deadlines (.3); conference with C. Murray regarding same (.1) | $775.00 | 0.4 | $310.00 |
| 8/25/2025 | Erin Jones | Asset Analysis and Recovery | Review email relating to receivership estate and conference with C. Murray, J. Wolfshohl, and M. Dearman regarding same, review and respond to various emails internally with legal team (.5) | $775.00 | 0.5 | $387.50 |
| 8/26/2025 | Erin Jones | Asset Analysis and Recovery | Review and respond to various emails with trustee legal team regarding receivership estate/order (.3) | $775.00 | 0.3 | $232.50 |
| 8/26/2025 | Erin Jones | Asset Analysis and Recovery | Review email from auctioneer regarding status of order on motion to sell personal property and notice to tenant, review docket relating to same, conference with C. Murray regarding same, email CNO to R. Saldana (.3) | $775.00 | 0.3 | $232.50 |
| 8/26/2025 | Erin Jones | Asset Analysis and Recovery | Continue to evaluate issues relating to AEJ proposal regarding vehicle and watch, relative to claiming additional exemptions and need for amendments relative to same (.6) | $775.00 | 0.6 | $465.00 |
| 8/27/2025 | Erin Jones | Asset Analysis and Recovery | Conference with team regarding receivership issues and pending appeal and related issues (.5); second conference regarding same (.4); review extensive correspondence between S. Jordan and receiver attorney regarding receivership issues, and control/management issues with FSS (.5) and conference with C. Murray and J. Wolfshohl regarding same (.4) | $775.00 | 1.8 | $1,395.00 |
| 8/27/2025 | Erin Jones | Asset Analysis and Recovery | Continue to evaluate issues relating to proposal to compromise from AEJ regarding vehicle and watch with unused but unclaimed exemptions and legal research regarding same, including issues relating to caps (2.0) | $775.00 | 2 | $1,550.00 |
| 8/28/2025 | Jacqueline Chiba | Asset Disposition | Review various emails regarding notice to tenant, review sale order, review notice, and conference with C. Murray regarding same (.5) | $520.00 | 0.5 | $260.00 |
| 8/28/2025 | Jacqueline Chiba | Asset Disposition | Review court's order authorizing sale of rental property (0.2); finalize notice to vacate (0.3); email to K. Toney to discuss the sale of the property (0.1) | $520.00 | 0.6 | $312.00 |

**Jones Murray LLP**
**For the Period August 1, 2025 to January 31, 2026**

| Date | Professional | Category | Description | Rate | Time (hrs) | Total |
|---|---|---|---|---|---|---|
| 9/4/2025 | Erin Jones | Case Administration | Trustee legal team conference call regarding status of current projects (.5) | $775.00 | 0.5 | $387.50 |
| 9/4/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding abandonment and pending state court appeals, misrepresentations made in pleadings in state court of appeals (.5) | $775.00 | 0.5 | $387.50 |
| 9/5/2025 | Jacqueline Chiba | Asset Disposition | Respond to email from K. Toney regarding the sale process for the rental property (0.1) | $520.00 | 0.1 | $52.00 |
| 9/5/2025 | Erin Jones | Asset Disposition | Continue to work on draft of motion to abandon regarding factual support and notice of same (1.7); conference with C. Murray regarding same (.5) | $775.00 | 2.2 | $1,705.00 |
