**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § Chapter 7 |
| | § |
| **ALEXANDER E. JONES,** | § **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |

**ORDER GRANTING FIFTH INTERIM FEE APPLICATION**
**OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7**
**TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM AUGUST 1, 2025 THROUGH AND INCLUDING JANUARY 31, 2026**

**(Relates to Docket No. _____ )**

The Court has considered the Fifth Interim Application of Jones Murray LLP (the

"***Applicant***"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance

of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through

and including January 31, 2026 (the "Application").  The Court orders:

1.      The Applicant is allowed interim compensation in the amount of **$167,042.00** for

the period set forth in the Application.

2.      The Trustee is authorized to disburse **$143,064.40** which represents the amounts

allowed by paragraph 1 of this Order not previously paid pursuant to monthly statements.