**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-33553** |
| **ALEXANDER E. JONES** | § | **(Chapter 7)** |
| | § | |
| **Debtor.** | § | |

**SIXTEENTH MONTHLY FEE STATEMENT OF**
**JONES MURRAY LLP AS BANKRUPTCY COUNSEL**
**FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
<u>**FOR THE PERIOD FROM FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**</u>

| | |
|---|---|
| **Name of Applicant:** | Jones Murray LLP, as bankruptcy counsel for Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | Order at Dkt. No. 794 |
| **Period for which Fees and Expenses are Incurred:** | February 1, 2026 through February 28, 2026 |
| **Interim Fees Incurred:** | $6,277.50 |
| **Interim Payment of Fees Requested (80%):** | $5,022.00 |
| **Interim Expenses Incurred:** | $0.00 |
| **Total Fees and Expenses Due:** | $6,277.50 |

This is the Sixteenth Monthly Fee Statement.

Jones Murray LLP ("JM"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Sixteenth Monthly Fee Statement (the "Fee Statement") for the period from August 1, 2025 through August 31, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793](the "Interim Compensation Order").

JM requests compensation for professional services rendered in the amount of $6,277.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from February 1, 2026 through February 28, 2026. Eighty percent (80%) of the fees equals $5,022.00 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested interim payment amount of $5,022.00.

Summaries of the calculations for these fees by project category are attached hereto as **Exhibit 1**. A summary of the time expended by JM attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 2**. A summary of expenses is attached as **Exhibit 3**. JM's invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, JM respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $5,022.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 for a total interim payment amount of $5,022.00.

Dated: March 17, 2026   Respectfully submitted,

        **JONES MURRAY LLP**
        */s/ Erin E. Jones*
        Erin E. Jones
        Texas Bar No. 24032478
        erin@jonesmurray.com
        602 Sawyer St., Suite 400
        Houston, TX 77007
        Tel. (832) 529-1999
        **CO-COUNSEL FOR THE CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on March 17, 2026.

        */s/ Erin E. Jones*
        Erin E. Jones

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 4.4 | $3,410.00 |
| Case Administration | 3.5 | $2,712.50 |
| Other Contested Matters | .2 | $155.00 |
| **TOTAL** | **8.1** | **$6,277.50** |

## EXHIBIT 2

### SUMMARY OF TIME EXPENDED BY BILLING PROFESSIONALS

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Erin E. Jones, *Partner* | $775.00 | 8.1 |
| TOTAL | | **8.1** |

## EXHIBIT 3

### SUMMARY OF EXPENSES

| Expense Category | Cost |
|---|---|
| None During Billing Period | $0.00 |
|  |  |

# **EXHIBIT 4**

**PRE-BILL/INVOICE**

| Date | Description | Rate | Time (hrs) | Total | Billing Code | Professional |
|---|---|---|---|---|---|---|
| 2/28/2026 | Extended conference with C. Murray regarding pending litigation and ____ (.5) | $775.00 | 0.5 | $387.50 | Bankruptcy:B100 Administration:B110 Case Administration. | Jones, Erin |
| 2/27/2026 | Conference call with T. Nix and J. Wolfshohl regarding potential purchase (.3); conference with C. Murray regarding same (.2) | $775.00 | 0.5 | $387.50 | Bankruptcy:B100 Administration:B120 Asset Analysis and Recovery. | Jones, Erin |
| 2/26/2026 | Team conference call with CRM, JW, MD to review pending projects and issues relating to ____ (1.0); further conference with CRM regarding same (.2) | $775.00 | 1.2 | $930.00 | Bankruptcy:B100 Administration:B110 Case Administration. | Jones, Erin |
| 2/25/2026 | Review issues relating ____ (.6); extended conference with C. Murray regarding same (.4); email to J. Wolfshohl and M. Dearman regarding same (.1) | $775.00 | 1.1 | $852.50 | Bankruptcy:B100 Administration:B120 Asset Analysis and Recovery. | Jones, Erin |
| 2/18/2026 | Call with T. Nix regarding potential purchase (.1); conference with C. Murray regarding same (.2) | $775.00 | 0.3 | $232.50 | Bankruptcy:B100 Administration:B120 Asset Analysis and Recovery. | Jones, Erin |
| 2/16/2026 | Review correspondence from J. Wolman and conference with C. Murray regarding same (.2); review M. Dearman email regarding ____ and C. Murray response to same (.3); conference with C. Murray regarding ____ (.1) | $775.00 | 0.6 | $465.00 | Bankruptcy:B100 Administration:B110 Case Administration. | Jones, Erin |
| 2/15/2026 | Conference with C. Murray regarding mechanism for ____ | $775.00 | 0.5 | $387.50 | Bankruptcy:B100 Administration:B110 Case Administration. | Jones, Erin |
| 2/11/2026 | Review docket relating to appeal and conference with C. Murray regarding same (.2) | $775.00 | 0.2 | $155.00 | Bankruptcy:B100 Administration:B190 Other Contested Matters (excluding assumption/rejection motions). | Jones, Erin |
| 2/10/2026 | Review email from K. Toney regarding auction expenses (.1) | $775.00 | 0.1 | $77.50 | Bankruptcy:B100 Administration:B110 Case Administration. | Jones, Erin |
| 2/9/2026 | Review form of motion relating to ____, provide comments, and conference with C. Murray regarding same (.4) | $775.00 | 0.4 | $310.00 | Bankruptcy:B100 Administration:B120 Asset Analysis and Recovery. | Jones, Erin |
| 2/9/2026 | Review email from J. Wolman and from C. Murray regarding ordinary course litigation (.2); conference with C. Murray regarding same (.3) | $775.00 | 0.5 | $387.50 | Bankruptcy:B100 Administration:B110 Case Administration. | Jones, Erin |
| 2/7/2026 | Review and respond to various emails with Trustee legal team relating to ____ and conference with C. Murray regarding same (.3) | $775.00 | 0.3 | $232.50 | Bankruptcy:B100 Administration:B120 Asset Analysis and Recovery. | Jones, Erin |
| 2/5/2026 | Participate in team call regarding open issues, including cash disbursement, pending abandonment, status of ____ pending appeals, pending state court matters and ____ (.5); conference with C. Murray regarding same (.2) | $775.00 | 0.7 | $542.50 | Bankruptcy:B100 Administration:B110 Case Administration. | Jones, Erin |
| 2/2/2026 | Review issues relating to ____ and various messages with J. Wolfshohl regarding same and review M. Dearman email regarding same (.4); review underlying documents (.3); review various messages from C. Murray to J. Wolfshohl and M. Dearman regarding turnover of funds and other issues relating to ____ (.2) | $775.00 | 0.9 | $697.50 | Bankruptcy:B100 Administration:B120 Asset Analysis and Recovery. | Jones, Erin |
| 2/1/2026 | Review and respond to various emails with C. Murray, J. Wolfshohl and M. Dearman regarding status of various pending projects and conference with C. Murray regarding same (.3) | $775.00 | 0.3 | $232.50 | Bankruptcy:B100 Administration:B110 Case Administration. | Jones, Erin |
| | | | 8.1 | $6,277.50 | | |