**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § |
| **ALEXANDER E. JONES,** | § **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |
| | § |
| | § |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH INTERIM FEE APPLICATION OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2025 THROUGH AND INCLUDING JANUARY 31, 2026**
**[Relates to Docket No. 1303]**

1.      On March 16, 2026, Porter Hedges LLP, co-counsel for Christopher R. Murray, the Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones, filed its *Sixth Interim Fee Application of Porter Hedges LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2025 through and including January 31, 2026* [Docket No. 1303] (the "Application").

2.      The deadline for receipt of responses to the Application has passed.

3.      The undersigned represents to the Court that the Trustee is unaware of any objection to the Application appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no party has filed an objection to the relief sought in the Application.  On April 6, 2026, Alexander E. Jones filed *Alexander E. Jones Reservation of Rights of Objections to (I) Sixth Interim Fee Application of Porter Hedges LLP (#1303); and Fifth Interim Fee Application of Jones Murray LLP (#1304) to the Professionals Final Fee Applications* [Docket No. 1306], which is not an objection to the Application but a reservation of rights regarding final fee applications.

18322954

4.      Attached hereto is the proposed *Order Granting Sixth Interim Fee Application of Porter Hedges LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2025 through and including January 31, 2026* (the "Proposed Order").

5.      The Trustee respectfully requests that the Court enter the Proposed Order attached hereto.

Dated: April 7, 2026.
      Houston, Texas

**PORTER HEDGES LLP**

By:    */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl (TX 24038592)
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6000
        Fax: (713) 226-6248
        jwolfshohl@porterhedges.com

*Co-Counsel for Christopher R. Murray,*
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I certify that on April 7, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties receiving electronic service in this bankruptcy case.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

18322954