**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § |
| **ALEXANDER E. JONES,** | § **Case No. 22-33553 (CML)** |
| | § |
| **Debtor.** | § |
| | § |
| | § |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTH INTERIM FEE APPLICATION OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AND INCLUDING JANUARY 31, 2026**
[Relates to Docket No. 1304]

1. On March 17, 2026, Jones Murray LLP, co-counsel for Christopher R. Murray, the Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones, filed its *Fifth Interim Fee Application of Jones Murray LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through and including January 31, 2026* [Docket No. 1304] (the "Application").

2. The deadline for receipt of responses to the Application has passed.

3. The undersigned represents to the Court that the Trustee is unaware of any objection to the Application appearing on the Court's docket, that counsel to the Trustee has reviewed the docket, and no party has filed an objection to the relief sought in the Application. On April 6, 2026, Alexander E. Jones filed *Alexander E. Jones Reservation of Rights of Objections to (I) Sixth Interim Fee Application of Porter Hedges LLP (#1303); and Fifth Interim Fee Application of Jones Murray LLP (#1304) to the Professionals Final Fee Applications* [Docket No. 1306], which is not an objection to the Application but a reservation of rights regarding final fee applications.

4.      Attached hereto is the proposed *Order Granting Fifth Interim Fee Application of Porter Hedges LLP, as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2025 through and including January 31, 2026* (the "Proposed Order").

5.      The Trustee respectfully requests that the Court enter the Proposed Order attached hereto.

Dated:  April 8, 2026.

Respectfully Submitted,

**JONES MURRAY, LLP**

By:     */s/ Erin E. Jones*
        Erin E. Jones
        Texas Bar No.: 24032478
        602 Sawyer St., Suite 400
        Houston, Texas 77007
        Telephone: (832) 529-1999
        Facsimile: (832) 529-3633
        erin@jonesmurray.com

        *Co-Counsel for the Chapter 7
        Trustee, Christopher R. Murray*

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties receiving electronic service in this bankruptcy case.

        */s/ Erin E. Jones*
        Erin E. Jones