United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | § |
| | § Chapter 7 |
| **ALEXANDER E. JONES,** | § |
| | § Case No. 22-33553 (CML) |
| Debtor. | § |
| | § |
| | § |
| | § |

**ORDER GRANTING FIFTH INTERIM FEE APPLICATION
OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7
TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM AUGUST 1, 2025 THROUGH AND INCLUDING JANUARY 31, 2026**
(Relates to Docket No. 1304)

The Court has considered the Fifth Interim Application of Jones Murray LLP (the "*Applicant*"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through and including January 31, 2026 (the "Application").  The Court orders:

1.      The Applicant is allowed interim compensation in the amount of **$167,042.00** for the period set forth in the Application.

2.      The Trustee is authorized to disburse **$143,064.40** which represents the amounts allowed by paragraph 1 of this Order not previously paid pursuant to monthly statements.

Signed:  April 13, 2026

_____
Christopher Lopez
United States Bankruptcy Judge