**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**TWENTY-SECOND MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2026 THROUGH MARCH 31, 2026**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | March 1, 2026 through and including March 31, 2026 |
| **Interim Fees Incurred:** | $5,312.50 |
| **Interim Payment of Fees Requested (80%):** | $4,250.00 |
| **Interim Expenses Incurred:** | $1,926.96 |
| **Total Fees and Expenses Due:** | $6,176.96 |

This is the Twenty-Second Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

18355419

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twenty-Second Monthly Fee Statement (the "Fee Statement") for the period from March 1, 2026 through March 31, 2026 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $5,312.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,926.96 (the "Expenses"), for the period from March 1, 2026 through March 31, 2026.  Eighty percent (80%) of the fees equals $4,250.00 and one hundred percent (100%) of the Expenses equals $1,926.96 for a total requested amount of $6,176.96.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $4,250.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,926.96 in the total amount of $6,176.96.

18355419

Dated: April 17, 2026.
       Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***


## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on April 17, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

18355419

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 3.10 | 2,557.50 |
| Case Administration | 0.00 | 0.00 |
| Employment/Fee Application | 3.80 | 2,755.00 |
| | | |
| **TOTAL** | **6.90** | **5,312.50** |

18355419

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Services | 1,796.95 |
| Computer Assisted Legal Research | 130.01 |
| | |
| **TOTAL** | **1,926.96** |

18355419

## EXHIBIT 3

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $995.00 | 0.00 |
| Michael B. Dearman | $745.00 | 5.90 |
| Eliana Garfias | $425.00 | 1.00 |
| | | |
| **TOTAL** | | **6.90** |

18355419

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | April 14, 2026 |
| Invoice Num.: | 590104 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:         Alex Jones

For professional services rendered and costs incurred through March 31, 2026

| | |
|---|---|
| Professional Fees | 5,312.50 |
| Disbursements | 1,926.96 |
| **Total Amount Due** | **$7,239.46** |

Exhibit 4

**PORTER HEDGES LLP**

|  |  |  |
|---|---|---|
| Invoice Date: | April 14, 2026 |
| Invoice Num.: | 590104 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/04/2026 | MBD | Draft sixth interim fee application (1.5); review fee statements and invoices (.4). | 1.90 | 1,567.50 |
| 03/05/2026 | MBD | Update interim fee application (.1); correspond with J. Wolfshohl regarding same (.1); review real property records (.2); review LLC agreements and property transfers (.2); correspond with E. Jones regarding same (.5). | 1.10 | 907.50 |
| 03/09/2026 | MBD | Correspond with J. Wolfshohl regarding property and adversary issues (.2); conference with E. Jones regarding adversary proceedings (.6). | 0.80 | 660.00 |
| 03/09/2026 | EG | Email exchange with PH team on potential filing of PH's 21st fee statement (.2); receive, finalize, and electronically file same with court (.3). | 0.50 | 222.50 |
| 03/11/2026 | MBD | Correspond with E. Jones regarding adversary proceedings (.1); correspond with Y. McCullar regarding fee application (.1). | 0.20 | 165.00 |
| 03/13/2026 | MBD | Correspond with C. Murray regarding fee application (.1); revise sixth interim fee application (.2). | 0.30 | 247.50 |
| 03/13/2026 | EG | Attention to email from M. Dearman on upcoming filing of sixth interim fee application. | 0.10 | 44.50 |
| 03/16/2026 | MBD | Finalize Porter Hedges fee application (.4); correspond with C. Murray regarding same (.1); correspond with E. Garfias regarding same (.1). | 0.60 | 495.00 |
| 03/16/2026 | EG | Email exchange with M. Dearman on status of finalizing sixth interim fee application (.1); receive/review and electronically file same with court (.2); coordinate service of same (.1). | 0.40 | 178.00 |
| 03/31/2026 | MBD | Conference with E. Jones regarding case issues and adversary proceedings. | 1.00 | 825.00 |
| **Total** | | | **6.90** | **$5,312.50** |

**PORTER HEDGES LLP**

| | |
|---|---:|
| Invoice Date: | April 14, 2026 |
| Invoice Num.: | 590104 |
| Matter Number: | 018577-0001 |

---

**Total Services** $5,312.50

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| MBD | Michael B. Dearman | Associate | 5.90 | 825.00 | 4,867.50 |
| EG | Eliana Garfias | Paralegal | 1.00 | 445.00 | 445.00 |
| **Total** | | | **6.90** | | **$5,312.50** |

**Cost Summary**

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | 130.01 |
| Computer Services | 1,796.95 |
| **Total Disbursements** | **$1,926.96** |

**Total This Invoice** $7,239.46