# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**TWENTY-THIRD MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2026 THROUGH APRIL 30, 2026**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | April 1, 2026 through and including April 30, 2026 |
| **Interim Fees Incurred:** | $6,292.00 |
| **Interim Payment of Fees Requested (80%):** | $5,033.60 |
| **Interim Expenses Incurred:** | $1,848.70 |
| **Total Fees and Expenses Due:** | $6,882.30 |

This is the Twenty-Third Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

18415340

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twenty-Third Monthly Fee Statement (the "Fee Statement") for the period from April 1, 2026 through April 30, 2026 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $6,292.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,848.70 (the "Expenses"), for the period from April 1, 2026 through April 30, 2026.  Eighty percent (80%) of the fees equals $5,033.60 and one hundred percent (100%) of the Expenses equals $1,848.70 for a total requested amount of $6,882.30.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $5,033.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,848.70 in the total amount of $6,882.30.

18415340

Dated: May 19, 2026.
Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on May 19, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

18415340

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 0.00 | 0.00 |
| Case Administration | 6.90 | 6,292.00 |
| Employment/Fee Application | 0.00 | 0.00 |
| | | |
| **TOTAL** | **6.90** | **6,292.00** |

18415340

# EXHIBIT 2

## SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Services | 1,840.70 |
| Computer Assisted Legal Research | 8.00 |
|  |  |
| **TOTAL** | **1,848.70** |

18415340

## EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $1,100.00 | 3.70 |
| Michael B. Dearman | $825.00 | 2.10 |
| Eliana Garfias | $445.00 | 1.10 |
| | | |
| **TOTAL** | | **6.90** |

18415340

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | May 18, 2026 |
| Invoice Num.: | 591483 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:          Alex Jones

For professional services rendered and costs incurred through April 30, 2026

| | |
|---|---|
| Professional Fees | 6,292.00 |
| Disbursements | 1,848.70 |
| **Total Amount Due** | **$8,140.70** |

**EXHIBIT 4**

**PORTER HEDGES LLP**

| | | |
|---|---|---|
| Invoice Date: | | May 18, 2026 |
| Invoice Num.: | | 591483 |
| Matter Number: | | 018577-0001 |

---

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/07/2026 | MBD | Draft certificate of no objection to sixth interim PH fee application (.2); review Alex Jones reservation of rights (.2); correspond with E. Garfias and M. Webb regarding same (.1). | 0.40 | 330.00 |
| 04/07/2026 | EG | Email exchange with M. Dearman on filing of CNO to PH fee application (.2); receive/review and electronically file same with court (.3); email case manager on submission of same (.1); follow up emails with team on submission of same (.1). | 0.70 | 311.50 |
| 04/08/2026 | JWW | Conference with receiver's counsel regarding asset sale proposal. | 0.50 | 550.00 |
| 04/09/2026 | JWW | Phone conference with Trustee team regarding potential sale of estate assets and closure of case. | 0.90 | 990.00 |
| 04/09/2026 | MBD | Conference with C. Murray, E. Jones, and J. Wolfshohl regarding case issues and status. | 0.70 | 577.50 |
| 04/13/2026 | JWW | Conference with C. Murray regarding sale of assets and potential case closure. | 0.30 | 330.00 |
| 04/17/2026 | MBD | Attention to fee statement and fee application issues. | 0.10 | 82.50 |
| 04/17/2026 | EG | Email exchange with PH team on finalizing and filing of PH's fee statement (.1); receive/review and electronically file same with court (.2); coordinate service of same (.1). | 0.40 | 178.00 |
| 04/29/2026 | JWW | Emails regarding status of state court and federal appeal (.7); conference call with Trustee team regarding same (.6). | 1.30 | 1,430.00 |
| 04/29/2026 | MBD | Conference with C. Murray, E. Jones, and J. Wolfshohl regarding receivership and related issues. | 0.60 | 495.00 |
| 04/30/2026 | JWW | Emails regarding state court orders and review same (.3); follow-up phone conference same (.4). | 0.70 | 770.00 |
| 04/30/2026 | MBD | Conference with J. Wolfshohl regarding case issues (.1); conference with E. Jones regarding case issues (.2). | 0.30 | 247.50 |

**PORTER HEDGES LLP**

| | |
|---|---|
| Invoice Date: | May 18, 2026 |
| Invoice Num.: | 591483 |
| Matter Number: | 018577-0001 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| **Total** | | | **6.90** | **$6,292.00** |

| | | |
|---|---|---|
| **Total Services** | | **$6,292.00** |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 3.70 | 1,100.00 | 4,070.00 |
| MBD | Michael B. Dearman | Associate | 2.10 | 825.00 | 1,732.50 |
| EG | Eliana Garfias | Paralegal | 1.10 | 445.00 | 489.50 |
| **Total** | | | **6.90** | | **$6,292.00** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 8.00 |
| Computer Services | 1,840.70 |
| **Total Disbursements** | **$1,848.70** |

| | |
|---|---|
| **Total This Invoice** | **$8,140.70** |