**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**TWENTY-FOURTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2026 THROUGH MAY 31, 2026**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | May 1, 2026 through and including May 31, 2026 |
| **Interim Fees Incurred:** | $4,519.00 |
| **Interim Payment of Fees Requested (80%):** | $3,615.20 |
| **Interim Expenses Incurred:** | $0.00 |
| **Total Fees and Expenses Due:** | $3,615.20 |

This is the Twenty-Fourth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

18472450

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twenty-Fourth Monthly Fee Statement (the "Fee Statement") for the period from May 1, 2026 through May 31, 2026 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $4,519.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 (the "Expenses"), for the period from May 1, 2026 through May 31, 2026.  Eighty percent (80%) of the fees equals $3,615.20 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested amount of $3,615.20.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $3,615.20 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $0.00 in the total amount of $3,615.20.

18472450

Dated: June 11, 2026.
      Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

**<u>CERTIFICATE OF SERVICE</u>**

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on June 11, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

18472450

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 4.30 | 4,207.50 |
| Case Administration | 0.00 | 0.00 |
| Employment/Fee Application | .70 | 311.50 |
| | | |
| **TOTAL** | **5.00** | **4,519.00** |

18472450

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| 0.00 | 0.00 |
|  |  |
| **TOTAL** | **0.00** |

18472450

## **EXHIBIT 3**

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
| --- | --- | --- |
| Joshua W. Wolfshohl | $1,100.00 | 2.40 |
| Michael B. Dearman | $825.00 | 1.90 |
| Eliana Garfias | $445.00 | .70 |
| | | |
| **TOTAL** | | **5.00** |

18472450

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | June 11, 2026 |
| Invoice Num.: | 592476 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:        Alex Jones

For professional services rendered and costs incurred through May 31, 2026

| | |
|---|---|
| Professional Fees | 4,519.00 |
| **Total Amount Due** | **$4,519.00** |

EXHIBIT 4

**PORTER HEDGES LLP**

| | |
|---|---|
| Invoice Date: | June 11, 2026 |
| Invoice Num.: | 592476 |
| Matter Number: | 018577-0001 |

---

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2026 | JWW | Review news reports and emails with Trustee team regarding FSS issues. | 0.40 | 440.00 |
| 05/01/2026 | MBD | Review appellate court updates (.2); correspond with C. Murray, E. Jones, and J. Wolfshohl regarding same (.2). | 0.40 | 330.00 |
| 05/04/2026 | JWW | Review order for oral argument in appeal and emails with Trustee team regarding same. | 0.30 | 330.00 |
| 05/05/2026 | JWW | Review briefing from District Court appeal and emails with Trustee team regarding oral arguments on same. | 1.00 | 1,100.00 |
| 05/05/2026 | MBD | Review appellate briefing regarding District Court appeal. | 0.10 | 82.50 |
| 05/08/2026 | MBD | Attend oral arguments on appeal (.9); correspond with E. Jones regarding same (.1). | 1.00 | 825.00 |
| 05/08/2026 | JWW | Conference with M. Dearman regarding oral arguments and next steps in appeal and discuss status of case in light of same. | 0.20 | 220.00 |
| 05/17/2026 | MBD | Review and analyze district court appeal opinon. | 0.20 | 165.00 |
| 05/19/2026 | EG | Email exchange with PH team on finalizing and filing of monthly fee statement (.2); receive/review and file same with court (.2); further emails on submission of same (.1); coordinate service of same (.2). | 0.70 | 311.50 |
| 05/20/2026 | JWW | Further review of court ruling and meet with M. Dearman regarding next steps with chapter 7 case and strategy for closure. | 0.50 | 550.00 |
| 05/20/2026 | MBD | Conference with J. Wolfshohl regarding appellate opinion and case strategy. | 0.20 | 165.00 |
| **Total** | | | **5.00** | **$4,519.00** |

**Total Services**      **$4,519.00**

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|

**PORTER HEDGES LLP**

|  | | Invoice Date: | June 11, 2026 |
|---|---|---|---|
|  | | Invoice Num.: | 592476 |
|  | | Matter Number: | 018577-0001 |

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 2.40 | 1,100.00 | 2,640.00 |
| MBD | Michael B. Dearman | Associate | 1.90 | 825.00 | 1,567.50 |
| EG | Eliana Garfias | Paralegal | 0.70 | 445.00 | 311.50 |
| **Total** | | | **5.00** | | **$4,519.00** |

Total Disbursements $0.00

**Total This Invoice** **$4,519.00**