## EXHIBIT 1

### TIMEKEEPER SUMMARY

| Professional | Title | Section | Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Joshua W. Wolfshohl | Partner | Bankruptcy | $ 1,100.00 | 9.50 | $ 10,450.00 |
| Michael B. Dearman | Associate | Bankruptcy | $ 825.00 | 13.80 | $ 11,385.00 |
| Eliana Garfias | Paralegal | Bankruptcy | $ 445.00 | 2.40 | $ 1,068.00 |
| **TOTAL** | | | | **25.70** | **$22,903.00** |

18474221