**EXHIBIT 2**

**PROJECT CATEGORIES**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery | 14.70 | $13,722.50 |
| Case Administration | 6.90 | $6,292.00 |
| Employment/Fee Application | 4.10 | $2,888.50 |
| **TOTAL** | **25.70** | **$22,903.00** |