**EXHIBIT 4**

**EXPENSE SUMMARY**

| EXPENSES | COST |
|---|---|
| Computer Assisted Research | $138.01 |
| Computer Services (Discovery Hostin) | $5,425.40 |
| Delivery Services | $21.00 |
| **TOTAL** | **$5,584.41** |

18474221