**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 7** |
| **ALEXANDER E. JONES,** | § |
| | § **Case No. 22-33553 (CML)** |
| **Debtor.** | § |
| | § |
| | § |
| | § |

**ORDER GRANTING SEVENTH INTERIM FEE APPLICATION**
**OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7**
**TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM FEBRUARY 1, 2026 THROUGH AND INCLUDING APRIL 30, 2026**
**(Relates to Docket No. _____)**

The Court has considered the Seventh Interim Application of Porter Hedges LLP (the

"*Applicant*"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance

of Compensation and Reimbursement of Expenses for the Period from February 1, 2026 through

and including April 30, 2026 (the "*Application*").  The Court orders:

1.      The Applicant is allowed interim compensation in the amount of $**22,903.00** and

reimbursement of actual and necessary expenses in the amount of **$5,584.41** for the period set forth

in the Application.

2.      The Trustee is authorized to disperse **$17,639.86** which represents the unpaid

amounts allowed by paragraph 1 of this Order.

SIGNED: _____, 2026.


_____
**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

18474221