**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**TWENTY-FIFTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2026 THROUGH JUNE 30, 2026**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | June 1, 2026 through and including June 30, 2026 |
| **Interim Fees Incurred:** | $3,560.50 |
| **Interim Payment of Fees Requested (80%):** | $2,848.40 |
| **Interim Expenses Incurred:** | $3,832.51 |
| **Total Fees and Expenses Due:** | $6,680.91 |

This is the Twenty-Fifth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

18540222

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twenty-Fifth Monthly Fee Statement (the "Fee Statement") for the period from June 1, 2026 through June 30, 2026 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $3,560.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $3,832.51 (the "Expenses"), for the period from June 1, 2026 through June 30, 2026.  Eighty percent (80%) of the fees equals $2,848.40 and one hundred percent (100%) of the Expenses equals $3,832.51 for a total requested amount of $6,680.91.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $2,848.40 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $3,832.51 in the total amount of $6,680.91.

18540222

Dated: July 15, 2026.
Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on July 15, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

18540222

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 1.20 | 990.00 |
| Case Administration | 0.00 | 0.00 |
| Employment/Fee Application | 3.30 | 2,570.50 |
| | | |
| **TOTAL** | **4.50** | **3,560.50** |

18540222

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Services | 3,832.51 |
| | |
| **TOTAL** | **3,832.51** |

18540222

## EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $1,100.00 | 0.00 |
| Michael B. Dearman | $825.00 | 4.10 |
| Eliana Garfias | $445.00 | .40 |
| | | |
| **TOTAL** | | **4.50** |

18540222

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | July 09, 2026 |
| Invoice Num.: | 593395 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:          Alex Jones

For professional services rendered and costs incurred through June 30, 2026

| | |
|---|---|
| Professional Fees | 3,560.50 |
| Disbursements | 3,832.51 |
| **Total Amount Due** | **$7,393.01** |

**EXHIBIT 4**

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | July 09, 2026 |
| Invoice Num.: | 593395 |
| Matter Number: | 018577-0001 |

---

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/11/2026 | EG | Email exchange on finalizing monthly fee statement (.1); receive/review and file same (.2); follow up emails on submission of same (.1). | 0.40 | 178.00 |
| 06/12/2026 | MBD | Draft seventh interim fee application (1.5); correspond with C. Murray and J. Wolfshohl regarding same (.1). | 1.60 | 1,320.00 |
| 06/17/2026 | MBD | Revise interim fee application (.2); conference with J. Wolfshohl regarding offer letter (.1); analyze offer letter and receivership order (.8); correspond with trustee regarding same (.2). | 1.30 | 1,072.50 |
| 06/22/2026 | MBD | Conference with T. Nix and E. Jones regarding offer letter (.8); conference with E. Jones regarding same (.2); review offer letter (.1). | 1.10 | 907.50 |
| 06/26/2026 | MBD | Correspond with C. Murray regarding estate assets. | 0.10 | 82.50 |
| **Total** | | | **4.50** | **$3,560.50** |

**Total Services** | | | | **$3,560.50**

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MBD | Michael B. Dearman | Associate | 4.10 | 825.00 | 3,382.50 |
| EG | Eliana Garfias | Paralegal | 0.40 | 445.00 | 178.00 |
| **Total** | | | **4.50** | | **$3,560.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Services | 3,832.51 |
| **Total Disbursements** | **$3,832.51** |

**Total This Invoice** | **$7,393.01**