United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ALEXANDER E. JONES,** | § | **Case No. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |

**ORDER GRANTING SEVENTH INTERIM FEE APPLICATION OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2026 THROUGH AND INCLUDING APRIL 30, 2026**
**(Relates to Docket No. 131)**

The Court has considered the Seventh Interim Application of Porter Hedges LLP (the "***Applicant***"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2026 through and including April 30, 2026 (the "***Application***"). The Court orders:

1. The Applicant is allowed interim compensation in the amount of $**22,903.00** and reimbursement of actual and necessary expenses in the amount of **$5,584.41** for the period set forth in the Application.

2. The Trustee is authorized to disperse **$17,639.86** which represents the unpaid amounts allowed by paragraph 1 of this Order.

Signed: August 10, 2026

Christopher Lopez
United States Bankruptcy Judge

18474221