UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**TWENTY-SIXTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2026 THROUGH JULY 31, 2026**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | July 1, 2026 through and including July 31, 2026 |
| **Interim Fees Incurred:** | $991.00 |
| **Interim Payment of Fees Requested (80%):** | $792.80 |
| **Interim Expenses Incurred:** | $2,130.69 |
| **Total Fees and Expenses Due:** | $2,923.49 |

This is the Twenty-Sixth Monthly Fee Statement.

---

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

18623847

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twenty-Sixth Monthly Fee Statement (the "Fee Statement") for the period from July 1, 2026 through July 31, 2026 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $991.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,130.69 (the "Expenses"), for the period from July 1, 2026 through July 31, 2026.  Eighty percent (80%) of the fees equals $792.80 and one hundred percent (100%) of the Expenses equals $2,130.69 for a total requested amount of $2,923.49.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $792.80 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,130.69 in the total amount of $2,923.49.

18623847

Dated: August 12, 2026.
Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee,***
***Christopher R. Murray***


**<u>CERTIFICATE OF SERVICE</u>**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on August 12, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

18623847

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 0.00 | 0.00 |
| Case Administration | 0.00 | 0.00 |
| Employment/Fee Application | 1.80 | 991.00 |
| | | |
| **TOTAL** | **1.80** | **991.00** |

18623847

# EXHIBIT 2

## SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 192.56 |
| Computer Services | 1,938.13 |
|  |  |
| **TOTAL** | **2,130.69** |

18623847

## EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $1,100.00 | 0.00 |
| Michael B. Dearman | $825.00 | .50 |
| Eliana Garfias | $445.00 | 1.30 |
| | | |
| **TOTAL** | | **1.80** |

18623847

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | August 12, 2026 |
| Invoice Num.: | 594770 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:       Alex Jones

For professional services rendered and costs incurred through July 31, 2026

| | |
|---|---|
| Professional Fees | 991.00 |
| Disbursements | 2,130.69 |
| **Total Amount Due** | **$3,121.69** |

**EXHIBIT 4**

**PORTER HEDGES LLP**

|  |  |
|---|---|
| Invoice Date: | August 12, 2026 |
| Invoice Num.: | 594770 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/2026 | MBD | Correspond with C. Murray regarding seventh interim fee application (.1); update seventh interim fee application (.1). | 0.20 | 165.00 |
| 07/07/2026 | MBD | Revise and finalize seventh interim fee application (.2); correspond with M. Webb and E. Garfias regarding same (.1). | 0.30 | 247.50 |
| 07/07/2026 | EG | Email exchange with PH team on potential filing of PH's 7th interim fee application (.2); receive/review and file same with court (.2); follow up emails with team on same (.1); coordinate service of same (.2). | 0.70 | 311.50 |
| 07/14/2026 | EG | Email exchange with PH team on filing logistics of PH's monthly fee statement (.2); receive/review and file same with court (.2); coordinate service of same (.1); follow up emails on submission of same (.1). | 0.60 | 267.00 |
| **Total** | | | **1.80** | **$991.00** |

| **Total Services** | **$991.00** |
|---|---|

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MBD | Michael B. Dearman | Associate | 0.50 | 825.00 | 412.50 |
| EG | Eliana Garfias | Paralegal | 1.30 | 445.00 | 578.50 |
| **Total** | | | **1.80** | | **$991.00** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 192.56 |
| Computer Services | 1,938.13 |
| **Total Disbursements** | **$2,130.69** |

| **Total This Invoice** | **$3,121.69** |
|---|---|