**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**TWENTY-SEVENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | August 1, 2026 through and including August 31, 2026 |
| **Interim Fees Incurred:** | $394.00 |
| **Interim Payment of Fees Requested (80%):** | $315.20 |
| **Interim Expenses Incurred:** | $2,089.23 |
| **Total Fees and Expenses Due:** | $2,404.43 |

This is the Twenty-Seventh Monthly Fee Statement.

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twenty-Seventh Monthly Fee Statement (the "Fee Statement") for the period from August 1, 2026 through August 31, 2026 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $394.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,089.23 (the "Expenses"), for the period from August 1, 2026 through August 31, 2026. Eighty percent (80%) of the fees equals $$315.20 and one hundred percent (100%) of the Expenses equals $2,089.23 for a total requested amount of $2,404.43.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $$315.20 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,089.23 in the total amount of $2,404.43.

Dated: September 14, 2026.
Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*

**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee, Christopher R. Murray***

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 14, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

# <u>EXHIBIT 1</u>

## SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| **Project Category** | **Total Hours** | **Total Fees Requested** |
|---|---|---|
| Asset Analysis/Recovery | 0.00 | 0.00 |
| Case Administration | 0.00 | 0.00 |
| Claims Administration and Objections | .10 | 82.50 |
| Employment/Fee Application | .70 | 311.50 |
| | | |
| **TOTAL** | **0.80** | **394.00** |

# EXHIBIT 2

## SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Services | 2,089.23 |
| | |
| **TOTAL** | **2,089.23** |

## EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| **Professional** | **Hourly Rate** | **Total Hours** |
|---|---:|---:|
| Joshua W. Wolfshohl | $1,100.00 | 0.00 |
| Michael B. Dearman | $825.00 | .10 |
| Eliana Garfias | $445.00 | .70 |
| | | |
| **TOTAL** | | **0.80** |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | September 08, 2026 |
| Invoice Num.: | 595700 |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter: Alex Jones

For professional services rendered and costs incurred through August 31, 2026

| | |
|---|---|
| Professional Fees | 394.00 |
| Disbursements | 2,089.23 |
| **Total Amount Due** | **$2,483.23** |

**EXHIBIT 4**

**PORTER HEDGES LLP**

| | |
|---|---|
| Invoice Date: | September 08, 2026 |
| Invoice Num.: | 595700 |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/12/2026 | EG | Email exchange between PH team on filing of PH's 26th fee statement (.2); discuss same with M. Webb (.1); receive/review and file same with court (.3); follow up emails on submission of same (.1). | 0.70 | 311.50 |
| 08/27/2026 | MBD | Review and analyze Texas appellate opinion and correspond with C. Murray regarding same. | 0.10 | 82.50 |
| **Total** | | | **0.80** | **$394.00** |

**Total Services** **$394.00**

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MBD | Michael B. Dearman | Associate | 0.10 | 825.00 | 82.50 |
| EG | Eliana Garfias | Paralegal | 0.70 | 445.00 | 311.50 |
| **Total** | | | **0.80** | | **$394.00** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Services | 2,089.23 |
| **Total Disbursements** | **$2,089.23** |

**Total This Invoice** **$2,483.23**