**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ALEXANDER E. JONES,** | § | |
| | § | **Case No. 22-33553 (CML)** |
| **Debtor.** | § | |
| | § | |

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7 TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray |
| **Date of Retention Order:** | July 30, 2024 (Doc. No. 792)[1] |
| **Period for which Fees and Expenses are Incurred:** | September 1, 2026 through and including September 30, 2026 |
| **Interim Fees Incurred:** | $3,935.00 |
| **Interim Payment of Fees Requested (80%):** | $3,148.00 |
| **Interim Expenses Incurred:** | $2,090.68 |
| **Total Fees and Expenses Due:** | $5,238.68 |

This is the Twenty-Eighth Monthly Fee Statement.

[1] The Trustee's application to employ Porter Hedges was filed at Docket No. 756.

Porter Hedges LLP ("Porter Hedges"), as Bankruptcy Counsel for the Chapter 7 Trustee, Christopher R. Murray (the "Trustee"), submits this Twenty-Eighth Monthly Fee Statement (the "Fee Statement") for the period from September 1, 2026 through September 30, 2026 (the "Application Period") in accordance with the proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 793] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $3,935.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $2,090.68 (the "Expenses"), for the period from September 1, 2026 through September 30, 2026. Eighty percent (80%) of the fees equals $3,148.00 and one hundred percent (100%) of the Expenses equals $2,090.68 for a total requested amount of $5,238.68.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoice for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the proposed Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $3,148.00 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $2,090.68 in the total amount of $5,238.68.

Dated: October 8, 2026.
Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*

**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
***Counsel for the Chapter 7 Trustee, Christopher R. Murray***

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on October 8, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

# EXHIBIT 1

## SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 0.00 | 0.00 |
| Case Administration | 0.00 | 0.00 |
| Claims Administration and Objections | 0.00 | 0.00 |
| Employment/Fee Application | .50 | 222.50 |
| Litigation/Contested Matters | 4.50 | 3,712.50 |
| | | |
| **TOTAL** | **5.00** | **3,935.00** |

# EXHIBIT 2

## SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Services | 2,089.23 |
| Postage | 1.00 |
| Reproduction | .45 |
| | |
| **TOTAL** | **2,090.68** |

## EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $1,100.00 | 0.00 |
| Michael B. Dearman | $825.00 | 4.50 |
| Eliana Garfias | $445.00 | .50 |
| | | |
| **TOTAL** | | **5.00** |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

ATTN: CHRIS MURRAY

| | |
|---|---|
| Invoice Date: | October 05, 2026 |
| Invoice Num.: | DRAFT |
| Matter Number: | 018577-0001 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter: Alex Jones

For professional services rendered and costs incurred through September 30, 2026

| | |
|---|---|
| Professional Fees | 3,935.00 |
| Disbursements | 2,090.68 |
| **Total Amount Due** | **$6,025.68** |

**EXHIBIT 4**

**PORTER HEDGES LLP**

| | |
|---|---|
| Invoice Date: | October 05, 2026 |
| Invoice Num.: | DRAFT |
| Matter Number: | 018577-0001 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/09/2026 | EG | Email exchange on draft PH fee statement. | 0.10 | 44.50 |
| 09/11/2026 | EG | Attention to emails on filing logistics of monthly fee statement. | 0.10 | 44.50 |
| 09/14/2026 | EG | Email exchange with Y. McCullar on filing logistics of PH's fee statement (.1); receive/review and file same with court (.2). | 0.30 | 133.50 |
| 09/21/2026 | MBD | Review R. Young miscellaneous state court action (.2); correspond with C. Murray, E. Jones, and J. Wolfshohl regarding same (.1); analyze case law related to stay violation of R. Young's miscellaneous action (1.3). | 1.60 | 1,320.00 |
| 09/22/2026 | MBD | Continue analyzing case law regarding Barton doctrine (.3); correspond with C. Murray regarding analysis of same (.2). | 0.50 | 412.50 |
| 09/24/2026 | MBD | Conference with C. Murray and E. Jones regarding issues with R. Young and next steps. | 0.50 | 412.50 |
| 09/25/2026 | MBD | Review R. Young proceeding pleadings (.4); draft demand letter to R. Young (.6). | 1.00 | 825.00 |
| 09/29/2026 | MBD | Conference with C. Murray regarding demand letter (.1); correspond with S. Shanks regarding Ohio proceeding (.1); correspond with C. Murray regarding same (.2); correspond with K. Kimpler regarding same (.1); analyze duty to respond to miscellaneous proceeding (.2); finalize and serve demand letter (.2). | 0.90 | 742.50 |
| **Total** | | | **5.00** | **$3,935.00** |

**Total Services** **$3,935.00**

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MBD | Michael B. Dearman | Associate | 4.50 | 825.00 | 3,712.50 |
| EG | Eliana Garfias | Paralegal | 0.50 | 445.00 | 222.50 |
| **Total** | | | **5.00** | | **$3,935.00** |

**PORTER HEDGES LLP**

| | |
|---|---|
| Invoice Date: | October 05, 2026 |
| Invoice Num.: | DRAFT |
| Matter Number: | 018577-0001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Computer Services | 2,089.23 |
| Postage | 1.00 |
| Reproduction | 0.45 |
| **Total Disbursements** | **$2,090.68** |

| | |
|---|---|
| **Total This Invoice** | **$6,025.68** |