| 9/5/2025 | Erin Jones | Other Contested Matters | Telephone conference with M. Dearman regarding withdrawal of reference, status of pending state court appeal, abandonment of assets (.5); review draft limited response to motion to withdraw the reference and reservation of rights in Adv. 25-03420 and 25-03421 and finalize for filing (.5); email to counsel regarding same (.2) | $775.00 | 1.2 | $930.00 |
| 9/8/2025 | Erin Jones | Asset Analysis and Recovery | Review email from B. Schleizer regarding vehicle and watches and draft response to same with request for various documents (.5); conference with C. Murray regarding same (.3); review B. Schleizer response to same (.1); review S. Jordan response (.1); draft additional email in response to same (.2); conference with C. Murray regarding same (.1) | $775.00 | 1.1 | $852.50 |
| 9/8/2025 | Erin Jones | Asset Disposition | Conference with C. Murray regarding abandonment and pending state court appeals (.3) | $775.00 | 0.3 | $232.50 |
| 9/9/2025 | Erin Jones | Asset Disposition | Call with T. Nix regarding stay pending appeal and asset issues (.8); conference with C. Murray regarding same (.2) | $775.00 | 1 | $775.00 |
| 9/9/2025 | Erin Jones | Fee/Employment Applications. | Prepare 15th Interim Fee Statement for JM August 2025 (.9) | $775.00 | 0.9 | $697.50 |
| 9/10/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding issues relating to receiver (.3) | $775.00 | 0.5 | $387.50 |
| 9/11/2025 | Erin Jones | Case Administration | Telephone conference with T. Nix regarding status of receivership in state court (.4); conference with C. Murray regarding same (.2) | $775.00 | 0.6 | $465.00 |
| 9/11/2025 | Erin Jones | Case Administration | Trustee legal team conference call regarding status of current projects (.3) | $775.00 | 0.3 | $232.50 |
| 9/16/2025 | Erin Jones | Case Administration | Review WDTX Bankruptcy Court docket, order transferring case, status of new adversary in SDTX and review pleadings for representations made by parties relative to estate administration (.6); email to Trustee legal team regarding same (.2) | $775.00 | 0.8 | $620.00 |
| 9/16/2025 | Erin Jones | Case Administration | Review email from W. Cicack and respond to same, conference with C. Murray regarding same, forward same to Trustee legal team (.3) | $775.00 | 0.3 | $232.50 |
| 9/16/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding estate administration and strategy to resolve various pending matters (.4) | $775.00 | 0.4 | $310.00 |
| 9/16/2025 | Erin Jones | Asset Analysis and Recovery | Review scope of R. Kennerly employment and projects undertaken (.5); email R. Kennerly to request 2023 returns (.1); conference with trustee legal team regarding same (.3) | $775.00 | 0.9 | $697.50 |
| 9/16/2025 | Erin Jones | Asset Analysis and Recovery | Review state court of appeals docket, including response of families to emergency motion for stay pending appeal regarding asset disposition and administration, including review of citations to record therein (1.3); draft memorandum regarding status and circulate to trustee legal team relative to estate administration (.6) | $775.00 | 1.9 | $1,472.50 |
| 9/16/2025 | Erin Jones | Asset Analysis and Recovery | Draft email to S. Jordan regarding assets, exemptions, tax returns (.3); conference with C. Murray and J. Wolfshohl regarding same (.3) | $775.00 | 0.6 | $465.00 |

**Jones Murray LLP**

**For the Period August 1, 2025 to January 31, 2026**

| Date | Professional | Category | Description | Rate | Time (hrs) | Total |
|---|---|---|---|---|---|---|
| 9/16/2025 | Erin Jones | Asset Disposition | Review emails from auctioneer regarding posting of notice of tenant's door at Whispering Winds and conference with J. Chiba and C. Murray regarding same (.2); review email from K. Toney regarding auction link and information on dates and participation (.1); review title commitment and status of property taxes (.2); respond to K. Toney email with questions regarding auction (.2); email C. Murray regarding details of auction of Whispering Winds (.2) | $775.00 | 0.9 | $697.50 |
| 9/17/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding R60 motion regarding supplemental dismissal order (.5); review and revise R60 motion (3.6); legal research regarding same (1.0); review of state court docket regarding same (.9) | $775.00 | 6 | $4,650.00 |
| 9/17/2025 | Erin Jones | Asset Analysis and Recovery | Review various emails regarding sale of Whispering winds (.3); review purchase contract and conference with C. Murray regarding same (.4); respond to emails with comments regarding same (.2) | $775.00 | 0.9 | $697.50 |
| 9/18/2025 | Erin Jones | Case Administration | Conference with N. Santana regarding getting link for documents for R. Kennerly (.2) | $775.00 | 0.2 | $155.00 |
| 9/18/2025 | Erin Jones | Case Administration | Telephone conference with M. Dearman regarding brief on R60 issues and regarding status of obtaining documents relating to taxes (.5); conference with C. Murray regarding same (.1) | $775.00 | 0.6 | $465.00 |
| 9/22/2025 | Erin Jones | Case Administration | Review emails regarding tax returns (.2); conference with C. Murray regarding same (.2) | $775.00 | 0.4 | $310.00 |
| 9/23/2025 | Erin Jones | Case Administration | Review status of state court appeal and update Trustee legal team regarding same (.2) | $775.00 | 0.2 | $155.00 |
| 9/23/2025 | Erin Jones | Case Administration | Review differences between chapter 11 and chapter 7 estate relative to administration of assets (.5) | $775.00 | 0.5 | $387.50 |
| 9/23/2025 | Erin Jones | Case Administration | Research regarding conversion and tax related issues (.8) | $775.00 | 0.8 | $620.00 |
| 9/24/2025 | Erin Jones | Case Administration | Telephone conference with J. Wolfshol regarding inquiry received by the Trustee (1.0); conferences with C. Murray regarding same and background information he gathered (.5); research regarding scope of inquiry (1.0); conference with C. Murray regarding same (.5); research regarding similar inquiries sent to other parties (.3); conferences with C. Murray regarding how estate needs to respond to inquiry (.9); call to inquiring party's office and left message (.1); conference call with J. Wolfshohl and C. Murray regarding same (.3); research regarding retraction of similar inquiry (.5); review A. Jones materials and public representations regarding inquiry (2.4) | $775.00 | 7.5 | $5,812.50 |
| 9/25/2025 | Erin Jones | Case Administration | Trustee team weekly team meeting regarding pending projects (1.0) | $775.00 | 1 | $775.00 |
| 9/25/2025 | Erin Jones | Case Administration | Conference call with C. Murray and H. Hatfield regarding responding to information request received by the Trustee (.8); conference with C. Murray regarding same (.1); comprehensive review of record relative to representations made by various parties and attorneys (4.0); conference with C. Murray regarding new information obtained regarding letter (.8); conference with C. Murray regarding prior testimony and representations of parties (.5) | $775.00 | 6.2 | $4,805.00 |
| 9/26/2025 | Erin Jones | Case Administration | Call with C. Murray and counsel regarding information request received by the Trustee (1.0) | $775.00 | 1 | $775.00 |
| 9/26/2025 | Erin Jones | Case Administration | Review status of appeal to United States Supreme Court (.8); conference with C. Murray regarding same (.2) | $775.00 | 1 | $775.00 |
| 9/26/2025 | Erin Jones | Asset Disposition | Review joint emergency motion of families (.4); forward to Trustee legal team with comments (.2); conference with M. Dearman regarding same (.2) | $775.00 | 0.8 | $620.00 |
| 9/29/2025 | Erin Jones | Case Administration | Continue to work on response to information request received by the Trustee, legal research regarding same (4.0); conference call with C. Murray and counsel regarding same (1.0) | $775.00 | 5 | $3,875.00 |
| 9/29/2025 | Erin Jones | Asset Disposition | Review notices of hearing on families emergency motion to confirm no stay (.5); review A. Jones objection to same (.3); conference with C. Murray regarding same (.5) | $775.00 | 1.3 | $1,007.50 |

**Jones Murray LLP**

For the Period August 1, 2025 to January 31, 2026

| Date | Professional | Category | Description | Rate | Time (hrs) | Total |
|---|---|---|---|---|---|---|
| 9/30/2025 | Jacqueline Chiba | Case Administration | Comprehensive legal research into the legal obligations, duties, and protections applicable to chapter 7 trustees (5.6) | $520.00 | 5.6 | $2,912.00 |
| 9/30/2025 | Erin Jones | Asset Disposition | Review extensive/long written objection of A. Jones to families' joint emergency motion regarding no stay (1.0); conference with C. Murray regarding same (.6); review all cited law and references to record in case cited by A. Jones in Objection (2.0); review parties' witness/exhibit lists and review exhibits in support of and opposed to families' emergency motion to confirm no stay (3.0); conference with C. Murray regarding same in preparation for hearing (.8); conference with C. Murray, M. Dearman and J. Wolfshohl regarding same (.5) | $775.00 | 7.9 | $6,122.50 |
| 10/1/2025 | Erin Jones | Asset Analysis and Recovery | Email to B. Cummings regarding guns (.1) | $775.00 | 0.1 | $77.50 |
| 10/1/2025 | Erin Jones | Asset Disposition | Prepare for hearing on emergency motion regarding stay (1.1); meeting with J. Wolfshohl and C. Murray in preparation for hearing (.8); attend and represent trustee at hearing (1.8); post-hearing meeting regarding next steps (.8) | $775.00 | 4.5 | $3,487.50 |
| 10/2/2025 | Erin Jones | Case Administration | Trustee legal team meeting regarding open issues and pending projects (1.1) | $775.00 | 1.1 | $852.50 |
| 10/2/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding response to information request received by the Trustee and continue to work on same (.7) | $775.00 | 0.7 | $542.50 |
| 10/2/2025 | Erin Jones | Asset Analysis and Recovery | Conference call with B. Cummings regarding sale of guns (.5); review docket entries and schedules relating to same (1.0); review other bankruptcy case docket regarding same (.4); conference with C. Murray regarding same (.5) | $775.00 | 2.4 | $1,860.00 |
| 10/3/2025 | Erin Jones | Asset Disposition | Call with T. Nix regarding receivership (.8); conference with C. Murray regarding same (.3); continue to work on drafting letter for 9011 issues (.5); conference with C. Murray regarding abandonment (.2) | $775.00 | 1.8 | $1,395.00 |
| 10/6/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding information request received by the Trustee (.4) | $775.00 | 0.4 | $310.00 |
| 10/6/2025 | Erin Jones | Case Administration | Review state court pleadings filed in appeal including A. Jones motion for extension of time to file brief and basis for same (.6); conference with C. Murray regarding same (.2) | $775.00 | 0.8 | $620.00 |
| 10/6/2025 | Erin Jones | Asset Disposition | Telephone call with K. Toney regarding upcoming auction (.5); review PSA and revise per sale order (1.4); review revisions with C. Murray (.5); send same to K. Toney to finalize for auction and conference with K. Toney regarding same (.5); review various issues regarding tax prorations and conference with C. Murray regarding same (.5); respond to K. Toney regarding tax prorations (.2) | $775.00 | 3.6 | $2,790.00 |
| 10/6/2025 | Erin Jones | Asset Disposition | Conference call with S. Jordan regarding various issues including stay issue and pending appeals (.7) | $775.00 | 0.7 | $542.50 |
| 10/7/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding response to information request received by the Trustee and continue to draft revisions to same, review draft and revisions from C. Murray (1.2) | $775.00 | 1.2 | $930.00 |
| 10/7/2025 | Erin Jones | Asset Disposition | Review online auction results and conference call with C. Murray regarding Whispering Winds sale (.6) | $775.00 | 0.6 | $465.00 |
| 10/8/2025 | Erin Jones | Asset Disposition | Review motion to reconsider regarding order confirming no stay, including references to the record and other docket entries relating to same (2.0); prepare summary of issues for C. Murray (1.0); conference with C. Murray regarding same (.6); begin to prepare Rule 11 letter regarding same (1.2) | $775.00 | 4.8 | $3,720.00 |
| 10/8/2025 | Jacqueline Chiba | Fee/Employment Applications. | Review invoice provided by TPSW (0.2); prepare 3rd fee statement for TPSW (0.3) | $520.00 | 0.5 | $260.00 |
| 10/9/2025 | Jacqueline Chiba | Fee/Employment Applications. | Draft CNO for Fourth Interim Fee Application of Jones Murray LLP (0.2) | $520.00 | 0.2 | $104.00 |
| 10/14/2025 | Erin Jones | Case Administration | Various conferences with C. Murray regarding certiorari denied and A. Jones lack of standing as a result (.4); review programming to learn comments from A. Jones regarding Supreme Court decision (.7) | $775.00 | 1.1 | $852.50 |

**Jones Murray LLP**

For the Period August 1, 2025 to January 31, 2026

| Date | Professional | Category | Description | Rate | Time (hrs) | Total |
|------|--------------|----------|-------------|------|------------|-------|
| 10/14/2025 | Erin Jones | Asset Analysis and Recovery | Email to S. Jordan and B. Schleizer regarding car and watch (.2); conference with C. Murray regarding same (.1) | $775.00 | 0.3 | $232.50 |
| 10/14/2025 | Erin Jones | Asset Disposition | Various emails with K. Toney, C. Murray, J. Chiba regarding squatter at Whispering Winds property (.2); follow up conversation with auctioneer regarding same (.2); conference with C. Murray regarding changing locks (.1); additional emails regarding events with squatter at Whispering Winds property and issues regarding sale as a result (.6); telephone call with K. Toney regarding same and report filed with sheriff and constable (.5); conference with C. Murray regarding same (.2) | $775.00 | 1.8 | $1,395.00 |
| 10/14/2025 | Erin Jones | Asset Disposition | Follow up with W. Cicack regarding representations and inquire about sale issues (.1) | $775.00 | 0.1 | $77.50 |
| 10/14/2025 | Erin Jones | Asset Disposition | Trustee legal team conference call regarding 9011 letter and potential motion to strike (.8) | $775.00 | 0.8 | $620.00 |
| 10/15/2025 | Jacqueline Chiba | Fee/Employment Applications. | Compile case law, statutes, prior short form legal memos, other prior legal research conducted relating to fiduciary obligations for trustees (0.9); conduct supplemental legal research with focus on discovery and treatment of third parties in bankruptcy cases (1.6); begin drafting comprehensive legal brief analyzing same (3.8) | $520.00 | 6.3 | $3,276.00 |
| 10/16/2025 | Erin Jones | Case Administration | Review state court dockets for any new information regarding status of pending appeals (.3); conference with C. Murray regarding same (.1) | $775.00 | 0.1 | $77.50 |
| 10/16/2025 | Erin Jones | Asset Disposition | Conference with J. Chiba regarding status of memorandum relative to transfer of assets to receivership (.5) | $775.00 | 0.5 | $387.50 |
| 10/16/2025 | Jacqueline Chiba | Other Contested Matters | Conduct supplemental legal research on trustee obligations with added focus on the treatment of government/regulatory entities (3.9); incorporate legal analysis of supplemental research into comprehensive legal brief relating to trustee obligations (3.0) | $520.00 | 6.9 | $3,588.00 |
| 10/17/2025 | Erin Jones | Case Administration | Review memorandum regarding issues relating to information request received by the Trustee (.6); conference with C. Murray regarding same (.2) | $775.00 | 0.8 | $620.00 |
| 10/17/2025 | Erin Jones | Asset Disposition | Telephone conference with K. Toney regarding presence of squatter at Whispering Winds property and information learned regarding identity and what is needed to remove squatter (1.0); conference with J. Chiba to start working on motion to show cause on expedited basis (.6); follow up email to B. Schleizer regarding contacting Wes regarding identity of squatter (.1) | $775.00 | 1.7 | $1,317.50 |
| 10/17/2025 | Erin Jones | Asset Disposition | Review families' objection to abandonment and conference with C. Murray regarding same (.5) | $775.00 | 0.5 | $387.50 |
| 10/17/2025 | Jacqueline Chiba | Other Contested Matters | Finish comprehensive legal brief on trustee obligations (1.5); email to trustee and E. Jones discussing said brief (0.1) | $520.00 | 1.6 | $832.00 |
| 10/19/2025 | Jacqueline Chiba | Asset Disposition | Review various communications regarding the status of the sale of the rental house including the recent updates regarding a potential squatter issue (0.4); consider appropriate legal strategy and mechanisms to address issue (0.7); begin drafting expedited motion to enforce sale and request hearing to show cause (0.8) | $520.00 | 1.9 | $988.00 |
| 10/20/2025 | Erin Jones | Case Administration | Call with M. Dearman regarding 9011 letter (.4); prepare for conference with C. Murray regarding same (.3) | $775.00 | 0.7 | $542.50 |
| 10/20/2025 | Erin Jones | Case Administration | Review families notice regarding denial of certiorari (.1) | $775.00 | 0.1 | $77.50 |
| 10/20/2025 | Erin Jones | Asset Disposition | Conference with C. Murray regarding Whispering Winds sale (.4); review email from B. Schleizer regarding contacting Wes (.1); review photos of vehicle on site (.1); review and respond to various emails with K. Toney regarding status of sale and squatter on premises (.3) | $775.00 | 0.9 | $697.50 |
| 10/20/2025 | Erin Jones | Asset Disposition | Conference with C. Murray and J. Chiba regarding eviction of squatter versus motion for contempt vs motion to enforce stay (.4); research regarding identity of squatter at Whispering Winds (1.0) | $775.00 | 1.4 | $1,085.00 |

**Jones Murray LLP**

**For the Period August 1, 2025 to January 31, 2026**

| Date | Professional | Category | Description | Rate | Time (hrs) | Total |
|---|---|---|---|---|---|---|
| 10/20/2025 | Jacqueline Chiba | Other Contested Matters | Review email recent updates regarding rental house sale situation (0.1); conduct legal research on the authority to issue civil sanctions and enforcement actions (1.1); continue drafting the expedited motion to enforce sale and show cause along with proposed order (5.6) | $520.00 | 6.8 | $3,536.00 |
| 10/21/2025 | Erin Jones | Asset Disposition | Review and respond to B. Schleizer email regarding squatter and background per Wes (.2); conference with C. Murray regarding same (.2); review email from K. Toney with update regarding status of squatter and new issues (.2); conference with C. Murray regarding same (.3); continue to draft, edit, revise draft motion for contempt and to enforce sale order (3.6); review sale documents relating to squatter on property, motion, and sale order (1.0); conference with C. Murray regarding same (.5) | $775.00 | 6 | $4,650.00 |
| 10/21/2025 | Jacqueline Chiba | Other Contested Matters | Discuss strategy relating to rental property issue and related proposed motion seeking relief with E. Jones (0.2); prepare certificate of service for said motion (0.2) | $520.00 | 0.4 | $208.00 |
| 10/22/2025 | Erin Jones | Asset Disposition | Various conferences with K. Toney regarding Whispering Woods property sale, squatter, issues with APD and access (.8); multiple conferences with CRM regarding same (.5) | $775.00 | 1.3 | $1,007.50 |
| 10/22/2025 | Erin Jones | Asset Disposition | Extended conference with T. Nix regarding receivership order and status of related issues (1.0); conference with CRM regarding same (.5) | $775.00 | 1.5 | $1,162.50 |
| 10/23/2025 | Erin Jones | Case Administration | Trustee team weekly team meeting regarding pending projects (1.0) | $775.00 | 1 | $775.00 |
| 10/23/2025 | Erin Jones | Asset Disposition | Conference with C. Murray regarding closing issues on Whispering Winds due to squatter (.2); review various emails from K .Toney regarding same (.2); review emails regarding license plate of squatter (.2) | $775.00 | 0.6 | $465.00 |
| 10/23/2025 | Erin Jones | Asset Disposition | Conference with J. Chiba regarding research on transfer of funds to receiver (.5) | $775.00 | 0.5 | $387.50 |
| 10/23/2025 | Erin Jones | Asset Disposition | Working travel from Houston to Austin for meeting with receiver (3.0) | $775.00 | 3 | $2,325.00 |
| 10/23/2025 | Jacqueline Chiba | Other Contested Matters | Preliminary research on legal statutes and authorities governing a state court receiver's duties, powers, and obligations with respect to corporate entities and settlement involving potential bankrupt6cy estate assets (2.6); begin drafting legal brief providing overview of the legal research along with analysis/application to the bankruptcy estate (1.5) | $520.00 | 4.1 | $2,132.00 |
| 10/24/2025 | Erin Jones | Asset Disposition | Prepare for meeting with receiver (1.5); meeting with receiver (2.0); working travel from Austin to Houston (3.0) | $775.00 | 6.5 | $5,037.50 |
| 10/24/2025 | Erin Jones | Asset Disposition | Continue to work with K. Toney and buyer to try to resolve issue of squatter at the property (1.2) | $775.00 | 1.2 | $930.00 |
| 10/27/2025 | Erin Jones | Case Administration | Various emails with C. Murray regarding tax returns (.1) | $775.00 | 0.1 | $77.50 |
| 10/27/2025 | Erin Jones | Asset Disposition | Conference with C. Murray regarding current status of squatter at Whispering Winds property and impact on closing (.6); review and respond to K. Toney emails regarding same (.2) | $775.00 | 0.8 | $620.00 |
| 10/27/2025 | Jacqueline Chiba | Other Contested Matters | Supplementary legal research on receivers with additional focus on the resolution between bankruptcy estates and receivership estates regarding disputed assets and interests (4.2) | $520.00 | 4.2 | $2,184.00 |
| 10/28/2025 | Erin Jones | Asset Disposition | Conference with M. Dearman regarding case issues and motion for reconsideration (.5) | $775.00 | 0.5 | $387.50 |
| 10/28/2025 | Erin Jones | Asset Disposition | Review and respond with comments to draft response to motion to reconsider (3.0); conference with C. Murray regarding same (.8); review all citations to record for same (.9) | $775.00 | 4.7 | $3,642.50 |
| 10/29/2025 | Erin Jones | Case Administration | Trustee legal team meeting regarding open issues and pending projects (.5) | $775.00 | 0.5 | $387.50 |
| 10/29/2025 | Erin Jones | Asset Disposition | Extended conference with C. Murray regarding motion to reconsider, standing and other case administration issues (1.0); conference with C. Murray regarding car and watches (.2) | $775.00 | 1.2 | $930.00 |
| 10/30/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding expenses of estate and costs of administration (.5) | $775.00 | 0.5 | $387.50 |
| 10/30/2025 | Erin Jones | Asset Disposition | Review draft lease, revise and conference with C. Murray regarding same (.7); telephone call with A. Pugh regarding closing of sale of Whispering Winds (.4); conference with C. Murray regarding same (.4) | $775.00 | 1.5 | $1,162.50 |

**Jones Murray LLP**
**For the Period August 1, 2025 to January 31, 2026**

| Date | Professional | Category | Description | Rate | Time (hrs) | Total |
|---|---|---|---|---|---|---|
| 10/30/2025 | Jacqueline Chiba | Other Contested Matters | Analysis of professional time and fees with respect to FSS matters (3.3) | $520.00 | 3.3 | $1,716.00 |
| 10/30/2025 | Jacqueline Chiba | Other Contested Matters | Update FSS time and fee analysis and breakdown (1.3) | $520.00 | 1.3 | $676.00 |
| 11/3/2025 | Jacqueline Chiba | Case Administration | Review insurance policy declaration for the rental property to determine coverage terms (0.6) | $520.00 | 0.6 | $312.00 |
| 11/5/2025 | Erin Jones | Case Administration | Review various emails from random people about Jones case and conference with C. Murray regarding same (.1) | $775.00 | 0.1 | $77.50 |
| 11/5/2025 | Erin Jones | Asset Disposition | Review order denying motion to reconsider and conference with C. Murray regarding same (.1) | $775.00 | 0.1 | $77.50 |
| 11/5/2025 | Erin Jones | Asset Disposition | Review email from buyer regarding closing, forward to C. Murray, and respond to email regarding same (.3) | $775.00 | 0.3 | $232.50 |
| 11/7/2025 | Erin Jones | Asset Disposition | Draft, edit, revise lease and amendment to closing date for Whispering Winds (.5); various conferences with C. Murray regarding same (.2); various conferences with A. Pugh regarding same for buyer (.3); circulate and finalize documents for execution (.2) | $775.00 | 1.2 | $930.00 |
| 11/7/2025 | Erin Jones | Asset Disposition | Various conferences with C. Murray regarding turnover of FSS cash and review various emails with legal team regarding same (.5) | $775.00 | 0.5 | $387.50 |
| 11/24/2025 | Jacqueline Chiba | Asset Disposition | Review the Court's order authorizing the employment of Tranzon and order authorizing the sale of assets to consider the trustee's legal obligations upon consummation of the sale of the rental property (0.5); provide email to trustee with legal assessment/recommendation of said obligations (0.1) | $520.00 | 0.7 | $364.00 |
| 11/24/2025 | Jacqueline Chiba | Asset Disposition | Review emails between title company and trustee regarding closing of the sale of rental property (0.2); review auction proposal letter relating to sale to confirm trustee's obligations (0.2); email legal recommendation to trustee regarding same (0.1) | $520.00 | 0.5 | $260.00 |
| 11/24/2025 | Jacqueline Chiba | Fee/Employment Applications. | Legal research regarding section 504 and application to bankruptcy real estate sales (0.6) | $520.00 | 0.6 | $312.00 |
| 12/1/2025 | Erin Jones | Asset Disposition | Conference with C. Murray regarding receivership and pending appeals (.4) | $775.00 | 0.4 | $310.00 |
| 12/2/2025 | Erin Jones | Asset Disposition | Conference with C. Murray regarding Whispering winds sale and other remaining assets relative to estate administration (.3) | $775.00 | 0.3 | $232.50 |
| 12/2/2025 | Erin Jones | Asset Disposition | Review emails from auctioneer regarding expenses of sale and status of sale issues (.1) | $775.00 | 0.1 | $77.50 |
| 12/2/2025 | Erin Jones | Other Contested Matters | Discuss litigation with C. Murray and status of pending adversary proceedings (.5) | $775.00 | 0.5 | $387.50 |
| 12/3/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding auction expenses, receivership, and estate administration issues (.3) | $775.00 | 0.3 | $232.50 |
| 12/4/2025 | Jacqueline Chiba | Fee/Employment Applications. | Call with P. Newton regarding equipment expense required for asset report (0.1) | $520.00 | 0.1 | $52.00 |
| 12/4/2025 | Jacqueline Chiba | Fee/Employment Applications. | Review N&N invoice for work on Nov 7-24 (0.1); emails with trustee regarding same (0.2) | $520.00 | 0.3 | $156.00 |
| 12/4/2025 | Erin Jones | Fee/Employment Applications. | Review and respond to various emails with J. Chiba and C. Murray regarding services performed by N&N and pending invoices for same (.2) | $775.00 | 0.2 | $155.00 |
| 12/8/2025 | Erin Jones | Asset Disposition | Call with T. Nix regarding status of receivership and asset disposition (.8) | $775.00 | 0.8 | $620.00 |
| 12/9/2025 | Erin Jones | Case Administration | Conference with C. Murray regarding auctioneer expenses and prior orders regarding same (.3) | $775.00 | 0.3 | $232.50 |
| 12/9/2025 | Erin Jones | Asset Disposition | Review email from C. Murray regarding reply to A. Jones response to motion to turnover FSS csh and reservation of rights (.1) | $775.00 | 0.1 | $77.50 |
| 12/9/2025 | Erin Jones | Asset Disposition | Conference with C. Murray regarding discussion with counsel for receiver regarding status of receivership and pending state court appeals (.3); review M. Dearman email regarding receivership issues (.1) | $775.00 | 0.4 | $310.00 |

**Jones Murray LLP**

**For the Period August 1, 2025 to January 31, 2026**

| Date | Professional | Category | Description | Rate | Time (hrs) | Total |
|---|---|---|---|---|---|---|
| 12/9/2025 | Erin Jones | Asset Disposition | Conference with C. Murray regarding assets sold, notices of sale, and any remaining assets for disposition (.4) | $775.00 | 0.4 | $310.00 |
| 12/15/2025 | Erin Jones | Other Contested Matters | Prepare for meetings in Austin and working travel from Houston to Austin (3.0); meeting in Austin (2.4); conference with C. Murray regarding same (.5) | $775.00 | 5.9 | $4,572.50 |
| 12/15/2025 | Erin Jones | Other Contested Matters | Return travel to Houston (nonworking) (3.0) | $775.00 | 3 | $1,162.50 |
| 12/17/2025 | Erin Jones | Asset Disposition | Various emails with S. Jordan regarding order on FSS funds and various responses to same (.3); conference with C. Murray regarding same (.1) | $775.00 | 0.4 | $310.00 |
| 12/18/2025 | Erin Jones | Asset Disposition | Draft proposed order regarding turnover of FSS cash, circulate to S. Jordan to review and sign and email to Trustee legal team regarding same (.5) | $775.00 | 0.5 | $387.50 |
| 12/18/2025 | Erin Jones | Asset Disposition | Review and respond to buyer email regarding eviction as Whispering Winds and various conferences with C. Murray regarding same (.2) | $775.00 | 0.2 | $155.00 |
| 1/2/2026 | Erin Jones | Case Administration | Review email from random person inquiring about case, review various docket items, and respond to C. Murray regarding incoherence and lack of connection to case (.2) | $775.00 | 0.2 | $155.00 |
| 1/6/2026 | Erin Jones | Case Administration | Review K. Toney email regarding auction expenses and conference with C. Murray regarding same (.1) | $775.00 | 0.1 | $77.50 |
| 1/6/2026 | Erin Jones | Asset Disposition | Review open and pending matters and discuss matter update with C. Murray (.7) | $775.00 | 0.7 | $542.50 |
| 1/12/2026 | Erin Jones | Asset Analysis and Recovery | Review email from M. Waterside regarding book royalties (.1) | $775.00 | 0.1 | $77.50 |
| 1/12/2026 | Erin Jones | Asset Disposition | Conference with T. Nix regarding status of state court turnover order and FSS cash (.2); conference with C. Murray regarding same with extended discussion about approach to advance estate administration in light of delays caused by appeals in state court (1.0) | $775.00 | 1.2 | $930.00 |
| 1/12/2026 | Erin Jones | Asset Disposition | Email C. Murray regarding transfer of FSS funds to receiver (.4); conference with legal team regarding same (.3); review C. Murray email in response to same (.1); conference with C. Murray regarding same (.3) | $775.00 | 1.1 | $852.50 |
| 1/12/2026 | Erin Jones | Other Contested Matters | Research regarding appeals in state court and turnover orders and petition in intervention (1.0); review removed case and status of same (.2); conference with C. Murray regarding status of pending litigation (.2) | $775.00 | 1.4 | $1,085.00 |
| 1/12/2026 | Erin Jones | Claims Administration and Objections | Conference with C. Murray regarding status of auction expenses and motion regarding same (.2) | $775.00 | 0.2 | $155.00 |
| 1/13/2026 | Erin Jones | Asset Analysis and Recovery | Review book royalty reconciliation and email from M. Waterside regarding same and respond with questions regarding reserves (.5) | $775.00 | 0.5 | $387.50 |
| 1/20/2026 | Erin Jones | Claims Administration and Objections | Conference with C. Murray regarding concept for global resolution (.2) | $775.00 | 0.2 | $155.00 |
| 1/21/2026 | Erin Jones | Claims Administration and Objections | Conference with C. Murray regarding cash transfer and issues regarding allocation and expenses (.4) | $775.00 | 0.4 | $310.00 |
| 1/22/2026 | Erin Jones | Claims Administration and Objections | Trustee legal team conference call to discuss open issues and pending projects (.7) | $775.00 | 0.7 | $542.50 |
| 1/24/2026 | Erin Jones | Asset Analysis and Recovery | Conference with C. Murray regarding potential sale of equity interests in FSS (.5) | $775.00 | 0.5 | $387.50 |
| 1/25/2026 | Erin Jones | Asset Analysis and Recovery | Extended strategy meeting with C. Murray regarding sale of equity and resolution of estate and general administration of estate (1.2) | $775.00 | 1.2 | $930.00 |
| 1/26/2026 | Erin Jones | Claims Administration and Objections | Review email from C. Murray regarding B. Schleizer email regarding taxes (.1); conference with C. Murray regarding same (.3) | $775.00 | 0.4 | $310.00 |
| 1/26/2026 | Erin Jones | Claims Administration and Objections | Review and respond to K. Toney email regarding status of motion to pay expenses (.1) | $775.00 | 0.1 | $77.50 |

**Jones Murray LLP**

**For the Period August 1, 2025 to January 31, 2026**

| Date | Professional | Category | Description | Rate | Time (hrs) | Total |
|------|-------------|----------|-------------|------|------------|-------|
| 1/28/2026 | Erin Jones | Claims Administration and Objections | Conference with C. Murray regarding next steps, status of tax returns, update from B. Schleizer regarding same, and FSS related issues (.5) | $775.00 | 0.5 | $387.50 |
| 1/29/2026 | Erin Jones | Claims Administration and Objections | Various messages with Trustee legal team regarding status of open projects and respond to same (.2) | $775.00 | 0.2 | $155.00 |
| 1/30/2026 | Erin Jones | Claims Administration and Objections | Team call with J. Wolfshohl, M. Dearman, J. Stevens, and C. Murray regarding receivership, open projects, disbursements, auction expenses, and potential sale of equity (.7) | $775.00 | 0.7 | $542.50 |
| | | | | **Total** | **232.7** | **$167,042.00** |